| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Smurfit-Stone Container Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>43-1531401 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>150 North Michigan Avenue<br>Chicago, Illinois    ZIP CODE 60601 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook County | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptance of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                                                   THIS SPACE IS FOR COURT USE ONLY
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over-100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Smurfit-Stone Container Corporation** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
| Location Where Filed:<br>None | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>See Attachment 1 | Case Number: | Date Filed: |
| District:<br>District of Delaware | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☒ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)     Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No  See Attached Exhibit C

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certificates that he/she has served the Landlord with this certification (11 U.S.C. § 362(1)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): Smurfit-Stone Container Corporation |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>X _____<br>   (Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\***<br><br>X */s/ James F. Conlan*    */s/ Robert S. Brady*<br>Signature of Attorney for Debtor(s)<br><br>James F. Conlan     Robert S. Brady<br>Printed Name of Attorney for Debtor(s)<br><br>Sidley Austin LLP     Young Conaway Stargatt & Taylor, LLP<br>Firm Name<br><br>One South Dearborn St.     1000 West Street, 17th Fl.<br>Chicago, IL 60603     P.O. Box 391<br>    Wilmington, DE 19801<br>Address<br><br>312-853-7000     302-571-6600<br>Telephone Number<br><br>January 26, 2009     January 26, 2009<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that Section. Official Form 19B is attached.<br><br>_____<br><br>_____<br><br>Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____ |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Craig A. Hunt*<br>Signature of Authorized Individual<br><br>Craig A. Hunt<br>Printed Name of Authorized Individual<br><br>Secretary<br>Title of Authorized Individual<br><br>January 26, 2009<br>Date | Address<br>_____<br><br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## ATTACHMENT 1 TO VOLUNTARY PETITION

Pending Bankruptcy Cases Filed by Affiliates of the Debtor:

On January 26, 2009, each of the affiliated entities listed below, including the Debtor in this chapter 11 case (collectively, the "Debtors"), filed a voluntary petition in this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Smurfit-Stone Container Corporation is the direct or indirect parent corporation of each of the other Debtors. Contemporaneously with the filing of their voluntary petitions, the Debtors filed a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

**The Debtors are the following entities:**

Smurfit-Stone Container Corporation
Smurfit-Stone Container Enterprises, Inc.
Cameo Container Corporation
Lot 24D Redevelopment Corporation
Atlanta & Saint Andrews Bay Railway Company
Stone International Services Corporation
Stone Global, Inc.
Stone Connecticut Paperboard Properties, Inc.
Smurfit-Stone Puerto Rico, Inc.
Smurfit Newsprint Corporation
SLP Finance I, Inc.
SLP Finance II, Inc.
SMBI Inc.
Calpine Corrugated, LLC
Smurfit-Stone Container Canada Inc.
Stone Container Finance Company of Canada II
3083527 Nova Scotia Company
MBI Limited/Limitée
Smurfit-MBI
639647 British Columbia Ltd.
B.C. Shipper Supplies Ltd.
Specialty Containers Inc.
SLP Finance General Partnership
Francobec Company
605681 N.B. Inc.

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re    <u>SMURFIT-STONE CONTAINER CORPORATION,</u>    )    Case No. _____
        Debtor    )
            )
            )    Chapter 11

### EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is <u>0-23876</u>.

2. The following financial data is the latest available information and refers to the debtor's condition on September 30, 2008.[1]

| | | |
|---|---|---|
| a. Total assets | $ <u>7,450,000,000.00</u> | |
| b. Total debts (including debts listed in 2.c., below) | $ <u>5,582,000,000.00</u> | |
| c. Debt securities held by more than 500 holders: | NONE | |
| d. Number of shares of preferred stock[2] | 4,599,300 | Unknown |
| e. Number of shares of common stock[3] | 256,127,479 | Unknown |

Comments, if any

3. Brief description of debtor's business:
Smurfit-Stone Container Corporation ("Smurfit-Stone") is the industry's leading manufacturer of paperboard and paper-based packaging in North America, including containerboard and corrugated containers, and is one of the world's largest paper recyclers. Smurfit-Stone is a holding company with no business operations of its own. It conducts business operations through its wholly-owned subsidiary, Smurfit-Stone Container Enterprises, Inc.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

| Wellington Management Company, LLP<br>75 State Street<br>Boston, Massachusetts 02109 | Platinum Investment Management Limited<br>Level 8<br>7 Macquarie Place<br>Sydney NSW 2000 Australia |
|---|---|

---

[1] The assets and debts reflect the the total consolidated assets and liabilities for the Debtor and its direct and indirect subsidiaries as of September 30, 2008 as reported in the Debtor's 10-Q filed with the Securities and Exchange Commission and are provided on a consolidated basis for the Debtor and its direct and indirect subsidiaries.
[2] As of November 3, 2008.
[3] As of November 3, 2008.

B 1C (Official Form 1, Exhibit C (9/01))

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re  SMURFIT-STONE CONTAINER CORPORATION,  )   Case No. _____
      Debtor                                      )
                                                  )
                                                  )   Chapter 11

## EXHIBIT "C" TO VOLUNTARY PETITION

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

    The Debtor does not believe it owns or possesses any real or personal property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety. To the extent the Debtor has an interest in such property, to the best of the Debtor's knowledge, the Debtor is in compliance with all applicable laws, including, without limitation, all environmental laws and regulations.

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

    The Debtor is not aware of any real or alleged dangerous conditions existing on or related to any real or personal property owned or possessed by the Debtor.

# CERTIFICATE OF RESOLUTIONS ADOPTED BY THE BOARD OF DIRECTORS OF SMURFIT-STONE CONTAINER CORPORATION

I, Craig A. Hunt, Secretary of Smurfit-Stone Container Corporation, a Delaware corporation (the "Company") hereby certify that at a special telephonic meeting of the Board of Directors of the Company duly called and held on January 25, 2009, the following resolutions (these "Resolutions") were duly adopted in accordance with the requirements of applicable law, and that said resolutions have not been modified or rescinded, and are still in full force and effect on the date hereof:

RESOLVED, that in the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company, its creditors, stockholders, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED, that any individual duly appointed by the Board of Directors as the Chief Executive Officer, Interim Chief Executive Officer, Chief Operating Officer, Chief Financial Officer, President, Executive Vice President, Senior Vice President, Vice President, General Counsel, Secretary, Assistant Secretary, Treasurer or Assistant Treasurer (each, an "Authorized Officer" and together, the "Authorized Officers") are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time as said Authorized Officer executing the same shall determine and in such form or forms as such Authorized Officer may approve;

RESOLVED, that the law firm of Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603, be, and hereby is, retained and employed as attorneys for the Company in connection with the prosecution of the Company's case under chapter 11 of the Bankruptcy Code;

RESOLVED, that the law firm of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware, 19801, be, and hereby is, retained and employed as Delaware attorneys for the Company in connection with the prosecution of the Company's case under chapter 11 of the Bankruptcy Code;

RESOLVED, that the financial advisory firm of PricewaterhouseCoopers LLP, 300 Madison Avenue, New York, New York, 10017, be, and hereby is, retained and employed as financial and investment consultants for the Company in connection with the prosecution of the Company's case under chapter 11 of the Bankruptcy Code;

RESOLVED, that the financial advisory firm of Lazard Frères & Co. LLC, 190 S. LaSalle Street, 31st Floor, Chicago, Illinois, 60603, be, and hereby is, retained and employed as investment bankers for the Company in connection with the Company's case under Chapter 11 of the Bankruptcy Code;

RESOLVED, that each of the Authorized Officers be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications,

pleadings, and other papers, and to take any and all further actions which the Authorized Officers or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under chapter 11 of the Bankruptcy Code, and to take and perform any and all further acts and deeds which they deem necessary, proper or desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case including, without limitation, seeking authority to guarantee or borrow, and borrowing, amounts under any post-petition financing facility for itself or its affiliates, and granting liens, guarantees, pledges, mortgages and/or other security therefor and filing financing statements, mortgages, intellectual property security agreements and other documents related thereto;

    RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized to employ and retain legal counsel, financial advisors, accountants and other professionals, to advise the Company in connection with its case under chapter 11 of the Bankruptcy Code;

    RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions to make, sign, execute, acknowledge and deliver (and record in the relevant office of the secretary of state or the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may reasonably be required to give effect to these Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof;

    RESOLVED, that the Authorized Officers, be, and each of them hereby is, authorized on behalf of, and in the name of, the Company to execute any and all plans of reorganization under chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the Bankruptcy Court at such time as said Authorized Officer executing the same shall determine;

    RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreements and certificates as may be reasonably required to give effect to the consummation of the transactions contemplated by these Resolutions and any chapter 11 plan of reorganization, and to execute and deliver such documents, agreements and certificates, and to fully perform the terms and provisions thereof; and

    RESOLVED, that to the extent that any of the actions authorized by any of these Resolutions have been taken by the Authorized Officers of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

<div style="text-align:center">[Signature Page Follows]</div>

IN WITNESS WHEREOF, the undersigned has executed this written certificate as of the 25th day of January, 2009.

<div style="margin-left: 50%;">
SMURFIT-STONE CONTAINER CORPORATION

_____
By:    Craig A. Hunt
Title: Secretary
</div>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SMURFIT-STONE CONTAINER CORPORATION, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-_____(___)<br><br>Joint Administration Requested |

## CONSOLIDATED LIST OF CREDITORS HOLDING THE THIRTY LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

The following is the consolidated list of creditors holding the thirty (30) largest unsecured claims against above captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors") (the "List of Creditors"). The List of Creditors reflects estimated amounts owed by the Debtors as of the Petition Date.

The List of Creditors has been prepared on a consolidated basis from the books and records of each of the Debtors as of the close of business on January 23, 2009. The Debtors take no position at this time regarding whether any of the parties included in the List of Creditors are "insiders" of the Debtors, as that term is defined in section 101(31) of title 11 of the United States Code (the "Bankruptcy Code"), and the inclusion or exclusion of any party to this List of Creditors shall not constitute an admission by, nor shall it be binding on, the Debtors in any respect. The Debtors expressly reserve the right to, in their sole discretion, challenge the validity, priority and/or amount of any obligation reflected herein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Smurfit-Stone Container Corporation (1401), Smurfit-Stone Container Enterprises, Inc. (1256), Calpine Corrugated, LLC (0470), Cameo Container Corporation (5701), Lot 24D Redevelopment Corporation (6747), Atlanta & Saint Andrews Bay Railway Company (0093), Stone International Services Corporation (9630), Stone Global, Inc. (0806), Stone Connecticut Paperboard Properties, Inc. (8038), Smurfit-Stone Puerto Rico, Inc. (5984), Smurfit Newsprint Corporation (1650), SLP Finance I, Inc. (8169), SLP Finance II, Inc. (3935), SMBI Inc. (2567), Smurfit-Stone Container Canada Inc. (3988), Stone Container Finance Company of Canada II (1587), 3083527 Nova Scotia Company (8836), MBI Limited/Limitée (6565), Smurfit-MBI (1869), 639647 British Columbia Ltd. (7733), B.C. Shipper Supplies Ltd. (7418), Specialty Containers Inc. (6564), SLP Finance General Partnership (TBD), Francobec Company (7735), and 605681 N.B. Inc. (1898). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 150 North Michigan Avenue, Chicago, Illinois 60601.

| | (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and fax number of employee, agent or department of creditor familiar with claim | (3)<br>Nature of claim (trade debt, bank loan, government, contract, etc.) | (4)<br>Indicate if claim is contingent, disputed, or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|
| 1 | THE BANK OF NEW YORK<br>101 BARCLAY STREET<br>NEW YORK, NY 10286 | CORPORATE TRUST ADMINISTRATION<br>FAX: (212) 815 5707 | BOND DEBT | | $ 700,000,000.00 |
| 2 | THE BANK OF NEW YORK TRUST COMPANY, NA<br>2 NORTH LASALLE STREET, SUITE 1020<br>CHICAGO, IL 60602 | CORPORATE TRUST ADMINISTRATION<br>FAX: (312) 827 8542 | BOND DEBT | | $ 675,000,000.00 |
| 3 | THE BANK OF NEW YORK<br>101 BARCLAY STREET<br>NEW YORK, NY 10286 | CORPORATE TRUST ADMINISTRATION<br>FAX: (212) 815 5915 | BOND DEBT | | $ 400,000,000.00 |
| 4 | THE BANK OF NEW YORK<br>101 BARCLAY STREET<br>NEW YORK, NY 10286 | CORPORATE TRUST ADMINISTRATION<br>FAX: (212) 815 5707 | BOND DEBT | | $ 300,000,000.00 |
| 5 | BNY TRUST COMPANY MIDWEST<br>2 NORTH LASELLE STREET, SUITE 1020<br>CHICAGO, IL 60602 | VICE PRESIDENT<br>FAX: (312) 827 8542 | BOND DEBT | | $ 200,000,000.00 |
| 6 | THE CIT GROUP/EQUIPMENT FINANCING, INC.<br>305 FELLOWSHIP ROAD, SUITE 300<br>MOUNT LAUREL, NJ 08054 | MARTIN HEALEY<br>PH: (856) 813-2623<br>FAX: (856) 727-5203<br>- and -<br>James H. Rollins<br>Holland & Knight LLP<br>Suite 2000<br>One Atlantic Center<br>1201 West Peachtree Street, N.E.<br>Atlanta, Georgia 30309<br>Fax (404) 541-4434 | Guarantee of Amended and Restated Credit Agreement dated July 28, 2008 | Contingent | $ 36,800,000.00 |
| 7 | BRITISH PETROLEUM<br>28301 FERRY ROAD, 2ND FLOOR<br>WARRENVILLE, IL 60555 | CANDICE DUET<br>PH: (630) 836-7629<br>FAX: (630) 836-4600 | TRADE | | $ 22,062,850.00 (secured by L/C in the amount of $19,062,850) |
| 8 | INTERNATIONAL PAPER AND AFFILIATES<br>PO BOX #9758<br>FEDERAL WAY, WA 98063-9758 | JENNY IRANON<br>PH: (253) 288-4730<br>FAX: (901) 214-1248 | TRADE | Claim subject to setoff | $ 12,906,122.63 |
| 9 | UNION BANK OF CALIFORNIA, N.A.<br>TWO WALNUT CREEK CENTER<br>200 PRINGLE AVENUE, SUITE 500<br>WALNUT CREEK, CA 94596 | COMMERCIAL FINANCE DIVISION<br>PH: (925) 947-3086<br>FAX: (925) 943-7442<br>- and -<br>Barry Freeman<br>Jeffer, Mangels, Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067<br>Fax: (310) 712-3393 | Guarantee of Loan and Security Agreement dated March 30, 2006 | Contingent | $ 9,171,665.00 |

| # | Creditor | Contact | Type | Notes | Amount |
|---|---|---|---|---|---|
| 10 | LEAD PLAINTIFFS IN THE CIVIL ACTION TITLED ARNOLD INDA, DANIEL ROMERO, ALBERT VILLA, REUBEN CORTEZ, AND JOSEPH ORTIZ, FELIPE MENDOZA, JOHN JIMENEZ, RAYMOND LAMONTAGNE, INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED V. SMURFIT STONE CONTAINER CORPORATION<br>POSNER & ROSEN LLP<br>3600 WILSHIRE BLVD, SUITE 1800<br>LOS ANGELES, CA 90010 | HOWARD Z. ROSEN / JASON C. MARSILI<br>PH: (213) 389 6050<br>FAX: (213) 389 0663 | LITIGATION | | $ 8,750,000.00 |
| 11 | GEORGIA PACIFIC CORPORATION AND AFFILIATES<br>133 PEACHTREE ST, N.E.<br>ATLANTA, GA 30303 | JASON SMITHER<br>PH: (404) 652-5937<br>FAX: (404) 584-1470 | TRADE | Claim subject to setoff | $ 5,477,664.56 |
| 12 | CORN PRODUCTS INTERNATIONAL AND AFFILIATES<br>PO BOX #409882<br>ATLANTA, GA 30384-9882 | DENNIS CALLANAN<br>PH: (708) 551-2600<br>FAX: (708) 551-2700 | TRADE | | $ 3,808,207.93 |
| 13 | BHS CORRUGATED NORTH AMERICA INC AND AFFILIATES 9103 YELLOW BRICK ROAD STE N<br>BALTIMORE CITY, MD 21237-4702 | GREG WOLF<br>PH: (410) 574-4211<br>FAX: (410) 574-4571 | TRADE | | $ 3,419,975.05 |
| 14 | CSX TRANSPORTATION AND AFFILIATES<br>500 WATER ST SC J180<br>JACKSONVILLE, FL 32202 | DAN MURRAY<br>PH: (847) 910-3062<br>FAX: (904) 359-2459 | TRADE | | $ 3,180,820.30 |
| 15 | VOITH FABRICS US SALES INC AND AFFILIATES<br>PO BOX#88572<br>MILWAUKEE, WI 53288 | BOB GALLO<br>PH: (920) 731-0769<br>FAX: (920) 734-1444 | TRADE | | $ 2,915,525.92 |
| 16 | NORAMPAC AND AFFILIATES<br>1061 PARENT STREET<br>ST. BRUNO (QUEBEC), J3V 6R7 Canada | PATRICK CHAPERON<br>PH: (450) 461-8600<br>FAX: (450) 461-8636 | TRADE | Claim subject to setoff | $ 2,748,203.17 |
| 17 | GREEN BAY PACKAGING INC AND AFFILIATES<br>BIN 53139<br>MILWAUKEE, WI 53288 | PAM GOODSON<br>PH: (501) 354-9292<br>FAX: (920) 433-5471 | TRADE | Claim subject to setoff | $ 2,471,990.62 |
| 18 | MARQUIP INC AND AFFILIATES<br>33758 TREASURY CENTER<br>COOK, IL 60694-3700 | RANDY LORENZ<br>PH: (608) 255-4220 x888239<br>FAX: (314) 862-8858 | TRADE | | $ 2,198,544.47 |
| 19 | MOTION INDUSTRIES INC & AFFILIATES<br>PO BOX #862<br>SPRINGDALE, AR 72765 | W.E BILL HORN<br>PH: (205) 951-1148<br>FAX: (205)-951-1172 | TRADE | | $ 2,099,343.28 |
| 20 | ROCK TENN CO & AFFILIATES<br>PO BOX #8500<br>PHILADELPHIA, PA 19178 | DAN BERGIN<br>PH: (631) 851-9028<br>FAX: (770) 263-3582 | TRADE | Claim subject to setoff | $ 2,044,139.99 |
| 21 | NORFOLK SOUTHERN CORPORATION & AFFILIATES<br>PO BOX #532888<br>ATLANTA, GA 30353-2888 | JOHN REILLY<br>PH: (708) 409-1502<br>FAX: (757) 664-5069 | TRADE | | $ 2,040,920.76 |
| 22 | ERCO WORLDWIDE & AFFILIATES<br>302 THE EAST MALL SUITE 200<br>TORONTO, ON M9B 6C7 Canada | DAVE GALLAGHER<br>PH: (509) 521-1396<br>FAX: (416) 239-0235 | TRADE | | $ 2,009,986.52 |
| 23 | WEAVEXX CORP & AFFILIATES<br>24446 NETWORK PLACE<br>CHICAGO, IL 60673-1244 | JOEL FARMER<br>PH: (865) 250-0245<br>FAX: (919) 556-2432 | TRADE | | $ 1,813,534.89 |
| 24 | EQUISTAR<br>2718 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | JOHN KANGAS<br>PH: (630) 443-7310<br>FAX: (713) 652-7430 | TRADE | | $ 1,792,081.44 |

| | | | | | |
|---|---|---|---|---|---|
| 25 | AIRTEK CONSTRUCTION INC & AFFILIATES<br>PO BOX #388<br>TROY,AL 36081 | MARK SMITH<br>PH: (334) 566-7400<br>FAX; (334) 556-7496 | TRADE | | $ 1,791,265.88 |
| 26 | RS HARRITAN CO INC & AFFILIATES<br>PO BOX #24157<br>RICHMOND,VA 23224-0157 | CYNTHIA CECIL<br>PH: (804) 275-7821<br>FAX: (804) 743-8380 | TRADE | | $ 1,782,176.87 |
| 27 | GRAPHIC SCIENCES INC & AFFILIATES<br>UNIT 024944<br>PORTLAND,OR 97208 | JEFF ASHBURN<br>PH: (501) 276-4465<br>FAX: (503) 460-0225 | TRADE | | $ 1,633,547.48 |
| 28 | SHERIFF ANDY BROWN<br>500 EAST COURT ST<br>JONESBORO,LA 71251 | ANDY BROWN<br>PH: (318) 259-9021<br>FAX: (318) 259-8268 | TAX | | $ 1,591,372.94 |
| 29 | BOISE CASCADE PAPER DIV<br>PO BOX #120001 DEPT 0778<br>DALLAS,TX 75312-0778 | LORI WALSTON<br>PH: (208) 384-7829<br>FAX: (208) 384-4852 | TRADE | Claim subject to setoff | $ 1,577,153.39 |
| 30 | CEDAR BAY GENERATING CO LTD PTNRSHP<br>401 ALTON ST<br>ALTON,IL 62002 | SEMINOLE MILL<br>(ELECTRIC COMPANY NO CONTACT)<br>PH: 904-751-4000<br>FAX: (904) 751-7370 | TRADE | | $1,576,050<br>(secured by L/C in the amount of $10,000,000) |

## DECLARATION REGARDING CREDITORS

## HOLDING THE THIRTY LARGEST UNSECURED CLAIMS

      I, Craig A. Hunt, am an authorized officer of Smurfit-Stone Container Corporation and either an authorized officer or individual of each of the other debtors and debtors in possession in these chapter 11 cases (collectively, the "Debtors"), and in such capacities am familiar with the financial affairs of each of the Debtors. I declare under penalty of perjury that I have read and reviewed the foregoing Consolidated List of Creditors Holding the Thirty (30) Largest Unsecured Claims Against the Debtors and that the information included therein is true and correct to the best of my knowledge, information and belief.

Dated: January 26, 2009

_____
Craig A. Hunt
Secretary

SMURFIT-STONE CONTAINER
CORPORATION