## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SMURFIT-STONE CONTAINER CORPORATION, *et al.*, | Case No. 09-10235 (BLS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: September 30, 2009 @ 2:00 p.m.** |

## JOINDER OF FIDUCIARY COUNSELORS INC. TO MOTION OF CASPIAN CAPITAL ADVISORS FOR AN ORDER APPOINTING AN OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS

Fiduciary Counselors Inc. ("FCI"), by and through its undersigned counsel, hereby submits this Joinder (the "Joinder") to the Motion (the "Motion") of Caspian Capital Advisors ("Caspian") for an Order Appointing an Official Committee of Equity Security Holders. In support of its Joinder, FCI respectfully states as follows:

1.     FCI is the independent fiduciary for the Debtors' five employee savings plans (the "Plans"). The Plans collectively hold approximately 4% of the common stock of Debtor Smurfit-Stone Container Corporation.

2.     FCI supports Caspian's request for appointment of an official committee of equity holders for the reasons set forth in the Motion, which are incorporated herein by reference. FCI previously made a similar request to the Office of the United States Trustee (the "UST") for the appointment of an equity committee. The request was not granted.

3.      If an equity committee is appointed, FCI respectfully submits that it should not be limited to holders of preferred stock but should include holders of common stock as well. FCI is willing and able to serve as a member of an equity committee if one is formed.

WHEREFORE, FCI requests that the Court grant the Motion and enter an order (i) directing the UST to form an official committee of equity holders and (ii) granting such other and further relief the Court deems just.

Date: September 21, 2009                BUCHANAN INGERSOLL & ROONEY PC

By: /s/ Mary F. Caloway
Mary F. Caloway (No. 3059)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
Email: peter.duhig@bipc.com

-and-

BUCHANAN INGERSOLL & ROONEY
William H. Schorling
Two Liberty Place
50 S. 16th Street
Suite 3200
Philadelphia PA 19102
Telephone: (215) 665-8700
Facsimile: (215) 665-8760

Attorneys for Fiduciary Counselors Inc.