UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SMURFIT-STONE CONTAINER CORPORATION, et al.,[1] | Case No. 09-10235 (BLS) |
| | Jointly Administered |
| Debtors. | Ref. Docket No. 2252 |

## ORDER APPROVING STIPULATION AMONG J. ARON & COMPANY AND CERTAIN OF THE DEBTORS CONCERNING THE BAR DATE ORDER

Upon consideration of the *Stipulation Among J. Aron & Company and Certain of the Debtors Concerning the Bar Date Order* (the "Stipulation"), a copy of which is attached as Exhibit "1" hereto, as agreed to by and between the debtors in the above captioned Chapter 11 cases (collectively, the "Debtors"), and J. Aron & Company (the "Claimant", and together with the Debtors, the "Parties"), it is hereby

ORDERED that the Stipulation is APPROVED; and it is further

ORDERED that the Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation; and it is further

ORDERED that the terms of paragraphs 1 through 9 of the Stipulation are incorporated into this Order as if set forth in their entirety herein; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Smurfit-Stone Container Corporation (1401), Smurfit-Stone Container Enterprises, Inc. (1256), Calpine Corrugated, LLC (0470), Cameo Container Corporation (5701), Lot 24D Redevelopment Corporation (6747), Atlanta & Saint Andrews Bay Railway Company (0093), Stone International Services Corporation (9630), Stone Global, Inc. (0806), Stone Connecticut Paperboard Properties, Inc. (8038), Smurfit-Stone Puerto Rico, Inc. (5984), Smurfit Newsprint Corporation (1650), SLP Finance I, Inc. (8169), SLP Finance II, Inc. (3935), SMBI Inc. (2567), Smurfit-Stone Container Canada Inc. (3988), Stone Container Finance Company of Canada II (1587), 3083527 Nova Scotia Company (8836), MBI Limited/Limitée (6565), Smurfit-MBI (1869), 639647 British Columbia Ltd. (7733), B.C. Shipper Supplies Ltd. (7418), Specialty Containers Inc. (6564), SLP Finance General Partnership (9525), Francobec Company (7735), and 605681 N.B. Inc. (1898). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 222 North LaSalle Street, Chicago, Illinois 60601.

1

DB02:8826903.1   068063.1001

or related to the implementation or interpretation of the Stipulation or this Order.

Dated: October 14, 2009
Wilmington, Delaware

_____
BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE