IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------x  Chapter 11
In re                                           :
                                                :  Case No. 09-10235 (BLS)
Smurfit-Stone Container Corporation, et al.,    :  (Jointly Administered)
                                                :
                    Debtors.                    :  Re: Docket No. 1661
--------------------------------------------------x

## NOTICE OF HEARING ON THE MOTION OF CASPIAN CAPITAL ADVISORS FOR AN ORDER APPOINTING AN OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS

TO: All parties requesting notice under Fed. R. Bankr. P. 2002

PLEASE TAKE NOTICE that on August 20, 2009, Caspian Capital Advisors filed the **Motion of Caspian Capital Advisors for an Order Appointing an Official Committee of Equity Security Holders** (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on December 4, 2009 at 10:00 a.m. before the Honorable Brendan L. Shannon in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801.

Dated: November 3, 2009               CROSS & SIMON, LLC
       Wilmington, Delaware

                                      By: /s/ Kevin S. Mann
                                      Christopher P. Simon (No. 3697)
                                      Kevin S. Mann (No. 4576)
                                      913 North Market Street, 11th Floor
                                      Wilmington, DE 19801
                                      Telephone: (302) 777-4200
                                      Facsimile: (302) 777-4224
                                      csimon@crosslaw.com
                                      kmann@crosslaw.com

- and -

WILLKIE FARR & GALLAGHER LLP
Rachel C. Strickland
Brian E. O'Connor
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

*Co-counsel to Mariner Investment Group, LLC*