# EXHIBIT B

Proposed Order

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SMURFIT-STONE CONTAINER CORPORATION, et al.,[1] | Case No. 09-10235 (BLS) |
| | Jointly Administered |
| Debtors. | Ref. Docket No. _____ |

## ORDER PURSUANT TO SECTIONS 105(a), 363(b) AND 364(b) OF THE BANKRUPTCY CODE AUTHORIZING DEBTORS TO (A) ENTER INTO EXIT TERM LOAN FACILITY ENGAGEMENT AND ARRANGEMENT LETTER AND FEE LETTERS, (B) PAY ASSOCIATED FEES AND EXPENSES, AND (C) FURNISH RELATED INDEMNITIES

Upon consideration of the Motion[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order authorizing the Debtors to (a) enter into an Arrangement Letter and Arrangement Fee Letter with the Arrangement Parties in connection with prospective exit financing, (b) pay the fees and expenses as set forth in the Arrangement Letter and Arrangement Fee Letter and (c) furnish related indemnities; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 1408 and 1409; and notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and after due deliberation and good and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Smurfit-Stone Container Corporation (1401), Smurfit-Stone Container Enterprises, Inc. (1256), Calpine Corrugated, LLC (0470), Cameo Container Corporation (5701), Lot 24D Redevelopment Corporation (6747), Atlanta & Saint Andrews Bay Railway Company (0093), Stone International Services Corporation (9630), Stone Global, Inc. (0806), Stone Connecticut Paperboard Properties, Inc. (8038), Smurfit-Stone Puerto Rico, Inc. (5984), Smurfit Newsprint Corporation (1650), SLP Finance I, Inc. (8169), SLP Finance II, Inc. (3935), SMBI Inc. (2567), Smurfit-Stone Container Canada Inc. (3988), Stone Container Finance Company of Canada II (1587), 3083527 Nova Scotia Company (8836), MBI Limited/Limitée (6565), Smurfit-MBI (1869), 639647 British Columbia Ltd. (7733), B.C. Shipper Supplies Ltd. (7418), Specialty Containers Inc. (6564), SLP Finance General Partnership (9525), Francobec Company (7735), and 605681 N.B. Inc. (1898). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 222 North LaSalle Street, Chicago, Illinois 60601.

[2] Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motion.

sufficient cause appearing therefor, pursuant to sections 105(a), 363(b) and 364(b) of the Bankruptcy Code, it is hereby

ORDERED, that the relief requested in the Motion is granted; and it is further

ORDERED, that the Debtors are authorized to enter into the Arrangement Letter; and it is further

ORDERED, that the Debtors are authorized to enter into the Arrangement Fee Letter; and it is further

ORDERED, that the Debtors are authorized to pay the fees and expenses expressly set forth in, and pursuant to the terms and conditions of, the Arrangement Letter and Arrangement Fee Letter; and it is further

ORDERED, that the Debtors are authorized to furnish indemnities expressly set forth in, and pursuant to the terms and conditions of, the Arrangement Letter and Arrangement Fee Letter; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
January ____, 2010

_____
Brendan L. Shannon
United States Bankruptcy Judge