# **EXHIBIT A**

Proposed Order

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SMURFIT-STONE CONTAINER CORPORATION, et al.,[1] | Case No. 09-10235 (BLS) |
| | Jointly Administered |
| Debtors. | Ref. Docket No. _____ |

## ORDER SHORTENING THE TIME FOR NOTICE OF THE HEARING TO CONSIDER (I) MOTION FOR AN ORDER PURSUANT TO SECTIONS 105(a), 363(b) AND 364(b) OF THE BANKRUPTCY CODE FOR AUTHORITY TO (A) ENTER INTO EXIT TERM LOAN FACILITY ENGAGEMENT AND ARRANGEMENT LETTER AND FEE LETTER, (B) PAY ASSOCIATED FEES AND EXPENSES, AND (C) FURNISH RELATED INDEMNITIES AND (II) JOINT MOTION OF THE DEBTORS AND J.P. MORGAN SECURITIES INC. FOR ENTRY OF AN ORDER AUTHORIZING THE FILING UNDER SEAL OF THE ARRANGEMENT FEE LETTER RELATING TO EXIT TERM LOAN FACILITY

Upon consideration of the motion (the "Motion to Shorten")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order providing that the applicable notice period for (i) their Motion for an Order Pursuant to Sections 105(a), 363(b) and 364(b) of the Bankruptcy Code for Authority to (A) Enter into Exit Term Loan Facility Engagement and Arrangement Letter and Fee Letter, (B) Pay Associated Fees and Expenses, and (C) Furnish Related Indemnities (the "Exit Financing Motion") and (ii) the Joint Motion of the Debtors and J.P. Morgan Securities Inc. for Entry of an Order Authorizing the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Smurfit-Stone Container Corporation (1401), Smurfit-Stone Container Enterprises, Inc. (1256), Calpine Corrugated, LLC (0470), Cameo Container Corporation (5701), Lot 24D Redevelopment Corporation (6747), Atlanta & Saint Andrews Bay Railway Company (0093), Stone International Services Corporation (9630), Stone Global, Inc. (0806), Stone Connecticut Paperboard Properties, Inc. (8038), Smurfit-Stone Puerto Rico, Inc. (5984), Smurfit Newsprint Corporation (1650), SLP Finance I, Inc. (8169), SLP Finance II, Inc. (3935), SMBI Inc. (2567), Smurfit-Stone Container Canada Inc. (3988), Stone Container Finance Company of Canada II (1587), 3083527 Nova Scotia Company (8836), MBI Limited/Limitée (6565), Smurfit-MBI (1869), 639647 British Columbia Ltd. (7733), B.C. Shipper Supplies Ltd. (7418), Specialty Containers Inc. (6564), SLP Finance General Partnership (9525), Francobec Company (7735), and 605681 N.B. Inc. (1898). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 222 North LaSalle Street, Chicago, Illinois 60601.

Filing Under Seal of the Arrangement Letter Relating to Exit Term Loan Facility (together with the Exit Financing Motion, the "Motions") be shortened pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and the Court having determined that granting the relief requested in the Motion to Shorten is in the best interests of the Debtors, their estates and creditors and other parties in interest; and it appearing that due and adequate notice of the Motion to Shorten has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that approval of the Motions shall be considered by this Court on January 14, 2010 at 11:00 a.m. (ET); and it is further

ORDERED, that any objections to the relief requested in the Motions shall be filed and served upon counsel to the Debtors and counsel to JPMSI no later than January 11, 2010 at 4:00 p.m. (ET); and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
January ____, 2010

---

Brendan L. Shannon
United States Bankruptcy Judge

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion to Shorten.