# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SMURFIT-STONE CONTAINER CORPORATION, et al.,[1] | Case No. 09-10235 (BLS) |
| | Jointly Administered |
| Debtors. | Ref. Docket No. 3743 |

## NOTICE OF FILING OF EXHIBIT A TO ARRANGEMENT LETTER IN CONNECTION WITH DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTIONS 105(a), 363(b) AND 364(b) OF THE BANKRUPTCY CODE FOR AUTHORITY TO (A) ENTER INTO EXIT TERM LOAN FACILITY ENGAGEMENT AND ARRANGEMENT LETTER AND FEE LETTER, (B) PAY ASSOCIATED FEES AND EXPENSES, AND (C) FURNISH RELATED INDEMNITIES

**PLEASE TAKE NOTICE** that on January 2, 2010, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed their Motion for an Order Pursuant to Sections 105(a), 363(b) and 364(b) of the Bankruptcy Code for Authority to (A) Enter Into Exit Term Loan Facility Engagement and Arrangement Letter and Fee Letter, (B) Pay Associated Fees and Expenses, and (C) Furnish Related Indemnities [Docket No. 3743] (the "Motion").[2] Attached hereto as Exhibit 1 is the Term Sheet, which is Exhibit A to the Arrangement Letter.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Smurfit-Stone Container Corporation (1401), Smurfit-Stone Container Enterprises, Inc. (1256), Calpine Corrugated, LLC (0470), Cameo Container Corporation (5701), Lot 24D Redevelopment Corporation (6747), Atlanta & Saint Andrews Bay Railway Company (0093), Stone International Services Corporation (9630), Stone Global, Inc. (0806), Stone Connecticut Paperboard Properties, Inc. (8038), Smurfit-Stone Puerto Rico, Inc. (5984), Smurfit Newsprint Corporation (1650), SLP Finance I, Inc. (8169), SLP Finance II, Inc. (3935), SMBI Inc. (2567), Smurfit-Stone Container Canada Inc. (3988), Stone Container Finance Company of Canada II (1587), 3083527 Nova Scotia Company (8836), MBI Limited/Limitée (6565), Smurfit-MBI (1869), 639647 British Columbia Ltd. (7733), B.C. Shipper Supplies Ltd. (7418), Specialty Containers Inc. (6564), SLP Finance General Partnership (9525), Francobec Company (7735), and 605681 N.B. Inc. (1898). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 222 North LaSalle Street, Chicago, Illinois 60601.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek approval of the Motion and the relief requested therein at the hearing scheduled for January 14, 2010 at 11:00 a.m. (ET).

Dated: Wilmington, Delaware
January 12, 2010

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Matthew A. Clemente
Dennis M. Twomey
Bojan Guzina
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

ATTORNEYS FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION