# **<u>EXHIBIT C</u>**

**EXHIBIT C**

**Financial Projections**

**<u>Financial Projections</u>**

Management prepared the Financial Projections for the years 2009 through 2014 (the "Projection Period"). The Financial Projections are based on a number of assumptions made by management with respect to the future performance of the Reorganized Debtors' operations. Although management has prepared the Financial Projections in good faith and believes the assumptions to be reasonable, it is important to note that the Debtor can provide no assurance that such assumptions will be realized. As described in detail in the Disclosure Statement, a variety of risk factors could affect the Reorganized Debtors' financial results and must be considered. The Financial Projections should be reviewed in conjunction with a review of these assumptions, including the qualifications and footnotes set forth within.

1. General

    a. Methodology – The Financial Projections are based upon the Debtors' detailed operating forecast for 2009, which includes eleven months of actual results and a forecast for the last month of the year. For 2010 – 2014, the Financial Projections incorporate management's assumptions and initiatives, including the impact of the Debtors' operating restructuring initiatives.

    b. Plan Consummation – The operating assumptions assume that the Plan effective date will be March 31, 2010.

    c. Macroeconomic and Industry Environment – The Financial Projections are based on management's view of the North America containerboard market supply and demand balance, and corresponding operating rates and pricing, and changes in all cost inputs and expenses. Management's view considered and is fairly consistent with current global forest products industry information and forecast provider, general Wall Street equity research consensus views and/or third party commodity analysts for major macroeconomic and industry cost drivers.

2. Projected Statements of Operations

    a. Sales – Consolidated sales include the sales of corrugated packaging, containerboard, kraft paper, market and fluff pulp, solid bleached board and liner, and recycled materials. The Financial Projections assume total external containerboard and corrugated packaging sales of approximately 5.8 million tons in 2009 growing to 6.1 million tons in 2011; in addition to these sales tons, the company also sells market and fluff pulp, kraft paper, solid bleached board and liner and recycled materials. The Financial Projections assume a Pulp & Paper Week linerboard transaction price movement in 2010, and related contractual lags and movements, with the annual publication pricing increasing steadily from approximately $535 per ton in December 2009 to $630 per ton in 2014. As of January 22, 2010, Pulp & Paper Week increased its published list price for linerboard and medium by $50 a ton ($70 a ton on the West Coast). At the same

        time, recycled fiber prices have spiked dramatically during December 2009 and January 2010, and the Debtors believe that the benefit of the early realization of containerboard price increases will be dramatically offset by such recycled fiber cost increases.

b. Permanent Mill Downtime – The Financial Projections reflect the impacts of the Company's December 14th announced plans to permanently close its Ontonagon, MI, and Missoula, MT, mills, effective December 31. The Ontonagon mill produces 280,000 tons of medium annually and the Missoula mill produces 620,000 tons of linerboard annually. The company expects to incur a restructuring charge of approximately $284 million, of which approximately $246 million is non-cash, in 4Q 2009.

c. Cost of Sales – Cost of Sales is projected to be 90.4% of sales in 2009 and improve to 85.7% of sales by 2014, driven primarily by the forecasted improving market demand and price, offset somewhat by inflation.

d. Selling, General, & Administrative Expenses – Selling, General & Administrative ("SG&A") expenses are projected to be 10.3% of sales in 2009 and improving to 9.2% of sales in 2014, driven primarily by the forecasted improving market demand and price, offset somewhat by inflation.

e. Net income (loss) – Net income (loss) is expected to improve from a loss of ($208.7) million in 2009, including the impact of the announced permanent downtime, to net income of $133.7 million in 2014, as market demand and price improve, offset somewhat by increased commodity inflation and other costs.

f. Adjusted EBITDA – Adjusted EBITDA is expected to improve from a $344.3 million in 2009 to $450.2 million in 2010. 2010 adjusted EBITDA benefits versus 2009 from the permanent mill closures, the full year benefit of scaling cost reductions and investments, and improving demand, offset somewhat by inflation net of hedges and improving business conditions.

g. Reorganization Items – The 2009 and 2010 Reorganization Items consist of actual and estimated postpetition fees for professional advisors and bank fees directly attributable to the bankruptcy filing and related capital restructuring. Reorganization Items exclude adjustments that may be approved by the bankruptcy court related to the Company's Plan of Reorganization.

h. Interest Expense – For 2009, interest expense reflects the actual expense incurred through November 2009 and projected interest expense related to the last month of the year. For 2010 through 2014, interest expense projections are based on the Company's current estimated debt structure after the Restructuring Plan is complete, estimated on March 31, 2010.

i. Income Taxes – For 2009 and 2010, because it is more likely than not that substantially all of the deferred tax assets that are generated by our losses may not be realized; we have provided full valuation allowances with respect to those deferred tax assets. As a result, the Financial Projections assume that no tax

2

benefit will be provided with respect to losses incurred through 2010. In addition, it is assumed that in connection with our emergence from Chapter 11, our U.S. and Canadian net operating loss and credit carry-forwards will be substantially eliminated due to the cancellation of indebtedness income. For 2011 through 2014, income tax provisions were projected at the applicable statutory tax rate in the countries in which we operate.

3.    Pension Plan Contributions

At December 31, 2008, the qualified defined benefit retirement plans maintained by the Company were under funded by approximately $900 million. We estimate that this level of under funding increased by approximately $190 million during the ten months ended October 31, 2009, due primarily to decreases in the discount rate assumptions used to determine the amount of plan benefit obligations, which were less than fully offset by positive returns on plan assets. Assuming that the plan of reorganization confirmed by the Bankruptcy Courts provides for the assumption of the defined benefit retirement plans, we will likely be required to make significant cash contributions to these plans under applicable U.S. and Canadian laws over the next several years following emergence from bankruptcy, which will significantly impact future cash flows that might otherwise be available for repayment of debt, capital expenditures, and other corporate purposes. We currently estimate that these cash contributions under the United States and Canadian plans will be approximately $80 million in 2010, and potentially up to approximately $110 million depending upon how unpaid Canadian contributions for 2009 are impacted by the plan of reorganization. For future years, we currently estimate that these contributions will potentially be in the range of approximately $290 to $345 million annually in 2011 through 2014, and will then fall to approximately $230 million in 2015, approximately $190 million in 2016, and approximately $90 million in 2017, at which point almost all of the under funding would be required to be amortized under existing laws and regulations. The actual required amounts and timing of such future cash contributions will be highly sensitive to changes in the applicable discount rates, and to a lesser extent, returns on plan assets, and could also be impacted by future changes in the laws and regulations applicable to plan funding.

4.    Projected Balance Sheets and Statements of Cash Flow

The Company's projected Consolidated Balance Sheets set forth the projected consolidated financial position of the Company, after giving effect to the Proposed Reorganization. The projected Consolidated Balance Sheets were developed based upon the Company's November 30, 2009 balance sheet as adjusted for the Plan and projected results of operations and cash flows over the Projection Period. These Financial Projections were not prepared with a view toward compliance with published guidelines of the Securities and Exchange Commission or guidelines established by the American Institute of Certified Public Accountants for preparation and presentation of prospective financial information. The projected Consolidated Balance Sheets reflect the current forecasted impact of "fresh start" accounting, which could result in further material change to the projected values of assets and liabilities.

The projected Consolidated Balance Sheets contain certain pro forma adjustments as a result of the Plan Consummation. They also include the debt and other obligations that will continue to remain outstanding and will be paid in the ordinary course of operations. The projected cash balances reflect the effects of anticipated changes in working capital related items.

3

On the Effective Date, actual cash may vary from cash reflected in the projected Consolidated Balance Sheets because of variances in the Financial Projections and potential changes in cash needs to consummate the Plan.

**Smurfit-Stone Container Corporation**
**Consolidated Statements of Income**
($ in thousands)
**PROJECTED INCOME STATEMENT**

| | 2009 Forecast | Q1 2010 Forecast | Q2 2010 Forecast | Q3 2010 Forecast | Q4 2010 Forecast | 2010 Forecast | 2011 Forecast | 2012 Forecast | 2013 Forecast | 2014 Forecast |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales | $5,563,385 | $1,412,877 | $1,464,583 | $1,529,397 | $1,476,517 | $5,883,374 | $6,102,839 | $6,303,845 | $6,369,029 | $6,517,401 |
| Costs and expenses | | | | | | | | | | |
| Cost of goods sold | 5,027,585 | 1,321,221 | 1,345,716 | 1,315,434 | 1,267,504 | 5,249,875 | 5,327,562 | 5,425,481 | 5,474,193 | 5,586,256 |
| Selling and administrative expenses | 572,379 | 145,693 | 139,968 | 137,147 | 138,193 | 561,000 | 582,000 | 600,000 | 591,000 | 600,000 |
| Restructuring (income) expenses | 312,700 | 5,000 | 5,000 | 5,000 | 5,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 |
| Goodwill and intangible asset impairment charges | - | | | | | | | | | |
| (Gain) Loss on disposal of assets | 3,355 | - | - | - | - | - | - | - | - | - |
| Other Operating (Income) Expense | (633,100) | - | - | - | - | - | - | - | - | - |
| Income from operations | $280,466 | ($59,037) | ($26,101) | $71,816 | $65,820 | $52,499 | $173,277 | $258,363 | $283,836 | $311,145 |
| Other income (expense) | | | | | | | | | | |
| DIP financing cost | (63,096) | - | - | - | - | - | - | - | - | - |
| Interest expense, Net | (280,594) | (63,266) | (24,908) | (24,855) | (24,803) | (137,831) | (99,000) | (98,160) | (97,320) | (96,480) |
| Loss on early extinguishment of debt | (19,777) | (13,379) | - | - | - | (13,379) | - | - | - | - |
| Foreign currency exchange gains (losses) | (12,400) | - | - | - | - | - | - | - | - | - |
| Other, net | 14,534 | - | - | - | - | - | - | - | - | - |
| Income (loss) before reorganization items and income taxes | ($80,867) | ($135,682) | ($51,008) | $46,961 | $41,018 | ($98,711) | $74,277 | $160,203 | $186,516 | $214,665 |
| Reorganization items | (122,862) | (15,000) | (10,000) | - | - | (25,000) | - | - | - | - |
| Loss before income taxes | ($203,729) | ($150,682) | ($61,008) | $46,961 | $41,018 | ($123,711) | $74,277 | $160,203 | $186,516 | $214,665 |
| (Provision for) benefit from income taxes | (5,000) | - | - | - | - | - | (32,000) | (62,000) | (71,000) | (81,000) |
| Net income (loss) | ($208,729) | ($150,682) | ($61,008) | $46,961 | $41,018 | ($123,711) | $42,277 | $98,203 | $115,516 | $133,665 |
| Preferred stock dividends | (12,252) | (3,063) | - | - | - | (3,063) | - | - | - | - |
| Net income (loss) available to common stockholders | ($220,981) | ($153,745) | ($61,008) | $46,961 | $41,018 | ($126,774) | $42,277 | $98,203 | $115,516 | $133,665 |
| | | | | | | | | | | |
| Adjusted EBITDA | $344,269 | $37,563 | $94,101 | $162,307 | $156,195 | $450,166 | $535,550 | $622,490 | $645,162 | $647,072 |

5

**Smurfit-Stone Container Corporation**
**Consolidated Balance Sheets**
($ in thousands)

**PROJECTED BALANCE SHEET**

| | 2009 Forecast | Q1 2010 Forecast | Q2 2010 Forecast | Q3 2010 Forecast | Q4 2010 Forecast | 2010 Forecast | 2011 Forecast | 2012 Forecast | 2013 Forecast | 2014 Forecast |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | $678,930 | $125,650 | $115,305 | $169,902 | $307,813 | $307,813 | $290,468 | $339,248 | $350,440 | $373,582 |
| Restricted Cash | 8,697 | | | | | | | | | |
| Receivables | 678,532 | 682,932 | 687,232 | 707,032 | 659,332 | 659,332 | 679,332 | 696,332 | 700,332 | 710,332 |
| Inventories | 483,683 | 616,883 | 586,883 | 586,883 | 586,883 | 586,883 | 571,883 | 556,883 | 556,883 | 556,883 |
| Prepaid Expense & Other | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 |
| **Total Current Assets** | **$1,891,842** | **$1,467,465** | **$1,431,420** | **$1,505,817** | **$1,596,028** | **$1,596,028** | **$1,583,683** | **$1,634,463** | **$1,649,655** | **$1,682,797** |
| Property, Plant & Equipment (inc Timberland), Net | $3,071,214 | $3,107,730 | $3,086,168 | $3,051,230 | $2,992,093 | $2,992,093 | $2,849,819 | $2,705,693 | $2,561,566 | $2,417,440 |
| PP&E / Intangible Step-Up | - | 325,500 | 325,500 | 325,500 | 325,500 | 325,500 | 325,500 | 325,500 | 325,500 | 325,500 |
| Deferred Debt Issuance Costs | 437 | 55,500 | 53,188 | 50,875 | 48,563 | 48,563 | 39,313 | 30,063 | 20,813 | 11,563 |
| Deferred Income Taxes | 11,162 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | 66,078 | 51,078 | 51,315 | 51,314 | 51,313 | 51,313 | 51,313 | 41,013 | 41,013 | 28,513 |
| **Total Assets** | **$5,040,733** | **$5,007,273** | **$4,947,590** | **$4,984,736** | **$5,013,497** | **$5,013,497** | **$4,849,628** | **$4,736,731** | **$4,598,547** | **$4,465,812** |
| Current Maturities of Long-Term Debt | $1,353,499 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Accounts Payable | 363,764 | 348,679 | 347,116 | 353,781 | 346,313 | 346,313 | 390,313 | 429,313 | 431,313 | 432,313 |
| Accrued Wages & Related Taxes | 151,527 | 137,777 | 150,627 | 145,477 | 158,327 | 158,327 | 158,327 | 158,327 | 158,327 | 158,327 |
| Interest Payable | 12,135 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Current liabilities | 203,859 | 120,071 | 111,564 | 107,126 | 104,679 | 104,679 | 104,534 | 104,534 | 104,534 | 104,534 |
| **Total Current Liabilities** | **$2,084,784** | **$606,527** | **$609,307** | **$606,384** | **$609,319** | **$609,319** | **$653,174** | **$692,174** | **$694,174** | **$695,174** |
| Long-Term Debt | $879 | $1,207,400 | $1,204,400 | $1,201,400 | $1,198,400 | $1,198,400 | $1,186,400 | $1,174,400 | $1,162,400 | $1,150,400 |
| Other Long-Term Liabilities | 125,564 | 1,367,446 | 1,362,391 | 1,354,698 | 1,338,706 | 1,338,706 | 1,068,706 | 751,606 | 422,906 | 106,506 |
| Deferred Income Taxes | - | 325,900 | 325,400 | 324,900 | 324,400 | 324,400 | 338,400 | 393,400 | 456,400 | 496,400 |
| **Total Liabilities Not Subject to Compromise** | **$2,211,227** | **$3,507,273** | **$3,501,498** | **$3,487,382** | **$3,470,825** | **$3,470,825** | **$3,246,680** | **$3,011,580** | **$2,735,880** | **$2,448,480** |
| Total Liabilities Subject to Compromise | $4,368,833 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Total Liabilities** | **$6,580,060** | **$3,507,273** | **$3,501,498** | **$3,487,382** | **$3,470,825** | **$3,470,825** | **$3,246,680** | **$3,011,580** | **$2,735,880** | **$2,448,480** |
| Common Stock | $2,540 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Preferred Stock | 105,481 | - | - | - | - | - | - | - | - | - |
| Additional Paid in Capital | 4,083,639 | 1,500,000 | 1,507,100 | 1,511,400 | 1,515,700 | 1,515,700 | 1,533,700 | 1,557,700 | 1,579,700 | 1,600,700 |
| Retained Deficit | (5,109,995) | - | (61,008) | (14,047) | 26,971 | 26,971 | 69,248 | 167,451 | 282,967 | 416,632 |
| Other Comprehensive Income | (620,992) | - | - | - | - | - | - | - | - | - |
| **Total Stockholders' Equity** | **($1,539,327)** | **$1,500,000** | **$1,446,092** | **$1,497,353** | **$1,542,671** | **$1,542,671** | **$1,602,948** | **$1,725,151** | **$1,862,667** | **$2,017,332** |
| **Total Liabilities & Stockholders' Equity** | **$5,040,733** | **$5,007,273** | **$4,947,589** | **$4,984,736** | **$5,013,496** | **$5,013,496** | **$4,849,628** | **$4,736,731** | **$4,598,547** | **$4,465,812** |

6

**Smurfit-Stone Container Corporation**
**Consolidated Statement of Cash Flows**
($ in thousands)
**PROJECTED STATEMENT OF CASH FLOWS**

| | 2009 Forecast | Q1 2010 Forecast | Q2 2010 Forecast | Q3 2010 Forecast | Q4 2010 Forecast | 2010 Forecast | 2011 Forecast | 2012 Forecast | 2013 Forecast | 2014 Forecast |
|---|---|---|---|---|---|---|---|---|---|---|
| **Net Income/(Loss)** | ($208,729) | ($150,682) | ($61,008) | $46,961 | $41,018 | ($123,711) | $42,277 | $98,203 | $115,516 | $133,665 |
| (Gain) loss on Disposal of Asset | 3,355 | - | - | - | - | - | - | - | - | - |
| (Gain) loss on sale of Disc Segment | - | - | - | - | - | - | - | - | - | - |
| Loss on Early Ext of Debt | 19,777 | 13,379 | - | - | - | 13,379 | - | - | - | - |
| Depreciation | 364,321 | 84,400 | 85,202 | 85,491 | 85,375 | 340,467 | 342,273 | 344,127 | 344,127 | 344,127 |
| DDIC Amortization | 6,024 | 951 | 2,313 | 2,313 | 2,313 | 7,889 | 9,250 | 9,250 | 9,250 | 9,250 |
| Debtor-in Possession Debt Issuance Costs | 63,096 | - | - | - | - | - | - | - | - | - |
| Pension & Postretirement Benefits | 77,816 | 15,875 | (5,292) | (7,692) | (15,991) | (13,100) | (260,900) | (317,100) | (328,700) | (316,400) |
| Stock Compensation Expense | 8,532 | 2,300 | 7,100 | 4,300 | 4,300 | 18,000 | 18,000 | 24,000 | 22,000 | 21,000 |
| 2009 LTIP Emergence Plan | - | 7,200 | - | - | - | 7,200 | - | - | - | - |
| Incentives | - | 1,550 | 1,350 | 1,350 | 1,350 | 5,600 | - | - | - | - |
| Fresh Start Accounting Inventory Write Up | - | - | 30,000 | - | - | 30,000 | - | - | - | - |
| Deferred Taxes | 6,999 | 15,500 | (500) | (500) | (500) | 14,000 | 14,000 | 55,000 | 63,000 | 40,000 |
| Foreign Currency Translation (Gains) Losses | 12,400 | - | - | - | - | - | - | - | - | - |
| Equity Loss (Income) | - | - | - | - | - | - | - | - | - | - |
| Non-cash Impairment and Restructuring Charge | 274,336 | (21,888) | (6,007) | (1,938) | 53 | (29,780) | 9,855 | 10,000 | 10,000 | 10,000 |
| Reorganization Item - Non-Cash for Executory Contracts | 66,637 | - | - | - | - | - | - | - | - | - |
| Change in Restricted Cash | (8,697) | 8,697 | - | - | - | 8,697 | - | - | - | - |
| Decrease (Increase) in Net Working Capital | 323,191 | (4,681) | 5,637 | (19,634) | 51,732 | 33,054 | 39,000 | 37,000 | (2,000) | (9,000) |
| Proceeds from TNH, Net | - | 15,000 | - | - | - | 15,000 | - | 10,300 | - | 12,500 |
| Non-cash Hedges | 54,105 | 667 | - | - | - | 667 | - | - | - | - |
| Other, net (Includes Actual Hedges) | (4,762) | - | - | - | - | - | (9,100) | - | - | - |
| **Cash Provided by (Used For) Operating Activities** | **$1,058,402** | **($11,732)** | **$58,794** | **$110,651** | **$169,649** | **$327,361** | **$204,655** | **$270,780** | **$233,192** | **$245,142** |
| Capital Expenditures | ($167,858) | ($62,070) | ($66,139) | ($53,053) | ($28,738) | ($210,000) | ($210,000) | ($210,000) | ($210,000) | ($210,000) |
| Sale of Assets | 53,306 | 2,900 | - | - | - | 2,900 | - | - | - | - |
| Advances to Affiliates | (14,549) | - | - | - | - | - | - | - | - | - |
| **Cash Provided By (Used for) Investing Activities** | **($129,101)** | **($59,170)** | **($66,139)** | **($53,053)** | **($28,738)** | **($207,100)** | **($210,000)** | **($210,000)** | **($210,000)** | **($210,000)** |
| Cash flow for Debt Paydown | $929,301 | ($70,902) | ($7,345) | $57,598 | $140,911 | $120,261 | ($5,345) | $60,780 | $23,192 | $35,142 |
| Proceeds From Long-Term Debt | $440,000 | $1,200,000 | - | - | - | $1,200,000 | - | - | - | - |
| Mandatory debt additions (retirements) | (368,833) | (1,346,978) | (3,000) | (3,000) | (3,000) | (1,355,978) | (12,000) | (12,000) | (12,000) | (12,000) |
| Deferred Debt Issuance Costs | (63,096) | - | - | - | - | - | - | - | - | - |
| Preferred Stock Dividends Paid | - | - | - | - | - | - | - | - | - | - |
| Bankruptcy Emergence Payments | - | (335,400) | - | - | - | (335,400) | - | - | - | - |
| Repurchase of Accounts Receivable | (385,093) | - | - | - | - | - | - | - | - | - |
| **Cash Provided by (Used For) Financing Activities** | **($377,022)** | **($482,378)** | **($3,000)** | **($3,000)** | **($3,000)** | **($491,378)** | **($12,000)** | **($12,000)** | **($12,000)** | **($12,000)** |
| Effect of Exchange Rate Changes on Cash | 592 | - | - | - | - | - | - | - | - | - |
| **Net Change in Cash** | **$552,871** | **($553,280)** | **($10,345)** | **$54,598** | **$137,911** | **($371,117)** | **($17,345)** | **$48,780** | **$11,192** | **$23,142** |
| Cash Beginning of Period | 126,059 | 678,930 | 125,650 | 115,304 | 169,902 | 678,930 | 307,813 | 290,468 | 339,248 | 350,440 |
| End of period | 678,930 | $125,650 | $115,304 | $169,902 | $307,813 | $307,813 | 290,468 | 339,248 | 350,440 | $373,582 |

7