## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SMURFIT-STONE CONTAINER | ) Case No. 09-10235 (BLS) |
| CORPORATION, <u>et al.</u>, | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) |
| | ) |

## NOTICE OF FILING OF COUNTER-PROPOSED SCHEDULE FOR THE CONFIRMATION HEARING ON THE DEBTORS' JOINT PLAN OF REORGANIZATION

**PLEASE TAKE NOTICE** that, at the Court's direction, a status conference will be held before the Court on April 8, 2010 at 10:30 a.m. (ET) (the "<u>Status Conference</u>") to address scheduling and related issues with respect to the hearing to consider confirmation of the proposed chapter 11 plan of the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>"), which is currently scheduled to commence on April 15, 2010 at 10:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that, in connection with the Status Conference, on April 7, 2010, the Debtors' filed a proposed Schedule for the Confirmation Hearing on the Debtors' Joint Plan of Reorganization [Docket No. 6657] (the "<u>Debtors' Proposed Scheduling Order</u>").

**PLEASE TAKE FURTHER NOTICE** that certain holders (the "Holders")[1] of Smurfit-Stone Container Corporation's common stock, by and through the undersigned counsel, hereby submit this Counter-Proposed Schedule for the Confirmation Hearing on the Debtors' Joint Plan

---

[1]     The Holders are funds for which the following serve as investment advisors: Fir Tree, Inc. and P. Schoenfeld Asset Management LP.

of Reorganization, which is annexed hereto as **Exhibit A**, as a mark-up to the Debtors' Proposed

Scheduling Order.


Dated:      April 7, 2010
              Wilmington, Delaware

Respectfully submitted,

SAUL EWING LLP
Mark Minuti (DE No. 2659)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6840
Facsimile: (302) 421-5973

-and-

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

  /s/ Daniel A. Fliman
David S. Rosner
Andrew K. Glenn
Daniel A. Fliman
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

COUNSEL FOR FIR TREE, INC.
AND P. SCHOENFELD ASSET
MANAGEMENT LP, AS
INVESTMENT ADVISORS FOR
HOLDERS OF COMMON STOCK

**EXHIBIT A**

COMMON HOLDERS' COUNTER-PROPOSED SCHEDULING ORDER
(MARK-UP TO DEBTORS' PROPOSED SCHEDULING ORDER)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| SMURFIT-STONE CONTAINER | ) |
| CORPORATION, et al.,[1] | ) Case No. 09-10235 (BLS) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |
|  | ) |
|  | ) |

## ~~CERTAIN HOLDERS'~~ COUNTER-PROPOSED SCHEDULE FOR THE CONFIRMATION HEARING
## ON THE DEBTORS' JOINT PLAN OF REORGANIZATION

~~The Debtors~~Certain holders (the "Holders" or the "Common Owners")[2] of

Smurfit-Stone Container Corporation's common stock hereby present their counter-proposed

Schedule for the Confirmation Hearing (the "Confirmation Hearing") on the Debtors' Joint

Plan of Reorganization (the "Plan"). Subject to the approval of this Court, the ~~Debtors~~

~~and~~Holders propose that the following shall govern the arguments and testimony presented

at the Confirmation Hearing relating to certain objections (each an "Objection" and

collectively, the "Objections") to confirmation of the Plan.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Smurfit-Stone Container Corporation (1401), Smurfit-Stone Container Enterprises, Inc. (1256), Calpine Corrugated, LLC (0470), Cameo Container Corporation (5701), Lot 24D Redevelopment Corporation (6747), Atlanta & Saint Andrews Bay Railway Company (0093), Stone International Services Corporation (9630), Stone Global, Inc. (0806), Stone Connecticut Paperboard Properties, Inc. (8038), Smurfit-Stone Puerto Rico, Inc. (5984), Smurfit Newsprint Corporation (1650), SLP Finance I, LLC (8169), SLP Finance II, LLC (3935), SMBI Inc. (2567), Smurfit-Stone Container Canada Inc. (3988), Stone Container Finance Company of Canada II (1587), 3083527 Nova Scotia Company (8836), MBI Limited/Limitee (6565), Smurfit-MBI (1869), 639647 British Columbia Ltd. (7733), B.C. Shipper Supplies Ltd. (7418), Specialty Containers Inc. (6564), SLP Finance General Partnership (9525), Francobec Company (7735), and 605681 N.B. Inc. (1898). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 222 North LaSalle Street, Chicago, Illinois 60601.

1.      Direct testimony for fact witnesses will primarily be presented by affidavit, which shall be produced by **10:00** a.m. Eastern Time two (2) days prior to the witness' expected testimony as set forth herein.

2.      All witnesses presented by affidavit may also be presented by live direct testimony of no more than ten (10) minutes, which will be followed by cross-examination. Parties presenting a witness for direct testimony shall have the opportunity to re-direct following cross-examination.

3.      ~~There~~Parties shall be ~~no~~afforded opening and closing statements ~~relating to valuation. Closing statements shall be~~, with each opening statement limited to 30 minutes for ~~the Debtors and 20 minutes for each of the other parties.~~any party.

4.      Aligned parties (such as the Equity Holders and the Common Owners, and the Debtors and the UCC) shall use reasonable efforts to coordinate examinations of witnesses on common issues.

5.      The schedule shall proceed as follows:

   a) April 12, 2010:

      1.  Hearing on Motion of Aurelius Capital Management, LP and Columbus Hill Capital Management, L.P. (the "FinCo II Bondholders") for Temporary Allowance of the Intercompany Claim and Wind-Up Claim for the Purpose of Voting to Accept or Reject the Amended Plan, Request for Classification of the Intercompany Claim and Wind-Up Claim and Requesting Authority to Vote the Intercompany Claim and Wind-Up Claim [Docket No. 6383] (the "Aurelius 3018 Motion").

---

2       The Holders are funds for which the following serve as investment advisors:  Fir Tree, Inc. and P. Schoenfeld Asset Management LP.

b) <u>April 13, 2010:</u>

    1. The Debtors shall file the affidavits of the <u>fact</u> witnesses scheduled to testify on April 15, 2010 (the "<u>April 15 Affiants</u>") by 10:00 a.m. Eastern Time.

    2. ~~The~~<u>Other than the Equity Holders and the Common Owners, the</u> parties shall exchange exhibit lists by noon Eastern Time.

    3. ~~The~~<u>Other than with respect to John Murphy, the</u> parties shall exchange direct deposition designations for any witness not testifying live by noon Eastern Time.

c) <u>April 15, 2010 Hearing:</u>

    1. <u>Morning:</u> To the extent not withdrawn, or otherwise resolved, all objections relating to the confirmation of the Plan (other than the Objections of CIT Group/Equipment Financing, Inc. ("<u>CIT</u>") [Docket No. 6388] ~~and~~<u>,</u> Union Bank of California ("<u>Union Bank</u>") [Docket No. 6349] (collectively, the "<u>Calpine Lender Objections</u>"),[23] <u>and any objections filed by the Equity Holders or the Common Owners)</u> will be presented during the morning of April 15, 2010. The Debtors do not anticipate that live testimony will be necessary to resolve the matters going forward during this time; however, the Debtors intend to proffer testimony from the April 15 Affidavits (which shall be subject to cross-examination and re-direct).

    2. <u>Afternoon:</u> Arguments and testimony to be heard on FinCo II Bondholders' Objection [Docket No. 6383]. At the conclusion of the hearing on the Aurelius 3018 Motion, the Debtors and FinCo II Bondholders will meet and confer on the schedule of remaining issues that will be presented at the Confirmation Hearing, including any and all witnesses who will be presented.

---

[23]    To the extent the Debtors are unable to resolve the issues raised in the Calpine Lender Objections prior to April 15, 2010, on the Effective Date, the Debtors propose to (i) make distributions to CIT and Union Bank pursuant to the terms of the Plan; (ii) deposit the additional interest payments sought in the Calpine Lender Objections into an escrow account and (iii) propose a briefing and trial schedule to adjudicate the merits of Calpine Lender Objections.

### 3. The Equity Holders and the Common Owners shall provide copies of their exhibit lists.

**d) April 17, 2010**

    1. The parties shall exchange cross-deposition designations by noon Eastern time.

**e) April 18, 2010:**

    1. The Debtors shall file the affidavits of the_fact witnesses scheduled to testify on April 20, 2010 (the "April 20 Affiants") by 10:00 a.m. Eastern Time.

**f) April 19, 2010:**

    1. The UCC shall file the affidavit(s) of the_fact witness(es) scheduled to testify on April 21, 2010 (the "UCC Affiants") by 10:00 a.m. Eastern Time.

    2. The parties shall confer on the admissibility of exhibits.

**g) April 20, 2010 Valuation Hearing:**

    1. The Debtors will present the April 20 Affiants.

    2. The Equity Holders and Common Owners shall file the affidavit(s) of the _fact_ witness(es) scheduled to testify on April 22, ~~2010~~2010, if any (the "Equity Affiants") by 10:00 a.m. Eastern Time.

**h) April 21, 2010 Valuation Hearing:**

    1. Examination of the April 20 Affiants shall be completed, if necessary.

    2. The UCC will present the April 21 UCC Affiants.

**i) April 22, 2010 Valuation Hearing:**

    1. Examination of the UCC Affiants shall be completed, if necessary.

2. The Equity Holders and Common Owners will present the Equity Affiants and their expert witnesses.

j) April 23, 2010 Valuation Hearing:

1. Examination of the Equity Affiants and expert witnesses of the Equity Holders and Common Owners shall be completed, if necessary.

k) April 24, 2010

1. The Debtors and the UCC shall file rebuttal affidavits, if any.

l) April 26, 2010 Valuation Hearing:

1. Completion of any remaining testimony, if necessary.

2. The Debtors shall present rebuttal testimony, if necessary.

**IT IS SO ORDERED:**

_____
Brendan L. Shannon
United States Bankruptcy Judge

Dated: April ___, 2010
Wilmington, Delaware