# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SMURFIT-STONE CONTAINER CORPORATION, et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-10235 (BLS) <br><br> Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON APRIL 14, 2010 AT 10:00 A.M. (ET)

**ADJOURNED/RESOLVED MATTERS**

1. Motion of the Debtors for an Order Modifying Certain Reporting Requirements of Federal Rule of Bankruptcy Procedure 2015.3(a) [Docket No. 820, 4/22/09]

    Response Deadline:     May 13, 2009 at 4:00 p.m. (ET)

    Responses/Objections Received:

        A.    Informal Comments from the Official Committee of Unsecured Creditors

    Related Documents:     None.

    Status:    This matter is adjourned until May 10, 2010 at 2:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Smurfit-Stone Container Corporation (1401), Smurfit-Stone Container Enterprises, Inc. (1256), Calpine Corrugated, LLC (0470), Cameo Container Corporation (5701), Lot 24D Redevelopment Corporation (6747), Atlanta & Saint Andrews Bay Railway Company (0093), Stone International Services Corporation (9630), Stone Global, Inc. (0806), Stone Connecticut Paperboard Properties, Inc. (8038), Smurfit-Stone Puerto Rico, Inc. (5984), Smurfit Newsprint Corporation (1650), SLP Finance I, LLC (8169), SLP Finance II, LLC (3935), SMBI Inc. (2567), Smurfit-Stone Container Canada Inc. (3988), Stone Container Finance Company of Canada II (1587), 3083527 Nova Scotia Company (8836), MBI Limited/Limitée (6565), Smurfit-MBI (1869), 639647 British Columbia Ltd. (7733), B.C. Shipper Supplies Ltd. (7418), Specialty Containers Inc. (6564), SLP Finance General Partnership (9525), Francobec Company (7735), and 605681 N.B. Inc. (1898). The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 222 North LaSalle Street, Chicago, Illinois 60601.

2. Motion of the Debtors for an Order Granting a Final Waiver of the Requirements of 11 U.S.C. § 345(b) [Docket No. 1067, 6/11/09]

    Response Deadline:      June 30, 2009 at 4:00 p.m. (ET)

    Responses/Objections Received:

        A.     Informal Comments from the U.S. Trustee

    Related Documents:      None.

    Status:     The Debtors are working to address the informal concerns raised by the U.S. Trustee. This matter is adjourned until May 10, 2010 at 2:00 p.m. (ET).

3. Debtors' Sixth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 3165, 12/15/09]

    Response Deadline:      January 7, 2010 at 4:00 p.m. (ET) [Extended until February 9, 2010 at 4:00 p.m. (ET) for Duane Morris LLP and March 1, 2010 at 4:00 p.m. (ET) for the Ohio Department of Taxation]

    Responses/Objections Received:      See Exhibit A attached hereto

    Related Documents:

        A.     Order Sustaining, In Part, Debtors' Sixth Omnibus (Substantive) Objection To Claims [Docket No. 4136, 1/14/10]

        B.     Second Order Sustaining, In Part, Debtors' Sixth Omnibus (Substantive) Objection To Claims [Docket No. 5045, 2/16/10]

        C.     Notice of Partial Withdrawal [Docket No. 5478, 3/1/10]

        D.     Order Partially Vacating the Order Sustaining, In Part, Debtors' Sixth Omnibus (Substantive) Objection To Claims [Docket No. 6745, 4/9/10]

    Status:     Orders have been entered that partially sustain or vacate the Objection. With respect to the remainder of the relief requested and the outstanding responses, this matter is adjourned as provided for on Exhibit A hereto.

4.  Debtors' Seventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 4176, 1/15/10]

    Response Deadline:         February 9, 2010 at 4:00 p.m. (ET)

    Responses/Objections Received:    See Exhibit B attached hereto

    Related Documents:

    A.  Order Sustaining, In Part, Debtors' Seventh Omnibus (Non-Substantive) Objection To Claims [Docket No. 4966, 2/12/10]

    Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the outstanding responses, this matter is adjourned as provided for on Exhibit B hereto.

5.  Debtors' Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 4177, 1/15/10]

    Response Deadline:         February 9, 2010 at 4:00 p.m. (ET) [Extended until February 11, 2010 at 10:00 a.m. (ET) for United States Attorney with respect to Defense Commissary Agency]

    Responses/Objections Received:    See Exhibit C attached hereto

    Related Documents:

    A.  Order Sustaining, In Part, Debtors' Eighth Omnibus (Substantive) Objection To Claims [Docket No. 5047, 2/16/10]

    B.  Certification of Counsel on Consent Order Respecting the Debtors' Eighth Omnibus Objection to Claim No. 1125 [Docket No. 6014, 3/17, 10]

    Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the outstanding responses, this matter is adjourned as provided for on Exhibit C hereto.

6.  Motion of the Debtors to Compel Compliance with Federal Rule of Bankruptcy Procedure 2019 [Docket No. 5204, 2/22/10]

    Response Deadline:         March 2, 2010 at 4:00 p.m. (ET) [Extended until March 5, 2010 for the Certain Holders]

Responses/Objections Received:

    A.     Response of Mariner Investment Group LLC and Senator Investment Group LP to Motion [Docket No. 5524, 3/2/10]

    B.     Supplemental Verified Statement of Kasowitz, Benson, Torres and Friedman LLP and Saul Ewing LLP Pursuant to Fed. R. Bankr. Proc. 2019(a) [Docket No. 6175, 3/23/10]

    C.     Common Holders' Response to Debtors' Motion [Docket No. 6178, 3/23/10]

Related Documents:

    D.     Notice of Partial Withdrawal of Motion [Docket No. 5656, 3/5/10]

    E.     Notice of Withdrawal of Motion [Docket No. 6791, 4/11/10]

Status:     This matter has been withdrawn.

7. Debtors' Eleventh Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 5455, 2/26/10]

    Response Deadline:           March 22, 2010 at 4:00 p.m. (ET)

    Responses/Objections Received:    See Exhibit D attached hereto

    Related Documents:

    A.     Notice of Partial Withdrawal [Docket No. 6136, 3/22/10]

    B.     Notice of Partial Withdrawal [Docket No. 6281, 3/26/10]

    C.     Order Sustaining, In Part, Debtors' Eleventh Omnibus (Non-Substantive) Objection To Claims [Docket No. 6649, 4/7/10]

    Status:     An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the outstanding responses, this matter is adjourned as provided for on Exhibit D hereto.

8. Debtors' Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 5460, 2/26/10]

    Response Deadline:           March 22, 2010 at 4:00 p.m. (ET)

    Responses/Objections Received:    See Exhibit E attached hereto

Related Documents:

    A.    Notice of Partial Withdrawal [Docket No. 6280, 3/26/10]

    B.    Notice of Partial Withdrawal [Docket No. 6334, 3/29/10]

    C.    Notice of Partial Withdrawal [Docket No. 6550, 4/1/10]

    D.    Order Sustaining, In Part, Debtors' Twelfth Omnibus (Substantive) Objection To Claims [Docket No. 6647, 4/7/10]

    E.    Notice of Partial Withdrawal [Docket No. 6784, 4/9/10]

Status: An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the outstanding responses, this matter is resolved or adjourned as provided for on Exhibit E hereto.

9. Motion of Pee Dee Electric Cooperative, Inc. for Relief From the Automatic Stay to Effectuate Setoff [Docket No. 5804, 3/12/10]

    Response Deadline:    March 23, 2010 at 4:00 p.m. (ET)

    Responses/Objections Received:    None.

    Related Documents:

        A.    Certification of Counsel [Docket No. 6621, 4/6/10]

        B.    Agreed Order Resolving Motion [Docket No. 6724, 4/8/10]

    Status: An Order has been entered.

10. Motion of the Debtors for Entry of an Order Authorizing the Debtors to Enter Into a Confidential Consulting Agreement With John R. Murphy [Docket No. 6225, 3/24/10]

    Response Deadline:    April 7, 2010 at 4:00 p.m. (ET)

    Related Documents:    None.

    Responses/Objections Received:

        A.    Response of Mariner Investment Group LLC and Senator Investment Group LP [Docket No. 6625, 4/6/10]

B.  Joinder of Fir Tree, Inc. and P. Schoenfeld Asset Management LP in Response to Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter Into a Confidential Consulting Agreement With John R. Murphy [Docket No. 6677, 4/7/10]

Status:  This matter is adjourned until May 10, 2010 at 2:00 p.m. (ET).

**UNCONTESTED MATTERS – CERTIFICATIONS FILED**

11.  Third Supplemental Application Pursuant to Sections 327(a), 328(a), and 330 of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016 to Expand the Scope of Employment and Retention of Ernst & Young LLP to Include Further Audit Services, *Nunc Pro Tunc* to March 12, 2010 [Docket No. 6332, 3/29/10]

   Response Deadline:  April 7, 2010 at 4:00 p.m. (ET)

   Responses/Objections Received:  None.

   Related Documents:

   A.  Certificate of No Objection [Docket No. 6790, 4/11/10]

   B.  Proposed Order

   Status:  No objections have been received and a Certificate of No Objection has been filed.

12.  Motion of the Debtors for Entry of an Order Authorizing the Payment of a Quarterly Contribution to the Salaried Pension Plan [Docket No. 6481, 3/31/10]

   Response Deadline:  April 9, 2010 at 4:00 p.m. (ET)

   Responses/Objections Received:  None.

   Related Documents:

   A.  Order Shortening Time for Notice of the Hearing [Docket No. 6523, 4/1/10]

   B.  Certificate of No Objection [TBF]

   C.  Proposed Order

   Status:  To date, no objections have been received. However, pursuant to the Local Rules, the Debtors are not able to file a certificate of no objection until 48 hours after the objection deadline, a time which is after the required time to file this Agenda. The Debtors intend to file a certificate of no objection prior to the hearing.

6

**UNCONTESTED MATTER GOING FORWARD**

13. Motion of Marrlin Transit, Inc. for Allowance and Immediate Payment of Administrative Expenses [Docket No. 4146, 1/14/10]

    Response Deadline:           January 22, 2010 at 4:00 p.m. (ET) [Extended until March 2, 2010 at 4:00 p.m. (ET) for the Debtors]

    Responses/Objections Received:   None.

    Related Documents:           None.

    Status:   The parties are continuing to work towards a consensual resolution of this matter and anticipate submitting a consensual form of order and/or stipulation at or prior to the hearing. In the event this matter is not resolved prior to the hearing, this matter is adjourned to May 10, 2010 at 2:00 p.m. (ET).

14. Motion for an Order Pursuant to Sections 105(a), 363(b) and 364(b) of the Bankruptcy Code (I) Granting Authority to (A) Enter Into Exit ABL Revolving Loan Credit Facility and (B) Execute, Deliver and Perform All Obligations Under the Related Credit Facility Documents and (II) Approving Certain Indemnification, Cost Reimbursement and Fee Obligations as Administrative Expense Claims [Docket No. 6414, 3/29/10]

    Response Deadline:           April 7, 2010 at 4:00 p.m. (ET)

    Responses/Objections Received:   None.

    Related Documents:           None.

    Status:   This matter is going forward.

**CONTESTED MATTER GOING FORWARD**

15. Motion of Aurelius Capital Management, LP and Columbus Hill Capital Management, L.P. for Reconsideration of Order Denying Motion to Convert the Chapter 11 Case of Stone Container Finance Company of Canada II to a Case Under Chapter 7 of the Bankruptcy Code [Docket No. 6578, 4/5/10]

    Response Deadline:           April 12, 2010 at 4:00 p.m. (ET) [Extended until April 13, 2010 at 10:30 a.m. (ET) for the Debtors and the Official Committee of Unsecured Creditors]

    Related Documents:

    A.   Memorandum Order Denying Motion to Convert Case of Stone Container Finance Company of Canada II to a Case Under Chapter 7 of the Bankruptcy Code [Docket No. 6441, 3/30/10]

B.   Order Granting Motion to Shorten Time for Notice and Response [Docket No. 6624, 4/6/10]

Responses/Objections Received:   None to date.

Status:   The Debtors intend to file a response to this matter prior to the response deadline set forth above and will promptly transmit the response to the Court upon its filing.

Dated:   Wilmington, Delaware
        April 12, 2010

SIDLEY AUSTIN LLP
James F. Conlan
Matthew A. Clemente
Dennis M. Twomey
Bojan Guzina
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP


      */s/ Robert F. Poppiti, Jr.*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Attorneys for the Debtors and Debtors-in-Possession

## EXHIBIT A – Sixth (Substantive) Omnibus Objection to Claims

|   | Claimant | Docket No./ Date Filed | Status |
|---|---|---|---|
| 1. | Sierra Liquidity Fund, LLC | Docket No. 3856, 1/6/10 | Adjourned until May 10, 2010 at 2:00 p.m. (ET) |
| 2. | Montana Dept. of Revenue | Docket No. 3920, 1/6/10 | Adjourned until May 10, 2010 at 2:00 p.m. (ET) |
|   | Declaration in Support | Docket No. 3921, 1/6/10 | |

## EXHIBIT B – Seventh (Non-Substantive) Omnibus Objection to Claims

|   | Claimant | Docket No./ Date Filed | Status |
|---|---|---|---|
| 1. | Tennessee Department of Revenue | Docket No. 4844, 2/9/10 | Adjourned until May 10, 2010 at 2:00 p.m. (ET) |

## EXHIBIT C – Eighth (Substantive) Omnibus Objection to Claims

|   | Claimant | Docket No./ Date Filed | Status |
|---|---|---|---|
| 1. | W. David South | Docket No. 4784, 2/8/10 | Adjourned until May 10, 2010 at 2:00 p.m. (ET) |
| 2. | KC Spotting | Informal | Adjourned until May 10, 2010 at 2:00 p.m. (ET) |
| 3. | Tennessee Department of Revenue | Docket No. 4849, 2/9/10 | Adjourned until May 10, 2010 at 2:00 p.m. (ET) |
| 4. | Fred W. Klatt | Docket No. 4851, 2/8/10 | Adjourned until May 10, 2010 at 2:00 p.m. (ET) |
| 5. | Internal Revenue Service | Docket No. 5043, 2/16/10 | Adjourned until May 10, 2010 at 2:00 p.m. (ET) |

## EXHIBIT D – Eleventh (Non-Substantive) Omnibus Objection to Claims

|   | Claimant | Docket No./ Date Filed | Status |
|---|---|---|---|
| 1. | Richard Carroll | Docket No. 6168, 3/23/10 | Adjourned until May 10, 2010 at 2:00 p.m. (ET) |
| 2. | Sierra Liquidity Fund, LLC (Oasis Alignment Services, Inc.) | Docket No. 6217, 3/18/10] | Adjourned until May 10, 2010 at 2:00 p.m. (ET) |

## EXHIBIT E – Twelfth (Substantive) Omnibus Objection to Claims

|  | **Claimant** | **Docket No./ Date Filed** | **Status** |
|---|---|---|---|
| 1. | Star Transport, Inc. | Docket No. 5614, 3/4/10 | The Debtors have filed a Notice of Partial Withdrawal with respect to the related claim; therefore, this matter is resolved. |
| 2. | United States Debt Recovery III, LP | Docket Nos. 5929 and 5930, 3/16/10 | Adjourned until May 10, 2010 at 2:00 p.m. (ET) |
| 3. | Guinther Welding & Machine Works, Inc. | Docket No. 5931, 3/16/10 | Adjourned until May 10, 2010 at 2:00 p.m. (ET) |
| 4. | Honeywell Inc. | Docket No. 5975, 3/17/10 | Adjourned until May 10, 2010 at 2:00 p.m. (ET) |
| 5. | Marrlin Transit, Inc. | Docket No. 6112, 3/22/10 | This matter is being addressed in connection with Item 13 on the Agenda. |
| 6. | Pape Materials Handling | Docket No. 6118, 3/22/10 | Adjourned until May 10, 2010 at 2:00 p.m. (ET) |
| 7. | Alliance Shippers, Inc. | Docket No. 6221, 3/19/10] | The Debtors have filed a Notice of Partial Withdrawal with respect to the related claim; therefore, this matter is resolved. |
| 8. | Sierra Liquidity Fund, LLC and Oasis Alignment Services, Inc. (Oasis Alignment Services, Inc.) | Docket No. 6218, 3/18/10] | Adjourned until May 10, 2010 at 2:00 p.m. (ET) |
| 9. | Rebuts Solides Canadiens Inc. | Docket No. 6615, 4/6/10] | Adjourned until May 10, 2010 at 2:00 p.m. (ET) |
| 10. | Massey Coal Sales Company | Docket No. 6295, 3/26/10 | Adjourned until May 10, 2010 at 2:00 p.m. (ET) |