# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SMURFIT-STONE CONTAINER CORPORATION, et al.,[1] | Case No. 09-10235 (BLS) |
| Debtors. | Jointly Administered |

## NOTICE OF THIRD AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR CONFIRMATION HEARING COMMENCING ON APRIL 15, 2010 AT 10:00 A.M. (ET) AND CONTINUING ON VARIOUS DATES THEREAFTER

### RESOLVED/ADJOURNED MATTERS

1.      Motion of Burrows Paper Corporation to Allow Claim for Plan Voting Purposes Pursuant to Federal Rule of Bankruptcy Procedure 3018 [Docket No. 6116, 3/22/10]

Response Deadline:              N/A

Responses/Objections Received:       None.

Related Documents:

   A.      Certification of Counsel [Docket No. 6731, 4/9/10]

   B.      Order Granting Motion of Burrows Paper Corporation To Allow Claim For Plan Voting Purposes [Docket No. 6742, 4/9/10]

Status:      An Order has been entered.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Smurfit-Stone Container Corporation (1401), Smurfit-Stone Container Enterprises, Inc. (1256), Calpine Corrugated, LLC (0470), Cameo Container Corporation (5701), Lot 24D Redevelopment Corporation (6747), Atlanta & Saint Andrews Bay Railway Company (0093), Stone International Services Corporation (9630), Stone Global, Inc. (0806), Stone Connecticut Paperboard Properties, Inc. (8038), Smurfit-Stone Puerto Rico, Inc. (5984), Smurfit Newsprint Corporation (1650), SLP Finance I, LLC (8169), SLP Finance II, LLC (3935), SMBI Inc. (2567), Smurfit-Stone Container Canada Inc. (3988), Stone Container Finance Company of Canada II (1587), 3083527 Nova Scotia Company (8836), MBI Limited/Limitée (6565), Smurfit-MBI (1869), 639647 British Columbia Ltd. (7733), B.C. Shipper Supplies Ltd. (7418), Specialty Containers Inc. (6564), SLP Finance General Partnership (9525), Francobec Company (7735), and 605681 N.B. Inc. (1898).  The Debtors' corporate headquarters are located at, and the mailing address for each Debtor is, 222 North LaSalle Street, Chicago, Illinois 60601.

[2] **Amended items appear in bold.**

2. Motion of American Premier Underwriters, Inc. Pursuant to U.S.C. § 502(c) and Section 8.16.5 of the Debtors' Proposed Plan of Reorganization for Seeking Allowance or, in the Alternative, Estimation of the Unliquidated Portion of Its Claim [Docket No. 6296, 3/26/10]

   Response Deadline:                     April 8, 2010 at 4:00 p.m. (ET)

   Responses/Objections Received:         None.

   Related Documents:                     None.

   Status:     This matter is adjourned to May 10, 2010 at 2:00 p.m. (ET).

3. Motion of Claimant People of the State of California to Estimate Claims and to Set Distribution Reserve [Docket No. 6537, 3/24/10]

   Response Deadline:                     April 12, 2010 at 4:00 p.m. (ET)

   Responses/Objections Received:         None.

   Related Documents:                     None.

   Status:     This matter is adjourned to May 10, 2010 at 2:00 p.m. (ET).

## UNCONTESTED MATTER – CERTIFICATION FILED

4. Debtors' Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 for Authorization to File Under Seal Exhibit E to Omnibus Motion of the Debtors and Debtors in Possession for an Order Authorizing the Assumption of Certain Executory Contracts and Unexpired Leases [Docket No. 6146, 3/22/10]

   Response Deadline:                     April 5, 2010 at 4:00 p.m. (ET)

   Responses/Objections Received:         None.

   Related Documents:

   A.     Certificate of No Objection [Docket No. 6825, 4/12/10]

   B.     Order for Authorization to File Under Seal Exhibit E to Omnibus Motion of the Debtors and Debtors in Possession for an Order Authorizing the Assumption of Certain Executory Contracts and Unexpired Leases [Docket No. 6950, 4/14/10]

   Status:     An Order has been entered.

2

5.   Twenty-Second Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code [Docket No. 6302, 3/26/10]

Response Deadline:                              April 8, 2010 at 4:00 p.m. (ET) [Extended until April 9, 2010 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors]

Responses/Objections Received:        None.

Related Documents:

    A.    Certificate of No Objection [Docket No. 6861, 4/13/10]

    B.    Order Authorizing the Rejection of Certain Executory Contracts and Unexpired Leases [Docket No. 6949, 4/14/10]

Status:    An Order has been entered.

## RULE 3018 MOTIONS GOING FORWARD

6.   Motion of Philipp Lithographing Company Seeking Allowance of General Unsecured Claim [Docket No. 6031, 3/19/10]

Response Deadline:                              April 12, 2010 at 4:00 p.m. (ET)

Responses/Objections Received:        None.

Related Documents:

    A.    Certification of Counsel [Docket No. 6963, 4/14/10]

    **B.    Order Granting Motion of Philipp Lithographing Company Seeking Allowance of General Unsecured Claim [Docket No. 7011, 4/15/10]**

**Status:    An Order has been entered.**

7.   Motion by W.W. Grainger, Inc. and Acklands-Grainger Inc. for Estimation of Claims [Docket No. 6238, 3/25/10]

Response Deadline:                              N/A

Responses/Objections Received:        None.

Related Documents:                            None.

Status:    This matter is resolved.  To the extent necessary, the Debtors and the movant anticipate submitting a consensual form of order and/or stipulation under certification of counsel.

DB02:9466129.3                                                   068063.1001

8.      Motion of Certain Claimants Represented by Baron & Budd, P.C. for Allowance of Claims and to Estimate Unliquidated Claims for Voting Purposes Only [Docket No. 6246, 3/25/10]

        Response Deadline:                 April 7, 2010 at 4:00 p.m. (ET)

        Responses/Objections Received:     None.

        Related Documents:

             A.     Certification of Counsel Regarding an Agreed Order Resolving the Motion [Docket No. 6885, 4/13/10]

        Status:    The Debtors and the movant have reached an agreement and a consensual form of order has been submitted under certification of counsel.

9.      Motion of Teamsters District Counsel No. 2 Seeking Allowance of Claim [Docket No. 6261, 3/25/10]

        Response Deadline:                 April 12, 2010 at 4:00 p.m. (ET)

        Responses/Objections Received:     None.

        Related Documents:                 None.

        Status:    This matter is resolved.  To the extent necessary, the Debtors and the movant anticipate submitting a consensual form of order and/or stipulation under certification of counsel.

10.     Motion of SK Custom Creations, Inc. to Allow Claim for Plan Voting Purposes and Optional Elections Related to Plan Voting Pursuant to Federal Rule of Bankruptcy Procedure 3018 [Docket No. 6409, 3/29/10]

        Response Deadline:                 N/A

        Responses/Objections Received:     None.

        Related Documents:                 None.

        Status:    This matter is resolved.  The Debtors and the movant anticipate submitting a consensual form of order and/or stipulation under certification of counsel.

DB02:9466129.3                                                                                      068063.1001

## CONTESTED MATTERS GOING FORWARD

11. Omnibus Motion of the Debtors and Debtors in Possession for an Order Authorizing the Assumption of Certain Executory Contracts and Unexpired Leases [Docket No. 6145, 3/22/10]

> Response Deadline:          April 5, 2010 at 4:00 p.m. (ET) [Extended until April 9, 2010 at 5:00 p.m. (ET) for Air Liquide]

> Responses/Objections Received:

> A.      Objection of General Electric Capital Corporation [Docket No. 6495, 4/1/10]

> > Status:     This matter is adjourned to May 10, 2010 at 2:00 p.m. (ET). In the event a resolution is reached prior to the hearing, the parties will submit a consensual form of order and/or stipulation under certification of counsel.

> B.      Limited Objection of the E.I. du Pont de Nemours and Company [Docket No. 6532, 4/5/10]

> > Status:     This matter is adjourned to May 10, 2010 at 2:00 p.m. (ET). In the event a resolution is reached prior to the hearing, the parties will submit a consensual form of order and/or stipulation under certification of counsel.

> C.      Limited Objection of ADT Security Services, Inc. [Docket No. 6534, 4/5/10]

> > Status:     This matter is adjourned to May 10, 2010 at 2:00 p.m. (ET). In the event a resolution is reached prior to the hearing, the parties will submit a consensual form of order and/or stipulation under certification of counsel.

> D.      Response of Mid Atlantic Tree Harvestors, Inc. [Docket No. 6548, 4/5/10]

> > Status:     This matter is adjourned to May 10, 2010 at 2:00 p.m. (ET). In the event a resolution is reached prior to the hearing, the parties will submit a consensual form of order and/or stipulation under certification of counsel.

> E.      Limited Objection of Handesbrands Inc. [Docket No. 6558, 4/5/10]

> > Status:     This matter is adjourned to May 10, 2010 at 2:00 p.m. (ET). In the event a resolution is reached prior to the hearing, the parties will submit a consensual form of order and/or stipulation under certification of counsel.

DB02:9466129.3            068063.1001

F.      Limited Objection of Olin Corporation [Docket No. 6568, 4/5/10]

        Status:    This matter is adjourned to May 10, 2010 at 2:00 p.m. (ET).  In the
                   event a resolution is reached prior to the hearing, the parties will
                   submit a consensual form of order and/or stipulation under
                   certification of counsel.

G.      Objection of Alabama Power Company [Docket No. 6569, 4/5/10]

        Status:    This matter is resolved.

H.      Limited Objection and Reservation of Rights of Sprint Solutions, Inc. [Docket
        No. 6571, 4/5/10]

        Status:    This matter is adjourned to May 10, 2010 at 2:00 p.m. (ET).  In the
                   event a resolution is reached prior to the hearing, the parties will
                   submit a consensual form of order and/or stipulation under
                   certification of counsel.

I.      Limited Objection of GEL Corporation [Docket No. 6572, 4/5/10]

        Status:    This matter is adjourned to May 10, 2010 at 2:00 p.m. (ET).  In the
                   event a resolution is reached prior to the hearing, the parties will
                   submit a consensual form of order and/or stipulation under
                   certification of counsel.

J.      Limited Objection of Key Equipment Finance Inc. [Docket No. 6576, 4/5/10]

        Status:    This matter is adjourned to May 10, 2010 at 2:00 p.m. (ET).  In the
                   event a resolution is reached prior to the hearing, the parties will
                   submit a consensual form of order and/or stipulation under
                   certification of counsel.

K.      Limited Objection of Corrugated Synergies International, LLC [Docket No.
        6577, 4/5/10]

        Status:    This matter is resolved.

L.      Protective Objection of Toyota Motor Credit Corporation [Docket No. 6665,
        4/7/10]

        Status:    This matter is resolved.

DB02:9466129.3                                                                              068063.1001

M.      Objection of Lewis Timber Co., Inc. [Docket No. 6744, 4/5/10]

        Status:   This matter is adjourned to May 10, 2010 at 2:00 p.m. (ET).  In the
                  event a resolution is reached prior to the hearing, the parties will
                  submit a consensual form of order and/or stipulation under
                  certification of counsel.

N.      Amended Limited Objection of Air Liquide Industrial U.S. LP [Docket No.
        6802, 4/12/10]

        Status:   This matter is adjourned to May 10, 2010 at 2:00 p.m. (ET).  In the
                  event a resolution is reached prior to the hearing, the parties will
                  submit a consensual form of order and/or stipulation under
                  certification of counsel.

O.      Partial Objection of Trilogy Leasing Co., LLC [Docket No. 6795, 4/5/10]

        Status:   This matter is adjourned to May 10, 2010 at 2:00 p.m. (ET).  In the
                  event a resolution is reached prior to the hearing, the parties will
                  submit a consensual form of order and/or stipulation under
                  certification of counsel.

Related Documents:

P.      Notice of Filing of Certain Revised Exhibits in Connection with Omnibus
        Motion [Docket No. 6729, 4/8/10]

Additional Responses/Objections Received:

Q.      Objection of CITGO Petroleum Corporation [Docket No. 6887, 4/13/10]

        Status:   This matter is adjourned to May 10, 2010 at 2:00 p.m. (ET).  In the
                  event a resolution is reached prior to the hearing, the parties will
                  submit a consensual form of order and/or stipulation under
                  certification of counsel.

R.      Limited Objection of Caterpillar Financial Services Corporation [Docket No.
        6891, 4/13/10]

        Status:   The Debtors anticipate resolving this matter prior to the April 15th
                  hearing.

S. Limited Objection and Reservation of Rights of Becton, Dickinson and Company [Docket No. 6904, 4/13/10]

>> Status: This matter is adjourned to May 10, 2010 at 2:00 p.m. (ET). In the event a resolution is reached prior to the hearing, the parties will submit a consensual form of order and/or stipulation under certification of counsel.

Status: The Debtors intend to present a revised form of order approving the relief requested in the motion solely as it pertains to those executory contracts and unexpired leases listed therein which are not the subject of a response noted above, **or in the case of those executory contracts and unexpired leases which are the subject of a response, to the extent agreed upon by the parties**. This matter is adjourned to May 10, 2010 at 2:00 p.m. (ET) with respect to the above responses.

## CONFIRMATION HEARING

12. Joint Plan of Reorganization for Smurfit-Stone Container Corporation and its Debtor Subsidiaries and Plan of Compromise and Arrangement for Smurfit-Stone Container Canada Inc. and Affiliated Canadian Debtors [Docket No. 4734, 2/4/10]

Objection/Response Deadline: March 29, 2010 at 4:00 p.m. (ET) [Extended for certain parties][3]

Objections/Responses Received:

A. Objection of Texas Comptroller of Public Accounts [Docket No. 5727, 3/10/10]

**Status:** **This matter is resolved.**

B. Limited Objection of Pee Dee Electric Cooperative, Inc. [Docket No. 5689, 3/8/10] (resolved by 6724)

Status: This matter is resolved.

---

[3] While Item MM below sets the Response Deadline for this matter generally as March 29, 2010 at 4:00 p.m. (the "General Response Deadline"), the Debtors and certain parties in interest have entered into certain formal and informal scheduling agreements in connection with this matter, which provide for various response and reply deadlines for the Debtors and such parties in interest which vary from the General Response Deadline. Additionally, pursuant to the Amended Agreed Scheduling Order for the Confirmation Hearing (Item RR below): (i) to the extent not withdrawn, or otherwise resolved, all objections relating to confirmation of the Plan, except for the Objections of the Common Owners and the Equity Holders, which will proceed beginning on April 20th, will be presented on April 15th; (ii) any arguments and testimony to be heard on the Objections of Manufacturers and Traders Trust Company, as Indenture Trustee (Item T below) and Aurelius Capital Management, LP and Columbus Hill Capital Management, L.P. (Item W below) will be heard on April 19th; and (iii) the Valuation Hearing will commence on April 20th.

C.      Objection of the Internal Revenue Service [Docket No. 6015, 3/19/10]

      **Status:**  **This matter is resolved.**

D.      Objection of Richard Carroll [Docket No. 6168, 3/23/10]

      Status:   This matter is resolved as it pertains to confirmation of the Plan. This matter is not resolved as it pertains to any claim and distribution reserve issues, which are adjourned.

E.      Objection of County of Ontonagon, Township of Ontonagon and Village of Ontonagon [Docket No. 6272, 3/26/10]

      **Status:**  **This matter is resolved insofar as it is an objection to plan confirmation.  A status conference with respect to the Debtors' plant located in Ontonogan, Michigan will be held on May 10, 2010 at 2:00 p.m. (ET).**

F.      Objection of Gexa Energy LP [Docket No. 6329, 3/29/10]

      Status:  This matter is resolved.

G.      Objection of California Self-Insurers' Security Fund [Docket No. 6331, 3/29/10]

      (i)  Notice of Withdrawal [Docket No. 6859, 4/13/10]

      Status:    This matter has been withdrawn.

H.      Objection of the Dow Chemical Company and Rohm and Haas Canada LP [Docket No. 6338, 3/29/10]

      **Status:**  **This matter is resolved.**

I.      Limited Objection of Caterpillar Financial Services Corporation [Docket No. 6344, 3/29/10]

      Status:   This matter is resolved as it pertains to confirmation of the Plan. This matter is not resolved as it pertains to any claim and distribution reserve issues, which are adjourned.

J.      Objection of Union Bank of California [Docket No. 6349, 3/29/10]

      **Status:**  **This matter is resolved.**

DB02:9466129.3                                          068063.1001

K.  Objection of Certain Claimants Represented by Baron & Budd, P.C. [Docket No. 6354, 3/29/10]

**Status:  This matter is resolved.**

L.  Objection of the State of Oregon [Docket No. 6355, 3/29/10]

(i)  Notice of Withdrawal [Docket No. 6575, 4/5/10]

Status:  This matter has been withdrawn.

M.  Limited Objection of the United States [Docket No. 6356, 3/29/10]

**Status:  This matter is resolved.**

N.  Objection of Fort Worth ISD et al. [Docket No. 6357, 3/26/10]

**Status:  This matter is resolved.**

O.  Limited Objection of Andritz Inc. [Docket No. 6359, 3/29/10]

Status:  This matter is resolved.

P.  Objection of Montana Department of Revenue [Docket No. 6364, 3/29/10]

**Status:  This matter is resolved.**

Q.  Response of the Missoula Area Economic Development Corporation [Docket No. 6371, 3/29/10]

**Status:  This matter is resolved insofar as it is an objection to plan confirmation.  A status conference with respect to the Debtors' plant located in Missoula, Montana will be held on May 10, 2010 at 2:00 p.m. (ET).**

R.  Objection of the Acting United States Trustee [Docket No. 6372, 3/29/10]

**Status:  This matter is resolved.**

S.  Joinder of the Attorney General of the State of Montana to Response of the Missoula Area Economic Development Corporation [Docket No. 6376, 3/29/10]

**Status:  This matter is resolved insofar as it is an objection to plan confirmation.  A status conference with respect to the Debtors' plant located in Missoula, Montana will be held on May 10, 2010 at 2:00 p.m. (ET).**

DB02:9466129.3                    068063.1001

T.  Objection of Manufacturers and Traders Trust Company, as Indenture Trustee [Docket No. 6377, 3/29/10]

Status:   This matter is going forward on April 19th.

U.  Limited Objection and Reservation of Rights of IFCO Systems, N.A., Inc. [Docket No. 6378, 3/29/10]

Status:   This matter is resolved.

V.  Objection of Catalyst Paper, Inc. [Docket No. 6379, 3/29/10]

Status:   This matter is withdrawn.

W.  Objection of Aurelius Capital Management, LP and Columbus Hill Capital Management, L.P. [Docket No. 6383, 3/29/10]

Status:   This matter is going forward on April 19th.

X.  Objection of Bond Safeguard Insurance Co. and Lexon Insurance Co. [Docket Nos. 6385 and 6475, 3/29/10]

**Status:   This matter is resolved.**

Y.  Objection of CIT Group/Equipment Financing, Inc. [Docket No. 6388, 3/29/10]

**Status:   This matter is resolved.**

Z.  Objection of PPL EnergyPlus, LLC [Docket No. 6389, 3/29/10]

**Status:   This matter is resolved.**

AA.  Objection of Mark W. Mayer, Larry C. Walsh and Brandi Young (ERISA Objectors) [Docket No. 6403, 3/29/10]

Status:   This matter is resolved.

BB.  Objection of Local Texas Tax Authorities [Docket No. 6413, 3/29/10]

**Status:   This matter is resolved.**

CC.  Objection of the People of the State of California [Docket No. 6538, 4/5/10]

Status:   This matter is resolved.

DD.    Objection of Henry L. Fernandez, Jr. [Docket No. 6540, 3/26/10]

   **Status:** **This matter is resolved.**

EE.    Limited Objection of U.S. Bank Trust National Association as Indenture
   Trustee [Docket No. 6613, 4/6/10]

   **Status:** **This matter is resolved in accordance with the representations
      made on the record by the parties at the April 15th hearing.**

FF.    Objection of Mariner Investment Group LLC and Senator Investment Group
   LP [Docket No. 6629, 4/6/10]

   Status: This matter is going forward beginning on April 20th.

GG.    Non-Valuation Objection of Certain Holders of Smurfit-Stone Container
   Corporations' common stock [Docket No. 6632, 4/6/10]

   Status: This matter is going forward beginning on April 20th.

HH.    Objection of Official Committee of Unsecured Creditors to Debtors'
   Agreement to Pay Messrs. Moore's and Klinger's Personal Legal Fees and
   Expenses as Not Reasonable Under 11 U.S.C. § 1129(a)(4) and Not Justified
   Under 11 U.S.C. § 503(c)(3) [Docket No. 6830, 4/12/10]

   Status: This matter is adjourned to a date to be determined by the parties,
      subject to the Court's availability.

II.    Pre-Trial Valuation Objection Certain Holders [Docket No. 6854, 4/13/10]

   Status: This matter is going forward beginning on April 20th.

JJ.    Valuation Objection of Mariner Investment Group LLC and Senator
   Investment Group LP [Docket No. 6855, 4/13/10]

   Status: This matter is going forward beginning on April 20th.

KK.    Common Stock-Based Objections to Confirmation [See Exhibit A attached
   hereto]

   Status: This matter is going forward **beginning on April 20th.**

Related Documents:

LL.    Order (i) Approving the Disclosure Statement, (ii) Establishing Procedures for
   the Solicitation and Tabulation of Votes to Accept or Reject the Debtors' Joint
   Plan of Reorganization, (iii) Scheduling a Hearing to Consider Confirmation
   of the Debtors' Joint Plan of Reorganization and Establishing Notice and

Objection Procedure in Respect Thereof and (iv) Granting Related Relief [Docket No. 4534, 1/29/10]

MM.   Scheduling Order [Docket No. 6043, 3/19/10]

NN.   Notice of Filing of Plan Supplement [Docket No. 6044, 3/19/10]

OO.   Notice of Filing of List of Previously Assumed Unexpired Leases to Be Assigned to Canadian Newco in Connection With the Canadian Asset Sale With the Plan Supplement [Docket No. 6045, 3/19/10]

PP.   Notice of Filing of Updated Projected Financial Information in Connection with Certain Litigation With Respect to Confirmation of the Joint Plan of Reorganization [Docket No. 6260, 3/25/10]

QQ.   Amended Agreed Scheduling Order for the Confirmation Hearing [Docket No. 6837, 4/12/10]

RR.   Affidavit of Craig A. Hunt In Support of Confirmation  [Docket No. 6872, 4/13/10]

SS.   Affidavit of Cyrus N. Pardiwala in Support of Confirmation [Docket No. 6873, 4/13/10]

TT.   Declaration of Stepehenie Kjontvedt of Behalf of Epiq Bankruptcy Solutions, LLC Regarding Voting and Tabulation of Ballots Accepting and Rejecting the Joint Plan of Reorganization [Docket No. 6875, 4/13/10]

UU.   Notice of Filing of Debtors' Proposed Findings of Fact, Conclusions of Law and Order Confirming the Joint Plan of Reorganization [Docket No. 6877, 4/13/10]

VV.   Notice of Certain Proposed Technical Modifications to the Joint Plan of Reorganization [Docket No. 6878, 4/13/10]

WW.   Notice of Filing of Technical Supplementation of Certain Plan Supplement Documents [Docket No. 6880, 4/13/10]

XX.   Debtors' (A) Memorandum of Law in Support of Confirmation and (B) Omnibus Reply to Objections to Confirmation [Docket No. 6881, 4/13/10]

YY.   Debtors' Motion for an Order, Pursuant to Local Rule 7007-2(a)(iv), Granting the Debtors Leave and Permission to File the Debtors' (A) Memorandum of Law in Support of Confirmation and (B) Omnibus Reply to Objections to Confirmation [Docket No. 6884, 4/13/10]

ZZ.   Statement of the Official Committee of Unsecured Creditors in Support of Confirmation [Docket No. 6895, 4/13/10]

AAA. Joinder of Wilmington Trust Company, as Indenture Trustee, in the Statement of the Official Committee of Unsecured Creditors in Support of Confirmation [Docket No. 6969, 4/14/10]

BBB. Notice of Filing of Thirteenth Report of the Monitor in the CCAA Proceedings [Docket No. 6770, 4/9/10]

**Additional Related Documents:**

**CCC. Memorandum Order Regarding Motion of Aurelius Capital Management, LP and Columbus Hill Capital Management, L.P. for Temporary Allowance of the Intercompany Claim and Wind-Up Claim for the Purpose of Voting to Accept or Reject the Amended Plan, Request for Classification of the Intercompany Claim and Wind-Up Claim, and Requesting Authority to Vote the Intercompany Claim and Wind-Up Claim [Docket No. 7003, 4/15/10]**

**DDD. Order, Pursuant to Local Rule 7007-2(a)(iv), Granting the Debtors Leave and Permission to File the Debtors' (A) Memorandum of Law in Support of Confirmation and (B) Omnibus Reply to Objections to Confirmation [Docket No. 7004, 4/15/10]**

**EEE. Debtors Reply to Objections of (i) Aurelius Capital Management, LP and Columbus Hill Capital Management, L.P. and (ii) Manufacturers and Traders Trust Company, as Indenture Trustee, to Debtors' Joint Plan of Reorganization [Docket No. 7016, 4/15/10]**

**FFF. Joinder of Wilmington Trust Company, as Indenture Trustee, in the Responses of the Official Committee of Unsecured Creditors and the Debtors to the Objection of Aurelius Capital Management, LP and Columbus Hill Capital Management, L.P. to Joint Plan of Reorganization and Debtors' Request for Approval Thereof [Docket No. 7017, 4/15/10]**

**GGG. Response of the Official Committee of Unsecured Creditors to the Objection of Aurelius Capital Management, LP and Columbus Hill Capital Management L.P. to the Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Docket No. 7018, 4/15/10]**

Status:    This matter is going forward.  As noted above, the Debtors and certain parties in interest have entered into certain formal and informal scheduling agreements in connection with this matter, providing for various response and reply deadlines for the Debtors and such parties which vary from the General Response Deadline.  As the various responses and replies are filed, the Debtors will promptly transmit the pleadings to the Court and amend this agenda as necessary.

Dated: Wilmington, Delaware  
April 16, 2010

SIDLEY AUSTIN LLP  
James F. Conlan  
Matthew A. Clemente  
Dennis M. Twomey  
Bojan Guzina  
One South Dearborn Street  
Chicago, Illinois  60603  
Telephone:  (312) 853-7000  
Facsimile:  (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____/s/ Robert F. Poppiti, Jr._____  
Robert S. Brady (No. 2847)  
Edmon L. Morton (No. 3856)  
Matthew B. Lunn (No. 4119)  
Robert F. Poppiti, Jr. (No. 5052)  
The Brandywine Building  
1000 West Street, 17th Floor  
P.O. Box 391  
Wilmington, Delaware 19899-0391  
Telephone:  (302) 571-6600  
Facsimile:  (302) 571-1253

Attorneys for the Debtors and Debtors-in-Possession

DB02:9466129.3                                                                              068063.1001

# EXHIBIT A - Common Stock-Based Objections to Confirmation

| Name | Docket No. | Dated | Name | Docket No. | Dated |
|---|---|---|---|---|---|
| Aheone, K. Jean | 6270 | 3/25/10 | McCall, Mark W. | 5865 | 3/15/10 |
| Ashburn, James C | 6519 | 3/29/10 | Mitchell, Tom | 6595 | 3/24/10 |
| Bennani, Khadija Lahkim | 6516 | 3/29/10 | Newman, Billy H. | | |
| Bertuca, Ralph W. | 5919 | 3/16/10 | Nichols, Clifford J. | 5788 | 3/12/10 |
| Best, Roy L. | 5741 | 3/10/10 | Noland, Wayland E. | 5925 | 3/9/10 |
| Bouziane, Mohamed Badr | 6515 | 3/29/10 | O'Sullivan, Eleena | 5918 | 3/16/10 |
| Broughton, Ronald V. | 6209 | 3/22/10 | O'Tierney, Aoife | 5961 | 3/10/10 |
| Broughton, Ronald V. | 6209 | 3/22/10 | Oglesby, Robert | 6592 | 3/24/10 |
| Burns, Dennis R. | **6986** | **3/30/10** | Palmer, Judy G. & W. Glenn | | |
| Buyalos, Michael | 5920 | 3/16/10 | Patterson III, Howard R, | 6204 | 3/22/10 |
| Byers, Theodore & Gladys W. | 5789 | 3/12/10 | Powell, Kenneth A. | 6591 | 3/24/10 |
| Canny, Sheila | | | Reynolds, Edward J. & Karen L. | 5779 | 3/12/10 |
| Caperton, Joe Robert | 5521 | 3/1/10 | Richner, Stuart | 6619 | 3/24/10 |
| Cappa, Robert & Carey | | | Rosenbeigier, Chester | 6553 | 3/24/10 |
| Clapp, Walter D. | 5921 | 3/16/10 | Samuels, Don | 5743 | 3/10/10 |
| Clark, Robin | | | Saunder, George | 6544 | 3/19/10 |
| Cunningham,  Shirley G. | 6222 | 3/19/10 | Schrock, Allen | 6513 | 3/29/10 |
| Cunningham, Shirley G. | 6222 | 3/19/10 | Shriber, Richard | 6214 | 3/22/10 |
| Deignan, J.F. | 6119 | 3/22/10 | Smith, Deborah D. | 6656 | 4/7/10 |
| DiGregorio, Vincent | 5740 | 3/10/10 | Smith, Terry D | | |
| Dresdner, Robert D. | 6509 | 3/29/10 | Soule, Dolores M. | 5601 | 3/4/10 |
| Dressen, William P. & Kae L. | 6554 | 3/24/10 | Specht, George | 5615 | 3/4/10 |
| Duck, David R and Pamela K. | | | Stewart, Jane A. | 6610 | 3/26/10 |
| Dunlop, Allan | **6991** | **4/1/10** | Stutsman, John, M. | 5914 | 3/16/10 |
| Durocher, Stan | 6113 | 3/22/10 | Sullivan, William J. | 5536 | 3/2/10 |
| Ennis, Ed | | | Swanson, Rich | | |
| Gale, David | | | Tadel, Ronald A. | 5785 | 3/12/20 |
| Gauthier, Charles P | | | Thompson, Todd | | |
| Glass, Harold C. | 6268 | 3/25/10 | Toyrd, Danny & Mary | 5787 | 3/12/10 |
| Glass, Harold C. | 6268 | 3/25/10 | Vescio, Vito | 5864 | 3/15/10 |
| Gordon, Kit W. | 5782 | 3/12/10 | Wallace, Lawrence | | |
| Gribble, James F. | 6590 | 3/24/10 | Weaver, Carl | 5962 | 3/18/10 |
| Gunn, Hazel | 5520 | 3/1/10 | Johnston, James B. & Joann M. | 6514 | 3/29/10 |
| Haas, John A. | | | Weeks, Larry E. | 6200 | 3/22/10 |
| Hall III, Richard F. | 5706 | 3/9/10 | Weeks, Larry E. | 6200 | 3/22/10 |
| Hass, John A. | 6212 | 3/22/10 | Weisenburger, Glendell & Betty | 6507 | 3/26/10 |
| Heaton, Joel B. | 5832 | 3/15/10 | Welch, G. Dale | 6605 | 3/24/10 |
| Hogan & Co., Patrick | 5529 | 3/2/10 | Welch, Janice | **6984** | **3/30/10** |
| Hurley, William J. | 5916 | 3/16/10 | Wheeler, Pamela | 6602 | 3/24/10 |
| Jarvi, William | 6111 | 3/22/10 | Williams, Mark A. | 5867 | 3/15/10 |
| Jaycox, Nancy P. | 6512 | 3/29/10 | Bozilov, Nikolay L. | 6607 | 3/26/10 |
| Jones, Peter R. | 5859/5862 | 3/16/10 | Warren, Tony Lee | 6695 | 3/23/10 |
| Kennedy, Richard, C. | 5968 | 3/17/10 | Bount, William K. | | |
| Knipp, James & Nancy | 5780 | 3/12/10 | **Lyons, Barry** | **6996** | **3/24/10** |
| Laffey, Patrick & Susan | 5707 | 3/9/10 | **Wallace, Lawrence** | **6982** | **3/29/10** |
| Lawlor, Violette | 6545 | 3/19/10 | **Ischinger ,William L.** | **6985** | **3/30/10** |
| Magowan, Audrey V. | 5781 | 3/12/10 | | | |
| Mahoney, Michael, A. | | | | | |
| Martin, Frederick K. | | | | | |
| Maslov, Seymour & Freya | 5535 | 3/2/10 | | | |