SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 2976 |
| | Claim Date: / / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 5183 |
| | Claim Date: / / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 5637 |
| | Claim Date: / / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 5640 |
| | Claim Date: / / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 5643 |
| | Claim Date: / / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 8070 |
| | Claim Date: / / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 11537 |
| | Claim Date: / / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

****CLAIM NUMBER VOIDED BY AGENT****

Claim Number: 11538
Claim Date:  /  /
Debtor: DEBTOR NOT FOUND

| TOTAL | Claimed: | $0.00 |
|-------|----------|-------|

****CLAIM NUMBER VOIDED BY AGENT****

Claim Number: 11539
Claim Date:  /  /
Debtor: DEBTOR NOT FOUND

| TOTAL | Claimed: | $0.00 |
|-------|----------|-------|

****CLAIM NUMBER VOIDED BY AGENT****

Claim Number: 13856
Claim Date:  /  /
Debtor: DEBTOR NOT FOUND

| TOTAL | Claimed: | $0.00 |
|-------|----------|-------|

****CLAIM NUMBER VOIDED BY AGENT****

Claim Number: 13996
Claim Date:  /  /
Debtor: DEBTOR NOT FOUND

| TOTAL | Claimed: | $0.00 |
|-------|----------|-------|

****CLAIM NUMBER VOIDED BY AGENT****

Claim Number: 14080
Claim Date:  /  /
Debtor: DEBTOR NOT FOUND

| TOTAL | Claimed: | $0.00 |
|-------|----------|-------|

****CLAIM NUMBER VOIDED BY AGENT****

Claim Number: 14126
Claim Date:  /  /
Debtor: DEBTOR NOT FOUND

| TOTAL | Claimed: | $0.00 |
|-------|----------|-------|

100 SOUTH AVENUE, LLC
ZIMMER COMPANIES, INC., MANAGER
C/O MICHAEL K. MCVEY
1220 WASHINGTON, THIRD FLOOR
KANSAS CITY, MO 64105-2245

Claim Number: 964
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| UNSECURED | Claimed: | $18,565.84 |
|-----------|----------|------------|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| 100 SOUTH AVENUE, LLC<br>ZIMMER COMPANIES, INC., MANAGER<br>C/O MICHAEL K. MCVEY<br>1220 WASHINGTON, THIRD FLOOR<br>KANSAS CITY, MO 64105-2245 | Claim Number: 1120<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7552 (05/10/2010) |

| UNSECURED | Claimed: | $16,068.85 | Scheduled: | $25,000.00 |

---

| 1105567 ONTARIO INC., T/A LAUREK CANADA<br>P.O. BOX 472<br>STITTSVILLE, ON K2S 1A6<br>CANADA | Claim Number: 1093<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8537 (09/14/2010) |

| SECURED | Claimed: | $65,075.15 |

---

| 1636822 ONTARIO LTD<br>O/A ALLCRAFT PRINT & GRAPHICS<br>335 ADMIRAL BLVD<br>UNIT 1 AND 2<br>MISSISSAUGA, ON L5T 2N2<br>CANADA | Claim Number: 12714<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI |

| UNSECURED | Claimed: | $728.56 | Scheduled: | $728.56 |

---

| 168 INDUSTRIES, LLC DBA<br>O'NEAL ELECTRIC SERVICE<br>3073 MERRIAM LANE<br>KANSAS CITY, KS 66106 | Claim Number: 3083<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |

| SECURED | Claimed: | $257,348.73 |

---

| 168 INDUSTRIES, LLC DBA<br>O'NEAL ELECTRIC SERVICE<br>3073 MERRIAM LANE<br>KANSAS CITY, KS 66106 | Claim Number: 3180<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |

| SECURED | Claimed: | $257,348.73 |

---

| 168 INDUSTRIES, LLC DBA<br>O'NEAL ELECTRIC SERVICE<br>3073 MERRIAM LANE<br>KANSAS CITY, KS 66106 | Claim Number: 3291<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) |

| SECURED | Claimed: | $257,348.73 |

---

| 1ST CHOICE COURIER & DISTRIBUTION, INC.<br>PO BOX 66980<br>SAINT LOUIS, MO 63166-6980 | Claim Number: 13709<br>Claim Date: 12/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $360.40 | Scheduled: | $279.31 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| 200 HOLLISTER ASSOCIATES, LLC<br>C/O SEAGIS PROPERTY GROUP LP<br>ATTN: CHARLES C. LEE, JR.<br>100 FRONT STREET, SUITE 1370<br>CONSHOHOCKEN, PA 19428 | Claim Number: 99021<br>Claim Date: 09/30/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8594 (09/30/2010) |
|---|---|

| UNSECURED | Claimed: | $825,000.00 | | |
|---|---|---|---|---|

---

| 2154015 ONTARIO INC. O/A HOLLAND LUMBER<br>1277 WILSON ROAD, NORTH<br>OSHAWA, ON L1K 2B3<br>CANADA | Claim Number: 14172<br>Claim Date: 10/29/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $5,026.42 | Scheduled: | $1,986.90 |
|---|---|---|---|---|

---

| 2162113 ONTARIO LTD. O/A C & S PACKAGING<br>ATTENTION NICK STADNIK<br>688 FOXWOOD TRAIL<br>PICKERING, ON LIV 3X8<br>CANADA | Claim Number: 9017-01<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $45,816.56 | | |
|---|---|---|---|---|

---

| 2162113 ONTARIO LTD. O/A C & S PACKAGING<br>ATTENTION NICK STADNIK<br>688 FOXWOOD TRAIL<br>PICKERING, ON LIV 3X8<br>CANADA | Claim Number: 9017-02<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 2534 (10/30/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $17,696.00 | | |
|---|---|---|---|---|

---

| 2984920 CANADA INC<br>30 CHEMIN RIUE DU YOLF<br>ATTN: SERGE DIAMOND<br>GRAND-MERO, QC G9T-5K4<br>CANADA | Claim Number: 9051<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $5,721.66 | Scheduled: | $5,785.71 |
|---|---|---|---|---|

---

| 3001 SFB LLC<br>3334 BURTON AVENUE<br>BURBANK, CA 91504 | Claim Number: 6480<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $25,190.93 | Scheduled: | $25,190.93 |
|---|---|---|---|---|

---

| 3001 SFB, LLC<br>STEVE BARK<br>3334 BURTON AVENUE<br>BURBANK, CA 91504 | Claim Number: 2581<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $25,190.93 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| 3289419 CANADA INC.<br>ATTN: ROBERT MCCALLUM<br>444, AVE. DE LASALLE<br>MONTREAL, QC H1V 2J1<br>CANADA | Claim Number: 8538<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $476.61 |
|---|---|---|

---

| 3458024 CANADA INC.<br>ATTN: CECIL BOISVERT<br>100 CH. DUBBOIS FRANC<br>MANSFIELD, QC J0X 1V0<br>CANADA | Claim Number: 12637<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $1,795.71 |
|---|---|---|

---

| 3458024 CANADA, INC.<br>CHAUFFAGE BOISUERT/VENTILATION PONTIAC<br>100 CHEMIN BUIS-FRANC<br>MANSFIELD, QC J0X 1V0<br>CANADA | Claim Number: 2373<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $21,918.36 |
|---|---|---|

---

| 3M<br>C/O RECIEVABLES CONTROL CORP<br>P.O. BOX 9658<br>MINNEAPOLIS, MN 55440 | Claim Number: 1547<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $2,534.63 | Scheduled: | $18,567.97 |
|---|---|---|---|---|

---

| 3M COMPANY<br>CATHERINE BARNETT WILSON, ESQ.<br>OFFICE OF THE GENERAL COUNSEL<br>3M CENTER, BUILDING 220-9E-02<br>SAINT PAUL, MN 55144-1000 | Claim Number: 1611<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $17,087.29 |
|---|---|---|

---

| 4 G PLUMBING & HEATING CORP<br>PO BOX 17140<br>MISSOULA, MT 59808 | Claim Number: 5475<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $600.00 |
|---|---|---|

---

| 4 REFUEL CANADA, LTD<br>ATTN: DEBRA CURRIE<br>215-9440-202 STREET<br>LANGLEY, BC V1M 4A6<br>CANADA | Claim Number: 8224-01<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 3949<br>DOCKET: 5768 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $13,487.60 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| 4 REFUEL CANADA, LTD<br>ATTN: DEBRA CURRIE<br>215-9440-202 STREET<br>LANGLEY, BC V1M 4A6<br>CANADA | | Claim Number: 8224-02<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 3949<br>DOCKET: 5768 (03/11/2010) | | |
| UNSECURED | Claimed: | $26,869.00 | | |

---

| | | | | |
|---|---|---|---|---|
| 4179-8892 GROUP CVC<br>1454 DAGENAIS OUEST<br>ATTN: J.F. ARBOUR<br>LAVAL, QB H7L 5C7<br>CANADA | | Claim Number: 13060<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $8,308.78 | | |

---

| | | | | |
|---|---|---|---|---|
| 4REFUEL<br>215 9440 202 STREET<br>LANGLEY, BC V1M 4A6<br>CANADA | | Claim Number: 3949<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $40,356.60 | Scheduled: | $40,174.56 |

---

| | | | | |
|---|---|---|---|---|
| 510 HERON ASSOCIATES LP<br>1 BELMONT AVE STE 300<br>BALA CYNWYD, PA 19004-1604 | | Claim Number: 7684<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) | | |
| UNSECURED | Claimed: | $25,262.24   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| 575157 ALBERTA INC.<br>ATTN: KAREN HUNTER<br>235068 WRANGLER LINK<br>ROCKY VIEW, AB T1X OK3<br>CANADA | | Claim Number: 8534<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $765.31 | Scheduled: | $765.31 |

---

| | | | | |
|---|---|---|---|---|
| 700 COWAN DON LLC AND 700 COWAN TOM<br>30 WEST MONROE STREET SUITE 1000<br>CHICAGO, IL 60603 | | Claim Number: 11663<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | |
| UNSECURED | Claimed: | $242,929.50 | Scheduled: | $17,023.32 |

---

| | | | | |
|---|---|---|---|---|
| 9054-3174 QC INC.<br>ATTN: GUY GAGNON<br>371 DU BOSQUET<br>ROSEMERE, QC J7A 4J2<br>CANADA | | Claim Number: 13324<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $3,982.13 | Scheduled: | $3,980.24 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| 9056-5110 QUEBEC INC<br>RICHARD GAUTHIER<br>1080 DES MELEZES<br>P.O. BOX 842<br>LA TUQUE, QC G9X 3P6<br>CANADA | | Claim Number: 8934<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $12,606.61 | Scheduled: | $12,721.56 |
| 9072-8569 QUEBEC INC<br>ATTN: NICOLAS POTVIN<br>752 RUE ST ANTOINE<br>LA TUQUE, QC G9X 2Z4<br>CANADA | | Claim Number: 12869<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $37,556.06 | Scheduled: | $39,972.78 |
| 9109-5463 QUEBEC INC/ PALETTE RONIC<br>ATTN: ERIC DUMOULIN<br>CP 52062 SUCC. FABREVILLE<br>LAVAL, QC H7P 5S1<br>CANADA | | Claim Number: 12794<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $74,907.57 | Scheduled: | $59,956.25 |
| 9179-8892 GROUPE CVC<br>1454 DAGENAIS OUEST<br>ATTN: J.F. ARBOUR<br>LAVAL, QB H76 5C7<br>CANADA | | Claim Number: 13049<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $23,785.01 | | |
| 9182-8822 QUEBEC INC.<br>216 COURTEMANCHE<br>ATTN: MARCO GAGNE<br>MATANE, QC G4W 1E8<br>CANADA | | Claim Number: 12932<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $1,206.70 | Scheduled: | $1,206.70 |
| 9190-7642 QUEBEC INC.<br>216 COURTEMANCHE<br>MATANE, QC G4W 1E8<br>CANADA | | Claim Number: 12933<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $2,561.68 | Scheduled: | $2,568.96 |
| A & H FLUID TECHNOLOGIES, INC.<br>ONE APPLIED PLAZA<br>EAST 36TH STREET & EUCLID AVENUE<br>ATTN: BETH ARVAI<br>CLEVELAND, OH 44155-5056 | | Claim Number: 10516<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $58,111.19 | Scheduled: | $58,113.38 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

A & J WOOD PRODUCTS LLC
PO BOX 194
PLEASANT SHADE, TN 37145

Claim Number: 583
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $338.98 | | |
|-----------|----------|---------|---|---|

A & S STEEL GROUP, LTD
ATTN: STEPHEN ALEXANDER
1701 BRENNAN AVE
FORT WORTH, TX 76106

Claim Number: 12803
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $64,754.77 | | |
|-----------|----------|------------|---|---|

A 1 COMPLETE REMODELING INC
7333 TIMBERNOLL DR
WEST CHESTER, OH 45069

Claim Number: 11398
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $13,762.00 | Scheduled: | $13,762.00 |
|-----------|----------|------------|------------|------------|

A AND W OIL COMPANY INC
PO BOX 1027
WAYNESBORO, GA 30830

Claim Number: 6850
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,269.68 | Scheduled: | $3,269.68 |
|-----------|----------|-----------|------------|-----------|

A E EHRKE AND CO
P O BOX 39610
SOLON, OH 44139

Claim Number: 3698
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,987.00 | Scheduled: | $4,894.46 |
|-----------|----------|-----------|------------|-----------|

A E S THAMES LLC
ATTN: BOB PRICE
141 DEPOT ROAD
UNCASVILLE, CT 06382

Claim Number: 9994
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $307,450.03 | Scheduled: | $307,450.03 |
|-----------|----------|-------------|------------|-------------|

A I M SERVICES NETWORK INC
UNIT 6 8207 SWENSON WAY
DELTA, BC V4G 1J5
CANADA

Claim Number: 13430
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $672.91 |
|-----------|----------|--------------|------------|---------|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

A M METAL FINISHING INC
7594 CHANCELLOR DRIVE
ORLANDO, FL 32809

Claim Number: 6596
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $3,917.61 | | |

---

A SHRED AHEAD
5409 LUMLEY RD STE 106
DURHAM, NC 27703

Claim Number: 3901-01
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,638.15 | Scheduled: | $3,110.00 |

---

A SHRED AHEAD
5409 LUMLEY RD STE 106
DURHAM, NC 27703

Claim Number: 3901-02
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1866 (09/04/2009)

| ADMINISTRATIVE | Claimed: | $513.50 | | |

---

A TO Z COATINGS & INSULATION, INC.
2251 SALEM ROAD
SCRANTON, SC 29591

Claim Number: 3358
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $1,083.49 | Scheduled: | $51,659.36 |

---

A TO Z COATINGS & INSULATION, INC.
2251 SALEM ROAD
SCRANTON, SC 29591

Claim Number: 3359
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $3,000.00 | | |

---

A TO Z COATINGS & INSULATION, INC.
2251 SALEM ROAD
SCRANTON, SC 29591

Claim Number: 3360
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $839.20 | | |

---

A TO Z COATINGS & INSULATION, INC.
2251 SALEM ROAD
SCRANTON, SC 29591

Claim Number: 3361
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $2,343.10 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | Claim Number: 3362<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
| --- | --- |

| UNSECURED | Claimed: | $2,298.00 |
| --- | --- | --- |

| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | Claim Number: 3363<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
| --- | --- |

| UNSECURED | Claimed: | $1,195.00 |
| --- | --- | --- |

| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | Claim Number: 3364<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
| --- | --- |

| UNSECURED | Claimed: | $9,630.20 |
| --- | --- | --- |

| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | Claim Number: 3365<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
| --- | --- |

| UNSECURED | Claimed: | $1,400.00 |
| --- | --- | --- |

| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | Claim Number: 3366<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
| --- | --- |

| UNSECURED | Claimed: | $1,736.00 |
| --- | --- | --- |

| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | Claim Number: 3368<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
| --- | --- |

| UNSECURED | Claimed: | $3,619.05 |
| --- | --- | --- |

| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | Claim Number: 3369<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
| --- | --- |

| UNSECURED | Claimed: | $5,698.64 |
| --- | --- | --- |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | |
|---|---|---|
| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | Claim Number: 3370<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | |
| UNSECURED | Claimed: | $1,400.00 |
| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | Claim Number: 3371<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | |
| UNSECURED | Claimed: | $1,936.00 |
| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | Claim Number: 3372<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | |
| UNSECURED | Claimed: | $719.60 |
| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | Claim Number: 3373<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | |
| UNSECURED | Claimed: | $1,363.70 |
| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | Claim Number: 3374<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | |
| UNSECURED | Claimed: | $1,485.00 |
| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | Claim Number: 3375<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | |
| UNSECURED | Claimed: | $1,700.00 |
| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | Claim Number: 3376<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | |
| UNSECURED | Claimed: | $4,575.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| A&D ENVIRONMENT SERVICES, INC<br>P.O. BOX 484<br>HIGH POINT, NC 27261 | Claim Number: 3729<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $473.00 | Scheduled: | $2,969.90 |
|---|---|---|---|---|

| A&K MACHINE & FAB SHOP, INC.<br>3451 W BEAVER ST<br>JACKSONVILLE, FL 32254-3709 | Claim Number: 1483<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $1,873.92 | Scheduled: | $1,760.50 |
|---|---|---|---|---|

| A&M COMPRESSED AIR PRODUCTS INC.<br>40 INDUSTRIAL DRIVE<br>UXBRIDGE, MA 01569 | Claim Number: 2222<br>Claim Date: 04/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $3,238.34 | Scheduled: | $3,636.10 |
|---|---|---|---|---|

| A-1 BALERS & COMPACTORS, LLC<br>P.O. BOX 210063<br>WEST PALM BEACH, FL 33421-0063 | Claim Number: 7723<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $146.28 |
|---|---|---|

| A-1 FORKLIFT SERVICE INC.<br>5800 BEACH BLVD., STE 203-405<br>JACKSONVILLE, FL 32207 | Claim Number: 14212<br>Claim Date: 07/11/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9145 (11/14/2011) |
|---|---|

| UNSECURED | Claimed: | $3,560.59 |
|---|---|---|

| A-1 LOCKSMITHS, INC.- ASSIGNOR<br>C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE<br>& ATTORNEY-IN-FACT<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 9184<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,498.40 | Scheduled: | $2,384.96 |
|---|---|---|---|---|

| A-1 LOCKSMITHS, INC.- ASSIGNOR<br>C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE<br>& ATTORNEY-IN-FACT<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 9189<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7189 (04/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $803.99 |
|---|---|---|
| PRIORITY | Claimed: | $803.99 |
| TOTAL | Claimed: | $803.99 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| A.G. MACHINE, INC<br>P.O. BOX 237<br>ATTTN: HELEN ALLEN<br>WEYERS CAVE, VA 24486 | | Claim Number: 12831<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $378.48 | | |

---

| A.G. STACKER, INC.<br>ATTN: HELEN ALLEN<br>PO BOX 237<br>WEYERS CAVE, VA 24486 | | Claim Number: 12876<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,685.44 | Scheduled: | $10,589.44 |

---

| A.I.M. SERVICES NETWORKS INC.<br>#6-8207 SWENSON WAY<br>DELTA, BC V4G 1J5<br>CANADA | | Claim Number: 12585<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $672.91 | | |

---

| A.K. KRAUSSEL TOOL<br>8633 W LYNX AVE<br>MILWAUKEE, WI 53225 | | Claim Number: 4207<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,219.00 | | |
| UNSECURED | Claimed: | $4,880.00 | Scheduled: | $8,126.06 |

---

| A.P. PALLET, INC.<br>ATTN: DIANE PARKS<br>P.O. BOX 7576<br>SPRECKELS, CA 93962 | | Claim Number: 8380<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET 8093 (06/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,828.10 | | |

---

| A.R.C.S. DIV PNJ INDUSTRIES<br>PO BOX 429<br>HATFIELD, PA 19440 | | Claim Number: 136<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,875.00 | | |

---

| A.S. ISOLATION ENR<br>AURELE SAVOIE<br>682, RANG BEAUMONT<br>LA CROCHE, QC G0X 1R0<br>CANADA | | Claim Number: 8966<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,307.27 | Scheduled: | $11,303.27 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| A.T.M. TRUCKING, INC.<br>DANNY MARTIN<br>7001 MOSS RD.<br>BAXTER, TN 38544 | Claim Number: 934<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $463.60 |
|---|---|---|

---

| A.W. CHESTERTON COMPANY<br>500 UNICORN PARK DRIVE<br>WOBURN, MA 01801 | Claim Number: 264<br>Claim Date: 02/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $103,371.88 | Scheduled: | $165,801.05 |
|---|---|---|---|---|

---

| A1 AIR COMPRESSOR CORP<br>679 W WINTHROP AVE<br>ADDISON, IL 60101 | Claim Number: 4297<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $283.70 | Scheduled: | $283.70 |
|---|---|---|---|---|

---

| A1 PLUS<br>ROBERT GROUNX<br>P.O. BOX 151<br>MONTREAL-NORD, QC H1H 5L2<br>CANADA | Claim Number: 8961<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $9,671.53 | Scheduled: | $9,671.53 |
|---|---|---|---|---|

---

| AA ELECTRIC<br>ATTN: EDWARD DIXON<br>3600 W. 69TH ST<br>LITTLE ROCK, AR 72209 | Claim Number: 7397<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $279.84 | Scheduled: | $242.72 |
|---|---|---|---|---|

---

| AA ELECTRIC SE, INC<br>2011 SOUTH COMBEE ROAD<br>LAKELAND, FL 33801 | Claim Number: 9644<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Liability not related to Claim 11992 |
|---|---|

| UNSECURED | Claimed: | $6,612.96 | Scheduled: | $6,682.97 |
|---|---|---|---|---|

---

| AA LAND & TIMBER CO INC<br>159 HWY 160 EAST<br>HERMITAGE, AR 71647 | Claim Number: 7672<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $37,069.42 | Scheduled: | $77,385.45  UNLIQ |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| AAA GOLD COAST M&S<br>6825 NW 16TH TERRACE<br>FORT LAUDERDALE, FL 33309 | Claim Number: 9100<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $267.20 | |

---

| AAG ELECTRIC MOTORS & PUMPS, INC.<br>2340 INDUSTRIAL DRIVE<br>PANAMA CITY, FL 32405 | Claim Number: 2696<br>Claim Date: 04/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $82,994.39 | Scheduled: | $83,497.39 |

---

| AARON MACHINE SHOP LTD<br>7008 5 ST SE SUITE C<br>CALGARY, AB T2H 2G3<br>CANADA | Claim Number: 6267<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

---

| AARON MACHINE SHOP LTD<br>BAY C, 7008-5TH ST SE<br>ATTN: MOHAMMED KOUDMANI<br>CALGARY, AB T2H 2G3<br>CANADA | Claim Number: 8671<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $13,537.57 | Scheduled: | $13,601.15 |

---

| AAT SALT & DISTRIBUTION<br>PO BOX 11962<br>MILWAUKEE, WI 53211 | Claim Number: 8094<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,259.30 | Scheduled: | $2,259.30 |

---

| AAXIS ENGRAVERS, INC.<br>230A WILLIAMS ST.<br>BENSENVILLE, IL 60106 | Claim Number: 986<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,675.25 | Scheduled: | $10,675.25 |

---

| AB&B MANUFACTURING, INC.<br>836 MAMIE ROAD<br>JACKSONVILLE, FL 32205 | Claim Number: 3531-01<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,911.44 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| AB&B MANUFACTURING, INC.<br>836 MAMIE ROAD<br>JACKSONVILLE, FL 32205 | | | Claim Number: 3531-02<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | | $88,416.02 | Scheduled: | $94,970.94 |

| | | | | | |
|---|---|---|---|---|---|
| ABC CONTAINER LLC<br>PO BOX 27935<br>TUCSON, AZ 85726 | | | Claim Number: 7850<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | | $3,366.00 | Scheduled: | $3,366.00 |

| | | | | | |
|---|---|---|---|---|---|
| ABC FIRE EXTINGUISHER CO., INC<br>719 COURT ST.<br>UTICA, NY 13502 | | | Claim Number: 3950<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) | | |
| UNSECURED | Claimed: | | $656.01 | Scheduled: | $656.01 |

| | | | | | |
|---|---|---|---|---|---|
| ABC SIGN AND DISPLAY<br>3300 101ST ST<br>URBANDALE, IA 50322 | | | Claim Number: 5681<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | | $3,359.71 | Scheduled: | $3,260.71 |

| | | | | | |
|---|---|---|---|---|---|
| ABC WIRE SALES CO<br>1522 WEST 25TH STREET<br>MINNEAPOLIS, MN 55405-2533 | | | Claim Number: 6094<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | | $2,002.50 | Scheduled: | $2,002.50 |

| | | | | | |
|---|---|---|---|---|---|
| ABCO WELDING & INDUSTRIAL SUPPLY IN<br>PO BOX 620<br>WATERFORD, CT 06385 | | | Claim Number: 5060<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | | $3,551.00 | Scheduled: | $1,993.76 |

| | | | | | |
|---|---|---|---|---|---|
| ABERCROMBIE, DONALD R.<br>126 ABERDON RD<br>JONESBORO, LA 71251 | | | Claim Number: 10391<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | | $0.00   UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ABERNATHY, PEGGY H<br>150 WINSTON LANE<br>MONROE, OH 45050 | Claim Number: 9086<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

---

| ABF FREIGHT SYSTEM, INC.<br>J.P. WILLIS, DIRECTOR-REVENUE ACCOUNTING<br>P.O. BOX 10048<br>FORT SMITH, AR 72917-0048 | Claim Number: 1550<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $21,047.36 | Scheduled: | $20,473.40 UNLIQ |
|---|---|---|---|---|

---

| ABITIBI-CONSOLIDATED CORP.<br>15600 JOHN F KENNEDY BLVD  STE 600<br>HOUSTON, TX 77032-2344 | Claim Number: 11061<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8899 (01/20/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $19,838.60 | | |
|---|---|---|---|---|
| SECURED | Claimed: | $142,293.35 | | |
| UNSECURED | | | Scheduled: | $135,330.49 |
| TOTAL | Claimed: | $142,293.35 | | |

---

| ABM SCALE CO.<br>16890 CHURCH ST BLDG 13<br>MORGAN HILL, CA 95037-5152 | Claim Number: 2050<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,283.89 | Scheduled: | $1,889.42 |
|---|---|---|---|---|

---

| ABOUT SIGNS, 884 ONTARIO INC.<br>1200 SPEERS RD.<br>UNIT 23<br>ATTN: H. TERI ERGUN<br>OAKVILLE, ON L6L 2X4<br>CANADA | Claim Number: 8650<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $955.57 | Scheduled: | $145.68 |
|---|---|---|---|---|

---

| ABOVE PAR COURER SERVICE, INC.<br>6278 N FEDERAL HIGHWAY, # 121<br>FT. LAUDERDALE, FL 33308 | Claim Number: 2712<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $421.20 | Scheduled: | $24.00 |
|---|---|---|---|---|

---

| ABSOLUTE MACHINE ENTERPRISES<br>2191 GREEN HILL DRIVE<br>MARTINSVILLE, VA 24112 | Claim Number: 7177-01<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $12,824.78 | Scheduled: | $12,988.78 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ABSOLUTE MACHINE ENTERPRISES
2191 GREEN HILL DRIVE
MARTINSVILLE, VA 24112

Claim Number: 7177-02
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 1866 (09/04/2009)

| ADMINISTRATIVE | Claimed: | $160.00 | | |

---

ABSOLUTE SECURED SHREDDING
PO BOX 727
FAIR OAKS, CA 95628

Claim Number: 4463
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,527.15 | Scheduled: | $1,199.00 |

---

ABSOLUTE SECURED SHREDDING, INC.
P.O. BOX 727
FAIR OAKS, CA 95628

Claim Number: 709
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $1,527.15 | | |

---

AC CONTROLS CO INC
PO BOX 691000
CHARLOTTE, NC 28227-7017

Claim Number: 5171
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $5,433.64 | Scheduled: | $5,433.64 |

---

ACCESS AMERICA TRANSPORT
2515 EAST 43RD STREET SUITE B
CHATTANOOGA, TN 37407

Claim Number: 1766
Claim Date: 03/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $86,529.54 | | |

---

ACCESS INFORMATION MANAGEMENT
5785 LAS POSITAS ROAD
LIVERMORE, CA 94550

Claim Number: 9693
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,509.22 | Scheduled: | $3,509.22 |

---

ACCESS INFORMATION MGMT
4501 PELL DRIVE
SACRAMENTO, CA 95838-2153

Claim Number: 9694
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,491.00 | Scheduled: | $1,491.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ACCESS SYSTEMS INTL INC.<br>65 COURT ST STE 18<br>WHITE PLAINS, NY 10601-4221 | Claim Number: 259<br>Claim Date: 02/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $240.00 | Scheduled: | $240.00 |
|---|---|---|---|---|

| ACCO WASTE PAPER OF SAN ANTONIO<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11320<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $11,068.00   UNLIQ |
|---|---|---|

| ACCOUNTEMPS<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN: MICHELE CABRAL<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | Claim Number: 2700<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,904.40 | Scheduled: | $3,403.60 |
|---|---|---|---|---|

| ACCOUNTEMPS<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN: MICHELE CABRAL<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | Claim Number: 2701<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $10,196.91 | Scheduled: | $11,483.31 |
|---|---|---|---|---|

| ACCOUNTEMPS<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN: KAREN LIMA<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | Claim Number: 2835<br>Claim Date: 05/04/2009<br>Debtor: CALPINE CORRUGATED, LLC |
|---|---|

| UNSECURED | Claimed: | $1,302.38 | Scheduled: | $1,302.38 |
|---|---|---|---|---|

| ACCOUNTEMPS DIV. OF ROBERT HALF<br>INTERNATIONAL<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | Claim Number: 14128<br>Claim Date: 08/24/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8662 (10/18/2010) |
|---|---|

| UNSECURED | Claimed: | $4,904.40 |
|---|---|---|

| ACCOUNTEMPS DIV. OF ROBERT HALF<br>INTERNATIONAL<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | Claim Number: 14129<br>Claim Date: 08/24/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8662 (10/18/2010) |
|---|---|

| UNSECURED | Claimed: | $10,196.91 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ACCOUNTEMPS DIV. OF ROBERT HALF
INTERNATIONAL
ATTN: MARY GONZALEZ
PO BOX 5024
SAN RAMON, CA 94583-9128

Claim Number: 14130
Claim Date: 08/24/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8661 (10/18/2010)

| UNSECURED | Claimed: | $4,949.22 |
| --- | --- | --- |

---

ACCOUNTEMPS DIV. OF ROBERT HALF
INTERNATIONAL
ATTN: MARY GONZALEZ
PO BOX 5024
SAN RAMON, CA 94583-9128

Claim Number: 14131
Claim Date: 08/24/2010
Debtor: CALPINE CORRUGATED, LLC
Comments: EXPUNGED
DOCKET: 8662 (10/18/2010)

| UNSECURED | Claimed: | $1,302.38 |
| --- | --- | --- |

---

ACCU ELECTRIC MOTORS INC
ATTN: MANJIT BAJWA
2900 PORTLAND DRIVE
OAKVILLE, ON L6H 5W8
CANADA

Claim Number: 8343
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $15,487.18 | Scheduled: | $14,394.30 |
| --- | --- | --- | --- | --- |

---

ACCU ELECTRIC MOTORS INC
ATTN: MAUJIT BARUA
2900 PORTLAND DRIVE
OAKVILLE, ON L6H 5W8
CANADA

Claim Number: 8539
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $1,610.41 |
| --- | --- | --- |

---

ACCUMARK INC
PO BOX 1656
MECHANICSVILLE, VA 23116

Claim Number: 8880
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $550.00 |
| --- | --- | --- |

---

ACCUMARK INC
9500 KING AIR COURT
ASHLAND, VA 23005

Claim Number: 8881
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,050.00 |
| --- | --- | --- |

---

ACCUMARK INC
PO BOX 1656
MECHANICSVILLE, VA 23116

Claim Number: 8882
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $500.00 |
| --- | --- | --- |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ACCUMARK INC
PO BOX 1656
MECHANICSVILLE, VA 23116

Claim Number: 8890
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |

---

ACCURATE COURT REPORTERS INC
818 JENKS AVENUE
PANAMA CITY, FL 32401

Claim Number: 4953
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $396.80 | Scheduled: | $396.80 |

---

ACCURATE EXCAVATING INC.
BILL KIERSTYN, OWNER/OPERATOR
PO BOX 916
ADAMS, WI 53910-0916

Claim Number: 3317
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $6,311.55 | Scheduled: | $6,351.11 |

---

ACCURATE INDUSTRIAL CONSTRUCTION INC
FORMERLY INMAN WELDING INC
580 S. STATE COLLEGE BLVD
FULLERTON, CA 92831

Claim Number: 2080
Claim Date: 04/08/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $185,057.73 |

---

ACCURATE INDUSTRIAL CONSTRUCTION INC
FORMERLY INMAN WELDING INC
580 S. STATE COLLEGE BLVD
FULLERTON, CA 92831

Claim Number: 2120
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| UNSECURED | Claimed: | $185,057.73 |

---

ACCURATE MACHINE REPAIR
7270 BUCKBOARD CV
OLIVE BRANCH, MS 38654

Claim Number: 6335
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $2,118.28 | Scheduled: | $2,118.28 |

---

ACCURATE WASTE
6141 SIESTA LN
PORT RICHEY, FL 34668

Claim Number: 2841
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $1,091.40 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ACCURATE WASTE<br>6141 SIESTA LN<br>PORT RICHEY, FL 34668 | Claim Number: 4378<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,091.40 | Scheduled: | $484.00 |
|---|---|---|---|---|

| ACCUTECH INSTRUMENTATION INC<br>11101 SOUTH CROWN WAY SUITE 4<br>WELLINGTON, FL 33414 | Claim Number: 3931<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $997.85 | Scheduled: | $997.85 |
|---|---|---|---|---|

| ACE AMERICAN INSURANCE CO. & PACIFIC<br>EMPLOYERS INSURANCE CO - CHRISTINA REGER<br>BAZELON LESS & FELDMAN, P.C.<br>1515 MARKET STREET, SUITE 700<br>PHILADELPHIA, PA 19102 | Claim Number: 7820<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9021 (04/07/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |

| ACE AMERICAN INSURANCE COMPANY<br>436 WALNUT STREET, WA02J<br>PHILADELPHIA, PA 19106 | Claim Number: 13080<br>Claim Date: 09/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9021 (04/07/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| ACE HARDWARE<br>43146 US HWY 72<br>STEVENSON, AL 35772 | Claim Number: 4935<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $2,466.31 | Scheduled: | $3,198.12 |
|---|---|---|---|---|

| ACE INDUSTRIES, INC./CRANES-HOISTS<br>CHERYL ROSSBOROUGH<br>6295 MCDONOUGH DR.<br>NORCROSS, GA 30093 | Claim Number: 8928<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $20,162.87 | Scheduled: | $20,162.87 |
|---|---|---|---|---|

| ACE INDUSTRIES/ CRANES & HOIST<br>6295 MCDONOUGH DR<br>NORCROSS, GA 30093 | Claim Number: 8693<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| UNSECURED | Claimed: | $20,162.87 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ACE MACHINE SHOP SERVICES<br>ATTN GENE WAGNER<br>447393 HIGHWAY 301<br>CALLAHAN, FL 32011 | Claim Number: 179<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $24,711.00 | Scheduled: | $36,113.00 |

| ACE METAL SUPPLY, INC.<br>5221 G STREET<br>CHINO, CA 91710-5145 | Claim Number: 12163<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,136.95 | Scheduled: | $7,213.88 |

| ACE PAPER RECYCLING, INC.<br>P.O. BOX 963<br>MCMURRAY, PA 15317-0963 | Claim Number: 321<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,248.85 | | |

| ACE WHOLESALE INC<br>PO BOX 1651<br>CONWAY, SC 29526 | Claim Number: 5771<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $9,400.32 | Scheduled: | $9,400.32 |

| ACG LOGISTICS INC<br>10 S CLINTON ST STE 302<br>DOYLESTOWN, PA 18901-4220 | Claim Number: 6924<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $12,650.00 | Scheduled: | $44,376.00 |

| ACIER BOUFFARD INC<br>ATTN: DOMINIC BOUFFARD<br>75 RUE SAVARD CP 114<br>MATANE, QC G4W 3M9<br>CANADA | Claim Number: 9004<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $869.52 | Scheduled: | $876.02 |

| ACIER RIVE-NORD INC.<br>480 BOUL. INDUSTRIEL<br>ATTN: NATHALIE GUERETTE<br>ST. EUSTACHE, QC J7R 5V3<br>CANADA | Claim Number: 12934<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,096.82 | Scheduled: | $3,185.43 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ACIER VANGUARD LTEE<br>CRAIG SPENCE<br>2160 MEADOWPINE BLVD.<br>MISSISSAUGA, ON L5N 6H6<br>CANADA | Claim Number: 8686<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $443.70 |
|---|---|---|

---

| ACIER VANGUARD LTEE<br>2205 DE L'AVIATION<br>DORVAL, QC H9P 2X6<br>CANADA | Claim Number: 12419<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $541.57 | Scheduled: | $459.89 |
|---|---|---|---|---|

---

| ACKLANDS-GRAINGER INC<br>C/O MCDERMOTT WILL & EMERY LLP<br>ATTN: COCO, NATHAN. HARRING, EMILY<br>227 W.MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7931<br>Claim Date: 08/17/2009<br>Debtor: 605681 N.B. INC.<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $48,394.46   UNLIQ |
|---|---|---|

---

| ACKLANDS-GRAINGER INC<br>C/O MCDERMOTT WILL & EMERY LLP<br>ATTN: COCO, NATHAN. HARRING, EMILY<br>227 W.MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7941<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $48,394.46   UNLIQ |
|---|---|---|

---

| ACKLANDS-GRAINGER INC<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 13510<br>Claim Date: 10/21/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $21,296.33   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $27,098.13   UNLIQ |

---

| ACKLANDS-GRAINGER INC<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 13514<br>Claim Date: 10/21/2009<br>Debtor: 3083527 NOVA SCOTIA COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $21,296.33   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $27,098.13   UNLIQ |

---

| ACKLANDS-GRAINGER INC.<br>C/O MCDERMOTT WILL & EMERY LLP<br>ATTN: COCO, NATHAN. HARRING, EMILY<br>227 W.MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7932<br>Claim Date: 08/17/2009<br>Debtor: FRANCOBEC COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $48,394.46   UNLIQ |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ACKLANDS-GRAINGER INC.
C/O MCDERMOTT WILL & EMERY LLP
ATTN: COCO, NATHAN.  HARRING, EMILY
227 W.MONROE STREET
CHICAGO, IL 60606

Claim Number: 7933
Claim Date: 08/17/2009
Debtor: SLP FINANCE GENERAL PARTNERSHIP
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $48,394.46   UNLIQ |

---

ACKLANDS-GRAINGER INC.
C/O MCDERMOTT WILL & EMERY LLP
ATTN: COCO, NATHAN.  HARRING, EMILY
227 W.MONROE STREET
CHICAGO, IL 60606

Claim Number: 7934
Claim Date: 08/17/2009
Debtor: SPECIALTY CONTAINERS INC.
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $48,394.46   UNLIQ |

---

ACKLANDS-GRAINGER INC.
C/O MCDERMOTT WILL & EMERY LLP
ATTN: COCO, NATHAN.  HARRING, EMILY
227 W.MONROE STREET
CHICAGO, IL 60606

Claim Number: 7935
Claim Date: 08/17/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: POSSIBLY AMENDED BY 13510

| UNSECURED | Claimed: | $48,394.46   UNLIQ |

---

ACKLANDS-GRAINGER INC.
C/O MCDERMOTT WILL & EMERY LLP
ATTN: COCO, NATHAN.  HARRING, EMILY.
227 W.MONROE STREET
CHICAGO, IL 60606

Claim Number: 7936
Claim Date: 08/17/2009
Debtor: 639647 BRITISH COLUMBIA LTD.
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $48,394.46   UNLIQ |

---

ACKLANDS-GRAINGER INC.
C/O MCDERMOTT WILL & EMERY LLP
ATTN: COCO, NATHAN.  HARRING, EMILY
227 W.MONROE STREET
CHICAGO, IL 60606

Claim Number: 7937
Claim Date: 08/17/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLY AMENDED BY 13512

| UNSECURED | Claimed: | $48,394.46   UNLIQ |

---

ACKLANDS-GRAINGER INC.
C/O MCDERMOTT WILL & EMERY LLP
ATTN: COCO, NATHAN.  HARRING, EMILY
227 W.MONROE STREET
CHICAGO, IL 60606

Claim Number: 7938
Claim Date: 08/17/2009
Debtor: MBI LIMITED/LIMITEE
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $48,394.46   UNLIQ |

---

ACKLANDS-GRAINGER INC.
C/O MCDERMOTT WILL & EMERY LLP
ATTN: COCO, NATHAN. HARRING, EMILY
227 W.MONROE STREET
CHICAGO, IL 60606

Claim Number: 7939
Claim Date: 08/17/2009
Debtor: 3083527 NOVA SCOTIA COMPANY
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $48,394.46   UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ACKLANDS-GRAINGER INC.
C/O MCDERMOTT WILL & EMERY LLP
ATTN: COCO, NATHAN. HARRING, EMILY
227 W.MONROE STREET
CHICAGO, IL 60606

Claim Number: 7940
Claim Date: 08/17/2009
Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II
Comments: POSSIBLY AMENDED BY 13515

| | Claimed: | |
|---|---|---|
| UNSECURED | | $48,394.46   UNLIQ |

---

ACKLANDS-GRAINGER INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F COCO, EMILY L HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13506
Claim Date: 10/21/2009
Debtor: 605681 N.B. INC.
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $21,296.33   UNLIQ |
| UNSECURED | | $27,098.13   UNLIQ |

---

ACKLANDS-GRAINGER INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K. HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13508
Claim Date: 10/21/2009
Debtor: SLP FINANCE GENERAL PARTNERSHIP
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $21,296.33   UNLIQ |
| UNSECURED | | $27,098.13   UNLIQ |

---

ACKLANDS-GRAINGER INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13509
Claim Date: 10/21/2009
Debtor: SPECIALTY CONTAINERS INC.
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $21,296.33   UNLIQ |
| UNSECURED | | $27,098.13   UNLIQ |

---

ACKLANDS-GRAINGER INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K. HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13511
Claim Date: 10/21/2009
Debtor: 639647 BRITISH COLUMBIA LTD.
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $21,296.33   UNLIQ |
| UNSECURED | | $27,098.13   UNLIQ |

---

ACKLANDS-GRAINGER INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F, COCO, EMILY K HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13512-03
Claim Date: 10/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8117 (06/22/2010)
Amends Claim 7937

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $1,575.83   UNLIQ |

---

ACKLANDS-GRAINGER INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F COCO, EMILY K HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13512-04
Claim Date: 10/21/2009
Debtor: SMURFIT-MBI
Comments: ALLOWED
DOCKET: 8117 (06/22/2010)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $15,872.25   UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ACKLANDS-GRAINGER INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F COCO, EMILY K HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13512-05
Claim Date: 10/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8240 (07/19/2010)
Amends Claim 7937

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,469.41 | Scheduled: | $3,469.41 |

---

ACKLANDS-GRAINGER INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F COCO, EMILY K HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13512-06
Claim Date: 10/21/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8407 (08/18/2010)
Amends Claim 7937

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,732.09 | Scheduled: | $35,822.69 |

---

ACKLANDS-GRAINGER INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K. HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13513
Claim Date: 10/21/2009
Debtor: MBI LIMITED/LIMITEE
Comments: EXPUNGED
DOCKET 8530 (09/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $21,296.33 | UNLIQ |
| UNSECURED | Claimed: | $27,098.13 | UNLIQ |

---

ACKLANDS-GRAINGER INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K. HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13515
Claim Date: 10/21/2009
Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II
Comments: EXPUNGED
DOCKET 8530 (09/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $21,296.33 | UNLIQ |
| UNSECURED | Claimed: | $27,098.13 | UNLIQ |

---

ACKLANDS-GRAINGER INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13516
Claim Date: 10/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET 8530 (09/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $21,296.33 | UNLIQ |
| UNSECURED | Claimed: | $27,098.13 | UNLIQ |

---

ACKLANDS-GRAINGER, INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F COCO EMILY K HARRING
227 W MONROE STREET
CHICAGO, IL 60606

Claim Number: 13507
Claim Date: 10/21/2009
Debtor: FRANCOBEC COMPANY
Comments: EXPUNGED
DOCKET 8530 (09/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $21,296.33 | UNLIQ |
| UNSECURED | Claimed: | $27,098.13 | UNLIQ |

---

ACL SERVICES LTD.
1550 ALBERNI STREET
VANCOUVER, BC V6G 1A5
CANADA

Claim Number: 726
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $393.90 | Scheduled: | $6,144.90 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ACME JANITOR EQUIPMENT CO.- ASSIGNOR<br>C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE<br>& ATTORNEY-IN-FACT<br>2699 WHITE ROAD SUITE 255<br>IRVINE, CA 92614 | Claim Number: 9178<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |

| UNSECURED | Claimed: | $202.73 | Scheduled: | $928.68 |

---

| ACN - RICHMOND, LLC<br>7664 PLAZA CT<br>WILLOWBROOK, IL 60527-5607 | Claim Number: 529<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |

| UNSECURED | Claimed: | $151.00 | Scheduled: | $151.00 |

---

| ACOPIAN TECHNICAL COMPANY<br>PO BOX 638<br>EASTON, PA 18044 | Claim Number: 4072<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |

| UNSECURED | Claimed: | $270.69 | Scheduled: | $270.69 |

---

| ACORS LOGGING COMPANY<br>6128 MARYE ROAD<br>WOODFORD, VA 22580 | Claim Number: 7269<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |

| UNSECURED | Claimed: | $10,006.03 | Scheduled: | $20,012.06  UNLIQ |

---

| ACOUSTIC TECHNOLOGY INC<br>30 JEFFRIES STREET<br>EAST BOSTON, MA 02128 | Claim Number: 3768<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |

| UNSECURED | Claimed: | $1,275.03 | Scheduled: | $1,275.03 |

---

| ACR PROCESS EQUIPMENT INC.<br>PO BOX 950819<br>LAKE MARY, FL 32795-0819 | Claim Number: 4068<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |

| UNSECURED | Claimed: | $1,852.35 | Scheduled: | $1,852.35 |

---

| ACROWOOD CORP<br>PO BOX 1028<br>EVERETT, WA 98206 | Claim Number: 12395-01<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5769 (03/11/2010) | | |

| ADMINISTRATIVE | Claimed: | $2,863.58 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ACROWOOD CORP
PO BOX 1028
EVERETT, WA 98206

Claim Number: 12395-02
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,711.84 | Scheduled: | $3,538.84 |
|---|---|---|---|---|

ACROWOOD CORPORATION
4425 S 3RD AVE
P.O.BOX 1028
EVERETT, WA 98206

Claim Number: 5713
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $4,575.42 |
|---|---|---|

ACROWOOD CORPORATION
4425 S 3RD AVE
P.O.BOX 1028
EVERETT, WA 98206

Claim Number: 8587
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $4,575.42 |
|---|---|---|

ACS
600 TELEPHONE AVENUE
ANCHORAGE, AK 99503

Claim Number: 11641
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| UNSECURED | Claimed: | $849.24 | Scheduled: | $1,103.67 |
|---|---|---|---|---|

ACTION CARTING ENVIRONMENTAL SERVICES
451 FRELINGHUYSEN AVE.
NEWARK, NJ 07114

Claim Number: 3453
Claim Date: 06/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $955.28 |
|---|---|---|

ACTION CARTING ENVIRONMENTAL SERVICES
451 FRELINGHUYSEN AVE.
NEWARK, NJ 07114

Claim Number: 3454
Claim Date: 06/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $665.25 |
|---|---|---|

ACTION CARTING ENVIRONMENTAL SERVICES
451 FRELINGHUYSEN AVE.
NEWARK, NJ 07114

Claim Number: 3714
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $2,517.35 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ACTION CLEANING SYSTEMS INC<br>PO BOX 4910<br>TYLER, TX 75702 | Claim Number: 5032<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,095.03 | Scheduled: | $1,081.84 |
|---|---|---|---|---|

| ACTION FLEXO GRAPHICS CO., INC.<br>P.O. BOX 162<br>5215 PARK AVENUE, WEST<br>SEVILLE, OH 44273 | Claim Number: 2360<br>Claim Date: 04/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $85,312.50 | Scheduled: | $88,047.02 |
|---|---|---|---|---|

| ACTION FLEXO GRAPHICS CO., INC.<br>P.O. BOX 162<br>5215 PARK AVENUE, WEST<br>SEVILLE, OH 44273 | Claim Number: 3600<br>Claim Date: 07/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $85,312.50 |
|---|---|---|

| ACTION PLASTICS INC<br>424 SOUTH COUNTY LINE ROAD<br>BENSENVILLE, IL 60106 | Claim Number: 5400-01<br>Claim Date: 07/16/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 4131 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $12.17 | Scheduled: | $442.00 |
|---|---|---|---|---|

| ACTION PLASTICS INC<br>424 SOUTH COUNTY LINE ROAD<br>BENSENVILLE, IL 60106 | Claim Number: 5400-02<br>Claim Date: 07/16/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $442.00 |
|---|---|---|

| ACTIVE RECYCLING COMPANY INC<br>2000 WEST SLAUSON AVENUE<br>LOS ANGELES, CA 90047 | Claim Number: 12187<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,617.89 | Scheduled: | $2,536.00 |
|---|---|---|---|---|

| AD LIFT TRUCK<br>5434 NATURAL LIFT TRUCK<br>SAINT LOUIS, MO 63120 | Claim Number: 9158<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,702.92 | Scheduled: | $3,243.79 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ADALIS CORPORATION<br>C/O HB FULLER COMPANY<br>ATTN.: CREDIT DEPARTMENT<br>P.O. BOX 65492<br>SAINT PAUL, MN 55165 | Claim Number: 7921-01<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8408 (08/18/2010) |
|---|---|

| UNSECURED | Claimed: | $279,945.60 | | |
|---|---|---|---|---|

| ADALIS CORPORATION<br>C/O HB FULLER COMPANY<br>ATTN.: CREDIT DEPARTMENT<br>P.O. BOX 65492<br>SAINT PAUL, MN 55165 | Claim Number: 7921-02<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8408 (08/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $112,695.60 | | |
|---|---|---|---|---|

| ADALIS CORPORATION<br>ATTN: CREDIT DEPT.<br>P.O. BOX 65492<br>SAINT PAUL, MN 55165-0492 | Claim Number: 13623<br>Claim Date: 11/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5047 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $1,400,000.00 | Scheduled: | $404,779.09 |
|---|---|---|---|---|

| ADAMS AIR & HYDRAULICS INC<br>7209 E ADAMO DR<br>TAMPA, FL 33619 | Claim Number: 3367<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $76,001.67 | Scheduled: | $75,990.21 |
|---|---|---|---|---|

| ADAMS COUNTY TREASURER C/O<br>ADAMS COUNTY CORPORATION COUNSEL<br>P.O. BOX 450<br>FRIENDSHIP, WI 53934 | Claim Number: 1370<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
|---|---|

| PRIORITY | Claimed: | $72,940.98 | | |
|---|---|---|---|---|

| ADAMS KEEGAN, INC.<br>6055 PRIMACY PKWY, STE 300<br>MEMPHIS, TN 38119 | Claim Number: 17<br>Claim Date: 01/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,229.89 | Scheduled: | $4,374.89 |
|---|---|---|---|---|

| ADAMS, BERTIE<br>11382 GLENWOOD CIR<br>WILMER, AL 36587 | Claim Number: 7053<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ADAMS, CLIFFORD<br>1640 FIELDGREEN OVERLOOK<br>STONE MTN, GA 30088-3113 | | Claim Number: 11673-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8996 (03/22/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $208,000.00 | | |

| ADAMS, CLIFFORD<br>2109 EASTWOOD DRIVE<br>SNELLVILLE, GA 30078 | | Claim Number: 11673-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8996 (03/22/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| ADAMS, KEVIN C.<br>155 BEAUFORT CIRCLE<br>MADISON, MS 39110 | | Claim Number: 1397<br>Claim Date: 03/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,831.14 | | |

| ADAMS, MICHAEL S<br>121 LYNBROOK DR.<br>BREWTON, AL 36426 | | Claim Number: 11375<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| ADCOCK, ROYCE LENARD<br>1255 MT. OLIVE ROAD<br>QUITMAN, LA 71268 | | Claim Number: 10392<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| ADCRAFT, INC.<br>PO BOX 7737<br>SAINT LOUIS, MO 63106 | | Claim Number: 2310<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,001.80 | Scheduled: | $13,001.08 |

| ADDENDA CAPITAL INC.<br>800 RENE LEVESQUE WEST, SUITE 2750<br>SUITE 1900<br>MONTREAL, QC H3B 1X9<br>CANADA | | Claim Number: 99010<br>Claim Date: 06/30/2010<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,650.97 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ADDISON, WILLIE<br>C/O JAMES E. SORENSON, ESQ.<br>WILLIAMS, GAUTIER, GWYNN, DELOACH &<br>SORENSON P.A. PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10693<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $53,143.64 |

---

| ADELARD GOYETTE & FILS LTEE<br>179 MONTEE DU MOULIN<br>LAVAL, QC H7N 3Y8<br>CANADA | Claim Number: 12576<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $5,254.72 |

---

| ADELARD GOYETTE ET FILS, LTEE<br>890 RUE PRINCIPALE<br>RIVIERE-A-PIERRE, QC G0A 3A0<br>CANADA | Claim Number: 12577-01<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5768 (03/11/2010)<br>Claim is out of balance. Claim out of balance |

| ADMINISTRATIVE | Claimed: | $2,658.66 |

---

| ADELARD GOYETTE ET FILS, LTEE<br>890 RUE PRINCIPALE<br>RIVIERE-A-PIERRE, QC G0A 3A0<br>CANADA | Claim Number: 12577-02<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5768 (03/11/2010)<br>Claim is out of balance. |

| UNSECURED | Claimed: | $2,658.66 |

---

| ADHESIVES RESEARCH INC<br>PO BOX 1823<br>YORK, PA 17405-1823 | Claim Number: 4070<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |

| UNSECURED | Claimed: | $919.06 | Scheduled: | $919.06 |

---

| ADKINS JANITORIAL<br>765 KATE PORTER RD.<br>HUMBOLDT, TN 38343 | Claim Number: 5478<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6353 (03/29/2010) |

| UNSECURED | Claimed: | $1,800.00 | Scheduled: | $1,806.50 |

---

| ADKINS JANITORIAL SERVICE<br>JOHN O. ADKINS<br>765 KATE PORTER RD<br>HUMBOLDT, TN 38343 | Claim Number: 228<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $2,250.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ADKINS, MICHAEL A
7160 ADKINS ROAD
CHARLES CITY, VA 23030

Claim Number: 12102
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

ADMAR SUPPLY CO
1950 BRIGHTON HENRIETTA ROAD
ROCHESTER, NY 14623

Claim Number: 3954
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $842.81 | Scheduled: | $842.81 |
|---|---|---|---|---|

---

ADMAR SUPPLY CO INC
ATTN: MICHAEL TANEA
1950 BRIGHTON HANRIETTA TOWNLUNA RD
ROCHESTER, NY 14623

Claim Number: 8362
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $892.81 |
|---|---|---|

---

ADOLF, KATHLEEN A
2 WINDING WAY
LANCASTER, NY 14086

Claim Number: 7981
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $80.83 UNLIQ |
|---|---|---|

---

ADP SCREENING & SELECTION SVCS (TUPELO)
36307 TREASURY CENTER
CHICAGO, IL 60694

Claim Number: 8141
Claim Date: 08/18/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $205.79 | Scheduled: | $205.79 |
|---|---|---|---|---|

---

ADP SCREENING & SELECTION SVCS (TUPELO)
36307 TREASURY CENTER
CHICAGO, IL 60694

Claim Number: 8144
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $17,209.20 | Scheduled: | $7,256.01 |
|---|---|---|---|---|

---

ADP SCREENING (ARCADIA)
36307 TREASURY CENTER
MSC-410369
CHICAGO, IL 60694

Claim Number: 8143
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $2,720.83 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ADP SCREENING AND SELECTION (CORP)<br>36307 TREASURY CENTER<br>CHICAGO, IL 60694 | Claim Number: 8142<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $523.67 | Scheduled: | $9,702.85 |
|---|---|---|---|---|

---

| ADT SECURITY SERVICE<br>MORRIS JAMES LLP<br>C/O BRETT D. FALLON<br>500 DELAWARE AVE., STE 1500 PO BOX 2306<br>WILMINGTON, DE 19899-2306 | Claim Number: 14098<br>Claim Date: 08/11/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8729 (11/09/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,952.19 |
|---|---|---|

---

| ADT SECURITY SERVICES INC.<br>14200 E EXPOSITION AVENUE<br>AURORA, CO 80012 | Claim Number: 2994<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $264,771.91 |
|---|---|---|

---

| ADT SECURITY SERVICES INC.<br>14200 E EXPOSITION AVENUE<br>AURORA, CO 80012 | Claim Number: 2995<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $189,287.69 |
|---|---|---|

---

| ADT SECURITY SERVICES, INC.<br>14200 E EXPOSITION AVENUE<br>AURORA, CO 80012 | Claim Number: 5356<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9018 (04/06/2011) |
|---|---|

| UNSECURED | Claimed: | $264,771.91 | Scheduled: | $302,607.35 |
|---|---|---|---|---|

---

| ADT SECURITY SERVICES, INC.<br>14200 E EXPOSITION AVENUE<br>AURORA, CO 80012 | Claim Number: 5357<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9018 (04/06/2011) |
|---|---|

| UNSECURED | Claimed: | $189,287.69 |
|---|---|---|

---

| ADVANCE ELECTRIC<br>PO BOX 1360<br>DOVER, FL 33527 | Claim Number: 5005<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,186.00 | Scheduled: | $2,186.00 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

| | | | | |
|---|---|---|---|---|
| ADVANCE ELECTRIC OF TAMPA, INC.<br>PO BOX 1360<br>DOVER, FL 33527 | Claim Number: 1362<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED          Claimed: | $2,186.00 | | | |
| ADVANCE FIRE PROTECTION CO INC<br>1451 WEST LAMBERT ROAD<br>LA HABRA, CA 90631 | Claim Number: 4377<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED          Claimed: | $912.00 | Scheduled: | $912.00 | |
| ADVANCE NOTICE, INC.<br>P.O. BOX 593<br>PEABODY, MA 01960 | Claim Number: 2149<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | | |
| UNSECURED          Claimed: | $3,258.00 | | | |
| ADVANCE WATER ENGINEERING INC<br>807 N 2ND STREET<br>SAN JOSE, CA 95112 | Claim Number: 3721<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED          Claimed: | $956.28 | Scheduled: | $956.28 | |
| ADVANCE WATER ENGINEERING, INC.<br>807 N. 2ND ST.<br>SAN JOSE, CA 95112 | Claim Number: 1365<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED          Claimed: | $2,868.84 | | | |
| ADVANCED AIR TECHNOLOGY<br>5 REVERE DRIVE SUITE 200<br>NORTHBROOK, IL 60062 | Claim Number: 10759<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | |
| UNSECURED          Claimed: | $0.00   UNDET | Scheduled: | $13,031.41 | |
| ADVANCED ANALYTICAL LABS LLC<br>PO BOX 760<br>WHITEHOUSE, TX 75791-0760 | Claim Number: 5702<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED          Claimed: | $288.00 | Scheduled: | $288.00 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | |
|---|---|---|---|
| ADVANCED CUTTING TECH<br>1701 STERLING AVE<br>ELKHART, IN 46516 | Claim Number: 12558<br>Claim Date: 09/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED          Claimed: | $358.07 | | |
| ADVANCED DISPOSAL SERVICES INC<br>PO BOX 791404<br>BALTIMORE, MD 21279-1404 | Claim Number: 11875<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
| UNSECURED          Claimed: | $79,919.05 | Scheduled: | $398,707.99 |
| ADVANCED DISPOSAL SERVICES LLC<br>5734 COLUMBIA ROAD<br>GROVETOWN, GA 30813 | Claim Number: 4505<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
| UNSECURED          Claimed: | $1,320.86 | Scheduled: | $482.00  UNLIQ |
| ADVANCED ENTERPRISES INC<br>508 S CHURCH STREET<br>MURFREESBORO, TN 37130 | Claim Number: 9626<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED          Claimed: | $12,790.00 | Scheduled: | $12,790.00 |
| ADVANCED FLUID POWER INC<br>5780 I 10 INDUSTRIAL PARK<br>P.O.BOX 628<br>THEODORE, AL 36590 | Claim Number: 4100-01<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) | | |
| UNSECURED          Claimed: | $893.15 | Scheduled: | $1,301.90 |
| ADVANCED FLUID POWER INC<br>5780 I 10 INDUSTRIAL PARK<br>P.O.BOX 628<br>THEODORE, AL 36590 | Claim Number: 4100-02<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | |
| ADMINISTRATIVE          Claimed: | $408.75 | | |
| ADVANCED IMAGING SYSTEMS<br>8011 CYPRESS POINTE<br>MONROE, GA 30656 | Claim Number: 4980<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED          Claimed: | $894.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ADVANCED PACKAGING & TECHNOLOGY LABORATORIES, INC. ATTN: ANTHONY WHITE 200 LARKIN DRIVE, UNIT H WHEELING, IL 60090 | Claim Number: 6726 Claim Date: 07/27/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $950.00 | | |
|---|---|---|---|---|

| ADVANCED PACKAGING & TECHNOLOGY LABORATORIES, INC. 200 LARKIN DRIVE WHEELING, IL 60090 | Claim Number: 8752 Claim Date: 07/27/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

| ADVANCED PACKAGING TECHNOLGY LABS INC 200 LARKIN DRIVE UNIT H WHEELING, IL 60090 | Claim Number: 6641 Claim Date: 07/27/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $950.00 | Scheduled: | $950.00 |
|---|---|---|---|---|

| ADVANCED POLYMER RECYCLING 2742 HANCOCK STREET KNOXVILLE, TN 37917 | Claim Number: 3626 Claim Date: 07/06/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $15,808.35 | Scheduled: | $15,274.00 |
|---|---|---|---|---|

| ADVANCED WASTE SERVICES 1126 SOUTH 70TH STREET SUITE N 408B MILWAUKEE, WI 53214 | Claim Number: 957 Claim Date: 03/02/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $14,886.20 | Scheduled: | $14,386.20 |
|---|---|---|---|---|

| ADVANCED WEIGH TECHNOLOGIES INC PO BOX 924873 HOUSTON, TX 77292-4873 | Claim Number: 6608 Claim Date: 07/27/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $246.27 | Scheduled: | $227.50 |
|---|---|---|---|---|

| ADVANTAGE TRANSPORT INC PO BOX 16006 PHOENIX, AZ 85011 | Claim Number: 10682 Claim Date: 08/26/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $69,296.10 | Scheduled: | $142,514.65 UNLIQ |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| AE FOUNDATION<br>1529 DAVIS ROAD<br>OTTAWA, KS 66067 | Claim Number: 7835<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $27,895.26 | Scheduled: | $27,895.26 |

| AEARO TECHNOLOGIES<br>90 MECHANIC STREET<br>SOUTHBRIDGE, MA 01550 | Claim Number: 9283<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,636.23 | Scheduled: | $5,036.23 |

| AEC RECYCLING SOLUTIONS<br>ATTN: ROBERT SZANYIC<br>3 GOLD MINE ROAD<br>FLANDERS, NJ 07836 | Claim Number: 8406<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,260.78 | | |

| AERC RECYCLING SOLUTIONS<br>3 GOLD MINE ROAD<br>SUITE 106<br>FLANDERS, NJ 07836 | Claim Number: 5140<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,260.78 | Scheduled: | $2,774.27 |

| AERC RECYCLING SOLUTIONS INC<br>3 GOLD MINE ROAD<br>SUITE 106<br>ATTN: ROBERT SZANYI<br>FLANDERS, NJ 07836 | Claim Number: 12334<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,260.78 | | |

| AERIAL EQUIPMENT SERVICES, INC.<br>PO BOX 176<br>HICKORY, NC 28603 | Claim Number: 3132<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $457.04 | Scheduled: | $457.04 |

| AFFCO INC<br>1015 E 6TH ST<br>ANACONDA, MT 59711-2658 | Claim Number: 13403<br>Claim Date: 10/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8953 (02/22/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,197.05 | Scheduled: | $8,113.05 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

AFONSO, ANTONIO
94 OAKRIDGE ST.
LUDLOW, MA 01056

Claim Number: 5855
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $525.00 | | |
|---|---|---|---|---|

---

AFP CORPORATION
DBA ASSOCIATED FIRE PROTECTION
2316 SO. 24TH STREET
OMAHA, NE 68108

Claim Number: 702
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $19,124.48 | Scheduled: | $3,576.48 |
|---|---|---|---|---|

---

AFP INDUSTRIES INC
PO BOX 490
CHESTERFIELD, VA 23832

Claim Number: 4796
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $25,993.09 | Scheduled: | $24,002.16 |
|---|---|---|---|---|

---

AG MACHINE INC.
P.O. BOX 237
WEYERS CAVE, VA 24486

Claim Number: 10629-01
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)

| ADMINISTRATIVE | Claimed: | $1,714.30 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $5,423.53 |

---

AG MACHINE INC.
P.O. BOX 237
WEYERS CAVE, VA 24486

Claim Number: 10629-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)

| UNSECURED | Claimed: | $963.08 | | |
|---|---|---|---|---|

---

AG STACKER INC.
P.O. BOX 237
WEYERS CAVE, VA 24486

Claim Number: 10630-01
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)

| ADMINISTRATIVE | Claimed: | $1,800.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $17,119.52 |

---

AG STACKER INC.
P.O. BOX 237
WEYERS CAVE, VA 24486

Claim Number: 10630-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)

| UNSECURED | Claimed: | $15,087.20 | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| AGE INDUSTRIES INC<br>PO BOX 539<br>CLEBURNE, TX 76033-0539 | | Claim Number: 4509<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,016.88 | Scheduled: | $3,016.88 |

| AGE INDUSTRIES, LTD<br>410 COMMERCE<br>CONWAY, AR 72032 | | Claim Number: 1876<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,984.08 | | |

| AGENCY<br>STEPHEN K. DEXTER<br>LATHROP & GAGE LLP<br>370 17TH STREET, SUITE 4650<br>DENVER, CO 80202-5607 | | Claim Number: 11160<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9076 (06/03/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $72,916.67 | | |

| AGGREGATE PRODUCTS, INC.<br>C/O ROBERT AGUILAR, ESQ<br>PO BOX 855<br>ORANGE PARK, FL 32067-8055 | | Claim Number: 2490<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,264.59 | Scheduled: | $7,282.53 |

| AGGREKO LLC<br>PO BOX 972562<br>DALLAS, TX 75397-2562 | | Claim Number: 5664<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $125,778.75 | Scheduled: | $129,984.96 |

| AGM CONTAINER CONTROLS INC<br>PO BOX 40020<br>TUCSON, AZ 85717 | | Claim Number: 7032<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,124.27 | Scheduled: | $5,124.27 |

| AGUILERA, JESSE<br>20902 CANTERBURY<br>SHOREWOOD, IL 60404 | | Claim Number: 2010<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $884.23 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

AHLERS, MICHAEL G
128 HARPERTOWN RD.
ELKINS, WV 26241

Claim Number: 6904
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | |

---

AIB INTERNATIONAL INC
PO BOX 3999
MANHATTAN, KS 66505-3999

Claim Number: 4932
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $13,912.69 | Scheduled: | $14,000.97 |

---

AIB INTERNATIONAL, INC
1213 BAKERS WAY
MANHATTAN, KS 66502

Claim Number: 751
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $12,562.09 |
| UNSECURED | Claimed: | $12,562.09 |
| TOTAL | Claimed: | $12,562.09 |

---

AIB INTERNATIONAL-CANADA
1213 BAKERS WAY
MANHATTAN, KS 66502

Claim Number: 752
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

AIB INTERNATIONAL-CANADA
1213 BAKERS WAY
P.O.BOX 3999
MANHATTAN, KS 66505-3999

Claim Number: 4930
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
Claim amount is $3,607.80 Canadian

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

AICCO, INC.
IMPERIAL A.I. CREDIT COMPANIES, INC.
101 HUDSON STREET, 34TH FLOOR
JERSEY CITY, NJ 07302

Claim Number: 4973
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $114,490.00  UNLIQ |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10798
Claim Date: 08/27/2009
Debtor: 639647 BRITISH COLUMBIA LTD.
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $4,337,261.40  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10799
Claim Date: 08/27/2009
Debtor: SMURFIT-MBI
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10800
Claim Date: 08/27/2009
Debtor: MBI LIMITED/LIMITEE
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10801
Claim Date: 08/27/2009
Debtor: 3083527 NOVA SCOTIA COMPANY
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10802
Claim Date: 08/27/2009
Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10803
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10804
Claim Date: 08/27/2009
Debtor: 605681 N.B. INC.
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10805
Claim Date: 08/27/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10806
Claim Date: 08/27/2009
Debtor: SPECIALTY CONTAINERS INC.
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10807
Claim Date: 08/27/2009
Debtor: SLP FINANCE GENERAL PARTNERSHIP
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10808
Claim Date: 08/27/2009
Debtor: FRANCOBEC COMPANY
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10928
Claim Date: 08/27/2009
Debtor: SLP FINANCE I, INC.
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10929
Claim Date: 08/27/2009
Debtor: SLP FINANCE II, INC.
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10930
Claim Date: 08/27/2009
Debtor: SMBI INC.
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $4,337,261.40   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10931
Claim Date: 08/27/2009
Debtor: LOT 24D REDEVELOPMENT CORPORATION
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $4,337,261.40   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10932
Claim Date: 08/27/2009
Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $4,337,261.40   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10933
Claim Date: 08/27/2009
Debtor: STONE INTERNATIONAL SERVICES CORPORATION
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $4,337,261.40   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10934
Claim Date: 08/27/2009
Debtor: STONE GLOBAL, INC.
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $4,337,261.40   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10935
Claim Date: 08/27/2009
Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $4,337,261.40   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| AIG CASUALTY COMPANY ET. AL. | Claim Number: 10936 |
| C/O CHARTIS U.S. | Claim Date: 08/27/2009 |
| ATTN: MICHELLE A. LEVITT, AUTHORIZED REP | Debtor: SMURFIT-STONE PUERTO RICO, INC. |
| 175 WATER STREET, 18TH FLOOR | Comments: WITHDRAWN |
| NEW YORK, NY 10038 | DOCKET 9022 (04/07/2011) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| AIG CASUALTY COMPANY, ET. AL. | Claim Number: 10782 |
| C/O MICHELLE LEVITT | Claim Date: 08/27/2009 |
| CHARTIS US | Debtor: CAMEO CONTAINER CORPORATION |
| 175 WATER STREET, 18TH FLOOR | Comments: WITHDRAWN |
| NEW YORK, NY 10038 | DOCKET 9022 (04/07/2011) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| AIG CASUALTY COMPANY, ET. AL. | Claim Number: 10783 |
| C/O MICHELLE LEVITT | Claim Date: 08/27/2009 |
| CHARTIS US | Debtor: CALPINE CORRUGATED, LLC |
| 175 WATER STREET, 18TH FLOOR | Comments: WITHDRAWN |
| NEW YORK, NY 10038 | DOCKET 9022 (04/07/2011) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| AIG CASUALTY COMPANY, ET. AL. | Claim Number: 10784 |
| C/O MICHELLE LEVITT | Claim Date: 08/27/2009 |
| CHARTIS US | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 175 WATER STREET, 18TH FLOOR | Comments: WITHDRAWN |
| NEW YORK, NY 10038 | DOCKET 9022 (04/07/2011) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| AIG CASUALTY COMPANY, ET. AL. | Claim Number: 10788 |
| C/O MICHELLE LEVITT | Claim Date: 08/27/2009 |
| CHARTIS US | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 175 WATER STREET, 18TH FLOOR | Comments: WITHDRAWN |
| NEW YORK, NY 10038 | DOCKET 9022 (04/07/2011) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| AIG CASUALTY COMPANY, ET. AL. | Claim Number: 10937 |
| C/O CHARTIS U.S. | Claim Date: 08/27/2009 |
| ATTN: MICHELLE A. LEVITT, AUTHORIZED REP | Debtor: SMURFIT NEWSPRINT CORPORATION |
| 175 WATER STREET, 18TH FLOOR | Comments: WITHDRAWN |
| NEW YORK, NY 10038 | DOCKET 9022 (04/07/2011) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

AIG COMMERCIAL EQUIPMENT FINANCE, INC.
C/L JOSEPH GENSOR
5700 GRANITE PARKWAY, SUITE 850
PLANO, TX 75024

Claim Number: 7676
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| ADMINISTRATIVE | Claimed: | $1,725.75 | UNLIQ |
| UNSECURED | Claimed: | $4,944.69 | UNLIQ |

---

AIG COMMERCIAL EQUIPMENT FINANCE, INC.
C/O JOSEPH GENSOR
5700 GRANITE PARKWAY, SUITE 850
PLANO, TX 75024

Claim Number: 99023
Claim Date: 10/04/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED

| UNSECURED | Claimed: | $10,000.00 |

---

AIKEN & AUGUSTA SHREDDING, LLC
3205 EASY ST.
AUGUSTA, GA 30904

Claim Number: 649
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $2,662.80 |

---

AIKEN & AUGUSTA SHREDDING, LLC
3205 EASY ST.
AUGUSTA, GA 30904

Claim Number: 920
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7651 (05/18/2010)

| UNSECURED | Claimed: | $2,662.80 |

---

AIR ANALYSIS, LLC
1450 SMITH ROAD
FREMONT, OH 43420

Claim Number: 2645
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $450.00 |

---

AIR CAPITAL DELIVERY & WAREHOUSE, LLC
5841 N. PROSPECT RD.
WICHITA, KS 67204

Claim Number: 1462
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $21,980.62 | Scheduled: | $62,550.08 |

---

AIR COMPLIANCE TESTING INC.
C/O FINLEY & CO., L.P.A.
45 W. PROSPECT AVE. #1650-GH
CLEVELAND, OH 44115

Claim Number: 3103
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $6,640.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| AIR COMPLIANCE TESTING INC.<br>C/O FINLEY & CO., L.P.A.<br>45 W. PROSPECT AVE. #1650-GH<br>CLEVELAND, OH 44115 | Claim Number: 3295<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $6,640.00 | | |
|---|---|---|---|---|

| AIR CONSULTING ENGINEERS INC<br>2123 OLD SPARTANBURG ROAD<br>GREER, SC 29650 | Claim Number: 5274<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,534.55 | Scheduled: | $4,534.55 |
|---|---|---|---|---|

| AIR CONVEYING CORPORATION<br>2196 E. PERSON AVE<br>MEMPHIS, TN 38114 | Claim Number: 576<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $12,900.00 | Scheduled: | $13,422.21 |
|---|---|---|---|---|

| AIR CONVEYING CORPORATION<br>2196 E. PERSON AVE<br>MEMPHIS, TN 38114 | Claim Number: 577<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $522.21 | | |
|---|---|---|---|---|

| AIR CONVEYING CORPORATION<br>2196 E. PERSON AVE<br>MEMPHIS, TN 38114 | Claim Number: 578<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4136 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $16,000.00 | | |
|---|---|---|---|---|

| AIR CONVEYING CORPORATION<br>2196 E. PERSON AVE<br>MEMPHIS, TN 38114 | Claim Number: 720<br>Claim Date: 02/23/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $857.85 | Scheduled: | $857.85 |
|---|---|---|---|---|

| AIR FLOW INC<br>203 AERO COURT<br>GREENSBORO, NC 27409 | Claim Number: 3891<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $296.50 | Scheduled: | $296.50 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| AIR LIQUIDE CANADA INC.<br>ATTENTION CHRIS VINCENT<br>23231 FRASERWOOD WAY<br>RICHMOND, BC V6V 3B3<br>CANADA | Claim Number: 8705<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,964.83 | Scheduled: | $1,788.85 |

| AIR LIQUIDE INDUSTRIAL U.S. LP<br>GWENDOLYN YOUNG SMITHHEART<br>2700 POST OAK BOULEVARD<br>HOUSTON, TX 77056 | Claim Number: 9754-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
|---|---|
| ADMINISTRATIVE | Claimed: | $12,045.25 |

| AIR LIQUIDE INDUSTRIAL U.S. LP<br>GWENDOLYN YOUNG SMITHHEART<br>2700 POST OAK BOULEVARD<br>HOUSTON, TX 77056 | Claim Number: 9754-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
|---|---|
| UNSECURED | Claimed: | $454,207.36 |

| AIR POWER OF NEBRASKA INC<br>5401 SO 72ND STREET<br>PO BOX 27009<br>OMAHA, NE 68127 | Claim Number: 351<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,922.77 | Scheduled: | $1,922.77 |

| AIR PRODUCTS<br>7201 HAMILTON BLVD<br>ALLENTOWN, PA 18195 | Claim Number: 10112<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,864.81 | Scheduled: | $3,864.81 |

| AIR PRODUCTS<br>7201 HAMILTON BLVD<br>ALLENTOWN, PA 18195 | Claim Number: 10113-01<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010) |
|---|---|
| ADMINISTRATIVE | Claimed: | $2,864.01 |

| AIR PRODUCTS<br>7201 HAMILTON BLVD<br>ALLENTOWN, PA 18195 | Claim Number: 10113-02<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,714.50 | Scheduled: | $8,012.38 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| AIR SYSTEMS COMPONENTS INC<br>885 E. COLLINS BLVD, #10<br>RICHARDSON, TX 75081 | Claim Number: 5014<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $179.84 | Scheduled: | $286.00 |
|---|---|---|---|---|

| AIR TECHNOLOGIES INC<br>PO BOX 474452<br>CLEVELAND, OH 44193 | Claim Number: 7873<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $6,254.97 |
|---|---|---|

| AIR TECHNOLOGIES, INC.<br>PO BOX 73278<br>CLEVELAND, OH 44193 | Claim Number: 7872<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $10,854.99 | Scheduled: | $26,504.66 |
|---|---|---|---|---|

| AIRCO COMMERCIAL SERVICES, INC<br>5725 ALDER AVENUE<br>SACRAMENTO, CA 95828 | Claim Number: 869<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,391.00 | Scheduled: | $2,391.00 |
|---|---|---|---|---|

| AIRGAS EAST<br>C/O KEVIN SHEA<br>27 NORTHWESTER DRIVE<br>SALEM, NH 03079 | Claim Number: 644<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $15,243.73 | Scheduled: | $18,250.74 |
|---|---|---|---|---|

| AIRGAS GREAT LAKES INC<br>6055 ROCKSIDE WOODS BLVD.<br>CLEVELAND, OH 44131 | Claim Number: 11403<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $347.71 | Scheduled: | $919.32 |
|---|---|---|---|---|

| AIRGAS NOR PAC INC<br>PO BOX 7427<br>PASADENA, CA 91109-7427 | Claim Number: 9780<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $2,318.10 | Scheduled: | $1,199.16 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| AIROYAL DIV OF DELTA SALES CO. INC.<br>1355 ROUTE 23<br>BUTLER, NJ 07405 | Claim Number: 2740<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $711.55 | |

| AIROYAL DIVISION INC<br>1355 ROUTE 23<br>BUTLER, NJ 07405 | Claim Number: 3811<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $696.00 | Scheduled: | $696.00 |

| AIRTEK CONSTRUCTION, INC.<br>MARY E. AUGUSTINE, ESQUIRE<br>CIARDI CIARDI & ASTIN<br>919 NORTH MARKET STREET, SUITE 700<br>WILMINGTON, DE 19801 | Claim Number: 11096<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) | | |
|---|---|---|---|
| SECURED | Claimed: | $1,892,765.94 | |

| AITCHISON RICHMOND SUPPLY CO<br>502 SYLVANIE STREET<br>SAINT JOSEPH, MO 64501 | Claim Number: 5744<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,603.83 | Scheduled: | $2,545.46 |

| AJILON PROFESSIONAL STAFFING, LLC<br>175 BROADHOLLOW ROAD<br>MELVILLE, NY 11747 | Claim Number: 7398<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,887.75 | Scheduled: | $4,887.75 |

| AK INDUSTRIAL HARDWARE<br>2192 VIKING DRIVE<br>ANCHORAGE, AK 99501 | Claim Number: 4184<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,591.61 | Scheduled: | $3,591.61 |

| AKHURST MACHINERY INC<br>1669 FOSTERS WAY ANNACIS<br>DELTA, BC V3M 6S7<br>CANADA | Claim Number: 7184<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $822.45 | Scheduled: | $822.45 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| AKINS OVERHEAD DOOR<br>3395 VESTA ROAD<br>LEBANON, TN 37090 | Claim Number: 13285<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $12,065.00 | Scheduled: | $12,065.00 |
|---|---|---|---|---|

| AKINS, WESLEY ADAM<br>ADAM AKINS OVERHEAD DOOR<br>PO BOX 568<br>LEBANON, TN 37088 | Claim Number: 13302<br>Claim Date: 08/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $12,065.00 |
|---|---|---|

| AKRON BEARING CO. INC.<br>1965 S. ARLINGTON RD<br>P.O. BOX 7159<br>AKRON, OH 44306 | Claim Number: 8281-01<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLE DUPLICATE OF 4363<br>DOCKET: 5768 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $595.24 |
|---|---|---|

| AKRON BEARING CO. INC.<br>1965 S. ARLINGTON RD<br>P.O. BOX 7159<br>AKRON, OH 44306 | Claim Number: 8281-02<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $882.30 |
|---|---|---|

| AKRON BEARING COMPANY INC<br>PO BOX 7159<br>AKRON, OH 44306 | Claim Number: 4363<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) |
|---|---|

| UNSECURED | Claimed: | $662.59 | Scheduled: | $662.59 |
|---|---|---|---|---|

| AKRON BEARING COMPANY, INC.<br>PO BOX 7159<br>AKRON, OH 44306 | Claim Number: 4362<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,477.54 |
|---|---|---|

| AKRON HYDARULIC, INC<br>ATTN: DIANE ROOT<br>151 W. DARTMORE AVE<br>AKRON, OH 44301 | Claim Number: 8363<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $2,578.50 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| AL JOHNSON TRANSPORT INC<br>81 ST ANTHONY PARKWAY<br>MINNEAPOLIS, MN 55418 | Claim Number: 5326<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $7,583.57 | Scheduled: | $7,597.67 |

---

| ALA RECYCLING INDUSTRIES<br>29 AUDUBON DR<br>CHESTNUT HILL, MA 02467-2620 | Claim Number: 316<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |

| UNSECURED | Claimed: | $1,640.90 | Scheduled: | $1,333.00 |

---

| ALABAMA DUMPSTER SERVICE<br>PO BOX 279<br>HOPE HULL, AL 36043 | Claim Number: 5114<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $3,799.00 | Scheduled: | $2,833.01 |

---

| ALABAMA GAS CORPORATION<br>ATTN: NANCY ROLAND (205) 326-8173<br>605 RICHARD ARRINGTON, JR. BLVD. NORTH<br>BIRMINGHAM, AL 35203-2707 | Claim Number: 5895<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $3,766.85 |

---

| ALABAMA GAS CORPORATION<br>ATTN: NANCY ROLAND<br>605 RICHARD ARRINGTON, JR. BLVD. NORTH<br>BIRMINGHAM, AL 35203-2707 | Claim Number: 5896<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $26,115.49 |

---

| ALABAMA GAS CORPORATION<br>ATTN: NANCY ROLAND<br>605 RICHARD ARRINGTON, JR. BLVD. NORTH<br>BIRMINGHAM, AL 35203-2707 | Claim Number: 5897<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $2,018.79 |

---

| ALABAMA GAS CORPORATION<br>ATTN: NANCY ROLAND<br>605 RICHARD ARRINGTON, JR. BLVD. NORTH<br>BIRMINGHAM, AL 35203-2707 | Claim Number: 5898<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $31,381.56 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| ALABAMA GAS CORPORATION<br>605 RICHARD ARRINGTON JR. BOULEVARD N.<br>BIRMINGHAM, AL 35203-2707 | | Claim Number: 5899<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $1,647.50 | | | |
| ALABAMA INDUSTRIAL LLC<br>PO BOX 610246<br>BIRMINGHAM, AL 35261 | | Claim Number: 4977<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | | |
| UNSECURED | Claimed: | $804.65 | Scheduled: | $574.05 | |
| ALABAMA INDUSTRIAL, LLC<br>ATTN: CHARLES<br>P.O. BOX 610246<br>BIRMINGHAM, AL 35261-0246 | | Claim Number: 8388<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | |
| PRIORITY | Claimed: | $804.65 | | | |
| ALABAMA POWER COMPANY<br>ERIC T. RAY<br>BALCH & BINGHAM LLP<br>P.O. BOX 306<br>BIRMINGHAM, AL 35201 | | Claim Number: 2081<br>Claim Date: 04/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7432 (05/04/2010) | | | |
| UNSECURED | Claimed: | $94,679.20 | Scheduled: | $66,559.75 | |
| ALABAMA STATE PORT AUTHORITY<br>PO BOX 1588<br>MOBILE, AL 36633 | | Claim Number: 4542<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | | |
| UNSECURED | Claimed: | $5,760.80 | Scheduled: | $5,760.80 | |
| ALAMEDA COUNTY - PROPERTY AND SALVAGE<br>15800 FOOTHILL BLVD.<br>SAN LEANDRO, CA 94578 | | Claim Number: 1482<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | |
| UNSECURED | Claimed: | $367.45 | | | |
| ALAMEDA COUNTY TAX COLLECTOR<br>1221 OAK STREET, ROOM 131<br>OAKLAND, CA 94612 | | Claim Number: 14078<br>Claim Date: 08/02/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $69,852.36 | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ALAR CHEMICAL SALES, INC.
9651 W. 196TH STREET
MOKENA, IL 60448

Claim Number: 108
Claim Date: 02/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $53,285.03 |
|---|---|---|

---

ALAR CHEMICAL SALES, INC.
9651 W. 196TH STREET
MOKENA, IL 60448

Claim Number: 8027
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $399.42 |
|---|---|---|

---

ALAR CHEMICAL SALES, INC.
9651 W 196TH STREET
MOKENA, IL 604489

Claim Number: 8036
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $12,830.95 |
|---|---|---|

---

ALAR CHEMICAL SALES, INC.
9651 W 196TH STREET
MOKENA, IL 604489

Claim Number: 8037
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,913.65 |
|---|---|---|

---

ALAR CHEMICAL SALES, INC.
9651 W 196TH STREET
MOKENA, IL 604489

Claim Number: 8038
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $374.44 |
|---|---|---|

---

ALAR CHEMICAL SALES, INC.
9651 W 196TH STREET
MOKENA, IL 604489

Claim Number: 8039
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $4,335.55 |
|---|---|---|

---

ALAR CHEMICAL SALES, INC.
9651 W 196TH STREET
MOKENA, IL 604489

Claim Number: 8040
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,349.64 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ALAR CHEMICAL SALES, INC.
9651 W 196TH STREET
MOKENA, IL 604489

Claim Number: 8041
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,345.24 |
|---|---|---|

ALAR CHEMICAL SALES, INC.
9651 W 196TH STREET
MOKENA, IL 604489

Claim Number: 8042
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,185.48 |
|---|---|---|

ALAR CHEMICAL SALES, INC.
9651 W 196TH STREET
MOKENA, IL 604489

Claim Number: 8043
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,606.90 |
|---|---|---|

ALAR CHEMICAL SALES, INC.
9651 W 196TH STREET
MOKENA, IL 604489

Claim Number: 8044
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $8.00 |
|---|---|---|

ALAR CHEMICAL SALES, INC.
9651 W 196TH STREET
MOKENA, IL 604489

Claim Number: 8045
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $6,698.64 |
|---|---|---|

ALAR CHEMICAL SALES, INC.
9651 W 196TH STREET
MOKENA, IL 604489

Claim Number: 8046
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $4,566.31 |
|---|---|---|

ALAR ENGINEERING CORPORATION
9651 W. 196TH STREET
MOKENA, IL 60448

Claim Number: 109
Claim Date: 02/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $14,975.57 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ALAR ENGINEERING CORPORATION
9651 W. 196TH STREET
MOKENA, IL 60448

Claim Number: 8026
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $529.83 | Scheduled: | $61,652.43 |

ALAR ENGINEERING CORPORATION
9651 WEST 196TH STREET
MOKENA, IL 60448

Claim Number: 8028
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,067.09 |

ALAR ENGINEERING CORPORATION
9651 WEST 196TH STREET
MOKENA, IL 60448

Claim Number: 8029
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $132.88 |

ALAR ENGINEERING CORPORATION
9651 WEST 196TH STREET
MOKENA, IL 60448

Claim Number: 8030
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $582.54 |

ALAR ENGINEERING CORPORATION
9651 WEST 196TH STREET
MOKENA, IL 60448

Claim Number: 8031
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $16.66 |

ALAR ENGINEERING CORPORATION
9651 WEST 196TH STREET
MOKENA, IL 60448

Claim Number: 8032
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,193.64 | Scheduled: | $8,193.64 |

ALAR ENGINEERING CORPORATION
9651 WEST 196TH STREET
MOKENA, IL 60448

Claim Number: 8033
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $93.31 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

ALAR ENGINEERING CORPORATION
9651 WEST 196TH STREET
MOKENA, IL 60448

Claim Number: 8034
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $697.48 | | |
---

ALAR ENGINEERING CORPORATION
9651 WEST 196TH STREET
MOKENA, IL 60448

Claim Number: 8035
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $662.14 | | |
---

ALAR ENGINEERING CORPORATION
9651 W 196TH STREET
MOKENA, IL 60448

Claim Number: 8047
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $5.64 | | |
---

ALASKA ARCHIVES
1300 WEST 56TH AVE SUITE 14
ANCHORAGE, AK 99518

Claim Number: 11419
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $2,516.80 | | |
---

ALBA LANGUAGE SERVICES
202-8680 LANSDOWNE ROAD
RICHMOND, BC V6X 1B9
CANADA

Claim Number: 8836
Claim Date: 07/31/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $72.87 | Scheduled: | $72.87 |
---

ALBA MANUFACTURING INC
PO BOX 701079
CINCINNATI, OH 45270-1079

Claim Number: 9701
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| UNSECURED | Claimed: | $9,407.81 | | |
---

ALBANY INTERNATIONAL CANADA CORP.
300 WESTMOUNT
COWANSVILLE, QC J2K 1S9
CANADA

Claim Number: 12718
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $14,255.82 | Scheduled: | $14,088.32 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ALBANY SCALE COMPANY INC
PO BOX 871
ALBANY, GA 31702-0871

Claim Number: 4470
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,972.69 | Scheduled: | $1,824.15 |

---

ALBARRIE LTEE
CP 564 PLACE D'ARMES
MONTREAL, QC H2Y 3E9
CANADA

Claim Number: 5992
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $1,517.04 | Scheduled: | $1,228.28 |

---

ALBERT LEA PUBLIC WAREHOUSE
2301 MYERS ROAD
ALBERT LEA, MN 56007

Claim Number: 10571
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $2,788.66 | Scheduled: | $5,577.31 UNLIQ |

---

ALBERT, FRED, NAMED PLAINTIFF IN
ERICKSON, ROY D., ET AL.
C/O TOM L. LEWIS: LEWIS, SLOVAK &
KOVACICH, PC, P.O. BOX 2325
GREAT FALLS, MT 59403

Claim Number: 6653
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $10,000.00 |

---

ALBERTA ASSOCIATION OF OPTOMETRISTS
#100, 8407 ARGYLL ROAD NW
EDMONTON, AB T6C 4B2
CANADA

Claim Number: 3429
Claim Date: 06/17/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $447.24 | Scheduled: | $240.21 |

---

ALBERTA FINANCE & ENTERPRISE
TAX & REVENUE ADMINISTRATION
9811 109TH STREET
EDMONTON, AB T5K 2L5
CANADA

Claim Number: 13007
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $0.00 UNDET |

---

ALBERTA FINANCE AND ENTERPRISE
TAX AND REVENUE ADMINISTRATION
9811 109TH STREET
EDMONTON, AB T5K 2L5
CANADA

Claim Number: 12822
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $428,442.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ALBERTA PALLET CO. LTD<br>PO BOX 3610<br>AIRDRIE, AB T4B 2B8<br>CANADA | Claim Number: 2891<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>3,685.50 CDN |
|---|---|
| UNSECURED    Claimed: | $0.00   UNLIQ |

---

| ALBERTSON'S, LLC<br>SUPERVALU INC.<br>LEGAL DEPT. KIMBERLY J. MARSHALL<br>11840 VALLEY VIEW ROAD<br>EDEN PRAIRIE, MN 55341 | Claim Number: 1993<br>Claim Date: 03/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|
| UNSECURED    Claimed: | $50,613.35 | Scheduled: | $49,373.85 |

---

| ALBUQUERQUE INDUSTRIAL<br>139-15 83RD AVE. #634<br>BRIARWOOD, NY 11435 | Claim Number: 1628<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|
| UNSECURED    Claimed: | $2,022.00 | Scheduled: | $2,022.00 |

---

| ALCA CORP<br>593 N FAIRVIEW<br>ST PAUL, MN 55104 | Claim Number: 4781<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|
| UNSECURED    Claimed: | $616.25 | Scheduled: | $616.25 |

---

| ALDERMANS SAW SHOP INC<br>PO BOX 1205<br>WARSAW, VA 22572 | Claim Number: 6171<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|
| UNSECURED    Claimed: | $921.19 | Scheduled: | $958.93 |

---

| ALDI, INC.<br>2651 STATE  ROAD 17 S<br>HAINES CITY, FL 338441503 | Claim Number: 4329<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|
| UNSECURED    Claimed: | $7,600.00 | Scheduled: | $8,990.00 |

---

| ALDINE INDEPENDENT SCHOOL DISTRICT<br>TAX OFFICE<br>14909 ALDINE WESTFIELD ROAD<br>HOUSTON, TX 77032 | Claim Number: 2192<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|
| SECURED    Claimed: | $467.16   UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

ALDINE INDEPENDENT SCHOOL DISTRICT
TAX OFFICE
14909 ALDINE WESTFIELD RD.
HOUSTON, TX 77032

Claim Number: 2260
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| SECURED | Claimed: | $467.16   UNLIQ |
| --- | --- | --- |

ALDINE INDEPENDENT SCHOOL DISTRICT
TAX OFFICE
14909 ALDINE WESTFIELD ROAD
HOUSTON, TX 77032

Claim Number: 3027
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| SECURED | Claimed: | $197.60   UNLIQ |
| --- | --- | --- |

ALDON COMPUTER GROUP CORP
6001 SHELLMOUND ST STE 600
EMERYVILLE, CA 94608-1901

Claim Number: 7238
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $675.35 | Scheduled: | $675.35 |
| --- | --- | --- | --- | --- |

ALDRED, HAROLD, ET AL.
ATTN: YVES ROUVES
BUREAU A
1035, HODGE
SAINT-LAURENT, QC H4N 2B4
CANADA

Claim Number: 12978
Claim Date: 08/28/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| SECURED | Claimed: | $1,600,339.00   UNLIQ |
| --- | --- | --- |

ALDY, TONY DALE
905 FIRETIRE ROAD
JONESBORO, LA 71251

Claim Number: 10294
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

ALEXANDER'S MACHINE SHOP INC
P.O. BOX 1925
JONESBORO, AR 72403

Claim Number: 8597-01
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $375.00 |
| --- | --- | --- |

ALEXANDER'S MACHINE SHOP INC
P.O. BOX 1925
JONESBORO, AR 72403

Claim Number: 8597-02
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,700.00 |
| --- | --- | --- |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ALEXANDER'S MACHINE SHOP INC
ATTN: J. ALEXANDER
P.O. BOX 1925
JONESBORO, AR 72403

Claim Number: 9469
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,075.00 |
| UNSECURED | Claimed: | $2,075.00 |
| TOTAL | Claimed: | $2,075.00 |

---

ALEXANDER, ALLAN M
10881 WRIGHT AVE
KLAMATH FALLS, OR 97603

Claim Number: 7039
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

ALEXANDERS MACHINE SHOP
PO BOX 1925
JONESBORO, AR 72403

Claim Number: 5913
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,075.00 |

---

ALEXANDERS MACHINE SHOP
PO BOX 1925
JONESBORO, AR 72403

Claim Number: 8364
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,075.00 |

---

ALEXANDERS'S MACH. SHOP, INC.
1201 E. JOHNSON AVE.
PO BOX 1925
JONESBORO, AR 72403-1925

Claim Number: 2127
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,075.00 |

---

ALEXIS OIL CO
219 GLIDER CIRCLE
CORONA, CA 91720

Claim Number: 4757
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,784.96 | Scheduled: | $4,954.97 |

---

ALGONQUIN FORESTRY AUTHORITY
ATTN: TIM DOYLE
222 MAIN STREET WEST
HUNTSVILLE, ON P1H 1Y1
CANADA

Claim Number: 12447
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 7188 (04/22/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $19,395.48 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ALIS TECHNOLOGIES INC
75 QUEEN 4400
MONTREAL, QC H3C 2N6
CANADA

Claim Number: 6442
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,962.25 | Scheduled: | $88.33 |

ALIS TECHOLOGIES INC.
75, QUEEN STREET
SUITE 4400
MONTREAL, QC H3C 2N6
CANADA

Claim Number: 8687
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $476.42 |

ALL BRAND SUPPLY
170 N BLACK HORSE PIKE
MOUNT EPHRAIM, NJ 08059

Claim Number: 4202
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,175.44 | Scheduled: | $2,175.44 |

ALL CONNECT LOGISTICAL SERVICES
2139 WYECROFT ROAD
OAKVILLE, ON L6L 5L7
CANADA

Claim Number: 3516
Claim Date: 06/26/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $36,562.99 |
| UNSECURED | Claimed: | $88,106.59 |

ALL CONTROL ENTERPRISES
1644 CAMBRIDGE DRIVE
ELGIN, IL 60123

Claim Number: 4517
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $216.94 | Scheduled: | $216.94 |

ALL CUSTOM LUMBER & PALLET MFG. INC.
P.O. BOX 32095
101-8850 WALNUT DR.
LANGLEY, BC V1M 2M3
CANADA

Claim Number: 12736-01
Claim Date: 08/21/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments:
Claim is out of balance.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,645.44 | Scheduled: | $6,512.02 |

ALL CUSTOM LUMBER & PALLET MFG. INC.
P.O. BOX 32095
101-8850 WALNUT DR.
LANGLEY, BC V1M 2M3
CANADA

Claim Number: 12736-02
Claim Date: 08/21/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: DOCKET: 2813 (11/18/2009)
Claim is out of balance.

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,729.36 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ALL HAUL
PO BOX 14049
FORT PIERCE, FL 34979

Claim Number: 9664
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $533.29 | Scheduled: | $489.00 |
|---|---|---|---|---|

---

ALL PHASE ELECTRIC SUPPLY CO
PO BOX 450
LIMA, OH 45802

Claim Number: 6563
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $386.13 | Scheduled: | $386.13 |
|---|---|---|---|---|

---

ALL POINTS RECYCLING, LLC
BRENDA FLETCHER, OWNER
1603 MAIN ST.
CASSVILLE, MO 65625

Claim Number: 1885
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $393.94 |
|---|---|---|

---

ALL PRINTING RESOURCES
140 W. LAKE DRIVE
GLENDALE HEIGHTS, IL 60139

Claim Number: 11000-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 5769 (03/11/2010)

| ADMINISTRATIVE | Claimed: | $3,054.88 |
|---|---|---|

---

ALL PRINTING RESOURCES
140 W. LAKE DRIVE
GLENDALE HEIGHTS, IL 60139

Claim Number: 11000-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $14,692.00 | Scheduled: | $16,764.84 |
|---|---|---|---|---|

---

ALL PRINTING RESOURCES INC
140 W LAKE DRIVE
GLENDALE HEIGHTS, IL 60139

Claim Number: 10999
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $198.19 | Scheduled: | $198.19 |
|---|---|---|---|---|

---

ALL SOURCE SECURITY CONTAINERS
C/O HOUSE OF ADJUSTMENTS, INC.
715 MAMARONECK AVENUE, P.O. BOX 780
MAMARONECK, NY 10543

Claim Number: 1806
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $11,412.60 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ALL STAR MACHINE & WELDING INC<br>PO BOX 850123<br>MESQUITE, TX 75185 | Claim Number: 9696<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,763.90 | Scheduled: | $4,763.90 |
|---|---|---|---|---|

| ALL STAR TRUCKING INC<br>1606 PROGRESS WAY, SUITE B<br>CLARKSVILLE, IN 47129 | Claim Number: 4058<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,350.25 | Scheduled: | $580.25 |
|---|---|---|---|---|

| ALL STAR TRUCKING, INC.<br>1606 PROGRESS WAY<br>SUITE B<br>CLARKSVILLE, IN 47129 | Claim Number: 1424<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $1,350.25 |
|---|---|---|

| ALL STATE INDUSTRIES INC<br>520 S 18TH ST<br>WEST DES MOINES, IA 50265-5532 | Claim Number: 4140<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $15,232.57 | Scheduled: | $15,232.57 |
|---|---|---|---|---|

| ALL STATE TRANSPORTATION OF NYC INC<br>THE CORP PARK 900 SOUTH AVENUE<br>ATTN: DARREN MIELE<br>STATEN ISLAND, NY 10314 | Claim Number: 9056<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| UNSECURED | Claimed: | $139,697.13 |
|---|---|---|

| ALL STATE TRANSPORTATION OF NYC INC<br>PO BOX 141021<br>STATEN ISLAND, NY 10314 | Claim Number: 9057<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $139,697.13 | Scheduled: | $96,670.78 |
|---|---|---|---|---|

| ALL STATES RENTALS INC<br>PO BOX 900<br>NORTH SCITUATE, RI 02857 | Claim Number: 3994<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,356.72 | Scheduled: | $1,809.13 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ALL WASTE INC<br>PO BOX 2472<br>HARTFORD, CT 06146 | | Claim Number: 8413<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,771.51 | Scheduled: | $3,053.16 |

| ALL WASTE, INC.<br>PO BOX 2472<br>ATTN: JOHN PEREIRA<br>HARTFORD, CT 06146 | | Claim Number: 12349<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET 8093 (06/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,771.51 | | |

| ALL WEST CONTAINER CO<br>30 TANFORAN AVE<br>S SAN FRANCISCO, CA 94080 | | Claim Number: 3717<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $73,147.79 | Scheduled: | $73,147.79 |

| ALL-CONNECT LOGISTICAL SERVICES INC.<br>2139 WYECROFT ROAD<br>OAKVILLE, ON L6L 5L7<br>CANADA | | Claim Number: 8270<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLY AMENDED BY 9104<br>DOCKET: 5768 (03/11/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $102,414.79 | | |

| ALL-CONNECT LOGISTICAL SERVICES INC.<br>2139 WYECROFT ROAD<br>OAKVILLE, ON L6L 5L7<br>CANADA | | Claim Number: 9104<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>amends claim 3516 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $102,141.79 | Scheduled: | $99,749.59 |

| ALL-FAST, INC.<br>8690 HACKS CROSS RD.<br>OLIVE BRANCH, MS 38654 | | Claim Number: 3168<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,400.98 | Scheduled: | $1,345.00 |

| ALL-STATE INDUSTRIES INC<br>520 S. 18TH STREET<br>WEST DES MOINES, IA 50265 | | Claim Number: 3260<br>Claim Date: 06/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,098.25 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ALL4 INC.
PO BOX 299
KIMBERTON, PA 19442-0299

Claim Number: 1988
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 5460 (02/26/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $65,576.14 | Scheduled: | $77,018.65 |

---

ALLEGHENY INDUSTRIAL ASSOCIATES, INC.
D/B/A TOTALLY IN DEMAND ENTERPRISES
C/O JESSEE COOK-DUBIN, ESQ.
52 E GAY ST - PO BOX 1008
COLUMBUS, OH 43216-1008

Claim Number: 11806-01
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8093 (06/21/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $69,432.90 |

---

ALLEGHENY INDUSTRIAL ASSOCIATES, INC.
D/B/A TOTALLY IN DEMAND ENTERPRISES
C/O JESSEE COOK-DUBIN, ESQ.
52 E GAY ST - PO BOX 1008
COLUMBUS, OH 43216-1008

Claim Number: 11806-02
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8093 (06/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $220,066.75 |

---

ALLEGHENY PLANT SERVICES, INC.
PO BOX 525
1204 FIFTH ST.
WEST ELIZABETH, PA 15088

Claim Number: 3548
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $95,433.70 | Scheduled: | $356,919.92 UNLIQ |

---

ALLEGHENY POWER
P.O. BOX 1392
FAIRMONT, WV 26555-1392

Claim Number: 9755
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 7554 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,503.11 |

---

ALLEGIANCE SECURITY GROUP LLC
ATTN: RICH FRYE
2900 ARENDELL ST., #18
MOREHEAD CITY, NC 28557

Claim Number: 1338
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 2343 (10/20/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $189,988.03 |

---

ALLEGIANT GLOBAL SERVICES
3719 W 96TH STREET
INDIANAPOLIS, IN 46268

Claim Number: 11441
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $521.90 | Scheduled: | $521.90 UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| ALLEGIANT GLOBAL SERVICES LLC<br>3719 W 96TH STREET<br>INDIANAPOLIS, IN 46268-3100 | | Claim Number: 11440<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010) | | |
| UNSECURED | Claimed: | $4,708.73 | Scheduled: | $19,290.80 |
| ALLEGIS GROUP SERVICES INC.<br>7301 PARKWAY DRIVE<br>ATTN: JAMES L. MANN, VICE PRESIDENT<br>HANOVER, MD 21076 | | Claim Number: 7812<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4111 (01/13/2010) | | |
| UNSECURED | Claimed: | $98,212.23 | | |
| ALLEGIS GROUP SERVICES INC.<br>7301 PARKWAY DRIVE<br>ATTN: JAMES L. MANN, VICE PRESIDENT<br>HANOVER, MD 21076 | | Claim Number: 7813<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4111 (01/13/2010) | | |
| UNSECURED | Claimed: | $560,640.94 | Scheduled: | $945,415.61  UNLIQ |
| ALLEN & GRAHAM, INC.<br>106 ALLEN-GRAHAM BLVD.<br>BRUNSWICK, GA 31520 | | Claim Number: 2781<br>Claim Date: 05/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $122,166.04 | Scheduled: | $122,166.04 |
| ALLEN ORTON<br>PO BOX 102643<br>ATLANTA, GA 30368-2643 | | Claim Number: 5696<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $2,231.29 | Scheduled: | $2,214.25 |
| ALLEN SPECIALTY HARDWARE, INC.<br>135 CHELSEA<br>EL PASO, TX 79905 | | Claim Number: 6710<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,815.00 | Scheduled: | $2,815.00 |
| ALLEN, CHARLES DAVID, JR.<br>86 JUNIPER LANE<br>CASTLEBERRY, AL 36432 | | Claim Number: 12233<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| ALLEN, ISRAEL E<br>111 E. 8TH<br>NEWBERG, OR 97132 | | Claim Number: 7800<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8996 (03/22/2011) | | |
| UNSECURED | Claimed: | $5,000.00 | | |
| ALLEN, ISRAEL E<br>111 E. 8TH<br>NEWBERG, OR 97132 | | Claim Number: 7801<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| ALLEN, JEAN D<br>203 DAWSON STREET<br>BREWTON, AL 36426 | | Claim Number: 11610<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
| UNSECURED | Claimed: | $21,250.00 | | |
| ALLEN, JOHANNA<br>771 ROADRUNNER WAY<br>PERRIS, CA 92570 | | Claim Number: 11407<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| ALLEN, WOODROW<br>534 WINDSONG DR<br>MACON, GA 31217 | | Claim Number: 6105<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| SECURED | Claimed: | $0.00   UNDET | | |
| ALLENFIELD CO., INC.<br>320 BROADHOLLOW RD<br>FARMINGDALE, NY 11735 | | Claim Number: 176<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $389.90 | | |
| ALLGOOD, JOHN F<br>FORD & HARRISON LLP<br>271 17TH STREET, NW<br>STE 1900<br>ATLANTA, GA 30363 | | Claim Number: 6565<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $1,662.50 | Scheduled: | $1,662.50 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ALLIANCE ROOFING & SHEET METAL, INC.
4215 EASTERN AVE
BALTIMORE, MD 21224

Claim Number: 1369
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)

| UNSECURED | Claimed: | $2,074.80 | Scheduled: | $2,074.80 |
|---|---|---|---|---|

ALLIANCE ROOFING & SHEET METAL, LTD.
25 COPE COURT
GUELPH, ON N1K 0A4
CANADA

Claim Number: 2744
Claim Date: 05/04/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $3,186.07 | Scheduled: | $2,579.61 |
|---|---|---|---|---|

ALLIANCE SHIPPERS, INC.
C/O RONALD HOROWITZ, ESQ.
14 TINDALL ROAD
MIDDLETOWN, NJ 07748

Claim Number: 6361
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $32,486.36 | Scheduled: | $25,463.00 |
|---|---|---|---|---|

ALLIANCES SERVICE GROUP INC
522 US HWY 9 NORTH STE 285
P.O.BOX 07726
MANALAPAN, NJ 07726

Claim Number: 9354
Claim Date: 08/21/2009
Debtor: SMURFIT-MBI

| PRIORITY | Claimed: | $23,423.22 | | |
| UNSECURED | | | Scheduled: | $19,890.72 |

ALLIANCES SERVICES GROUP INC
522 US HWY 9 NORTH STE 285
PO BOX 07726
MANALAPAN, NJ 07726

Claim Number: 12407
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| PRIORITY | Claimed: | $23,423.22 | | |
|---|---|---|---|---|

ALLIANT ENERGY WP&L
PO BOX 3068
CEDAR RAPIDS, IA 52406-3068

Claim Number: 4858
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $58,544.80 | Scheduled: | $31,944.15 |
|---|---|---|---|---|

ALLIANT SYSTEMS LLC
ATTN: RENEE MCNANNAY
1600 NW 167TH PLACE, STE 330
BEAVERTON, OR 97006

Claim Number: 7884
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $9,743.64 | Scheduled: | $9,743.64 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ALLIED AUTO PARTS INC<br>P.O. BOX 519<br>226 EAST POYTHRESS ST<br>HOPEWELL, VA 23860 | Claim Number: 647<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) |

| UNSECURED | Claimed: | $8,438.75 | Scheduled: | $8,430.75 |

---

| ALLIED BLOWER & SHEET METAL LTD<br>12224 - 103A AVENUE<br>SURREY, BC V3V 3G9<br>CANADA | Claim Number: 5054<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>2,065.35 canadian |

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $1,672.21 |

---

| ALLIED CRANE & EQUIPMENT, INC.<br>1 EASTERN AVENUE<br>NEW LONDON, CT 06320 | Claim Number: 2321<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7550 (05/10/2010) |

| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $1,300.48 |

---

| ALLIED ELECTRIC MOTOR SERVICE<br>4690 E JENSEN AVENUE<br>FRESNO, CA 93725 | Claim Number: 7423<br>Claim Date: 08/10/2009<br>Debtor: CALPINE CORRUGATED, LLC |

| UNSECURED | Claimed: | $8,113.12 | Scheduled: | $8,338.86 |

---

| ALLIED ELECTRIC MOTOR SERVICE<br>4690 E JENSEN AVENUE<br>FRESNO, CA 93725 | Claim Number: 7424<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $842.26 | Scheduled: | $842.26 |

---

| ALLIED ELECTRONICS<br>PO BOX 2325<br>FORT WORTH, TX 76113-2325 | Claim Number: 4044<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010) |

| UNSECURED | Claimed: | $2,198.65 | Scheduled: | $1,081.60 |

---

| ALLIED HYDRAULIC SERVICE CO<br>105 NORTH BROAD STREET<br>HELLAM, PA 17406 | Claim Number: 3635<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $11,190.31 | Scheduled: | $11,177.68 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ALLIED HYDRAULIC SERVICE COMPANY<br>105 N. BROAD STREET<br>HELLAM, PA 17406 | Claim Number: 2568<br>Claim Date: 04/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|
| UNSECURED        Claimed: | $11,177.68 | | |

| ALLIED PRINTERS CREDIT UNION<br>1740 DAYTON BLVD<br>CHATTANOOGA, TN 37405 | Claim Number: 6217<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED        Claimed: | $0.00 | | |

| ALLIED PRINTERS CREDIT UNION<br>1740 DAYTON BLVD<br>CHATTANOOGA, TN 37405 | Claim Number: 6218<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED        Claimed: | $0.00 | Scheduled: | $225.00 |

| ALLIED ROOFING & SHEET METAL CO., INC.<br>PO BOX 280744<br>EAST HARTFORD, CT 06128 | Claim Number: 11728<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED        Claimed: | $2,500.00 | Scheduled: | $2,500.00 |

| ALLIED SECURITY<br>PO BOX 828854<br>PHILADELPHIA, PA 19182-8854 | Claim Number: 7663<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED        Claimed: | $43,991.54 | Scheduled: | $50,318.57 |

| ALLIED WASTE HOUSTON SERVICES GROUP<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11339<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
|---|---|---|---|
| UNSECURED        Claimed: | $2,450.79 | | |

| ALLIED WASTE SERVICE (710)<br>C/O BRYAN ALBUE<br>FENNEMORE CRAIG, PC<br>3003 N CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11434<br>Claim Date: 08/28/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
|---|---|---|---|
| UNSECURED        Claimed: | $19,014.06 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ALLIED WASTE SERVICE (710)
C/O BRYAN ALBUE
FENNEMORE CRAIG, PC
3003 N CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11435
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $3,172.21 |

---

ALLIED WASTE SERVICES
ATTN: KACK DEVRIES
2608 D. DAMEN AVE
CHICAGO, IL 60608

Claim Number: 8414
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $22,156.27 |

---

ALLIED WASTE SERVICES #208
FENNEMORE CRIAG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11337
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $3,100.07 |

---

ALLIED WASTE SERVICES (176 & 183)
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-5000

Claim Number: 11347
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $10,354.26 |

---

ALLIED WASTE SERVICES (264)
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ABLUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11342
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $2,281.49 |

---

ALLIED WASTE SERVICES (455, 469 & 472)
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11326
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $33,638.12   UNLIQ |

---

ALLIED WASTE SERVICES (753)
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012

Claim Number: 11283
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $5,625.95 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ALLIED WASTE SERVICES (821 & 986)
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ

Claim Number: 11345
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $3,816.32 |
|---|---|---|

ALLIED WASTE SERVICES (CHATTANOOGA)
PO BOX 9001099
LOUISVILLE, KY 40290-1099

Claim Number: 6148
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $15,016.01 |
|---|---|---|

ALLIED WASTE SERVICES OF ATLANTA
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11146
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $2,951.59 |
|---|---|---|

ALLIED WASTE SERVICES OF BELLEVIEW (172)
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012

Claim Number: 11287
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $26,760.25 |
|---|---|---|

ALLIED WASTE SERVICES OF BRIDGETON
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11335
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $14,816.21   UNLIQ |
|---|---|---|

ALLIED WASTE SERVICES OF BUFFALO
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11353
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $3,758.24 |
|---|---|---|

ALLIED WASTE SERVICES OF ELKHART
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11351
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $2,675.05 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ALLIED WASTE SERVICES OF HOUSTON
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11340
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $1,114.45 |
|---|---|---|

---

ALLIED WASTE SERVICES OF HUNTSVILLE
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11333
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $18,030.15   UNLIQ |
|---|---|---|

---

ALLIED WASTE SERVICES OF KANSAS CITY
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11327
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $18,873.54   UNLIQ |
|---|---|---|

---

ALLIED WASTE SERVICES OF KILGORE
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11144
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $6,039.44 |
|---|---|---|

---

ALLIED WASTE SERVICES OF MEMPHIS
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012

Claim Number: 11286
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $4,085.98   UNLIQ |
|---|---|---|

---

ALLIED WASTE SERVICES OF MISSOULA
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11148
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $25,320.53 |
|---|---|---|

---

ALLIED WASTE SERVICES OF MONTGOMERY
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11343
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $475.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ALLIED WASTE SERVICES OF PENSACOLA
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11142
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 7650 (05/18/2010)

| UNSECURED | Claimed: | $471.74 |

---

ALLIED WASTE SERVICES OF RICHMOND
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
300 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 12273
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 7650 (05/18/2010)

| UNSECURED | Claimed: | $8,556.44 |

---

ALLIED WASTE SERVICES OF RICHMOND
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 12277
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 7650 (05/18/2010)

| UNSECURED | Claimed: | $8,556.44 |

---

ALLIED WASTE SERVICES OF SALINAS
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11352
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 7650 (05/18/2010)

| UNSECURED | Claimed: | $6,649.67 |

---

ALLIED WASTE SERVICES OF SAN JOAQUIN
VALLEY - FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11330
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 7650 (05/18/2010)

| UNSECURED | Claimed: | $2,986.07   UNLIQ |

---

ALLIED WASTE SERVICES OF SPRINGFIELD
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11344
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 7650 (05/18/2010)

| UNSECURED | Claimed: | $2,817.22 |

---

ALLIED WASTE SERVICES OF THE TWIN CITIES
-EDEN PRAIRIE
FENNEMORE CRAIG P.C., C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11349
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 7650 (05/18/2010)

| UNSECURED | Claimed: | $2,828.01 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ALLIED WASTE SERVICES OF WEST HOUSTON<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11325<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $3,382.22   UNLIQ |

---

| ALLIED WASTE SERVICES OF WILLIAMSBURG -<br>YORKTOWN - FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 12278<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $942.94 |

---

| ALLIED WASTE SYSTEMS<br>1220 S BROOKSIDE<br>INDEPENDENCE, MO 64052 | Claim Number: 5361<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $20,274.27 |

---

| ALLISON SYSTEMS CORPORATION (01)<br>220 ADAMS ST.<br>RIVERSIDE, NJ 08075 | Claim Number: 3798-01<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $36.16 | Scheduled: | $2,884.91 |

---

| ALLISON SYSTEMS CORPORATION (01)<br>220 ADAMS ST.<br>RIVERSIDE, NJ 08075 | Claim Number: 3798-02<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,848.75 |

---

| ALLRED JR, GARNEY R<br>7467 MIDDLESTREAM ROAD<br>BROWNS SUMMIT, NC 27214 | Claim Number: 6593<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |

---

| ALLSECTOR TECHNOLOGY GROUP INC<br>345 HUDSON STREET<br>NEW YORK, NY 10014 | Claim Number: 11095<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $36,209.65 | Scheduled: | $24,303.40 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ALLSTAR SERVICES INC<br>7041 CYPRESS BRIDGE DRIVE S<br>PONTE VEDRA, FL 32082 | Claim Number: 7693<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $1,926.84 |

---

| ALLSTATE LAND & TIMBER INC<br>PO BOX 328<br>HAUGHTON, LA 71037 | Claim Number: 3711<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $33,427.65 | Scheduled: | $33,427.65 UNLIQ |

---

| ALLSTATE LAND & TIMBER INC<br>PO BOX 328<br>HAUGHTON, LA 71037 | Claim Number: 5954<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1866 (09/04/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $16,713.82 |

---

| ALLSTATE TRANSPORT SERVICE INC<br>1390 WARRENTON RD<br>FREDERICKSBURG, VA 22406 | Claim Number: 6848<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $23,543.50 | Scheduled: | $19,015.90 |

---

| ALMASSEY, CYNTHIA M .<br>5820 WESTVIEW LANE<br>LISLE, IL 60532 | Claim Number: 11021<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |

---

| ALMER, DEAN D<br>441 N. MERINO<br>MESA, AZ 85205 | Claim Number: 5654<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| ALMER, DEAN D.<br>441 N. MERINO<br>MESA, AZ 85205 | Claim Number: 1171<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ALOHA FAB & DOCK WORKS, INC.<br>PATRICIA SOARES<br>1193 N. BLUE GUM STREET<br>ANAHEIM, CA 92806 | Claim Number: 8950<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $3,290.59 | | |

| ALOHA FAB AND DOCKWORKS INC<br>1193 N BLUE GUM STREET<br>ANAHEIM, CA 92806 | Claim Number: 5794<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED          Claimed: | $3,290.59 | Scheduled: | $3,290.59 |

| ALP INC<br>PO BOX 414441<br>BOSTON, MA 02241-4441 | Claim Number: 4965<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED          Claimed: | $7,370.85 | Scheduled: | $7,370.85 |

| ALPAR<br>PO BOX 200393<br>ANCHORAGE, AK 99520 | Claim Number: 6012<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7770 (05/27/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $1,766.01 | Scheduled: | $59,648.97  UNLIQ |

| ALPHA LIBERTY CO, THE<br>PO BOX 276<br>WEST CHESTER, OH 45071-0276 | Claim Number: 4208<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED          Claimed: | $311.00 | Scheduled: | $311.00 |

| ALPHA RECYCLING INC<br>13314 SATICOY STREET<br>NORTH HOLLYWOOD, CA 91605 | Claim Number: 3983<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED          Claimed: | $16,121.71 | Scheduled: | $15,542.00 |

| ALPHA RECYCLING, INC<br>13314 SATICOY ST<br>NORTH HOLLYWOOD, CA 91605 | Claim Number: 2479<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $16,121.71 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ALPHABET SHOP INC., THE
300 E. ELGIN AVE.
ELGIN, IL 60120

Claim Number: 4654
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $120.99 | Scheduled: | $110.66 |
|---|---|---|---|---|

ALPHAGRAPHICS
111 PROSPECT AVE SUITE 100
ST. LOUIS, MO 63122

Claim Number: 657
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 5738 (03/10/2010)

| UNSECURED | Claimed: | $1,063.38 | | |
|---|---|---|---|---|

ALPHAGRAPHICS
111 PROSPECT AVE SUITE 100
ST. LOUIS, MO 63122

Claim Number: 4250
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,063.38 | Scheduled: | $1,439.03 |
|---|---|---|---|---|

ALPHAIR VENTILATING SYSTEMS INC.
1221 SHERWIN ROAD
WINNIPEG, MB R3H 0V1
CANADA

Claim Number: 5589
Claim Date: 07/17/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $1,702.41 | Scheduled: | $1,702.41 |
|---|---|---|---|---|

ALRO METALS
DRAWER 641005
P.O.BOX 64000
DETROIT, MI 48264-1005

Claim Number: 9535
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $20,384.95 | Scheduled: | $19,960.97 |
|---|---|---|---|---|

ALSTOM CANADA INC.
1430 BLAIR PLACE, SUITE 600
OTTAWA, ON K1J 9N2
CANADA

Claim Number: 12252
Claim Date: 09/04/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
130,193.54 CAD

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $101,092.48 |
|---|---|---|---|---|

ALTERNATIVE REPAIRS/BELZONA
PO BOX 1717
BOONE, NC 28607

Claim Number: 4009
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $45,420.00 | Scheduled: | $45,420.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ALTERNATIVE SOLUTIONS INTERNATIONAL INC. -ASSIGNOR, C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE & ATTORNEY-IN-FACT 2699 WHITE ROAD SUITE 255 IRVINE, CA 92614 | Claim Number: 9175 Claim Date: 08/20/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $624.78 | Scheduled: | $2,699.78 |

---

| ALTHOFF INDUSTRIES 8001 SO. ROUTE 31 CRYSTAL LAKE, IL 60014 | Claim Number: 7136-01 Claim Date: 08/03/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 5768 (03/11/2010) |

| ADMINISTRATIVE UNSECURED | Claimed: | $631.03 | Scheduled: | $15,885.52 |

---

| ALTHOFF INDUSTRIES 8001 SO. ROUTE 31 CRYSTAL LAKE, IL 60014 | Claim Number: 7136-02 Claim Date: 08/03/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 5768 (03/11/2010) |

| UNSECURED | Claimed: | $14,862.49 |

---

| ALVES, ANTONIO 227 CLARK PL. ELIZABETH, NJ 07206 | Claim Number: 7226 Claim Date: 08/06/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $0.00   UNLIQ |

---

| ALVIS, DELLENE PO BOX 174 MANILA, UT 84046 | Claim Number: 4047 Claim Date: 07/09/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| AM LITHOGRAPHY CORPORATION 694 CENTER STREET CHICOPEE, MA 01013 | Claim Number: 4809 Claim Date: 07/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $8,618.14 | Scheduled: | $8,618.14 |

---

| AM METAL FINISHING ATTN: RICK HUNTER 7594 CHANCELLOR DRIVE ORLANDO, FL 32809 | Claim Number: 6712 Claim Date: 07/27/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $3,917.61 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| AM METAL FINISHING<br>RICK HUNTER<br>7594 CHANCELLOR DRIVE<br>ORLANDO, FL 32809 | | Claim Number: 8760<br>Claim Date: 06/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,917.61 | Scheduled: | $4,829.25 |
| AM TECH<br>PO BOX 906<br>GLEN ROCK, NJ 07452 | | Claim Number: 7829<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $13,830.70 | Scheduled: | $13,830.70 |
| AM WAX INC<br>1761 BARCELONA CIRCLE<br>PLACENTIA, CA 92870 | | Claim Number: 5634<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $21,224.00 | Scheduled: | $18,700.00 |
| AM WAX INC<br>1761 BARCELONA CIRCLE<br>PLACENTIA, CA 92870 | | Claim Number: 5635<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $21,224.00 | | |
| AM WAX INC<br>1761 BARCELONA CIRCLE<br>PLACENTIA, CA 92870 | | Claim Number: 5636<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $21,224.00 | | |
| AM WAX INC<br>1761 BARCELONA CIRCLE<br>PLACENTIA, CA 92870 | | Claim Number: 8515<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $21,224.00 | | |
| AM WAX INC<br>1761 BARCELONA CIRCLE<br>PLACENTIA, CA 92870 | | Claim Number: 8517<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $21,224.00 | | |
| PRIORITY | Claimed: | $21,224.00 | | |
| UNSECURED | Claimed: | $21,224.00 | | |
| TOTAL | Claimed: | $21,224.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| AM WAX INC<br>1761 BARCELONA CIRCLE<br>PLACENTIA, CA 92870 | | Claim Number: 8521<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $21,224.00 | | |
| PRIORITY | Claimed: | $21,224.00 | | |
| UNSECURED | Claimed: | $21,224.00 | | |
| TOTAL | Claimed: | $21,224.00 | | |

| AMA INDUSTRIAL SERVICES, LLC<br>3053 HART ROAD<br>LEBANON, OH 45036 | | Claim Number: 95<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,329.00 | | |

| AMA SERVICES, LLC<br>3053 HART ROAD<br>LEBANON, OH 45036 | | Claim Number: 2898<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 0<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,329.00 | Scheduled: | $15,329.00 |

| AMB PROPERTY II, L.P<br>JOEL H. SHAPIRO<br>KAMENEAR KADISON SHAPIRO & CRAIG<br>20 NORTH CLARK STREET, SUITE 2200<br>CHICAGO, IL 60602 | | Claim Number: 5579<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8597 (10/01/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,082,333.60 | Scheduled: | $90,728.38 UNLIQ |

| AMBER SOLVENT RECYCLING<br>200 LAURA DRIVE<br>ADDISON, IL 60101 | | Claim Number: 3702<br>Claim Date: 07/06/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,458.80 | Scheduled: | $2,458.80 |

| AMBROSE, WALTER<br>289 BLUE WATER PARKWAY<br>RR #1<br>SELKIRK, ON N0A 7P0<br>CANADA | | Claim Number: 12719<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| AMBUSH ENTERPRISES INC<br>5831 MONGUY ROAD<br>CHARLES CITY, VA 23030 | | Claim Number: 13620<br>Claim Date: 11/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,200.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| AMEC E&C SERVICES, INC. | Claim Number: 12271 |
| ATTN: LEGAL DEPT | Claim Date: 08/28/2009 |
| 1979 LAKESIDE PARKWAY, SUITE 400 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| TUCKER, GA 30084 | Comments: WITHDRAWN |
| | DOCKET: 6004 (03/18/2010) |

| SECURED | Claimed: | $406,340.58 | | |
| UNSECURED | Claimed: | $18,559.00 | Scheduled: | $414,865.08 |

---

| AMELIA LUMBER CO INC | Claim Number: 6590 |
| PO BOX 727 | Claim Date: 07/27/2009 |
| AMELIA, VA 23002 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $7,010.37 | Scheduled: | $14,020.75 UNLIQ |

---

| AMELICAN RESIDENTIAL SERVICES | Claim Number: 2356 |
| 4071 POWELL AVENUE | Claim Date: 04/22/2009 |
| NASHVILLE, TN 37204 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $8,889.75 |

---

| AMENG ENGINEERING LTD | Claim Number: 6728 |
| PO BOX 87036 | Claim Date: 07/29/2009 |
| AJAX, ON L1S 7K5 | Debtor: SMURFIT-MBI |
| CANADA | Comments: DOCKET: 8758 (11/15/2010) |

| UNSECURED | Claimed: | $11,996.40 |

---

| AMEREN UE | Claim Number: 1163 |
| P.O. BOX 66881 - MAIL CODE 310 | Claim Date: 02/18/2009 |
| SAINT LOUIS, MO 63166 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: DOCKET: 7553 (05/10/2010) |

| UNSECURED | Claimed: | $21,804.99 | Scheduled: | $14,507.41 |

---

| AMERENCIPS | Claim Number: 932 |
| CREDIT & COLLECTIONS | Claim Date: 02/24/2009 |
| 2105 E. STATE ROUTE 104 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| PAWNEE, IL 62558 | Comments: EXPUNGED |
| | DOCKET: 7554 (05/10/2010) |

| UNSECURED | Claimed: | $1,823.53 |

---

| AMERENIP AKA ILLINOIS POWER COMPANY | Claim Number: 8012 |
| ATTN: COLLECTIONS A-10 | Claim Date: 08/17/2009 |
| PO BOX 2543 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| DECATUR, IL 62525 | Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $19,505.84 | Scheduled: | $2,557.97 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

AMERICAN BANK LEASING CORP
PO BOX 220
FRANKLIN, TN 37069

Claim Number: 11686
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

AMERICAN BOX COMPANY
PO BOX 469
SHAWNEE MISSION, KS 66201

Claim Number: 1452
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $33,480.38 |
|---|---|---|

---

AMERICAN BOX COMPANY
PO BOX 469
SHAWNEE MISSION, KS 66201-0469

Claim Number: 4061
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $33,480.38 | Scheduled: | $33,480.38 |
|---|---|---|---|---|

---

AMERICAN BUSINESS SYSTEMS
9637 HOOD ROAD
JACKSONVILLE, FL 32257

Claim Number: 1017
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $175.00 |
|---|---|---|

---

AMERICAN BUSINESS SYSTEMS
9637 HOOD ROAD
JACKSONVILLE, FL 32257

Claim Number: 1020
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4136 (01/14/2010)

| UNSECURED | Claimed: | $175.00 |
|---|---|---|

---

AMERICAN CHEMICAL TECHNOLOGIES INC
485 E VAN RIPER ROAD
FOWLERVILLE, MI 48836

Claim Number: 4601
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $4,703.91 | Scheduled: | $4,703.91 |
|---|---|---|---|---|

---

AMERICAN CONTAINERS INC
2526 WESTERN AVE
PLYMOUTH, IN 46563-1050

Claim Number: 4883
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $9,745.40 | Scheduled: | $9,745.40 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| AMERICAN CONVEYOR SYSTEMS<br>1601 HARMER STREET, BLDG. C<br>LEVITTOWN, PA 19057 | Claim Number: 619<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $6,339.50 | Scheduled: | $6,339.50 |

---

| AMERICAN DOCUMENT DESTRUCTION<br>10600 KAHLMEYER DRIVE<br>SAINT LOUIS, MO 63132 | Claim Number: 864<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $19,201.33 | Scheduled: | $17,035.90 |

---

| AMERICAN ELECTRIC COMPANY<br>PO BOX 978<br>COLUMBIA, MO 65205 | Claim Number: 7150<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $260.56 | Scheduled: | $226.80 |

---

| AMERICAN ELECTRIC POWER<br>PO BOX 2021<br>ROANOKE, VA 24022-2121 | Claim Number: 1349<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |

| UNSECURED | Claimed: | $794,672.84 | Scheduled: | $788,244.58  UNLIQ |

---

| AMERICAN EXPRESS TRAVEL RELATED<br>SERVICES CO, INC<br>C/O BECKET & LEE LLP-AGENTS FOR CREDITOR<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim Number: 5620<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |

| UNSECURED | Claimed: | $7,636.99 | Scheduled: | $56,557.85 |

---

| AMERICAN FIELD MAINTENANCE, INC.<br>70 PIPER ROAD<br>BUILDING 1<br>BAY 4<br>COVINGTON, GA 30014 | Claim Number: 2808<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |

| UNSECURED | Claimed: | $24,014.79 | Scheduled: | $31,427.27 |

---

| AMERICAN FIRE PROTECTION INC<br>PO BOX 2123<br>MANSFIELD, TX 76063-2123 | Claim Number: 6072<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $1,110.42 | Scheduled: | $796.25 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| AMERICAN HOIST & MANLIFT INC<br>15811 S ANNICO DRIVE UNIT 5<br>HOMER GLEN, IL 60491 | Claim Number: 5237<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $6,738.82 | Scheduled: | $899.99 |
|---|---|---|---|---|

---

| AMERICAN HOIST & MANLIFT INC.<br>15811 ANNICO DRIVE #5<br>HOMER GLEN, IL 60491 | Claim Number: 2511<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| SECURED | Claimed: | $6,738.82 | | |
|---|---|---|---|---|
| TOTAL | Claimed: | $6,125.82 | | |

---

| AMERICAN INDUSTRIAL SUPPLY CO<br>PO BOX 1642<br>MUSKOGEE, OK 74402 | Claim Number: 4628<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,404.96 | Scheduled: | $2,404.96 |
|---|---|---|---|---|

---

| AMERICAN INSTITUTE OF BAKING<br>PO BOX 3999<br>1213 BAKER'S WAY<br>MANHATTAN, KS 66505-3999 | Claim Number: 4931<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,309.68 | Scheduled: | $1,116.10 |
|---|---|---|---|---|

---

| AMERICAN LIFTRUCK SERVICE LTD<br>9910 WEST 190TH STREET<br>MOKENA, IL 60448 | Claim Number: 4527<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $996.65 | Scheduled: | $996.65 |
|---|---|---|---|---|

---

| AMERICAN LINEN (ALSCO)<br>PO BOX 240048<br>ANCHORAGE, AK 99524 | Claim Number: 4017<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,867.12 | Scheduled: | $2,561.30 |
|---|---|---|---|---|

---

| AMERICAN MACHINE & GEAR INC<br>2770 NW INDUSTRIAL STREET<br>PORTLAND, OR 97210 | Claim Number: 3922<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $8,379.00 | Scheduled: | $6,374.00 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| AMERICAN MACHINING & WELDING CO., INC.<br>6009 S. NEW ENGLAND AVE.<br>CHICAGO, IL 60638 | Claim Number: 213<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $16,225.00 | Scheduled: | $16,225.00 |
|---|---|---|---|---|

| AMERICAN MOBIL SHREDDING CORP<br>4391 PELL DR<br>SACRAMENTO, CA 95838 | Claim Number: 5931<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $7,155.00 |
|---|---|---|

| AMERICAN MOBILE SHREDDING<br>4391 PELL DR D<br>SACRAMENTO, CA 95838 | Claim Number: 3881<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $7,155.00 | Scheduled: | $7,155.00 |
|---|---|---|---|---|

| AMERICAN OSMENT EQUIPMENT CO.<br>2923 5TH AVE. SOUTH<br>BIRMINGHAM, AL 35233 | Claim Number: 2123<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $490.00 |
|---|---|---|

| AMERICAN OSMENT EQUIPMENT CO.<br>AMERICAN OSMENT<br>3004 6TH AVE. SOUTH<br>BIRMINGHAM, AL 35233 | Claim Number: 5105-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13754<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $245.00 | Scheduled: | $490.00 |
|---|---|---|---|---|

| AMERICAN OSMENT EQUIPMENT CO.<br>AMERICAN OSMENT<br>3004 6TH AVE. SOUTH<br>BIRMINGHAM, AL 35233 | Claim Number: 5105-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1354 (08/03/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $245.00 |
|---|---|---|

| AMERICAN OSMENT EQUIPMENT CO.<br>AMERICAN OSMENT<br>3004 6TH AVE. SOUTH<br>BIRMINGHAM, AL 35233 | Claim Number: 13754<br>Claim Date: 01/04/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $245.00 |
|---|---|---|
| UNSECURED | Claimed: | $245.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| AMERICAN OVERHEAD DOOR<br>S. DAGNAL ROWE, WILMER & LEE, P.A.<br>P.O. BOX 2168<br>HUNTSVILLE, AL 35804 | Claim Number: 1016<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | |
| UNSECURED          Claimed: | $26,834.37 | | | |

---

| | | | | |
|---|---|---|---|---|
| AMERICAN OVERHEAD DOOR<br>S. DAGNAL ROWE, WILMER & LEE, P.A.<br>P.O. BOX 2168<br>HUNTSVILLE, AL 35804 | Claim Number: 1109<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | |
| UNSECURED          Claimed: | $26,834.37 | | | |

---

| | | | | |
|---|---|---|---|---|
| AMERICAN OVERHEAD DOOR<br>S. DAGNAL ROWE, WILMER & LEE, P.A.<br>P.O. BOX 2168<br>HUNTSVILLE, AL 35804 | Claim Number: 1301<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | | |
| UNSECURED          Claimed: | $26,334.37 | Scheduled: | $24,479.37 | |

---

| | | | | |
|---|---|---|---|---|
| AMERICAN PAPER CONVERTING, INC.<br>1845 HOWARD WAY<br>WOODLAND, WA 98674 | Claim Number: 2973<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED          Claimed: | $10,378.29 | Scheduled: | $10,351.15 | |

---

| | | | | |
|---|---|---|---|---|
| AMERICAN PAPER RECYCLING CORP.<br>100 COPELAND DR. SUITE # 8<br>MANSFIELD, MA 02048 | Claim Number: 254<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | |
| UNSECURED          Claimed: | $32,049.38 | | | |

---

| | | | | |
|---|---|---|---|---|
| AMERICAN PAPER RECYCLING CORP.<br>100 COPELAND DR. SUITE # 8<br>MANSFIELD, MA 02048 | Claim Number: 606<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) | | | |
| UNSECURED          Claimed: | $75.26 | Scheduled: | $12,246.00 | |

---

| | | | | |
|---|---|---|---|---|
| AMERICAN PAPER ROLL PROTECTORS INC<br>PO BOX 1062<br>JOHNS ISLAND, SC 29457 | Claim Number: 3724<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED          Claimed: | $2,291.00 | Scheduled: | $1,937.00 | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| AMERICAN PEST MANAGEMENT<br>403 EAST FIREWEED LANE<br>ANCHORAGE, AK 99503 | Claim Number: 4060<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $210.00 | Scheduled: | $210.00 |
|---|---|---|---|---|

| AMERICAN PLANT SERVICES, LLC<br>1218 SYLACAUGA FAYETTEVILLE HIGHWAY<br>SYLACAUGA, AL 35151 | Claim Number: 2772<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $5,363.12 |
|---|---|---|

| AMERICAN PRECISION SURVEYING<br>450 S 4TH ST<br>COSHOCTON, OH 43812-2023 | Claim Number: 3861<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $775.00 | Scheduled: | $775.00 |
|---|---|---|---|---|

| AMERICAN PREMIER UNDERWRITERS, INC.<br>C/O BENJAMIN G. STONELAKE, JR., ESQ.<br>BLANK ROME LLP<br>130 N. 18TH STREET, ONE LOGAN SQUARE<br>PHILADEPHIA, PA 19103 | Claim Number: 11774<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8985 (03/16/2011) |
|---|---|

| UNSECURED | Claimed: | $1,190,368.59    UNLIQ |
|---|---|---|

| AMERICAN PREMIER UNDERWRITERS, INC.<br>C/O BENJAMIN G. STONELAKE, JR., ESQ.<br>BLANK ROME LLP<br>130 N. 18TH STREET, ONE LOGAN SQUARE<br>PHILADEPHIA, PA 19103 | Claim Number: 11775<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8985 (03/16/2011) |
|---|---|

| UNSECURED | Claimed: | $1,190,368.59    UNLIQ |
|---|---|---|

| AMERICAN PRODUCTS ENTP. CORP.<br>P.O. BOX 268<br>WOODSTOCK, GA 30188 | Claim Number: 887<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| PRIORITY | Claimed: | $2,063.81 |
|---|---|---|

| AMERICAN RECYCLING OF SOUTH CAROLINA,LLC<br>ATTN: RON MOORE<br>1240 WHITE HORSE RD<br>GREENVILLE, SC 29605 | Claim Number: 3330<br>Claim Date: 06/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $12,151.20 | Scheduled: | $12,290.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

AMERICAN RED CROSS
245 NORTH FOURTH STREET
COSHOCTON, OH 43812

Claim Number: 4750
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $539.00 | Scheduled: | $584.00 |
|---|---|---|---|---|

AMERICAN SOLUTIONS FOR BUSINESS
PO BOX 218
GLENWOOD, MN 56334

Claim Number: 2319
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $7,363.06 | Scheduled: | $3,245.30 |
|---|---|---|---|---|

AMERICAN STAINLESS & SUPPLY LLC
PO BOX 890238
CHARLOTTE, NC 28289-0238

Claim Number: 5491
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $631.80 | Scheduled: | $631.80 |
|---|---|---|---|---|

AMERICAN WASTE CONTROL
PO BOX 1396
FORT LAUDERDALE, FL 33302

Claim Number: 6488
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $996.60 | Scheduled: | $995.00 |
|---|---|---|---|---|

AMERICAN WELDING
PO BOX 816
GLEN ALLEN, VA 23060

Claim Number: 7586
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,736.80 | Scheduled: | $1,736.80 |
|---|---|---|---|---|

AMERICRAFT CARTON INC.
164 MEADOWCROFT ST.
LOWELL, MA 01852

Claim Number: 14030
Claim Date: 05/26/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| UNSECURED | Claimed: | $3,555.11 |
|---|---|---|

AMERICRAFT CARTON, INC.
164 MEADOWCROFT ST.
LOWELL, MA 01852

Claim Number: 3057
Claim Date: 05/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $3,555.11 | Scheduled: | $3,555.11 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

AMERIGAS PROPANE
P.O. BOX 965
VALLEY FORGE, PA 19482

Claim Number: 5351-01
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $73,621.56 | Scheduled: | $125,438.66 |
|---|---|---|---|---|

AMERIGAS PROPANE
P.O. BOX 965
VALLEY FORGE, PA 19482

Claim Number: 5351-02
Claim Date: 07/16/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $3,062.27 | | |
|---|---|---|---|---|

AMERIGAS PROPANE, L.P.
FOX ROTHSCHILD LLP
SHELDON K. RENNIE
919 NORTH MARKET STREET SUITE 1300
WILMINGTON, DE 19801-3046

Claim Number: 6285
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 7652 (05/18/2010)

| ADMINISTRATIVE | Claimed: | $12,031.00 | | |
|---|---|---|---|---|

AMERIGAS PROPANE, LP
C/O FOX ROTHCHILD LLP
ATTN: SHELDON K. RENNIE (ED ID NO.3772)
919 NORTH MARKET STREET, SUITE 1300
WILMINGTON, DE 19801-3046

Claim Number: 6654-01
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $1,474.95 | | |
|---|---|---|---|---|

AMERIGAS PROPANE, LP
C/O FOX ROTHCHILD LLP
ATTN: SHELDON K. RENNIE (ED ID NO.3772)
919 NORTH MARKET STREET, SUITE 1300
WILMINGTON, DE 19801-3046

Claim Number: 6654-02
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET 4964 (02/12/2010)

| ADMINISTRATIVE | Claimed: | $36,226.90 | | |
|---|---|---|---|---|

AMETEK DREXELBROOK
PO BOX 8500 S3680
PHILADELPHIA, PA 19178

Claim Number: 5780
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $8,576.45 | Scheduled: | $8,576.45 |
|---|---|---|---|---|

AMETEK INC.
ATTN: CREDIT MANAGER
150 FREEPORT ROAD
PITTSBURGH, PA 15238

Claim Number: 13
Claim Date: 01/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $12,175.30 | Scheduled: | $12,300.89 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| AMETEK/ROCHESTER INSTRUMENT SYSTEMS<br>PO BOX 90296<br>CHICAGO, IL 60696-0296 | Claim Number: 5007<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $751.09 | Scheduled: | $751.09 |
|---|---|---|---|---|

| AMGEN MANUFACTURING LIMITED<br>C/O PRUDENTIAL INVESTMENT MGMT., INC.<br>ATTN: TERENCE DUNN<br>P.O. BOX 32339, 2 GATEWAY CENTER<br>NEWARK, NJ 07102 | Claim Number: 11310<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| UNSECURED | Claimed: | $6,804.69 |
|---|---|---|

| AMGEN MANUFACTURING LIMITED<br>C/O PRUDENTIAL INVESTMENT MGMT., INC.<br>ATTN: TERENCE DUNN<br>P.O. BOX 32339, 2 GATEWAY CENTER<br>NEWARK, NJ 07102 | Claim Number: 11311<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $6,804.69 |

| AMMERAAL BELTECH INC<br>290 BRITANNIA RO EAST<br>MISSISSACUT, ON L4Z 1S6<br>CANADA | Claim Number: 8640<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $4,143.84 |
|---|---|---|

| AMMERAAL BELTECH, INC.<br>7501 N. ST. LOUIS AVE.<br>SKOKIE, IL 60076 | Claim Number: 6239<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $41,082.24 | Scheduled: | $39,560.75 |
|---|---|---|---|---|

| AMMONS JR, JAMES T<br>608 UPLAND AVE<br>MARION, SC 29571 | Claim Number: 10098-01<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $96,833.28   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $96,833.28   UNLIQ |
| TOTAL | Claimed: | $96,833.28   UNLIQ |

| AMMONS JR, JAMES T<br>608 UPLAND AVE<br>MARION, SC 29571 | Claim Number: 10098-02<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| AMOS, CHARLOTTE RENEE<br>248 COLLIN RD<br>JONESBORO, LA 71251 | Claim Number: 10393<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

| AMOS, EARL L.<br>233 CHURCH ROAD<br>ATHENS, LA 71003 | Claim Number: 10296<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

| AMOS, NORMAN A.<br>248 COLLIN ROAD<br>JONESBORO, LA 71251 | Claim Number: 10295<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

| AMTECH<br>515 PENNSYLVANIA AVENUE<br>FORT WASHINGTON, PA 19034 | Claim Number: 9691<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $18,752.54 | Scheduled: | $18,752.54 |
|---|---|---|---|---|

---

| AMTECH LIGHTING SERVICES<br>1085 N MAIN ST STE C<br>ORANGE, CA 92867-5458 | Claim Number: 9422<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $109,000.00 | Scheduled: | $109,000.00 |
|---|---|---|---|---|

---

| AMWAX INC.<br>14381 INDUSTRY CIR<br>LA MIRADA, CA 90638-5810 | Claim Number: 12380<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8662 (10/18/2010) |
|---|---|

| UNSECURED | Claimed: | $21,224.00 | | |
|---|---|---|---|---|

---

| AN/WRI PARTNERSHIP, LTD.<br>ATTN: JENNY J. HYUN, ESQ.<br>C/O WEINGARTEN REALTY INVESTORS<br>2600 CITADEL PLAZA DRIVE, SUITE 125<br>HOUSTON, TX 77008 | Claim Number: 11672<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $521,641.70 | Scheduled: | $22,977.39 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| AN/WRI PARTNERSHIP, LTD.<br>ATTN: JENNY J. HYUN, ESQ.<br>C/O WEINGARTEN REALTY INVESTORS<br>2600 CITADEL PLAZA DRIVE, SUITE 125<br>HOUSTON, TX 77008 | Claim Number: 13914<br>Claim Date: 03/18/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010)<br>Asserts amending claim no. 11672 filed on 8/28/09 |
|---|---|

| UNSECURED | Claimed: | $542,000.00 | | |
|---|---|---|---|---|

---

| ANA LAB CORP<br>PO BOX 9000<br>KILGORE, TX 75663-9000 | Claim Number: 5970<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $4,105.00 | Scheduled: | $5,905.00 |
|---|---|---|---|---|

---

| ANA-LAB CORPORATION<br>PO BOX 9000<br>KILGORE, TX 75663-9000 | Claim Number: 170<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,105.00 | | |
|---|---|---|---|---|

---

| ANA-LAB CORPORATION<br>PO BOX 9000<br>KILGORE, TX 75663-9000 | Claim Number: 8596<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) |
|---|---|

| UNSECURED | Claimed: | $4,105.00 | | |
|---|---|---|---|---|

---

| ANACHEMIA SCIENCE<br>255 NORMAN STREET<br>LACHINE, QC H8R 1A3<br>CANADA | Claim Number: 5454<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>3,124.37 CANADIAN |
|---|---|

| UNSECURED | Claimed: | $0.00    UNLIQ | Scheduled: | $2,647.29 |
|---|---|---|---|---|

---

| ANACHEMIA SCIENCE<br>225 RUE NORMAN<br>LACHINE, QC H8R 1A3<br>CANADA | Claim Number: 8509<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $2,559.79 | | |
|---|---|---|---|---|

---

| ANASTASI TRUCKING, INC.<br>DBA ANASTASI TRUCKING & PAVING CO.<br>ATTN: JAMES W. GRESENS, ESQ<br>1800 MAIN PLACE TOWER 350 MAIN ST<br>BUFFALO, NY 14202 | Claim Number: 3674<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| SECURED | Claimed: | $55,887.76 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ANCHOR GLASS CONTAINER CORPORATION
ROCHELLE WALK
401 E. JACKSON ST., STE. 2800
TAMPA, FL 33602

Claim Number: 7714
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $30,579.07 | | |

---

ANCHOR PAPER COMPANY
PO BOX 65648
ST. PAUL, MN 55165-0648

Claim Number: 7012
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,034.00 | Scheduled: | $1,886.64 |

---

ANCHORAGE DAILY NEWS
1001 NORTHWAY DRIVE
ANCHORAGE, AK 99504

Claim Number: 3995
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,646.00 | Scheduled: | $1,646.00 |

---

ANDERS, MARION J.
BARON & BUDD, P.C.
THE CENTRUM SUITE 1100
3102 OAK LAWN AVE.
DALLAS, TX 75219

Claim Number: 11816
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |

---

ANDERSEN ELECTRIC SUPPLY INC
910 FACTORY OUTLET BLVD
NIAGARA FALLS, NY 14304

Claim Number: 3800
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $192.83 | Scheduled: | $192.83 |

---

ANDERSON & VREELAND, INC.
PO BOX 1246
WEST CALDWELL, NJ 07007

Claim Number: 9654-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8407 (08/18/2010)

| UNSECURED | Claimed: | $116,810.56 | Scheduled: | $113,830.31 |

---

ANDERSON & VREELAND, INC.
PO BOX 1246
WEST CALDWELL, NJ 07007

Claim Number: 9654-02
Claim Date: 08/24/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: EXPUNGED
DOCKET: 8834 (12/09/2010)

| UNSECURED | Claimed: | $14,155.35 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ANDERSON & VREELAND, INC.
PO BOX 1246
WEST CALDWELL, NJ 07007

Claim Number: 9654-03
Claim Date: 08/24/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8834 (12/09/2010)

| UNSECURED | Claimed: | $2,527.02 | | |
|---|---|---|---|---|

ANDERSON PUMP & PROCESS
P.O. BOX 523
BROOKFIELD, WI 53008-0523

Claim Number: 2540
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7553 (05/10/2010)

| UNSECURED | Claimed: | $12,770.89 | Scheduled: | $8,653.25 |
|---|---|---|---|---|

ANDERSON TIMBER CO INC
910 N CALHOUN STREET
PERRY, FL 32347-1905

Claim Number: 3867
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)

| UNSECURED | Claimed: | $16,016.37 | Scheduled: | $33,540.70 UNLIQ |
|---|---|---|---|---|

ANDERSON, DAVID T., SR.
P.O. BOX 707
LEBANON, OH 45036

Claim Number: 7832
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|

ANDERSON, GREGORY ALLEN
1515 EVERS STREET
JONESBORO, LA 71251

Claim Number: 10297
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

ANDERSON, KLETNER L
P.O.BOX 51
OKLAND, FL 34760

Claim Number: 14210
Claim Date: 05/16/2011
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 9116 (08/24/2011)

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

ANDERSON, LELAND
129 WILLOW RIDGE
ALTOONA, IA 50009

Claim Number: 6311
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $24,000.00 UNLIQ | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ANDERSON, ROBERT ANTHONY
P.O. BOX 71
HODGE, LA 71247

Claim Number: 10298
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

ANDERSON, ROLAND
THE LAW OFFICES OF STEVEN J. COOPER
21515 HAWTHORNE BLVD., SUITE 1150
TORRANCE, CA 90503

Claim Number: 6943
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

---

ANDRE, DESTINA
21 TUDOR CT
SPRINGFIELD, NJ 07081

Claim Number: 10547
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $291.60   UNLIQ |
|---|---|---|

---

ANDRE, DESTINA
21 TUDOR CT
ATTN: SAPHIRA ANDRE
SPRINGFIELD, NJ 07081

Claim Number: 10548
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

ANDRE, DESTINA
ATTN: SAPHIRA ANDRE
21 TUDOR CT
SPRINGFIELD, NJ 07081

Claim Number: 12898
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

ANDRE, DESTINA
21 TUDOR CT
SPRINGFIELD, NJ 07081

Claim Number: 12899
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

ANDRE, DESTINA
21 TUDOR CT
SPRINGFIELD, NJ 07081

Claim Number: 12900
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ANDRESS, JANICE J<br>629 DIAMOND RD<br>PENSACOLA, FL 32505 | | Claim Number: 7606<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00   UNDET | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| ANDREW COUNTY OIL, INC,<br>PO BOX 296<br>SAVANNAH, MO 64485 | | Claim Number: 3320<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,453.91 | Scheduled: | $3,149.03 |

---

| ANDREW COUNTY OIL, INC.<br>PO BOX 296<br>SAVANNAH, MO 64485 | | Claim Number: 14047<br>Claim Date: 06/10/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,453.91 | | |

---

| ANDREW, JOHN DAVID<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS & SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 13036<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | |
| UNSECURED | Claimed: | $111,039.72 | Scheduled: | $106,157.11 |

---

| ANDREWS JR., THOMAS L.<br>11281 HWY 84<br>EVERGREEN, AL 36401 | | Claim Number: 12142<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00   UNDET | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| ANDREWS, BEN J<br>10380 OLD PASCAGOULA ROAD<br>GRAND BAY, AL 36541 | | Claim Number: 5448<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

---

| ANDREWS, PAUL<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10960<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $150,000.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ANDREWS, THOMAS III<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | Claim Number: 10969<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) |
|---|---|

| UNSECURED | Claimed: | $75,000.00 |
|---|---|---|

---

| ANDRITZ INC<br>ATTN: DEBORAH B ZINK, SENIOR COUNSEL<br>1115 NORTHMEADOW PARKWAY<br>ROSWELL, GA 30076 | Claim Number: 13393<br>Claim Date: 10/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $7,308.48 |
|---|---|---|

---

| ANDRITZ INC.<br>MARC S. CASARINO / JAMES S. YODER<br>WHITE AND WILLIAMS LLP<br>824 N MARKET ST STE 902 - PO BOX 709<br>WILMINGTON, DE 19899-0709 | Claim Number: 3520<br>Claim Date: 06/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8136 (06/23/2010) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $276,993.07   UNLIQ |
|---|---|---|

---

| ANDRITZ INC.<br>C/O MARC S. CASARINO & JAMES S. YODER<br>WHITE AND WILLIAMS LLP<br>824 NORTH MARKET ST.,STE 902, PO BOX 709<br>WILMINGTON, DE 19899-0709 | Claim Number: 12032<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8136 (06/23/2010) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $7,462.10 |
|---|---|---|

---

| ANDRITZ LTD.<br>C/O ANDRITZ (USA) INC.<br>ATTN: DEBORAH B. ZINK<br>1115 NORTHMEADOW PKWY<br>ROSWELL, GA 30076 | Claim Number: 12875<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 8136 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $10,104.66 | Scheduled: | $10,029.55 |
|---|---|---|---|---|

---

| ANG, CHARLES<br>4668 DRAKESTONE CRESCENT<br>MISSISSAUGA, ON L5R 1K6<br>CANADA | Claim Number: 12760<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $9,282.29 |
|---|---|---|

---

| ANGST, CAROLYN<br>15 ROUTE 639<br>BLOOMSBURY, NJ 08804 | Claim Number: 10924<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ANGST, CAROLYN/ANGST, RAYMOND (DECEASED)<br>15 ROUTE 639<br>BLOOMSBURY, NJ 08804 | Claim Number: 13227<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| ANGUEIRA, ISRAEL<br>210 E 58TH STREET<br>HIALEAH, FL 33013-1246 | Claim Number: 4766<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| ANIXTER<br>ATTN: TOM WUICH<br>2301 PATRIOT BOULEVARD<br>GLENVIEW, IL 60026 | Claim Number: 5363<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $77,679.35 | Scheduled: | $74,106.08 |
|---|---|---|---|---|

---

| ANNAN & BIRD LITHOGRAPHERS, LTD.<br>ATTN: STEVE DOOREY<br>1060 TRISTAR DR<br>MISSISSAUGA, ON L5T 1H9<br>CANADA | Claim Number: 13294-01<br>Claim Date: 08/28/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD. |
|---|---|

| UNSECURED | Claimed: | $5,742.43 |
|---|---|---|

---

| ANNAN & BIRD LITHOGRAPHERS, LTD.<br>ATTN: STEVE DOOREY<br>1060 TRISTAR DR<br>MISSISSAUGA, ON L5T 1H9<br>CANADA | Claim Number: 13294-02<br>Claim Date: 08/28/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: DOCKET: 3259 (12/17/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,742.43 |
|---|---|---|

---

| ANNAN & BIRD LITHOGRAPHERS, LTD.<br>ATTN: STEVE DOOREY<br>1060 TRISTAR DR<br>MISSISSAUGA, ON L5T 1H9<br>CANADA | Claim Number: 13299<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 8495 (09/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $271,960.97 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $333,800.24 | Scheduled: | $807,394.35 UNLIQ |
| TOTAL | | $333,800.24 | | |

---

| ANNE ARUNDEL COUNTY, MARYLAND<br>ANNE ARUNDEL COUNTY FINANCE OFFICE<br>ATTN: BANKRUPTCY ADMINISTRATOR<br>P.O. BOX 2700, M.S. 1103<br>ANNAPOLIS, MD 21404 | Claim Number: 11508<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| SECURED | Claimed: | $3,347.99 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| ANNE ARUNDEL COUNTY, MARYLAND<br>ANNE ARUNDEL COUNTY FINANCE OFFICE<br>ATTN: BANKRUPTCY ADMINISTRATOR<br>P.O. BOX 2700, M.S. 1103<br>ANNAPOLIS, MD 21404 | Claim Number: 11509<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | |
| SECURED | Claimed: | $1,386.52 | | |

| | | | | |
|---|---|---|---|---|
| ANNE ARUNDEL COUNTY, MARYLAND<br>ANNE ARUNDEL COUNTY FINANCE OFFICE<br>ATTN: BANKRUPTCY ADMINISTRATOR<br>P.O. BOX 2700, M.S. 1103<br>ANNAPOLIS, MD 21404 | Claim Number: 11510<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | | |
| UNSECURED | Claimed: | $3,603.55 | | |

| | | | | |
|---|---|---|---|---|
| ANNE, PRUNCHUNAS<br>18531 PRAIRIE ST APT 112<br>NORTHRIDGE, CA 91324-3100 | Claim Number: 6735<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $152.89   UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| ANNEX-TRYCO<br>16340 LOWER HARBOR RD<br>SUITE 1<br>BROOKINGS, OR 97415 | Claim Number: 2385<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | | |
| UNSECURED | Claimed: | $224.90 | | |

| | | | | |
|---|---|---|---|---|
| ANTHONY FOREST PROD<br>PO BOX 1877<br>EL DORADO, AR 71730 | Claim Number: 5661<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>Amends claim 637. | | | |
| UNSECURED | Claimed: | $17,951.13 | Scheduled: | $35,902.27 |

| | | | | |
|---|---|---|---|---|
| ANTHONY FOREST PRODUCTS COMPANY<br>ATTN: RONNIE CLAY<br>P.O. BOX 1877<br>EL DORADO, AR 71731-1877 | Claim Number: 637<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED | Claimed: | $35,902.27 | | |

| | | | | |
|---|---|---|---|---|
| ANYTIME LABOR KANSAS<br>DBA LABOR MAX STAFFING<br>218 SOUTH ST., #201<br>EXCELSIOR SPRINGS, MO 64024 | Claim Number: 1572<br>Claim Date: 03/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | | |
| UNSECURED | Claimed: | $7,240.33 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

APEX SYSTEMS, INC.
440 COX RD. SUITE # 200
GLEN ALLEN, VA 23060

Claim Number: 5694
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $5,416.00 | Scheduled: | $5,416.00 |
|---|---|---|---|---|

API SUPPLY INC.
624 ARTHUR ST. NE
MINNEAPOLIS, MN 55413

Claim Number: 2052
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $886.06 | Scheduled: | $886.06 |
|---|---|---|---|---|

APOLLO ELECTRIC
330 N BASSE LN
BREA, CA 92821

Claim Number: 12254
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLE DUPLICATE OF 13177

| UNSECURED | Claimed: | $12,305.00 | Scheduled: | $12,305.00 |
|---|---|---|---|---|

APOLLO ELECTRIC, INC
C/O HALLSTROM KLEIN & WARD, LLP
DAVID T WARD, ATTORNEY
15615 ALTON PKWY SUITE 175
IRVINE, CA 92618

Claim Number: 13177
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $12,305.00 |
|---|---|---|

APOLLO PROPANE INC.
4020-118 AVENUE
EDMONTON, AB T5W 1A1
CANADA

Claim Number: 5806
Claim Date: 07/20/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $230.90 | Scheduled: | $185.02 |
|---|---|---|---|---|

APPEL, SHAWNETTE L.
C/O SANTEN & HUGHES
600 VINE STREET, SUITE 2700
CINCINNATI, OH 45202

Claim Number: 13598
Claim Date: 11/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $131,760.00 |
|---|---|---|

APPERTAIN CORP.
P.O. BOX 1010
PULASKI, TN 38478

Claim Number: 1394
Claim Date: 03/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $8,751.68 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

APPERTAIN CORPORATION
302 NORTH 8TH STREET
PULASKI, TN 38478

Claim Number: 7542
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,637.13 | Scheduled: | $4,126.45 |

APPLE CORRUGATED PACKAGING INC.
1346 N. MAIN
DUNCANVILLE, TX 75116

Claim Number: 12608
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,385.16 | Scheduled: | $46,919.90 |

APPLE CORRUGATED PACKAGING INC.
ATTN: B. GLASGON
1346 N. MAIN
DUNCANVILLE, TX 75116

Claim Number: 12609
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET 5738 (03/10/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $49,697.94 | |

APPLE DOOR SYSTEMS
2700 POCOSHOCK BLVD
RICHMOND, VA 23235

Claim Number: 3085
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 7553 (05/10/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,323.81 | |

APPLE DOOR SYSTEMS
2700 POCOSHOCK BLVD
RICHMOND, VA 23235

Claim Number: 4653
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,323.81 | Scheduled: | $1,323.81 |

APPLE LANE TECHNICAL SERVICES
213 MIDDLE CREEK RAOD
GILBERTSVILLE, PA 19525

Claim Number: 4576
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 8116 (06/22/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,252.85 | Scheduled: | $10,101.33 |

APPLETON PRODUCTIVE  SOLUTIONS INC
PO BOX 618
NEENAH, WI 54957-0618

Claim Number: 6255
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $29,351.94 | Scheduled: | $36,660.93 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

APPLICHEM, INC
5710 F ST
OMAHA, NE 68117

Claim Number: 2715
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,640.88 | Scheduled: | $6,640.88 |

APPLIED - MICHIGAN, LTD.
ONE APPLIED PLAZA
EAST 36TH STREET & EUCLID AVE.
ATTN: BETH ARVAI
CLEVELAND, OH 44115-5056

Claim Number: 10520
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,185.89 | | |

APPLIED CONTROL TECHNOLOGIES, INC.
810 DUTCH SQUARE BLVD, SUITE 395
COLUMBIA, SC 29210

Claim Number: 2142
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,251.00 | Scheduled: | $12,251.00 |

APPLIED INDUSTRIAL TECHNOLOGIES (07)
ONE APPLIED PLAZA
EAST 36TH STREET & EUCLID AVE.
ATTN: BETH ARVAI
CLEVELAND, OH 44115-5056

Claim Number: 10521
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $129,436.70 | Scheduled: | $5,926.55 |

APPLIED INDUSTRIAL TECHNOLOGIES (09)
-DIXIE, INC. ONE APPLIED PLAZA
EAST 36TH STREET & EUCLID AVENUE
ATTN: BETH ARVAI
CLEVELAND, OH 44115-5056

Claim Number: 10522
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,054.68 | Scheduled: | $16,694.36 |

APPLIED INDUSTRIAL TECHNOLOGIES -PA LLC
ONE APPLIED PLAZA
EAST 36TH STREET & EUCLID AVENUE
ATTN: BETH ARVAI
CLEVELAND, OH 44115-5056

Claim Number: 10518
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,139.92 | Scheduled: | $166,472.88 |

APPLIED INDUSTRIAL TECHNOLOGIES CA- LLC
ONE APPLIED PLAZA
EAST 36TH STREET & EUCLID AVENUE
ATTN: BETH ARVAI
CLEVELAND, OH 44115-5056

Claim Number: 10517
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,550.88 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

APPLIED INDUSTRIAL TECHNOLOGIES-DBB INC.
ONE APPLIED PLAZA
EAST 36TH STREET & EUCLID AVE.
ATTN: BETH ARVAI
CLEVELAND, OH 44115-5056

Claim Number: 10519
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $9,589.84 | Scheduled: | $950.62 |
|---|---|---|---|---|

---

APPLIED TECHNICAL SERVICE INC
1049 TRIAD COURT
MARIETTA, GA 30062

Claim Number: 13634
Claim Date: 11/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $118,825.51 |
|---|---|---|

---

AQUA DRILL INTERNATIONAL
1300 FM 646 EAST
DICKINSON, TX 77539

Claim Number: 994
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $14,011.00 | Scheduled: | $14,011.00 |
|---|---|---|---|---|

---

AQUA PERFECT, INC
4812 PETER PLACE
CINCINNATI, OH 45246

Claim Number: 12799
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $3,555.18 |
|---|---|---|

---

AQUA PURE / DOLPHIN CAPITAL
PO BOX 56
MOBERLY, MO 65270

Claim Number: 1297
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8407 (08/18/2010)

| UNSECURED | Claimed: | $554.31 | Scheduled: | $1,108.23 |
|---|---|---|---|---|

---

AQUAPURE / LEAF
P.O. BOX 644006
CINCINNATI, OH 45264

Claim Number: 298
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $881.61 |
|---|---|---|

---

AQUAPURE / LEAF
P.O. BOX 644006
CINCINNATI, OH 45264

Claim Number: 300
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8407 (08/18/2010)

| UNSECURED | Claimed: | $318.24 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

AQUAPURE WATER / DOLPHIN CAPITAL
PO BOX 644006
CINCINNATI, OH 45264

Claim Number: 290
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8378 (08/16/2010)

| UNSECURED | Claimed: | $25,207.49 |
|---|---|---|

---

AQUAPURE/DOLPHIN CAPITAL
PO BOX  644006
CINCINNATI, OH 45264

Claim Number: 13104
Claim Date: 09/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $23,037.45 |
|---|---|---|

---

AQUENT, LLC
ATTN: CARRIE H. POULOS
711 BOYLSTON ST
BOSTON, MA 02116

Claim Number: 4373
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $12,570.76 |
|---|---|---|

---

AQUILA, INC.
P.O. BOX 11690
KANSAS CITY, MO 64138

Claim Number: 207
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| UNSECURED | Claimed: | $13,998.58 |
|---|---|---|

---

AQUILA, INC.
P.O. BOX 11690
KANSAS CITY, MO 64138

Claim Number: 208
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $6,158.16 |
|---|---|---|

---

AQUILA, INC.
P.O. BOX 11690
KANSAS CITY, MO 64138

Claim Number: 209
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $18,149.86 |
|---|---|---|

---

AQUILA, INC.
P.O. BOX 11690
KANSAS CITY, MO 64138

Claim Number: 1700
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| UNSECURED | Claimed: | $6,574.54 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ARAIZA, RICARDO JR. | Claim Number: 728 |
| 1213 N 37TH AVE | Claim Date: 02/23/2009 |
| MELROSE PARK, IL 60160 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 7554 (05/10/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| ARAIZA, RICARDO, JR. | Claim Number: 9968 |
| 1213 N 37TH AVE | Claim Date: 08/25/2009 |
| MELROSE PARK, IL 60160 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 2343 (10/20/2009) |

| UNSECURED | Claimed: | $2,018.00 |

---

| ARAIZA, RICARDO, JR. | Claim Number: 10066 |
| 1213 N 37TH AVE | Claim Date: 08/25/2009 |
| MELROSE PARK, IL 60160 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $2,018.00 |

---

| ARAMARK REFRESHMENT | Claim Number: 4193 |
| 8723 FLORIDA MINING BLVD | Claim Date: 07/09/2009 |
| TAMPA, FL 33634-1259 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $1,523.95 |

---

| ARAMARK REFRESHMENT SERVICES | Claim Number: 1522 |
| 2885 SOUTH 171ST STREET | Claim Date: 03/16/2009 |
| NEW BERLIN, WI 53151 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $2,729.14 | Scheduled: | $2,811.99 |

---

| ARAMARK REFRESHMENT SERVICES | Claim Number: 2420 |
| 11118 - 117TH PLACE NE | Claim Date: 04/24/2009 |
| KIRKLAND, WA 98033 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $1,380.46 | Scheduled: | $1,184.82 |

---

| ARAMARK UNIFORM & CAREER APPAREL, LLC | Claim Number: 11151 |
| FKA ARAMARK UNIFORM & CAREER APPAREL INC | Claim Date: 08/27/2009 |
| C/O SHEILA R. SHWAGER - HAWLEY TROXELL | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| PO BOX 1617 | Comments: DOCKET: 8117 (06/22/2010) |
| BOISE, ID 83701 | |

| UNSECURED | Claimed: | $21,392.42 | Scheduled: | $27,232.72 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ARAMARK UNIFORM & CAREER APPAREL, LLC<br>FKA ARAMARK UNIFORM & CAREER APPAREL INC<br>C/O SHEILA R. SHWAGER - HAWLEY TROXELL<br>PO BOX 1617<br>BOISE, ID 83701 | Claim Number: 11183<br>Claim Date: 08/27/2009<br>Debtor: CALPINE CORRUGATED, LLC |
|---|---|

| UNSECURED | Claimed: | $13,842.98 | Scheduled: | $18,693.82 |
|---|---|---|---|---|

---

| ARBITRAGE MARCEL MORIN INC<br>366 BOUL. TACHE OUEST<br>MONTMAGNY, QC G5V 3R8<br>CANADA | Claim Number: 12765<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>Claim is out of balance. Claim out of balance |
|---|---|

| UNSECURED | Claimed: | $6,610.17  UNLIQ | Scheduled: | $5,646.05 |
|---|---|---|---|---|
| TOTAL | Claimed: | $980.10  UNLIQ | | |

---

| ARBORCON, INC/NORTH SUBURBAN TREE<br>404 MEADOW LARK LANE<br>GIBSONIA, PA 15044 | Claim Number: 971<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $4,688.26 |
|---|---|---|

---

| ARBORTECH FOREST PRODUCTS INC<br>500 DEARING AVENUE<br>BLACKSTONE, VA 23824 | Claim Number: 10613-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $95,336.64 |
|---|---|---|

---

| ARBORTECH FOREST PRODUCTS INC<br>500 DEARING AVENUE<br>BLACKSTONE, VA 23824 | Claim Number: 10613-02<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $95,336.64 |
|---|---|---|

---

| ARC SURVEYING & MAPPING<br>ATTN: JOHN F SAWYER, VP<br>5202 SAN JUAN AVENUE<br>JACKSONVILLE, FL 32210 | Claim Number: 12835<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
|---|---|

| UNSECURED | Claimed: | $6,804.50 |
|---|---|---|

---

| ARC SURVEYING AND MAPPING INC<br>5202 SAN JUAN AVENUE<br>JACKSONVILLE, FL 32234 | Claim Number: 12836<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8530 (09/13/2010) |
|---|---|

| UNSECURED | Claimed: | $6,804.50 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ARCADIS GERAGHTY & MILLER INC
PO BOX 547
DENVER, CO 80291

Claim Number: 7165
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $9,958.10 | Scheduled: | $9,958.10 |
|---|---|---|---|---|

ARCH TRAILER FINANCING INC
4800 BULWER AVE
SAINT LOUIS, MO 63147

Claim Number: 2089
Claim Date: 04/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8408 (08/18/2010)

| UNSECURED | Claimed: | $3,026.66 |
|---|---|---|

ARCH TRAILER SALES, INC
4800 BULWER AVE
SAINT LOUIS, MO 63147

Claim Number: 2090
Claim Date: 04/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8408 (08/18/2010)

| UNSECURED | Claimed: | $11,000.00 | Scheduled: | $9,790.00 |
|---|---|---|---|---|

ARCH WIRELESS (NASHVILLE)
PO BOX 4062
WOBURN, MA 01888-4062

Claim Number: 9425
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $117.60 |
|---|---|---|

ARCH WIRELESS (SOLON)
PO BOX 4062
WOBURN, MA 01888-4062

Claim Number: 9426
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $125.09 |
|---|---|---|

ARCHER DANIELS MIDLAND CO
68 ANNEX
P.O.BOX 102007
ATLANTA, GA 30368

Claim Number: 7478
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $1,347,330.46 |
|---|---|---|

ARCHER DANIELS MIDLAND COMPANY
CORPORATE CREDIT DEPARTMENT
4666 FARIES PARKWAY
DECATUR, IL 62526

Claim Number: 2151-01
Claim Date: 03/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $34,947.46 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ARCHER DANIELS MIDLAND COMPANY<br>CORPORATE CREDIT DEPARTMENT<br>4666 FARIES PARKWAY<br>DECATUR, IL 62526 | Claim Number: 2151-02<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $753,759.11 | |

| ARCHER DANIELS MIDLAND COMPANY<br>68 ANNEX<br>P.O. BOX 102007<br>ATLANTA, GA 30368 | Claim Number: 13923-01<br>Claim Date: 03/24/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $536,114.28 | |
| UNSECURED | Claimed: | $440,631.69 | Scheduled: $192,829.49 |

| ARCHER DANIELS MIDLAND COMPANY<br>68 ANNEX<br>P.O. BOX 102007<br>ATLANTA, GA 30368 | Claim Number: 13923-02<br>Claim Date: 03/24/2010<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $178,316.41 | |
| UNSECURED | Claimed: | $107,312.09 | Scheduled: $276,136.15 |

| ARCHIE P HAIRSTON & SONS<br>1230 COLUMBUS DR<br>BASSETT, VA 24055 | Claim Number: 7174<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,031.00 | Scheduled: $6,031.00 |

| ARCTIC REFRIGERATION INC<br>1501 S ENTERPRISE<br>SPRINGFIELD, MO 65804 | Claim Number: 5047<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | |

| ARD TRUCKING COMPANY, INC.<br>C. ALLEN ARD, PRESIDENT<br>1702 N. GOVERNOR WILLIAMS HWY.<br>DARLINGTON, SC 29540 | Claim Number: 14023<br>Claim Date: 05/10/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $322,766.46 | |

| ARD TRUCKING COMPANY, INC.<br>C. ALLEN ARD, PRESIDENT<br>1702 N. GOVERNOR WILLIAMS HWY.<br>DARLINGTON, SC 29540 | Claim Number: 14056<br>Claim Date: 06/21/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8408 (08/18/2010)<br>AMENDS CLAIM 14023 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $188,738.00 | Scheduled: $4,259.60 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| AREA DISPOSAL SERVICE, INC.<br>ATTN: KIM DIEGEL<br>PO BOX 9071<br>PEORIA, IL 61612-9071 | Claim Number: 1588<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,360.07 | Scheduled: | $1,338.58 |
|---|---|---|---|---|

| ARGO PARTNERS<br>TRANSFEROR: ONE SOURCE INDUSTRIAL SUPPLI<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 304<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,201.74 | Scheduled: | $10,932.18 |

| ARGO PARTNERS<br>TRANSFEROR: SERVICES SODEC INC.<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 883<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $22,861.37 | | |
|---|---|---|---|---|

| ARGO PARTNERS<br>TRANSFEROR: DIAL ONE WOLFEDALE ELECTRIC<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 1926<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>79,492.57 Canadian |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $61,847.77 |
|---|---|---|---|---|

| ARGO PARTNERS<br>TRANSFEROR: TRANSPORT PAPINEAU INTERNATI<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 2576-01<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $7,803.00 | | |
|---|---|---|---|---|

| ARGO PARTNERS<br>TRANSFEROR: TRANSPORT PAPINEAU INTERNATI<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 2576-02<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $71,154.67 | Scheduled: | $130,750.76 |
|---|---|---|---|---|

| ARGO PARTNERS<br>TRANSFEROR: TRANSPORT PAPINEAU INTERNATI<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 2577<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $20,693.04 | Scheduled: | $30,718.40 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ARGO PARTNERS<br>TRANSFEROR: TRANSPORT PAPINEAU INTERNATI<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 2578<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,824.00 |
|---|---|---|

---

| ARGO PARTNERS<br>TRANSFEROR: TRANSPORT PAPINEAU INTERNATI<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 2579<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,982.44 |
|---|---|---|

---

| ARGO PARTNERS<br>TRANSFEROR: TRANSPORT PAPINEAU INTERNATI<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 2580<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 3287 (12/18/2009)<br>$107,920.16 Canadian |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| ARGO PARTNERS<br>TRANSFEROR: TRANSPORT PAPINEAU INTERNATI<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 2613<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 3287 (12/18/2009)<br>$4,579.70 Canadian |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| ARGO PARTNERS<br>TRANSFEROR: TRANSPORT PAPINEAU INTERNATI<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 2614<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>$56,352.95 Canadian |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $77,980.71 |
|---|---|---|---|---|

---

| ARGO PARTNERS<br>TRANSFEROR: SERVICES DE PERSONNEL UNIQUE<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 2917<br>Claim Date: 05/12/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>111,365.44 CDN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| ARGO PARTNERS<br>TRANSFEROR: E & L LOGISTICS<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 2925<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 3287 (12/18/2009)<br>6,862.00 CDN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ARGO PARTNERS
TRANSFEROR: E & L LOGISTICS
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 2926
Claim Date: 05/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments:
51,916.17 CDN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $42,390.64 |

ARGO PARTNERS
TRANSFEROR: GANECA TRANSPORT DIV. TFI 11
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 2970
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8530 (09/13/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $98,914.81 | Scheduled: | $80,037.89 |

ARGO PARTNERS
TRANSFEROR: GHL TRANSPORT
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3137
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $90,300.23 | Scheduled: | $74,531.10 |

ARGO PARTNERS
TRANSFEROR: TRANSPORT GREGOIRE TFI 15 SE
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3231
Claim Date: 06/02/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
Claim for 8973.90 Canadian Dollars

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | |

ARGO PARTNERS
TRANSFEROR: TRANSPORT TFI6 (LANDRY)
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3234
Claim Date: 06/03/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $105.51 | Scheduled: | $892.00 |

ARGO PARTNERS
TRANSFEROR: TFI6 (MONTKAR)
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3235
Claim Date: 06/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,208.61 | |

ARGO PARTNERS
TRANSFEROR: TRANSPORT TFI2 (BESNER)
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3236
Claim Date: 06/03/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,579.33 | Scheduled: | $3,098.04 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ARGO PARTNERS
TRANSFEROR: TRANSPORT THIBODEAU INC.
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3238
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $19,937.56 | Scheduled: | $15,401.83 |
|---|---|---|---|---|

ARGO PARTNERS
TRANSFEROR: TRANSPORT THIBODEAU INC.
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3239
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $1,843.49 | Scheduled: | $191.39 |
|---|---|---|---|---|

ARGO PARTNERS
TRANSFEROR: S.G.T. 2000 INC.
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3241
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $7,078.33 | Scheduled: | $10,631.10 |
|---|---|---|---|---|

ARGO PARTNERS
TRANSFEROR: TRANSPORT TFI 1, S.E.C.
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3242
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $20,250.59 | Scheduled: | $26,374.22 |
|---|---|---|---|---|

ARGO PARTNERS
TRANSFEROR: TRANSPORT TFI 1, S.E.C.
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3243
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

ARGO PARTNERS
TRANSFEROR: TRANSPORT TFI 1, S.E.C.
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3244
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
Claim for 87,380.92 Canadian Dollars.

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

ARGO PARTNERS
TRANSFEROR: KINGSWAY TRANSPORT
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3507-01
Claim Date: 06/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ARGO PARTNERS
TRANSFEROR: KINGSWAY TRANSPORT
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3507-02
Claim Date: 06/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $1,690.98 | | |

---

ARGO PARTNERS
TRANSFEROR: MAG-TROL LONG BEACH, INC.
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3656
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $23,510.26 | Scheduled: | $23,252.07 |

---

ARGO PARTNERS
TRANSFEROR: NORTHLAND ELECTRIC
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3830
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $20,352.54 | Scheduled: | $20,352.54 |

---

ARGO PARTNERS
TRANSFEROR: PALMETTO PULPWOOD & TIMBER C
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 4368
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $35,611.93 | Scheduled: | $71,223.86 UNLIQ |

---

ARGO PARTNERS
TRANSFEROR: PLANT SERVICES INC
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 5109
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $24,478.00 | Scheduled: | $24,478.00 |

---

ARGO PARTNERS
TRANSFEROR: UNIPEX SOLUTIONS CANADA INC
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 5284
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $146,992.69 | Scheduled: | $147,312.80 |

---

ARGO PARTNERS
TRANSFEROR: ENTR BRIAN STANTON LTEE
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 5335
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $86,460.76 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ARGO PARTNERS
TRANSFEROR: NQP STARCH & CHEMICALS
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 5355-01
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3195 (12/16/2009)

| UNSECURED | Claimed: | $102,548.75 | Scheduled: | $173,979.75 |

---

ARGO PARTNERS
TRANSFEROR: NQP STARCH & CHEMICALS
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 5355-02
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET 3195 (12/16/2009)

| ADMINISTRATIVE | Claimed: | $71,431.00 |

---

ARGO PARTNERS
TRANSFEROR: SERVICE MATREC INC
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 6089
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $11,183.68 | Scheduled: | $5,940.00 |

---

ARGO PARTNERS
TRANSFEROR: JOHN BROOKS COMPANY LTD
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 6099-01
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 5768 (03/11/2010)

| ADMINISTRATIVE | Claimed: | $15,240.88 |

---

ARGO PARTNERS
TRANSFEROR: JOHN BROOKS COMPANY LTD
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 6099-02
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 5768 (03/11/2010)

| UNSECURED | Claimed: | $58,813.11 | Scheduled: | $56,973.27 |

---

ARGO PARTNERS
TRANSFEROR: CENTRAL DIE SUPPLIES INC
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 8021
Claim Date: 08/17/2009
Debtor: SMURFIT-MBI
Comments:
Claim amount of 101,541.20 Canadian Dollars.

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $84,165.23 |

---

ARGO PARTNERS
TRANSFEROR: KINGSWAY TRANSPORT
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 8240-01
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $20,875.25 | Scheduled: | $18,228.48 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ARGO PARTNERS
TRANSFEROR: KINGSWAY TRANSPORT
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 8240-02
Claim Date: 07/08/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $208.29 | | |

---

ARGO PARTNERS
TRANSFEROR: TRANSPORT GREGOIRE TFI 15 SE
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 8356
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $7,352.32 | Scheduled: | $7,380.46 |

---

ARGO PARTNERS
TRANSFEROR: LES ENTREPRISES BRIAN STANTO
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 8704
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $87,228.11 | | |

---

ARGO PARTNERS
TRANSFEROR: CORRPAR INDUSTRIES LTD
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 8762-01
Claim Date: 07/28/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $34,229.86 | | |

---

ARGO PARTNERS
TRANSFEROR: CORRPAR INDUSTRIES LTD
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 8762-02
Claim Date: 07/28/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 2534 (10/30/2009)

| ADMINISTRATIVE | Claimed: | $12,920.21 | | |

---

ARGO PARTNERS
TRANSFEROR: DIAL ONE WOLFEDALE ELECTRIC
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 8837
Claim Date: 07/31/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLE DUPLICATE OF 1926
Claim amount is $79,492.57 CDN

| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

ARGO PARTNERS
TRANSFEROR: L.V. LOMAS LIMITED
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 8982
Claim Date: 08/11/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $72,041.91 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ARGO PARTNERS<br>TRANSFEROR: MBI COREXCEL INC<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 8999<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $132,740.42 | Scheduled: | $131,177.13 |
|---|---|---|---|---|

| ARGO PARTNERS<br>TRANSFEROR: DEFENDER SERVICES, INC.<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 9831<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $56,033.08 | Scheduled: | $55,943.40 |
|---|---|---|---|---|

| ARGO PARTNERS<br>TRANSFEROR: GL&V CANADA INC<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 11030<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8900 (01/21/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ARGO PARTNERS<br>TRANSFEROR: GL V CANADA INC<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 11033-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8117 (06/22/2010)<br>Claimant asserts a claim amount of $226,357.59 CAD and $25,000.00 CAD |
|---|---|

| UNSECURED | Claimed: | $169,631.12   UNLIQ | Scheduled: | $218,972.89 |
|---|---|---|---|---|

| ARGO PARTNERS<br>TRANSFEROR: PERIMETER INDUSTRIES LTD<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 12250<br>Claim Date: 09/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $62,202.93 |
|---|---|---|
| UNSECURED | Claimed: | $78,472.29 |

| ARGO PARTNERS<br>TRANSFEROR: SCULLY DISTRIBUTION<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 12530<br>Claim Date: 09/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $151,068.00 | Scheduled: | $408,034.70 |
|---|---|---|---|---|
| TOTAL | Claimed: | $408,034.70 |

| ARGO PARTNERS<br>TRANSFEROR: SCULLY DISTRIBUTION<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | Claim Number: 12570<br>Claim Date: 09/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $135,034.70   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ARGO PARTNERS
TRANSFEROR: ENTREPRISES LARRY INC
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 13059
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $140,627.94 | Scheduled: | $142,769.02 |
|---|---|---|---|---|

ARGO PARTNERS
TRANSFEROR: PALMETTO PULPWOOD & TIMBER C
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 13638
Claim Date: 11/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3397 (12/23/2009)
Amends claim 4368.

| ADMINISTRATIVE | Claimed: | $35,611.93 | | |
|---|---|---|---|---|

ARGO PARTNERS, INC.
TRANSFEROR: FISHNET SECURITY, INC.
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 667
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $52,748.60 | Scheduled: | $52,748.60 |
|---|---|---|---|---|

ARGO PARTNERS, INC.
TRANSFEROR: TOTAL LOGISTICS GROUP OF COM
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 1077
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $30,223.98 | Scheduled: | $29,576.07 |
|---|---|---|---|---|

ARGO PARTNERS, INC.
TRANSFEROR: S.G.T. 2000 INC.
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3240
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
Claim for 203,526.58 Canadian Dollars.

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $168,733.96 |
|---|---|---|---|---|

ARGO PARTNERS, INC.
TRANSFEROR: C & B ENTERPRISES INC
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 4640
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $12,893.60 | Scheduled: | $12,893.60 |
|---|---|---|---|---|

ARGO PARTNERS, INC.
TRANSFEROR: VENTES CENTECH INC
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 8468-01
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $6,232.76 | Scheduled: | $6,232.76 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ARGO PARTNERS, INC.
TRANSFEROR: NEWALTA CORPORATION
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 13327
Claim Date: 08/04/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $65,939.48 | Scheduled: | $68,067.65 |
|---|---|---|---|---|

ARGONAUT BIOFUELS LLC
1376 FREDERICKS HALL ROAD
BUMPASS, VA 23024

Claim Number: 8134
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)

| UNSECURED | Claimed: | $38,946.60 | Scheduled: | $66,662.10 UNLIQ |
|---|---|---|---|---|

ARI MECHANICAL SERVICES INC
9201 E BLOOMINGTON FREEWAY
BLOOMINGTON, MN 55420

Claim Number: 5426
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)

| UNSECURED | Claimed: | $740.50 | Scheduled: | $740.50 |
|---|---|---|---|---|

ARIVEC PRP GROUP
C/O KING & SPALDING LLP
ATTN: CHARLES H. TISDALE JR.
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309-3521

Claim Number: 9415
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8445 (08/25/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

ARIZMENDI, BRAULIO
5086 RIDGLEA STREET
BUENA PARK, CA 90621

Claim Number: 6214
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

ARIZMENDI, BRAULIO SIGFRIDO
5086 RIDGLEA ST
BUENA PARK, CA 90621

Claim Number: 2697
Claim Date: 04/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

ARIZONA CHEMICAL CO
2 SOUTH EVERITT AVENUE
PANAMA CITY, FL 32401

Claim Number: 1542
Claim Date: 03/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $50,541.55 | Scheduled: | $50,632.55 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ARK-LA-TEX PUMP AND VALVE CO
7574 HWY 507 WEST
BIENVILLE, LA 71008

Claim Number: 3691
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,780.00 | Scheduled: | $18,780.00 |

---

ARK-LA-TEX VALVE LLC
7574 HWY. 507
BIENVILLE, LA 71008

Claim Number: 358
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $18,780.00 |

---

ARKANSAS DEPT. OF FINANCE AND ADMIN.
TIMBER SEVERANCE TAX
C/O OFFICE OF REVENUE LEGAL COUNSEL
P.O. BOX 1272, ROOM 2380
LITTLE ROCK, AR 72203-1272

Claim Number: 1810
Claim Date: 03/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $301.01 |

---

ARKANSAS DEPT. OF FINANCE AND ADMIN.
TIMBER SEVERANCE TAX
C/O OFFICE OF REVENUE LEGAL COUNSEL
P.O. BOX 1272, ROOM 2380
LITTLE ROCK, AR 72203-1272

Claim Number: 6893
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $765.60 |

---

ARKANSAS PULPWOOD CO INC
PO BOX 752
CAMDEN, AR 71701

Claim Number: 7526
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,749.04 | Scheduled: | $19,498.09 UNLIQ |

---

ARKANSAS TRAILER MFG CO
PO BOX 4080
LITTLE ROCK, AR 72214

Claim Number: 5139
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

ARKANSAS TRAILER MFG CO
ATTN: PHIL HUSTON
PO BOX 4080
LITTLE ROCK, AR 72214

Claim Number: 8405
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | |
|---|---|
| ARKEMA INC., C/O LEGACY SITE SERVICES LLC ( AGENT FOR ARKEMA ) 468 THOMAS JONES WAY- SUITE 150 EXTON, PA 19341 | Claim Number: 11898 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8879 (01/06/2011) |

UNSECURED          Claimed:                    $0.00   UNDET

---

| | |
|---|---|
| ARKEMA INC., C/O LEGACY SITE SERVICES LLC (AGENT FOR ARKEMA INC.) ATTN: KAREN TRAEGER, OF COUNSEL 468 THOMAS JONES WAY - SUITE 150 EXTON, PA 19341-2528 | Claim Number: 11899 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8879 (01/06/2011) |

ADMINISTRATIVE          Claimed:                    $0.00   UNDET

---

| | |
|---|---|
| ARKEMA INC., C/O LEGACY SITE SERVICES LLC (AGENT FOR ARKEMA INC.) ATTN: KAREN TRAEGER, OF COUNSEL 468 THOMAS JONES WAY-SUITE 150 EXTON, PA 19341-2528 | Claim Number: 13969 Claim Date: 04/09/2010 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8879 (01/06/2011) |

UNSECURED          Claimed:              $8,042,960.00   UNLIQ

---

| | |
|---|---|
| ARKEMA INC., C/O LEGACY SITE SERVICES LLC (AGENT FOR ARKEMA INC.) ATTN: KAREN TRAEGER, OF COUNSEL 468 THOMAS JONES WAY-SUITE 150 EXTON, PA 19341-2528 | Claim Number: 13970 Claim Date: 04/09/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8879 (01/06/2011) |

UNSECURED          Claimed:              $8,042,960.00   UNLIQ

---

| | |
|---|---|
| ARLINGTON INDEPENDENT SCHOOL DISTRICT ELIZABETH BANDA PERDUE BRANDON FIELDER COLLINS MOTT LLP P.O. BOX 13430 ARLINGTON, TX 76094-0430 | Claim Number: 57 Claim Date: 02/04/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 5738 (03/10/2010) |

SECURED          Claimed:                  $215,011.54

---

| | |
|---|---|
| ARLINGTON INDEPENDENT SCHOOL DISTRICT ELIZABETH BANDA PERDUE BRANDON FIELDER COLLINS MOTT LLP P.O. BOX 13430 ARLINGTON, TX 76094-0430 | Claim Number: 1100 Claim Date: 03/06/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 2760 (11/16/2009) |

SECURED          Claimed:                  $215,011.54

---

| | |
|---|---|
| ARLINGTON INDEPENDENT SCHOOL DISTRICT ELIZABETH BANDA PERDUE BRANDON FIELDER COLLINS MOTT LLP P.O. BOX 13430 ARLINGTON, TX 76094-0430 | Claim Number: 1101 Claim Date: 03/06/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 2760 (11/16/2009) |

SECURED          Claimed:                    $1,530.15

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ARLINGTON INDEPENDENT SCHOOL DISTRICT<br>C/O ELIZABETH BANDA, PERDUE, BRANDON,<br>FIELDER, COLLINS & MOTT, L.L.P.<br>PO BOX 13430<br>ARLINGTON, TX 76094-0430 | Claim Number: 2824<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) |
|---|---|

| SECURED | Claimed: | $351,658.33 |
|---|---|---|

| ARLINGTON INDEPENDENT SCHOOL DISTRICT<br>BANDA, ELIZABETH<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | Claim Number: 3038<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| SECURED | Claimed: | $351,658.33 |
|---|---|---|

| ARMACEL PTY LTD<br>6/22 NARABANG WAY<br>BELLROSE, 2085<br>AUSTRALIA | Claim Number: 13546<br>Claim Date: 11/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,145.54 |
|---|---|---|

| ARMORY MASTER FUND LTD<br>TRANSFEROR: SEAPORT LOAN PRODUCTS LLC<br>360 MADISON AVE. 22ND FLOOR<br>NEW YORK, NY 10017 | Claim Number: 2893<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8127 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $483,170.44 | Scheduled: | $485,670.44 |
|---|---|---|---|---|

| ARMS TRUCKING CO INC<br>PO BOX 369<br>EAST CLARIDON, OH 44033 | Claim Number: 8104<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $7,274.25 | Scheduled: | $7,274.22 |
|---|---|---|---|---|

| ARMSTRONG, BILLIE U<br>423 EAST AVE A<br>WAURIKA, OK 73573 | Claim Number: 6288<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ARNOLD INDUSTRIES SOUTH, INC.<br>1601 N.E. 6TH AVE.<br>OCALA, FL 34470-3642 | Claim Number: 2124<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $850.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ARNOLD MACHINERY CO<br>PO BOX 30020<br>SALT LAKE CITY, UT 84130 | Claim Number: 5358<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $28,044.92 | Scheduled: | $27,958.11 |
|---|---|---|---|---|

| ARODAL<br>PO BOX 58344<br>TUKWILA, WA 98138 | Claim Number: 6350<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,872.93 | Scheduled: | $1,035.00 |
|---|---|---|---|---|

| ARODAL SERVICES (ONTARIO) LTD.<br>UNIT # 8, 6150 KENNEDY ROAD<br>ATTN: SANDY SNEDDON, CFO<br>MISSISSAUGA, ON L5T 2J4<br>CANADA | Claim Number: 8864<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $4,669.03 | Scheduled: | $4,614.05 |
|---|---|---|---|---|

| ARONSON & JOHNSON & ORTIZ, LP<br>230 SOUTH BROAD ST<br>TWENTIETH FLOOR<br>ATTN: JOSEPH F. DIETRICK<br>PHILADELPHIA, PA 19102 | Claim Number: 12485<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) |
|---|---|

| UNSECURED | Claimed: | $16,141.12 |
|---|---|---|

| ARPAC STORAGE SYSTEMS CORPORATION<br>ATTN: JIM KNECHTEL<br>7663 PROGRESS WAY<br>DELTA, BC V4G 1A2<br>CANADA | Claim Number: 8537<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) |
|---|---|

| UNSECURED | Claimed: | $1,912.24 | Scheduled: | $9,243.41 |
|---|---|---|---|---|

| ARPENTAGES FRENETTE SURVEYS INC<br>ATTN: ROBERT FRENETTE<br>531 ASPEN STREET<br>NORTH TETABOUCHE, NB E2A 4Z1<br>CANADA | Claim Number: 12793<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $7,406.47 | Scheduled: | $7,319.25 |
|---|---|---|---|---|

| ARRANT, LESSIE C.<br>1023 BEAR CREEK ROAD<br>QUITMAN, LA 71268 | Claim Number: 10299<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ARRINGTON, THOMAS L<br>P.O. BOX 184<br>FLOMATON, AL 36441 | Claim Number: 9155<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
| --- | --- |

| UNSECURED | Claimed: | $25,000.00 UNLIQ |
| --- | --- | --- |

---

| ARROCHEM, INC.<br>P.O. BOX 5<br>MOUNT HOLLY, NC 28120 | Claim Number: 1005<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
| --- | --- |

| UNSECURED | Claimed: | $4,123.13 | Scheduled: | $4,123.13 |
| --- | --- | --- | --- | --- |

---

| ARROWHEAD ENVIRONMENTAL SERVICES, LLC<br>MICHAEL D. LUTER, PRESIDENT<br>P.O. BOX 217<br>WINDSOR, VA 23487 | Claim Number: 3471<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| --- | --- |

| UNSECURED | Claimed: | $21,340.00 | Scheduled: | $18,840.00 |
| --- | --- | --- | --- | --- |

---

| ARROYO, VICTOR M<br>95 OHIO AVE<br>BRIDGEPORT, CT 06610 | Claim Number: 5936<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| --- | --- |

| UNSECURED | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

---

| ARRUDA, CHRISTOPHER<br>1764 SHAMROCK CIRCLE<br>MINDEN, NV 89423 | Claim Number: 11008<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| --- | --- |

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

---

| ARS MARKETING INC<br>309 HUNTERS RIDGE<br>DILLON, SC 29536 | Claim Number: 4043<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| --- | --- |

| UNSECURED | Claimed: | $475.79 | Scheduled: | $475.79 |
| --- | --- | --- | --- | --- |

---

| ARS SERVICE EXPRESS<br>PO BOX 40505<br>NASHVILLE, TN 37204 | Claim Number: 6062<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
| --- | --- |

| UNSECURED | Claimed: | $8,889.75 | Scheduled: | $8,889.75 |
| --- | --- | --- | --- | --- |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ART SAYLOR LOGGING<br>343 SLAB HILL ROAD<br>OAK HILL, OH 45656 | Claim Number: 10454-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $15,718.32 | | |
|---|---|---|---|---|

| ART SAYLOR LOGGING<br>343 SLAB HILL ROAD<br>OAK HILL, OH 45656 | Claim Number: 10454-02<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $16,246.88 | Scheduled: | $68,296.60 UNLIQ |
|---|---|---|---|---|

| ARTHUR LOUIS STEEL COMPANY, THE<br>505 WEST 51ST STREET<br>ASHTABULA, OH 44004 | Claim Number: 615<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $849.70 | Scheduled: | $849.70 |
|---|---|---|---|---|

| ARTLOW SYSTEMS INC<br>170 S GARY AVENUE<br>CAROL STREAM, IL 60188 | Claim Number: 12227<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $25,600.00 | Scheduled: | $25,600.00 |
|---|---|---|---|---|

| ASAP TRAINING INC<br>105 SHEILA DRIVE<br>WEST MONROE, LA 71291 | Claim Number: 11180<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $2,535.00 | Scheduled: | $2,535.00 |
|---|---|---|---|---|

| ASBELL TRUCK CENTER<br>PO BOX 1089<br>MIDDLEBURG, FL 32050-1089 | Claim Number: 4645<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $2,823.80 | Scheduled: | $2,777.42 |
|---|---|---|---|---|

| ASC CONSTRUCTION EQUIPMENT INC<br>PO BOX 534366<br>ATLANTA, GA 30353-4366 | Claim Number: 6471<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $124.70 | Scheduled: | $124.70 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ASC CONSTRUCTION EQUIPMENT USA INC
PO BOX 534366
4025 MIKE PADGETT HIGHWAY
ATLANTA, GA 30353

Claim Number: 6472
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $7,820.84 | Scheduled: | $7,166.86 |

---

ASC CONSTRUCTION EQUIPMENT USA, INC
PO BOX 534366
ATLANTA, GA 30353-4366

Claim Number: 6929
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $3,112.84 |

---

ASCHNER, CLAIRE
# 11R
36 ISABELLA DR
MANCHESTER, NJ 08759

Claim Number: 11574
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $3,250.00 |

---

ASD NUTRITION CENTER
1307 LABAR STREET
ANCHORAGE, AK 99515

Claim Number: 6704
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $100.40 |

---

ASHCRAFT, TRACI M. & STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY
ZEEHANDELAR, SABATINO & ASSOCIATES LLC
471 EAST BROAD ST STE 1200
COLUMBUS, OH 43215

Claim Number: 3788
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $20,873.45 |

---

ASHLAND INC.
COLLECTION DEPT
P O BOX 2219
COLUMBUS, OH 43216

Claim Number: 2989-01
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3195 (12/16/2009)

| UNSECURED | Claimed: | $421,353.01 | Scheduled: | $275,290.91 |

---

ASHLAND INC.
COLLECTION DEPT
P O BOX 2219
COLUMBUS, OH 43216

Claim Number: 2989-02
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 3195 (12/16/2009)

| ADMINISTRATIVE | Claimed: | $127,788.30 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ASHLAND, INC. | | Claim Number: 10668 | | |
| C/O REGINALD W. JACKSON, ESQ. | | Claim Date: 08/26/2009 | | |
| VORYS, SATER, SEYMOUR AND PEASE LLP | | Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| 52 EAST GAY STREET | | Comments: EXPUNGED | | |
| COLUMBUS, OH 43215 | | DOCKET: 2760 (11/16/2009) | | |
| | | | | |
| ADMINISTRATIVE | Claimed: | $128,040.30 | | |
| UNSECURED | Claimed: | $421,101.01 | | |

---

| ASHLEY LOGGING COMPANY, LLC | | Claim Number: 756 | | |
| 24126 THE TRAIL | | Claim Date: 02/23/2009 | | |
| MATTAPONI, VA 23110 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 4132 (01/14/2010) | | |
| | | | | |
| UNSECURED | Claimed: | $26,184.65 | | |

---

| ASHLEY LOGGING COMPANY, LLC | | Claim Number: 1346 | | |
| 24126 THE TRAIL | | Claim Date: 03/09/2009 | | |
| MATTAPONI, VA 23110 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| | | Comments: DOCKET: 3286 (12/18/2009) | | |
| | | | | |
| UNSECURED | Claimed: | $11,766.68 | Scheduled: | $23,533.37 UNLIQ |

---

| ASHLEY, JAMES E. JR. | | Claim Number: 9272 | | |
| 3007 W MARTINS GRANT CIRCLE | | Claim Date: 08/21/2009 | | |
| RICHMOND, VA 23235 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| | | Comments: DOCKET: 5047 (02/16/2010) | | |
| | | | | |
| UNSECURED | Claimed: | $159,560.00 | Scheduled: | $159,560.00 |

---

| ASHTABULA COUNTY TREASURER | | Claim Number: 9115 | | |
| 25 W JEFFERSON ST. | | Claim Date: 08/19/2009 | | |
| JEFFERSON, OH 44047 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 8120 (06/22/2010) | | |
| | | | | |
| SECURED | Claimed: | $46,454.28 | | |

---

| ASM BLUE LLC | | Claim Number: 11662 | | |
| TRANSFEROR: ASTEN JOHNSON INC. | | Claim Date: 08/28/2009 | | |
| C/O ASM CAPITAL | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| 7600 JERICHO TURNPIKE SUITE 302 | | Comments: DOCKET: 5045 (02/16/2010) | | |
| WOODBURY, NY 11797 | | | | |
| | | | | |
| UNSECURED | Claimed: | $508,533.78 | Scheduled: | $148,712.81 |

---

| ASM BLUE, LLC | | Claim Number: 161 | | |
| TRANSFEROR: AMERICAN DIE CO., INC. | | Claim Date: 02/09/2009 | | |
| C/O ASM CAPITAL | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| 7600 JERICHO TURNPIKE SUITE 302 | | Comments: DOCKET: 6649 (04/07/2010) | | |
| WOODBURY, NY 11797 | | | | |
| | | | | |
| UNSECURED | Claimed: | $71,087.80 | Scheduled: | $67,418.05 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ASM BLUE, LLC<br>TRANSFEROR: AIR RELIEF, INC<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 471<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $53,797.90 | Scheduled: | $55,036.23 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: ESTABROOK CORP., THE<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 622<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $99,604.05 | Scheduled: | $100,875.17 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: NATIONAL WIRE FABRIC INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 717<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $91,546.96 | Scheduled: | $90,346.96 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: JOHN H. COOPER ELECTRICAL CO<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 767<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010) |
|---|---|

| SECURED | Claimed: | $252,414.41 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $212,114.35 |

---

| ASM BLUE, LLC<br>TRANSFEROR: TRIANGLE DIES AND SUPPLIES INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 851<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $77,404.81 | Scheduled: | $73,042.30 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: D.K. SERVICES, INC.<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1032<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $336,159.05 | Scheduled: | $336,159.05 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: CAPITAL FIRE PROTECTION CO.<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1058<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $76,704.99 | Scheduled: | $70,883.57 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ASM BLUE, LLC<br>TRANSFEROR: COASTAL SALES, INC.<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1643<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $98,000.17 | Scheduled: | $188,945.17 |
|---|---|---|---|---|

| ASM BLUE, LLC<br>TRANSFEROR: FLUKE TRANSPORTATION GROUP<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1725<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $62,656.23 | Scheduled: | $63,539.62 |
|---|---|---|---|---|

| ASM BLUE, LLC<br>TRANSFEROR: JONCO DIE COMPANY, INC<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 1939<br>Claim Date: 04/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $389,070.01 | Scheduled: | $484,383.93 |
|---|---|---|---|---|

| ASM BLUE, LLC<br>TRANSFEROR: EAGLE LOGISTICS, INC.<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2087<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5734 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $45,252.00 | Scheduled: | $103,126.50  UNLIQ |
|---|---|---|---|---|

| ASM BLUE, LLC<br>TRANSFEROR: D & A PALLETS, INC.<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2193<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $152,197.00 | Scheduled: | $131,171.63 |
|---|---|---|---|---|

| ASM BLUE, LLC<br>TRANSFEROR: EXXONMOBIL OIL CORPORATION<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2368-01<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $555,894.39 | Scheduled: | $851,918.70  UNLIQ |
|---|---|---|---|---|

| ASM BLUE, LLC<br>TRANSFEROR: EXXONMOBIL OIL CORPORATION<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2368-02<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 3397 (12/23/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $146,206.56 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ASM BLUE, LLC
TRANSFEROR: HARMAC INC.
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2462
Claim Date: 04/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $106,231.00 | Scheduled: | $103,881.00 |

---

ASM BLUE, LLC
TRANSFEROR: SEC EQUIPMENT CORPORATION
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2499
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $68,797.29 | Scheduled: | $68,855.25 |

---

ASM BLUE, LLC
TRANSFEROR: FAB EXPRESS, INC.
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2564
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $164,860.35 | Scheduled: | $508,009.44 UNLIQ |

---

ASM BLUE, LLC
TRANSFEROR: CONVOY SYSTEMS, LLC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2759
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $131,527.92 | Scheduled: | $130,289.95 |

---

ASM BLUE, LLC
TRANSFEROR: EAM-MOSCA CORP.
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2790-01
Claim Date: 05/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8897 (01/20/2011)

| UNSECURED | Claimed: | $741,626.82 | Scheduled: | $733,386.83 UNLIQ |

---

ASM BLUE, LLC
TRANSFEROR: EAM-MOSCA CORP.
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2790-02
Claim Date: 05/07/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: ALLOWED
DOCKET: 8897 (01/20/2011)

| UNSECURED | Claimed: | $2,666.62 |

---

ASM BLUE, LLC
TRANSFEROR: EAM-MOSCA CORP.
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2790-03
Claim Date: 05/07/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 8897 (01/20/2011)

| UNSECURED | Claimed: | $2,241.60 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ASM BLUE, LLC<br>TRANSFEROR: VHI TRANSPORT<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2800<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $53,629.85 | | |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: JOHN H. DZWIL MASONRY CONTRA<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2802<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010) |
|---|---|

| SECURED | Claimed: | $35,409.27 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $62,908.98 |

---

| ASM BLUE, LLC<br>TRANSFEROR: JOHN H. DZWIL MASONRY CONTRA<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2803<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010) |
|---|---|

| SECURED | Claimed: | $27,876.94 | | |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: RUSCO PACKAGING, INC.<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2906<br>Claim Date: 05/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $72,990.93 | Scheduled: | $73,127.62 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: PREMIER STAFFING, INC.<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 3264<br>Claim Date: 06/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $59,906.95 | Scheduled: | $60,361.35 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: TMI COOLING TOWERS, LLC<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 3388<br>Claim Date: 06/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $112,509.54 | Scheduled: | $112,509.54 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: R.W. GRIFFIN INDUSTRIES, LLC<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 3442<br>Claim Date: 06/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1329 (07/28/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $12,088.80 | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ASM BLUE, LLC
TRANSFEROR: R.W. GRIFFIN INDUSTRIES, INC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3443
Claim Date: 06/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $12,088.80 | | |
| UNSECURED | Claimed: | $49,051.49 | | |

---

ASM BLUE, LLC
TRANSFEROR: MCLEOD EXPRESS, LLC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3503
Claim Date: 06/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $61,578.98 | Scheduled: | $130,497.16 UNLIQ |

---

ASM BLUE, LLC
TRANSFEROR: ALLIANCE MACHINE SYSTEMS INT
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3506-01
Claim Date: 06/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $562,768.35 | Scheduled: | $30,085.77 |

---

ASM BLUE, LLC
TRANSFEROR: ALLIANCE MACHINE SYSTEMS INT
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3506-02
Claim Date: 06/24/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: DOCKET 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,164.60 | Scheduled: | $9,665.23 |

---

ASM BLUE, LLC
TRANSFEROR: ALLIANCE MACHINE SYSTEMS INT
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3506-03
Claim Date: 06/24/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,324.80 | Scheduled: | $3,372.13 |

---

ASM BLUE, LLC
TRANSFEROR: ALLIANCE MACHINE SYSTEMS INT
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3506-04
Claim Date: 06/24/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: DOCKET 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $408.43 | Scheduled: | $319.40 |

---

ASM BLUE, LLC
TRANSFEROR: INTEGRATED POWER SERVICES
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3570
Claim Date: 06/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $340,835.31 | Scheduled: | $229,189.78 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ASM BLUE, LLC<br>TRANSFEROR: MRO INC<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 3638<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $122,746.00 | Scheduled: | $122,746.00 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: UNITED LIGHTING AND SUPPLY C<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 3669<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $66,348.51 | Scheduled: | $66,267.01 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: ROCCUS LOGISTICS, LLC<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 3840<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $56,034.89 | Scheduled: | $54,302.56 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: ALLIED GRAPHICS (CHESTERFIEL<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 4148<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $33,868.55 | Scheduled: | $33,868.55 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: CLOSE TRUCKING LTD<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 4216<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $43,491.24 | Scheduled: | $131,991.24 UNLIQ |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: BRIAN THOMAS INDUSTRIES INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 4316<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $27,890.63 | Scheduled: | $27,890.63 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: BREWTON CHIPS OF WINN PARISH<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 4318<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $22,266.34 | Scheduled: | $44,532.69 UNLIQ |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ASM BLUE, LLC<br>TRANSFEROR: WESTSIDE ELECTRIC INC<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 4404<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $129,092.86 | Scheduled: | $129,092.86 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: SHARKEY MACHINE SERVICES INC<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 4672<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $85,754.21 | Scheduled: | $85,754.21 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: SHARPER IMAGE ENGRAVERS INC<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 4917<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $71,192.50 | Scheduled: | $71,962.50 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: DTS TRUCK DIVISION<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 5065<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $5,954.56 | Scheduled: | $26,222.88 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: DISTRIBUTION TRANSPORTATION SERVICE<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 5066<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $35,340.52 | Scheduled: | $22,685.94 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: INNOVATIVE PACKAGING CONCEPT<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 5251<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 3161 (12/15/2009) |
|---|---|

| UNSECURED | Claimed: | $149,168.00 | Scheduled: | $149,168.25 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: LIMEHOUSE AND SONS INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 5747<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $49,586.56 | Scheduled: | $59,586.56 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ASM BLUE, LLC<br>TRANSFEROR: FLS TRANSPORTATION SERVICES<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 6038<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $133,126.60 | Scheduled: | $113,422.72 |
|---|---|---|---|---|

| ASM BLUE, LLC<br>TRANSFEROR: HOGAN TRANSPORTS INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 6085<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $226,968.88 | Scheduled: | $235,174.82 |
|---|---|---|---|---|

| ASM BLUE, LLC<br>TRANSFEROR: HOGAN LOGISTICS INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 6086<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,709.54 | Scheduled: | $12,004.38 |
|---|---|---|---|---|

| ASM BLUE, LLC<br>TRANSFEROR: R.W GRIFFIN INDUSTRIES, LLC<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 6093<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $49,051.49 | Scheduled: | $59,229.22 |
|---|---|---|---|---|

| ASM BLUE, LLC<br>TRANSFEROR: SMITH SERVICES INC<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 6254<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $451,397.12 | Scheduled: | $456,981.12 |
|---|---|---|---|---|

| ASM BLUE, LLC<br>TRANSFEROR: ELECTRICAL EQUIPMENT CO<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7074<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $387,873.35 |
|---|---|---|

| ASM BLUE, LLC<br>TRANSFEROR: CV LOGISTICS INC<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7204<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $118,177.39 | Scheduled: | $206,720.40  UNLIQ |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ASM BLUE, LLC<br>TRANSFEROR: PROFERO SYSTEMS INC<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7341<br>Claim Date: 08/07/2009<br>Debtor: CALPINE CORRUGATED, LLC |
|---|---|

| UNSECURED | Claimed: | $854.39 | Scheduled: | $854.39 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: PROFERO SYSTEMS INC<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7342<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC. |
|---|---|

| UNSECURED | Claimed: | $2,678.00 | Scheduled: | $2,678.00 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: PROFERO SYSTEMS INC<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7343<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $67,241.82 | Scheduled: | $108,869.82 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: SPRAGUE ENERGY CORP<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7355<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $132,424.12 | Scheduled: | $92,301.55 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: AICOMP CONSULTING, INC<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7472<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $324,066.55 | Scheduled: | $300,918.94 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: D AND D MECHANICAL INC<br>7600 JERICHO TURNPIKE  SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7822<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $220,176.47 | Scheduled: | $261,213.03 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: HOGAN MOTOR LEASING INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 8025<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>Amends claim 6415. |
|---|---|

| UNSECURED | Claimed: | $31,694.77 | Scheduled: | $8,921.08 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ASM BLUE, LLC
TRANSFEROR: MARRLIN TRANSIT INC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 8140
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $227,494.81 | Scheduled: | $232,150.90 |
|---|---|---|---|---|

---

ASM BLUE, LLC
TRANSFEROR: ITW SHIPPERS PRODUCTS
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 9192
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6353 (03/29/2010)

| UNSECURED | Claimed: | $152,131.69 | Scheduled: | $152,087.19 |
|---|---|---|---|---|

---

ASM BLUE, LLC
TRANSFEROR: NORFALCO, INC. F/K/A NORFALC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 9674-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4964 (02/12/2010)
Amends claim 45

| UNSECURED | Claimed: | $48,610.11 | Scheduled: | $101,626.99 |
|---|---|---|---|---|

---

ASM BLUE, LLC
TRANSFEROR: NORFALCO LLC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 9674-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4964 (02/12/2010)

| ADMINISTRATIVE | Claimed: | $54,691.60 |
|---|---|---|

---

ASM BLUE, LLC
TRANSFEROR: HUMBOLDT UTILITIES
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 9723
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $134,710.62 |
|---|---|---|

---

ASM BLUE, LLC
TRANSFEROR: TRU FIT STEEL RULE DIES
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 9799-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)

| ADMINISTRATIVE | Claimed: | $5,863.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $56,497.00 |

---

ASM BLUE, LLC
TRANSFEROR: TRU FIT STEEL RULE DIES
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 9799-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)

| UNSECURED | Claimed: | $49,855.00 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ASM BLUE, LLC
TRANSFEROR: SLT SERVICES INC
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 9853
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $104,186.00 | Scheduled: | $104,186.00 |
|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: A & S STEEL GROUP
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 9971
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $64,754.77 | Scheduled: | $67,772.27 |
|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: NU WAY TRANSPORTATION SRV.
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 10618
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $99,747.24 | Scheduled: | $359,747.24  UNLIQ |
|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: TECHNICAL ASSOCIATES OF GEOR
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 10754
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $77,407.00 | Scheduled: | $104,959.00 |
|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: SOUTHERN WIRE
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 10996
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $229,333.33 | Scheduled: | $193,521.30 |
|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: TRIPLE CROWN SERVICS
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 11052
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $230,949.40 | Scheduled: | $205,760.69 |
|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: LOGAN CONTRACTING GROUP INC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 11493
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $157,074.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ASM BLUE, LLC
TRANSFEROR: VSP TECHNOLOGIES
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 11879
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $90,207.17 | Scheduled: | $104,144.82 |

---

ASM BLUE, LLC
TRANSFEROR: RMR MECHANICAL, INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 12264
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $209,927.20 | Scheduled: | $214,785.47 |

---

ASM BLUE, LLC
TRANSFEROR: MIGHTY TRANSPORTATION
SERVICES
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 13544
Claim Date: 11/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $139,173.75 | Scheduled: | $199,173.75  UNLIQ |

---

ASM BLUE, LLC
TRANSFEROR: HUMBOLDT UTILITIES
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 13711
Claim Date: 12/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
claim amends claim 9723

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $134,710.62 | Scheduled: | $86,365.02 |

---

ASM BLUE, LLC
TRANSFEROR: VSP TECHNOLOGIES
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 13772
Claim Date: 01/22/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $17,976.37 | | |
| UNSECURED | Claimed: | $108,183.54 | | |

---

ASM BLUE, LLC
TRANSFEROR: SOUTHERN WIRE, A DIVISION OF
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 13817
Claim Date: 02/11/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claim 13819

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $39,777.51 | Scheduled: | $50,495.31 |

---

ASM BLUE, LLC
TRANSFEROR: SOUTHERN WIRE, A DIVISION OF
SOUTHERN SPECIALTY SERVICE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 13819
Claim Date: 02/11/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,069.53 | Scheduled: | $1,069.53 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ASM BLUE, LLC<br>TRANSFEROR: ELECTRICAL EQUIPMENT CO<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 13840<br>Claim Date: 02/22/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $387,873.35 | Scheduled: | $24,744.38 |
|---|---|---|---|---|

---

| ASM BLUE, LLC<br>TRANSFEROR: EXXONMOBIL OIL CORPORATION<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 13938<br>Claim Date: 03/26/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $146,206.56 |
|---|---|---|
| UNSECURED | Claimed: | $602,327.41 |

---

| ASM CAPITAL<br>TRANSFEROR: ADVANCE FINISHING & DISPLAY<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 3595-01<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1329 (07/28/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $76,210.08 |
|---|---|---|

---

| ASM CAPITAL<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 3595-02<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $13,100.10 | Scheduled: | $89,375.95 |
|---|---|---|---|---|

---

| ASM CAPITAL<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 5642<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $129,178.19 | Scheduled: | $127,078.15 |
|---|---|---|---|---|

---

| ASM CAPITAL<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 13758<br>Claim Date: 01/08/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>Amends claim 5205. |
|---|---|

| UNSECURED | Claimed: | $5,119.00 |
|---|---|---|

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: HARTT TRANSPORTATION<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 180<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,257.30 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ASM CAPITAL III, L.P.
TRANSFEROR: COYNE MOTOR SERVICE INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 480
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7550 (05/10/2010)

| UNSECURED | Claimed: | $7,854.91 | Scheduled: | $7,854.91 |
|---|---|---|---|---|

---

ASM CAPITAL III, L.P.
TRANSFEROR: F & P ENTERPRISES, INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 596
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claim 263.

| ADMINISTRATIVE | Claimed: | $170,195.12 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $341,219.82 UNLIQ |

---

ASM CAPITAL III, L.P.
TRANSFEROR: AVAILABILITY, INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 711
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7550 (05/10/2010)

| UNSECURED | Claimed: | $7,283.60 | Scheduled: | $7,283.60 |
|---|---|---|---|---|

---

ASM CAPITAL III, L.P.
TRANSFEROR: HARRIS PAINTING
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 770
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $5,979.91 | Scheduled: | $5,903.00 |
|---|---|---|---|---|

---

ASM CAPITAL III, L.P.
TRANSFEROR: ALBRIGHT MACHINE & GRINDING,
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 828
Claim Date: 02/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7550 (05/10/2010)

| UNSECURED | Claimed: | $3,955.00 | Scheduled: | $3,955.00 |
|---|---|---|---|---|

---

ASM CAPITAL III, L.P.
TRANSFEROR: PBE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 841
Claim Date: 02/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $2,184.75 | Scheduled: | $3,065.47 |
|---|---|---|---|---|

---

ASM CAPITAL III, L.P.
TRANSFEROR: PBE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 842
Claim Date: 02/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $880.72 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ASM CAPITAL III, L.P.
TRANSFEROR: SADLER PAPER COMPANY, INC
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 985
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $4,065.35 | Scheduled: | $4,027.35 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: KELLY, ROBERT J.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 992
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8537 (09/14/2010)

| PRIORITY | Claimed: | $8,939.34 | | |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: MIDWEST ELECTRICAL TESTING
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1073
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $2,980.38 | Scheduled: | $2,980.38 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: HARTT TRANSPORTATION
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1617
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $4,257.30 | Scheduled: | $7,419.75 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: HARTT TRANSPORTATION
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1620
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $3,162.45 | | |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: ASM CAPITAL III, L.P.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1660
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $9,100.00 | Scheduled: | $9,100.00 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: PAPERTECH INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1784
Claim Date: 03/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $6,464.37 | Scheduled: | $8,164.37 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ASM CAPITAL III, L.P.
TRANSFEROR: HARTRIDGE SERVICES, INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2199
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $5,925.00 | Scheduled: | $5,925.00 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: CHRISTIAN & BARTON, L.L.P.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2399
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $9,727.99 | Scheduled: | $9,727.99 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: STAX DIECUTTING INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2571
Claim Date: 04/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $9,219.00 | Scheduled: | $7,701.60 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: HERB SURKS ASSOCIATES, INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3430
Claim Date: 06/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $6,046.37 | Scheduled: | $6,046.37 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: ALLIANCE MACHINE SYSTEMS INT
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3506-05
Claim Date: 06/24/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $16,400.29 | Scheduled: | $73,684.50 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: TAYLOR INDUSTRIAL MILL SUPPL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3696
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $6,346.55 | Scheduled: | $6,346.55 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: NEW ENGLAND PALLETS & SKIDS
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3753
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $9,100.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: PIRTEK KENT<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 3961<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,963.64 | Scheduled: | $2,963.94 |
|---|---|---|---|---|

| ASM CAPITAL III, L.P.<br>TRANSFEROR: CAPECO<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 4081<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,650.00 | Scheduled: | $2,650.00 |
|---|---|---|---|---|

| ASM CAPITAL III, L.P.<br>TRANSFEROR: MONARCH BUILDING SERVICES<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 4209<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6353 (03/29/2010) |
|---|---|

| UNSECURED | Claimed: | $8,447.85 |
|---|---|---|

| ASM CAPITAL III, L.P.<br>TRANSFEROR: BUNN PACKAGING INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 4818<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $6,729.19 | Scheduled: | $6,729.19 |
|---|---|---|---|---|

| ASM CAPITAL III, L.P.<br>TRANSFEROR: PRIME AIR PRODUCTS CO<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 5442<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,740.19 | Scheduled: | $3,740.19 |
|---|---|---|---|---|

| ASM CAPITAL III, L.P.<br>TRANSFEROR: MOHAWK VALLEY BUILDING SERVI<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 5467<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $7,788.25 | Scheduled: | $7,788.25 |
|---|---|---|---|---|

| ASM CAPITAL III, L.P.<br>TRANSFEROR: MISSOURI POWER TRANSMISSION<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 5953<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $5,035.34 | Scheduled: | $5,619.34 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ASM CAPITAL III, L.P.
TRANSFEROR: MICHIANA DELIVERY SERVICE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 5989
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $3,038.63 | Scheduled: | $2,801.13 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: FLECK BEARING CO INC
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 5996
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,175.70 | Scheduled: | $1,175.70 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: POOLEY INC
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 6100
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $9,047.13 | Scheduled: | $8,924.07 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: JAMES R ERNST INC
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 6155
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,482.70 | Scheduled: | $2,482.70 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: WOLFF, DR TERRY L
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 6241
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $4,125.00 | Scheduled: | $4,125.00 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: CORR A BOX PACKAGING LTD
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 6381
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,320.61 | Scheduled: | $3,318.00 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: ALLEGRA PRINT & IMAGING
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 6570
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $6,024.50 | Scheduled: | $6,024.50 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: MONARCH BUILDING SERVICES<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 6600<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| PRIORITY | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $8,447.95 | Scheduled: | $8,447.85 |

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: COMMODITY CARRIERS INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 6780-01<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $6,112.40 | Scheduled: | $6,112.40 |
|---|---|---|---|---|

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: LAIDLAW CARRIERS<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7680<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $8,187.00 | Scheduled: | $9,298.00 |
|---|---|---|---|---|

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: PROMOTIONAL ALLIANCE GROUP I<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7819-03<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5768 (03/11/2010)<br>Claim out of balance |
|---|---|

| ADMINISTRATIVE | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $12,035.64 | Scheduled: | $30,939.39 |

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: PROMOTIONAL ALLIANCE GROUP I<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7819-04<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $25,924.06 |
|---|---|---|

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: THE NATIONAL UNION FIRE<br>INSURANCE COMPANY<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7923-03<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8240 (07/19/2010) |
|---|---|

| UNSECURED | Claimed: | $606,350.89 |
|---|---|---|

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: THE NATIONAL UNION FIRE INSU<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7923-04<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4964 (02/12/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $75,929.19 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ASM CAPITAL III, L.P. | | Claim Number: 7924-01 | | |
| TRANSFEROR: THE NATIONAL UNION FIRE | | Claim Date: 08/17/2009 | | |
| INSURANCE COMPANY | | Debtor: SMURFIT-MBI | | |
| 7600 JERICHO TURNPIKE SUITE 302 | | Comments: DOCKET: 8530 (09/13/2010) | | |
| WOODBURY, NY 11797 | | | | |
| | | | | |
| UNSECURED | Claimed: | $10,179.74 | | |

---

| ASM CAPITAL III, L.P. | | Claim Number: 7924-02 | | |
| TRANSFEROR: THE NATIONAL UNION FIRE | | Claim Date: 08/17/2009 | | |
| INSURANCE COMPANY | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| 7600 JERICHO TURNPIKE SUITE 302 | | Comments: DOCKET: 8530 (09/13/2010) | | |
| WOODBURY, NY 11797 | | | | |
| | | | | |
| ADMINISTRATIVE | Claimed: | $3,253.81 | | |
| UNSECURED | | | Scheduled: | $2,967.40 |

---

| ASM CAPITAL III, L.P. | | Claim Number: 8348 | | |
| TRANSFEROR: HARDY FILTRATION | | Claim Date: 07/13/2009 | | |
| 7600 JERICHO TURNPIKE SUITE 302 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| WOODBURY, NY 11797 | | | | |
| | | | | |
| UNSECURED | Claimed: | $16,031.19 | Scheduled: | $15,848.65 |

---

| ASM CAPITAL III, L.P. | | Claim Number: 8523 | | |
| TRANSFEROR: OCCUPATIONAL DEVELOPMENT CEN | | Claim Date: 07/17/2009 | | |
| 7600 JERICHO TURNPIKE SUITE 302 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| WOODBURY, NY 11797 | | | | |
| | | | | |
| UNSECURED | Claimed: | $3,752.55 | Scheduled: | $3,752.55 |

---

| ASM CAPITAL III, L.P. | | Claim Number: 8656-03 | | |
| TRANSFEROR: FORESCO GTH INC | | Claim Date: 07/22/2009 | | |
| 7600 JERICHO TURNPIKE SUITE 302 | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| WOODBURY, NY 11797 | | Comments: DOCKET: 7188 (04/22/2010) | | |
| | | | | |
| ADMINISTRATIVE | Claimed: | $5,756.94 | | |

---

| ASM CAPITAL III, L.P. | | Claim Number: 8656-04 | | |
| TRANSFEROR: FORESCO GTH INC | | Claim Date: 07/22/2009 | | |
| 7600 JERICHO TURNPIKE SUITE 302 | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| WOODBURY, NY 11797 | | Comments: DOCKET: 7188 (04/22/2010) | | |
| | | | | |
| UNSECURED | Claimed: | $9,128.40 | Scheduled: | $18,041.77 |

---

| ASM CAPITAL III, L.P. | | Claim Number: 8931-03 | | |
| TRANSFEROR: 630 RENE-LEVESQUE WEST PROPE | | Claim Date: 08/06/2009 | | |
| 7600 JERICHO TURNPIKE SUITE 302 | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| WOODBURY, NY 11797 | | Comments: DOCKET: 5460 (02/26/2010) | | |
| | | | | |
| UNSECURED | Claimed: | $19,707.68 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: CULLIGAN<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 9676<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $6,624.65 | Scheduled: | $7,189.65 |
|---|---|---|---|---|

| ASM CAPITAL III, L.P.<br>TRANSFEROR: BOGAR-PATERSON LTD.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 10057<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $3,897.30 | | |
|---|---|---|---|---|

| ASM CAPITAL III, L.P.<br>TRANSFEROR: BOGAR-PATERSON LTD.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 10058<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $3,888.71 | Scheduled: | $6,419.38 |
|---|---|---|---|---|

| ASM CAPITAL III, L.P.<br>TRANSFEROR: RANGER CONSTRUCTION LLC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 10921<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $6,224.00 | Scheduled: | $6,224.00 |
|---|---|---|---|---|

| ASM CAPITAL III, L.P.<br>TRANSFEROR: RK ENVIRONMENTAL SERVICES IN<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 11702<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $5,922.46 | Scheduled: | $5,920.18 |
|---|---|---|---|---|

| ASM CAPITAL III, L.P.<br>TRANSFEROR: LE GROUPE ROTALEC INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 12450<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $7,409.09 | Scheduled: | $7,451.04 |
|---|---|---|---|---|

| ASM CAPITAL III, L.P.<br>TRANSFEROR: PERKAN INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 12601<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $8,063.17 | Scheduled: | $7,968.21 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: THE NATIONAL UNION FIRE INSURANCE COMPANY<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 12640<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,253.81 |
| UNSECURED | Claimed: | $13,433.55 |
| TOTAL | Claimed: | $13,433.55 |

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: KENNY'S TRUCKING LTD.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 12659<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $9,813.58 |

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: KENNY'S TRUCKING LIMITED<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 12660<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $11,978.00 | Scheduled: | $8,135.67 |

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: KENNY'S TRUCKING LIMITED<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 12661<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $11,978.00 |

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: VISION INSTRUMENTATION INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 12847-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $12,683.44 | Scheduled: | $10,796.77 |

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: SERRURE OUTAOUAIS INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 12905<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: POSSIBLE DUPLICATE OF 12139 |
|---|---|

| UNSECURED | Claimed: | $5,456.42 |

---

| ASM CAPITAL III, L.P.<br>TRANSFEROR: SERRURE OUTAOUAIS INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 12906<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $5,456.42 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: THE NATIONAL UNION FIRE INSURANCE COMPANY<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 13157<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | |
| ADMINISTRATIVE | Claimed: | $78,493.47 | | |
| UNSECURED | Claimed: | $603,786.61 | | |

---

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, AS PURCHASER OF RMA ENTERPRISES<br>7600 JERICHO TPKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 9461-01<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010) | | |
| ADMINISTRATIVE | Claimed: | $63,237.50 | | |

---

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, AS PURCHASER OF RMA ENTERPRISES<br>7600 JERICHO TPKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 9461-02<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| UNSECURED | Claimed: | $63,237.51 | | |

---

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: G&D WAREHOUSING & LOGISTICS<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 34<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $9,945.00 | Scheduled: | $9,385.00 |

---

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: RMA ENTERPRISES, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 89<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $126,475.01 | | |

---

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: FLORIDA ALIGNBORING, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 138<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $5,606.80 | Scheduled: | $5,606.80 |

---

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: S.O. KINES JR INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 350<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | |
| UNSECURED | Claimed: | $7,112.05 | Scheduled: | $8,515.95 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: GM LOGISTICS TRUCKING<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 371<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $4,700.00 | Scheduled: | $7,295.00 |
|---|---|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: CONDITION AND ENERGY MONITOR<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 589-01<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $59,500.00 | Scheduled: | $64,700.00 |
|---|---|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: CONDITION AND ENERGY MONITOR<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 589-02<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $8,000.00 |
|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: FLEETWOOD LOGISTICS, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 624<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,367.19 | Scheduled: | $3,403.90 |
|---|---|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: FLEETWOOD LOGISTICS, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 625<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,036.71 |
|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: SNEAD HYDRAULICS & SUPPLY<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 734<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,869.42 | Scheduled: | $6,900.01 |
|---|---|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: ICSE, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 735<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $9,550.00 | Scheduled: | $9,550.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: WORK WEAR SAFETY SHOES<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 905<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $9,399.40 | Scheduled: | | $9,993.34 |

---

| | | | | | |
|---|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: FEC DEVELOPMENT<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1008<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | |
| UNSECURED | Claimed: | $8,064.10 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: JOHNSON CONSTRUCTION<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1014<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED | Claimed: | $5,700.00 | Scheduled: | | $5,700.00 |

---

| | | | | | |
|---|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: GM LOGISTICS, LC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1520<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | | |
| UNSECURED | Claimed: | $2,360.00 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: DOUBLE E COMPANY, LLC<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 2378<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $6,788.34 | Scheduled: | | $6,788.34 |

---

| | | | | | |
|---|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: CONSULAIR GASTON BOULANGER I<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 2669<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>17,339.86 Canadian Currency | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | | $14,039.24 |

---

| | | | | | |
|---|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: DUVAL PAINT AND DECORATING I<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 3012<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $5,068.85 | Scheduled: | | $5,622.17 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ASM CAPITAL, L.P.
TRANSFEROR: TIM PARTIN L.A. INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3066
Claim Date: 05/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $4,238.81 | Scheduled: | $8,477.62 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: METROPOLITAN PIPE & SUPPLY C
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3653
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,856.75 | Scheduled: | $3,877.43 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: ALL ELECTRIC MOTOR REPAIR IN
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3822-01
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)

| UNSECURED | Claimed: | $5,618.63 | Scheduled: | $7,217.26 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: ALL ELECTRIC MOTOR REPAIR IN
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3822-02
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| ADMINISTRATIVE | Claimed: | $1,598.63 |
|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: ELOGIC LEARNING LLC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3875
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $6,763.50 | Scheduled: | $6,763.50 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: HOSEPOWER USA
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3972
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $5,599.37 | Scheduled: | $5,948.96 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: BRENNY TRANSPORTATION, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 4131
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $4,430.00 | Scheduled: | $4,430.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: SAFEWAY ELECTRIC CO INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 4478<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $7,597.00 | Scheduled: | $7,597.00 |
|---|---|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: RHODE ISLAND RESOURCE RECOVE<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 4711<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $6,051.19 | Scheduled: | $5,642.00 |
|---|---|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: OHIO TEC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 4741<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $5,040.00 | Scheduled: | $5,040.00 |
|---|---|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: HORSEPOWER CONTROL SYSTEM (0<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 4759<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $4,073.01 | Scheduled: | $4,073.01 |
|---|---|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: AIR & ELECTRIC EQUIPMENT CO<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 4795<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $4,151.98 | Scheduled: | $5,120.60 |
|---|---|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: HITEX TOOL AND DIE CO<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 5085<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $10,051.00 | Scheduled: | $9,191.00 |
|---|---|---|---|---|

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: CROWN SHREDDING<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 5205<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $5,119.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ASM CAPITAL, L.P. | Claim Number: 5213 |
| TRANSFEROR: DARYL-EVANS SERVICES MECHANICAL LTD | Claim Date: 07/14/2009 |
| 7600 JERICHO TURNPIKE, SUITE 302 | Debtor: SMURFIT-MBI |
| WOODBURY, NY 11797 | |

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $5,379.49 |

---

| ASM CAPITAL, L.P. | Claim Number: 5446 |
| TRANSFEROR: UNIGEAR INDUSTRIES INC | Claim Date: 07/16/2009 |
| ATTN: ADAM MOSKOWITZ | Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
| 7600 JERICHO TURNPIKE, SUITE 302 | |
| WOODBURY, NY 11797 | |

| UNSECURED | Claimed: | $25,566.19 | Scheduled: | $20,699.70 |

---

| ASM CAPITAL, L.P. | Claim Number: 5695 |
| TRANSFEROR: KBZ ELECTRIC INC | Claim Date: 07/20/2009 |
| ATTN: ADAM MOSKOWITZ | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 7600 JERICHO TURNPIKE, SUITE 302 | |
| WOODBURY, NY 11797 | |

| UNSECURED | Claimed: | $5,634.38 | Scheduled: | $5,634.38 |

---

| ASM CAPITAL, L.P. | Claim Number: 5710 |
| TRANSFEROR: REECE, GARY | Claim Date: 07/20/2009 |
| ATTN: ADAM MOSKOWITZ | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 7600 JERICHO TURNPIKE, SUITE 302 | |
| WOODBURY, NY 11797 | |

| UNSECURED | Claimed: | $5,082.50 | Scheduled: | $5,082.50 |

---

| ASM CAPITAL, L.P. | Claim Number: 5778 |
| TRANSFEROR: MOBILE BORING SOLUTIONS | Claim Date: 07/20/2009 |
| ATTN: ADAM MOSKOWITZ | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 7600 JERICHO TURNPIKE, SUITE 302 | Comments: DOCKET: 7551 (05/10/2010) |
| WOODBURY, NY 11797 | |

| UNSECURED | Claimed: | $3,200.00 | Scheduled: | $3,200.00 |

---

| ASM CAPITAL, L.P. | Claim Number: 5909 |
| TRANSFEROR: ELIJAH TECHNOLOGIES | Claim Date: 07/20/2009 |
| ATTN: ADAM MOSKOWITZ | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 7600 JERICHO TURNPIKE, SUITE 302 | |
| WOODBURY, NY 11797 | |

| UNSECURED | Claimed: | $9,606.08 | Scheduled: | $9,606.08 |

---

| ASM CAPITAL, L.P. | Claim Number: 5986 |
| TRANSFEROR: HYDRAULIC COMPONENT SERVICE | Claim Date: 07/20/2009 |
| ATTN: ADAM MOSKOWITZ | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 7600 JERICHO TURNPIKE, SUITE 302 | Comments: DOCKET: 6649 (04/07/2010) |
| WOODBURY, NY 11797 | |

| UNSECURED | Claimed: | $5,375.48 | Scheduled: | $5,312.93 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ASM CAPITAL, L.P.
TRANSFEROR: GLAUBER EQUIPMENT CORP
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 6349
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $7,738.48 | Scheduled: | $6,517.25 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: CORR A BOX PACKAGING LTD
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 6380
Claim Date: 07/27/2009
Debtor: SMURFI-MBI
Comments: DOCKET: 5738 (03/10/2010)
589.05 Canadian Dollars

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: CORR-A-BOX PACKAGING LTD.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 6382
Claim Date: 07/27/2009
Debtor: SMURFI-MBI
Comments:
48,344.42 Canadian Dollars

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $40,306.93 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: LAMBASICO INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 6555
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,709.76 | Scheduled: | $7,709.76 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: SCOTTS PRESSURE WASH
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 6668
Claim Date: 07/28/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $5,312.86 | Scheduled: | $5,312.86 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: ERVIN BROTHERS JANITORIAL
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 7035
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $4,050.00 | Scheduled: | $4,050.00 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: FIRSTLINE FILTRATION
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 7348
Claim Date: 08/07/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $14,074.44 | Scheduled: | $14,074.44 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ASM CAPITAL, L.P.
TRANSFEROR: WORLD ENERGY SOLUTIONS, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 7388
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $3,460.00 | Scheduled: | $3,460.00 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: HAWLEY LUMBER CO
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 7549
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $6,303.01 | Scheduled: | $6,351.97 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: TRANSPORT MORNEAU INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 8355
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $18,407.49 | Scheduled: | $18,313.59 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: KISSNER MILLING CO LTD
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 8647
Claim Date: 07/22/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $1,216.56 | | |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: UBA INC
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 8673
Claim Date: 07/23/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $5,922.35 | | |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: GROUPE CONSEIL UDA INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 8678
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $9,139.30 | Scheduled: | $9,408.86 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: OASIS ALIGNMENT SERVICES, LT
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 8771
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $9,211.78 | Scheduled: | $9,103.30 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: OASIS ALIGNMENT SERVICES, LT<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 8772<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,532.55 | Scheduled: | $30,491.32 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: OASIS ALIGNMENT SERVICES, LT<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 8773<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,030.29 | | |

| ASM CAPITAL, L.P.<br>TRANSFEROR: OASIS ALIGNMENT SERVICES, LT<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 8774<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,872.48 | | |

| ASM CAPITAL, L.P.<br>TRANSFEROR: MINIMAX EXPRESS TRANSPORTAIO<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 8792<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-MBI | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,263.66 | Scheduled: | $6,242.43 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: KISSNER MILLING CO LTD<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 8859<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,694.47 | | |

| ASM CAPITAL, L.P.<br>TRANSFEROR: KISSNER MILLING CO LTD<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 8860-01<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-MBI | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,980.82 | Scheduled: | $11,978.77 |

| ASM CAPITAL, L.P.<br>TRANSFEROR: KISSNER MILLING CO LTD<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 8860-02<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 2032 (09/24/2009) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,713.65 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: FIRSTLINE FILTRATION INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 8942-01<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010) |

---

| ADMINISTRATIVE | Claimed: | $2,757.40 |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: FIRSTLINE FILTRATION INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 8942-02<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010) |

---

| UNSECURED | Claimed: | $11,004.08 |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: NORTHEASTERN RESOURCE RECOVE<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 9293<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010) |

---

| UNSECURED | Claimed: | $5,665.00 | Scheduled: | $5,665.00 |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: UBA INC<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 9508<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI |

---

| UNSECURED | Claimed: | $11,064.17 | Scheduled: | $16,668.16 |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: DOE-SHAN AUTOMATION<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 9700<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI |

---

| UNSECURED | Claimed: | $13,187.54 | Scheduled: | $12,363.93 |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: LUDECA INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 11225<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

---

| UNSECURED | Claimed: | $3,462.20 | Scheduled: | $3,462.20 |

---

| ASM CAPITAL, L.P.<br>TRANSFEROR: TOMMY JONES CONTRACTING<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 12175<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |

---

| UNSECURED | Claimed: | $5,700.91 | Scheduled: | $5,700.91 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ASM CAPITAL, L.P.
TRANSFEROR: ENVIR-EAU, WESA
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 12365
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $7,640.52 | Scheduled: | $6,349.08 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: TUBOQUIP INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 12677
Claim Date: 07/20/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 2205 (10/09/2009)
The claim amount is 6941.47 CAD.

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
| UNSECURED | | | Scheduled: | $5,751.06 |

---

ASM CAPITAL, L.P.
TRANSFEROR: ONTARIO FRUIT AND VEGETABLE
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 12696
Claim Date: 08/20/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $9,749.51 | Scheduled: | $13,375.93 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: GROUPE CADEC LTEE
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 12713
Claim Date: 08/20/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $8,154.27 | Scheduled: | $8,058.24 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: INSPECT-CONTROL INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 12821
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $6,114.68 | Scheduled: | $7,051.50 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: MANPOWER
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 12853
Claim Date: 08/26/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $137,495.46 | Scheduled: | $137,495.46  UNLIQ |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: EAM-MOSCA (CANADA) LTD
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 12884
Claim Date: 08/26/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $63,892.66 | Scheduled: | $64,533.81 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: GARDA CANADA SECURITY CORPOR<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 13048<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $12,989.97 | Scheduled: | $12,888.05 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: MEEHAN'S INDUSTRIAL<br>MAINTENACE LTD<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 13130<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $558,543.87 | Scheduled: | $533,966.12 UNLIQ |
| ASM CAPITAL, L.P.<br>TRANSFEROR: DOE-SHAN AUTOMATION<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 13240<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 9700 | | |
| UNSECURED | Claimed: | $13,187.54 | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: STRAPCO INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 13265<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $15,238.75 | Scheduled: | $15,498.61 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ACN COURIER<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 13292<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $14,363.86 | Scheduled: | $14,363.86 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ACN COURIER<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 13293<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 13292 | | |
| UNSECURED | Claimed: | $14,363.86 | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: MEEHANS INDUSTRIAL MAINTENAN<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 13305<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
| UNSECURED | Claimed: | $558,543.87 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| ASPEN WASTE SYSTEMS<br>13710 GREEN ASH COURT<br>EARTH CITY, MO 63045-1225 | | Claim Number: 6418<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $4,182.50 | Scheduled: | $4,182.50 |
| ASSEMBLERS. INC.<br>2850 W. COLUMBUS AVE<br>CHICAGO, IL 60652 | | Claim Number: 187<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $9,422.23 | Scheduled: | $9,421.68 |
| ASSIST FINANCIAL SERVICES INC<br>PO BOX 347<br>MADISON, SD 57042 | | Claim Number: 6040<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
| UNSECURED | Claimed: | $7,210.50 | | |
| ASSOCIATED BAG COMPANY<br>PO BOX 3036<br>MILWAUKEE, WI 53201 | | Claim Number: 5802<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $5,091.63 | Scheduled: | $5,065.83 |
| ASSOCIATED SERVICES CO<br>893 AMES AVENUE<br>MILPITAS, CA 95035 | | Claim Number: 5687<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $2,843.88 | Scheduled: | $3,027.80 |
| ASSOCIATED TECHNICAL SERVICES LTD<br>524 W ST CHARLES RD<br>POSTAL STATION A<br>VILLA PARK, IL 60181 | | Claim Number: 3710<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
| UNSECURED | Claimed: | $0.00 | | |
| ASSOCIATION OF WESTERN PULP & PAPER<br>WORKERS - C/O THOMAS K. DOYLE<br>BENNETT, HARTMAN, MORRIS & KAPLAN<br>111 SW 5TH AVE., STE. 1650<br>PORTLAND, OR 97204 | | Claim Number: 11666<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
| PRIORITY | Claimed: | $10,000,000.00   UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| ASSOCIATION OF WESTERN PULP & PAPER WORKERS - C/O THOMAS K. DOYLE BENNETT, HARTMAN, MORRIS & KAPLAN 111 SW 5TH AVE., STE. 1650 PORTLAND, OR 97204 | Claim Number: 11737 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8117 (06/22/2010) | |

| PRIORITY | Claimed: | $10,000,000.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| ASSOCIATION OF WESTERN PULP & PAPER WORKERS - C/O THOMAS K. DOYLE BENNETT, HARTMAN, MORRIS & KAPLAN 111 SW 5TH AVE., STE. 1650 PORTLAND, OR 97204 | Claim Number: 11666 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 2760 (11/16/2009) | |

| PRIORITY | Claimed: | $10,000,000.00   UNLIQ |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| ASSORTED METALS BAY A 7008 5 STREET SE CALGARY, AB T2H 2G3 CANADA | Claim Number: 12351 Claim Date: 07/14/2009 Debtor: SMURFIT-MBI Comments: Claim amount of 153.51 CND | | | |

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $130.36 |
|---|---|---|---|---|

| | |
|---|---|
| ASSORTED METALS SUPERSTORE LTD. ATTN: JOSEPH BAY A 7008 5TH STREET S.E. CALGARY, AB T2Z 4S4 CANADA | Claim Number: 8421 Claim Date: 07/14/2009 Debtor: SMURFIT-MBI |

| UNSECURED | Claimed: | $125.77 |
|---|---|---|

| | | |
|---|---|---|
| ASSPPQ - ASSIFQ 1175, AVENUE LAVIGERIE, BUREAU 210 ATTN: FRANCE HUOT QUEBEC, QC G1V 1P1 CANADA | Claim Number: 8282 Claim Date: 07/10/2009 Debtor: SMURFIT-MBI | |

| UNSECURED | Claimed: | $3,403.17 | Scheduled: | $3,863.48 |
|---|---|---|---|---|

| | |
|---|---|
| ASSPPQ-ASSIFQ ATTN: FRANCE HUOT 1175, AVENUE LAVIGERIE, BUREAU 210 QUEBEC, QC G1V 4P1 CANADA | Claim Number: 8560 Claim Date: 07/17/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. |

| UNSECURED | Claimed: | $7,023.70 |
|---|---|---|

| | |
|---|---|
| ASSURANCE HEATING & CONDITIONING, INC. 1953, JOHNS DRIVE GLENVIEW, IL 60025 | Claim Number: 2064 Claim Date: 04/07/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 2343 (10/20/2009) |

| UNSECURED | Claimed: | $8,010.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ASTEN JOHNSON INC
PO BOX 751985
CHARLOTTE, NC 28275-1985

Claim Number: 4244
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $528,207.64 | Scheduled: | $562,048.48 |
|---|---|---|---|---|

ASTENJOHNSON
4399 CORPORATE ROAD
ATTN: DON FLETCHER
CHARLESTON, SC 29405

Claim Number: 13055
Claim Date: 08/29/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $16,373.87 | Scheduled: | $16,406.99 |
|---|---|---|---|---|

ASTOR RECYCLING COMPANY
A/K/A THE ASTOR COMPANY
724 ENTERPRISE DR
OAK BROOK, IL 60190

Claim Number: 3567
Claim Date: 06/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $59,867.29 |
|---|---|---|

ASTRO PACKAGING
3845 E. MIRALOMA AVE. UNIT A
ANAHEIM, CA 92806

Claim Number: 6519
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,317.95 | Scheduled: | $7,926.81 |
|---|---|---|---|---|

AT&T
AT&T ATTORNEY: JAMES GRUDUS, ESQ.
AT&T INC.
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921-0752

Claim Number: 2297
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $98,691.55 |
|---|---|---|

AT&T
AT&T DBA BELLSOUTH ADVERTISING &
PUBLISHING
600 N POINT PKWY
ALPHARETTA, GA 30005

Claim Number: 2298
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $50.00 |
|---|---|---|

AT&T
ONE AT&T WAY, ROOM 3A218
ATTN: JAMES GRUDUS, ESQ.
BEDMINSTER, NJ 07921-0752

Claim Number: 5598
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $56,834.36 | Scheduled: | $98,715.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| AT&T<br>C/O ARCHER & GREINER PC<br>CHARLES J. BROWN, III ESQ<br>300 DELAWARE AVENUE, SUITE 1370<br>WILMINGTON, DE 19801 | Claim Number: 14108<br>Claim Date: 08/13/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9191 (02/24/2012) | |

| ADMINISTRATIVE | Claimed: | $509,354.10 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| AT&T CORP.<br>JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 1623<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) | |

| UNSECURED | Claimed: | $246,326.91 | Scheduled: | $409,711.21 |
|---|---|---|---|---|

| | | |
|---|---|---|
| ATC GROUP SERVICES INC. D/B/A ATC<br>ASSOCIATES INC.<br>600 W. CUMMING PARK, SUITE 5500<br>WOBURN, MA 01801 | Claim Number: 5393<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $699.80 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| ATC GROUP SERVICES, INC.<br>DBA ATC ASSOCIATES INC.<br>600 W. CUMMINGS PARK, SUITE 5500<br>WOBURN, MA 01801 | Claim Number: 5392<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $9,337.88 | Scheduled: | $9,337.88 |
|---|---|---|---|---|

| | | |
|---|---|---|
| ATELIER MECANIQUE INDUSTRIELLE<br>LA TUQUE INC<br>999 BOUL DUCHARME<br>LA TUQUE, QC G9X 3C3<br>CANADA | Claim Number: 3189<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8909 (01/25/2011) | |

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| ATELIER MECANIQUE INDUSTRIELLE LA TUQUE<br>INC.<br>999 BOUL. DUCHARME<br>ATTN: KARL LACHANCE<br>LA TUQUE, QC G9X 3C3<br>CANADA | Claim Number: 12874<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | |

| UNSECURED | Claimed: | $117,223.44 | Scheduled: | $112,282.21 |
|---|---|---|---|---|

| | | |
|---|---|---|
| ATHENS DISPOSAL CO INC<br>PO BOX 60009<br>CITY OF INDUSTRY, CA 91716-0009 | Claim Number: 4465<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010) | |

| UNSECURED | Claimed: | $1,107.99 | Scheduled: | $4,990.35 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| ATHENS DISPOSAL CO INC<br>PO BOX 60009<br>CITY OF INDUSTRY, CA 91716-0009 | | Claim Number: 4466<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $1,228.57 | Scheduled: | $399.66 |

| | | | | |
|---|---|---|---|---|
| ATI ARCHITECTS AND ENGINEERS<br>3860 BLACKHAWK ROAD<br>DANVILLE, CA 94568 | | Claim Number: 892<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $12,162.31 | Scheduled: | $12,332.56 |

| | | | | |
|---|---|---|---|---|
| ATKINS, JOHNNY F<br>422 COUNTY ROAD 23<br>CASTLEBERRY, AL 36432 | | Claim Number: 12129<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 5732 (03/10/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

| | | | | |
|---|---|---|---|---|
| ATLANTA BELTING COMPANY<br>PO BOX 105774<br>ATLANTA, GA 30348 | | Claim Number: 7130<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $6,700.18 | Scheduled: | $6,700.18 |

| | | | | |
|---|---|---|---|---|
| ATLANTA GAS/CHATTANOOGA GAS<br>150 W. MAIN ST.<br>SUITE 1510<br>NORFOLK, VA 23510 | | Claim Number: 1800<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $3,768.45 | | |

| | | | | |
|---|---|---|---|---|
| ATLANTA INTERNATIONAL WASTE INC<br>PO BOX 82181<br>HAPEVILLE, GA 30354 | | Claim Number: 5223<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 5047 (02/16/2010) | | |
| UNSECURED | Claimed: | $139.00   UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| ATLANTECH DISTRIBUTION INC<br>PO BOX 60838<br>CHARLOTTE, NC 28215 | | Claim Number: 5079<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $30,442.34 | Scheduled: | $31,929.84 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ATLANTECH DISTRIBUTION, INC.<br>ATTN: R.L. STEWART<br>PO BOX 667547<br>CHARLOTTE, NC 28266 | Claim Number: 701<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $29,466.16 | | |
|---|---|---|---|---|

---

| ATLANTECH DISTRIBUTION, INC.<br>ATTN: R.L. STEWART<br>PO BOX 667547<br>CHARLOTTE, NC 28266 | Claim Number: 5641<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $30,442.34 | | |
|---|---|---|---|---|

---

| ATLANTIC CITY ELECTRIC<br>BANKRUPTCY DIVISION, MAIL STOP: 84CP42<br>5 COLLINS DRIVE, SUITE 2133<br>CARNEYS POINT, NJ 08069-3600 | Claim Number: 1832<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,986.94 | | |
|---|---|---|---|---|

---

| ATLANTIC COAST ENVIRONMENTAL<br>1751 SW 43 TERRACE<br>DEERFIELD BEACH, FL 33442 | Claim Number: 8092<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,414.00 | Scheduled: | $1,414.00 |
|---|---|---|---|---|

---

| ATLANTIC COAST ENVIRONMENTAL, INC.<br>1751 S.W. 43RD TERRACE<br>ATTN: JOE PEPITONE<br>DEERFIELD BEACH, FL 33442 | Claim Number: 12513<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $1,414.00 | | |
|---|---|---|---|---|

---

| ATLANTIC CONSTRUCTORS INC<br>1401 BATTERY BROOKE PKWY<br>RICHMOND, VA 23237 | Claim Number: 3007<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $27,823.00 | Scheduled: | $27,823.00 |
|---|---|---|---|---|

---

| ATLANTIC CONSTRUCTORS INC<br>1401 BATTERY BROOKE PKWY<br>RICHMOND, VA 23237 | Claim Number: 4652<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $27,823.00 | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| ATLANTIC CORPORATION<br>806 NORTH 23RD STREET<br>WILMINGTON, NC 28405 | | Claim Number: 1460<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $42,059.51 | Scheduled: | $41,243.37 |
| ATLANTIC CORRUGATED BOX CO., INC.<br>1701 RUFFIN ROAD<br>RICHMOND, VA 23234 | | Claim Number: 1010<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $794.45 | Scheduled: | $793.70 |
| ATLANTIC DETROIT DIESEL ALLISON INC<br>ATTN: JOHN C. DEANE<br>180 RT 17 SOUTH<br>PO BOX 950<br>LODI, NJ 07644 | | Claim Number: 5453<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $2,160.01 | Scheduled: | $575.00 |
| ATLANTIC INDUSTRIAL SERVICES INC<br>13331 RAMBLEWOOD DR<br>CHESTER, VA 23836 | | Claim Number: 4507<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $8,410.05 | Scheduled: | $8,410.05 |
| ATLANTIC MACHINERY & EQUIPMENT INC<br>ATTN: M.ROOKE<br>8351 BROOK ROAD<br>RICHMOND, VA 23227 | | Claim Number: 6096<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $136.92 | Scheduled: | $130.40 |
| ATLANTIC POLY INC<br>86 MORSE ST<br>NORWOOD, MA 02062 | | Claim Number: 7366<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,880.00 | Scheduled: | $2,880.00 |
| ATLANTIC RECYCLING, LLC<br>AYESHA S. CHACKO<br>CAMPBELL & LEVINE, LLC<br>800 NORTH KING STREET, SUITE 300<br>WILMINGTON, DE 19801 | | Claim Number: 2134<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET 1679 (08/21/2009) | | |
| ADMINISTRATIVE | Claimed: | $23,057.65 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ATLANTIC RECYCLING, LLC
AYESHA S. CHACKO
CAMPBELL & LEVINE, LLC
800 NORTH KING STREET, SUITE 300
WILMINGTON, DE 19801

Claim Number: 2153
Claim Date: 04/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 1679 (08/21/2009)

| ADMINISTRATIVE | Claimed: | $23,057.65 |
|---|---|---|

ATLANTIC VENTILATING & EQUIP. CO. INC.
125 SEBETHE DRIVE
CROMWELL, CT 06416

Claim Number: 1525
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $3,237.60 |
|---|---|---|

ATLANTIC VENTILATING & EQUIPMENT CO
25 SEBETHE DRIVE
CROMWELL, CT 06416

Claim Number: 10578
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,150.00 | Scheduled: | $3,150.00 |
|---|---|---|---|---|

ATLAS COPCO COMPRESSORS LLC
75 REMITTANCE DRIVE
SUITE 3009
CHICAGO, IL 60675-3009

Claim Number: 3485
Claim Date: 06/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $79,932.76 | Scheduled: | $95,599.87 |
|---|---|---|---|---|

ATLAS COPCO COMPRESSORS, LLC
75 REMITTANCE DRIVE, SUITE 3009
CHICAGO, IL 60675-3009

Claim Number: 2834
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $77,145.01 |
|---|---|---|

ATLAS COPCO COMPRESSORS, LLC
75 REMITTANCE DRIVE SUITE 3009
CHICAGO, IL 60675-3009

Claim Number: 3590
Claim Date: 06/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $2,775.76 |
|---|---|---|

ATLAS COPCO PRIME ENERGY
PO BOX 951460
DALLAS, TX 75395-1460

Claim Number: 6679
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $79,136.66 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ATLAS DISPOSAL INDUSTRIES<br>3000 POWER INN RD.<br>SACRAMENTO, CA 95826 | Claim Number: 836<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED           Claimed: | $35,460.85 | Scheduled: | $26,235.00 |
| ATLAS SCIENTIFIC TECHNOLOGIES INC<br>2430 UNIVERSITY BLVD<br>JACKSONVILLE, FL 32217 | Claim Number: 4236<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED           Claimed: | $2,325.00 | Scheduled: | $2,300.00 |
| ATLAS TRUCKING INC<br>PO BOX 219<br>PORT ANGELES, WA 98362 | Claim Number: 13557<br>Claim Date: 11/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED           Claimed: | $181.15 | | |
| ATLAS WASTE PAPER CORPORATION<br>2329 WHARTON STREET<br>PITTSBURGH, PA 15203 | Claim Number: 2668<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED           Claimed: | $5,217.50 | Scheduled: | $5,212.00 |
| ATMOS ENERGY CORPORATION<br>C/O DANIEL K. ASTIN, ANTHONY M. SACCULLO<br>& MARY E. AUGUSTINE, CIARDI CIARDI & AST<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE 19801 | Claim Number: 3105<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5046 (02/16/2010) | | |
| ADMINISTRATIVE           Claimed: | $96,713.74 | | |
| ATMOS ENERGY MARKETING, LLC<br>13430 NORTHWEST FREEWAY, STE 700<br>HOUSTON, TX 77040 | Claim Number: 1693<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | |
| UNSECURED           Claimed: | $18,714.46 | | |
| ATMOS ENERGY MARKETING, LLC<br>13430 NORTHWEST FREEWAY, STE 700<br>HOUSTON, TX 77040 | Claim Number: 13627<br>Claim Date: 11/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5046 (02/16/2010)<br>Amends claim 3105. | | |
| ADMINISTRATIVE           Claimed: | $52,919.67 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| ATMOS ENERGY/LOUISIANA DIVISION<br>ATTN: BANKRUPTCY GROUP<br>ATMOS ENERGY CORPORATION<br>P.O. BOX 650205<br>DALLAS, TX 75265-0205 | Claim Number: 3043<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |
| UNSECURED          Claimed: | | $730.23 |

| | | |
|---|---|---|
| ATMOS ENERGY/LOUISIANA DIVISIONS (25)<br>A DIVISION OF ATMOS ENERGY CORPORATION<br>ATTN: BANKRUPTCY GROUP<br>P.O. BOX 650205<br>DALLAS, TX 75265-0205 | Claim Number: 2267<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
| UNSECURED          Claimed: | | $730.23 |

| | | |
|---|---|---|
| ATMOS ENERGY/MID-STATES DIVISION<br>A DIVISION OF ATMOS ENERGY CORPORATION<br>ATTN: BANKRUPTCY GROUP<br>P.O. BOX 650205<br>DALLAS, TX 75265-0205 | Claim Number: 2269<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
| UNSECURED          Claimed: | | $12,766.31 |

| | | |
|---|---|---|
| ATMOS ENERGY/MID-STATES DIVISION<br>ATTN: BANKRUPTCY GROUP<br>ATMOS ENERGY CORPORATION<br>P.O. BOX 650205<br>DALLAS, TX 75265-0205 | Claim Number: 3042<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | |
| UNSECURED          Claimed: | | $2,959.12 |

| | | |
|---|---|---|
| ATMOS ENERGY/MID-TEX DIVISION<br>A DIVISION OF ATMOS ENERGY CORPORATION<br>ATTN: BANKRUPTCY GROUP<br>P.O. BOX 650205<br>DALLAS, TX 75265-0205 | Claim Number: 1552<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | |
| UNSECURED          Claimed: | | $14.19 |

| | | |
|---|---|---|
| ATMOS ENERGY/MISSISSIPPI DIVISION<br>A DIVISION OF ATMOS ENERGY CORPORATION<br>ATTN: BANKRUPTCY GROUP<br>P.O. BOX 650205<br>DALLAS, TX 75265-0205 | Claim Number: 2270<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
| UNSECURED          Claimed: | | $74,158.19 |

| | | |
|---|---|---|
| ATMOS ENERGY/MISSISSIPPI DIVISION<br>ATTN: BANKRUPTCY GROUP<br>ATMOS ENERGY CORPORATION<br>P.O. BOX 650205<br>DALLAS, TX 75265-0205 | Claim Number: 3041<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8444 (08/25/2010) | |
| UNSECURED          Claimed: | | $74,158.19 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| ATMOS ENERGY/PIPELINE DIVISION<br>ATTN: BANKRUPTCY GROUP<br>P.O. BOX 650205<br>DALLAS, TX 75265-0205 | Claim Number: 1217<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |

| UNSECURED | Claimed: | $10,872.62 |

---

| ATS WAREHOUSE, INC<br>2465 AIR PARK ROAD<br>CHARLESTON, SC 29406 | Claim Number: 10654<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |

| UNSECURED | Claimed: | $12,137.45 |

---

| ATWOOD'S PRINTING<br>5635 SOUTH LABURNUM AVE<br>RICHMOND, VA 23231 | Claim Number: 997<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |

| UNSECURED | Claimed: | $167.67 |

---

| ATWOOD'S PRINTING<br>PO BOX 802<br>SANDSTON, VA 23150 | Claim Number: 3774<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $167.67 | Scheduled: | $176.05 |

---

| AUDIO VIDEO COLOR CORPORATION<br>MICHAEL BAKER<br>20550 SOUTH DENKER AVENUE<br>TORRANCE, CA 90501-1644 | Claim Number: 8949<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| AUDITOR OF STATE OF ARKANSAS<br>PO BOX 251906<br>LITTLE ROCK, AR 72225-1906 | Claim Number: 7593<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |

| PRIORITY | Claimed: | $0.00   UNDET |

---

| AUGUST WINTER & SONS INC.<br>GERALD HIETPAS<br>2323 N ROEMER ROAD<br>APPLETON, WI 54911 | Claim Number: 575<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |

| UNSECURED | Claimed: | $25,789.94 | Scheduled: | $18,259.94 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

AURIEMMA, DANIEL & LAURA
2313 NE 107TH TER
KANSAS CITY, MO 64155-8515

Claim Number: 10653
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 8559 (09/17/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $675,851.24 | | |

---

AURORA PICTURES INC
5249 CHICAGO AVE
MINNEAPOLIS, MN 55417

Claim Number: 6877
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $384.50 | | |

---

AUSTIN FOAM PLASTICS INC
2933 AW GRIMES BLVD
PFLUGERVILLE, TX 78660

Claim Number: 9705
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,486.00 | Scheduled: | $2,486.00 |

---

AUSTIN, RICKY J
45 FORKED DEER MOBILE PK
HUMBOLDT, TN 38343

Claim Number: 5234
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

---

AUTO ELECTRIC
PO BOX 16023
MISSOULA, MT 59808

Claim Number: 13913
Claim Date: 03/12/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $980.75 | |

---

AUTO ELECTRIC SERVICE COMPANY
ATTN: LARRY MCGRAW
PO BOX 16023
MISSOULA, MT 59808

Claim Number: 12945
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,323.25 | Scheduled: | $1,323.25 |

---

AUTO FLETERA DE CHIHUAHUA S.A. DE C.V.
C/O SUSAN J. KLEIN, ESQ.
GORDON FEINBLATT, ET AL.
233 EAST REDWOOD STREET
BALTIMORE, MD 21202

Claim Number: 10627
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $49,275.25 | Scheduled: | $89,275.25 UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

AUTO ID SOLUTIONS CORP
701 DECATUR
SUITE 106
MINNEAPOLIS, MN 55427

Claim Number: 3908
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,435.20 | Scheduled: | $7,309.26 |

AUTO SAN INC
PO BOX 171415
MEMPHIS, TN 38187

Claim Number: 8117
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $405.00 | Scheduled: | $405.00 |

AUTOFLETES CHIHUHUA, S.A. DE C.V.
C/O SUSAN J. KLEIN, ESQ.
GORDON FEINBLATT, ET AL.
233 EAST REDWOOD STREET
BALTIMORE, MD 21202

Claim Number: 10643
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,047.65 | Scheduled: | $51,547.65 UNLIQ |

AUTOMATED CONTROL SYSTEM INC
2932 ROSS CLARK CIRCLE 264
DOTHAN, AL 36301

Claim Number: 9513
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $62,841.00 | Scheduled: | $65,421.00 |

AUTOMATED CONTROL SYSTEM INC
2932 ROSS CLARK CIRCLE 264
DOTHAN, AL 36301

Claim Number: 9514
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $62,841.00 |

AUTOMATED CONTROL SYSTEMS, INC.
122 WOODBURN DRIVE
DOTHAN, AL 36305

Claim Number: 2826
Claim Date: 05/01/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $67,106.00 |

AUTOMATED CONVEYOR SYSTEMS, INC.
P.O. BOX 4499
LYNCHBURG, VA 24502-0499

Claim Number: 3004
Claim Date: 05/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,006,530.81 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| AUTOMATED MATERIAL HANDLING<br>15 MULLEN RD<br>ENFIELD, CT 06082 | Claim Number: 3394<br>Claim Date: 06/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $34,130.10 | |

| AUTOMATION DCO, INC.<br>ATTN: DENIS COTE<br>4681 CROISSANT DE ILES<br>LAVAL, QC H7W 5J2<br>CANADA | Claim Number: 13165<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $14,075.75 | Scheduled: | $14,526.29 |

| AUTOMATION PROJECT GROUP LTD<br>ATTN: SHEILA PRZEKLASA<br>A-855 TRILLIUM DRIVE<br>KITCHENER, ON N2R 1J9<br>CANADA | Claim Number: 13175<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $41,005.97 | |

| AUTOMATION PROJECT GROUP LTD<br>ATTN: SHEILA PRZEKLASA<br>A-855 TRILLIUM DRIVE<br>KITCHENER, ON N2R 1J9<br>CANADA | Claim Number: 13176<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $41,005.97 | |

| AUTOMATION SERVICE<br>PO BOX 790056<br>ST LOUIS, MO 63179 | Claim Number: 13504<br>Claim Date: 09/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $25,636.46 | Scheduled: | $25,636.46 |

| AUTOMATION SERVICES & CONTROLS, INC.<br>16765 PARK CIRCLE DRIVE<br>CHAGRIN FALLS, OH 44023 | Claim Number: 9351<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,294.57 | Scheduled: | $3,294.57 |

| AV FLEXOLOGIC B.V.<br>H. KAMERLINGH ONNESWEB 2<br>POSTBUS 252<br>AG ALPHEN AAN DEN RIJN, NL 2400<br>THE NETHERLANDS | Claim Number: 11804<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $13,670.78 | Scheduled: | $10,204.33 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| AVAILABILITY, INC.<br>235 EAST CENTER DRIVE<br>P.O. BOX 562<br>ALTON, IL 62002 | Claim Number: 549<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $6,510.70 | | |
|---|---|---|---|---|

| AVALON EXPRESS INC<br>207 W 3RD ST SUITE 205<br>NORTHFIELD, MN 55057 | Claim Number: 1654<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $60,477.30 | | |
|---|---|---|---|---|

| AVALON PETROLEUM CO INC<br>200 E COURT ST STE 720<br>KANKAKEE, IL 609013856 | Claim Number: 4393<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $11,574.86 | Scheduled: | $14,203.08 |
|---|---|---|---|---|

| AVANGARD ENGINEERING INC<br>82 SEAVIEW AVENUE<br>MONMOUTH BEACH, NJ 07750 | Claim Number: 4020-02<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) |

| ADMINISTRATIVE | Claimed: | $23,482.59 | | |
|---|---|---|---|---|

| AVAYA INC<br>PO BOX 1379<br>RAYMOND, MS 39154 | Claim Number: 3851<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8119 (06/22/2010) |

| UNSECURED | Claimed: | $1,899.25 | Scheduled: | $38,071.34 |
|---|---|---|---|---|

| AVAYA INC.<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 975<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $8,615.02 | | |
|---|---|---|---|---|

| AVAYA INC.<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 1026<br>Claim Date: 03/02/2009<br>Debtor: CAMEO CONTAINER CORPORATION |

| UNSECURED | Claimed: | $2,743.88 | Scheduled: | $2,023.38 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

AVAYA INC.
C/O RMS BANKRUPTCY RECOVERY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 2281
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,391.60 | | |
| UNSECURED | Claimed: | $6,374.78 | | |

---

AVAYA INC.
PO BOX 1379
RAYMOND, MS 39154

Claim Number: 2736
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,899.25 | | |

---

AVAYA INC.
C/O RMS BANKRUPTCY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 3059
Claim Date: 05/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8119 (06/22/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,022.41 | Scheduled: | $17,222.82 |

---

AVC SERVALL
20550 S DENKER AVE
TORRANCE, CA 90501

Claim Number: 12492
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

AVENSYS INC.
ATTN: NIZAR TABET
400 MONTPELLIER BLVD
MONTREAL, QC H4N 2G7
CANADA

Claim Number: 1767
Claim Date: 03/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments:
1,806.00 CAD

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

AVENUE INDUSTRIAL SUPPLY CO LTD.
ATTN: BOB SETNYK
331 ALDEN ROAD
UNIT 2
MARKHAM, ON L3R 3L4
CANADA

Claim Number: 13136
Claim Date: 07/29/2009
Debtor: SMURFIT-MBI

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,397.46 | Scheduled: | $2,369.23 |

---

AVERITT EXPRESS, INC.
PO BOX 3166
COOKEVILLE, TN 38502

Claim Number: 1831
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,356.02 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

AVERITT EXPRESS, INC.
PO BOX 3166
COOKEVILLE, TN 38502

Claim Number: 13394
Claim Date: 10/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
Amends Claim 1831, Claim out of balance

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,431.02 | Scheduled: | $6,355.85 |
| TOTAL | Claimed: | $4,356.02 | | |

---

AVERY DENNISON CORPORATION
JEREMY M. CAMPANA, ESQ.
THOMPSON HINE LLP
3900 KEY CENTER, 127 PUBLIC SQUARE
CLEVELAND, OH 44114-1291

Claim Number: 1694-01
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $13,528.80 |

---

AVERY DENNISON CORPORATION
JEREMY M. CAMPANA, ESQ.
THOMPSON HINE LLP
3900 KEY CENTER, 127 PUBLIC SQUARE
CLEVELAND, OH 44114-1291

Claim Number: 1694-02
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $171,364.80 |

---

AVERY DENNISON CORPORATION
C/O JEREMY M. CAMPANA, ESQ.
THOMPSON HINE LLP
3900 KEY CENTER, 127 PUBLIC SQUARE
CLEVELAND, OH 44114-1291

Claim Number: 12023
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $234,499.20 | Scheduled: | $835,035.60  UNLIQ |

---

AVERY DENNISON CORPORATION
JEREMY M. CAMPANA, ESQ.
THOMPSON HINE LLP
3900 KEY CENTER, 127 PUBLIC SQUARE
CLEVELAND, OH 44114-1291

Claim Number: 12024
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $607,868.72 |

---

AVI FOODSYSTEMS, INC.
2590 ELM ROAD NE
WARREN, OH 44483

Claim Number: 511
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $21,963.50 | Scheduled: | $15,150.19 |

---

AVILES, JESUS
23930 HAZELWOOD DR
MORENO VALLEY, CA 92557

Claim Number: 11684
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $16,500.00 |
| SECURED | Claimed: | $16,500.00 |
| UNSECURED | Claimed: | $16,500.00 |
| TOTAL | Claimed: | $16,500.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

AWARD EQUIPMENT CO INC
1774 BRANT RD
NORTH COLLINS, NY 14111

Claim Number: 3776
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $3,112.95 | Scheduled: | $2,147.45 |
|---|---|---|---|---|

AWARE ENVIRONMENTAL INC
ATTN: BEVERLY SINGLE, ACCOUNTANT
P.O. BOX 2669
MATTHEWS, NC 28106

Claim Number: 6049
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $732.50 | Scheduled: | $732.50 |
|---|---|---|---|---|

AWC INC
PO BOX 974800
DALLAS, TX 75397

Claim Number: 5861
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $94,425.32 | Scheduled: | $98,662.22 |
|---|---|---|---|---|

AXILROD, NANCY
C/O BERNARD W. GERDELMAN, ESQ.
PAULE, CAMAZINE & BLUMENTHAL, PC
165 N. MERAMEC AVE., 6TH FLOOR
SAINT LOUIS, MO 63105-3789

Claim Number: 9762
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET 9034 (04/25/2011)

| UNSECURED | Claimed: | $1,622,797.54   UNLIQ |
|---|---|---|

AXILROD, NANCY
C/O BERNARD W. GERDELMAN, ESQ.
PAULE, CAMAZINE & BLUMENTHAL, PC
165 N. MERAMEC AVE., 6TH FLOOR
SAINT LOUIS, MO 63105-3789

Claim Number: 9766
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $1,622,797.54   UNLIQ |
|---|---|---|

AXSON TIMBER CO INC
PO BOX 178
HOMERVILLE, GA 31634

Claim Number: 5762
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $58,744.35 | Scheduled: | $117,488.71  UNLIQ |
|---|---|---|---|---|

AYALA, CARLOS A
3211 SETTLERS TRL.
SAINT CLOUD, FL 34772-8840

Claim Number: 10055
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $21,432.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

AYALA, CARLOS A
3211 SETTLERS TRAIL LANE
SAINT CLOUD, FL 34772-8840

Claim Number: 10056
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| PRIORITY | Claimed: | $21,432.00 |
|---|---|---|

---

AYALA, CARLOS A.
3211 SETTLORS TRAIL LANE
ATTN: MIRIAM AYALA
SAINT CLOUD, FL 34772-8840

Claim Number: 12522
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $21,432.00 |
|---|---|---|

---

AZTEC HYDRAULICS
7045B TOMKEN RD
MISSISSAUGA, ON L5S 1R7
CANADA

Claim Number: 8839
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $677.46 |
|---|---|---|

---

AZTEC HYDRAULICS INC
7045B TOMKEN ROAD
MISSISSAUGA, ON L5S 1R7
CANADA

Claim Number: 12312
Claim Date: 07/08/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $677.46 | Scheduled: | $673.89 |
|---|---|---|---|---|

---

B & B ENTERPRISES
5605 BIG TEXAS VALLEY RD
ROME, GA 30165

Claim Number: 313
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $1,613.25 | Scheduled: | $6,613.25 UNLIQ |
|---|---|---|---|---|

---

B & B LANDSCAPE & CARTAGE, INC.
ATTN: GORD BRAGG
66 2ND STREET
WEST ST. PAUL, MB R2P 0G5
CANADA

Claim Number: 13663
Claim Date: 11/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $1,677.52 |
|---|---|---|

---

B & B WOODYARD
PO BOX 122
TRACY CITY, TN 37387

Claim Number: 10463
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| UNSECURED | Claimed: | $5,445.66 | Scheduled: | $20,231.43 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| B & J SANITATION INC<br>PO BOX 9001779<br>LOUISVILLE, KY 40290-1779 | | Claim Number: 5658<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| UNSECURED | Claimed: | $545.62 | | |
| B AND B LANDSCAPING AND CARTAGE INC<br>66 2ND STREET<br>WEST ST. PAUL, MB R2P 0G5<br>CANADA | | Claim Number: 13662<br>Claim Date: 11/20/2009<br>Debtor: SMURFI-MBI<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| PRIORITY | Claimed: | $0.00 | | |
| B AND G TRAILER REPAIR LLC<br>112 SPANGLE WAY<br>O'FALLON, MO 63366 | | Claim Number: 6416<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $2,387.00 | Scheduled: | $2,346.50 |
| B AND S PIPING INC<br>160 STEWART PARKWAY<br>GREENSBORO, GA 30642 | | Claim Number: 4321<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $1,925.00 | | |
| B C SALES CO., INC.<br>PO BOX 1028<br>FRUITLAND, ID 83619 | | Claim Number: 242<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| PRIORITY | Claimed: | $9,861.93 | | |
| UNSECURED | Claimed: | $9,861.93 | | |
| TOTAL | Claimed: | $9,861.93 | | |
| B C SALES CO., INC.<br>PO BOX 1028<br>FRUITLAND, ID 83619 | | Claim Number: 6022<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $9,861.93 | Scheduled: | $10,209.96 |
| B G PRODUCTS, INC<br>ATTN: MIKE HOWARD<br>P.O. BOX 1282<br>WICHITA, KS 67201 | | Claim Number: 659<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $2,372.00 | Scheduled: | $2,372.40 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

B&B DYNAMO & ARMATURE LTD
ATTN: LESLEY LISCHKA
542 MCTAVISH STREET
WINNIPEG, MB R2J 2W5
CANADA

Claim Number: 13166
Claim Date: 08/19/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $8,063.09 | Scheduled: | $8,023.61 |
|---|---|---|---|---|

---

B&D MOTORS INC
300S PARK STREET
MERRILL, WI 54452

Claim Number: 7796
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $8,082.74 | Scheduled: | $6,458.00 |
|---|---|---|---|---|

---

B&D SERVICE CENTER INC
C/O U.S. BANK CORPORATE TRUST SERVICES
ATTN: BRIDGET GREIBER
60 LIVINGSTON AVENUE; EP-MN-WS3T
SAINT PAUL, MN 55107-2292

Claim Number: 11417
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8109 (06/21/2010)

| UNSECURED | Claimed: | $214,275.02 | Scheduled: | $77,283.62 |
|---|---|---|---|---|

---

B&E OF MISSOULA INC
ATTN: RON MAKI
2100 STEPHENS AVE #122
MISSOULA, MT 59801

Claim Number: 12413
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $1,912.41 |
|---|---|---|

---

B&K ELECTRIC WHOLESALE
PO BOX 3080
LA PUENTE, CA 91744

Claim Number: 3878
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $16,156.51 | Scheduled: | $13,086.73 |
|---|---|---|---|---|

---

B&S PALLETS
550 W ROOT STREET
CHICAGO, IL 60609

Claim Number: 4690
Claim Date: 07/13/2009
Debtor: CAMEO CONTAINER CORPORATION

| UNSECURED | Claimed: | $51,631.73 | Scheduled: | $51,631.73 |
|---|---|---|---|---|

---

B&S PIPING
160 STEWART PARKWAY
GREENSBORO, GA 30642

Claim Number: 4323
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $9,359.96 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

B&S PIPING
160 STEWART PARKWAY
GREENSBORO, GA 30642

Claim Number: 4324
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $49,640.00 |
|---|---|---|

---

B&S PIPING
160 STEWART PARKWAY
GREENSBORO, GA 30642

Claim Number: 4325
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $8,687.18 |
|---|---|---|

---

B&S PIPING
160 STEWART PARKWAY
GREENSBORO, GA 30642

Claim Number: 4326
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $8,400.00 |
|---|---|---|

---

B&S PIPING
160 STEWART PARKWAY
GREENSBORO, GA 30642

Claim Number: 5786
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $13,500.00 |
|---|---|---|

---

B&S PIPING INC
160 STEWART PARKWAY
GREENSBORO, GA 30014

Claim Number: 4322
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $1,520.35 |
|---|---|---|

---

B&S PIPING INC
160 STEWART PARKWAY
GREENSBORO, GA 30014

Claim Number: 4327
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $92,669.58 | Scheduled: | $69,624.89 |
|---|---|---|---|---|

---

B-K CYPRESS LOG HOMES INC
PO BOX 191
BRONSON, FL 32621

Claim Number: 7515
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| SECURED | Claimed: | $60,685.13 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| B-P TRUCKING INC<br>PO BOX 386<br>ASHLAND, MA 01721 | Claim Number: 3789<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $707.69 | | |
|---|---|---|---|---|

| B. KELLEY ENTERPRISES, INC.<br>C/O RACHEL SCOTT DECKER<br>CARRUTHERS & ROTH, P.A.<br>235 NORTH EDGEWORTH STREET<br>GREENSBORO, NC 27402 | Claim Number: 7276<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $20,640.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| B.C. HYDRO<br>C/O CREDIT ADMINISTRATION<br>C01-6911 SOUTHPOINT DRIVE<br>BURNABY, BC V3N 4X8<br>CANADA | Claim Number: 12444<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $42,936.35 | | |
|---|---|---|---|---|

| B.C. HYDRO<br>C/O CREDIT ADMINISTRATION<br>C01-6911 SOUTHPOINT DRIVE<br>BURNABY, BC V3N 4X8<br>CANADA | Claim Number: 12452<br>Claim Date: 07/30/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD. |
|---|---|

| UNSECURED | Claimed: | $6,907.47 | | |
|---|---|---|---|---|

| B.E. DELIVERY SERVICE<br>DBA BOBTAIL EXPRESS<br>P.O. BOX 41073<br>HOUSTON, TX 77241 | Claim Number: 466<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,055.76 | | |
|---|---|---|---|---|

| B.E. DELIVERY SERVICE<br>DBA BOBTAIL EXPRESS<br>P.O. BOX 41073<br>HOUSTON, TX 77241 | Claim Number: 467<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $781.00 | | |
|---|---|---|---|---|

| B.L. HOUCHINS, INC.<br>T/A HOUCHINS PEST CONTROL<br>PO BOX 1542<br>PETERSBURG, VA 23805 | Claim Number: 1747<br>Claim Date: 03/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $855.00 | Scheduled: | $855.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| B.R. PRODUCTS LLC<br>PO BOX 1673<br>GLOUCESTER, VA 23061 | | Claim Number: 66<br>Claim Date: 02/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8535 (09/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,925.00 | Scheduled: | $30,770.00 |

| B.R. PRODUCTS LLC<br>PO BOX 1673<br>GLOUCESTER, VA 23061 | | Claim Number: 1511<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1175 (07/06/2009) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $28,845.00 | |

| B.W.J. GRAPHICS, INC.<br>PO BOX 1282<br>829 S. JOPLIN AVE.<br>JOPLIN, MO 64802-1282 | | Claim Number: 847<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $87,133.96 | |

| B2B DIRECT<br>PO BOX 1130<br>NIWOT, CO 80544-1130 | | Claim Number: 5011<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,525.90 | Scheduled: | $839.30 |

| BAAR, RAYMOND M<br>1870 52ND ST E APT 305<br>INVER GROVE, MN 55077-1658 | | Claim Number: 10536<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

| BACA, WILLIAM<br>D. AARON BROCK/ELLEN E. COHEN<br>LAW OFFICES OF JOSEPH M. LOVRETOVICH<br>5941 VARIEL AVENUE<br>WOODLAND HILLS, CA 91367 | | Claim Number: 1566<br>Claim Date: 03/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,000,000.00   UNLIQ | |

| BACA, WILLIAM<br>D. AARON BROCK/ELLEN E. COHEN<br>LAW OFFICES OF JOSEPH M. LOVRETOVICH<br>5941 VARIEL AVENUE<br>WOODLAND HILLS, CA 91367 | | Claim Number: 2112<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,000,000.00   UNLIQ | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BACHKNIVES
50 SEAVIEW BOULEVARD
PORT WASHINGTON, NY 11050

Claim Number: 620
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $474.05 | Scheduled: | $474.05 |

BACHLE WELDING AND MACHINE INC.
1685 TURKEY BOTTOM ROAD
MUNCY, PA 17756

Claim Number: 1192
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,630.98 | Scheduled: | $7,630.98 |

BACT PROCESS SYSTEMS, INC.
3345 N. ARLINGTON HEIGHTS RD.
SUITE E
ARLINGTON HEIGHTS, IL 60004-1900

Claim Number: 1524
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,919.14 | | |

BACT PROCESS SYSTEMS, INC.
3345 N ARLINGTON HEIGHTS
SUITE E
ARLINGTON HEIGHTS, IL 60004-1591

Claim Number: 11237
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,919.14 | Scheduled: | $1,919.14 |

BADGER DISTRIBUTION INC
2100 AIRPORT ROAD
WAUKESHA, WI 53188

Claim Number: 4732
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $194.40 | Scheduled: | $194.40 |

BADGER TOYOTA LIFT
P.O. BOX 510041
NEW BERLIN, WI 53151

Claim Number: 1802
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,181.73 | Scheduled: | $8,181.73 |

BAGGIE FARMS EXPRESS, INC.
C/O HAGOP T. BEDOYAN, ESQ.
KLEIN, DENATALE, GOLDER, ET AL.
5260 N. PALM AVE., STE 217
FRESNO, CA 93704

Claim Number: 2763
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,263.28 | Scheduled: | $27,767.78 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BAHMUELLER TECHNOLOGIES, INC<br>2321-A DISTRIBUTION ST.<br>CHARLOTTE, NC 28203 | Claim Number: 150<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $7,736.62 | Scheduled: | $22,669.82 |
|---|---|---|---|---|

| BAILEY, EDWARD W<br>304 BATES STREET<br>NEW HAVEN, MO 63068 | Claim Number: 5513<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

| BAILEY, ROBERT G<br>UNIVERSITY OF MISSOURI<br>217 HULSTON HALL<br>COLUMBIA, MO 65211-4300 | Claim Number: 4553<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>May amends claim 996. |
|---|---|

| UNSECURED | Claimed: | $610.00 | Scheduled: | $1,830.00 |
|---|---|---|---|---|

| BAILEY, ROBERT G.<br>217 HULSTON HALL<br>COLUMBIA, MO 65211 | Claim Number: 996<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $610.00 |
|---|---|---|

| BAKER & MCKENZIE<br>130 E RANDOLPH DRIVE<br>ATTN: GREGG D. LEMEIN<br>CHICAGO, IL 60601 | Claim Number: 4427<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $8,656.56 | Scheduled: | $8,656.56 |
|---|---|---|---|---|

| BAKER OFFICE SOLUTIONS<br>PO BOX 12369<br>FLORENCE, SC 29504 | Claim Number: 7600<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,564.57 | Scheduled: | $2,564.57 |
|---|---|---|---|---|

| BAKER OFFICE SOLUTIONS LLP<br>P.O. BOX 12369<br>FLORENCE, SC 29504 | Claim Number: 527<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| SECURED | Claimed: | $2,564.57 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BAKER OFFICE SOLUTIONS LLP<br>PO BOX 12369<br>FLORENCE, SC 29504 | Claim Number: 7482<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,564.57 |
|---|---|---|

---

| BAKER, FREDDIE J<br>1829 9TH ST<br>ROCK ISLAND, IL 61201 | Claim Number: 6495<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

| BAKER, RONALD<br>36455 HIGHWAY 101 N<br>UNIT 6<br>NEHALEM, OR 97131 | Claim Number: 7234<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| SECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| BAKER, SHARON R<br>5 ATHERTON CT<br>GREENSBORO, NC 27405-5542 | Claim Number: 6971<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| BALDONADO, RAYMOND<br>10938 BRISBANE COURT<br>FONTANA, CA 92337 | Claim Number: 6591<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $15,000.00 |
|---|---|---|

---

| BALDWIN FILTERS, INC.<br>ATTN: ROB DUSKY<br>4400 EASTE HWY 30<br>KEARNEY, NE 68848 | Claim Number: 11807<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
|---|---|

| SECURED | Claimed: | $0.00  UNDET |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

---

| BALEMASTER- ASSIGNOR<br>C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE<br>& ATTORNEY-IN-FACT<br>2699 WHITE ROAD SUITE 255<br>IRVINE, CA 92614 | Claim Number: 9179<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $16,878.64 | Scheduled: | $33,567.15 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BALFOUR TIMBER COMPANY<br>JOHN TURNER HOLT<br>ALEXANDER & VANN, LLP<br>411 GORDON AVENUE<br>THOMASVILLE, GA 31792 | Claim Number: 1139<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $32,833.21 | | |
|---|---|---|---|---|

---

| BALFOUR TIMBER COMPANY, INC.<br>JOHN TURNER HOLT, ESQ.<br>ALEXANDER & VANN, LLP<br>411 GORDON AVENUE<br>THOMASVILLE, GA 31792 | Claim Number: 2028<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $32,833.21 | Scheduled: | $65,666.42  UNLIQ |
|---|---|---|---|---|

---

| BALL LUMBER CO INC<br>PO BOX 10<br>MILLERS TAVERN, VA 23115 | Claim Number: 5785-01<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $21,281.17 | | |
|---|---|---|---|---|

---

| BALL LUMBER CO INC<br>PO BOX 10<br>MILLERS TAVERN, VA 23115 | Claim Number: 5785-02<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1436 (08/06/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $21,281.17 | | |
|---|---|---|---|---|

---

| BALL, MILES W<br>6845 BRADLEY ROAD<br>ANDALUSIA, AL 36420 | Claim Number: 12084<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $40,625.00 | | |
|---|---|---|---|---|

---

| BALL, NEIL S.<br>955 DONNA LYNN WAY<br>GLADSTONE, OR 97027 | Claim Number: 7646<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

| BALL, PAULINE D<br>1630 WELSH RD UNIT 49<br>PHILADELPHIA, PA 19115 | Claim Number: 5516<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| BALLINGER, ROSIE L<br>714 AUBURN ST<br>MIDDLETOWN, OH 45042-2244 | Claim Number: 11688<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| BALTIMORE BELTING CO INC.<br>766 E 25TH ST.<br>BALTIMORE, MD 21218 | Claim Number: 2544<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | |
| PRIORITY | Claimed: | $11,364.23 | | |

---

| | | | | |
|---|---|---|---|---|
| BALTIMORE BELTING CO. INC.<br>766 E. 25TH STREET<br>BALTIMORE, MD 21218 | Claim Number: 3902<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | | |
| UNSECURED | Claimed: | $11,364.23 | Scheduled: | $10,186.49 |

---

| | | | | |
|---|---|---|---|---|
| BANA INC<br>PO BOX 79290<br>SAGINAW, TX 76179 | Claim Number: 6568<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $5,840.03 | Scheduled: | $5,840.03 |

---

| | | | | |
|---|---|---|---|---|
| BANCIELLA, RICARDO G<br>11821 S.W. 206 TERRACE<br>MIAMI, FL 33177 | Claim Number: 11475<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| BANDA, SAMUEL<br>C/O RAYMOND MARTINEZ<br>SCHERR & LEGATE PLLC<br>109 NORTH OREGON, 12TH FLOOR<br>EL PASO, TX 79901 | Claim Number: 12569<br>Claim Date: 09/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $150,000.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| BANK OF AMERICA LEASING AND CAPITAL<br>PO BOX 371992<br>PITTSBURGH, PA 15250-7992 | Claim Number: 13457<br>Claim Date: 09/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| SECURED | Claimed: | $18,382.22 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BANK OF AMERICA, N.A.
ATTN: ERIC SICKE, ASST. GEN. COUNSEL
CA9-193-24-01
333 SOUTH HOPE STREET, 24TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 10553
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| SECURED | Claimed: | $7,242,387.29   UNLIQ |
| --- | --- | --- |

BANK OF AMERICA, N.A.
ATTN: ERIC SICKE, ASST. GEN. COUNSEL
CA9-193-24-01
333 SOUTH HOPE STREET, 24TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 10554
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| SECURED | Claimed: | $7,242,387.29   UNLIQ |
| --- | --- | --- |

BANK OF NEW YORK, THE
101 BARCLAY STREET
CORPORATE TRUST ADMINISTRATION
NEW YORK, NY 10286

Claim Number: 8153
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $2,500.00 |
| --- | --- | --- |

BANK OF NOVA SCOTIA, THE
ATTN: DIANE EMANUEL
ONE LIBERTY PLAZA
NEW YORK, NY 10006

Claim Number: 9849
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| SECURED | Claimed: | $2,622,229.00   UNLIQ |
| --- | --- | --- |

BANK OF NOVA SCOTIA, THE
ATTN: DIANE EMANUEL
ONE LIBERTY PLAZA
NEW YORK, NY 10006

Claim Number: 9850
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| SECURED | Claimed: | $2,622,229.00   UNLIQ |
| --- | --- | --- |

BANKHEAD LAND & TIMBER CO., INC.
ALYSSA ROSS
JONES, MILWEE & ROSS, LLC
2305 WORTH STREET
GUNTERSVILLE, AL 35976

Claim Number: 1134-01
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| UNSECURED | Claimed: | $15,961.46 |
| --- | --- | --- |

BANKHEAD LAND & TIMBER CO., INC.
ALYSSA ROSS
JONES, MILWEE & ROSS, LLC
2305 WORTH STREET
GUNTERSVILLE, AL 35976

Claim Number: 1134-02
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 3195 (12/16/2009)

| ADMINISTRATIVE | Claimed: | $15,961.46 |
| --- | --- | --- |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BANKHEAD LAND & TIMBER CO., INC.
JONES, MILWEE & ROSS, LLC
ATTORNEYS AT LAW
P.O. BOX 940
GUNTERSVILLE, AL 35976

Claim Number: 6064
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $15,961.46 |
| UNSECURED | Claimed: | $15,961.46 |

---

BANUELOS, MICHELLE R
836 E CLINTON AVE
FRESNO, CA 93704

Claim Number: 13187
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00  UNLIQ |

---

BANUELOS, MICHELLE R
836 E CLINTON AVE
FRESNO, CA 93704

Claim Number: 13188
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00  UNLIQ |

---

BAR CODE INTEGRATORS INC
11 N STOKIE HWY
LAKE BLUFF, IL 60044

Claim Number: 4769
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $2,075.97 | | $2,075.97 |

---

BAR T TIMBER INC
4651 N KOLIN RD
MOCCASIN, MT 59462

Claim Number: 1855
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $8,325.21 |

---

BAR T TIMBER INC
4651 N KOLIN ROAD
MOCCASIN, MT 59462

Claim Number: 6615
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $3,192.68 | | $8,142.68  UNLIQ |

---

BAR T TIMBER INC
DAN TUDOR
4651 N KOLIN RD
MOCCASIN, MT 59462

Claim Number: 8927-01
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 5768 (03/11/2010)
Claim out of balance

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $3,142.68 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| BAR T TIMBER INC<br>DAN TUDOR<br>4651 N KOLIN RD<br>MOCCASIN, MT 59462 | | Claim Number: 8927-02<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $3,142.68 | | |
| BARAMY INVESTMENTS LTD<br>C/O WRITTEN LLP, BARRISTERS & SOLICITORS<br>ATTN: ANDREW FRASER<br>#2500, 10303 JASPERS AVENUE<br>EDMONTON, AB T5J 3N1<br>CANADA | | Claim Number: 12913<br>Claim Date: 08/27/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | |
| UNSECURED | Claimed: | $6,227.73 | | |
| BARBER PRINTING<br>811A VARSITY DR<br>TUPELO, MS 38801-4615 | | Claim Number: 6589<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
| UNSECURED | Claimed: | $4,187.43 | Scheduled: | $4,187.43 |
| BARBOUR, ALEX V<br>14012 FRANCESCA COVE<br>HUNTLEY, IL 60142 | | Claim Number: 3685<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,947.50 | Scheduled: | $2,947.50 |
| BARBOZA, JOSE<br>422 E. KING ST.<br>RIALTO, CA 92376 | | Claim Number: 11650<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| PRIORITY | Claimed: | $19,000.00 | | |
| SECURED | Claimed: | $19,000.00 | | |
| UNSECURED | Claimed: | $19,000.00 | | |
| TOTAL | Claimed: | $19,000.00 | | |
| BARCHART COM INC<br>330 S WELLS STREET SUITE 618<br>ETOBICOKE POSTAL STN A<br>CHICAGO, IL 60606 | | Claim Number: 13376<br>Claim Date: 09/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $2,500.00 | Scheduled: | $1,903.23 |
| BARCHART.COM<br>330 S. WELLS ST. SUITE 618<br>CHICAGO, IL 60606-7103 | | Claim Number: 1006<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $2,500.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BARCHART.COM, INC.
SUITE 618
330 S. WELLS
CHICAGO, IL 60606

Claim Number: 13377
Claim Date: 09/29/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $2,500.00 | | |

---

BARCODE GRAPHICS INC
5-25 BRODIE DR
ATTN: ANITA WONG
RICHMOND HILL, ON L4B 3K7
CANADA

Claim Number: 8674
Claim Date: 07/23/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $3,819.57 | Scheduled: | $3,779.63 |

---

BARCODE GRAPHICS INC
25 BRODIE DRIVE, UNIT 5
RICHMOND HILL, ON L4B 3K7
CANADA

Claim Number: 12417
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $4,661.99 | | |

---

BARCOL DOOR LTD.
14820 YELLOWHEAD TRAIL
EDMONTON, AB T5L 3C5
CANADA

Claim Number: 1540
Claim Date: 03/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $291.90 | | |

---

BARKSDALE OILS, INC.
ATTN: LASH BARKSDALE
1041 E BANK STREET
PO BOX 910
PETERSBURG, VA 23804

Claim Number: 9339
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $23,330.90 | Scheduled: | $26,754.35 |

---

BARKSDALE OILS, INC.
ATTN: LASH BARKSDALE
1041 E BANK STREET
PO BOX 910
PETERSBURG, VA 23804

Claim Number: 10115-01
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $2,940.81 | | |

---

BARKSDALE OILS, INC.
ATTN: LASH BARKSDALE
1041 E BANK STREET
PO BOX 910
PETERSBURG, VA 23804

Claim Number: 10115-02
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 4964 (02/12/2010)

| ADMINISTRATIVE | Claimed: | $14,773.66 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BARLOW, WAYNE S.<br>116 FOUNDERS DRIVE<br>FLAT ROCK, NC 28731 | | Claim Number: 2878<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010) | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $210,510.00 | Scheduled: | $210,510.00 |

| BARLOW, WAYNE S.<br>116 FOUNDERS DRIVE<br>FLAT ROCK, NC 28731 | | Claim Number: 2879<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLY AMENDED BY 9570<br>DOCKET: 8649 (10/15/2010) | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $24,288.00 | | |

| BARLOW, WAYNE S.<br>116 FOUNDERS DRIVE<br>FLAT ROCK, NC 28731 | | Claim Number: 9570<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $26,948.55 | | |

| BARNARD, D.<br>533 DOGWOOD LANE<br>LINDALE, TX 75771 | | Claim Number: 11687<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $20,000.00 | | |

| BARNES WOOD & LUMBER CO INC<br>619 BRUCEVILLE RD<br>MEHERRIN, VA 23954 | | Claim Number: 6575<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $11,303.72 | Scheduled: | $11,303.72 |

| BARNETTE, JAMES A<br>178 COTTON HILL ROAD<br>EUFAULA, AL 36027 | | Claim Number: 7281<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $0.00   UNDET | | |

| BARNEY'S PUMPS INC.<br>PO BOX 3529<br>LAKELAND, FL 33802-3529 | | Claim Number: 4582<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $15,627.66 | Scheduled: | $15,627.66 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BARNICKLE, WILLIAM A
PO BOX 1071
WEST CHESTER, OH 45071

Claim Number: 5947
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

---

BARNPS, JOSEPH SCOTT
459 AUTUMNWOOD DR
CASTLEBERRY, AL 36432

Claim Number: 12294
Claim Date: 09/08/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

---

BARON & BUDD, P.C.
ATTN: BRUCE W. STECKLER
3102 OAKLAWN AVENUE, SUITE 1100
DALLAS, TX 75219

Claim Number: 99022
Claim Date: 09/30/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,030,000.00 | |

---

BARR, MACKIE E
904 WHETSTONE RD
SWANSEA, SC 29160

Claim Number: 7117
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |

---

BARRACK, ELEASE C
496 NORTHRIDGE DR
ORANGEBURG, SC 29118

Claim Number: 6664
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6647 (04/07/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $16,133.88 | |

---

BARRAZA, GUSTAVO
3154 TIFFANY DR.
MIRA LOMA, CA 91752

Claim Number: 12050
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $13,500.00 | |
| SECURED | Claimed: | $13,500.00 | |
| UNSECURED | Claimed: | $13,500.00 | |
| TOTAL | Claimed: | $13,500.00 | |

---

BARRETT DIRECT LINE DELIVERY
PO BOX 1819
LOWELL, AR 72745

Claim Number: 9605
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,150.00 | Scheduled: | $1,150.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| BARRETTE-CHAPAIS LTEE<br>ATTN: ANNIE GAUDREAUTT<br>KM 346, ROUTE 113, CP 248<br>CHAPAIS, QC G0W 1H0<br>CANADA | | Claim Number: 12872<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |

| UNSECURED | Claimed: | $24,464.24 | | |
|---|---|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| BARRON & CO INC<br>415 N TYNDALL PARKWAY<br>PANAMA CITY, FL 32404 | | Claim Number: 868<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/15/2010) | | |

| UNSECURED | Claimed: | $380.00 | | |
|---|---|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| BARRON, ARTHUR W.<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10709<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |

| UNSECURED | Claimed: | $21,192.99 | | |
|---|---|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| BARRON, BARTT W<br>113 LEW BARRON ROAD<br>MERRYVILLE, LA 70653 | | Claim Number: 7539<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| BARRON, WAYNE<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10705<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |

| UNSECURED | Claimed: | $28,157.28 | | |
|---|---|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| BARRY STEEL FABRICATION, INC.<br>JEFFREY R. WAXMAN, ESQUIRE<br>MORRIS JAMES LLP<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON, DE 19801 | | Claim Number: 11880<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 6251 (03/25/2010) | | |

| SECURED | Claimed: | $27,702.72 | | |
|---|---|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| BARRY'S BATTERY WAREHOUSE<br>1410 JUNE AVE<br>PANAMA CITY, FL 32401 | | Claim Number: 9269<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |

| UNSECURED | Claimed: | $19,045.96 | Scheduled: | $19,045.96 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| BARRY-WEHMILLER COMPANIES, INC / MARQUIP WARD UNITED 8020 FORSYTH BLVD. C/O BILL STABLER SAINT LOUIS, MO 63105 | | Claim Number: 7273 Claim Date: 08/06/2009 Debtor: SMURFIT-STONE PUERTO RICO, INC. | | |
| UNSECURED | Claimed: | $1,767.66 | Scheduled: | $3,535.33 UNLIQ |
| BARRY-WEHMILLER COMPANIES, INC / MARQUIP WARD UNITED 8020 FORSYTH BLVD. C/O BILL STABLER SAINT LOUIS, MO 63105 | | Claim Number: 7274 Claim Date: 08/06/2009 Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $79,323.80 | Scheduled: | $172,879.47 UNLIQ |
| BARSTAD, BERT T P O BOX 834 DIABLO, CA 94528 | | Claim Number: 5799 Claim Date: 07/20/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| BARTHOLOMEW CONCRETE INC PO BOX 509 COLMAR, PA 18915 | | Claim Number: 3750 Claim Date: 07/06/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $12,200.00 | Scheduled: | $12,200.00 |
| BARTHOLOMEW COUNTY TREASURER P.O. BOX 1986 COLUMBUS, IN 47202-1986 | | Claim Number: 4901 Claim Date: 07/13/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8120 (06/22/2010) | | |
| PRIORITY | Claimed: | $39,529.18 | | |
| BARTLESON TRANSPORT INC 2917 MERIDIAN E EDGEWOOD, WA 98371 | | Claim Number: 12304 Claim Date: 09/08/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $104,677.79 | Scheduled: | $143,127.46 |
| BASF CORPORATION, BRISTOL-MYERS SQUIBB CO., ET AL C/ MARY W KOKS - MUNSCH HARDT KOPF HARR 700 LOUISIANA, SUITE 4600 HOUSTON, TX 77002 | | Claim Number: 11671 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: ALLOWED DOCKET: 8880 (01/06/2011) | | |
| SECURED UNSECURED | Claimed: | $1,453,021.00 UNLIQ CONT | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BASKERVILLE DONOVAN INC
449 WEST MAIN STREET
PENSACOLA, FL 32502

Claim Number: 6680
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| SECURED | | $3,650.00 | | |
| UNSECURED | | | | $3,650.00 |

---

BASKERVILLE-DONOVAN, INC.
325 JOHN KNOX RD. BLDG 200
TALLAHASSEE, FL 32303

Claim Number: 3253
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $3,650.00 |

---

BATEMAN, DONIVEN E
7034 WAMPLER HOLLOW RD
NORTON, VA 24273

Claim Number: 12178
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $20,000.00 |

---

BATES EXPRESS INC
55 INDUSTRIAL PARK
MONTEVALLO, AL 35115

Claim Number: 4656
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $2,871.24 | | $2,871.24 |

---

BATES SALES COMPANY
5211 NORTHRUP AVENUE
SAINT LOUIS, MO 63110

Claim Number: 554
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7550 (05/10/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $2,856.06 | | $3,923.82 |

---

BATES SALES COMPANY
5211 NORTHRUP AVENUE
SAINT LOUIS, MO 63110

Claim Number: 566
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $1,080.17 |

---

BATES TRANSPORTATION SERVICES INC.
DBA TENMET
ATTN: JULIE LATHER OR MIKE BATES
125 N. SPENCE LANE
NASHVILLE, TN 37210

Claim Number: 8407-01
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 5769 (03/11/2010)
Claim out of balance

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $50.37 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BATES TRANSPORTATION SERVICES INC.
DBA TENMET
ATTN: JULIE LATHER OR MIKE BATES
125 N. SPENCE LANE
NASHVILLE, TN 37210

Claim Number: 8407-02
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
Claim out of balance

| UNSECURED | Claimed: | $1,604.80 |
|---|---|---|

---

BATES, MICHAEL G
2707 S WHISPERING LAKES CT
ONTARIO, CA 91761

Claim Number: 7512
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00  UNDET |
|---|---|---|

---

BATTERIES PLUS
2100 STEPHENS 122
MISSOULA, MT 59801-6607

Claim Number: 8622
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $1,912.41 | Scheduled: | $1,469.29 |
|---|---|---|---|---|

---

BATTERY MAN, THE
1390 ST JAMES STREET
WINNIPEG, MB R3H 0L1
CANADA

Claim Number: 8180
Claim Date: 04/30/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $89.59 |
|---|---|---|

---

BATTLEFIELD EQUIPMENT RENTALS
A DIVISION OF TOROMONT INDUSTRIES LTD.
P.O. BOX 9340 LCD #4
HAMILTON, ON L8H 7S8
CANADA

Claim Number: 8255
Claim Date: 07/20/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $7,303.82 | Scheduled: | $7,294.21 |
|---|---|---|---|---|

---

BATZNER
16948 W. VICTOR ROAD
NEW BERLIN, WI 53151

Claim Number: 7083
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $2,119.29 | Scheduled: | $1,911.39 |
|---|---|---|---|---|

---

BAUM'S CASTORINE CO INC
PO BOX 230
ROME, NY 13442

Claim Number: 3606
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $570.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| BAUMAN PAINTING<br>2729 LAFAYETTE<br>SAINT JOSEPH, MO 64507 | | Claim Number: 929<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | | $6,338.00 | Scheduled: | $6,338.00 |

| | | | | | |
|---|---|---|---|---|---|
| BAUMER HHS CORPORATION<br>10570 SUCCESS LANE<br>DAYTON, OH 45458 | | Claim Number: 1925<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | | |
| UNSECURED | Claimed: | | $95,115.01 | Scheduled: | $77,392.58 |

| | | | | | |
|---|---|---|---|---|---|
| BAUMGARDNER, RICHARD ET AL<br>C/O THOMAS DOYLE<br>BENNETT, HARTMAN MORRIS KAPLAN<br>111 SW 5TH AVE, STE 1650<br>PORTLAND, OR 97204 | | Claim Number: 11670<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | |
| PRIORITY | Claimed: | | $1,000,000.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| BAUMGARDNER, RICHARD ET AL.<br>C/O THOMAS DOYLE<br>BENNETT, HARTMAN MORRIS KAPLAN<br>111 SW 5TH AVE, STE 1650<br>PORTLAND, OR 97204 | | Claim Number: 11738<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | | |
| PRIORITY | Claimed: | | $1,000,000.00 | | |
| UNSECURED | | | | Scheduled: | $0.00 UNLIQ |

| | | | | | |
|---|---|---|---|---|---|
| BAWCO, INC.<br>C/O WILLIAM A. GRAY, ESQUIRE<br>SANDS ANDERSON MARKS & MILLER, PC<br>POST OFFICE BOX 1998<br>RICHMOND, VA 23218-1998 | | Claim Number: 3575<br>Claim Date: 07/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| SECURED | Claimed: | | $17,000.00   UNLIQ | | |
| UNSECURED | Claimed: | | $0.00   UNLIQ | Scheduled: | $17,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| BAX GLOBAL<br>440 EXCHANGE<br>IRVINE, CA 92623-9571 | | Claim Number: 275<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | |
| UNSECURED | Claimed: | | $345.87 | | |

| | | | | | |
|---|---|---|---|---|---|
| BAY AREA INTERMODAL SERVICES INC<br>PO BOX 1537<br>DANVILLE, CA 94526 | | Claim Number: 4564<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | | $2,000.00 | Scheduled: | $4,000.00 UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BAY BOLT & INDUSTRIAL SUPPLY, INC.
2013 N. EAST AVENUE
PANAMA CITY, FL 32405

Claim Number: 592
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,418.67 | Scheduled: | $9,321.53 |

---

BAY BROKERAGE INC.
P.O. BOX 472
STITTSVILLE, ON K2S 1A6
CANADA

Claim Number: 1027
Claim Date: 03/02/2009
Debtor: SMURFI-MBI
Comments: EXPUNGED
DOCKET: 8537 (09/14/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $297.65 | | |
| UNSECURED | Claimed: | $1,100.00 | Scheduled: | $45,628.76 |

---

BAY BROKERAGE INC.
P.O. BOX 472
STITTSVILLE, ON K2S 1A6
CANADA

Claim Number: 1028
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,599.69 | |
| UNSECURED | Claimed: | $907.58 | |

---

BAY BROKERAGE INC.
P.O. BOX 472
STITTSVILLE, ON K2S 1A6
CANADA

Claim Number: 1029
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8537 (09/14/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,879.63 | | |
| UNSECURED | | | Scheduled: | $2,367.48 |

---

BAY CITIES CONTAINER
5138 INDUSTRY AVENUE
PICO RIVERA, CA 90660

Claim Number: 2359
Claim Date: 04/22/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $13,241.68 |

---

BAY CITIES CONTAINER
PO BOX 22594
PASADENA, CA 91185

Claim Number: 4670
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,178.68 | Scheduled: | $6,558.72 |

---

BAY CITIES CONTAINER
5138 INDUSTRY AVENUE
PICO RIVERA, CA 90660

Claim Number: 4671
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $13,241.68 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BAY CO., FL
PEGGY C. BRANNON, TAX COLL.
C/O JERRY W. GERDE, ESQ.
239 E 4TH ST.
PANAMA CITY, FL 32401

Claim Number: 2725
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| PRIORITY | Claimed: | $406,961.77 |
|---|---|---|

---

BAY CO., FL
PEGGY C. BRANNON, TAX COLL.
C/O JERRY W. GERDE, ESQ.
239 E 4TH ST.
PANAMA CITY, FL 32401

Claim Number: 2726
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| PRIORITY | Claimed: | $1,924.08 |
|---|---|---|

---

BAY CORP INC
3774 S 300 E
COLUMBUS, IN 47201

Claim Number: 5886
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $1,455.00 |
|---|---|---|

---

BAY COUNTY FLORIDA
ARCHER & GREINER, P.C.
CHARLES J. BROWN, III
300 DELAWARE AVENUE, SUITE 1370
WILMINGTON, DE 19801

Claim Number: 2067-01
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $14,398.95 |
|---|---|---|

---

BAY COUNTY FLORIDA
ARCHER & GREINER, P.C.
CHARLES J. BROWN, III
300 DELAWARE AVENUE, SUITE 1370
WILMINGTON, DE 19801

Claim Number: 2067-02
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| ADMINISTRATIVE | Claimed: | $11,543.10 |
|---|---|---|

---

BAY COUNTY FLORIDA
ARCHER & GREINER, P.C.
CHARLES J. BROWN, III
300 DELAWARE AVENUE, SUITE 1370
WILMINGTON, DE 19801

Claim Number: 2122
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $25,942.05 |
|---|---|---|

---

BAY COUNTY FLORIDA
C/O ARCHER & GREINER, P.C.
300 DELAWARE AVENUE, SUITE 1370
WILMINGTON, DE 19801

Claim Number: 2794
Claim Date: 05/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| ADMINISTRATIVE | Claimed: | $25,942.05 |
|---|---|---|
| UNSECURED | Claimed: | $906,370.53 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BAY ELECTRIC INC<br>500 MAIN STREET<br>BAY, AR 72411 | Claim Number: 5925<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $334.88 | Scheduled: | $334.88 |
|---|---|---|---|---|

| BAY FIRE SPRINKLERS<br>P.O. BOX 700<br>CASTROVILLE, CA 95012 | Claim Number: 11459<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $59,820.00 |
|---|---|---|

| BAY SHORE FLUID POWER INC<br>3701 GOVERNMENT BLVD<br>MOBILE, AL 36693 | Claim Number: 6559<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,033.24 | Scheduled: | $1,033.24 |
|---|---|---|---|---|

| BAY STATE GAS COMPANY<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 2025<br>SPRINGFIELD, MA 01102-2025 | Claim Number: 5787<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $60,655.55 | Scheduled: | $13,748.35 |
|---|---|---|---|---|

| BAY STATE GAS/NORTHERN UTILITIES<br>ATTN: BANKRUPTCY DEPT.<br>P.O. BOX 2025<br>SPRINGFIELD, MA 01102-2025 | Claim Number: 1191<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $60,361.14 |
|---|---|---|

| BAY VALVE SERVICE INC<br>4385 S 133RD<br>SEATTLE, WA 98168 | Claim Number: 6453<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $33,225.68 | Scheduled: | $25,939.93 |
|---|---|---|---|---|

| BAYLINE RAILROAD L.L.C.<br>1200-C SCOTTSVILLE ROAD<br>SUITE 200<br>ROCHESTER, NY 14624 | Claim Number: 2769<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $163,569.04 | Scheduled: | $108,642.29 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BAYLISS MACHINE & WELDING COMPANY<br>PO BOX 10847<br>BIRMINGHAM, AL 35202 | | Claim Number: 2573<br>Claim Date: 04/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|---|
| UNSECURED | Claimed: | $1,647.67 |

---

| BAYLISS, CARL D<br>10 ELMWOOD DR<br>WABASH, IN 46992 | | Claim Number: 6494<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |
| SECURED | Claimed: | $0.00   UNDET |

---

| BAYSHORE ELECTRIC LTD,<br>976 CORONA CRESCENT<br>COQUITLAM, BC V3J 6Y9<br>CANADA | | Claim Number: 3198<br>Claim Date: 06/01/2009<br>Debtor: SMURFI-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>2185.60 CAN |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| BAYSIDE OIL II INC<br>210 ENCINAL ST<br>SANTA CRUZ, CA 95060 | | | Claim Number: 5556<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|---|---|
| UNSECURED | Claimed: | $548.25 | Scheduled: | $510.00 |

---

| BAZAN, RALPH A<br>6019 MORAGA AVE<br>RIVERSIDE, CA 92509 | | Claim Number: 9537<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|---|
| PRIORITY | Claimed: | $86,250.00 |

---

| BBC MANAGEMENT, LLC DBA<br>MID OREGON RECYCLING<br>PO BOX 504<br>ATTN: CHERYL NILES-TREWIN<br>BEND, OR 97709 | | Claim Number: 12307<br>Claim Date: 04/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|---|
| UNSECURED | Claimed: | $2,467.80 |

---

| BC BEARING ENGINEERING LTD<br>8985 FRASERWOOD COURT<br>BURNABY, BC V5J 5E8<br>CANADA | | Claim Number: 8320<br>Claim Date: 07/10/2009<br>Debtor: SMURFI-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|---|
| UNSECURED | Claimed: | $3,492.24 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| BC SAFETY AUTHORITY<br>505 - 6TH STREET, SUITE 200<br>ATTN: AMINA GIBBS<br>NEW WESTMINSTER, BC V3L 0E1<br>CANADA | | Claim Number: 13042<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | |
| UNSECURED | Claimed: | $250.70 | | |

---

| | | | | |
|---|---|---|---|---|
| BCF S.EN.C.R.L.<br>1100 BOULEVARD RENE-LEVESQUE OUEST<br>25 E ETAGE<br>ATTN: ME HUBERT SIBRE<br>MONTREAL, QC H5B 5C9<br>CANADA | | Claim Number: 8654<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $7,400.38 | | |

---

| | | | | |
|---|---|---|---|---|
| BCM INKS<br>11400 DEERFIELD ROAD<br>CINCINNATI, OH 45242 | | Claim Number: 7455-01<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,068.75 | Scheduled: | $2,162.25 |

---

| | | | | |
|---|---|---|---|---|
| BCM INKS<br>11400 DEERFIELD ROAD<br>CINCINNATI, OH 45242 | | Claim Number: 7455-02<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) | | |
| UNSECURED | Claimed: | $1,093.50 | | |

---

| | | | | |
|---|---|---|---|---|
| BCM SERVICE & ENGINEERING, INC.<br>2203 N. MACARTHUR DRIVE<br>TRACY, CA 95376 | | Claim Number: 11573<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $13,151.85 | Scheduled: | $21,675.86 |

---

| | | | | |
|---|---|---|---|---|
| BCMINKS<br>11400 DEERFIELD RD<br>CINCINNATI, OH 45242 | | Claim Number: 7459<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| ADMINISTRATIVE | Claimed: | $35,960.76 | | |
| UNSECURED | Claimed: | $112,292.64 | Scheduled: | $148,924.79 |

---

| | | | | |
|---|---|---|---|---|
| BDI CANADA INC<br>6235 TOMKEN ROAD<br>MISSISSAUGA, ON L5T 1K2<br>CANADA | | Claim Number: 13058<br>Claim Date: 08/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
| UNSECURED | Claimed: | $692,810.00 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BDI CANADA INC.<br>6235 TOMKEN ROAD<br>ATTN: TED CHISHOLM<br>MISSISSAUGA, ON L5T 1K2<br>CANADA | Claim Number: 13057<br>Claim Date: 08/30/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $692,810.00 | Scheduled: | $388,729.67 |
|---|---|---|---|---|

---

| BDS MACHINE, INC.<br>P.O. BOX 1765<br>1800 CHILDRESS ROAD<br>LEWISBURG, TN 37091 | Claim Number: 3078<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $21,390.92 | Scheduled: | $21,390.92 |
|---|---|---|---|---|

---

| BE CROWLEY INC<br>PO BOX 3066<br>SPRINGFIELD, MA 01101 | Claim Number: 8052<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $8,370.81 | Scheduled: | $8,370.81 |
|---|---|---|---|---|

---

| BE&K CONSTRUCTION COMPANY, LLC<br>601 JEFFERSON ST STE 100<br>HOUSTON, TX 77002-7911 | Claim Number: 10886<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $554,787.44 | Scheduled: | $285,742.93 |
|---|---|---|---|---|

---

| BE&K ENGINEERING COMPANY, LLC<br>C/O KELLOGG BROWN & ROOT LLC<br>ATTN: KEVIN B. CRAWFORD<br>4100 CLINTON DRIVE<br>HOUSTON, TX 77020 | Claim Number: 10887<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $108,540.58 | Scheduled: | $369,190.09 |
|---|---|---|---|---|

---

| BEAMER, RUSSELL K<br>1020 W. PARK DR.<br>MIDLAND, MI 48640 | Claim Number: 4834<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| BEAR STEARNS LOAN TRUST<br>BY: URSAMINE CREDIT ADVISORS, LLC<br>535 MADISON AVE, 33RD FLOOR<br>NEW YORK, NY 10022 | Claim Number: 9651<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| SECURED | Claimed: | $1,075,543.83 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BEARD EQUIPMENT CO<br>4625 HIGHWAY 231 NORTH<br>PANAMA CITY, FL 32404 | Claim Number: 6455<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,121.03 | Scheduled: | $16,167.45 |

| BEARD EQUIPMENT COMPANY<br>4625 HWY. 231 N.<br>PANAMA CITY, FL 32404 | Claim Number: 565<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,183.67 | | |

| BEARDEN THOMPSON ELECTRIC CO INC<br>4630 FREDERICK DRIVE SW STE D<br>ATLANTA, GA 30336-1835 | Claim Number: 9842<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,400.92 | Scheduled: | $2,276.78 |

| BEARDEN, ROSA FOR PRESTON BEARDEN<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | Claim Number: 10954<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $150,000.00 | | |

| BEARDSELL, WILLIAM WALLACE<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS & SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 13038<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | |
| UNSECURED | Claimed: | $75,861.44 | Scheduled: | $67,777.23 |

| BEARING & TRANSMISSION<br>JANE COSTEN<br>143 WHEELER STREET<br>SASKATOON, SK S7P 0A4<br>CANADA | Claim Number: 8741<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $812.31 | Scheduled: | $812.31 |

| BEARING & TRANSMISSION<br>JANE COSTEN<br>143 WHEELER STREET<br>SASKATOON, SK S7P 0A4<br>CANADA | Claim Number: 8742<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,366.88 | Scheduled: | $2,366.88 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BEARING ENGINEERING CO INC<br>667 MCCORMICK STREET<br>SAN LEANDRO, CA 94577 | Claim Number: 5131<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $5,337.23 | Scheduled: | $5,337.23 |
|---|---|---|---|---|

| BEARINGS INCORPORATED<br>N96 W15506 COUNTY LINE ROAD<br>GERMANTOWN, WI 53022 | Claim Number: 737<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,198.82 | Scheduled: | $2,173.84 |
|---|---|---|---|---|

| BEB FLEET SOURCE GROUP<br>1806 SWIFT<br>KANSAS CITY, MO 64116 | Claim Number: 5716<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $91,094.01 |
|---|---|---|

| BECAR INC<br>ATTN: H. ERIC BOUCHARD<br>1053 BOULEVARD DUCHARME<br>LA TUQUE, QC G9X 3P3<br>CANADA | Claim Number: 12792<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $1,623.30 | Scheduled: | $11,469.87 |
|---|---|---|---|---|

| BECK, DIANE<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | Claim Number: 10977<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

| BECK, JAMES T<br>46 CAMEO ROAD<br>LEVITTOWN, PA 19057-1707 | Claim Number: 7070<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| PRIORITY | Claimed: | $1,644.08 |
|---|---|---|

| BECKART ENVIRONMENTAL<br>6900 46TH ST.<br>KENOSHA, WI 53144 | Claim Number: 6914<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| SECURED | Claimed: | $97,167.61 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $91,807.40 | Scheduled: | $184,238.29 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BECKART ENVIRONMENTAL, INC.
JEFFERY J. MOLINSKI
DEMARK, KOLBE AND BRODEK S.C.
6216 WASHINGTON AVE., P.O. BOX 085009
RACINE, WI 53408-5009

Claim Number: 14070
Claim Date: 07/16/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 8836 (12/09/2010)

| ADMINISTRATIVE | Claimed: | $16,715.40 | | |

BECKELMAN, SARA, AS EXECUTRIX OF
THE ESTATE OF JON BECKELMAN
2705 PENNINGTON ST.
IRVING, TX 75062-4124

Claim Number: 11466
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| PRIORITY | Claimed: | $886.30 | | |

BECKER TRANSPORTATION INC
209 WEST BEECH
SUTTON, NE 68979

Claim Number: 4014
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $24,087.29 | Scheduled: | $20,155.06 |

BECKER WAREHOUSE INC
1501 S BURLINGTON AVE
HASTINGS, NE 68901

Claim Number: 4013
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $6,587.29 | Scheduled: | $16,587.29  UNLIQ |

BECO INC.
PO BOX 2023
HIGHPOINT, NC 27261

Claim Number: 1947
Claim Date: 04/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $146,484.00 | | |

BECO INC.
PO BOX 2023
HIGHPOINT, NC 27261

Claim Number: 3145
Claim Date: 05/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
claim amends claim 1947

| UNSECURED | Claimed: | $149,604.00 | Scheduled: | $142,876.73 |

BEDARD, PIERRE
C/O KOSKIE MINSKY LLP
BARRISTERS & SOLICITORS
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 13035
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED

| PRIORITY | Claimed: | $1,638.60 | | |
| UNSECURED | Claimed: | $48,990.18 | Scheduled: | $50,628.78 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| BEER STORE # 3140 THE<br>5900 EXPLORER DR<br>MISSISSAUGA, ON L4W 5L2<br>CANADA | Claim Number: 13039<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| BEFIT HEALTH SERVICES, INC.<br>P.O. BOX 1495<br>O FALLON, MO 63366 | Claim Number: 903<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | |
| UNSECURED | Claimed: | $2,190.00 | | |

| | | | | |
|---|---|---|---|---|
| BEFIT HEALTH SERVICES, INC.<br>P.O. BOX 1495<br>O FALLON, MO 63366 | Claim Number: 2881<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $2,190.00 | Scheduled: | $2,190.00 |

| | | | | |
|---|---|---|---|---|
| BELCO SAFETY PRODUCTS LTD.<br>1515 MATHESON BLVD. UNIT C13<br>MISSISSAUGA, ON L4W 2P5<br>CANADA | Claim Number: 14076<br>Claim Date: 07/30/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | | |
| UNSECURED | Claimed: | $6,737.50 | | |

| | | | | |
|---|---|---|---|---|
| BELCO TECHNOLOGIES CORPORATION<br>9 ENTIN ROAD<br>PARSIPPANY, NJ 07054 | Claim Number: 1084<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED | Claimed: | $3,540.51 | Scheduled: | $3,540.51 |

| | | | | |
|---|---|---|---|---|
| BELGER CARTAGE SERVICE INC<br>2100 WALNUT ST<br>KANSAS CITY, MO 64108 | Claim Number: 3805<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $10,509.69 | Scheduled: | $10,509.69 |

| | | | | |
|---|---|---|---|---|
| BELIN LAMSON MCCORMICK ZUMBACH FLYNN<br>ATTN: JEREMY C. SHARPE<br>THE FINANCIAL CENTER, SUITE 2000<br>DES MOINES, IA 50309 | Claim Number: 5199<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $394,446.30 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| BELL MOBILITY<br>INSOLVENCY GROUP<br>200 BOUCHARD BOULEVARD<br>3RD FLOOR<br>DORVAL, QC H9S 5X5<br>CANADA | | Claim Number: 12575<br>Claim Date: 07/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
| UNSECURED | Claimed: | $73,982.75 |

---

| | | |
|---|---|---|
| BELL PIPE & SUPPLY CO.<br>PO BOX 151<br>ANAHEIM, CA 92815-0151 | | Claim Number: 13071<br>Claim Date: 09/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $1,056.65 |

---

| | | |
|---|---|---|
| BELL PIPE & SUPPLY CO. (01)<br>PO BOX 151<br>ANAHEIM, CA 92815-0151 | | Claim Number: 13075<br>Claim Date: 09/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $11,962.68 |

---

| | | |
|---|---|---|
| BELL, ALFRED<br>309 BELL LANE<br>QUITMAN, LA 71268 | | Claim Number: 10300<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| BELL, ALFRED L<br>908 E 80TH ST<br>APT.2B<br>CHICAGO, IL 60619 | | Claim Number: 8970<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $10,820.00 |

---

| | | |
|---|---|---|
| BELL, DAVID A<br>24393 FAIRVIEW AVE<br>HAYWARD, CA 94541 | | Claim Number: 5317<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| PRIORITY | Claimed: | $10,950.00 |

---

| | | |
|---|---|---|
| BELL, DOLORES I<br>2670 ELLENDALE PLACE #4<br>LOS ANGELES, CA 90007 | | Claim Number: 9280<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BELL, GORDON WILLIAM<br>181 CROWN POINTE DRIVE<br>YORK, PA 17402 | Claim Number: 11701<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $73,980.48 |
|---|---|---|

| BELL, HOWARD TRACY<br>1103 VANBUREN DRIVE<br>JONESBORO, LA 71251 | Claim Number: 10301<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| BELL, LARRY<br>P.O. BOX 122<br>LAUDERDALE, MS 39335 | Claim Number: 4555<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

| BELL, SUSAN I.<br>1476 HOPE STREET<br>STAMFORD, CT 06907 | Claim Number: 11249<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| BELL-PAK<br>6881 SCHUYLER ROAD<br>EAST SYRACUSE, NY 13057 | Claim Number: 3992<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $42,573.33 | Scheduled: | $42,080.25 |
|---|---|---|---|---|

| BELLALIANT REGIONAL COMMUNICATIONS INC<br>151 WOODWARD AVE<br>SAINT JOHN, NB E2K 129<br>CANADA | Claim Number: 12446<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $947.57 |
|---|---|---|

| BELLEHUMEUR, GERALD<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS & SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 13034<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $1,638.60 |  |  |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40,007.65 | Scheduled: | $41,646.25 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BELLINGHAM COLD STORAGE
2825 ROEDER AVE.
BELLINGHAM, WA 98225

Claim Number: 731
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| UNSECURED | Claimed: | $270.00 |
|---|---|---|

---

BELLISIO FOODS, INC
525 LAKE AVE SOUTH
DULUTH, MN 55816

Claim Number: 1970
Claim Date: 04/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $25,153.48 |
|---|---|---|

---

BELLISIO FOODS, INC
525 LAKE AVE SOUTH
DULUTH, MN 55802

Claim Number: 13411
Claim Date: 10/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
Amends Claim 1971

| UNSECURED | Claimed: | $6,555.00 |
|---|---|---|

---

BELLISIO FOODS, INC.
DBA MID-CONTINENT WAREHOUSE SOUTH
525 LAKE AVENUE SOUTH
DULUTH, MN 55816

Claim Number: 1937
Claim Date: 04/01/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $26,155.75 |
|---|---|---|

---

BELLISIO FOODS, INC., DBA MID-CONTINENT
WAREHOUSE-SOUTH
525 LAKE AVENUE SOUTH
DULUTH, MN 55802

Claim Number: 13410
Claim Date: 10/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
Amends Claim 1937

| UNSECURED | Claimed: | $26,155.75 | Scheduled: | $32,378.00 |
|---|---|---|---|---|

---

BELLISSIMO FOODS
1777 N CALIFORNIA BLVD STE 305
WALNUT CREEK, CA 94596

Claim Number: 5483
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $88,998.54  UNLIQ |
|---|---|---|---|---|

---

BELLWETHER FOREST PRODUCTS, LLC
ATTN: WILL MCKENZIE
5 BLACKGUM ROAD
COLUMBIA, SC 29209

Claim Number: 14187
Claim Date: 08/02/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8938 (02/16/2011)

| ADMINISTRATIVE UNSECURED | Claimed: | $11,343.10 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| BELOIT BOX BOARD COMPANY, INC.<br>801 SECOND STREET<br>PO BOX 386<br>BELOIT, WI 53512-0386 | | Claim Number: 2416<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $1,184.00 | | |

---

| | | | | |
|---|---|---|---|---|
| BELOIT BOX BOARD COMPANY, INC.<br>801 SECOND STREET<br>PO BOX 386<br>BELOIT, WI 53512-0386 | | Claim Number: 4181<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $1,184.00 | Scheduled: | $1,184.00 |

---

| | | | | |
|---|---|---|---|---|
| BELT MASTER<br>130 MATHESON BLVD EAST, UNIT 7<br>MISSISSAUGA, ON<br>CANADA | | Claim Number: 3108<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
| UNSECURED | Claimed: | $17,110.54 | | |

---

| | | | | |
|---|---|---|---|---|
| BELT MASTER<br>130 MATHESON BLVD E<br>MISSISSAUGA, ON L4Z 1Y6<br>CANADA | | Claim Number: 12493<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $14,023.59 | Scheduled: | $14,581.77 |

---

| | | | | |
|---|---|---|---|---|
| BELT PRO SALES & SERVICE INC<br>PO BOX 673<br>CROSSETT, AR 71635 | | Claim Number: 6516<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $5,080.84 | Scheduled: | $5,080.84 |

---

| | | | | |
|---|---|---|---|---|
| BELTERRA CORPORATION<br># 20 - 700 - 58TH AVENUE S.E.<br>ATTN: BRIAN FRIESEN<br>CALGARY, AB T2H 2E2<br>CANADA | | Claim Number: 13041<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $15,818.43 | Scheduled: | $17,799.43 |

---

| | | | | |
|---|---|---|---|---|
| BELTERRA CORPORATION<br>ATTN: BRIAN FRIESEN<br>1638 FOSTERS WAY<br>DELTA, BC V3M 6S6<br>CANADA | | Claim Number: 13297<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $1,818.25 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BELTERRA CORPORATION<br>BRIAN FRIESEN<br>1525 DUBLIN AVE<br>WINNIPEG, MB R3E 3N2<br>CANADA | Claim Number: 13298<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $914.93 |
|---|---|---|

---

| BELTON, MARY<br>P.O. BOX 696<br>HODGE, LA 71247 | Claim Number: 10394<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| BELTON, NATHANIEL<br>1100 TALTON STREET<br>JONESBORO, LA 71251 | Claim Number: 7992<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| BELTON, NORMA CHERRYL<br>PO BOX 363<br>JONESBORO, LA 71251-0363 | Claim Number: 10302<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| BELTON, RONALD<br>426 NORTHEAST ST<br>JONESBORO, LA 71251 | Claim Number: 10395<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| BELTON, WALLY R<br>5919 GREENTOP<br>LAKEWOOD, CA 90713 | Claim Number: 4429<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

| BELVEDERE INTERNATIONAL INC.<br>5675 KEATON CRESCENT<br>MISSISSAUGA, ON L5R 3G3<br>CANADA | Claim Number: 13435<br>Claim Date: 08/22/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $20,396.87 | Scheduled: | $4,456.35 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BELZONA NORTH ALABAMA INC
303 D BELTLINE PL
DECATUR, AL 35603

Claim Number: 7235
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $678.95 | Scheduled: | $678.95 |
|---|---|---|---|---|

---

BELZONA NORTH FLORIDA INC
PO BOX 115
GULF BREEZE, FL 32562-0115

Claim Number: 4444
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $745.95 | Scheduled: | $745.95 |
|---|---|---|---|---|

---

BEN LOMAND TELEPHONE
311 N CHANCERY ST.
MCMINNVILLE, TN 37111-0670

Claim Number: 6037
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4136 (01/14/2010)

| UNSECURED | Claimed: | $518.80 | | |
|---|---|---|---|---|

---

BEN MEADOWS COMPANY
PO BOX 5275
JANESVILLE, WI 53547-5277

Claim Number: 6045
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $137.92 | Scheduled: | $137.92 |
|---|---|---|---|---|

---

BEN STAR PACKAGING
3108 LINE DR
SIOUX CITY, IA 51106

Claim Number: 4159
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $6,365.58 | Scheduled: | $6,365.58 |
|---|---|---|---|---|

---

BENESCH, FRIEDLANDER, COPLAN & ARONOFF
ATTN: RAYMOND H. LEMISCH, ESQ.
222 DELAWARE AVENUE, SUITE 801
WILMINGTON, DE 19801

Claim Number: 2714
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,174.50 | Scheduled: | $2,093.92 |
|---|---|---|---|---|

---

BENITEZ, RAMIRO R
3617 CARLOTA BLVD
LOS ANGELES, CA 90031

Claim Number: 11409
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| SECURED | Claimed: | $17,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $15,230.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BENITZ ELECTRIC INC<br>2324 DEHART FARM RD.<br>P. O. BOX 39<br>GLENCOE, MO 63038-0039 | Claim Number: 8358<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $650.38 | | |
|---|---|---|---|---|

---

| BENITZ ELECTRIC INC<br>ATTN: DIANE BENITZ<br>P. O. BOX 39<br>GLENCOE, MO 63038-0039 | Claim Number: 9467<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $650.38 | Scheduled: | $650.38 |
|---|---|---|---|---|

---

| BENNETT MOTOR EXPRESS<br>1001 INDUSTRIAL PRAKWAY<br>P.O. BOX 529<br>MCDONOUGH, GA 30253 | Claim Number: 10505<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8493 (09/07/2010) |
|---|---|

| UNSECURED | Claimed: | $4,942.00 |
|---|---|---|

---

| BENSON, DAVID L.<br>BOX 353<br>PHILIPSBURG, MT 59858 | Claim Number: 2200<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| PRIORITY | Claimed: | $17,771.88 |
|---|---|---|

---

| BENSON, PAULINE<br>PH4-880 DUNDAS STREET WEST<br>MISSISSAUGA, ON L5C 4H3<br>CANADA | Claim Number: 8940<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $40,965.00 |
|---|---|---|

---

| BENSON, PAULINE<br>PH4-880 DUNDAS STREET WEST<br>MISSISSAUGA, ON L5C 4H3<br>CANADA | Claim Number: 8943<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $40,965.00 |
|---|---|---|

---

| BENSON, PAULINE<br>PH4-880 DUNDAS STREET WEST<br>MISSISSAUGA, ON L5C 4H3<br>CANADA | Claim Number: 8944<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BENVENUTI, ROBERTA
ATTN: MURRAY DAITCHMAX
16 LYNDON RD
FAYETTEVILLE, NY 13066

Claim Number: 12061
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $9,710.00 | | |

---

BENVENUTI, ROBERTA
16 LYNDON RD
FAYETTEVILLE, NY 13066

Claim Number: 12062
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $9,710.00 | | |

---

BERBERICH, D.C. T/A
JOHNNY ON THE SPOT
6110 PLANE DR.
PETERSBURG, VA 23803

Claim Number: 13728
Claim Date: 01/04/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $2,697.00 | | |

---

BEREAU VERITAS CERTIFACATION
COFACE COLLECTIONS NORTH AMERICA
3001 DIVISION STREET
METAIRE, LA 70001

Claim Number: 7396
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| UNSECURED | Claimed: | $1,550.00 | Scheduled: | $1,550.00 |

---

BERENDSEN FLUID POWER INC
STE 1200
401 SOUTH BOSTON
TULSA, OK 74103

Claim Number: 5398
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $10,786.24 | Scheduled: | $10,786.24 |

---

BERENS, MICHAEL L
1459 155TH ST.
SIOUX CITY, IA 51106

Claim Number: 6331
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ | | |

---

BERGE'S AUTOMATION
ATTN: GEORGE JOHNSON
16145 SE 5TH ST
BELLEVUE, WA 98008

Claim Number: 7181
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7461 (05/06/2010)

| UNSECURED | Claimed: | $2,812.41 | Scheduled: | $2,812.41 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BERGER & COMPANY<br>126 FRONT ST<br>PAWTUCKET, RI 02860 | | Claim Number: 4687<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,778.10 | Scheduled: | $9,356.00 |

| BERGER BROTHERS<br>1176 NORTH CHERRY AVENUE<br>CHICAGO, IL 60622 | | Claim Number: 4561<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,762.00 | Scheduled: | $10,762.00 |

| BERGER BROTHERS, INC.<br>1176 N. CHERRY AVE<br>CHICAGO, IL 60642 | | Claim Number: 2758<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,762.00 | |

| BERGERON, PAULINE<br>2475 RUE D ALGER APP 5<br>QUEBEC, QC G1P 3K1<br>CANADA | | Claim Number: 8964<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $342.91 | Scheduled: | $342.91 |

| BERGERON, PAULINE<br>2475 RUE O'ALGEZ APP 5<br>QUEBEC, QC G1P 3K1<br>CANADA | | Claim Number: 8965<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $342.91 | |

| BERGIN, MICHAEL<br>425 MAYHEW STREET<br>RENFREW, ON K7V4L4<br>CANADA | | Claim Number: 12291<br>Claim Date: 09/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $91,037.67 | |

| BERGIN, MICHAEL<br>425 MAYHEW STREET<br>RENFREW, ON K7V4L4<br>CANADA | | Claim Number: 13437<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>Claim out of balance | |
|---|---|---|---|
| PRIORITY | Claimed: | $71,726.43   UNLIQ | |
| UNSECURED | Claimed: | $71,726.43   UNLIQ | |
| TOTAL | Claimed: | $71,726.44   UNLIQ | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BERKLEY MACHINE WORKS LLC
PO BOX 7070
SUFFOLK, VA 23437

Claim Number: 6315
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $7,303.00 | Scheduled: | $14,488.00 |

---

BERMAN BROTHERS, INC.
PO BOX 3065
JACKSONVILLE, FL 32206

Claim Number: 6572
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $4,094.41 | Scheduled: | $4,022.14 |

---

BERMAN PRINTING COMPANY
DONALD F. BATY, JR. & ADAM K. KEITH
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 FIRST NAT. BLDG., 600 WOODWARD AVE.
DETROIT, MI 48226

Claim Number: 1138-01
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $9,669.87 |

---

BERMAN PRINTING COMPANY
DONALD F. BATY, JR. & ADAM K. KEITH
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 FIRST NAT. BLDG., 600 WOODWARD AVE.
DETROIT, MI 48226

Claim Number: 1138-02
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 3195 (12/16/2009)

| ADMINISTRATIVE | Claimed: | $84,636.76 |

---

BERMAN PRINTING COMPANY, INC.
C/O ADAM K KEITH
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 FIRST NAT. BLDG., 600 WOODWARD AVE.
DETROIT, MI 48226

Claim Number: 11691
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $44,634.05 | Scheduled: | $44,941.90 |

---

BERN, WILLIAM J., JR.
120 SUTTON CT
TYRONE, GA 30290-2575

Claim Number: 8851
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET |

---

BERNRITTER, JOHN R
27406 - 219TH PLACE S.E.
MAPLE VALLEY, WA 98038

Claim Number: 1172
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $1,254.88   UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BERRYMAN TRANSFEE & STORAGE CO., INC
ATTN; BILL GASPARICH
2000 MEON AVENUE
JOLIET, IL 60436

Claim Number: 14182
Claim Date: 12/30/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8952 (02/22/2011)

| UNSECURED | Claimed: | $87,997.92 | | |
|---|---|---|---|---|

---

BERTHE BLANCHARD ENVIRONNEMENT
ATTN: BERTHE BLANCHARD
227 14TH AVENUE
DEUX MONTAGNES, QC J7R 3W1
CANADA

Claim Number: 13033
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $3,159.99 | Scheduled: | $3,184.22 |
|---|---|---|---|---|

---

BERTHIAUME, PIERRE
1930 RUE JOLIBOIS
ST-HYACINTHE, QC J2T 1J2
CANADA

Claim Number: 14109
Claim Date: 08/04/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments:
Claim is for $3,052.65 CAD

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

BESSE FOREST PRODUCTS
PO BOX 352
GLADSTONE, MI 49837

Claim Number: 4280
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| UNSECURED | Claimed: | $2,511.81 | Scheduled: | $2,511.81 |
|---|---|---|---|---|

---

BESSMAN, CYNTHIA R
8575 ALVARADO CALZADA
PENSACOLA, FL 32507

Claim Number: 8699
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

---

BESSMAN, CYNTHIA R.
8575 ALVARADO CALZADA
PENSACOLA, FL 32507

Claim Number: 13135
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

BEST EXPRESS, INC.
5392 SHETLAND TRAIL COVE
ARLINGTON, TN 38002

Claim Number: 224
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $36,667.62 | Scheduled: | $39,090.67 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BEST MESSENGER SERVICE INC<br>671 EXECUTIVE DRIVE<br>WILLOWBROOK, IL 60527 | Claim Number: 5729<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $68.74 | Scheduled: | $68.74 |
|---|---|---|---|---|

| BEST WAY CARRIERS INC.<br>3395 PORT UNION RD.<br>FAIRFIELD, OH 45014 | Claim Number: 329<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $69,893.09 | Scheduled: | $81,829.28 |
|---|---|---|---|---|

| BESTWAY TRANSPORT, INC<br>4900 HOLABIRD AVE<br>PO BOX 5271<br>BALTIMORE, MD 21224 | Claim Number: 107<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $17,918.21 |
|---|---|---|

| BESTWAY TRANSPORT, INC<br>4900 HOLABIRD AVE<br>PO BOX 5271<br>BALTIMORE, MD 21224 | Claim Number: 1861<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $11,918.21 | Scheduled: | $15,744.00 UNLIQ |
|---|---|---|---|---|

| BETHEA, ANDREW E<br>2761 SMITH ROAD<br>CASTLEBERRY, AL 36432 | Claim Number: 10024<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $22,000.00 |
|---|---|---|

| BETHLEHEM PACKAGING<br>ATTN: JOHN D.<br>1606 B DUTCH LANE<br>JEFFERSONVILLE, IN 47130 | Claim Number: 8443<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $4,603.15 | Scheduled: | $5,929.54 |
|---|---|---|---|---|

| BETSINGER-KARL, LISA M<br>324 N. PARK AVENUE<br>AURORA, IL 60506 | Claim Number: 7636<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $89,304.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BEUGEN, SARA
1050 N GARDNER ST 1
WEST HOLLYWOOD, CA 90046

Claim Number: 7947
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6353 (03/29/2010)

| UNSECURED | Claimed: | $2,020.00 | Scheduled: | $2,020.00 |

---

BEVCO SERVICES INC
1805 BRIDGEBORO ROAD
EDGEWATER PARK, NJ 08010

Claim Number: 10559
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,806.66 | Scheduled: | $1,736.20 |

---

BEVERAGE BREAKS
#10 8005 ALEXANDER RD
DELTA, BC V4G 1C6
CANADA

Claim Number: 8626
Claim Date: 07/21/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $22.24 |

---

BEVERAGE BREAKS
10 - 8005 ALEXANDER ROAD
DELTA, BC V4G 1C6
CANADA

Claim Number: 12414
Claim Date: 07/21/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: POSSIBLE DUPLICATE OF 8626

| UNSECURED | Claimed: | $22.24 | Scheduled: | $21.75 |

---

BEVERAGE RECYCLERS OF OREGON, LLC
135 N. CLEVELAND STREET
EUGENE, OR 97402

Claim Number: 2428
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $5,091.36 | Scheduled: | $3,606.00 |

---

BEVERAGE, MARGOT
8190 HVASU CIRCLE
BUENA PARK, CA 90621

Claim Number: 7537
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

BEWLEY, JACQUELINE
4521 KNOWLEDGE
FT WORTH, TX 76117-1118

Claim Number: 6168
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $2,256.00   UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BEWLEY, JACQUELINE J
4521 KNOWLEDGE DR.
FT WORTH, TX 76117

Claim Number: 8701
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $2,256.00   UNLIQ |
| --- | --- | --- |

---

BFI
W144 S6350 COLLEGE COURT
MUSKEGO, WI 53150

Claim Number: 5749
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $999.35 |
| --- | --- | --- |

---

BFI BROCKTON RECYCLERY
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012

Claim Number: 11285
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $2,485.07 |
| --- | --- | --- |

---

BFI BROCKTON RECYCLERY
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11348
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $2,485.07 |
| --- | --- | --- |

---

BFI CANADA INC
ATTN: SYLVIE BLAIS
4141, GRANDE ALLEE
BOISBRIAND, QC J7H 1M7
CANADA

Claim Number: 8969
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $10,289.76 |
| --- | --- | --- |

---

BFI CANADA INC
ATTN: SYLVIE BLAIS
4141, GRANDE ALLEE
BOISBRIAND, QC J7H 1M7
CANADA

Claim Number: 8987
Claim Date: 08/11/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $8,793.06 | Scheduled: | $8,423.02 |
| --- | --- | --- | --- | --- |

---

BFI CANADA INC
ATTN: SYLVIE BLAIS
4141, GRANDE ALLEE
BOISBRIAND, QC J7H 1M7
CANADA

Claim Number: 8995
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $1,949.88 | Scheduled: | $1,304.67 |
| --- | --- | --- | --- | --- |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BFI HOUSTON SORT CENTER<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11338<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $6,049.50 |
|---|---|---|

---

| BFI WASTE SYSEMS OF NORTH AMERICA, LLC<br>DBA REUPUBLIC SERVICES NATIONAL ACCOUNTS<br>REPUBLIC SERVICES<br>18500 N ALLIED WAY<br>PHOENIX, AZ 85054 | Claim Number: 9292<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $15,322.91 |
|---|---|---|

---

| BFI WASTE SYSTEMS OF NORTH AMERICA, LLC<br>DBA REPUBLIC SERVICES NATIONAL ACCOUNTS<br>REPUBLIC SERVICES<br>18500 N. ALLIED WAY<br>PHOENIX, AZ 85054 | Claim Number: 9217<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $76,848.09 |
|---|---|---|

---

| BFI WASTE SYSTEMS OF NORTH AMERICA, LLC<br>DBA REPUBLIC SERVICES NATIONAL ACCOUNTS<br>REPUBLIC SERVICES<br>18500 N. ALLIED WAY<br>PHOENIX, AZ 85054 | Claim Number: 9218<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $12,429.91 |
|---|---|---|

---

| BFI WASTE SYSTEMS OF NORTH AMERICA, LLC<br>DBA REPUBLIC SERVICES NATIONAL ACCOUNTS<br>REPUBLIC SERVICES<br>18500 N. ALLIED WAY<br>PHOENIX, AZ 85054 | Claim Number: 9219<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $5,401.61 |
|---|---|---|

---

| BFI WASTE SYSTEMS OF NORTH AMERICA, LLC<br>DBA REPUBLIC SERVICES NATIONAL ACCOUNTS<br>REPUBLIC SERVICES<br>18500 N. ALLIED WAY<br>PHOENIX, AZ 85054 | Claim Number: 9220<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $5,718.06 |
|---|---|---|

---

| BFI WASTE SYSTEMS OF NORTH AMERICA, LLC<br>DBA REPUBLIC SERVICES NATIONAL ACCOUNTS<br>REPUBLIC SERVICES<br>18500 N. ALLIED WAY<br>PHOENIX, AZ 85054 | Claim Number: 9221<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $9,918.27 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | |
|---|---|
| BFI WASTE SYSTEMS OF NORTH AMERICA, LLC<br>DBA REPUBLIC SERVICES NATIONAL ACCOUNTS<br>REPUBLIC SERVICES<br>18500 N. ALLIED WAY<br>PHOENIX, AZ 85054 | Claim Number: 11134<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |

UNSECURED          Claimed:                    $15,322.91

---

| | |
|---|---|
| BFI WASTE SYSTEMS OF NORTH AMERICA, LLC<br>DBA REPUBLIC SERVICES NATIONAL ACCOUNTS<br>REPUBLIC SERVICES<br>18500 N. ALLIED WAY<br>PHOENIX, AZ 85054 | Claim Number: 11135<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |

UNSECURED          Claimed:                    $5,401.61

---

| | |
|---|---|
| BFI WASTE SYSTEMS OF NORTH AMERICA, LLC<br>DBA REPUBLIC SERVICES NATIONAL ACCOUNTS<br>REPUBLIC SERVICES<br>18500 N. ALLIED WAY<br>PHOENIX, AZ 85054 | Claim Number: 11136<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |

UNSECURED          Claimed:                    $76,848.09

---

| | |
|---|---|
| BFI WASTE SYSTEMS OF NORTH AMERICA, LLC<br>DBA REPUBLIC SERVICES NATIONAL ACCOUNTS<br>REPUBLIC SERVICES<br>18500 N. ALLIED WAY<br>PHOENIX, AZ 85054 | Claim Number: 11137<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |

UNSECURED          Claimed:                    $12,429.91

---

| | |
|---|---|
| BFI WASTE SYSTEMS OF NORTH AMERICA, LLC<br>DBA REPUBLIC SERVICES NATIONAL ACCOUNTS<br>REPUBLIC SERVICES<br>18500 N. ALLIED WAY<br>PHOENIX, AZ 85054 | Claim Number: 11138<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |

UNSECURED          Claimed:                    $5,718.06

---

| | |
|---|---|
| BFI WASTE SYSTEMS OF NORTH AMERICA, LLC<br>DBA REPUBLIC SERVICES NATIONAL ACCOUNTS<br>REPUBLIC SERVICES<br>18500 N. ALLIED WAY<br>PHOENIX, AZ 85054 | Claim Number: 11139<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |

UNSECURED          Claimed:                    $9,918.27

---

| | |
|---|---|
| BFI WASTE SYSTEMS OF NORTH AMERICA, LLC<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 12276<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3161 (12/15/2009) |

UNSECURED          Claimed:                    $5,401.61

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BFI WASTE SYSTEMS OF NORTH AMERICA, LLC
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 12279
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8537 (09/14/2010)

| UNSECURED | Claimed: | $5,718.06 |
|---|---|---|

---

BFI WASTE SYSTEMS OF NORTH AMERICA, LLC
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 12280
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8537 (09/14/2010)

| UNSECURED | Claimed: | $76,848.09 |
|---|---|---|

---

BFI WASTE SYSTEMS OF NORTH AMERICA, LLC
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 12281
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8537 (09/14/2010)

| UNSECURED | Claimed: | $12,429.91 |
|---|---|---|

---

BFI WASTE SYSTEMS OF NORTH AMERICA, LLC
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 12282
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8537 (09/14/2010)

| UNSECURED | Claimed: | $15,332.91 |
|---|---|---|

---

BFI WASTE SYSTEMS OF NORTH AMERICA, LLC
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 12283
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3161 (12/15/2009)

| UNSECURED | Claimed: | $9,918.27 |
|---|---|---|

---

BFI-KING OF PRUSSIA RECYCLERY
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11321
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $10,957.73   UNLIQ |
|---|---|---|

---

BFPE INTERNATIONAL INC
PO BOX 630067
BALTIMORE, MD 21263

Claim Number: 14045
Claim Date: 06/09/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8396 (08/17/2010)

| UNSECURED | Claimed: | $2,430.70 | Scheduled: | $2,430.70 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BGE
PO BOX 1475
BALTIMORE, MD 21201

Claim Number: 2836
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $40,232.75 | | $40,012.08 |

---

BH COOK CONSTRUCTION INC
PO BOX 2075
LYNN HAVEN, FL 32444

Claim Number: 6655
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $96,203.01 | | $105,151.83 |

---

BH FRANKLIN LOGGING INC
462 WOODLAWN TRAIL
APPOMATTOX, VA 24522

Claim Number: 5233
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $24,536.31 | | $49,072.63 UNLIQ |

---

BHS CORRUGATED NORTH AMERICA, INC. ET AL
ADAM HILLER
ATLANTIC LAW GROUP LLC
1500 NORTH FRENCH STREET, 2ND FLOOR
WILMINGTON, DE 19801

Claim Number: 11675
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | Claimed: | |
|---|---|---|
| SECURED | | $5,548,868.81 |

---

BHS CORRUGATED NORTH AMERICA, INC. ET AL
C/O GREG WOLF, PRESIDENT & CEO
9103 N YELLOW BRICK ROAD
BALTIMORE, MD 21237

Claim Number: 12947
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $5,548,868.81 |
| PRIORITY | | $5,548,868.81 |
| SECURED | | $5,548,868.81 |
| TOTAL | | $5,548,868.81 |

---

BHS CORRUGATED NORTH AMERICA, INC. ET AL
C/O GREG WOLF, PRESIDENT AND CEO
9103 N. YELLOW BRICK ROAD
BALTIMORE, MD 21237

Claim Number: 13273
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $5,548,868.81 |
| PRIORITY | | $5,548,868.81 |
| SECURED | | $5,548,868.81 |
| TOTAL | | $5,548,868.81 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BIBB CONTROL SYSTEMS<br>2909 LANIER HEIGHTS RD<br>MACON, GA 31217 | | Claim Number: 13482<br>Claim Date: 10/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,854.96 | Scheduled: | $6,081.12 |
| BICK GROUP INC.<br>ATTN: FRANK X. BICK<br>12969 MANCHESTER RD.<br>SAINT LOUIS, MO 63131 | | Claim Number: 2868<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $3,804.25 | Scheduled: | $4,134.40 |
| BICYCLE WORLD<br>2519 WEST PALMETTO STREET<br>FLORENCE, SC 29501 | | Claim Number: 2819<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $701.90 | Scheduled: | $637.91 |
| BIELMYER, ERVIN<br>5918 COX ROAD<br>WILSONS, VA 23894 | | Claim Number: 11201<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | |
| PRIORITY | Claimed: | $9,254.27 | | |
| BIELMYER, ERVIN<br>5918 COX ROAD<br>WILSONS, VA 23894 | | Claim Number: 11202<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | |
| PRIORITY | Claimed: | $33,259.42 | | |
| BIELMYER, ERVIN C<br>5918 COX ROAD<br>WILSONS, VA 23894 | | Claim Number: 10612<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| PRIORITY | Claimed: | $9,254.27 | | |
| BIG SKY TRACTOR INC<br>7550 THORNTON DRIVE<br>MISSOULA, MT 59808 | | Claim Number: 5167<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $126.50 | Scheduled: | $126.50 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BIGGS SAFE & LOCK MOBILE SRVC
333 EDGEBROOK
SUN VALLEY # 856
HOUSTON, TX 77034

Claim Number: 7843
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $639.72 | Scheduled: | $639.72 |
|---|---|---|---|---|

BIGHORN ENVIRONMENTAL AIR QUALITY, LLC
858 RIVER HILLS DRIVE
SPRINGFIELD, OR 97477

Claim Number: 648
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $32,337.00 | Scheduled: | $32,339.00 |
|---|---|---|---|---|

BILL PLUID LOGGING INC
5865 HWY 93 N
EUREKA, MT 59917

Claim Number: 8007
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| UNSECURED | Claimed: | $6,468.07 | Scheduled: | $12,936.15 UNLIQ |
|---|---|---|---|---|

BILLY CANFIELD
COUNTY ROAD 4108
LINDALE, TX 75771

Claim Number: 7869
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 7650 (05/18/2010)

| PRIORITY | Claimed: | $2,284.94 | | |
|---|---|---|---|---|

BIOGENIE S.R.D.C. INC.
4495, WILFRID-HAMEL BLVD
SUITE 200
QUEBEC CITY, QC G1P 2J7
CANADA

Claim Number: 7704
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $65,843.41 | Scheduled: | $66,379.22 |
|---|---|---|---|---|

BIRCHFIELD & HUMPHREY, P.A.
1031 LASALLE STREET
JACKSONVILLE, FL 32207

Claim Number: 1167
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $13,352.50 | Scheduled: | $13,352.50 |
|---|---|---|---|---|

BIRD INCORPORATED
ATTN: JOHN PETTIBONE, ESQ.
750 E. SWEDESFORD ROAD
VALLEY FORGE, PA 19482

Claim Number: 11628
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8985 (03/16/2011)

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BIRD PACKAGING LIMITED<br>ATTN: MENA BROOMES<br>670 SOUTHGATE DRIVE, BOX 1506<br>GUELPH, ON N1H 6N9<br>CANADA | Claim Number: 13214<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |

| UNSECURED | Claimed: | $26,922.69 |

---

| BIRD, TRACEY K<br>3930 TURKEY HILL COURT NE<br>ORANGEBURG, SC 29118 | Claim Number: 11406<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| BIRKEL ELECTRIC<br>178 CHESTERFIELD IND. BLVD.<br>CHESTERFIELD, MO 63005 | Claim Number: 1664<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $19,131.00 | Scheduled: | $19,131.00 |

---

| BIRMINGHAM RAIL & LOCOMOTIVE<br>PO BOX 530157<br>BIRMINGHAM, AL 35253 | Claim Number: 2325<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $1,241.28 | Scheduled: | $1,241.28 |

---

| BIRMINGHAM RAIL & LOCOMOTIVE<br>PO BOX 530157<br>BIRMINGHAM, AL 35253-0157 | Claim Number: 6327<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $915.59 |

---

| BIRMINGHAM WATER WORKS<br>PO BOX 830269<br>BIRMINGHAM, AL 35283 | Claim Number: 2832<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |

| UNSECURED | Claimed: | $3,030.91 |

---

| BIRMINGHAM WATER WORKS<br>PO BOX 830269<br>BIRMINGHAM, AL 35283 | Claim Number: 3458<br>Claim Date: 06/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5047 (02/16/2010) |

| UNSECURED | Claimed: | $120.68 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BIS FRUCON ENGINEERING INC<br>15933 CLAYTON ROAD<br>SUITE 305<br>BALLWIN, MO 63011 | Claim Number: 9159<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,300.00 | Scheduled: | $4,300.00 |
|---|---|---|---|---|

---

| BISH, PHILLIP<br>116 TUCKER<br>SAINT JOSEPH, MO 64504 | Claim Number: 9577<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $25,000.00   UNLIQ |
|---|---|---|

---

| BISHOP, JAMES D<br>7011 ROUSH ROAD<br>HILLSBORO, OH 45133 | Claim Number: 6903<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| BISON ENGINEERING INC.<br>1400 11TH AVENUE<br>HELENA, MT 59601 | Claim Number: 2554<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $4,012.08 | Scheduled: | $5,292.08 |
|---|---|---|---|---|

---

| BIVINS CLEANING SERVICE<br>2731 BALLPARK RD<br>LAWNDALE, NC 28090 | Claim Number: 6992<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7551 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,100.00 | Scheduled: | $4,696.78 |
|---|---|---|---|---|

---

| BJ PARTNERSHIP<br>808 N MAIN<br>EDWARDSVILLE, IL 62025 | Claim Number: 1359<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $1,278.45 | Scheduled: | $1,154.00 |
|---|---|---|---|---|

---

| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13551<br>Claim Date: 11/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8555 (09/17/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13558<br>Claim Date: 11/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8555 (09/17/2010) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNDET |

---

| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13559<br>Claim Date: 11/06/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 8555 (09/17/2010) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNDET |

---

| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13560<br>Claim Date: 11/06/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 8555 (09/17/2010) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNDET |

---

| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13561<br>Claim Date: 11/06/2009<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: DOCKET: 8555 (09/17/2010) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNDET |

---

| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13562<br>Claim Date: 11/06/2009<br>Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY<br>Comments: DOCKET: 8555 (09/17/2010) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNDET |

---

| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13563<br>Claim Date: 11/06/2009<br>Debtor: STONE INTERNATIONAL SERVICES CORPORATION<br>Comments: DOCKET: 8555 (09/17/2010) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNDET |

---

| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13564<br>Claim Date: 11/06/2009<br>Debtor: STONE GLOBAL, INC.<br>Comments: DOCKET: 8555 (09/17/2010) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNDET |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13565<br>Claim Date: 11/06/2009<br>Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.<br>Comments: DOCKET: 8555 (09/17/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13566<br>Claim Date: 11/06/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET: 8555 (09/17/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13567<br>Claim Date: 11/06/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: DOCKET: 8555 (09/17/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13568<br>Claim Date: 11/06/2009<br>Debtor: SLP FINANCE I, INC.<br>Comments: DOCKET: 8555 (09/17/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13569<br>Claim Date: 11/06/2009<br>Debtor: SLP FINANCE II, INC.<br>Comments: DOCKET: 8555 (09/17/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13570<br>Claim Date: 11/06/2009<br>Debtor: FRANCOBEC COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 8421 (08/20/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13571<br>Claim Date: 11/06/2009<br>Debtor: SMBI INC.<br>Comments: DOCKET: 8555 (09/17/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BKK JOINT DEFENSE GROUP
C/O JAMES J. DRAGNA
BINGHAM MCCUTCHEN LLP
355 SOUTH GRAND AVE., STE. 4400
LOS ANGELES, CA 90071

Claim Number: 13572
Claim Date: 11/06/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: WITHDRAWN
DOCKET: 8421 (08/20/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

BKK JOINT DEFENSE GROUP
C/O JAMES J. DRAGNA
BINGHAM MCCUTCHEN LLP
355 SOUTH GRAND AVE., STE. 4400
LOS ANGELES, CA 90071

Claim Number: 13573
Claim Date: 11/06/2009
Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II
Comments: WITHDRAWN
DOCKET: 8421 (08/20/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

BKK JOINT DEFENSE GROUP
C/O JAMES J. DRAGNA
BINGHAM MCCUTCHEN LLP
355 SOUTH GRAND AVE., STE. 4400
LOS ANGELES, CA 90071

Claim Number: 13574
Claim Date: 11/06/2009
Debtor: 3083527 NOVA SCOTIA COMPANY
Comments: WITHDRAWN
DOCKET: 8421 (08/20/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

BKK JOINT DEFENSE GROUP
C/O JAMES J. DRAGNA
BINGHAM MCCUTCHEN LLP
355 SOUTH GRAND AVE., STE. 4400
LOS ANGELES, CA 90071

Claim Number: 13575
Claim Date: 11/06/2009
Debtor: MBI LIMITED/LIMITEE
Comments: WITHDRAWN
DOCKET: 8421 (08/20/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

BKK JOINT DEFENSE GROUP
C/O JAMES J. DRAGNA
BINGHAM MCCUTCHEN LLP
355 SOUTH GRAND AVE., STE. 4400
LOS ANGELES, CA 90071

Claim Number: 13576
Claim Date: 11/06/2009
Debtor: SMURFIT-MBI
Comments: WITHDRAWN
DOCKET: 8421 (08/20/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

BKK JOINT DEFENSE GROUP
C/O JAMES J. DRAGNA
BINGHAM MCCUTCHEN LLP
355 SOUTH GRAND AVE., STE. 4400
LOS ANGELES, CA 90071

Claim Number: 13577
Claim Date: 11/06/2009
Debtor: 639647 BRITISH COLUMBIA LTD.
Comments: WITHDRAWN
DOCKET: 8421 (08/20/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

BKK JOINT DEFENSE GROUP
C/O JAMES J. DRAGNA
BINGHAM MCCUTCHEN LLP
355 SOUTH GRAND AVE., STE. 4400
LOS ANGELES, CA 90071

Claim Number: 13578
Claim Date: 11/06/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: WITHDRAWN
DOCKET: 8421 (08/20/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13579<br>Claim Date: 11/06/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8421 (08/20/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13580<br>Claim Date: 11/06/2009<br>Debtor: SLP FINANCE GENERAL PARTNERSHIP<br>Comments: WITHDRAWN<br>DOCKET: 8421 (08/20/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13581<br>Claim Date: 11/06/2009<br>Debtor: 605681 N.B. INC.<br>Comments: WITHDRAWN<br>DOCKET: 8421 (08/20/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| BLACK BOX CORPORATION<br>BART DALDOSSO, CREDIT MANAGER<br>1000 PARK DRIVE<br>LAWRENCE, PA 15055 | Claim Number: 9595<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,214.35 | Scheduled: | $1,239.85 |
|---|---|---|---|---|

| BLACK BROS CO<br>PO BOX 410<br>MENDOTA, IL 61342-0410 | Claim Number: 4049<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,839.16 | Scheduled: | $1,839.16 |
|---|---|---|---|---|

| BLACK, ANTHONY B<br>2321 WHISPERING PINE ROAD<br>BREWTON, AL 36426 | Claim Number: 9345<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| BLACK, JOHN C<br>4316 GLASGOW ROAD<br>KNOXVILLE, TN 37918 | Claim Number: 7550<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

**BLACK, WANDA**
1512 S.20TH
NEW CASTLE, IN 47362

Claim Number: 11211
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

**BLACKBURN, MARCEL**
C/O KOSKIE MINSKY LLP
BARRISTERS & SOLICITORS
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 13032
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | |
| UNSECURED | Claimed: | $115,134.22 | Scheduled: | $116,772.82 |

---

**BLACKHAWK EQUIPMENT CORP**
6250 W 55TH AVE
ARVADA, CO 80002

Claim Number: 3912
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,680.87 | Scheduled: | $11,680.87 |

---

**BLACKTAIL CONSULTING INC**
PO BOX 4692
BUTTE, MT 59702

Claim Number: 9089
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,932.00 | Scheduled: | $1,932.00 |

---

**BLAIR ADHESIVES**
11034 LOCKPORT PLACE
SANTA FE SPRINGS, CA 90670

Claim Number: 6280
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,178.78 | Scheduled: | $2,279.45 |

---

**BLAIR, STEVEN**
608 DAYTON
MONETT, MO 65708

Claim Number: 3090
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,881.28 | | |

---

**BLAIR, STEVEN**
608 DAYTON
MONETT, MO 65708

Claim Number: 5091
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,881.28 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BLAIR, STEVEN R
608 DAYTON
MONETT, MO 65708

Claim Number: 5092
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $3,881.28 | | |
|---|---|---|---|---|

---

BLAKE GROUP HOLDINGS
D/B/A JW STEVENS
61 W. DUDLEY TOWN RD
BLOOMFIELD, CT 06002

Claim Number: 800
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $1,456.90 | | |
|---|---|---|---|---|

---

BLAKE GROUP HOLDINGS
D/B/A JW STEVENS
61 W. DUDLEY TOWN RD
BLOOMFIELD, CT 06002

Claim Number: 5911
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $1,861.74 | Scheduled: | $1,451.97 |
|---|---|---|---|---|

---

BLAKE, BUNNY EDMOND
1780 TAYLORS ROAD
SHACKLEFORD, VA 23156

Claim Number: 9730
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

BLAKESLEE EQUIPMENT CO
27352 CENTER RIDGE RD
CLEVELAND, OH 44145-3957

Claim Number: 6902
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $156.00 | Scheduled: | $156.00 |
|---|---|---|---|---|

---

BLANCHARD MACHINERY COMPANY
POB 7517
COLUMBIA, SC 29202-7517

Claim Number: 1825
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $9,669.06 | Scheduled: | $14,335.56 |
|---|---|---|---|---|

---

BLANCHARD MACHINERY COMPANY
POB 7517
COLUMBIA, SC 29202-7517

Claim Number: 1827
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $5,566.96 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BLANCHARD, EDWARD
570 GOSNELL
BATHURST, NB E2A 2A5
CANADA

Claim Number: 8963
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
Claimed Amount is $576.59/month

| UNSECURED | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

---

BLANCHETTE, LOUIS
116, GRANDE-ALLEE,CP #5
FIELD, ON P0H 1M0
CANADA

Claim Number: 7678
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

---

BLANCHETTE, LOUIS
116, GRANDE-ALLEE,CP #5
FIELD, ON P0H 1M0
CANADA

Claim Number: 8947
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
Claim for 507.35/month Canadian. ($415.67)

| UNSECURED | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

---

BLANK, CATHY S
10832 SE STACY COURT
HAPPY VALLEY, OR 97086

Claim Number: 7280
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

---

BLANK, CATHY SHAWN
10832 SE STACY CT
HAPPY VALLEY, OR 97086-7262

Claim Number: 12703
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

---

BLAZEK, LARRY M.
302 CLARION COURT
OSWEGO, IL 60543

Claim Number: 9793
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $900.00 | Scheduled: | $900.00 |
| --- | --- | --- | --- | --- |

---

BLEH, KEVIN J
84 ATLAS AVENUE
SAN JOSE, CA 95126

Claim Number: 6993
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BLEVENS, DONNA
20320 SE TICKLE CREEK RD
BORING, OR 97009

Claim Number: 8081
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

BLEVENS, MATTHEW
9249 S ELIZABETH
CHICAGO, IL 60620

Claim Number: 11709
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

BLEVINS, DAVID C & JUDY E
2518 W PEKIN ROAD
SPRINGBORO, OH 45066

Claim Number: 5949
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

BLI TRANSPORTATION
PO BOX 1261
SAINT CHARLES, MO 63302

Claim Number: 2195
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $264,815.14 |
|---|---|---|

---

BLOCK, JULIE
29109 HWY 10 W
HUSON, MT 59846

Claim Number: 2778
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $578.06 | Scheduled: | $578.06 |
|---|---|---|---|---|

---

BLOOD, PAUL C.
179 PHIL ST.
JONESBORO, LA 71251

Claim Number: 10116
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

BLOOMBERG, L.P.
731 LEXINGTON AVENUE
NEW YORK, NY 10022

Claim Number: 2522
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $3,194.93 | Scheduled: | $5,869.01 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| BLOW, LEROY JR.<br>P.O. BOX 1715<br>HODGE, LA 71247 | Claim Number: 10117<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| BLOWER APPLICATION COMPANY<br>PO BOX 279<br>GERMANTOWN, WI 53022 | Claim Number: 9809<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $39,910.02 | Scheduled: | $39,910.02 |

---

| | | |
|---|---|---|
| BLOWER APPLICATION COMPANY<br>PO BOX 279<br>GERMANTOWN, WI 53022 | Claim Number: 9812<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |

| UNSECURED | Claimed: | $39,910.02 |

---

| | | |
|---|---|---|
| BLOWER APPLICATION COMPANY (01)<br>PO BOX 279<br>GERMANTOWN, WI 53022 | Claim Number: 9811<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |

| UNSECURED | Claimed: | $39,910.02 |

---

| | | |
|---|---|---|
| BLOWER APPLICATION COMPANY (02)<br>PO BOX 279<br>GERMANTOWN, WI 53022 | Claim Number: 9813<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |

| UNSECURED | Claimed: | $39,910.02 |

---

| | | |
|---|---|---|
| BLOWER APPLICATION COMPANY, INC<br>PO BOX 279<br>GERMANTOWN, WI 53022 | Claim Number: 2535<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |

| UNSECURED | Claimed: | $39,910.02 |

---

| | | |
|---|---|---|
| BLOWER APPLICATION COMPANY, INC<br>PO BOX 279<br>GERMANTOWN, WI 53022 | Claim Number: 9810<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |

| UNSECURED | Claimed: | $39,910.02 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BLUE ANGEL CLAIMS LLC<br>TRANSFEROR: MATTHEWS INTERNATIONAL CORP.<br>ATTN: ANTHONY YOSELOFF, MANAGER<br>65 EAST 55TH STREET, 19TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 7189<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $216,398.00 | Scheduled: | $209,947.23 |
|---|---|---|---|---|

---

| BLUE CHIP 2000 GROUNDS<br>PO BOX 692107<br>CINCINNATI, OH 45269-2107 | Claim Number: 8621<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| UNSECURED | Claimed: | $3,973.62 |
|---|---|---|

---

| BLUE CHIP 2000 GROUNDS<br>PO BOX 692107<br>CINCINNATI, OH 45269-2107 | Claim Number: 12411<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| UNSECURED | Claimed: | $3,973.62 |
|---|---|---|

---

| BLUE DOG PROPERTIES TRUST<br>C/O REIT MANAGEMENT AND RESEARCH LLC<br>400 CENTRE STREET<br>NEWTON, MA 02458-2076 | Claim Number: 2224<br>Claim Date: 04/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6334 (03/29/2010) |
|---|---|

| UNSECURED | Claimed: | $717,416.95 | Scheduled: | $51,503.33 |
|---|---|---|---|---|

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: COMPLETE RENTAL, INC.<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 148<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $1,760.00 | Scheduled: | $1,760.00 |
|---|---|---|---|---|

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: ANDERS BUSINESS SOLUTIONS<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 243<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $400.00 | Scheduled: | $561.25 |
|---|---|---|---|---|

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: SMITH FILTER CORPORATION<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 366<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $654.52 | Scheduled: | $654.52 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: AMERICAN INDUSTRIES, INC.<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 504<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $1,032.61 | Scheduled: | $823.33 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: TERMINIX<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 548<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | | |
| UNSECURED | Claimed: | $213.00 | Scheduled: | $7,097.59 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: DUST BUSTERS, THE<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 587<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $7,430.60 | | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: MEMPHIS SCALE WORKS, INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 665<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $160.00 | Scheduled: | $320.00 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: ELLIOTT'S TN BOOT CO. LLC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 672<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $1,244.00 | Scheduled: | $889.95 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: FLEXO CONCEPTS<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 707<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $695.81 | Scheduled: | $650.16 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: BOYER-KANSAS, INC.<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 719<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $185.00 | Scheduled: | $125.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: FLEXO CONCEPTS<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 733<br>Claim Date: 02/23/2009<br>Debtor: CALPINE CORRUGATED, LLC |
|---|---|

| UNSECURED | Claimed: | $2,626.97 | Scheduled: | $2,626.97 |
|---|---|---|---|---|

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: WALTS DRIVE AWAY SERVICE INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 859<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 4192<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $375.00 |
|---|---|---|

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: SANTURCE JANITORIAL SUPPLY C<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 922<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,016.98 |
|---|---|---|

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: NWL<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 1329<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $14,730.47 | Scheduled: | $13,536.35 |
|---|---|---|---|---|

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: C&S SERVICES<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 1355<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,190.00 | Scheduled: | $1,190.00 |
|---|---|---|---|---|

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: EXPRESS TOWING & RECOVERY IN<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 1398<br>Claim Date: 03/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $125.00 | Scheduled: | $125.00 |
|---|---|---|---|---|

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: WINTRONICS, INC.<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>5315 NORTH KINGS HIGHWAY<br>MYRTLE BEACH, SC 29577 | Claim Number: 1400<br>Claim Date: 03/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $7,220.00 | Scheduled: | $7,220.00 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: STATE ELECTRIC SUPPLY CO. IN<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 1423<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) | | | | |
| UNSECURED | Claimed: | $265.44 | Scheduled: | $248.08 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: M&M ROGNESS EQUIPMENT COMPAN<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 1432<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7552 (05/10/2010) | | | | |
| UNSECURED | Claimed: | $1,044.79 | Scheduled: | $1,034.26 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: WINDY HILL FOLIAGE, INC.<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 1659<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | | |
| UNSECURED | Claimed: | $663.58 | Scheduled: | $663.00 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: GUARANTEE ROOFING & SIDING C<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 1829<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | | |
| UNSECURED | Claimed: | $345.10 | Scheduled: | $340.00 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: BERT C. HOGG PROF LAW CORP.<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 2051<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | | |
| UNSECURED | Claimed: | $573.50 | Scheduled: | $573.50 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: SECURITY FIRE PROTECTION<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 2272<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010) | | | | |
| UNSECURED | Claimed: | $410.00 | Scheduled: | $410.00 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: LEXINGTON URGENT TREATMENT A<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 2392<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | | | |
| UNSECURED | Claimed: | $1,005.00 | Scheduled: | $1,005.00 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: FAN GROUP INC.
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 2484
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $564.00 | Scheduled: | $564.00 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: WEATHERALL'S, INC.
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 2505
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $230.00 | Scheduled: | $230.00 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: THIELSCH ENGINEERING
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 2642
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $1,500.00 |

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: CRYSTAL ICE CO., INC.
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 2903
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $235.55 | Scheduled: | $235.55 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: PEACH CHEVROLET
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 2915
Claim Date: 05/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $900.51 | Scheduled: | $900.51 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: CLARK & RUSH MECHANICAL
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 2991
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $326.45 | Scheduled: | $318.00 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: SIGMA MARKETING
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 3015
Claim Date: 05/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $545.97 | Scheduled: | $489.27 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP | Claim Number: 3025 |
| TRANSFEROR: AQUFLOW | Claim Date: 05/18/2009 |
| ATTN: CLAIMS PROCESSING DEPARTMENT | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| P.O. BOX 14610 | Comments: DOCKET 7553 (05/10/2010) |
| SURFSIDE BEACH, SC 29587 | |

| UNSECURED | Claimed: | $387.88 | Scheduled: | $360.00 |

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP | Claim Number: 3063 |
| TRANSFEROR: FSI PRINTING AND GRAPHICS | Claim Date: 05/21/2009 |
| ATTN: CLAIMS PROCESSING DEPARTMENT | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| P.O. BOX 14610 | Comments: DOCKET 6649 (04/07/2010) |
| SURFSIDE BEACH, SC 29587 | |

| UNSECURED | Claimed: | $574.42 | Scheduled: | $574.42 |

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP | Claim Number: 3112 |
| TRANSFEROR: CINCINNATI BELL TECHNOLOGY | Claim Date: 05/26/2009 |
| SOLUTIONS INC. | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| CLAIMS PROCESSING DEPT, P.O. BOX 14610 | Comments: DOCKET: 3287 (12/18/2009) |
| SURFSIDE BEACH, SC 29587 | |

| UNSECURED | Claimed: | $128.87 | Scheduled: | $128.87 |

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP | Claim Number: 3129 |
| TRANSFEROR: ARK SAFETY | Claim Date: 05/26/2009 |
| ATTN: CLAIMS PROCESSING DEPARTMENT | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| P.O. BOX 14610 | Comments: DOCKET: 4966 (02/12/2010) |
| SURFSIDE BEACH, SC 29587 | |

| UNSECURED | Claimed: | $616.31 | Scheduled: | $616.31 |

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP | Claim Number: 3399 |
| TRANSFEROR: MYRON L COMPANY | Claim Date: 06/15/2009 |
| ATTN: CLAIMS PROCESSING DEPARTMENT | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| P.O. BOX 14610 | Comments: POSSIBLY AMENDED BY 6034 |
| SURFSIDE BEACH, SC 29587 | DOCKET 7553 (05/10/2010) |

| UNSECURED | Claimed: | $309.16 |

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP | Claim Number: 3422 |
| TRANSFEROR: MYRON L COMPANY | Claim Date: 06/15/2009 |
| ATTN: CLAIMS PROCESSING DEPARTMENT | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| P.O. BOX 14610 | Comments: POSSIBLY AMENDED BY 6034 |
| SURFSIDE BEACH, SC 29587 | DOCKET 7553 (05/10/2010) |

| UNSECURED | Claimed: | $203.27 |

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP | Claim Number: 3552 |
| TRANSFEROR: SIERRA LOCK & GLASS | Claim Date: 06/29/2009 |
| ATTN: CLAIMS PROCESSING DEPARTMENT | Debtor: CALPINE CORRUGATED, LLC |
| P.O. BOX 14610 | Comments: DOCKET: 1306 (07/24/2009) |
| SURFSIDE BEACH, SC 29587 | |

| ADMINISTRATIVE | Claimed: | $169.20 |
| UNSECURED | | | Scheduled: | $169.20 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: ARDENT DISPLAYS & PACKAGING<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3558<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $381.01 | Scheduled: | $561.20 |

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: ARDENT DISPLAYS & PACKAGING<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3559<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $226.61 |

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: BAUM'S CASTORINE CO INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3605<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $570.00 | Scheduled: | $595.12 |

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: R&M LOGISTICS<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3607<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |

| UNSECURED | Claimed: | $1,846.50 |

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: R&M LOGISTICS INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3608<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $1,846.50 | Scheduled: | $1,846.50 |

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: BARRONS AND CO INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3707<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |

| UNSECURED | Claimed: | $390.00 | Scheduled: | $390.00 |

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: LYCOMING VALLEY RAILROAD CO<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3760<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $270.00 | Scheduled: | $270.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: IDC SERVICES INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3762<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $693.54 | Scheduled: | $619.92 |
|---|---|---|---|---|

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: SHENCORP INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3794<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,887.95 | Scheduled: | $1,887.95 |
|---|---|---|---|---|

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: DYNAMIC DOCK & DOOR INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3807<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $559.50 | Scheduled: | $559.50 |
|---|---|---|---|---|

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: POWER INN ALLIANCE<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3809<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $345.00 | Scheduled: | $345.00 |
|---|---|---|---|---|

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: C&M SCALE COMPANY<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3833<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $497.03 | Scheduled: | $497.03 |
|---|---|---|---|---|

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: OVERHEAD DOOR CO OF TULSA IN<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3839<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $598.10 | Scheduled: | $598.10 |
|---|---|---|---|---|

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: GOODWILL INDUST. OF NORTHWES<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3871<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $457.14 | Scheduled: | $457.14 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: RILEY CORPORATION SALES INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3882<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $461.61 | Scheduled: | $461.61 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: DSA FINANCE CORPORATION<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3888<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $401.99 | Scheduled: | $401.99 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: COOPER FORESTRY INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3939<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $974.12 | Scheduled: | $709.12 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: ROYAL BRASS INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3980<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $319.63 | Scheduled: | $319.63 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: SHOE & BOOT OUTLET, THE<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 4053<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $484.95 | Scheduled: | $484.95 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: CINTAS FIRST AID & SAFETY<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 4087<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7844 (06/02/2010) | | | |
| UNSECURED | Claimed: | $1,822.06 | Scheduled: | $1,126.10 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: CYBOR FIRE PROTECTION CO.<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 4098<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $825.00 | Scheduled: | $825.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: CENTRAL MCGOWAN, INC.<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 4172<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $497.38 | Scheduled: | $413.74 |
|---|---|---|---|---|

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: ST JOHNS UNITED CHURCH OF<br>CHRIST    ATTN: CLAIMS PROCESSING DEPT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 4177<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $772.60 | Scheduled: | $772.60 |
|---|---|---|---|---|

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: INDUSTRIAL RUBBER & GASKET<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 4178<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $154.88 | Scheduled: | $154.88 |
|---|---|---|---|---|

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: WALTS DRIVE A WAY INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 4192<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $375.00 | Scheduled: | $375.00 |
|---|---|---|---|---|

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: KNOX COUNTY ASSOCIATION<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 4382<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $145.80 | Scheduled: | $145.80 |
|---|---|---|---|---|

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: PANAMA CITY GOLFCARTS LLC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 4417<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $668.67 | Scheduled: | $668.67 |
|---|---|---|---|---|

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: NU TOWEL COMPANY, THE<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 4538<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $338.25 | Scheduled: | $1,034.16 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: MARSHALL COUNTY CHAMBER
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4563
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: SIGN WORKS
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4604
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $456.78 | Scheduled: | $456.78 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: FLOWERS OF CLAYTON
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4632
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,684.88 | Scheduled: | $1,638.38 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: US PLASTIC CORPORATION
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4770
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $316.67 | Scheduled: | $667.52 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: CITY OF PERRY
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4823
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $203.88 | Scheduled: | $203.88 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: BENEFITSLINK.COM INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4828
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $275.00 | Scheduled: | $275.00 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: CRESCENT MOBILE POWER
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4829
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $175.00 | Scheduled: | $175.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: SANTURCE JANITORIAL SUPPLY C<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 4967<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC. |
|---|---|

| UNSECURED | Claimed: | $1,016.98 | Scheduled: | $1,016.98 |
|---|---|---|---|---|

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: DAVIS AUTO PARTS CORP<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 4970<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $112.15 | Scheduled: | $112.15 |
|---|---|---|---|---|

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: SUTHERLAND FIBER<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5000<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,722.60 | Scheduled: | $1,721.00 |
|---|---|---|---|---|

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: CLEAN SOURCE INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5025<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,064.67 | Scheduled: | $991.36 |
|---|---|---|---|---|

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: MINUTEMAN PRESS<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5048<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $224.86 | Scheduled: | $224.86 |
|---|---|---|---|---|

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: OWENS OPTICAL<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5097<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $280.00 | Scheduled: | $370.00 |
|---|---|---|---|---|

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: HY TECH<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5148<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $236.25 | Scheduled: | $236.25 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | |
|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: XACT SUPPLY COMPANY INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5193<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 8389<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED          Claimed: | $1,246.43 | Scheduled: | $1,246.43 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: SEAMAN AND SCHUSKE METAL<br>WORKS ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5218<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED          Claimed: | $255.00 | Scheduled: | $255.00 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: CDI INDUSTRIAL AND MECHANICA<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5224<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED          Claimed: | $883.20 | Scheduled: | $883.20 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: ZIEGLER TOOLS INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5261<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED          Claimed: | $2,268.05 | Scheduled: | $1,929.12 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: PHOENIX EXPRESS COURIER INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5479<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED          Claimed: | $749.00 | Scheduled: | $749.00 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: SOUTH ALABAMA ELECTRIC COOP<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5493<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED          Claimed: | $177.52 | Scheduled: | $177.52 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: BONDURANT LUMBER & HARDWARE<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5498<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED          Claimed: | $126.51 | Scheduled: | $126.51 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: WILLIAMS TURBINE SERVICES IN<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5506<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED | Claimed: | $372.76 | | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: LOBEE PUMP & MACHINERY COMPA<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5793<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $1,275.84 | Scheduled: | $1,275.84 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: PAL STEEL<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5809<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $209.69 | Scheduled: | $209.69 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: WILLCO INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5845<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $484.87 | Scheduled: | $484.87 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: WORKPLACE OCCUPATIONAL<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5851<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $187.20 | Scheduled: | $180.00 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: BAY CORP INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5887<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $165.00 | Scheduled: | $165.00 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: DURA BAR METAL SERVICES INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5982<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $319.62 | Scheduled: | $319.62 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: MYRON L COMPANY
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 6034
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $512.43 | Scheduled: | $512.43 |

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: COOKS INDUSTRIAL REPAIR
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 6147
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $379.30 | Scheduled: | $379.30 |

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: WASTE PRO USA PALM COAST
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 6206
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $705.32 | Scheduled: | $705.32 |

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: CALDWELL OPPORTUNITIES INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 6273
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $440.00 | Scheduled: | $534.00 |

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: WHITEWATER ASSOCIATES INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 6318
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $370.00 | Scheduled: | $119.00 |

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: AHBL INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 6449
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $589.75 | Scheduled: | $589.75 |

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: JOHNCO
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 6509
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)

| UNSECURED | Claimed: | $116.56 | Scheduled: | $166.56 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: MERLO PLUMBING CO INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 6531
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | | $262.78 | Scheduled: | $262.78 |

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: FRONTIER POWER COMPANY
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 6592
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | | $188.79 | Scheduled: | $188.79 |

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: MATERN METAL WORKS INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 6961
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | | $360.00 | Scheduled: | $360.00 |

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: ARNOLD INDUSTRIES SOUTH INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 7030
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | | $850.00 | Scheduled: | $850.00 |

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: CONTROL CONCEPTS INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 7247
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | | $862.44 | Scheduled: | $1,279.94 |

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: SMITHS LAWN & TREE SERVICE
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 7420
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | | $270.00 | Scheduled: | $270.00 |

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: GENERAL BEARING INDUS INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 7433
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | | $435.44 | Scheduled: | $435.44 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: DIVERSIFIED PLASTICS INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 7438
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $855.00 | Scheduled: | $855.00 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: PRO TECH ENVIRONMENTAL SERVI
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 7508
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $749.00 | Scheduled: | $909.50 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: PURE PAINTING INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 7870
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $515.50 | Scheduled: | $515.50 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: SEASIDE LIONS
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 8121
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $336.00 | Scheduled: | $336.00 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: XACT SUPPLY CO., INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 8389
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,246.43 |
|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: CDI INDUSTRIAL & MECHANICAL
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 8408-01
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 5769 (03/11/2010)
MAY AMEND CLAIM 5224

| ADMINISTRATIVE | Claimed: | $277.63 |
|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: CDI INDUSTRIAL & MECHANICAL
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 8408-02
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
MAY AMEND CLAIM 5224

| UNSECURED | Claimed: | $605.57 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP | Claim Number: 8618 |
| TRANSFEROR: ELLIOT LEWIS CORPORATION | Claim Date: 07/21/2009 |
| ATTN: CLAIMS PROCESSING DEPARTMENT | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| P.O. BOX 14610 | Comments: DOCKET: 8093 (06/21/2010) |
| SURFSIDE BEACH, SC 29587 | |

| UNSECURED | Claimed: | $663.00 | Scheduled: | $663.00 |

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP | Claim Number: 8728 |
| TRANSFEROR: MERLO PLUMBING CO., INC. | Claim Date: 07/27/2009 |
| ATTN: CLAIMS PROCESSING DEPARTMENT | Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
| P.O. BOX 14610 | Comments: EXPUNGED |
| SURFSIDE BEACH, SC 29587 | DOCKET: 8093 (06/21/2010) |

| PRIORITY | Claimed: | $262.78 |

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP | Claim Number: 8888 |
| TRANSFEROR: WW ELECTRIC LLC | Claim Date: 08/10/2009 |
| ATTN: CLAIMS PROCESSING DEPARTMENT | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| P.O. BOX 14610 | |
| SURFSIDE BEACH, SC 29587 | |

| UNSECURED | Claimed: | $2,730.00 | Scheduled: | $2,730.00 |

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP | Claim Number: 9236 |
| TRANSFEROR: GEAR TECH SERVICES LLC | Claim Date: 08/20/2009 |
| ATTN: CLAIMS PROCESSING DEPARTMENT | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| P.O. BOX 14610 | Comments: DOCKET: 7550 (05/10/2010) |
| SURFSIDE BEACH, SC 29587 | |

| UNSECURED | Claimed: | $1,636.20 | Scheduled: | $1,636.20 |

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP | Claim Number: 9603 |
| TRANSFEROR: PBM SERVICES COMPANY LLC | Claim Date: 08/24/2009 |
| ATTN: CLAIMS PROCESSING DEPARTMENT | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| P.O. BOX 14610 | |
| SURFSIDE BEACH, SC 29587 | |

| UNSECURED | Claimed: | $465.00 | Scheduled: | $465.00 |

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP | Claim Number: 9636 |
| TRANSFEROR: BURNETT'S LANDSCAPING | Claim Date: 08/24/2009 |
| ATTN: CLAIMS PROCESSING DEPARTMENT | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| P.O. BOX 14610 | |
| SURFSIDE BEACH, SC 29587 | |

| UNSECURED | Claimed: | $2,542.00 | Scheduled: | $2,542.00 |

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP | Claim Number: 9708 |
| TRANSFEROR: BONUS BUILDING CARE | Claim Date: 08/24/2009 |
| ATTN: CLAIMS PROCESSING DEPARTMENT | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| P.O. BOX 14610 | Comments: DOCKET: 6353 (03/29/2010) |
| SURFSIDE BEACH, SC 29587 | |

| UNSECURED | Claimed: | $2,173.00 | Scheduled: | $2,173.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: ROSE METAL PRODUCTS
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 11232
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $576.24 | Scheduled: | $576.24 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: WW ELECTRIC, LLC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 12495
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| PRIORITY | Claimed: | $2,730.00 | | |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: SCHUETZ CLEAN INC (LIBERTY)
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 13192
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $645.00 | Scheduled: | $645.00 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: DREXEL TECHNOLOGIES
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 13814
Claim Date: 02/08/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $395.00 | Scheduled: | $395.00 |
|---|---|---|---|---|

---

BLUE HERON PAPER COMPANY
JORDAN SCHRADER RAMIS, PC
ATTN: CHRIS L. REIVE
TWO CENTERPOINTE DR., 6TH FLR.
LAKE OSWEGO, OR 97035

Claim Number: 13597
Claim Date: 11/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $0.00  UNLIQ DISP |
|---|---|---|---|---|

---

BLUE HERON PAPER COMPANY
JORDAN SCHRADER RAMIS PC
ATTN: CHRISTOPHER L. REIVE
TWO CENTERPOINTE DR. 6TH FLR
LAKE OSWEGO, OR 97034

Claim Number: 13939
Claim Date: 03/26/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8932 (02/15/2011)

| UNSECURED | Claimed: | $2,500,000.00 | | |
|---|---|---|---|---|

---

BLUE OPPORTUNITIES FUND, LP
TRANSFEROR: TAG AND LABEL CO
ATTN: CLAIMS PROCESSING DEPT.
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4309
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $110.05 | Scheduled: | $158.05 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BLUE OPPORTUNITIES FUND, LP
TRANSFEROR: DAFCO FILTRATION GROUP
ATTN: CLAIMS PROCESSING DEPT.
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 5364
Claim Date: 07/16/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $148.58 | Scheduled: | $148.58 |
|---|---|---|---|---|

---

BLUE OPPORTUNITIES FUND, LP
TRANSFEROR: SECURO VISION
ATTN: CLAIMS PROCESSING DEPT.
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 6052
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $324.78 | Scheduled: | $262.92 |
|---|---|---|---|---|

---

BLUE OPPORTUNITIES FUND, LP
TRANSFEROR: KEEN-EDGE SHARPENING
ATTN: CLAIMS PROCESSING DEPT.
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 6499
Claim Date: 07/27/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $276.07 | Scheduled: | $276.07 |
|---|---|---|---|---|

---

BLUE OPPORTUNITIES FUND, LP
TRANSFEROR: ANCHOR CONSTRUCTION INDUSTRI
ATTN: CLAIMS PROCESSING DEPT.
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 7052
Claim Date: 08/03/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $310.90 | Scheduled: | $255.44 |
|---|---|---|---|---|

---

BLUE OPPORTUNITIES FUND, LP
TRANSFEROR: DAFCO FILTRATION GROUP CORP
ATTN: CLAIMS PROCESSING DEPT.
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 8510
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: POSSIBLE DUPLICATE OF 5364

| UNSECURED | Claimed: | $148.58 | | |
|---|---|---|---|---|

---

BLUE OPPORTUNITIES FUND, LP
TRANSFEROR: VAN HOUTTE COFFEE
ATTN: CLAIMS PROCESSING DEPT.
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 8938
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $185.30 | | |
|---|---|---|---|---|

---

BLUE OPPORTUNITIES FUND, LP
TRANSFEROR: LE GROUPE ROTALEC INC
P.O. BOX 14610
ATTN: CLAIMS PROCESSING DEPT.
SURFSIDE BEACH, SC 29587

Claim Number: 12449
Claim Date: 07/30/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $412.59 | Scheduled: | $427.64 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BLUE OPPORTUNITIES FUND, LP<br>TRANSFEROR: VAN HOUTTE COFFEE<br>ATTN: CLAIMS PROCESSING DEPT.<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 12489<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $185.30 | Scheduled: | $185.30 |
|---|---|---|---|---|

| BLUE OPPORTUNITIES FUND, LP<br>TRANSFEROR: COWAN DYNAMICS INC.<br>ATTN: CLAIMS PROCESSING DEPT.<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 12626<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $135.17 | Scheduled: | $133.58 |
|---|---|---|---|---|

| BLUE RIBBON CONTAINER & DISPLAY<br>11106 SHOEMAKER AVE.<br>SANTA FE SPRINGS, CA 90670 | Claim Number: 11542<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $22,904.33 | Scheduled: | $17,416.72 |
|---|---|---|---|---|

| BLUE RIDGE MOUNTAIN WATER<br>P.O. BOX 211329<br>MONTGOMERY, AL 31212 | Claim Number: 6115<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $602.25 | Scheduled: | $41.95 |
|---|---|---|---|---|

| BLUE RIDGE PACKAGING CORP<br>PO BOX 4027<br>MARTINSVILLE, VA 24115 | Claim Number: 5431<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8257 (07/23/2010) |
|---|---|

| UNSECURED | Claimed: | $4,000.00 | Scheduled: | $8,126.00  UNLIQ |
|---|---|---|---|---|

| BLUE RIDGE PACKAGING CORP<br>P.O. BOX 4027<br>MARTINSVILLE, VA 24115 | Claim Number: 6363<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $425.50 | | |
|---|---|---|---|---|

| BLUE STAR PRINTING CO LLC<br>3550 WESTWAY STREET SUITE B<br>TYLER, TX 75703 | Claim Number: 11593<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $535.83 | Scheduled: | $495.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| BLUE STREAK COURIER SERVICE, INC.<br>PO BOX 993<br>VALLEY FORGE, PA 19482 | | Claim Number: 3313<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010) | | |
| UNSECURED | Claimed: | $608.00 | | |
| BLUEGRASS INDUSTRIES INC<br>4320 15TH STREET E<br>BRADENTON, FL 34208 | | Claim Number: 9699<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 1396<br>DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $5,143.92 | Scheduled: | $5,143.92 |
| BLUNT, CHARLIE III<br>110 VIRGINIA DRIVE<br>BREWTON, AL 36426 | | Claim Number: 12235<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| BLW VENTURES INC<br>105 SPRING STREET<br>ZIONSVILLE, IN 46077 | | Claim Number: 9349<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $13,042.00 | Scheduled: | $13,042.00 |
| BLYTH, JEAN M.<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 13031<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | |
| PRIORITY | Claimed: | $1,638.60 | | |
| UNSECURED | Claimed: | $10,610.30 | Scheduled: | $12,248.90 |
| BM&M PARTNERSHIP<br>9377 193RD ST<br>SURREY, BC V4N 4E7<br>CANADA | | Claim Number: 5804<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $2,498.50 |
| BMC ROCK INC<br>301 SUNRISE LN<br>DRAKES BRANCH, VA 23937 | | Claim Number: 3770<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,023.35 | Scheduled: | $1,023.35 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BMC ROCK, INC.<br>301 SUNRISE LANE<br>DRAKES BRANCH, VA 23937 | Claim Number: 3549<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| PRIORITY | Claimed: | $1,023.35 |
|---|---|---|

---

| BMG METALS, INC.<br>ATTN: NEIL E. MCCULLAGH, ESQUIRE<br>SPOTTS FAIN, PC<br>P.O. BOX 1555<br>RICHMOND, VA 23218 | Claim Number: 9800<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $19,129.06 |
|---|---|---|
| UNSECURED | Claimed: | $27,336.28 |

---

| BMG METALS, INC.<br>ATTN: NEIL E. MCCULLAGH, ESQUIRE<br>SPOTTS FAIN, PC<br>P.O. BOX 1555<br>RICHMOND, VA 23218 | Claim Number: 9851<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $19,129.06 |
|---|---|---|
| UNSECURED | Claimed: | $27,336.28 |

---

| BMG METALS, INC.<br>ATTN: NEIL E. MCCULLAGH, ESQUIRE<br>SPOTTS FAIN, PC<br>P.O. BOX 1555<br>RICHMOND, VA 23218 | Claim Number: 11914<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $19,129.06 |
|---|---|---|
| UNSECURED | Claimed: | $46,465.34 |
| TOTAL | Claimed: | $46,465.34 |

---

| BMG METALS, INC.<br>ATTN: NEIL E. MCCULLAGH, ESQUIRE<br>SPOTTS FAIN, PC<br>411 EAST FRANKLIN STREET, SUITE 600<br>RICHMOND, VA 232198 | Claim Number: 12027-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $18,328.61 |
|---|---|---|

---

| BMG METALS, INC.<br>ATTN: NEIL E. MCCULLAGH, ESQUIRE<br>SPOTTS FAIN, PC<br>411 EAST FRANKLIN STREET, SUITE 600<br>RICHMOND, VA 232198 | Claim Number: 12027-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010) |
|---|---|

| UNSECURED | Claimed: | $28,136.73 | Scheduled: | $48,127.42 |
|---|---|---|---|---|

---

| BNSF RAILWAY COMPANY<br>ATTN: QUINCY CHUMLEY<br>3001 LOU MENK DRIVE<br>FORT WORTH, TX 76131 | Claim Number: 12766<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,100.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BOARD OF PUBLIC UTILITIES
540 MINNESOTA AVENUE
KANSAS CITY, KS 66101

Claim Number: 936
Claim Date: 02/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $8,897.62 |

---

BOARD OF PUBLIC UTILITIES
540 MINNESOTA AVENUE
KANSAS CITY, KS 66101

Claim Number: 937
Claim Date: 02/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $2,091.31 |

---

BOARD OF PUBLIC UTILITIES
540 MINNESOTA AVENUE
KANSAS CITY, KS 66101

Claim Number: 938
Claim Date: 02/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5047 (02/16/2010)

| UNSECURED | Claimed: | $674.27 |

---

BOARD OF PUBLIC UTILITIES
540 MINNESOTA AVENUE
KANSAS CITY, KS 66101

Claim Number: 939
Claim Date: 02/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $407.09 |

---

BOARD OF PUBLIC UTILITIES
540 MINNESOTA AVENUE
KANSAS CITY, KS 66101

Claim Number: 940
Claim Date: 02/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $8,439.57 |

---

BOARD OF PUBLIC UTILITIES
540 MINNESOTA AVENUE
KANSAS CITY, KS 66101

Claim Number: 941
Claim Date: 02/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $174.84 |

---

BOARD OF PUBLIC UTILITIES
540 MINNESOTA AVENUE
KANSAS CITY, KS 66101

Claim Number: 942
Claim Date: 02/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $61.69 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BOARD OF PUBLIC UTILITIES<br>540 MINNESOTA AVENUE<br>KANSAS CITY, KS 66101 | Claim Number: 943<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $2,089.20 |
|---|---|---|

---

| BOATNER, CLINT<br>698 MADDEN ROAD<br>SIMSBORO, LA 71247 | Claim Number: 10118<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| BOATROCK ENTERPRISES<br>1627 PEACHTREE ST., NE<br>ATLANTA, GA 30309 | Claim Number: 12189<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $54,673.52 |
|---|---|---|

---

| BOB AND DAVES LAWN & LANDSCAPE<br>MAINTENANCE, INC.<br>PO BOX 828<br>KAUKAUNA, WI 54130 | Claim Number: 4295<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $467.81 | Scheduled: | $314.80 |
|---|---|---|---|---|

---

| BOB CLEANING SERVICE<br>517 THURMAN DR<br>LEXINGTON, KY 40505-1536 | Claim Number: 13440<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $2,390.00 |
|---|---|---|

---

| BOBBETT, HERMAN<br>THE LAW OFFICES OF STEVEN J. COOPER<br>21515 HAWTHORNE BLVD. SUITE 1150<br>TORRANCE, CA 90503 | Claim Number: 2261<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

---

| BOBBETT, HERMAN<br>THE LAW OFFICES OF STEVEN J. COOPER<br>21515 HAWTHORNE BLVD. SUITE 1150<br>TORRANCE, CA 90503 | Claim Number: 6044<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| PRIORITY | Claimed: | $85,000.00 |
|---|---|---|
| UNSECURED | Claimed: | $165,000.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BOBBETT, HERMAN
THE LAW OFFICES OF STEVEN J. COOPER
21515 HAWTHORNE BLVD. SUITE 1150
TORRANCE, CA 90503

Claim Number: 6895
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $85,000.00 | | |
| UNSECURED | Claimed: | $165,000.00 | | |

---

BOBBY BELEW, DBA BOB'S CLEANING SERVICE
517 THURMAN DR
LEXINGTON, KY 40505-1536

Claim Number: 13441
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,390.00 | Scheduled: | $2,390.00 |

---

BOBCAT ENTERPRISES INC
PO BOX 119
HAMILTON, OH 45012

Claim Number: 4927
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3286 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,205.69 | | |

---

BOBTAIL EXPRESS INC
PO BOX 41073
HOUSTON, TX 77241-1073

Claim Number: 4776
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,376.75 | Scheduled: | $2,376.75 |

---

BOBULA, B J
10763 KING GEORGE LANE
NAPLES, FL 34109

Claim Number: 7494
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

---

BOCA RATON COMMUNITY HOSPITAL
800 MEADOWS ROAD
BOCA RATON, FL 33486

Claim Number: 3134
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $253.09 | Scheduled: | $505.09 |

---

BOCKS BOARD PACKAGING INC
2431 OSBORNE ROAD
SAINT MARYS, GA 31558

Claim Number: 7393
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $166.00 | Scheduled: | $166.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BOEHLE, AGNES FOR GEORGE BOEHLE
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10955
Claim Date: 08/27/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50,000.00 | | |

---

BOGIE, BETTY S
8600 RAYBURN AVE.
OKLAHOMA CITY, OK 73149

Claim Number: 9992
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

BOHL EQUIPMENT COMPANY
ATTN: JEREMY COAKLEY
534 W LASKEY RD.
TOLEDO, OH 43612

Claim Number: 6882
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,178.00 | Scheduled: | $7,813.75 |

---

BOILER EQUIPMENT CO INC
1443 SIXTH AVENUE
KNOXVILLE, TN 37917

Claim Number: 5120
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,308.65 | Scheduled: | $5,076.22 |

---

BOILER ROOM SERVICE
15 DORCHESTER DRIVE
SIOUX CITY, IA 51106

Claim Number: 3998
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,925.47 | Scheduled: | $2,734.08 |

---

BOILER SPECIALISTS, INC.
1669 MERWIN AVE.
CLEVELAND, OH 44113-2421

Claim Number: 5881
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,400.37 | Scheduled: | $14,136.85 |

---

BOILER SUPPLY COMPANY
PO BOX 40225
NASHVILLE, TN 37204-0225

Claim Number: 6939
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,337.10 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BOILER SUPPLY COMPANY (02)
PO BOX 40225
NASHVILLE, TN 37204-0225

Claim Number: 6938
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7553 (05/10/2010)

| UNSECURED | Claimed: | $14,780.60 | Scheduled: | $4,511.76 |
|---|---|---|---|---|

BOILER SYSTEM SPECIALTIES INC
PO BOX 29208
RICHMOND, VA 23242

Claim Number: 5308
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,205.66 | Scheduled: | $6,811.26 |
|---|---|---|---|---|

BOILER TECH INC
7030 HUNTLEY RD
COLUMBUS, OH 43229-1053

Claim Number: 12103
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,941.57 | Scheduled: | $2,941.57 |
|---|---|---|---|---|

BOILER TUBE COMPANY OF AMERICA
506 CHARLOTTE HIGHWAY
LYMAN, SC 29365

Claim Number: 336
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 6649 (04/07/2010)

| UNSECURED | Claimed: | $9,583.12 | Scheduled: | $9,574.44 |
|---|---|---|---|---|

BOISACO INC
648 CHEMIN DE MOULIN
C.P. 250
SACRE-COEUR, QC GOT 1Y0
CANADA

Claim Number: 8632
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $25,032.82 | | |
|---|---|---|---|---|

BOISACO INC
CP 250 CHEMIN DU MOULIN
SACRE-COEUR, QC G0T 1Y0
CANADA

Claim Number: 12415
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $32,854.23 |
|---|---|---|---|---|

BOIVIN, ALAIN
9000 CROISSART RUBENS
BROSSARD, QC J4X 2H9
CANADA

Claim Number: 14183
Claim Date: 12/22/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments:
CLAIM AMOUNT IS 174,504 CANADIAN

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BOIVIN, ALAIN
9000 CROISSART RUBENS
BROSSARD, QC J4X 2H9
CANADA

Claim Number: 14184
Claim Date: 12/21/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments:
CLAIM AMOUNT IS 122,780 CANADIAN

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

---

BOLDS, M.L.
422 SLASH PINE DR
QUITMAN, LA 71268

Claim Number: 10396
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

---

BOLDUC, ANDRE
25, RUE LAFLECHE
LA TUQUE, QC G9X 1A1
CANADA

Claim Number: 12594
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

BOLIN, C T
512 N 68TH ST
WAUWATOSA, WI 53213

Claim Number: 8093
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

BOLLA CLEANING
919 QUIET POINT RD
CASEYVILLE, IL 62232

Claim Number: 3675
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $5,051.50 | Scheduled: | $5,400.00 |
| --- | --- | --- | --- | --- |

---

BOLLA CLEANING SERVICE
919 QUIET POINT DR.
CASEYVILLE, IL 62232

Claim Number: 1433
Claim Date: 03/12/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $5,051.50 |
| --- | --- | --- |

---

BOLTON, CARL D.
D.B.A. MESERVE ASSOCIATES ENGINEERS
835 BLOSSOM HILL RD., STE 204
SAN JOSE, CA 95123

Claim Number: 1959
Claim Date: 04/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $5,193.66 |
| --- | --- | --- |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BOLTON, CARL D.<br>D.B.A. MESERVE ASSOCIATES ENGINEERS<br>835 BLOSSOM HILL RD., STE 204<br>SAN JOSE, CA 95123 | Claim Number: 8061<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|
| UNSECURED          Claimed: | $5,193.66 |

| BOM SERVICE & ENGINEERING, INC.<br>2203 N. MACARTHUR DR.<br>TRACY, CA 95376 | Claim Number: 11572<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|
| UNSECURED          Claimed: | $8,450.86 |

| BOMGAARS SUPPLY<br>1805 ZENITH DRIVE<br>SIOUX CITY, IA 51103 | Claim Number: 7141-01<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $1,997.83 |

| BOMGAARS SUPPLY<br>1805 ZENITH DRIVE<br>SIOUX CITY, IA 51103 | Claim Number: 7141-02<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED          Claimed: | $6,670.84          Scheduled:          $6,859.96 |

| BOND SAFEGUARD INSURANCE COMPANY<br>CONTRARIAN CAPITAL MANAGEMENT<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 10475<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8695 (10/28/2010) |
|---|---|
| UNSECURED          Claimed: | $650,000.00 |

| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10476<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8695 (10/28/2010) |
|---|---|
| UNSECURED          Claimed: | $5,000.00 |

| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10477<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |
|---|---|
| UNSECURED          Claimed: | $500.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BOND SAFEGUARD INSURANCE COMPANY
C/O HARRIS BEACH PLLC
ONE PARK PLACE, 4TH FLOOR
300 S. STATE STREET ATTN: KELLY GRIFFITH
SYRACUSE, NY 13202

Claim Number: 10478
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8695 (10/28/2010)

| UNSECURED | Claimed: | $2,000.00 |
|---|---|---|

---

BOND SAFEGUARD INSURANCE COMPANY
CONTRARIAN CAPITAL MANAGEMENT LLC
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 10479
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 8695 (10/28/2010)

| UNSECURED | Claimed: | $15,000.00 |
|---|---|---|

---

BOND SAFEGUARD INSURANCE COMPANY
CONTRARIAN CAPITAL MANAGEMENT LLC
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 10480
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 8695 (10/28/2010)

| UNSECURED | Claimed: | $84,600.00 |
|---|---|---|

---

BOND SAFEGUARD INSURANCE COMPANY
CONTRARIAN CAPITAL MANAGEMENT LLC
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 10481
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 8695 (10/28/2010)

| UNSECURED | Claimed: | $6,200.00 |
|---|---|---|

---

BOND SAFEGUARD INSURANCE COMPANY
C/O HARRIS BEACH PLLC
ONE PARK PLACE, 4TH FLOOR
300 S. STATE STREET ATTN: KELLY GRIFFITH
SYRACUSE, NY 13202

Claim Number: 10482
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8695 (10/28/2010)

| UNSECURED | Claimed: | $150,000.00 |
|---|---|---|

---

BOND SAFEGUARD INSURANCE COMPANY
C/O HARRIS BEACH PLLC
ONE PARK PLACE, 4TH FLOOR
300 S. STATE STREET ATTN: KELLY GRIFFITH
SYRACUSE, NY 13202

Claim Number: 10483
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8695 (10/28/2010)

| UNSECURED | Claimed: | $65,000.00 |
|---|---|---|

---

BOND SAFEGUARD INSURANCE COMPANY
C/O HARRIS BEACH PLLC
ONE PARK PLACE, 4TH FLOOR
300 S. STATE STREET ATTN: KELLY GRIFFITH
SYRACUSE, NY 13202

Claim Number: 10484
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8695 (10/28/2010)

| UNSECURED | Claimed: | $22,000.00 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10485<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |
|---|---|
| UNSECURED          Claimed: | $6,000.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>CONTRARIAN CAPITAL MANAGEMENT LLC<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 10486<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8695 (10/28/2010) |
| UNSECURED          Claimed: | $12,500.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10487<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |
| UNSECURED          Claimed: | $9,000.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10488<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |
| UNSECURED          Claimed: | $50,000.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>CONTRARIAN CAPITAL MANAGEMENT, LLC<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 10489<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8695 (10/28/2010) |
| UNSECURED          Claimed: | $20,000.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10490<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |
| UNSECURED          Claimed: | $10,750.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10491<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |
| UNSECURED          Claimed: | $16,000.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>CONTRARIAN CAPITAL MANAGEMENT LLC<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 10492<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8695 (10/28/2010) |

| UNSECURED | Claimed: | $49,000.00 |
|---|---|---|

---

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>CONTRARIAN CAPITAL MANAGEMENT LLC<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 10493<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8695 (10/28/2010) |

| UNSECURED | Claimed: | $99,500.00 |
|---|---|---|

---

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>CONTRARIAN CAPITAL MANAGEMENT LLC<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 10494<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8695 (10/28/2010) |

| UNSECURED | Claimed: | $7,000.00 |
|---|---|---|

---

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10495<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

---

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC, KELLY GRIFFITH<br>ONE PARK PLACE, 4TH FL.<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | Claim Number: 10496<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |

| UNSECURED | Claimed: | $373,176.00 |
|---|---|---|

---

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10497<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |

| UNSECURED | Claimed: | $80,000.00 |
|---|---|---|

---

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10498<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |

| UNSECURED | Claimed: | $119,000.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10499<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |
| UNSECURED          Claimed: | $10,000.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10500<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |
| UNSECURED          Claimed: | $24,150.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10501<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |
| UNSECURED          Claimed: | $38,000.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10502<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |
| UNSECURED          Claimed: | $105,000.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10503<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |
| UNSECURED          Claimed: | $2,079,376.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS<br>BEACH PLLC, ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | Claim Number: 14150<br>Claim Date: 10/19/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLY AMENDED BY 14191<br>DOCKET: 8938 (02/16/2011) |
| UNSECURED          Claimed: | $119,000.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS<br>BEACH PLLC, ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | Claim Number: 14151<br>Claim Date: 10/19/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 14192<br>DOCKET: 8938 (02/16/2011) |
| UNSECURED          Claimed: | $24,150.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BOND SAFEGUARD INSURANCE COMPANY
ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS
BEACH PLLC, ONE PARK PLACE, 4TH FLOOR
300 S. STATE STREET
SYRACUSE, NY 13202

Claim Number: 14152
Claim Date: 10/19/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 14193
DOCKET: 8938 (02/16/2011)

| UNSECURED | Claimed: | $38,000.00 |

---

BOND SAFEGUARD INSURANCE COMPANY
ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS
BEACH PLLC, ONE PARK PLACE, 4TH FLOOR
300 S. STATE STREET
SYRACUSE, NY 13202

Claim Number: 14153
Claim Date: 10/19/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 14194
DOCKET: 8938 (02/16/2011)

| UNSECURED | Claimed: | $10,000.00 |

---

BOND SAFEGUARD INSURANCE COMPANY
ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS
BEACH PLLC, ONE PARK PLACE, 4TH FLOOR
300 S. STATE STREET
SYRACUSE, NY 13202

Claim Number: 14154
Claim Date: 10/19/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 14195
DOCKET: 8938 (02/16/2011)

| UNSECURED | Claimed: | $80,000.00 |

---

BOND SAFEGUARD INSURANCE COMPANY
ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS
BEACH PLLC, ONE PARK PLACE, 4TH FLOOR
300 S. STATE STREET
SYRACUSE, NY 13202

Claim Number: 14155
Claim Date: 10/19/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 14196
DOCKET: 8938 (02/16/2011)

| UNSECURED | Claimed: | $373,176.00 |

---

BOND SAFEGUARD INSURANCE COMPANY
ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS
BEACH PLLC, ONE PARK PLACE, 4TH FLOOR
300 S. STATE STREET
SYRACUSE, NY 13202

Claim Number: 14156
Claim Date: 10/19/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 14197
DOCKET: 8938 (02/16/2011)

| UNSECURED | Claimed: | $50,000.00 |

---

BOND SAFEGUARD INSURANCE COMPANY
ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS
BEACH PLLC, ONE PARK PLACE, 4TH FLOOR
300 S. STATE STREET
SYRACUSE, NY 13202

Claim Number: 14157
Claim Date: 10/19/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: POSSIBLY AMENDED BY 14198
DOCKET: 8938 (02/16/2011)

| UNSECURED | Claimed: | $16,000.00 |

---

BOND SAFEGUARD INSURANCE COMPANY
ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS
BEACH PLLC, ONE PARK PLACE, 4TH FLOOR
300 S. STATE STREET
SYRACUSE, NY 13202

Claim Number: 14158
Claim Date: 10/19/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: POSSIBLY AMENDED BY 14199
DOCKET: 8938 (02/16/2011)

| UNSECURED | Claimed: | $10,750.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BOND SAFEGUARD INSURANCE COMPANY
ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS
BEACH PLLC, ONE PARK PLACE, 4TH FLOOR
300 S. STATE STREET
SYRACUSE, NY 13202

Claim Number: 14159
Claim Date: 10/19/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 14200
DOCKET: 8938 (02/16/2011)

| UNSECURED | Claimed: | $9,000.00 |
|---|---|---|

---

BOND SAFEGUARD INSURANCE COMPANY
ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS
BEACH PLLC, ONE PARK PLACE, 4TH FLOOR
300 S. STATE STREET
SYRACUSE, NY 13202

Claim Number: 14160
Claim Date: 10/19/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 14201
DOCKET: 8938 (02/16/2011)

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

---

BOND SAFEGUARD INSURANCE COMPANY
ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS
BEACH PLLC, ONE PARK PLACE, 4TH FLOOR
300 S. STATE STREET
SYRACUSE, NY 13202

Claim Number: 14161
Claim Date: 10/19/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 14202
DOCKET: 8938 (02/16/2011)

| UNSECURED | Claimed: | $22,000.00 |
|---|---|---|

---

BOND SAFEGUARD INSURANCE COMPANY
ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS
BEACH PLLC, ONE PARK PLACE, 4TH FLOOR
300 S. STATE STREET
SYRACUSE, NY 13202

Claim Number: 14162
Claim Date: 10/19/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 14203
DOCKET: 8938 (02/16/2011)

| UNSECURED | Claimed: | $6,000.00 |
|---|---|---|

---

BOND SAFEGUARD INSURANCE COMPANY
ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS
BEACH PLLC, ONE PARK PLACE, 4TH FLOOR
300 S. STATE STREET
SYRACUSE, NY 13202

Claim Number: 14163
Claim Date: 10/19/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 14204
DOCKET: 8938 (02/16/2011)

| UNSECURED | Claimed: | $65,000.00 |
|---|---|---|

---

BOND SAFEGUARD INSURANCE COMPANY
ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS
BEACH PLLC, ONE PARK PLACE, 4TH FLOOR
300 S. STATE STREET
SYRACUSE, NY 13202

Claim Number: 14164
Claim Date: 10/19/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: POSSIBLY AMENDED BY 14205
DOCKET: 8938 (02/16/2011)

| UNSECURED | Claimed: | $150,000.00 |
|---|---|---|

---

BOND SAFEGUARD INSURANCE COMPANY
ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS
BEACH PLLC, ONE PARK PLACE, 4TH FLOOR
300 S. STATE STREET
SYRACUSE, NY 13202

Claim Number: 14165
Claim Date: 10/19/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: POSSIBLY AMENDED BY 14206
DOCKET: 8938 (02/16/2011)

| UNSECURED | Claimed: | $2,000.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS<br>BEACH PLLC, ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | Claim Number: 14166<br>Claim Date: 10/19/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLY AMENDED BY 14207<br>DOCKET: 8938 (02/16/2011) |

UNSECURED          Claimed:               $500.00

---

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS<br>BEACH PLLC, ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | Claim Number: 14167<br>Claim Date: 10/19/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLY AMENDED BY 14208<br>DOCKET: 8938 (02/16/2011) |

UNSECURED          Claimed:               $5,000.00

---

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST<br>SYRACUSE, NY 13202 | Claim Number: 14191<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>Amends claim 14150 |

UNSECURED          Claimed:               $119,000.00

---

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14192<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 14151 |

UNSECURED          Claimed:               $38,000.00

---

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14193<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 14152 |

UNSECURED          Claimed:               $24,150.00

---

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14194<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 14153 |

UNSECURED          Claimed:               $10,000.00

---

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14195<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 14154 |

UNSECURED          Claimed:               $80,000.00

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14196<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 14155 |

| UNSECURED | Claimed: | $373,176.00 |
|---|---|---|

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14197<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 14156 |

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14198<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>Amends claim 14157 |

| UNSECURED | Claimed: | $16,000.00 |
|---|---|---|

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14199<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>Amends claim 14158 |

| UNSECURED | Claimed: | $10,750.00 |
|---|---|---|

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14200<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>amends claim 14159 |

| UNSECURED | Claimed: | $9,000.00 |
|---|---|---|

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14201<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 14160 |

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14202<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 14161 |

| UNSECURED | Claimed: | $22,000.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BOND SAFEGUARD INSURANCE COMPANY
C/O HARRIS BEACH, PLLC
ATTN: KELLY C. GRIFFITH, ESQ.
ONE PARK PLACE, 4TH FL-300 S. STATE ST.
SYRACUSE, NY 13202

Claim Number: 14203
Claim Date: 04/14/2011
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claim 14162

| UNSECURED | Claimed: | $6,000.00 |
|---|---|---|

---

BOND SAFEGUARD INSURANCE COMPANY
C/O HARRIS BEACH, PLLC
ATTN: KELLY C. GRIFFITH, ESQ.
ONE PARK PLACE, 4TH FL-300 S. STATE ST.
SYRACUSE, NY 13202

Claim Number: 14204
Claim Date: 04/14/2011
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claim 14163

| UNSECURED | Claimed: | $65,000.00 |
|---|---|---|

---

BOND SAFEGUARD INSURANCE COMPANY
C/O HARRIS BEACH, PLLC
ATTN: KELLY C. GRIFFITH, ESQ.
ONE PARK PLACE, 4TH FL-300 S. STATE ST.
SYRACUSE, NY 13202

Claim Number: 14205
Claim Date: 04/14/2011
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments:
Amends claim 14164

| UNSECURED | Claimed: | $150,000.00 |
|---|---|---|

---

BOND SAFEGUARD INSURANCE COMPANY
C/O HARRIS BEACH, PLLC
ATTN: KELLY C. GRIFFITH, ESQ.
ONE PARK PLACE, 4TH FL-300 S. STATE ST.
SYRACUSE, NY 13202

Claim Number: 14206
Claim Date: 04/14/2011
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments:
Amends claim 14165

| UNSECURED | Claimed: | $2,000.00 |
|---|---|---|

---

BOND SAFEGUARD INSURANCE COMPANY
C/O HARRIS BEACH, PLLC
ATTN: KELLY C. GRIFFITH, ESQ.
ONE PARK PLACE, 4TH FL-300 S. STATE ST.
SYRACUSE, NY 13202

Claim Number: 14207
Claim Date: 04/14/2011
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments:
Amends claim 14166

| UNSECURED | Claimed: | $500.00 |
|---|---|---|

---

BOND SAFEGUARD INSURANCE COMPANY
C/O HARRIS BEACH, PLLC
ATTN: KELLY C. GRIFFITH, ESQ.
ONE PARK PLACE, 4TH FL-300 S. STATE ST.
SYRACUSE, NY 13202

Claim Number: 14208
Claim Date: 04/14/2011
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments:
Amends claim 14167

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

---

BONDED CHEMICALS, INC.
2645 CHARTER STREET
COLUMBUS, OH 43228

Claim Number: 13339
Claim Date: 09/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,120.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BONDS, REGINAL K
525 OLD HWY 31
FLOMATON, AL 36441

Claim Number: 11599
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

BONGARDE HOLDINGS INC
PO BOX 428
OROVILLE, WA 98844-0428

Claim Number: 5575
Claim Date: 07/17/2009
Debtor: CAMEO CONTAINER CORPORATION

| UNSECURED | Claimed: | $1,568.00 | Scheduled: | $1,568.00 |
|---|---|---|---|---|

---

BONGARDE HOLDINGS, INC
201 284 MAIN STREET
PENTICTON, BC V2A 9A6
CANADA

Claim Number: 5574
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $9,995.00 |
|---|---|---|

---

BONGARDE HOLDINGS, INC
PO BOX 423
OROVILLE, WA 98844-0428

Claim Number: 8172
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3286 (12/18/2009)

| UNSECURED | Claimed: | $9,995.00 |
|---|---|---|

---

BONGARDE HOLDINGS, INC
102-501 MAIN STREET
PENTICTON, BC V2A 9A6
CANADA

Claim Number: 8520
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8407 (08/18/2010)

| UNSECURED | Claimed: | $9,995.00 |
|---|---|---|

---

BONHAM, MARY R
7622 TENNESSEE
ST LOUIS, MO 63111

Claim Number: 6137
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

BONNER, QUINN
P. O. BOX 4412
EASTMAN, GA 31023

Claim Number: 5040
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| BONUS BUILDING CARE<br>810 DIVISION STREET<br>NASHVILLE, TN 37203 | | Claim Number: 2512<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $8,561.66 | Scheduled: | $8,983.56 |

| | | |
|---|---|---|
| BOOHER, JACK L<br>508 GEORGIA AVENUE<br>BRISTOL, TN 37620 | | Claim Number: 7082<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| BOOK CONCERN PRINTERS<br>PO BOX 330<br>HANCOCK, MI 49930 | | Claim Number: 13803<br>Claim Date: 02/04/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $3,817.15 |

| | | | | |
|---|---|---|---|---|
| BOOK CONCERN PRINTERS<br>PO BOX 330<br>HANCOCK, MI 49930 | | Claim Number: 13804<br>Claim Date: 02/04/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $2,355.63 | Scheduled: | $2,355.63 |

| | | |
|---|---|---|
| BOONE JR, THOMAS C<br>1440 W BITTERS RD APT 723<br>SAN ANTONIO, TX 78248 | | Claim Number: 4992<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $10,000.00 |

| | | |
|---|---|---|
| BOORAEM, JOHN V<br>8810 WALTHER BLVD<br>APT # 1611<br>BALTIMORE, MD 21234 | | Claim Number: 9113<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| BORDELON, RANDALL D<br>1890 OLD ARCADIA ROAD<br>MINDEN, LA 71055 | | Claim Number: 4437<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| SECURED | Claimed: | $10,000.00 |
| UNSECURED | Claimed: | $10,000.00 |
| TOTAL | Claimed: | $10,000.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| BORDELON, RANDALL DALE<br>1890 OLD ARCADIA ROAD<br>MINDEN, LA 71055 | | Claim Number: 8273<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8898 (01/20/2011) |
| UNSECURED | Claimed: | $10,000.00 |

| | | |
|---|---|---|
| BORDER STATES ELECTRIC SUPPLY<br>DEPT 1105<br>DENVER, CO 80291-1105 | | Claim Number: 12183<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| ADMINISTRATIVE | Claimed: | $2,592.19 |
| UNSECURED | Claimed: | $34,167.88 |

| | | |
|---|---|---|
| BORGES, BENITO ARMANDO SR.<br>BARON & BUDD P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE.<br>DALLAS, TX 75219 | | Claim Number: 11817<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $0.00  UNDET |

| | | |
|---|---|---|
| BORICCHIO, MARGARET FOR ALFRED BORICCHIO<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10949<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $50,000.00 |

| | | |
|---|---|---|
| BORN, JR., WILLIAM J.<br>120 SUTTON CT<br>TYRONE, GA 30290-2575 | | Claim Number: 12467<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
| UNSECURED | Claimed: | $0.00  UNDET |

| | | |
|---|---|---|
| BORRUTO, EMELINA<br>5923 W 16TH LANE<br>HIALEAH, FL 33012 | | Claim Number: 10916<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $7,942.00 |

| | | |
|---|---|---|
| BORYSOWSKI, ANNA<br>120 WASHINGTON ST<br>PHOENIXVILLE, PA 19460-3765 | | Claim Number: 11474<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00  UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BOST, FRANCIS W
15222 DAFFODIL STREET CT E
SUMNER, WA 98390

Claim Number: 6699
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ | | |

---

BOST, INC.
PO BOX 11495
FORT SMITH, AR 72917

Claim Number: 11882
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $2,865.69 | Scheduled: | $2,865.69 |

---

BOSTON GAS COMPANY D/B/A KEYSPAN ENERGY
DELIVERY NEW ENGLAND
ELISA M. PUGLIESE, ESQ.
175 E. OLD COUNTRY ROAD
HICKSVILLE, NY 11801

Claim Number: 1824
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $140,299.20 | | |

---

BOSTON, BOBBY JOE
28990 HWY 9
CASTOR, LA 71016

Claim Number: 10119
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

BOSTON, DENNIS WAYNE
P.O. BOX 102
BIENVILLE, LA 71008

Claim Number: 10120
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

BOSTON, JIMMIE LEE
26614 STATE HIGHWAY 9
BIENVILLE, LA 71008

Claim Number: 10397
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

BOUCHER, LINDA D
PO BOX 1623
ELLIJAY, GA 30540

Claim Number: 7507
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BOUCHER, RICHARD EDWARD
671 HILLCROFT ST.
OSHAWA, ON L1G 2S5
CANADA

Claim Number: 8936
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| PRIORITY | Claimed: | $81,107.51 | | |
|---|---|---|---|---|

BOUCHER, ROGER
55 MELANSON ST
BATHURST, NB E2A 1L2
CANADA

Claim Number: 9018
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $94,022.39 | Scheduled: | $104,302.38 |
|---|---|---|---|---|

BOUCHER, ROGER
55 MELANSON ST
BATHURST, NB E2A 1L2
CANADA

Claim Number: 12825
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

BOUFFARD SANITAIRE INC
75 RUE SAVARD CP 114
MATANE, QC G4W 3M9
CANADA

Claim Number: 8057
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $24,707.89 | Scheduled: | $24,707.00 |
|---|---|---|---|---|

BOUFFARD SANITAIRE INC
ATTN: DOMINIC BOUFFARD
75 RUE SAVARD CP 114
MONTANE, QC G4W 3M9
CANADA

Claim Number: 8994
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $23,364.72 | | |
|---|---|---|---|---|

BOURBOULE TRANSPORT LTEE
59 ROUTE 309 SUD
FERMENEUVE, QC J0W 1C0
CANADA

Claim Number: 4844
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $381,209.77 | | |
|---|---|---|---|---|

BOURDAGE CONSULTING
7020 N. GREENE LANE
FLAGSTAFF, AZ 86001

Claim Number: 829
Claim Date: 02/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| UNSECURED | Claimed: | $6,725.47 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BOURNE SR, PAUL S
4733 DARTFORD AVE
BALTIMORE, MD 21229

Claim Number: 12092
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNDET |

---

BOURRELL, RANDY
378 CHISHOLM TRAIL
RUTHERFORDTON, NC 28139

Claim Number: 4420
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,000.00 |
| SECURED | Claimed: | $11,000.00 |
| TOTAL | Claimed: | $11,000.00 |

---

BOUTON, BILLY A
432 WILLIAMS LANE
BRISTOL, TN 37620

Claim Number: 5988
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $20,000.00 |

---

BOUTWELL, KENNETH R
150 BOUTWELL LANE
FLOMATON, AL 36441

Claim Number: 8700
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $25,069.36 |

---

BOUTWELL, KENNETH R.
150 BOUTWELL LANE
FLOMATON, AL 36441

Claim Number: 12420
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $25,069.36 |

---

BOUTWELL, STEVEN A
741 OLD HWY 31
FLOMATON, AL 36441

Claim Number: 13925
Claim Date: 03/25/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,367.20 |

---

BOUWMAN CONTRACTING LTD
20 7TH CONCESSION E
MILLGROVE, ON L0R 1V0
CANADA

Claim Number: 12655
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $20,345.27 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BOUWMAN CONTRACTING LTD.
ATTN: TALBOT (TOM) WILLIAM BOUWMAN
20-7TH CONCESSION EAST
RR #1
MILGROVE, ON L0R 1V0
CANADA

Claim Number: 12656
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | |
|---|---|---|
| SECURED | Claimed: | $20,345.27 |

---

BOWATER INCORPORATED
55 E. CAMPERDOWN WAY
GREENVILLE, SC 29602

Claim Number: 99005
Claim Date: 06/29/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $29,410.35 |

---

BOWDEN, JAMES E
P.O. BOX 758
KEOKUK, IA 52632

Claim Number: 7483
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

BOWEN EXCAVATING & DRILLING
45251 USR 36
COSHOCTON, OH 43812

Claim Number: 5917-01
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $208.00 | Scheduled: | $1,664.00 |

---

BOWEN EXCAVATING & DRILLING
45251 USR 36
COSHOCTON, OH 43812

Claim Number: 5917-02
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,872.00 |

---

BOWEN JR, DANIEL
96123 PARLIAMENT DR.
FERNANDINA BCH, FL 32034

Claim Number: 11207
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

BOWERS, CYNTHIA S
458 LYNWOOD FOREST
MANCHESTER, MO 63021

Claim Number: 5436
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8757 (11/15/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,876.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BOWMAN, JAMES<br>3209 LAVEL LN<br>LOUISVILLE, KY 40216 | Claim Number: 8879<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| PRIORITY          Claimed: | $382.85 |

---

| BOWMAN, JAMES<br>3209 LA VEL LN<br>LOUISVILLE, KY 40216 | Claim Number: 12501<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| PRIORITY          Claimed: | $382.85 |

---

| BOWMANVILLE WOOD PRODUCTS INC<br>261 BASELINE ROAD EAST<br>BOWMANVILLE, ON L1C 4B5<br>CANADA | Claim Number: 8346-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance |
|---|---|
| ADMINISTRATIVE          Claimed: | $1,711.07 |

---

| BOWMANVILLE WOOD PRODUCTS INC<br>261 BASELINE ROAD EAST<br>BOWMANVILLE, ON L1C 4B5<br>CANADA | Claim Number: 8346-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance |
|---|---|
| UNSECURED          Claimed: | $930.12 |

---

| BOWMANVILLE WOOD PRODUCTS INC.<br>261 BASELINE RD EAST<br>BOWMANVILLE, ON L1C 4B5<br>CANADA | Claim Number: 12339<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>Claim amount of 3,223.71 CDN |
|---|---|
| UNSECURED          Claimed: | $0.00   UNLIQ          Scheduled:          $2,623.68 |

---

| BOX & CONTAINER CO., THE<br>170 SOUTH MAPLE AVE<br>SOUTH SAN FRANCISCO, CA 94080 | Claim Number: 979<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|
| PRIORITY          Claimed: | $8,440.00 |

---

| BOX & CONTAINER CO., THE<br>170 SOUTH MAPLE AVE<br>SOUTH SAN FRANCISCO, CA 94080 | Claim Number: 980<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $8,440.00          Scheduled:          $16,880.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BOX SHOP
800 HWY 463 SOUTH
TRUMANN, AR 72472

Claim Number: 6431-01
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 5769 (03/11/2010)

| ADMINISTRATIVE | Claimed: | $9,208.36 | | |
|---|---|---|---|---|

---

BOX SHOP
800 HWY 463 SOUTH
TRUMANN, AR 72472

Claim Number: 6431-02
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $36,859.63 | Scheduled: | $44,847.58 |
|---|---|---|---|---|

---

BOXES INCORPORATED
1833 KNOX AVENUE
SAINT LOUIS, MO 63139

Claim Number: 4286
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| SECURED | Claimed: | $43,526.00 | | |
|---|---|---|---|---|

---

BOYD COFFEE COMPANY
19730 N.E. SANDY BLVD.
ATTN: BECKY ERILES, CREDIT MANAGER
PORTLAND, OR 97230

Claim Number: 5052
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $241.26 | Scheduled: | $241.26 |
|---|---|---|---|---|

---

BP CANADA ENERGY MARKETING CORP.
KELLEY DRYE & WARREN LLP
JAMES S CARR, ESQ - GABRIELLE ROHWER ESQ
101 PARK AVENUE
NEW YORK, NY 10178

Claim Number: 2775-01
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $13,646.14  UNLIQ | Scheduled: | $62,050.46 |
|---|---|---|---|---|

---

BP CANADA ENERGY MARKETING CORP.
KELLEY DRYE & WARREN LLP
JAMES S CARR, ESQ - GABRIELLE ROHWER ESQ
101 PARK AVENUE
NEW YORK, NY 10178

Claim Number: 2775-02
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 3195 (12/16/2009)

| ADMINISTRATIVE | Claimed: | $80,297.41  UNLIQ | | |
|---|---|---|---|---|

---

BP NORTH AMERICA PETROLEUM, ET AL.
KELLEY DRYE & WARREN LLP
JAMES S. CARR & GABRIELLE ROHWER, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

Claim Number: 9975
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| SECURED | Claimed: | $0.00  UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,033,252.00  UNLIQ | Scheduled: | $1,104,495.00  UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BR LOGISTIQUE INC
ATTN: CHANTAL LAVIGNE
675 BOUL LEMIRE OUEST
DRUMMONDVILLE, QC J2B 8A9
CANADA

Claim Number: 8988
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $11,799.50 | Scheduled: | $7,807.41 |
|---|---|---|---|---|

---

BRACK HUNTER CORPORATION
12725 MAPLE STREET
OVERLAND PARK, KS 66209

Claim Number: 10459
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $23,750.00 |
|---|---|---|

---

BRADDOCK, RONALD D.
45206 MUSSELWHITE RD.
CALLAHAN, FL 32011

Claim Number: 13096
Claim Date: 09/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

BRADFORD, ARTHUR DEAN
P.O. BOX 111
HODGE, LA 71247

Claim Number: 10121
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

BRADFORD, EDDIE JAMES
193 COWBOYS ROAD
JONESBORO, LA 71251

Claim Number: 10122
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

BRADFORD, EVA QUALLS
P.O. BOX 583
HODGE, LA 71247

Claim Number: 10123
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

BRADFORD, EZZARD CHARLES
351 ED BARNES ROAD
JONESBORO, LA 71251

Claim Number: 10124
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BRADFORD, PEGGY G
95 FLINTVILLE ROAD
FLINTVILLE, TN 37335

Claim Number: 10439
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

BRADLEY, CARL W.
175 BRADLEY ROAD
JONESBORO, LA 71251

Claim Number: 10125
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

BRADLEY, JOHN WAYNE
866 DANVILLE ROAD
JONESBORO, LA 71251

Claim Number: 10126
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

BRADLEY, KELVIN L
1805 WOLF LOG ROAD
FLOMATON, AL 36441

Claim Number: 7997
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

BRADLEY, VALORA K
10737 BETHANY RIDGE ROAD
RICHMOND, VA 23236

Claim Number: 5421
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

BRADY, BOBBY
BARON & BUDD, P.C.
THE CENTRUM SUITE 1100
3102 OAK LAWN AVE.
DALLAS, TX 75219

Claim Number: 11818
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

BRADY, PATRICIA E
4883 CARTER LANE
ELK CREEK, MO 65464

Claim Number: 7733
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BRADY, WAYNE D
429 ST RT 8 POB 178
BRIDGEWATER, NY 13313

Claim Number: 7633
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

---

BRAKE & EQUIPMENT WAREHOUSE
455 HARRISON ST NE
MINNEAPOLIS, MN 55413

Claim Number: 6389
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,595.02 | | |
|---|---|---|---|---|

---

BRAKE & EQUIPMENT WAREHOUSE (ST. CLOUD)
455 HARRISON ST NE
MINNEAPOLIS, MN 55413

Claim Number: 6388
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,609.55 | Scheduled: | $2,205.55 |
|---|---|---|---|---|

---

BRAMAN CHEMICAL ENTERPRISES
PO BOX 368
AGAWAM, MA 01001-0368

Claim Number: 4777
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $1,036.00 | | |
|---|---|---|---|---|

---

BRAMAN CHEMICAL ENTERPRISES INC
PO BOX 368
AGAWAM, MA 01001-0368

Claim Number: 4778
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $976.00 | Scheduled: | $2,012.00 |
|---|---|---|---|---|

---

BRAMBLES CANADA INC
PO BOX 8060, STATION A
TORONTO, ON M5W 3W5
CANADA

Claim Number: 13037
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $2,993.32 | Scheduled: | $2,438.57 |
|---|---|---|---|---|

---

BRANCH GROUP, INC., THE
D/B/A REXEL, INC.
SILVERMAN & ASSOCIATES, CHTD.
11200 ROCKVILLE PIKE, SUITE 300
ROCKVILLE, MD 20852

Claim Number: 13337
Claim Date: 09/22/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $18,351.12 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BRANCH, MURIEL I<br>701 CANAL WAY<br>BOYNTON BEACH, FL 33426 | Claim Number: 6736<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | | |
|---|---|---|---|---|

---

| BRANCH, WESLEY<br>3193 ROUTE 430<br>BIG RIVER, NB E2A 6T1<br>CANADA | Claim Number: 13030<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

| BRANDIES ACE HARDWARE INC.<br>PO BOX 97<br>CALLAHAN, FL 32011 | Claim Number: 3697<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $56.54 | Scheduled: | $56.54 |
|---|---|---|---|---|

---

| BRANDON, DENNIS R<br>1210 SW MYRTLE STREET<br>DUNDEE, OR 97115 | Claim Number: 6765<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

| BRANDSMART<br>3200 SW 42 STREET<br>HOLLYWOOD, FL 33312 | Claim Number: 5480<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,066.00 | Scheduled: | $6,832.00 |
|---|---|---|---|---|

---

| BRANDYWINE GLOBAL INVESTMENT MANAGEMENT<br>2929 ARCH STREET<br>8TH FLOOR<br>PHILADELPHIA, PA 19104 | Claim Number: 99011<br>Claim Date: 06/30/2010<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED |
|---|---|

| UNSECURED | Claimed: | $13,881.44 | | |
|---|---|---|---|---|

---

| BRANOM INSTRUMENT SALES CO,INC<br>PO BOX 80307<br>SEATTLE, WA 98108-0307 | Claim Number: 5503<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,892.74 | Scheduled: | $3,593.32 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BRANSON, VIRGINIA M
7655 WATSON RD APT 353
SAINT LOUIS, MO 63119

Claim Number: 9279
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,272.00 | |

---

BRASHEAR, BURL
159 PHIL STREET
JONESBORO, LA 71251

Claim Number: 10334
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

---

BRASWELL, REGINALD
9114 THRASH STREET
COVINGTON, GA 30016

Claim Number: 6839
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $14,000.00 | |
| SECURED | Claimed: | $300,000.00 | |
| TOTAL | Claimed: | $300,000.00 | |

---

BRAUN, SARAH
2800 DAPHNE DRIVE
UNION, KY 41091

Claim Number: 7535
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |

---

BRAZILL, JACK R
BOX 335
ARLEE, MT 59821

Claim Number: 9534
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

---

BRECHBUHLER SCALES INC
1424 SCALE STREET SW
CANTON, OH 44706

Claim Number: 7392
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,400.34 | Scheduled: | $3,400.34 |

---

BREHOB CORPORATION
1334 S. MERIDIAN ST.
INDIANAPOLIS, IN 46225

Claim Number: 10
Claim Date: 01/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,700.50 | Scheduled: | $4,700.50 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BREIMEIER, ROBERT P
318 VALLEY FORGE CT.
CHESTERFIELD, MO 63017

Claim Number: 10448
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9033 (04/25/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $910,504.00 |

---

BRELAND, DAVID E
6725 ENGLELAKE DRIVE
LAKELAND, FL 33813

Claim Number: 11697
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

BRENDAN MOORE & ASSOCIATES LTD.
2060 WINSTON PARK DRIVE
SUITE 400
ATTN: ANNA BARKHOUSE
OAKVILLE, ON L6H 5R7
CANADA

Claim Number: 12936
Claim Date: 08/27/2009
Debtor: SMURFIT-MBI

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,022.30 |

---

BRENNEMAN, ROBERT S
194 HILLCREST DR
LA PUENTE, CA 91744

Claim Number: 11017
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |

---

BRENNTAG CANADA INC.
43 JUTLAND RD.
ETOBICOKE, ON M3Z 2G6
CANADA

Claim Number: 8761
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

BRENNTAG CANADA INC.
43 JUTLAND RD.
ETOBICOKE, ON M8Z 2G6
CANADA

Claim Number: 13432
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $23,429.71 |
| UNSECURED | Claimed: | $115,321.01 |
| TOTAL | Claimed: | $115,321.01 |

---

BRENNTAG MID-SOUTH, INC.
CHAD MASSIE, VP FINANCE & MATERIAL MGMT.
1405 HIGHWAY 136 WEST
PO BOX 20
HENDERSON, KY 42419-0029

Claim Number: 2141-01
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,035.00 | Scheduled: | $80,274.75 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BRENNTAG NORTHEAST, INC
81 WEST HULLER LANE
READING, PA 19605

Claim Number: 9525
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,773.63 | | |

---

BRENNTAG SOUTHEAST
2000 E PETTIGREW STREET
DURHAM, NC 27703

Claim Number: 9550-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $5,310.06 | | |

---

BRENNY TRANSPORTATION, INC.
PO BOX 7155
ST CLOUD, MN 56303

Claim Number: 725
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $4,430.00 | | |

---

BREST, MIKE
7811 CAPE CHARLES DRIVE
RALEIGH, NC 27617

Claim Number: 9256
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8996 (03/22/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $312.97 |

---

BRET BRADFORD AND ASSOCIATES
3755 PENNSYLVANIA AVE
CINCINNATI, OH 45226

Claim Number: 9352
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,160.00 | Scheduled: | $1,160.00 |

---

BRETCO ELECTRIC INC.
ATTN: KATHY PATTERSON
8193 ESQUESING LINE
MILTON, ON L9T 2X9
CANADA

Claim Number: 13244
Claim Date: 08/26/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLE DUPLICATE OF 13245

| UNSECURED | Claimed: | $17,260.93 | | |

---

BRETCO ELECTRIC INC.
251 NIPISSING ROAD
MILTON, ON L9T 4Z5
CANADA

Claim Number: 13245
Claim Date: 08/26/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $17,260.93 | Scheduled: | $17,269.04 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BREWER'S DISTRIBUTOR LTD<br>ATTENTION MASSIMO ANTONACCI<br>5900 EXPLORER DRIVE<br>MISSISSAUGA, ON L4W 5L2<br>CANADA | | Claim Number: 9015<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,291.09 | Scheduled: | $23,154.68 |

| BREWER, JACK M.<br>PO BOX 1356<br>TYLER, TX 75708 | | Claim Number: 12288<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| BREWER, TOMMY<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10975<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50,000.00 | | |

| BREWERS RETAIL INC<br>5900 EXPLORER DRIVE<br>ATTN: DIANA KROLO<br>MISSISSAUGA, ON L4W 5L2<br>CANADA | | Claim Number: 13040-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,298.07 | Scheduled: | $199,122.55 |

| BREWERS RETAIL INC<br>5900 EXPLORER DRIVE<br>ATTN: DIANA KROLO<br>MISSISSAUGA, ON L4W 5L2<br>CANADA | | Claim Number: 13040-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 2813 (11/18/2009) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $22,298.07 | | |

| BREYFOGLE, CAROL A<br>4015 HANDS CIRCLE<br>INDEPENDENCE, MO 64055-4170 | | Claim Number: 7157<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $106,365.00 | | |

| BRIC, IVAN JANEE<br>C. DOLOMITSVEGA ODREDA 40<br>LJUBLJANA, 1000<br>SLOVENIA | | Claim Number: 8756<br>Claim Date: 06/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,790.72 | |
| UNSECURED | Claimed: | $11,790.72 | |
| TOTAL | Claimed: | $11,790.72 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| BRIC, JANEZ<br>C.DOLOMITSKEGA ODREDA 40<br>LJUBLJANA SLOVENIA, 100000<br>SLOVENIA | | Claim Number: 6550<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| SECURED | Claimed: | $0.00   UNLIQ | | |
| BRIDGEPORT LOGISTICS LLC<br>16520 SW 72ND AVE #7<br>PORTLAND, OR 97224 | | Claim Number: 2887<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $2,100.00 | | |
| BRIDGEPORT LOGISTICS LLC<br>16520 SW 72ND AVE 7<br>PORTLAND, OR 97224 | | Claim Number: 5783<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,100.00 | Scheduled: | $2,150.00 |
| BRIDGEPORT TRANSPORTATION<br>P.O. BOX 23733<br>OAKLAND, CA 94623 | | Claim Number: 13807<br>Claim Date: 02/04/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| SECURED | Claimed: | $0.00 | | |
| BRIDGES, BETTY<br>531 KIRKLAND RD<br>APPT 9221<br>COVINGTON, GA 30016 | | Claim Number: 13225<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| PRIORITY | Claimed: | $43,000.00 | | |
| BRIDGES, BETTY A<br>164 FLAT ROCK ROAD<br>OXFORD, GA 30054 | | Claim Number: 13226<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) | | |
| UNSECURED | Claimed: | $43,000.00 | | |
| BRIDGEVEYOR OVERHEAT SYSTEMS LTD<br>160 DON PARK RD UNIT 2<br>MARKHAM, ON L3R 1C3<br>CANADA | | Claim Number: 12136<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $2,751.00 | Scheduled: | $2,260.29 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| BRIELTZ, B J<br>1033 TURKINGTON TERRACE<br>ROCHELLE, IL 61068 | | Claim Number: 6042<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $50,000.00   UNLIQ | | |
| UNSECURED | Claimed: | $205.23   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| BRIGADE DE FEU VOLONAIRE INC<br>559 BEAUME C.P. 339<br>PONIAC, QC J0X 1V0<br>CANADA | | Claim Number: 6772<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $276.00 | Scheduled: | $461.15 |

---

| | | | | |
|---|---|---|---|---|
| BRIGGS CO., THE<br>PO BOX 11446<br>WILMINGTON, DE 19850-1446 | | Claim Number: 7957<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $255.63 | Scheduled: | $255.63 |

---

| | | | | |
|---|---|---|---|---|
| BRIGGS EQUIPMENT<br>LOCKBOX 841272<br>DALLAS, TX 75284 | | Claim Number: 5966<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $3,974.15 |

---

| | | | | |
|---|---|---|---|---|
| BRINSON, BOBBY C. SR.<br>112 MICAH<br>QUITMAN, LA 71268 | | Claim Number: 10127<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| BRISBIN, LOURDES C.<br>1109 ELM<br>ATTN: TIMOTHY M. ALVAREZ<br>PLEASANT HILL, MO 64080 | | Claim Number: 9795<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $68,206.40 | | |

---

| | | | | |
|---|---|---|---|---|
| BRITCO LEASING LTD<br>ATT: ALEX PODULSKY<br>PO BOX 298<br>MILNER, BC V0X 1T0<br>CANADA | | Claim Number: 8472<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | |
| UNSECURED | Claimed: | $282.58 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BRITE WAY WINDOW CLEANING INC<br>325 7TH ST S<br>FARGO, ND 58103 | Claim Number: 5053<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $295.00 | Scheduled: | $295.00 |
|---|---|---|---|---|

---

| BRITT, LORI J.<br>2024 LEE MORRIS ROAD<br>JAY, FL 32565 | Claim Number: 13263<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| BROAD-BASED CONSULTANTS, LLC<br>1114 POPLAR ST.<br>MISSOULA, MT 59801 | Claim Number: 876<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $9,040.00 |
|---|---|---|

---

| BROADSPIRE SERVICES, INC. (2)<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JEFFREY CHANG<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 10810<br>Claim Date: 08/27/2009<br>Debtor: 605681 N.B. INC.<br>Comments: POSSIBLY AMENDED BY 10833<br>DOCKET: 6248 (03/25/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| BROADSPIRE SERVICES, INC. (2)<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JEFFREY CHANG<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 10811<br>Claim Date: 08/27/2009<br>Debtor: FRANCOBEC COMPANY<br>Comments: POSSIBLY AMENDED BY 10833<br>DOCKET: 6248 (03/25/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| BROADSPIRE SERVICES, INC. (2)<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JEFFREY CHANG<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 10812<br>Claim Date: 08/27/2009<br>Debtor: SLP FINANCE GENERAL PARTNERSHIP<br>Comments: POSSIBLY AMENDED BY 10833<br>DOCKET: 6248 (03/25/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10813
Claim Date: 08/27/2009
Debtor: SPECIALTY CONTAINERS INC.
Comments: POSSIBLY AMENDED BY 10833
DOCKET: 6248 (03/25/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10814
Claim Date: 08/27/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: POSSIBLY AMENDED BY 10833
DOCKET: 6248 (03/25/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10815
Claim Date: 08/27/2009
Debtor: 639647 BRITISH COLUMBIA LTD.
Comments: POSSIBLY AMENDED BY 10833
DOCKET: 6248 (03/25/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10816
Claim Date: 08/27/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLY AMENDED BY 10833
DOCKET: 6248 (03/25/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10817
Claim Date: 08/27/2009
Debtor: MBI LIMITED/LIMITEE
Comments: POSSIBLY AMENDED BY 10833
DOCKET: 6248 (03/25/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10818
Claim Date: 08/27/2009
Debtor: 3083527 NOVA SCOTIA COMPANY
Comments: POSSIBLY AMENDED BY 10833
DOCKET: 6248 (03/25/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10819
Claim Date: 08/27/2009
Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II
Comments: POSSIBLY AMENDED BY 10833
DOCKET: 6248 (03/25/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10820
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: POSSIBLY AMENDED BY 10833
DOCKET: 6248 (03/25/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10821
Claim Date: 08/27/2009
Debtor: SMBI INC.
Comments: POSSIBLY AMENDED BY 10833
DOCKET: 6248 (03/25/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10822
Claim Date: 08/27/2009
Debtor: SLP FINANCE II, INC.
Comments: POSSIBLY AMENDED BY 10833
DOCKET: 6248 (03/25/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10823
Claim Date: 08/27/2009
Debtor: SLP FINANCE I, INC.
Comments: POSSIBLY AMENDED BY 10833
DOCKET: 6248 (03/25/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10824
Claim Date: 08/27/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: POSSIBLY AMENDED BY 10833
DOCKET: 6248 (03/25/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10825
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: POSSIBLY AMENDED BY 10833
DOCKET: 6248 (03/25/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10826
Claim Date: 08/27/2009
Debtor: STONE GLOBAL, INC.
Comments: POSSIBLY AMENDED BY 10833
DOCKET: 6248 (03/25/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10827
Claim Date: 08/27/2009
Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.
Comments: POSSIBLY AMENDED BY 10833
DOCKET: 6248 (03/25/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10828
Claim Date: 08/27/2009
Debtor: STONE INTERNATIONAL SERVICES CORPORATION
Comments: POSSIBLY AMENDED BY 10833
DOCKET: 6248 (03/25/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10829
Claim Date: 08/27/2009
Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY
Comments: POSSIBLY AMENDED BY 10833
DOCKET: 6248 (03/25/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10830
Claim Date: 08/27/2009
Debtor: LOT 24D REDEVELOPMENT CORPORATION
Comments: POSSIBLY AMENDED BY 10833
DOCKET: 6248 (03/25/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| BROADSPIRE SERVICES, INC. (2)<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JEFFREY CHANG<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 10831<br>Claim Date: 08/27/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: POSSIBLY AMENDED BY 10833<br>DOCKET: 6248 (03/25/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ | | |
| SECURED | Claimed: | $0.00 | UNLIQ | | |
| UNSECURED | Claimed: | $0.00 | UNLIQ | | |
| BROADSPIRE SERVICES, INC. (2)<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JEFFREY CHANG<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 10832<br>Claim Date: 08/27/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: POSSIBLY AMENDED BY 10833<br>DOCKET: 6248 (03/25/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ | | |
| SECURED | Claimed: | $0.00 | UNLIQ | | |
| UNSECURED | Claimed: | $0.00 | UNLIQ | | |
| BROADSPIRE SERVICES, INC. (2)<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JEFFREY CHANG<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 10833<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8938 (02/16/2011) | | | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ | | |
| SECURED | Claimed: | $0.00 | UNLIQ | | |
| UNSECURED | Claimed: | $0.00 | UNLIQ | Scheduled: | $68,915.15 |
| BROADSPIRE SERVICES, INC. (2)<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JEFFREY CHANG<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 10834<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLY AMENDED BY 10833<br>DOCKET: 6248 (03/25/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ | | |
| SECURED | Claimed: | $0.00 | UNLIQ | | |
| UNSECURED | Claimed: | $0.00 | UNLIQ | | |
| BROADWAY SERVICES INC.<br>ATTN: SHARON HARBARGER<br>3709 E. MONUMENT ST.<br>BALTIMORE, MD 21205 | | Claim Number: 730<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $10,349.84 | | Scheduled: | $7,957.69 |
| BROBST LANDSCAPING/MAINTENANCE, INC.<br>504 WEST 57TH ST.<br>ASHTABULA, OH 44004 | | Claim Number: 2039<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | |
| UNSECURED | Claimed: | $12,899.35 | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| BROCK, JIMMY N<br>156 COLUMBUS CIRCLE<br>BREWTON, AL 36426 | | Claim Number: 9740<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| BROCKS INC<br>370 DOUGLAS AVENUE<br>CHILLICOTHE, OH 45601 | | Claim Number: 4638<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $1,700.00 | Scheduled: | $1,700.00 |
| BROOKS, EDWARD<br>PO BOX 506<br>MANSURA, LA 71350-0506 | | Claim Number: 7983<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $47,106.04 | | |
| BROOKS, GARY L<br>4805 NE HIGHWAY 20<br>CORVALLIS, OR 97330 | | Claim Number: 5876<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| BROOKS, MICHAEL J<br>7636 HWY 107<br>MANSURA, LA 71351 | | Claim Number: 6512<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| BROOKS, RODERICK<br>3718 CONSTANCE ST<br>NEW ORLEANS, LA 70115 | | Claim Number: 11056<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $40,000.00 | | |
| BROOKSTONE, ARNOLD<br>950 N. MICHIGAN AVENUE<br>APT. #2502<br>CHICAGO, IL 60611 | | Claim Number: 7705<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $210,843.00 | Scheduled: | $210,843.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BROOKSTONE, ARNOLD F
950 N. MICHIGAN AVENUE
APT. #2502
CHICAGO, IL 60611

Claim Number: 7706
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $598,593.00 | Scheduled: | $598,593.00 |

---

BROSNAHAN JR, JOSEPH E
13095 S NEW ERA ROAD
OREGON CITY, OR 97045

Claim Number: 12105
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

BROWARD COUNTY RECORDS, TAXES & TREASURY
DIV., TAX COLLECTOR - GOVERNMENT CENTER
ANNEX., ATTN: LITIGATION SECTION
115 S ANDREWS AVENUE
FORT LAUDERDALE, FL 33301

Claim Number: 13801
Claim Date: 01/26/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8378 (08/16/2010)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $89,024.92 | UNLIQ |

---

BROWARD COUNTY REVENUE COLLECTOR
REVENUE COLLECTION DIVISION
GOV. CENTER ANNEX-ATTN: LITIGATION DEPT
115 S ANDREWS AVENUE
FORT LAUDERDALE, FL 33301

Claim Number: 1843
Claim Date: 03/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 2760 (11/16/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $13,139.58 |

---

BROWARD COUNTY REVENUE COLLECTOR
REVENUE COLLECTION DIVISION
GOV. CENTER ANNEX-ATTN: LITIGATION DEPT
115 S ANDREWS AVENUE
FORT LAUDERDALE, FL 33301

Claim Number: 3170
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 6649 (04/07/2010)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $41,867.33 | UNLIQ |

---

BROWN AND MORRISON LLP
PO BOX 240827
CHARLOTTE, NC 28224-0827

Claim Number: 6883
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $153.68 | Scheduled: | $153.68 |

---

BROWN CONTRACTORS, INC.
1478 BEAR KNOLL DRIVE
QUITMAN, LA 71268

Claim Number: 3204
Claim Date: 06/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7552 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,650.00 | Scheduled: | $23,450.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BROWN DISTRIBUTION COMPANY<br>51 SWANS ROAD NE<br>NEWARK, OH 43055 | Claim Number: 6084<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $6,393.26 | Scheduled: | $8,437.98 |
|---|---|---|---|---|

| BROWN JR, LESTER B<br>PO BOX 729<br>WHITE SALMON, WA 98672 | Claim Number: 10507<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| BROWN LOGISTICS INC<br>2525 E EUCLID AVE<br>DES MOINES, IA 50317 | Claim Number: 9655<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $42,206.55 | Scheduled: | $42,206.55 |
|---|---|---|---|---|

| BROWN SPRINKLER SERVICE INC<br>PO BOX 8<br>P O BOX 8<br>DORSET, OH 44032 | Claim Number: 13066<br>Claim Date: 09/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $22,367.34 | Scheduled: | $22,367.34 |
|---|---|---|---|---|

| BROWN'S GARAGE & TRUCKING INC<br>P.O. BOX 1090<br>HODGE, LA 71247 | Claim Number: 4<br>Claim Date: 01/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $22,546.90 |
|---|---|---|

| BROWN'S GARAGE & TRUCKING INC<br>P.O. BOX 1090<br>HODGE, LA 71247 | Claim Number: 736<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $5,044.00 |
|---|---|---|

| BROWN'S GARAGE & TRUCKING INC<br>PO BOX 1090<br>HODGE, LA 71247 | Claim Number: 7510<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $11,048.65 | Scheduled: | $27,548.65 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| | | |
|---|---|---|
| BROWN, ANDREW L.<br>3758 HWY 146<br>CHATHAM, LA 71226 | | Claim Number: 10128<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| BROWN, DAVID L.<br>102 RED FOX LANE<br>JONESBORO, LA 71251 | | Claim Number: 10398<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| BROWN, GARY D. SR.<br>242 BROWN HILL ROAD<br>QUITMAN, LA 71268 | | Claim Number: 10129<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| BROWN, J C<br>13702 SR 50<br>ALTAMONT, TN 37301 | | Claim Number: 7652<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| BROWN, JAMES LARRY<br>P.O. BOX 884<br>HODGE, LA 71247 | | Claim Number: 10130<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| BROWN, JAYSON<br>C/O JEFFREY B. MORRIS<br>LAW OFFICES OF JEFFERY B. MORRIS, P.A.<br>2064 PARK STREET<br>JACKSONVILLE, FL 32204 | | Claim Number: 5756<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 4714 (02/02/2010) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $0.00  UNLIQ |

---

| | | |
|---|---|---|
| BROWN, JIMMY VAN<br>4074 GLADWAY ROAD.<br>JONESBORO, LA 71251 | | Claim Number: 10131<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BROWN, RUBEN EARNEST<br>251 BROWN HILL RD<br>QUITMAN, LA 71268 | | Claim Number: 10132<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| BROWN, THEODIS<br>P.O. BOX 1745<br>HODGE, LA 71247 | | Claim Number: 10133<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| BROWNLEE MORROW COMPANY<br>PO BOX 380008<br>BIRMINGHAM, AL 35238 | | Claim Number: 2492<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|---|
| UNSECURED | Claimed: | $10,830.39 | Scheduled: | $10,187.53 |

| BRUBAKER & ASSOC INC<br>PO BOX 412000<br>SAINT LOUIS, MO 63141-2000 | | Claim Number: 10648<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|---|
| UNSECURED | Claimed: | $11,001.27 | Scheduled: | $10,415.27 |

| BRUCE R. SMITH LIMITED<br>ATTN: FRISTEN DICKSON<br>RR #2<br>SIMCOE, ON N3Y 4K1<br>CANADA | | Claim Number: 8401<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $15,274.30 |

| BRUCE R. SMITH LTD<br>R.R. 2<br>SIMCOE, ON N3Y 4K1<br>CANADA | | Claim Number: 4592<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>18,648.00 CANADIAN |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $15,274.30 |

| BRUCHMAN, THOMAS F<br>1315 SO. FLETCHER AVE.<br>FERNANDINA BCH, FL 32034 | | Claim Number: 6638<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|---|
| SECURED | Claimed: | $100,000.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BRUCHMAN, THOMAS F.
2815 SCRUB JAY LN
FERNANDINA BEACH, FL 32034

Claim Number: 6725
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| SECURED | Claimed: | $100,000.00 |
| --- | --- | --- |

---

BRUCHMAN, THOMAS F.
2815 SCRUB JAY LN
FERNANDINA BEACH, FL 32034

Claim Number: 8753
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| SECURED | Claimed: | $100,000.00 |
| --- | --- | --- |

---

BRUKS ROCKWOOD INC
5975 SHILOH ROAD SUITE 109
ALPHARETTA, GA 30005

Claim Number: 7050
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,869.46 | Scheduled: | $421,658.31 |
| --- | --- | --- | --- | --- |

---

BRUNO MACHINE SHOP LTD
ATTN: SILVANO PIN
46 SIX POINTS ROAD
TORONTO, ON M8Z 2X2
CANADA

Claim Number: 12065
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $219.16 |
| --- | --- | --- |

---

BRUNO MACHINE SHOP LTD
46 SIX POINT ROAD
TORONTO, ON M8Z 2X2
CANADA

Claim Number: 12066
Claim Date: 08/31/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $267.50 | Scheduled: | $216.58 |
| --- | --- | --- | --- | --- |

---

BRUNO MACHINE SHOP LTD
46 SIX POINT ROAD
TORONTO, ON M8Z 2X2
CANADA

Claim Number: 12067
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $219.16 |
| --- | --- | --- |

---

BRUNO MACHINE SHOP LTD
ATTN: SILVANO PIN
46 SIX POINTS ROAD
TORONTO, ON M8Z 2X2
CANADA

Claim Number: 12068
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $219.16 |
| --- | --- | --- |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BRUNO MACHINE SHOP LTD
ATTN: SILVANO PIN
46 SIX POINTS ROAD
TORONTO, ON M82 2X2
CANADA

Claim Number: 13438
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $219.16 | | |

---

BRUSKE PRODUCTS
7447 DUVAN DRIVE
PO BOX 669
TINLEY PARK, IL 60477-0669

Claim Number: 6130
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $1,787.86 | Scheduled: | $1,683.52 |

---

BRYANT JR., LOUIE ELLIS
260 BRYANT RD
JONESBORO, LA 71251

Claim Number: 10399
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

BRYANT TRANSPORT
801 SOUTHAMPTON RD APT 73
BENICIA, CA 94510-1927

Claim Number: 4105
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $6,299.82 | Scheduled: | $6,286.22 |

---

BRYANT, BEVERLY A
812 DOUGLAS AVENUE
BREWTON, AL 36426

Claim Number: 9671
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $42,749.06 | | |

---

BRYANT, BRENDA D
2D SUNMIST SQUARE
WEST AMHERST, NY 14228

Claim Number: 9116
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $26,799.00 | | |

---

BRYANT, IRENE LEONARD
612 HAMILTON
JONESBORO, LA 71251

Claim Number: 10134
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BRYCE, MR. CLYDE S., JR.
ENGINEERING CONSULTANTS, INC.
PO BOX 3994
FLORENCE, SC 29502

Claim Number: 3480
Claim Date: 06/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $12,000.00 | Scheduled: | $12,000.00 |
|---|---|---|---|---|

---

BRYDET DEVELOPMENT CORP
PO BOX 199
CONESVILLE, OH 43811

Claim Number: 3859
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $8,389.84 | Scheduled: | $8,389.84 |
|---|---|---|---|---|

---

BSSD REALTY, LLC
C/O NANCY FOLEY
17 OVERLOOK DRIVE
WILBRAHAM, MA 01095

Claim Number: 2096
Claim Date: 04/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| UNSECURED | Claimed: | $26,999.81 |
|---|---|---|

---

BSSD REALTY, LLC
C/O NANCY FOLEY
17 OVERLOOK DRIVE
WILBRAHAM, MA 01095

Claim Number: 2098
Claim Date: 04/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| UNSECURED | Claimed: | $29,127.50 UNLIQ | Scheduled: | $29,127.50 |
|---|---|---|---|---|

---

BST TRADING INC
2042 CASE CRT
ATTN: MILOS JESKO
LONDON, ON N6G 5G1
CANADA

Claim Number: 12935
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $1,693.65 |
|---|---|---|

---

BST TRADING INC
2042 CASE CRT
ATTN: MILOS JESKO
LONDON, ON N6G 5G1
CANADA

Claim Number: 12937
Claim Date: 08/27/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $1,693.65 |
|---|---|---|

---

BUCHAN, JERRY GLEN
416 LENWIL RD
WEST MONROE, LA 71292-5832

Claim Number: 10135
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BUCHAN, ROGER<br>2694 SWEET HOME ROAD<br>QUITMAN, LA 71268 | Claim Number: 10136<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| BUCKEYE DIAMOND LOGISTICS INC. (01)<br>15 SPRAGUE ROAD<br>SOUTH CHARLESTON,, OH 45368 | Claim Number: 9980<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $6,124.00 |
|---|---|---|

---

| BUCKLEY, CHARLES HAROLD<br>1326 FIREWOOD RD<br>JONESBORO, LA 71251 | Claim Number: 10400<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| BUD'S SEWER SERVICE<br>906 MONTEREY<br>ST JOSEPH, MO 64503 | Claim Number: 5452<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $704.50 | Scheduled: | $1,079.50 |
|---|---|---|---|---|

---

| BUDNICK CONVERTING, INC.<br>C/O MARY E. LOPINOT<br>MATHIS, MARIFIAN, RICHTER & GRANDY, LTD.<br>23 PUBLIC SQUARE, SUITE 300 P.O. BOX 307<br>BELLEVILLE, IL 62220 | Claim Number: 10523<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2407 (10/22/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $15,108.32 |
|---|---|---|

---

| BUDNICK CONVERTING, INC.<br>C/O MARY E. LOPINOT<br>MATHIS, MARIFIAN, RICHTER & GRANDY, LTD.<br>23 PUBLIC SQUARE, SUITE 300<br>BELLEVILLE, IL 62220 | Claim Number: 10524<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $61,931.13 | Scheduled: | $76,965.18 |
|---|---|---|---|---|

---

| BUDZAR INDUSTRIES, INC.<br>38241 WILLOUGHBY PARKWAY<br>WILLOUGHBY, OH 44094 | Claim Number: 2003<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $1,513.66 | Scheduled: | $1,513.66 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BUFFALO EXPORT LLC
99 SOUTH SPOKANE ST
SEATTLE, WA 98134

Claim Number: 535
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8530 (09/13/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,013.36 | Scheduled: | $1,446.00 |

---

BUFFALO PUMPS, INC.
874 OLIVER STREET
NORTH TONAWANDA, NY 14120

Claim Number: 1488
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,092.80 | Scheduled: | $1,092.80 |

---

BUFFALO ROCK CO INC
34 WEST OXMOOR ROAD
BIRMINGHAM, AL 35209

Claim Number: 6629
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $17,742.45 |

---

BUFFALO ROCK COMPANY
LEGAL DEPARTMENT
103 OXMOOR ROAD
ATTN: EMILY ASHFORD
BIRMINGHAM, AL 35209

Claim Number: 8801
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,742.45 | Scheduled: | $17,518.65 |

---

BUFFALO SHOOK CO INC
PO BOX 627
FARMVILLE, VA 23901

Claim Number: 5164
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $717.44 | Scheduled: | $717.44 |

---

BUFFALO SPORTSERVICE, LLC
MARVIN T. DUBIN, ESQ.
DUBIN & DUBIN, LLP
600 RAND BLDG.
BUFFALO, NY 14203

Claim Number: 1817
Claim Date: 03/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,751.90 |

---

BUG FORCE PEST CONTROL
PO BOX 466
MORENO VALLEY, CA 92556

Claim Number: 11197
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,420.00 | Scheduled: | $4,420.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BUGMAN EXTERMINATORS INC<br>94307 WINTERBERRY AVENUE<br>FERNANDINA BEACH, FL 32034 | Claim Number: 6300<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |
|---|---|---|---|---|

| BUI, KHANH<br>33 MAXIMILLIAN ST<br>VAUGHAN, ON L4H 2S6<br>CANADA | Claim Number: 13330<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| BUILDING SPRINKLER INC<br>PO BOX 1750<br>SIOUX FALLS, SD 57101 | Claim Number: 5158<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $923.85 | Scheduled: | $923.85 |
|---|---|---|---|---|

| BUILDINGSTARS CHICAGO, INC.<br>1401 BRANDING AVENUE<br>SUITE 275<br>DOWNERS GROVE, IL 60515 | Claim Number: 3512<br>Claim Date: 06/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $16,577.28 |
|---|---|---|

| BUILDINGSTARS INC<br>11489 PAGE SERVICE DRIVE<br>SAINT LOUIS, MO 63146-3529 | Claim Number: 6675<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $12,157.81 |
|---|---|---|---|---|

| BUILDINGSTARS STL OPERATIONS, INC.<br>11489 PAGE SERVICE DRIVE<br>ST. LOUIS,, MO 63146-3529 | Claim Number: 6676-01<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,974.98 | Scheduled: | $7,045.24 |
|---|---|---|---|---|

| BUILDINGSTARS STL OPERATIONS, INC.<br>11489 PAGE SERVICE DRIVE<br>ST. LOUIS,, MO 63146-3529 | Claim Number: 6676-02<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $688.26 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BULBS.COM<br>243 STAFFORD ST<br>WORCESTER, MA 01603-1168 | Claim Number: 5381<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $715.14 | Scheduled: | $476.76 |
|---|---|---|---|---|

| BULLOCH COUNTY CORRECTIONAL<br>17315 HWY 301 N<br>STATESBORO, GA 30458 | Claim Number: 6667<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $7,595.25 | Scheduled: | $7,789.00 |
|---|---|---|---|---|

| BUNCH, BILLY J<br>3498 FM. RD. 2048<br>BOYD, TX 76023 | Claim Number: 11581<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| BUNNELL LAMMONS ENGINEERING INC<br>6004 PONDERS COURT<br>GREENVILLE, SC 29615 | Claim Number: 5457<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $280.25 | Scheduled: | $280.25 |
|---|---|---|---|---|

| BURBANK WATER AND POWER<br>PO BOX 631<br>BURBANK, CA 91503-0631 | Claim Number: 14042<br>Claim Date: 06/08/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) |
|---|---|

| UNSECURED | Claimed: | $1,481.68 |
|---|---|---|

| BURBANK, MARGARET<br>1469 MARINA ROAD<br>MURPHYSBORO, IL 62966 | Claim Number: 11649<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $121.18 |
|---|---|---|

| BURCH, SHELDON<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10726<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $123,050.12 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BUREAU DE NORMALISATION DU QUEBEC
ATTN: JOANNE PELLETIER
333, RUE FRANQUET
QUEBEC, QC G1P 4C7
CANADA

Claim Number: 8548
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $2,136.25 | Scheduled: | $2,111.09 |
|---|---|---|---|---|

---

BURKE, MARY R
120 NATCHEZ TRACE
FOLEY, AL 36535

Claim Number: 9966
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

BURKES MECHANICAL, INC.
#2 INDUSTRIAL ROAD
BRENT, AL 35034

Claim Number: 1890
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $5,280.00 |
|---|---|---|

---

BURKES MECHANICAL, INC.
#2 INDUSTRIAL ROAD
BRENT, AL 35034

Claim Number: 1891
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $11,058.81 |
|---|---|---|

---

BURKES MECHANICAL, INC.
#2 INDUSTRIAL ROAD
BRENT, AL 35034

Claim Number: 1892
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $5,494.00 |
|---|---|---|

---

BURKES MECHANICAL, INC.
#2 INDUSTRIAL ROAD
BRENT, AL 35034

Claim Number: 1893
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $45,061.90 |
|---|---|---|

---

BURKES MECHANICAL, INC.
#2 INDUSTRIAL ROAD
BRENT, AL 35034

Claim Number: 1894
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $33,509.00 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BURKES MECHANICAL, INC.<br>#2 INDUSTRIAL ROAD<br>BRENT, AL 35034 | | Claim Number: 2335<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
|---|---|---|
| UNSECURED | Claimed: | $3,078.00 |

| BURKES MECHANICAL, INC.<br>#2 INDUSTRIAL ROAD<br>BRENT, AL 35034 | | Claim Number: 2336<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
|---|---|---|
| UNSECURED | Claimed: | $5,510.00 |

| BURKES MECHANICAL, INC.<br>#2 INDUSTRIAL ROAD<br>BRENT, AL 35034 | | Claim Number: 2337<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
|---|---|---|
| UNSECURED | Claimed: | $4,329.00 |

| BURKES MECHANICAL, INC.<br>#2 INDUSTRIAL ROAD<br>BRENT, AL 35034 | | Claim Number: 2338<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
|---|---|---|
| UNSECURED | Claimed: | $3,370.00 |

| BURKES MECHANICAL, INC.<br>#2 INDUSTRIAL ROAD<br>BRENT, AL 35034 | | Claim Number: 2339<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
|---|---|---|
| UNSECURED | Claimed: | $48,000.00 |

| BURKES MECHANICAL, INC.<br>#2 INDUSTRIAL ROAD<br>BRENT, AL 35034 | | Claim Number: 2340<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
|---|---|---|
| UNSECURED | Claimed: | $44,163.00 |

| BURKES MECHANICAL, INC.<br>#2 INDUSTRIAL ROAD<br>BRENT, AL 35034 | | Claim Number: 2341<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
|---|---|---|
| UNSECURED | Claimed: | $5,840.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BURKES MECHANICAL, INC.
#2 INDUSTRIAL ROAD
BRENT, AL 35034

Claim Number: 2351
Claim Date: 04/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,970.00 |

---

BURKES MECHANICAL, INC.
#2 INDUSTRIAL ROAD
BRENT, AL 35034

Claim Number: 2352
Claim Date: 04/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,526.00 |

---

BURKES MECHANICAL, INC.
2 INDUSTRIAL ROAD
BRENT, AL 35034

Claim Number: 10557
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $100,403.71   UNLIQ | | |
| UNSECURED | | | Scheduled: | $100,403.71 |

---

BURKETT, MICHAEL LAWRENCE
P.O. BOX 596
PORT ST. JOE, FL 32457

Claim Number: 9806
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,000.00 |
| UNSECURED | Claimed: | $10,000.00 |
| TOTAL | Claimed: | $10,000.00 |

---

BURKS, STEPHEN L.
408 CENTRAL ST
JONESBORO, LA 71251

Claim Number: 10137
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

BURLINGTON HYDRO INC.
ATTN: HELENA HAMMOND
1340 BRANT STREET
BURLINGTON, ON L7R 3Z7
CANADA

Claim Number: 8427
Claim Date: 07/14/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $69,298.43 |

---

BURNETT'S LANDSCAPING
406 NEW LONDON ROAD
SALEM, CT 06420

Claim Number: 9504
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,542.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BURNETT'S LANDSCAPING
406 NEW LONDON ROAD
ATTN: MARY RICHARDSON
SALEM, CT 06420

Claim Number: 12517
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $2,542.00 | | |

---

BURNHAM, WALTER
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10714
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $5,475.85 | | |

---

BURNS FOREST PRODUCTS INC
PO BOX 638
JONESBORO, LA 71251

Claim Number: 4688
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $86,024.63 | Scheduled: | $172,049.26 UNLIQ |

---

BURNS, BILL
11675 CENTURY DRIVE SUITE B
ALPHARETTA, GA 30004

Claim Number: 7861
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $2,225.00 UNLIQ |

---

BURNS, SUZAN
580 RIDGESIDE DRIVE
GOLDEN, CO 80401

Claim Number: 11458
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $70,000.00  UNLIQ | | |

---

BURNUM, JOEL
791 BEAR CREEK ROAD
QUITMAN, LA 71268

Claim Number: 10335
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00  UNLIQ | | |

---

BURR & FORMAN LLP
C/O JOHN J. COLEMAN
420 N 20TH STREET, SUITE 3400
BIRMINGHAM, AL 35203

Claim Number: 353
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| UNSECURED | Claimed: | $28,123.42 | Scheduled: | $28,123.42 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BURROWS PAPER COPORATION<br>C/O BOND, SCHOENECK & KING, PLLC<br>ATTN: CHARLES J. SULLIVAN, ESQ.<br>ONE LINCOLN CENTER<br>SYRACUSE, NY 13202 | Claim Number: 3311<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $20,776.24 | Scheduled: | $20,776.24 |

---

| BURROWS, E GRANT<br>13018 BETTY STREET<br>SENECA, SC 29672 | Claim Number: 6501<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |

---

| BURT'S TERMITE & PEST CONTROL INC<br>1441 LAFAYETTE AVENUE<br>COLUMBUS, IN 47201 | Claim Number: 9818<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $2,266.67 | Scheduled: | $2,266.67 |

---

| BURTON, CONNIE<br>4650 SEBRING LKS BLVD.<br>SEBRING, FL 33875 | Claim Number: 6212<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |

| UNSECURED | Claimed: | $29.35 UNLIQ |

---

| BURTON, CONNIE L<br>4650 SEBRING LAKES BLVD.<br>SEBRING, FL 33875 | Claim Number: 8694<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| BUSCH & THIEM INC., THE<br>PO BOX 1088<br>SANDUSKY, OH 44870 | Claim Number: 3739<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $540.75 | Scheduled: | $540.75 |

---

| BUSCHMAN CORPORATION<br>4100 PAYNE AVENUE<br>CLEVELAND, OH 44103 | Claim Number: 7577<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $13,053.55 | Scheduled: | $13,053.55 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BUSH, LUCIUS<br>332 KENDALL RIDGE DR.<br>WEST MONROE, LA 71292 | | Claim Number: 12074<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $880,045.92 | | |

| BUSH, SCOTT R<br>24612 HWY 31 NORTH<br>FLOMATON, AL 36441 | | Claim Number: 11415<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00    UNDET | | |

| BUSH, SHIRLEY M<br>613 19TH AVENUE<br>MIDDLETOWN, OH 45044 | | Claim Number: 6703<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $417.13 | | |

| BUSINESS CARD EXPRESS<br>14000 63RD WAY N<br>CLEARWATER, FL 33760 | | Claim Number: 4099<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,150.00 | Scheduled: | $1,155.00 |

| BUSINESS INNOVATIONS<br>6579 PEACHTREE INDUSTRIAL BLVD<br>NORCROSS, GA 30092 | | Claim Number: 6538<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,860.44 | Scheduled: | $3,860.44 |

| BUSINESS RECORDS MANAGEMENT IN<br>1125 ELDRIDGE ST<br>CLEARWATER, FL 33755 | | Claim Number: 5071<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,885.00 | Scheduled: | $3,912.00 |

| BUSINESS RECORDS SERVICES<br>1314 CHATTAHOOCHEE AVENUE NW<br>ATLANTA, GA 30318 | | Claim Number: 1994<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $929.35 | Scheduled: | $1,179.91 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| BUSKER, WALTER E<br>1278 WILLOWGATE LANE<br>ST CHARLES, IL 60174 | | Claim Number: 11364<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| BUSSELL, CURTIS A<br>3505 TIPPECANOE<br>MONROE, MI 48162 | | Claim Number: 7695<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| BUTCH BARBER TRUCKING INC<br>P.O. BOX 748<br>LAKESIDE, MT 59922 | | Claim Number: 1541<br>Claim Date: 03/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| PRIORITY | Claimed: | $5,057.71 | | |
| BUTCH BARBER TRUCKING INC<br>PO BOX 748<br>LAKESIDE, MT 59922 | | Claim Number: 6972<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010) | | |
| UNSECURED | Claimed: | $5,057.71 | Scheduled: | $10,115.43  UNLIQ |
| BUTLER JR., BATISTE<br>P.O. BOX 148<br>HODGE, LA 71247 | | Claim Number: 10401<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| BUTLER MACHINERY COMPANY<br>ATTN: TROY DEWITZ<br>PO BOX 9559<br>FARGO, ND 58106 | | Claim Number: 562<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
| UNSECURED | Claimed: | $2,296.90 | Scheduled: | $2,296.90 |
| BUTLER PAPER RECYCLING, INC.<br>AYESHA S. CHACKO<br>CAMPBELL & LEVINE, LLC<br>800 NORTH KING STREET, SUITE 300<br>WILMINGTON, DE 19801 | | Claim Number: 2133<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 1680 (08/21/2009) | | |
| ADMINISTRATIVE | Claimed: | $30,660.95 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

BUTLER PAPER RECYCLING, INC.
AYESHA S. CHACKO
CAMPBELL & LEVINE, LLC
800 NORTH KING STREET, SUITE 300
WILMINGTON, DE 19801

Claim Number: 2152
Claim Date: 04/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 1680 (08/21/2009)

| ADMINISTRATIVE | Claimed: | $30,660.95 | | |

---

BUTLER'S SNOW PLOWING
18202 RAVISLOE TERRACE
COUNTRY CLUB HILLS, IL 60478

Claim Number: 4986
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $1,500.00 |

---

BUTLER'S SNOW PLOWING
18202 RAVISLOE TERRACE
COUNTRY CLUB HILLS, IL 60478

Claim Number: 5507
Claim Date: 07/17/2009
Debtor: CAMEO CONTAINER CORPORATION

| UNSECURED | Claimed: | $5,010.00 | Scheduled: | $4,640.00 |

---

BUTLER, CARL M
1015 BUTLER LANE
MYRTLE, MS 38650

Claim Number: 7060
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00 UNLIQ | | |

---

BUTLERS PANTRY INC., THE
1414 PARK AVE
SAINT LOUIS, MO 63104-3032

Claim Number: 5185
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $218.01 | Scheduled: | $218.01 |

---

BW CLARK INC
PO BOX 41
COLUMBIA, SC 29202

Claim Number: 3655
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $12,911.89 | Scheduled: | $12,911.89 |

---

BW JOHNSON MANUFACTURING CO INC
PO BOX 1282
JOPLIN, MO 64802

Claim Number: 4308
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $70,970.52 | Scheduled: | $92,010.15 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| BWI LLC<br>3775 S. PACKARD AVE.<br>SUITE A<br>ST. FRANCIS, WI 53235 | Claim Number: 13113<br>Claim Date: 09/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $826.95 | Scheduled: | $826.95 |
|---|---|---|---|---|

---

| BYERS, D S<br>1136 MAIN ST<br>CHARLESTOWN, IN 47111-1318 | Claim Number: 11377<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $5,855.37   UNLIQ |
|---|---|---|

---

| BYRD INDUSTRIAL SERVICES INC<br>600 PEDDYCORD ROAD<br>KERNERSVILLE, NC 27284 | Claim Number: 10528<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| SECURED | Claimed: | $325,474.37   UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $321,211.82 |

---

| BYRD, JOHN B.<br>1004 LESSEL DRIVE<br>JACKSONVILLE, AR 72076 | Claim Number: 7956<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| BYRNE, PAUL G<br>11465 N ROYAL ROAD<br>CANADIAN LAKES, MI 49346 | Claim Number: 5812<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| BYRON, ALEXANDER<br>2 GREENBRIAR DRIVE, UNIT 2-205<br>NORTH READING, MA 01864 | Claim Number: 4751<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

| BYRON, ALEXANDER<br>2 GREENBRIAR DRIVE, UNIT 2-205<br>NORTH READING, MA 01864 | Claim Number: 5042<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| C & F FOREST PRODUCTS<br>BOX 16386<br>MISSOULA, MT 59808 | | Claim Number: 2242<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,864.32 | | |
| C & J LOGGING<br>JARRON BARRETT<br>750 SOLDIER RD<br>ALTAMONT, TN 37301 | | Claim Number: 882<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>Claim out of balance | | |
| UNSECURED | Claimed: | $5,923.91 | Scheduled: | $11,847.83 |
| C & S PACKAGING<br>688 FOXWOOD TRAIL<br>PICKERING, ON L1V 3X8<br>CANADA | | Claim Number: 12505<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $63,813.09 | Scheduled: | $63,512.56 |
| C AND C SPORTS IN<br>1013 KNIGHT AVENUE<br>LOUISVILLE, GA 31501 | | Claim Number: 8095<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $13,816.95 | Scheduled: | $13,790.95 |
| C AND M RECYCLING<br>1600 MORROW AVENUE<br>NORTH CHICAGO, IL 60064 | | Claim Number: 5981<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $779.80 | Scheduled: | $777.00 |
| C ANDERSEN ELECTRIC<br>ATTN: DEBORAH ANDERSEN<br>910 FACTORY OUTLET BLVD.<br>NIAGARA FALLS, NY 14304 | | Claim Number: 8188<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $192.74 | | |
| C GIGNAC CHEVROLET OLDSMOBILE<br>1070 BOULEVARD DUCHARME<br>LA TUQUE, QC G9X 3C4<br>CANADA | | Claim Number: 12321<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $5,978.73 | Scheduled: | $5,926.26 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| C H ROBINSON CO<br>14701 CHARLSON ROAD<br>EDEN PRAIRIE, MN 55347 | | Claim Number: 9211-01<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| SECURED | | | Scheduled: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $620,145.49 | Scheduled: | $1,661,338.90 UNLIQ |

| C H ROBINSON CO<br>14701 CHARLSON ROAD<br>EDEN PRAIRIE, MN 55347 | | Claim Number: 9211-02<br>Claim Date: 08/20/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |

| C H ROBINSON CO<br>14701 CHARLSON ROAD<br>EDEN PRAIRIE, MN 55347 | | Claim Number: 9211-03<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $85,618.78 | | |

| C I A LABS INC<br>P.O. BOX 3022<br>1717 COMMERCIAL<br>SAINT JOSEPH, MO 64503 | | Claim Number: 1425<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,000.00 | | |

| C QUALITY CLEANING INC<br>9707 LYRIC LANE<br>LOUISVILLE, KY 40299 | | Claim Number: 7391<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,700.00 | Scheduled: | $1,700.00 |

| C R GEARY TRUCKING<br>334 LITTELL LAKE DRIVE<br>TRACY CITY, TN 37387 | | Claim Number: 9819<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,058.37 | | |

| C R GEARY TRUCKING<br>334 LITTELL LAKE DRIVE<br>TRACY CITY, TN 37387 | | Claim Number: 9822<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,058.37 | Scheduled: | $23,058.37 UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| C&D TECHNOLOGIES, INC.<br>ATTN: CREDIT DEPT<br>1400 UNION MEETING RD.<br>BLUE BELL, PA 19422-0858 | Claim Number: 2676<br>Claim Date: 04/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $5,091.49 | Scheduled: | $5,091.49 |

---

| C&L REFRIGERATION CORPORATION<br>479 NIBUS STREET<br>BREA, CA 92821-3204 | Claim Number: 3893<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $8,928.55 | Scheduled: | $8,928.55 |

---

| C&M INDUSTRIES INC<br>121 REPUBLIC ROAD<br>CHESAPEAKE, VA 23324 | Claim Number: 4002<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $77,072.68 | Scheduled: | $225,977.89 |

---

| C&M INDUSTRIES INC<br>121 REPUBLIC ROAD<br>CHESAPEAKE, VA 23324 | Claim Number: 4003<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $77,072.68 |

---

| C. GIGNAC AUTOMOBILES (2007) INC.<br>1070 BOULEVARD DUCHARME<br>LA TUQUE, QC G9X 3C4<br>CANADA | Claim Number: 8245<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |

| UNSECURED | Claimed: | $5,978.73 |

---

| C.A. SHORT COMPANY, INC.<br>PO BOX 310<br>SHELBY, NC 28152 | Claim Number: 13599<br>Claim Date: 11/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $2,000.00 | Scheduled: | $2,000.00 |

---

| C.A.T.<br>ATTN: SOPHIE LONGTIN<br>4, DU TRANSPORT<br>COTEAU-DU-/AC, QC J0P 1B0<br>CANADA | Claim Number: 13027<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |

| UNSECURED | Claimed: | $48,995.33 | Scheduled: | $43,673.44 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| C.A.T. INC.<br>4 TRANSPORT STREET<br>COTEAU-DU-LAC, QC J0P 1B0<br>CANADA | Claim Number: 2636<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $59,801.45 | | |
|---|---|---|---|---|

| C.H. MURPHY/CLARK-ULLMAN<br>ATTN: VICKIE GENTRY<br>5565 N. DOLPHIN STREET<br>PORTLAND, OR 97217 | Claim Number: 11470<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $7,726.16 | Scheduled: | $7,726.16 |
|---|---|---|---|---|

| C.L. FELTS AND COMPANY, INC.<br>4721 LINE ROAD<br>WHITEFORD, MD 21160 | Claim Number: 1081<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $3,892.21 | | |
|---|---|---|---|---|

| C.L. FETTS AND CO., INC.<br>4721 LINE ROAD<br>ATTN: CHRISTOPHER FETTS<br>WHITEFORD, MD 21160 | Claim Number: 12358<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $3,892.21 | | |
|---|---|---|---|---|

| C.P. TECHNOLOGIES, INC<br>64 INDUSTRIAL PARK RD<br>SACO, ME 04072 | Claim Number: 156<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $6,091.48 | Scheduled: | $6,068.90 |
|---|---|---|---|---|

| C.S.H.B.O.<br>331 RUE DU COUVENT<br>MANIWAKI, QC J9E 1HS<br>CANADA | Claim Number: 8892<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| C.W. BROWN LOGGING INC<br>372 FORGE RD<br>ST. STEPHENS CH, VA 23148 | Claim Number: 652<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $8,614.58 | Scheduled: | $17,229.16  UNLIQ |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| C3 CORPORATION<br>3300 EAST VENTURE DRIVE<br>APPLETON, WI 54911-8602 | Claim Number: 6546<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $12,638.62 | Scheduled: | $12,638.62 |

---

| CABLE, WALTER S<br>4736 SPRINGBROOK ROAD<br>KNOXVILLE, TN 37921 | Claim Number: 8609<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $4,980.00 |

---

| CABLE, WALTER S<br>4736 SPRINGBROOK ROAD<br>KNOXVILLE, TN 37921 | Claim Number: 9005<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $4,980.00 |

---

| CABLE, WALTER S<br>4736 SPRINGBROOK ROAD<br>KNOXVILLE, TN 37921 | Claim Number: 12506<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $4,980.00 |

---

| CABLE, WALTER S.<br>4736 SPRINGBROOK RD.<br>KNOXVILLE, TN 37921 | Claim Number: 12406<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |

| UNSECURED | Claimed: | $4,980.00 |

---

| CABLE, WALTER S.<br>4736 SPRINGBROOK RD.<br>KNOXVILLE, TN 37921 | Claim Number: 13121<br>Claim Date: 06/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $4,980.00 |

---

| CABLE, WALTER S.<br>4736 SPRINGBROOK RD.<br>KNOXVILLE, TN 37921 | Claim Number: 13122<br>Claim Date: 06/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $4,980.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CABOT ACQUISITION, LLC
C/O JOHN F. POLLICK
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601-1815

Claim Number: 11065
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8552 (09/16/2010)

| UNSECURED | Claimed: | $470,790.60 |
|---|---|---|

CABRAL JR, JOSEPH M
1676 E KINGSLEY AVE
#3
POMONA, CA 91767

Claim Number: 11217
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 7555 (05/10/2010)

| PRIORITY | Claimed: | $15,000.00 |
|---|---|---|

CADDEN, THOMAS W
3 WEST SEA COLONY DR
VERO BEACH, FL 32963

Claim Number: 9265
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8757 (11/15/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

CADE WOOD INC
1614 MCCLELLAND DR
NATCHITOCHES, LA 71457

Claim Number: 4435
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $14,726.56 | Scheduled: | $29,453.13  UNLIQ |
|---|---|---|---|---|

CAIN, TERRY L
3838 OLD CASTLEBERRY ROAD
BREWTON, AL 36426

Claim Number: 11590
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 7554 (05/10/2010)

| UNSECURED | Claimed: | $9,744.72 |
|---|---|---|

CAL BY-PRODUCTS
PO BOX 9247
FRESNO, CA 93791-9247

Claim Number: 2889
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $397.60 |
|---|---|---|

CAL PLATE
17110 JERSEY AVENUE
ARTESIA, CA 90701

Claim Number: 3003
Claim Date: 05/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $82,106.73 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CAL PLATE INC<br>17110 JERSEY AVE<br>ARTESIA, CA 90701 | Claim Number: 11292<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $82,100.73 | Scheduled: | $80,385.15 |
|---|---|---|---|---|

---

| CAL POLY CORPORATION<br>BUILDING 15<br>SAN LUIS OBISPO, CA 93407-0707 | Claim Number: 6408<br>Claim Date: 07/27/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $935.64 |
|---|---|---|
| UNSECURED | Claimed: | $364.36 |

---

| CAL POLY CORPORATION<br>ADMINISTRATION BUILDING NO 15<br>SAN LUIS OBISPO, CA 93407 | Claim Number: 10053<br>Claim Date: 08/25/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $935.64 |
|---|---|---|
| UNSECURED | Claimed: | $364.36 |

---

| CAL POLY CORPORATION<br>BUILDING 15<br>SAN LUIS OBISPO, CA 93407-0707 | Claim Number: 10054<br>Claim Date: 08/25/2009<br>Debtor: CALPINE CORRUGATED, LLC |
|---|---|

| PRIORITY | Claimed: | $935.64 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $364.36 | Scheduled: | $1,300.00 |

---

| CALAHAN, LEON GLEN<br>1105 TELTON ST<br>JONESBORO, LA 71251 | Claim Number: 10138<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| CALANDRA, ANTHONY L<br>3 MERIWETHER DRIVE<br>SAVANNAH, GA 31406 | Claim Number: 4411<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| CALDWELL OPPORTUNITIES, INC.<br>1617 COLLEGE AVENUE SW<br>LENOIR, NC 28645 | Claim Number: 2410<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $440.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CALEP, RAYMOND LEE<br>220 BROOKS LOOP<br>CASTOR, LA 71016 | Claim Number: 10402<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

| CALHOUN ENTERPRISES INC<br>7740 BOYDTON PLANK ROAD<br>ALBERTA, VA 23821 | Claim Number: 6534<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $14,030.57 | Scheduled: | $28,061.15 |
|---|---|---|---|---|

---

| CALHOUN, JOHN<br>P.O. BOX 664<br>GOULDSBORO, PA 18424 | Claim Number: 5739<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $316,808.64 | | |
|---|---|---|---|---|

---

| CALHOUN, KEITH<br>14721 DAFFODIL DRIVE<br>TIMBERVILLE, VA 22853 | Claim Number: 7075<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

| CALIFORNIA BOX CO II<br>8949 TORONTO ST.<br>RANCHO CUCAMONGA, CA 91730 | Claim Number: 3199<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $16,809.60 | | |
|---|---|---|---|---|

---

| CALIFORNIA BOX CO.<br>13901 CARMENITA RD.<br>SANTA FE SPRINGS, CA 90670 | Claim Number: 3191<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $19,441.13 | Scheduled: | $41,616.06 |
|---|---|---|---|---|

---

| CALIFORNIA DOOR COMPANY<br>1160 N VAN HORNE WAY<br>ANAHEIM, CA 92806 | Claim Number: 13488<br>Claim Date: 10/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,755.00 | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CALIFORNIA MULTIMODAL INC
24125 W RIVERSIDE DRIVE
CHANNAHON, IL 60410

Claim Number: 10622
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,403.20 | Scheduled: | $7,179.00 |

---

CALIFORNIA RESOURCE RECOVERY ASSOC
PO BOX 607
CLOVIS, CA 93613

Claim Number: 9564
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |

---

CALIFORNIA SELF INSURERS' SECURITY FUND
LOUIS J. CISZ & GINA M. FORNARIO
NIXON PEABODY LLP
ONE EMBARCADERO CTR., 18TH FL.
SAN FRANCISCO, CA 94111

Claim Number: 1406
Claim Date: 03/12/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNDET |

---

CALIFORNIA SELF INSURERS' SECURITY FUND
LOUIS J. CISZ & GINA M. FORNARIO
NIXON PEABODY LLP
ONE EMBARCADERO CTR., 18TH FL.
SAN FRANCISCO, CA 94111

Claim Number: 2774
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNDET |

---

CALIFORNIA SELF INSURERS' SECURITY FUND
CISZ, LOUIS J. & FORNARIO, GINA M.
NIXON PEABODY LLP
ONE EMBARCADER CTR., 18TH FL.
SAN FRANCISCO, CA 94111

Claim Number: 3031
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNDET |

---

CALIFORNIA SELF-INSURERS' SECURITY FUND
LOUIS J. CISZ \ GINA M. FORNARIO
NIXON PEABODY LLP
ONE EMBARCADERO CTR., 18TH FL.
SAN FRANCISCO, CA 94111

Claim Number: 1946
Claim Date: 04/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6647 (04/07/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNDET |

---

CALIFORNIA SELF-INSURERS' SECURITY FUND
CISZ, LOUIS J \ FORNARIO, GINA M.
NIXON PEABODY LLP
ONE EMBARCADERO CTR., 18TH FL.
SAN FRANCISCO, CA 94111

Claim Number: 3040
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNDET |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| CALKINS, SHARON<br>6B EAST FARMS ROAD<br>TORRINGTON, CT 06790 | | Claim Number: 8165<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| CALLAGHAN AND ASSOCIATES INC<br>80 ATLAS ST SAULT STE MARIE<br>ONTARIO, ON P6A 4Z4<br>CANADA | | Claim Number: 10564<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,836.87 | Scheduled: | $1,836.87 |
| CALLAHAN TIMBER CO INC<br>PO BOX 87<br>CALLAHAN, FL 32011 | | Claim Number: 4678<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $148,121.23 | Scheduled: | $296,242.47  UNLIQ |
| CALLAHAN, JOSEPH W<br>399 ESSEX STREET<br>APT. 208<br>BEVERLY, MA 01915 | | Claim Number: 6607<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| CALLAHAN, PATRICIA<br>13524 E 52ND DRIVE<br>YUMA, AZ 85367 | | Claim Number: 7283<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| CALLISTO COMMUNICATIONS LLC<br>18075 EDISON AVE<br>CHESTERFIELD, MO 63005 | | Claim Number: 4694<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) | | |
| UNSECURED | Claimed: | $5,304.90 | Scheduled: | $5,151.29 |
| CALOCOCCI, THOMAS AND VIRGINIA<br>C/O HOWARD H. SCHWARTZ, ESQUIRE<br>3 SUMMER STREET<br>CHELMSFORD, MA 01824 | | Claim Number: 14209<br>Claim Date: 05/04/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9049 (05/02/2011) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CALPINE CONTAINERS, INC.<br>ATTN: KEN SOMMERS, VICE PRESIDENT, CFO<br>9499 N. FORT WASHINGTON, STE 103<br>FRESNO, CA 93730 | Claim Number: 10771<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $24,881.60 |
|---|---|---|
| UNSECURED | Claimed: | $15,411.60 |

---

| CALPINE CONTAINERS, INC.<br>ATTN: KEN SOMMERS<br>9499 N FORT WASHINGTON, SUITE 103<br>FRESNO, CA 93730 | Claim Number: 10910-02<br>Claim Date: 08/27/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 3259 (12/17/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $67,606.28 |
|---|---|---|

---

| CALUMET CARTON COMPANY<br>16920 STATE STREET<br>PO BOX 405<br>SOUTH HOLLAND, IL 60473 | Claim Number: 2470<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $8,241.25 | Scheduled: | $8,241.25 |
|---|---|---|---|---|

---

| CALVIN K TRANSPORTATION LLC<br>8600 GATEWAY EAST<br>EL PASO, TX 79907 | Claim Number: 6940<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $30,561.80 | Scheduled: | $53,517.05 UNLIQ |
|---|---|---|---|---|

---

| CAMACHO, FRANCIA<br>745 MURRAY STREET<br>ELIZABETH, NJ 07202 | Claim Number: 6617<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $87.80 |
|---|---|---|

---

| CAMCO COMMODITY CHEMICALS<br>5731 BROAD STREET<br>GREENDALE, WI 53129 | Claim Number: 7359<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,532.40 | Scheduled: | $3,557.10 |
|---|---|---|---|---|

---

| CAMERON JR., THOMAS A<br>1494 DOGWOOD ROAD<br>BREWTON, AL 36426 | Claim Number: 10062<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CAMMANN INC<br>7105 STATE ROUTE 60<br>P.O.BOX 219<br>BIRMINGHAM, OH 44816-0219 | Claim Number: 3793<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $565.00 | Scheduled: | $565.00 |
|---|---|---|---|---|

| CAMMANN INC<br>7105 STATE ROUTE 60<br>P.O. BOX 219<br>BIRMINGHAM, OH 44816-0219 | Claim Number: 3981<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $565.00 |
|---|---|---|

| CAMPBELL SEVEY INC<br>15350 MINNETONKA BLVD<br>MINNETONKA, MN 55345 | Claim Number: 8438<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $83.67 |
|---|---|---|

| CAMPBELL SEVEY INC<br>15350 MINNETONKA BLVD<br>MINNETONKA, MN 55345 | Claim Number: 8439<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $83.67 | Scheduled: | $83.67 |
|---|---|---|---|---|

| CAMPBELL WOODYARD INC<br>PO BOX 75<br>PINEY RIVER, VA 22964 | Claim Number: 6006-01<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $7,774.23 |
|---|---|---|

| CAMPBELL WOODYARD INC<br>PO BOX 75<br>PINEY RIVER, VA 22964 | Claim Number: 6006-02<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $7,774.22 |
|---|---|---|

| CAMPBELL'S WOODYARD, INC.<br>2877 PATRICK HENRY HWY.<br>P.O. BOX 75<br>PINEY RIVER, VA 22964 | Claim Number: 37<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $15,548.45 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CAMPBELL, ANCIL
7454 OLD MOUNTAIN ASH PIKE
WILLIAMSBURG, KY 407699763

Claim Number: 6047
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

CAMPBELL, AUSTIN T
ATTN: THERESA CARON
23 EVELYN STREET
HAMILTON, ON L8E 3K3
CANADA

Claim Number: 8989
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

CAMPBELL, LEWIS
5277 WILLOW/LENOXBURG ROAD
FOSTER, KY 41043

Claim Number: 6056
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

CAMPBELL, PETER
C/O KOSKIE MINSKY LLP
900-20 QUEEN ST. W.
BOX 52
TORONTO, ON M5H 3R3
CANADA

Claim Number: 13029
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED

| PRIORITY | Claimed: | $1,638.60 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,776.23 | Scheduled: | $20,414.83 |

---

CAMPFIELD, CARL D
107 KINGS WAY
CENTRAL POINT, OR 97502

Claim Number: 9529
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

CANADA COLORS & CHEMICALS LIMITED
ATTN: JOANNE THOMAS
175 BLOOR ST. E., SUITE 1300
NORTH TOWER
TORONTO, ON M4W 3R8
CANADA

Claim Number: 13149
Claim Date: 08/11/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $9,734.98 | Scheduled: | $8,423.35 |
|---|---|---|---|---|

---

CANADA REVENUE AGENCY
P.O. BOX 1655
WINDSOR, ON N9A 7G7
CANADA

Claim Number: 8289
Claim Date: 07/10/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.

| UNSECURED | Claimed: | $804.69 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| CANADA REVENUE AGENCY<br>P.O. BOX 1655<br>WINDSOR, ON N9A 7G7<br>CANADA | | Claim Number: 8634<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
| UNSECURED | Claimed: | $593.16 |
| CANADA REVENUE AGENCY<br>P.O. BOX 1655<br>WINDSOR, ON N9A 7G7<br>CANADA | | Claim Number: 8639<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-MBI |
| UNSECURED | Claimed: | $219.20 |
| CANADA REVENUE AGENCY<br>ATTN: DIANE WINTERS/CHRISTOPHER LEE<br>C/O DEPARTMENT OF JUSTICE CANADA<br>130 KING STREET WEST, SUITE 3400<br>TORONTO, ON M5X 1K6<br>CANADA | | Claim Number: 12980<br>Claim Date: 08/28/2009<br>Debtor: SLP FINANCE GENERAL PARTNERSHIP<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
| UNSECURED | Claimed: | $1.00   UNLIQ |
| CANADA REVENUE AGENCY<br>ATTN: DIANE WINTERS/CHRISTOPHER LEE<br>C/O DEPARTMENT OF JUSTICE CANADA<br>130 KING STREET WEST, SUITE 3400<br>TORONTO, ON M5X 1K6<br>CANADA | | Claim Number: 12981<br>Claim Date: 08/28/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II |
| UNSECURED | Claimed: | $1.00   UNLIQ |
| CANADA REVENUE AGENCY<br>ATTN: DIANE WINTERS/CHRISTOPHER LEE<br>C/O DEPARTMENT OF JUSTICE CANADA<br>130 KING STREET WEST, SUITE 3400<br>TORONTO, ON M5X 1K6<br>CANADA | | Claim Number: 12982<br>Claim Date: 08/28/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
| UNSECURED | Claimed: | $1.00   UNLIQ |
| CANADA REVENUE AGENCY<br>ATTN: DIANE WINTERS/CHRISTOPHER LEE<br>C/O DEPARTMENT OF JUSTICE CANADA<br>130 KING STREET WEST, SUITE 3400<br>TORONTO, ON M5X 1K6<br>CANADA | | Claim Number: 12983<br>Claim Date: 08/28/2009<br>Debtor: 605681 N.B. INC.<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
| UNSECURED | Claimed: | $1.00   UNLIQ |
| CANADA REVENUE AGENCY<br>ATTN: DIANE WINTERS/CHRISTOPHER LEE<br>C/O DEPARTMENT OF JUSTICE CANADA<br>130 KING STREET WEST, SUITE 3400<br>TORONTO, ON M5X 1K6<br>CANADA | | Claim Number: 12984<br>Claim Date: 08/28/2009<br>Debtor: 3083527 NOVA SCOTIA COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
| UNSECURED | Claimed: | $1.00   UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CANADA REVENUE AGENCY
ATTN: DIANE WINTERS/CHRISTOPHER LEE
C/O DEPARTMENT OF JUSTICE CANADA
130 KING STREET WEST, SUITE 3400
TORONTO, ON M5X 1K6
CANADA

Claim Number: 12985
Claim Date: 08/28/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.

| UNSECURED | Claimed: | $1.00   UNLIQ |
| --- | --- | --- |

---

CANADA REVENUE AGENCY
ATTN: DIANE WINTERS/CHRISTOPHER LEE
C/O DEPARTMENT OF JUSTICE CANADA
130 KING STREET WEST, SUITE 3400
TORONTO, ON M5X 1K6
CANADA

Claim Number: 12986
Claim Date: 08/28/2009
Debtor: MBI LIMITED/LIMITEE
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $1.00   UNLIQ |
| --- | --- | --- |

---

CANADA REVENUE AGENCY
ATTN: DIANE WINTERS/CHRISTOPHER LEE
C/O DEPARTMENT OF JUSTICE CANADA
130 KING STREET WEST, SUITE 3400
TORONTO, ON M5X 1K6
CANADA

Claim Number: 12987
Claim Date: 08/28/2009
Debtor: 639647 BRITISH COLUMBIA LTD.
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $1.00   UNLIQ |
| --- | --- | --- |

---

CANADA REVENUE AGENCY
NORTHERN ONTARIO REGIONAL
ATTN: J. THOMPKINS (1210)
333 LAURIER AVE. W.
OTTAWA, ON K1A 0L9
CANADA

Claim Number: 13131
Claim Date: 07/21/2009
Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II

| UNSECURED | Claimed: | $359,546.89 |
| --- | --- | --- |

---

CANADA REVENUE AGENCY - NORTHERN ONTARIO
REGIONAL COLLECTIONS/COMPLIANCE CENTRE
ATTN: J. TOMPKINS (1210)
333 LAURIER AVE. W.
OTTAWA, ON K1A 0L9
CANADA

Claim Number: 12596
Claim Date: 07/21/2009
Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II

| UNSECURED | Claimed: | $359,546.89 |
| --- | --- | --- |

---

CANADA STEEL SERVICE CENTRE INC.
25 CUDDY BLVD
LONDON, ON N5V 3Y3
CANADA

Claim Number: 322
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $1,062.71 |
| --- | --- | --- |

---

CANADA STEEL SERVICE CENTRE INC.
25 CUDDY BLVD
LONDON, ONT., N5V 3Y3
CANADA

Claim Number: 5445
Claim Date: 07/16/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $1,062.71 | Scheduled: | $890.73 |
| --- | --- | --- | --- | --- |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CANADIAN CRYSTAL COMPANY
80 ALICE STREET
GUELPH, ON N1E 2Z8
CANADA

Claim Number: 5994
Claim Date: 07/20/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $1,680.85 | | |
|---|---|---|---|---|

CANADIAN INDUSTRIAL DISTRIBITORS INC
175 SUN PAC BLVE, UNIT 2A
BRAMPTON, ON L6X 5Z6
CANADA

Claim Number: 8174
Claim Date: 03/20/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $44.47 | Scheduled: | $36.01 |
|---|---|---|---|---|

CANADIAN LINEN AND UNIIFORM SERVICE
350 GRAYS ROAD
HAMILTON, ON L8E 2Z2
CANADA

Claim Number: 8066
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $1,684.40 | | |
|---|---|---|---|---|

CANADIAN NATIONAL RAILWAY COMPANY
935 DE LA GAUCHETIERE STREET WEST
FLOOR 4
MONTREAL, QC H3B 2M9
CANADA

Claim Number: 10980
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $13,722.92 | Scheduled: | $6,493.72 |
|---|---|---|---|---|

CANADIAN NATIONAL RAILWAY COMPANY
935 DE LA GAUCHETIERE STREET WEST
FLOOR 4
MONTREAL, QC H3B 2M9
CANADA

Claim Number: 10981
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $289,663.21 | | |
|---|---|---|---|---|

CANADIAN NATIONAL RAILWAY COMPANY
935 DE LA GAUCHETIERE STREET WEST
FLOOR 4
ATTNA: MARTIN CYR
MONTREAL, QC H3B 2M9
CANADA

Claim Number: 13053
Claim Date: 08/29/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $969,044.87 | | |
|---|---|---|---|---|

CANADIAN NATIONAL RAILWAY COMPANY
ATTN: MARTIN CYR
935 DE LA GAUCHETIERE STREET WEST
FLOOR 4
MONTREAL, QC H3B 2M9
CANADA

Claim Number: 13243
Claim Date: 08/26/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $194,488.88 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CANADIAN PACIFIC RAILWAY COMPANY
PO BOX 6502
WINNIPEG, MB R3C 4N6
CANADA

Claim Number: 11630
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
CLAIM AMOUNT IS 2,004.41 CANADIAN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

CANADIAN PACIFIC RAILWAY COMPANY
PO BOX 6502
WINNIPEG, MB R3C 4N6
CANADA

Claim Number: 11631-01
Claim Date: 08/28/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $48,193.35 | Scheduled: | $1,597.38 |
|---|---|---|---|---|

---

CANADIAN PACIFIC RAILWAY COMPANY
PO BOX 6502
WINNIPEG, MB R3C 4N6
CANADA

Claim Number: 11631-02
Claim Date: 08/28/2009
Debtor: SMURFIT-MBI
Comments:
Claim for 17,769.23 Canadian Dollars.

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

CANADIAN PACIFIC RAILWAY COMPANY
PO BOX 6502
WINNIPEG, MB R3C 4N6
CANADA

Claim Number: 11632
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $6,494.40 | Scheduled: | $7,841.00 |
|---|---|---|---|---|

---

CANAL, RAUL
24738 COVEY RD
MORENO VALLEY, CA 92557-4219

Claim Number: 12141
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 7554 (05/10/2010)

| PRIORITY | Claimed: | $15,500.00 |
|---|---|---|
| SECURED | Claimed: | $15,500.00 |
| UNSECURED | Claimed: | $15,500.00 |
| TOTAL | Claimed: | $15,500.00 |

---

CANAMEX TRANSITAIRE INTERNATIONAL INC
1939 BOWL LIONEL-BERTRAND
BOISBRIAND, QC J7H 1N8
CANADA

Claim Number: 8916
Claim Date: 08/06/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $1,122.11 | Scheduled: | $1,558.21 |
|---|---|---|---|---|

---

CANAS, CONCEPCION G
24411 35TH PL. SO.
KENT, WA 98032

Claim Number: 10061
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $440.00 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CANMEC LA BAIE<br>3453 CHEMIN DES CHUTE CP36<br>LA BAIE, QC G7B 3P9<br>CANADA | Claim Number: 8631<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $5,228.96 | Scheduled: | $4,637.05 |
|---|---|---|---|---|

---

| CANNON HYGIENE, INC<br>PO BOX 4172<br>DULUTH, GA 30096-0065 | Claim Number: 1661<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| PRIORITY | Claimed: | $946.20 |
|---|---|---|
| UNSECURED | Claimed: | $946.20 |
| TOTAL | Claimed: | $946.20 |

---

| CANNON HYGIENE, INC.<br>2840 SIMPSON CIRCLE, STE A<br>NORCROSS, GA 30071 | Claim Number: 2019<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>Claim out of balance |
|---|---|

| UNSECURED | Claimed: | $946.20 | Scheduled: | $946.20 |
|---|---|---|---|---|

---

| CANON CANADA INC.<br>PO BOX 77271<br>MISSISSAUGA, ON L5T 0A9<br>CANADA | Claim Number: 7749<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| PRIORITY | Claimed: | $1,054.71 |
|---|---|---|
| UNSECURED | | | Scheduled: | $2,204.17 |

---

| CANON FINANCIAL SERVICES, INC.<br>SCOTT H. MARCUS, ESQUIRE<br>(SCOTT H. MARCUS & ASSOCIATES)<br>121 JOHNSON ROAD<br>TURNERSVILLE, NJ 08012 | Claim Number: 1848<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| SECURED | Claimed: | $4,926.59 |
|---|---|---|
| UNSECURED | | | Scheduled: | $2,642.75 |

---

| CANPACO INC.<br>256 AVIVA PARK DRIVE<br>ATTN: MARC COHEN<br>WOODBRIDGE, ON L4L 9C7<br>CANADA | Claim Number: 8819<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $13,106.92 |
|---|---|---|

---

| CANTALICIAN CENTER WORKSHOP<br>665 HERTEL AVENUE<br>BUFFALO, NY 14207 | Claim Number: 6502<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,945.93 | Scheduled: | $1,945.93 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CANTEEN COFFEE SERVICE<br>201 MAYNARD ST<br>WILLIAMSPORT, PA 17701 | Claim Number: 3792<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $412.00 | Scheduled: | $412.00 |
|---|---|---|---|---|

| CANTEEN VENDING CO<br>PO BOX 3035<br>201 MAYNARD ST<br>WILLIAMSPORT, PA 17701 | Claim Number: 2367<br>Claim Date: 04/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $412.00 |
|---|---|---|

| CANTEEN VENDING SERVICES<br>2401 BELLWOOD RD<br>RICHMOND, VA 23237 | Claim Number: 7031<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $1,530.63 | Scheduled: | $1,309.90 |
|---|---|---|---|---|

| CANTEST LTD.<br>4606 CANADA WAY<br>BURNABY, BC V5G 1K5<br>CANADA | Claim Number: 8233<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $74.84 |
|---|---|---|

| CANTOL LIMITED<br>199 STEELCASE ROAD WEST<br>MARKHAM, ON L3R 2M4<br>CANADA | Claim Number: 8312<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $666.50 |
|---|---|---|

| CANTWELL CLEARY CO INC<br>2100 BEAVER RD<br>LANDOVER, MD 20785 | Claim Number: 9604<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,987.20 | Scheduled: | $1,987.20 |
|---|---|---|---|---|

| CANTWELL MACHINERY INCORPORATED<br>PO BOX 44130<br>COLUMBUS, OH 43204 | Claim Number: 6627<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,741.79 | Scheduled: | $4,961.29 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CANTY, JOHN D<br>P. O. BOX 1782<br>BREWTON, AL 36427 | Claim Number: 11418<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,000.00 | | |

| CANUSA HERSHMAN RECYCLING, LLC<br>EULER HERMES ACI<br>AGENT OF CANUSA HERSHMAN RECYCLING, LLC<br>800 RED BROOK BOULEVARD<br>OWINGS MILLS, MD 21117 | Claim Number: 1811<br>Claim Date: 03/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $168,554.06 | | |

| CANYON STATE BOX INC<br>1230 WEST SOUTHERN AVE<br>#102<br>TEMPE, AZ 85282 | Claim Number: 4586<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $1,392.60 |

| CAP SERVICE INC<br>34910 S BRAMBLIN RD<br>GARDEN CITY, MO 64747 | Claim Number: 3346<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,925.53 | Scheduled: | $1,925.53 |

| CAPE CO<br>1119 MCNICHOL LANE<br>CHATTANOOGA, TN 37421 | Claim Number: 2233<br>Claim Date: 04/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,047.70 | | |

| CAPITAL COMPRESSOR, INC.<br>9154 EDGEWORTH DRIVE<br>CAPITOL HEIGHTS, MD 20743 | Claim Number: 1860<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,152.35 | Scheduled: | $3,174.35 |

| CAPITAL EQUIPMENT & HANDLING, INC.<br>1100 COTTONWOOD AVENUE<br>HARTLAND, WI 53029 | Claim Number: 1538<br>Claim Date: 03/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,045.10 | Scheduled: | $14,284.54 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CAPITAL GRINDING (FULLERT & SANT FE)
12950 LAKELAND ROAD
SANTA FE SPRINGS, CA 90670

Claim Number: 4042
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7553 (05/10/2010)

| UNSECURED | Claimed: | $9,654.78 | Scheduled: | $9,590.98 |
|---|---|---|---|---|

CAPITAL LIGHTING AND SUPPLY, INC
C/ KEVIN A GUERKE/SEITZ VANOGTROP & GRN.
222 DELAWARE AVENUE, STE. 1500
P.O. BOX 68
WILMINGTON, DE 19899

Claim Number: 12038-01
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET 7188 (04/22/2010)

| ADMINISTRATIVE | Claimed: | $6,408.45 |
|---|---|---|

CAPITAL LIGHTING AND SUPPLY, INC
C/ KEVIN A GUERKE/SEITZ VANOGTROP & GRN.
222 DELAWARE AVENUE, STE. 1500
P.O. BOX 68
WILMINGTON, DE 19899

Claim Number: 12038-02
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 8093 (06/21/2010)

| UNSECURED | Claimed: | $516.30 |
|---|---|---|

CAPITAL SWEEPER SERVICE
PO BOX 1110
RANCHO MURIETA, CA 95683

Claim Number: 9281
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $110.00 | Scheduled: | $110.00 |
|---|---|---|---|---|

CAPITOL CONVERTING EQUIPMENT INC
520 BUSSE HIGHWAY
PARK RIDGE, IL 60068

Claim Number: 4055
Claim Date: 07/09/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,372.46 | Scheduled: | $1,372.46 |
|---|---|---|---|---|

CAPITOL CONVERTING EQUIPMENT INC
520 BUSSE HIGHWAY
PARK RIDGE, IL 60068

Claim Number: 8269
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8909 (01/25/2011)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

CAPPO, DOMINIC D.
BARON & BUDD, P.C.
THE CENTRUM SUITE 1100
3102 OAK LAWN AVE
DALLAS, TX 75219

Claim Number: 11819
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| CAPPS SUTTON<br>P.O. BOX 520<br>YULEE, FL 32041 | | Claim Number: 1413<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $84,220.14 | Scheduled: | $84,220.14 |
| CAPS POWDER COATING<br>4460 S CHESTNUT AVE<br>FRESNO, CA 93725 | | Claim Number: 4117<br>Claim Date: 07/09/2009<br>Debtor: CALPINE CORRUGATED, LLC | | |
| UNSECURED | Claimed: | $985.00 | Scheduled: | $985.00 |
| CAPURRO, DONNA FOR EDWARD GARDNER<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10947<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) | | |
| UNSECURED | Claimed: | $50,000.00 | | |
| CAR-MIN CONSTRUCTION CO., INC.<br>1000 LOW AVENUE<br>WAUKEGAN, IL 60085 | | Claim Number: 530<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,842.75 | | |
| CAR-MIN CONSTRUCTION CO., INC.<br>1000 LOW AVENUE<br>WAUKEGAN, IL 60085 | | Claim Number: 4095<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,842.75 | Scheduled: | $1,842.75 |
| CARAUSTAR INDUSTRIES, INC.<br>TYBOUT REDFEARN & PELL<br>SHERRY RUGGIERO FALLON<br>750 SHIPYARD DR STE 400 - PO BOX 2092<br>WILMINGTON, DE 19899-2092 | | Claim Number: 3527-01<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| UNSECURED | Claimed: | $13,381.78 | | |
| CARAUSTAR INDUSTRIES, INC.<br>TYBOUT REDFEARN & PELL<br>SHERRY RUGGIERO FALLON<br>750 SHIPYARD DR STE 400 - PO BOX 2092<br>WILMINGTON, DE 19899-2092 | | Claim Number: 3527-02<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) | | |
| ADMINISTRATIVE | Claimed: | $592,467.22 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CARD QUEST INC<br>PO BOX 1915<br>ELFERS, FL 34680-1915 | | Claim Number: 10096<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $197.20 | Scheduled: | $197.20 |

| CARDAROPOLI, DENNIS<br>5 BAMFORTH ROAD<br>SPRINGFIELD, MA 01128 | | Claim Number: 6172<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| PRIORITY | Claimed: | $38,898.28 |
| UNSECURED | Claimed: | $38,898.28 |
| TOTAL | Claimed: | $38,898.28 |

| CARDEN, JIMMY D.<br>3501 COUNTY ROAD 138<br>SCOTTSBORO, AL 35768 | | Claim Number: 10634<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| CARDEN, JIMMY ERIC<br>3501 COUNTY ROAD 138<br>SCOTTSBORO, AL 35768 | | Claim Number: 10632<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| CARDEN, JOHN ROBERT<br>3501 COUNTY ROAD 138<br>SCOTTSBORO, AL 35768 | | Claim Number: 10636<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8391 (08/16/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| CARDEN, MARY DARLENE<br>3501 COUNTY ROAD 138<br>SCOTTSBORO, AL 35768 | | Claim Number: 10633<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| CARDIN FOREST PRODUCTS, LLC<br>C/O M. CRAIG SMITH<br>MILLER & MARTIN PLLC<br>832 GEORGIA AVENUE, SUITE 1000<br>CHATTANOOGA, TN 37402 | | Claim Number: 9302<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $15,205.08 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CARDINAL HEALTH 200, LLC<br>ATTENTION: SHARI L. HEYEN<br>GREENBERG TRAURIG, LLP<br>1000 LOUSIANA, SUITE 1700<br>HOUSTON, TX 77002 | Claim Number: 10990<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $541,996.00   UNLIQ | Scheduled: | $698.70 |

| CARDINAL HEALTH 200, LLC<br>GREENBERG TRAURIG. LLP<br>C/O DENNIS A. MELORO<br>1007 NORTH ORANGE STREET, SUITE 1200<br>WILMINGTON, DE 19801 | Claim Number: 14111<br>Claim Date: 08/13/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8672 (10/19/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $602,340.10 | |

| CARDINAL LOGISTICS MANAGEMENT CORP.<br>5333 DAVIDSON HWY.<br>CONCORD, NC 28027 | Claim Number: 760<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $24,223.10 | Scheduled: | $20,918.36 |

| CARDINAL RECYCLING CO<br>2600 BEYER ROAD<br>MORRIS, IL 60450 | Claim Number: 10549<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $6,583.00 | |

| CARDINAL RECYCLING CO<br>2600 BEYER ROAD<br>ATTN: MIKE REINERT<br>MORRIS, IL 60450 | Claim Number: 10550-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7188 (04/22/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,300.07 | |

| CARDINAL RECYCLING CO<br>2600 BEYER ROAD<br>ATTN: MIKE REINERT<br>MORRIS, IL 60450 | Claim Number: 10550-02<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,282.93 | Scheduled: | $6,583.00 |

| CARE ADVANTAGE INC.<br>DBA NURSE ADVANTAGE<br>10041 MIDLOTHIAN TURNPIKE<br>ATTN: MICHELLE JOHNSTON<br>RICHMOND, VA 23235 | Claim Number: 2191<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $28,253.29 | Scheduled: | $22,337.27 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| | | | | |
|---|---|---|---|---|
| CARE SAFETY, LLC<br>2948 KRAFT DRIVE<br>NASHVILLE, TN 37204 | | Claim Number: 2403<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $19,769.97 | Scheduled: | $19,732.21 |

---

| | | | | |
|---|---|---|---|---|
| CAREER BUILDER, LLC<br>ATTN: GARRETT GERMON<br>13047 COLLECTION CENTER DR.<br>CHICAGO, IL 60693 | | Claim Number: 6871<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $37,550.95 | | |

---

| | | | | |
|---|---|---|---|---|
| CAREER CENTER INC<br>2184 MORRIS AVE<br>UNION, NJ 07083-5902 | | Claim Number: 5336<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | |
| UNSECURED | Claimed: | $35,568.00 | | |

---

| | | | | |
|---|---|---|---|---|
| CAREER CENTER INC<br>2184 MORRIS AVENUE<br>UNION, NJ 07083 | | Claim Number: 5337<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $33,984.13 | Scheduled: | $33,984.13 |

---

| | | | | |
|---|---|---|---|---|
| CAREERBUILDER, LLC.<br>200 N LASALLE ST, SUITE 1100<br>CHICAGO, IL 60601 | | Claim Number: 1995<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET (04/07/2010) | | |
| UNSECURED | Claimed: | $7,754.05 | Scheduled: | $45,305.02 |

---

| | | | | |
|---|---|---|---|---|
| CAREFUSION CORPORATION ET AL.<br>(ATTN: KEVIN BARRY)<br>3750 TORREY VIEW COURT<br>SAN DIEGO, CA 92130 | | Claim Number: 11771<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) | | |
| UNSECURED | Claimed: | $200,785.00 | | |

---

| | | | | |
|---|---|---|---|---|
| CAREW INTERNATIONAL INC<br>PO BOX 706149<br>CINCINNATI, OH 45270-6149 | | Claim Number: 5411<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $7,840.00 | Scheduled: | $7,840.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CARGILL (EXCEL CORPORATION)
3555 W ARROW ST
MARSHALL, MO 65340-9718

Claim Number: 12073
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,136.97 | Scheduled: | $9,545.97 |

CARIBE INDUSTRIAL SYSTEMS
PO BOX 60-980
BAYAMON, PR 00960

Claim Number: 10598-01
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET 5769 (03/11/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $538.90 | | |

CARIBE INDUSTRIAL SYSTEMS
PO BOX 60-980
BAYAMON, PR 00960

Claim Number: 10598-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: DOCKET 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $849.58 | Scheduled: | $1,388.48 |

CARIBE RECYCLING CORP
PMB 20 HC 01 BOX 29030
CAGUAS, PR 00725-8900

Claim Number: 7149
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,935.28 | Scheduled: | $5,935.28 |

CARITHERS WALLACE COURTENAY
PO BOX 116278
ATLANTA, GA 30368

Claim Number: 8586
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,018.82 | | |

CARITHERS-WALLACE-COURTENAY, LLC
AKA: C-W-C, LLC
4343 N.E. EXPRESSWAY
ATLANTA, GA 30340

Claim Number: 12396
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,018.82 | Scheduled: | $4,018.82 |

CARL ERIC JOHNSON INC
1725Q MACLEOD DRIVE
LAWRENCEVILLE, GA 30043

Claim Number: 5056
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,261.49 | Scheduled: | $2,201.83 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CARL R GEARY TRUCKING
334 LITTELL LAKE ROAD
TRACY CITY, TN 37387

Claim Number: 9503-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 5769 (03/11/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $293.43 | |

---

CARL R GEARY TRUCKING
334 LITTELL LAKE ROAD
TRACY CITY, TN 37387

Claim Number: 9503-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,882.47 | |

---

CARL R. GEARY TRUCKING
334 LITTELL LAKE RD
TRACY CITY, TN 37387

Claim Number: 12518
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $23,058.37 |
| UNSECURED | Claimed: | $9,175.90 |
| TOTAL | Claimed: | $9,175.90 |

---

CARL'S SHOE STORE
408 CUMBERLAND ST
CALDWELL, OH 43724

Claim Number: 3858
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,040.04 | Scheduled: | $995.94 |

---

CARL'S SHOES
408 CUMBERLAND ST.
CALDWELL, OH 43724

Claim Number: 1074
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,040.04 |

---

CARL. R. GEARY TRUCKING
ATTN: CARL ROBIN GEARY
334 LITTELL LAKE RD.
TRACY CITY, TN 37387

Claim Number: 13094
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $23,058.37 |
| UNSECURED | Claimed: | $9,175.90 |
| TOTAL | Claimed: | $9,175.90 |

---

CARLISLE, CARL
C/O JERRY JACKO
8000 MARYLAND AVENUE
CLAYTON, MO 63105

Claim Number: 11362
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| CARLONS FIRE EXTINGUISHER<br>PO BOX 4548<br>SALINAS, CA 93912 | | Claim Number: 4516-01<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) | | |
| UNSECURED | Claimed: | $4,657.25 | Scheduled: | $4,989.35 |
| CARLONS FIRE EXTINGUISHER<br>PO BOX 4548<br>SALINAS, CA 93912 | | Claim Number: 4516-02<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $91.05 | | |
| CARLSON, CRAIG A<br>34145 CANOE CT<br>BRIGHTON, IL 62012 | | Claim Number: 7986<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $250,000.00   UNLIQ | | |
| CARLSON, J G<br>11356 7TH STREET COURT S<br>LAKELAND, MN 55043 | | Claim Number: 5057<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | |
| UNSECURED | Claimed: | $2,997.00 | | |
| CARLTON & EDWARDS LUMBER CO LLC<br>ATTN: W D EDWARDS<br>PO BOX 458<br>SALUDA, VA 23149 | | Claim Number: 4027<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $1,602.10 | Scheduled: | $6,602.10  UNLIQ |
| CARLTON FIELDS, P.A.<br>P.O. BOX 3239<br>ATTN: HYWEL LEONARD<br>TAMPA, FL 33601-3239 | | Claim Number: 2255<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $120,643.96 | | |
| CARLTON FIELDS, P.A.<br>P.O. BOX 3239<br>ATTN: HYWEL LEONARD<br>TAMPA, FL 33601-3239 | | Claim Number: 3663<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $120,643.96 | Scheduled: | $120,643.96 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| CARLTON SCALE<br>120 LANDMARK DRIVE<br>GREENSBORO, NC 27409 | | Claim Number: 190<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13702<br>DOCKET: 3286 (12/18/2009) | | |
| UNSECURED | Claimed: | $7,978.80 | Scheduled: | $725.70 |
| CARLTON SCALE<br>120 LANDMARK DRIVE<br>GREENSBORO, NC 27409 | | Claim Number: 7244<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $8,873.30 | | |
| CARLTON SCALE<br>120 LANDMARK DRIVE<br>GREENSBORO, NC 27409 | | Claim Number: 13702<br>Claim Date: 12/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $8,873.30 | Scheduled: | $7,253.10 |
| CARLYLE PRINTERS<br>1555 DUBLIN AVE, UNIT 4<br>WINNIPEG, MB R3E 3M8<br>CANADA | | Claim Number: 7513<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $6,010.80 | Scheduled: | $5,170.78 |
| CARMICHAEL, JOE N<br>1317 RAINES<br>ARLINGTON, TX 76010 | | Claim Number: 6611<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| CARMICHAEL, JOHN<br>991 BONAVISTA PL.<br>VICTORIA, BC V9C 4K5<br>CANADA | | Claim Number: 8952<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>$1000.85 per year | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| CARMICHAEL, JOHN<br>991 BONAVISTA PLACE<br>VICTORIA, BC V9C 4K5<br>CANADA | | Claim Number: 12503<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| CAROLINA COMMONWEALTH<br>PO BOX 785<br>HENDERSON, NC 27536 | Claim Number: 7656<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED        Claimed: | $91,725.45 | | | |
| CAROLINA COMMONWEALTH FOREST PRODUCTS L.L.C.<br>PO BOX 785<br>HENDERSON, NC 27536 | Claim Number: 9797<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2205 (10/09/2009) | | | |
| ADMINISTRATIVE   Claimed: | $91,725.45 | | | |
| CAROLINA COMMUNICATIONS INC<br>207 EAST INDUSTRIAL PARK BLVD.<br>FLORENCE, SC 29505 | Claim Number: 12194<br>Claim Date: 09/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| PRIORITY         Claimed:<br>SECURED          Claimed: | $11,020.73<br>$0.00 | | | |
| CAROLINA ENVELOPE & PRINTING INC<br>PO BOX 1229<br>LEXINGTON, NC 27293 | Claim Number: 5871<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED        Claimed: | $2,601.57 | Scheduled: | $2,275.00 | |
| CAROLINA FIBRE CORP.<br>PO BOX 16727<br>GREENSBORO, NC 27406 | Claim Number: 6847<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | |
| UNSECURED        Claimed: | $64,124.00 | Scheduled: | $64,124.00 | |
| CAROLINA GRATING COMPANY<br>PO BOX 10726<br>ROCK HILL, SC 29731 | Claim Number: 6584<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED        Claimed: | $850.00 | Scheduled: | $850.00 | |
| CAROLINA HOSPITAL SYSTEM<br>PO BOX 100550<br>FLORENCE, SC 29501-0550 | Claim Number: 12064<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| ADMINISTRATIVE   Claimed:<br>UNSECURED        Claimed:<br>TOTAL            Claimed: | $74,888.24<br>$74,888.24<br>$74,888.24 | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CAROLINA INDUSRIAL SERVICES OF SUMTER INC<br>P O BOX 10<br>SUMTER, SC 29151 | Claim Number: 899<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $32,645.00 | Scheduled: | $32,645.00 |
|---|---|---|---|---|

| CAROLINA LIFT TRUCK SERVICE<br>P.O. BOX 13228<br>FLORENCE, SC 29505 | Claim Number: 3203<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $83,253.90 | | |
|---|---|---|---|---|

| CAROLINA LIFT TRUCK SERVICE INC<br>PO BOX 13228<br>FLORENCE, SC 29504 | Claim Number: 4256<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $83,253.90 | Scheduled: | $83,253.90 |
|---|---|---|---|---|

| CAROLINA NATIONAL TRANSPORTATION<br>950 HOUSTON NORTHCUT BLVD, STE 100<br>MOUNT PLEASANT, SC 29464 | Claim Number: 557<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $4,223.84 | | |
|---|---|---|---|---|

| CAROLINA NATIONAL TRANSPORTATION<br>950 HOUSTON NORTHCUT BLVD, STE 100<br>MOUNT PLEASANT, SC 29464 | Claim Number: 3695<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,223.84 | | |
|---|---|---|---|---|

| CAROLINA POWER & LIGHT COMPANY D/B/A<br>PROGRESS ENERGY CAROLINAS, INC.<br>ANNA B. OSTERHOUT, ESQ. - SMITH ANDERSON<br>PO BOX 2611<br>RALEIGH, NC 27602-2611 | Claim Number: 13553<br>Claim Date: 11/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8880 (01/06/2011) |
|---|---|

| UNSECURED | Claimed: | $34,547.67 | | |
|---|---|---|---|---|

| CAROLINA POWER & LIGHT COMPANY D/B/A<br>PROGRESS ENERGY CAROLINAS, INC.<br>ANNA B. OSTERHOUT, ESQ. - SMITH ANDERSON<br>PO BOX 2611<br>RALEIGH, NC 27602-2611 | Claim Number: 13554<br>Claim Date: 11/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8880 (01/06/2011) |
|---|---|

| UNSECURED | Claimed: | $5,850.28 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CAROLINA SUPPLY HOUSE INC<br>218 W SECOND LOOP ROAD<br>FLORENCE, SC 29505 | Claim Number: 4314<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $5,026.10 | Scheduled: | $5,146.76 |
|---|---|---|---|---|

| CAROLINA TELEPHONE AND TELEGRAPH CO.,LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 1507<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $1,696.44 |
|---|---|---|

| CAROLINA TRACTOR & EQUIPMENT COMPANY DBA LIFTONE<br>PO BOX 1095<br>ATTN: JAMES NHAN - CREDIT DEPT<br>CHARLOTTE, NC 28201 | Claim Number: 12355<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $13,578.82 |
|---|---|---|

| CAROLINA TRACTOR & EQUIPMENT COMPANY DBA LIFTONE<br>PO BOX 1095<br>ATTN: JAMES NHAN - CREDIT DEPT<br>CHARLOTTE, NC 28201 | Claim Number: 12504<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $13,578.82 |
|---|---|---|

| CAROLINA WOOD PRODUCTS CO<br>PO BOX 523<br>MARSHVILLE, NC 28103 | Claim Number: 4438<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $6,419.08 | Scheduled: | $6,419.08 |
|---|---|---|---|---|

| CAROPLAST INC<br>PO BOX 668405<br>CHARLOTTE, NC 28266 | Claim Number: 6446<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $556.67 | Scheduled: | $636.67 |
|---|---|---|---|---|

| CAROPLAST, INC.<br>ATTN: PAULA JONES<br>PO BOX 668405<br>CHARLOTTE, NC 28266 | Claim Number: 8360<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $556.67 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CARR, ELIZABETH<br>6420 OXFORD AVE<br>2ND FLOOR<br>PHILADELPHIA, PA 19111 | Claim Number: 7674<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

| CARRAWAY GLASS CO INC<br>500 CITY POINT ROAD<br>HOPEWELL, VA 23860 | Claim Number: 3775<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $534.55 | Scheduled: | $534.55 |
|---|---|---|---|---|

| CARRIER CREDIT SERVICES INC<br>4758 W COMMERCIAL BLVD<br>FORT LAUDERDALE, FL 33319-2877 | Claim Number: 9258<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $2,350.00 | | |
|---|---|---|---|---|

| CARRIER CREDIT SERVICES INC<br>4758 W COMMERCIAL BLVD<br>ATTN: FRANK GOMEZ, CCS COLLECTION MNGR<br>FORT LAUDERDALE, FL 33319-2877 | Claim Number: 9259<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,350.00 | Scheduled: | $1,650.00 |
|---|---|---|---|---|

| CARRIER, JEAN-JAQUES<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS & SOLLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 13028<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $1,638.60 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $628,713.61 | Scheduled: | $445,043.28 |

| CARROLL, JOHN D.<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10724<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $27,500.00 | | |
|---|---|---|---|---|

| CARROLL, JOHN M.<br>703 HEATHERY LANE<br>NAPLES, FL 34108 | Claim Number: 11027<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $30,853.42 | Scheduled: | $30,853.42 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CARROLL, JOHN M.<br>703 HEATHERY LANE<br>NAPLES, FL 34108 | Claim Number: 11028<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $45,233.19 | Scheduled: | $45,233.19 |
|---|---|---|---|---|

| CARROLL, RICHARD<br>C/O MARK RUBIN<br>3413 WHITE PLAINS ROAD<br>BRONX, NY 10467 | Claim Number: 5341<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8391 (08/16/2010) |
|---|---|

| UNSECURED | Claimed: | $10,100,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| CARROLL, RICHARD AND BERNICE<br>C/O MARK RUBIN<br>3413 WHITE PLAINS RD.<br>BRONX, NY 10467 | Claim Number: 5342<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $10,100,000.00 |
|---|---|---|

| CARROLL, WOODIE A JR<br>119 GUM TREE LANE<br>BREWTON, AL 36426 | Claim Number: 12076<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| CARROTT, NORMA L<br>1524 CEDAR STREET<br>ALEXANDRIA, MN 56308 | Claim Number: 5209<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|

| CARTER CHAMBERS<br>PO BOX 62848<br>NEW ORLEANS, LA 70162-2848 | Claim Number: 7352<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,766.00 | Scheduled: | $1,575.56 |
|---|---|---|---|---|

| CARTER MACHINERY CO INC<br>PO BOX 751053<br>CHARLOTTE, NC 28275 | Claim Number: 5674-01<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $9,242.11 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CARTER MACHINERY CO INC
PO BOX 751053
CHARLOTTE, NC 28275

Claim Number: 5674-02
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $95,517.62 | Scheduled: | $83,824.92 |
|---|---|---|---|---|

---

CARTER, CARSON O
8238 LONG POINT ROAD
BALTIMORE, MD 21222

Claim Number: 8096
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00  UNDET |
|---|---|---|

---

CARTER, CINDY J
6901 PLEASANT VALLEY ROAD
CAMDEN, OH 45311

Claim Number: 11223
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

CARTER, LOUISE HARGROVE
1112 CHANDLER RD
RUSTON, LA 71270

Claim Number: 10403
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

CARTER, PAMELA SUE
P.O. BOX 1457
WEST POINT, VA 23181

Claim Number: 11034
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

CARTER, PATRICIA
8244 GREENBUSH RD
SOMERVILLE, OH 45064

Claim Number: 9612
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

CARTER, SAMUEL J.
212 ROME RD
JONESBORO, LA 71251

Claim Number: 10404
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CARTER, STEVEN WAYNE<br>C/O GREGORY A. CADE<br>ENVIRONMENTAL LITIGATION GROUP P.C.<br>3529 7TH AVE. SOUTH<br>BIRMINGHAM, AL 35222 | Claim Number: 11529<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|
| UNSECURED            Claimed: | $41,000.00 |

| CARTER, TIM P<br>6901 PLEASANT VALLEY RD<br>CAMDEN, OH 45311 | Claim Number: 11224<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNDET |

| CARTER, TRAVIS JAMES<br>1927 S 14TH ST<br>FERNANDINA BEACH, FL 32034-3035 | Claim Number: 12511<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED            Claimed: | $1,215.00 |

| CARTER, WILLIAM L<br>2835 PLEASANT GROVE RD<br>MOSCOW, TN 38057 | Claim Number: 7980<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNDET |

| CARTON CRAFT CORP<br>2549 CHARLESTOWN RD.<br>NEW ALBANY, IN 47150-2575 | Claim Number: 10085-01<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010) |
|---|---|
| ADMINISTRATIVE       Claimed:<br>UNSECURED | $4,839.30<br>Scheduled:            $14,728.00 |

| CARTON CRAFT CORP<br>2549 CHARLESTOWN RD.<br>NEW ALBANY, IN 47150-2575 | Claim Number: 10085-02<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|
| UNSECURED            Claimed: | $8,027.55 |

| CARTON CRAFT SUPPLY, INC.<br>210 CURIE DRIVE<br>ALPHARETTA, GA 30005 | Claim Number: 572<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|
| UNSECURED            Claimed: | $13,448.73            Scheduled:            $13,376.83 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CARTON SERVICE CO CORP
1145 ANDOVER PARK W # C
TUKWILA, WA 98188-3910

Claim Number: 4523
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $3,215.50 | | $3,215.50 |

---

CARTON UNIPACK INC.
1375 RUE BROUILLETTE
C.P. 134
ST. HYACINTHE, QC J2S 7BA
CANADA

Claim Number: 8253
Claim Date: 07/09/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $29,094.59 |

---

CARTWRIGHT INTERNATIONAL VAN LINES, INC.
11901 CARTWRIGHT AVENUE
ATTN: MIKE HITE
GRANDVIEW, MO 64030

Claim Number: 100
Claim Date: 02/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $2,436.00 |

---

CARVER JR, DONALD E
50 WINCHESTER LANE
BREWTON, AL 36426

Claim Number: 7985
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 5732 (03/10/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $11,606.47 |

---

CARVER PUMP COMPANY
2415 PARK AVENUE
MUSCATINE, IA 52761

Claim Number: 8440
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $0.00 | | |
| UNSECURED | | $1,762.18 | | $934.85 |

---

CARVER PUMP COMPANY
2415 PARK AVE
ATTN: BUAD ULF16
MUSCATINE, IA 52761

Claim Number: 12367
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $1,762.18 |

---

CASA LIMPIA LLC
1417 SADLER ROAD #108
FERNANDINA BEACH, FL 32034

Claim Number: 12238
Claim Date: 09/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $1,444.50 | | $1,444.50 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CASCADE FIRE EQUIPMENT
PO BOX 4248
MEDFORD, OR 97501

Claim Number: 162
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7555 (05/10/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $1,245.58 | | $1,245.58 |

---

CASCO INC
C/O CORN PRODUCTS INTERNATIONAL, INC.
5 WESTBROOK CORPORATE CENTER
ATTN: RICHARD A. DUDA, ESQ.
WESTCHESTER, IL 60154

Claim Number: 13043
Claim Date: 08/28/2009
Debtor: SMURFIT-MBI

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $644,385.20 | | $941,957.78  UNLIQ |

---

CASCO INC
C/O CORN PRODUCTS INTERNATIONAL, INC.
5 WESTBROOK CORPORATE CENTER
ATTN: RICHARD A. DUDA, ESQ.
WESTCHESTER, IL 60154

Claim Number: 13054
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $70,179.88 | | $160,006.29 |

---

CASCO USA
370 MEADOWLANDS BLVD
WASHINGTON, PA 15301

Claim Number: 5776
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $1,296.75 | | $1,296.75 |

---

CASCO USA
370 MEADOWLANDS BOULEVARD
WASHINGTON, PA 15301

Claim Number: 5873-01
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $435.75 |

---

CASCO USA
370 MEADOWLANDS BOULEVARD
WASHINGTON, PA 15301

Claim Number: 5873-02
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 2205 (10/09/2009)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $1,108.20 |

---

CASE ELECTRICAL CONSULTING
2451 HARRISON POINT DR.
CHARLES CITY, VA 23030

Claim Number: 1322
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $40,360.00 | | $40,364.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CASE, MARY M
207 MILFORD RD
FRENCHTOWN, NJ 08825

Claim Number: 5312
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

CASH, ROBERT C
17860 EGGLESTETTON RD
AMELIA, VA 23002

Claim Number: 7218
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

CASHCO INC
PO BOX 414949
KANSAS CITY, MO 64141-4949

Claim Number: 4529
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $682.64 | Scheduled: | $682.64 |
|---|---|---|---|---|

---

CASKEY, JAMES DAVID
279 ED PEEVY RD
JONESBORO, LA 71251

Claim Number: 10139
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

CASKEY, MARGARET M
649 SPRUCE ST.
GLENVIEW, IL 60025

Claim Number: 10435
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

CASMALIA RESOURCES SITE STEERING
COMMITTEE - C/O MILISSA MURRAY, ESQ.
BINGHAM MCCUTCHEN LLP
2020 K STREET, NW
WASHINGTON, DC 20006

Claim Number: 13555
Claim Date: 11/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8917 (02/01/2011)

| UNSECURED | Claimed: | $271,900,000.00   UNLIQ |
|---|---|---|

---

CASMALIA RESOURCES SITE STEERING
COMMITTEE - C/O MILISSA MURRAY, ESQ.
BINGHAM MCCUTCHEN LLP
2020 K STREET, NW
WASHINGTON, DC 20006

Claim Number: 13556
Claim Date: 11/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 8917 (02/01/2011)

| UNSECURED | Claimed: | $271,900,000.00   UNLIQ |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CASON SR, WILLIAM<br>491 BICENTENNIAL TRAIL<br>ROCK SPRING, GA 30739 | Claim Number: 6545<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| CASS INFORMATION SYSTEMS, INC.<br>13001 HOLLENBERG<br>BRIDGETON, MO 63044 | Claim Number: 3475<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $271.41 |

| CASTLE, CHARLES E.<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10701<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $87,794.47 |

| CASWELL, MARVIN C., SR.<br>816 MONTCLAIR RD<br>LEESBURG, FL 34748 | Claim Number: 14139<br>Claim Date: 08/16/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9246 (06/26/2012) |
|---|---|

| PRIORITY | Claimed: | $40,000.00 |

| CATALYST PAPER (SNOWFLAKE) INC.<br>C/O CATALYST PAPER CORPORATION<br>ATTN: CORPORATE SECRETARY<br>3600 LYSANDER LANE, SECOND FLOOR<br>RICHMOND, BC V7B 1C3<br>CANADA | Claim Number: 13753<br>Claim Date: 01/14/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9221 (04/18/2012) |
|---|---|

| UNSECURED | Claimed: | $898,014.78   UNLIQ |

| CATALYST PAPER CORPORATION<br>2 PARK PLZ STE 400<br>IRVINE, CA 92614-8514 | Claim Number: 11387<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $127,405.78 | Scheduled: | $87,294.61 |

| CATALYST PAPER CORPORATION<br>2 PARK PLZ STE 400<br>IRVINE, CA 92614-8514 | Claim Number: 11388<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $331,484.84 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| CATALYST PAPER CORPORATION<br>SCOTT E. BLAKELEY<br>BLAKELEY & BLAKELEY LLP<br>4685 MACARTHUR COURT, SUITE 421<br>NEWPORT BEACH, CA 92660 | | Claim Number: 11389<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9205 (03/15/2012) | | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,012,000.00 | | |
| UNSECURED | Claimed: | $4,691.25 | | |

---

| | | | | |
|---|---|---|---|---|
| CATCORP LOGISTICS<br>PO BOX 683<br>LEMONT, IL 60439 | | Claim Number: 11218<br>Claim Date: 08/27/2009<br>Debtor: CAMEO CONTAINER CORPORATION | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,232.00 | Scheduled: | $8,232.00 |

---

| | | | | |
|---|---|---|---|---|
| CATER, TOM H.<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10708<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $159,355.59 | | |

---

| | | | | |
|---|---|---|---|---|
| CATERPILLAR FINANCIAL SERVICES CORP.<br>PETER J. DUHIG, ESQUIRE<br>BUCHANAN, INGERSOLL & ROONEY, P.C.<br>THE BRANDYWINE BLDG., 1000 WEST ST,14 FL<br>WILMINGTON, DE 19801-1054 | | Claim Number: 10083<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $4,934,680.03 | | |

---

| | | | | |
|---|---|---|---|---|
| CATERPILLAR FINANCIAL SERVICES CORP.<br>PETER J. DUHIG, ESQUIRE<br>BUCHANAN, INGERSOLL & ROONEY, P.C.<br>THE BRANDYWINE BLDG., 1000 WEST ST,14 FL<br>WILMINGTON, DE 19801-1054 | | Claim Number: 10084<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7432 (05/04/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $198,034.26 | Scheduled: | $277,990.13 |

---

| | | | | |
|---|---|---|---|---|
| CATERPILLAR FINANCIAL SERVICES LIMITED<br>ATTN: MICHAEL SEGATTI<br>600-5575 NORTH SERVICE ROAD<br>BURLINGTON, ON L7L 6M1<br>CANADA | | Claim Number: 13026<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $513,353.16 | Scheduled: | $10,677.84 |

---

| | | | | |
|---|---|---|---|---|
| CATES, MARTIN E<br>2016 SALINE AVE<br>ELDORADO, IL 62930-1841 | | Claim Number: 5777<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| CATEY CONTROLS INC<br>PO BOX 7496<br>MISSOULA, MT 59807 | | Claim Number: 13636<br>Claim Date: 11/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $1,518.84 | | |
| CATHEY, BOB<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10972<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) | | |
| UNSECURED | Claimed: | $50,000.00 | | |
| CATONS PLUMBING HEATING & COOLING<br>1667 KNECHT AVE - SUITE J<br>BALTIMORE, MD 21227 | | Claim Number: 2947<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $1,243.56 | Scheduled: | $1,607.09 |
| CATTARAUGUS CONTAINERS INC<br>21-23 ELM STREET<br>FRANKLINVILLE, NY 14737-0714 | | Claim Number: 3632<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $25,335.61 | Scheduled: | $25,195.19 |
| CATTRON THEIMEG INC<br>PO BOX 200477<br>PITTSBURGH, PA 15251-0477 | | Claim Number: 6571<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) | | |
| UNSECURED | Claimed: | $657.46 | Scheduled: | $1,727.46 |
| CAUGHLIN, THOMAS LYNN<br>3027 WALKER RD<br>JONESBORO, LA 71251 | | Claim Number: 10140<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| CAUSEY, DWAIN<br>9109 HWY. 4<br>CASTER, LA 71016 | | Claim Number: 10141<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CAVALRY LOGISTICS LLC
COFACE NORTH AMERICA, INC.
PO BOX 2102
CRANBURY, NJ 08512

Claim Number: 10855
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
Amends claim 1341

| UNSECURED | Claimed: | $39,727.28 | | |

---

CAVALRY LOGISTICS, LLC
COFACE NORTH AMERICA, INC.
PO BOX 2102
CRANBURY, NJ 08512

Claim Number: 1341
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $69,727.38 | | |

---

CAWBY, ERNEST B
110 CAMELLIS CIR
FLOMATON, AL 36441-5490

Claim Number: 8108
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $3,519.60 | | |

---

CB MURPHY LAWN SERVICE
1417 SADLER ROAD, #341
FERNANDINA BEACH, FL 32034

Claim Number: 10509
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6353 (03/29/2010)

| UNSECURED | Claimed: | $51,734.26 | Scheduled: | $51,734.26 |

---

CBP MACHINE SHOP
508 W GILLIAM STREET
COVINGTON, VA 24426

Claim Number: 4110
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $4,280.75 | Scheduled: | $4,161.00 |

---

CBP MACHINE SHOP
508 W GILLIAM STREET
COVINGTON, VA 24426

Claim Number: 4111
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLE DUPLICATE OF 4110
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $4,280.75 | | |

---

CBS PERSONNEL SERVICES
LOCATION 00464
CINCINNATI, OH 45264-0464

Claim Number: 5087
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $172,601.73 | Scheduled: | $181,938.62 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CBSC CAPITAL INC.<br>1235 NORTH SERVICE ROAD<br>SUITE 100<br>ATTN: JACQUELINE PERRON<br>OAKVILLE, ON L6M 2W2<br>CANADA | Claim Number: 12931<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $731.97 | Scheduled: | $311.76 |

| CC DICKSON CO<br>PO BOX 13501<br>ATTN: CINDI EVANS<br>ROCK HILL, SC 29731 | Claim Number: 4237<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $60.28 | Scheduled: | $60.28 |

| CC LYNCH & ASSOCIATES INC<br>PO BOX 836<br>PASS CHRISTIAN, MS 39571 | Claim Number: 4939<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,587.68 | Scheduled: | $2,587.68 |

| CC WAGNER & COMPANY<br>6401 ARCHER ROAD<br>ARGO, IL 60501 | Claim Number: 4432<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $981.00 | Scheduled: | $981.00 |

| CCA FINANCIAL<br>7275 GLEN FOREST DRIVE<br>SUITE 100<br>RICHMOND, VA 23226 | Claim Number: 9101<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8673 (10/19/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $60,000.00 | Scheduled: | $111,422.70 |

| CCM WELDING INC<br>895 MOE DRIVE STE D8<br>AKRON, OH 44310 | Claim Number: 7978<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,615.00 | Scheduled: | $3,615.00 |

| CD A METALS<br>PO BOX 2610<br>SPOKANE, WA 99220-2610 | Claim Number: 4863<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $16,953.88 | Scheduled: | $24,091.32 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| CDI<br>1344 BEECH STREET<br>LOUISVILLE, KY 40211 | | Claim Number: 5757<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $751.58 | | |
| CDL PROPERTIES, LLC<br>C/O M. CRAIG SMITH<br>MILLER & MARTIN PLLC - VOLUNTEER BLDG<br>832 GEORGIA AVENUE, SUITE 1000<br>CHATTANOOGA, TN 37402 | | Claim Number: 9413<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
| ADMINISTRATIVE | Claimed: | $62,130.48 | | |
| CDL RECYCLE<br>7201 E MARGINAL WAY S<br>SEATTLE, WA 98108-3511 | | Claim Number: 4995<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $247.00 | Scheduled: | $149.00 |
| CDL RECYCLE, LLC<br>ATTN: SALLY EBLE<br>7201 E. MARGINAL WAY S.<br>SEATTLE, WA 78108 | | Claim Number: 8394<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $247.00 | | |
| CDS CONSTRUCTION & DESIGN SERVICES LTD.<br>ATTN: H. MACNEIL<br>501 BROCK ST. SOUTH<br>WHITBY, ON L1N 4K8<br>CANADA | | Claim Number: 12657<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-MBI | | |
| PRIORITY<br>UNSECURED | Claimed: | $4,273.14 | Scheduled: | $4,273.14 |
| CDW CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 1663<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $1,371.82<br>$1,264.87 | Scheduled: | $10,953.96 |
| CDW CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 1666<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010) | | |
| UNSECURED | Claimed: | $10,479.58 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| CDW CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 1822<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $822.37 | | |

---

| | | | | |
|---|---|---|---|---|
| CE PRINT SOLUTIONS, INC,<br>PO BOX 1229<br>LEXINGTON, NC 27293-1229 | | Claim Number: 3597<br>Claim Date: 06/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $2,601.57 | | |

---

| | | | | |
|---|---|---|---|---|
| CEDAR BAY GENERATING COMPANY<br>LIMITED PARTNERSHIP<br>PO BOX 26324<br>ATTN: CHIEF FINANCIAL OFFICER<br>JACKSONVILLE, FL 32226 | | Claim Number: 11059<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET 4115 (01/13/2010) | | |
| SECURED | Claimed: | $2,724,682.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| CEDAR GROVE OF NOTTOWAY LLC<br>301 49TH STREET<br>VIRGINIA BEACH, VA 23451-2415 | | Claim Number: 4966<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $1,640.16 | Scheduled: | $6,640.16 |

---

| | | | | |
|---|---|---|---|---|
| CELESCO TRANSDUCERS INC<br>20630 PLUMMER STREET<br>CHATSWORTH, CA 91311 | | Claim Number: 6777<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 2760 (11/16/2009) | | |
| UNSECURED | Claimed: | $1,135.11 | | |

---

| | | | | |
|---|---|---|---|---|
| CELESCO TRANSDUCERS INC<br>ATTN: JESSICA BELL<br>20630 PLUMMER ST<br>CHATSWORTH, CA 91311 | | Claim Number: 12531<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $1,135.11 | Scheduled: | $1,135.11 |

---

| | | | | |
|---|---|---|---|---|
| CELL PAK<br>850 UNION AVENUE<br>BRIDGEPORT, CT 06607 | | Claim Number: 189<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $34,990.42 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CELL PAK<br>850 UNION AVENUE<br>BRIDGEPORT, CT 06607 | Claim Number: 1648<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35,188.42 | Scheduled: | $35,328.78 |

| CELLWOOD MACHINERY AB<br>STORGATAN 53<br> 999 99<br>SWEDEN | Claim Number: 7952<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,235.00 | Scheduled: | $15,235.00 |

| CELPLAST PACKAGING<br>67 COMMANDER BOULEVARD UNIT # 4<br>ATTN: JULIE RAMHARAKH<br>TORONTO, ON M1S 3M7<br>CANADA | Claim Number: 13044<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | |
|---|---|---|
| PRIORITY | Claimed: | $45,922.48 |

| CEM SERVICES, INC.<br>281 SANDER SPUR RD.<br>SLOCOMB, AL 36375 | Claim Number: 3229<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $28,448.59 | Scheduled: | $13,184.70 |

| CENCAL RECYCLING<br>501 PORT ROAD 22<br>STOCKTON, CA 95203-2909 | Claim Number: 5763<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7652 (05/18/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $17,726.50 |

| CENTENNIAL AIR CONDITIONING<br>1822 S BANNOCK<br>DENVER, CO 80223 | Claim Number: 12203<br>Claim Date: 09/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,021.25 | Scheduled: | $2,021.25 |

| CENTERPOINT ENERGY<br>LINDA F. HULSEY, CREDIT MANAGER<br>P.O. BOX 1700<br>HOUSTON, TX 77251 | Claim Number: 817<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $29,503.55 | Scheduled: | $13,760.52 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CENTERPOINT ENERGY<br>LINDA F. HULSEY, CREDIT MANAGER<br>P.O. BOX 1700<br>HOUSTON, TX 77251 | Claim Number: 818<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $52,465.59 | | |

| CENTERS TECH SERVICES INC<br>3852 SHAKER ROAD<br>FRANKLIN, OH 45005 | Claim Number: 5264<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,645.60 | Scheduled: | $8,645.60 |

| CENTIMARK CORP<br>PO BOX 360093<br>PITTSBURGH, PA 15251-6093 | Claim Number: 6097<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7516 (05/07/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $21,034.17 | Scheduled: | $23,155.47 |

| CENTRA GAS MANITOBA INC<br>MANITOBA HYDRO PLACE<br>PO BOX 815, STATION MAIN<br>CREDIT & RECOVERY SVCS/ ARLIE PELLETIER<br>WINNIPEG, MB R3C-3P2<br>CANADA | Claim Number: 8790<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $111,887.04 | | |

| CENTRACARE CLINIC<br>1200 6TH AVE NO<br>SAINT CLOUD, MN 56303 | Claim Number: 5811<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $344.25 | Scheduled: | $225.75 |

| CENTRAL CALIFORNIA SILAGE COVERING<br>4695 MCSWAIN ROAD<br>MERCED, CA 95341 | Claim Number: 7849<br>Claim Date: 08/14/2009<br>Debtor: CALPINE CORRUGATED, LLC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,985.36 | Scheduled: | $5,985.36 |

| CENTRAL CARTING DISPOSAL INC.<br>20719 HIGHWAY 301<br>DADE CITY, FL 33523 | Claim Number: 2309<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5047 (02/16/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $671.16 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CENTRAL CLEANING CONTRACTORS LIMITED<br>315 POLSON AVENUE<br>ATTN: DAVID JOHNSON OR PETRA JOHNSON<br>WINNIPEG, MB R2W 0N2<br>CANADA | Claim Number: 12507<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $9,865.25 | |

| CENTRAL CLEANING CONTRACTORS LTD<br>315 POLSON AVENUE<br>WINNIPEG, MB R2W 0N2<br>CANADA | Claim Number: 9031<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| PRIORITY | Claimed: | $8,822.75 | |
| UNSECURED | Claimed: | $1,042.50 | Scheduled: $9,865.25 |

| CENTRAL CLEANING CONTRACTORS LTD.<br>315 POLSON AVENUE<br>WINNIPEG, MB R2W 0N2<br>CANADA | Claim Number: 1405<br>Claim Date: 03/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

| CENTRAL CLEANING CONTRACTORS LTD.<br>315 POLSON AVENUE<br>WINNIPEG, MB R2W 0N2<br>CANADA | Claim Number: 12625<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>11,931.54 IN CANADIAN | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |

| CENTRAL CONSTRUCTION CORP<br>PO BOX 8337<br>SOUTHPORT, FL 32409 | Claim Number: 3963<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $34,645.00 | Scheduled: $34,645.00 |

| CENTRAL CONSTRUCTION CORPORATION<br>P.O. BOX 8337<br>SOUTHPORT, FL 32409 | Claim Number: 238<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $34,345.00 | |

| CENTRAL CONTAINER CORP<br>3901 85TH AVE N<br>MINNEAPOLIS, MN 55443-1907 | Claim Number: 9360<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,816.57 | Scheduled: $5,816.57 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CENTRAL FREIGHT LINES, INC.<br>P.O. BOX 2638<br>WACO, TX 76702-2638 | Claim Number: 47<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $2,763.59 | | |
|---|---|---|---|---|

| CENTRAL INDUSTRIAL SHEET<br>1615 W 9TH ST<br>KANSAS CITY, MO 64101-1192 | Claim Number: 4116<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $10,950.00 | | |
|---|---|---|---|---|

| CENTRAL INDUSTRIAL SUPPLY<br>PO BOX 1339<br>WINNFIELD, LA 71483 | Claim Number: 7252<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $895.38 | Scheduled: | $895.38 |
|---|---|---|---|---|

| CENTRAL KENTUCKY FIBER<br>PO BOX 22251<br>LEXINGTON, KY 40522-2251 | Claim Number: 6566<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $7,059.15 | Scheduled: | $7,059.00 |
|---|---|---|---|---|

| CENTRAL MIDLAND RAILWAY<br>PO BOX 1277<br>LAKEVILLE, MN 55044-1277 | Claim Number: 4782<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $7,980.00 |
|---|---|---|---|---|

| CENTRAL OREGON BEVERAGE RECYCLERS, LLC<br>135 N. CLEVELAND STREET<br>EUGENE, OR 97402 | Claim Number: 2429<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $10,659.10 | Scheduled: | $9,052.90 |
|---|---|---|---|---|

| CENTRAL PENN TRUCKING<br>PO BOX 64861<br>BALTIMORE, MD 21264-4861 | Claim Number: 9093<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $18,824.70 | Scheduled: | $17,109.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CENTRAL SHEET METAL CO INC<br>925 S MARR RD<br>COLUMBUS, IN 47201 | Claim Number: 4356<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,754.00 | Scheduled: | $2,754.00 |
|---|---|---|---|---|

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9363<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|

| UNSECURED | Claimed: | $1,569,422.14 |
|---|---|---|

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9364<br>Claim Date: 08/21/2009<br>Debtor: SLP FINANCE I, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|

| UNSECURED | Claimed: | $1,569,422.14 |
|---|---|---|

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9365<br>Claim Date: 08/21/2009<br>Debtor: SLP FINANCE II, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|

| UNSECURED | Claimed: | $1,569,422.14 |
|---|---|---|

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9366<br>Claim Date: 08/21/2009<br>Debtor: SMBI INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|

| UNSECURED | Claimed: | $1,569,422.14 |
|---|---|---|

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9367<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|

| UNSECURED | Claimed: | $1,569,422.14 |
|---|---|---|

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9368<br>Claim Date: 08/21/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|

| UNSECURED | Claimed: | $1,569,422.14 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9369<br>Claim Date: 08/21/2009<br>Debtor: 3083527 NOVA SCOTIA COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED            Claimed: | $1,569,422.14 |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9370<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED            Claimed: | $1,569,422.14 |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9371<br>Claim Date: 08/21/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED            Claimed: | $1,569,422.14 |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9377<br>Claim Date: 08/21/2009<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED            Claimed: | $3,632,243.95    CONT |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9378<br>Claim Date: 08/21/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED            Claimed: | $3,632,243.95    CONT |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9379<br>Claim Date: 08/21/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED            Claimed: | $3,632,243.95    CONT |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9380<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED            Claimed: | $3,632,243.95    CONT |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9381<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |

UNSECURED            Claimed:            $3,632,243.95    CONT

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9382<br>Claim Date: 08/21/2009<br>Debtor: SLP FINANCE I, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |

UNSECURED            Claimed:            $3,632,243.95    CONT

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9383<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |

UNSECURED            Claimed:            $3,632,243.95    CONT

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9384<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |

UNSECURED            Claimed:            $3,632,243.95    CONT

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9385<br>Claim Date: 08/21/2009<br>Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |

UNSECURED            Claimed:            $3,632,243.95    CONT

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9386<br>Claim Date: 08/21/2009<br>Debtor: STONE GLOBAL, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |

UNSECURED            Claimed:            $3,632,243.95    CONT

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9387<br>Claim Date: 08/21/2009<br>Debtor: STONE INTERNATIONAL SERVICES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |

UNSECURED            Claimed:            $3,632,243.95    CONT

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 9388 Claim Date: 08/21/2009 Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED          Claimed: | $3,632,243.95    CONT |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 9389 Claim Date: 08/21/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED          Claimed: | $1,569,422.14 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 9390 Claim Date: 08/21/2009 Debtor: FRANCOBEC COMPANY Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED          Claimed: | $1,569,422.14 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 9391 Claim Date: 08/21/2009 Debtor: 605681 N.B. INC. Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED          Claimed: | $1,569,422.14 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 9392 Claim Date: 08/21/2009 Debtor: SPECIALTY CONTAINERS INC. Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED          Claimed: | $1,569,422.14 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 9393 Claim Date: 08/21/2009 Debtor: SLP FINANCE GENERAL PARTNERSHIP Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED          Claimed: | $1,569,422.14 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 9394 Claim Date: 08/21/2009 Debtor: 639647 BRITISH COLUMBIA LTD. Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED          Claimed: | $1,569,422.14 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9395<br>Claim Date: 08/21/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED          Claimed: | $1,569,422.14 |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9396<br>Claim Date: 08/21/2009<br>Debtor: FRANCOBEC COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED          Claimed: | $3,632,243.95   CONT |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9397<br>Claim Date: 08/21/2009<br>Debtor: SLP FINANCE GENERAL PARTNERSHIP<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED          Claimed: | $3,632,243.95   CONT |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9398<br>Claim Date: 08/21/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED          Claimed: | $3,632,243.95   CONT |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9399<br>Claim Date: 08/21/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED          Claimed: | $3,632,243.95   CONT |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9400<br>Claim Date: 08/21/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED          Claimed: | $3,632,243.95   CONT |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9401<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED          Claimed: | $3,632,243.95   CONT |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9402<br>Claim Date: 08/21/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|

| UNSECURED | Claimed: | $3,632,243.95   CONT |
|---|---|---|

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9403<br>Claim Date: 08/21/2009<br>Debtor: 3083527 NOVA SCOTIA COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|

| UNSECURED | Claimed: | $3,632,243.95   CONT |
|---|---|---|

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9404<br>Claim Date: 08/21/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|

| UNSECURED | Claimed: | $3,632,243.95   CONT |
|---|---|---|

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9405<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|

| UNSECURED | Claimed: | $3,632,243.95   CONT |
|---|---|---|

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9406<br>Claim Date: 08/21/2009<br>Debtor: SMBI INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|

| UNSECURED | Claimed: | $3,632,243.95   CONT |
|---|---|---|

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9407<br>Claim Date: 08/21/2009<br>Debtor: SLP FINANCE II, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|

| UNSECURED | Claimed: | $3,632,243.95   CONT |
|---|---|---|

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9427<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|

| UNSECURED | Claimed: | $1,569,422.14 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CENTRAL STATES, SOUTHEAST AND SOUTHWEST
AREAS PENSION FUND
ATTN: PETER PRIEDE
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018

Claim Number: 9428
Claim Date: 08/21/2009
Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.
Comments: WITHDRAWN
DOCKET: 9223 (04/20/2012)

| UNSECURED | Claimed: | $1,569,422.14 |
|---|---|---|

---

CENTRAL STATES, SOUTHEAST AND SOUTHWEST
AREAS PENSION FUND
ATTN: PETER PRIEDE
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018

Claim Number: 9429
Claim Date: 08/21/2009
Debtor: STONE GLOBAL, INC.
Comments: WITHDRAWN
DOCKET: 9223 (04/20/2012)

| UNSECURED | Claimed: | $1,569,422.14 |
|---|---|---|

---

CENTRAL STATES, SOUTHEAST AND SOUTHWEST
AREAS PENSION FUND
ATTN: PETER PRIEDE
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018

Claim Number: 9430
Claim Date: 08/21/2009
Debtor: STONE INTERNATIONAL SERVICES CORPORATION
Comments: WITHDRAWN
DOCKET: 9223 (04/20/2012)

| UNSECURED | Claimed: | $1,569,422.14 |
|---|---|---|

---

CENTRAL STATES, SOUTHEAST AND SOUTHWEST
AREAS PENSION FUND
ATTN: PETER PRIEDE
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018

Claim Number: 9431
Claim Date: 08/21/2009
Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY
Comments: WITHDRAWN
DOCKET: 9223 (04/20/2012)

| UNSECURED | Claimed: | $1,569,422.14 |
|---|---|---|

---

CENTRAL STATES, SOUTHEAST AND SOUTHWEST
AREAS PENSION FUND
ATTN: PETER PRIEDE
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018

Claim Number: 9432
Claim Date: 08/21/2009
Debtor: LOT 24D REDEVELOPMENT CORPORATION
Comments: WITHDRAWN
DOCKET: 9223 (04/20/2012)

| UNSECURED | Claimed: | $1,569,422.14 |
|---|---|---|

---

CENTRAL STATES, SOUTHEAST AND SOUTHWEST
AREAS PENSION FUND
ATTN: PETER PRIEDE
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018

Claim Number: 9433
Claim Date: 08/21/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 9223 (04/20/2012)

| UNSECURED | Claimed: | $1,569,422.14 |
|---|---|---|

---

CENTRAL STATES, SOUTHEAST AND SOUTHWEST
AREAS PENSION FUND
ATTN: PETER PRIEDE
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018

Claim Number: 9434
Claim Date: 08/21/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: WITHDRAWN
DOCKET: 9223 (04/20/2012)

| UNSECURED | Claimed: | $1,569,422.14 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 9435 Claim Date: 08/21/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: POSSIBLY AMENDED BY 13906 DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,569,422.14 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 9456 Claim Date: 08/21/2009 Debtor: 605681 N.B. INC. Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $3,632,243.95   CONT |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 12720 Claim Date: 08/21/2009 Debtor: SLP FINANCE GENERAL PARTNERSHIP Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,569,422.14 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 12721 Claim Date: 08/21/2009 Debtor: SMURFIT-MBI Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,569,422.14 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 12722 Claim Date: 08/21/2009 Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,569,422.14 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 12723 Claim Date: 08/21/2009 Debtor: FRANCOBEC COMPANY Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,569,422.14 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 12724 Claim Date: 08/21/2009 Debtor: 605681 N.B. INC. Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,569,422.14 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12725<br>Claim Date: 08/21/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,569,422.14 |

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12726<br>Claim Date: 08/21/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,569,422.14 |

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12727<br>Claim Date: 08/21/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,569,422.14 |

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12728<br>Claim Date: 08/21/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,569,422.14 |

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12729<br>Claim Date: 08/21/2009<br>Debtor: 3083527 NOVA SCOTIA COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,569,422.14 |

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12730<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,569,422.14 |

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12749<br>Claim Date: 08/21/2009<br>Debtor: 3083527 NOVA SCOTIA COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $3,632,243.95   CONT |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12750<br>Claim Date: 08/21/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED          Claimed: | $3,632,243.95   CONT |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12751<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED          Claimed: | $3,632,243.95   CONT |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12752<br>Claim Date: 08/21/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED          Claimed: | $3,632,243.95   CONT |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12753<br>Claim Date: 08/21/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED          Claimed: | $3,632,243.95   CONT |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12754<br>Claim Date: 08/21/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED          Claimed: | $3,632,243.95   CONT |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12755<br>Claim Date: 08/21/2009<br>Debtor: 605681 N.B. INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED          Claimed: | $3,632,243.95   CONT |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12756<br>Claim Date: 08/21/2009<br>Debtor: FRANCOBEC COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED          Claimed: | $3,632,243.95   CONT |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12757<br>Claim Date: 08/21/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $3,632,243.95   CONT |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12758<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $3,632,243.95   CONT |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12759<br>Claim Date: 08/21/2009<br>Debtor: SLP FINANCE GENERAL PARTNERSHIP<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $3,632,243.95   CONT |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13883<br>Claim Date: 03/15/2010<br>Debtor: 605681 N.B. INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,679,317.34 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13884<br>Claim Date: 03/15/2010<br>Debtor: FRANCOBEC COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,679,317.34 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13885<br>Claim Date: 03/15/2010<br>Debtor: SLP FINANCE GENERAL PARTNERSHIP<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,679,317.34 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13886<br>Claim Date: 03/15/2010<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,679,317.34 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13887<br>Claim Date: 03/15/2010<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,679,317.34 |

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13888<br>Claim Date: 03/15/2010<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,679,317.34 |

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13889<br>Claim Date: 03/15/2010<br>Debtor: SMURFIT-MBI<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,679,317.34 |

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13890<br>Claim Date: 03/15/2010<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,679,317.34 |

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13891<br>Claim Date: 03/15/2010<br>Debtor: 3083527 NOVA SCOTIA COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,679,317.34 |

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13892<br>Claim Date: 03/15/2010<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,679,317.34 |

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13893<br>Claim Date: 03/15/2010<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED            Claimed: | $1,679,317.34 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13894<br>Claim Date: 03/15/2010<br>Debtor: SMBI INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED          Claimed: | $1,679,317.34 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13895<br>Claim Date: 03/15/2010<br>Debtor: SLP FINANCE II, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED          Claimed: | $1,679,317.34 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13896<br>Claim Date: 03/15/2010<br>Debtor: SLP FINANCE I, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED          Claimed: | $1,679,317.34 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13897<br>Claim Date: 03/15/2010<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED          Claimed: | $1,679,317.34 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13898<br>Claim Date: 03/15/2010<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED          Claimed: | $1,679,317.34 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13899<br>Claim Date: 03/15/2010<br>Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED          Claimed: | $1,679,317.34 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13900<br>Claim Date: 03/15/2010<br>Debtor: STONE GLOBAL, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED          Claimed: | $1,679,317.34 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13901<br>Claim Date: 03/15/2010<br>Debtor: STONE INTERNATIONAL SERVICES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED              Claimed: | $1,679,317.34 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13902<br>Claim Date: 03/15/2010<br>Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED              Claimed: | $1,679,317.34 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13903<br>Claim Date: 03/15/2010<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9233 (04/20/2012) |
|---|---|
| UNSECURED              Claimed: | $1,679,317.34 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13904<br>Claim Date: 03/15/2010<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED              Claimed: | $1,679,317.34 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13905<br>Claim Date: 03/15/2010<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED              Claimed: | $1,679,317.34 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13906<br>Claim Date: 03/15/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8938 (02/16/2011)<br>Amends Claim 9435. Claim Partially Paid. |
|---|---|
| UNSECURED              Claimed: | $1,679,317.34 |

---

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13907<br>Claim Date: 03/15/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|
| UNSECURED              Claimed: | $1,679,317.34 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CENTRAL TELEPHONE COMPANY OF VIRGINIA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Number: 1506<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,334.56 | Scheduled: | $3,560.43 |
|---|---|---|---|---|

---

| CENTRE DE RENOVATION LA TUQUE INC<br>ATTN: JOCELYN TRAHAN<br>295 RUE BOSTONNAIS<br>LA TUQUE, QC G9X 2G2<br>CANADA | Claim Number: 12871<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $5,686.19 | Scheduled: | $5,626.28 |
|---|---|---|---|---|

---

| CENTRE FOREST PRODUCTS<br>902 COUNTY ROAD 163<br>CENTRE, AL 35960-8647 | Claim Number: 5865<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $12,293.06 | Scheduled: | $24,586.12 UNLIQ |
|---|---|---|---|---|

---

| CENTRES DE PNEUS GCR<br>2400 BELLEFEUILLE<br>TROIS RIVIERES, QC G9A 3Y9<br>CANADA | Claim Number: 8955<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $1,227.11 | | |
|---|---|---|---|---|

---

| CENTRO, INC.<br>ATTN: LINDA DEWITT<br>PO BOX 27161<br>MEMPHIS, TN 38167-0161 | Claim Number: 8391<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET 8093 (06/21/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,367.36 |
|---|---|---|
| UNSECURED | Claimed: | $25,034.93 |
| TOTAL | Claimed: | $25,034.93 |

---

| CENTURY CONSTRUCTION INC<br>PO BOX 18670<br>ERLANGER, KY 41018 | Claim Number: 11624<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 7653 (03/10/2010) |
|---|---|

| SECURED | Claimed: | $16,075.51 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $16,075.51 |

---

| CENTURYTEL<br>C/O REX D. RAINACH, APLC<br>3622 GOVERNMENT STREET<br>BATON ROUGE, LA 70806-5720 | Claim Number: 2001<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $1,562.83 | Scheduled: | $1,395.11 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CERAMIC & METAL COATINGS CORPORATION
345 JOHN PRICE DRIVE
MCDONOUGH, GA 30253

Claim Number: 7546
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,557.00 | Scheduled: | $18,519.00 |

---

CERTAINTEED CORPORATION
ATTN: JOHN PETTIBONE, ESQ.
750 E. SWDESFORD ROAD
VALLEY FORGE, PA 19482

Claim Number: 11629
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8985 (03/16/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

CERTEX USA INC
1721 W. CULVER STREET
PHOENIX, AZ 85007

Claim Number: 4846
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $13,171.62 |

---

CERTEX USA INC
P.O. BOX 201553
DALLAS, TX 75320-1553

Claim Number: 6395
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,171.62 | Scheduled: | $11,348.80 |

---

CERTIFIED AD SERVICES
P.O. BOX 12025
FRESNO, CA 93776-2025

Claim Number: 98
Claim Date: 02/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,215.94 |
| UNSECURED | Claimed: | $3,330.00 |

---

CERTIFIED AD SERVICES
P.O. BOX 12025
FRESNO, CA 93776-2025

Claim Number: 1097
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,215.94 | | |
| UNSECURED | Claimed: | $3,330.00 | Scheduled: | $6,469.00 |

---

CERTIFIED POWER
4035 FEE FEE ROAD
BRIDGETON, MO 63044

Claim Number: 6007
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,826.20 | Scheduled: | $3,826.20 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CESSNA AIRCRAFT COMPANY
23260 NETWORK PLACE
CHICAGO, IL 60673

Claim Number: 10014
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $9,309.37 | Scheduled: | $9,454.46 |
|---|---|---|---|---|

CGR PRODUCTS INC
4655 US 29 NORTH
GREENSBORO, NC 27405-9446

Claim Number: 4191
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $134.95 | Scheduled: | $134.95 |
|---|---|---|---|---|

CH REED INC
PO BOX 524
HANOVER, PA 17331

Claim Number: 6583
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,432.88 | Scheduled: | $1,432.88 |
|---|---|---|---|---|

CHAINE ET ELINGUE ST-PIERRE CANADA LTEE
7690 RUE JARRY EST
ANJOU, QC H1J-2M3
CANADA

Claim Number: 8257
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $1,754.76 | Scheduled: | $1,809.78 |
|---|---|---|---|---|

CHALLENGER MOTOR FREIGHT INC
50 GROH AVENUE
CAMBRIDGE, ON N3E 1B7
CANADA

Claim Number: 5382
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $34,806.86 |
|---|---|---|---|---|

CHALLENGER MOTOR FREIGHT INC
50 GROH AVENUE
CAMBRIDGE, ON N3E 1B7
CANADA

Claim Number: 5383
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8898 (01/20/2011)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

CHAMBERS, ARTHUR J
2411 ELIZABETH AVE
SHELBY, NC 28150

Claim Number: 5420
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $2,528.30 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CHAMBERS, JIMMY R
730 LOCUST
JONESBORO, AR 72401

Claim Number: 5926
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

CHAMBLISS, BAHNER & STOPHEL, P.C.
ATTENTION: HUGH J. MOORE, JR.
1000 TALLAN BUILDING, TWO UNION SQUARE
CHATTANOOGA, TN 37402

Claim Number: 3463
Claim Date: 06/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $1,439.51 |
|---|---|---|

---

CHAMPAGNE, MICHELE L.
87 BECKLER
LA TUQUE, QC 69X 3G4
CANADA

Claim Number: 8799
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $614.48 | Scheduled: | $607.24 |
|---|---|---|---|---|

---

CHAMPION CHARTER SALES & SERVICE
P.O. BOX 490
IRON MOUNTAIN, MI 49801

Claim Number: 5147
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $3,126.06 | Scheduled: | $3,119.53 |
|---|---|---|---|---|

---

CHAN, THOMAS D
1500 NOTTING HILL RD
ALGONQUIN, IL 60102

Claim Number: 6978
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

CHANTLAND COMPANY, THE
PO BOX 69
HUMBOLDT, IA 50548

Claim Number: 6672
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,652.97 | Scheduled: | $3,652.97 |
|---|---|---|---|---|

---

CHAPTER 13 TRUSTEE
PO BOX 173
MONTGOMERY, AL 36101-0173

Claim Number: 5439
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $1.00   UNLIQ CONT |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CHARLES CITY FOREST PRODUCTS, INC.
P.O. BOX 398
PROVIDENCE FORGE, VA 23140

Claim Number: 14143
Claim Date: 09/07/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $21,726.12 | | |

---

CHARLES CITY LAND & TIMBER, INC.
C/O DARVIN E. SATTERWHITE, ESQ., R.A.
P.O. BOX 325
3013 RIVER ROAD WEST
GOOCHLAND, VA 23063

Claim Number: 900
Claim Date: 02/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $22,947.84 | | |

---

CHARLES CITY LAND & TIMBER, INC.
C/O DARVIN E. SATTERWHITE, ESQ., R.A.
P.O. BOX 325
3013 RIVER ROAD WEST
GOOCHLAND, VA 23063

Claim Number: 3801
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)

| UNSECURED | Claimed: | $11,473.92 | Scheduled: | $22,947.84 UNLIQ |

---

CHARLES CITY TIMBER AND MAT, LLC
P.O. BOX 458
PROVIDENCE FORGE, VA 23140

Claim Number: 14141
Claim Date: 09/02/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $22,500.00   UNLIQ | | |

---

CHARLES DONALD PULPWOOD INC
PO BOX 398
PORT GIBSON, MS 39150

Claim Number: 6900
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,658.10 | Scheduled: | $15,316.21 UNLIQ |

---

CHARLES INGRAM LBR CO INC
4930 PLANER RD
EFFINGHAM, SC 29541

Claim Number: 5352-01
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $131,172.56 | Scheduled: | $262,345.11 UNLIQ |

---

CHARLES INGRAM LBR CO INC
4930 PLANER RD
EFFINGHAM, SC 29541

Claim Number: 5352-02
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1436 (08/06/2009)

| ADMINISTRATIVE | Claimed: | $131,172.55 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CHARMICHAEL, R J<br>5204 HIGHWAY V-37<br>LAPORTE CITY, IA 50651 | Claim Number: 6979<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) |
|---|---|

| PRIORITY | Claimed: | $15,188.65 | | |
|---|---|---|---|---|

| CHASE PARTITIONS, INC<br>3250 WALTER AVE<br>SAINT LOUIS, MO 63143 | Claim Number: 355<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $28,487.60 | | |
|---|---|---|---|---|

| CHASE PARTITIONS, INC<br>3250 WALTER AVE<br>SAINT LOUIS, MO 63143 | Claim Number: 6960-01<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $11,539.94 | | |
|---|---|---|---|---|

| CHASE PARTITIONS, INC<br>3250 WALTER AVE<br>SAINT LOUIS, MO 63143 | Claim Number: 6960-02<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $17,599.32 | Scheduled: | $22,363.89 |
|---|---|---|---|---|

| CHATMAN, CURTIS RAY<br>1526 CYNTHIA ST<br>JONESBORO, LA 71251 | Claim Number: 10142<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| CHATMAN, DERRIC TYRONE<br>2453 HWY. 146<br>CHATHAM, LA 71226 | Claim Number: 10143<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| CHATTANOOGA GAS<br>VIRGINIA NATURAL GAS<br>150 W MAIN ST SUITE 1510<br>NORFOLK, VA 23510 | Claim Number: 1801<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $23,172.60 | Scheduled: | $30,895.02 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CHAUSSURES GEO GAGNON INC
ATTN: RICHARD SARENT
570 ST-ANTOINE
LA TUQUE, QC G9X 2Y7
CANADA

Claim Number: 12593
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: POSSIBLE DUPLICATE OF 12592

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,516.60 | | |

CHAUSSURES GEO GAGNON INC.
570 ST-ANTOINE
LA TUQUE, QC G9X 2Y7
CANADA

Claim Number: 12592
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,516.60 | Scheduled: | $8,516.60 |

CHAVIS, M
346 CRY BABY ROAD
BAMBERG, SC 29003

Claim Number: 6794
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $29,800.00 | UNLIQ |
| UNSECURED | Claimed: | $200.00 | UNLIQ |

CHAVIS, MARION
346 CRY BABY RD
BAMBERG, SC 29003

Claim Number: 8830
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $30,000.00 | UNLIQ |

CHC PARTNERS LLC
20 DOS LOMA VISTA
PORTOLA VALLEY, CA 94028

Claim Number: 12373
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,864.00 |

CHC PARTNERS, LLC
20 DOS LOMA VISTA
PORTOLA VALLEY, CA 94028

Claim Number: 8603
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,864.00 |

CHEATHAM, LOIS A
2602 MUIRFIELD CT
MISSOULA, MT 59808

Claim Number: 9629
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

CHECK PRINTERS, INC.
1530 ANTIOCH PIKE
ANTIOCH, TN 37013

Claim Number: 956
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7550 (05/10/2010)

| UNSECURED | Claimed: | | $18,867.94 | Scheduled: | $15,882.00 |

CHECKER LOGISTICS, INC.
P.O. BOX 2525
GREEN BAY, WI 54306

Claim Number: 613
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 5738 (03/10/2010)

| UNSECURED | Claimed: | | $55,933.30 | | |

CHECKER LOGISTICS, INC.
P.O. BOX 2525
GREEN BAY, WI 54306

Claim Number: 1974
Claim Date: 04/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | | $66,573.15 | Scheduled: | $51,343.66 |

CHEM CHECK, CO INC.
ATTN: LORI BAUSKE
1701 N, GREENVILLE AVE
STE 102
RICHARDSON, TX 75081

Claim Number: 12439
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET 5738 (03/10/2010)

| UNSECURED | Claimed: | | $1,100.00 | | |

CHEM CHEK
1701 NORTH GREENVILLE
RICHARDSON, TX 75081

Claim Number: 8802
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)

| UNSECURED | Claimed: | | $450.00 | Scheduled: | $450.00 |

CHEM-PRUF DOOR CO.
PO BOX 4560
BROWNSVILLE, TX 78523

Claim Number: 5740
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | | $1,084.51 | Scheduled: | $1,084.51 |

CHEM-PRUF DOOR CO., LTD
PO BOX 4560
BROWNSVILLE, TX 78523

Claim Number: 2369
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 2343 (10/20/2009)

| UNSECURED | Claimed: | | $1,084.51 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CHEM-PRUF DOOR CO., LTD
PO BOX 4560
BROWNSVILLE, TX 78523

Claim Number: 2370
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $1,084.51 |
| --- | --- | --- |

---

CHEM-PRUF DOOR CO., LTD
PO BOX 4560
BROWNSVILLE, TX 78523

Claim Number: 2371
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $1,084.51 |
| --- | --- | --- |

---

CHEM-PRUF DOOR CO., LTD.
PO BOX 4560
BROWNSVILLE, TX 78523

Claim Number: 1528
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $1,084.51 |
| --- | --- | --- |

---

CHEMFAX PRODUCTS LTD
11444 42 STREET SE
CALGARY, AB T2C 5C4
CANADA

Claim Number: 12706
Claim Date: 08/20/2009
Debtor: SMURFIT-MBI
Comments:
The claim amount is 2201.40 CAN.

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $1,808.58 |
| --- | --- | --- | --- | --- |

---

CHEMFAX PRODUCTS LTD
ATTN: LAURIE PFEIFER
11444-42 STREET SE
CALGARY, AB T2C 5C4
CANADA

Claim Number: 12707
Claim Date: 08/20/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5769 (03/11/2010)
Claim out of balance

| UNSECURED | Claimed: | $2,000.00 |
| --- | --- | --- |

---

CHEMICAL LIME CO.
3700 HULEN ST
FORT WORTH, TX 76107

Claim Number: 6948
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $82,196.71 | Scheduled: | $75,891.57 |
| --- | --- | --- | --- | --- |

---

CHEMICAL TRANSFER
3105 S EL DORADO
P.O.BOX 6036
STOCKTON, CA 95206

Claim Number: 5096
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $3,005.39 |
| --- | --- | --- |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CHEMICALS AND SOLVENTS<br>PO BOX 13847<br>ROANOKE, VA 24037 | Claim Number: 8103<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $966.06 | Scheduled: $1,779.00 |

| CHEMINEER INC<br>PO BOX 713113<br>COLUMBUS, OH 43271 | Claim Number: 6919<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,575.67 | Scheduled: $3,575.67 |

| CHEMRON STARCH & SUPPLY CO INC<br>PO BOX 307<br>LILBURN, GA 30048 | Claim Number: 11378-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $142,275.00 | Scheduled: $333,517.50 |

| CHEMRON STARCH & SUPPLY CO INC<br>PO BOX 307<br>LILBURN, GA 30048 | Claim Number: 11378-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $191,242.50 | |

| CHEMSTATION INT'L. (SANTA CLARA)<br>3400 ENCRETE LANE<br>DAYTON, OH 45439 | Claim Number: 4729<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,040.00 | Scheduled: $1,040.00 |

| CHEMSTATION OF EL PASO<br>4731 RIPLEY DR., STE. "C"<br>EL PASO, TX 79922 | Claim Number: 229<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,240.00 | |

| CHEMSTATION OF FLORIDA<br>11210 PHILLIPS INDUSTRIAL BLVD E #11<br>JACKSONVILLE, FL 32256 | Claim Number: 2464<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,222.70 | Scheduled: $3,720.70 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CHEMSTONE INC.<br>PO BOX 17735<br>GREENVILLE, SC 29606 | Claim Number: 2585<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $50,904.00 | Scheduled: | $50,904.00 |
|---|---|---|---|---|

| CHEMTEK PRODUCTS, INC<br>7575 TYLER BLVD STE C44<br>MENTOR, OH 44060-4894 | Claim Number: 2040<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $440.25 | Scheduled: | $418.80 |
|---|---|---|---|---|

| CHENEY LIME & CEMENT COMPANY<br>BRETT D. FALLON / MICHAEL J. CUSTER<br>MORRIS JAMES LLP<br>500 DELAWARE AVE STE 1500 - PO BOX 2306<br>WILMINGTON, DE 19899-2306 | Claim Number: 3283-02<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $64,769.56 |
|---|---|---|

| CHERNENKO, MARIA<br>2113 1/2 PLEASANT AVE<br>WELLSBURG, WV 26070 | Claim Number: 9172<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| CHEROKEE TIMBER COMPANY LLC<br>1545 CO RD 31<br>PIEDMONT, AL 36272 | Claim Number: 6660<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $40,899.42 |
|---|---|---|

| CHERRY, JAMES<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | Claim Number: 10978<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

| CHERRY, JOHN<br>C/O RONALD LEE RIGGLE<br>HOUCK & RIGGLE<br>301 S. BONNER ST, PO BOX 1958<br>RUSHTON, LA 71270 | Claim Number: 10748<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $2,000,000.00 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CHESAPEAKE PACKAGING PRODUCTS<br>14311 SOMMERVILLE COURT<br>MIDLOTHIAN, VA 23113 | Claim Number: 7350-01<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $50,256.00 | Scheduled: | $39,552.00 |
|---|---|---|---|---|

---

| CHESAPEAKE PACKAGING PRODUCTS<br>14311 SOMMERVILLE COURT<br>MIDLOTHIAN, VA 23113 | Claim Number: 7350-02<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $10,617.60 |
|---|---|---|

---

| CHESAPEAKE PACKAGING PRODUCTS INC<br>14311 SOMMERVILLE COURT<br>MIDLOTHIAN, VA 23113 | Claim Number: 1676<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $60,873.60 |
|---|---|---|

---

| CHESAPEAKE VALLEY WATER CO<br>P O BOX 10841<br>SPRINGFIELD, MO 65808 | Claim Number: 5046<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $114.46 | Scheduled: | $123.30 |
|---|---|---|---|---|

---

| CHESSER, JACK<br>P.O. BOX 731<br>WILMINGTON, OH 451770731 | Claim Number: 12200<br>Claim Date: 09/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $161.88 |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |

---

| CHESSMAN TIRE LTD.<br>PO BOX 72024<br>OTTEWELL RPO<br>EDMONTON, AB T6B 3A7<br>CANADA | Claim Number: 2205<br>Claim Date: 04/14/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $1,525.60 |
|---|---|---|

---

| CHESTER WATER AUTHORITY<br>PO BOX 467<br>CHESTER, PA 19016 | Claim Number: 792<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,938.39 | Scheduled: | $2,384.20 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CHESTNUT CONSTRUCTION, INC | Claim Number: 2005 |
|---|---|
| C/O DOUGLAS L. SMITH, ESQ | Claim Date: 03/30/2009 |
| BURKE BLUE | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 221 MCKENZIE AVE | Comments: DOCKET: 3287 (12/18/2009) |
| PANAMA CITY, FL 32401 | |

| UNSECURED | Claimed: | $142,932.82 | Scheduled: | $142,932.82 |
|---|---|---|---|---|

| CHICAGO GLUE MACHINE & SUPPLY (01) | Claim Number: 9249 |
|---|---|
| 750 NORTH BAKER DRIVE | Claim Date: 08/20/2009 |
| ITASCA, IL 60143 | Debtor: CAMEO CONTAINER CORPORATION |
| | Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $138.65 | Scheduled: | $130.00 |
|---|---|---|---|---|

| CHICAGO LOGISTIC SERVICE INC. | Claim Number: 3119 |
|---|---|
| 1700 BIG TIMBER RD | Claim Date: 05/26/2009 |
| ELGIN, IL 60123-1704 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $15,838.35 | Scheduled: | $15,838.35 |
|---|---|---|---|---|

| CHICAGO POP | Claim Number: 10777 |
|---|---|
| DEPT 20-1066 | Claim Date: 08/27/2009 |
| PO BOX 5940 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| CAROL STREAM, IL 60197-5940 | Comments: EXPUNGED |
| | DOCKET 7653 (03/10/2010) |

| UNSECURED | Claimed: | $47,563.30 | Scheduled: | $47,561.56 |
|---|---|---|---|---|

| CHILLICOTHE FIRE & SECURITY | Claim Number: 688 |
|---|---|
| 1071 MARIETTA ROAD | Claim Date: 02/23/2009 |
| CHILLICOTHE, OH 45601 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: DOCKET: 7552 (05/10/2010) |

| UNSECURED | Claimed: | $3,888.63 | Scheduled: | $3,553.21 |
|---|---|---|---|---|

| CHIPS INC | Claim Number: 10464-01 |
|---|---|
| 26 ZION PARK ROAD | Claim Date: 08/26/2009 |
| TROY, VA 22974 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: DOCKET: 7189 (04/22/2010) |

| ADMINISTRATIVE | Claimed: | $20,580.77 |
|---|---|---|

| CHIPS INC | Claim Number: 10464-02 |
|---|---|
| 26 ZION PARK ROAD | Claim Date: 08/26/2009 |
| TROY, VA 22974 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: EXPUNGED |
| | DOCKET 8120 (06/22/2010) |

| UNSECURED | Claimed: | $20,580.77 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CHOAT ENGINEEERING CORP<br>PO BOX 547<br>HELENA, AL 35080 | Claim Number: 9677<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,704.00 | |

| CHOAT ENGINEEERING CORP<br>PO BOX 547<br>HELENA, AL 35080 | Claim Number: 9678<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6353 (03/29/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,704.00 | Scheduled: $10,704.00 |

| CHOTECH HYDRAULIQUE LTEE<br>2865 RUE DE MINIAC<br>VILLE ST-LAURENT, QC H4S 1L8<br>CANADA | Claim Number: 8251<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $828.12 | Scheduled: $830.47 |

| CHRIS LAWN CARE & LANDSCAPE<br>17320 ENDICOTT RD<br>KEARNEY, MO 64060 | Claim Number: 11361<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,547.50 | Scheduled: $6,547.50 |

| CHRIS LAWN CARE & LANDSCAPE<br>17320 ENDICOTT RD<br>KEARNEY, MO 64060 | Claim Number: 11404<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $6,547.50 | |

| CHRIS' LAWN CARE & LANDSCAPE LLC<br>17320 ENDICOTT RD.<br>KEARNEY, MO 64060 | Claim Number: 2551<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $7,437.50 | |

| CHRIS' LAWN CARE & LANDSCAPE LLC<br>17320 ENDICOTT RD.<br>KEARNEY, MO 64060 | Claim Number: 11359<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $6,547.50 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CHRISTIE & WALTHER COMMUNICATIONS INC.<br>570 INDUSTRIAL AVE.<br>OTTAWA, ON K1G 0Y9<br>CANADA | Claim Number: 12635<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $4,731.63 | Scheduled: | $1,137.28 |
|---|---|---|---|---|

| CHRISTIE AND WALTHER<br>1179 RUE SAINT LOUIS<br>GATINEAU, QC J8T 2L7<br>CANADA | Claim Number: 7920<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>CLAIM AMOUNT IS 4,731.63 CANADIAN |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $1,644.68 |
|---|---|---|---|---|

| CHRISTOPHER, KIM S<br>8310 WAVERLY ROAD<br>CEDAR FALLS, IA 50613 | Claim Number: 10734<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| CHURCH'S TIRE & SERVICE CENTER INC<br>PO BOX 511<br>SOUTH PITTSBURG, TN 37380 | Claim Number: 3938<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $173.51 | Scheduled: | $173.51 |
|---|---|---|---|---|

| CIBA CORPORATION<br>F/K/A CIBA SPECIALTY CHEMICALS CORP.<br>ATTN: MICHAEL L SCHEIN - VEDDER PRICE<br>1633 BROADWAY 47TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 11813<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4136 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $161,966.74 | | |
|---|---|---|---|---|
| UNSECURED | | $393,710.20 | Scheduled: | $664,236.20 |

| CIBA CORPORATION, F/K/A CIBA SPECIALTY<br>CHEMICALS CORP, ATTN: MICHAEL L. SCHEIN<br>C/O VEDDER PRICE P.C.<br>1633 BROADWAY 47TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 6846-01<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4136 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $393,710.20 |
|---|---|---|

| CIBA CORPORATION, F/K/A CIBA SPECIALTY<br>CHEMICALS CORP, ATTN: MICHAEL L. SCHEIN<br>C/O VEDDER PRICE P.C.<br>1633 BROADWAY 47TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 6846-02<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4136 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $161,966.74 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CIC SCAFFOLD
924 LANE AVENUE NORTH
JACKSONVILLE, FL 32254

Claim Number: 7651
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $15,300.00 | Scheduled: | $3,500.00 |
|---|---|---|---|---|

CIDRA CHEMICAL MANAGEMENT INC.
ATTN: FRANCES LEPPARD
50 BARNES PARK NORTH
WALLINGFORD, CT 06492

Claim Number: 7547
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $5,141.28 | Scheduled: | $5,141.28 |
|---|---|---|---|---|

CIFALOGLIO INC
PO BOX 79
LANDISVILLE, NJ 08326

Claim Number: 6277
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $1,034.50 |
|---|---|---|

CINCINNATI BELL TELEPHONE
ML347-200
221 E 4TH STREET
CINCINNATI, OH 45202

Claim Number: 3522
Claim Date: 06/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $1,095.25 | Scheduled: | $4,376.78 |
|---|---|---|---|---|

CINTAS CORP.
74 DOWNING IND
PITTSFIELD, MA 01201

Claim Number: 764
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7844 (06/02/2010)

| UNSECURED | Claimed: | $758.45 | Scheduled: | $3,708.82 |
|---|---|---|---|---|

CINTAS CORPORATION
C/O JASON V. STITT
KEATING MUETHING & KLEKAMP PLL
ONE EAST 4TH ST., 14TH FLOOR
CINCINNATI, OH 45202

Claim Number: 11677-01
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7844 (06/02/2010)

| UNSECURED | Claimed: | $300,298.98 | Scheduled: | $30,067.83 |
|---|---|---|---|---|

CINTAS CORPORATION
C/O JASON V. STITT
KEATING MUETHING & KLEKAMP PLL
ONE EAST 4TH ST., 14TH FLOOR
CINCINNATI, OH 45202

Claim Number: 11677-02
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7844 (06/02/2010)

| UNSECURED | Claimed: | $22,063.78 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| CINTAS CORPORATION<br>C/O JASON V. STITT<br>KEATING MUETHING & KLEKAMP PLL<br>ONE EAST 4TH ST., 14TH FLOOR<br>CINCINNATI, OH 45202 | Claim Number: 11677-03<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 7844 (06/02/2010) | | | |
| UNSECURED    Claimed: | $6,611.72 | | | |
| CINTAS FIRST AID & SAFETY<br>825 WEST SANDY LAKE ROAD<br>SUITE 100<br>COPPELL, TX 75006 | Claim Number: 866<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7844 (06/02/2010) | | | |
| UNSECURED    Claimed: | $6,778.34 | | | |
| CINTAS FIRST AID & SAFETY INC<br>10611 IRON BRIDGE ROAD  SUITE K<br>JESSUP, MD 20794 | Claim Number: 3767<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7844 (06/02/2010) | | | |
| UNSECURED    Claimed: | $67.35 | Scheduled: | $1,015.64 | |
| CINTAS FIRST AID AND SAFETY<br>5682 SHEPHERDSVILLE RD<br>LOUISVILLE, KY 40228 | Claim Number: 5423<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7844 (06/02/2010) | | | |
| UNSECURED    Claimed: | $320.97 | | | |
| CIRCLE ENVIRONMENTAL<br>PO BOX 262<br>LANCASTER, SC 29721-0262 | Claim Number: 12379<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED    Claimed: | $1,420.40 | | | |
| CIRCLE ENVIRONMENTAL<br>PO BOX 262<br>LANCASTER, SC 29721-0262 | Claim Number: 12381<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010) | | | |
| UNSECURED    Claimed: | $1,000.40 | Scheduled: | $735.40 | |
| CIT FINANCIAL LTD<br>ATTN: ISOBEL FRASER<br>5035 SOUTH SERVICE ROAD<br>BURLINGTON, ON L7R 348<br>CANADA | Claim Number: 5375<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-MBI | | | |
| SECURED    Claimed: | $23,183.54 | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CIT GROUP/EQUIPMENT FINANCING, INC., THE<br>C/O RICHARD ROBINSON, ESQUIRE<br>REED SMITH, LLP<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | Claim Number: 11781<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 2755 (11/16/2009) |
|---|---|

| UNSECURED | Claimed: | $4,344,547.60   UNLIQ |
|---|---|---|

---

| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | Claim Number: 810<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $2,472.83 | Scheduled: | $153.15 |
|---|---|---|---|---|

---

| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | Claim Number: 811<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $33,900.00 |
|---|---|---|

---

| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | Claim Number: 812<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,971.87 |
|---|---|---|

---

| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | Claim Number: 814<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $1,938.95 | Scheduled: | $6,568.87 |
|---|---|---|---|---|

---

| CITGO PETROLEUM CORPORATION<br>1293 ELDRIDGE PARKWAY<br>HOUSTON, TX 77077 | Claim Number: 821<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $34,019.62 | Scheduled: | $445.28 |
|---|---|---|---|---|

---

| CITIBANK N.A., C/O<br>ROBERT C. FOLLAND, THOMPSON HINE, LLP<br>3900 KEY CENTER, 137 PUBLIC SQUARE<br>CLEVELAND, OH 44114 | Claim Number: 10745<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 14074 |
|---|---|

| UNSECURED | Claimed: | $30,000.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CITIBANK N.A., C/O<br>ROBERT C. FOLLAND, THOMPSON HINE, LLP<br>3900 KEY CENTER, 137 PUBLIC SQUARE<br>CLEVELAND, OH 44114 | Claim Number: 14074<br>Claim Date: 07/26/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9070 (05/20/2011) |
|---|---|

| UNSECURED | Claimed: | $101,288.72 |
|---|---|---|

---

| CITY AND COUNTY OF DENVER / TREASURY<br>MCNICHOLS CIVIC CENTER BUILDING<br>144 W. COLFAX AVENUE, ROOM 384<br>ATTN: KAREN KATROS, BANKRUPTCY ANALYST<br>DENVER, CO 80202-5391 | Claim Number: 1373<br>Claim Date: 03/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| PRIORITY | Claimed: | $119,981.48 |
|---|---|---|
| SECURED | Claimed: | $255,934.87 |
| TOTAL | Claimed: | $280,948.54 |

---

| CITY CARTING OF WEST CHESTER<br>PO BOX 4383<br>STAMFORD, CT 06906 | Claim Number: 6160<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,404.60 | Scheduled: | $2,404.00 |
|---|---|---|---|---|

---

| CITY OF ANAHEIM<br>200 SOUTH ANAHEIM BOULEVARD<br>THIRD FLOOR, ROOM 334<br>ANAHEIM, CA 92805 | Claim Number: 5872<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $140.95 | Scheduled: | $138.03 |
|---|---|---|---|---|

---

| CITY OF BRADENTON<br>101 12ST WEST<br>BRADENTON, FL 34205 | Claim Number: 5537<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $1,615.43 |
|---|---|---|

---

| CITY OF BRADENTON<br>101 12ST WEST<br>BRADENTON, FL 34206 | Claim Number: 8620<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,615.43 |
|---|---|---|

---

| CITY OF CHATTANOOGA<br>101 EAST 11TH STREET<br>ROOM 100<br>CHATTANOOGA, TN 37402 | Claim Number: 1305<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| SECURED | Claimed: | $18,528.57 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE ST - ROOM 107A
CHICAGO, IL 60602

Claim Number: 1682
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,481.63 |
| UNSECURED | Claimed: | $261.00 |

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE ST - ROOM 107A
CHICAGO, IL 60602

Claim Number: 1684
Claim Date: 03/23/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,621.07 |
| UNSECURED | Claimed: | $99.70 |

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE ST - ROOM 107A
CHICAGO, IL 60602

Claim Number: 1685
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $402.34 |

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE ST - ROOM 107A
CHICAGO, IL 60602

Claim Number: 1686
Claim Date: 03/23/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,677.76 |

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE ST - ROOM 107A
CHICAGO, IL 60602

Claim Number: 1687
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,996.91 |
| UNSECURED | Claimed: | $640.20 |

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE ST - ROOM 107A
CHICAGO, IL 60602

Claim Number: 1689
Claim Date: 03/23/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,804.63 |
| UNSECURED | Claimed: | $797.60 |

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE ST - ROOM 107A
CHICAGO, IL 60602

Claim Number: 1690
Claim Date: 03/23/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,087.85 |
| UNSECURED | Claimed: | $99.05 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE ST - ROOM 107A<br>CHICAGO, IL 60602 | Claim Number: 1691<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |

| PRIORITY | Claimed: | $2,922.56 |

---

| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE ST - ROOM 107A<br>CHICAGO, IL 60602 | Claim Number: 2284<br>Claim Date: 04/20/2009<br>Debtor: CAMEO CONTAINER CORPORATION |

| UNSECURED | Claimed: | $50.00 |

---

| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE ST - ROOM 107A<br>CHICAGO, IL 60602 | Claim Number: 2285<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $80.00 | Scheduled: | $150.00 |

---

| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE ST - ROOM 107A<br>CHICAGO, IL 60602 | Claim Number: 2286<br>Claim Date: 04/20/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |

| PRIORITY | Claimed: | $9,790.64 |
| UNSECURED | Claimed: | $877.20 |

---

| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE ST - ROOM 107A<br>CHICAGO, IL 60602 | Claim Number: 2287<br>Claim Date: 04/20/2009<br>Debtor: CAMEO CONTAINER CORPORATION |

| UNSECURED | Claimed: | $1,995.00 |

---

| CITY OF COLUMBUS<br>DEPARTMENT OF PUBLIC UTILITIES<br>910 DUBLIN ROAD<br>COLUMBUS, OH 43215 | Claim Number: 2465<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $11,544.16 |

---

| CITY OF CORONA, CA<br>PO BOX 950<br>CORONA, CA 92878-0950 | Claim Number: 5978<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $2,732.34 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CITY OF COVINGTON<br>PO BOX 1527<br>COVINGTON, GA 30015 | | Claim Number: 7836<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35,394.34 | Scheduled: | $37,115.67 |

---

| CITY OF EL PASO<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | | Claim Number: 813<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $294,427.96   UNLIQ |

---

| CITY OF EL PASO<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | | Claim Number: 1129<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $294,427.96   UNLIQ |

---

| CITY OF EL PASO<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | | Claim Number: 13473<br>Claim Date: 10/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $333,731.40   UNLIQ |

---

| CITY OF EL PASO<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | | Claim Number: 13812<br>Claim Date: 02/08/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|---|
| SECURED | Claimed: | $262,554.09   UNLIQ |

---

| CITY OF EL PASO<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | | Claim Number: 13941<br>Claim Date: 03/29/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8210 (07/12/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $284,403.63   UNLIQ |

---

| CITY OF FERNANDINA BEACH<br>204 ASH STREET<br>FERNANDINA BEACH, FL 32034 | | Claim Number: 1785<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $543.90 | Scheduled: | $807.27  UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CITY OF FERNANDINA BEACH UTILITY
PO BOX 1146
FERNANDINA BEACH, FL 32035-1146

Claim Number: 5683
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,652.41 | Scheduled: | $7,643.42 |

CITY OF FOLSOM DEPT OF PUBLIC WORKS
50 NATOMA STREET
FOLSOM, CA 95630

Claim Number: 7619
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,561.37 | Scheduled: | $3,625.07 |

CITY OF FORT LAUDERDALE
ATTN: CITY ATTORNEY'S OFFICE
100 N. ANDREWS AVENUE, 7TH FLOOR
FORT LAUDERDALE, FL 33301

Claim Number: 11958
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,522.25 | Scheduled: | $2,520.67 |

CITY OF FORT LAUDERDALE
ATTN: CITY ATTORNEY'S OFFICE
100 N. ANDREWS AVENUE, 7TH FLOOR
FORT LAUDERDALE, FL 33301

Claim Number: 11960
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $212.25 | Scheduled: | $150.00 |

CITY OF FORT LAUDERDALE
ATTN: CITY ATTORNEY'S OFFICE
100 N. ANDREWS AVENUE, 7TH FLOOR
FORT LAUDERDALE, FL 33301

Claim Number: 11962
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7928 (06/09/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $3,950.00 |
| UNSECURED | Claimed: | $450.00 |

CITY OF FORT LAUDERDALE
ATTN: CITY ATTORNEY'S OFFICE
100 N. ANDREWS AVENUE, 7TH FLOOR
FORT LAUDERDALE, FL 33301

Claim Number: 14118
Claim Date: 08/11/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8980 (03/11/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,200.00 |

CITY OF FORT WORTH
ATTN: CHRISTOPHER B. MOSLEY
1000 THROCKMORTON STREET
FORT WORTH, TX 76102

Claim Number: 1118
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,918.38 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CITY OF FORT WORTH<br>ATTN: CHRISTOPHER B. MOSLEY<br>1000 THROCKMORTON STREET<br>FORT WORTH, TX 76102 | Claim Number: 1198<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $14,918.38 |
|---|---|---|

| CITY OF FRESNO<br>PO BOX 2069<br>FRESNO, CA 93718-2069 | Claim Number: 4631<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $375.16 |
|---|---|---|

| CITY OF FRESNO<br>ATTN: CARMEN H.<br>PO BOX 2069<br>FRESNO, CA 93718-2069 | Claim Number: 8393<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| PRIORITY | Claimed: | $375.16 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $141.53 |

| CITY OF GLENDALE, ARIZONA<br>ATTN: COLLECTIONS - ATTN: TAMMY JOINER<br>5850 W. GLENDALE AVE<br>GLENDALE, AZ 85301 | Claim Number: 3281<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $726.45 |
|---|---|---|

| CITY OF HALLANDALE BEACH<br>ATTN:ATTORNEY'S OFFICE<br>400 S FEDERAL HIGHWAY<br>HALLANDALE BEACH, FL 33009 | Claim Number: 4570<br>Claim Date: 07/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $2,509.94 | Scheduled: | $3,624.94 |
|---|---|---|---|---|

| CITY OF HIGHLAND, ILLINOIS, A MUNICIPAL<br>CORPORATION<br>ATTN: CITY ATTORNEY<br>P.O. BOX 218<br>HIGHLAND, IL 62249 | Claim Number: 2837<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $51,387.52 |
|---|---|---|

| CITY OF HOPEWELL, VIRGINIA, THE<br>C/O WILLIAM A. GRAY, ESQUIRE<br>SANDS ANDERSON MARKS & MILLER, PC<br>801 E. MAIN STREET (23219), PO BOX 1998<br>RICHMOND, VA 23218-1998 | Claim Number: 10897<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $248,443.79 |
|---|---|---|
| SECURED | Claimed: | $248,443.79 |
| TOTAL | Claimed: | $248,443.79 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CITY OF HOPEWELL, VIRGINIA, THE | Claim Number: 10898 |
| C/O WILLIAM A. GRAY, ESQUIRE | Claim Date: 08/27/2009 |
| SANDS ANDERSON MARKS & MILLER, PC | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 801 E. MAIN STREET (23219), PO BOX 1998 | Comments: EXPUNGED |
| RICHMOND, VA 23218-1998 | DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $495,675.13 |
| SECURED | Claimed: | $495,675.13 |
| TOTAL | Claimed: | $495,675.13 |

---

| CITY OF HOPEWELL, VIRGINIA, THE | Claim Number: 10899 |
| C/O WILLIAM A. GRAY, ESQUIRE | Claim Date: 08/27/2009 |
| SANDS ANDERSON MARKS & MILLER, PC | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 801 E. MAIN STREET (23219), PO BOX 1998 | Comments: EXPUNGED |
| RICHMOND, VA 23218-1998 | DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $81,180.00 |
| SECURED | Claimed: | $81,180.00 |
| TOTAL | Claimed: | $81,180.00 |

---

| CITY OF HOPEWELL, VIRGINIA, THE | Claim Number: 10900 |
| C/O WILLIAM A. GRAY, ESQUIRE | Claim Date: 08/27/2009 |
| SANDS ANDERSON MARKS & MILLER, PC | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 801 E. MAIN STREET (23219), PO BOX 1998 | Comments: EXPUNGED |
| RICHMOND, VA 23218-1998 | DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $40.17 |
| SECURED | Claimed: | $40.17 |
| TOTAL | Claimed: | $40.17 |

---

| CITY OF HOPEWELL, VIRGINIA, THE | Claim Number: 10901 |
| C/O WILLIAM A. GRAY, ESQUIRE | Claim Date: 08/27/2009 |
| SANDS ANDERSON MARKS & MILLER, PC | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 801 E. MAIN STREET (23219), PO BOX 1998 | Comments: EXPUNGED |
| RICHMOND, VA 23218-1998 | DOCKET: 7650 (05/18/2010) |

| UNSECURED | Claimed: | $546,264.93 |

---

| CITY OF HOPEWELL, VIRGINIA, THE | Claim Number: 11108 |
| C/O WILLIAM A. GRAY, ESQUIRE | Claim Date: 08/27/2009 |
| SANDS ANDERSON MARKS & MILLER, PC | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 801 E. MAIN STREET (23219), PO BOX 1998 | Comments: EXPUNGED |
| RICHMOND, VA 23218-1998 | DOCKET: 7650 (05/18/2010) |

| UNSECURED | Claimed: | $546,264.93 |

---

| CITY OF HOPEWELL, VIRGINIA, THE | Claim Number: 11109 |
| C/O WILLIAM A. GRAY, ESQUIRE | Claim Date: 08/27/2009 |
| SANDS ANDERSON MARKS & MILLER, PC | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 801 E. MAIN STREET (23219), PO BOX 1998 | Comments: EXPUNGED |
| RICHMOND, VA 23218-1998 | DOCKET: 7653 (03/10/2010) |

| PRIORITY | Claimed: | $40.17 |
| SECURED | Claimed: | $40.17 |
| TOTAL | Claimed: | $40.17 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CITY OF HOPEWELL, VIRGINIA, THE<br>C/O WILLIAM A. GRAY, ESQUIRE<br>SANDS ANDERSON MARKS & MILLER, PC<br>801 E. MAIN STREET (23219), PO BOX 1998<br>RICHMOND, VA 23218-1998 | Claim Number: 11110<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| PRIORITY | Claimed: | $495,675.13 |
|---|---|---|
| SECURED | Claimed: | $495,675.13 |
| TOTAL | Claimed: | $495,675.13 |

---

| CITY OF HOPEWELL, VIRGINIA, THE<br>C/O WILLIAM A. GRAY, ESQUIRE<br>SANDS ANDERSON MARKS & MILLER, PC<br>801 E. MAIN STREET (23219), PO BOX 1998<br>RICHMOND, VA 23218-1998 | Claim Number: 11111<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| PRIORITY | Claimed: | $81,180.00 |
|---|---|---|
| SECURED | Claimed: | $81,180.00 |
| TOTAL | Claimed: | $81,180.00 |

---

| CITY OF HOPEWELL, VIRGINIA, THE<br>C/O WILLIAM A. GRAY, ESQUIRE<br>SANDS ANDERSON MARKS & MILLER, PC<br>801 E. MAIN STREET (23219), PO BOX 1998<br>RICHMOND, VA 23218-1998 | Claim Number: 11112<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
|---|---|

| PRIORITY | Claimed: | $248,443.79 |
|---|---|---|
| SECURED | Claimed: | $248,443.79 |
| TOTAL | Claimed: | $248,443.79 |

---

| CITY OF HOUSTON, TEXAS<br>P.W.E.<br>ATTN: EFFIE GREEN<br>4200 LEELAND<br>HOUSTON, TX 77023 | Claim Number: 1304<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $63.38 | Scheduled: | $75.00 |
|---|---|---|---|---|

---

| CITY OF HOUSTON, TEXAS<br>P.W.E.<br>ATTN: EFFIE GREEN<br>4200 LEELAND<br>HOUSTON, TX 77023 | Claim Number: 1308<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $84.45 | Scheduled: | $183.56 |
|---|---|---|---|---|

---

| CITY OF KNOXVILLE<br>DOUGLAS GORDON, ATTORNEY FOR THE CITY OF KNOXVILLE<br>PO BOX 1028<br>KNOXVILLE, TN 37901 | Claim Number: 1328<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| SECURED | Claimed: | $43,381.71   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| CITY OF KNOXVILLE<br>DOUGLAS GORDON, ATTORNEY FOR THE CITY OF KNOXVILLE<br>PO BOX 1028<br>KNOXVILLE, TN 37901 | | Claim Number: 13089<br>Claim Date: 09/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | | |
| SECURED | Claimed: | $43,381.71 | | | |
| UNSECURED | | | Scheduled: | | $53,260.55 |

---

| | | | | | |
|---|---|---|---|---|---|
| CITY OF LEWISBURG<br>PO BOX 1968<br>LEWISBURG, TN 37091 | | Claim Number: 13098<br>Claim Date: 09/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | |
| PRIORITY | Claimed: | $14,007.00 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| CITY OF LEWISBURG<br>PO BOX 1968<br>LEWISBURG, TN 37091 | | Claim Number: 13099<br>Claim Date: 09/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | |
| PRIORITY | Claimed: | $15,829.00 | | | |
| UNSECURED | | | Scheduled: | | $29,836.00 |

---

| | | | | | |
|---|---|---|---|---|---|
| CITY OF LEWISVILLE<br>SAWKO & BURROUGHS, P.C.<br>1100 DALLAS DRIVE<br>SUITE 100<br>DENTON, TX 76205 | | Claim Number: 13628<br>Claim Date: 11/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | |
| SECURED | Claimed: | $90.34 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| CITY OF LEWISVILLE<br>SAWKO & BURROUGHS, P.C.<br>1100 DALLAS DRIVE<br>SUITE 100<br>DENTON, TX 76205 | | Claim Number: 13633<br>Claim Date: 11/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | |
| SECURED | Claimed: | $90.34 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| CITY OF LEXINGTON, NC<br>28 WEST CENTER STREET<br>LEXINGTON, NC 27292 | | Claim Number: 7951<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | | |
| UNSECURED | Claimed: | $138,047.67 | Scheduled: | | $62,576.87 |

---

| | | | | | |
|---|---|---|---|---|---|
| CITY OF MEMPHIS (TN)<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 631<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | | |
| SECURED | Claimed: | $31,846.42  UNLIQ | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CITY OF MEMPHIS (TN) | | Claim Number: 1115 |
| ELIZABETH WELLER | | Claim Date: 03/06/2009 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 2323 BRYAN STREET SUITE 1600 | | Comments: EXPUNGED |
| DALLAS, TX 75201 | | DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $31,846.42   UNLIQ |

---

| CITY OF MEMPHIS (TN) | | Claim Number: 1402 |
| ELIZABETH WELLER | | Claim Date: 03/03/2009 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 2323 BRYAN STREET SUITE 1600 | | Comments: EXPUNGED |
| DALLAS, TX 75201 | | DOCKET: 7653 (03/10/2010) |

| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $31,846.42   UNLIQ |

---

| CITY OF MIDDLETOWN | | Claim Number: 12248 |
| DIVISION OF TAXATION | | Claim Date: 09/04/2009 |
| P.O. BOX 428739 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| MIDDLETOWN, OH 45042-8739 | | Comments: EXPUNGED |
| | | DOCKET: 4132 (01/14/2010) |

| PRIORITY | Claimed: | $669.21 |

---

| CITY OF MILWAUKEE | | Claim Number: 7791 |
| CITY TREASURER - WAYNE F. WHITTOW | | Claim Date: 08/10/2009 |
| 200 E. WELLS - ROOM 103 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| MILWAUKEE, WI 53202 | | Comments: EXPUNGED |
| | | DOCKET: 8120 (06/22/2010) |

| SECURED | Claimed: | $44,201.86 |

---

| CITY OF MILWAUKEE | | Claim Number: 14015 |
| CITY TREASURER - WAYNE F. WHITTOW | | Claim Date: 04/26/2010 |
| 200 E. WELLS - ROOM 103 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| MILWAUKEE, WI 53202 | | Comments: EXPUNGED |
| | | DOCKET: 8120 (06/22/2010) |

| SECURED | Claimed: | $5,347.18   UNLIQ |

---

| CITY OF MILWAUKEE | | Claim Number: 14057 |
| CITY TREASURER - WAYNE F. WHITTOW | | Claim Date: 06/21/2010 |
| 200 E. WELLS - ROOM 103 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| MILWAUKEE, WI 53202 | | Comments: EXPUNGED |
| | | DOCKET: 8378 (08/16/2010) |

| SECURED | Claimed: | $0.00 |

---

| CITY OF MURFREESBORO | | Claim Number: 674 |
| LEGAL DEPT. | | Claim Date: 02/20/2009 |
| PO BOX 1044 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| MURFREESBORO, TN 37130 | | Comments: EXPUNGED |
| | | DOCKET: 8120 (06/22/2010) |

| PRIORITY | Claimed: | $11,149.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CITY OF PHILADELPHIA<br>C/O ASHELY M. CHAN, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 2ND FLOOR<br>PHILADELPHIA, PA 19103 | Claim Number: 722<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $231,540.58   UNLIQ |
|---|---|---|

| CITY OF PHILADELPHIA<br>C/O ASHELY M. CHAN, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 2ND FLOOR<br>PHILADELPHIA, PA 19103 | Claim Number: 1112<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8745 (11/12/2010) |
|---|---|

| PRIORITY | Claimed: | $231,540.58   UNLIQ |
|---|---|---|

| CITY OF PORTLAND<br>ATTN: LINDA LAW, DEPUTY CITY ATTORNEY<br>OFFICE OF CITY ATTORNEY<br>1221 SW FOURTH AVENUE, RM 430<br>PORTLAND, OR 97204 | Claim Number: 6861<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,905.00 | Scheduled: | $2,905.00 |
|---|---|---|---|---|

| CITY OF PORTLAND<br>OFFICE OF CITY ATTORNEY<br>ATTN: LINDA LAW, DEPUTY CITY ATTORNEY<br>1221 SW FOURTH AVENUE, RM 430<br>PORTLAND, OR 97204 | Claim Number: 6941<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $6,208.92 |
|---|---|---|

| CITY OF REDDING<br>ATTORNEY'S OFFICE<br>LYNETTE M FREDIANI, ASST. CITY ATTY.<br>777 CYPRESS AVE., THIRD FLOOR<br>REDDING, CA 96001 | Claim Number: 3404<br>Claim Date: 06/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $510.48 |

| CITY OF RENTON<br>C/O LAWRENCE J. WARREN, CITY ATTORNEY<br>PO BOX 626<br>RENTON, WA 98057 | Claim Number: 3379<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $10,000.00 | Scheduled: | $301.43 |
|---|---|---|---|---|

| CITY OF RICHMOND<br>DEPARTMENT OF PUBLIC UTILITIES<br>730 E. BROAD STREET, 5TH FLOOR<br>RICHMOND, VA 23219 | Claim Number: 3298<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| SECURED | Claimed: | $101,757.73 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| CITY OF RICHMOND<br>DEPARTMENT OF PUBLIC UTILITIES<br>730 E. BROAD STREET, 5TH FLOOR<br>RICHMOND, VA 23219 | | Claim Number: 3382<br>Claim Date: 06/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | | |
| SECURED | Claimed: | $101,757.73 | | | |
| CITY OF SHARONVILLE TAX<br>11641 CHESTER ROAD<br>SHARONVILLE, OH 45246 | | Claim Number: 7533<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | |
| PRIORITY | Claimed: | $2,332.00 | | | |
| CITY OF ST. CHARLES, IL<br>2 EAST MAIN STREET ST.<br>CHARLES, IL 60174 | | Claim Number: 11401<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $3,702.86 | | | |
| CITY OF ST. CLOUD<br>MN PUBLIC UTILITIES DEPARTMENT<br>ST. CLOUD CITY HALL<br>400 2ND ST. SOUTH<br>ST. CLOUD, MN 56301 | | Claim Number: 13609<br>Claim Date: 11/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010) | | | |
| UNSECURED | Claimed: | $3,120.10 | Scheduled: | $3,792.10 | UNLIQ DISP |
| CITY OF ST. CLOUD, MN<br>P.O. BOX 1501<br>ST. CLOUD, MN 56302-1501 | | Claim Number: 5414<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $3,120.10 | | | |
| CITY OF ST. PETERS<br>PO BOX 9<br>SAINT PETERS, MO 63376 | | Claim Number: 3538<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $60,425.81 | Scheduled: | $51,960.10 | |
| CITY OF STARKE, THE<br>209 NORTH THOMPSON STREET<br>STARKE, FL 32091 | | Claim Number: 7249<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $725.59 | Scheduled: | $715.59 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CITY OF SULPHUR SPRINGS
C/O ELIZABETH WELLER - LINEBERGER GOGGAN
BLAIR & SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201

Claim Number: 2631
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| SECURED | Claimed: | $1,053.00 |
| --- | --- | --- |

---

CITY OF SULPHUR SPRINGS
C/O ELIZABETH WELLER - LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201

Claim Number: 13955
Claim Date: 04/05/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |
| SECURED | Claimed: | $558.02 UNLIQ |

---

CITY OF SULPHUR SPRINGS
ELIZABETH WELLER/LAURIE SPINDLER HUFFMAN
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201

Claim Number: 13959
Claim Date: 04/05/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 8038 (06/16/2010)

| ADMINISTRATIVE | Claimed: | $526.50 UNLIQ |
| --- | --- | --- |
| SECURED | Claimed: | $0.00 UNLIQ |

---

CITY OF TEMPLE, TX
PO BOX 878
TEMPLE, TX 76503-0878

Claim Number: 5539
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $57.92 |
| --- | --- | --- |

---

CITY OF TORRANCE
ATTN: TATIA Y. STRADER, DEPUTY CITY ATTY
3031 TORRANCE BLVD.
TORRANCE, CA 90503

Claim Number: 9821
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $43,602.00 | Scheduled: | $43,602.00 |
| --- | --- | --- | --- | --- |

---

CITY OF VALLEY PARK, MO
320 BENTON STREET
VALLEY PARK, MO 63088

Claim Number: 2494
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $578.60 | Scheduled: | $578.60 UNLIQ |
| --- | --- | --- | --- | --- |

---

CITY OF VERSAILLES
PO BOX 625
VERSAILLES, KY 40383

Claim Number: 13618
Claim Date: 11/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $39.27 |
| --- | --- | --- |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CITY OF WASHINGTON<br>ATTN: PAN GILDEHAUS<br>405 JEFFERSON ST.<br>WASHINGTON, MO 63090 | Claim Number: 3121<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,012.45 | Scheduled: | $5,012.00 |

| CITY OF WAYCROSS<br>PO DRAWER 99<br>WAYCROSS, GA 31502 | Claim Number: 4472<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $46.99 | Scheduled: | $36.99 |

| CITY OF WINONA, TEXAS<br>C/O CHARLES B. HENDRICKS<br>CAVAZOS, HENDRICKS, POIROT & SMITHAM, PC<br>900 JACKSON ST., SUITE 570, FOUNDERS SQ.<br>DALLAS, TX 75202 | Claim Number: 12031<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $24,234.94 |

| CITY UTILITIES OF SPRINGFIELD, MISSOURI<br>REX C. MCCALL, ASST. ATTORNEY GENERAL<br>301 E. CENTRAL<br>SPRINGFIELD, MO 65802 | Claim Number: 1835<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $62,221.11 |

| CITY UTILITIES OF SPRINGFIELD, MISSOURI<br>ATTN:KELLY ROBERTS<br>301 E. CENTRAL<br>SPRINGFIELD, MO 65802 | Claim Number: 4569<br>Claim Date: 07/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $59,397.71 |

| CITY UTILITIES OF SPRINGFIELD, MO<br>P.O. BOX 551<br>SPRINGFIELD, MO 65801-0551 | Claim Number: 5075<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $59,397.71 | Scheduled: | $63,797.09 |

| CITY WATER AND LIGHT<br>P O BOX 1289<br>JONESBORO, AR 72403-1289 | Claim Number: 4303<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,215.17 | Scheduled: | $3,606.49 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

CL FELTS & CO INC
4721 LINE RD
WHITEFORD, MD 21160

Claim Number: 8436
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $3,892.21 | Scheduled: | $3,892.21 |
| --- | --- | --- | --- | --- |

---

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: CUSTOM LAWN CARE & LANDSCAPI
92 UNION AVENUE
CRESSKILL, NJ 07626

Claim Number: 912
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $11,784.45 | Scheduled: | $11,496.50 |
| --- | --- | --- | --- | --- |

---

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: PROFESSIONAL AND RELIABLE ON
92 UNION AVENUE
CRESSKILL, NJ 07626

Claim Number: 1004
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $1,019.25 | Scheduled: | $1,018.00 |
| --- | --- | --- | --- | --- |

---

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: A-L-L EQUIPMENT
92 UNION AVENUE
CRESSKILL, NJ 07626

Claim Number: 1486-01
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $3,566.00 | Scheduled: | $3,566.00 |
| --- | --- | --- | --- | --- |

---

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: A-L-L EQUIPMENT
92 UNION AVENUE
CRESSKILL, NJ 07626

Claim Number: 1486-02
Claim Date: 03/16/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $1,307.41 | Scheduled: | $1,307.41 |
| --- | --- | --- | --- | --- |

---

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: MIDAMERICA DOOR COMPANY
92 UNION AVENUE
CRESSKILL, NJ 07626

Claim Number: 1632
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $1,595.50 | Scheduled: | $1,595.50 |
| --- | --- | --- | --- | --- |

---

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: GRUNAU COMPANY, INC.
92 UNION AVENUE
CRESSKILL, NJ 07626

Claim Number: 2178
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $25,715.30 | Scheduled: | $50,636.46 |
| --- | --- | --- | --- | --- |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: RIVIERA FINANCE, ASSIGNEE OF
92 UNION AVENUE
CRESSKILL, NJ 07626

Claim Number: 2313
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $1,330.00 | Scheduled: | $3,335.00 |
|---|---|---|---|---|

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: RIVIERA FINANCE
92 UNION AVENUE
CRESSKILL, NJ 07626

Claim Number: 3104
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $8,148.50 | Scheduled: | $9,478.50 |
|---|---|---|---|---|

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: FLORENCE CARPET & TILE, INC.
92 UNION AVENUE
CRESSKILL, NJ 07626

Claim Number: 3517
Claim Date: 06/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $2,419.04 | | |
|---|---|---|---|---|

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: MISSOULA TEXTILE SERVICES
92 UNION AVENUE
CRESSKILL, NJ 07626

Claim Number: 4240
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $6,009.59 | Scheduled: | $4,553.02 |
|---|---|---|---|---|

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: FLORENCE CARPET & TILE INC
92 UNION AVENUE
CRESSKILL, NJ 07626

Claim Number: 4423
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,419.04 | Scheduled: | $2,219.30 |
|---|---|---|---|---|

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: DXP ENTERPRISES INC
92 UNION AVENUE
CRESSKILL, NJ 07626

Claim Number: 4464
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,765.42 | Scheduled: | $1,729.24 |
|---|---|---|---|---|

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: MR ROOTER PLUMBING
92 UNION AVENUE
CRESSKILL, NJ 07626

Claim Number: 5839
Claim Date: 07/20/2009
Debtor: CALPINE CORRUGATED, LLC

| UNSECURED | Claimed: | $6,396.80 | Scheduled: | $6,391.80 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: VOLUNTEER EXPRESS INC<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | | Claim Number: 5864<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8491 (09/07/2010) | | |
| UNSECURED | Claimed: | $8,596.72 | Scheduled: | $8,596.72 |
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: VIDEO SECURITY SOLUTIONS<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | | Claim Number: 6230-01<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,212.00 | Scheduled: | $2,138.00 |
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: VIDEO SECURITY SOLUTIONS<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | | Claim Number: 6230-02<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) | | |
| UNSECURED | Claimed: | $926.00 | | |
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: INTEGRATED SERVICES COMPANY<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | | Claim Number: 6748<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $3,608.33 | Scheduled: | $3,588.85 |
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: AVC SPECIALISTS INC<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | | Claim Number: 6912<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $5,507.69 | Scheduled: | $1,056.62 |
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: SAWYER INDUSTRIAL PLASTICS<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | | Claim Number: 8053<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $17,427.50 | Scheduled: | $17,262.25 |
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: DOCUMENT DISINTEGRATION INC<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | | Claim Number: 8084-01<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7432 (05/04/2010) | | |
| UNSECURED | Claimed: | $2,500.00 | Scheduled: | $2,499.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: DOCUMENT DISINTEGRATION INC<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | | Claim Number: 8084-02<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) | | | |
| UNSECURED | Claimed: | $709.60 | | | |
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: MORE STEEL<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | | Claim Number: 10596<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC. | | | |
| UNSECURED | Claimed: | $2,244.42 | Scheduled: | | $2,153.70 |
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR:DCO ENVIRONMENTAL & RECYCLING<br>92 UNION AVENUE<br>CRESSKILL, NJ 07626 | | Claim Number: 11467<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010) | | | |
| UNSECURED | Claimed: | $8,763.99 | | | |
| CLANCY, CARY R<br>2125 SE 76TH AVE.<br>PORTLAND, OR 97215 | | Claim Number: 6002<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| CLARAGE<br>5959 TRENTON LANE<br>MINNEAPOLIS, MN 55442 | | Claim Number: 2395<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $7,764.07 | Scheduled: | | $2,125.98 |
| CLARCOR AIR FILTRATION PRODUCTS<br>12995 COLLECTIONS CENTER DRIVE<br>P.O.BOX 404201<br>ATLANTA, GA 30384-4201 | | Claim Number: 7991<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $1,777.02 | Scheduled: | | $1,777.02 |
| CLARIANT (CANADA) INC<br>ATTN: GARY MULHHERIN<br>C/O 4000 MONROE RD.<br>CHARLOTTE, NC 28205 | | Claim Number: 13164<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | | |
| UNSECURED | Claimed: | $137.12 | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CLARIANT CORP<br>3618 COLLECTION CENTER DR<br>CHICAGO, IL 60693 | Claim Number: 11399<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $1,063.02 | | |
|---|---|---|---|---|

| CLARK EQUIPMENT CO. D/B/A BOBCAT COMPANY<br>ATTN: CREDIT DEPT<br>1293 GLENWAY DRIVE<br>STATESVILLE, NC 28625-9218 | Claim Number: 13975<br>Claim Date: 04/12/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $53,158.00 | | |
|---|---|---|---|---|

| CLARK INDUSTRIAL SUPPLY INC<br>PO BOX 611115<br>SAN JOSE, CA 95161 | Claim Number: 4596<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $276.35 | Scheduled: | $240.85 |
|---|---|---|---|---|

| CLARK PEST CONTROL<br>PO BOX 1480<br>LODI, CA 95241-1480 | Claim Number: 6372<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $608.56 | Scheduled: | $1,716.75 |
|---|---|---|---|---|

| CLARK PEST CONTROL<br>PO BOX 1480<br>LODI, CA 95241-1480 | Claim Number: 6373<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,409.26 | | |
|---|---|---|---|---|

| CLARK PEST CONTROL - SAP 431350<br>P.O. BOX 1480<br>LODI, CA 95241-1480 | Claim Number: 3624<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $599.82 | | |
|---|---|---|---|---|

| CLARK PEST CONTROL INC<br>PO BOX 1480<br>LODI, CA 95241-1480 | Claim Number: 3625<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,389.02 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CLARK PRODUCTS INC<br>PO BOX 1141<br>SPRINGFIELD, MO 65801-1141 | Claim Number: 9253<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | | $3,378.30 | Scheduled: | $3,378.30 |
|---|---|---|---|---|---|

| CLARK, CAROL L<br>16622 HOWARDS MILL RD.<br>BEAVERCREEK, OR 97004 | Claim Number: 7066<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| CLARK, MARY<br>9034 HONEYBEE LN<br>JACKSONVILLE, FL 32256 | Claim Number: 8050<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| CLARK, ROBERT A<br>203 BRENTWOOD DRIVE<br>CEDAR FALLS, IA 50613 | Claim Number: 10600<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

| CLARKE ROAD TRANSPORT INC<br>68 CHAIN LAKE DRIVE<br>HALIFAX, NS B3S 1A2<br>CANADA | Claim Number: 8894<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | | $7,309.84 | Scheduled: | $7,309.84 |
|---|---|---|---|---|---|

| CLARKE TRANSPORT, INC<br>751 BOWES RD. W, UNITA, BOX 32<br>CONCORD, ON L4K 1B2<br>CANADA | Claim Number: 8229<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $741.66 |
|---|---|---|

| CLARKSTOWN LANDFILL JOINT DEFENSE GROUP<br>C/O GARY JUSTIS<br>WAGSTAFF & CARTMELL LLP<br>4740 GRAND AVENUE, SUITE 300<br>KANSAS CITY, MO 64112 | Claim Number: 10026<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6952 (04/14/2010) |
|---|---|

| UNSECURED | Claimed: | $24,000,000.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| CLARY, JAMES DENNIS<br>156 PINE HILL RD<br>QUITMAN, LA 71268 | | Claim Number: 10144<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

---

| CLASSIC CONTROLS INC<br>PO BOX 6187<br>LAKELAND, FL 33807 | | Claim Number: 5962<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|---|

| UNSECURED | Claimed: | $4,678.22 | Scheduled: | $4,678.22 |
|---|---|---|---|---|

---

| CLAUSEN MILLER PC<br>JOHN T. GROARK -<br>GEORGE K. FLYNN<br>10 S. LASALLE ST.<br>CHICAGO, IL 60603-1098 | | Claim Number: 7345<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|---|

| UNSECURED | Claimed: | $10,778.45 |
|---|---|---|

---

| CLAUSEN SUPPLY CO, INC<br>C/O TERRY GIEBELSTEIN<br>LANE & WATERMAN LLP<br>220 N MAIN STREET, STE 600<br>DAVENPORT, IA 52801 | | Claim Number: 8130<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|---|

| UNSECURED | Claimed: | $22,420.57 | Scheduled: | $51,619.60 UNLIQ |
|---|---|---|---|---|

---

| CLAY BARTON WOODYARD INC<br>3497 BETHEL CHURCH RD<br>GREEN BAY, VA 23942 | | Claim Number: 13635<br>Claim Date: 11/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|---|

| UNSECURED | Claimed: | $44,076.30 |
|---|---|---|

---

| CLAY BARTON WOODYARD INC<br>3497 BETHEL CHURCH RD.<br>GREEN BAY, VA 23942 | | Claim Number: 99019<br>Claim Date: 08/10/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|---|

| UNSECURED | Claimed: | $22,038.15 |
|---|---|---|

---

| CLAY CNTY ECONOMIC DEV COUNCIL<br>1251 NW BRIARCLIFF PKWY # 25<br>KANSAS CITY, MO 64116-1786 | | Claim Number: 5243<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|---|

| UNSECURED | Claimed: | $2,200.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CLAYBOURN WALTERS LOGGING CO INC
PO BOX 26
PROCTORVILLE, NC 28375

Claim Number: 11578
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $31,286.11 | Scheduled: | $62,572.21 UNLIQ |
|---|---|---|---|---|

CLAYBOURN WALTERS LOGGING CO INC.
PO BOX 26
PROCTORVILLE, NC 28375

Claim Number: 14067
Claim Date: 07/16/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| UNSECURED | Claimed: | $31,286.11 |
|---|---|---|

CLAYTON WARD CO
119 E ALBANY
KENNEWICK, WA 99336

Claim Number: 9071
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $5,121.70 | Scheduled: | $5,821.45 |
|---|---|---|---|---|

CLAYTON WARD RECYCLING
PO BOX 494369
REDDING, CA 96049

Claim Number: 9072
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $6,147.96 | Scheduled: | $6,147.00 |
|---|---|---|---|---|

CLAYTON WEAVER TRUCKING, LLC
TRANSFEROR: FAIR HARBOR CAPITAL, LLC
PO BOX 18281
FAIRFIELD, OH 45014

Claim Number: 862
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $18,737.39 | Scheduled: | $18,201.39 |
|---|---|---|---|---|

CLAYTON, JAMES M.
1244 NEWBRIDGE TRACE
ATLANTA, GA 30319

Claim Number: 2588
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8757 (11/15/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

CLAYTON-WARD CO.
PO BOX 494369
REDDING, CA 96049

Claim Number: 3563
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $6,147.96 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CLAYTON-WARD CO.
119 E. ALBANY
KENNEWICK, WA 99336

Claim Number: 3564
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $5,121.70 | | |

---

CLEAN AIR ENGINEERING
500 W WOOD STREET
PALATINE, IL 60067

Claim Number: 11685
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $821.67 | Scheduled: | $821.67 |

---

CLEAN EARTH RECYCLING
PO BOX 1625
FRANKLIN, TN 37065

Claim Number: 1790
Claim Date: 03/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $66,183.90 | Scheduled: | $62,228.48 |

---

CLEAN HARBORS ENVIRONMENTAL SERVICES
42 LONG WATER DRIVE
NORWELL, MA 02061

Claim Number: 2308
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $184,322.28 | Scheduled: | $108,626.32 |

---

CLEAN MANAGEMENT
ATTENTION WALTER VALENCIA
PO BOX 519
PAWTUCKET, RI 02862

Claim Number: 9033
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $2,946.80 | Scheduled: | $2,639.80 |

---

CLEAN MANAGEMENT INC
PO BOX 519
PAWTUCKET, RI 02860

Claim Number: 5924
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $2,946.80 | | |

---

CLEAN MANAGEMENT, INC.
504 WEEDEN STREET
PAWTUCKET, RI 02860

Claim Number: 2440
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $2,946.80 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CLEANCO SNOWPLOWING
2211 WEST COUNTY RD C2
SAINT PAUL, MN 55113

Claim Number: 5424
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $1,608.25 | Scheduled: | $3,259.81 |
|---|---|---|---|---|

---

CLEANING COMPANY INC., THE
1324 CLARKSON CLAYTON CENTER
ELLISVILLE, MO 63011

Claim Number: 8428
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

CLEANSCAPES
5939 FOURTH AVENUE S
SEATTLE, WA 98108

Claim Number: 5572
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $3,350.25 | Scheduled: | $2,637.00 |
|---|---|---|---|---|

---

CLEARLY THE BEST
203-1133 FERGUSON RD
DELTA, BC V4L 1X3
CANADA

Claim Number: 13834
Claim Date: 02/17/2010
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: EXPUNGED
DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $588.00 |
|---|---|---|

---

CLEARPOINTT
808 134TH ST SW  STE 209
EVERETT, WA 98204

Claim Number: 3782
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $8,470.00 | Scheduled: | $8,470.00 |
|---|---|---|---|---|

---

CLEARY GOTTLIEB
ATTN: LISA M. SCHWEITZER, ESQ.
ONE LIBERY PLAZA
NEW YORK, NY 10006

Claim Number: 10090
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $8,115.66   UNLIQ |
|---|---|---|

---

CLEAVER-BROOKS, INC.
C/O THEODORE J. TACCONELLI, ESQUIRE
FERRY, JOSEPH & PEARCE, P.A.
PO BOX 1351
WILMINGTON, DE 19899

Claim Number: 2210
Claim Date: 04/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| SECURED | Claimed: | $22,219.20   UNLIQ |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CLEMENTS, CLINT S
17442 LAKEVIEW DR #940
FLINT, TX 75762

Claim Number: 9576
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

---

CLEVELAND METAL WORKS, INC
625 MIMOSA DR
CLEVELAND, TN 37312

Claim Number: 1390
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| UNSECURED | Claimed: | $25,202.45 | Scheduled: | $24,242.20 |
|---|---|---|---|---|

---

CLEVENGER, GARY L.
C/O JASON S. RANDOLPH
PO BOX 828
DANDRIDGE, TN 37725

Claim Number: 11029
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8996 (03/22/2011)

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

---

CLICK, DONALD F
14419 NE 114TH AVENUE RD
FORT MCCOY, FL 32134-3424

Claim Number: 7429
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $21,686.40 |
|---|---|---|

---

CLIFTON-BROAD NORTH, LLC
C/O DRAPER & GOLDBERG, PLLC
ATTN: ADAM HILLER ET AL.
1500 NORTH FRENCH STREET
WILMINGTON, DE 19801

Claim Number: 5415
Claim Date: 06/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| ADMINISTRATIVE | Claimed: | $25,842.81 UNLIQ |
|---|---|---|

---

CLINCO
1205 W GRAND
CAMERON, MO 64429

Claim Number: 7715-01
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)

| ADMINISTRATIVE | Claimed: | $1,221.88 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $4,141.00 |

---

CLINCO
1205 W GRAND
CAMERON, MO 64429

Claim Number: 7715-02
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)

| UNSECURED | Claimed: | $2,927.20 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CLINE COMPANY, THE<br>ATTN: DAVID WESS<br>5210 EDWARDS ROAD<br>TAYLORS, SC 29687 | | Claim Number: 6750<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $33,670.49 | | |

---

| CLINGERMAN, ROGER W<br>42 MANOR ROAD<br>PATTERSON, NY 12563 | | Claim Number: 9779<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| CLINGERMAN, ROGER W<br>42 MANOR ROAD<br>PATTERSON, NY 12563 | | Claim Number: 11273<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $125,155.00 | Scheduled: | $125,155.00 |

---

| CLINTON COUNTY TREASURER<br>220 COURTHOUSE SQUARE<br>FRANKFORT, IN 46041 | | Claim Number: 3393<br>Claim Date: 06/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $157.19 | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $157.19 | | |
| TOTAL | Claimed: | $157.19 | | |

---

| CLINTON ELECTRICAL PLUMBING<br>PO BOX 748<br>WILMINGTON, OH 45177 | | Claim Date: 4414<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,090.81 | Scheduled: | $14,136.18 |

---

| CLOVIS SEPTIC TANK LTD.<br>P.O BOX 1315<br>ATTN: JAMES KENNY<br>BATHURST, NB E2A 4J1<br>CANADA | | Claim Number: 8604<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,820.38 | | |

---

| CM TEMPORARY SERVICES<br>ATTENTION KENNEDY JONES<br>270 NORTHLAND BLVD., SUITE 125<br>CINCINNATI, OH 45246 | | Claim Number: 1837<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | |
| UNSECURED | Claimed: | $214,597.15 | | |
| TOTAL | Claimed: | $214,597.15 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CMC FLEET MAINT<br>2550 GLENDALE DRIVE<br>DRAWER 5738<br>FORT WORTH, TX 76106 | Claim Number: 10438<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8980 (03/11/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| CMI ENGINEERING<br>PO BOX 532<br>LEBANON, IN 46052 | Claim Number: 4679<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $423.33 | Scheduled: | $423.33 |
|---|---|---|---|---|

---

| CNH CAPITAL<br>P.O. BOX 1083<br>EVANSVILLE, IN 47706-1083 | Claim Number: 14124<br>Claim Date: 08/23/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8662 (10/18/2010) |
|---|---|

| UNSECURED | Claimed: | $90.04 |
|---|---|---|

---

| CNJ SUPPLY CORPORATION<br>20 W. 021 PLEASANTDALE DR<br>LEMONT, IL 60439 | Claim Number: 36<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,335.00 | Scheduled: | $3,335.00 |
|---|---|---|---|---|

---

| COADY, MICHAEL<br>1312 BIG BEND CROSSING<br>VALLEY PARK, MO 63088 | Claim Number: 1671<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| COAST TO COAST COMPUTER PRODUCTS INC<br>4277 VALLEY FAIR STREET<br>ATTN: CARLA WORTHY<br>SIMI VALLEY, CA 93063 | Claim Number: 12356<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,714.50 |
|---|---|---|

---

| COAST TO COAST COMPUTR PRODUCTS INC<br>4277 VALLEY FAIR STREET<br>SIMI VALLEY, CA 93063 | Claim Number: 3863<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,714.50 | Scheduled: | $994.52 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

COAST TO COAST COMPUTR PRODUCTS INC
4277 VALLEY FAIR STREET
SIMI VALLEY, CA 93063

Claim Number: 8189
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,714.50 | | |

---

COAST TO COAST HYDRAULICS
1700 METOYER CT STE F
WEST CHICAGO, IL 60185-6427

Claim Number: 11730
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)
Amends claim 4180

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $981.70 | Scheduled: | $981.70 |

---

COASTAL PLYWOOD COMPANY
P.O. BOX 1128
HAVANA, FL 32333

Claim Number: 288
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,264.86 | Scheduled: | $7,264.86 UNLIQ |

---

COASTAL PROCESS LLC
PO BOX 789
DENHAM SPRINGS, LA 70727

Claim Number: 5178
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,503.50 | Scheduled: | $2,503.50 |

---

COASTAL TIMBER CO INC
PO BOX 62
CONWAY, SC 29526

Claim Number: 4403
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,408.32 | Scheduled: | $40,816.64 UNLIQ |

---

COASTAL TIMBERLANDS COMPANY
PO BOX 1128
HAVANA, FL 32333

Claim Number: 86
Claim Date: 02/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,116.04 | | |

---

COASTAL TIMBERLANDS COMPANY
PO BOX 1128
HAVANA, FL 32333

Claim Number: 271
Claim Date: 02/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,116.04 | Scheduled: | $6,116.04 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| COASTAL TRAINING TECHNOLOGIES<br>500 STUDIO DRIVE<br>VIRGINIA BEACH, VA 23452 | | Claim Number: 3439<br>Claim Date: 06/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
| UNSECURED | Claimed: | $440.07 | | |
| COASTLINE EQUIPMENT<br>ATTN: DAVE THOMAS<br>6188 PARAMOUNT BLVD.<br>LONG BEACH, CA 90805 | | Claim Number: 6412<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $4,779.44 | Scheduled: | $4,779.44 |
| COASTLINE EQUIPMENT<br>PO BOX 22732<br>LONG BEACH, CA 90801 | | Claim Number: 6459<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $6,392.16 | Scheduled: | $6,392.16 |
| COASTLINE EQUIPMENT<br>PO BOX 22732<br>LONG BEACH, CA 90801 | | Claim Number: 6460<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $8,250.00 | | |
| COATS-WARNER CORPORATION<br>14731 KESWICK ST.<br>VAN NUYS, CA 91405 | | Claim Number: 8911<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $1,000.00 | | |
| COATS-WARNER CORPORATION<br>14731 KESWICK STREET<br>VAN NUYS, CA 91405 | | Claim Number: 12479<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $1,000.00 | Scheduled: | $1,000.00 |
| COBB, EDDIE<br>642 24TH AVE.<br>BELLWOOD, IL 60104 | | Claim Number: 12071<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | |
| SECURED | Claimed: | $0.00   UNDET | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

COCA COLA ENTERPRISES INC.
521 LAKE KATHY DRIVE
BRANDON, FL 33510

Claim Number: 3469
Claim Date: 06/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)

| UNSECURED | Claimed: | $3,155.10 | Scheduled: | $6,078.59 |
|---|---|---|---|---|

COCHRAN, LILLIAN K
1607 HOT SPRINGS RD
COVINGTON, VA 24426

Claim Number: 6598
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00    UNLIQ |
|---|---|---|

COCKRELL DISTRIBUTION SYSTEMS
PO BOX 24597
RICHMOND, VA 23224-0597

Claim Number: 5311
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7854 (06/02/2010)

| UNSECURED | Claimed: | $36,840.46 | Scheduled: | $51,375.54  UNLIQ |
|---|---|---|---|---|

COELLO, VICTOR
512 70TH STREET
GUTTENBERG, NJ 07093

Claim Number: 6127
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $47,526.30    UNLIQ |
|---|---|---|

COFACE COLLECTIONS NORTH AMERICA
3001 DIVISION ST.
METAIRIE, LA 70002

Claim Number: 2939
Claim Date: 05/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $5,811.21 | Scheduled: | $5,811.21 |
|---|---|---|---|---|

COFACE NORTH AMERICA INSURANCE COMPANY
AGENT FOR ANCHOR BAY PACKAGING CORP.
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

Claim Number: 12030
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| ADMINISTRATIVE | Claimed: | $39,764.14 |
|---|---|---|

COFACE NORTH AMERICA INSURANCE COMPANY
AGENT FOR SOUTHERN IMPERIAL, INC.
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

Claim Number: 12041
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| ADMINISTRATIVE | Claimed: | $1,193.68 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

COFACE NORTH AMERICA INSURANCE COMPANY
AGENT FOR CONTINENTAL CASUALTY COMPANY
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

Claim Number: 12042
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $6,211.50 |
|---|---|---|

COFACE NORTH AMERICA INSURANCE COMPANY
AGENT FOR KLENZOID EQUIPMENT COMPANY
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

Claim Number: 12043
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $11,863.00 |
|---|---|---|

COFACE NORTH AMERICA INSURANCE COMPANY
AGENT FOR THE PRI GROUP
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

Claim Number: 12044
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| ADMINISTRATIVE | Claimed: | $17,575.39 |
|---|---|---|

COFACE NORTH AMERICA INSURANCE COMPANY
AGENT FOR KEYSTONE PAPER & BOX CO., INC.
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

Claim Number: 12045
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| ADMINISTRATIVE | Claimed: | $34,701.00 |
|---|---|---|

COFACE NORTH AMERICA INSURANCE COMPANY
AGENT FOR DICAR - C. MARTIN/CYNTHIA MOH
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

Claim Number: 12046
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| ADMINISTRATIVE | Claimed: | $32,407.14 |
|---|---|---|

COFACE NORTH AMERICA INSURANCE COMPANY
AGENT FOR CONSOLIDATED SCRAP RESOURCES
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

Claim Number: 12047
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $12,176.50 |
|---|---|---|

COFFEE BREW SERVICES
4712 91ST AVE
EDMONTON, AB T6B 2L1
CANADA

Claim Number: 3120
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $849.14 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

COFFEE TIME/KECKS WATER
55645 CURRENT ROAD #4
MISHAWAKA, IN 46545

Claim Number: 2327
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $243.95 UNDET | Scheduled: | $243.95 |

---

COFFMAN, ROY J
P O BOX 85
WAINWRIGHT, OK 74468-0085

Claim Number: 5519
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |

---

COFIELD, NANCY L
P.O. BOX 93
FLOMATON, AL 36441

Claim Number: 9583
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $22,834.80 |

---

COGBURN BROS., INC.
ATTN: RON COGBURN
3300 FAYE ROAD
JACKSONVILLE, FL 32226

Claim Number: 3568
Claim Date: 06/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $46,015.00 | Scheduled: | $44,025.00 |

---

COHANZICK ABSOLUTE RETURN MASTER FUND
TRANSFEROR: PAPER CONSTR. & MAINTENANCE
427 BEDFORD ROAD, SUITE 170
ATTN: JONATHAN BARKOE
PLEASANTVILLE, NY 10570

Claim Number: 1961
Claim Date: 04/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $141,800.00 | Scheduled: | $141,800.00 |

---

COHANZICK ABSOLUTE RETURN MASTER FUND
TRANSFEROR: BARRY-WEHMILLER COMPANIES
MARQUIPWARD UNITED
427 BEDFORD ROAD, SUITE 170
PLEASANTVILLE, NY 10570

Claim Number: 7275
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,280,790.33 |

---

COHANZICK ABSOLUTE RETURN MASTER FUND
TRANSFEROR: MARQUIPWARDUNITED, INC
427 BEDFORD ROAD, SUITE 170
ATTN. JONATHAN BARKOE
PLEASANTVILLE, NY 10570

Claim Number: 7877
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,280,790.33 | Scheduled: | $2,767,905.34 UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | |
|---|---|---|---|
| COHANZICK CREDIT OPPORTUNITIES MASTER FUND, AS ASSIGNEE FOR GRAPHIC SCIENCES<br>427 BEDFORD ROAD, SUITE 170<br>PLEASANTVILLE, NY 10570 | Claim Number: 9332<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |

| UNSECURED | Claimed: | $1,559,012.63 | Scheduled: | $1,934,898.39 UNLIQ |
|---|---|---|---|---|

---

| | |
|---|---|
| COHANZICK CREDIT OPPORTUNITY MASTER FUND<br>TRANSFEROR: GRAPHIC SCIENCES, INC.<br>ATTN: JONATHAN BARKOE<br>427 BEDFORD ROAD, SUITE 170<br>PLEASANTVILLE, NY 10570 | Claim Number: 1608<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 1007 (06/01/2009) |

| ADMINISTRATIVE | Claimed: | $548,119.13 |
|---|---|---|

---

| | |
|---|---|
| COHANZICK CREDIT OPPORTUNITY MASTER FUND<br>TRANSFEROR: RE TRANSPORTATION, INC.<br>ATTN: DAVID SHERMAN<br>427 BEDFORD ROAD, SUITE 170<br>PLEASANTVILLE, NY 10570 | Claim Number: 3540<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |

| UNSECURED | Claimed: | $187,357.15 |
|---|---|---|

---

| | |
|---|---|
| COKER PUMP & EQUIPMENT CO.<br>1055 THIRD STREET<br>OAKLAND, CA 94607 | Claim Number: 1476<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |

| UNSECURED | Claimed: | $20.62 |
|---|---|---|

---

| | |
|---|---|
| COKER PUMP & EQUIPMENT CO.<br>1055 THIRD STREET<br>OAKLAND, CA 94607 | Claim Number: 1477<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $786.29 |
|---|---|---|

---

| | |
|---|---|
| COKER PUMP & EQUIPMENT CO.<br>1055 THIRD STREET<br>OAKLAND, CA 94607 | Claim Number: 1478<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |

| UNSECURED | Claimed: | $17.18 |
|---|---|---|

---

| | |
|---|---|
| COKER PUMP & EQUIPMENT CO.<br>1055 THIRD STREET<br>OAKLAND, CA 94607 | Claim Number: 1479<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |

| UNSECURED | Claimed: | $151.55 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| COKER PUMP & EQUIPMENT CO.<br>1055 THIRD STREET<br>OAKLAND, CA 94607 | Claim Number: 1480<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $394.00 |
|---|---|---|

---

| COKER PUMP & EQUIPMENT CORP<br>PO BOX 12308<br>OAKLAND, CA 94604 | Claim Number: 4004<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4136 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $17.18 |
|---|---|---|

---

| COKER PUMP & EQUIPMENT CORP<br>PO BOX 12308<br>OAKLAND, CA 94604 | Claim Number: 4005<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $151.55 |
|---|---|---|

---

| COKER PUMP & EQUIPMENT CORP<br>PO BOX 12308<br>OAKLAND, CA 94604 | Claim Number: 4006<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4136 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $394.00 |
|---|---|---|

---

| COKER PUMP & EQUIPMENT CORP<br>PO BOX 12308<br>OAKLAND, CA 94604 | Claim Number: 4007<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $786.29 | Scheduled: | $857.19 |
|---|---|---|---|---|

---

| COKER PUMP & EQUIPMENT CORP (MILPITAS)<br>PO BOX 12308<br>OAKLAND, CA 94604 | Claim Number: 4008<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4136 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $20.62 |
|---|---|---|

---

| COKINOS ENERGY CORPORATION<br>C/O CRAIG E. POWER AND LISA M. NORMAN<br>COKINOS, BOSIEN & YOUNG<br>4 HOUSTON CENTER, 1221 LAMAR ST, 16TH FL<br>HOUSTON, TX 77010 | Claim Number: 3312<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $14,753.27 |
|---|---|---|
| UNSECURED | Claimed: | $28,576.60 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

COKINOS NATURAL GAS COMPANY
ATTN: MICHAEL COKINOS
5718 WESTHEIMER ST SUITE 900
HOUSTON, TX 77057

Claim Number: 11696-01
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $26,941.27 | Scheduled: | $20,723.80 |
|---|---|---|---|---|

COKINOS NATURAL GAS COMPANY
ATTN: ARGO GEORGANDIS
5718 WESTHEIMER
SUITE 900
HOUSTON, TX 77057

Claim Number: 11696-02
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2993 (12/04/2009)

| ADMINISTRATIVE | Claimed: | $16,388.60 |
|---|---|---|

COKINOS NATURAL GAS COMPANY
C/O PETER J DUHIG
BUCHANAN INGERSOLL & ROONEY PC
1000 WEST STREET, 14TH FLOOR
WILMINGTON, DE 19801-1054

Claim Number: 12039
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $16,388.60 |
|---|---|---|

COLAVECCHIO, FRANCO
6540 NOLAN AVE
BURNABY, BC V5H 4B6
CANADA

Claim Number: 8425
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $53,066.06 |
|---|---|---|

COLE ELECTRIC CO INC
3980 MLK JR DR
ATLANTA, GA 30336

Claim Number: 4176
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,971.47 | Scheduled: | $3,971.47 |
|---|---|---|---|---|

COLE INDUSTRIES INC
PO BOX 1982
WHITTIER, CA 90609

Claim Number: 5174
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $12,449.95   UNDET | Scheduled: | $14,039.95 |
|---|---|---|---|---|

COLE OIL & TIRE CO., INC
PO BOX 791
WINNFIELD, LA 71483

Claim Number: 4317
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $85,632.08 | Scheduled: | $85,341.87 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| COLE OIL & TIRE CO., INC.<br>P.O. BOX 791<br>WINNFIELD, LA 71483 | Claim Number: 1773<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $82,394.08 | | |
|---|---|---|---|---|

---

| COLE PARMER CANADA INC<br>210 5101 RUE BUCHAN<br>MONTREAL, QC H4P 2R9<br>CANADA | Claim Number: 5080<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>5,778.98 canadian |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $4,500.63 |
|---|---|---|---|---|

---

| COLE, D<br>612 CAMBRIDGE DR..<br>MIDDLETOWN, OH 45042 | Claim Number: 8126<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| COLEMAN, BILLY W<br>PO BOX 482<br>FLORENCE, MS 39073 | Claim Number: 7948<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8938 (02/16/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| COLEMAN, CARL W<br>10101 BRENTLINGER LN<br>LOUISVILLE, KY 40291-3605 | Claim Number: 7059<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| COLEMAN, JAMES DANIEL<br>229 GIMBER AVENUE<br>JONESBORO, LA 71251 | Claim Number: 10145<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| COLEMAN, RACHEL OCIE<br>P.O. BOX 807<br>HODGE, LA 71247 | Claim Number: 10146<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

COLEMAN, STEPHEN
1205 W CYPRESS 133
SAN DIMAS, CA 91773

Claim Number: 4612
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| SECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

COLEMAN, STEVEN D.
51 KINGSWOOD LANE
BREWTON, AL 36426

Claim Number: 11591
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $6,600.00 | | |
|---|---|---|---|---|

COLEPAK INC
PO BOX 650
URBANA, OH 43078

Claim Number: 9449
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $27,188.16 | Scheduled: | $27,188.16 |
|---|---|---|---|---|

COLEY ELECTRIC & PLUMBING SUPPLY
1760 MEMORIAL DR.
WAYCROSS, GA 31501-1091

Claim Number: 9290
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $730.33 | Scheduled: | $730.33 |
|---|---|---|---|---|

COLEY, GLADYS M
367A EAST MONTCASTLE DRIVE
GREENSBORO, NC 27406

Claim Number: 9736
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

COLFAX TREATING COMPANY, L.L.C.
P.O. BOX 1110
ALEXANDRIA, LA 71309-1110

Claim Number: 327
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,133.76 | | |
|---|---|---|---|---|

COLLECTOR OF REVENUE
TOWN OF PORTLAND
PO BOX 71
PORTLAND, CT 06480

Claim Number: 4271
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| PRIORITY | Claimed: | $42,818.53 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| COLLECTOR OF REVENUE<br>TOWN OF PORTLAND<br>PO BOX 71<br>PORTLAND, CT 06480 | | Claim Number: 4277<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | | | |
| UNSECURED | | $16,016.65 | Scheduled: | $54,333.82 |

---

| COLLECTOR OF REVENUE<br>PO BOX 71<br>PORTLAND, CT 06480 | | Claim Number: 13387<br>Claim Date: 10/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|---|
| PRIORITY | Claimed: | $42,818.53 |
| SECURED | Claimed: | $42,818.53 |
| TOTAL | Claimed: | $42,818.53 |

---

| COLLECTOR OF REVENUE<br>PO BOX 71<br>PORTLAND, CT 06480 | | Claim Number: 13390<br>Claim Date: 10/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|---|
| PRIORITY | Claimed: | $16,016.65 |

---

| COLLIER COUNTY TAX COLLECTOR<br>3301 EAST TAMIAMI TRAIL<br>COURTHOUSE BUILDING C-1<br>NAPLES, FL 34112 | | Claim Number: 1144<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|---|
| SECURED | Claimed: | $1,487.07 |

---

| COLLING SWIFT AND HYNES<br>1156 15TH ST NW STE 1020<br>WASHINGTON, DC 20005-1754 | | Claim Number: 9697<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,984.65 | Scheduled: | $19,984.65 |

---

| COLLINS, RUTH N<br>895 MARTIN LUTHER<br>BREWTON, AL 36426 | | Claim Number: 12301<br>Claim Date: 09/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|---|
| SECURED | Claimed: | $50,000.00 |

---

| COLLINS, RUTH N.<br>895 M.L. KING DRIVE<br>BREWTON, AL 36426 | | Claim Number: 13460<br>Claim Date: 09/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|---|
| PRIORITY | Claimed: | $50,000.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| COLLMER, CARLA M<br>1710 RIVER BLUFF RD.<br>NILES, MI 49120 | Claim Number: 9703<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

| COLLOPY, J K<br>1350 PEBBLE COURT #148<br>CINCINNATI, OH 45255 | Claim Number: 11587<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

| COLONIAL CHEMICAL SOLUTIONS, INC.<br>PO BOX 576<br>SAVANNAH, GA 31402 | Claim Number: 6403-01<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $26,548.30 |
|---|---|---|

| COLONIAL CHEMICAL SOLUTIONS, INC.<br>PO BOX 576<br>SAVANNAH, GA 31402 | Claim Number: 6403-02<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8530 (09/13/2010) |
|---|---|

| UNSECURED | Claimed: | $142,788.63 | Scheduled: | $185,818.92 |
|---|---|---|---|---|

| COLONIAL OIL INDUSTRIES INC<br>PO BOX 576<br>SAVANNAH, GA 31402-0576 | Claim Number: 4380-01<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $741.84 |
|---|---|---|

| COLONIAL OIL INDUSTRIES INC<br>PO BOX 576<br>SAVANNAH, GA 31402-0576 | Claim Number: 4380-02<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $234,994.05 |
|---|---|---|

| COLONIAL WEBB CONTRACTORS<br>2820 ACKLEY ROAD<br>RICHMOND, VA 23228 | Claim Number: 8828<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $142,081.74 | Scheduled: | $106,213.39 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

COLOR PROCESS COMPANY, THE
4000 FEE FEE ROAD
BRIDGETON, MO 63044

Claim Number: 5950
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $584.98 | | |

---

COLOR TECHNOLOGY INC
2455 NW NICOLAI STREET
PORTLAND, OR 97210

Claim Number: 3693
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,325.93 | Scheduled: | $1,325.93 |

---

COLORTECH INC
ATTN: JOHN LORIA
8027 DIXIE ROAD
BRAMPTON, ON L6T 3V1
CANADA

Claim Number: 12764
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $66,217.71 | Scheduled: | $78,695.76 |

---

COLT ATLANTIC SERVICES, INC.
1845 SOUTH LEE COURT, SUITE C
BUFORD, GA 30518

Claim Number: 2342
Claim Date: 04/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $49,631.15 | Scheduled: | $49,631.15 |

---

COLT INTERNATIONAL INC
PO BOX 203189
HOUSTON, TX 77216-3189

Claim Number: 6140
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $394.93 | Scheduled: | $394.93 |

---

COLTON EQUIPMENT INC
PO BOX 2334
TEMECULA, CA 92593

Claim Number: 6448
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $1,388.23 | | |

---

COLTON EQUIPMENT, INC.
ATTN: STEVE COLTON
PO BOX 2334
TEMECULA, CA 92593

Claim Number: 6727
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,388.23 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| COLTON EQUIPMENT, INC.<br>STEVE COLTON<br>PO BOX 2334<br>TEMECULA, CA 92593 | Claim Number: 8751<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 6727<br>DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,388.23 | |
| COLUMBIA CORRUGATED BOX CO.<br>12777 SW TUALATIN - SHERWOOD RD.<br>TUALATIN, OR 97062-8051 | Claim Number: 3467<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $19,366.79 | Scheduled: $19,366.79 |
| COLUMBIA GAS OF KENTUCKY, INC.<br>200 CIVIC CENTER DRIVE, 11TH FLOOR<br>COLUMBUS, OH 43215 | Claim Number: 2168<br>Claim Date: 04/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $14,035.48 | |
| COLUMBIA GAS OF OHIO, INC.<br>200 CIVIC CENTER CENTER DR, 11TH FLOOR<br>COLUMBUS, OH 43215 | Claim Number: 2171<br>Claim Date: 04/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $16,836.72 | Scheduled: $10,627.51 |
| COLUMBIA MACHINE WORKS INC<br>PO BOX 1018<br>COLUMBIA, TN 38402 | Claim Number: 4786<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $7,393.50 | |
| COLUMBIA PIPE & SUPPLY CO<br>1803 MOEN AVE<br>ATTN:JIM WELSER<br>ROCKDALE, IL 60436 | Claim Number: 4615<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $4,489.50 | Scheduled: $4,750.10 |
| COLUMBUS CITY UTILITIES<br>P.O. BOX 1987<br>COLUMBUS, IN 47202-1987 | Claim Number: 4902<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $2,551.57 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| COLUMBUS GLOVE & SAFETY COMPANY<br>100 E MEMCO ST.<br>WEST LAFAYETTE, OH 43845 | Claim Number: 3578<br>Claim Date: 07/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $14,895.03 | Scheduled: | $12,177.71 |
|---|---|---|---|---|

| COLUMBUS INDUSTRIAL ELECTRIC<br>1625 INDIANAPOLIS RD<br>COLUMBUS, IN 47201 | Claim Number: 6004<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $5,951.98 | Scheduled: | $5,951.98 |
|---|---|---|---|---|

| COMAIRCO EQUIPMENT LTD.<br>3327 BOUL. INDUSTRIAL<br>ATTN: JACQUES GARIEPY, CREDIT MANAGER<br>LAVAL, QC H7L 4S3<br>CANADA | Claim Number: 8869<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>Claim out of balance; claim amount is $4015.12 cdn both admin and |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| COMAIRCO EQUIPMENT LTD.<br>ATTN: JACQUES GARIEPY<br>3327 BOUL. INDUSTRIAL<br>LAVAL, QC H7L 4S3<br>CANADA | Claim Number: 12618<br>Claim Date: 08/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,289.59 |
|---|---|---|
| UNSECURED | Claimed: | $3,289.59 |
| TOTAL | Claimed: | $3,289.59 |

| COMBI PACKAGING SYSTEMS LLC<br>5365 EAST CENTER DR NE<br>CANTON, OH 44721 | Claim Number: 4342<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $993.18 | Scheduled: | $37,385.89 |
|---|---|---|---|---|

| COMBS, ETHEL D.<br>604 ROBINSON STREET<br>JONESBORO, LA 71251 | Claim Number: 10147<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|

| COMBS, GLENNIE T.<br>604 ROBINSON STREET<br>JONESBORO, LA 71251 | Claim Number: 10148<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

COMBS, JONATHAN
129 REBECCA DRIVE
JONESBORO, LA 71251

Claim Number: 10149
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

---

COMBS, SHERMAN B., SR.
P.O. BOX 369
JONESBORO, LA 71251

Claim Number: 10150
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

---

COMBS, TRACY
2466 BOIES STREET
SIOUX CITY, IA 51109

Claim Number: 6506
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| UNSECURED | Claimed: | $350,000.00 |
| --- | --- | --- |

---

COMBS, TRACY ALLEN
2466 BOIES STREET
SIOUX CITY, IA 51109

Claim Number: 8734
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $350,000.00 |
| --- | --- | --- |

---

COMBUSTION & CONTROL
P.O. BOX 23393
CHATTANOOGA, TN 37422

Claim Number: 8619
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $53,928.61 | Scheduled: | $57,395.17 |
| --- | --- | --- | --- | --- |

---

COMBUSTION & CONTROL SOLUTIONS, INC.
PO BOX 23393
CHATTANOOGA, TN 37422

Claim Number: 5700
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $53,928.61 |
| --- | --- | --- |

---

COMED
ATTN: BANKRUPTCY SECTION/REVENUE MGMT.
2100 SWIFT DRIVE
OAK BROOK, IL 60523

Claim Number: 1206-01
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $62,067.27 | Scheduled: | $24,533.00 |
| --- | --- | --- | --- | --- |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

COMED
ATTN: BANKRUPTCY SECTION/REVENUE MGMT.
2100 SWIFT DRIVE
OAK BROOK, IL 60523

Claim Number: 1206-02
Claim Date: 03/03/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $7,200.15 |
|---|---|---|

---

COMED LEGAL
ATTN: LASHONDA A. HUNT,
ASSISTANT GENERAL COUNSEL
10 SOUTH DEARBORN STREET, 49TH FLOOR
CHICAGO, IL 60603

Claim Number: 7595
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $23,292.92 |
|---|---|---|

---

COMER, JOHN
2219 FERRIS LANE
ROSEVILLE, MN 55113

Claim Number: 5425
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

COMFORT SYSTEMS USA (SYRACUSE), INC.
D/B/A ABJ FIRE PROTECTION CO.
6500 NEW VENTURE GEAR DRIVE
EAST SYRACUSE, NY 13057

Claim Number: 11053
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| SECURED | Claimed: | $22,519.62 |
|---|---|---|

---

COMITE DE GESTION DE LA ROUTE
FORESTIERE 25 INC.
ATTN: ERIC BERNIER
1053, BOULEVARD DUCHARME
LA TUQUE, QC G9X 3C3
CANADA

Claim Number: 12591
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $10,543.75 | Scheduled: | $10,419.58 |
|---|---|---|---|---|

---

COMMAND TRANSPORTATION, LLC
EULER HERMES ACI
AGENT OF COMMAND TRANSPORTATION, LLC
800 RED BROOK BOULEVARD
OWINGS MILLS, MD 21117

Claim Number: 790
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $25,410.08 |
|---|---|---|

---

COMMAND TRANSPORTATION, LLC
EULER HERMES ACI
AGENT OF COMMAND TRANSPORTATION, LLC
800 RED BROOK BOULEVARD
OWINGS MILLS, MD 21117

Claim Number: 1813
Claim Date: 03/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8497 (09/08/2010)

| UNSECURED | Claimed: | $36,975.84 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

COMMANDER PACKAGING WEST INC
602 S ROCKEFELLER AVE STE D
ONTARIO, CA 91761

Claim Number: 6918
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7550 (05/10/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $34,591.60 | Scheduled: | $27,291.60 | |

---

COMMERCIAL & INDUSTRIAL PIPING, INC.
P.O. BOX 53
EFFINGHAM, SC 29541

Claim Number: 1414
Claim Date: 03/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 4136 (01/14/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $858,975.73 | Scheduled: | $855,276.85 | UNLIQ |

---

COMMERCIAL CARRIER CORP
C/O LOGISTICS, LLC
LEGAL DEPARTMENT
P.O. DRAWER 67
AUBURNDALE, FL 33823

Claim Number: 7213
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7555 (05/10/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $24,501.95 | Scheduled: | $35,753.12 | UNLIQ |

---

COMMERCIAL CUTTING & DIE MFG., INC.
3814 TALLEYRAND AVE.
JACKSONVILLE, FL 32206

Claim Number: 9094
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 3287 (12/18/2009)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,938.40 | Scheduled: | $14,123.56 | |

---

COMMERCIAL FACTORS OF ATLANTA, INC.
TRANSFEROR: PRECISION PLANT SERVICES INC
5064 ROSWELL ROAD
BUILDING A
ATLANTA, GA 30342

Claim Number: 1568
Claim Date: 03/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 3287 (12/18/2009)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $219,092.54 | Scheduled: | $219,092.54 | |

---

COMMERCIAL FYR-FYTERS INC
PO BOX 2037
MARTINSVILLE, VA 24113

Claim Number: 3849
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 8953 (02/22/2011)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $556.37 | Scheduled: | $556.37 | |

---

COMMERCIAL INSULATION CO INC
207 LANE AVENUE SOUTH
JACKSONVILLE, FL 32254

Claim Number: 7650
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 7554 (05/10/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $9,549.00 | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

COMMERCIAL MACHINE INC.
ATTN: NEIL E. MCCULLAGH, ESQ.
411 EAST FRANKLIN STREET, SUITE 600
RICHMOND, VA 23219

Claim Number: 12029
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $13,754.00 | | |
| UNSECURED | Claimed: | $34,513.25 | | |

---

COMMERCIAL MACHINE, INC.
ATTN: NEIL E. MCCULLAGH, ESQ.
411 EAST FRANKLIN STREET, SUITE 600
RICHMOND, VA 23219

Claim Number: 9874-01
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34,513.25 | Scheduled: | $48,267.25 |

---

COMMERCIAL MACHINE, INC.
ATTN: NEIL E. MCCULLAGH, ESQ.
411 EAST FRANKLIN STREET, SUITE 600
RICHMOND, VA 23219

Claim Number: 9874-02
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2534 (10/30/2009)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $13,754.00 | |

---

COMMERCIAL PLASTICS RECYCLING INC.
1920 TAMPA EAST BLVD
TAMPA, FL 33619

Claim Number: 4379
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $201.02 | Scheduled: | $175.00 |

---

COMMERCIAL POWER SWEEPING & SERVICE
PO BOX 6005
SUFFOLK, VA 23433

Claim Number: 5019
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,337.85 | Scheduled: | $10,226.00 |

---

COMMERCIAL SHEET METAL SYSTEMS, INC.
C/O MARK C. BRYAN, ESQ.
LIPPES & BRYAN, P.A.
800 W. MONROE ST.
JACKSONVILLE, FL 32202

Claim Number: 3216
Claim Date: 06/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $82,031.89 | Scheduled: | $82,031.89 |

---

COMMERCIAL SOLUTIONS INC
4203-95 STREET
EDMONTON, AB T6E 5R6
CANADA

Claim Number: 8331
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5768 (03/11/2010)
Claim out of balance

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $973.90 | Scheduled: | $1,005.92 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | |
|---|---|
| COMMISSION DE LA SANTE ET DE LA SECURITE DU TRAVAIL<br>ATTN: MELISANDE BLAIS., 1 COMPLEXE DESJARDINS., TOUR DU SUD, 30E ETAGE<br>MONTREAL, QC H5B 1H1<br>CANADA | Claim Number: 13826<br>Claim Date: 02/11/2010<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |

| UNSECURED | Claimed: | $3,658.99 |
|---|---|---|

| | |
|---|---|
| COMMISSION SCOLAIRE DEL ENERGIE<br>42072, RUE GICNAC, CP<br>SHAWINIGAN, QC G9N 6V7<br>CANADA | Claim Number: 8479<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |

| UNSECURED | Claimed: | $8,827.00 |
|---|---|---|

| | |
|---|---|
| COMMISSION SCOLAIRE DU PAYS-DE-BLEUETS<br>ATTN: RENALD COTE<br>1950 BOUL. WALLBERG<br>DOLBEAU-MISTASSINI, QC G8L 2R3<br>CANADA | Claim Number: 13024<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |

| SECURED | Claimed: | $30,526.80 |
|---|---|---|

| | |
|---|---|
| COMMISSION SCOLAIRE RENE LEVESQUE<br>471 A BOULEVARD PERRON<br>ATTN: ANDREA LEBZANC<br>MARIA, QC G0C 1Y0<br>CANADA | Claim Number: 12930<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |

| PRIORITY | Claimed: | $181,684.57 |
|---|---|---|

| | |
|---|---|
| COMMODITY CARRIERS INC<br>PO BOX 205<br>BOZRAH, CT 06334 | Claim Number: 6780-02<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $3,000.00 |
|---|---|---|

| | |
|---|---|
| COMMONWEALTH INDUSTRIAL SERVICES<br>PO BOX 479<br>HOPEWELL, VA 23860-0479 | Claim Number: 6734<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $6,213.00 | Scheduled: | $8,744.70 |
|---|---|---|---|---|

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA DEPT. OF TREASURY<br>PO BOX 2478<br>RICHMOND, VA 23218 | Claim Number: 11959<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| COMMONWEALTH OF VIRGINIA, DEPT OF TREASURY, DIV OF UNCLAIMED PROPERTY P.O. BOX 2478 RICHMOND, VA 23218-2478 | | Claim Number: 11954 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ | |

---

| | | | | |
|---|---|---|---|---|
| COMMONWEALTH TECHNOLOGY GROUP PO BOX 1612 HOPEWELL, VA 23860 | | Claim Number: 4700 Claim Date: 07/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $24,782.25 | Scheduled: | $25,613.10 |

---

| | | | |
|---|---|---|---|
| COMMONWEALTH TECHNOLOGY GROUP, INC PO BOX 1612 HOPEWELL, VA 23860 | | Claim Number: 307 Claim Date: 02/12/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 5738 (03/10/2010) | |
| UNSECURED | Claimed: | $24,782.25 | |

---

| | | | |
|---|---|---|---|
| COMMONWEALTH TECHNOLOGY GROUP, INC PO BOX 1612 HOPEWELL, VA 23860 | | Claim Number: 4696 Claim Date: 07/13/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 5738 (03/10/2010) | |
| UNSECURED | Claimed: | $24,782.25 | |

---

| | | | |
|---|---|---|---|
| COMMUNICATIONS, ENERGY AND PAPERWORKERS UNION OF CANADA, LOCAL 1118 ATTN: RICK KLIMCHUK 202, 9940-106 STREET EDMONTON, AB T5K 2N2 CANADA | | Claim Number: 12877 Claim Date: 08/26/2009 Debtor: SMURFIT-MBI | |
| PRIORITY | Claimed: | $0.00  UNDET | |
| UNSECURED | Claimed: | $0.00  UNDET | |

---

| | | | |
|---|---|---|---|
| COMMUNICATIONS, ENERGY AND PAPERWORKERS OF CANADA, LOCAL 539 ATTN: RICK KLIMCHUK 202, 9940-106 STREET EDMONTON, AB T5K 2N2 CANADA | | Claim Number: 12878 Claim Date: 08/26/2009 Debtor: SMURFIT-MBI | |
| PRIORITY | Claimed: | $0.00  UNDET | |
| UNSECURED | Claimed: | $0.00  UNDET | |

---

| | | | |
|---|---|---|---|
| COMMUNICATIONS, ENERGY AND PAPERWORKERS UNION OF CANADA, LOCAL 878 ATTN: RHODA COSSAR CEP, REGINA OFFICE- 2365 13TH AVENUE REGINA, SK S4P 0V8 CANADA | | Claim Number: 12879 Claim Date: 08/26/2009 Debtor: SMURFIT-MBI | |
| PRIORITY | Claimed: | $2,000.00 | |
| UNSECURED | Claimed: | $6,571.84 | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| COMMUNICATIONS, ENERGY AND PAPERWORKERS UNION OF CANADA, LOCAL 878 ATTN: RHODA COSSAR CEP, REGINA OFFICE- 2365 13TH AVENUE REGINA, SK S4P 0V8 CANADA | | Claim Number: 12880 Claim Date: 08/26/2009 Debtor: SMURFIT-MBI |
|---|---|---|
| PRIORITY | Claimed: | $2,000.00 |
| UNSECURED | Claimed: | $11,847.00 |

---

| COMMUNICATIONS, ENERGY AND PAPERWORKERS UNION OF CANADA, LOCAL 878 ATTN: RHODA COSSAR CEP, REGINA OFFICE- 2365 13TH AVENUE REGINA, SK S4P 0V8 CANADA | | Claim Number: 12881 Claim Date: 08/26/2009 Debtor: SMURFIT-MBI |
|---|---|---|
| UNSECURED | Claimed: | $19,179.81 |

---

| COMMUNICATIONS, ENERGY AND PAPERWORKERS UNION OF CANADA, LOCAL 878 ATTN: RHODA COSSAR CEP, REGINA OFFICE - 2365 13TH AVENUE REGINA, SK S4P 0V8 CANADA | | Claim Number: 12882 Claim Date: 08/26/2009 Debtor: SMURFIT-MBI |
|---|---|---|
| UNSECURED | Claimed: | $24,579.00 |

---

| COMMUNICATIONS, ENERGY AND PAPERWORKERS UNION OF CANADA ATTN: DAVE COLES 301 LAURIER AVENUE WEST OTTAWA, ON K1P 6M6 CANADA | | Claim Number: 13300 Claim Date: 08/29/2009 Debtor: SMURFIT-MBI |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| COMMUNICATIONS, ENERGY AND PAPERWORKERS UNION OF CANADA ATTN: DAVE COLES 301 LAURIER AVENUE WEST OTTAWA, ON K1P 6M6 CANADA | | Claim Number: 13301 Claim Date: 08/29/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| COMMUNITIES IN SCHOOLS 516 S 10TH ST FERNANDINA BEACH, FL 32034 | | Claim Number: 5991 Claim Date: 07/20/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 7555 (05/10/2010) |
|---|---|---|
| UNSECURED | Claimed: | $7,000.00 |

---

| COMMUNITY CLEAN SWEEP PO BOX 2072 BAKERSFIELD, CA 93303 | | Claim Number: 6511 Claim Date: 07/27/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,616.04 | Scheduled: | $991.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| COMMUNITY RECYCLING<br>16505A SE 1ST ST 266<br>VANCOUVER, WA 98684 | | Claim Number: 7330<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $2,687.11 | Scheduled: | $2,504.11 |
| COMOX PACIFIC EXPRESS, LTD<br>P.O. BOX 2129<br>WINNIPEG, MB R3C 3R4<br>CANADA | | Claim Number: 8552<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
| UNSECURED | Claimed: | $355.56 | | |
| COMOX PACIFIC EXPRESS, LTD<br>P.O. BOX 2129<br>WINNIPEG, MB R3C 3R4<br>CANADA | | Claim Number: 12385<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) | | |
| UNSECURED | Claimed: | $291.31 | Scheduled: | $190.28 |
| COMPAGNIE DE LOCATION D' EQUIPEMENT CLE<br>LTEE CREANCIER<br>2200, RUE DE LA SIDBEC SUD<br>BUREAU 202<br>TROIS-RIVIERES, QC G8Z 4H1<br>CANADA | | Claim Number: 12448<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $15,635.50 | | |
| COMPAIR CANADA INC<br>871 CRANBERRY COURT<br>OAKVILLE, ON L6L 6J7<br>CANADA | | Claim Number: 13527<br>Claim Date: 10/09/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>The claim amount is 1,430.83 CDN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| COMPASS ENERGY GAS SERVICES, L.L.C.<br>A. ROSEN C/O SILVERMAN ACAMPORA, LLP<br>100 JERICHO QUADRANGLE, SUITE 300<br>JERICHO, NY 11753 | | Claim Number: 14036<br>Claim Date: 06/02/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>AMENDS CLAIM 1714 | | |
| UNSECURED | Claimed: | $189,788.81 | | |
| COMPLETE MECHANICAL SERVICES INC<br>11415 GROOMS ROAD<br>BLUE ASH, OH 45242 | | Claim Number: 5587<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $3,540.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| COMPLETE PACKAGING II LLC<br>PO BOX 2089<br>TEMPLE, TX 76563 | Claim Number: 9329<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,133.90 | Scheduled: | $5,275.10 |

| COMPREHENSIVE CLAIM SERVICES INC<br>PO BOX 70097<br>VANCOUVER, WA 98665-0036 | Claim Number: 6149<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,134.00 | |

| COMPRESS AIR INC<br>1758 GENESIS DRIVE, SUITE A<br>LA PORTE, IN 46350 | Claim Number: 12127<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,008.34 | Scheduled: | $5,008.34 |

| COMPRESSORS AIR US<br>225 TRADERS BLVD UNIT 4<br>MISSISSAUGA, ON L4Z 3L8<br>CANADA | Claim Number: 6686<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>Claim amount: 11,808.21 CANADIAN | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $9,573.30 |

| COMPTON, SYLVESTER<br>11 ROSELLE STREET<br>MILFORD, NJ 08848 | Claim Number: 3997<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | |

| COMPUCOM SYSTEMS INC<br>ATTN: MINNIE MORRISON<br>7171 FOREST LANE, 4TH FLOOR<br>DALLAS, TX 75230 | Claim Number: 7805<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $726.75 | |
| UNSECURED | Claimed: | $175,786.21 | Scheduled: | $149,004.40 |

| COMTRAK LOGISTICS, INC.<br>C/O HUB GROUP,INC.<br>3050 HIGHLAND PARKWAY<br>SUITE 100<br>DOWNERS GROVE, IL 60515 | Claim Number: 6670<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $65,449.25 | Scheduled: | $68,401.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CON-WAY TRUCKLOAD INC.<br>4701 EAST 32ND STREET<br>P.O. BOX 2547<br>JOPLIN, MO 64803 | Claim Number: 10504<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $88,453.75 | Scheduled: | $178,304.87 |
|---|---|---|---|---|

---

| CONAM INSPECTION & ENGINEERING SERVICES<br>195 CLARKSVILLE ROAD<br>PRINCETON JUNCTION, NJ 08550-5303 | Claim Number: 4163<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $8,100.00 | Scheduled: | $8,100.00 |
|---|---|---|---|---|

---

| CONCENTRA MED CTRS NORCROSS<br>ATTN: SHARON HUNTER<br>PO BOX 82549<br>HAPEVILLE, GA 30354 | Claim Number: 5703<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $4,435.25 |
|---|---|---|

---

| CONCENTRA MEDICAL CENTERS<br>P.O. BOX 3700<br>RANCHO CUCAMONGA, CA 91729 | Claim Number: 3279<br>Claim Date: 06/02/2009<br>Debtor: CALPINE CORRUGATED, LLC |
|---|---|

| UNSECURED | Claimed: | $46.50 |
|---|---|---|

---

| CONCENTRA MEDICAL CENTERS (06)<br>6133 ROCKSIDE RD STE 202<br>INDEPENDENCE, OH 44131 | Claim Number: 13853<br>Claim Date: 03/01/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $6,904.25 |
|---|---|---|

---

| CONCEPTION ET FABRICATION N. POTVIN INC<br>ATTN: NICOLAS POTVIN<br>752 RUE ST-ANTOINE<br>LA TUQUE, QC G9X 2Z4<br>CANADA | Claim Number: 12870<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $97,967.98 | Scheduled: | $99,571.46 |
|---|---|---|---|---|

---

| CONCRETE IMPROVEMENT<br>105 S. HILLSIRE DR. # 2<br>SIOUX FALLS, SD 57110 | Claim Number: 831<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $233.03 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CONCRETE IMPROVEMENT<br>1005 S HILLSIDE DR<br>SIOUX FALLS, SD 57110 | Claim Number: 3737<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $466.23 | Scheduled: | $466.23 |
|---|---|---|---|---|

---

| CONDUCT:X - WAMPFLER INC<br>10102 F STREET<br>OMAHA, NE 68127 | Claim Number: 13610<br>Claim Date: 11/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,672.05 |
|---|---|---|

---

| CONFIDENTIAL MATERIAL MANAGEMENT<br>130 NEWMAN DR<br>BRUNSWICK, GA 31520 | Claim Number: 14066<br>Claim Date: 07/16/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
|---|---|

| UNSECURED | Claimed: | $1,350.00 |
|---|---|---|

---

| CONGER INDUSTRIES, INC.<br>2290 S. ASHLAND AVE.<br>P.O. BOX 13507<br>GREEN BAY, WI 54307-3507 | Claim Number: 488<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,134.97 |
|---|---|---|

---

| CONGER INDUSTRIES, INC.<br>2290 S. ASHLAND AVE.<br>P.O. BOX 13507<br>GREEN BAY, WI 54307-3507 | Claim Number: 4675<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $5,898.43 | Scheduled: | $4,594.36 |
|---|---|---|---|---|

---

| CONGOLEUM CORPORATION<br>1945 E STATE STREET<br>TRENTON, NJ 08619-0127 | Claim Number: 6578<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $7,200.00 |
|---|---|---|

---

| CONIGLIO, ALAN A<br>3016 ASHETON CRT<br>EDMOND, OK 73034 | Claim Number: 4490<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CONKLIN, TODD E<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10720<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $30,476.52 | | |
|---|---|---|---|---|

| CONLEY, LINDA L<br>2295 AARON ST. #206<br>PORT CHARLOTTE, FL 33952 | Claim Number: 6752<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $38,000.00 | | |
|---|---|---|---|---|

| CONN-WELD INDUSTRIES, INC.<br>P.O. BOX 5329<br>PRINCETON, WV 24740 | Claim Number: 3455<br>Claim Date: 06/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $36,320.84 | Scheduled: | $36,320.84 |
|---|---|---|---|---|

| CONNECTICUT LIGHT & POWER COMPANY, THE<br>NORTHEAST UTILITIES - CCC<br>PO BOX 2899<br>HARTFORD, CT 06101-8307 | Claim Number: 3389<br>Claim Date: 06/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $471,897.01 | | |
|---|---|---|---|---|

| CONNECTICUT LIGHT & POWER COMPANY, THE<br>NORTHEAST UTILITIES - CCC<br>PO BOX 2899<br>HARTFORD, CT 06101-8307 | Claim Number: 4571<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $490,452.67 | Scheduled: | $303,118.30 |
|---|---|---|---|---|

| CONNECTICUT NATURAL GAS CORPORATION<br>ATTN: JULIETTE MORLE<br>76 MEADOW STREET<br>EAST HARTFORD, CT 06108 | Claim Number: 2681<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $13,169.79 | | |
|---|---|---|---|---|

| CONNECTICUT NATURAL GAS CORPORATION<br>ATTN: JULIETTE MORLE<br>76 MEADOW STREET<br>EAST HARTFORD, CT 06108 | Claim Number: 5929<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $13,169.79 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CONNER, LANNA M<br>5624 ALVINA AVENUE<br>CINCINNATI, OH 45212 | Claim Number: 5836<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| CONNER, LANNA M.<br>5624 ALVINA AVENUE<br>CINCINNATTI, OH 45212 | Claim Number: 8612<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| CONOCOPHILLIPS COMPANY<br>ATTN: PAUL I. HAMADA, SENIOR COUNSEL<br>2080 MCLEAN, 600 NORTH DAIRY ASHFORD<br>HOUSTON, TX 77079 | Claim Number: 11768<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8879 (01/06/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

| CONOCOPHILLIPS COMPANY<br>ATTN: PAUL I. HAMADA, SENIOR COUNSEL<br>2080 MCLEAN, 600 NORTH DAIRY ASHFORD<br>HOUSTON, TX 77079 | Claim Number: 11769<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8879 (01/06/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

---

| CONRAY ENGINEERED PRODUCTS INC<br>PO BOX 331<br>KING CITY, ON L7B 1A6<br>CANADA | Claim Number: 13197-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $51,119.71 | Scheduled: | $69,803.52 |
|---|---|---|---|---|

---

| CONRAY ENGINEERED PRODUCTS INC<br>PO BOX 331<br>KING CITY, ON L7B 1A6<br>CANADA | Claim Number: 13197-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 2813 (11/18/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $16,981.38 |
|---|---|---|

---

| CONRAY ENGINEERED PRODUCTS INC<br>ATTN: BETH WALKER<br>PO BOX 331<br>KING CITY, ON L7B 1A6<br>CANADA | Claim Number: 13198<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 13197<br>Claim out of balance |
|---|---|

| ADMINISTRATIVE | Claimed: | $16,981.38 |
|---|---|---|
| UNSECURED | Claimed: | $68,101.09 |
| TOTAL | Claimed: | $68,101.09 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CONROY, NANCY J<br>121 E ADAMS<br>VILLA PARK, IL 60181 | Claim Number: 12198<br>Claim Date: 09/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

| CONSOLIDATED CONSTRUCTION<br>4300 N RICHMOND<br>APPLETON, WI 54913-9704 | Claim Number: 6614<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $786.00 | Scheduled: | $825.30 |
|---|---|---|---|---|

| CONSOLIDATED DISPOSAL SERVICE, INC.<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11341<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $1,358.00 | Scheduled: | $697.20 |
|---|---|---|---|---|

| CONSOLIDATED DISPOSAL SERVICE,INC<br>C/O BRYAN ALBUE<br>FENNEMORE CRAIG PC<br>3003 N CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012 | Claim Number: 11436<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $20,997.32 | | |
|---|---|---|---|---|

| CONSOLIDATED ELECTRICAL DIST INC<br>PO BOX 2552<br>HARRISBURG, PA 17105-2552 | Claim Number: 3756<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $11,222.23 | Scheduled: | $29,379.95 |
|---|---|---|---|---|

| CONSOLIDATED ELECTRICAL DISTRIBUTORS INC<br>ASHLEY B. STITZER & JUSTIN R. ALBERTO<br>BAYARD, P.A.<br>222 DELAWARE AVENUE, SUITE 900<br>WILMINGTON, DE 19801 | Claim Number: 1609-01<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $246.60 | | |
|---|---|---|---|---|

| CONSOLIDATED ELECTRICAL DISTRIBUTORS INC<br>ASHLEY B. STITZER & JUSTIN R. ALBERTO<br>BAYARD, P.A.<br>222 DELAWARE AVENUE, SUITE 900<br>WILMINGTON, DE 19801 | Claim Number: 1609-02<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4,932.00 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CONSOLIDATED ELECTRICAL DSTRIBUTORS<br>PO BOX 5580<br>KENT, WA 98064 | Claim Number: 5151-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010) |

| ADMINISTRATIVE | Claimed: | $12,105.13 |

---

| CONSOLIDATED ELECTRICAL DSTRIBUTORS<br>PO BOX 5580<br>KENT, WA 98064 | Claim Number: 5151-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $6,592.52 |

---

| CONSOLIDATED FIRE & SAFETY<br>PO BOX 131<br>NEW CARLISLE, IN 46552 | Claim Number: 4683<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $1,978.24 | Scheduled: | $1,892.00 |

---

| CONSOLIDATED PRESS<br>600 S SPOKANE STREET<br>SEATTLE, WA 98134 | Claim Number: 7858<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $6,669.95 | Scheduled: | $6,669.00 |

---

| CONSOLIDATED PRESS PRINTING COMPANY, INC<br>600 S. SPOKANE STREET<br>SEATTLE, WA 98134 | Claim Number: 2797<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |

| UNSECURED | Claimed: | $6,669.95 |

---

| CONSOLIDATED PRINTING INC<br>PO BOX 626<br>VAN BUREN, AR 72957-0626 | Claim Number: 8076<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $862.80 | Scheduled: | $862.80 |

---

| CONSOLIDATED PRODUCTS, INC<br>PO BOX 1689<br>SAINT PETERS, MO 63376 | Claim Number: 2083<br>Claim Date: 04/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |

| UNSECURED | Claimed: | $83,899.64 | Scheduled: | $82,924.64 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CONSOLIDATED SCRAP RESOURCES INC<br>COFACE NORTH AMERICA, INC<br>50 MILLSTONE ROAD<br>BLDG 100 - STE 360<br>EAST WINDSOR, NJ 08520 | Claim Number: 10785-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $10,059.50 |
|---|---|---|

| CONSOLIDATED SCRAP RESOURCES INC<br>COFACE NORTH AMERICA, INC<br>50 MILLSTONE ROAD<br>BLDG 100 - STE 360<br>EAST WINDSOR, NJ 08520 | Claim Number: 10785-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $20,100.30 |
|---|---|---|

| CONSOLIDATED SCRAP RESOURCES, INC.<br>ATTN: BEN ABRAMS<br>120 HOKES MILL ROAD<br>YORK, PA 17404 | Claim Number: 3217<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $30,159.80 |
|---|---|---|

| CONSOLIDATED SCRAP RESOURCES, INC.<br>PO BOX 389<br>YORK, PA 17405 | Claim Number: 6430<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $30,159.80 | Scheduled: | $30,281.00 |
|---|---|---|---|---|

| CONSOLIDATED SCRAP RESOURCES, INC.<br>P.O. BOX 389<br>YORK, PA 17405 | Claim Number: 9102<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| CONSOLIDATED SCRAP RESOURCES, INC.<br>P.O. BOX 389<br>YORK, PA 17405 | Claim Number: 9103<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| CONSOLIDATED TOOL CO<br>PO BOX 4115<br>ST JOSEPH, MO 64504 | Claim Number: 9286<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,274.00 | Scheduled: | $4,274.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | |
|---|---|---|---|
| CONSOLIDATED WASTE SYSTEMS INC<br>PO BOX 60173<br>FORT MYERS, FL 33906 | Claim Number: 5155<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7552 (05/10/2010) | | |
| UNSECURED          Claimed: | $2,338.75 | | |
| CONSOLIDATED WASTE SYSTEMS INC<br>PO BOX 60173<br>FORT MYERS, FL 33906 | Claim Number: 5156<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7551 (05/10/2010) | | |
| UNSECURED          Claimed: | $6,327.61 | Scheduled: | $6,271.00  UNLIQ |
| CONSOLIDATION COAL COMPANY<br>C/O DANIEL M. DARRAGH, ESQ<br>COHEN & GRIGSBY, PC<br>625 LIBERTY AVE<br>PITTSBURGH, PA 15222-3152 | Claim Number: 13591<br>Claim Date: 11/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET 8880 (01/06/2011) | | |
| UNSECURED          Claimed: | $0.00   UNLIQ | | |
| CONSOLIDATION COAL COMPANY<br>C/O DANIEL M. DARRAGH, ESQ<br>COHEN & GRIGSBY, PC<br>625 LIBERTY AVE<br>PITTSBURGH, PA 15222-3152 | Claim Number: 13592<br>Claim Date: 11/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET 8880 (01/06/2011) | | |
| UNSECURED          Claimed: | $0.00   UNLIQ | | |
| CONSTAR INC<br>ONE CROWN WAY<br>PHILADELPHIA, PA 19154 | Claim Number: 1645<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED          Claimed: | $3,163.50 | Scheduled: | $3,163.50 |
| CONSTELLATION NEWENERGY, INC.<br>C/O HEATHER M. FORREST<br>JACKSON WALKER L.L.P.<br>901 MAIN STREET, SUITE 6000<br>DALLAS, TX 75202 | Claim Number: 11256<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 6649 (04/07/2010) | | |
| ADMINISTRATIVE          Claimed: | $57,106.72 | | |
| CONSTELLATION NEWENERGY-GAS DIVISION LLC<br>C/O HEATHER M. FORREST<br>JACKSON WALKER L.L.P.<br>901 MAIN STREET, SUITE 6000<br>DALLAS, TX 75202 | Claim Number: 11254<br>Claim Date: 08/27/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET 6649 (04/07/2010) | | |
| ADMINISTRATIVE          Claimed: | $13,669.02 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| CONSTELLATION NEWENERGY-GAS DIVISION LLC<br>C/O HEATHER M. FORREST<br>JACKSON WALKER L.L.P<br>901 MAIN STREET, SUITE 6000<br>DALLAS, TX 75202 | | Claim Number: 11255<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| ADMINISTRATIVE | Claimed: | $123,633.48 | | |
| CONSTRUCTION BERTHIN CLOUTIER 2005 INC.<br>999 BOUL DUCHARME<br>LA TUQUE, PQ G9X 3C3<br>CANADA | | Claim Number: 3256<br>Claim Date: 06/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| CONSTRUCTION BERTHIN CLOUTIER 2005 INC.<br>999 BOUL DUCHARME<br>ATTN: KARL LACHANCE<br>LA TUQUE, QC G9X 3C3<br>CANADA | | Claim Number: 12867<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $34,479.20 | Scheduled: | $34,093.78 |
| CONSTRUCTION PARTNERS, INC.<br>8910 W. 47TH STREET<br>BROOKFIELD, IL 60513 | | Claim Number: 26<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $25,990.00 | Scheduled: | $25,990.00 |
| CONSUMERS INTERSTATE CORP<br>2 CONSUMERS AVE<br>NORWICH, CT 06360-1568 | | Claim Number: 3777<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $1,836.34 | Scheduled: | $1,835.26 |
| CONTAINER GRAPHICS CORP<br>PO BOX 890794<br>CHARLOTTE, NC 28289-0794 | | Claim Number: 7123<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $1,135,905.77 | Scheduled: | $1,470,085.26  UNLIQ |
| CONTAINER GRAPHICS CORPORATION<br>KAREN C. BIFFERATO & MARC J. PHILLIPS<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>NEMOURS BLDG - 1007 NORTH ORANGE STREET<br>WILMINGTON, DE 19801 | | Claim Number: 1753<br>Claim Date: 03/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | |
| UNSECURED | Claimed: | $379,298.16 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTAINER GRAPHICS LIMITED
459 FENMAR DR
WESTON, ON M9L 2R6
CANADA

Claim Number: 7124
Claim Date: 08/03/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLY AMENDED BY 10028

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $103,549.50 | Scheduled: | $89,408.05 |

---

CONTAINER GRAPHICS LIMITED
459 FENMAR DRIVE
WESTON, ON M9L 2R6
CANADA

Claim Number: 10028
Claim Date: 08/25/2009
Debtor: SMURFIT-MBI
Comments:
claim amends claim 7124

| | | |
|---|---|---|
| UNSECURED | Claimed: | $129,434.82 |

---

CONTINENTAL BRAKE EQUIPMENT CO
501 PUTTER LN
LONGBOAT KEY, FL 34228

Claim Number: 6069
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $520.26 | | |
| UNSECURED | Claimed: | $1,560.45 | Scheduled: | $2,080.71 |

---

CONTINENTAL CARBONICS PROD INC (01)
DEPT 5105
CAROL STREAM, IL 60122-5105

Claim Number: 13088
Claim Date: 09/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $16,378.17 |

---

CONTINENTAL NET INC.
PO BOX 190
NEWARK, CA 94560

Claim Number: 1041
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $15,000.00 |
| UNSECURED | Claimed: | $29,020.23 |

---

CONTINENTAL NET TRUCKING
PO BOX 190
NEWARK, CA 94560

Claim Number: 12123
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6353 (03/29/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $62,407.00 | Scheduled: | $62,407.00 |

---

CONTINENTAL WESTERN INSURANCE CO.
TROY D. SISUM, ESQUIRE -
NELSON LEVINE DE LUCA & HORST, LLC
518 TOWNSHIP LINE ROAD, SUITE 300
BLUE BELL, PA 19422

Claim Number: 7670
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $75,560.01 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MARK TRECE, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 68-01
Claim Date: 02/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)

| UNSECURED | Claimed: | $309,449.32 | Scheduled: | $315,472.82 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MARK TRECE, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 68-02
Claim Date: 02/04/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 4136 (01/14/2010)

| UNSECURED | Claimed: | $650.00 | Scheduled: | $650.00 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: NATIONAL RECYCLING CORPORATI
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 199
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| PRIORITY | Claimed: | $22,513.50 | | |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: DMX, LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 215
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $30,804.42 | Scheduled: | $24,816.59 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HATHAWAY, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 218
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $55,212.00 | Scheduled: | $54,612.00 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MID SOUTH ROLLER
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 233
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $21,685.41 | Scheduled: | $21,099.93 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 381
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $286.96 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 382
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,709.81 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 383
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $600.09 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 384
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $2,185.86 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 385
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $586.00 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 386
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $288.46 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 387
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $185.42 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 388
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $545.10 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| CONTRARIAN FUNDS, LLC | Claim Number: 389 |
|---|---|
| TRANSFEROR: HARPER MACHINERY CORP | Claim Date: 02/16/2009 |
| ATTN: ALISA MUMOLA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 411 WEST PUTNAM AVENUE, SUITE 425 | Comments: EXPUNGED |
| GREENWICH, CT 06830 | DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:          $327.37

---

| CONTRARIAN FUNDS, LLC | Claim Number: 390 |
|---|---|
| TRANSFEROR: HARPER MACHINERY CORP | Claim Date: 02/16/2009 |
| ATTN: ALISA MUMOLA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 411 WEST PUTNAM AVENUE, SUITE 425 | Comments: EXPUNGED |
| GREENWICH, CT 06830 | DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:          $135.50

---

| CONTRARIAN FUNDS, LLC | Claim Number: 391 |
|---|---|
| TRANSFEROR: HARPER MACHINERY CORP | Claim Date: 02/16/2009 |
| ATTN: ALISA MUMOLA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 411 WEST PUTNAM AVENUE, SUITE 425 | Comments: EXPUNGED |
| GREENWICH, CT 06830 | DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:          $775.86

---

| CONTRARIAN FUNDS, LLC | Claim Number: 392 |
|---|---|
| TRANSFEROR: HARPER MACHINERY CORP | Claim Date: 02/16/2009 |
| ATTN: ALISA MUMOLA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 411 WEST PUTNAM AVENUE, SUITE 425 | Comments: EXPUNGED |
| GREENWICH, CT 06830 | DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:          $438.26

---

| CONTRARIAN FUNDS, LLC | Claim Number: 393 |
|---|---|
| TRANSFEROR: HARPER MACHINERY CORP | Claim Date: 02/16/2009 |
| ATTN: ALISA MUMOLA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 411 WEST PUTNAM AVENUE, SUITE 425 | Comments: EXPUNGED |
| GREENWICH, CT 06830 | DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:          $498.85

---

| CONTRARIAN FUNDS, LLC | Claim Number: 394 |
|---|---|
| TRANSFEROR: HARPER MACHINERY CORP | Claim Date: 02/16/2009 |
| ATTN: ALISA MUMOLA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 411 WEST PUTNAM AVENUE, SUITE 425 | Comments: EXPUNGED |
| GREENWICH, CT 06830 | DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:          $607.55

---

| CONTRARIAN FUNDS, LLC | Claim Number: 395 |
|---|---|
| TRANSFEROR: HARPER MACHINERY CORP | Claim Date: 02/16/2009 |
| ATTN: ALISA MUMOLA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 411 WEST PUTNAM AVENUE, SUITE 425 | Comments: EXPUNGED |
| GREENWICH, CT 06830 | DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:          $3,099.23

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 396<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:              $164.62

---

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 397<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:              $297.60

---

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 398<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:              $1,413.14

---

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 399<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:              $641.72

---

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 400<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:              $4,632.04

---

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 401<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:              $372.39

---

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 402<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:              $1,131.50

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 403<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED            Claimed: | $75.99 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 404<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED            Claimed: | $125.92 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 405<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED            Claimed: | $89.81 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 406<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED            Claimed: | $3,240.92 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 407<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED            Claimed: | $347.31 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 408<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED            Claimed: | $165.58 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 409<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED            Claimed: | $114.31 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 410
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

UNSECURED          Claimed:          $48.62

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 411
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

UNSECURED          Claimed:          $141.81

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 412
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

UNSECURED          Claimed:          $94.67

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 413
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

UNSECURED          Claimed:          $1,447.37

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 414
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

UNSECURED          Claimed:          $1,368.64

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 415
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

UNSECURED          Claimed:          $1,706.05

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 416
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

UNSECURED          Claimed:          $254.48

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 417<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:                    $339.18

---

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 418<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:                    $1,321.10

---

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 419<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:                    $893.45

---

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 420<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:                    $346.56

---

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 421<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:                    $91.52

---

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 422<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:                    $406.08

---

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 423<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:                    $584.00

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 424
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,578.00 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 425
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,327.23 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 426
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $391.95 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 427
Claim Date: 02/16/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $1,735.70 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 428
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $2,120.00 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 429
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $6,075.69 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 430
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $9,908.78 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 431<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED          Claimed: | $6,327.23 |

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 432<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED          Claimed: | $14,616.48 |

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 433<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED          Claimed: | $1,605.00 |

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 434<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED          Claimed: | $4,022.76 |

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 435<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED          Claimed: | $3,968.87 |

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 436<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED          Claimed: | $5,055.01 |

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 437<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED          Claimed: | $1,800.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 438<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $131.54 |

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 439<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $68.63 |

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 440<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $1,186.55 |

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 441<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $83.54 |

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 442<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $300.44 |

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 443<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $80.14 |

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 444<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $1,371.16 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 445<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED            Claimed: | $674.95 |

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 446<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED            Claimed: | $139.91 |

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 447<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED            Claimed: | $3,096.78 |

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 448<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED            Claimed: | $135.75 |

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 449<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED            Claimed: | $613.81 |

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 450<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED            Claimed: | $232.32 |

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 451<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED            Claimed: | $106.92 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 452<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $626.23 |

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 453<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $1,186.25 |

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 454<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $1,663.06 |

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 455<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $779.23 |

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 456<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $345.59 |

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 457<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5738 (03/10/2010) | |
| UNSECURED | Claimed: | $606.09 |

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 458<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $1,267.90 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: NPP PACKAGING GRAPHICS SPECI<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 489<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $279,446.60 | | |
|---|---|---|---|---|

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: ENVIROVAC HOLDINGS, LLC.<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 501<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $225,095.00 | Scheduled: | $199,777.75 |
|---|---|---|---|---|

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: GRAIN PROCESSING CORPORATION<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 704<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,796,650.20 | Scheduled: | $1,556,814.18 UNLIQ |
|---|---|---|---|---|

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: TRIANGLE-T CORPORATION<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 773<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $19,890.24 | | |
|---|---|---|---|---|

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: TRIANGLE-T CORPORATION<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 774<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $14,873.04 | | |
|---|---|---|---|---|

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: PERFECT COMMERCE, LLC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 826<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $92,000.00 | | |
|---|---|---|---|---|

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: FUSS & O'NEILL, INC.<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 1069<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $104,080.79 | Scheduled: | $104,080.79 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: ELECTRIC MOTOR SHOP OF WAKE
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 1187
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $110,242.00 | | |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: INLAND SYSTEMS INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 1321
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $48,364.72 | Scheduled: | $48,364.72 |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: BANNER MOULDED PRODUCTS CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 1447
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $41,785.61 | Scheduled: | $41,785.61 |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: SITTON MOTOR LINES, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 1466
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $129,016.05 | Scheduled: | $129,607.80 |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: EXECUTIVE SECURITY SPECIALIS
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 1535
Claim Date: 03/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $19,563.30 | Scheduled: | $20,974.50 |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: JIT CYLINDERS
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 1636
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,584.91 | Scheduled: | $20,584.91 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: REED MAINTENANCE SERVICES IN
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 1696
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $252,375.02 | Scheduled: | $273,180.51 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: M & M COMPUTING
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 1897
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $35,233.80 | Scheduled: | $35,233.80 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: REED MAINTENANCE SERVICES IN
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 1952
Claim Date: 04/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $19,553.15 | Scheduled: | $3,856.00 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: GENERAL CHEMICAL INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 1977
Claim Date: 04/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $16,184.00 | Scheduled: | $290,652.79 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HANEY TRUCK LINE, LLC ET AL
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2107
Claim Date: 04/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $150,740.94 | Scheduled: | $149,434.05 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MACHINECO, LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2177
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $29,277.67 | Scheduled: | $28,937.67 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: BOLTON EMERSON AMERICAS, INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2183
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $93,703.03 | Scheduled: | $62,896.03 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: DISTRIBUTION CONCEPTS COMPAN
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2185
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| UNSECURED | Claimed: | $27,785.04 | Scheduled: | $39,382.34 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: WILLIAM ALBERT INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2202
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $184,181.73 | Scheduled: | $188,608.12 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: DIAMOND HEATING & COOLING SE
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2221
Claim Date: 04/15/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $81,898.23 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: NPP PACKAGING GRAPHICS SPECI
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2226
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 1175 (07/06/2009)

| ADMINISTRATIVE | Claimed: | $50,038.03 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAGNUM LTD
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2290
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $6,238.43 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAGNUM WAREHOUSING
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2293
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $13,243.69 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAGNUM DEDICATED
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2376
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $97,885.56 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAGNUM LTL
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2377
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $18,962.02 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAGNUM LOGISTICS
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2381
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $23,894.27 | | |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: TOLKO MARKETING & SALES LTD
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2433
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HUNT, GUILLOT & ASSOC., LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2538
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $44,803.06 | | |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: JCI JONES CHEMICALS, INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2558
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13871
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $26,602.30 | Scheduled: | $26,602.30 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: VALUE TRANSPORT, LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2569
Claim Date: 04/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $42,900.00 | Scheduled: | $56,935.00 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: BRIDGEPORT TRANSPORTATION
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2675
Claim Date: 05/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $23,195.00 | Scheduled: | $22,585.00 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRANE ENGINEERING SALES, INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2709
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $55,719.14 | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: NPP PACKAGING GRAPHICS SPECI
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2737
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $503.36 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: CANAL WOOD, LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2767
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $151,255.44 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: CANAL WOOD, LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2807
Claim Date: 05/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $151,255.44 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: METSO MINERALS INDUSTRIES, I
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2865
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $116,380.40 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: SOUTHERN MAINTENANCE CONTRAC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2873
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $313,980.00 | Scheduled: | $313,980.00 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: AMERICAN REFRACTORY COMPANY
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2883
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $39,100.00 | Scheduled: | $39,100.00 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: SONOCO PRODUCTS COMPANY
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2928
Claim Date: 05/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $101,965.22 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HAYES MANUFACTURING GROUP, I
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2929
Claim Date: 05/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,305.20 | | |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: EGAN COMPANY
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3008
Claim Date: 05/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,065.25 | Scheduled: | $22,065.25 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MUHLEN SOHN, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3014
Claim Date: 05/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $238,989.12 | Scheduled: | $234,912.12 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: ROWE DRILLING COMPANY, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3034
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $47,154.60 | Scheduled: | $47,154.60 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: EQUIPMENT DEPOT OHIO, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3045
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $99,184.97 | Scheduled: | $90,182.05 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: VALLEY FORGE CONTAINERS, INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3307
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,427.53 | | |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: AUTOMATED CONVEYOR SYSTEMS,
INC.; ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3377
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
Amends claim 3004.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,001,043.00 | Scheduled: | $711,673.11  UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: PAPER MACHINE SERVICES, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3425
Claim Date: 06/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 139
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $155,064.00 | Scheduled: | $105,934.21 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: DYNASTY TRANSPORTATION, LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3452
Claim Date: 06/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $234,897.36 | Scheduled: | $215,989.50 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: BYRD, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3486
Claim Date: 06/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $183,564.75 | Scheduled: | $170,134.75 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: NOLAN BATTERY COMPANY
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3546
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $40,658.44 | Scheduled: | $40,658.44 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: PUMP ENGINEERING SALES &
SERVICE; ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3584
Claim Date: 07/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4176 (01/15/2010)

| UNSECURED | Claimed: | $108,499.63 | Scheduled: | $76,235.16 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: BOILER THERMAL SERVICES
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3667
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $5,850.00 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: BOILER THERMAL SERVICES, LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3668
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $18,478.00 | Scheduled: | $24,328.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: BC WOOD PRODUCTS INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3673-01
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $22,420.77 | Scheduled: | $32,817.23 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: BC WOOD PRODUCTS INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3673-02
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1354 (08/03/2009)

| ADMINISTRATIVE | Claimed: | $6,446.10 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: CENTRO, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3904-03
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: POSSIBLY AMENDED BY 13727
DOCKET: 5769 (03/11/2010)

| ADMINISTRATIVE | Claimed: | $2,324.97 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $24,959.01 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: CENTRO, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3904-04
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $22,709.96 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: DCM TRANSPORT INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3919
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $179,568.80 | Scheduled: | $179,548.80 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: VALUE TRANSPORT, LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3948
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $42,900.00 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: THOMPSON INDUSTRIAL SERVICES
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 4156
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $223,660.93 | Scheduled: | $223,660.93 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: GULF GREAT LAKES PKG - MISC<br>FINISH, ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 4348<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $94,487.05 | Scheduled: | $100,730.30 |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: CONNEY SAFETY<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 4350-02<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2534 (10/30/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $62,234.45 |
|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: CONNEY SAFETY LLC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 4350-03<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $311,014.59 | Scheduled: | $382,779.87 |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: CONNEY SAFETY LLC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 4350-04<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $512.24 | Scheduled: | $512.24 |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: DIRECT SERVICE TRANSPORT INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 4357<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $25,269.60 | Scheduled: | $26,657.54 |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: ADEC INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 4410<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $25,839.30 | Scheduled: | $25,830.30 |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: TOLKO MARKETING & SALES LTD.<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 4452<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: DICK IRVIN TRUCKING INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 4691<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $44,898.78 | Scheduled: | $41,859.92 |
|---|---|---|---|---|

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: ST JUDE PACKAGING INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 4708<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $50,130.52 | Scheduled: | $50,130.52 |
|---|---|---|---|---|

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: METSO MINERALS INDUSTRIES<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 4739<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $41,456.04 | Scheduled: | $41,903.15 |
|---|---|---|---|---|

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: CENTRO INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 4798<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,367.36 |
|---|---|---|
| UNSECURED | Claimed: | $22,667.57 |

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: THORO CARE INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 5212<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $20,928.34 | Scheduled: | $28,786.53 |
|---|---|---|---|---|

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: MAIERS TRANSPORT & WAREHOUSI<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 5281<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $91,722.66 | Scheduled: | $91,874.41 |
|---|---|---|---|---|

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: AVID PALLET SERVICES INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 5291<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $51,839.50 | Scheduled: | $51,839.50 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: PERFECT COMMERCE, LLC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 5320<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $103,290.32 | |

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: JACKSON LEWIS LLP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 5328<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $198,311.26 | Scheduled: | $160,846.40 |

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: SMITH HUGHES COMPANY<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 5599<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $32,612.70 | Scheduled: | $32,310.38 |

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: QUALITY CARTON & CONVERTING<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 5626<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $72,094.21 | Scheduled: | $72,094.21 |

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: MASTER TRANSFER CO INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 5863<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $37,142.66 | Scheduled: | $38,040.42 |

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: INTERSPAN RESOURCES INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 6088<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $181,198.76 | Scheduled: | $201,181.29 |

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: JC WITHERSPOON JR INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 6169<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $38,719.76 | Scheduled: | $77,439.52 UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HYDRO THERMAL CORPORATION<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 6228<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $31,068.99 | Scheduled: | $31,068.99 |
|---|---|---|---|---|

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: TRAFFIC TECH<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 6306<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $80,173.34 | Scheduled: | $78,572.79 |
|---|---|---|---|---|

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: DC PRUETT CONTRACTING CO<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 6656<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $153,882.38 | Scheduled: | $158,882.38 |
|---|---|---|---|---|

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: UNIVERSAL LIMITED INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 6658<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $81,359.17 | Scheduled: | $81,359.17 |
|---|---|---|---|---|

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: EAST PENN RAILROAD, LLC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 6698<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $38,320.00 | Scheduled: | $26,662.00 UNLIQ |
|---|---|---|---|---|

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: JAMES BROWN TRUCKING CO<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 6708<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $749,934.20 | Scheduled: | $2,312,426.96 UNLIQ |
|---|---|---|---|---|

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: GEO SPECIALTY CHEMICALS INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 6776-01<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $21,220.62 | Scheduled: | $32,728.92 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: GEO SPECIALTY CHEMICALS INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 6776-02
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2205 (10/09/2009)

| ADMINISTRATIVE | Claimed: | $11,508.30 | | |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: WESTERN EXPRESS, INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 6784
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $396,278.42 | Scheduled: | $322,803.61 |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: SAIBER LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 6916
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $45,425.70 | Scheduled: | $43,910.44 |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: RECYCLAGE DE PAPIER MD INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 6923
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $69,815.81 | Scheduled: | $67,096.00 |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: SOUTHERN TIMBER PRODUCTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 6930
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $53,761.38 | Scheduled: | $111,036.03 UNLIQ |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: KEELS LAND & TIMBER CO INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7110
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $37,689.02 | Scheduled: | $75,378.05 UNLIQ |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: LILY TRANSPORTATION CORP.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7146
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $187,978.16 | Scheduled: | $638,740.08 UNLIQ |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: NATIONAL RECYCLE
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7173
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7516 (05/07/2010)

| UNSECURED | Claimed: | $22,513.50 | Scheduled: | $22,497.00 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: P&J TRUCKING INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7488
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $50,813.15 | Scheduled: | $50,813.15 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: DIAMOND HEATING & COOLING
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7578
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $83,112.23 | Scheduled: | $104,312.23 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: FLORIDA PUBLIC UTILITIES
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7611
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $61.60 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: FLORIDA PUBLIC UTILITIES CO
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7612
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $170.89 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: FLORIDA PUBLIC UTILITIES CO
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7613
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $5,170.16 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: FLORIDA PUBLIC UTILITIES CO
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7614
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $3,103.81 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: FLORIDA PUBLIC UTILITIES CO<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 7615<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7432 (05/04/2010) |
|---|---|

| UNSECURED | Claimed: | $126.28 | | |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: FLORIDA PUBLIC UTILITIES<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 7616<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7432 (05/04/2010) |
|---|---|

| UNSECURED | Claimed: | $293.80 | | |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: FLORIDA PUBLIC UTILITIES<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 7617<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7432 (05/04/2010) |
|---|---|

| UNSECURED | Claimed: | $2,656.31 | | |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: FLORIDA PUBLIC UTILITIES CO<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 7618<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) |
|---|---|

| UNSECURED | Claimed: | $173,712.27 | Scheduled: | $175,959.99 |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: STEAM SCIENCE & TECHNOLOGIES<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 7648<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $17,834.99 | Scheduled: | $17,745.81 |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: DONAHUE & ASSOC. INTERNATION<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 7649<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8376 (08/16/2010) |
|---|---|

| UNSECURED | Claimed: | $145,885.49 | Scheduled: | $98,870.57 |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: MTG LOGISTICS INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 7782<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $45,446.43 | Scheduled: | $137,446.43 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: CARTONES PONDEROSA SA DE CV
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7808
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $131,120.18 | Scheduled: | $131,120.18 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAGNUM LTL CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7912
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $56,078.46 | Scheduled: | $469.56 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAGNUM LOGISTICS
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7913
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $68,347.80 | Scheduled: | $86,601.92  UNLIQ |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAGNUM LTD CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7914
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $18,238.43 | Scheduled: | $18,238.43  UNLIQ |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAGNUM DEDICATED INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7915
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $303,426.43 | Scheduled: | $303,426.43  UNLIQ |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAGNUM WHSE
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7916
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $22,093.69 | Scheduled: | $22,093.69  UNLIQ |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MERCURY PLASTICS INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7930
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $259,407.89 | Scheduled: | $299,884.75 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: SULZER PUMPS (CANADA) INC.<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 8018<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $35,908.43 | Scheduled: | $35,932.43 |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: EVANS ADHESIVES<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 8059<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $34,020.01 | Scheduled: | $35,392.20 |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: TOLKO MARKETING AND SALES LT<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 8276<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $62,744.26 | | |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: RECUBEC INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 8488<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $20,349.83 | Scheduled: | $18,326.28 |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: 630 RENE-LEVESQUE WEST<br>PROPERTY CO; ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 8931<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $84,904.04 | Scheduled: | $21,235.12 |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: WATKINS & SHEPARD TRUCKING<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 9111<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $192,070.02 | Scheduled: | $412,070.02 UNLIQ |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: EGM, LLC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 9128<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $29,896.74 | Scheduled: | $33,706.42 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: T AND T RECYCLING INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9223
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $44,768.45 | Scheduled: | $39,021.91 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: JEFFERSON ENERGY TRADING, LL
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9319-01
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $2,628,729.18 | Scheduled: | $1,813,124.72 UNLIQ |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: WOLYNIEC CONSTRUCTION INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9330
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $27,132.50 | Scheduled: | $27,132.50 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: AIM NATIONAL LEASE, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9353
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $115,087.57 | Scheduled: | $330,087.57 UNLIQ |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MEGA GULF COAST LINES, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9483
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $400,053.00 | | |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAGNUM LTL
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9489
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $65,808.87 UNLIQ |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAGNUM LTL
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9490
Claim Date: 08/17/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLY AMENDED BY 13719

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $2,323.16 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MARFRED INDUSTRIES
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9679
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $79,772.83 | Scheduled: | $57,981.00 UNLIQ |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: MERCER HR CONSULTING
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9704
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $126,990.00 | Scheduled: | $159,282.00 |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: WEAVER LOGGING LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9790
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)

| UNSECURED | Claimed: | $107,044.26 | Scheduled: | $214,088.52 |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: HMH TRANSPORTATION
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9815
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
Amends claim 25.

| UNSECURED | Claimed: | $77,816.28 | Scheduled: | $111,373.11 UNLIQ |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: THIRD DIMENSION INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9856
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8528 (09/13/2010)

| UNSECURED | Claimed: | $113,705.41 | Scheduled: | $282,824.30 |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: POLYCHEM CORPORATION
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 10044-01
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: POSSIBLY AMENDED BY 13869
DOCKET: 7188 (04/22/2010)

| ADMINISTRATIVE | Claimed: | $36,780.89 |
|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: POLYCHEM CORPORATION
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 10044-03
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13869
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $303,498.17 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: POLYCHEM CORPORATION<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 10044-04<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLY AMENDED BY 13869<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $47,475.36 | | |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: BERMAN PRINTING COMP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 10424<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $630,189.31 | Scheduled: | $709,877.79 UNLIQ |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: WINMAR CORPORATION<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 10551<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $24,960.00 | | |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: WINMAR CORP (EXT PART OF THE<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 10552<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $24,960.00 | | |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: FIBRE BOX ASSOCIATION<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 10569<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $84,054.74 | Scheduled: | $84,212.67 UNLIQ |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: WINMAR CORPORATION<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 10574<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $24,960.00 | | |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: WINMAR CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 10575<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $24,960.00 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: WINMAR CORPORATION
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 10576
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $24,960.00 | | |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: WINMAR CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 10577
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $24,960.00 | Scheduled: | $24,960.00 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: LEDBETTER INDUSTRIAL LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 10766
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| SECURED | Claimed: | $51,672.24  UNLIQ | | |
| UNSECURED | Claimed: | $206,651.10  UNLIQ | Scheduled: | $253,833.85 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: FPR HOLDINGS LTD PARTNERSHIP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 10774
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $232,686.86 | Scheduled: | $43,216.24 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: FLINT PACKAGING PRODUCTS LTD
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 10860-01
Claim Date: 08/27/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 7188 (04/22/2010)

| ADMINISTRATIVE | Claimed: | $4,403.84 | | |
| UNSECURED | | | Scheduled: | $42,361.37 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: FLINT PACKAGING PRODUCTS LTD
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 10860-02
Claim Date: 08/27/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 7188 (04/22/2010)

| UNSECURED | Claimed: | $37,296.58 | | |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: VOITH PAPER FABRICS WAYCROSS
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11038-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 6350 (03/29/2010)

| UNSECURED | Claimed: | $40,642.62 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: VOITH PAPER ROLLS SOUTH INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 11039-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 6350 (03/29/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $270,644.00 | Scheduled: | $651,367.45 |

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: VOITH PAPER ROLLS WEST INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 11040-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 6350 (03/29/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $517.10 |

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: VOITH PAPER INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 11041-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 6350 (03/29/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $66,987.10 |

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: VOITH PAPER FABRICS US SALES<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 11042-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 6350 (03/29/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,526,489.19 | Scheduled: | $6,069.11 |

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: VOITH PAPER FABRICS APPLETON INC ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 11043<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6350 (03/29/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $115,790.00 | Scheduled: | $394,867.83 |

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: VOITH PAPER ROLLS CENTRAL INC ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 11044<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 6350 (03/29/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $152,263.48 | Scheduled: | $152,263.48 |

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: SEVEN OAKS CAPITAL ASSOCIATE<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 11067<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $40,336.68 | Scheduled: | $40,336.68 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: FLINT PACKAGING PRODUCTS LTD
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11071-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $66,567.57 | Scheduled: | $82,548.28 |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: FLINT PACKAGING PRODUCTS LTD
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11071-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 2813 (11/18/2009)

| ADMINISTRATIVE | Claimed: | $6,288.95 | | |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: SONOCO PRODUCTS COMPANY
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11117
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| UNSECURED | Claimed: | $99,031.00 | Scheduled: | $166,548.52 |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR:HAYES MANUFACTURING GROUP INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11119
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $37,305.20 | Scheduled: | $43,679.96 |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: POWERWASH SERVICES, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11123
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $164,588.80 | Scheduled: | $165,980.44 |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: CLEARCREEK CONSTRUCTION
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11131
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)

| UNSECURED | Claimed: | $189,065.00 | Scheduled: | $190,815.00 |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: THOMAS J. WEAVER, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11132
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $42,287.50 | Scheduled: | $43,587.50 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: STATE TAX SOLUTIONS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11157
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)

| UNSECURED | Claimed: | $353,549.00 | Scheduled: | $353,549.00 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: CONTRACT TRANSPORT SVCS INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11646
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7189 (04/22/2010)

| UNSECURED | Claimed: | $92,229.69 | Scheduled: | $92,142.78 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: DOMTAR INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11715
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $759,065.36 | Scheduled: | $806,989.00 UNLIQ |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: ESKO GRAPHICS, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11793-03
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $178,596.95 | Scheduled: | $320,808.06 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: ESKO GRAPHICS, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11793-04
Claim Date: 08/28/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $391,918.67 | Scheduled: | $391,871.89 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MOVENTAS INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11805
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $22,605.00 | Scheduled: | $22,605.00 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: THARPE COMPANY INC, THE
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11956
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $82,400.17 | Scheduled: | $72,108.68 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAGNUM LOGISTICS, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 12644
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $2,610.71 DISP | Scheduled: | $195.00 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: VOITH CANADA INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13233-03
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 6350 (03/29/2010)

| UNSECURED | Claimed: | $165,517.14 | Scheduled: | $78,999.22 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: VOITH PAPER FABRICS APPLETON
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13234
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 6350 (03/29/2010)

| ADMINISTRATIVE | Claimed: | $163,668.76 | | |
| UNSECURED | Claimed: | $330,159.39 | Scheduled: | $330,159.39 |
| TOTAL | Claimed: | $330,159.39 | | |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: CONNEY SAFETY PRODUCTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13383
Claim Date: 10/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| ADMINISTRATIVE | Claimed: | $63,569.69 | | |
| UNSECURED | Claimed: | $310,191.59 | | |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: GENERAL CHEMICAL CORP.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13389
Claim Date: 10/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $16,184.00 | Scheduled: | $16,184.00 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MEGA GULF COAST LINES INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13524
Claim Date: 10/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6353 (03/29/2010)

| UNSECURED | Claimed: | $62,019.00 | Scheduled: | $2,309.78 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MEGA GULF COAST LINES INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13536
Claim Date: 10/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5732 (03/10/2010)
Amends claim no. 9483

| UNSECURED | Claimed: | $249,799.26 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: WESTERN EXPRESS, INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13550
Claim Date: 11/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $396,278.42 | | |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: WESTERN EXPRESS, INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13596
Claim Date: 11/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8580 (09/23/2010)

| UNSECURED | Claimed: | $327,104.61 | Scheduled: | $4,300.00 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: NPP PACKAGING GRAPHICS SPECI
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13603
Claim Date: 11/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $279,446.60 | | |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: CARTONES PONDEROSA S.A. DE C
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13607
Claim Date: 11/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
amends claim 7808

| UNSECURED | Claimed: | $131,120.18 | | |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: NPP PACKAGING GRAPHICS SPECI
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13616
Claim Date: 11/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
Amends claim no. 489

| UNSECURED | Claimed: | $229,408.57 | Scheduled: | $275,915.92 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: PERFECT COMMERCE, LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13624
Claim Date: 11/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $103,290.32 | | |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: PERFECT COMMERCE, LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13644
Claim Date: 12/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
amends claim 826, 5320, & 13624

| UNSECURED | Claimed: | $103,290.32 | Scheduled: | $103,290.32 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: TRIANGLE-T CORPORATION
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13646
Claim Date: 12/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
amends claim 774

| UNSECURED | Claimed: | $14,873.04 | | |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: TRIANGLE-T CORPORATION
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13647
Claim Date: 12/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
amends claim 773

| UNSECURED | Claimed: | $19,890.24 | Scheduled: | $34,763.28 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: KEELS LAND & TIMBER CO INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13648
Claim Date: 12/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
amends claim 7110

| ADMINISTRATIVE | Claimed: | $37,689.02 | | |
| SECURED | Claimed: | $0.00 | | |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: VALLEY FORGE CONTAINERS
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13670
Claim Date: 12/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claim 3307

| UNSECURED | Claimed: | $14,427.53 | Scheduled: | $14,961.53 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: METSO MINERALS INDUSTRIES, I
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13671
Claim Date: 12/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
amends claim 2865

| UNSECURED | Claimed: | $116,380.40 | Scheduled: | $214,581.30 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAIERS TRANSPORT & WAREHOUSE
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13683
Claim Date: 12/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
amends claim 5281

| UNSECURED | Claimed: | $91,722.66 | | |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: SAIBER LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13699
Claim Date: 12/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claim 6916

| UNSECURED | Claimed: | $45,525.70 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: GRAIN PROCESSING CORPORATION
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13705
Claim Date: 12/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8685 (10/25/2010)

| UNSECURED | Claimed: | $1,796,650.20 | | |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: DMX, LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13706
Claim Date: 12/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
amends claim 215

| UNSECURED | Claimed: | $29,814.42 | | |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13714
Claim Date: 12/28/2009
Debtor: SMURFIT-MBI
Comments:
Amends claim 457.

| UNSECURED | Claimed: | $606.09 | | |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13715
Claim Date: 12/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7451 (05/06/2010)
Amends claims: 381-426, 428-456, and 458

| UNSECURED | Claimed: | $107,014.39 | Scheduled: | $175,146.60 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13716
Claim Date: 12/28/2009
Debtor: SMURFIT-MBI
Comments:
Amends claim 42700

| UNSECURED | Claimed: | $1,735.70 | Scheduled: | $2,341.79 |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAGNUM WAREHOUSING
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13718
Claim Date: 12/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claims 2293 and 7916.

| UNSECURED | Claimed: | $13,243.69 | | |
|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAGNUM LTL CORP.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13719
Claim Date: 12/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claims 7912, 9489 and 9490.

| UNSECURED | Claimed: | $18,703.58 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: MAGNUM LTL<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 13720<br>Claim Date: 12/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 2377. | | |
| UNSECURED | Claimed: | $3,058.41 | | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: MAGNUM LTD<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 13721<br>Claim Date: 12/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claims 2290 and 7914. | | |
| UNSECURED | Claimed: | $6,238.43 | | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: MAGNUM LOGISTICS<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 13722<br>Claim Date: 12/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claims 2381 and 7913. | | |
| UNSECURED | Claimed: | $21,783.56 | | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: MAGNUM DEDICATED<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 13723<br>Claim Date: 12/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>amends claim 2376 & 7915 | | |
| UNSECURED | Claimed: | $111,365.55 | | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: CENTRO, INC.<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 13727<br>Claim Date: 01/04/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>Amends claims 3904-01 and 3904-02 | | |
| UNSECURED | Claimed: | $22,709.96 | | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HUNT, GUILLOT & ASSOCIATES,<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 13734<br>Claim Date: 01/08/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 2538. | | |
| UNSECURED | Claimed: | $44,803.06 | Scheduled: | $39,688.06 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: ELECTRIC MOTOR SHOP OF WAKE<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 13757<br>Claim Date: 01/08/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>amends claim 1187 | | |
| UNSECURED | Claimed: | $110,242.00 | Scheduled: | $95,142.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: MUHLEN SOHN, INC.<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 13768<br>Claim Date: 01/19/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 3014 | | |
| UNSECURED | Claimed: | $238,989.12 | | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: CRANE ENGINEERING SALES, INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 13769<br>Claim Date: 01/19/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 2709 | | |
| UNSECURED | Claimed: | $55,719.14 | Scheduled: | $53,659.59 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: TOLKO MARKETING & SALES LTD<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 13800<br>Claim Date: 02/03/2010<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>Amends Claims 2433, 4452, and 8276. | | |
| UNSECURED | Claimed: | $62,744.26 | Scheduled: | $62,688.01 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: BRIDGEPORT TRANSPORTATION<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 13807-01<br>Claim Date: 02/04/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | |
| UNSECURED | Claimed: | $23,195.00 | | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: EVANS ADHESIVE CORPORATION<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 13813<br>Claim Date: 02/08/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $34,020.01 | | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: POLYCHEM CORPORATION<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 13869<br>Claim Date: 03/09/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| ADMINISTRATIVE | Claimed: | $74,672.05 | | |
| UNSECURED | Claimed: | $265,607.01 | Scheduled: | $382,038.70 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: POLYCHEM CORPORATION<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 13870<br>Claim Date: 03/09/2010<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $47,475.36 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: PAPER MACHINE SERVICES INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 13968<br>Claim Date: 04/08/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $155,064.00 | | |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF<br>JCI JONES CHEMICALS, INC.<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 13871<br>Claim Date: 03/09/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $26,602.30 | | |
|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC AS ASSIGNEE OF<br>PACKAGING GRAPHICS, INC.<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 14177<br>Claim Date: 11/24/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8996 (03/22/2011) |
|---|---|

| UNSECURED | Claimed: | $25,340.00 | | |
|---|---|---|---|---|

| CONTROL CONCEPTS INC<br>6925 ARAGON CIRCLE STE 2<br>BUENA PARK, CA 90620 | Claim Number: 9584<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $366.80 | Scheduled: | $366.80 |
|---|---|---|---|---|

| CONTROL DYNAMICS, INC<br>RONALD PAGE, PLC<br>ATTN: RONALD A. PAGE, JR.<br>4860 COX ROAD, SUITE 200<br>GLEN ALLEN, VA 23060 | Claim Number: 7121<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5768 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $50,049.35 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $181,071.12 | Scheduled: | $242,932.57 |

| CONTROL DYNAMICS, INC<br>RONALD PAGE, PLC<br>ATTN: RONALD A. PAGE, JR.<br>4860 COX ROAD, SUITE 200<br>GLEN ALLEN, VA 23060 | Claim Number: 7762<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $50,049.35 | | |
|---|---|---|---|---|

| CONTROL DYNAMICS, INC<br>RONALD PAGE, PLC<br>ATTN: RONALD A. PAGE, JR.<br>4860 COX ROAD, SUITE 200<br>GLEN ALLEN, VA 23060 | Claim Number: 7779<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5768 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $239,862.09 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CONTROL DYNAMICS, INC<br>RONALD PAGE, PLC<br>ATTN: RONALD A. PAGE, JR.<br>4860 COX ROAD, SUITE 200<br>GLEN ALLEN, VA 23060 | Claim Number: 8902<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $50,049.35 |
|---|---|---|

---

| CONTROL EQUIPMENT SALES, INC.<br>605 COMMERCE PARK DRIVE<br>MARIETTA, GA 30060 | Claim Number: 8056-01<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,476.14 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $78,042.74 |

---

| CONTROL EQUIPMENT SALES, INC.<br>605 COMMERCE PARK DRIVE<br>MARIETTA, GA 30060 | Claim Number: 8056-02<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $75,566.15 |
|---|---|---|

---

| CONTROL SOUTHERN, INC.<br>3850 LAKEFIELD DRIVE<br>SUWANEE, GA 30024 | Claim Number: 334<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $39,661.66 |
|---|---|---|

---

| CONTROL SOUTHERN, INC.<br>3850 LAKEFIELD DRIVE<br>SUWANEE, GA 30024 | Claim Number: 12138<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $39,661.66 |
|---|---|---|

---

| CONTROL SOUTHERN, INC.<br>3850 LAKEFIELD DRIVE<br>SUWANEE, GA 30024 | Claim Number: 13665<br>Claim Date: 12/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $44,266.30 |
|---|---|---|

---

| CONTROL SOUTHERN, INC.<br>3850 LAKEFIELD DRIVE<br>SUWANEE, GA 30024 | Claim Number: 13666<br>Claim Date: 12/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $39,661.66 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| CONTROL SOUTHERN, INC.<br>3850 LAKEFIELD DRIVE<br>SUWANEE, GA 30024 | | Claim Number: 13695<br>Claim Date: 12/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $44,266.30 | | |

---

| | | | | |
|---|---|---|---|---|
| CONTROLE LAURENTIDE LTEE<br>ATTN: DEAN WHITELAW<br>18000 TRANS CANADA HWY<br>KIRKLAND, QC H9J 4A1<br>CANADA | | Claim Number: 13021<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $15,519.02 | | |

---

| | | | | |
|---|---|---|---|---|
| CONTROLE LAURENTIDE LTEE<br>ATTN: DEAN WHITELAW<br>18000 TRANS CANADA HWY<br>KIRKLAND, QC H9J 4A1<br>CANADA | | Claim Number: 13022<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $17,866.23 | Scheduled: | $17,866.23 |

---

| | | | | |
|---|---|---|---|---|
| CONTROLE LAURENTIDE LTEE<br>ATTN: DEAN WHITELAW<br>18000 TRANS CANADA HWY<br>KIRKLAND, QC H9J 4A1<br>CANADA | | Claim Number: 13023<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $30,121.00 | Scheduled: | $42,663.83 |

---

| | | | | |
|---|---|---|---|---|
| CONTROLLED MOTION SOLUTIONS INC<br>911 POINSETTIA STREET<br>SANTA ANA, CA 92701 | | Claim Number: 5208<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $820.26 | Scheduled: | $820.26 |

---

| | | | | |
|---|---|---|---|---|
| CONTROLLED PARKING<br>#15 1050 BRITANNIA ROAD EAST<br>MISSISSAUGA, ON L4W 4N9<br>CANADA | | Claim Number: 2500<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>$822.26 Canadian | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| CONTROLWORX, INC.<br>C/O RICKY PASTOR<br>17630 PERKINS ROAD<br>BATON ROUGE, LA 70810 | | Claim Number: 3072-01<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3195 (12/16/2009) | | |
| UNSECURED | Claimed: | $34,500.95 | Scheduled: | $34,814.74 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CONTROLWORX, INC.
C/O RICKY PASTOR
17630 PERKINS ROAD
BATON ROUGE, LA 70810

Claim Number: 3072-02
Claim Date: 05/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 3195 (12/16/2009)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,442.00 | | |

---

CONTROLWORX, INC.
C/O RICKY PASTOR
17630 PERKINS ROAD
BATON ROUGE, LA 70810

Claim Number: 13476
Claim Date: 10/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,442.00 | | |
| UNSECURED | Claimed: | $34,500.95 | | |

---

CONVAL, INC.
P.O. BOX 1049
265 FIELD RD
SOMERS, CT 06071

Claim Number: 1962
Claim Date: 04/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,517.21 | Scheduled: | $5,517.21 |

---

CONVERTING MACHINES, INC
PO BOX 55187
PORTLAND, OR 97238-5187

Claim Number: 7377
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $402.03 | Scheduled: | $402.03 |

---

CONVERTING SOLUTIONS
105 COMMERCE DRIVE
ASTON, PA 19014

Claim Number: 8528
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,788.33 | Scheduled: | $3,788.33 |

---

CONVERTING SOLUTIONS, LP
105 COMMERCE DRIVE
ASTON, PA 19022

Claim Number: 12389
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,788.33 | | |

---

CONVEYOR BELTING SUPPLY INC
23230 HIGHWAY 55 # 202
LORETTO, MN 55357

Claim Number: 8086
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,661.27 | Scheduled: | $2,492.10 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CONVILLE, JOHN ROBERT<br>321 NAPOLEON AVENUE<br>JONESBORO, LA 71251 | Claim Number: 10151<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| COOK COUNTY TREASURER<br>LEGAL DEPARTMENT<br>118 NORTH CLARK STREET, ROOM 112<br>CHICAGO, IL 60602 | Claim Number: 14017<br>Claim Date: 04/27/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8535 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $14,846.20 |
|---|---|---|

---

| COOK, FREDDY W.<br>951 COUNTRY RD.<br>JONESBORO, LA 71251 | Claim Number: 10152<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| COOKE & DENISON LTD.<br>RONIKA CORBETT<br>242 SPEEDVALE AVE. W.<br>GUELPH, ON N1H 1C4<br>CANADA | Claim Number: 8959<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $6,583.36 | Scheduled: | $6,577.36 |
|---|---|---|---|---|

---

| COOKS, ANTONE M.<br>17105 FM 2767<br>TYLER, TX 75705 | Claim Number: 5295<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $120.00 | Scheduled: | $120.00 |
|---|---|---|---|---|

---

| COOKSON MOTORS LTD<br>1150 GORDON DRIVE<br>KELOWNA, BC V1Y 3E4<br>CANADA | Claim Number: 8491<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $886.69 | Scheduled: | $659.48 |
|---|---|---|---|---|

---

| COOLEY, DARLENE, DERRICK & JORDAN<br>BENEF. OF COOLEY, JERRY LYNN<br>C/O IAN P. CLOUD ET AL., LLP<br>9 GREENWAY PLAZA, SUITE 2300<br>HOUSTON, TX 77046 | Claim Number: 6066<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8938 (02/16/2011) |
|---|---|

| UNSECURED | Claimed: | $2,000,000.00 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| COOLEY, JOHN P<br>8668 SKYLINE DR<br>APT 5108<br>DALLAS, TX 75243 | | Claim Number: 5826<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | |

| COON, VERNON R<br>74 DARRYL DAWE LANE<br>ATMORE, AL 36502 | | Claim Number: 9616<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $15,000.00 | |

| COOP DE SOLIDARITE FRAN. LAC<br>ATTN: VICTOR DESGAGNE<br>541 PRINCIPALE<br>ST. FRS-DE-SALES, QC G0W 1M0<br>CANADA | | Claim Number: 12791-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7188 (04/22/2010) | |
|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $53,752.51<br>Scheduled: | $108,801.65 |

| COOP DE SOLIDARITE FRAN. LAC<br>ATTN: VICTOR DESGAGNE<br>541 PRINCIPALE<br>ST. FRS-DE-SALES, QC G0W 1M0<br>CANADA | | Claim Number: 12791-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7188 (04/22/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $55,049.14 | |

| COOPER, DAN J.<br>8094 183RD ST<br>CHIPPEWA FALLS,, WI 54729 | | Claim Number: 13415<br>Claim Date: 10/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $115,239.00 | |

| COOPER, DWIGHT E.<br>2624 OKALOOSA RD<br>EROS, LA 71238 | | Claim Number: 10405<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

| COOPER, J W<br>1609 E PIEDMONT RD<br>MARIETTA, GA 30062 | | Claim Number: 9656<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| COOPER, JOHN SCOTT<br>351 SANDY ACRES DR.<br>QUITMAN, LA 71268 | | Claim Number: 10153<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| COOPERBELL INC<br>PO BOX 545<br>GLEN ROCK, NJ 07452 | | Claim Number: 7856<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $7,694.35 | Scheduled: | $5,374.88 |

---

| | | | | |
|---|---|---|---|---|
| COPELAND ELECTRIC CO.<br>P.O. BOX 4051<br>MONROE, LA 71211-4051 | | Claim Number: 677<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $33,184.98 | | |

---

| | | | | |
|---|---|---|---|---|
| COPELAND ELECTRIC COMPANY, INC.<br>D. BRIAN ALLEN<br>HUDSON, POTTS & BERNSTEIN, LLP<br>P.O. DRAWER 3008<br>MONROE, LA 71210-3008 | | Claim Number: 3464<br>Claim Date: 06/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $33,184.98 | Scheduled: | $30,086.65 |

---

| | | | | |
|---|---|---|---|---|
| COPELAND HOLDINGS LLC<br>8305 DUNWOODY PL STE 30<br>ATLANTA, GA 30350-3368 | | Claim Number: 6014<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $29,896.88 | Scheduled: | $26,815.88 |

---

| | | | | |
|---|---|---|---|---|
| COQUITLAM SIGNS (1988) LTD<br>1321 CORNELL AVE<br>COQUITLAM, BC V3J 2Z8<br>CANADA | | Claim Number: 2082<br>Claim Date: 04/08/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>1,444.80 CDN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| COR PAK INC<br>1306 JEFFERSON DAVIS HIGHWAY<br>RICHMOND, VA 23224 | | Claim Number: 317<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $48,597.02 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

COR PAK INC.
1306 JEFFERSON DAVIS HWY
RICHMOND, VA 23224

Claim Number: 3542
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7553 (05/10/2010)

| UNSECURED | Claimed: | $30,540.65 | Scheduled: | $56,130.90 UNLIQ |
|---|---|---|---|---|

---

COR PAK, INC
1306 JEFFERSON DAVIS HWT
RICHMOND, VA 23224

Claim Number: 1470
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 6649 (04/07/2010)

| UNSECURED | Claimed: | $56,039.78 |
|---|---|---|

---

CORCORAN ENVIRONMENTAL SERVICES, INC.
9 HIGH STREET
KENNEBUNK, ME 04043

Claim Number: 2817
Claim Date: 05/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $3,234.00 |
|---|---|---|

---

CORCORAN ENVIRONMENTAL SERVICES, INC.
9 HIGH STREET
KENNEBUNK, ME 04043

Claim Number: 2818
Claim Date: 05/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $162.00 | Scheduled: | $17,803.00 |
|---|---|---|---|---|

---

CORCORAN, DWIGHT A.
BARON & BUDD, P.C.
THE CENTRUM SUITE 1100
3102 OAK LAWN AVE
DALLAS, TX 75219

Claim Number: 11820
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET 6649 (04/07/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

CORCORAN, GARY PAUL
14 TWIN WILLOW CRES
BRAMPTON, ON L7A 1O9
CANADA

Claim Number: 12883
Claim Date: 08/26/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $200,000.00 |
|---|---|---|

---

CORCORAN, JOSEPH A
16720 SE 100TH CT
SUMMERFIELD, FL 34491

Claim Number: 6164
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CORE LINK INC<br>N922 TOWER VIEW DRIVE   UNIT C<br>GREENVILLE, WI 54942 | Claim Number: 13472<br>Claim Date: 10/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $334.00 | Scheduled: | $334.00 |
|---|---|---|---|---|

| CORFU MACHINE COMPANY INC<br>1977 GENESEE ST<br>CORFU, NY 14036 | Claim Number: 12149<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,342.00 | Scheduled: | $2,342.00 |
|---|---|---|---|---|

| CORLEY, JAMES G.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | Claim Number: 11821<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| CORN PRODUCTS INTERNATIONAL<br>PO BOX 409882<br>ATLANTA, GA 30384-9882 | Claim Number: 10743<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: ALLOWED<br>DOCKET: 7945 (06/09/2010) |
|---|---|

| UNSECURED | Claimed: | $39,021.12  UNDET | Scheduled: | $39,021.12 |
|---|---|---|---|---|

| CORN PRODUCTS INTERNATIONAL<br>PO BOX 409882<br>ATLANTA, GA 30384-9882 | Claim Number: 10744<br>Claim Date: 08/27/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7944 (06/09/2010) |
|---|---|

| UNSECURED | Claimed: | $22,000.00   UNDET | Scheduled: | $38,947.02 |
|---|---|---|---|---|

| CORN PRODUCTS INTERNATIONAL, INC.<br>ATTN: WALTER H. CURCHACK & DANIEL B.<br>BESIKOF, LOEB & LOEB LLP<br>345 PARK AVENUE<br>NEW YORK, NY 10154 | Claim Number: 10742<br>Claim Date: 08/27/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: ALLOWED<br>DOCKET: 7945 (06/09/2010) |
|---|---|

| UNSECURED | Claimed: | $34,000.00 | Scheduled: | $73,124.35 |
|---|---|---|---|---|

| CORN PRODUCTS INTERNATIONAL, INC.<br>ATTN: WALTER H. CURCHACK & DANIEL B.<br>BESIKOF, LOEB & LOEB LLP<br>345 PARK AVENUE<br>NEW YORK, NY 10154 | Claim Number: 10781<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7945 (06/09/2010) |
|---|---|

| UNSECURED | Claimed: | $2,866,350.54 | Scheduled: | $4,089,317.74  UNLIQ |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CORNERSTONE SERVICES, INC.
777 JOYCE ROAD
JOLIET, IL 60436

Claim Number: 2121
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,707.86 | Scheduled: | $974.10 |

COROPLAST INC.
5001 SPRING VALLEY RD STE 400
DALLAS, TX 75244-3947

Claim Number: 2473
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,445.55 | Scheduled: | $1,445.55 |

COROTECH ACQUISITION CO.
5136 CASCADE RD SE STE 2B
GRAND RAPIDS, MI 49546-3728

Claim Number: 3451
Claim Date: 06/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $679,092.00 | | |
| UNSECURED | | | Scheduled: | $571,102.00 UNLIQ |

COROVAN PT RICHMOND
12375 KERRAN ST.
POWAY, CA 92064

Claim Number: 6039
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,375.17 | Scheduled: | $1,375.00 |

CORPORATE CLEANING SERVICES LTD.
402-20285 STEWART CRESCENT
MAPLE RIDGE, BC V4R 2V1
CANADA

Claim Number: 1599
Claim Date: 03/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,625.51 | | |

CORPORATE CLEANING SERVICES LTD.
402-20285 STEWART CRESCENT
MAPLE RIDGE, BC V2X 8G1
CANADA

Claim Number: 8625
Claim Date: 07/21/2009
Debtor: SMURFIT-MBI

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,789.68 | Scheduled: | $4,256.41 |

CORPORATION DE GESTION DU RESERVOIR GOUIN
687, RUE CASTELNEAU
LA TUQUE, QC G9X 2P4
CANADA

Claim Number: 99013
Claim Date: 06/30/2010
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,359.57 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: M.S. GONZALES TRUCKING COMPA<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 19<br>Claim Date: 01/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6353 (03/29/2010) |

| UNSECURED | Claimed: | $39,555.84 | Scheduled: | $74,959.07 |

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: PHASE APPLICATIONS,INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 85<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |

| UNSECURED | Claimed: | $260.00 |

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: PHASE APPLICATIONS, INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 88<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |

| UNSECURED | Claimed: | $10,160.00 | Scheduled: | $12,960.00 |

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: PHASE APPLICATIONS,INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 113<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $2,800.00 |

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: SIGN INDUSTRIES, INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 147<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |

| UNSECURED | Claimed: | $11,445.00 | Scheduled: | $11,858.88 |

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ACUCAL INCORPORATED<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 167<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $2,576.74 | Scheduled: | $2,454.04 |

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPORTUNITI<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 232<br>Claim Date: 02/09/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $195.00 | Scheduled: | $195.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: HYDROVAC SERVICES, INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 331
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 5738 (03/10/2010)

| UNSECURED | Claimed: | $25,041.00 | Scheduled: | $25,041.00 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: SCHWARTZ BROTHERS MFG CO
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 343
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 4132 (01/14/2010)

| UNSECURED | Claimed: | $8,346.56 | Scheduled: | $8,346.56 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: FALCO LIME
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 597
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $119,682.77 | Scheduled: | $118,843.74 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: INDEPENDENT WELDER REPAIR,
INC. ATTN CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 671
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $25,909.36 | Scheduled: | $25,880.80 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:BLUE HERON MICRO OPPRTNTS FND
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 740
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $945.81 | Scheduled: | $940.78 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: FORMATION PREVENTION SECOURS
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 741
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $4,661.00 | Scheduled: | $4,547.50 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: FRIDAY PROFESSIONAL GROUP IN
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 753
Claim Date: 02/23/2009
Debtor: SMURFIT-MBI
Comments:
4,402.82 CAD

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: RG SPEED CONTROL DEVICES LTD
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 754
Claim Date: 02/23/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $5,167.31 | | |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: L AN D MOWING LTD
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 763
Claim Date: 02/23/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $11,970.02 | Scheduled: | $10,731.27 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: ENVIRONMENTAL SOURCE SAMPLER
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 875
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $58,250.00 | Scheduled: | $58,250.00 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: JCM EXPRESS
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 885
Claim Date: 02/27/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $559.07 | | |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: NORTH AMERICAN CONSTRUCTION
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 965
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $141,285.19 | Scheduled: | $138,985.19 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: WILLIAMS TIMBER INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 1374
Claim Date: 03/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $9,319.50 | Scheduled: | $9,319.59 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GREGORY POOLE EQUIPMENT COMP
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 1533
Claim Date: 03/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $50,786.15 | Scheduled: | $50,263.92 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: KLC TRANSPORTATION, INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 1548<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7552 (05/10/2010) | | | |
| UNSECURED | Claimed: | $64,668.85 | Scheduled: | $63,103.46 |

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: DIRECT DATA PRODUCTS LTD.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 1601<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $4,464.27 | Scheduled: | $3,819.27 |

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPORTUNITI<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 1744<br>Claim Date: 03/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED | Claimed: | $8,430.94 | Scheduled: | $8,236.74 |

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ELLIS CERTIFIED WELDING<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 1976<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010) | | | |
| UNSECURED | Claimed: | $23,187.25 | Scheduled: | $23,923.75 |

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: MCPOOLEY PALLETS<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2024<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | | |
| UNSECURED | Claimed: | $9,484.89 | | |

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: TEK GLOBAL SERVICES, INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2138<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $69,857.71 | Scheduled: | $118,640.83 |

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: GOMEZ PALLETS<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2163<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET 6649 (04/07/2010) | | | |
| ADMINISTRATIVE | Claimed: | $57,136.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: TEKSYSTYEMS, INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2179<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | |

| UNSECURED | Claimed: | $54,625.34 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR:BLUE HERON MICRO OPPRTNTS FND<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2236<br>Claim Date: 04/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | |

| UNSECURED | Claimed: | $1,180.47 | Scheduled: | $1,308.80 |
|---|---|---|---|---|

| | | |
|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: TUNDRA BOILER & INSTRUMENTAT<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2294<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-MBI | |

| UNSECURED | Claimed: | $3,646.16 | Scheduled: | $3,670.70 |
|---|---|---|---|---|

| | | |
|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: BARNES TRANSPORTATION SERVIC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2382<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | |

| UNSECURED | Claimed: | $233,205.88 | Scheduled: | $233,205.88 |
|---|---|---|---|---|

| | | |
|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ALLIED FINANCIAL CORPORATION<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2432<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | |

| UNSECURED | Claimed: | $31,019.59 | Scheduled: | $31,071.53 |
|---|---|---|---|---|

| | | |
|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPORTUNITI<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2517<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $1,642.86 | Scheduled: | $1,549.09 |
|---|---|---|---|---|

| | | |
|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: OSBORN TRANSPORTATION INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2575<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | |

| UNSECURED | Claimed: | $87,026.73 | Scheduled: | $198,891.32 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: JOLI DISTRIBUTION F. HENDEL
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 2582
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $1,491.65 | Scheduled: | $1,207.72 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: SAFETECH CONSULTING GROUP LT
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 2591
Claim Date: 04/29/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| PRIORITY | Claimed: | $5,180.18 |
|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: VENTYX INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 2637
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $359,443.19 | Scheduled: | $359,443.19 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: INDEPENDENT LIFT TRUCK SERVI
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 2671
Claim Date: 05/01/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLE DUPLICATE OF 12429

| UNSECURED | Claimed: | $5,001.71 |
|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GOMEZ PALLETS
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 2693
Claim Date: 04/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $12,850.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $44,286.00 | Scheduled: | $57,136.00 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BRUCE SIEMER SERVICES
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 2812
Claim Date: 05/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)

| SECURED | Claimed: | $94,990.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $94,990.00 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: THOMSON METALS & DISPOSAL LP
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 2821
Claim Date: 05/08/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $2,169.72 | Scheduled: | $1,764.31 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: MATERIALS TRANSPORTATION CAN<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2975<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | | |
| UNSECURED | Claimed: | $3,573.63 | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: HYDRAUNAV INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3011<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $3,207.64 | Scheduled: | $1,298.53 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: WAVOR WIRE LTD.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3058<br>Claim Date: 05/20/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $2,849.36 | Scheduled: | $2,849.36 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: BEAR TRANSPORTATION SERVICES<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3344<br>Claim Date: 06/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | | |
| UNSECURED | Claimed: | $134,074.00 | Scheduled: | $107,960.77 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: COMPRESSEURS QUEBEC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3580<br>Claim Date: 07/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $1,522.59 | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: GENERAL TRANSPORTATION SRVC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3611<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $75,337.33 | Scheduled: | $74,269.78 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR:BLUE HERON MICRO OPPRTNTS FND<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3723<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $226.00 | Scheduled: | $226.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 3732 |
|---|---|
| TRANSFEROR: BLUE HERON MICRO OPPORTUNITI | Claim Date: 07/06/2009 |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | |
| NEW YORK, NY 10019 | |

| UNSECURED | Claimed: | $490.47 | Scheduled: | $475.00 |
|---|---|---|---|---|

---

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 3754 |
|---|---|
| TRANSFEROR: TRIANGLE RECYLING | Claim Date: 07/06/2009 |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | Comments: EXPUNGED |
| NEW YORK, NY 10019 | DOCKET: 7555 (05/10/2010) |

| UNSECURED | Claimed: | $22,114.00 |
|---|---|---|

---

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 3824 |
|---|---|
| TRANSFEROR: RICHARDSON ELECTRICAL | Claim Date: 07/06/2009 |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | |
| NEW YORK, NY 10019 | |

| UNSECURED | Claimed: | $15,800.00 | Scheduled: | $15,800.00 |
|---|---|---|---|---|

---

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 3829 |
|---|---|
| TRANSFEROR: BLUE HERON MICRO OPPORTUNITI | Claim Date: 07/06/2009 |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | |
| NEW YORK, NY 10019 | |

| UNSECURED | Claimed: | $450.00 | Scheduled: | $450.00 |
|---|---|---|---|---|

---

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 3857 |
|---|---|
| TRANSFEROR: BLUE HERON MICRO OPPORTUNITI | Claim Date: 07/06/2009 |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | |
| NEW YORK, NY 10019 | |

| UNSECURED | Claimed: | $966.81 | Scheduled: | $960.00 |
|---|---|---|---|---|

---

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 3876 |
|---|---|
| TRANSFEROR: BLUE HERON MICRO OPPORTUNITI | Claim Date: 07/06/2009 |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | |
| NEW YORK, NY 10019 | |

| UNSECURED | Claimed: | $1,899.60 | Scheduled: | $1,817.41 |
|---|---|---|---|---|

---

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 3905 |
|---|---|
| TRANSFEROR: COCHRANE COMPRESSOR LP | Claim Date: 07/07/2009 |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | Comments: DOCKET: 6649 (04/07/2010) |
| NEW YORK, NY 10019 | |

| UNSECURED | Claimed: | $7,588.32 | Scheduled: | $7,588.32 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPORTUNI<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 4028<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) | | | |
| UNSECURED | Claimed: | $207.50 | Scheduled: | $207.50 |

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR:BLUE HERON MICRO OPPRTNTS FND<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 4079<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $527.51 | Scheduled: | $493.00 |

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR:BLUE HERON MICRO OPPRTNTS FND<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 4157<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>Amends claim 267 | | | |
| UNSECURED | Claimed: | $5,959.67 | Scheduled: | $5,959.67 |

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR:BLUE HERON MICRO OPPRTNTS FND<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 4170<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1329 (07/28/2009) | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $595.77 | Scheduled: | $595.77 |

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: PRECISION SCALE CO INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 4187<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $737.00 | Scheduled: | $737.00 |

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPORTUNITI<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 4195<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $518.94 | Scheduled: | $518.94 |

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPORTUNITI<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 4221<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) | | | |
| UNSECURED | Claimed: | $850.00 | Scheduled: | $850.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:BLUE HERON MICRO OPPRTNTS FND
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4260
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7551 (05/10/2010)

| UNSECURED | Claimed: | $209.49 | Scheduled: | $209.49 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GENERAL GRAPHICS CORP
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4370-01
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 8093 (06/21/2010)

| UNSECURED | Claimed: | $171,934.60 | Scheduled: | $204,140.74 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GENERAL GRAPHICS CORP
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4370-02
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 2534 (10/30/2009)

| ADMINISTRATIVE | Claimed: | $21,694.24 |
|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:BLUE HERON MICRO OPPRTNTS FND
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4524
Claim Date: 07/10/2009
Debtor: CAMEO CONTAINER CORPORATION

| UNSECURED | Claimed: | $189.92 | Scheduled: | $189.92 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: JOHNSTON INDUSTRIAL PLASTICS
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4610
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $409.88 | Scheduled: | $409.88 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: NEUTRON ELECTRONICS LTD
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4614
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $125.83 | Scheduled: | $125.83 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:UNIVERSAL MACHINING & SERVICE
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4629
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: RUBENSTEIN
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4762
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $378.58 | Scheduled: | $378.58 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPORTUNITI
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4764
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $198.82 | Scheduled: | $212.24 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: FREIGHT EXPEDITORS INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4814
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $23,207.50 | Scheduled: | $22,566.00 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CR&R INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4815
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $3,862.58 | Scheduled: | $562.64 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: RM TUGWELL & ASSOCIATES INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4821
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)

| UNSECURED | Claimed: | $53,035.75 | Scheduled: | $53,035.75 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: PROWOLFE PARTNERS INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4825
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $26,397.05 | Scheduled: | $26,397.05 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPORTUNITI
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4884
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $675.14 | Scheduled: | $675.14 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | |
|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: WHITTINGHILL DISPOSAL SERV<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 4979<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED          Claimed: | $5,174.00 | Scheduled: | $5,519.50 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR:BLUE HERON MICRO OPPRTNTS FND<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 5116<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED          Claimed: | $204.00 | Scheduled: | $204.00 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: TASCO ENTERPRISES LTD<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 5244<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
| UNSECURED          Claimed: | $540.96 | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: BURLINGTON GEAR & SPROCKET<br>MFRS LTD; ATTN: CLAIMS PROCESSING (BKR.)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 5525<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED          Claimed: | $527.08 | Scheduled: | $527.08 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: INDUSTRIAL DIESEL POWER<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 5529<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED          Claimed: | $2,087.44 | Scheduled: | $2,087.44 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CLOVIS SEPTIC TANK T<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 5652<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED          Claimed: | $3,442.43 | Scheduled: | $2,787.17 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ALLEN FREIGHT SERVICES INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 5672<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | |
| UNSECURED          Claimed: | $279,224.51   DISP | Scheduled: | $267,328.52 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: ELECTRICAL REPAIR TECHNOLOGY
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 5692
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $23,396.16 | Scheduled: | $23,396.16 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: SERVICEMASTER OF ETOBICOKE
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 5850
Claim Date: 07/20/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 7432 (05/04/2010)
Claim amount is 2154.74 CDN

| UNSECURED | Claimed: | $2,154.74   UNLIQ | Scheduled: | $2,166.96 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: SAFETECH CONSULTING GROUP LT
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 6013
Claim Date: 07/20/2009
Debtor: SMURFIT-MBI
Comments:
Amends claim 2591

| UNSECURED | Claimed: | $5,180.18 | Scheduled: | $4,194.14 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: SECURO-VISION
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 6051
Claim Date: 07/21/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $4,864.60 | Scheduled: | $4,038.54 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BORDER STATES ELECTRIC (SIOU
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 6113
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $11,770.09 |
|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: RED DRAGON HYDRAULICS LTD
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 6139
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $3,088.43 |
|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: DOMENIC PUGLIESE ENRG.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 6166
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| PRIORITY | Claimed: | $934.21 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: RED DRAGON HYDRAULICS LTD
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 6275
Claim Date: 07/24/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $3,088.43 | Scheduled: | $3,073.78 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPORTUNITI
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 6281
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,444.88 | Scheduled: | $2,444.88 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: SEA BREEZE PACKAGING INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 6293
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $26,969.28 | Scheduled: | $26,969.28 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPORTUNITI
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 7091
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| UNSECURED | Claimed: | $5,522.60 | Scheduled: | $5,522.60 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: LILLY TRUCKING OF VIRGINIA
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 7315
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: PROFERO SYSTEMS INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 7344
Claim Date: 08/07/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $90,403.44 | Scheduled: | $90,403.44 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: OMAHONY AND SONS ELECTRICAL
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 7356
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claim 2305

| UNSECURED | Claimed: | $26,078.75 | Scheduled: | $22,912.37 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: FLEX-PRESSION LTEE
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 7500
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $1,464.17 | Scheduled: | $1,234.97 |
| --- | --- | --- | --- | --- |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPORTUNITI
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 7657
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $8,371.78 | Scheduled: | $7,052.46 |
| --- | --- | --- | --- | --- |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: SYNDICAT DES PRODUCTEURS DE
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 7687
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $718.41 | Scheduled: | $709.96 |
| --- | --- | --- | --- | --- |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: AVALON EXPRESS INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 7830
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $60,463.80 | Scheduled: | $60,319.80 |
| --- | --- | --- | --- | --- |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: JENCO MICROEDGE INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8100-01
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)

| ADMINISTRATIVE | Claimed: | $372.54 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $6,177.70 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: JENCO MICROEDGE INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8100-02
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)

| UNSECURED | Claimed: | $4,171.66 |
| --- | --- | --- |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: ABZAC CANADA
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8182
Claim Date: 05/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $54,094.05 |
| --- | --- | --- |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: TASCO ENTERPRISES LTD
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8183
Claim Date: 05/26/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $540.96 | Scheduled: | $444.47 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CB ENGINEERING, LTD
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8212
Claim Date: 07/07/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $387.12 | Scheduled: | $446.43 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: SONOMAS HEARING HEALTHCARE
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8227
Claim Date: 07/08/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $138.71 | Scheduled: | $159.96 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: REXDALE CONTAINER CORPORATIO
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8235
Claim Date: 07/08/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $4,214.33 | Scheduled: | $4,368.05 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GREEN LINE HOSE & FITTINGS
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8236
Claim Date: 07/08/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $601.10 | Scheduled: | $606.03 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GREEN LINE HOSE & FITTINGS
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8241
Claim Date: 07/08/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.

| UNSECURED | Claimed: | $963.26 | Scheduled: | $942.08 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:LES SPECIALITES FERNAND DAIGL
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8244-01
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 5769 (03/11/2010)

| ADMINISTRATIVE | Claimed: | $445.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $732.94 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR:LES SPECIALITES FERNAND DAIGL<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8244-02<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5769 (03/11/2010) | | | |
| UNSECURED | Claimed: | $296.68 | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: TOPAC ENTERPRISES INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8249<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $437.50 | Scheduled: | $212.48 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: SERVICEMASTER CONTRACT SERVI<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8263<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance | | | |
| UNSECURED | Claimed: | $1,497.41 | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: L AN D MOWING LTD<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8283<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 763 | | | |
| UNSECURED | Claimed: | $11,970.02 | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR:BLUE HERON MICRO OPPRTNTS FND<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8284<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) | | | |
| UNSECURED | Claimed: | $3,340.29 | Scheduled: | $1,701.86 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: VIDEO ELECTRONIQUE C.G. INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8290<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) | | | |
| UNSECURED | Claimed: | $4,422.76 | Scheduled: | $4,518.21 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: PNEUMAC AUTOMATION INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8294<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $196.41 | Scheduled: | $196.98 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: DONALD OLYNYK ACOUSTICAL ENG
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8311
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | | $510.08 | | |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: TENAQUIP LTD
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8326
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $19,747.49 | Scheduled: | $18,740.80 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: RONA L'ENTREPOT ST-LAURENT
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8327
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $2,921.98 | Scheduled: | $1,782.72 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: EQUIPEMENTS BELZILE INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8333
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $1,888.75 | Scheduled: | $1,844.38 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: JOHNSTON INDUSTRIAL PLASTICS
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8400
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: POSSIBLE DUPLICATE OF 4610

| UNSECURED | Claimed: | $409.88 | | |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: TC INDUSTRIAL TIRE LTD
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8403
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $1,346.14 | | |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: FRIDAY PROFESSIONAL GROUP IN
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8420
Claim Date: 07/14/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5768 (03/11/2010)
Claim out of balance

| UNSECURED | Claimed: | $3,599.15 | Scheduled: | $3,564.78 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | |
|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR:ATELIER DE SOUDURE RIV-DU-LOO<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8426<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $887.79 | Scheduled: | $1,023.81 |

| | | |
|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CALGARY AIR FILTERS<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8430<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-MBI | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $468.36 | Scheduled: | $469.69 |

| | | |
|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CRI ENVIRONNEMENT, INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8433<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-MBI | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,627.95 | Scheduled: | $1,687.33 |

| | | |
|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: OUTIL-PAC INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8478<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>Claim out of balance | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,061.04 | Scheduled: | $2,076.89 |
| TOTAL | Claimed: | $2,061.84 | | |

| | | |
|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ADECCO SERVICES DE RH LTEE<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8480<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,929.91 | Scheduled: | $1,907.19 |

| | | |
|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ICEBERG DRY ICE INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8545<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,146.45 | Scheduled: | $1,132.95 |

| | | |
|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: GROUPE ROBERT INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8580<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $82,307.18 | Scheduled: | $777,691.45 UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: LES ENCRES MULTI-FLEX INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8628<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $1,498.57 | Scheduled: | $1,498.57 |
|---|---|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CHEM ACTION<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8635-01<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $2,745.69 | Scheduled: | $2,713.35 |
|---|---|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CHEM ACTION<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8635-02<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 2032 (09/24/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,745.69 |
|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CHEM ACTION<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8641-01<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $476.27 | Scheduled: | $470.66 |
|---|---|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CHEM ACTION<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8641-02<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 2205 (10/09/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $476.27 |
|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: RED DRAGON HYDRAULICS LTD<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8695<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $3,088.43 |
|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: RED DRAGON HYDRAULICS LTD<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8697<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8662 (10/18/2010) |
|---|---|

| UNSECURED | Claimed: | $3,088.43 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: RIEPERT SALT & SUPPLIES INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8711<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $1,098.38 | Scheduled: | $1,101.50 |
|---|---|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: REGIE DE GESTION DES MATIERE<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8723<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $1,048.14 | Scheduled: | $1,051.63 |
|---|---|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ALLIAGES ANIK INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8724<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $919.24 | Scheduled: | $935.38 |
|---|---|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: METAUX PROFUSION<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8747<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 12428 |
|---|---|

| UNSECURED | Claimed: | $4,521.56 |
|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ACCES COMMUNICATIONS<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8776<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $4,795.78 |
|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: COMPLETE MECHANICAL SERVICES<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8789<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $6,228.99 | Scheduled: | $6,208.15 |
|---|---|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: MGM GROUPE CONSEIL<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8798<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 2534 (10/30/2009)<br>Claim out of balance |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,714.38 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,714.38 | Scheduled: | $2,156.93 |
| TOTAL | Claimed: | $2,714.38 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: SPS LTD<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8800-01<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $2,075.40 | Scheduled: | $1,484.78 |
|---|---|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: SPS QUEBEC LTEE<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8800-02<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 2205 (10/09/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,865.16 |
|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: O'BRIEN INSTALLATIONS LTD.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8808<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $3,745.60 | Scheduled: | $3,717.00 |
|---|---|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: GROUPE YELLOW INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8809<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $887.07 | Scheduled: | $883.78 |
|---|---|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPORTUNITI<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8841<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLE DUPLICATE OF 12534 |
|---|---|

| UNSECURED | Claimed: | $10,180.14 |
|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: UNI-VERT TECH INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8852<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $3,450.30 | Scheduled: | $2,717.31 |
|---|---|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CLARKE ROAD TRANSPORT<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8895<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLE DUPLICATE OF 8894 |
|---|---|

| UNSECURED | Claimed: | $7,309.84 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: LUBRICATION SPECIALTIES INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 8907<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $3,064.67 | Scheduled: | $3,227.04 |

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: MOTEURS ELECTRIQUES B.V. INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 8941<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) | | |
| PRIORITY | Claimed: | $110.59 | | |
| UNSECURED | | | Scheduled: | $109.29 |

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CARPENTER'S SERVICE LTD.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 8960<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5768 (03/11/2010) | | |
| UNSECURED | Claimed: | $4,813.75 | Scheduled: | $3,897.86 |

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: MCCORDICK GLOVE AND SAFETY I<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 8984<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| UNSECURED | Claimed: | $8,032.00 | | |

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: MCCORDICK GLOVE AND SAFETY<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 8985<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $104,225.32 | Scheduled: | $112,536.73 |

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: MCCORDICK GLOVE AND SAFETY I<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 8996<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $50,260.91 | Scheduled: | $38,274.28 |

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ROBERTS FIRE PROTECTION LTD<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 9020<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $2,248.46 | Scheduled: | $1,835.22 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: 9115-5754 QUEBEC INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 9049
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $3,439.77 | | |
| UNSECURED | | | | $4,052.37 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CARDINAL MAINTENANCE & SHIPP
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 9053
Claim Date: 08/18/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $4,210.88 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CREATIVE PACKAGING INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 9083
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $27,710.84 | | $27,187.72 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: VTL GROUP
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 9114
Claim Date: 08/19/2009
Debtor: SMURFIT-MBI

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $1,305.37 | | $561.09 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: NORTHSTAR PULP & PAPER CO.,
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 9208
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $61,809.35 | | $81,105.00 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: UNIVERSAL DIE SERVICES INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 9224
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $31,084.00 | | $32,117.00 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: UNITED AUTO PARTS INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 9470
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $229.77 | | $247.44 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: JSM ELECTRIC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 9590
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,050.00 | Scheduled: | $11,400.00 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPORTUNITI
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 9824
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,246.34 | Scheduled: | $1,246.34 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: RENSENHOUSE ELECTRIC SUPPLY
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 10088
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,729.56 | Scheduled: | $17,508.24 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: IES INDUSTRIAL DBA MURRAY EL
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 10444
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $323,214.72  UNLIQ | | |
| UNSECURED | | | Scheduled: | $329,094.86 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: SOLTERO TRUCKING INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 10468
Claim Date: 08/26/2009
Debtor: CALPINE CORRUGATED, LLC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,114.48 | Scheduled: | $1,114.48 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: JB HUNT TRANSPORTATION CO
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 10469
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $141,627.61 | Scheduled: | $518,643.85 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CRISTINI NORTH AMERICA INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 10906
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,470.62 | Scheduled: | $24,470.62 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CRISTINI NORTH AMERICA INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 10907<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $58,839.73 | | |
|---|---|---|---|---|

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: DISCOUNT PALLET<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 11048<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $138,706.25 | | |
|---|---|---|---|---|

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: OFFICE PAPER SYSTEMS<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12037-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) |
|---|---|

| UNSECURED | Claimed: | $376,558.53 | | |
|---|---|---|---|---|

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: OFFICE PAPER SYSTEMS<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12037-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $186,050.09 | Scheduled: | $369,724.00 |
|---|---|---|---|---|

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CONTROL SOUTHERN, INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12180<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>Amends claim 334. |
|---|---|

| UNSECURED | Claimed: | $44,266.30 | Scheduled: | $44,273.20 |
|---|---|---|---|---|

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: GREEN LINE HOSE & FITTINGS (<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12318<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLE DUPLICATE OF 8236 |
|---|---|

| UNSECURED | Claimed: | $601.10 | | |
|---|---|---|---|---|

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: GREEN LINE HOSE & FITTINGS (<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12319<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $963.26 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: PINNACLE SALES, INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12329<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,856.03 | | |

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: DONALD OLYNYK ACOUSTICAL ENG<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12331<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $510.08 | Scheduled: | $510.08 |

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CALGARY AIR FILTERS<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12357<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $468.36 | | |

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: LES ENTREPRISES DES MCGUIRE<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12399<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5769 (03/11/2010)<br>2,201.06 IN CDN | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,803.33   UNLIQ | Scheduled: | $1,782.09 |

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: METAUX PROFUSION INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12428<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,521.56 | Scheduled: | $4,570.20 |

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: INDEPENDENT LIFT TRUCK SERVI<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12429<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,001.71 | Scheduled: | $4,107.17 |

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ACCES COMMUNICATIONS<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12434<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,795.78 | Scheduled: | $3,940.34 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: TLM MACH. & EQUIP LTEE
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12459
Claim Date: 07/30/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $4,448.86 | | |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:BLUE HERON MICRO OPPRTNTS FND
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12482
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $469.00 | Scheduled: | $469.00 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: KRISKA
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12534
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $10,180.14 | Scheduled: | $10,155.22 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: DESJARDINS, MARIO
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12542
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $3,412.20 | Scheduled: | $3,704.20 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: PACE TECHNOLOGIES INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12581
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 7189 (04/22/2010)

| UNSECURED | Claimed: | $3,871.63 | Scheduled: | $3,882.18 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CPE ELECTRIQUE INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12584
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $3,696.58 | Scheduled: | $3,673.70 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: SYNDICAT DES PRODUCTEURS DE
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12614
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $1,782.91 | Scheduled: | $1,761.91 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 12621 |
| TRANSFEROR: EUROPEAN CLEANING | Claim Date: 08/13/2009 |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: SMURFIT-MBI |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | |
| NEW YORK, NY 10019 | |

| UNSECURED | Claimed: | $1,826.00 | Scheduled: | $571.80 |

---

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 12632 |
| TRANSFEROR: CAFETERIA 1035 ENR. | Claim Date: 08/18/2009 |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: SMURFIT-MBI |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | Comments: DOCKET: 8758 (11/15/2010) |
| NEW YORK, NY 10019 | |

| UNSECURED | Claimed: | $1,713.15 |

---

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 12658 |
| TRANSFEROR: E CONCEPTS | Claim Date: 08/19/2009 |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: SMURFIT-MBI |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | |
| NEW YORK, NY 10019 | |

| UNSECURED | Claimed: | $976.33 | Scheduled: | $976.33 |

---

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 12700 |
| TRANSFEROR: LAURIN LAMINATING SERVICES I | Claim Date: 08/20/2009 |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: SMURFIT-MBI |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | |
| NEW YORK, NY 10019 | |

| UNSECURED | Claimed: | $9,017.30 | Scheduled: | $9,001.40 |

---

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 12709 |
| TRANSFEROR: KWIK KOPY PRINTING | Claim Date: 08/20/2009 |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: SMURFIT-MBI |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | |
| NEW YORK, NY 10019 | |

| UNSECURED | Claimed: | $1,414.93 | Scheduled: | $1,398.27 |

---

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 12769 |
| TRANSFEROR: SIB SERVICES INDUSTRIELS BOU | Claim Date: 08/24/2009 |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | Comments: DOCKET: 8758 (11/15/2010) |
| NEW YORK, NY 10019 | |

| UNSECURED | Claimed: | $17,583.11 | Scheduled: | $18,074.47 |

---

| CORRE OPPORTUNITIES FUND, L.P. | Claim Number: 12779 |
| TRANSFEROR: SIDHUKAMBO, GURPREET | Claim Date: 08/24/2009 |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Debtor: B.C. SHIPPER SUPPLIES LTD. |
| 1370 AVENUE OF THE AMERICAS, 29TH FLOOR | |
| NEW YORK, NY 10019 | |

| UNSECURED | Claimed: | $755.80 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: FERBLANTERIE DE MATANE INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12789
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $2,311.97 | | |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: FERBLANTERIE DE MATANE INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12790
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $2,284.74 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: TRIO PAC INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12850
Claim Date: 08/26/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $1,749.33 | | |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BOURGET-JOLY INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12873
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $1,188.80 | Scheduled: | $1,174.78 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: FABRICATION DELTA INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12925
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $56,592.72 | Scheduled: | $54,055.85 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:CRISTINI AMERIQUE DU NORD INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12929
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $39,926.73 | Scheduled: | $39,926.73 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CRISTINI AMERIQUE DU NORD IN
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12938
Claim Date: 08/27/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 7188 (04/22/2010)
Claim out of balance

| UNSECURED | Claimed: | $52,639.20 | Scheduled: | $28,730.39 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CENTRE INTEGRE EN PATE ET PA
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 13025
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $3,726.89 | Scheduled: | $3,086.30 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: MARTENS ENVIRONMENTAL SYSTEM
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 13311
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $645.20 | | |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: MARTENS ENVIRONMENTAL SYSTEM
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 13312
Claim Date: 08/21/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $645.20 | Scheduled: | $668.73 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: KIRK'S TIRE CALGARY LTD
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 13313
Claim Date: 08/25/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $2,816.85 | Scheduled: | $2,989.48 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: KIRK'S TIRE CALGARY LTD.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 13314
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $2,816.85 | | |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: QUINTEX SERVICES LTD.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 13315
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $1,291.90 | | |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: PLATTERS CATERING AND EVENTS
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 13333
Claim Date: 08/19/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $519.71 | Scheduled: | $519.71 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CYTEC INDUSTRIES INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 13843-02<br>Claim Date: 02/23/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>amends claim 1184 | | | |
| UNSECURED | Claimed: | $38,286.44 | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: DPC ENTERPRISES LP<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 13949<br>Claim Date: 04/02/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $48,634.66 | Scheduled: | $50,368.21 |
| CORREA, MARIA G<br>7096 WILD WAVE DRIVE<br>LAS VEGAS, NV 89131 | Claim Number: 5734<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| PRIORITY | Claimed: | $141.05 | | |
| CORROSION FLUID PRODUCTS CORP<br>DEPT 78278<br>P.O.BOX 78000<br>DETROIT, MI 48278-0278 | Claim Number: 4664<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $1,823.47 | Scheduled: | $1,823.47 |
| CORROSION TECHNOLOGY, INC.<br>ROBERT M. GALLOWAY<br>P.O. BOX 16629<br>MOBILE, AL 36616 | Claim Number: 3598<br>Claim Date: 06/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) | | | |
| SECURED<br>UNSECURED | Claimed: | $103,591.50 | Scheduled: | $103,591.50 |
| CORRPAR INDUSTRIES LIMITED<br>17775 LESLIE STREET<br>NEWMARKET, ON L3Y 3E3<br>CANADA | Claim Number: 8763<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $41,779.39 | Scheduled: | $35,249.75 |
| CORRTECH, INC.<br>513 RIVER LAKESIDE LANE<br>WOODSTOCK, GA 30188 | Claim Number: 2258<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED | Claimed: | $17,851.24 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CORRUGATED CHEMICALS INC<br>5410 HOMBERG DRIVE<br>SUITE 20<br>KNOXVILLE, TN 37919 | Claim Number: 7491-01<br>Claim Date: 08/10/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,450.00 | Scheduled: | $1,609.66 |
|---|---|---|---|---|

---

| CORRUGATED CHEMICALS INC<br>5410 HOMBERG DRIVE<br>SUITE 20<br>KNOXVILLE, TN 37919 | Claim Number: 7491-02<br>Claim Date: 08/10/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $159.66 |
|---|---|---|

---

| CORRUGATED CHEMICALS INC<br>5410 HOMBERG DRIVE<br>SUITE 20<br>KNOXVILLE, TN 37919 | Claim Number: 7517-01<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $24,871.99 | Scheduled: | $239,968.63 |
|---|---|---|---|---|

---

| CORRUGATED CHEMICALS INC<br>5410 HOMBERG DRIVE<br>SUITE 20<br>KNOXVILLE, TN 37919 | Claim Number: 7517-02<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $219,279.36 |
|---|---|---|

---

| CORRUGATED CONTAINERS INC<br>P O BOX 10<br>PINEY FLATS, TN 37686 | Claim Number: 4550<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $445.50 | Scheduled: | $445.50 |
|---|---|---|---|---|

---

| CORRUGATED GEAR SERVICES, INC.<br>ARCHER & GREINER, P.C.<br>BROWN J. CHARLES, III<br>300 DELAWARE AVENUE, SUITE 1370<br>WILMINGTON, DE 19801 | Claim Number: 2239<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $46,544.81 |
|---|---|---|

---

| CORRUGATED GEAR SERVICES, INC.<br>ARCHER & GREINER, P.C.<br>CHARLES J. BROWN, III<br>300 DELAWARE AVENUE, SUITE 1370<br>WILMINGTON, DE 19801 | Claim Number: 2279<br>Claim Date: 04/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $46,544.81 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CORRUGATED GEAR SERVICES, INC.
JOSEPH J. BURTON, JR., ESQUIRE
BURTON & ARMSTRONG, LLP
2 RAVINIA DRIVE, SUITE 1750
ATLANTA, GA 30346

Claim Number: 2997-01
Claim Date: 05/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $163,913.25 | Scheduled: | $255,084.41 UNLIQ |

---

CORRUGATED GEAR SERVICES, INC.
JOSEPH J. BURTON, JR., ESQUIRE
BURTON & ARMSTRONG, LLP
2 RAVINIA DRIVE, SUITE 1750
ATLANTA, GA 30346

Claim Number: 2997-02
Claim Date: 05/12/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $3,625.52 | Scheduled: | $3,625.52 |

---

CORRUGATED GEAR SERVICES, INC.
C/O JOSEPH BURTON, JR, ESQ
BURTON & ARMSTRONG, LLP- STE 1750
2 RAVZNIA DRIVE
ATLANTA, GA 30346

Claim Number: 9008
Claim Date: 08/13/2009
Debtor: SMURFIT-MBI
Comments: ALLOWED
DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $15,089.13 | Scheduled: | $15,089.13 |

---

CORRUGATED MACHINERY SPECIALIST, INC.
2310 N GLASSELL STREET
ORANGE, CA 92865

Claim Number: 3271
Claim Date: 06/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $145,940.68 | Scheduled: | $146,137.68 |

---

CORRUGATED MAINTENANCE SERVICE INC
PO BOX 190
LITHONIA, GA 30058

Claim Number: 5586
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| UNSECURED | Claimed: | $225,440.00 | Scheduled: | $84,680.00 |

---

CORRUGATED REPLACEMENTS, INC
PO BOX 2809
BLAIRSVILLE, GA 30514

Claim Number: 2108
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $290,123.35 |

---

CORRUGATED SERVICES CORP T/A AMTECH
515 PENNSYLVANIA AVE., SUITE 100
FORT WASHINGTON, PA 19034

Claim Number: 1354
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $23,232.54 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CORRUGATED SYNERGIES INTERNATIONAL, LLC<br>1100 SW 27TH STREET<br>RENTON, WA 98055 | Claim Number: 9121<br>Claim Date: 08/19/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 7512 (05/07/2010) |
|---|---|

| UNSECURED | Claimed: | $24,148,568.00 | | |
|---|---|---|---|---|

---

| CORSE, SHIRLEY<br>ATTORNEY PETER L. HATEM<br>258 U.S. ROUTE ONE<br>SCARBOROUGH, ME 04074-8904 | Claim Number: 9672<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $162,916.80 | | |
|---|---|---|---|---|

---

| COSHOCTON BRAKE & SUPPLY CO<br>PO BOX 665<br>COSHOCTON, OH 43812 | Claim Number: 6500<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,565.74 | Scheduled: | $2,581.88 |
|---|---|---|---|---|

---

| COSHOCTON COUNTRY CLUB<br>925 CAMBRIDGE RD<br>COSHOCTON, OH 43812 | Claim Number: 12374<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,099.43 | | |
|---|---|---|---|---|

---

| COSHOCTON LUMBER CO., INC.<br>PO BOX 939<br>COSHOCTON, OH 43812 | Claim Number: 13831<br>Claim Date: 02/16/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,576.71 | Scheduled: | $3,561.31 |
|---|---|---|---|---|

---

| COSHOCTON WATER DEPARTMENT<br>760 CHESTNUT STREET<br>COSHOCTON, OH 43812 | Claim Number: 2888<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| SECURED | Claimed: | $137,543.61 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $136,964.03 |

---

| COSSEY, COY<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | Claim Number: 10943<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $50,000.00 | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

COSSEY, OLIVER W
17801 COL GLENN ROAD
LITTLE ROCK, AR 72210

Claim Number: 7169
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ | | |
| SECURED | Claimed: | $0.00  UNLIQ | | |

---

COTRAILER REPAIR
1860 NW 125 TERRACE
PEMBROKE PINES, FL 33028

Claim Number: 2384
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,712.00 | Scheduled: | $2,369.67 |

---

COTTON CANDY VANCOUVER INC.
UNIT 130, 13160 VANIER PLACE
VANCOUVER, BC V6V 2J2
CANADA

Claim Number: 727
Claim Date: 02/23/2009
Debtor: SMURFIT-MBI

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,795.93 | Scheduled: | $1,454.08 |

---

COTTON, ELBERT RAY
855 COULEE CREEK DR
JONESBORO, LA 71251

Claim Number: 10154
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | | |

---

COULTER, FREDRICK A
22170 S LESLIE AVE
BEAVERCREEK, OR 97004

Claim Number: 7239
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | | |

---

COUNTRY SIDE PROPANE
1601 TURKEY CREEK ROAD
PLANT CITY, FL 33566

Claim Number: 2755
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $174.15 | Scheduled: | $174.15 |

---

COUNTY OF LUNENBURG
11512 COURTHOUSE ROAD
LUNENBURG, VA 23952

Claim Number: 4264
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $322.71 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| COUNTY OF MADISON<br>KAY PACE<br>TAX COLLECTOR<br>PO BOX 113<br>CANTON, MS 39046 | Claim Number: 14102<br>Claim Date: 08/12/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,174.77 | Scheduled: | $2,174.77 |
|---|---|---|---|---|

| COUNTY OF SAN BERNARDINO<br>OFFICE OF THE TAX COLLECTOR<br>172 WEST THIRD STREET<br>SAN BERNARDINO, CA 92415 | Claim Number: 7183<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
|---|---|

| SECURED | Claimed: | $2,993.30 |
|---|---|---|

| COUNTY OF SANTA CLARA<br>TAX COLLECTOR, TAX COLLECTIONS DIVISION<br>70 WEST HEDDING STREET<br>COUNTY GOVERNMENT CENTER, EAST WING<br>SAN JOSE, CA 95110 | Claim Number: 3510<br>Claim Date: 06/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
|---|---|

| UNSECURED | Claimed: | $119,047.61   UNLIQ |
|---|---|---|

| COURIER-JOURNAL, THE<br>525 W. BROADWAY<br>LOUISVILLE, KY 40202 | Claim Number: 1517<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $8,321.40 | Scheduled: | $9,121.00 |
|---|---|---|---|---|

| COURT HOUSE RENT ALL<br>P O BOX 747<br>WASHINGTON COURT HOUSE, OH 43160 | Claim Number: 9270<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $757.78 | Scheduled: | $757.78 |
|---|---|---|---|---|

| COVCO S&A ENTERPRISES INC<br>9621 PHILADELPHIA ROAD<br>BALTIMORE, MD 21237 | Claim Number: 3780<br>Claim Date: 07/06/2009<br>Debtor: CAMEO CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $604.00 | Scheduled: | $604.00 |
|---|---|---|---|---|

| COVERALL SERVICE COMPANY BUFFALO<br>8860 COLUMBIA 100 PKWY STE 401<br>COLUMBIA, MD 21045 | Claim Number: 4526<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,445.41 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| COVINGTON, WILLIE<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | Claim Number: 11822<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| COWANS, TERRY LORENZO<br>909 TALTON ST.<br>JONESBORO, LA 71251 | Claim Number: 10155<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| COWPER INC<br>677 7TH AVE<br>LACHINE, QC H8S 3A1<br>CANADA | Claim Number: 12717<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $386.22 | Scheduled: | $383.70 |
|---|---|---|---|---|

| COX ELECTRONICS OF PERRY INC<br>PO BOX 1457<br>PERRY, FL 32348 | Claim Number: 9343<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $97.87 | Scheduled: | $97.87 |
|---|---|---|---|---|

| COX JR, JAMES V<br>85 OLD HEADY RD.<br>FISHERVILLE, KY 40023 | Claim Number: 7987<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| COX, DAVID<br>1831 N CARSON STREET<br>CARSON CITY, NV 89701 | Claim Number: 3957<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $358.00 | Scheduled: | $358.00 |
|---|---|---|---|---|

| COX, MARY A<br>742 ARLINGTON AVE.<br>CINCINNATI, OH 45215 | Claim Number: 7496<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| COX-POWELL CORPORATION<br>100 STAFFORD CT<br>WILLIAMSBURG, VA 23185 | Claim Number: 13799<br>Claim Date: 02/03/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $51,001.73 | | |
|---|---|---|---|---|

| CP RESCUE<br>2021 CAROUSEL DRIVE<br>HOLLISTER, CA 95023 | Claim Number: 11400<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7551 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,221.31 | Scheduled: | $4,221.31 |
|---|---|---|---|---|

| CRAFTSMAN CUTTING DIES INC<br>2273 E. VIA BURTON<br>ANAHEIM, CA 92801 | Claim Number: 9995<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $39,636.48 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $110,248.90 | Scheduled: | $172,517.79 |

| CRAIG, ANTHONY J<br>414 2ND AVENUE N<br>MAYODAN, NC 27027 | Claim Number: 10442<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| CRAIG, DALE L<br>316 S REUTER DRIVE<br>ARLINGTON HEIGHTS, IL 60005 | Claim Number: 5741<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| CRAIG, JAMES T<br>566 RODGERS LANE<br>BREWTON, AL 36426 | Claim Number: 12104<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| CRAIG, RUTH A<br>1509 WASHINGTON ST.<br>APT. C-8<br>NEW CASTLE, IN 47362 | Claim Number: 5561<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CRAIGHEAD COUNTY TAX COLLECTOR
511 UNION ST
SUITE 511
JONESBORO, AR 72401

Claim Number: 5163
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| PRIORITY | Claimed: | $10,217.76 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

CRAMER, MICHAEL
3625 N. 82ND STREET
MILWAUKEE, WI 53222

Claim Number: 11062
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $5,000.00 UNDET |
|---|---|---|

CRANE MASTERS INC
3001 WILLIAMSBURG ROAD
RICHMOND, VA 23231

Claim Number: 11885
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $6,168.10 |
|---|---|---|

CRANE SUPPLY
7800 ELMSLIE
LA SALLE, QC H8N 3ES
CANADA

Claim Number: 8252
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $206.41 |
|---|---|---|

CRANE SUPPLY DIV OF CRANE CANADA CO.
335- 6TH AVENUE E
REGINA, SK S4N 6A6
CANADA

Claim Number: 8490
Claim Date: 07/16/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $406.34 | Scheduled: | $333.86 |
|---|---|---|---|---|

CRANE TESTING SERVICES INC
2700 GOOLSBY AVENUE
RICHMOND, VA 23234

Claim Number: 7518
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,250.00 | Scheduled: | $1,250.00 |
|---|---|---|---|---|

CRANEMASTERS INC
PO BOX 7780
RICHMOND, VA 23231

Claim Number: 11887
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $616.06 | Scheduled: | $616.06 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CRANEMASTERS INC
3001 WILLIAMSBURG ROAD
RICHMOND, VA 23231

Claim Number: 11888
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $616.06 |
|---|---|---|

---

CRANEMASTERS, INC.
3001 WILLIAMSBURG ROAD
RICHMOND, VA 23231

Claim Number: 11886
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $6,168.10 |
|---|---|---|

---

CRAPO LTD
1908 E 500 N
SAINT ANTHONY, ID 83445

Claim Number: 7995
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $4,226.00 | Scheduled: | $8,615.00 |
|---|---|---|---|---|

---

CRAWFORD'S ENGINE SERVICE
2047 PLEASANT HILLS RD
WILLIAMSPORT, PA 17701

Claim Number: 9961
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $347.50 | Scheduled: | $347.50 |
|---|---|---|---|---|

---

CRAWFORD, LEON
383 TUMBLING LANE
ATMORE, AL 36502

Claim Number: 9967
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $63,861.60 |
|---|---|---|

---

CRAWFORD, LINDA C
19332 WHITNEY LANE
OREGON CITY, OR 97045

Claim Number: 6122
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

CRAWFORD, MICHAEL A
19332 WHITNEY LANE
OREGON CITY, OR 97045

Claim Number: 6121
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CRAWFORD, R L<br>6850 S PRAIRIE RD<br>TILLAMOOK, OR 97141-8531 | Claim Number: 5036<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| CREATIVE GROUP, INC.<br>1535 BARCLAY BLVD<br>BUFFALO GROVE, IL 60089 | Claim Number: 5685<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $42,820.00 |
|---|---|---|

| CREATIVE PACKAGING ASOC INC<br>PO BOX 686<br>MILAN, IL 61264 | Claim Number: 3823<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $344.00 | Scheduled: | $344.00 |
|---|---|---|---|---|

| CREATIVE PATTERNS, INC.<br>DAVID CUMMINS, PRES.<br>PO BOX 5549<br>NEWARK, NJ 07105 | Claim Number: 3082<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $10,525.00 | Scheduled: | $9,150.00 |
|---|---|---|---|---|

| CREATIVE SOUND CONCEPTS INC<br>1491 NORTHSIDE DRIVE SUITE B<br>ATLANTA, GA 30318 | Claim Number: 4188<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $290.00 | Scheduled: | $290.00 |
|---|---|---|---|---|

| CREDIT INTERNATIONAL CORPORATION<br>PO BOX 1268<br>BOTHELL, WA 98041-1268 | Claim Number: 11477<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,066.36 | Scheduled: | $1,066.36 |
|---|---|---|---|---|

| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: BENDLER MECHANICAL COMPANY,<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | Claim Number: 134<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $7,242.67 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: GENERAL MONITORS INC<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | | Claim Number: 503<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| UNSECURED | Claimed: | $4,621.23 | | |
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: SEAL RYT CORP<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | | Claim Number: 520<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13932<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $6,264.77 | Scheduled: | $6,264.77 |
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: GAMS DEVELOPMENT CORPORATION<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | | Claim Number: 2146<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $8,400.00 | Scheduled: | $8,400.00 |
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: BURCKHARDT COMPRESSION US IN<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | | Claim Number: 2916<br>Claim Date: 05/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $10,989.64 | Scheduled: | $10,989.64 |
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: SCHAUL'S SIGNATURE GOURMET FOODS<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | | Claim Number: 2954<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13930<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $3,088.47 | Scheduled: | $3,088.47 |
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: SINFLEX PAPER COMPANY, INC.<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | | Claim Number: 3391<br>Claim Date: 06/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13928<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $1,235.75 | Scheduled: | $1,235.75 |
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: LEROY HANSON CO INC, THE<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | | Claim Number: 3678<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) | | |
| UNSECURED | Claimed: | $1,723.59 | Scheduled: | $1,723.59 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: ALL VALLEY ENVIRONMENTAL
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 3958
Claim Date: 07/08/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: DOCKET: 7551 (05/10/2010)

| UNSECURED | Claimed: | $7,492.00 | Scheduled: | $7,492.00 |
|---|---|---|---|---|

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: SIERRA INTERNATIONAL MACHINE
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 3959
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,073.32 | Scheduled: | $1,073.32 |
|---|---|---|---|---|

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: BGR INC
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 4086
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $4,025.26 | Scheduled: | $3,316.09 |
|---|---|---|---|---|

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: G&K SERVICES - 484315
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 4093
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13926
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $2,719.24 | Scheduled: | $2,719.24 |
|---|---|---|---|---|

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: PRODUCTIVE TRANSPORTATION
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 4103
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,959.25 | Scheduled: | $2,959.25 |
|---|---|---|---|---|

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: MID-FLORIDA GOLF CARS DISTRI
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 4421-01
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)

| UNSECURED | Claimed: | $1,060.82 | Scheduled: | $1,089.30 |
|---|---|---|---|---|

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: MID-FLORIDA GOLF CARS DISTRI
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 4421-02
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| ADMINISTRATIVE | Claimed: | $38.56 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: VENTURE TAPE CORP<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | Claim Number: 4559<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13929<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,206.06 | Scheduled: | $5,407.69 |

| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: BENDLER MECHANICAL COMPANY,<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | Claim Number: 5083<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,242.67 | Scheduled: | $7,242.67 |

| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: ASSURANCE HEATING AND AIR<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | Claim Number: 5369<br>Claim Date: 07/16/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: POSSIBLY AMENDED BY 0<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,010.00 | Scheduled: | $9,924.00 |

| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: WESTERN PACIFIC PULP & PAPER<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | Claim Number: 5825<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13933<br>DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,003.45 | Scheduled: | $6,829.00 |

| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: DYNAMEX INC<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | Claim Number: 6237<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13931<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,349.28 | Scheduled: | $3,275.01 |

| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: DON THOMAS PETROLEUM INC<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | Claim Number: 6490<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,586.24 | Scheduled: | $4,586.24 |

| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: ADVANCED CHEMICAL TRANSPORT<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | Claim Number: 9250<br>Claim Date: 08/20/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 8188 (07/02/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,290.23 | Scheduled: | $6,231.50 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: RC SALES AND MANUFACTURING I<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | Claim Number: 9356<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,103.50 | Scheduled: | $1,103.50 |
|---|---|---|---|---|

| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: UTXL INC<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | Claim Number: 10997<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $3,942.22 | Scheduled: | $3,598.56 |
|---|---|---|---|---|

| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: BLUE CHIP 2000 COMMERCIAL CL<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | Claim Number: 12412<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,973.62 | Scheduled: | $3,973.62 |
|---|---|---|---|---|

| CREDITOR LIQUIDITY, LP AS ASSIGNEE OF<br>"G&K SERVICES - 484315"<br>200 BUSINESS PARK DRIVE, SUITE 200<br>ARMONK, NY 10504 | Claim Number: 13926<br>Claim Date: 03/25/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $2,719.24 |
|---|---|---|

| CREDITOR LIQUIDITY, LP AS ASSIGNEE OF<br>"ASSURANCE HEATING AND AIR"<br>200 BUSINESS PARK DRIVE, SUITE 200<br>ARMONK, NY 10504 | Claim Number: 13927<br>Claim Date: 03/25/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $8,010.00 |
|---|---|---|

| CREDITOR LIQUIDITY, LP AS ASSIGNEE OF<br>"SINFLEX PAPER CO INC"<br>200 BUSINESS PARK DRIVE, SUITE 200<br>ARMONK, NY 10504 | Claim Number: 13928<br>Claim Date: 03/25/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $1,235.75 |
|---|---|---|

| CREDITOR LIQUIDITY, LP AS ASSIGNEE OF<br>"VENTURE TAPE CORP."<br>200 BUSINESS PARK DRIVE, SUITE 200<br>ARMONK, NY 10504 | Claim Number: 13929<br>Claim Date: 03/25/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $5,206.06 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CREDITOR LIQUIDITY, LP AS ASSIGNEE OF
"SCHAULS SIGNATURE CUISINE AND EVENT"
200 BUSINESS PARK DRIVE, SUITE 200
ARMONK, NY 10504

Claim Number: 13930
Claim Date: 03/25/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,088.47 | | |

---

CREDITOR LIQUIDITY, LP AS ASSIGNEE OF
"DYNAMEX INC."
200 BUSINESS PARK DRIVE, SUITE 200
ARMONK, NY 10504

Claim Number: 13931
Claim Date: 03/25/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,349.28 | | |

---

CREDITOR LIQUIDITY, LP AS ASSIGNEE OF
"SEAL RYT CORP"
200 BUSINESS PARK DRIVE, SUITE 200
ARMONK, NY 10504

Claim Number: 13932
Claim Date: 03/25/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,264.77 | | |

---

CREDITOR LIQUIDITY, LP AS ASSIGNEE OF
"WESTERN PACIFIC PULP AND PAPER"
200 BUSINESS PARK DRIVE, SUITE 200
ARMONK, NY 10504

Claim Number: 13933
Claim Date: 03/25/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,003.45 | | |

---

CRENSHAW MACHINE SYSTEMS, INC.
700 WILLIAMS STREET
BAY MINETTE, AL 36507

Claim Number: 1422
Claim Date: 03/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
Claim out of balance

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,100.00 | Scheduled: | $1,100.00 |

---

CRENSHAW'S CLEAN CUT
640 JUDGE RD
HOPE HULL, AL 36043

Claim Number: 4384
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,235.00 | Scheduled: | $5,235.00 |

---

CRESCENT PAPERTUBE CO
7325 INDUSTRIAL ROAD
FLORENCE, KY 41042

Claim Number: 4763
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,383.34 | Scheduled: | $2,383.34 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CRESSET POWERS LTD<br>64 WEST BELLEVUE DR<br>PASADENA, CA 91105 | Claim Number: 5107<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $5,238.20 | Scheduled: | $5,238.00 |
|---|---|---|---|---|

| CRESSET POWERS, LTD<br>64 W. BELLEVUE DRIVE<br>PASADENA, CA 91105 | Claim Number: 491<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $5,238.20 |
|---|---|---|

| CRETE CARRIER<br>PO BOX 81228<br>LINCOLN, NE 68501 | Claim Number: 6766<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $566.90 | Scheduled: | $644.00 |
|---|---|---|---|---|

| CREWS, JOSEPH<br>2474 TILLER CEMETARY DR<br>CHIPLEY, FL 32428 | Claim Number: 7632<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| CREWS, RODNEY C.<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10700<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $91,585.24 |
|---|---|---|

| CREWS, VERNA B.<br>134 NORTH BLVD. W<br>MACCLENNY, FL 32063-2041 | Claim Number: 13259<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| CREWS, VERNA RUTH B.<br>134 NORTH BOULEVARD W<br>MACCLENNY, FL 32063-2041 | Claim Number: 13258<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>$49.70 per month. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CRIMSON CLEAN<br>107 DUNN DRIVE<br>MONTGOMERY, AL 36109 | Claim Number: 9486<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| CRIMSON CLEAN JANITORIAL SERVICE<br>107 DUNN DRIVE<br>MONTGOMERY, AL 36109 | Claim Number: 9485<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $16,585.80 |
|---|---|---|

| CRIMSON CLEAN JANITORIAL SERVICES<br>107 DUNN DRIVE<br>MONTGOMERY, AL 36109 | Claim Number: 1449<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $16,585.80 |
|---|---|---|

| CRIMSON CLEAN JANITORIAL SERVICES<br>107 DUNN DRIVE<br>MONTGOMERY, AL 36109 | Claim Number: 1461<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $16,585.80 |
|---|---|---|

| CRIMSON CLEAN JANITORIAL SERVICES<br>107 DUNN DRIVE<br>MONTGOMERY, AL 36109 | Claim Number: 9484<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $16,585.80 |
|---|---|---|

| CRIMSON SHIPPING COMPANY<br>150 VIADUCT ROAD<br>CHICKASAW, AL 36611 | Claim Number: 8155-01<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $4,925.86 |
|---|---|---|

| CRIMSON SHIPPING COMPANY<br>150 VIADUCT ROAD<br>CHICKASAW, AL 36611 | Claim Number: 8155-02<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $67,129.14 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CRISLER, OSCAR M.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE.<br>DALLAS, TX 75219 | Claim Number: 11823<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

| CRIST CO INC<br>201 BELL PLACE SUITE F<br>WOODSTOCK, GA 30188 | Claim Number: 13452<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,420.55 | Scheduled: | $1,420.55 |
|---|---|---|---|---|

---

| CRISTO REY WORK STUDY PROGRAM INC<br>1852 W 22ND PLACE<br>CHICAGO, IL 60608 | Claim Number: 5455<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $5,193.55 | Scheduled: | $5,750.00 |
|---|---|---|---|---|

---

| CRITICAL POWER SERVICES, INC<br>4732 LEBANON ROAD<br>CHARLOTTE, NC 28227 | Claim Number: 7240<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $8,480.00 | Scheduled: | $10,580.00 |
|---|---|---|---|---|

---

| CRITTENDEN CONVERSION CORP<br>PO BOX 719<br>30380 S.E. HIGH POINT WAY<br>PRESTON, WA 98050 | Claim Number: 4016<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $6,385.38 | Scheduled: | $6,385.38 |
|---|---|---|---|---|

---

| CRITTENDEN, DANIEL<br>C/O FIDELITY INVESTMENTS/ARMADA ADVISORS<br>610 N. SPRING ST.<br>PENSACOLA, FL 32501 | Claim Number: 11645<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| SECURED | Claimed: | $25,000.00 | | |
|---|---|---|---|---|

---

| CROLL-REYNOLDS CO., INC.<br>SIX CAMPUS DRIVE<br>PARSIPPANY, NJ 07054 | Claim Number: 5302<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $19,299.02 | Scheduled: | $19,299.02 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CROOKS, H. LANE JR<br>281 EDGEWATER DR<br>PROSPERITY, SC 29127-6765 | Claim Number: 6666<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
|---|---|
| **UNSECURED** | Claimed: | $16,133.88 |

| CROOKS, H. LANE JR.<br>281 EDGEWATER DRIVE<br>PROSPERITY, SC 29127 | Claim Number: 6663<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|
| **UNSECURED** | Claimed: | $16,133.88 |

| CROOKS, RUPERT<br>510-99 MARLEE AVE<br>TORONTO, ON M6E 3B3<br>CANADA | Claim Number: 12587<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|
| **PRIORITY** | Claimed: | $18,000.00 |

| CROP PRODUCTION SERVICES, INC.<br>ERIN KESSEL, ESQ.<br>C/O SPOTTS FAIN PC<br>P.O. BOX 1555<br>RICHMOND, VA 23218-1555 | Claim Number: 3581<br>Claim Date: 07/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

**UNSECURED** | Claimed: $211,105.60 | Scheduled: $211,112.16

| CROSBY, LOUIS O.<br>PO BOX 351<br>CASTLEBERRY, AL 36432 | Claim Number: 12135<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|
| **UNSECURED** | Claimed: | $0.00   UNDET |

| CROWLEY CARIBBEAN SERVICES LLC<br>ATTN: COLLECTIONS DEPT<br>9487 REGENCY SQUARE BLVD.<br>JACKSONVILLE, FL 32225 | Claim Number: 7810<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|
| **UNSECURED** | Claimed: | $450.03 |

| CROWLEY LINER SERVICES INC.<br>ATTN: COLLECTIONS DEPT<br>9487 REGENCY SQUARE BLVD.<br>JACKSONVILLE, FL 32225 | Claim Number: 7811<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|
| UNSECURED | Claimed: | $1,925.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| CROWN BUILDING MAINTENANCE CO<br>D/B/A ABLE BUILDING MAINTENANCE COMPANY<br>868 FOLSOM STREET<br>SAN FRANCISCO, CA 94107 | | Claim Number: 11161<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $2,163.11 | Scheduled: | $3,177.55 |

---

| | | | | |
|---|---|---|---|---|
| CROWN CONTROLS INC<br>2316 CROWNPOINT EXEC DR<br>CHARLOTTE, NC 28227 | | Claim Number: 9533-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| PRIORITY | Claimed: | $2,411.00 | | |
| UNSECURED | | | Scheduled: | $2,423.82 |
| TOTAL | Claimed: | $2,423.82 | | |

---

| | | | | |
|---|---|---|---|---|
| CROWN CONTROLS INC<br>2316 CROWNPOINT EXEC DR<br>CHARLOTTE, NC 28227 | | Claim Number: 9533-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2032 (09/24/2009) | | |
| ADMINISTRATIVE | Claimed: | $2,411.00 | | |

---

| | | | | |
|---|---|---|---|---|
| CROWN ENTERPRISES LTD<br>OPERATING AS SECURESHRED<br>P.O. BOX 1850, 332 INDUSTRIAL DRIVE<br>REGINA, SK S4P 3E1<br>CANADA | | Claim Number: 679<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $3,700.50 | Scheduled: | $4,496.30 |

---

| | | | | |
|---|---|---|---|---|
| CROWN EXCEL DISPOSAL / FRED WEBBER<br>2320 CREVE COEUR MILL ROAD<br>MARYLAND HEIGHTS, MO 63043 | | Claim Number: 12169<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | |
| UNSECURED | Claimed: | $14,921.30 | | |

---

| | | | | |
|---|---|---|---|---|
| CROWN PACKAGING CORP.<br>17854 CHESTERFIELD AIRPORT ROAD<br>CHESTERFIELD, MO 63005 | | Claim Number: 1536<br>Claim Date: 03/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $1,195.60 | Scheduled: | $1,195.60 |

---

| | | | | |
|---|---|---|---|---|
| CROWN SERVICES INC<br>ATTN: KEVIN MCCLUER<br>777 BUSCH COURT<br>COLUMBUS, OH 43229 | | Claim Number: 7209<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $30,952.21 | Scheduled: | $30,952.21 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

CROWN SERVICES INC
777 BUSCH COURT
COLUMBUS, OH 43229

Claim Number: 7210
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,462.81 | Scheduled: | $7,462.81 |

CROWN SERVICES INC
777 BUSCH CT
COLUMBUS, OH 43229

Claim Number: 7211
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $5,709.75 | Scheduled: | $5,404.33 |

CROWN SHREDDING, LLC
P.O. BOX 971
WINTER HAVEN, FL 33882

Claim Number: 1021
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET |

CRST VAN EXPEDITED INC
PO BOX 71573
CHICAGO, IL 60694-1573

Claim Number: 10620
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $307.19 | Scheduled: | $307.19 |

CRUM, DENNIS
C/O JAMES E. SORENSON, ESQ.
WILLIAMS, GAUTIER, GWYNN, DELOACH &
SORENSON P.A. PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10692
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $92,812.26 |

CRUZ, NICHOLAS
C/O JAMES E. SORENSON, ESQ.
WILLIAMS, GAUTIER, GWYNN, DELOACH, &
SORENSON P.A. PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10684
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $2,758.92 |

CRYSTAL COMMUNICATION, INC.
1601 NEPTUNE DRIVE
SAN LEANDRO, CA 94577

Claim Number: 2776
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| UNSECURED | Claimed: | $453.03 | Scheduled: | $415.53 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| CRYSTAL GYSER SPARKLING WATER, CALISTOGA, CA 501 WASHINGTON DRIVE CALISTOGA, CA 94515 | | Claim Number: 99006 Claim Date: 06/29/2010 Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| UNSECURED | Claimed: | $1,022.00 | | |

| | | | | |
|---|---|---|---|---|
| CRYSTAL MOTOR EXPRESS INC 10 KIMBALL LANE LYNNFIELD, MA 01940 | | Claim Number: 315 Claim Date: 02/12/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $39,299.63 | Scheduled: | $38,616.78 |

| | | | | |
|---|---|---|---|---|
| CSC OF SALINAS 721B ABBOTT STREET SALINAS, CA 93901 | | Claim Number: 3672 Claim Date: 07/06/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $1,498.21 | Scheduled: | $1,498.21 |

| | | | | |
|---|---|---|---|---|
| CSI WASTE SERVICES FENNEMORE CRAIG, P.C. C/O BRYAN A. ALBUE 3003 N. CENTRAL AVENUE, SUITE 2600 PHOENIX, AZ 85012 | | Claim Number: 11284 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET 7650 (05/18/2010) | | |
| UNSECURED | Claimed: | $3,453.82 | Scheduled: | $3,408.13 |

| | | | | |
|---|---|---|---|---|
| CSX CORPORATION ATTN RUTH SALTER J-220 500 WATER STREET JACKSONVILLE, FL 32202 | | Claim Number: 11491 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET 7650 (05/18/2010) | | |
| UNSECURED | Claimed: | $565,670.38 | | |

| | | | | |
|---|---|---|---|---|
| CTR ELECTRONICS RECYCLING INC 525 KING AVE GALION, OH 44833 | | Claim Number: 6167 Claim Date: 07/23/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 1866 (09/04/2009) | | |
| ADMINISTRATIVE UNSECURED | Claimed: | $5,907.00 | Scheduled: | $5,907.00 |

| | | | | |
|---|---|---|---|---|
| CUANALO, ARMANDO C 8125 N. HEREFORD PORTLAND, OR 97203 | | Claim Number: 14071 Claim Date: 07/23/2010 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| CULLIGAN BOTTLED WATER<br>PO BOX 35339<br>PANAMA CITY, FL 32412 | | Claim Number: 12472<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | | |
| UNSECURED | Claimed: | $909.00 | | | |
| CULLIGAN BOTTLED WATER<br>PO BOX 35339<br>PANAMA CITY, FL 32412 | | Claim Number: 12473<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010) | | | |
| UNSECURED | Claimed: | $861.93 | Scheduled: | $648.13 | |
| CULLIGAN BOTTLED WATER<br>PO BOX 35339<br>PANAMA CITY, FL 32412 | | Claim Number: 12474<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | | |
| UNSECURED | Claimed: | $822.50 | Scheduled: | $154.70 | |
| CULLIGAN BOTTLED WATER<br>PO BOX 35339<br>PANAMA CITY, FL 32412 | | Claim Number: 12475<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | | |
| UNSECURED | Claimed: | $799.53 | Scheduled: | $32.00 | |
| CULLIGAN BOTTLED WATER<br>315 E 15TH ST<br>PANAMA CITY, FL 32405-5408 | | Claim Number: 12476<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | | |
| UNSECURED | Claimed: | $292.65 | Scheduled: | $297.43 | |
| CULLIGAN BOTTLED WATER<br>315 E 15TH ST<br>PANAMA CITY, FL 32405-5408 | | Claim Number: 12477<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7516 (05/07/2010) | | | |
| UNSECURED | Claimed: | $496.25 | Scheduled: | $584.93 | |
| CULLIGAN BOTTLED WATER<br>315 E 15TH STREET<br>PANAMA CITY, FL 32405 | | Claim Number: 12478<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | | |
| UNSECURED | Claimed: | $1,415.16 | Scheduled: | $4,513.76 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CULLIGAN WATER SYSTEMS<br>2022 POLYMER DRIVE<br>CHATTANOOGA, TN 37421 | Claim Number: 5624<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $722.69 | Scheduled: | $661.50 |
|---|---|---|---|---|

---

| CULLIN, MARY<br>11 BOWMAN LANE<br>COMMACK, NY 11725 | Claim Number: 5310<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |

---

| CULLIVER JR, EZELL<br>1185 JOHNSONVILLE CIRCLE<br>CASTLEBERRY, AL 36432 | Claim Number: 8051<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| CULLUM & BROWN, INC.<br>1200 BURLINGTON<br>NORTH KANSAS CITY, MO 64116 | Claim Number: 9188<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $6,296.62 |
|---|---|---|

---

| CULPEPPER, BILLY RAY<br>248 SYBWOOD DR<br>JONESBORO, LA 71251 | Claim Number: 10406<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| CUMMINS EASTERN CANADA LP<br>ATTN: ELIZABETH MCCARTHY<br>7175 PACIFIC CIRCLE<br>MISSISSAUGA, ON L5T 2A5<br>CANADA | Claim Number: 8565<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $2,235.35 | Scheduled: | $2,280.01 |
|---|---|---|---|---|

---

| CUMMINS EASTERN CANADA LP<br>7175 PACIFIC CIRCLE<br>MISSISSAUGA, ON L5T 2A5<br>CANADA | Claim Number: 12398<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $2,235.35 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| CUMMINS NORTHWEST LLC<br>PO BOX 4800 UNIT 50<br>PORTLAND, OR 97208-4800 | | Claim Number: 4104<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $144.86 | Scheduled: | $187.86 | |
| CUMMINS, FLETCHER<br>61-1150 SKYVIEW DR<br>BURLINGTON, ON L7P 4X5<br>CANADA | | Claim Number: 8001<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| SECURED | Claimed: | $0.00   UNDET | | | |
| CUNNINGHAM, JOHN R<br>PO BOX 934<br>BREWTON, AL 36426 | | Claim Number: 9631<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | | |
| UNSECURED | Claimed: | $10,514.04 | | | |
| CUPPLES J&J CO., INC.<br>PO BOX 458<br>JACKSON, TN 38302-0458 | | Claim Number: 3195<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $2,078.52 | Scheduled: | $2,198.86 | |
| CURBELL INC<br>7 COBHAM DRIVE<br>ORCHARD PARK, NY 14127 | | Claim Number: 4519<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | | |
| UNSECURED | Claimed: | $411.04 | Scheduled: | $411.04 | |
| CURRY, QUENTIN L<br>2012 RIDGE ROAD<br>BREWTON, AL 36426 | | Claim Number: 4169<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | | |
| UNSECURED | Claimed: | $1,000,000.00 | | | |
| CURTIS 1000 INC MINNESOTA<br>DEPT CH 19157<br>PALATINE, IL 60055-9157 | | Claim Number: 6342<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED | Claimed: | $384.45 | Scheduled: | $384.45 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| CURTIS, HAROLD J. & MARGARET L.<br>16505A SE 1ST ST. #266<br>VANCOUVER, WA 98684 | | Claim Number: 850<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
| PRIORITY | Claimed: | $2,766.42 | | |
| CUSTOM ASSEMBLY & MANUFACTURING CORP.<br>P.O. BOX 4286<br>FORT SMITH, AR 72914 | | Claim Number: 21<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $16,597.64 | Scheduled: | $14,483.07 |
| CUSTOM BUSINESS FORMS<br>210 EDGE PLACE NE<br>MINNEAPOLIS, MN 55418 | | Claim Number: 4076<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $244.90 | Scheduled: | $244.90 |
| CUSTOM COFFEE PLAN<br>20333 S NORMANDIE AVENUE<br>TORRANCE, CA 90509 | | Claim Number: 2720<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $502.80 | Scheduled: | $511.16 |
| CUSTOM ENERGIZED AIR LTD<br>1055 - 78 AVENUE<br>EDMONTON, AB T6P 1L8<br>CANADA | | Claim Number: 5460<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>542.43 CANADIAN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $445.67 |
| CUSTOM FABERKIN<br>640 FOND DU LAC AVE<br>PO BOX 1065<br>FOND DU LAC, WI 54936-1065 | | Claim Number: 5813<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $380.38 | Scheduled: | $380.38 |
| CUSTOM INDUSTRIAL SERVICES, INC<br>P.O. BOX 306<br>CORNERSVILLE, TN 37047 | | Claim Number: 11035<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | |
| UNSECURED | Claimed: | $103,060.51 | Scheduled: | $61,843.25 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| CUSTOM MACHINE WORKS<br>240 SEEBOLD SPUR<br>FENTON, MO 63026 | | Claim Number: 5152<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $471.21 | Scheduled: | $465.00 |
| CUSTOM PACKAGING INC<br>1315 W BADDOUR PKY<br>LEBANON, TN 37088 | | Claim Number: 12290<br>Claim Date: 09/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 4729 (02/04/2010) | | |
| ADMINISTRATIVE | Claimed: | $25,777.24 | | |
| CUSTOM PROTECT EAR INC.<br>#681-7789 134TH STREET<br>SURREY, BC V3W 9E9<br>CANADA | | Claim Number: 616<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $0.00    UNLIQ | | |
| CUSTOM PROTECT EAR INC.<br>#681-7789 134TH STREET<br>ATTN: BRENDA MCWILLIAMS<br>SURREY, BC V3W 9E9<br>CANADA | | Claim Number: 8777<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $1,755.37 | Scheduled: | $2,024.31 |
| CUSTOM PROTECT EAR INC.<br>#681-7789 134TH STREET<br>SURREY, BC V3W 9E9<br>CANADA | | Claim Number: 12433<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $0.00    UNLIQ | | |
| CUSTOM STAFFING, INC<br>DBA CUSTOM EMPLOYEE STAFFING<br>ATTN: JAMES POWELL<br>1134 S HIGH STREET<br>COLUMBUS, OH 43206 | | Claim Number: 8020<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
| UNSECURED | Claimed: | $78,892.16 | Scheduled: | $70,647.02 |
| CUSTOM THREADING SYSTEMS LLC<br>1230 GRUBB ROAD<br>CHILLICOTHE, OH 45601 | | Claim Number: 8136<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $14,780.00 | Scheduled: | $14,780.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| CUYAHOGA COUNTY TREASURER<br>1219 ONTARIO ST., ROOM 112<br>CLEVELAND, OH 44113-1697 | Claim Number: 794<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $37,660.46 | |
| UNSECURED | Claimed: | $6,629.23 | |

| CUYAHOGA COUNTY TREASURER<br>1219 ONTARIO ST., ROOM 112<br>CLEVELAND, OH 44113-1697 | Claim Number: 1106<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $37,660.46 | |
| UNSECURED | Claimed: | $6,629.23 | |

| CW AUSTIN COMPANY INC<br>PO BOX 224<br>AUSTELL, GA 30168 | Claim Number: 6473<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,741.30 | Scheduled: $1,741.30 |

| CW TRANSPORTATION<br>4271 SAN VISCAYA CIRCLE<br>CORONA, CA 92882 | Claim Number: 4922<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $41,608.82 | |

| CW&T CORPORATE<br>PO BOX 336<br>STORM LAKE, IA 50588 | Claim Number: 4606<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: $23,273.48  UNLIQ |

| CWT INC<br>3030 TOLL HOUSE ROAD<br>DRAKES BRANCH, VA 23937 | Claim Number: 3988<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $124,385.48 | Scheduled: $236,391.21  UNLIQ |

| CWT, INC.<br>3030 TOLLHOUSE RD.<br>DRAKES BRANCH, VA 23937 | Claim Number: 1025<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $224,011.46 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

CWT, INC.
3030 TOLLHOUSE RD.
DRAKES BRANCH, VA 23937

Claim Number: 3550
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $12,379.75 | | |

---

CXPRESS TRUCKING, INC.
1608 COMMERCE ROAD
RICHMOND, VA 23224

Claim Number: 1
Claim Date: 01/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $76,102.48 | Scheduled: | $205,702.59 UNLIQ |

---

CYR, JEAN YVES
12 RUE DES ROITELETS
MARIA, QC G0C 1Y0
CANADA

Claim Number: 12763
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

CYTEC INDUSTRIES INC.
DIANE LEWIS
FIVE GARRET MOUNTAIN PLAZA
WEST PATTERSON, NJ 07424

Claim Number: 1184
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $226,662.90 | Scheduled: | $230,947.48 |

---

CYTEC INDUSTRIES INC.
DIANE LEWIS
FIVE GARRET MOUNTAIN PLAZA
WOODLAND PARK, NJ 07424

Claim Number: 13843-01
Claim Date: 02/23/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
amends claim 1184

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $136,241.75 | | |

---

D & R SALES DBA INTERMOUNTAIN SAFETY SHOES
15400 WEST 44TH AVENUE
GOLDEN, CO 80403

Claim Number: 11732
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $185.89 | Scheduled: | $1,241.98 |

---

D R  OFFICE WORKS INC (CERRITOS-PLANT)
9956 BALDWIN PL
500 POINTE DRIVE
EL MONTE, CA 91731

Claim Number: 4835
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,183.17 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| D&D COMPRESSOR INC<br>258 KINNEY DRIVE<br>SAN JOSE, CA 95112 | | Claim Number: 13880<br>Claim Date: 03/12/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,678.35 | Scheduled: | $4,242.97 |

| D&D DISPOSAL CORP<br>PO BOX 55338<br>VALENCIA, CA 91385 | | Claim Number: 5484<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,656.00 | Scheduled: | $1,650.00 |

| D&G ELECTRIC INC<br>24435 S DOROTHY DRIVE<br>CRETE, IL 60417 | | Claim Number: 4890<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,700.42 | Scheduled: | $3,700.42 |

| D&L TRUCKING INCORPORATED<br>PO BOX 1741<br>WILMINGTON, NC 28402 | | Claim Number: 12166<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,413.26 | Scheduled: | $10,413.26 |

| D&L VENDING COMPANY<br>1111 BYRD ROAD<br>BROXTON, GA 31519 | | Claim Number: 5170<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $225.00 | Scheduled: | $150.00 |

| D&M CHIPBOARDS LLC<br>PO BOX 211<br>9011 E VAN HOOK<br>MILAN, TN 38358 | | Claim Number: 4749<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,652.00 | Scheduled: | $1,652.00 |

| D&M DISTRIBUTION SERVICES, INC.<br>P.O. BOX 271150<br>OKLAHOMA CITY, OK 73137 | | Claim Number: 3500<br>Claim Date: 06/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,053.06 | Scheduled: | $18,643.20 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| D&N TRUCKING INC<br>206 FOX ROAD<br>MERSHON, GA 31551 | Claim Number: 5858<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $86,748.00 | Scheduled: | $86,748.00 |
|---|---|---|---|---|

| D&S FACTORS<br>P.O. BOX 1210<br>FRUITLAND, ID 83619 | Claim Number: 2011<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $54,745.00 |
|---|---|---|

| D'ARPINI, HAROLD A<br>319 ASHLEY DRIVE<br>HAINES CITY, FL 33844 | Claim Number: 6757<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $28,000.00   UNLIQ |
|---|---|---|

| D-BIER PACKAGING, INC.<br>DOUGLAS R. BIER BOWER, PRESIDENT<br>P.O. BOX 931<br>BEL AIR, MD 21014-6914 | Claim Number: 623<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| PRIORITY | Claimed: | $3,624.31 |
|---|---|---|

| D. SHEARER HOLDINGS LTD.<br>ATTN: PETER VERWER<br>1055 HENDERSON LAKE BLVD. S.<br>LETHBRIDGE, AB T1K 3B4<br>CANADA | Claim Number: 8543<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $13,051.88 | Scheduled: | $13,174.22 |
|---|---|---|---|---|

| D.C. METALS<br>ATTN: KELLY DUROSE<br>6849 28TH ST.<br>NORTH HIGHLANDS, CA 95660 | Claim Number: 2043<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,922.18 | Scheduled: | $58,432.51 |
|---|---|---|---|---|

| D.O.C. LUBRICATION SPECIALISTS<br>PO BOX 641<br>SPRINGFIELD, MO 65801 | Claim Number: 12072<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $58.94 | Scheduled: | $58.94 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DABNEY & CROOKS, INC.
P.O. BOX 7783
FREDERICKSBURG, VA 22404

Claim Number: 323
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $2,200.00 | | |

---

DABNEY & CROOKS, INC.
P.O. BOX 7783
FREDERICKSBURG, VA 22404

Claim Number: 3968
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $2,200.00 | Scheduled: | $2,200.00 |

---

DAHLQUIST TRUCKING
4593 COUNTY HWY P
RHINELANDER, WI 54501

Claim Number: 11007
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $14,567.59 | | |

---

DAIL TIMBER HARVESTING INC
135 CLARY LANE
HENRICO, NC 27842

Claim Number: 6493
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)

| UNSECURED | Claimed: | $38,902.80 | Scheduled: | $77,805.61 UNLIQ |

---

DAILEY, CEDRIC
696 BURGESSVILLE ROAD
LOT 218
RUSTON, LA 71270

Claim Number: 10345
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00 UNLIQ | | |

---

DAKEN TECHNOLOGIES, LLC
115 W LAKEVIEW DR
DE SOTO, MO 63020-3853

Claim Number: 13582
Claim Date: 11/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| UNSECURED | Claimed: | $2,723.79 | Scheduled: | $1,333.79 |

---

DALE BOSTON, LLC DBA
FIRST COAST SCAFFOLDING
ATTN: KATHY MCGRAW
4960 STEPP AVENUE
JACKSONVILLE, FL 32216

Claim Number: 1646
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $9,450.00 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DALEY, BRIAN E | Claim Number: 8089 |
| 218 BARNHART ROAD | Claim Date: 08/17/2009 |
| REMSEN, NY 13438 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $13,408.80 |

---

| DALLAS COUNTY | Claim Number: 629 |
| ELIZABETH WELLER | Claim Date: 02/20/2009 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 2323 BRYAN STREET SUITE 1600 | Comments: EXPUNGED |
| DALLAS, TX 75201 | DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $27,349.45 | UNLIQ |

---

| DALLAS COUNTY | Claim Number: 633 |
| ELIZABETH WELLER | Claim Date: 02/20/2009 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 2323 BRYAN STREET SUITE 1600 | Comments: EXPUNGED |
| DALLAS, TX 75201 | DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $359,377.94 | UNLIQ |

---

| DALLAS COUNTY | Claim Number: 1113 |
| ELIZABETH WELLER | Claim Date: 03/06/2009 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 2323 BRYAN STREET SUITE 1600 | Comments: EXPUNGED |
| DALLAS, TX 75201 | DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $27,349.45 | UNLIQ |

---

| DALLAS COUNTY | Claim Number: 1116 |
| ELIZABETH WELLER | Claim Date: 03/06/2009 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 2323 BRYAN STREET SUITE 1600 | Comments: EXPUNGED |
| DALLAS, TX 75201 | DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $359,377.94 |

---

| DALLAS COUNTY | Claim Number: 1312 |
| ELIZABETH WELLER | Claim Date: 03/03/2009 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 2323 BRYAN STREET SUITE 1600 | Comments: EXPUNGED |
| DALLAS, TX 75201 | DOCKET: 8120 (06/22/2010) |

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $359,377.94 | UNLIQ |

---

| DALLAS COUNTY | Claim Number: 1401 |
| ELIZABETH WELLER | Claim Date: 03/03/2009 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 2323 BRYAN STREET SUITE 1600 | Comments: WITHDRAWN |
| DALLAS, TX 75201 | DOCKET: 10 (06/11/2010) |

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $27,349.45 | UNLIQ |
| UNSECURED | | Scheduled: | $73,987.92 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLIAR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 13952<br>Claim Date: 04/05/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| SECURED | Claimed: | $290,261.08   UNLIQ | | |

| DALLAS COUNTY<br>ELIZABETH WELLER/LAURIE SPINDLER HUFFMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 13961<br>Claim Date: 04/05/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8038 (06/16/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $115,141.04   UNLIQ | | |
| SECURED | Claimed: | $0.00   UNLIQ | | |

| DALLAS RECYCLING<br>3303 PLUTO STREET<br>DALLAS, TX 75212 | | Claim Number: 99007<br>Claim Date: 06/29/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $797.00 | | |

| DALTON, JOHN<br>6504 GORSUCH ROAD<br>FRANKLIN, OH 45005 | | Claim Number: 5995<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

| DAMPER, ELIJAH<br>9259 NORTH RANCHO PARK CIRCLE<br>RANCHO CUCAMONGA, CA 91730 | | Claim Number: 11250<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8407 (08/18/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,000.00 | | |

| DAN SIDERIUS CONSTRUCTION INC<br>1764 STEEL BRIDGE ROAD<br>KALISPELL, MT 59901 | | Claim Number: 13118<br>Claim Date: 09/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $55,067.89 | | |
| UNSECURED | Claimed: | $55,067.89 | Scheduled: | $55,067.89 UNLIQ |
| TOTAL | Claimed: | $55,067.89 | | |

| DAN SIDERIUS CONTRUCTION, INC.<br>TANKO LAW OFFICE<br>392 1ST AVENUE, E.N.<br>KALISPELL, MT 59901 | | Claim Number: 14121<br>Claim Date: 08/18/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8662 (10/18/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,500.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DANA TRANSPORT<br>8470 ALLISON POINTE BLVD, STE 400<br>INDIANAPOLIS, IN 46250 | Claim Number: 2792<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $7,214.71 | Scheduled: | $5,298.71 |
|---|---|---|---|---|

| DANCOR TRANSIT INC.<br>P.O. BOX 849<br>VAN BUREN, AR 72957 | Claim Number: 3114<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $14,508.26 |
|---|---|---|

| DANIEL, MICHAEL W<br>P.O. BOX 1455<br>SALUDA, VA 23149 | Claim Number: 9167<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| DANIEL, MICHAEL W.<br>PO BOX 1455<br>SALUDA, VA 23149 | Claim Number: 9168<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| DANIEL, MICHAEL W.<br>PO BOX 1455<br>SALUDA, VA 23149 | Claim Number: 9169<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| DANIEL, MICHAEL W.<br>PO BOX 1455<br>SALUDA, VA 23149 | Claim Number: 9170<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| DANIEL, MICHAEL W.<br>PO BOX 1455<br>SALUDA, VA 23149 | Claim Number: 9171<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DANIELS ENTERPRISES, INC.<br>PO BOX 13268<br>CHESAPEAKE, VA 23325 | Claim Number: 143<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $2,635.78 | Scheduled: | $7,635.78  UNLIQ |
|---|---|---|---|---|

| DANIELS, LENTELL<br>1110 MAPLE ST<br>JONESBORO, LA 71251 | Claim Number: 10407<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

| DANIELS, MIKE<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | Claim Number: 11824<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| DAPA PRODUCTS, INC.<br>3130 INDUSTRIAL DRIVE<br>JASPER, AL 35501 | Claim Number: 664<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $201.31 |
|---|---|---|

| DARBY, GARY T.<br>109 LANE AV<br>BREWTON, AL 36426 | Claim Number: 11099<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| DARCY REVOLUTIONARY SKIN CARE<br>2015 SW 2ND  STREET<br>POMPANO BEACH, FL 33069 | Claim Number: 4587<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $88.98 | Scheduled: | $88.00 |
|---|---|---|---|---|

| DARK, JERRY LAVELLE<br>2816 WALKER RD<br>JONESBORO, LA 71251 | Claim Number: 10408<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| DARK, JOE CHRIS<br>774 NINE PINES RD<br>JONESBORO, LA 71251 | | Claim Number: 10156<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| DARR EQUIPMENT CO<br>PO BOX 975053<br>DALLAS, TX 75397-5053 | | Claim Number: 6364<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,785.72 | Scheduled: | $1,785.72 |

---

| | | | | |
|---|---|---|---|---|
| DART TRANSIT COMPANY<br>800 LONE OAK ROAD<br>SAINT PAUL, MN 55121 | | Claim Number: 157<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,592.42 | Scheduled: | $16,611.96 |

---

| | | | | |
|---|---|---|---|---|
| DARYL-EVANS MECHANICAL SERVICES LTD.<br>1-211 SCHOOLHOUSE STREET<br>COQUITLAM, BC V3K 4X9<br>CANADA | | Claim Number: 1420<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,644.21 | | |

---

| | | | | |
|---|---|---|---|---|
| DASHER COURIER<br>47 GOMEZ STREET<br>WINNIPEG, MB R3B 0G4<br>CANADA | | Claim Number: 12826<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $11.93 |

---

| | | | | |
|---|---|---|---|---|
| DATA CHEM LABORATORIES<br>960 W LEVOY DRIVE<br>SALT LAKE CITY, UT 84123 | | Claim Number: 4255<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $480.00 | Scheduled: | $480.00 |

---

| | | | | |
|---|---|---|---|---|
| DAUTREUIL, HOWARD A<br>3600 E HWY 90<br>NEW IBERIA, LA 70560 | | Claim Number: 6543<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DAVENPORT, CAROL L
PMB 333379 3590 ROUND BOTTOM ROAD
CINCINNATI, OH 45244-3026

Claim Number: 7739
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

DAVEY TREE EXPERT CO INC
PO BOX 94532
CLEVELAND, OH 44101

Claim Number: 7015
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $5,285.94 | Scheduled: | $5,766.88 |
|---|---|---|---|---|

---

DAVID PRICE METAL SERVICES INC
360 EASTPARK DRIVE
NORWALK, OH 44857

Claim Number: 3740
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| UNSECURED | Claimed: | $2,285.62 | Scheduled: | $2,285.63 UNLIQ |
|---|---|---|---|---|

---

DAVID, CRAIG
C/O JAMES J. HIGHAM, JR
PELLEGRINI, SEELEY, RYAN & BLAKESLEY
1145 MAIN ST., STE 308, PO BOX 30009
SPRINGFIELD, MA 01103-0009

Claim Number: 7905
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $350,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

DAVIDSON COUNTY COMMUNITY
PO BOX 1287
LEXINGTON, NC 27293-1287

Claim Number: 9823
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $800.00 |
|---|---|---|

---

DAVIDSON COUNTY FINANCE DEPT
PO BOX 1067
LEXINGTON, NC 27293

Claim Number: 3787
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5047 (02/16/2010)

| UNSECURED | Claimed: | $300.00 |
|---|---|---|

---

DAVIDSON, VOTA B
3306 NW 25TH STREET
FT WORTH, TX 76106

Claim Number: 7426
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DAVIE ASHLEY SAWMILL<br>12 SAWMILL LANE<br>ELORA, TN 37328 | | Claim Number: 9541<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,531.52 | Scheduled: | $6,531.52 UNLIQ |

| DAVIES, GEORGE<br>7720 BUIST AVENUE<br>PHILADELPHIA, PA 19153 | | Claim Number: 6988<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $15,000.00 | | |
| SECURED | Claimed: | $0.00 | | |

| DAVIS & BROWN, A DIVISION OF<br>NORTH AMERICAN CONSTRUCTION CO., INC.<br>POST OFFICE BOX 15038<br>QUINBY, SC 29506 | | Claim Number: 966<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,846.00 | Scheduled: | $4,146.00 |

| DAVIS AND NEWCOMER ELEVATOR CO INC<br>PO BOX 187<br>ARCADIA, OH 44804-0187 | | Claim Number: 5668<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,439.00 | Scheduled: | $18,439.00 |

| DAVIS CONTROLS LTD<br>2200 BRISTOL CIRCLE<br>OAKVILLE, ON L6H 5R3<br>CANADA | | Claim Number: 8645<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $490.75 | Scheduled: | $484.97 |

| DAVIS LLP<br>ATTN: LEANNE JENSEN, CREDIT MANAGER<br>2800 PARK PACE<br>666 BURRARD STREET<br>VANCOUVER, BC V6C 2Z7<br>CANADA | | Claim Number: 13303<br>Claim Date: 08/29/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $308.55 | | |

| DAVIS LLP<br>ATTN: LEANNE JENSEN, CREDIT MANAGER<br>2800 PARK PACE<br>666 BURRARD STREET<br>VANCOUVER, BC V6C 2Z7<br>CANADA | | Claim Number: 13304<br>Claim Date: 08/29/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $660.67 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DAVIS LOGGING LLC
PO BOX 98
BLACKSTONE, VA 23824

Claim Number: 6841
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $8,708.71 | | $17,417.43  UNLIQ |

---

DAVIS LOGGING OF VA INC
26073 COURT ST
COURTLAND, VA 23837

Claim Number: 7712
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1866 (09/04/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE UNSECURED | | $38,726.21 | | $77,452.42 |

---

DAVIS TRAINING INC.
410 ORMONT DRIVE
TORONTO, ON M9L 1N9
CANADA

Claim Number: 12761
Claim Date: 08/21/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $860.26 |

---

DAVIS TRANSFER CO INC
PO BOX 650
CARNESVILLE, GA 30521

Claim Number: 5935
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $3,551.75 | | $3,551.75 |

---

DAVIS, BARBARA G
30 W021 PENNY LANE
WARRENVILLE, IL 60555

Claim Number: 11592
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $25,000.00 |

---

DAVIS, DAVID LAWRENCE
304 N ALLEN AVENUE
JONESBORO, LA 71251

Claim Number: 10157
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00  UNLIQ |

---

DAVIS, DONALD G
118 SHERWOOD AVE
TROY, AL 36081

Claim Number: 7051
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00  UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| DAVIS, FLOYD J<br>257 JAYS LANE<br>BREWTON, AL 36426 | | Claim Number: 12100<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
| PRIORITY | Claimed: | $25,553.77 |

---

| | | |
|---|---|---|
| DAVIS, JAMES A<br>1324 WEST 45TH STREET<br>JACKSONVILLE, FL 32208 | | Claim Number: 14214<br>Claim Date: 01/17/2012<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9201 (03/07/2012) |
| PRIORITY | Claimed: | $0.00   UNDET |
| SECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| DAVIS, JAMES P.<br>601 HIGH HAMPTON<br>SAINT LOUIS, MO 63124 | | Claim Number: 11037<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $3,089,898.00 |

---

| | | |
|---|---|---|
| DAVIS, JAMES P.<br>601 HIGH HAMPTON<br>SAINT LOUIS, MO 63124 | | Claim Number: 11054<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9033 (04/25/2011) |
| UNSECURED | Claimed: | $3,089,898.00 |

---

| | | |
|---|---|---|
| DAVIS, JEFF<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10713<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $3,850.00 |

---

| | | |
|---|---|---|
| DAVIS, MARK S<br>1868 AKERSWOOD COVE<br>GERMANTOWN, TN 38138 | | Claim Number: 10020<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) |
| UNSECURED | Claimed: | $250,000.00 |

---

| | | |
|---|---|---|
| DAVIS, ROBERTA<br>PO BOX 544<br>GREENVILLE, FL 32331 | | Claim Number: 12639<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DAVIS, ROBERTA<br>P.O. BOX 544<br>GREENVILLE, FL 32331 | | Claim Number: 12641<br>Claim Date: 09/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ | | |
| SECURED | Claimed: | $0.00  UNLIQ | | |

---

| DAVIS, STEVE A<br>1805 VINSON ROAD<br>GOLDEN, MS 38847 | | Claim Number: 9830<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | | |

---

| DAVIS, TERRI<br>353 WASHINGTON AVE<br>GLEN BURNIE, MD 21060 | | Claim Number: 4092<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET | | |

---

| DAWN CHEMICAL CORP<br>P.O. BOX 170457<br>MILWAUKEE, WI 53217 | | Claim Number: 2672<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $354.56 | | |

---

| DAWN CHEMICAL CORPORATION<br>PO BOX 170457<br>MILWAUKEE, WI 53217-8036 | | Claim Number: 4506<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $354.56 |

---

| DAWSON, JOHN M.<br>294 LORRAINE<br>BAIE D'URFE, QC<br>CANADA | | Claim Number: 9639<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,449.78 | Scheduled: | $2,449.78 |

---

| DAWSON, JOHN M.<br>294 LORRAINE<br>BAIE D'URFE, QC H9X 2R1<br>CANADA | | Claim Number: 9640<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $775,629.00 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DAWSON, JOHN M.
C/O KOSKIE MINSKY LLP
BARRISTERS AND SOLICITORS
20 QUEEN ST. WEST SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 11970
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED

| UNSECURED | Claimed: | $2,449.78   UNLIQ |
|---|---|---|

---

DAWSON, JOHN MICHAEL
294 LORRAINE
BAIE D'URFE, QC H9X 2R1
CANADA

Claim Number: 12634
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED

| UNSECURED | Claimed: | $775,629.00 |
|---|---|---|

---

DAWSON, JOHN MICHAEL
C/O KOSKIE MINSKY LLP
BARRISTERS & SOLICITORS
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 13019
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| PRIORITY | Claimed: | $1,638.60 |
|---|---|---|
| UNSECURED | Claimed: | $811.18 |

---

DAY & ROSS INC.
398 MAIN STREET
HARTLAND, NB E7P 1C6
CANADA

Claim Number: 13462
Claim Date: 09/14/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $3,058.99 |
|---|---|---|

---

DAY & ROSS INC.
398 MAIN STREET
HARTLAND, NB E7P 1C6
CANADA

Claim Number: 13499
Claim Date: 09/14/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $565.26 | Scheduled: | $558.61 |
|---|---|---|---|---|

---

DAY INTERNATIONAL
LAWRENCE P VONCKX - BAKER & MCKENZIE LLP
ONE PRUDENTIAL PLAZA, SUITE 3500
130 E. RANDOLPH DRIVE
CHICAGO, IL 60601

Claim Number: 2119-01
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $4,121.24 |
|---|---|---|

---

DAY INTERNATIONAL
LAWRENCE P VONCKX - BAKER & MCKENZIE LLP
ONE PRUDENTIAL PLAZA, SUITE 3500
130 E. RANDOLPH DRIVE
CHICAGO, IL 60601

Claim Number: 2119-02
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| ADMINISTRATIVE | Claimed: | $107,598.46 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| DAY INTERNATIONAL<br>14909 N. BECK RD<br>PLYMOUTH, MI 48170 | | Claim Number: 11712<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | |
| UNSECURED | Claimed: | $306,537.79 | Scheduled: | $429,413.66 |
| DAY NITE CLEANING SERVICE INC<br>6675 FENTON STREET<br>ARVADA, CO 80003 | | Claim Number: 3884<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $4,931.96 | Scheduled: | $4,931.96 |
| DAY, ROBERT M.<br>17100 CAMINO CABRILLO<br>YORBA LINDA, CA 92886 | | Claim Number: 2583<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8559 (09/17/2010) | | |
| PRIORITY | Claimed: | $12,691.20 | | |
| UNSECURED | Claimed: | $12,691.20 | | |
| DAY, ROBERT MICHAEL<br>17100 CAMINO CABRILLO<br>YORBA LINDA, CA 92886 | | Claim Number: 6849<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>Claim out of balance | | |
| PRIORITY | Claimed: | $25,382.40 | | |
| UNSECURED | Claimed: | $25,382.40 | | |
| TOTAL | Claimed: | $25,382.40 | | |
| DAY-TIMERS INC<br>PO BOX 27001<br>LEHIGH VALLEY, PA 18002-7013 | | Claim Number: 7692-01<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5768 (03/11/2010) | | |
| ADMINISTRATIVE | Claimed: | $1,194.33 | | |
| DAY-TIMERS INC<br>PO BOX 27001<br>LEHIGH VALLEY, PA 18002-7013 | | Claim Number: 7692-02<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $3,693.72 | Scheduled: | $4,662.72 |
| DAY-TIMERS, INC<br>ATTN: DANETTE M. GERBINO<br>ONE WILLOW LANE<br>EAST TEXAS, PA 18046 | | Claim Number: 9492<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $1,295.32 | | |
| UNSECURED | Claimed: | $4,888.05 | | |
| TOTAL | Claimed: | $4,888.05 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DAYCON MAINTENANCE AND HARDWARE SUPPLIES
16001 TRADE ZONE AVENUE
UPPER MARLBORO, MD 20774

Claim Number: 3574
Claim Date: 07/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $2,669.50 | Scheduled: | $2,669.50 |
|---|---|---|---|---|

---

DAYTON POWER & LIGHT CO
PO BOX 740598
CINCINNATI, OH 45274-0598

Claim Number: 5592
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $31,398.09 | Scheduled: | $27,084.12 |
|---|---|---|---|---|

---

DB RENTALS INC
4088 SW MARLINE
LEES SUMMIT, MO 64082

Claim Number: 9451
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| UNSECURED | Claimed: | $4,190.00 | Scheduled: | $4,190.00 |
|---|---|---|---|---|

---

DBA OHS COMPCARE
PO BOX 410615
KANSAS CITY, MO 64141

Claim Number: 6707
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,166.75 | Scheduled: | $970.80 |
|---|---|---|---|---|

---

DC MACK, INC. DBA PIRTEK POWER INN
4191 POWER INN ROAD
SUITE D
SACRAMENTO, CA 95826

Claim Number: 3492
Claim Date: 06/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $78.53 | Scheduled: | $78.53 |
|---|---|---|---|---|

---

DC WATERWORKS INC
PO BOX 7374
MISSOULA, MT 59807

Claim Number: 6520
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $500.00 | Scheduled: | $750.00 |
|---|---|---|---|---|

---

DCP MIDSTREAM MARKETING, LLC
FKA DUKE ENERGY FIELD SERVICES MARKETING
MICHAEL J. JOYCE, CROSS & SIMON, LLC
913 N MARKET ST 11 FL - PO BOX 1380
WILMINGTON, DE 19899

Claim Number: 3465
Claim Date: 06/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 2205 (10/09/2009)

| ADMINISTRATIVE | Claimed: | $809,940.45 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DCP MIDSTREAM MARKETING, LP<br>PO BOX 201207<br>HOUSTON, TX 77216-1207 | Claim Number: 11019<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,776,552.39 | |

| DE LAGE LANDEN FINANCIAL SERVICES CANADA INC.<br>1235 NORTH SERVICE RD W # 100<br>ATTN: JACQUELINE PERRON<br>OAKVILLE, ON L6M 2W2<br>CANADA | Claim Number: 12928<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $24,335.81 | Scheduled: | $39,950.96 |

| DE LAGE LANDEN FINANCIAL SERVICES CANADA INC.<br>1235 NORTH SERVICE RD W # 100<br>ATTN: JACQUELINE PERRON<br>OAKVILLE, ON L6M 2W2<br>CANADA | Claim Number: 12939<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) | | |
|---|---|---|---|
| SECURED | Claimed: | $42,941.32 | |
| UNSECURED | | | Scheduled: | $40,755.40 |

| DE LAGE LANDEN FINANCIAL SERVICES, INC<br>ATTN: PETER OCHROCH<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | Claim Number: 10836<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 7893 (06/07/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $24,027,045.00   UNLIQ | |

| DE LAGE LANDEN FINANCIAL SERVICES, INC<br>ATTN: PETER OCHROCH<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | Claim Number: 10837<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 7893 (06/07/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $24,027,045.00   UNLIQ | Scheduled: | $16,886.06 |

| DE LAGE LANDEN FINANCIAL SERVICES, INC<br>ATTN: PETER OCHROCH<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | Claim Number: 10838<br>Claim Date: 08/27/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: WITHDRAWN<br>DOCKET: 7893 (06/07/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $24,027,045.00   UNLIQ | |

| DE LAGE LANDEN FINANCIAL SERVICES, INC<br>ATTN: PETER OCHROCH<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | Claim Number: 10839<br>Claim Date: 08/27/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 7893 (06/07/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $24,027,045.00   UNLIQ | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DE LAGE LANDEN FINANCIAL SERVICES, INC
ATTN: PETER OCHROCH
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

Claim Number: 10840
Claim Date: 08/27/2009
Debtor: LOT 24D REDEVELOPMENT CORPORATION
Comments: WITHDRAWN
DOCKET: 7893 (06/07/2010)

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $24,027,045.00 | UNLIQ |

---

DE LAGE LANDEN FINANCIAL SERVICES, INC
ATTN: PETER OCHROCH
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

Claim Number: 10841
Claim Date: 08/27/2009
Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY
Comments: WITHDRAWN
DOCKET: 7893 (06/07/2010)

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $24,027,045.00 | UNLIQ |

---

DE LAGE LANDEN FINANCIAL SERVICES, INC
ATTN: PETER OCHROCH
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

Claim Number: 10842
Claim Date: 08/27/2009
Debtor: STONE INTERNATIONAL SERVICES CORPORATION
Comments: WITHDRAWN
DOCKET: 7893 (06/07/2010)

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $24,027,045.00 | UNLIQ |

---

DE LAGE LANDEN FINANCIAL SERVICES, INC
ATTN: PETER OCHROCH
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

Claim Number: 10843
Claim Date: 08/27/2009
Debtor: STONE GLOBAL, INC.
Comments: WITHDRAWN
DOCKET: 7893 (06/07/2010)

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $24,027,045.00 | UNLIQ |

---

DE LAGE LANDEN FINANCIAL SERVICES, INC
ATTN: PETER OCHROCH
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

Claim Number: 10844
Claim Date: 08/27/2009
Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.
Comments: WITHDRAWN
DOCKET: 7893 (06/07/2010)

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $24,027,045.00 | UNLIQ |

---

DE LAGE LANDEN FINANCIAL SERVICES, INC
ATTN: PETER OCHROCH
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

Claim Number: 10845
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: WITHDRAWN
DOCKET: 7893 (06/07/2010)

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $24,027,045.00 | UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC<br>ATTN: PETER OCHROCH<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | | Claim Number: 10846<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 7893 (06/07/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | | |
| UNSECURED | Claimed: | $24,027,045.00  UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC<br>ATTN: PETER OCHROCH<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | | Claim Number: 10847<br>Claim Date: 08/27/2009<br>Debtor: SLP FINANCE I, INC.<br>Comments: WITHDRAWN<br>DOCKET: 7893 (06/07/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | | |
| UNSECURED | Claimed: | $24,027,045.00  UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC<br>ATTN: PETER OCHROCH<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | | Claim Number: 10848<br>Claim Date: 08/27/2009<br>Debtor: SLP FINANCE II, INC.<br>Comments: WITHDRAWN<br>DOCKET: 7893 (06/07/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | | |
| UNSECURED | Claimed: | $24,027,045.00  UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC<br>ATTN: PETER OCHROCH<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | | Claim Number: 10849<br>Claim Date: 08/27/2009<br>Debtor: SMBI INC.<br>Comments: WITHDRAWN<br>DOCKET: 7893 (06/07/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | | |
| UNSECURED | Claimed: | $24,027,045.00  UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| DEADLINE PRINTING &<br>1401 BUSSE ROAD<br>ELK GROVE VILLAGE, IL 60007-5340 | | Claim Number: 7972<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $4,298.66 | Scheduled: | $4,298.66 |

---

| | | | | |
|---|---|---|---|---|
| DEAL JR, ROY J<br>2333 ALL HEALING SPRINGS RD<br>TAYLORSVILLE, NC 28681 | | Claim Number: 5262<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| DEALERS ELECTRICAL SUPPLY<br>PO BOX 2535<br>WACO, TX 76702-2535 | | Claim Number: 4290<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | |
| UNSECURED | Claimed: | $4,397.88 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DEAN & COMPANY STRATEGY CONSULTANTS, INC<br>8065 LEESBURG PIKE, 5TH FLOOR<br>VIENNA, VA 22182 | Claim Number: 638<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $359,738.15 | Scheduled: | $359,738.15 |
|---|---|---|---|---|

| DEAN JOHNSON MACHINE WORKS<br>699 18TH AVE. W.<br>BRADENTON, FL 34205 | Claim Number: 655<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,175.00 | Scheduled: | $990.00 |
|---|---|---|---|---|

| DEAN R ZICKEFOOSE<br>PO BOX 492<br>ROOTSTOWN, OH 44272 | Claim Number: 6701<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $585.00 | Scheduled: | $585.00 |
|---|---|---|---|---|

| DEAN, MARTHA B<br>8785 SONNYBOY LANE<br>PENSACOLA, FL 32514 | Claim Number: 8887<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| DEAN, MARTHA B.<br>C/O JAMES E. SORENSON, ESQ.<br>WILLIAMS, GAUTIER, GWYNN, DELOACH &<br>SORENSON P.A. PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10696<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $9,028.21 |
|---|---|---|

| DEAN, MARTHA B.<br>8785 SONNYBOY LN.<br>PENSACOLA, FL 32514 | Claim Number: 12496<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| DEANGELIS RR<br>1187 MILLBURY STREET<br>WORCESTER, MA 01607 | Claim Number: 8194<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DEARMAN, PATSY<br>4703 37TH STREET<br>MERIDIAN, MS 39307 | | Claim Number: 3924<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ | |

| DEARMAN, PATSY<br>4703 37TH STREET<br>MERIDIAN, MS 39307 | | Claim Number: 8220<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | |

| DEARMOND JR, JOHN ROBERT<br>16345 S. BLAKE STREET<br>OLATHE, KS 66062 | | Claim Number: 10544<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | |
|---|---|---|---|
| UNSECURED | Claimed: | $9,800.00 | |

| DEARMOND, JOHN<br>16345 S. BLAKE<br>OLATHE, KS 66062 | | Claim Number: 10543<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
|---|---|---|---|
| UNSECURED | Claimed: | $9,800.00 | |

| DEATON INDUSTRIES INC<br>8 MONTGOMERY STREET<br>CHICOPEE, MA 01020 | | Claim Number: 7008<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,000.00 | |

| DEATON INDUSTRIES INC<br>P.O. BOX 771<br>ATTN: LAURIE A. HOEY<br>CHICOPEE, MA 01021-0771 | | Claim Number: 9034<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,000.00 | |

| DEATONS MARKET PLACE<br>2038 SOUTH HIGHWAY 45 BYPASS<br>TRENTON, TN 38382 | | Claim Number: 4198<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $259.27 | Scheduled: | $115.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DECHANT, THOMAS H.
22369 BARTLETT DR.
ROCKY RIVER, OH 44116

Claim Number: 11894
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $19,735.00 |
|-----------|----------|------------|

---

DECHANT, THOMAS H.
22369 BARTLETT DR.
ROCKY RIVER, OH 44116

Claim Number: 11895
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $19,735.00 |
|-----------|----------|------------|

---

DEEP SOUTH CRANE RENTALS INC
PO BOX 37159
PENSACOLA, FL 32526-0159

Claim Number: 1438
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $12,806.10 | Scheduled: | $64,427.50 |
|-----------|----------|------------|------------|------------|

---

DEEP SOUTH CRANE RENTALS INC
PO BOX 37159
PENSACOLA, FL 32526-0159

Claim Number: 1439
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $37,352.50 |
|-----------|----------|------------|

---

DEEP SOUTH CRANE RENTALS INC
PO BOX 37159
PENSACOLA, FL 32526-0159

Claim Number: 1440
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $11,356.50 |
|-----------|----------|------------|

---

DEEP SOUTH CRANE RENTALS INC
PO BOX 37159
PENSACOLA, FL 32526-0159

Claim Number: 1441
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,490.60 |
|-----------|----------|------------|

---

DEEP SOUTH CRANE RENTALS INC
PO BOX 37159
PENSACOLA, FL 32526-0159

Claim Number: 1442
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $800.00 |
|-----------|----------|---------|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DEEP SOUTH CRANE RENTALS INC
PO BOX 37159
PENSACOLA, FL 32526-0159

Claim Number: 1443
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,895.40 |
|---|---|---|

---

DEEP SOUTH CRANE RENTALS INC
PO BOX 37159
PENSACOLA, FL 32526-0159

Claim Number: 1444
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,498.60 |
|---|---|---|

---

DEEP SOUTH CRANE RENTALS INC
PO BOX 37159
PENSACOLA, FL 32526-0159

Claim Number: 1445
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $777.00 |
|---|---|---|

---

DEEP SOUTH CRANE RENTALS INC
PO BOX 37159
PENSACOLA, FL 32526-0159

Claim Number: 1446
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

DEEP SOUTH CRANE RENTALS INC
PO BOX 37159
PENSACOLA, FL 32526-0159

Claim Number: 2296
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,024.00 |
|---|---|---|

---

DEEP SOUTH EQUIPMENT COMPANY
4201 MICHOUD BLVD
NEW ORLEANS, LA 70189

Claim Number: 11291
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8530 (09/13/2010)

| UNSECURED | Claimed: | $164,970.96 | Scheduled: | $160,168.29 |
|---|---|---|---|---|

---

DEEP SOUTH INDUSTRIAL SERVICES
PO BOX 312
ROCKMART, GA 30153-3523

Claim Number: 7120
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $14,670.00 | Scheduled: | $15,000.00 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DEEP SOUTH ORGANICS LLC<br>8307 HWY 71 SOUTH<br>LECOMPTE, LA 71346 | Claim Number: 4972<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $14,672.51 | | |
|---|---|---|---|---|

| DEEP SOUTH ORGANICS, LLC<br>ATTN: DANIELLE GUNTER<br>8307 HWY 71 S.<br>LECOMPTE, LA 71346 | Claim Number: 8381<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $14,672.51 | | |
|---|---|---|---|---|

| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | Claim Number: 11068<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
|---|---|

| UNSECURED | Claimed: | $2,624.13 | Scheduled: | $29,331.10 |
|---|---|---|---|---|

| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | Claim Number: 11069<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
|---|---|

| UNSECURED | Claimed: | $2,099.27 | | |
|---|---|---|---|---|

| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | Claim Number: 11070<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
|---|---|

| UNSECURED | Claimed: | $15,106.57 | | |
|---|---|---|---|---|

| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | Claim Number: 11072<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
|---|---|

| UNSECURED | Claimed: | $4,079.13 | | |
|---|---|---|---|---|

| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | Claim Number: 11073<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
|---|---|

| UNSECURED | Claimed: | $2,392.38 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DEERE CREDIT, INC.
PO BOX 6600
JOHNSTON, IA 50131-6600

Claim Number: 11074
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8184 (07/01/2010)

| UNSECURED | Claimed: | $4,709.56 |
|---|---|---|

---

DEERE CREDIT, INC.
PO BOX 6600
JOHNSTON, IA 50131-6600

Claim Number: 11075
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8184 (07/01/2010)

| UNSECURED | Claimed: | $8,745.64 |
|---|---|---|

---

DEERE CREDIT, INC.
PO BOX 6600
JOHNSTON, IA 50131-6600

Claim Number: 11076
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8184 (07/01/2010)

| UNSECURED | Claimed: | $2,796.92 |
|---|---|---|

---

DEERE CREDIT, INC.
PO BOX 6600
JOHNSTON, IA 50131-6600

Claim Number: 11077
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8184 (07/01/2010)

| UNSECURED | Claimed: | $2,384.78 |
|---|---|---|

---

DEERE CREDIT, INC.
PO BOX 6600
JOHNSTON, IA 50131-6600

Claim Number: 11078
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8184 (07/01/2010)

| UNSECURED | Claimed: | $6,352.13 |
|---|---|---|

---

DEERE CREDIT, INC.
PO BOX 6600
JOHNSTON, IA 50131-6600

Claim Number: 11079
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8184 (07/01/2010)

| UNSECURED | Claimed: | $11,273.60 |
|---|---|---|

---

DEERE CREDIT, INC.
PO BOX 6600
JOHNSTON, IA 50131-6600

Claim Number: 11080
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8184 (07/01/2010)

| UNSECURED | Claimed: | $5,338.04 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DEERE CREDIT, INC.
PO BOX 6600
JOHNSTON, IA 50131-6600

Claim Number: 11081
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8184 (07/01/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,338.04 |

---

DEERE CREDIT, INC.
PO BOX 6600
JOHNSTON, IA 50131-6600

Claim Number: 11082
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8184 (07/01/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,848.00 |

---

DEERE CREDIT, INC.
PO BOX 6600
JOHNSTON, IA 50131-6600

Claim Number: 11083
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8184 (07/01/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,605.00 |

---

DEERE CREDIT, INC.
PO BOX 6600
JOHNSTON, IA 50131-6600

Claim Number: 11084
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8184 (07/01/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,002.30 |

---

DEERE CREDIT, INC.
PO BOX 6600
JOHNSTON, IA 50131-6600

Claim Number: 11085
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8184 (07/01/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,142.55 |

---

DEERE CREDIT, INC.
PO BOX 6600
JOHNSTON, IA 50131-6600

Claim Number: 11086
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8184 (07/01/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,146.70 |

---

DEERE CREDIT, INC.
PO BOX 6600
JOHNSTON, IA 50131-6600

Claim Number: 11087
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8184 (07/01/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,585.79 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11088<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
|---|---|---|
| UNSECURED | Claimed: | $4,234.22 |

---

| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11089<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
|---|---|---|
| UNSECURED | Claimed: | $7,504.96 |

---

| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11090<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
|---|---|---|
| UNSECURED | Claimed: | $7,767.03 |

---

| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11091<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
|---|---|---|
| UNSECURED | Claimed: | $9,555.31 |

---

| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 12255<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
|---|---|---|
| UNSECURED | Claimed: | $5,120.23 |

---

| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 12256<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
|---|---|---|
| UNSECURED | Claimed: | $2,000.00 |

---

| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 12258<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
|---|---|---|
| UNSECURED | Claimed: | $3,151.15 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | Claim Number: 12263<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) | | |
|---|---|---|---|
| UNSECURED        Claimed: | $1,673.62 | | |

---

| DEERPOINT TIMBER PRODUCTS INC.<br>8223 RESOTA BEACH ROAD<br>SOUTHPORT, FL 32409 | Claim Number: 7698<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | |
|---|---|---|---|
| UNSECURED        Claimed: | $10,763.83 | Scheduled: | $21,527.66 UNLIQ |

---

| DEFENSE COMMISSARY AGENCY<br>ATTN: THOMAS D. RATHGEB<br>1300 E AVENUE<br>FORT LEE, VA 23801-1800 | Claim Number: 7667<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8883 (01/10/2011) | | |
|---|---|---|---|
| UNSECURED        Claimed: | $28,766.93 | Scheduled: | $12,393.83 |

---

| DEFENSE COMMISSARY AGENCY (DECA)<br>CONTRACTING BUSINESS UNIT (CICDE)<br>1300 E AVENUE<br>FORT LEE, VA 23801-1800 | Claim Number: 11776<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5047 (02/16/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE        Claimed: | $3,695.05 | | |

---

| DEFFENBAUGH DISPOSAL SERVICE<br>PO BOX 3220<br>SHAWNEE, KS 66203-0249 | Claim Number: 5258<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED        Claimed: | $1,986.53 | Scheduled: | $3,908.53 |

---

| DEFOR, DALE R<br>4826 CLEARWATER CIRCLE<br>SAVAGE, MN 55378 | Claim Number: 9627<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED        Claimed: | $11,097.00 | Scheduled: | $11,097.00 |

---

| DEGRAER, ROBERT H<br>1555 HOLLYWOOD DRIVE<br>MONROE, MI 48162-3105 | Claim Number: 7637<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| UNSECURED        Claimed: | $0.00 UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| DEGRAUW, D R<br>29515 S MOLALLA FOREST RD<br>CANBY, OR 97013 | | Claim Number: 7214<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| SECURED | Claimed: | $0.00   UNLIQ | | |
| DEKALB COUNTY, GEORGIA<br>TREASURY & ACCOUNTING DIVISION<br>ATTN: DEMOTRIA FORD<br>P.O. BOX 1027<br>DECATUR, GA 30031 | | Claim Number: 1560<br>Claim Date: 03/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,038.71 | Scheduled: | $1,038.71 |
| DEKALB FOREST PRODUCTS INC<br>2152 COUNTY ROAD 537<br>CROSSVILLE, AL 35962 | | Claim Number: 7409<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $46,994.52 UNLIQ |
| DEKALB FOREST PRODUCTS, INC<br>2152 CO RD 537<br>CROSSVILLE, AL 35962 | | Claim Number: 745<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $46,994.52 | | |
| DEKALB FOREST PRODUCTS, INC<br>2152 CO RD 537<br>CROSSVILLE, AL 35962 | | Claim Number: 7408<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $23,497.26 | | |
| DELANEY, CLAUDE T.<br>4310 RISER RD<br>RUSTON, LA 71270 | | Claim Number: 10409<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| DELAUGHTER, JAMES<br>2342 SILOAM CHURCH ROAD<br>JONESBORO, LA 71251 | | Claim Number: 10341<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DELAWARE COUNTY TIMES INC
500 MILDRED AVE
PRIMOS, PA 19018

Claim Number: 7988
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $703.10 | Scheduled: | $1,902.85 |

DELILLE OXYGEN COMPANY
C/O WILMA STRICKLAND
PO BOX 7809
COLUMBUS, OH 43207

Claim Number: 5730
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,819.55 | Scheduled: | $3,033.71 |

DELMARVA RECYCLING INC
909 BOUNDARY STREET
SALISBURY, MD 21801

Claim Number: 252
Claim Date: 02/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,289.71 | Scheduled: | $5,869.00 |

DELOM SERVICES INC
13 065 JEAN GROU
MONTREAL, QC H1A 3N6
CANADA

Claim Number: 8318
Claim Date: 07/10/2009
Debtor: SMURFIT-MBI

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $213.62 | Scheduled: | $211.11 |

DELTA CONSULTANTS
5910 RICE CREEK PARKWAY
SUITE 100
SAINT PAUL, MN 55126

Claim Number: 2231
Claim Date: 04/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,300.43 | Scheduled: | $19,022.93 |

DELUXE PAPER PRODUCT, INC.
200 AVE MARIEN
MONTREAL, QC H1B 4V2
CANADA

Claim Number: 13529
Claim Date: 10/14/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $172,303.69 | Scheduled: | $171,505.27 |

DEMASI, DOUGLAS P
97466 CUTLASS WAY
YULEE, FL 32097

Claim Number: 6345
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $150,000.00 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

| | | | | |
|---|---|---|---|---|
| DEMASI, DOUGLAS P<br>ATTN: JAMES SORENSON, ESQ<br>WILLIAMS GAUTIER GWYNN DELOACH &SORENSON<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10661<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $13,649.47 | | |
| DEMASI, DOUGLAS P.<br>97466 CUTLASS WAY<br>YULEE, FL 32097 | | Claim Number: 6952<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | |
| UNSECURED | Claimed: | $150,000.00 | | |
| DEMASI, DOUGLAS P.<br>C/O JAMES E. SORENSON, ESQ.<br>WILLIAMS, GAUTIER, GWYNN, DELOACH &<br>SORENSON P.A. PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10689<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $80,679.39 | | |
| DEMERS, LOUIS-MARIE<br>125, DALHOUSIE APP. 514<br>QUEBEC,<br>CANADA | | Claim Number: 99000<br>Claim Date: 06/17/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| UNSECURED | Claimed: | $11,432.30 | | |
| DEMPSEY WOOD PRODUCTS<br>PO BOX 38<br>ROWESVILLE, SC 29133 | | Claim Number: 13724<br>Claim Date: 12/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8253 (07/21/2010) | | |
| ADMINISTRATIVE | Claimed: | $44,152.81 | | |
| DEMPSEY WOOD PRODUCTS INC<br>PO BOX 38<br>ROWESVILLE, SC 29133 | | Claim Number: 5176<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $44,152.81 | Scheduled: | $88,305.63 UNLIQ |
| DENARD & MOORE CONSTRUCTION CO., INC OF<br>FLORIDA<br>C/O MAUREEN A. VITUCCI, GRAY ROBINSON PA<br>301 E PINE STREET STE 1400<br>ORLANDO, FL 32801 | | Claim Number: 10760<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| SECURED | Claimed: | $187,986.70  UNLIQ | | |
| UNSECURED | | | Scheduled: | $238,781.07 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DENARD & MOORE CONSTRUCTION CO., INC OF FLORIDA<br>C/O MAUREEN A. VITUCCI, GRAY ROBINSON PA<br>301 E PINE STREET STE 1400<br>ORLANDO, FL 32801 | Claim Number: 10761<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| SECURED | Claimed: | $66,998.86  UNLIQ |
|---|---|---|

| DENNEY, ERNEST L<br>210 GLENWOOD DR.<br>NEW CASTLE, IN 47362 | Claim Number: 7033<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $835.00 |
|---|---|---|

| DENNIS OIL COMPANY<br>545 N. NATIONAL<br>SPRINGFIELD, MO 65802 | Claim Number: 1072<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $60.41 |
|---|---|---|

| DEPARTMENT OF CORRECTIONS<br>NEW RIVER CORRECTION INSTITUTION<br>7819 NW 228TH ST.<br>RAIFORD, FL 32026 | Claim Number: 10604<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8279 (07/28/2010) |
|---|---|

| UNSECURED | Claimed: | $24,606.47 |
|---|---|---|

| DEPARTMENT OF GENERAL SERVICES<br>STATE RECORD CENTER<br>3240 INDUSTRIAL BLVD.<br>WEST SACRAMENTO, CA 95691 | Claim Number: 3314<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $14,341.80 | Scheduled: | $36,964.18 |
|---|---|---|---|---|

| DEPARTMENT OF INDUSTRIAL RELATIONS<br>STATE OF ALABAMA<br>649 MONROE STREET<br>MONTGOMERY, AL 36131 | Claim Number: 6475<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| PRIORITY | Claimed: | $56.00 |
|---|---|---|

| DEPARTMENT OF JUSTICE CANADA<br>ATTN: DIANE WINTERS AND CHRISTOPHER LEE<br>130 KING STREET WEST, SUITE 3400<br>TORONTO, ON M5X 1K9<br>CANADA | Claim Number: 13015<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $1.00  UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 337<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $646.70 |
| UNSECURED | Claimed: | $2,589.54 |

---

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 338<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $51,593.82 |
| UNSECURED | Claimed: | $20,427.65 |

---

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 339<br>Claim Date: 02/13/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $58,683.71 |
| UNSECURED | Claimed: | $2,395.28 |

---

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 340<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $646.70 |
| UNSECURED | Claimed: | $2,589.54 |

---

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 341<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $51,593.82 |
| UNSECURED | Claimed: | $20,427.65 |

---

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 342<br>Claim Date: 02/13/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $58,683.71 |
| UNSECURED | Claimed: | $2,395.28 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 581<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $2,348,045.16 |
|---|---|---|
| UNSECURED | Claimed: | $1,910,906.48 |

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 582<br>Claim Date: 02/18/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $5,425.54 |
|---|---|---|

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 1122<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $2,348,045.16 |
|---|---|---|
| UNSECURED | Claimed: | $1,910,906.48 |

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 1123<br>Claim Date: 03/06/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $5,425.54 |
|---|---|---|

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 1124<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $646.70 |
|---|---|---|
| UNSECURED | Claimed: | $2,589.54 |

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 1125<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $20,427.65 |
|---|---|---|

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 1126<br>Claim Date: 03/06/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
|---|---|

| PRIORITY | Claimed: | $58,683.71 |
|---|---|---|
| UNSECURED | Claimed: | $2,395.28 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 1615
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,240,734.00 |

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 2181
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $146.70 |
| UNSECURED | Claimed: | $4,701.36 |

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 2904
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $451,338.39 |
| UNSECURED | Claimed: | $193,449.82 |

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 2978
Claim Date: 03/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,240,734.00 |

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 3036
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $146.70 |
| UNSECURED | Claimed: | $4,701.36 |

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 3039
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $451,338.39 |
| UNSECURED | Claimed: | $193,449.82 |

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 3297
Claim Date: 06/08/2009
Debtor: STONE INTERNATIONAL SERVICES CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,022.44 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 3566<br>Claim Date: 06/29/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) |
|---|---|

| PRIORITY | Claimed: | $584.74 |
|---|---|---|
| UNSECURED | Claimed: | $11,579.79 |

---

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA, RM 1150<br>BALTIMORE, MD 21201 | Claim Number: 13726<br>Claim Date: 12/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,556,640.04 |
|---|---|---|

---

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 13742<br>Claim Date: 01/12/2010<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) |
|---|---|

| PRIORITY | Claimed: | $8,067.85 |
|---|---|---|
| UNSECURED | Claimed: | $12,081.99 |

---

| DEPARTMENT OF THE TREASURY - IRS<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 13837<br>Claim Date: 02/19/2010<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $4,701.36 |
|---|---|---|

---

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 13841<br>Claim Date: 02/22/2010<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8661 (10/18/2010) |
|---|---|

| PRIORITY | Claimed: | $5.99 |
|---|---|---|
| UNSECURED | Claimed: | $65.85 |

---

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 13909<br>Claim Date: 03/17/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| PRIORITY | Claimed: | $31,302.25 |
|---|---|---|
| UNSECURED | Claimed: | $10,323.18 |

---

| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 13976<br>Claim Date: 04/12/2010<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) |
|---|---|

| PRIORITY | Claimed: | $347.23 |
|---|---|---|
| UNSECURED | Claimed: | $11,660.06 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
31 HOPKINS PLAZA, RM 1150
BALTIMORE, MD 21201

Claim Number: 13990
Claim Date: 03/26/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 14029
Claim Date: 05/24/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8378 (08/16/2010)

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
31 HOPKINS PLAZA, RM 1150
BALTIMORE, MD 21201

Claim Number: 14033
Claim Date: 06/01/2010
Debtor: CALPINE CORRUGATED, LLC
Comments: EXPUNGED
DOCKET: 8378 (08/16/2010)

| ADMINISTRATIVE | Claimed: | $0.00 |
|---|---|---|

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 14034
Claim Date: 06/01/2010
Debtor: CALPINE CORRUGATED, LLC
Comments: EXPUNGED
DOCKET: 8378 (08/16/2010)

| PRIORITY | Claimed: | $341.72 |
|---|---|---|
| UNSECURED | Claimed: | $80.27 |

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 14038
Claim Date: 06/04/2010
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: EXPUNGED
DOCKET: 8944 (02/18/2011)

| PRIORITY | Claimed: | $8,067.85 |
|---|---|---|
| UNSECURED | Claimed: | $4,014.14 |

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 14083
Claim Date: 08/02/2010
Debtor: CALPINE CORRUGATED, LLC
Comments: EXPUNGED
DOCKET: 8661 (10/18/2010)

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 14169
Claim Date: 11/01/2010
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: EXPUNGED
DOCKET: 8900 (01/21/2011)

| PRIORITY | Claimed: | $0.00 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA, RM 1150<br>BALTIMORE, MD 21201 | Claim Number: 13717<br>Claim Date: 12/28/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $9,999.70 | | |
|---|---|---|---|---|

| DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 13844<br>Claim Date: 02/23/2010<br>Debtor: STONE INTERNATIONAL SERVICES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|

| DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 13850<br>Claim Date: 02/25/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|

| DEPARTMENT OF WATER AND POWER,<br>CITY OF LOS ANGELES<br>ATTN BANKRUPTCY<br>P.O. BOX 5111<br>LOS ANGELES, CA 90051-5700 | Claim Number: 3523<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $6,481.63 | | |
|---|---|---|---|---|

| DEPCO PUMP<br>PO BOX 6820<br>CLEARWATER, FL 33758-8130 | Claim Number: 5417<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,737.50 | Scheduled: | $2,737.50 |
|---|---|---|---|---|

| DEPCO PUMP CO<br>P.O. BOX 6820<br>CLEARWATER, FL 33758 | Claim Number: 3190<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,737.50 | | |
|---|---|---|---|---|

| DEPENDABLE ACME THREADED PRODUCTS,<br>ASSIGNOR<br>C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE<br>& ATTORNEY, 2699 WHITE ROAD SUITE 255<br>IRVINE, CA 92614 | Claim Number: 9187<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $140.09 | Scheduled: | $140.09 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| DEPT OF TREASURY, UNCLAIMED PROPERTY<br>P.O. BOX 214<br>TRENTON, NJ 08695-0214 | Claim Number: 11221<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ |

---

| | | |
|---|---|---|
| DERALD PHILLIPS LOGGING CO INC<br>PO BOX 249<br>BOYCE, LA 71409 | Claim Number: 5536<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,628.16 | Scheduled: | $8,628.16  UNLIQ |

---

| | | |
|---|---|---|
| DERRINGER CO DBA COFFEES BY DERRINGER<br>5530 FAIR LANE DRIVE<br>CINCINNATI, OH 45227-3473 | Claim Number: 5370<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,673.55 | Scheduled: | $12,911.10 |

---

| | | |
|---|---|---|
| DESIGN PACKAGING INC<br>6479 CHUPP ROAD<br>LITHONIA, GA 30058 | Claim Number: 6065<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,174.13 | Scheduled: | $30,374.02 |

---

| | | |
|---|---|---|
| DESJARDINS TRUST<br>ATTN: MICHELE BERNIER<br>1 COMPLEXE DESJARDINS, C.P. 34<br>SUCCURSALE DESJARDINS<br>MONTREAL, QB H5B 1E4<br>CANADA | Claim Number: 14112<br>Claim Date: 08/14/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8662 (10/18/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $143,948.59 |

---

| | | |
|---|---|---|
| DESKIN SCALE CO INC<br>PO BOX 3272<br>SPRINGFIELD, MO 65808 | Claim Number: 13067<br>Claim Date: 09/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $121.00 | Scheduled: | $121.00 |

---

| | | |
|---|---|---|
| DESOUZA, MR. SHANNON<br>225 TRADERS BLVD, UNIT #4<br>MISSISSAUGA, ON L4Z 3L8<br>CANADA | Claim Number: 2092<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,808.21 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DESPLINTER, MARIAN L
16988 E 1100 STREET
OSCO, IL 61274

Claim Number: 6309
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $0.00  UNDET | | |

---

DET NORSKE VERITAS CERT INC
1400 RAVELLO DRIVE
KATY, TX 77449

Claim Number: 9710
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $29,373.87 | Scheduled: | $31,043.26 |

---

DETMER, DONALD D
337 EAST STATE RD
CLEVES, OH 45002-1371

Claim Number: 9596
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00  UNLIQ | | |

---

DETROIT STOKER CO
1510 EAST FIRST ST,
MONROE, MI 48161

Claim Number: 7112
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $92,468.80 | Scheduled: | $92,256.84 |

---

DEUBLIN COMPANY
5136 EAGLE WAY
CHICAGO, IL 60678-1051

Claim Number: 6390
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,098.33 | Scheduled: | $1,098.33 |

---

DEUBLIN COMPANY
PO BOX 43
MONTREAL, QC H2Y 3E9
CANADA

Claim Number: 6391
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $1,503.49 | Scheduled: | $1,276.74 |

---

DEUTSCHE BANK TRUST CO AMERICAS, AS
ADMIN AGENT AND COLLATERAL AGENT
ATTN: MR. BENJAMIN SOUH
60 WALL STREET
NEW YORK, NY 10005

Claim Number: 10093
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8997 (03/22/2011)

| SECURED | Claimed: | $1,391,800,000.00  UNLIQ | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS ADMINISTRATIVE AGENT & COLLATERAL AGENT ATTN: BENJAMIN SOUH 60 WALL STREET NEW YORK, NY 10005-2858 | | Claim Number: 9665 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| SECURED | Claimed: | $1,391,800,000.00   UNLIQ | | |
| DEVANEY, KEVIN C 6211 MOORES CREEK DRIVE SUMMERFIELD, NC 27358 | | Claim Number: 4301 Claim Date: 07/10/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| DEVDEN 20 DE L'ATLANTIQUE BROMONT, QC J2L 2R3 CANADA | | Claim Number: 6875 Claim Date: 07/31/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $21,318.00 | Scheduled: | $20,116.58 |
| DEVIN LOGGING PO BOX 28 WYLLIESBURG, VA 23976 | | Claim Number: 11200 Claim Date: 08/27/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $6,840.54 | Scheduled: | $12,605.18  UNLIQ |
| DEVTRA INC PO BOX 70024 2441 LAKESHORE RD. W ATTN: DAVID LEFEURE OAKVILLE, ON L6L 6M9 CANADA | | Claim Number: 8956 Claim Date: 08/10/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8530 (09/13/2010) | | |
| ADMINISTRATIVE | Claimed: | $591.86 | | |
| UNSECURED | Claimed: | $591.86 | | |
| TOTAL | Claimed: | $591.86 | | |
| DEVTRA INC. 2441 LAKESHORE RD W P.O.BOX 70024 OAKVILLE, ON L6L 6M9 CANADA | | Claim Number: 8542 Claim Date: 07/17/2009 Debtor: SMURFIT-MBI Comments: DOCKET: 2205 (10/09/2009) Claimant asserts claim amount of 722.40 CDN | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
| DEVTRA INC. 2441 LAKESHORE RD W PO BOX 70024 OAKVILLE, ON L6L 6M9 CANADA | | Claim Number: 8957 Claim Date: 07/17/2009 Debtor: SMURFIT-MBI Comments: POSSIBLE DUPLICATE OF 8542 Claimant asserts claim amount of 722.40 CDN | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DEWITT, WILLIAM F
171 RIDGE ROAD
UTICA, NY 13501-6543

Claim Number: 12192
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |

---

DEZURIK CANADA INC
385 FRANKLIN BLVD P.O BOX 430
CAMBRIDGE, ON NIR SV5
CANADA

Claim Number: 6101
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $13,749.49 | |

---

DHB RESSOURCES INC
12850 RUE JEAN GROU
MONTREAL, QC H1A 3N5
CANADA

Claim Number: 5063
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 4131 (01/14/2010)
Claim is for 2,886.01 Canadian Dollars.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $565.72 |

---

DHX - DEPENDABLE HAWAIIAN EXPRESS INC
19201 SUSANA RD
RANCHO DOMINGUEZ, CA 90221

Claim Number: 6690
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $463.52 | Scheduled: | $463.52 |

---

DI MARE FRESH
4050 PELL DRIVE
SACRAMENTO, CA 95838

Claim Number: 4810
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,671.35 | Scheduled: | $2,031.90 |

---

DIAMOND CANAPOWER
PO BOX 19030, STATION A
TORONTO, ON M5W 2W8
CANADA

Claim Number: 14173
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8909 (01/25/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,820.98 | Scheduled: | $2,906.10 |

---

DIAMOND LOCK SERVICE
224 SOUTH 15TH AVE
HOPEWELL, VA 23860

Claim Number: 10597
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $429.75 | Scheduled: | $429.75 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| DIAMOND QUALITY CLEANING<br>2701 N CAREER AVE APT 116<br>SIOUX FALLS, SD 57107-1347 | | Claim Number: 4740<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $1,722.28 | Scheduled: | $1,722.28 |
| DIAZ, ROBERTO<br>1204 HEATHERS MIST AVE  APT 105<br>CHARLOTTE, NC 282133909 | | Claim Number: 10545<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $6,500.00 | | |
| DIAZ, ROBERTO<br>3719 HWY 88 WEST<br>WARRENSVILLE, NC 28693 | | Claim Number: 10546<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| DIAZ, ROBERTO<br>19810 W LAKE DR<br>HIALEAH, FL 33015-2039 | | Claim Number: 12948<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $6,500.00 | | |
| DIAZ, ROBERTO<br>3719 HWY 88 WEST<br>WARRENSVILLE, NC 28693 | | Claim Number: 12949<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $6,500.00 | | |
| DIBERT VALVE & FITTING CO., INC.<br>PO BOX 37280<br>RICHMOND, VA 23234 | | Claim Number: 165<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $29,634.43 | Scheduled: | $29,741.38 |
| DICK LUCIER EXCAVATION<br>P.O. BOX 2<br>FRENCHTOWN, MT 59834 | | Claim Number: 11219<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
| ADMINISTRATIVE | Claimed: | $63,377.92 | | |
| UNSECURED | Claimed: | $63,377.92 | | |
| TOTAL | Claimed: | $63,377.92 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DICKINSON WRIGHT PLLC
C/O JAMES A. PLEMMONS
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226

Claim Number: 2355
Claim Date: 04/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $11,442.55 | Scheduled: | $5,009.06 |

---

DICOM EXPRESS INC
10315 COTE DE LIESSE
DORVAL, QC H9P 1A6
CANADA

Claim Number: 873
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8408 (08/18/2010)

| UNSECURED | Claimed: | $1,796.80 | Scheduled: | $419.75 |

---

DIECO PRODUCTS LLC
2533 MATTHEWS
MEMPHIS, TN 38108

Claim Number: 4319
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $9,419.62 | Scheduled: | $9,153.96 |

---

DIESEL SERVICES UNIT COMPANY
C/O GORDON & REES
JEFFREY BILANKO
701 5TH AVE SUITE 2130
SEATTLE, WA 98104

Claim Number: 10572
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8985 (03/16/2011)

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |

---

DIESEL SERVICES UNIT COMPANY
C/O GORDON & REES
JEFFREY BILANKO
701 5TH AVE SUITE 2130
SEATTLE, WA 98104

Claim Number: 11798
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8985 (03/16/2011)

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |

---

DIESEL SERVICES UNIT COMPANY
C/O GORDON & REES
JEFFREY BILANKO
701 5TH AVE SUITE 2130
SEATTLE, WA 98104

Claim Number: 11799
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8985 (03/16/2011)

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |

---

DIGI-KEY CORPORATION
PO BOX 250
THIEF RIVER FALLS, MN 56701

Claim Number: 3735
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $505.71 | Scheduled: | $477.62 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DIGITAL LITHO<br>2980 SIDCO DRIVE<br>NASHVILLE, TN 37204 | Claim Number: 2147<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $242.48 | Scheduled: | $240.00 |
|---|---|---|---|---|

| DILL, BRIAN L<br>16307 HIDDEN VALLEY TRAIL<br>LITTLE ROCK, AR 72206 | Claim Number: 9965<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $621.19   UNLIQ |
|---|---|---|

| DILLARD'S DISTRIBUTION CENTER<br>1315 PEACH ORCHARD ROAD<br>SALISBURY, NC 28146 | Claim Number: 2184<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $6,912.00 |
|---|---|---|

| DILLARD'S DISTRIBUTION CENTER<br>1315 PEACH ORCHARD ROAD<br>SALISBURY, NC 28146 | Claim Number: 9069<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $6,912.00 |
|---|---|---|

| DILLARD'S DISTRIBUTION CENTER<br>800 INDUSTRIAL BLVD.<br>VALDOSTA, GA 31601 | Claim Number: 9070<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $5,114.64 | Scheduled: | $5,114.64 |
|---|---|---|---|---|

| DILLARDS<br>4501 N BEECH STREET<br>FORT WORTH, TX 76137 | Claim Number: 9073<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $27,615.40 |
|---|---|---|---|---|

| DILLARDS<br>4501 N BEECH STREET<br>FORT WORTH, TX 76137 | Claim Number: 13855<br>Claim Date: 03/01/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 9073 |
|---|---|

| UNSECURED | Claimed: | $15,880.60 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| DILLARDS DISTRIBUTION CENTER<br>700 E 151TH STREET<br>OLATHE, KS 66062 | | Claim Number: 9074<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | | $5,923.80 |

---

| | | |
|---|---|---|
| DILLARDS DISTRIBUTION CENTER<br>700 E 151ST STREET<br>OLATHE, KS 66062 | | Claim Number: 13854<br>Claim Date: 03/01/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $2,560.80 |

---

| | | |
|---|---|---|
| DILLINGER, CECILIA<br>8425 DIGBY ST SE<br>OLYMPIA, WA 98513 | | Claim Number: 9099<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $46,319.84 |

---

| | | | | | |
|---|---|---|---|---|---|
| DILLON SUPPLY CO.<br>PO BOX 2979<br>440 CIVIC BLVD<br>RALEIGH, NC 27602 | | Claim Number: 4275-01<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010) | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,428.15 | Scheduled: | | $8,663.73 |

---

| | | |
|---|---|---|
| DILLON SUPPLY CO.<br>PO BOX 2979<br>440 CIVIC BLVD<br>RALEIGH, NC 27602 | | Claim Number: 4275-02<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010) |
| UNSECURED | Claimed: | $7,096.80 |

---

| | | |
|---|---|---|
| DILLS, RONALD<br>1603 SW 75TH ROAD<br>KINGSVILLE, MO 64061 | | Claim Number: 11656<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| DIMASSIMO, GEMMA<br>126 MOUNT BATTEN DRIVE<br>HAMILTON, ON L9C 3V5<br>CANADA | | Claim Number: 8853<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $35,865.68 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DIMASSIMO, GEMMA<br>126, MOUNTBATTEN DRIVE<br>HAMILTON, ON L9C 3V5<br>CANADA | Claim Number: 12535<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $358,656.68 | | |
|---|---|---|---|---|

---

| DINDWIDDLE, JOHN MARTIN<br>10210 KLONDIKE RD<br>NIANGUA, MO 65713 | Claim Number: 12502<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| DINKENS, ENOCH<br>1142 MARBLEHEAD RD.<br>JACKSONVILLE, FL 32218 | Claim Number: 9076<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8391 (08/16/2010) |
|---|---|

| SECURED<br>UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| DINO TRUCKING, INC.<br>C/O BOBROFF HESSE LINDMARK & MARTONE PC<br>1650 DES PERES ROAD, SUITE 200<br>ST. LOUIS, MO 63131 | Claim Number: 4572<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $22,555.84 | Scheduled: | $21,065.84 |
|---|---|---|---|---|

---

| DINWIDDIE, JOHN<br>10210 KLONDIKE<br>NIANGUA, MO 65713 | Claim Number: 8883<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |

---

| DINWIDDIE, JOHNNY R. JR.<br>10035 DOUGLAS CT<br>SAINT ANN, MO 63074-1312 | Claim Number: 9331<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8996 (03/22/2011) |
|---|---|

| UNSECURED | Claimed: | $632.16   UNLIQ |
|---|---|---|

---

| DIRECT ENERGY REGULATED SERVICES<br>10035-105 STREET<br>EDMONTON, AB T5J 2V6<br>CANADA | Claim Number: 8176<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>10011.63 canadian |
|---|---|

| UNSECURED | Claimed: | $10,011.63 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DIRECT EXPRESS
25 ROTHWELL ROAD
WINNIPEG, MB R3P 2M5
CANADA

Claim Number: 12827
Claim Date: 08/25/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $486.65 |
|---|---|---|---|---|

---

DIRECT GENERAL PARTNER CORPORATION
ON BEHALF OF DIRECT LIMITED PARTNERSHIP
DIRECT INTEGRATED TRANSPORTATION ULC
25 ROTHWELL ROAD
WINNIPEG, MB R3P 2M5
CANADA

Claim Number: 12830
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $150,279.15 |
|---|---|---|

---

DIRECT TRANSPORT
C/O CANADA CARTAGE
1115 CARDIFF BLVD.
MISSISSAUGA, ON L5S 1L8
CANADA

Claim Number: 12828
Claim Date: 08/25/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $119,677.53 | Scheduled: | $97,970.41 |
|---|---|---|---|---|

---

DIRECT TRANSPORT
C/O CANADA CARTAGE
1115 CARDIFF BLVD.
MISSISSAUGA, ON L5S 1L8
CANADA

Claim Number: 12829
Claim Date: 08/25/2009
Debtor: SMURFIT-MBI
Comments:
Claimed amount is 183,423.84 Canadian

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $51,424.59 |
|---|---|---|---|---|

---

DIRECT WOOD PRODUCTS
P.O. BOX 856
WEST POINT, VA 23181

Claim Number: 363
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 7651 (05/18/2010)

| UNSECURED | Claimed: | $3,901.44 | Scheduled: | $4,948.56 UNLIQ |
|---|---|---|---|---|

---

DISCOUNT PALLET
PO BOX 240307
MILWAUKEE, WI 53224-0913

Claim Number: 10922
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 4132 (01/14/2010)

| PRIORITY | Claimed: | $138,706.25 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $138,706.25 |

---

DISCOUNT RAMPS.COM LLC- ASSIGNOR
C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE
& ATTORNEY-IN-FACT
2699 WHITE ROAD SUITE 255
IRVINE, CA 92614

Claim Number: 9181
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,750.00 | Scheduled: | $9,045.97 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| DISTINCTIVE PACKAGING LTD.<br>ATTN: LARRY LEVESQUE<br>354 ELGIN STREET<br>BRANTFORD, ON N3S 7P6<br>CANADA | | Claim Number: 13296<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | |
| UNSECURED | Claimed: | $1,874.95 | | |
| DISTRIBUTION 6MGB INC.<br>3355 GRIFFITH<br>VILLE ST-LAURENT, QB H4T 1W5<br>CANADA | | Claim Number: 3402<br>Claim Date: 06/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | |
| UNSECURED | Claimed: | $87.73 | | |
| DISTRIBUTION INC<br>PO BOX 29166<br>LINCOLN, NE 68529 | | Claim Number: 5684<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $18,619.05 | Scheduled: | $18,619.05 |
| DISTRIBUTION INTERNATIONAL SOUTHWEST<br>PO BOX 840610<br>DALLAS, TX 75284-0610 | | Claim Number: 11226<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $6,971.75 | Scheduled: | $6,971.75 |
| DISTRIBUTION TRANSPORTATION SERVICES<br>ATTN: CHERYL FORTENBERRY<br>P.O. BOX 7<br>WENTZVILLE, MO 63385 | | Claim Number: 2996<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $35,340.52 | | |
| DITECH GROUP<br>YORK STEEL RULE DIES INC.<br>630 LOUCKS MILL ROAD<br>SUITE #8<br>YORK, PA 17403 | | Claim Number: 963<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
| UNSECURED | Claimed: | $16,678.00 | Scheduled: | $23,348.00 |
| DIV OF UNEMPLOYMENT ASSISTANCE<br>BANKRUPTCY UNIT, 5TH FLOOR<br>19 STANIFORD STREET<br>ATTN: CHUCK HURST, BANKRUPTCY ANALYST<br>BOSTON, MA 02114-2502 | | Claim Number: 1997<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| PRIORITY | Claimed: | $264.66 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DIVERSIFIED BUILDING MAINTENANCE<br>1105 TOUSON DR<br>JANESVILLE, WI 53546 | Claim Number: 5524<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,990.75 | Scheduled: | $2,092.21 |
|---|---|---|---|---|

| DIVERSIFIED ENERGY, INC.<br>8874 KINGSTON PIKE, SUITE 200<br>KNOXVILLE, TN 37923 | Claim Number: 1497<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $296,729.86 |
|---|---|---|

| DIVERSIFIED ENERGY, INC.<br>BLANK ROME LLP<br>MICHAEL D. DEBAECKE<br>1201 MARKET STREET, SUITE 800<br>WILMINGTON, DE 19801 | Claim Number: 3397-01<br>Claim Date: 06/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,661.57 | Scheduled: | $298,712.44 |
|---|---|---|---|---|

| DIVERSIFIED ENERGY, INC.<br>BLANK ROME LLP<br>MICHAEL D. DEBAECKE<br>1201 MARKET STREET, SUITE 800<br>WILMINGTON, DE 19801 | Claim Number: 3397-02<br>Claim Date: 06/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $292,068.29 |
|---|---|---|

| DIVERSIFIED RECLAMATION SERVICES, INC.<br>1615 # A SOUTH 7TH STREET<br>SAN JOSE, CA 95112 | Claim Number: 7<br>Claim Date: 01/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $63,818.25 | Scheduled: | $147,122.80 UNLIQ |
|---|---|---|---|---|

| DIVERSIFIED SERVICES INC<br>PO BOX 412<br>OSCEOLA, IN 46561 | Claim Number: 11185<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>Claim out of balance |
|---|---|

| UNSECURED | Claimed: | $7,822.98 | Scheduled: | $8,208.98 |
|---|---|---|---|---|

| DIVICELL INC.<br>ATTN: MICHEL LEVEILLE<br>742 RENAUD<br>DORVAL, QC H9P 1H5<br>CANADA | Claim Number: 8553-01<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $4,412.42 | Scheduled: | $4,450.01 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DIVICELL INC.
ATTN: MICHEL LEVEILLE
742 RENAUD
DORVAL, QC H9P 1H5
CANADA

Claim Number: 8553-02
Claim Date: 07/17/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 2032 (09/23/2009)

| ADMINISTRATIVE | Claimed: | $2,241.19 |
|---|---|---|

---

DIXIE TIMBER HARVESTING INC
PO BOX 563
ATTALLA, AL 35954

Claim Number: 3911-01
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 7652 (05/18/2010)

| UNSECURED | Claimed: | $61,841.35 | Scheduled: | $123,682.70 UNLIQ |
|---|---|---|---|---|

---

DIXIE TIMBER HARVESTING INC
PO BOX 563
ATTALLA, AL 35954

Claim Number: 3911-02
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| ADMINISTRATIVE | Claimed: | $61,841.35 |
|---|---|---|

---

DIXON AC&R CORPORATION
3983 WEST FOURTH STREET
WILLIAMSPORT, PA 17701-9625

Claim Number: 4971
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $849.98 |
|---|---|---|---|---|

---

DIXON, ARNOLD
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10710
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $91,647.40 |
|---|---|---|

---

DIXON, LANCE C
1489 JAY ROAD
BREWTON, AL 36426

Claim Number: 12058
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $6,090.00 |
|---|---|---|

---

DIXSON, AUGUSTA J
1930 SW 27TH STREET
REDMOND, OR 97756

Claim Number: 5921
Claim Date: 07/20/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $145,085.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DJD ENTERPRISES<br>464 HULING LANE<br>WILLIAMSPORT, PA 17702 | | Claim Number: 13915<br>Claim Date: 03/19/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26,400.00 | | |

| DK SALES INC<br>P O BOX 287<br>SUSSEX, WI 53089 | | Claim Number: 6851<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,147.12 | Scheduled: | $6,289.50 |

| DLS OCCUPATIONAL HEALTH & SAFETY SERVICES INC.<br>P.O. BOX 7937<br>SASKATOON, SK S7L 1S8<br>CANADA | | Claim Number: 8585<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,385.94 | | |
| UNSECURED | Claimed: | $1,385.94 | | |
| TOTAL | Claimed: | $1,385.94 | | |

| DMH ENTERPRISES<br>P.O. BOX 2595<br>ORLAND PARK, IL 60462 | | Claim Number: 904<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| SECURED | Claimed: | $15,060.00 | | |
| UNSECURED | | | Scheduled: | $15,060.00 |

| DMI CORP (DECKER MECHANICAL)<br>1002 KCK WAY<br>PO BOX 53<br>CEDAR HILL, TX 75106-0053 | | Claim Number: 2295<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $21,896.41 | Scheduled: | $36,858.41 |

| DMP CORP<br>400 BRYANT BLVD<br>ROCK HILL, SC 29732 | | Claim Number: 4424<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,529.11 | Scheduled: | $1,529.11 |

| DMP CORPORATION<br>400 BRYANT BLVD.<br>ROCK HILL, SC 29732 | | Claim Number: 2877<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,017.32 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DOCU DEPOT
CP 3304 SUCC LAPIERRE
LASALLE, QC H8N 3H4
CANADA

Claim Number: 5447
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $1,512.93 UNLIQ |

---

DOCUMENT DISINTEGRATION, INC.
572 W. 184TH STREET
GARDENA, CA 90248

Claim Number: 2919
Claim Date: 05/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,500.00 |

---

DOCUMENT DISINTEGRATION, INC.
ATTN: TONY SCHAFFER
572 W. 184TH STREET
GARDENA, CA 90248

Claim Number: 12638
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,500.00 |

---

DODGE, H E
324 PEACOCK COURT
NEWBERG, OR 97132-1014

Claim Number: 7425
Claim Date: 08/10/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |

---

DOE SHAN AUTOMATION INC.
ATTN: GERRY ROSS, PRESIDENT
5385 RUE PARE, SUITE 206
MONTREAL, QB H4P-1P7
CANADA

Claim Number: 13241
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

DOLITTLE, CHRISTIE
176 S. 18TH PLACE
CORNELIUS, OR 97113

Claim Number: 10655
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $101,350.20 |

---

DOLLAR, ALICE FAYE
C/O RITCHESON, LAUFFER, VINCENT & DUKES
821 ESE LOOP 323, STE 530
TYLER, TX 75701

Claim Number: 9328
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,578.40 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| DOLPHIN DELIVERY LTD<br>4201 LOZELLS AVENUE<br>BURNABY, BC V5A 2Z4<br>CANADA | | Claim Number: 2905<br>Claim Date: 05/12/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>142,212.70 CAD | | | |
| UNSECURED | Claimed: | $0.00 | UNLIQ | Scheduled: | $117,906.79 |
| DOMINGUEZ SHEET METAL WORKS, INC.<br>3128 ALAMEDA AVE.<br>EL PASO, TX 79905 | | Claim Number: 155<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED | Claimed: | $8,430.94 | | | |
| DOMINION BOX CO INC<br>PO BOX 37<br>DAYTON, TN 37321 | | Claim Number: 4498<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $5,291.03 | | | |
| DOMINION BOX COMPANY INC<br>PO BOX 37<br>DAYTON, TN 37321 | | Claim Number: 4497<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $5,291.03 | | Scheduled: | $5,261.19 |
| DOMINION BOX COMPANY, INC.<br>2161 RAILROAD STREET<br>DAYTON, TN 37321 | | Claim Number: 8301-01<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010) | | | |
| ADMINISTRATIVE | Claimed: | $2,990.05 | | | |
| DOMINION BOX COMPANY, INC.<br>2161 RAILROAD STREET<br>DAYTON, TN 37321 | | Claim Number: 8301-02<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $2,300.98 | | | |
| DOMINION CHEMICAL COMPANY- ASSIGNOR<br>C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE<br>& ATTORNEY-IN-FACT<br>2699 WHITE ROAD SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 9174<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $147.50 | | Scheduled: | $426.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| DOMINION EAST OHIO GAS<br>P.O. BOX 26666<br>ATTN: REVENUE RECOVERY - 10TH FLOOR<br>RICHMOND, VA 23261 | | Claim Number: 6411<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $18,798.96 | | |
| DOMINION EAST OHIO GAS<br>P.O. BOX 26666<br>ATTN: REVENUE RECOVERY - 10TH FLOOR<br>RICHMOND, VA 23261 | | Claim Number: 13680<br>Claim Date: 12/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>amends claim 6411 | | |
| UNSECURED | Claimed: | $18,798.96 | Scheduled: | $9,737.42 |
| DOMINION-VIRGINIA POWER<br>P.O. BOX 26666<br>ATTN: CUSTOMER CREDIT SERVICES- 10TH FL<br>RICHMOND, VA 23261 | | Claim Number: 6410<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $1,974,946.42 | | |
| DOMINION-VIRGINIA POWER<br>P.O. BOX 26666<br>ATTN: CUSTOMER CREDIT SERVICES- 10TH FL<br>RICHMOND, VA 23261 | | Claim Number: 13679<br>Claim Date: 12/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6281 (03/26/2010)<br>amends claim 6410 | | |
| UNSECURED | Claimed: | $1,974,946.42 | Scheduled: | $972,324.57  UNLIQ |
| DOMINO BROKERAGE CO<br>PO BOX 21368<br>CLEVELAND, OH 44121-0368 | | Claim Number: 7278<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $11,194.80 | | |
| DON SMALL & SONS OIL DIST<br>PO BOX 626<br>AUBURN, WA 98071 | | Claim Number: 4000<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $12,270.66 | | |
| DON SMALL & SONS OIL DIST<br>PO BOX 626<br>AUBURN, WA 98071 | | Claim Number: 10581<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $12,270.66 | Scheduled: | $111,215.28 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| DON THOMAS PETROLEUM INC<br>PO BOX 10223<br>PORTLAND, OR 97296 | Claim Number: 3834<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| UNSECURED          Claimed: | $4,586.24 | |

---

| | | |
|---|---|---|
| DONAHUE & ASSOCIATES INTL. INC<br>WHOLLY OWNED SUBSIDIARIES:<br>STEAM SCIENCE & TECHNOLOGIES LLC<br>2002 FORD CIRCLE, STE H<br>MILFORD, OH 45150 | Claim Number: 3532<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| UNSECURED          Claimed: | $163,720.48 | |

---

| | | |
|---|---|---|
| DONAHUE, STUART T<br>8726 BUD HAWKINS ROAD<br>CORRYTON, TN 37721 | Claim Number: 7845<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |

---

| | | |
|---|---|---|
| DONALD & LAURETTA EDLUND TRUST<br>14929 LA CUMBRE DRIVE<br>PACIFIC PALISADES, CA 90272 | Claim Number: 11891<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |
| UNSECURED          Claimed: | $19,397.38 | |

---

| | | |
|---|---|---|
| DONALD GRONDIN<br>7889 LEMELIN ST.<br>BROSSARD, QC J4Y 0C1<br>CANADA | Claim Number: 99027<br>Claim Date: 12/05/2012<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED | |
| UNSECURED          Claimed: | $7,787.00 | |

---

| | | |
|---|---|---|
| DONNELLY, LAVERNE B<br>2069 MISSOURI STATE ROAD<br>ARNOLD, MO 63010 | Claim Number: 5434<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| PRIORITY          Claimed: | $0.00   UNLIQ | |

---

| | | | |
|---|---|---|---|
| DOOR SYSTEMS INC<br>751 EXPRESSWAY DRIVE<br>ITASCA, IL 60143 | Claim Number: 5095<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED          Claimed: | $1,392.93 | Scheduled: | $1,392.93 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DOORNBOSCH, SCOTT<br>9006 W 178TH STREET<br>TINLEY PARK, IL 60487 | | Claim Number: 8080<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| UNSECURED | Claimed: | $33,319.20 |

| DOORNBOSCH, SCOTT<br>9006 W 178TH STREET<br>TINLEY PARK, IL 60487 | | Claim Number: 12630<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| UNSECURED | Claimed: | $33,319.20 |

| DORFIN INC<br>ATTN: TERRY DAGOSTINO<br>5757 THIMENS BLVD.<br>ST LAURENT, QC H4R 2H6<br>CANADA | | Claim Number: 8455-01<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5768 (03/11/2010)<br>Claim out of balance |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $313.55 |

| DORFIN INC<br>ATTN: TERRY DAGOSTINO<br>5757 THIMENS BLVD.<br>ST LAURENT, QC H4R 2H6<br>CANADA | | Claim Number: 8455-02<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5768 (03/11/2010)<br>Claim out of balance |
|---|---|---|
| UNSECURED | Claimed: | $2,149.37 |

| DORFIN INC<br>ATTN: TERRY DAGOSTINO<br>5757 THIMENS BLVD.<br>ST LAURENT, QC H4R 2H6<br>CANADA | | Claim Number: 8469<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5768 (03/11/2010)<br>Claim out of balance |
|---|---|---|
| UNSECURED | Claimed: | $215.66 |

| DORING, HOLGER H<br>EUGENIO SUE 65<br>LOL POLCANO<br>MEXICO D.F  11560<br><br>MEXICO | | Claim Number: 5338<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| SECURED | Claimed: | $0.00    UNLIQ |

| DOTY, ALLAN DEAN<br>1221 MCKINNEY ST # 3425<br>HOUSTON, TX 77010-2011 | | Claim Number: 9670<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|---|
| UNSECURED | Claimed: | $2,500,000.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DOTY, ALLAN DEAN
C/O RUSSELL L. COOK, JR.
RUSSELL L. COOK, JR. & ASSOC.
1401 MCKINNEY, SUITE 1800
HOUSTON, TX 77010

Claim Number: 9711
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| UNSECURED | Claimed: | $2,500,000.00 |
|-----------|----------|---------------|

---

DOTY, ALLAN DEAN
C/O RUSSELL L. COOK, JR.
RUSSELL L. COOK, JR. & ASSOC.
1401 MCKINNEY, SUITE 1800
HOUSTON, TX 77010

Claim Number: 9845
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| UNSECURED | Claimed: | $2,500,000.00 |
|-----------|----------|---------------|

---

DOTY, ALLAN DEAN
C/O RUSSELL L. COOK, JR.
RUSSELL L. COOK, JR. & ASSOC.
1401 MCKINNEY, SUITE 1800
HOUSTON, TX 77010

Claim Number: 9846
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8391 (08/16/2010)

| UNSECURED | Claimed: | $2,500,000.00 | Scheduled: | $0.00 UNLIQ |
|-----------|----------|---------------|------------|-------------|

---

DOUBLE TREE HOTEL
100 MADISON
MISSOULA, MT 59802

Claim Number: 4609
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,600.00 | Scheduled: | $1,600.00 |
|-----------|----------|-----------|------------|-----------|

---

DOUG NEWTON AGENCIES LTD.
C/O STANDARD PAINT & WALLPAPER
ATTN: JIM NEWTON/PAT GARRETT
2279 FAIRVIEW STREET
BURLINGTON, ON LTR 2E3
CANADA

Claim Number: 13310
Claim Date: 08/24/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $636.01 | Scheduled: | $462.73 |
|-----------|----------|---------|------------|---------|

---

DOUG SWEET & ASSOCIATES, INC.
2555 WILLOWBROOK CIRCLE
BIRMINGHAM, AL 35242

Claim Number: 699
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $15,159.99 | Scheduled: | $15,159.99 |
|-----------|----------|------------|------------|------------|

---

DOUGHAN, JAMES
7685 E. OLD PAINT TRAIL
SCOTTSDALE, AZ 85262

Claim Number: 283
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| SECURED | Claimed: | $0.00   UNLIQ |
|---------|----------|---------------|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DOUGLAS BARWICK INC
ATTN: NANCY RACE
23 SMITH ST., PO BOX 730
ST. CATHERINES, ON L2R 6Y6
CANADA

Claim Number: 8471-01
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $9,485.72 | Scheduled: | $10,192.24 |
|---|---|---|---|---|

DOUGLAS BARWICK INC
ATTN: NANCY RACE
23 SMITH ST., PO BOX 730
ST. CATHERINES, ON L2R 6Y6
CANADA

Claim Number: 8471-02
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 2032 (09/24/2009)

| ADMINISTRATIVE | Claimed: | $1,869.18 |
|---|---|---|

DOUGLAS, HILDA L
9725 W. PROVIDENCE R
RICHMOND, VA 23236

Claim Number: 5469
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

DOUGLAS, KEVIN
PO BOX 1801
BREWTON, AL 36427

Claim Number: 10458
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

DOVER FARMS
PO BOX 1053
STEVENSON, AL 35772

Claim Number: 8
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)

| UNSECURED | Claimed: | $17,912.47 | Scheduled: | $37,744.13 |
|---|---|---|---|---|

DOVER TANK & PLATE CO
5725 CROWN ROAD NORTHWEST
P.O.BOX 70
DOVER, OH 44622

Claim Number: 6020
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,250.00 | Scheduled: | $7,250.00 |
|---|---|---|---|---|

DOVEY CORPORATION
ATTN: KATHY WILLIAMS
3220 W 25TH STREET
ANDERSON, IN 46011

Claim Number: 1489-01
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $38,175.06 | Scheduled: | $39,356.70 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DOVEY CORPORATION
ATTN: KATHY WILLIAMS
3220 W 25TH STREET
ANDERSON, IN 46011

Claim Number: 1489-02
Claim Date: 03/16/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,042.13 | Scheduled: | $7,042.13 |

DOVEY CORPORATION
ATTN: KATHY WILLIAMS
3220 W 25TH STREET
ANDERSON, IN 46011

Claim Number: 1489-03
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $463.05 | Scheduled: | $437.50 |

DOVEY CORPORATION
ATTN: KATHY WILLIAMS
3220 W 25TH STREET
ANDERSON, IN 46011

Claim Number: 1489-04
Claim Date: 03/16/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,443.39 | Scheduled: | $7,170.00 |

DOW CHEMICAL COMPANY, THE
MARTIN J. WEIS, ESQUIRE
DILWORTH PAXSON LLP,
1500 MARKET ST., 3500 E.
PHILADELPHIA, PA 19102

Claim Number: 11505
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 7201 (04/23/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $688,976.63 |
| SECURED | Claimed: | $804,656.78 |
| TOTAL | Claimed: | $804,656.78 |

DOW CHEMICAL COMPANY, THE
MARTIN J. WEIS, ESQUIRE
DILWORTH PAXSON LLP,
1500 MARKET ST., 3500 E.
PHILADELPHIA, PA 19102

Claim Number: 11506
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $688,976.63 |
| SECURED | Claimed: | $804,656.78 |
| TOTAL | Claimed: | $804,656.78 |

DOWEIDT, SHIRLEY M
201 PARKVIEW DRIVE
ADDISON, IL 60101

Claim Number: 11016
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

DOWNEY TREES INC.
5055 SHADBURN ROAD
CUMMING, GA 30041

Claim Number: 251
Claim Date: 02/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,227.33 | Scheduled: | $2,734.10 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DOWNEY, BEULAH C
P.O. BOX 388
PRINCETON, LA 71067

Claim Number: 7373
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

DOWNEY, RANDY R.
16917 E. 4TH ST. SOUTH
INDEPENDENCE, MO 64056

Claim Number: 11098
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| SECURED | Claimed: | $2,000,000.00   UNLIQ |

---

DR RECYCLING LTD
212 EDINBURGH DRIVE
MONCTON, NB E1E 2K7
CANADA

Claim Number: 5376
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $118,710.75 |

---

DR RECYCLING LTD
212 EDINBURGH DRIVE
MONCTON, NB E1E 2K7
CANADA

Claim Number: 10639-01
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)

| ADMINISTRATIVE UNSECURED | Claimed: | $14,716.30 | Scheduled: | $117,495.00 |

---

DR RECYCLING LTD
212 EDINBURGH DRIVE
MONCTON, NB E1E 2K7
CANADA

Claim Number: 10639-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)

| UNSECURED | Claimed: | $103,994.45 |

---

DRAPANES, JOHN C
20901 HIGHVIEW RD
MARENGO, IL 60152

Claim Number: 9575
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

DREFS, ALFRED
500 JACKSON TAVERN WAY
GREAT FALLS, VA 22066

Claim Number: 7525
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DREHER, CHRIS<br>897 ELM PLACE<br>GLENCOE, IL 60022 | | Claim Number: 1428<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $101,285.00 | | |

---

| DREHER, CHRIS<br>897 ELM PLACE<br>GLENCOE, IL 60022 | | Claim Number: 3435<br>Claim Date: 06/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100,000.00 | | |

---

| DREHER, CHRIS<br>897 ELM PLACE<br>GLENCOE, IL 60022 | | Claim Number: 5801<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100,000.00 | | |

---

| DRENNEN FORESTRY CORP.<br>PO BOX 1029<br>CULLMAN, AL 35056 | | Claim Number: 3415<br>Claim Date: 06/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,571.98 | | |

---

| DRENNEN FORESTRY CORPORATION<br>PO BOX 1029<br>CULLMAN, AL 35056 | | Claim Number: 5430<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,571.98 | Scheduled: | $51,143.97 UNLIQ |

---

| DRESSER-RAND COMPANY<br>ATTN: SHAWN DORVIT<br>PAUL CLARK DRIVE<br>OLEAN, NY 14760 | | Claim Number: 1052<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $41,838.74 | Scheduled: | $28,075.98 |

---

| DREW FOAM<br>3050 BARRY DRIVE<br>PORTLAND, TN 37148 | | Claim Number: 99008<br>Claim Date: 06/29/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $54.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DRIGGETT, RICHARD A
15 N EDISON AVE
ELGIN, IL 60123-5233

Claim Number: 6760
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $15,686.00 |
|---|---|---|

---

DRISCOLL, ADELE M
CLARENDON HILL TOWERS
APT #10L
1374 BROADWAY
SOMERVILLE, MA 02144-1740

Claim Number: 6758
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

DRISKELL, ERIC
259 MARION AVE APT 3
MANSFIELD, OH 44903-2152

Claim Number: 10449
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 9181 (02/01/2012)

| UNSECURED | Claimed: | $35,000.00 |
|---|---|---|

---

DRISKELL, WAYLON
68 GREENFIELD COURT
BREWTON, AL 36426

Claim Number: 12191
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

DRIVE AND CONVEYORS, INC- ASSIGNOR
C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE
& ATTORNEY-IN-FACT
2699 WHITE ROAD STE 255
IRVINE, CA 92614

Claim Number: 9153
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $697.10 | Scheduled: | $1,060.28 |
|---|---|---|---|---|

---

DRIVE SYSTEM TECHNOLOGY INC
PO BOX 407
SALEM, WI 53168

Claim Number: 4938-01
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $8,254.03 | Scheduled: | $11,359.09 |
|---|---|---|---|---|

---

DRIVE SYSTEM TECHNOLOGY INC
PO BOX 407
SALEM, WI 53168

Claim Number: 4938-02
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 1354 (08/03/2009)

| ADMINISTRATIVE | Claimed: | $3,105.06 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DRL INC<br>PO BOX 1871<br>CENTER, TX 75935 | Claim Number: 5257<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $32,682.05 | Scheduled: | $65,364.11 UNLIQ |
|---|---|---|---|---|

| DRM LLC, ATTN: BEN MARSTON<br>520 CREWS STREET<br>LAWRENCEBURG, TN 38464 | Claim Number: 6557<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,800.00 |
|---|---|---|

| DRM WASTE MANAGEMENT<br>PO BOX 659<br>FORKED RIVER, NJ 08731 | Claim Number: 11808<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $11,735.60 | Scheduled: | $9.41 UNLIQ |
|---|---|---|---|---|

| DRN INDUSTRIEL INC<br>3460 AVENUE FRANCIS-HUSHES<br>LAVAL, QC H7L 5A9<br>CANADA | Claim Number: 3418<br>Claim Date: 06/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $52,149.12 |
|---|---|---|

| DRN INDUSTRIEL INC<br>3460 AVENUE FRANCIS-HUSHES<br>LAVAL, QC H7L 5A9<br>CANADA | Claim Number: 8630<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $9,694.22 |
|---|---|---|

| DRN INDUSTRIEL INC<br>3460 AVENUE FRANCIS-HUSHES<br>LAVAL, QC H7L 5A9<br>CANADA | Claim Number: 8636<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $33,636.74 | Scheduled: | $43,330.96 |
|---|---|---|---|---|

| DRUG TRANSPORT INC<br>1939 FORGE ST<br>PO BOX 1678<br>TUCKER, GA 30085 | Claim Number: 10070<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $56,273.14 | Scheduled: | $42,240.45 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DRUG TRANSPORT INC
1939 FORGE ST
PO BOX 1678
TUCKER, GA 30085

Claim Number: 13649
Claim Date: 12/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
amends claim 10070

| UNSECURED | Claimed: | $52,744.52 | Scheduled: | $9,338.79 |

---

DRUG TRANSPORT INC
1939 FORGE ST
PO BOX 1678
TUCKER, GA 30085

Claim Number: 13667
Claim Date: 12/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $56,273.14 |

---

DRURY INN & SUITES CREVE COEUR
11980 OLIVE BLVD.
CREVE COEUR, MO 63141

Claim Number: 7675
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,783.49 | Scheduled: | $2,120.88 |

---

DRY ICE CLEANING LLC
N8146 COUNTY N
EAST TROY, WI 53120

Claim Number: 7374
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,080.75 |

---

DRYDEN HIGH YIELD FUND, INC.
C/O PRUDENTIAL INVESTMENT MGMT., INC.
ATTN: TERENCE DUNN
P.O. BOX 32339, 2 GATEWAY CENTER
NEWARK, NJ 07102

Claim Number: 11315
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $6,145.83 |

---

DRYDEN HIGH YIELD FUND, INC.
C/O PRUDENTIAL INVESTMENT MGMT., INC.
ATTN: TERENCE DUNN
P.O. BOX 32339, 2 GATEWAY CENTER
NEWARK, NJ 07102

Claim Number: 11316
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8898 (01/20/2011)

| UNSECURED | Claimed: | $2,213,306.94 |

---

DRYDEN HIGH YIELD FUND, INC.
C/O PRUDENTIAL INVESTMENT MGMT., INC.
ATTN: TERENCE DUNN
P.O. BOX 32339, 2 GATEWAY CENTER
NEWARK, NJ 07102

Claim Number: 11317
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8898 (01/20/2011)

| UNSECURED | Claimed: | $2,258,483.33 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DRYDEN VII - LEVERAGED LOAN CDO 2004
C/O PRUDENTIAL INVESTMENT MGMT., INC.
ATTN: TERENCE DUNN
P.O. BOX 32339, 2 GATEWAY CENTER
NEWARK, NJ 07102

Claim Number: 11293
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| SECURED | Claimed: | $929,144.13 |
|---------|----------|-------------|

---

DRYDEN VII - LEVERAGED LOAN CDO 2004
C/O PRUDENTIAL INVESTMENT MGMT., INC.
ATTN: TERENCE DUNN
P.O. BOX 32339, 2 GATEWAY CENTER
NEWARK, NJ 07102

Claim Number: 11294
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| SECURED | Claimed: | $929,144.13 |
|---------|----------|-------------|

---

DRYDEN VII - LEVERAGED LOAN CDO 2004
C/O PRUDENTIAL INVESTMENT MGMT., INC.
ATTN: TERENCE DUNN
P.O. BOX 32339, 2 GATEWAY CENTER
NEWARK, NJ 07102

Claim Number: 11295
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| SECURED | Claimed: | $929,144.13 |
|---------|----------|-------------|

---

DRYIT CARPET DRY CLEANING INC
3450 N 127TH STREET
BROOKFIELD, WI 53005-3107

Claim Number: 6323
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $511.53 | Scheduled: | $506.21 |
|-----------|----------|---------|-----------|---------|

---

DSI SOLUTIONS, INC.
101 EAST MILL STREET. SUITE J10
QUAKERTOWN, PA 18951

Claim Number: 1871
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)

| UNSECURED | Claimed: | $4,429.17 | Scheduled: | $4,105.03 |
|-----------|----------|-----------|-----------|-----------|

---

DTS TRUCK DIVISION
ATTN: CHERYL FORTENBERRY
P.O. BOX 7
WENTZVILLE, MO 63385

Claim Number: 2988
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $5,954.56 |
|-----------|----------|-----------|

---

DUANE MORRIS LLP
C/O LAUREN LONERGAN TAYLOR, ESQ.
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

Claim Number: 10780
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $28,192.89 |
|-----------|----------|------------|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| DUANE MORRIS LLP<br>C/O LAUREN LONERGAN TAYLOR, ESQ.<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | | Claim Number: 13341<br>Claim Date: 09/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5045 (02/16/2010)<br>Amends Claim 10780 | | |
| UNSECURED | Claimed: | $35,442.89 | Scheduled: | $26,317.85 |
| DUBOIS CHEMICALS<br>3630 E KEMPER ROAD<br>SHARONVILLE, OH 45241 | | Claim Number: 9825<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $6,088.74 | Scheduled: | $12,143.44 |
| DUBOIS PROPANE GAZ ET SERVICE (74) INC<br>DUBOIS PROPANE INC<br>ATTN: CLAUDDE POTVIN<br>1040 BOUL. DUCHARME<br>LA TUQUE, QC G9X 3C4<br>CANADA | | Claim Number: 12824<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) | | |
| UNSECURED | Claimed: | $4,494.25 | Scheduled: | $4,448.82 |
| DUBOIS, DENNIS F<br>165 SMITH ROAD<br>HARRISVILLE, RI 02830 | | Claim Number: 10586<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $4,100.00    UNLIQ | | |
| DUBOSE, CLAUDE M<br>89 SOUTH FIELD LANE LOT 2<br>BREWTON, AL 36426 | | Claim Number: 4391<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
| PRIORITY | Claimed: | $0.00    UNDET | | |
| DUBUC, ALAIN<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS & SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 13018<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | |
| PRIORITY | Claimed: | $1,638.60 | | |
| UNSECURED | Claimed: | $508,611.60 | Scheduled: | $254,777.07 |
| DUCK, DAVID R.<br>DAVE DUCK RD<br>JONESBORO, LA 71251 | | Claim Number: 10158<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00    UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DUCOVA INC.<br>ATTN: NATHALIE BRULOTTE<br>433 RUE DES MONTEREGIENNES<br>QUEBEC, QC G1C 7J7<br>CANADA | | Claim Number: 12866<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $869.30 | Scheduled: | $901.01 |

| DUFFY, DOROTHY<br>1024 CHEYENNE DRIVE<br>ST. AUGUSTINE, FL 32086 | | Claim Number: 9591<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $93,770.40 | | |
| UNSECURED | Claimed: | $6,229.60 | | |

| DUFFY, RAYMOND G<br>240 CARLYLE LAKE DRIVE<br>ST LOUIS, MO 63141 | | Claim Number: 10446<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $139,255.00 | Scheduled: | $109,221.69 |

| DUFFY, RAYMOND G<br>240 CARLYLE LAKE DRIVE<br>ST LOUIS, MO 63141 | | Claim Number: 10447<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $208,984.00 | Scheduled: | $160,591.31 |

| DUFFY, RAYMOND G<br>240 CARLYLE LAKE DRIVE<br>ST LOUIS, MO 63141 | | Claim Number: 11049<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9033 (04/25/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $705,326.00 | | |

| DUFRESNE, GUY G.<br>C/O KOSKIE & MINSKY LLP<br>BARRISTERS & SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 13017<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | |
| UNSECURED | Claimed: | $879,987.18 | Scheduled: | $631,226.52 |

| DUGGAN, JAMES<br>13448 COLLEN RD<br>JACKSONVILLE, FL 32218 | | Claim Number: 8518-01<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $220,750.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DUGGAN, JAMES
13448 COLLEN RD
JACKSONVILLE, FL 32218

Claim Number: 8518-02
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | | |

---

DUGGAN, JAMES
ATTN: JAMES SORENSON, ESQ
WILLIAMS GAUTIER GWYNN DELOACH &SORENSON
PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10660
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $48,223.78 | | |

---

DUGGAN, JAMES R
13448 COLLEN ROAD
JACKSONVILLE, FL 32218

Claim Number: 5515
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $61.25 | | |
| SECURED | Claimed: | $220,750.00 | | |
| TOTAL | Claimed: | $220,750.00 | | |

---

DUGGAN, JAMES R.
C/O JAMES E. SORENSON, ESQ.
WILLIAMS, GAUTIER, GWYNN, DELOACH, &
SORENSON P.A. PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10690
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35,278.34 | | |

---

DUKE ENERGY CAROLINAS
PO BOX 1006
EC03T
CHARLOTTE, NC 28201

Claim Number: 2008
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $60,301.63 | Scheduled: | $286.75 |

---

DUKE ENERGY INDIANA
1000 E. MAIN STREET
PLAINFIELD, IN 46168

Claim Number: 2990
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,181.88 | Scheduled: | $281.44 |

---

DUKE ENERGY OHIO
139 E. 4TH STREET
CINCINNATI, OH 45201

Claim Number: 2992
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $116,826.36 | Scheduled: | $9,510.81 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| DUKE, ARCHIE A. SR.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | Claim Number: 11825<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| DUN & BRADSTREET<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 468<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $136,554.00 |
|---|---|---|

| DUN & BRADSTREET<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 1204<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $18,519.97 | Scheduled: | $18,519.97 |
|---|---|---|---|---|

| DUNAGAN & SONS INC<br>12 MEADOWOOD DR NW<br>ROME, GA 30165 | Claim Number: 742<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $3,794.24 |
|---|---|---|

| DUNBAR MILBY WILLIAMS PITTMAN & VAUGHAN<br>720 MOOREFIELD PARK DRIVE SUITE 301<br>RICHMOND, VA 23236 | Claim Number: 151<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $7,693.75 |
|---|---|---|

| DUNCAN DISPOSAL<br>1212 HARRISON AVE.<br>ARLINGTON, TX 76011 | Claim Number: 5902<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $799.54 |
|---|---|---|

| DUNCAN DISPOSAL INC<br>PO BOX 9001854<br>LOUISVILLE, KY 40290 | Claim Number: 5900<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,080.93 | Scheduled: | $2,316.56 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DUNCAN, JAMES D
11 PELICAN COVE
FRIPP ISLAND, SC 29920

Claim Number: 9863
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9033 (04/25/2011)

| UNSECURED | Claimed: | $1,655,930.00 |
|---|---|---|

---

DUNCAN, JAMES D
11 PELICAN COVE
FRIPP ISLAND, SC 29920

Claim Number: 12521
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

DUNCAN, RONNIE L
1210 FOUNTAIN AVE
BREWTON, AL 36426

Claim Number: 9580
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $27,000.00 |
|---|---|---|

---

DUNDAS FOREST PRODUCTS, INC
7550 LONGVIEW DRIVE
KENBRIDGE, VA 23944

Claim Number: 11445
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $6,819.19 | Scheduled: | $13,638.38  UNLIQ |
|---|---|---|---|---|

---

DUNEVANT TREE THINNING COMPANY
2870 ROCK MILL ROAD
DILLWYN, VA 23936-2638

Claim Number: 7579
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)

| UNSECURED | Claimed: | $15,415.03 | Scheduled: | $30,830.07  UNLIQ |
|---|---|---|---|---|

---

DUNLAP, JAMES
1754 DUMONT DRIVE
MINERAL RIDGE, OH 44440

Claim Number: 4730
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

DUNN, STEVEN
C/O FLORENCE DUNN
5738 W. 85TH ST.
BURBANK, IL 60459

Claim Number: 12284
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $300,000.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| DUNS, BARTLEY GEORGE<br>C/O KOSKIE & MINSKY LLP<br>BARRISTER & SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 13016<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | |
| PRIORITY | Claimed: | $1,638.60 | | |
| UNSECURED | Claimed: | $437,378.38 | Scheduled: | $329,903.64 |

---

| | | | | |
|---|---|---|---|---|
| DUPONT COMPANY (01)<br>PO BOX 93244<br>CHICAGO, IL 60673-3244 | | Claim Number: 9307-01<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010) | | |
| ADMINISTRATIVE | Claimed: | $4,199.00 | | |

---

| | | | | |
|---|---|---|---|---|
| DUPONT COMPANY (01)<br>PO BOX 93244<br>CHICAGO, IL 60673-3244 | | Claim Number: 9307-02<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $136.81 | | |

---

| | | | | |
|---|---|---|---|---|
| DUPUIS LOGGING INC.<br>9566 TURTLE LAKE RD.<br>POLSON, MT 59860 | | Claim Number: 319<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | |
| UNSECURED | Claimed: | $22,049.29 | Scheduled: | $44,098.58 UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| DURA BAR METAL SERVICES<br>2100 W. LAKE SHORE DRIVE<br>WOODSTOCK, IL 60098 | | Claim Number: 2880<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $319.62 | | |

---

| | | | | |
|---|---|---|---|---|
| DURACO INC<br>7400 W. INDUSTRIAL DROVE<br>FOREST PARK, IL 60130 | | Claim Number: 9728-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $41,098.06 | Scheduled: | $40,275.57 |

---

| | | | | |
|---|---|---|---|---|
| DURACO INC<br>7400 W. INDUSTRIAL DROVE<br>FOREST PARK, IL 60130 | | Claim Number: 9728-02<br>Claim Date: 08/24/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $1,486.80 | Scheduled: | $1,486.80 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| DURAN, FERNANDO<br>1813 NORTH EAST STREET<br>FLAGSTAFF, AZ 86004 | Claim Number: 6586<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| PRIORITY | Claimed: | $0.00  UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| DURANE CHISENALL LOGGING<br>5757 AL HIGHWAY 117<br>FLAT ROCK, AL 35966 | Claim Number: 2320<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| ADMINISTRATIVE | Claimed: | $12,006.89 | | |

---

| | | | | |
|---|---|---|---|---|
| DURANE CHISENALL LOGGING<br>5757 ALABAMA HWY 117<br>FLAT ROCK, AL 35966 | Claim Number: 6564<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | | |
| UNSECURED | Claimed: | $12,006.89 | Scheduled: | $24,013.78  UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| DURBIN TIMBER CO INC<br>5415 HIGHWAY 155<br>SALINE, LA 71070 | Claim Number: 5136<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | | |
| UNSECURED | Claimed: | $10,346.66 | Scheduled: | $20,693.32  UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| DURBIN, RICKY L.<br>2411 WAYNE ST<br>JONESBORO, LA 71251 | Claim Number: 10159<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| DURDEN KNIFE AND SAW INC<br>PO BOX 596<br>DONALSONVILLE, GA 39845-0596 | Claim Number: 8116<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $37,620.20 | Scheduled: | $37,620.20 |

---

| | | | | |
|---|---|---|---|---|
| DUTY, LEXON CREST<br>P.O. BOX 946<br>HODGE, LA 71247 | Claim Number: 10410<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| DUVAL ASPHALT PRODUCTS INC<br>7544 PHILLIPS HIGHWAY<br>JACKSONVILLE, FL 32256 | | Claim Number: 4790<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $16,025.82 | | Scheduled: | $15,023.00 |
| DUVAL COUNTY TAX COLLECTOR<br>HOGAN, MIKE C/O TANNEN, EDWARD C.<br>ASSISTANT GENERAL COUNSEL<br>117 W. DUVAL ST, 480 CITY HALL<br>JACKSONVILLE, FL 32202 | | Claim Number: 3033<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | |
| SECURED | Claimed: | $617,851.02   UNLIQ | | | |
| DUVAL COUNTY/CITY OF JACKSONVILLE<br>MIKE HOGAN, TAX COLLECTOR<br>C/O EDWARD C. TANNEN, ASST. GEN. COUNSEL<br>117 W. DUVAL STREET, 480 CITY HALL<br>JACKSONVILLE, FL 32202 | | Claim Number: 2271<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | |
| SECURED | Claimed: | $617,851.02 | | | |
| DWYER, JOHN M<br>1584 MARBY MILL DRIVE SW<br>NORTH CANTON, OH 44709 | | Claim Number: 9267<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| DYERSBURG GAS & WATER DEPT<br>P O BOX 1358<br>DYERSBURG, TN 38025 | | Claim Number: 6159<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5047 (02/16/2010) | | | |
| UNSECURED | Claimed: | $728.80 | | | |
| DYKES, PHILLIP<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10712<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $3,741.00 | | | |
| DYMAX SERVICE, INC.<br>4751 MUSTANG CIRCLE<br>SAINT PAUL, MN 55112 | | Claim Number: 1867<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED | Claimed: | $49,733.00 | | Scheduled: | $49,733.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

DYNAMIC DOCK & DOOR INC
P.O. BOX 372
EAST LONGMEADOW, MA 01028-0372

Claim Number: 2937
Claim Date: 05/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $563.25 |
| --- | --- | --- |

---

DYNAMIC ELECTRIC, INC.
12800 S. CICERO AVENUE
ALSIP, IL 60803

Claim Number: 2515
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $723.20 |
| --- | --- | --- |

---

DYNAMIC ELECTRIC, INC.
12800 S. CICERO AVENUE
ALSIP, IL 60803

Claim Number: 7536
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5047 (02/16/2010)

| UNSECURED | Claimed: | $723.20 |
| --- | --- | --- |

---

DYNAMIC INDUSTRIAL SERVICES INC
901 SOUTH 8TH
ST JOSEPH, MO 64503

Claim Number: 12159
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $514.00 | Scheduled: | $514.00 |
| --- | --- | --- | --- | --- |

---

DYNICS INC
4330 VARSITY DRIVE
ANN ARBOR, MI 48108

Claim Number: 6582
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)

| UNSECURED | Claimed: | $580.29 | Scheduled: | $580.29 |
| --- | --- | --- | --- | --- |

---

DYNICS INC.
ATTN:MELISSA BIERSTETEL
4330 VARSITY DR.
ANN ARBOR, MI 48108

Claim Number: 6713
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| PRIORITY | Claimed: | $580.29 |
| --- | --- | --- |

---

DYNICS INC.
MELISSA BIERSTETEL
4330 VARSITY DR.
ANN ARBOR, MI 48108

Claim Number: 8757
Claim Date: 06/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| PRIORITY | Claimed: | $580.29 |
| --- | --- | --- |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| DYNO NOBEL INC<br>17562 GUM ROAD<br>CARTHAGE, MO 64836 | | Claim Number: 4689<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | |
| SECURED | Claimed: | $85,050.00 | | |
| DYSART CORPORATION<br>60 ELM STREET<br>CANAL WINCHESTER, OH 43110 | | Claim Number: 7868<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
| UNSECURED | Claimed: | $2,818.70 | Scheduled: | $2,818.00 |
| E & A PALLETS<br>PO BOX 3927<br>MODESTO, CA 95352 | | Claim Number: 14185<br>Claim Date: 01/31/2011<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8937 (02/16/2011) | | |
| UNSECURED | Claimed: | $474,914.00 | | |
| E AND J TRAILER SALES<br>610 WAYNE PARK DRIVE<br>CINCINNATI, OH 45215 | | Claim Number: 4201<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $548.48 | Scheduled: | $548.48 |
| E B PEERLESS LTD<br>UNIT 130<br>RICHMOND, BC V7C 5C2<br>CANADA | | Claim Number: 10737<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | |
| UNSECURED | Claimed: | $1,391.42 | | |
| E C SHAW COMPANY<br>1242 WEST MEHRING WAY<br>CINCINNATI, OH 45203 | | Claim Number: 7486<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $912.36 | Scheduled: | $820.11 |
| E I DUPONT DE NEMOURS AND CO INC<br>PO BOX 2285<br>CAROL STREAM, IL 60132-2285 | | Claim Number: 9308-01<br>Claim Date: 08/21/2009<br>Debtor: CAMEO CONTAINER CORPORATION | | |
| UNSECURED | Claimed: | $16,880.68 | Scheduled: | $16,880.68 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

E I DUPONT DE NEMOURS AND CO INC
PO BOX 2285
CAROL STREAM, IL 60132-2285

Claim Number: 9308-02
Claim Date: 08/21/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 3259 (12/17/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE UNSECURED | | $40,086.19 | | $40,086.19 |

---

E I DUPONT DE NEMOURS AND CO INC
PO BOX 2285
CAROL STREAM, IL 60132-2285

Claim Number: 9320-01
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE UNSECURED | | $1,200.00 | | $16,236.48 |

---

E I DUPONT DE NEMOURS AND CO INC
PO BOX 2285
CAROL STREAM, IL 60132-2285

Claim Number: 9320-02
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $46,946.21 | | $39,965.55 |

---

E SMITH BOX INC
P O BOX 1507
CONYERS, GA 30012

Claim Number: 6696
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $10,178.28 | | $9,901.45 |

---

E W A TRUCKING, INC.
7870 MAIN ST., N.E.
FRIDLEY, MN 55432

Claim Number: 4320
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $30,276.28 |

---

E W A TRUCKING, INC.
7870 MAIN ST., N.E.
FRIDLEY, MN 55432

Claim Number: 12371
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8408 (08/18/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $21,676.78 |

---

E&C INSULATION
12764 OAK LAKE CT
MIDLOTHIAN, VA 23112-3979

Claim Number: 5378
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $1,900.00 | | $3,600.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| E&E ULTIMATE TOUCH CLEANING<br>15 ST. REGIS CIRCLE<br>SALINAS, CA 93905 | Claim Number: 2589<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $9,625.00 | Scheduled: | $9,625.00 |
|---|---|---|---|---|

| E. SMITH BOX, INC.<br>P.O. BOX 1507<br>CONYERS, GA 30012-7607 | Claim Number: 712<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $10,178.28 |
|---|---|---|

| E.E.U. INC.<br>C/O MICHAEL ROBL<br>104 CAMBRIDGE AVE<br>DECATUR, GA 30084 | Claim Number: 11957<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| SECURED | Claimed: | $198,000.00    UNLIQ |
|---|---|---|

| E.E.U., INC.<br>FRANCESCA MACCHIAVERNA, ESQ.<br>PO BOX 8472<br>SAVANNAH, GA 31412 | Claim Number: 2020<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $201,000.16 |
|---|---|---|

| E.E.U., INC.<br>C/O MICHAEL ROBL<br>1047 CAMBRIDGE AVE<br>DECATUR, GA 30030 | Claim Number: 12026<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) |
|---|---|

| SECURED<br>UNSECURED | Claimed: | $198,000.00    UNLIQ | Scheduled: | $198,000.00 |
|---|---|---|---|---|

| E.J. CADY & CO.<br>135 SO. WHEELING RD.<br>WHEELING, IL 60090 | Claim Number: 1672<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $1,067.62 | Scheduled: | $1,067.62 |
|---|---|---|---|---|

| E.L. EPPERSON INC.<br>PO BOX 421326<br>MIDDLETOWN, OH 45042-7760 | Claim Number: 9009<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $13,616.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| E.L. SIMETH CO INC<br>403 SOUTH HAWLEY ROAD<br>MILWAUKEE, WI 53214 | Claim Number: 7090<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $500.75 | Scheduled: | $500.75 |
|---|---|---|---|---|

| E.S. CONSTANT COMPANY<br>17260 N.E. SACRAMENTO<br>PORTLAND, OR 97230 | Claim Number: 5878<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $9,555.47 | Scheduled: | $9,555.47 |
|---|---|---|---|---|

| EAGLE CONSTRUCTION AND ENVIRONMENTAL<br>SERVICES, L.P.<br>P.O. BOX 872<br>EASTLAND, TX 76448 | Claim Number: 1823<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $21,836.79 | Scheduled: | $9,830.09 |
|---|---|---|---|---|

| EAGLE MOUNTAIN - SAGINAW<br>ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | Claim Number: 9<br>Claim Date: 02/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) |
|---|---|

| SECURED | Claimed: | $1,530.15 |
|---|---|---|

| EAGLE SUPPLY & PLASTICS INC<br>PO BOX 1196<br>APPLETON, WI 54912 | Claim Number: 5686<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $847.10 | Scheduled: | $847.10 |
|---|---|---|---|---|

| EAGLE TECHNOLOGY<br>11019 N TOWNE SQUARE RD STE 8<br>MEQUON, WI 53092-5015 | Claim Number: 11612<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8687 (10/25/2010) |
|---|---|

| UNSECURED | Claimed: | $31,980.00 |
|---|---|---|

| EAGLE TECHNOLOGY INC.<br>ATTN: HARSHAD SHAH<br>11019 N TOWNE SQUARE RD.<br>MEQUON, WI 53092 | Claim Number: 2662<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $31,980.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

EAGLE/MARK IV EQUIPMENT INC
PO BOX 946
MANSFIELD, OH 44901

Claim Number: 3984
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,596.32 | Scheduled: | $5,595.41 |

EAM_MOSCA CORP.
675 HAYCEE DRIVE
HAZLETON, PA 18202

Claim Number: 2622
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $759,861.79 |

EARL HORNE INC
PO BOX 2608
JACKSONVILLE, FL 32203-2608

Claim Number: 5215
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $840.00 |

EARTH CIRCLE RECYCLING
PO BOX 3505
SAINT LOUIS, MO 63143

Claim Number: 4447
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,122.35 | Scheduled: | $1,122.35  UNLIQ |

EARTH ENVIRONMENTAL SERVICES
PO BOX 2733
WEAVERVILLE, NC 28787-2733

Claim Number: 1859
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,804.00 |

EARTH ENVIRONMENTAL SERVICES
PO BOX 1177
MARSHALL, NC 28753

Claim Number: 4185
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 4131 (01/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,804.00 |

EAST BAY MUNICIPAL UTILITY DIST (EBMUD)
EBMUD PAYMENT CENTER
OAKLAND, CA 94649

Claim Number: 5245
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,421.98 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

EAST CAROLINA SUPPLY CO.
EAST U.S. 64
P.O.BOX 667
PLYMOUTH, NC 27962

Claim Number: 7361
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $3,377.16 | Scheduled: | $4,991.76 |
|---|---|---|---|---|

---

EAST COAST STEEL INC
317 SALINA
SEWELL, NJ 08080

Claim Number: 3831
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,254.25 | Scheduled: | $2,254.25 |
|---|---|---|---|---|

---

EAST COAST SURVEYS
334 DOVER STREET
ATTN: RENEE LEBRETON
CAMPBELLTON, NB E3N 3M6
CANADA

Claim Number: 8767
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $16,548.84 | Scheduled: | $8,805.97 |
|---|---|---|---|---|

---

EAST COAST SURVEYS
334 DOVER STREET
ATTN: RENEE LEBRETON
CAMPBELLTON, NB E3N 3M6
CANADA

Claim Number: 8768
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $18,284.72 |
|---|---|---|

---

EAST END TAXI (1980) 438113 ONTARIO INC
1436 KINGSTON RD.
SCARBOROUGH, ON M1N 1R3
CANADA

Claim Number: 8228
Claim Date: 07/08/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $48.83 | Scheduled: | $48.25 |
|---|---|---|---|---|

---

EAST PENN RAILROAD, LLC
505 SOUTH BROAD ST
KENNETT SQUARE, PA 19348

Claim Number: 2404
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $38,320.00 |
|---|---|---|

---

EASTENN WAREHOUSE & DISTRIBUTION
CONNIE SMITH
2006 HOITT AVENUE
KNOXVILLE, TN 37917

Claim Number: 849
Claim Date: 02/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $13,077.95 | Scheduled: | $20,577.95 UNLIQ |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

EASTERN HYD. & POWER TRANSMISSION
PO BOX 552
ROCKY MOUNT, NC 27802-0552

Claim Number: 3820
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7555 (05/10/2010)

| UNSECURED | Claimed: | $333.24 | Scheduled: | $306.24 |

---

EASTERN HYDRAULIC & POWER TRANSMISSION
ATTN: WENDY RACKLEY
PO BOX 552
ROCKY MOUNT, NC 27802-0552

Claim Number: 8193
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8093 (06/21/2010)

| UNSECURED | Claimed: | $0.00   UNDET |

---

EASTERN LIFT TRUCK CO, INC
PO BOX 307
MAPLE SHADE, NJ 08052-0307

Claim Number: 11681
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $3,925.37 | Scheduled: | $4,108.36 |

---

EASTERN SHEET METAL COMPANY, INC.
PO BOX 1554
MUSKOGEE, OK 74402

Claim Number: 2180
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $23,001.00 |

---

EASTERN SHEET METAL COMPANY, INC.
PO BOX 1554
MUSKOGEE, OK 74402

Claim Number: 11665
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)

| UNSECURED | Claimed: | $14,999.00 | Scheduled: | $14,999.00 |

---

EASTERN SHORE FOREST PRODUCTS INC
3667 ST LUKES RD
SALISBURY, MD 21804

Claim Number: 7708
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $33,771.38 |

---

EASTERN SHORE FOREST PRODUCTS, INC
3667 ST. LUKES ROAD
SALISBURY, MD 21804

Claim Number: 7926
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $33,771.38 | Scheduled: | $67,542.77  UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| EASTON, SANDERSON & CO<br>300 E STATE STREET<br>JACKSONVILLE, FL 32202 | Claim Number: 4364<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $306,511.15 | |

| EASTON, SANDERSON AND CO.<br>300 EAST STATE STREET<br>JACKSONVILLE, FL 32202 | Claim Number: 4365<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $306,511.15 | Scheduled: $20,952.14 |

| EASTON, SANDERSON AND CO.<br>300 EAST STATE STREET<br>JACKSONVILLE, FL 32202 | Claim Number: 4366<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $306,511.15 | |

| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1534<br>Claim Date: 03/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $306.93 | Scheduled: $65.21 |

| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1899<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,418.45 | Scheduled: $2,499.03 |

| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1900<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $70.15 | |

| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1901<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $51.91 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1902<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|
| UNSECURED          Claimed: | $75.53 |

| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1903<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|
| UNSECURED          Claimed: | $20.37 |

| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1904<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|
| UNSECURED          Claimed: | $71.17 |

| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1905<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|
| UNSECURED          Claimed: | $387.20 |

| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1906<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|
| UNSECURED          Claimed: | $220.06 |

| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1907<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|
| UNSECURED          Claimed: | $124.37 |

| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1908<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|
| UNSECURED          Claimed: | $99.59 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | |
|---|---|---|
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | | Claim Number: 1909<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $70.66 |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | | Claim Number: 1910<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $70.02 |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | | Claim Number: 1911<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $50.38 |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | | Claim Number: 1912<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $20.22 |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | | Claim Number: 1913<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $20.72 |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | | Claim Number: 1914<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $57.37 |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | | Claim Number: 1915<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $71.32 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1916<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $273.35 | | |
|---|---|---|---|---|

| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1917<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $173.84 | | |
|---|---|---|---|---|

| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1918<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $21.55 | | |
|---|---|---|---|---|

| EATON ELECTRICAL  INC<br>C/O EATON CORPORATION<br>ATTN: GLOBAL TRADE CREDIT<br>1111 SUPERIOR AVENUE<br>CLEVELAND, OH 44114 | Claim Number: 10525<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $10,960.00 | Scheduled: | $1,800.00 |
|---|---|---|---|---|

| EATON ELECTRICAL INC<br>C/O EATON CORPORATION<br>ATTN: GLOBAL TRADE CREDIT<br>1111 SUPERIOR AVENUE<br>CLEVELAND, OH 44114 | Claim Number: 10527<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $742.98 | | |
|---|---|---|---|---|

| EATON HYDRAULIC LLC<br>C/O EATON CORPORATION<br>ATTN: GLOBAL TRADE CREDIT<br>1111 SUPERIOR AVENUE<br>CLEVELAND, OH 44114 | Claim Number: 10526<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $53.69 | Scheduled: | $30,588.25 |
|---|---|---|---|---|

| ECHENBERG, PAUL S.<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 13014<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $1,638.60 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $82,952.65 | Scheduled: | $678,588.93 |
| TOTAL | Claimed: | $831,165.10 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ECHEVARRIA, RAUL<br>2800 EMMAUS AVE<br>ZION, IL 60099 | Claim Number: 8844<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

| ECHEVARRIA, RAUL<br>C/O DWORKIN & MACIAVIELLO<br>ATTN: JOHN S. ELIASIK<br>134 N. LASALLE, STE 1515<br>CHICAGO, IL 60602 | Claim Number: 12464<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

| ECHO TAPE<br>9001 AVON<br>SUITE 100<br>MONTREAL, QC H4X 2G8<br>CANADA | Claim Number: 6791<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC. |
|---|---|

| UNSECURED | Claimed: | $1,123.20 | Scheduled: | $1,872.00 |
|---|---|---|---|---|

---

| ECHO TAPE USA, INC.<br>9001  RUE AVON, SUITE 100<br>MONTREAL, QC H4X 2G8<br>CANADA | Claim Number: 6793-01<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>Claim out of balance |
|---|---|

| ADMINISTRATIVE | Claimed: | $29,203.96 | | |
|---|---|---|---|---|

---

| ECHO TAPE USA, INC.<br>9001  RUE AVON, SUITE 100<br>MONTREAL, QC H4X 2G8<br>CANADA | Claim Number: 6793-02<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>Claim out of balance |
|---|---|

| UNSECURED | Claimed: | $56,584.13 | Scheduled: | $31,738.00 |
|---|---|---|---|---|

---

| ECKHOFF, WAYNE A<br>1329 RAINBOW DRIVE<br>WATERLOO, IA 50701 | Claim Number: 7367<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

| ECOLAB INC.<br>655 LONE OAK DRIVE<br>BLDG A-1<br>EAGAN, MN 55121 | Claim Number: 3092<br>Claim Date: 05/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $11,068.47 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,860.17 | Scheduled: | $16,354.55 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ECONO PRODUCTS, INC.<br>PO BOX 10458<br>ATTN: PETER MAY<br>ROCHESTER, NY 14610 | Claim Number: 12310<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $10,874.00 |

---

| ECONOMY TRANSPORT INC<br>ATTN: REBECCA C. JOHNSON, ESQ.<br>12755 E. NINE MILE ROAD<br>WARREN, MI 48089 | Claim Number: 6090<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $106,436.93 | Scheduled: | $85,435.24 |

---

| ECONOTECH SERVICES LTD<br>852 DERWENT WAY<br>DELTA, BC V3M 5R1<br>CANADA | Claim Number: 7874<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $5,116.00 | Scheduled: | $5,116.00 |

---

| ECONOTECH SERVICES LTD<br>ATTN: JOANNE STEWART<br>852 DERWENT WAY<br>DELTA, BC V3M 5R1<br>CANADA | Claim Number: 12624<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $2,210.88 | Scheduled: | $2,217.16 |

---

| ED ABBOTT LOGGING<br>32100 HOOKSET LANE<br>BONNER, MT 59823 | Claim Number: 525<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7653 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,594.81 |

---

| ED CHEFF LOGGING<br>BOX 16386<br>MISSOULA, MT 59808 | Claim Number: 2241<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $13,343.62 |

---

| ED GARVEY + COMPANY<br>7400 N LEHIGH AVE<br>NILES, IL 60714 | Claim Number: 14026<br>Claim Date: 05/19/2010<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8614 (10/12/2010) |
|---|---|

| UNSECURED | Claimed: | $37,570.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ED PEW TIMBER CO INC<br>PO BOX 239<br>DARLINGTON, SC 29532 | | Claim Number: 5849<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,215.28 | Scheduled: | $14,430.56 UNLIQ |

| ED PEW TIMBER CO INC<br>PO BOX 239<br>DARLINGTON, SC 29532 | | Claim Number: 13532<br>Claim Date: 10/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,215.28 | | |
| UNSECURED | Claimed: | $7,215.28 | | |

| ED PEW TIMBER CO INC<br>PO BOX 239<br>DARLINGTON, SC 29532 | | Claim Number: 13652<br>Claim Date: 12/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7943 (06/09/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,215.28 | | |

| ED PEW TIMBER CO INC<br>PO BOX 239<br>DARLINGTON, SC 29532 | | Claim Number: 13729<br>Claim Date: 01/05/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,430.56 | | |

| EDELSTEIN DIVERSIFIED CO. LTD.<br>9001 AVON<br>SUITE 100<br>ATTN: MALCOLM MATTHEW<br>MONTREAL, QC H4X-2G8<br>CANADA | | Claim Number: 8783-01<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 4964 (02/12/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $52,794.37 | Scheduled: | $29,006.60 |

| EDELSTEIN DIVERSIFIED CO. LTD.<br>9001 AVON<br>SUITE 100<br>ATTN: MALCOLM MATTHEW<br>MONTREAL, QC H4X-2G8<br>CANADA | | Claim Number: 8783-02<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 4964 (02/12/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $9,563.40 | | |

| EDELSTEIN DIVERSIFIED SPECIALTIES, LTD<br>P. O. BOX 2095<br>CHAMPLAIN, NY 12919 | | Claim Number: 6790<br>Claim Date: 07/30/2009<br>Debtor: CALPINE CORRUGATED, LLC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,816.75 | Scheduled: | $198,407.57 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| EDELSTEIN DIVERSIFIED SPECIALTIES, LTD<br>9001 AVON<br>SUITE 100<br>MONTREAL, QC H4X 2G8<br>CANADA | | Claim Number: 6792<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,008.24 | | |
| UNSECURED | Claimed: | $9,312.90 | | |

| EDGE CONTRUCTION SUPPLY INC<br>PO BOX 3437<br>SPOKANE, WA 99220-3437 | | Claim Number: 4431<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,698.63 | Scheduled: | $5,542.35 |

| EDHOLM, ANDREA<br>2626 S LOCUST RD<br>SOUTH BEND, IN 46614 | | Claim Number: 6884<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | |

| EDITING INK LLC<br>PRINCIPAL<br>CYNTHIA L. WAGNER<br>4866 THEISS RD<br>SAINT LOUIS, MO 63128 | | Claim Number: 837<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7652 (05/18/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,788.75 | |

| EDMONDS, ROBERT P<br>78 FENWICK STREET<br>SPRINGFIELD, MA 01109 | | Claim Number: 8444<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
|---|---|---|---|
| PRIORITY | Claimed: | $75,000.00 | |

| EDMONDS, ROBERT P<br>78 FENWICK STREET<br>SPRINGFIELD, MA 01109 | | Claim Number: 8666<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $75,000.00 | |

| EDMONDS, ROBERT P<br>78 FENWICK STREET<br>SPRINGFIELD, MA 01109 | | Claim Number: 13400<br>Claim Date: 10/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $75,000.00 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

EDMONDS, ROBERT PAUL
744 SAINT JAMES AVE APT 8
SPRINGFIELD, MA 01104-2815

Claim Number: 12366
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $75,000.00 | | |

---

EDMONDS, ROBERT PAUL
78 FENWICK ST.
SPRINGFIELD, MA 01109

Claim Number: 13479
Claim Date: 10/07/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $75,000.00 | | |

---

EDNEY ENTERPRISES INC
2111 E CENTRAL COURT
SPRINGFIELD, MO 65802

Claim Number: 13700
Claim Date: 12/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $641.30 | | |

---

EDWARD MEYER
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10965
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8391 (08/16/2010)

| UNSECURED | Claimed: | $50,000.00 | | |

---

EDWARD S. BABCOCK & SONS INC.
6100 QUAIL VALLEY COURT
RIVERSIDE, CA 92507

Claim Number: 3541
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $389.00 | Scheduled: | $349.00 |

---

EDWARD W ENGS II
1210 HILLSIDE ROAD
PASADENA, CA 91105

Claim Number: 4607
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| UNSECURED | Claimed: | $7,035.00 | Scheduled: | $7,035.00 |

---

EDWARDS ELECTRICAL AND MECHANICAL
ATTN: KAY MAHANEY
2350 NORTH SHADELAND AVE.
INDIANAPOLIS, IN 46219

Claim Number: 4637
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,260.00 | Scheduled: | $1,260.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

EDWARDS INC
4119 SHEEP PASTURE RD
SPRING HOPE, NC 27882

Claim Number: 5216
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $310.00 | Scheduled: | $310.00 |
|---|---|---|---|---|

EDWARDS, JAMES RAY
P.O. BOX 1836
BREWTON, AL 36427

Claim Number: 13944
Claim Date: 03/29/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| PRIORITY | Claimed: | $8,500.00 | | |
|---|---|---|---|---|

EDWARDS, RICKY
1221 DRESSAGE RIDGE NE
CONYERS, GA 30013

Claim Number: 1763
Claim Date: 03/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $4,000.00 | | |
|---|---|---|---|---|

EFP LLC
P.O. BOX 2368
ELKHART, IN 46515

Claim Number: 696
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7555 (05/10/2010)

| UNSECURED | Claimed: | $1,241.50 | Scheduled: | $1,241.50 |
|---|---|---|---|---|

EFS NETWORK
5959 W. LAS POSITAS BLVD
PLEASANTON, CA 94588

Claim Number: 2572
Claim Date: 04/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7452 (05/04/2010)

| UNSECURED | Claimed: | $2,093.94 | Scheduled: | $984.24 |
|---|---|---|---|---|

EGAN, J J
342 S ELIZABETH ST
LOMBARD, IL 60148

Claim Number: 11199
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

EGEE, STEVEN
322 NORTH PINEVIEW CIRCLE
BREWTON, AL 36426

Claim Number: 10466
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

EII LIMITED
ATTN: SANDRA MCCRUDDEN
1124 NORTHSIDE ROAD
BURLINGTON, ON L7M 1H4
CANADA

Claim Number: 13189
Claim Date: 08/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| UNSECURED | Claimed: | $44,289.63 | | |
|---|---|---|---|---|

---

EII LIMITED, OPERATING AS:
OVAL INTERNATIONAL DIV. OF EII LTD
1124 NORTHSIDE ROAD
ATTN: SANDRA MCCRUDDEN
BURLINGTON, ON L7M 1H4
CANADA

Claim Number: 8679
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $44,203.84 | | |
|---|---|---|---|---|

---

EILAND, THOMAS G
15424 HWY 89
JAY, FL 32565

Claim Number: 9527
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

EIR
PO BOX 844
REDMOND, WA 98073

Claim Number: 6684
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $110.00 | Scheduled: | $110.00 |
|---|---|---|---|---|

---

EISELEIN LOGGING INC
PO BOX 91
ROUNDUP, MT 59072

Claim Number: 4279
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $6,927.12 | Scheduled: | $13,854.24  UNLIQ |
|---|---|---|---|---|

---

EISELEIN LOGGING, INC.
PO BOX 91
ROUNDUP, MT 59072

Claim Number: 78
Claim Date: 02/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $13,584.24 | | |
|---|---|---|---|---|

---

EISENMANN CORPORATION
150 E DARTMOOR DR
CRYSTAL LAKE, IL 60014

Claim Number: 3350
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $7,488.00 | Scheduled: | $5,626.18 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| EKA CHEMICALS, INC. | Claim Number: 2876 |
| C/O THOMPSON HINE LLP | Claim Date: 05/11/2009 |
| LAWRENCE T. BURICK, ESQ. | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| P.O. BOX 8801 | Comments: EXPUNGED |
| DAYTON, OH 45401-8801 | DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $294,680.50 |

---

| EKA CHEMICALS, INC. | Claim Number: 4041 |
| C/O SUE GAUMER | Claim Date: 05/08/2009 |
| 1775 WEST OAK COMMONS COURT | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| MARIETTA, GA 30062 | Comments: DOCKET: 1866 (09/04/2009) |

| ADMINISTRATIVE | Claimed: | $64,201.00 |

---

| EL PASO DISPOSAL | Claim Number: 4643 |
| PO BOX 20179 | Claim Date: 07/13/2009 |
| EL PASO, TX 79998 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: EXPUNGED |
| | DOCKET: 6647 (04/07/2010) |

| UNSECURED | Claimed: | $14,552.93 | Scheduled: | $10,182.17 |

---

| EL PASO PHOENIX PUMPS, INC. | Claim Number: 127 |
| 26 BUTTERFIELD TRAIL BLVD | Claim Date: 02/09/2009 |
| EL PASO, TX 79906 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $4,074.40 | Scheduled: | $18,162.14 |

---

| EL PASO PHOENIX PUMPS, INC. | Claim Number: 128 |
| 26 BUTTERFIELD TRAIL BLVD | Claim Date: 02/09/2009 |
| EL PASO, TX 79906 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $10,717.00 |

---

| ELDER CREEK RECYCLING | Claim Number: 7057 |
| 8780 ELDER CREEK RD. | Claim Date: 08/03/2009 |
| SACRAMENTO, CA 95828 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $2,469.08 | Scheduled: | $62,340.42 |

---

| ELDUND, LAURETTA | Claim Number: 11890 |
| 14929 LA CUMBRE DRIVE | Claim Date: 08/28/2009 |
| PACIFIC PALISADES, CA 90272 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 2343 (10/20/2009) |

| UNSECURED | Claimed: | $19,397.38 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ELECTRIC COMPANY<br>ATTN: KATHY BARTON<br>100 N STANTON<br>EL PASO, TX 79901 | Claim Number: 10625<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $88,188.77 | Scheduled: | $19,519.85 |
|---|---|---|---|---|

| ELECTRIC MOTOR + SERVICE CO.<br>PO BOX 667<br>ZANESVILLE, OH 43702 | Claim Number: 3478<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $78,348.86 | Scheduled: | $81,585.29 |
|---|---|---|---|---|

| ELECTRIC MOTOR CORP<br>3865 N MILWAUKEE AVENUE<br>CHICAGO, IL 60641 | Claim Number: 4293<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $412.50 | Scheduled: | $412.50 |
|---|---|---|---|---|

| ELECTRIC MOTOR SALES & SUPPLY<br>1724 CENTRAL AVE<br>CHATTANOOGA, TN 37408 | Claim Number: 12253<br>Claim Date: 09/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,639.12 |
|---|---|---|
| UNSECURED | Claimed: | $91,129.79 |

| ELECTRIC SERVICE AND SALES<br>PO BOX 21605<br>GREENSBORO, NC 27420 | Claim Number: 3636<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,953.02 | Scheduled: | $2,538.09 |
|---|---|---|---|---|

| ELECTRIC SERVICE AND SALES CO.<br>P.O. BOX 21605<br>GREENSBORO, NC 27420 | Claim Number: 2749<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,953.02 |
|---|---|---|

| ELECTRIC SUPPLY CO INC<br>PO BOX 787<br>SIOUX FALLS, SD 57101-0787 | Claim Number: 7481<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,881.76 | Scheduled: | $1,881.76 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ELECTRIC SUPPLY CO.<br>105 N. FAIRFAX AVE.<br>SIOUX FALLS, SD 57104 | Claim Number: 2981<br>Claim Date: 05/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |

| ADMINISTRATIVE | Claimed: | $2,893.14 |
| UNSECURED | Claimed: | $1,970.64 |

---

| ELECTRICAL CONSULTING SOLUTIONS<br>218 OLD STATE ROAD<br>MENLO, GA 30731 | Claim Number: 2766<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $3,806.50 | Scheduled: | $3,806.50 |

---

| ELECTRICAL REPAIR TECHNOLOGY LLC<br>5323 WOODSIDE DR<br>ERIE, PA 16505 | Claim Number: 5693<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $23,396.16 |

---

| ELECTRICAL SERVICES CO<br>9835 KITTY LANE<br>OAKLAND, CA 94603 | Claim Number: 5625<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $11,474.00 | Scheduled: | $7,227.29 |

---

| ELECTRO MEC INC<br>PO BOX 601492<br>CHARLOTTE, NC 28260-1492 | Claim Number: 6091<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $1,375.00 | Scheduled: | $1,375.00 |

---

| ELECTRO MECHANICAL HANDLING<br>PO BOX 11348<br>LYNCHBURG, VA 24506 | Claim Number: 3705<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $307.95 | Scheduled: | $307.95 |

---

| ELECTRO-MECHANICAL RESOURCES, INC<br>103 W MARTIN<br>ABINGDON, IL 61410 | Claim Number: 5485<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $1,500.00 |

---

**SMURFIT-STONE CONTAINER CORPORATION**
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ELECTROLAB TRAINING SYSTEMS<br>335 UNIVERSITY AVE<br>P.O. BOX 320<br>BELLEVILLE, ON K8N 5A5<br>CANADA | Claim Number: 5593<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>Claim is for 556.98 Canadian Dollars. |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $450.96 |
|---|---|---|---|---|

---

| ELECTROLAB TRAINING SYSTEMS<br>335 UNIVERSITY AVE<br>P.O. BOX 320<br>BELLEVILLE, ON K8N 5A5<br>CANADA | Claim Number: 5594<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $7,585.00 | Scheduled: | $7,585.00 |
|---|---|---|---|---|

---

| ELECTRON MACHINE CORP., THE<br>ATTN: MICHAEL JOHNSON<br>PO BOX 2349<br>UMATILLA, FL 32784-2349 | Claim Number: 4166<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $22,441.18 | Scheduled: | $22,441.18 |
|---|---|---|---|---|

---

| ELECTRONIC DRIVE SERVICES, INC<br>P.O. BOX 640<br>PELHAM, AL 35124 | Claim Number: 886<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $6,459.00 | Scheduled: | $6,459.00 |
|---|---|---|---|---|

---

| ELEETS TRANSPORTATION<br>3131 ST. JOHNS BLUFF RD. S.<br>JACKSONVILLE, FL 32246 | Claim Number: 379<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $61,236.44 | Scheduled: | $52,874.12 |
|---|---|---|---|---|

---

| ELGIN RECYCLING, INC.<br>46 E END DR<br>GILBERTS, IL 60136-9731 | Claim Number: 660<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,808.34 | Scheduled: | $970.00 |
|---|---|---|---|---|

---

| ELKHART COUNTY TREASURER<br>117 N. SECOND ST., RM 201<br>GOSHEN, IN 46526 | Claim Number: 917<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| PRIORITY | Claimed: | $791.46 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ELLIOT ELECTRIC SUPPLY<br>PO BOX 630610<br>NACOGDOCHES, TX 75963 | Claim Number: 7568<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,774.09   UNLIQ | Scheduled: | $5,081.41 |

| ELLIOTT COMPANY<br>901 N. FOURTH STREET<br>JEANNETTE, PA 15644 | Claim Number: 13083<br>Claim Date: 09/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $119,852.75 | Scheduled: | $119,852.75 |

| ELLIOTT ELECTRIC SUPPLY<br>P.O. BOX 630610<br>NACOGDOCHES, TX 75963 | Claim Number: 7548<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $516.51 | |

| ELLIOTT TURBOMACHINERY CAN INC<br>PO BOX 9543<br>TORONTO, ON M5W 2K3<br>CANADA | Claim Number: 12622<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $303.87 | Scheduled: | $303.87 |

| ELLIOTT TURBOMACHINERY CANADA INC.<br>ATTN: RALPH DICKIE<br>955 MAPLE AVENUE<br>BURLINGTON, ON L7S 2J4<br>CANADA | Claim Number: 12623<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: POSSIBLE DUPLICATE OF 12622 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $303.87 | |

| ELLIOTT, CHARLES L<br>303 FERNWOOD CT.<br>WESTMONT, IL 60559 | Claim Number: 5418<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | |

| ELLIOTT, SARAH<br>211 BLACKWELL FARM RD.<br>CHATTANOOGA, TN 37421 | Claim Number: 5766<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ELLIS, BARRY WAYNE<br>29700 HWY. 31<br>BREWTON, AL 36426 | Claim Number: 14081<br>Claim Date: 08/06/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|
| PRIORITY            Claimed: | $10,950.00 |

---

| ELLIS, TERRY L<br>17815 SOUTH ANGELINE AVE NE<br>SUQUAMISH, WA 98392 | Claim Number: 4613<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| PRIORITY            Claimed: | $0.00   UNLIQ |

---

| ELLISON, JAMES<br>59 ANDOVER BLVD N.W.<br>ANDOVER, MN 55304 | Claim Number: 5323<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNLIQ |

---

| ELLISOR, LEXIE E<br>1905 E 31ST STREET, ST. PLACE<br>CHATTANOOGA, TN 37407 | Claim Number: 7068<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| PRIORITY            Claimed: | $0.00   UNLIQ |

---

| ELM ELECTRICAL INC<br>68 UNION STREET<br>WESTFIELD, MA 01085 | Claim Number: 11001<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|
| UNSECURED            Claimed:            $30,986.69            Scheduled:            $30,986.69 | |

---

| ELMHULT LIMITED PARTNERSHIP<br>IKEA SEATTLE<br>601 W 41ST STREET<br>RENTON, WA 98057 | Claim Number: 656<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|
| UNSECURED            Claimed: | $903.25 |

---

| EMBRY, JAMES S<br>2302 RENO AVE<br>NEW ALBANY, IN 47150 | Claim Number: 11456<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| EMCO CHEMICAL DISTRIBUTORS<br>2100 COMMONWEALTH AV<br>NORTH CHICAGO, IL 60064 | Claim Number: 8073<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | |
| SECURED | Claimed: | $13,736.55 | | |
| TOTAL | Claimed: | $13,736.75 | | |
| EMERALD PAPER GROUP, LLC<br>PO BOX 191<br>FAIRVIEW VILLAGE, PA 19409 | Claim Number: 3232<br>Claim Date: 06/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | |
| UNSECURED | Claimed: | $30,444.70 | Scheduled: | $30,258.00 |
| EMERGENCY EQUIPMENT SERVICE<br>2718 MIKE PADGETT HWY<br>AUGUSTA, GA 30906 | Claim Number: 3894<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $564.65 | Scheduled: | $559.25 |
| EMERGENCY RESPONSE SERVICE<br>PO BOX 680618<br>FORT PAYNE, AL 35968 | Claim Number: 13696<br>Claim Date: 12/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $43,600.00 | Scheduled: | $43,600.00 |
| EMERGENCY RESPONSE SERVICES, INC.<br>P.O. BOX 680618<br>FORT PAYNE, AL 35968 | Claim Number: 1057<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED | Claimed: | $43,600.00 | | |
| EMERSON AND CLEMENTS WOODWARD INC<br>PO BOX 171<br>DILLWYN, VA 23936 | Claim Number: 7863<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) | | | |
| ADMINISTRATIVE | Claimed: | $104,979.45 | | |
| EMERSON AND CLEMENTS WOODYARD INC<br>PO BOX 171<br>DILLWYN, VA 23936 | Claim Number: 4021<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7716 (05/21/2010) | | | |
| ADMINISTRATIVE | Claimed: | $52,489.72 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| EMERSON AND CLEMENTS WOODYARD INC<br>PO BOX 171<br>DILLWYN, VA 23936 | Claim Number: 4022<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
|---|---|---|---|
| ADMINISTRATIVE        Claimed: | $104,979.45 | | |

| EMERSON BOILER<br>P.O. BOX 249<br>LITCHFIELD PARK, AZ 85340 | Claim Number: 2902<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|
| UNSECURED        Claimed: | $16,326.35 | | |

| EMERSON BOILER INC<br>PO BOX 249<br>LITCHFIELD PARK, AZ 85340 | Claim Number: 8617<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED        Claimed: | $15,699.35 | Scheduled: | $17,073.05 |

| EMERSON BOILER INC.<br>ATTN: CATHERINE SENIOR<br>PO BOX 249<br>LITCHFIELD PARK, AZ 85340 | Claim Number: 12410<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED        Claimed: | $15,699.35 | | |

| EMERSON PROCESS MANAGEMENT LLLP<br>C/O ADELINE ROSEMBER, EMERSON PROCESS<br>MANAGEMENT LLLP<br>12001 TECHNOLOGY DRIVE<br>EDEN PRAIRIE, MN 55344 | Claim Number: 2655<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE        Claimed:<br>UNSECURED | $0.00<br>$6,277.00 | | |

| EMERSON PROCESS MANAGEMENT LLP<br>C/O ADELINE ROSEMBER, EMERSON PROCESS<br>MANAGEMENT LLLP<br>12001 TECHNOLOGY DRIVE<br>EDEN PRAIRIE, MN 55344 | Claim Number: 2656-01<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3195 (12/16/2009) | | |
|---|---|---|---|
| UNSECURED        Claimed: | $34.46 | Scheduled: | $2,295.00 |

| EMERSON PROCESS MANAGEMENT LLP<br>C/O ADELINE ROSEMBER, EMERSON PROCESS<br>MANAGEMENT LLLP<br>12001 TECHNOLOGY DRIVE<br>EDEN PRAIRIE, MN 55344 | Claim Number: 2656-02<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) | | |
|---|---|---|---|
| ADMINISTRATIVE        Claimed: | $2,340.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

EMICC INC
PO BOX 551
PERRY, GA 31069

Claim Number: 4139
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)

| UNSECURED | Claimed: | $10,530.34 | Scheduled: | $10,971.34 |
|---|---|---|---|---|

---

EMLEX CONSTRUCTION CO INC
REMOVE
P.O.BOX 949
VINTON, VA 24179

Claim Number: 7621
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| SECURED | Claimed: | $20,032.00 |
|---|---|---|

---

EMMONS, CHRISTOPHER D
241 BOONEVILLE RD
ATMORE, AL 36502

Claim Number: 9989
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

EMMONS, ROGER D
P. O. BOX 514
CENTURY, FL 32535

Claim Number: 11427
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

EMPIRE CONTAINER CORPORATION
1161 EAST WALNUT STREET
CARSON, CA 90746

Claim Number: 479
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $17,551.89 | Scheduled: | $15,982.79 |
|---|---|---|---|---|

---

EMPIRE CORRUGATED MACHINERY, INC.
120 COCKEYSVILLE RD.
SUITE 104
HUNT VALLEY, MD 21030

Claim Number: 762
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $14,173.50 | Scheduled: | $14,173.50 |
|---|---|---|---|---|

---

EMPIRE STATE CONTAINER INC
151 MIDLER PARK DRIVE
SYRACUSE, NY 13206

Claim Number: 8184
Claim Date: 07/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,215.00 | Scheduled: | $1,215.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| EMPIRE STATE CONTAINER INC.<br>151 MIDLER PARK DRIVE<br>ATTN: JAMES TROMBINO<br>SYRACUSE, NY 13206 | | Claim Number: 9054<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 9081 (06/14/2011) | | | |
| UNSECURED | Claimed: | $1,215.00 | | | |
| EMPIRE TECHNOLOGIES<br>246 INDUSTRIAL WAY W STE 1<br>EATONTOWN, NJ 07724-4241 | | Claim Number: 2066<br>Claim Date: 04/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $32,129.64 | Scheduled: | $52,903.16 | |
| EMPIRE VISION CENTER INC<br>2921 ERIE BLVD EAST<br>SYRACUSE, NY 13224 | | Claim Number: 12148<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $62.50 | | | |
| EMPLOYER - LOCAL NO. 375 PENSION PLAN<br>C/O SPEAR WILDERMAN, P.C.<br>230 S. BROAD STREET, SUITE 1400<br>PHILADELPHIA, PA 19102 | | Claim Number: 11004<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $10,655,926.00 | | | |
| EMPLOYER - LOCAL NO. 375 PENSION PLAN<br>C/O SPEAR WILDERMAN, P.C.<br>230 S. BROAD STREET, SUITE 1400<br>PHILADELPHIA, PA 19102 | | Claim Number: 11005<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8651 (10/15/2010) | | | |
| UNSECURED | Claimed: | $10,655,926.00 | | | |
| EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001 | | Claim Number: 5903<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | |
| PRIORITY | Claimed: | $6,591.31 | | | |
| UNSECURED | Claimed: | $826.60 | | | |
| EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001 | | Claim Number: 5904<br>Claim Date: 07/20/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | | | |
| PRIORITY | Claimed: | $29,763.59 | | | |
| UNSECURED | Claimed: | $8,744.02 | Scheduled: | $1,567.04 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

EMPLOYMENT DEVELOPMENT DEPARTMENT
ATTN: SPECIAL PROCEDURES SECTIONS
P.O. BOX 826880, MIC 92E
SACRAMENTO, CA 94280-0001

Claim Number: 13991
Claim Date: 04/12/2010
Debtor: CALPINE CORRUGATED, LLC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| ADMINISTRATIVE | Claimed: | $6,125.71 |
| --- | --- | --- |

---

EMPLOYMENT DEVELOPMENT DEPARTMENT
ATTN: SPECIAL PROCEDURES SECTIONS
P.O. BOX 826880, MIC 92E
SACRAMENTO, CA 94280-0001

Claim Number: 13992
Claim Date: 04/12/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| ADMINISTRATIVE | Claimed: | $31,399.61 |
| --- | --- | --- |

---

EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA
UNEMPLOYMENT INSURANCE DIVISION
POST OFFICE BOX 26504
RALEIGH, NC 27611-6504

Claim Number: 1145
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| PRIORITY | Claimed: | $1,786.20   UNLIQ |
| --- | --- | --- |

---

EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA
UNEMPLOYMENT INSURANCE DIVISION
POST OFFICE BOX 26504
RALEIGH, NC 27611-6504

Claim Number: 1147
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $176.91 |
| --- | --- | --- |

---

EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA
UNEMPLOYMENT INSURANCE DIVISION
POST OFFICE BOX 26504
RALEIGH, NC 27611-6504

Claim Number: 9463
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| ADMINISTRATIVE | Claimed: | $95,248.73   UNLIQ |
| --- | --- | --- |

---

EMR LAWN SERVICES INC
1821 48TH STREET NORTH
WISCONSIN RAPIDS, WI 54494

Claim Number: 6344
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,197.71 | Scheduled: | $3,197.71 |
| --- | --- | --- | --- | --- |

---

EMSLIE, ROBERT IAN
63 KINDALE WAY
THORNHILL, ON L3T 4Z2
CANADA

Claim Number: 12711
Claim Date: 08/20/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $8,579.98 |
| --- | --- | --- |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| EMT INTERNATIONAL INC<br>1910 COFRIN DRIVE<br>GREEN BAY, WI 54302 | Claim Number: 12168<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,956.84 | |
| UNSECURED | Claimed: | $1,721.59 | |

---

| EN GARDE ELECTRIC<br>PO BOX 609<br>FAIRFIELD, CA 94533-0609 | Claim Number: 5132<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,080.45 | Scheduled: | $3,080.45 |

---

| ENDRESS & HAUSER INC<br>PO BOX 663674<br>INDIANAPOLIS, IN 46266-3674 | Claim Number: 4292<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,374.54 | Scheduled: | $3,764.00 |

---

| ENERGY PERFORMANCE SPECIALISTS LLC<br>4915 FARWELL STREET<br>MCFARLAND, WI 53558 | Claim Number: 5191<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $29,179.88 | Scheduled: | $28,799.22 |

---

| ENERGY REPAIR SERVICE INC<br>115 WEST 56TH AVE<br>DENVER, CO 80216 | Claim Number: 12297<br>Claim Date: 09/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,460.00 | Scheduled: | $1,460.00 |

---

| ENERGYLITE INC<br>1609 HERITAGE COMMERCE COURT<br>WAKE FOREST, NC 27587 | Claim Number: 9204<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,648.05 | Scheduled: | $9,919.00 |

---

| ENERQUIN AIR INC<br>5730 TURCOT<br>MONTREAL, QC H4C 1V8<br>CANADA | Claim Number: 7261<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,500.00 | Scheduled: | $3,000.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ENERQUIN AIR INC
5730 TURCOT
MONTREAL, QC H4C 1V8
CANADA

Claim Number: 7262
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $128.75 | | |
| UNSECURED | Claimed: | $1,000.00 | Scheduled: | $958.52 |

ENERSOL INC.
1655 DE L'INDUSTRIE
BELOEIL, QC J3G 4S5
CANADA

Claim Number: 8834
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,963.08 | | |
| UNSECURED | | | Scheduled: | $4,975.18 |

ENGINEERED AIR SYSTEMS INC
PO BOX 25111
GREENVILLE, SC 29616

Claim Number: 4375
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,037.88 | Scheduled: | $7,037.88 |

ENGINEERED SOLUTIONS OF AMELIA, INC.
1927 S 14TH ST #114
AMELIA ISLAND, FL 32034-3035

Claim Number: 8058
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,215.00 | Scheduled: | $1,215.01 |

ENGINEERED SYSTEMS
PO BOX 122
PLOVER, WI 54467

Claim Number: 9702
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,538.50 | Scheduled: | $18,520.00 |

ENGINEERED SYSTEMS & PRODUCTS
8121 VIRGINIA PINE COURT
RICHMOND, VA 23237

Claim Number: 7272
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,869.87 | Scheduled: | $19,734.08 |

ENGINEERING EXCELLENCE
10 KNOLLCREST DRIVE
ATTN: AUDRA YACKS
CINCINNATI, OH 45237

Claim Number: 3135
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $467.75 | Scheduled: | $467.75 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ENGRENAGE INDUSTRIEL<br>4140 DE COURTRAI<br>MONTREAL, QC H3S 1C2<br>CANADA | Claim Number: 8159<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $9,093.04 | Scheduled: | $9,093.04 |
|---|---|---|---|---|

---

| ENGRENAGE PROVINCIAL INC.<br>960, RAOUL-JOBIN<br>QUEBEC, G1N 1S9<br>CANADA | Claim Number: 8629<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $9,611.42 | Scheduled: | $9,697.06 |
|---|---|---|---|---|

---

| ENRIQUEZ, ALBERT Y<br>217 S SHIPMAN<br>LA PUENTE, CA 91744 | Claim Number: 8156<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $150,000.00 |
|---|---|---|

---

| ENSPIRE ENERGY<br>COFACE NORTH AMERICA, INC.<br>PO BOX 2102<br>CRANBURY, NJ 08512 | Claim Number: 2055<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $31,677.48 |
|---|---|---|

---

| ENT. MARTIN AUDET MAITRE ELECTRICIEN INC<br>451, RANG 2<br>ATTN: MARTIN AUDET<br>MARIA, QC G0C 1Y0<br>CANADA | Claim Number: 12926<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $41,999.80 | Scheduled: | $39,754.38 |
|---|---|---|---|---|

---

| ENTERGY LOUISIANA LLC<br>MAIL UNIT L JEF 359<br>PO BOX 6008<br>NEW ORLEANS, LA 70174-6008 | Claim Number: 2246<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $692,736.11 |
|---|---|---|

---

| ENTERGY LOUISIANA, LLC<br>MAIL UNIT L JEF 359<br>P.O. BOX 6008<br>NEW ORLEANS, LA 70174-6008 | Claim Number: 3200<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $42,736.11 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ENTERPRISE INSTRUMENTATION INC<br>P.V. LONG<br>206 HAWKSIDE MEWS N.W.<br>CALGARY, AL T3G 3K9<br>CANADA | Claim Number: 8764<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 12435 |
|---|---|

| UNSECURED | Claimed: | $682.87 |
|---|---|---|

---

| ENTERPRISE INSTRUMENTATION INC<br>206 HAWKSIDE MEWS NW<br>CALGARY, AB T3G 3K9<br>CANADA | Claim Number: 12435<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $682.87 | Scheduled: | $674.83 |
|---|---|---|---|---|

---

| ENTERPRISE SERVICE R.L. INC.<br>ATTN: RAPHAEL LAFONTAINE<br>981, RUE PIERRE<br>HEROUXVILLE, QC G0X 1J0<br>CANADA | Claim Number: 12589<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $71,166.37 |
|---|---|---|

---

| ENTERPRISE TRANSPORTATION COMPANY<br>1100 LOUISIANA STREET<br>SUITE 1000<br>HOUSTON, TX 77002 | Claim Number: 9714<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $5,684.26 | Scheduled: | $5,684.26 |
|---|---|---|---|---|

---

| ENTREPRISE SERVICE R.L. INC.<br>981, RUE PIERRE<br>ATTN: RAPHAEL LAFONTAINE, PRESIDENT<br>HEROUXVILLE, QC G0X 1J0<br>CANADA | Claim Number: 8874<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $71,166.37 |
|---|---|---|

---

| ENTREPRISES PRODEN INC<br>ATTN: SINH NGUYEN<br>2665 RUE MARCEL<br>SAINT LAURENT, QB H4R 1AG<br>CANADA | Claim Number: 12813-01<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7189 (04/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $15,158.04   UNLIQ |
|---|---|---|

---

| ENTREPRISES PRODEN INC<br>ATTN: SINH NGUYEN<br>2665 RUE MARCEL<br>SAINT LAURENT, QB H4R 1AG<br>CANADA | Claim Number: 12813-02<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7189 (04/22/2010) |
|---|---|

| UNSECURED | Claimed: | $69,508.94   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ENVIRO-COATINGS CANADA LTD<br>ATTN: GEORGE ANDERSON<br>10-2359 ROYAL WINDSOR DR<br>MISSISSAUGA, ON L5J 4S9<br>CANADA | Claim Number: 12712<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,558.35 | Scheduled: | $2,565.61 |

| ENVIROCAN WASTEWATER TREATMENT EQUIP. CO<br>ATTN: BARBARA KARPOWICZ<br>2 MARCONI CT UNIT 15<br>BOLTON, ON L7E 1E5<br>CANADA | Claim Number: 8201<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,364.33 | Scheduled: | $15,924.76 |

| ENVIROCAN WASTEWATER TREATMENT<br>EQUIPMENT<br>CO. LTD.<br>2 MARCONI CT. UNIT 15<br>BOLTON, ON L7E 1E5<br>CANADA | Claim Number: 2363<br>Claim Date: 04/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,753.00 | | |

| ENVIROCYCLE INCORPORATED<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11323<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,188.91  UNLIQ | Scheduled: | $975.00 |

| ENVIROMED OF BAY COUNTY<br>PO BOX 35594<br>PANAMA CITY, FL 32412 | Claim Number: 3943<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $114.00 | Scheduled: | $76.00 |

| ENVIROMENTAL COMPLIANCE TECHNOLOGIES<br>PO BOX 532<br>DURHAM, CT 06422 | Claim Number: 9841<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $925.00 | | |

| ENVIRONMENTAL COMPLIANCE<br>PO BOX 532<br>DURHAM, CT 06422 | Claim Number: 9839<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ENVIRONMENTAL COMPLIANCE SERVICE<br>588 SILVER STREET<br>AGAWAM, MA 01001 | Claim Number: 6481<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,525.00 | Scheduled: | $1,525.00 |
|---|---|---|---|---|

---

| ENVIRONMENTAL COMPLIANCE TECH<br>PO BOX 532<br>DURHAM, CT 06422 | Claim Number: 9840<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $575.00 |
|---|---|---|

---

| ENVIRONMENTAL CONSULTING GROUP, INC.<br>411 S. WELLS, SUITE 700<br>CHICAGO, IL 60607 | Claim Number: 2805<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 5047 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $2,200.00 |
|---|---|---|

---

| ENVIRONMENTAL DESIGN<br>PO BOX 29<br>CARLISLE, ON L0R 1H0<br>CANADA | Claim Number: 6913<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>5786.80 canadian |
|---|---|

| UNSECURED | Claimed: | $4,803.00 | Scheduled: | $4,399.24 |
|---|---|---|---|---|

---

| ENVIRONMENTAL DESIGN LANDSCAPE<br>CONTRACTORS LTD<br>PO BOX 51<br>ATTN: TONY TORENULIET, DIRECTOR<br>CARLISE, ON L0R 1H0<br>CANADA | Claim Number: 8861<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $4,803.00 |
|---|---|---|

---

| ENVIRONMENTAL PNEUMATICS INC.<br>215 BOWERS RD S<br>OAKLAND, TN 38060 | Claim Number: 3340<br>Claim Date: 06/11/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $5,618.50 |
|---|---|---|

---

| ENVIRONMENTAL PNEUMATICS INC.<br>215 BOWERS RD S<br>OAKLAND, TN 38060 | Claim Number: 3341<br>Claim Date: 06/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $105.19 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ENVIRONMENTAL PNEUMATICS INC.<br>215 BOWERS RD S<br>OAKLAND, TN 38060 | Claim Number: 3342<br>Claim Date: 06/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,312.64 | Scheduled: | $1,668.17 |
|---|---|---|---|---|

| ENVIRONMENTAL SCIENCE<br>PO BOX 569<br>MOUNT JULIET, TN 37121-0569 | Claim Number: 5518<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $626.50 |
|---|---|---|

| ENVIRONMENTAL WASTE SOLUTIONS<br>C/O BED BATH BEYOND<br>PO BOX 429<br>ESSINGTON, PA 19029 | Claim Number: 14065<br>Claim Date: 07/16/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
|---|---|

| UNSECURED | Claimed: | $402.60 |
|---|---|---|

| ENVIROSAFE TECHNOLOGIES, INC<br>11201 SAINT JOHNS INDUSTRIAL PARKWAY W<br>JACKSONVILLE, FL 32246 | Claim Number: 998<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $416.00 |
|---|---|---|

| ENVIROSAFE TECHNOLOGIES, INC<br>ATTN: ELIZABETH SINGLEY<br>11201 SAINT JOHNS INDUSTRIAL PARKWAY W<br>JACKSONVILLE, FL 32246 | Claim Number: 12432<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $416.00 |
|---|---|---|

| ENVIROSAFE TECHNOLOGIES, INC.<br>11201 ST JOHNS INDUSTRIAL PKWY<br>JACKSONVILLE, FL 32246-7631 | Claim Number: 8725<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $416.00 | Scheduled: | $416.00 |
|---|---|---|---|---|

| ENVIROSERVE<br>5502 SCHAAF ROAD<br>INDEPENDENCE, OH 44131 | Claim Number: 3982<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $6,547.83 | Scheduled: | $6,547.83 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ENVIROSERVE<br>5502 SCHAAF ROAD<br>INDEPENDENCE, OH 44131 | Claim Number: 13849<br>Claim Date: 02/25/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $7,073.03 |

---

| ENVIROVAC HOLDINGS, LLC.<br>P.O. 1149<br>SAVANNAH, GA 31402 | Claim Number: 502<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $10,177.75 |

---

| EPLUS CONTENTS SERVICES INC<br>13595 DULLES TECHNOLOGY DRIVE<br>HERNDON, VA 20171 | Claim Number: 10511<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $17,269.30 | Scheduled: | $60,097.30 |

---

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1327<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1333<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1334<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1335<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1336<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNDET |

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1698<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNDET |

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1701<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNDET |

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1702<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNDET |

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1703<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNDET |

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1704<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNDET |

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1706<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNDET |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1707<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1708<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1709<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1710<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1711<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1712<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

| EQUILON ENTERPRISES LLC<br>ANNA HATHAWAY - SHELL OIL COMPANY<br>1162 ONE SHELL PLAZA<br>910 LOUISIANA<br>HOUSTON, TX 77002 | Claim Number: 11451<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8879 (01/06/2011) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

EQUILON ENTERPRISES LLC
ANNA HATHAWAY - SHELL OIL COMPANY
1162 ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TX 77002

Claim Number: 11452
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8879 (01/06/2011)

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

EQUIPCO MANUFACTURING, INC.
JEFFREY S. TANEN, ESQ.
GOLDSTEIN, TANEN & TRENCH, P.A.
2 S. BISCAYNE BLVD., #3700
MIAMI, FL 33131

Claim Number: 2828
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $30,650.00 | Scheduled: | $30,650.00 |
| --- | --- | --- | --- | --- |

EQUIPEMENT CONRO VALVE INC
9610B RUE IGNACE
BROSSARD, QC J4Y 2R4
CANADA

Claim Number: 5280-01
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 5769 (03/11/2010)

| ADMINISTRATIVE | Claimed: | $3,287.64 |
| --- | --- | --- |

EQUIPEMENT CONRO VALVE INC
9610B RUE IGNACE
BROSSARD, QC J4Y 2R4
CANADA

Claim Number: 5280-02
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $88,082.80 | Scheduled: | $75,452.76 |
| --- | --- | --- | --- | --- |

EQUIPEMENT LDL INC
ATTN: DANIELLE THIFFAULT
2725 RUE GIRARD
TROIS-RIVIERES, QC G8Z 2M4
CANADA

Claim Number: 8209
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 5768 (03/11/2010)

| UNSECURED | Claimed: | $434.56 |
| --- | --- | --- |

EQUIPEMENT LDL INC
ATTN: DANIELLE THIFFAULT
2725 RUE GIRARD
TROIS-RIVIERES, QC G8Z 2M4
CANADA

Claim Number: 8210
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: POSSIBLE DUPLICATE OF 8209
DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $434.56 | Scheduled: | $435.79 |
| --- | --- | --- | --- | --- |

EQUIPMENT DEPOT OHIO, INC.
4310 ROSSPLAIN ROAD
CINCINNATI, OH 45236

Claim Number: 974
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $90,332.85 |
| --- | --- | --- |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

EQUIPMENT DEPOT OHIO, INC.
4310 ROSSPLAIN ROAD
CINCINNATI, OH 45236

Claim Number: 13486
Claim Date: 10/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $99,184.97 |

---

EQUIPMENT EXPRESS INC
60 WANLESS COURT
AYR, ON N0B 1E0
CANADA

Claim Number: 5618
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $48,650.00 |

---

EQUISTAR CHEMICALS, LP
ATTN: DON HAMILTON
1221 MCKINNEY AVENUE, SUITE 1300
HOUSTON, TX 77010

Claim Number: 10656-01
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,770,385.02 | Scheduled: | $1,999,352.25 UNLIQ |

---

EQUISTAR CHEMICALS, LP
ATTN: DON HAMILTON
1221 MCKINNEY AVENUE, SUITE 1300
HOUSTON, TX 77010

Claim Number: 10656-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 3259 (12/17/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $414,763.99 |

---

EQUISTAR CHEMICALS, LP
ATTN: DON HAMILTON
1221 MCKINNEY AVENUE, SUITE 1300
HOUSTON, TX 77010

Claim Number: 13216
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $414,763.99 |
| UNSECURED | Claimed: | $2,185,149.01 |
| TOTAL | Claimed: | $2,185,149.01 |

---

EQUITY TRUST CO FBO DAVID FISHEL IRA
TRANSFEROR: GENERAL SUPPLY & SERVICES
225 BURNS ROAD
ELYRIA, OH 44035

Claim Number: 9206-01
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $383,718.61 | | |
| UNSECURED | Claimed: | $280,431.61 | Scheduled: | $84,386.53 |

---

EQUITY TRUST CO FBO DAVID FISHEL IRA
TRANSFEROR: GENERAL SUPPLY & SERVICES
225 BURNS ROAD
ELYRIA, OH 44035

Claim Number: 9206-02
Claim Date: 08/20/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 8117 (06/22/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $56.00 | Scheduled: | $56.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ERCO WORLDWIDE
PO BOX T10024C POSTAL STATION A
TORONTO, ON M5W 2B1
CANADA

Claim Number: 10983
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $96,205.50 |

---

ERCO WORLDWIDE
PO BOX 3536
TORONTO, ON M5L 1K1
CANADA

Claim Number: 10985
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $121,204.91 |

---

ERCO WORLDWIDE
302 THE EAST MALL
SUITE 200
TORONTO, ON M9B 6C7
CANADA

Claim Number: 10986
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $507,606.42 | Scheduled: | $122,533.52 |

---

ERCO WORLDWIDE
POSTAL STATION A
P.O.BOX T100244
TORONTO, ON M5W 2B1
CANADA

Claim Number: 10987
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $480,383.19 |

---

ERCO WORLDWIDE
302 THE EAST MALL
SUITE 200
TORONTO, ON M9B 6C7
CANADA

Claim Number: 10988
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7651 (05/18/2010)

| UNSECURED | Claimed: | $1,509,037.27 |

---

ERCO WORLDWIDE
PO BOX T10024C POSTAL STATION A
TORONTO, ON M5W 2B1
CANADA

Claim Number: 10989
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $1,391,317.96 UNLIQ |

---

ERCO WORLDWIDE
ATTN: TRACY DEWAR
200-302 THE EAST MALL
TORONTO, ON M9B 6C7
CANADA

Claim Number: 13275
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| ADMINISTRATIVE | Claimed: | $232,552.48 |
| UNSECURED | Claimed: | $1,509,037.27 |
| TOTAL | Claimed: | $1,509,037.27 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ERCO WORLDWIDE (USA) INC.
C/O 302 THE EAST MALL
SUITE 200
TORONTO, ON M9B 6C7
CANADA

Claim Number: 10984
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $122,533.52 |
|---|---|---|

---

ERCO WORLDWIDE (USA) INC.
ATTN: TRACY DEWAR
C/O 302 THE EAST MALL
SUITE 200
TORONTO, ON M9B 6C7
CANADA

Claim Number: 13013
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $122,533.52 |
|---|---|---|

---

ERDMANN, DONALD E
PO BOX 711
CUT BANK, MT 59427

Claim Number: 7379
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 8723 (11/08/2010)
342.42 per month secured pension; 10,000.00 secured.

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

ERHARDT LEIMER INC
350 TUCAPAU RD
DUNCAN, SC 29334-9223

Claim Number: 3841
Claim Date: 07/06/2009
Debtor: CALPINE CORRUGATED, LLC

| UNSECURED | Claimed: | $4,420.01 | Scheduled: | $4,420.01 |
|---|---|---|---|---|

---

ERHARDT LEIMER INC
350 TUCAPAU ROAD
DUNCAN, SC 29334

Claim Number: 4919
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $117,423.72 | Scheduled: | $116,661.03 |
|---|---|---|---|---|

---

ERICKSON, MARY A., NAMED PLAINTIFF IN
ERRICKSON, ROY D., ET AL.
C/O TOM L. LEWIS: LEWIS, SLOVAK &
KOVACICH, PC, P.O. BOX 2325
GREAT FALLS, MT 59403

Claim Number: 6652
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED

| UNSECURED | Claimed: | $200,000.00 |
|---|---|---|

---

ERICKSON, ROY D., ET AL.
C/O TOM L. LEWIS
LEWIS, SLOVAK & KOVACICH, P.C.
P.O. BOX 2325
GREAT FALLS, MT 59403

Claim Number: 6618
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ERICKSON, ROY, NAMED PLAINTIFF IN ERRICKSON, ROY D., ET AL. C/O TOM L. LEWIS: LEWIS, SLOVAK & KOVACICH, PC, P.O. BOX 2325 GREAT FALLS, MT 59403 | Claim Number: 6651<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $1,000,000.00 |
|---|---|---|

---

| ERIE INDUSTRIAL TRUCKS INC 2419 W 15TH STREET ERIE, PA 16505 | Claim Number: 3866<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $409.00 | Scheduled: | $409.00 |
|---|---|---|---|---|

---

| ERNST FLOW INDUSTRIES PO BOX 925 FARMINGDALE, NJ 07727 | Claim Number: 12296<br>Claim Date: 09/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $792.16 | Scheduled: | $792.16 |
|---|---|---|---|---|

---

| ERVIN ENGINEERING CO HUGH GRANGER PO BOX 3 FLORENCE, SC 29503 | Claim Number: 778<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $20,150.00 | Scheduled: | $19,650.00 |
|---|---|---|---|---|

---

| ESCANABA & LAKE SUPERIOR RAILROAD CO ATTN: JOHN LARKIN ONE LARKIN PLAZA WELLS, MI 49894 | Claim Number: 10110<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5644 (03/05/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $503,133.54   UNLIQ |
|---|---|---|

---

| ESCANABA & LAKE SUPERIOR RAILROAD CO. ATTN: JOHN LARKIN PO BOX 217 WELLS, MI 49894 | Claim Number: 7816<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>Amends claim 10110 |
|---|---|

| UNSECURED | Claimed: | $723,254.46 | Scheduled: | $410,462.45 |
|---|---|---|---|---|

---

| ESCOBEDO ELECTRIC 6720 53RD AVE SACRAMENTO, CA 95828 | Claim Number: 4171<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $630.00 | Scheduled: | $630.00 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ESPINOZA, ALEX<br>10719 SPYGLASS HILL RD.<br>WHITTIER, CA 90601-1927 | Claim Number: 4428<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ | | |
|---|---|---|---|---|

| ESPOSITO, LISA FOR GEORGE ROGERS<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | Claim Number: 10951<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $50,000.00 | | |
|---|---|---|---|---|

| ESR MOTOR SYSTEMS, LLC<br>BRIAN M. DOUGHERTY - GOLDSTINE,<br>SKRODSKI, RUSSIAN, NEMEE AND HOFF, LTD.<br>835 MCCLINTOCK DRIVE, SECOND FLOOR<br>BURR RIDGE, IL 60527 | Claim Number: 2946-01<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1175 (07/06/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $11,611.31 | | |
|---|---|---|---|---|

| ESR MOTOR SYSTEMS, LLC<br>BRIAN M. DOUGHERTY - GOLDSTINE,<br>SKRODSKI, RUSSIAN, NEMEE AND HOFF, LTD.<br>835 MCCLINTOCK DRIVE, SECOND FLOOR<br>BURR RIDGE, IL 60527 | Claim Number: 2946-02<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $19,489.32 | Scheduled: | $31,035.59 |
|---|---|---|---|---|

| ESSCO INC.<br>PO BOX 10297<br>GREEN BAY, WI 54307-0297 | Claim Number: 6240-01<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $2,341.71 | Scheduled: | $4,195.95 |
|---|---|---|---|---|

| ESSCO INC.<br>PO BOX 10297<br>GREEN BAY, WI 54307-0297 | Claim Number: 6240-02<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $1,854.24 | | |
|---|---|---|---|---|

| ETHAN ALLEN<br>1063 WHIPPLE ROAD<br>HAYWARD, CA 94544 | Claim Number: 11093<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,094.00 | Scheduled: | $1,094.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ETHEREDGE ELECTRIC CO INC<br>PO BOX 19570<br>SHREVEPORT, LA 71149-0570 | Claim Number: 7127<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $25,197.24 | Scheduled: | $25,447.24 |
|---|---|---|---|---|

| ETHERIDGE, HENRY L<br>261 ETHERIDGE ROAD<br>EVERGREEN, AL 36401 | Claim Number: 10017<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| ETS MULCH AND MORE LLC<br>410 VIRGINIA LANE<br>WAVERLY, OH 45690 | Claim Number: 14072<br>Claim Date: 07/26/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
|---|---|

| UNSECURED | Claimed: | $10,120.86 | Scheduled: | $10,120.86  UNLIQ |
|---|---|---|---|---|

| EUCHRE MOUNTAIN LOGGING INC<br>2125 PROSPECT COURT<br>BONNER, MT 59823-9607 | Claim Number: 7499<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $11,697.11 | Scheduled: | $23,394.23  UNLIQ |
|---|---|---|---|---|

| EULER HERMES UMA INC<br>600 SOUTH 7TH STREET<br>P.O.BOX 1672<br>LOUISVILLE, KY 40201-1672 | Claim Number: 9255<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 |
|---|---|---|---|---|

| EUREKA VAN & STORAGE CO INC<br>PO BOX 17383<br>WASHINGTON, DC 20041 | Claim Number: 7241<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $212.00 |
|---|---|---|---|---|

| EUTECTIC CORPORATION<br>PO BOX 88893<br>MILWAUKEE, WI 53288 | Claim Number: 6001<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $672.68 | Scheduled: | $425.96 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| EVANS DELIVERY COMPANY<br>P.O. BOX 268<br>POTTSVILLE, PA 17901 | Claim Number: 3433<br>Claim Date: 06/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $51,304.60 | Scheduled: | $50,457.00 |

| EVANS ELECTRIC MOTOR CENTERS<br>2001 N 13TH<br>ROGERS, AR 72756 | Claim Number: 7018<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,540.00 | Scheduled: | $4,540.00 |

| EVANS ENTERPRISES<br>ATTN: LAURYN RATCLIFF<br>2002 SOUTHWEST BOULEVARD<br>TULSA, OK 74107 | Claim Number: 9468<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $587.10 | |

| EVANS ENTERPRISES INC<br>P.O. BOX 2617<br>ROGERS, AR 72757-2617 | Claim Number: 248<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 4966 (02/12/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,540.00 | |

| EVANS ENTERPRISES INC<br>PO BOX 1316<br>TULSA, OK 74101 | Claim Number: 8359<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 9468<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $587.10 | |

| EVANS LOGGING<br>1408 EAST GEORGIA AVENUE<br>RUSTON, LA 71270 | Claim Number: 5737<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Claim out of balance. | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,630.81 | | |
| UNSECURED | Claimed: | $1,630.81 | Scheduled: | $6,630.81 UNLIQ |
| TOTAL | Claimed: | $1,630.81 | | |

| EVANS, BARBARA J<br>4911 EIFFEL<br>GODFREY, IL 62035 | Claim Number: 10445<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | |
|---|---|---|
| PRIORITY | Claimed: | $82,300.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| EVANS, DANIEL E<br>4300 HIGHWAY 83<br>EVERGREEN, AL 36401 | | Claim Number: 11568<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET | | |

---

| EVANS, JEFFREY T<br>P.O. BOX 65<br>FLORALA, AL 36442 | | Claim Number: 12234<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

---

| EVANS, RICHARD L<br>9840 APPLETON ROAD<br>BREWTON, AL 36426 | | Claim Number: 9561<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

---

| EVANSVILLE, IN WATERWORKS DEPT<br>P.O. BOX 19<br>EVANSVILLE, IN 47740-0019 | | Claim Number: 7349<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $161.75 | | |

---

| EVENT CAPTURE SYSTEMS INC<br>PO BOX 2313<br>MATTHEWS, NC 28106 | | Claim Number: 4734<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,000.00 | Scheduled: | $6,000.00 |

---

| EVER-READY PACKAGING & ASSEMBLY SVC CORP<br>225 BELLEVILLE AVENUE<br>BLOOMFIELD, NJ 07003 | | Claim Number: 230<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $96,314.85 | | |

---

| EVER-READY PACKAGING & ASSEMBLY SVC CORP<br>225 BELLEVILLE AVENUE<br>BLOOMFIELD, NJ 07003 | | Claim Number: 332<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $63,188.60 | Scheduled: | $63,188.60 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

EVEREADY EXPRESS
PO BOX 7745
E RUTHERFORD, NJ 07073-0897

Claim Number: 2023
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,104.78 | Scheduled: | $2,104.78 |

---

EVEREST AUTOMATION
227 BOUL. BRUNSWICK
POINTE-CLAIRE, QC H9R 4X5
CANADA

Claim Number: 13114
Claim Date: 09/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26,418.46 | Scheduled: | $28,296.65 |

---

EVEREST-AUTOMATION INC
1076-A, CHEMIN INDUSTRIEL
ST-NICOLAS, QC G7A 1B3
CANADA

Claim Number: 13500
Claim Date: 09/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $26,418.46 |
| UNSECURED | Claimed: | $26,418.46 |
| TOTAL | Claimed: | $26,418.46 |

---

EVERGREEN PACKAGING INC
12120 PARK AVENUE
CERRITOS, CA 90703

Claim Number: 9222-01
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $204.60 | | |
| UNSECURED | | | Scheduled: | $208.00 |

---

EVERGREEN PACKAGING INC
12120 PARK AVENUE
CERRITOS, CA 90703

Claim Number: 9222-02
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4.40 |

---

EVERGREEN RECYCLING
5491 ACCURATE DRIVE
LAS VEGAS, NV 89156

Claim Number: 3265
Claim Date: 06/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $18,223.65 |

---

EVERGREEN RECYCLING
5491 ACCURATE DRIVE
LAS VEGAS, NV 89156

Claim Number: 5165
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,223.65 | Scheduled: | $15,672.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| EVES, JANET<br>1153 LYNROSE LANE<br>NEENAH, WI 54956 | Claim Number: 5471<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|
| PRIORITY                Claimed: | $723.00 |

| EVONIK DEGUSSA CANADA, INC.<br>ATTN: GARY MITCHELL<br>3380 SOUTH SERVICE ROAD<br>P.O. BOX 5057<br>BURLINGTON, ON LTN 3J5<br>CANADA | Claim Number: 8547-01<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|
| UNSECURED        Claimed:        $155,515.24        Scheduled:        $159,519.98 | |

| EVONIK DEGUSSA CANADA, INC.<br>ATTN: GARY MITCHELL<br>3380 SOUTH SERVICE ROAD<br>P.O. BOX 5057<br>BURLINGTON, ON LTN 3J5<br>CANADA | Claim Number: 8547-02<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 2534 (10/30/2009) |
|---|---|
| ADMINISTRATIVE        Claimed: | $37,914.46 |

| EVRAZ, INC. DBA EVRAZ OREGON STEEL<br>1440 N. RIVERGATE BLVD.<br>PORTLAND, OR 97203 | Claim Number: 10851<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8879 (01/06/2011) |
|---|---|
| UNSECURED        Claimed: | $0.00   UNDET |

| EVRAZ, INC. N.A.<br>1440 N. RIVERGATE BLVD.<br>PORTLAND, OR 97203 | Claim Number: 11699<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8879 (01/06/2011) |
|---|---|
| UNSECURED        Claimed: | $0.00   UNDET |

| EVRAZ, INC. N.A.<br>1440 N. RIVERGATE BLVD.<br>PORTLAND, OR 97203 | Claim Number: 11850<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8879 (01/06/2011) |
|---|---|
| UNSECURED        Claimed: | $0.00   UNDET |

| EWA TRUCKING<br>7870 MAIN STREET NE<br>FRIDLEY, MN 55432 | Claim Number: 8502<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|
| UNSECURED        Claimed:        $30,726.28 | |
| TOTAL        Claimed:        $30,276.28 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| EWING TIMBER, LLC<br>SNELLINGS, BREARD, SARTOR, ET AL<br>CHARLES C. TRASCHER III<br>PO BOX 2055<br>MONROE, LA 71208 | | Claim Number: 7454<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2407 (10/22/2009) | | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $94,843.21 | | |

| | | | | |
|---|---|---|---|---|
| EWING, MARTHA R<br>UNIT #27<br>7752 MONTGOMERY ROAD<br>CINCINNATI, OH 45236-1940 | | Claim Number: 12544<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| EXALTA TRANSPORT<br>C/O REBECCA MATER<br>P.O. BOX 759<br>MEDICINE HAT, AB T1A 7G7<br>CANADA | | Claim Number: 14122<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8661 (10/18/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,194.34 | | |

| | | | | |
|---|---|---|---|---|
| EXCEL DOCK, DOOR & LIFT SOLUTIONS, INC.<br>7575 TYLER BLVD C-42<br>MENTOR, OH 44060-4894 | | Claim Number: 605<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $981.15 | Scheduled: | $916.97 |

| | | | | |
|---|---|---|---|---|
| EXCEL PARTNERSHIP INC<br>20 CARLSON CJOURT SUITE 100<br>TORONTO, ON M9W 7K6<br>CANADA | | Claim Number: 5882<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,915.90 | Scheduled: | $3,915.90 |

| | | | | |
|---|---|---|---|---|
| EXECUTIVE MANAGEMENT SERVICES INC<br>PO BOX 501818<br>INDIANAPOLIS, IN 46250 | | Claim Number: 5997<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,101.00 | Scheduled: | $3,775.52 |

| | | | | |
|---|---|---|---|---|
| EXELON ENERGY COMPANY<br>ATTN: LYNN R. ZACK<br>2301 MARKET STREET, S23-1<br>PHILADELPHIA, PA 19103 | | Claim Number: 7551<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $71,105.57 | Scheduled: | $69,994.40 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

EXOTIC PLANT MAINTENANCE
206 E. TRAMMELL
EVERMAN, TX 76140

Claim Number: 8166
Claim Date: 08/18/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $929.01 | Scheduled: | $900.01 |

EXPANCO INC
3005 WICHITA CT
FORTH WORTH, TX 76140

Claim Number: 6469
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,583.56 | Scheduled: | $23,583.56 |

EXPORT DEVELOPMENT CANADA
151 O'CONNOR
ATTN: JO-ANN KEECH-BARKER
OTTAWA, ON K1A 1K3
CANADA

Claim Number: 1337
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

EXPORT DEVELOPMENT CANADA
151 O'CONNOR
ATTENTION: JOANN KEECH-BARKER
OTTAWA, ON K1A 1K3
CANADA

Claim Number: 2349
Claim Date: 04/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $107,012.60 | Scheduled: | $109,992.60 |

EXPORT DEVELOPMENT CANADA
151 O'CONNOR
ATTENTION: JOANN KEECH-BARKER
OTTAWA, ON K1A 1K3
CANADA

Claim Number: 2350
Claim Date: 04/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $41,273.20 | |

EXPORT DEVELOPMENT CANADA
ASSIGNEE OF VENDOR - ALL SOURCE SECURITY
CONTAINERS-C/O HOUSE OF ADJUSTMENTS, INC
715 MAMARONECK AVE., P.O. BOX 780
MAMARONECK, NY 10543

Claim Number: 2847
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
Amends claim 1806.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,412.60 | Scheduled: | $11,412.60 |

EXPORT DEVELOPMENT CANADA
ATTN: JO-ANN KEECH-BARKER
151 O'CONNOR
OTTAWA, ON K1A 1K3
CANADA

Claim Number: 4152
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $44,289.63 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| EXPORT DEVELOPMENT CANADA<br>TRANSFEROR: ADVANCED FIBER TECHNOLOGIES<br>151 O'CONNOR ST.<br>OTTAWA, ON K1A 1K3<br>CANADA | Claim Number: 11177<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $43,725.14 | Scheduled: | $43,308.00 |
|---|---|---|---|---|

| EXPORT DEVELOPMENT CANADA<br>TRANSFEROR: TECHNOLOGIES AVANCEES DE<br>ATTN: JO-ANN KEECH-BARKER<br>151 O'CONNOR ST.<br>OTTAWA, ON K1A 1K3<br>CANADA | Claim Number: 11178<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $37,080.18 | Scheduled: | $37,038.85 |
|---|---|---|---|---|

| EXPORT DEVELOPMENT CANADA<br>ATTN: JO-ANN KEECH-BARKER<br>151 O'CONNOR<br>OTTAWA, ON K1A 1K3<br>CANADA | Claim Number: 13127<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $44,289.63 | Scheduled: | $59,980.75 |
|---|---|---|---|---|

| EXPORT DEVELOPMENT CANADA<br>ATTN: JO-ANN KEECH-BARKER<br>151 O'CONNOR<br>OTTAWA, ON K1A 1K3<br>CANADA | Claim Number: 13221<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $41,273.20 | | |
|---|---|---|---|---|

| EXPORT DEVELOPMENT CANADA<br>EXPORTATION ET DEVELOPPEMENT CANADA<br>ATTN: JOANN KEECH-BARKER<br>151 O'CONNOR<br>OTTAWA, ON K1A 1K3<br>CANADA | Claim Number: 13429<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $41,273.20 | Scheduled: | $42,549.18 |
|---|---|---|---|---|

| EXPRESS 1 INC<br>3968 RELIABLE PARKWAY<br>CHICAGO, IL 60686-0001 | Claim Number: 5067<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,110.66 | Scheduled: | $3,110.66 |
|---|---|---|---|---|

| EXPRESS COMPACTOR SERVICE LLC<br>12533 MONDRAGON DR<br>TAMPA, FL 33625 | Claim Number: 8591<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

EXPRESS IT DELIVERY SERVICES (2002) INC.
ATTN: JAS BADESHA
6659-122A ST.
SURREY, BC V3W 0W1
CANADA

Claim Number: 12603
Claim Date: 07/29/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $301.32 | Scheduled: | $177.84 |

---

EXPRESS SERVICES, INC. D/B/A EXPRESS
EMPLOYMENT PROFESSIONALS
KRIK D. AUSTON
8516 N.W. EXPRESSWAY
OKLAHOMA CITY, OK 73162

Claim Number: 2457
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 7555 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $52,092.00 |

---

EXPRESS-1
429 POST RD
BUCHANAN, MI 49107

Claim Number: 2548
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 6649 (04/07/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,110.66 |

---

EXXON MOBIL CORPORATION FOR EXXON MOBIL
OIL CORPORATION & SEA RIVER MARITIME
FIN. HOLDINGS INC ATTN MARK A. ZUSCHEK
3225 GALLOWS RD
FAIRFAX, VA 22037

Claim Number: 11552
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8985 (03/16/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

EYE CENTER INC.
2003 CORTEZ ROAD WEST
BRADENTON, FL 34207

Claim Number: 3413
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $604.00 |

---

F & P ENTERPRISES, INC.
PO BOX 559
15961 GOODES BRIDGE RD
AMELIA, VA 23002

Claim Number: 263
Claim Date: 02/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

F.P. FENSEL SUPPLY COMPANY
PO BOX 2063
WILMINGTON, NC 28402

Claim Number: 2552
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,647.70 | Scheduled: | $2,579.48 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FAB USI<br>3455 REDPATH  CP 711 SUCCURSALE H<br>MONTREAL, QC H3G 2M6<br>CANADA | Claim Number: 13046<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $2,471.38 | Scheduled: | $2,240.32 |
|---|---|---|---|---|

---

| FAB-USI<br>C.P. 711 SUCC H<br>ATTN: STEPHAN MONETTE<br>MONTREAL, QC H3G 2M6<br>CANADA | Claim Number: 13045<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 13046 |
|---|---|

| UNSECURED | Claimed: | $2,471.38 |
|---|---|---|

---

| FAB-USI<br>ATTN: STEPHAN MONETTE<br>C.P. 711, SUCCURSALE H<br>PO BOX 711 STATION H<br>MONTREAL, QC H3G 2M6<br>CANADA | Claim Number: 13271<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| FAB-USI<br>3455 RUE REDPATH #200<br>C.P. 711 SUCCURSALE H<br>MONTREAL, QC H3G 2M6<br>CANADA | Claim Number: 13272<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 13046 |
|---|---|

| UNSECURED | Claimed: | $2,471.38 |
|---|---|---|

---

| FABCO INDUSTRIAL SERVICES<br>1060 BREEZEWOOD LANE, STE 6<br>NEENAH, WI 54956 | Claim Number: 335<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,317.10 |
|---|---|---|

---

| FABRICATION DELTA INC<br>300 ALEXIS POIRIER<br>ST-SIMEON, QC G0C 3A0<br>CANADA | Claim Number: 12188<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $29,258.67 |
|---|---|---|

---

| FAICHUK, JOHN<br>538, 3RD STREET NW<br>MEDICINE HAT, AB T1A 6L5<br>CANADA | Claim Number: 9739<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $7,621.45 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FAICHUK, JOHN<br>538 3RD ST NW<br>MEDICINE HAT, AB T1A 6L5<br>CANADA | Claim Number: 12715<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| PRIORITY | Claimed: | $7,621.45 | | |
|---|---|---|---|---|

| FAIR ENGINEERING SALES, INC.<br>13405 SEYMOUR MYERS BLVD # 9<br>COVINGTON, LA 70433 | Claim Number: 30<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $19,108.31 | Scheduled: | $17,917.11 |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 99018<br>Claim Date: 08/06/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $9,000.00 | | |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ROTEX GLOBAL, LLC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 35<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,193.00 | Scheduled: | $4,193.00 |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PROCLEAN USA<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 76<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $17,746.29 | Scheduled: | $18,002.95 |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: BUTLER STEEL RULE DIE CO.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 119<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $1,100.00 | Scheduled: | $1,100.00 |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: TRANSPORTATION &<br>CONSOLIDATION SVC INC.<br>ANSONIA FINANCE STATION, PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 133<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8091 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $27,528.10 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ACCESS ELECTRIC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 144
Claim Date: 02/09/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,773.20 | | |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: JORDAN VALVE DIV. OF RICHARD
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 166
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,911.08 | Scheduled: | $1,911.08 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: P&D ENVIRONMENTAL SERVICES
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 203
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,335.16 | Scheduled: | $6,335.16 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: DIGITAL IMPACT, LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 219
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: OEC GRAPHICS, INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 236
Claim Date: 02/10/2009
Debtor: CAMEO CONTAINER CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,283.00 | Scheduled: | $1,283.00 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: JML SERVICES
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 241
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $17,988.80 |
| UNSECURED | Claimed: | $17,988.80 |
| TOTAL | Claimed: | $17,988.80 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: C & H DISTR LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 543
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,733.59 | Scheduled: | $9,617.41 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MCKELVEY TRUCKING COMPANY<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 571<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $8,011.54 | Scheduled: | $8,011.54 |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: BROWN, JAMES KEVIN<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 593<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $8,638.68 |
|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ACCURATE INSTALLATION &<br>SERVICE; ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 595<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $1,685.27 |
|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: BULHELLER ELECTRIC COMPANY,<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 612<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8091 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $35,545.29 | Scheduled: | $22,047.22 |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: FLORIDA MARINE SURPLUS, INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 687<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7432 (05/04/2010) |
|---|---|

| UNSECURED | Claimed: | $1,049.00 | Scheduled: | $1,048.00 |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: METRO COMMUNICATIONS, LLC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 692<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,606.50 | Scheduled: | $3,594.50 |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: B&F COFFEE SERVICE/FIRST CHO<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 732-01<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $514.05 | Scheduled: | $514.05 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: B&F COFFEE SERVICE/FIRST SRV
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 732-02
Claim Date: 02/23/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $630.21 | Scheduled: | $583.21 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: DIGITAL IMPACT, LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 759
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,995.00 | Scheduled: | $193.00 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: TRI-VENTURE ASSOCIATES, LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 780
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $4,800.00 | Scheduled: | $4,800.00 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: LACIE CANADA TIRE INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 784
Claim Date: 02/23/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8900 (01/21/2011)

| UNSECURED | Claimed: | $3,108.94 |
|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: HAZA MECHANICAL INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 960
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $11,036.67 | Scheduled: | $10,504.14 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ABC FIRE EXTINGUISHER SALES
& SERVICE INC.; ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 962
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,250.78 | Scheduled: | $1,250.78 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MOODY-PRICE, L.L.C.
ANSONIA FINANCE STATION; PO BOX 237037
NEW YORK, NY 10023

Claim Number: 978
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $88,989.38 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: OX BOX<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1011<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $5,499.56 | Scheduled: | $5,499.56 |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: GARDNER DENVER NASH, LLC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1030<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $12,232.86 | Scheduled: | $12,675.56 |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: HAMER DOOR & PARTITIONS, INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1033<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $5,522.70 | Scheduled: | $6,978.91 |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: FLUORON, INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1048<br>Claim Date: 03/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,200.00 | Scheduled: | $2,200.00 |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: COASTAL VISION CENTER<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1062<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,495.70 | Scheduled: | $3,511.50 |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: AIR COMPRESSOR ENGINEERING C<br>ANSONIA FINANCE STATION, PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1083<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $17,249.49 | Scheduled: | $22,464.58 |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: KELLER FIRE & SAFETY INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1094<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,927.35 | Scheduled: | $1,927.35 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: RMC AND ASSOCIATES, INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1162
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| | UNSECURED | Claimed: | $4,000.00 | Scheduled: | $4,000.00 |
|---|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MIHM TRANSPORTATION CO.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1388
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | UNSECURED | Claimed: | $1,622.05 | Scheduled: | $1,622.05 |
|---|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: JENSSEN SCALES, INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1399
Claim Date: 03/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | UNSECURED | Claimed: | $4,875.42 | Scheduled: | $4,875.42 |
|---|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: PAISLEY PRODUCTS OF CANADA
FBO KENNETH B GILMAN
ANSONIA FINANCE STATION PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1430
Claim Date: 03/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| | UNSECURED | Claimed: | $25,014.40 | Scheduled: | $24,824.40 |
|---|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MACHINING & WELDING SERVICES
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1436
Claim Date: 03/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| | UNSECURED | Claimed: | $12,040.41 | | |
|---|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: PREGIS
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1468
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)

| | UNSECURED | Claimed: | $76,719.86 | Scheduled: | $72,260.46 |
|---|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: SILICON VALLEY SECURITY &
PATROL INC; ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1519
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| | UNSECURED | Claimed: | $1,404.00 | Scheduled: | $1,404.00 |
|---|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: M.A. RAY MACHINE & FABRICATI<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1582<br>Claim Date: 03/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | |

| UNSECURED | Claimed: | $15,987.00 | Scheduled: | $15,987.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: QUAD PLUS INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1633<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 0<br>DOCKET: 8408 (08/18/2010) | |

| UNSECURED | Claimed: | $7,126.13 |
|---|---|---|

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: P&H HYDRAULIC SERVICE, INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1647<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | |

| UNSECURED | Claimed: | $1,866.08 | Scheduled: | $1,744.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MATERIAL CONTROL, INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1656<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | |

| UNSECURED | Claimed: | $1,015.92 | Scheduled: | $1,015.92 |
|---|---|---|---|---|

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: GROSSMAN ENVIRONMENTAL RECYC<br>PO BOX 237037<br>ANSONIA FINANCE STATION<br>NEW YORK, NY 10023 | Claim Number: 1668<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |

| UNSECURED | Claimed: | $12,896.11 |
|---|---|---|

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: UNITED SOLUTIONS<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1677<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | |

| UNSECURED | Claimed: | $6,051.86 | Scheduled: | $6,051.86 |
|---|---|---|---|---|

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: UNITED WASTE WATER SERVICES<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 1678<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | |

| UNSECURED | Claimed: | $8,388.83 | Scheduled: | $8,388.83 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: S.D. COMBUSTION SPECIALIST (
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1873
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
1,264.20 IN CANADIAN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ | Scheduled: | $1,023.56 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MACKE WATER SYSTEMS
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1882
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7432 (05/04/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $906.89 | Scheduled: | $906.89 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ARNOLD TRANSPORTATION SERVIC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1958
Claim Date: 04/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8091 (06/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $21,151.63 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: GULFCOAST TRANSPORT
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1984
Claim Date: 04/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8091 (06/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $62,302.76 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: INTERCOASTAL CONTRACT SERVIC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2135
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,300.00 | Scheduled: | $9,300.00 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: PETROWEST INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2259
Claim Date: 04/08/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: DOCKET: 7552 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $38,360.37 | Scheduled: | $38,360.37 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: GREYHOUND EXPRESS, LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2283
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,255.00 |
| UNSECURED | Claimed: | $1,255.00 |
| TOTAL | Claimed: | $1,255.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: SPARKS BELTING COMPANY<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | | Claim Number: 2311<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | | $2,563.46 | Scheduled: | $2,563.46 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: WRIGHT'S LAND & TIMBER MANAG<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | | Claim Number: 2347<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | | $5,943.70 | Scheduled: | $11,887.41 UNLIQ |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MULLEN INDUSTRIAL HANDLING C<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | | Claim Number: 2365<br>Claim Date: 04/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | | $4,753.37 | Scheduled: | $4,753.37 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PROCESS CONTROL SERVICES<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | | Claim Number: 2421<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | | $960.00 | Scheduled: | $940.00 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: HEALTHY ACHIEVERS<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | | Claim Number: 2455<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | | $2,064.75 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CAPITAL WASTE, INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | | Claim Number: 2486<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | | $494.50 | Scheduled: | $409.00 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MX ENERGY<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | | Claim Number: 2491<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8091 (06/16/2010) | | |
| UNSECURED | Claimed: | | $19,620.48 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: LEE BROS. FOOD SERVICES, INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 2501<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $2,085.60 | Scheduled: | $2,085.60 |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: EVERETT HOGAN CONSTRUCTION<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 2648<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $5,040.00 |
|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: BRENNAN & ASSOCIATES<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 2670<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $1,400.00 |
|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: TRI-CITY REFRIGERATION, INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 2723<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $8,227.07 | Scheduled: | $8,227.07 |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PRINTED SYSTEMS, INC. DBA PS<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 2730<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $1,341.02 | Scheduled: | $1,341.02 |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PROCESS COMBUSTION SYSTEMS<br>(2000) INC.<br>ANSONIA FINANCE STATION, PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 2747<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>2,997.75 CND |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: QUALITY LOGISTICS SYSTEMS, I<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 2773<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $6,517.90 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: COMET TRANSPORT<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3010<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $2,351.74 | Scheduled: | $1,924.32 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PROCHNOW TRANSPORT, INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3047<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $7,862.65 | Scheduled: | $9,852.33 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: NGI - DIGITAL<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3081<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13793<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,781.25 | Scheduled: | $16.00 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: DIETZ ELECTRIC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3123<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $5,767.00 | Scheduled: | $4,068.00 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CERTIFIED COURT REPORTERS,<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3128<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $958.29 | Scheduled: | $958.29 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: SEQUOIA SPRINGS BOTTLED WATE<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3136<br>Claim Date: 05/26/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,007.99 | Scheduled: | $1,007.99 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: NATIONWIDE FIRE PROTECTION<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3192<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,685.00 | Scheduled: | $2,685.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: TOTEM OCEANTRAILER EXPRESS I<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3226<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $2,080.00 | Scheduled: | $708.00 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CITIZENS ENERGY GROUP<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3277<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $12,567.50 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: TRIMAC TRANSPORTATION INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3322<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $3,033.49 | Scheduled: | $2,998.49 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CAPSTONE LLC DBA CENTRAL<br>STATES WAREHOUSE;ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3329<br>Claim Date: 06/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $13,895.25 | Scheduled: | $27,790.26  UNLIQ |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: BROWN & BIGELOW, INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3349<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $9,310.29 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: TERMONT MONTREAL INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3431<br>Claim Date: 06/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $3,800.00 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PARSON & SANDERSON, INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3446<br>Claim Date: 06/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $3,596.90 | Scheduled: | $3,596.90 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: BIRMINGHAM WATER WORKS
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3459
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $3,030.91 | | |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: STEEL AND PIPES, INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3461
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.

| UNSECURED | Claimed: | $3,251.00 | Scheduled: | $3,251.00 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: D-Z TRUCKING INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3502
Claim Date: 06/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8091 (06/21/2010)

| UNSECURED | Claimed: | $27,590.66 | Scheduled: | $27,588.16 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: TIDLAND CORPORATION
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3562
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8091 (06/21/2010)

| UNSECURED | Claimed: | $32,395.53 | Scheduled: | $30,420.33 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: PRODUCTOS RECICLADOS SA DE C
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3586
Claim Date: 07/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $48,543.10 | Scheduled: | $52,678.70 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MOTOR TECHNOLOGY INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3588
Claim Date: 07/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $4,493.69 | Scheduled: | $4,493.69 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: OMRON ELECTRONICS LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3596
Claim Date: 06/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $14,199.40 | Scheduled: | $18,103.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ERNESTO OLIVARES ELECTRICAL
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3612
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,321.00 | Scheduled: | $1,321.00 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: KAPCO INDUSTRIES INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3720
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.

| UNSECURED | Claimed: | $1,681.12 | Scheduled: | $1,681.12 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: F&C TRUCK SALES AND SERVICE
INC, ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3727
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $12,473.99 | Scheduled: | $12,473.99 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MCINTOSH AND MCINTOSH PC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3761
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,400.00 | Scheduled: | $2,400.00 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: KNF CHEMICAL COMPANY
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3808
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)

| UNSECURED | Claimed: | $1,635.11 | Scheduled: | $1,635.11 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: SIERRA PACKAGING INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3812
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,080.00 | Scheduled: | $2,080.00 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ODIN INTERNATIONAL INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3836
Claim Date: 07/06/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: DOCKET: 4131 (01/14/2010)

| UNSECURED | Claimed: | $1,785.77 | Scheduled: | $1,785.77 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CAPITAL WASTE INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 3895<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) | |

| UNSECURED | Claimed: | $1,133.56 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PNUE FORCE<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 4073<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |

| UNSECURED | Claimed: | $2,622.47 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ANTHONY'S LIMOUSINE<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 4108<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010) | |

| UNSECURED | Claimed: | $3,288.60 | Scheduled: | $3,288.60 |
|---|---|---|---|---|

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: LEWISBURG WATER<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 4122<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | |

| UNSECURED | Claimed: | $1,529.47 | Scheduled: | $1,474.21 |
|---|---|---|---|---|

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MBI SYSTEMS INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 4214<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $2,174.56 | Scheduled: | $2,174.56 |
|---|---|---|---|---|

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: WINTER TRUCK LINES INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 4254<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $1,372.29 | Scheduled: | $1,257.15 |
|---|---|---|---|---|

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: SHERWIN-WILLIAMS CO<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 4261<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 14054<br>DOCKET: 7550 (05/10/2010) | |

| UNSECURED | Claimed: | $98.00 | Scheduled: | $32,109.93 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | |
|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: OVERHEAD DOOR COMPANY OF<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 4339<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED          Claimed: | $4,862.24 | | |

| | | | |
|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: METRO SALES INCORPORATED<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 4346<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED          Claimed: | $1,525.97 | Scheduled: | $815.47 |

| | | | |
|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: OLSON PACKAGING SERVICES<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 4369<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED          Claimed: | $7,094.35 | Scheduled: | $8,170.97 |

| | | | |
|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PRO-DIRECT-INDUSTRIEL<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 4408<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED          Claimed: | $3,329.23 | Scheduled: | $3,450.66 |

| | | | |
|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MJC BY CHEIF JEFF INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 4419<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED          Claimed: | $1,940.63 | Scheduled: | $1,940.63 |

| | | | |
|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ORION ENGINEERING INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 4483<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED          Claimed: | $2,986.60 | | |

| | | | |
|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ACCESS ELECTRIC INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 4493<br>Claim Date: 07/10/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 6353 (03/29/2010) | | |
| UNSECURED          Claimed: | $9,773.20 | Scheduled: | $9,773.20 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: LLOYD ELECTRIC CO INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4503
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,586.25 | Scheduled: | $1,586.25 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: FRANKLIN DIST CO
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4532
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,889.20 |
| UNSECURED | Claimed: | $1,889.20 |
| TOTAL | Claimed: | $1,889.20 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MONTEQUIN DISTRIBUTORS INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4536
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,965.00 | Scheduled: | $2,965.00 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: HISCO
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4608
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,204.48 | Scheduled: | $9,204.48 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MEDICAL SERVICES OF COSHOCTO
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4618
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,870.36 | Scheduled: | $4,870.36 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: OK INDUSTRIAL SUPPLY INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4619
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,304.65 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: HEALTHY ACHIEVERS
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4707
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,038.81 | Scheduled: | $3,038.81 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: AUTOMATAN INCORPORATED
ANSONIA FINANCE STATION; PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4752
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $15,198.93 | | |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: PHYSICIANS IMMEDIATE CARE NO
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4824
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $10,086.00 | Scheduled: | $9,456.00 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: SIMTEK SYSTEMS INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4826
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,976.11 | Scheduled: | $3,826.11 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: DIVERSIFIED OPPORTUNITIES IN
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4850
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,721.88 | Scheduled: | $7,824.76 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ALL STAR CORRUGATED
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4877
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $8,570.57 | Scheduled: | $8,841.75 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: JOHNSON PACKING & IND PROD INC
ANSONIA FINANCE STATION - PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4881
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $2,434.87 | Scheduled: | $2,348.80 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: SOUTHLAND MANUFACTURING INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4897
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $4,060.00 | Scheduled: | $4,060.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ZEE MEDICAL SERVICE COMPANY
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4910
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,377.94 | Scheduled: | $3,975.29 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: TEPE SANITARY SUPPLY INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4912
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,770.89 | Scheduled: | $1,747.18 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: NEWTON COUNTY MEDICAL ASSOC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5016
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,110.00 | Scheduled: | $1,320.00 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: LUWA BAHNSON INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5051
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,302.40 | Scheduled: | $1,302.40 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: TIM JEN MILLER PAINTING, INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5088
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claim 1934

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,895.00 | Scheduled: | $9,895.00 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: INDUSTRIAL MAINTENANCE SPECI
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5098
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,000.00 | Scheduled: | $8,100.00 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: PAL KING INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5166
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,556.80 | Scheduled: | $1,446.80 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: STEAM SYSTEMS INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5259
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $17,250.00 | Scheduled: | $17,793.00 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: STEAM SYSTEMS
FBO KENNETH B GILMAN
ANSONIA FINANCE STATION PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5260
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $5,151.33 | Scheduled: | $5,151.33 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF ELECTRICAL SUPPLY &
EQUIPMENT CO
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5266-01
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)

| ADMINISTRATIVE | Claimed: | $2,763.97 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $8,003.17 |

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF ELECTRICAL SUPPLY &
EQUIPMENT CO
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5266-02
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)

| UNSECURED | Claimed: | $5,405.45 | | |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF ACE PAPER RECYCLING
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5267-01
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
Possible RLP of Reclass to unsecured.

| ADMINISTRATIVE | Claimed: | $3,248.85 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3,248.00 |

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF ACE PAPER RECYCLING
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5267-02
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
Possible RLP of Reclass to unsecured.

| UNSECURED | Claimed: | $35.15 | | |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF DARIGOLD RAINIER
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5268
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2534 (10/30/2009)

| ADMINISTRATIVE | Claimed: | $2,256.31 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2,204.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF GROSSMAN ENVIRONMENTAL<br>RECYCLING, INC<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 5269<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $12,896.11 | | Scheduled: | $14,028.00 |

---

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: IMPRIMERIE PONIAC LTEE<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 5321<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | Scheduled: | $2,943.51 |

---

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: LACIE CANADA TIRE INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 5373<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | | |
| UNSECURED | Claimed: | $3,870.53 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: RIVERBEND BOILER REPAIR INC<br>FBO KENNETH B GILMAN<br>ANSONIA FINANCE STATION PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 5413<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $4,958.00 | | Scheduled: | $4,958.00 |

---

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: OFFICE CITY<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 5530<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $3,908.58 | | Scheduled: | $3,908.58 |

---

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: INTERSTATE PLASTICS<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 5560<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $4,901.13 | | Scheduled: | $2,391.13 |

---

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: BONETTI CANADA INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 5603<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $4,818.05 | | Scheduled: | $4,818.05 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MVP CONTRACTING LTD.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 5611<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $4,465.36 |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MVP CONTRACTING LTD.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 5612<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| PRIORITY | Claimed: | $563.40 |
|---|---|---|
| UNSECURED | Claimed: | $4,985.48 |

---

| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF UE SYSTEMS INC.<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 5621-01<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,894.00 |
|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF UE SYSTEMS INC.<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 5621-02<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $10.00 | Scheduled: | $1,904.00 |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF TONER SALES INC.<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 5622<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2205 (10/09/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,246.08 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,246.08 |

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MARTOR USA (SPOILAGE CUTTER<br>PO BOX 237037<br>ANSONIA FINANCE STATION<br>NEW YORK, NY 10023 | Claim Number: 5629<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $7,178.38 |
|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: JD LOGISTICS INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 5719<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $1,369.10 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: CONCEPT PACKAGING
ANSONIA FINANCE STATION, PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5930
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $33,508.20 | Scheduled: | $33,508.20 |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: TULSA GAMMA RAY INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5934
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $14,250.00 | | |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ALWAYS SHRED INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5956
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $957.60 | Scheduled: | $1,039.00 |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: METRO CANADA LOGISTICS
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 6028
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $30,549.34 | | |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: COLONY TIRE
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 6291
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $2,596.45 | Scheduled: | $914.50 |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: NASHVILLE ELECTRIC SERVICE
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 6330
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $9,752.07 | Scheduled: | $2,008.08 |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: NICOR GAS
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 6369
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $120,782.17 | Scheduled: | $38,669.81 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MCLEISH CONTAINERS<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 6383<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,869.33 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CHATHAM STEEL CORP<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 6397<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $3,309.86 | Scheduled: | $3,309.86 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: OKLAHOMA SAFETY EQUIPMENT CO<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 6613<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $3,035.03 | Scheduled: | $1,876.74 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: LIFE SAFETY ASSOCIATES<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 6623<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $1,553.94 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: GARVEY SCHUBERT BARER<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 6633<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $27,476.98 | Scheduled: | $27,412.90 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: TRINITY TRANSPORT, INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 6730<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $3,960.00 | Scheduled: | $3,470.00 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CHEMSTATION OF EL PASO<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 7065<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $6,240.00 | Scheduled: | $7,897.50 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FAIR HARBOR CAPITAL, LLC | Claim Number: 7140 |
|---|---|
| TRANSFEROR: GREYHOUND HAULING EXPRESS IN | Claim Date: 08/03/2009 |
| ANSONIA FINANCE STATION | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| PO BOX 237037 | Comments: DOCKET 7516 (05/07/2010) |
| NEW YORK, NY 10023 | |

| UNSECURED | Claimed: | $1,255.00 | Scheduled: | $945.00 |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC | Claim Number: 7190-01 |
|---|---|
| AS ASSIGNEE OF PRODUCTOS RECICLADOS | Claim Date: 08/05/2009 |
| SA DE CV | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| PO BOX 237037 | Comments: DOCKET: 5768 (03/11/2010) |
| NEW YORK, NY 10023 | |

| ADMINISTRATIVE | Claimed: | $22,251.10 |
|---|---|---|

| FAIR HARBOR CAPITAL, LLC | Claim Number: 7190-02 |
|---|---|
| AS ASSIGNEE OF PRODUCTOS RECICLADOS | Claim Date: 08/05/2009 |
| SA DE CV | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| PO BOX 237037 | Comments: DOCKET: 5768 (03/11/2010) |
| NEW YORK, NY 10023 | |

| UNSECURED | Claimed: | $27,789.80 |
|---|---|---|

| FAIR HARBOR CAPITAL, LLC | Claim Number: 7191-01 |
|---|---|
| AS ASSIGNEE OF DM INDUSTRIAL INC | Claim Date: 08/05/2009 |
| PO BOX 237037 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| NEW YORK, NY 10023 | Comments: DOCKET: 5768 (03/11/2010) |

| ADMINISTRATIVE | Claimed: | $2,908.26 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $13,342.03 |

| FAIR HARBOR CAPITAL, LLC | Claim Number: 7191-02 |
|---|---|
| AS ASSIGNEE OF DM INDUSTRIAL INC | Claim Date: 08/05/2009 |
| PO BOX 237037 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| NEW YORK, NY 10023 | Comments: DOCKET: 5768 (03/11/2010) |

| UNSECURED | Claimed: | $5,966.45 |
|---|---|---|

| FAIR HARBOR CAPITAL, LLC | Claim Number: 7192-01 |
|---|---|
| AS ASSIGNEE OF TYNDALE COMPANY INC | Claim Date: 08/05/2009 |
| PO BOX 237037 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| NEW YORK, NY 10023 | Comments: DOCKET: 7188 (04/22/2010) |

| ADMINISTRATIVE | Claimed: | $2,868.70 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $5,940.75 |

| FAIR HARBOR CAPITAL, LLC | Claim Number: 7192-02 |
|---|---|
| AS ASSIGNEE OF TYNDALE COMPANY INC | Claim Date: 08/05/2009 |
| PO BOX 237037 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| NEW YORK, NY 10023 | Comments: DOCKET: 7188 (04/22/2010) |

| UNSECURED | Claimed: | $940.40 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF STUART HOSE & PIPE CO<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 7193-01<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,444.39 | Scheduled: | $4,843.06 |
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF STUART HOSE & PIPE CO<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 7193-02<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2205 (10/09/2009) | | |
| ADMINISTRATIVE | Claimed: | $2,046.62 | | |
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF TE COMPANY<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 7194<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009) | | |
| ADMINISTRATIVE | Claimed: | $1,704.00 | | |
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF GRAYMILLS CORPORATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 7195-01<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 14052<br>DOCKET: 7189 (04/22/2010) | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $2,141.50 | Scheduled: | $9,866.09 |
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF GRAYMILLS CORPORATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 7195-02<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 14052<br>DOCKET: 7189 (04/22/2010) | | |
| UNSECURED | Claimed: | $4,671.29 | | |
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF METAL SUPERMARKETS<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 7196-01<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $734.38 | Scheduled: | $1,753.57 |
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF METAL SUPERMARKETS<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 7196-02<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) | | |
| UNSECURED | Claimed: | $967.59 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: PACIFIC RISK MANAGEMENT CORP
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 7312
Claim Date: 08/07/2009
Debtor: SMURFIT-MBI

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,180.28 | Scheduled: | $1,180.28 |

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF MARTOR USA
PO BOX 237037
ANSONIA FINANCE STATION
NEW YORK, NY 10023

Claim Number: 7320-01
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
Amends Claim 5629

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,765.98 |

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF MARTOR USA
PO BOX 237037
ANSONIA FINANCE STATION
NEW YORK, NY 10023

Claim Number: 7320-02
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
Amends Claim 5629

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,272.43 | Scheduled: | $6,296.32 |

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF MARTOR USA
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 7321-01
Claim Date: 08/07/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5768 (03/11/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $261.75 | | |
| UNSECURED | | | Scheduled: | $543.72 |

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF MARTOR USA
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 7321-02
Claim Date: 08/07/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5768 (03/11/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $878.22 |

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF ZEE MEDICAL SERVICE COMPANY
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 7322-01
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,155.97 |

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF ZEE MEDICAL SERVICE COMPANY
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 7322-02
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,221.97 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF TRI K SUPPLIES & SERVICE<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 7323-01<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,419.17 | Scheduled: | $6,268.24 |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF TRI K SUPPLIES & SERVICE<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 7323-02<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,988.90 |
|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF CULLUM & BROWN INC<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 7324<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $10,208.45 |
|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MANATEE COUNTY UTILITIES<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 7436<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,872.00 |
|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: GRAYMILLS CORP.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 7534<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC. |
|---|---|

| UNSECURED | Claimed: | $1,854.50 |
|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MAINE CONVEYOR INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 7574<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $14,506.19 | Scheduled: | $54,534.19 |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: WASTE PRO OF JACKSONVILLE<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 7732<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,667.31 | Scheduled: | $1,426.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: NEW LINE BOX CORP<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8072<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,184.15 | Scheduled: | $3,183.44 |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: INNOVATIVE PACKAGING INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8091<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,300.00 | Scheduled: | $6,300.00 |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MTS ALLSTREAM INC FKA MTS CO<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8178<br>Claim Date: 04/14/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>1008.37 canadian | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,008.37 | | |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: FRANKLIN DIST CO<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8185<br>Claim Date: 07/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>Amends claim 4532. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,889.20 | Scheduled: | $1,889.20 |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PRO-DIRECT INDUSTRIEL<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8214<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,329.23 | | |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: AVION SERVICES CORP.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8254<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,311.74 | Scheduled: | $1,302.45 |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: METRO SALES INCORPORATED<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8274<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,525.97 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PRO-DIRECT INDUSTRIEL<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8280<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 4408 |
|---|---|

| UNSECURED | Claimed: | $3,329.23 | | |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: BARNES DISTRIBUTION<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8313-01<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance |
|---|---|

| ADMINISTRATIVE | Claimed: | $668.09 | | |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: BARNES DISTRIBUTION<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8313-02<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>Claim out of balance |
|---|---|

| UNSECURED | Claimed: | $3,460.59 | | |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MJC BY CHEF JEFF, INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8317<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| PRIORITY | Claimed: | $1,940.63 | | |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ADAMS PEST CONTROL INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8361<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8579 (09/23/2010) |
|---|---|

| UNSECURED | Claimed: | $5,881.17 | Scheduled: | $6,218.50 |
|---|---|---|---|---|
| TOTAL | Claimed: | $1,554.62 | | |

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: EAGLE POWER & ENGINEERING (1<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8432<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5768 (03/11/2010)<br>Claim out of balance |
|---|---|

| UNSECURED | Claimed: | $1,849.57 | Scheduled: | $1,827.79 |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: HISCO, INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8500<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $9,204.48 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: HENEK MANUFACTURING INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8525<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $5,762.66 | | |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: HOWARD MARTEN COMPANY LIMITE<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8558-01<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance |
|---|---|

| ADMINISTRATIVE | Claimed: | $663.79 | | |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: HOWARD MARTEN COMPANY LIMITE<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8558-02<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>Claim out of balance |
|---|---|

| UNSECURED | Claimed: | $637.75 | Scheduled: | $1,316.69 |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: TUPELO WATER & LIGHT COMPANY<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8599<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $3,401.51 | | |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: AGENCE PETROLIERE<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8633<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $2,027.91 | Scheduled: | $2,101.89 |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: BRENNAN & ASSOCIATES<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8710<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance |
|---|---|

| UNSECURED | Claimed: | $1,003.64 | Scheduled: | $1,137.69 |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: WESTERN BELTING & HOSE(1986)<br>LTD.; ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8784<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $2,563.59 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PORTES DE GARAGE DOMAC INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 8795<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $1,768.65 | Scheduled: | $2,039.63 | |

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MTS ALLSTREAM<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 8818<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $12,264.80 | | | |

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CLARKE ROAD TRANSPORT INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 8896<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 8897<br>DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $4,614.85 | Scheduled: | $1,380.00 | |

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CLARKE ROAD TRANSPORT<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 8897<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $4,614.85 | | | |

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: C.C. AIR INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 8915<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $3,333.65 | | | |

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ESSIAMBRE, LISE<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 8990<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| PRIORITY<br>UNSECURED | Claimed: | $2,947.33 | Scheduled: | $2,305.38 | |

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ESSIAMBRE, LISE D.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 8991<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: POSSIBLE DUPLICATE OF 8990 | | | |
| PRIORITY | Claimed: | $2,947.33 | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ATLANTIC EQUIPMENT<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8992<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) | |

| UNSECURED | Claimed: | $1,529.64  UNLIQ | Scheduled: | $1,744.26 |
|---|---|---|---|---|

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ADHECO LTD<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 9029<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | |

| UNSECURED | Claimed: | $1,587.08 |
|---|---|---|

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ADHECO LTD<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 9030<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-MBI | |

| UNSECURED | Claimed: | $1,937.12 | Scheduled: | $1,591.58 |
|---|---|---|---|---|

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ENTREPOT IDEAL INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 9044<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-MBI | |

| UNSECURED | Claimed: | $4,304.93 | Scheduled: | $4,305.26 |
|---|---|---|---|---|

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF AUTOMATAN INC<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 9065-01<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) | |

| ADMINISTRATIVE | Claimed: | $1,757.70 |
|---|---|---|

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF AUTOMATAN INC<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 9065-02<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) | |

| UNSECURED | Claimed: | $14,067.03 | Scheduled: | $14,700.64 |
|---|---|---|---|---|

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF WARD OIL COMPANY<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 9066-01<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $9,079.80 | Scheduled: | $7,664.85 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF WARD OIL COMPANY
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 9066-02
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2205 (10/09/2009)

| ADMINISTRATIVE | Claimed: | $3,148.75 | | |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF PREMIER PUMP INC
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 9067-01
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 5769 (03/11/2010)

| ADMINISTRATIVE | Claimed: | $2,372.60 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $4,244.22 |

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF PREMIER PUMP INC
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 9067-02
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 5769 (03/11/2010)

| UNSECURED | Claimed: | $1,871.62 | | |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF THE A. LOUIS SUPPLY CO
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 9068-01
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)

| ADMINISTRATIVE | Claimed: | $1,717.51 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $4,581.27 |

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF THE A. LOUIS SUPPLY CO
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 9068-02
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)

| UNSECURED | Claimed: | $2,863.76 | | |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: HOLLAND & HART LLP
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 9310
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $8,704.22 | | |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: HOLLAND & HART LLP
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 9311
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $19,003.56 | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: L C HALLS TRUCK LINES INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 9499<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |

| UNSECURED | Claimed: | $1,788.75 | | |

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: JEFFERSON COUNTY COMMISSION<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 9601<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | | |

| UNSECURED | Claimed: | $8,540.33 | | |

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: SCM CORRUGATING MACHINERY IN<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 9637<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8091 (06/21/2010) | | | |

| UNSECURED | Claimed: | $38,865.55 | Scheduled: | $36,122.27 |

---

| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF MOODY PRICE LLC<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 10641-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010) | | | |

| ADMINISTRATIVE | Claimed: | $20,875.35 | | |
| UNSECURED | | | Scheduled: | $83,961.30 |

---

| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF MOODY PRICE LLC<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 10641-02<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010) | | | |

| UNSECURED | Claimed: | $68,113.03 | | |

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: UNIFIED PALLETS INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 11018<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | | |

| UNSECURED | Claimed: | $7,280.00 | Scheduled: | $7,280.00 |

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CFER OUTAOUAIS<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 11234<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |

| UNSECURED | Claimed: | $1,679.57 | Scheduled: | $1,543.94 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: BRANDYWINE GLOBAL INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 11520
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $13,881.44 | | |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MACHINING AND WELDING
SERVICES; ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 11647
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)

| UNSECURED | Claimed: | $27,643.68 | Scheduled: | $39,567.10 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: SPN CONSULTANTS INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 11708
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8530 (09/13/2010)

| UNSECURED | Claimed: | $6,660.00 | Scheduled: | $6,660.00 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF LA CIE CANADA TIRE INC
EQUIPMENT CO
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 11881-01
Claim Date: 08/28/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF LA CIE CANADA TIRE INC
EQUIPMENT CO
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 11881-02
Claim Date: 08/28/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ADAM'S PEST CONTROL, INC.
ANSONIA STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 12333
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $5,881.17 | | |
|---|---|---|---|---|
| TOTAL | Claimed: | $1,554.62 | | |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: HENEK MANUFACTURING, INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 12387
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $5,762.66   UNLIQ | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: L.C. HALLS TRUCK LINES INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 12519<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $1,788.75 | Scheduled: | $1,867.00 |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF JML SERVICES<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 12557<br>Claim Date: 09/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 241. |
|---|---|

| UNSECURED | Claimed: | $17,988.80 | Scheduled: | $17,988.80 |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: SPN CONSULTANTS INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 13238<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
|---|---|

| UNSECURED | Claimed: | $6,660.00 |
|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PINNACLE DISTRIBUTION INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 13318-01<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| PRIORITY | Claimed: | $934.28 |
|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PINNACLE DISTRIBUTION INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 13318-02<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 2813 (11/18/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $763.92 |
|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MONTGOMERY WATER WORKS<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 13539<br>Claim Date: 11/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,962.28 | Scheduled: | $8,584.92 |
|---|---|---|---|---|

---

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MONTGOMERY WATER WORKS<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 13541<br>Claim Date: 11/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $502.95 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MONTGOMERY WATER WORKS<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 13542<br>Claim Date: 11/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $7,029.11 | | |
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF LA CIE CANADA TIRE<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 13630<br>Claim Date: 11/23/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8239 (07/19/2010) | | |
| UNSECURED | Claimed: | $3,116.67 | Scheduled: | $3,122.34 |
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF TRINITY TRANSPORT INC.<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 13725<br>Claim Date: 12/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 6730. | | |
| UNSECURED | Claimed: | $3,960.00 | | |
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF HOLLAND & HART LLP<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 13779<br>Claim Date: 01/25/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends Claim 9311 | | |
| UNSECURED | Claimed: | $19,003.56 | Scheduled: | $27,707.78 |
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF HOLLAND & HART LLP<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 13780<br>Claim Date: 01/25/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends Claim 9310 | | |
| UNSECURED | Claimed: | $8,704.22 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: NGI - DIGITAL<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 13793<br>Claim Date: 02/01/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amensd claim 3081. | | |
| UNSECURED | Claimed: | $1,781.25 | Scheduled: | $2,014.65 |
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF PNUE FORCE<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 14007<br>Claim Date: 04/26/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7718 (05/21/2010)<br>Amends claim no. 4073 | | |
| UNSECURED | Claimed: | $2,622.47 | Scheduled: | $2,837.99 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF QUAD PLUS INC
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 14008
Claim Date: 04/26/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $7,126.13 | Scheduled: | $7,118.15 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF JENSSEN SCALES INCORP.
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 14009
Claim Date: 04/26/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7718 (05/21/2010)
Amends claim no. 1399

| UNSECURED | Claimed: | $4,875.42 |
|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF MOTOR TECHNOLOGY INC
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 14010
Claim Date: 04/26/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7718 (05/21/2010)
Amends claim no. 3588

| UNSECURED | Claimed: | $4,493.69 |
|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF GRAYMILLS CORP
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 14052
Claim Date: 06/18/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8535 (09/14/2010)
AMENDS SPLIT CLAIM 719501/02

| UNSECURED | Claimed: | $3,094.86 |
|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF ADAMS PEST CONTROL INC.
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 14053
Claim Date: 06/18/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8579 (09/23/2010)
AMENDS CLAIM 8361

| UNSECURED | Claimed: | $5,881.17 |
|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF SHERWIN WILLIAMS
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 14054
Claim Date: 06/18/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
AMENDS CLAIM 4261

| UNSECURED | Claimed: | $7,253.32 |
|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MCLEISH CONTAINERS
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 6383
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $1,869.33 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: HASCO OIL CO., INC.<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | Claim Number: 29<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $7,948.74 | Scheduled: | $7,798.74 |
|---|---|---|---|---|

| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: GAM GEAR L.L.C.<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | Claim Number: 476<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $7,893.49 | | |
|---|---|---|---|---|

| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: MONROE PACKAGING<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | Claim Number: 628<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $6,180.87 | Scheduled: | $7,610.39 |
|---|---|---|---|---|

| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: COMMERCIAL PUMPING SERVICES<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | Claim Number: 1415<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $8,601.00 | Scheduled: | $8,781.00 |
|---|---|---|---|---|

| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: BEARCOM<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | Claim Number: 2034<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $8,094.95 | Scheduled: | $7,841.57 |
|---|---|---|---|---|

| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: SWIFT AIR INC.<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | Claim Number: 3184<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $2,429.66 | Scheduled: | $3,015.48 |
|---|---|---|---|---|

| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: NICKELSON INDUSTRIAL SERVICE<br>1777 SARATOGA AVE, SUITE 106<br>SAN JOSE, CA 95129 | Claim Number: 4352<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $6,800.00 | Scheduled: | $6,800.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FAIR LIQUIDITY PARTNERS, LLC
TRANSFEROR: GAM GEAR L.L.C.
1777 SARATOGA AVE, SUITE #106
SAN JOSE, CA 95129

Claim Number: 5033
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $7,893.49 | Scheduled: | $7,893.49 |
|---|---|---|---|---|

FAIR LIQUIDITY PARTNERS, LLC
TRANSFEROR: JW WINCO INC
1777 SARATOGA AVE, SUITE #106
SAN JOSE, CA 95129

Claim Number: 5190
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,349.36 | Scheduled: | $3,349.36 |
|---|---|---|---|---|

FAIR LIQUIDITY PARTNERS, LLC
TRANSFEROR: DIVERSITY PACKAGING LLC
1777 SARATOGA AVE, SUITE #106
SAN JOSE, CA 95129

Claim Number: 7155
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $4,196.80 | Scheduled: | $4,196.80 |
|---|---|---|---|---|

FAIR LIQUIDITY PARTNERS, LLC
TRANSFEROR: INTERNATIONAL PAPER
1777 SARATOGA AVE, SUITE #106
SAN JOSE, CA 95129

Claim Number: 7682
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8576 (09/23/2010)

| UNSECURED | Claimed: | $8,511.02 | Scheduled: | $4,323.00 |
|---|---|---|---|---|

FAIR LIQUIDITY PARTNERS, LLC
TRANSFEROR: HALTON RECYCLING
1777 SARATOGA AVE, SUITE #106
SAN JOSE, CA 95129

Claim Number: 8048
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,261.98 | Scheduled: | $6,862.00 |
|---|---|---|---|---|

FAIR LIQUIDITY PARTNERS, LLC
TRANSFEROR: NICKELSON INDUSTRIAL SERVICE
1777 SARATOGA AVE, SUITE 106
SAN JOSE, CA 95129

Claim Number: 8303
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $6,800.00 | | |
|---|---|---|---|---|

FAIR LIQUIDITY PARTNERS, LLC
TRANSFEROR: HOLIDAY HEATING AND COOLING
1777 SARATOGA AVE, SUITE #106
SAN JOSE, CA 95129

Claim Number: 10450
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $10,447.00 | Scheduled: | $9,829.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: INDUSTRIAL TECHNICAL SALES &<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | Claim Number: 11727<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,626.39 | Scheduled: | $3,926.89 |
|---|---|---|---|---|

| FAIRBANKS SCALES INC<br>821 LOCUST<br>KANSAS CITY, MO 64106 | Claim Number: 7540<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $15,806.00 | Scheduled: | $15,806.00 |
|---|---|---|---|---|

| FAIRBANKS SCALES INC<br>821 LOCUST<br>KANSAS CITY, MO 64106 | Claim Number: 7541<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7452 (05/06/2010) |
|---|---|

| UNSECURED | Claimed: | $97,911.17 | Scheduled: | $54,716.23 |
|---|---|---|---|---|

| FAIRCHILD RESOURCES INC<br>201 BOULDER DRIVE<br>LAKE IN THE HILLS, IL 60156 | Claim Number: 4788<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $21,316.94 | | |
|---|---|---|---|---|

| FAIRCHILD RESOURCES INC<br>201 BOULDER DRIVE<br>LAKE IN THE HILLS, IL 60156 | Claim Number: 5123<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $20,407.48 | Scheduled: | $20,407.48 |
|---|---|---|---|---|

| FAIRCHILD, MARY K<br>P.O. BOX 292<br>RICHMONDALE, OH 45673 | Claim Number: 6637<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| FAIRCLOTH MACHINE SHOP, INC.<br>179 WAUGHTOWN STREET<br>WINSTON-SALEM, NC 27127 | Claim Number: 11515<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,929.83 | Scheduled: | $5,405.27 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FAIRCLOTH, JOHN C<br>305 NEAL STREET<br>EAST BREWTON, AL 36426 | Claim Number: 10614<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |

| UNSECURED | Claimed: | $11,220.00 |

---

| FAIRLEY, BETTY J<br>6156 SALEM ROAD<br>MCLAIN, MS 39456 | Claim Number: 7640<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $41,500.00 |

---

| FAIRLEY, DAN O SR., & BETTY J.<br>6156 SALEM ROAD<br>MC LAIN, MS 39456 | Claim Number: 9035<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |

| UNSECURED | Claimed: | $41,500.00 |

---

| FALLSWAY EQUIPMENT COMPANY, INC.<br>PO BOX 4537<br>AKRON, OH 44310 | Claim Number: 2825<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $22,805.83 | Scheduled: | $25,597.39 |

---

| FAR WEST FIBERS<br>PO BOX 20669<br>PORTLAND, OR 97294-0669 | Claim Number: 3644<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $12,107.73 | Scheduled: | $8,533.00 |

---

| FARLEY FOREST PRODUCTS, INC.<br>P.O. BOX 71810<br>TUSCALOOSA, AL 35407 | Claim Number: 222<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>Claim out of balance |

| UNSECURED | Claimed: | $6,348.00 | Scheduled: | $12,696.00  UNLIQ |

---

| FARM BOY FOOD SERVICE INC<br>2761 N KENTUCKY ST<br>P.O.BOX 996<br>EVANSVILLE, IN 47711 | Claim Number: 9844<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |

| UNSECURED | Claimed: | $6,425.02 | Scheduled: | $6,425.02  UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FARMER'S ELECTRIC COOPERATIVE
PO BOX 680
CHILLICOTHE, MO 64601

Claim Number: 989
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7553 (05/10/2010)

| UNSECURED | Claimed: | $231.63 |
|-----------|----------|---------|

---

FARNSWORTH, FRANK
R.R. #2
ARDEN,, ON K0H 1B0
CANADA

Claim Number: 9263
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| PRIORITY | Claimed: | $48,290.36 |
|----------|----------|------------|

---

FAST SIGNS INC
11109 KENWOOD RD
BLUE ASH, OH 45242

Claim Number: 4218
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,085.94 | Scheduled: | $1,085.94 |
|-----------|----------|-----------|-----------|-----------|

---

FASTENAL CANADA, LTD
ATTN: LEGAL
2001 THEURER BLVD.
P.O. BOX 978
WINONA, MN 55987

Claim Number: 8962-01
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $3,097.37 |
|-----------|----------|-----------|

---

FASTENAL CANADA, LTD
ATTN: LEGAL
2001 THEURER BLVD.
P.O. BOX 978
WINONA, MN 55987

Claim Number: 8962-02
Claim Date: 08/10/2009
Debtor: SMURFIT-MBI
Comments: DOCKET 8758 (11/15/2010)

| ADMINISTRATIVE | Claimed: | $528.47 |
|----------------|----------|---------|

---

FASTENAL COMPANY
PATRICK BARR
1209 HARRISON AVE.
PANAMA CITY, FL 32401

Claim Number: 1495
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8093 (06/21/2010)

| UNSECURED | Claimed: | $16,401.32 |
|-----------|----------|------------|

---

FASTENAL COMPANY
ATTN: LEGAL
PO BOX 978
WINONA, MN 55987

Claim Number: 7106-01
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET 7188 (04/22/2010)

| ADMINISTRATIVE | Claimed: | $44,775.39 |
|----------------|----------|------------|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FASTENAL COMPANY<br>ATTN: LEGAL<br>PO BOX 978<br>WINONA, MN 55987 | Claim Number: 7106-02<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $282,176.70 | Scheduled: | $298,039.03 |
|---|---|---|---|---|

| FASTENERS FOR RETAIL<br>8181 DARROW RD<br>TWINSBURG, OH 44087-2303 | Claim Number: 2446-01<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,932.28 |
|---|---|---|

| FAUST, JAMES G<br>2 HENRICK DRIVE<br>MIDDLETOWN, OH 45044 | Claim Number: 6778<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| FAYETT GROUP LLC<br>TRANSFEROR: MATTHEWS DUE DIVISION LLC<br>C/O TROOB CAPITAL MGMT. LLC, S. WOLFORD<br>777 WESTCHESTER AVENUE, SUITE 203<br>WHITE PLAINS, NY 10604 | Claim Number: 464<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $141,986.86 |
|---|---|---|

| FAYETT GROUP LLC<br>TRANSFEROR: MATTHEWS DIE DIVISION LLC<br>C/O TROOB CAPITAL MGMT. LLC<br>777 WESTCHESTER AVENUE, SUITE 203<br>WHITE PLAINS, NY 10604 | Claim Number: 10425-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4964 (02/12/2010)<br>amends 464 |
|---|---|

| UNSECURED | Claimed: | $90,599.10 | Scheduled: | $147,054.10 |
|---|---|---|---|---|

| FAYETT GROUP LLC<br>TRANSFEROR: MATTHEWS DIE DIVISION LLC<br>C/O TROOB CAPITAL MGMT. LLC<br>777 WESTCHESTER AVENUE, SUITE 203<br>WHITE PLAINS, NY 10604 | Claim Number: 10425-02<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4964 (02/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $51,387.76 |
|---|---|---|

| FAYETT GROUP LLC ATTN: SHANE WOLFORD<br>TRANSFEROR: GRAPHIC DESIGN SERVICES, INC<br>C/O TROOB CAPITAL MGMT. LLC ATTN<br>777 WESTCHESTER AVENUE, SUITE 203<br>WHITE PLAINS, NY 10604 | Claim Number: 10426-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $49,445.30 | Scheduled: | $482,534.38 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FAYETT GROUP LLC ATTN: SHANE WOLFORD TRANSFEROR: GRAPHIC DESIGN SERVICES, INC C/O TROOB CAPITAL MGMT. LLC ATTN 777 WESTCHESTER AVENUE, SUITE 203 WHITE PLAINS, NY 10604 | Claim Number: 10426-02 Claim Date: 08/26/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7188 (04/22/2010) |
|---|---|

| UNSECURED | Claimed: | $388,865.14 | | |
|---|---|---|---|---|

| FAYETTE COUNTY TREASURER SUSAN DUNN 133 S. MAIN STREET WASHINGTON COURT HOUSE, OH 43160 | Claim Number: 8726 Claim Date: 07/27/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. Comments: EXPUNGED DOCKET 8120 (06/22/2010) |
|---|---|

| SECURED | Claimed: | $48,715.34 | | |
|---|---|---|---|---|

| FAYETTE COUNTY TREASURER SUSAN 133 S MAIN ST STE 304 WASHINGTON COURT HOUSE, OH 43160 | Claim Number: 6496 Claim Date: 07/27/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $48,715.34 |
|---|---|---|
| SECURED | Claimed: | $48,715.34 |
| TOTAL | Claimed: | $48,715.34 |

| FAYETTE FIRE & SAFETY EQUIP CO INC DRAWER 130 WA COURT HOUSE, OH 43160 | Claim Number: 5805 Claim Date: 07/20/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 5769 (03/11/2010) Claim out of balance |
|---|---|

| UNSECURED | Claimed: | $2,991.13 | Scheduled: | $2,991.13 |
|---|---|---|---|---|

| FCX PERFORMANCE, INC. 3000 E. 14TH AVE. COLUMBUS, OH 43219 | Claim Number: 2870 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $24,966.83 | Scheduled: | $25,095.17 |
|---|---|---|---|---|

| FD JOHNSON 31200 SOLON ROAD SUITE 18 SOLON, OH 44139 | Claim Number: 1361 Claim Date: 03/09/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $4,255.85 | Scheduled: | $4,255.85 |
|---|---|---|---|---|

| FEARN, GLORIA D 815 STAMPER LN GODFREY, IL 62035 | Claim Number: 9260 Claim Date: 08/20/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FEDERAL EXPRESS CORPORATION<br>FILARDI LAW OFFICES LLC<br>C/O CHARLES J. FILARDI, JR.<br>65 TRUMBULL STREET, 2ND FLOOR<br>NEW HAVEN, CT 06510 | Claim Number: 14097<br>Claim Date: 08/11/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 9118 (08/31/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $60,896.27 | | |
|---|---|---|---|---|

---

| FEDERAL INTERNATIONAL, INC.<br>7935 CLAYTON ROAD<br>ST. LOUIS, MO 63117 | Claim Number: 2682<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8898 (01/20/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $46,237.52 UNLIQ |
|---|---|---|---|---|

---

| FEDERAL LAND BANK ASSOCIATION OF<br>PO BOX 669<br>ATHENS, AL 35612 | Claim Number: 6260<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $9,913.16 | Scheduled: | $19,826.32 |
|---|---|---|---|---|

---

| FEDERAL LOGISTICS, LLC<br>C/O JAMES E. KONSKY<br>VONACHEN, LAWLEES, TRAGER & SLEVIN<br>456 FULTON STREET, SUITE 425<br>PEORIA, IL 61602 | Claim Number: 3326<br>Claim Date: 06/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $8,436.13 | Scheduled: | $8,436.13 |
|---|---|---|---|---|

---

| FEDEX CUSTOM CRITICAL<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 13791<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,605.32 | | |
|---|---|---|---|---|

---

| FEDEX CUSTOMER INFORMATION SERVICE AS<br>ASSIGNEE OF FEDEX EXPRESS/ FEDEX GROUND<br>ATTN: REVENUE RECOVERY/ BANKRUPTCY<br>3965 AIRWAYS BLVD, MODULE G, 3RD FLOOR<br>MEMPHIS, TN 38116 | Claim Number: 10763<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $54,454.34 | Scheduled: | $236,026.83 |
|---|---|---|---|---|

---

| FEILER, JEFFREY R<br>2520 RIDGEWOOD AVENUE<br>RACINE, WI 53403 | Claim Number: 5231<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FELDMAN, IRMA
1474 CLINCH DRIVE
FERNANDINA BCH, FL 32034

Claim Number: 7630
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

FELDTS SERVICES INC
6720 TERRACE WAY
HARRISBURG, PA 17111

Claim Number: 4088
Claim Date: 07/09/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $778.34 | Scheduled: | $778.34 |
| --- | --- | --- | --- | --- |

---

FELDTS SERVICES, INC.
6720 TERRACE WAY
HARRISBURG, PA 17111

Claim Number: 2326
Claim Date: 04/20/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLE DUPLICATE OF 4088

| UNSECURED | Claimed: | $778.34 |
| --- | --- | --- |

---

FELDTS SERVICES, INC.
6720 TERRACE WAY
HARRISBURG, PA 17111

Claim Number: 8199
Claim Date: 07/06/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLE DUPLICATE OF 4088

| UNSECURED | Claimed: | $778.34 |
| --- | --- | --- |

---

FELDTS SERVICES, INC.
6720 TERRACE WAY
HARRISBURG, PA 17111

Claim Number: 12309
Claim Date: 07/06/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLE DUPLICATE OF 4088

| UNSECURED | Claimed: | $778.34 |
| --- | --- | --- |

---

FELIX, JAMES M
56576 TURTLEY RD.
WARREN, OR 97053

Claim Number: 9245
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

---

FELX, RAYMOND
C/O KOSKIE MINSKY LLP
BARRISTERS & SOLICITORS
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 13012
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED

| PRIORITY | Claimed: | $1,638.60 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $913,312.21 | Scheduled: | $663,073.66 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FENTON, KENNETH P<br>239 INMAN DR SOUTH<br>LAKELAND, FL 33815 | Claim Number: 7584<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $0.00  UNLIQ |

---

| FERGUSON COMPANY<br>2121 N COLUMBIA BLVD<br>PORTLAND, OR 97217 | Claim Number: 11282<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $74,480.62 |

---

| FERGUSON COMPANY<br>ATTN: JAY COUGHENOUR<br>12500 JEFFERSON AVE<br>NEWPORT NEWS, VA 23602 | Claim Number: 11302-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010) |

| ADMINISTRATIVE | Claimed: | $51,028.40 |

---

| FERGUSON COMPANY<br>ATTN: JAY COUGHENOUR<br>12500 JEFFERSON AVE<br>NEWPORT NEWS, VA 23602 | Claim Number: 11302-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8151 (06/25/2010) |

| UNSECURED | Claimed: | $332,321.06 | Scheduled: | $297,678.19 |

---

| FERGUSON COMPANY<br>2121 N COLUMBIA BLVD<br>PORTLAND, OR 97217 | Claim Number: 11319<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8151 (06/25/2010) |

| UNSECURED | Claimed: | $471,889.14 |

---

| FERGUSON COMPANY<br>2121 N. COLUMBIA BLVD.<br>PORTLAND, OR 97217 | Claim Number: 13254<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

| ADMINISTRATIVE | Claimed: | $49,351.00 |
| UNSECURED | Claimed: | $422,538.14 |

---

| FERGUSON COMPANY<br>2121 N. COLUMBIA BLVD.<br>PORTLAND, OR 97217 | Claim Number: 13256<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| ADMINISTRATIVE | Claimed: | $115,872.87 |
| UNSECURED | Claimed: | $267,476.59 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FERGUSON COMPANY<br>2121 N. COLUMBIA BLVD.<br>PORTLAND, OR 97217 | Claim Number: 13260<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $74,480.62 | |

| FERGUSON CONTAINERS<br>PO BOX 42<br>PHILLIPSBURG, NJ 08865 | Claim Number: 3758<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,432.52 | Scheduled: $5,467.17 |

| FERGUSON ELECTRIC SERVICES CO INC<br>321 ELLICOTT STREET<br>4746 MODEL CITY RD<br>BUFFALO, NY 14203 | Claim Number: 10087<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,523.31 | Scheduled: $2,523.31 |

| FERGUSON ENTERPRISES, INC.<br>12500 JEFFERSON AVE<br>ATTN: JAY COUGHENOUR<br>NEWPORT NEWS, VA 23602 | Claim Number: 12524<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8408 (08/18/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $58,043.26 | Scheduled: $55,904.00 |

| FERGUSON ENTERPRISES, INC.<br>ATTN: SHAUN PAPPERMAN<br>12490 JEFFERSON AVE.<br>NEWPORT NEWS, VA 23602 | Claim Number: 12526<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $49,351.00 |
| UNSECURED | Claimed: | $471,889.14 |
| TOTAL | Claimed: | $471,889.14 |

| FERGUSON ENTERPRISES, INC.<br>ATTN: SHAUN PAPPERMAN<br>12490 JEFFERSON AVENUE<br>NEWPORT NEWS, VA 23602 | Claim Number: 13253<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $74,480.62 |

| FERGUSON ENTERPRISES, INC.<br>ATTN: SHAUN PAPPERMAN<br>12490 JEFFERSON AVENUE<br>NEWPORT NEWS, VA 23602 | Claim Number: 13255<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $49,351.00 |
| UNSECURED | Claimed: | $471,889.14 |
| TOTAL | Claimed: | $471,889.14 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FERGUSON ENTERPRISES, INC.
ATTN: SHAUN PAPPERMAN
12490 JEFFERSON AVENUE
NEWPORT NEWS, VA 23602

Claim Number: 13257
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $115,872.87 |
| UNSECURED | Claimed: | $383,349.46 |
| TOTAL | Claimed: | $383,349.46 |

FERNANDEZ, HENRY
671 LAUREL GROVE RD.
MIDDLETOWN, CT 06457

Claim Number: 10623
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $150,000.00 |

FERRARI, MARY A
77 HIGHLAND AVE
AVELLA, PA 15312-2701

Claim Number: 11356
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

FERRELLGAS
ONE LIBERTY PLAZA
LIBERTY, MO 64068

Claim Number: 1375
Claim Date: 03/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $111,317.20 | Scheduled: | $123,624.30 |

FERRER, MELCHOR M
2392 COTTAGE RIDGE AVE
LAUGHLIN, NV 89029

Claim Number: 11682
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $325,000.00 |

FERRIS, JOHN M
5392 BOONDOCKS ROAD
KEYSTONE HEIGHTS, FL 32656

Claim Number: 4646
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,000.00   UNLIQ |

FESTO CORPORATION
P.O. BOX 1355
BUFFALO, NY 14240-1355

Claim Number: 10582
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,705.12 | Scheduled: | $1,784.50 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FESTO INC.
ATTN: C. QUIBELL
5300 EXPLORER DRIVE
MISSISSAUGA, ON L4W 5G4
CANADA

Claim Number: 8582
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $200.19 | | |

---

FESTO INC.
5300 EXPLORER DRIVE
MISSISSAUGA, ON L4W 5G4
CANADA

Claim Number: 12401
Claim Date: 07/20/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET 5738 (03/10/2010)

| UNSECURED | Claimed: | $244.34 | Scheduled: | $200.76 |

---

FH GASKINS COMPANY INC
PO BOX 1499
NORFOLK, VA 23501

Claim Number: 5278
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)

| UNSECURED | Claimed: | $30,159.00 | Scheduled: | $32,159.00 |

---

FIA CARD SERVICES, N.A. A COMPANY OF
BANK OF AMERICA, N.A.     CA9-193-24-01
ATTN: ERIC SIEKE, ASST. GEN. COUNSEL
333 SOUTH HOPE STREET, 24TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 10902
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
May replace claim 1838.

| UNSECURED | Claimed: | $1,756,435.39 | | |

---

FIA CARD SERVICES, N.A. AS SUCCESSOR IN
INTEREST TO BANK OF AMERICA NA (USA) &
MBNA AME - AMERICAN INFOSOURCE LP
PO BOX 248809
OKLAHOMA CITY, OK 73124-8809

Claim Number: 1838
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 4132 (01/14/2010)

| UNSECURED | Claimed: | $1,293,642.83 | | |

---

FIBER INC
2130 CORPORATE DR
ADDISON, IL 60101

Claim Number: 10603
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $55,160.61 | Scheduled: | $54,717.00 |

---

FIBRE TEC PARTITIONS LLC
PO BOX 95109
PALATINE, IL 60095-0109

Claim Number: 4376
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $5,189.21 | Scheduled: | $5,189.21 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FIBRES ESOP, INC
F/K/A FIBRES INT'L, INC.
2600 94TH ST. SW # 100
EVERETT, WA 98204

Claim Number: 1865
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 4132 (01/14/2010)

| UNSECURED | Claimed: | $2,601.50 | | |

---

FIBRES INTERNATIONAL, INC
2600 94TH ST SW STE 100
EVERETT, WA 98204

Claim Number: 2035
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 4132 (01/14/2010)

| UNSECURED | Claimed: | $2,992.23 | | |

---

FIBRES INTERNATIONAL, INC
2600 94TH ST SW, STE 100
EVERETT, WA 98204

Claim Number: 10075
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claim 1865.

| UNSECURED | Claimed: | $2,601.50 | Scheduled: | $2,601.50 UNLIQ |

---

FIBRES INTERNATIONAL, INC
2600 94TH ST SW SUITE 100
EVERETT, WA 98204

Claim Number: 10076
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claim 2035.

| UNSECURED | Claimed: | $2,992.23 | Scheduled: | $735.00 |

---

FIDELE TREMBLAY INC.
71 DES ERABLES
SAINTE-LUCE, QC G0K 1P0
CANADA

Claim Number: 8239
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $10,706.68 | Scheduled: | $12,307.11 |

---

FIDELITY ENGINEERING CORP
25 LOVETON CIRCLE
SPARKS, MD 21152

Claim Number: 4753
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $449.90 | Scheduled: | $1,626.42 |

---

FIDELITY INVESTMENTS CANADA ULC
483 BAY STREET NORTH TOWER
SUITE 300
ATTN: STACEY LONG, LEGAL COUNSEL
TORONTO, ON M5G 2N7
CANADA

Claim Number: 13051
Claim Date: 08/29/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $10,622.57 | Scheduled: | $5,613.37 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FIDELITY INVESTMENTS CANADA ULC
483 BAY STREET NORTH TOWER
SUITE 300
ATTN: STACEY LONG, LEGAL COUNSEL
TORONTO, ON M5G 2N7
CANADA

Claim Number: 13052
Claim Date: 08/29/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $10,622.57 | | |

---

FIDUCIE DESJARDINS INC.
1, COMPLEXE DESJARDINS
C.P. 34, SUCCURSALE DESJARDINS
ATTN: MICHEL DREFONTAINE
MONTREAL, QC H5B 1E4
CANADA

Claim Number: 12924
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $56,470.21 | Scheduled: | $761.40 |

---

FIEDLER'S PUMPING SPECIALISTS
250 DIVISION STREET N
RICE, MN 56367

Claim Number: 3932
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,272.97 | Scheduled: | $2,272.97 |

---

FIELDER, LARRY D
35 WISTERIA DRIVE
OXFORD, GA 30054

Claim Number: 5743
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8757 (11/15/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |

---

FIELDS, WILLIAM G
408 IRWIN STREET
GALESBURG, IL 61401

Claim Number: 5815
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $493,726.93   UNLIQ | | |

---

FIEN AND RABKIN PARTNERSHIP
C/O ATTWOOD-PHILLIPS, INC.
PO BOX 1208
WINTERPARK, FL 32990-1208

Claim Number: 3556
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $12,162.18 | Scheduled: | $12,162.18 |

---

FIERRO, MICHAEL
1502 SHEFFIELD AVE
WEST COVINA, CA 91790

Claim Number: 13487
Claim Date: 10/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $50,400.00 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FIERRO, MICHAEL<br>1502 SHEFFIELD AVE<br>WEST COVINA, CA 91790 | Claim Number: 14049<br>Claim Date: 06/14/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $25,200.00 | | |
|---|---|---|---|---|

---

| FIETZ, KEN<br>30520 RANCHO CALIFORNIA ROAD # 107<br>PMB 132<br>TEMECULA, CA 92591 | Claim Number: 13613<br>Claim Date: 11/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8758 (11/15/2010) |
|---|---|

| PRIORITY | Claimed: | $3,980.07 | | |
|---|---|---|---|---|

---

| FILE ROOM INC., THE<br>4101 RIDER TRAIL NORTH<br>EARTH CITY, MO 63045 | Claim Number: 3690<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,863.25 | Scheduled: | $3,863.25 |
|---|---|---|---|---|

---

| FILING SOURCE, INC.<br>PO BOX 551467<br>JACKSONVILLE, FL 32255 | Claim Number: 3488<br>Claim Date: 06/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $264.15 | | |
|---|---|---|---|---|

---

| FILING SOURCE, INC.<br>PO BOX 551467<br>JACKSONVILLE, FL 32255 | Claim Number: 3489<br>Claim Date: 06/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $557.63 | Scheduled: | $1,085.99 |
|---|---|---|---|---|

---

| FILING SOURCE, INC.<br>PO BOX 551467<br>JACKSONVILLE, FL 32255 | Claim Number: 3490<br>Claim Date: 06/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $264.21 | | |
|---|---|---|---|---|

---

| FILION, CHRISTIAN<br>12 RUE BOURGEOYS<br>LA TUQUE, PQ G9X 4H8<br>CANADA | Claim Number: 8993<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $20,399.64 | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FILM INC
PO BOX 10853
GREEN BAY, WI 54307-0853

Claim Number: 4146
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,575.19 | Scheduled: | $7,575.19 |

FILTER SALES AND SERVICE INC
15 ADAMS ST
BURLINGTON, MA 01803-4916

Claim Number: 3731
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $491.48 | Scheduled: | $491.48 |

FILTERFRESH-PIEDMONT
1901 MARGARET STREET
WINSTON SALEM, NC 27103

Claim Number: 2644
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $142.61 | Scheduled: | $1,287.51 |

FILTRAMAX INC.
ATTN: ANDY MYSZAKOWSKI
5789 COOPERS AVENUE
MISSISSAUGA, ON L4Z 3S6
CANADA

Claim Number: 8563-01
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,083.91 | Scheduled: | $2,157.13 |

FILTRAMAX INC.
ATTN: ANDY MYSZAKOWSKI
5789 COOPERS AVENUE
MISSISSAUGA, ON L4Z 3S6
CANADA

Claim Number: 8563-02
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 2032 (09/24/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $629.48 |

FILTRATION SYSTEMS PRODUCTS, INC.
ATTN: TINA OTTE
P.O. BOX 142489
SAINT LOUIS, MO 63114

Claim Number: 1076
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $432.40 | Scheduled: | $432.40 |

FIMCO STEEL SUPPY
1511 E. TRAFFICWAY
SPRINGFIELD, MO 65802

Claim Number: 6689
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,424.70 | Scheduled: | $2,712.70 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| FINANCIAL SERVICES COMMISSION OF ONTARIO<br>LEGAL SERVICES BRANCH<br>5160 YONGE ST.<br>TORONTO, ON M2N 6L9<br>CANADA | | Claim Number: 12990<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI | | | |
| SECURED | Claimed: | $39,667,228.80 | | | |
| FINNEGAN, PATRICIA<br>10036 OAKHURST WAY<br>FT. MYERS, FL 33913 | | Claim Number: 5835<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $266,868.00 | | Scheduled: | $266,868.00 |
| FINZER ROLLER OF ILLINOIS INC<br>33462 TREASURY CENTER<br>CHICAGO, IL 60694-3400 | | Claim Number: 11511-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010) | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,880.00 | | Scheduled: | $33,599.92 |
| FINZER ROLLER OF ILLINOIS INC<br>33462 TREASURY CENTER<br>CHICAGO, IL 60694-3400 | | Claim Number: 11511-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010) | | | |
| UNSECURED | Claimed: | $36,028.93 | | | |
| FINZER ROLLER OF ILLINOIS INC<br>33462 TREASURY CENTER<br>CHICAGO, IL 60694-3400 | | Claim Number: 11512<br>Claim Date: 08/28/2009<br>Debtor: CAMEO CONTAINER CORPORATION | | | |
| UNSECURED | Claimed: | $3,625.00 | | Scheduled: | $3,525.00 |
| FIRE PROTECTION, INC.<br>2480 BARTLETT RD.<br>MANTUA, OH 44255 | | Claim Number: 3257<br>Claim Date: 06/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | | |
| UNSECURED | Claimed: | $384.46 | | | |
| FIRE X CORPORATION OF VIRGINIA<br>PO BOX 9757<br>RICHMOND, VA 23228 | | Claim Number: 3773<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $900.00 | | Scheduled: | $900.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FIREBALL EXPRESS INC
2710 N SILVER REEF DRIVE
NOGALES, AZ 85621

Claim Number: 4144
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $111,000.00 | Scheduled: | $111,000.00 |
|---|---|---|---|---|

FIRKINS, HENRY
135 WAPIKIYA DRIVE
MISSOULA, MT 59803

Claim Number: 11571
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

FIRKINS, HENRY E
135 WAPIKIYA DRIVE
MISSOULA, MT 59803

Claim Number: 11570
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

FIRST ACCESS MATERIAL HANDLING
5050 N RIVER ROAD
SCHILLER PARK, IL 60176

Claim Number: 9563
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $9,740.48 |
|---|---|---|

FIRST ALARM
1111 ESTATES DRIVE
APTOS, CA 95003

Claim Number: 6161
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $460.38 | Scheduled: | $460.38 |
|---|---|---|---|---|

FIRST AMERICAN TITLE INS CO OF NY
633 THIRD AVENUE
NEW YORK, NY 10017-8112

Claim Number: 2678
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $1,612.36 |
|---|---|---|

FIRST CAPITOL COURIER INC
3711 MUELLER RD
SAINT CHARLES, MO 63301-8043

Claim Number: 1389
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $366.20 | Scheduled: | $366.20 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FIRST CHOICE COURIER & MESSENGER LTD.<br>704 WATT STREET<br>WPG, MB R2K-2S7<br>CANADA | Claim Number: 8912<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>Claimed amount is CND 928.76 |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $478.19 |
|---|---|---|---|---|

| FIRST COAST FABRICATION INC<br>PO BOX 31023<br>TAMPA, FL 33631-3023 | Claim Number: 5948-01<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $43,575.10 | Scheduled: | $72,728.35 |
|---|---|---|---|---|

| FIRST COAST FABRICATION INC<br>PO BOX 31023<br>TAMPA, FL 33631-3023 | Claim Number: 5948-02<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $29,118.00 |
|---|---|---|

| FIRST COAST RAILROAD, INC.<br>1200-C SCOTTSVILLE ROAD<br>SUITE 200<br>ROCHESTER, NY 14624 | Claim Number: 2768<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $23,270.00 |
|---|---|---|

| FIRST COMMUNICATIONS INC<br>1605 MLK BLVD<br>PANAMA CITY, FL 32405 | Claim Number: 5998<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $785.97 | Scheduled: | $785.97 |
|---|---|---|---|---|

| FIRST INVESTORS FUND FOR INCOME<br>RARITAN PLAZA I - 8TH FLOOR<br>EDISON, NJ 08837-3620 | Claim Number: 12529<br>Claim Date: 09/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $108,888.54 |
|---|---|---|

| FIRST INVESTORS LIFE HIGH YIELD FUND<br>RARITAN PLAZA I - 8TH FLOOR<br>EDISON, NJ 08837-3620 | Claim Number: 12528<br>Claim Date: 09/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $17,726.04 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FIRST PIEDMONT CORPORATION<br>ATTN: STEVE WATSON<br>PO BOX 1069<br>CHATHAM, VA 24531 | Claim Number: 6905<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,442.25 | Scheduled: | $3,418.18 |
|---|---|---|---|---|

| FISH WINDOW CLEANING<br>PO BOX 713<br>WEST CHESTER, OH 45071 | Claim Number: 9686<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $374.00 | Scheduled: | $374.00 |
|---|---|---|---|---|

| FISHEL STEEL CO.<br>760 PALMER LANE<br>WINSTON SALEM, NC 27107 | Claim Number: 345<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $9,854.13 | Scheduled: | $11,832.05 |
|---|---|---|---|---|

| FISHER CONTROLS INTERNATIONAL LLC<br>CONTRARIAN CAPITAL MANAGEMENT, LLC<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 2657<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $13,181.78 | Scheduled: | $18,728.03 |
|---|---|---|---|---|

| FISHER SCIENTIFIC<br>GARY BARNES<br>REGIONAL CREDIT MANAGER<br>2000 PARK LANE<br>PITTSBURGH, PA 15275 | Claim Number: 1185<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7550 (05/10/2010) |
|---|---|

| PRIORITY | Claimed: | $5,732.10 |
|---|---|---|
| UNSECURED | Claimed: | $15,346.44 |

| FISHER SCIENTIFIC<br>GARY BARNES<br>REGIONAL CREDIT MANAGER<br>2000 PARK LANE<br>PITTSBURGH, PA 15275 | Claim Number: 1820<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7552 (05/10/2010)<br>Amends claim 1185. |
|---|---|

| UNSECURED | Claimed: | $28,734.51 | Scheduled: | $41,630.64 |
|---|---|---|---|---|

| FISHER SCIENTIFIC<br>PO BOX 9200 TERMINAL<br>ATTN: ROSE PIGEON<br>OTTAWA, ON K1G 4A9<br>CANADA | Claim Number: 12320<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $8,456.84 | Scheduled: | $7,678.79 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FITZGERALD, EMMA J
93 INGLE STREET
MEMPHIS, TN 38109

Claim Number: 11366
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $548.00 |
|---|---|---|

---

FITZGERALD, EMMA J.
93 INGLE AVENUE
MEMPHIS, TN 38109

Claim Number: 13442
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $590.00 |
|---|---|---|

---

FITZPATRICK, JAMES E.
136 FITZPATRICK RD
JONESBORO, LA 71251

Claim Number: 10411
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

FITZPATRICK, JAMES EARL
P.O. BOX 58
HODGE, LA 71247

Claim Number: 10160
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

FIVE STARS LANDSCAPE
2107 ALFA ROMEO DRIVE
JACKSONVILLE, FL 32246

Claim Number: 6157
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $11,800.00 | Scheduled: | $11,700.00 |
|---|---|---|---|---|

---

FKI INDUSTRIES INC
VARNUM RIDDERING SCHMIDT HOWLETT
EMILY J. BRODERICK
BRIDGEWATER PLACE - PO BOX 352
GRAND RAPIDS, MI 49501-0352

Claim Number: 3444
Claim Date: 06/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $35,913.20 |
|---|---|---|

---

FLAGSHIP INDUSTRIES, INC.
180 EAST MAIN STREET
SMITHTOWN, NY 11787

Claim Number: 11794
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5047 (02/16/2010)

| UNSECURED | Claimed: | $735.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| FLAHERTY, KENNETH J<br>212 DORSHIRE CT<br>LOUISVILLE, KY 40245-4151 | | Claim Number: 5718<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
| UNSECURED | Claimed: | $3,860.01  UNLIQ CONT | Scheduled: | $3,860.01 UNLIQ |
| FLAKE INVESTMENTS LLC<br>1710 W PINE AVE<br>FRESNO, CA 93728 | | Claim Number: 3785<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
| UNSECURED | Claimed: | $9,199.04 | Scheduled: | $9,199.04 |
| FLAMEX, INC.<br>4365 FEDERAL DR.<br>GREENSBORO, NC 27410-8116 | | Claim Number: 1630<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $647.30 | Scheduled: | $624.00 |
| FLANAGAN, RICKEY LYNN<br>402 SWEET HOME RD.<br>JONESBORO, LA 71251 | | Claim Number: 10161<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| FLEETWOOD FIBRE PKG & GRAPHICS INC<br>15250 DON JULIAN RD<br>CITY OF INDUSTRY, CA 91745 | | Claim Number: 5103<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $33,300.77 | Scheduled: | $30,421.23 |
| FLEETWOOD LOGISTICS, INC.<br>P.O. BOX 430<br>DIBOLL, TX 75941 | | Claim Number: 603<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
| UNSECURED | Claimed: | $5.50 | | |
| FLEETWOOD LOGISTICS, INC.<br>P.O. BOX 430<br>ATTN: RONNIE KING<br>DIBOLL, TX 75941 | | Claim Number: 604<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | |
| PRIORITY | Claimed: | $660.66 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FLEMONS, LEWIS
2012 N 56TH AVE
PHOENIX, AZ 850353604

Claim Number: 9558
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNDET | |
| PRIORITY | Claimed: | $0.00  UNDET | |

FLETCHER, JAMES T
PO BOX 344
EUBANK, KY 42567-0344

Claim Number: 7750
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET |

FLEXLINE INC.
15405 CORNET AVE
SANTA FE SPRINGS, CA 90670

Claim Number: 3783
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,410.00 | Scheduled: | $1,410.00 |

FLEXO CLEANING SOLUTIONS INC
4195 CHINO HILLS PKWY #135
CHINO HILLS, CA 91709-2618

Claim Number: 13777
Claim Date: 01/25/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,049.57 |

FLEXO MECHANICAL SERVICES INC
1884 PROSPECT ROAD
NEW LONDON, OH 44851

Claim Number: 4015
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,188.49 | Scheduled: | $5,188.49 |

FLEXO MECHANICAL SERVICES INC.
1884 PROSPECT ROAD
NEW LONDON, OH 44851

Claim Number: 360
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,946.79 |

FLEXO MECHANICAL SERVICES INC.
1884 PROSPECT ROAD
NEW LONDON, OH 44851

Claim Number: 361
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $241.70 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FLEXPAC, INC.<br>121 NORTH RUSSELL ST.<br>PORTLAND, TN 37148 | Claim Number: 507<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,194.84 | Scheduled: | $3,756.60 |
|---|---|---|---|---|

| FLIGHTSAFETY INTERNATIONAL<br>MARINE AIR TERMINAL, LAGUARDIA AIRPORT<br>FLUSHING, NY 11371 | Claim Number: 2000<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $11,445.00 | Scheduled: | $11,445.00 |
|---|---|---|---|---|

| FLINT GROUP FLEXOGRAPHIC PRODUCTS<br>LAWRENCE P VONCKX - BAKER & MCKENZIE LLP<br>ONE PRUDENTIAL PLAZA, SUITE 3500<br>130 E. RANDOLPH DRIVE<br>CHICAGO, IL 60601 | Claim Number: 2118<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8684 (10/25/2010) |
|---|---|

ADMINISTRATIVE

| UNSECURED | Claimed: | $7,993.06 |
|---|---|---|

| FLINT GROUP FLEXOGRAPHIC PRODUCTS<br>ATTN: GERALD REBBERT, CPA<br>2401 WHITEHALL PARK DRIVE, SUITE 100<br>CHARLOTTE, NC 28273 | Claim Number: 11447<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 8684 (10/25/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| FLINT GROUP FLEXOGRAPHIC PRODUCTS<br>ATTN: GERALD K. REBBERT, JR. CPA<br>2401 WHITEHALL PARK DRIVE, SUITE 100<br>CHARLOTTE, NC 28273 | Claim Number: 11640<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8684 (10/25/2010) |
|---|---|

| UNSECURED | Claimed: | $60,414.06 | Scheduled: | $61,262.06 |
|---|---|---|---|---|

| FLINT GROUP NORTH AMERICA CORPORATION<br>LAWRENCE P VONCKX - BAKER & MCKENZIE LLC<br>ONE PRUDENTIAL PLAZA, SUITE 3500<br>130 E. RANDOLPH DRIVE<br>CHICAGO, IL 60601 | Claim Number: 2117-01<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8684 (10/25/2010) |
|---|---|

| UNSECURED | Claimed: | $1,721.97   UNLIQ |
|---|---|---|

| FLINT GROUP NORTH AMERICA CORPORATION<br>LAWRENCE P VONCKX - BAKER & MCKENZIE LLC<br>ONE PRUDENTIAL PLAZA, SUITE 3500<br>130 E. RANDOLPH DRIVE<br>CHICAGO, IL 60601 | Claim Number: 2117-02<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8684 (10/25/2010) |
|---|---|

ADMINISTRATIVE

| | Claimed: | $331,788.69   UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $9,541.81 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FLINT GROUP NORTH AMERICA CORPORATION
LAWRENCE P VONCKX - BAKER & MCKENZIE LLC
ONE PRUDENTIAL PLAZA, SUITE 3500
130 E. RANDOLPH DRIVE
CHICAGO, IL 60601

Claim Number: 2117-03
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8684 (10/25/2010)

| ADMINISTRATIVE | | $2,928.64   UNLIQ | | |

---

FLINT GROUP NORTH AMERICA CORPORATION
14909 N. BECK RD
PLYMOUTH, MI 48170

Claim Number: 11710-01
Claim Date: 08/28/2009
Debtor: SMURFIT-MBI
Comments: ALLOWED
DOCKET: 8684 (10/25/2010)

| UNSECURED | Claimed: | $3,575.41   UNLIQ | Scheduled: | $8,614.38 |

---

FLINT GROUP NORTH AMERICA CORPORATION
14909 N. BECK RD
PLYMOUTH, MI 48170

Claim Number: 11710-02
Claim Date: 08/28/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: ALLOWED
DOCKET: 8684 (10/25/2010)

| UNSECURED | Claimed: | $2,565.70   UNLIQ | | |

---

FLINT GROUP NORTH AMERICA CORPORATION
14909 N. BECK RD
PLYMOUTH, MI 48170

Claim Number: 11711
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8684 (10/25/2010)

| UNSECURED | Claimed: | $691,717.79 | | |

---

FLINT PACKAGING PRODUCTS LTD
311 CALDARI RD
ATTN: DON ARCHIBALD/BHARTI PATEL
VAUGHAN, ON L4K 4S9
CANADA

Claim Number: 12941
Claim Date: 08/27/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| ADMINISTRATIVE | Claimed: | $12,578.19 |
| UNSECURED | Claimed: | $41,700.42 |
| TOTAL | Claimed: | $41,700.42 |

---

FLIPPO LUMBER CORP.
C/O PAUL J. FEINMAN, PETTY, LIVINGSTON,
DAWSON & RICHARDS
P.O. BOX 1080
LYNCHBURG, VA 24505

Claim Number: 11779
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 2813 (11/18/2009)

| ADMINISTRATIVE | Claimed: | $16,761.46 | | |
| UNSECURED | | | Scheduled: | $33,522.92 |

---

FLIR SYSTEMS INC
PO BOX 3284
BOSTON, MA 02241-3284

Claim Number: 13084
Claim Date: 09/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $209.71 | Scheduled: | $209.71 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FLN-MAR INC
102 CABOT ST
PO BOX 307
HOLYOKE, MA 01041

Claim Number: 3784
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $10,289.22 | Scheduled: | $9,983.34 |
|---|---|---|---|---|

FLOOD, J A
10 CO RT 45A
APT 206
OSWEGO, NY 13126

Claim Number: 5975-01
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

FLOOD, J A
10 CO RT 45A
APT 206
OSWEGO, NY 13126

Claim Number: 5975-02
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00    UNLIQ |
|---|---|---|

FLORENCE COUNTY
OFFICE OF TREASURER
PO BOX 100501
FLORENCE, SC 29501-0501

Claim Number: 4923
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| SECURED | Claimed: | $699,010.98 |
|---|---|---|

FLORENCE COUNTY
OFFICE OF TREASURER
PO BOX 100501
FLORENCE, SC 29501-0501

Claim Number: 4924
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| SECURED | Claimed: | $282,833.91 |
|---|---|---|

FLORENCE COUNTY
OFFICE OF TREASURER
PO BOX 100501
FLORENCE, SC 29501-0501

Claim Number: 4925
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| SECURED | Claimed: | $5,238.67 |
|---|---|---|

FLORENCE DARLINGTON
PO BOX 100548
FLORENCE, SC 29501-0548

Claim Number: 7485
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $5,850.00 | Scheduled: | $5,850.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FLORENCE VOCATIONAL REHABILITATION CENTER<br>1947 W. DARLINGTON STREET<br>FLORENCE, SC 29501 | Claim Number: 6278<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $2,768.00 | Scheduled: | $2,422.00 |
|---|---|---|---|---|

| FLORIDA BEARINGS INC<br>PO BOX 370690<br>MIAMI, FL 33137 | Claim Number: 8114<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $7,721.73 | Scheduled: | $7,721.75 |
|---|---|---|---|---|

| FLORIDA BELTING COMPANY, INC. (01)<br>PO BOX 105774<br>ATLANTA, GA 30348 | Claim Number: 7077<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,094.97 | Scheduled: | $4,026.53 |
|---|---|---|---|---|

| FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION<br>JONATHAN H. ALDEN<br>3900 COMMONWEALTH BLVD. MS 35<br>TALLAHASSEE, FL 32399-3000 | Claim Number: 11676<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8202 (07/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| FLORIDA EAST COAST RAILWAY CO<br>C/O LEEAN . GREENWALD VP-LITIGATION<br>7411 FULLERTON STREET, SUITE 300<br>JACKSONVILLE, FL 32256 | Claim Number: 7461<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $957.28 | Scheduled: | $27,306.02 |
|---|---|---|---|---|

| FLORIDA EAST COAST RAILWAY CO<br>C/O LEEAN M. GREENWALD VP-LITIGATION<br>7411 FULLERTON STREET, SUITE 300<br>JACKSONVILLE, FL 32256 | Claim Number: 7463<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,480.15 |
|---|---|---|

| FLORIDA EAST COAST RAILWAY CO.<br>C/O LEEAN M. GREEWALD, VP-LITIGATION<br>7411 FULLERTON STREET, SUITE 300<br>JACKSONVILLE, FL 32256 | Claim Number: 7564<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $568.55 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FLORIDA EAST COAST RAILWAY CO.
C/O LEEAN M. GREEWALD, VP-LITIGATION
7411 FULLERTON STREET, SUITE 300
JACKSONVILLE, FL 32256

Claim Number: 7566
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,643.96 |
|---|---|---|

---

FLORIDA EAST COAST RAILWAY CO.
C/O LEEAN M. GREEWALD, VP-LITIGATION
7411 FULLERTON STREET, SUITE 300
JACKSONVILLE, FL 32256

Claim Number: 7624
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,516.56 |
|---|---|---|

---

FLORIDA EAST COAST RAILWAY CO.
C/O LEEAN M. GREEWALD, VP-LITIGATION
7411 FULLERTON STREET, SUITE 300
JACKSONVILLE, FL 32256

Claim Number: 7625
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $8,270.62 |
|---|---|---|

---

FLORIDA EAST RAILWAY CO
C/O LEEAN M. GREENWALD VP-LITIGATION
7411 FULLERTON STREET, SUITE 300
JACKSONVILLE, FL 32256

Claim Number: 7462
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $698.92 |
|---|---|---|

---

FLORIDA EYE CARE CLINIC
1411 S 14TH ST STE G
FERNANDINA BEACH, FL 32034-3092

Claim Number: 6958
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,125.00 | Scheduled: | $975.00 |
|---|---|---|---|---|

---

FLORIDA HOSE & RUBBER, LLC
CHARLES J. BROWN, III
ARCHER & GREINER, P.C.
300 DELAWARE AVENUE, SUITE 1370
WILMINGTON, DE 19801

Claim Number: 1610-01
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| ADMINISTRATIVE | Claimed: | $3,653.66 |
|---|---|---|

---

FLORIDA HOSE & RUBBER, LLC
CHARLES J. BROWN, III
ARCHER & GREINER, P.C.
300 DELAWARE AVENUE, SUITE 1370
WILMINGTON, DE 19801

Claim Number: 1610-02
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $17,878.55 | Scheduled: | $21,532.21 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FLORIDA HOSE & RUBBER, LLC<br>CHARLES J. BROWN<br>ARCHER & GREINER, P.C.<br>300 DELAWARE AVENUE, SUITE 1370<br>WILMINGTON, DE 19801 | Claim Number: 1653<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,843.41 |
| UNSECURED | Claimed: | $17,688.80 |

---

| FLORIDA HOSE & RUBBER, LLC<br>CHARLES J. BROWN, III<br>ARCHER & GREINER, P.C.<br>300 DELAWARE AVENUE, SUITE 1370<br>WILMINGTON, DE 19801 | Claim Number: 1657<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,843.41 |
| UNSECURED | Claimed: | $17,688.80 |

---

| FLORIDA LIFT SYSTEMS, INC.<br>ATTN: COREY MCCAFFREY<br>115 S. 78TH ST.<br>TAMPA, FL 33619 | Claim Number: 3067<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $20,195.88 |

---

| FLORIDA NATURAL GROWERS<br>20205 US 27 NORTH<br>LAKE WALES, FL 33859 | Claim Number: 5203<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,988.20 | Scheduled: | $1,913.00 |

---

| FLORIDA POWER & LIGHT COMPANY<br>P.O. BOX 025209<br>MIAMI, FL 33102-5209 | Claim Number: 1841<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $48,101.68 | Scheduled: | $7,274.15 UNLIQ |

---

| FLORIDA PULP AND PAPER ASSN<br>ENVIRONMENTAL AFFAIRS, INC.<br>2015 AYRSLEY TOWN BLVD., SUITE 202<br>CHARLOTTE, NC 28273 | Claim Number: 2372<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $40,014.81 | Scheduled: | $36,035.82 |

---

| FLORIDA SELF-INSURERS GUARANTY ASSOC INC<br>ATTN: JAMES SORENSON, ESQ<br>WILLIAMS GAUTIER GWYNN DELOACH &SORENSON<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10663<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| SECURED | Claimed: | $5,523,515.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FLORIDA TECHNICAL
1777 SHOAL CREEK CIRCLE
GREEN COVE SPRINGS, FL 32043

Claim Number: 4407
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $602.40 | Scheduled: | $602.40 |
|---|---|---|---|---|

FLOTECH, INC.
ATTN: TOM GOELZ
P.O. BOX 3824
JACKSONVILLE, FL 32206

Claim Number: 1035
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $142,993.75 | Scheduled: | $151,496.75 |
|---|---|---|---|---|

FLOW INTERNATIONAL CORP.
23500 64TH AVE SO.
KENT, WA 98032

Claim Number: 3387
Claim Date: 06/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $28,770.00 | | |
|---|---|---|---|---|

FLOWERS, DONNY W.
114 DALE DRIVE
JONESBORO, LA 71251

Claim Number: 10162
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

FLOWERS, GARRY L.
210 TALBOT ST
JONESBORO, LA 71251

Claim Number: 10412
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

FLOWERS, JASON M
151 APPLETON ROAD
CASTLEBERRY, AL 36432

Claim Number: 11371
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

FLOYD, ELBERT
3144 W. FONTAIN ST.
PHILADELPHIA, PA 19121

Claim Number: 7585
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FLOYD, KENNETH M
505 SPRINGHILL DRIVE
BREWTON, AL 36426

Claim Number: 9578
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |

---

FLR & ASSOCIATES
32 NASSAU AVENUE
KENNER, LA 70065

Claim Number: 9753
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $5,036.67 |

---

FLS TRANSPORTATION SERVICES
333 DECARIE BLVD, SUITE 250
MONTREAL, PQ H4N 3M9
CANADA

Claim Number: 1927
Claim Date: 03/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $133,126.60 | | |

---

FLS TRANSPORTATION SERVICES INC
333 DECARIE BOULEVARD
SUITE 250
MONTREAL, QC H4N 3M9
CANADA

Claim Number: 6104
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $133,126.60 | | |

---

FLSMIDTH INC
2040 AVENUE C
BETHLEHEM, PA 18017-2188

Claim Number: 14142
Claim Date: 09/07/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $4,498.38 | | |

---

FLSMIDTH INC (FORMERLY FLSMIDTH MINERALS INC)
2040 AVENUE C
BETHLEHEM, PA 18017-2188

Claim Number: 2874
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $5,316.41 | Scheduled: | $9,521.96 |

---

FLSMIDTH KREBS INC
PO BOX 934793
ATLANTA, GA 31193-4793

Claim Number: 11703
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $297.00 | Scheduled: | $7,793.47 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| FLSMIDTH KREBS INC<br>PO BOX 934793<br>ATLANTA, GA 31193-4793 | | Claim Number: 13181<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $297.00 | | |

---

| | | | | |
|---|---|---|---|---|
| FLSMIDTH MINERALS LTD<br>174 WEST STREET SOUTH<br>ATTN: LISA LAW, CONTROLLER<br>ORILLIA, ON L3V 6L4<br>CANADA | | Claim Number: 12865-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $12,706.30 | Scheduled: | $111,409.82 |

---

| | | | | |
|---|---|---|---|---|
| FLSMIDTH MINERALS LTD<br>174 WEST STREET SOUTH<br>ATTN: LISA LAW, CONTROLLER<br>ORILLIA, ON L3V 6L4<br>CANADA | | Claim Number: 12865-02<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $111,788.82 | | |

---

| | | | | |
|---|---|---|---|---|
| FLUID CONNECTOR PRODUCTS, INC.<br>C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE<br>& ATTORNEY-IN-FACT<br>2699 WHITE ROAD STE 255<br>IRVINE, CA 92614 | | Claim Number: 9152<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,315.84 | Scheduled: | $3,156.34 |

---

| | | | | |
|---|---|---|---|---|
| FLUID DYNAMICS MIDWEST<br>229 WRIGHTWOOD AVE<br>ELMHURST, IL 60126 | | Claim Number: 7977<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $1,446.53 | Scheduled: | $1,446.53 |

---

| | | | | |
|---|---|---|---|---|
| FLUID ENGINEERING, INC.<br>2460 RUFFNER COURT<br>BIRMINGHAM, AL 35210 | | Claim Number: 506<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $4,511.87 | Scheduled: | $4,506.70 |

---

| | | | | |
|---|---|---|---|---|
| FLUID POWER COMPONENTS<br>6730 SUEMAC PLACE<br>JACKSONVILLE, FL 32254 | | Claim Number: 4905<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $289.81 | Scheduled: | $39.84 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FLUID POWER ENGINEERING CO. (HANOVER PK)
110 GORDON
ELK GROVE VILLAGE, IL 60007

Claim Number: 5984
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $446.11 | Scheduled: | $556.06 |
|---|---|---|---|---|

FLUID POWER ENGINEERING COMPANY, INC
110 GORDON
ELK GROVE VILLAGE, IL 60007

Claim Number: 5983
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $119.95 | | |
|---|---|---|---|---|

FLUID POWER SERVICES INC
5217 AUGUSTA HIGHWAY
LEESVILLE, SC 29070

Claim Number: 5822
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $6,142.40 | Scheduled: | $9,442.40 |
|---|---|---|---|---|

FLUID POWERS SERVICES, INC.
5217 AUGUSTA HIGHWAY
LEESVILLE, SC 29070

Claim Number: 2690
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $6,142.40 | | |
|---|---|---|---|---|

FLUID PROCESS CONTROL CORP
15W700 79TH STREET
BURR RIDGE, IL 60527

Claim Number: 5814
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $1,303.65 | Scheduled: | $1,303.65 |
|---|---|---|---|---|

FLUIDS CONTROL CORPORATION
4635 N 124TH STREET
BUTLER, WI 53007

Claim Number: 7365
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)

| UNSECURED | Claimed: | $12,975.00 | Scheduled: | $12,975.00 |
|---|---|---|---|---|

FLUITEK
PO BOX 1017
COOKEVILLE, TN 38503

Claim Number: 7471
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $22,487.19 | Scheduled: | $24,016.38 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FLUKE TRANSPORTATION GROUP<br>1141 BURLINGTON STREET EAST<br>HAMILTON, ON L8L 0A5<br>CANADA | Claim Number: 13857<br>Claim Date: 03/02/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $63,539.61   UNDET | | |
|---|---|---|---|---|

| FLUMMER, CHRISTOPHER<br>254 HUGHES AVE<br>MONROEVILLE, AL 36460 | Claim Number: 12147<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,739.48 | | |
|---|---|---|---|---|

| FLYING J INC<br>PO BOX 26243<br>SALT LAKE CITY, UT 84126 | Claim Number: 7021<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $212.40 | Scheduled: | $256.11 |
|---|---|---|---|---|

| FMC WYOMING CORPORATION<br>C/O CURTIN & HEEFNER LLP<br>ATTN: ROBERT SZWAJKOS, ESQ.<br>250 N PENNSYLVANIA AVE<br>MORRISVILLE, PA 19067 | Claim Number: 10671<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $277,540.14 | | |
|---|---|---|---|---|

| FOAM PRODUCTS INC<br>PO BOX 4790<br>TYLER, TX 75712 | Claim Number: 6396-01<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $600.80<br>  | <br>Scheduled: | <br>$7,335.30 |
|---|---|---|---|---|

| FOAM PRODUCTS INC<br>PO BOX 4790<br>TYLER, TX 75712 | Claim Number: 6396-02<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $12,404.89 | | |
|---|---|---|---|---|

| FOAM RECOVERY SYSTEMS<br>DBA: FRS RECYCLING<br>P.O. BOX 2316<br>PLACERVILLE, CA 95667 | Claim Number: 888<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,834.02 | Scheduled: | $32,182.19 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FOAMCRAFT PACKAGING INC
400 ALEXANDER DRIVE
OWATONNA, MN 55060

Claim Number: 11604
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,200.00 | Scheduled: | $7,200.00 |
|---|---|---|---|---|

FOCUSED CONTROL PROCESSES INC
3741 QUINBY ISLAND CT
SUITE 409
JACKSONVILLE, FL 32224

Claim Number: 2477
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $1,332.08 | | |
|---|---|---|---|---|

FOCUSED CONTROL PROCESSES INC
3741 QUINBY ISLAND CT
SUITE 409
JACKSONVILLE, FL 32224

Claim Number: 8367
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,332.00 | | |
|---|---|---|---|---|

FOGEL, JEFFREY AND CAREN
1116 DIXON LANE
RYDAL, PA 19046

Claim Number: 13109
Claim Date: 09/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $1,075.00 | | |
|---|---|---|---|---|

FOLEY MATERIAL HANDLING
PO BOX 289
ASHLAND, VA 23005

Claim Number: 1457
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $55,235.64 | | |
|---|---|---|---|---|

FOLEY MATERIAL HANDLING
PO BOX 289
ASHLAND, VA 23005

Claim Number: 2093
Claim Date: 04/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
Amends claim 1457.

| UNSECURED | Claimed: | $55,235.64 | Scheduled: | $65,519.56 |
|---|---|---|---|---|

FOLEY TIMBER AND LAND COMPANY
3400 FOLEY ROAD
PERRY, FL 32348

Claim Number: 3652
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $5,763.65 | Scheduled: | $15,763.65  UNLIQ |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FOLKES ELECTRICAL<br>206 HALEY RD<br>ASHLAND, VA 23005 | Claim Number: 9205<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010) |
|---|---|

| UNSECURED | Claimed: | $80,439.32 | Scheduled: | $67,632.25 |
|---|---|---|---|---|

| FOOTHILLS TIMBER COMPANY INC<br>PO BOX 636<br>HEFLIN, AL 36264 | Claim Number: 10451<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $5,965.32 | Scheduled: | $11,930.65  UNLIQ |
|---|---|---|---|---|

| FOOTHILLS TIMBER COMPANY INC<br>ATTN: DAVID BRYANT JR.<br>P.O. BOX 636<br>HEFLIN, AL 36264 | Claim Number: 13208<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $5,965.32 |
|---|---|---|

| FOR U SERVICES LTD<br>PO BOX 548<br>ATTN: ROSS MCCULLOCH<br>TURNER VALLEY, AB T0L 2A0<br>CANADA | Claim Number: 8811<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $41,998.84 | Scheduled: | $41,795.72 |
|---|---|---|---|---|

| FORBO ADHESIVES (CANADA) LTD<br>POSTAL STATION A PO BOX 46092<br>TORONTO, ON M5W 4K9<br>CANADA | Claim Number: 6177-01<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $26,858.05 | Scheduled: | $105,497.66 |
|---|---|---|---|---|

| FORBO ADHESIVES (CANADA) LTD<br>POSTAL STATION A PO BOX 46092<br>TORONTO, ON M5W 4K9<br>CANADA | Claim Number: 6177-02<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $102,580.13 |
|---|---|---|

| FORBO ADHESIVES LLC<br>PO BOX 601333<br>CHARLOTTE, NC 28260-1333 | Claim Number: 6178-01<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $5,216.70 | Scheduled: | $51,008.52 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FORBO ADHESIVES LLC<br>PO BOX 601333<br>CHARLOTTE, NC 28260-1333 | Claim Number: 6178-02<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $41,553.50 | |

| FORD, FRANK<br>C/O R. DAVID BOYER<br>927 S HARRISON STREET<br>FORT WAYNE, IN 46802 | Claim Number: 9597<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |

| FOREST AND FARM RESOURCES LLC<br>PO BOX 88<br>MCMINNVILLE, TN 37111 | Claim Number: 5940<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010)<br>May replace 611. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $21,568.98 | Scheduled: | $38,009.16 |

| FOREST AND FARM RESOURCES, LLC<br>PO BOX 351<br>SPENCER, TN 38585 | Claim Number: 611<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $39,070.01 | |

| FOREST PHARMACEUTICALS, INC.<br>ATTN: GEORGE ULSES<br>13600 SHORELINE DR.<br>EARTH CITY, MO 63045 | Claim Number: 3408<br>Claim Date: 06/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,090.80 | Scheduled: | $1,771.80 |

| FORESTER ROLLER CO INC<br>PO BOX 2067<br>LAWRENCEVILLE, GA 30046-2067 | Claim Number: 4667<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $660.90 | Scheduled: | $660.90 |

| FORMS ETC<br>9205 S KEATING<br>OAKLAWN, IL 60453 | Claim Number: 4636<br>Claim Date: 07/13/2009<br>Debtor: CAMEO CONTAINER CORPORATION | | |
|---|---|---|---|
| UNSECURED | Claimed: | $713.30 | Scheduled: | $713.30 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FORNEY CORPORATION
C/O FIREYE INC
3 MANCHESTER ROAD
DERRY, NH 03038

Claim Number: 2244
Claim Date: 04/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13868
DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,919.03 | Scheduled: | $25,196.03 |

FORNEY CORPORATION
C/O FIREYE INC
3 MANCHESTER ROAD
DERRY, NH 03038

Claim Number: 13868
Claim Date: 03/08/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,919.03 |

FORSTER ELECTRICAL SERVICES INC
PO BOX 1021
COLUMBUS, IN 47202

Claim Number: 7814
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,570.12 | Scheduled: | $1,570.12 |

FORSYTH ROOTER SERVICE INC
PO BOX 24248
WINSTON SALEM, NC 27114

Claim Number: 5061
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $575.00 | Scheduled: | $575.00 |

FORT SMITH PAPER COMPANY
PO BOX 6358
FT SMITH, AR 72906

Claim Number: 6398
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,581.61 | Scheduled: | $2,640.40 |

FORT WORTH INDEPENDENT SCHOOL DISTRICT
ELIZABETH BANDA
PERDUE BRANDON FIELDER COLLINS MOTT LLP
P.O. BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 3
Claim Date: 02/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $366,482.06 |

FORT WORTH INDEPENDENT SCHOOL DISTRICT
ELIZABETH BANDA
PERDUE BRANDON FIELDER COLLINS MOTT LLP
P.O. BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 914
Claim Date: 02/23/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $130,929.12 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FORT WORTH INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | Claim Number: 1099<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |

| SECURED | Claimed: | $366,482.06 |

---

| FORT WORTH INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | Claim Number: 1110<br>Claim Date: 03/06/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |

| SECURED | Claimed: | $130,929.12 |

---

| FORTRESS FORWARDERS<br>#101 - 30799 SIMPSON ROAD<br>ABBOTSFORD, BC V2T 6X4<br>CANADA | Claim Number: 12400<br>Claim Date: 07/20/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD. |

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $9,801.68 |

---

| FORTRESS FORWARDERS<br>101 30799 SIMPSON ROAD<br>ABBOTSFORD, BC V2T 6X4<br>CANADA | Claim Number: 12402<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| FORTRESS VENTURES INC<br>ATTN: DAVID HEITSMAN, PRES.<br>#101 30799 SIMPSON RD<br>ABBOTSFORD, BC V2T 6X4<br>CANADA | Claim Number: 8570<br>Claim Date: 07/20/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD. |

| UNSECURED | Claimed: | $9,801.68 |

---

| FORTRESS VENTURES INC<br>#101 30799 SIMPSON ROAD<br>ATTN: DAVID HEITSMAN PRES.<br>ABBOTSFORD, BC V2T 6X4<br>CANADA | Claim Number: 8584<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI |

| UNSECURED | Claimed: | $5,634.71 | Scheduled: | $4,896.81 |

---

| FORTY TWO CONTRACTING, INC.<br>C/O CHRISTOPHER G. HILL, ESQUIRE<br>600 E. MAIN STREET, 20TH FLOOR<br>RICHMOND, VA 23219 | Claim Number: 1079<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| SECURED | Claimed: | $134,302.50 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FORWARD, INC.
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11329
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $69,876.74 UNLIQ | Scheduled: | $69,876.74 |
|---|---|---|---|---|

---

FOSS SIGNS
1400 E GALE DR
BELOIT, WI 53511

Claim Number: 7528
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,083.63 | Scheduled: | $2,083.63 |
|---|---|---|---|---|

---

FOSS, DAVID B
9 ALAN ROAD
SOUTH HAMILTON, MA 01982

Claim Number: 11012
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

FOSTER JR, CHARLES E
5820 ELM TREE DR
BUFORD, GA 30518

Claim Number: 6771
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $1.00 UNLIQ |
|---|---|---|

---

FOSTER, LAURA A
351 TWITDY LANE
ALAMO, TN 38001

Claim Number: 9242
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

FOSTERS WOODYARD
6671 CRAFTONS GATE HWY
DRAKES BRANCH, VA 23937

Claim Number: 12214
Claim Date: 09/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)

| UNSECURED | Claimed: | $11,958.99 | Scheduled: | $23,917.99 UNLIQ |
|---|---|---|---|---|

---

FOUCHER ELECTRIQUE INC
ALAIN FOUCHER
293 DE NORMANDIE MONTREAL
MONTREAL, QC H1B 3C6
CANADA

Claim Number: 8732
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $5,288.86 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| FOUCHER ELECTRIQUE INC<br>293 DE NORMANDIE<br>POINTE AUX TREMBLES, QC H1B 3C6<br>CANADA | | Claim Number: 12430<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $5,236.01 |

---

| | | | | |
|---|---|---|---|---|
| FOUR JEWEL INSULATION LTD.<br>1073 BRITANNIA ROAD EAST<br>MISSISSAUGA, ON L4W 3X1<br>CANADA | | Claim Number: 2567<br>Claim Date: 04/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
| UNSECURED | Claimed: | $29,347.50 | | |

---

| | | | | |
|---|---|---|---|---|
| FOUR JEWEL INSULATION LTD.<br>1073 BRITANNIA ROAD EAST<br>ATTN: JANICE MCLAREN<br>MISSISSAUGA, ON L4W 3X1<br>CANADA | | Claim Number: 8810<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $29,347.50 | | |

---

| | | | | |
|---|---|---|---|---|
| FOUR JEWEL INSULATION LTD.<br>1073 BRITANNIA ROAD EAST<br>MISSISSAUGA, ON L4W 3X1<br>CANADA | | Claim Number: 12457<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $29,347.50 | Scheduled: | $3,230.51 |

---

| | | | | |
|---|---|---|---|---|
| FOUR SEASONS CONTROLLED CLIMATES LTD<br>ATTENTION KATHY PISERCHIA<br>107 TYCOS DR.<br>UNIT 4<br>TORONTO, ON M6B 1W3<br>CANADA | | Claim Number: 8707<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | |
| UNSECURED | Claimed: | $3,330.86 | | |

---

| | | | | |
|---|---|---|---|---|
| FOUR SEASONS PALLETS INC.<br>488 WYECROFT ROAD<br>OAKVILLE, ON L6K 2G7<br>CANADA | | Claim Number: 8177<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>7371.00 canadian dollars | | |
| UNSECURED | Claimed: | $7,371.00 | | |

---

| | | | | |
|---|---|---|---|---|
| FOURNIER RUBBER & SUPPLY CO.<br>P.O. BOX 548<br>COLUMBUS, OH 43216-0548 | | Claim Number: 540<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,110.00 | Scheduled: | $1,110.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FOWLER, MORTON D.
533 CONWAY VILLAGE DRIVE
ST. LOUIS, MO 63141

Claim Number: 10099
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7555 (05/10/2010)

| UNSECURED | Claimed: | $198,064.00 | Scheduled: | $152,108.22 |
|---|---|---|---|---|

FOWLER, MORTON D.
533 CONWAY VILLAGE DRIVE
ST. LOUIS, MO 63141

Claim Number: 10100
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7555 (05/10/2010)

| UNSECURED | Claimed: | $131,983.00 | Scheduled: | $103,292.30 |
|---|---|---|---|---|

FOWLER, THOMAS A.
C/O JAMES E. SORENSON, ESQ.
WILLIAMS, GAUTIER, GWYNN, DELOACH &
SORENSON P.A. PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10695
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| UNSECURED | Claimed: | $1,925.30 |
|---|---|---|

FOX RUN RECYCLING
PO BOX 446
CALLICOON, NY 12723

Claim Number: 5736
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 4966 (02/12/2010)

| UNSECURED | Claimed: | $4,899.81 | Scheduled: | $3,266.00 |
|---|---|---|---|---|

FOX TELECOMMUNICATIONS INC
1500 W HAMPDEN AVE UNIT 3 G
SHERIDAN, CO 80110

Claim Number: 4886
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $75.00 | Scheduled: | $75.00 |
|---|---|---|---|---|

FOX VALLEY FIRE & SAFETY
2730 PINNACLE DR.
ELGIN, IL 60124

Claim Number: 495
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 4966 (02/12/2010)

| UNSECURED | Claimed: | $335.75 |
|---|---|---|

FOX VALLEY FIRE & SAFETY
2730 PINNACLE DR.
ELGIN, IL 60124

Claim Number: 4660
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 6649 (04/07/2010)

| UNSECURED | Claimed: | $335.75 | Scheduled: | $350.75 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FOX VALLEY FITTINGS & CONTROLS, INC
2434 INDUSTRIAL DR
NEENAH, WI 54956

Claim Number: 8366
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $4,865.49 | Scheduled: | $4,855.63 |
|-----------|----------|-----------|------------|-----------|

FOX VALLEY FITTINGS & CONTROLS, INC.
2434 INDUSTRIAL DR
NEENAH, WI 54956

Claim Number: 4644
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| UNSECURED | Claimed: | $4,865.49 |
|-----------|----------|-----------|

FOX VALLEY STEEL RULE DIE INC
850 DECLARATION DRIVE
NEENAH, WI 54956

Claim Number: 3900
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $5,938.00 | Scheduled: | $6,018.00 |
|-----------|----------|-----------|------------|-----------|

FOX VALLEY STEEL RULE DIE, INC.
850 DECLARATION DRIVE
NEENAH, WI 54956

Claim Number: 2307
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $5,938.00 |
|-----------|----------|-----------|

FOX, STEVEN HARRIS
PO BOX 1025
HODGE, LA 71247

Claim Number: 10163
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|-----------|----------|---------------|

FPC FINANCIAL, F.S.B.
ATTN: BERGFELD, RON
PO BOX 6600
JOHNSTON, IA 50131-6600

Claim Number: 5648
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $8,696.59 | Scheduled: | $11,872.09 |
|-----------|----------|-----------|------------|------------|

FPC FINANCIAL, F.S.B.
PO BOX 6600
JOHNSTON, IA 50131-6600

Claim Number: 12257
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,114.83 | Scheduled: | $14,951.08 |
|-----------|----------|-----------|------------|------------|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FPC FINANCIAL, F.S.B.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | Claim Number: 12259<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,203.39 |
|---|---|---|

---

| FPC FINANCIAL, F.S.B.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | Claim Number: 12260<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $14,952.80 |
|---|---|---|

---

| FPC FINANCIAL, F.S.B.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | Claim Number: 12261<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $485.51 |
|---|---|---|

---

| FPC FINANCIAL, F.S.B.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | Claim Number: 12262<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $702.08 |
|---|---|---|

---

| FPINNOVATIONS<br>SIMON-LUC DALLAIRE<br>BORDEN LADNER GERBAIS S.R.L.,S.E.N.C.R.L<br>1000, RUE DE LA GAUCHETIERE OUEST # 900<br>MONTREAL, QC H3B 5H4<br>CANADA | Claim Number: 8945<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $17,174.26 | Scheduled: | $14,020.01 |
|---|---|---|---|---|

---

| FQS/BEAR EQUIPMENT, INC.<br>235 G DOOLEY ROAD<br>LEXINGTON, SC 29073 | Claim Number: 3482<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $2,480.00 | Scheduled: | $2,480.00 |
|---|---|---|---|---|

---

| FRAME & MATSUMOTO<br>PO BOX 895<br>COALINGA, CA 93210 | Claim Number: 5490<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7453 (05/06/2010) |
|---|---|

| UNSECURED | Claimed: | $1,209.44 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| FRAME LOGGING<br>C/O JAMES R. FRAME<br>475 1/2 BOON ROAD<br>SOMERS, MT 59932 | | Claim Number: 1864<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED | Claimed: | $20,128.76 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| FRAME LOGGING<br>475 AND ONE-HALF BONE ROAD<br>SOMERS, MT 59932 | | Claim Number: 11188<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>Amends claim 1864. | | | |
| UNSECURED | Claimed: | $10,064.38   UNLIQ | Scheduled: | $20,128.76  UNLIQ | |

---

| | | | | | |
|---|---|---|---|---|---|
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 94257-0601 | | Claim Number: 9526<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | |
| PRIORITY | Claimed: | $130,411.43 | | | |
| UNSECURED | Claimed: | $104,736.46 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 11133<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8844 (12/10/2010)<br>Amends claim 9526. | | | |
| PRIORITY | Claimed: | $56,533.76 | | | |
| UNSECURED | Claimed: | $177,814.13 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| FRANCOTYP-POSTILIA MAILING SOLUTIONS<br>140 N MICHELLE CRT STE#200<br>ADDISON, IL 60101 | | Claim Number: 5226<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | | |
| UNSECURED | Claimed: | $131.19 | Scheduled: | $84.41 | |

---

| | | | | | |
|---|---|---|---|---|---|
| FRANK H GILL COMPANY<br>PO BOX 703<br>LANSING, IL 60438-0703 | | Claim Number: 9607<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $2,049.48 | Scheduled: | $2,049.48 | |

---

| | | | | | |
|---|---|---|---|---|---|
| FRANK I ROUNDS COMPANY<br>PO BOX 746<br>RANDOLPH, MA 02368 | | Claim Number: 3649<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $4,519.90 | Scheduled: | $3,711.78 | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FRANKLAND HAULAGE LTD.
708 CLARENCE DRIVE
WHITBY, ON L1N 1E5
CANADA

Claim Number: 2729
Claim Date: 05/04/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $4,426.80 | | |

---

FRANKLIN COUNTY VETERANS
300 WEST BROAD ST
COLUMBUS, OH 43215

Claim Number: 11651
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $132.00 | Scheduled: | $132.00 |

---

FRANKLIN COUNTY, OHIO TREASURER
373 S HIGH ST, 17TH FLOOR
COLUMBUS, OH 43215

Claim Number: 13872
Claim Date: 03/04/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 8954 (02/22/2011)

| PRIORITY | Claimed: | $76,563.45 | | |
| UNSECURED | Claimed: | $11,588.92 | | |

---

FRANKLIN ELECTROFLUID CO INC
PO BOX 18777
MEMPHIS, TN 38118

Claim Number: 6975
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $719.15 | Scheduled: | $719.15 |

---

FRANKLIN EMPIRE INC
8421 CHEMIN DARNLEY
ATTN: D. CIARALLO - DIRECTEUR DU CREDIT
VILLE MONT ROYAL, QC H4T 2B2
CANADA

Claim Number: 8677-01
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $94.43 | Scheduled: | $93.32 |

---

FRANKLIN EMPIRE INC
8421 CHEMIN DARNLEY
ATTN: D. CIARALLO - DIRECTEUR DU CREDIT
VILLE MONT ROYAL, QC H4T 2B2
CANADA

Claim Number: 8677-02
Claim Date: 07/23/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $1,136.33 | | |

---

FRANKLIN HEATING
PO BOX 32362
COLUMBUS, OH 43232-0362

Claim Number: 5751
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $92.50 | Scheduled: | $92.50 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FRANKLIN INDUSTRIAL MINERALS
PO BOX 440270
NASHVILLE, TN 37244

Claim Number: 6925
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,626.24 | Scheduled: | $4,626.24 |

FRASER VALLEY FIRE PROTECTION LTD.
ATTN: HAROLD LOLAND
#9, 2345 WINDSOR STREET
ABBOTSFORD, BC V2T 6M1
CANADA

Claim Number: 8583
Claim Date: 07/20/2009
Debtor: SMURFIT-MBI

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,131.65 | Scheduled: | $1,134.86 |

FRASER, COLIN
C/O KOSKIE MINSKY LLP
BARRISTERS AND SOLICITORS
20 QUEEN ST WEST SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 13011
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | |
| UNSECURED | Claimed: | $46,829.55 | Scheduled: | $44,912.62 |

FRASER, N G
3003 NW 155TH ST
VANCOUVER, WA 98685

Claim Number: 7653
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $114,051.60   UNLIQ |

FRED HILL & SON COMPANY
C/O KENNETH SHAW JR
1514 HAYFIELD DRIVE
YARDLEY, PA 19067

Claim Number: 2156
Claim Date: 04/01/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,140.00 |

FRED HILL AND SON CO
PO BOX 52498
PHILADELPHIA, PA 19116-4202

Claim Number: 4050
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,690.00 |

FRED MEYER PPS
3800 SE 22ND AVE
PORTLAND, OR 97202

Claim Number: 4954
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $632.38 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| FRED WEBER INC<br>PO BOX 500816<br>SAINT LOUIS, MO 63150-0816 | | Claim Number: 12170<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $800.10 | Scheduled: | | $416.00 |
| FREDERICK COWAN AND CO., INC.<br>48 KROEMER AVENUE<br>RIVERHEAD, NY 11901-3108 | | Claim Number: 6998<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $1,960.00 | Scheduled: | | $1,960.00 |
| FREEDOM FIRE PROTECTION INC<br>601 CENTRAL PARK DRIVE<br>SANFORD, FL 32771 | | Claim Number: 5110<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>amends 2144 | | | |
| UNSECURED | Claimed: | $200.00 | Scheduled: | | $200.00 |
| FREEDOM FIRE PROTECTION OF CENTRAL FLORIDA, INC.<br>601 CENTRAL PARK DRIVE<br>SANFORD, FL 32771 | | Claim Number: 2144<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $200.00 | | | |
| FREEH, JAMES<br>PO BOX 33<br>REVERE, PA 18953 | | Claim Number: 4219<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| PRIORITY | Claimed: | $78.49 | | | |
| FREEMAN LOGGING LLC<br>7764 NIXON CHAPEL ROAD<br>HORTON, AL 35980 | | Claim Number: 11465<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | | |
| UNSECURED | Claimed: | $3,783.37 | Scheduled: | | $7,064.53 |
| FREEMAN, BOBBY R<br>2321 N LEONARD RD<br>ST JOSEPH, MO 64506 | | Claim Number: 9587<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| PRIORITY | Claimed: | $0.00   UNDET | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FREEMAN, DONALD RAY
244 POINT DRIVE
JONESBORO, LA 71251

Claim Number: 10164
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

FREIGHT EXPEDITORS INC
P.O. BOX 84041
SEATTLE, WA 98124

Claim Number: 666
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $23,207.50 |
|---|---|---|

---

FREMONT, MARY L
2508 UNION ROAD
LOT 402
CEDAR FALLS, IA 50613-9193

Claim Number: 10456
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

FRENCH AND COMPANY, INC.
6510 COLUMBIA PARK DR. - SUITE 101
JACKSONVILLE, FL 32258

Claim Number: 2079
Claim Date: 04/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $55,238.00 | Scheduled: | $55,238.00 |
|---|---|---|---|---|

---

FRESNO COUNTY TAX COLLECTOR
ATTN: LORI POINDEXTER
P.O. BOX 1192
FRESNO, CA 93715-1192

Claim Number: 6513
Claim Date: 07/27/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| SECURED | Claimed: | $483.78 |
|---|---|---|

---

FRESNO ENVELOPE
947 R STREET
FRESNO, CA 93721-1311

Claim Number: 5958
Claim Date: 07/20/2009
Debtor: CALPINE CORRUGATED, LLC

| UNSECURED | Claimed: | $102.58 | Scheduled: | $102.58 |
|---|---|---|---|---|

---

FREUND, JOHN H
BOXWOOD BARN BOX 179
POUND RIDGE, NY 10576-0179

Claim Number: 10422
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9275 (09/26/2012)

| UNSECURED | Claimed: | $5,019,141.26 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FREY ELECTRIC CONSTRUCTION CO., INC.
100 PEARCE AVENUE
TONAWANDA, NY 14150

Claim Number: 3526
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $58,614.32 | | |
|---|---|---|---|---|

---

FREY TRANSPORTATION DBA E.F.EXPRESS
1185 NEW TRENTON ROAD, P.O. BOX 327
HIGHLAND, IL 62249

Claim Number: 9675
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $6,492.02 | Scheduled: | $3,233.76 |
|---|---|---|---|---|

---

FRIEDMAN RECYCLING
3640 W LINCOLN STREET
PHOENIX, AZ 85009

Claim Number: 2630
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $6,878.10 | | |
|---|---|---|---|---|

---

FRITH CONTRUCTION CO., INC.
PO DRAWER 5028
MARTINSVILLE, VA 24115

Claim Number: 7148
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $8,651.00 | | |
|---|---|---|---|---|

---

FRITH EQUIPMENT CORPORATION
PO DRAWER 5028
MARTINSVILLE, VA 24115

Claim Number: 7147
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $21,415.00 | Scheduled: | $30,066.00 |
|---|---|---|---|---|

---

FROEHLING & ROBERTSON, INC.
ATTN: R. GOSWICK
3015 DUMBARTON ROAD
RICHMOND, VA 23228

Claim Number: 515
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $5,975.00 | Scheduled: | $9,796.31 |
|---|---|---|---|---|

---

FROEHLING & ROBERTSON, INC.
ATTN: R. GOSWICK
3015 DUMBARTON ROAD
RICHMOND, VA 23228

Claim Number: 516
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $591.00 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FROEHLING & ROBERTSON, INC.<br>ATTN: R. GOSWICK<br>3015 DUMBARTON ROAD<br>RICHMOND, VA 23228 | Claim Number: 517<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,500.00 |
|---|---|---|

| FROEHLING & ROBERTSON, INC.<br>ATTN: R. GOSWICK<br>3015 DUMBARTON ROAD<br>RICHMOND, VA 23228 | Claim Number: 518<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,391.75 |
|---|---|---|

| FROEHLING & ROBERTSON, INC.<br>ATTN: R. GOSWICK<br>3015 DUMBARTON ROAD<br>RICHMOND, VA 23228 | Claim Number: 519<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $656.03 |
|---|---|---|

| FROM DUST TILL DAWN CLEANING<br>PO BOX 2281<br>POWDER SPRINGS, GA 30127 | Claim Number: 1345<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $790.99 |
|---|---|---|

| FROM DUST TILL DAWN CLEANING<br>PO BOX 2281<br>POWDER SPRINGS, GA 30127 | Claim Number: 6981<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7432 (05/04/2010)<br>amends 1345 |
|---|---|

| UNSECURED | Claimed: | $319.50 | Scheduled: | $319.50 |
|---|---|---|---|---|

| FRON, EDWARD<br>8829 BERKELEY COURT<br>ORLAND PARK, IL 60462 | Claim Number: 7824<br>Claim Date: 08/14/2009<br>Debtor: CAMEO CONTAINER CORPORATION |
|---|---|

| PRIORITY | Claimed: | $90,146.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $90,146.00 |

| FRON, EDWARD<br>8820 BERKELEY COURT<br>ORLAND PARK, IL 60462 | Claim Number: 7825<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9070 (05/20/2011) |
|---|---|

| PRIORITY | Claimed: | $2,712.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FRONTIER EXPRESS, INC.
PO BOX 271150
OKLAHOMA CITY, OK 73137

Claim Number: 3493
Claim Date: 06/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,395.11 | Scheduled: | $7,312.90 |

FRONTIER SOUTH TRANSPORT CORP
P.O. BOX 906
FAIRBURN, GA 30213

Claim Number: 9129
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13865
DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $53,374.52 | Scheduled: | $47,327.12 |

FRONTIER SOUTH TRANSPORT CORP
P.O. BOX 906
FAIRBURN, GA 30213

Claim Number: 13865
Claim Date: 03/05/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $52,033.52 | |

FRONTIER TRANSPORT SYSTEM CORP
PO BOX 784
INDIANAPOLIS, IN 46206

Claim Number: 5345
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,013.19 | Scheduled: | $16,487.63 |

FROST ELECTRIC SUPPLY CO
PO BOX 66522
ST LOUIS, MO 63166

Claim Number: 5062
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $718.14 | Scheduled: | $1,299.15 |

FRY'S ELECTRONICS, INC.
ATTN: LEGAL DEPARTMENT
600 E. BROKAW ROAD
SAN JOSE, CA 95112

Claim Number: 11884
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,477.10 | |

FRYS ELECTRONICS
ATTN: LEGAL DEPARTMENT
600 E. BROCKAW ROAD
SAN JOSE, CA 95112

Claim Number: 11883
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,477.10 | Scheduled: | $5,777.78 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

FT WD PROPERTY LLC
7 BULFINCH PLACE SUITE 500
P.O.BOX 9507
BOSTON, MA 02114

Claim Number: 5350
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

FT-WD PROPERTY LLC
7 BULFINCH PLACE, SUITE 500
P.O. BOX 9507
BOSTON, MA 02114

Claim Number: 12527
Claim Date: 09/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
Amends claim  5350

| UNSECURED | Claimed: | $330,937.47   UNLIQ | Scheduled: | $132,018.67 |
|---|---|---|---|---|

---

FTS DELIVERY, INC.
8585 PAGE
SAINT LOUIS, MO 63114

Claim Number: 1665
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,010.22 | Scheduled: | $1,010.22 |
|---|---|---|---|---|

---

FUEL OILS
PO BOX 34370
RICHMOND, VA 23234

Claim Number: 4190
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $83,241.76 | Scheduled: | $72,044.75 |
|---|---|---|---|---|

---

FUENTES, GERMAN M.
JAHNKE & TOOLIS, LLC
ALLISON A. KOTARBA
9031 W 151ST STREET, SUITE 203
ORLAND PARK, IL 60462

Claim Number: 11274
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $94,035.60 | | |
|---|---|---|---|---|

---

FUENTES, GERMAN M.
JAHNKE & TOOLIS, LLC
ALLISON A. KOTARBA
9031 W 151ST STREET, SUITE 203
ORLAND PARK, IL 60462

Claim Number: 11275
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $221,097.60 | | |
|---|---|---|---|---|

---

FUGITT, LENORA V
11523 HARLAN DR
JACKSONVILLE, FL 32218-4051

Claim Number: 13459
Claim Date: 09/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $85,000.00 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FUGITT, LENORA V.<br>11523 HARLAN DRIVE<br>JACKSONVILLE, FL 32218-4051 | Claim Number: 13458<br>Claim Date: 09/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $85,000.00 | | |
|---|---|---|---|---|

| FUJI FILM CANADA INC<br>ATTN: DON YOUNG<br>600 SUFFOLK COURT<br>MISSISSAUGA, ON L5R 4G4<br>CANADA | Claim Number: 8581<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $2,898.54 | Scheduled: | $2,955.71 |
|---|---|---|---|---|

| FULCRUM DISTRESS OPPORTUNITIES FUND I LP<br>TRANSFEROR: HUNTON & WILLIAMS LLP<br>111 CONGRESS AVENUE<br>SUITE 2550<br>AUSTIN, TX 78701 | Claim Number: 9458<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $69,888.14 | Scheduled: | $83,629.97 |
|---|---|---|---|---|

| FULGHUM FIBRES FLORIDA, INC.<br>C/O RUFUS T. DORSEY, IV PARKER, HUDSON,<br>RAINER & DOBBS LLP 1500 MARQUIS TWO TWR<br>285 PEACHTREE CENTER AVE., N.E.<br>ATLANTA, GA 30303 | Claim Number: 11777<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $52,848.90 | Scheduled: | $104,705.98 |
|---|---|---|---|---|

| FULGHUM FIBRES, INC. C/O RUFUS T. DORSEY<br>PARKER, HUDSON, RAINER & DOBBS LLP<br>1500 MARQUIS TWO TOWER<br>285 PEACHTREE CENTER AVE., N.E.<br>ATLANTA, GA 30303 | Claim Number: 11772<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
|---|---|

| UNSECURED | Claimed: | $9,670.82 | | |
|---|---|---|---|---|

| FULGHUM FIBRES, INC. C/O RUFUS T. DORSEY<br>PARKER, HUDSON, RAINER & DOBBS LLP<br>1500 MARQUIS TWO TOWER<br>285 PEACHTREE CENTER AVE., N.E.<br>ATLANTA, GA 30303 | Claim Number: 11773<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $52,352.12 | | |
|---|---|---|---|---|

| FULGHUM INDUSTIRES, INC.<br>PO BOX 909<br>WADLEY, GA 30477 | Claim Number: 2496<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $22,393.80 | Scheduled: | $42,178.25 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| FULPER, JACK<br>946 HIGH STREET<br>ALPHA, NJ 08865 | Claim Number: 6135<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA 30303 | Claim Number: 930<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |

| PRIORITY | Claimed: | $31,607.52   UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA 30303 | Claim Number: 1127<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |

| PRIORITY | Claimed: | $31,607.52   UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA 30303 | Claim Number: 13519<br>Claim Date: 10/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |

| PRIORITY | Claimed: | $15,078.75   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA 30303 | Claim Number: 13604<br>Claim Date: 11/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | |

| PRIORITY | Claimed: | $15,078.75   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| FULTON PAPER CO INC<br>227 SANDY SPRINGS PL NE STE D114<br>SANDY SPRINGS, GA 30328-5918 | Claim Number: 4467<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | |

| UNSECURED | Claimed: | $12,769.00 | Scheduled: | $11,220.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| FULTON PAPER COMPANY<br>227 SANDY SPRINGS PL NE STE D<br>SANDY SPRINGS, GA 30328-3849 | Claim Number: 4468<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | |

| UNSECURED | Claimed: | $3,785.64 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| FULTON SYSTEMS, INC.<br>5875 PEACHTREET IND. BLVD<br>SUITE 330<br>NORCROSS, GA 30092 | Claim Number: 3343<br>Claim Date: 06/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $23,330.13 | Scheduled: | $23,338.13 |
|---|---|---|---|---|

| FUNK, BOB W<br>813 W. HYDE PARK<br>ST JOSEPH, MO 64504 | Claim Number: 5451<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ |

| FUREY FILTER & PUMP INC<br>N117W19237 FULTON DR<br>GERMANTOWN, WI 53022-6304 | Claim Number: 4392<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $131.18 | Scheduled: | $131.18 |
|---|---|---|---|---|

| FUTCH, SANDRA<br>156 N MAIN ST<br>EDWARDSVILLE, IL 62025-1972 | Claim Number: 6224<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| FUTCH, SANDRA (HERSHEL B SHEFFIELD, DEC)<br>156 N MAIN ST<br>EDWARDSVILLE, IL 62025-1972 | Claim Number: 6225<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| FUTRELL, CHARLES L.<br>4776 BEECH SPRINGS RD<br>QUITMAN, LA 71268 | Claim Number: 10165<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

| FUTRELL, CLEASY ERNEST<br>391 BROWN RD.<br>QUITMAN, LA 71268 | Claim Number: 10166<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| G & K SERVICES<br>685 OLIVE STREET<br>SAINT PAUL, MN 55130 | Claim Number: 923<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010) | | |

| UNSECURED | Claimed: | $230.93 | |

---

| G & K SERVICES, INC. #142<br>3820 DELP ST.<br>MEMPHIS, TN 38118 | Claim Number: 913<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7552 (05/10/2010) | | |

| UNSECURED | Claimed: | $2,615.43 | Scheduled: | $1,814.51 |

---

| G & P TRUCKING, INC.<br>126 ACCESS ROAD<br>GASTON, SC 29053 | Claim Number: 249<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8093 (06/21/2010) | | |

| UNSECURED | Claimed: | $4,824.55 | Scheduled: | $2,395.07 |

---

| G AND D TRUCKING<br>3200 NEWTON ROAD<br>STOCKTON, CA 95205 | Claim Number: 7154<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |

| UNSECURED | Claimed: | $29,130.30 | Scheduled: | $27,869.20 |

---

| G&D INTEGRATED TRANSPORTATION, INC.<br>ATTN: PATRICK ROESLER<br>50 COMMERCE DRIVE<br>MORTON, IL 61550 | Claim Number: 3524<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8093 (06/21/2010) | | |

| UNSECURED | Claimed: | $17,676.51 | Scheduled: | $16,328.31 |

---

| G&G SALES<br>PO BOX C<br>WEST POINT, VA 23181 | Claim Number: 9855-01<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5769 (03/11/2010) | | |

| ADMINISTRATIVE | Claimed: | $16,817.00 | | |
| UNSECURED | | | Scheduled: | $55,078.00 |

---

| G&G SALES<br>PO BOX C<br>WEST POINT, VA 23181 | Claim Number: 9855-02<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8117 (06/22/2010) | | |

| UNSECURED | Claimed: | $24,629.00 | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

G&K SERVICES
3735 CORPOREX PARK DRIVE
TAMPA, FL 33619

Claim Number: 523
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $4,160.66 | Scheduled: | $10,310.11 |
|---|---|---|---|---|

G&K SERVICES
1250 KUHN DRIVE
ST. CLOUD, MN 56301

Claim Number: 1983
Claim Date: 04/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $2,719.24 |
|---|---|---|

G&K SERVICES (01)
3820 DELP STREET
MEMPHIS, TN 38118

Claim Number: 7098
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| SECURED | Claimed: | $2,615.00 |
|---|---|---|

G&K SERVICES, CANADA INC.
ATTN: GEORGE GUTHRIE
6299 AIRPORT ROAD, SUITE 101
MISSISSAUGA, ON L4V 1N3
CANADA

Claim Number: 12762
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $599.52 | Scheduled: | $1,695.80 |
|---|---|---|---|---|

G&S EQUIPMENT CO INC
PO BOX 680730
PRATTVILLE, AL 36068

Claim Number: 7422
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,166.47 | Scheduled: | $1,154.06 |
|---|---|---|---|---|

G&S WOOD COMPANY INC
PO BOX 1727
MERIDIAN, MS 39302

Claim Number: 4616
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

G.A. WEST & CO., INC.
P.O. BOX 441
SARALAND, AL 36571

Claim Number: 8608-01
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 7189 (04/22/2010)

| ADMINISTRATIVE | Claimed: | $126.72 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| G.A. WEST & CO., INC.<br>P.O. BOX 441<br>SARALAND, AL 36571 | Claim Number: 8608-02<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED | Claimed: | $98,640.14 |

| G.E. SECURITY CANADA<br>625 6TH ST. E.<br>OWEN SOUND, ON N4K 5P8<br>CANADA | Claim Number: 8286<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|
| UNSECURED | Claimed: | $3,675.59 |

| G.E. SECURITY CANADA<br>625 6TH ST. E.<br>OWEN SOUND, ON N4K 5P8<br>CANADA | Claim Number: 8287<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|
| UNSECURED | Claimed: | $28,061.79 |

| G.T. HIGGINBOTHAM CO., INC.<br>PO BOX 360745<br>BIRMINGHAM, AL 35236-0745 | Claim Number: 894<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|
| UNSECURED | Claimed: | $18,849.00 | Scheduled: | $18,849.00 |

| G3 ENTERPRISES, INC.<br>ATTN: DON FREDERICK<br>502 E. WHITMORE AVE<br>MODESTO, CA 95358 | Claim Number: 13971<br>Claim Date: 04/09/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|
| PRIORITY | Claimed: | $1,158.50 |

| GA WEST AND CO INC<br>PO BOX 441<br>SARALAND, AL 36571 | Claim Number: 6063<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|
| UNSECURED | Claimed: | $100,521.86 | Scheduled: | $4,419.86 |

| GAAL, RICHARD A<br>101 HARRISON PLACE<br>PANAMA CITY, FL 32405 | Claim Number: 5137<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED | Claimed: | $125,000.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| GABBARD, JUDY F<br>2212 PEARL STREET<br>MIDDLETOWN, OH 45044 | | Claim Number: 5803<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| GABRIEL ENVIRONMENTAL SERVICES<br>1421 N. ELSTON AVE.<br>CHICAGO, IL 60622 | | Claim Number: 4916<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $3,832.50 | Scheduled: | $3,832.50 |
| GABRIELE, ADAM<br>6 VERA COURT<br>HAMILTON, ON L8K 4G8<br>CANADA | | Claim Number: 13009<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| PRIORITY | Claimed: | $3,000.00 | | |
| GABRIELE, ADAM<br>ATTN: EVA DIME<br>6 VERA COURT<br>HAMILTON, ON L8K 4G8<br>CANADA | | Claim Number: 13010<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| GAFFIN INDUSTRIAL<br>P.O. BOX 1637<br>RIVERVIEW, FL 33568-1637 | | Claim Number: 694<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $1,120.00 | | |
| GAFFIN INDUSTRIAL<br>P.O. BOX 1637<br>RIVERVIEW, FL 33568-1637 | | Claim Number: 695<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $1,195.00 | Scheduled: | $2,315.00 |
| GAI TRONICS CORPORATION<br>PO BOX 930269<br>ATLANTA, GA 31193-0269 | | Claim Number: 7340<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $324.83 | Scheduled: | $655.88 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| GAINES, BILLY G.<br>3260 BEECH SPRINGS RD<br>QUITMAN, LA 71268 | Claim Number: 10413<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| GAINES, DONALD MARVIN<br>P.O. BOX 1<br>HODGE, LA 71247 | Claim Number: 10414<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| GALLATIN CLO II 2005-1, LTD<br>BY: URSAMINE CREDIT ADVISORS, LLC<br>AS ITS COLLATERAL MANAGER<br>535 MADISON AVENUE, 33RD FLOOR<br>NEW YORK, NY 10022 | Claim Number: 9650<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) |
|---|---|

| SECURED | Claimed: | $1,474,006.75 |
|---|---|---|

| GALLATIN CLO III 2007-1, LTD<br>BY: URSAMINE CREDIT ADVISORS, LLC<br>AS ITS COLLATERAL MANAGER<br>535 MADISON AVENUE, 33RD FLOOR<br>NEW YORK, NY 10022 | Claim Number: 9649<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) |
|---|---|

| SECURED | Claimed: | $2,336,799.20 |
|---|---|---|

| GALLATIN FUNDING I, LTD<br>BY: URSAMINE CREDIT ADVISORS, LLC<br>AS ITS COLLATERAL MANAGER<br>535 MADISON AVENUE<br>NEW YORK, NY 10022 | Claim Number: 9652<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) |
|---|---|

| SECURED | Claimed: | $1,474,006.75 |
|---|---|---|

| GALLOWAY, ANITA F<br>1811 WINTHROP DRIVE<br>FLORENCE, SC 29501 | Claim Number: 5828<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| GAMBLE PARTS DART INC<br>PO BOX 280<br>MOUNT OLIVE, AL 35117 | Claim Number: 8412<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $997.50 | Scheduled: | $795.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GAMBLE PARTS DART, INC.
PO BOX 280
MT. OLIVE RD
ATTN: LINDA MILLS
MOUNT OLIVE, AL 35117

Claim Number: 12348
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $997.50 |
|-----------|----------|---------|

---

GAMBLE, GEORGE
6425 PARKLYNN DR
RANCHO PALOS VERDES
R PALOS VERDES, CA 90275

Claim Number: 5505
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $60,144.77 |
|----------|----------|------------|

---

GANDY, ORLANDO
276 REN ROAD
CASTLEBERRY, AL 36432

Claim Number: 9495
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $7,700.00 |
|-----------|----------|-----------|

---

GANDY, ORLANDO
276 REN ROAD
CASTLEBERRY, AL 36432

Claim Number: 12515
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $7,700.00 |
|-----------|----------|-----------|

---

GANDY, ORLANDO M
276 REN ROAD
CASTLEBERRY, AL 36432

Claim Number: 9226
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| PRIORITY | Claimed: | $7,700.00 |
|----------|----------|-----------|
| SECURED | Claimed: | $5,200.00 |
| UNSECURED | Claimed: | $2,500.00 |
| TOTAL | Claimed: | $5,200.00 |

---

GANN, ALLEN T
8955 COLE DRIVE
ARVADA, CO 80004

Claim Number: 7823
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNDET |
|----------|----------|---------------|

---

GANN, JAMES LARRY
C/O GREGORY A. CADE
ENVIRONMENTAL LITIGATION GROUP P.C.
3529 7TH AVE. SOUTH
BIRMINGHAM, AL 35222

Claim Number: 11530
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $41,000.00 |
|-----------|----------|------------|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| GANTZ, CLAIRE<br>4236 GREEBY ST.<br>PHILADELPHIA, PA 19135-2604 | Claim Number: 6970<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| GARAGE DOOR STORE<br>900 W DIVISION ST<br>WAITE PARK, MN 56387 | Claim Number: 4773<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $791.36 | Scheduled: | $791.36 |
|---|---|---|---|---|

| GARCIA, ARTHUR S<br>9150 GOLDEN SUNSHINE<br>HOUSTON, TX 77064 | Claim Number: 12232<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| GARCIA, VELMA B<br>3251 HARMONY AVE<br>LAKESIDE, AZ 85929-6118 | Claim Number: 7410<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |

| GARCIA, VELMA B<br>3251 HARMONY AVE<br>LAKESIDE, AZ 85929-6118 | Claim Number: 7411<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| GARCIA, VICTOR<br>12331 STRATHMORE DRIVE<br>GARDEN GROVE, CA 92840 | Claim Number: 11611<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $35,000.00 |
|---|---|---|

| GARD SPECIALISTS CO., INC.<br>621 STATE HWY 17 SOUTH<br>PO BOX 157<br>EAGLE RIVER, WI 54558 | Claim Number: 2884<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,615.09 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| GARD SPECIALISTS COMPANY<br>PO BOX 157<br>EAGLE RIVER, WI 54521 | Claim Number: 4227<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,615.09 | Scheduled: | $858.39 |
|---|---|---|---|---|

| GARDA SECURITY<br>800 - 363 BROADWAY AVE<br>WINNIPEG, MB R3C 3N9<br>CANADA | Claim Number: 2435<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $10,962.11 | | |
|---|---|---|---|---|

| GARDEN CITY FLORAL<br>2510 SPURGIN ROAD<br>MISSOULA, MT 59804 | Claim Number: 3923<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $309.99 | Scheduled: | $299.99 |
|---|---|---|---|---|

| GARDEN SPOT LAWN CARE & LANDSCAPE<br>7339 STATE ROUTE 14 NORTH<br>RAVENNA, OH 44266 | Claim Number: 5916<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $19,385.65 | Scheduled: | $19,385.65 |
|---|---|---|---|---|

| GARDEN STREET PAPER PROD CORP<br>2998 SOUTH STREET<br>FORT MYERS, FL 33916 | Claim Number: 6797<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $13,202.63 | Scheduled: | $16,370.00 |
|---|---|---|---|---|

| GARDEWINE GROUP<br>60 EAGLE DRIVE<br>WINNIPEG, MB R2R 1V5<br>CANADA | Claim Number: 8293<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $102,470.01 | Scheduled: | $102,584.72 |
|---|---|---|---|---|

| GARDNER COMMERCIAL CLEANING INC.<br>1047 DUXBERRY DR.<br>RAVENNA, OH 44266 | Claim Number: 1679<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $13,122.50 | Scheduled: | $13,122.50 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| GARDNER TRUCKING, INC<br>PO BOX 747<br>CHINO, CA 91708-0747 | Claim Number: 855<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $233,181.52 | Scheduled: | $415,805.32 UNLIQ |

---

| GARDNER, CAROLYN<br>P.O. BOX 333<br>HODGE, LA 71247 | Claim Number: 10336<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| GARDNER, JERRY<br>618 HOMESTEAD DR<br>LEXINGTON, NC 27292 | Claim Number: 11408<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

---

| GARDNER, ROBERT B.<br>106 RIDGE COURT<br>CHERRYVILLE, NC 28021 | Claim Number: 3579<br>Claim Date: 07/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| GARFIELD RIDGE CONTRACTORS INC<br>8916 W OGDEN AVE<br>BROOKFIELD, IL 60513 | Claim Number: 7028<br>Claim Date: 08/03/2009<br>Debtor: CAMEO CONTAINER CORPORATION | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,880.00 | Scheduled: | $1,880.00 |

---

| GARNES, ROBERT<br>949 EAST 84TH PLACE<br>#1E<br>CHICAGO, IL 60619 | Claim Number: 7721<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|
| PRIORITY | Claimed: | $25,000.00 |

---

| GARTEN SERVICES, INC.<br>PO BOX 7310<br>SALEM, OR 97303-0088 | Claim Number: 3551<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,742.85 | Scheduled: | $4,742.35 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| GARVIN, ALLEN D<br>24500 HWY 31<br>FLOMATON, AL 36441 | Claim Number: 13384<br>Claim Date: 10/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| GARY RAILWAY COMPANY - F/K/A<br>ELGIN, JOLIET & EASTERN RAILWAY COMPANY<br>1200 PENN AVENUE<br>SUITE 300<br>PITTSBURGH, PA 15222 | Claim Number: 9998<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7588 (05/12/2010) |
|---|---|

| UNSECURED | Claimed: | $15,929.63 | Scheduled: | $5,235.38  UNLIQ |
|---|---|---|---|---|

---

| GARZA, FAUSTO<br>1105 BELLVUE<br>GREEN BAY, WI 54302 | Claim Number: 7559<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $10,000.00 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

| GARZA, FAUSTO, A/K/A FERNANDO LOPEZ<br>C/O WILLIAM B. KULKOSKI<br>416 S. MONROE AVE.<br>P.O. BOX 368<br>GREEN BAY, WI 54305-0368 | Claim Number: 7560<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $825,362.31 |
|---|---|---|

---

| GASBURG LAND AND TIMBER CO INC<br>6894 CHRISTANNA HWY<br>GASBURG, VA 23857 | Claim Number: 8133<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $70,415.41 |
|---|---|---|

---

| GASBURG LAND AND TIMBER CO INC<br>6894 CHRISTIANA HWY<br>GASBURG, VA 23857 | Claim Number: 9207-01<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>amends 8133 |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $70,415.41 | Scheduled: | $145,819.32 |
|---|---|---|---|---|

---

| GASBURG LAND AND TIMBER CO INC<br>6894 CHRISTIANA HWY<br>GASBURG, VA 23857 | Claim Number: 9207-02<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>amends 8133 |
|---|---|

| UNSECURED | Claimed: | $4,988.50 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GASKETS PACKINGS AND SEALS ENTERPRI
PO BOX 509
PARKERSBURG, WV 26102

Claim Number: 6747-01
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 5768 (03/11/2010)

| ADMINISTRATIVE | Claimed: | $551.60 | | |
| UNSECURED | | | Scheduled: | $5,240.79 |

---

GASKETS PACKINGS AND SEALS ENTERPRI
PO BOX 509
PARKERSBURG, WV 26102

Claim Number: 6747-02
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 5768 (03/11/2010)

| UNSECURED | Claimed: | $4,689.19 | | |

---

GATEWAY ENGINEERING INC
PO BOX 874
SIOUX CITY, IA 51102

Claim Number: 4802
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 6649 (04/07/2010)

| UNSECURED | Claimed: | $6,204.00 | Scheduled: | $6,963.56 |

---

GATEWAY ROLLOFF SERVICE
2230 DESTINY WAY
ODESSA, FL 33556

Claim Number: 4827
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $199.50 | Scheduled: | $199.00 |

---

GATEWAY TRAILER REPAIR, INC.
#20 KARYDAN CT.
SAINT CHARLES, MO 63301

Claim Number: 1764
Claim Date: 03/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 6649 (04/07/2010)

| UNSECURED | Claimed: | $529.41 | Scheduled: | $529.41 |

---

GATEWAY WAREHOUSE
1147 WEDEKING AVE
EVANSVILLE, IN 47711

Claim Number: 3813
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 4966 (02/12/2010)

| UNSECURED | Claimed: | $1,768.80 | Scheduled: | $2,452.00 |

---

GATEWAY WAREHOUSE OF GEORGIA INC
10009 OFFICE CENTER AVE SUITE 200
SAINT LOUIS, MO 63128

Claim Number: 5807
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLE DUPLICATE OF 8600
DOCKET 4966 (02/12/2010)

| UNSECURED | Claimed: | $2,473.50 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| GATEWAY WAREHOUSE OF GEORGIA INC<br>10009 OFFICE CENTER AVE SUITE 200<br>SAINT LOUIS, MO 63128 | Claim Number: 8600<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,473.50 | |
| GATHAN BURNS, INC<br>D/B/A CHEROKEE TIMBER COMPANY<br>1545 CO RD 31<br>PIEDMONT, AL 36272 | Claim Number: 13395-01<br>Claim Date: 10/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $40,899.42 | Scheduled: $81,798.84 UNLIQ |
| GATHAN BURNS, INC<br>D/B/A CHEROKEE TIMBER COMPANY<br>1545 CO RD 31<br>PIEDMONT, AL 36272 | Claim Number: 13395-02<br>Claim Date: 10/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2813 (11/18/2009)<br>Amends Claim 6660, | | |
| ADMINISTRATIVE | Claimed: | $40,899.42 | |
| GATX CORPORATION<br>ATTN: CATHY SPATHIS<br>222 W. ADAMS STREET<br>CHICAGO, IL 60606-5314 | Claim Number: 7257<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | |
| UNSECURED | Claimed: | $54,333.58 | Scheduled: $67,470.00 |
| GATX CORPORATION<br>ATTN: CATHY SPATHIS<br>222 W. ADAMS STREET<br>CHICAGO, IL 60606-5314 | Claim Number: 7259<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| ADMINISTRATIVE | Claimed: | $13,133.66 | |
| GAULDEN, ROBERT L.<br>523 BROOKS CHAPEL RD.<br>QUITMAN, LA 71268 | Claim Number: 10167<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |
| GAUSE, GERALD<br>44664 245TH STREET<br>MONTROSE, SD 57048 | Claim Number: 11616<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $23,467.36 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GAUTHIER & FRERE LA TUQUE INC.
RICHARD GAUTHIER
1080 DES MELEZES
P.O. BOX 842
LA TUQUE, QC G9X 3P6
CANADA

Claim Number: 8935
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $18,526.92 | |

---

GAUTHIER & FRERE(LA TUQUE) INC
1080 DES MELEZES
P.O.BOX 842
LA TUQUE, QC G9X 3P6
CANADA

Claim Number: 12483
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $18,809.41 |

---

GAUTHIER, CLAUDE
1700, 11E AVENUE
GRAND-M+RE, QC G9T 5Y1
CANADA

Claim Number: 99012
Claim Date: 06/30/2010
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,606.61 |

---

GAZ METRO INC
1717 RUE DU HAVRE
MONTREAL, QC H2K 2X3
CANADA

Claim Number: 8339
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,321.29 | Scheduled: | $25,023.08 |

---

GAZ METRO INC.
1717 RUE DE HAVRE
MONTREAL, QC H2K 2X3
CANADA

Claim Number: 12583
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $176,880.85 | Scheduled: | $174,793.96 |

---

GCC/ IBT- NATIONAL PENSION FUND
455 KEHOE BLVD, SUITE 101
CAROL STREAM, IL 60188

Claim Number: 11551
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8673 (10/19/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,292,963.58 |

---

GCI
PASKVAN, BONNIE J.(CORP. COUNSEL)
2550 DENALI STREET, SUITE 1000
ANCHORAGE, AK 99503

Claim Number: 7477
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,396.56 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| GCI<br>ATTN: BONNIE J. PASKVAN, CORP COUNSEL<br>2550 DENALIT STREET, SUITE 1000<br>ANCHORAGE, AK 99503 | | Claim Number: 7689<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $1,396.56 | | Scheduled: | $1,722.80 |

---

| | | | | | |
|---|---|---|---|---|---|
| GDS OF ASHEVILLE<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | | Claim Number: 11324<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 7650 (05/18/2010) | | | |
| UNSECURED | Claimed: | $4,446.17   UNLIQ | | Scheduled: | $4,014.11 |

---

| | | | | | |
|---|---|---|---|---|---|
| GDX BUREAUTIQUE INC<br>3030 COTE RICHELIEU<br>TROIS RIVIERES-OUEST, QC G8Z 3Z1<br>CANADA | | Claim Number: 12416<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $2,238.24 | | Scheduled: | $2,311.38 |

---

| | | | | | |
|---|---|---|---|---|---|
| GDX BUREAUTIQUE INC.<br>3030 COTE RICHELIEU<br>ATTN: DINA GUARRASI<br>TROIS RIVIERES, QC G8Z 3Z1<br>CANADA | | Claim Number: 8657<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: POSSIBLE DUPLICATE OF 12416 | | | |
| UNSECURED | Claimed: | $2,238.24 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| GE BETZ CANADA - 2720<br>3451 ERINDALE STATION ROAD<br>P.O.BOX 3060<br>MISSISSAUGA, ON L5A 3T5<br>CANADA | | Claim Number: 9084-01<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010) | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,655.59 | | Scheduled: | $10,233.44 |

---

| | | | | | |
|---|---|---|---|---|---|
| GE BETZ CANADA - 2720<br>3451 ERINDALE STATION ROAD<br>P.O.BOX 3060<br>MISSISSAUGA, ON L5A 3T5<br>CANADA | | Claim Number: 9084-02<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010) | | | |
| UNSECURED | Claimed: | $8,447.03 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| GE BETZ CANADA, INC<br>ATTN: JOE HALSTEAD<br>4636 SOMERTON ROAD<br>TREVOSE, PA 19053 | | Claim Number: 9077<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $2,328.81 | | Scheduled: | $2,335.42 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GE BETZ CANADA, INC
ATTN: JOE HALSTEAD
4636 SOMERTON ROAD
TREVOSE, PA 19053

Claim Number: 9079-01
Claim Date: 08/19/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5769 (03/11/2010)

| ADMINISTRATIVE UNSECURED | Claimed: | $5,129.41 | Scheduled: | $6,324.76 |
|---|---|---|---|---|

---

GE BETZ CANADA, INC
ATTN: JOE HALSTEAD
4636 SOMERTON ROAD
TREVOSE, PA 19053

Claim Number: 9079-02
Claim Date: 08/19/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5769 (03/11/2010)

| UNSECURED | Claimed: | $1,260.75 | | |
|---|---|---|---|---|

---

GE BETZ CANADA, INC
ATTN: JOE HALSTEAD
4636 SOMERTON ROAD
TREVOSE, PA 19053

Claim Number: 9082
Claim Date: 08/19/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $4,008.02 | | |
|---|---|---|---|---|

---

GE BETZ INC
4636 SOMERTON RD
TREVOSE, PA 19053

Claim Number: 9081
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,508.90 | Scheduled: | $648.62 |
|---|---|---|---|---|

---

GE BETZ INC
4636 SOMERTON RD
TREVOSE, PA 19053

Claim Number: 9227-01
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)

| ADMINISTRATIVE UNSECURED | Claimed: | $5,082.76 | Scheduled: | $33,008.04 |
|---|---|---|---|---|

---

GE CAPITAL RAILCAR SERVICES
PO BOX 74699
CHICAGO, IL 60675-4699

Claim Number: 10647
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8464 (09/01/2010)

| UNSECURED | Claimed: | $75,812.95 | Scheduled: | $91,020.93 |
|---|---|---|---|---|

---

GE ENERGY
C/O GLENN M. REISMAN, ESQ.
2 CORPORATE DRIVE, SUITE 234
SHELTON, CT 06484

Claim Number: 9372
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $8,541.50 | Scheduled: | $239,727.03 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| GE WATER & PROCESS TECHNOLOGIES<br>4636 SOMERTON ROAD<br>TREVOSE, PA 19053 | Claim Number: 9080<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8408 (08/18/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,333.19 | |

---

| GEIGER PUMP & EQUIPMENT CO<br>8924 YELLOW BRICK RD<br>NW 7668<br>BALTIMORE, MD 21237 | Claim Number: 5832<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $382.00 | Scheduled: $730.00 |

---

| GEIL ENTERPRISES, INC<br>CIS SECURITY<br>660 W. LOCUST AVE, SUITE 102<br>FRESNO, CA 93650 | Claim Number: 3308-01<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $32,630.34 | Scheduled: $32,630.34 |

---

| GEIL ENTERPRISES, INC<br>CIS SECURITY<br>660 W. LOCUST AVE, SUITE 102<br>FRESNO, CA 93650 | Claim Number: 3308-02<br>Claim Date: 06/08/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $9,318.75 | Scheduled: $9,318.75 |

---

| GEM EXPRESS LTD.<br>ATTN: NEIL TALBOT<br>112 EDGEVIEW ROAD NW<br>CALGARY, AB T3A 4V1<br>CANADA | Claim Number: 13242<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $14,944.96 | Scheduled: $14,885.35 |

---

| GENE HARVEY CFC<br>32 NORTH 5TH STREET<br>MACCLENNY, FL 32063 | Claim Number: 4235<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | |
|---|---|---|
| SECURED | Claimed: | $971.17   UNLIQ |

---

| GENERAL CHEMICAL PERFORMANCE PRODUCTS,<br>LLC - ATTN: WILLIAM E. REDMOND<br>90 EAST HASLEY ROAD<br>PARSIPPANY, NJ 07054 | Claim Number: 1141-01<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 559 (03/20/2009) | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $154,407.72 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | |
|---|---|
| GENERAL CHEMICAL PERFORMANCE PRODUCTS, LLC - FREDERICK B. ROSNER<br>MESSANA ROSNER & STERN, LLP<br>1000 N. WEST STREET, SUITE 1200<br>WILMINGTON, DE 19801 | Claim Number: 1141-02<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $585,431.46 | | |
|---|---|---|---|---|

---

| | |
|---|---|
| GENERAL CHEMICAL PERFORMANCE PRODUCTS, LLC - ATTN: WILLIAM E. REDMOND<br>90 EAST HASLEY ROAD<br>PARSIPPANY, NJ 07054 | Claim Number: 3152<br>Claim Date: 05/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7555 (05/10/2010) |

| UNSECURED | Claimed: | $431,023.74 | Scheduled: | $196,120.68 |
|---|---|---|---|---|

---

| | |
|---|---|
| GENERAL ELECTRIC CANADA<br>C/O GLENN M. REISMAN, ESQ.<br>2 CORPORATE DRIVE, SUITE 234<br>SHELTON, CT 06484 | Claim Number: 9447<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) |

| UNSECURED | Claimed: | $2,474.66 | | |
|---|---|---|---|---|

---

| | |
|---|---|
| GENERAL ELECTRIC CANADA<br>C/O LAW OFFICES OF GLENN M. REISMAN<br>2 CORPORATE DRIVE, SUITE 234<br>SHELTON, CT 06484 | Claim Number: 10042<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8535 (09/14/2010)<br>amends 9447 |

| ADMINISTRATIVE | Claimed: | $3,514.18 | | |
|---|---|---|---|---|

---

| | |
|---|---|
| GENERAL ELECTRIC CANADA<br>C/O LAW OFFICES OF GLENN M. REISMAN<br>2 CORPORATE DRIVE, SUITE 234<br>SHELTON, CT 06484 | Claim Number: 10043<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |

| ADMINISTRATIVE | Claimed: | $7,853.75 | | |
|---|---|---|---|---|

---

| | |
|---|---|
| GENERAL ELECTRIC CANADA INTERNATIONAL INC. - C/O GLENN M. REISMAN<br>2 CORPORATE DRIVE, SUITE 234<br>SHELTON, CT 06484 | Claim Number: 9374<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |

| UNSECURED | Claimed: | $30,752.79 | Scheduled: | $25,531.74 |
|---|---|---|---|---|

---

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORP.<br>GE COMMERICAL FINANCE<br>299 PARK AVENUE 3RD FLOOR<br>ATTN: DONALD CAVANAGH<br>NEW YORK, NY 10171-0002 | Claim Number: 11390<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8996 (03/22/2011) |

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GENERAL ELECTRIC CAPITAL CORPORATION
10 RIVERVIEW DRIVE
ATTN: WILLIAM V. WILSON
DANBURY, CT 06810

Claim Number: 11391
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $51,327.77 | | |
| --- | --- | --- | --- | --- |

---

GENERAL ELEVATOR SALES & SERVICE, INC.
10801 SATELLITE BLVD
ORLANDO, FL 32837

Claim Number: 201
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $50,733.65 | Scheduled: | $32,884.73 |
| --- | --- | --- | --- | --- |

---

GENERAL FASTENERS LTD
2270 PORTLAND ST SE
ATTN: MYRNA OLYNUK
CALGARY, AB T2G 4M6
CANADA

Claim Number: 8672
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $4,021.43 | | |
| --- | --- | --- | --- | --- |

---

GENERAL FASTENERS LTD
2270 PORTLAND ST SE
ATTN: MYRNA OLYNUK
CALGARY, AB T2G 4M6
CANADA

Claim Number: 8675
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: POSSIBLE DUPLICATE OF 9510

| UNSECURED | Claimed: | $46,994.10 | | |
| --- | --- | --- | --- | --- |

---

GENERAL FASTENERS LTD
2270 PORTLAND ST SE
CALGARY, AB T2G 4M6
CANADA

Claim Number: 9510-01
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $38,226.85 | | |
| --- | --- | --- | --- | --- |

---

GENERAL FASTENERS LTD
2270 PORTLAND ST SE
CALGARY, AB T2G 4M6
CANADA

Claim Number: 9510-02
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| ADMINISTRATIVE | Claimed: | $8,767.25 | | |
| --- | --- | --- | --- | --- |

---

GENERAL FASTENERS LTD.
2270 PORTLAND ST SE
CALGARY, AB T2G 4M6
CANADA

Claim Number: 9509-01
Claim Date: 07/23/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: EXPUNGED
DOCKET: 8378 (08/16/2010)

| UNSECURED | Claimed: | $3,055.77 | Scheduled: | $2,035.72 |
| --- | --- | --- | --- | --- |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GENERAL FASTENERS LTD.
2270 PORTLAND ST SE
CALGARY, AB T2G 4M6
CANADA

Claim Number: 9509-02
Claim Date: 07/23/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: EXPUNGED
DOCKET: 8378 (08/16/2010)

| ADMINISTRATIVE | Claimed: | $965.66 | | |
|---|---|---|---|---|

---

GENERAL LOGISTICS INC
PO BOX 8013
DAVENPORT, IA 52809

Claim Number: 11060
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $246,674.22 | Scheduled: | $246,674.22 |
|---|---|---|---|---|

---

GENERAL MONITORS
26776 SIMPATICA CIRCLE
LAKE FOREST, CA 92630

Claim Number: 3416
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $2,290.05 | Scheduled: | $1,935.82 |
|---|---|---|---|---|

---

GENERAL PACKAGING SPECIALTIES
PO BOX 3244
TUPELO, MS 38803

Claim Number: 42
Claim Date: 02/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $62,085.98 | Scheduled: | $62,750.43 |
|---|---|---|---|---|

---

GENERAL PAINTING OF PENNSYLVANIA, INC.
757 GULPH ROAD
WAYNE, PA 19087-1036

Claim Number: 1635
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $8,555.00 | Scheduled: | $8,555.00 |
|---|---|---|---|---|

---

GENERAL PETROLEUM
19501 S. SANTA FE AVE
RANCHO DOMINGUEZ, CA 90221

Claim Number: 5520
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $14,837.45 | Scheduled: | $15,796.78 |
|---|---|---|---|---|

---

GENERAL SUPPLY & SERVICES, INC. D/B/A
GEXPRO - C/O JOHN D. DEMMY
STEVENS & LEE, P.C.
1105 NORTH MARKET STREET, 7TH FLOOR
WILMINGTON, DE 19801

Claim Number: 1955-01
Claim Date: 04/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 7189 (04/22/2010)

| ADMINISTRATIVE | Claimed: | $18,535.91 | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| GENERAL SUPPLY & SERVICES, INC. D/B/A GEXPRO - C/O JOHN D. DEMMY STEVENS & LEE, P.C. 1105 NORTH MARKET STREET, 7TH FLOOR WILMINGTON, DE 19801 | Claim Number: 1955-02 Claim Date: 04/02/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8093 (06/21/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $417,222.05 |

---

| | | |
|---|---|---|
| GENERAL SUPPLY & SERVICES, INC. D/B/A GEXPRO - C/O JOHN D. DEMMY STEVENS & LEE, P.C. 1105 NORTH MARKET STREET, 7TH FLOOR WILMINGTON, DE 19801 | Claim Number: 1967 Claim Date: 03/30/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 2760 (11/16/2009) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $435,757.96 |

---

| | | |
|---|---|---|
| GENERAL TRANSPORTATION SERVICES, INC. 10255 SW PARK WAY PORTLAND, OR 97208 | Claim Number: 1404 Claim Date: 03/11/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 4132 (01/14/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $75,337.33 |

---

| | | |
|---|---|---|
| GENIVAR 5355 BOUL. DES GRADINS QUEBEC, QC G2J 1C8 CANADA | Claim Number: 12860 Claim Date: 08/26/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $28,680.44 | Scheduled: | $28,487.71 |

---

| | | |
|---|---|---|
| GENIVAR ATTN: MANON MAGUIRE 5355 BOUL. DES GRADINS QUEBEC, QC G2J 1C8 CANADA | Claim Number: 12864 Claim Date: 08/26/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $28,680.44 |

---

| | | |
|---|---|---|
| GENNA, DOLORES M 17 RURAL LN LEVITTOWN, NY 11756 | Claim Number: 11584 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8833 (12/09/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| GENTRE VISUEL HATUQUE ENR. JOSEE DANIEL O.D. 290 RUE ST-JOSEPH HAUTUQUE, QC G9X 3Z8 CANADA | Claim Number: 8946 Claim Date: 08/07/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,829.03 | Scheduled: | $8,208.76 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GENUINE PARTS COMPANY
PO BOX 102194
ATLANTA, GA 30368-2194

Claim Number: 5408
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $3,723.24 | Scheduled: | $4,067.91 |

---

GEOLEARNING, INC
4600 WESTOWN PARKWAY
SUITE 301
DES MOINES, IA 50266

Claim Number: 4799
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 7555 (05/10/2010)

| UNSECURED | Claimed: | $3,960.00 |

---

GEORBON TRANSPORTATION SERVICES INC.
P.O. BOX 10
BOLTON, ON L7E 5T1
CANADA

Claim Number: 8309
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $314.85 |

---

GEORGE A CLANTON CONSTRUCTION CO
2621 LEAH CIRCLE
COLUMBIA, TN 38401

Claim Number: 4787
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $6,963.00 | Scheduled: | $6,963.00 |

---

GEORGE A. CLANTON CONSTRUCTION
2621 LEAH CIRCLE
COLUMBIA, TN 38401

Claim Number: 538
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $6,963.00 |

---

GEORGE P COYLE & SONS INC
PO BOX 2267
JACKSONVILLE, FL 32203

Claim Number: 4903
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $8,874.00 | Scheduled: | $8,874.00 |

---

GEORGE P FRUEH COMPANY INC, THE
PO BOX 640
ZANESVILLE, OH 43702-0640

Claim Number: 7000
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $18,305.00 | Scheduled: | $18,305.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| GEORGE, ELMER G.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | | Claim Number: 11826<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| GEORGETOWN PAPERSTOCK OF ROCKVILLE<br>14820 SOUTHLAWN LANE<br>ROCKVILLE, MD 20850 | | Claim Number: 10645-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $3,153.50 | Scheduled: | $5,391.80 |
| GEORGETOWN PAPERSTOCK OF ROCKVILLE<br>14820 SOUTHLAWN LANE<br>ROCKVILLE, MD 20850 | | Claim Number: 10645-02<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2205 (10/09/2009) | | |
| ADMINISTRATIVE | Claimed: | $1,022.75 | | |
| GEORGIA DEPARTMENT OF LABOR<br>148 ANDREW YOUNG INTERNATIONAL BLVD,<br>SUITE 826<br>ATLANTA, GA 30303-1751 | | Claim Number: 2984<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| PRIORITY | Claimed: | $9,691.08 | | |
| GEORGIA INDUSTRIAL WAREHOUSING, LLC.<br>6908 CHAPMAN ROAD<br>MONTGOMERY, AL 30058 | | Claim Number: 5180<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $51,596.19 | | |
| GEORGIA NATURAL GAS<br>PO BOX 105445<br>ATLANTA, GA 30348 | | Claim Number: 6108<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $3,395.95 | Scheduled: | $3,090.78 |
| GEORGIA NATURAL GAS<br>PO BOX 105445<br>ATLANTA, GA 30348-5445 | | Claim Number: 6109<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
| UNSECURED | Claimed: | $6,801.95 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| GEORGIA SELF-INSURERS GUARANTY TRUST FUND<br>880 WEST PEACHTREE STREET NW<br>ATLANTA, GA 30309 | Claim Number: 11176<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |

---

| GEORGIA SUBSEQUENT INJURY<br>PO BOX 100111<br>ATLANTA, GA 30384 | Claim Number: 6041<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |

| PRIORITY | Claimed: | $75,994.58 |

---

| GEORGIA SUBSEQUENT INJURY TRUST FUND<br>PO BOX 100111<br>ATLANTA, GA 30384 | Claim Number: 12242<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |

| UNSECURED | Claimed: | $0.00 |

---

| GEORGIA VALVE & FITTING CO., INC.<br>220 CURIE DRIVE<br>ALPHARETTA, GA 30005 | Claim Number: 11674-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010) |

| ADMINISTRATIVE | Claimed: | $2,336.67 |

---

| GEORGIA VALVE & FITTING CO., INC.<br>220 CURIE DRIVE<br>ALPHARETTA, GA 30005 | Claim Number: 11674-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $9,659.57 | Scheduled: | $9,277.52 |

---

| GEORGIA-PACIFIC BREWTON, LLC<br>C/O DONALD J. HUTCHINSON<br>MILLER, CANFIELD, PADDOCK AND STONE, PLC<br>150 W. JEFFERSON AVE., STE. 2500<br>DETROIT, MI 48226 | Claim Number: 11124<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $161,847,597.64 |

---

| GEORGIA-PACIFIC BREWTON, LLC<br>C/O DONALD J. HUTCHINSON<br>MILLER, CANFIELD, PADDOCK AND STONE, PLC<br>150 W. JEFFERSON AVE., STE. 2500<br>DETROIT, MI 48226 | Claim Number: 11125-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |

| ADMINISTRATIVE | Claimed: | $47,437.75 |
| UNSECURED | | | Scheduled: | $6,958.70 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | |
|---|---|---|---|
| GEORGIA-PACIFIC BREWTON, LLC<br>C/O DONALD J. HUTCHINSON<br>MILLER, CANFIELD, PADDOCK AND STONE, PLC<br>150 W. JEFFERSON AVE., STE. 2500<br>DETROIT, MI 48226 | Claim Number: 11125-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) | | |
| UNSECURED          Claimed: | $4,334,551.17 | Scheduled: | $49,421.02 |

---

| | | | |
|---|---|---|---|
| GEORGIA-PACIFIC BREWTON, LLC<br>C/O DONALD J. HUTCHINSON<br>MILLER, CANFIELD, PADDOCK AND STONE, PLC<br>150 W. JEFFERSON AVE., STE. 2500<br>DETROIT, MI 48226 | Claim Number: 11127<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED          Claimed: | $153,715.68 | Scheduled: | $90,687.40 |

---

| | | | |
|---|---|---|---|
| GEORGIA-PACIFIC BREWTON, LLC<br>C/O DONALD J. HUTCHINSON<br>MILLER, CANFIELD, PADDOCK AND STONE, PLC<br>150 W. JEFFERSON AVE., STE. 2500<br>DETROIT, MI 48226 | Claim Number: 12251<br>Claim Date: 09/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED          Claimed: | $161,847,597.64 | | |

---

| | | | |
|---|---|---|---|
| GEORGIA-PACIFIC BREWTON, LLC<br>C/O DONALD J. HUTCHINSON<br>MILLER, CANFIELD, PADDOCK AND STONE, PLC<br>150 W. JEFFERSON AVE., STE. 2500<br>DETROIT, MI 48226 | Claim Number: 12560<br>Claim Date: 09/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8884 (01/10/2011) | | |
| UNSECURED          Claimed: | $174,490,243.85 | Scheduled: | $125,231.01 |

---

| | | | |
|---|---|---|---|
| GEORGIA-PACIFIC CORRUGATED I LLC<br>ATTN: J.N. POULOS,SR. LITIGATION COUNSEL<br>GEORGIA-PACIFIC LLC - LAW DEPARTMENT<br>133 PEACHTREE STREET, N.E.<br>ATLANTA, GA 30303-5605 | Claim Number: 10071<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) | | |
| SECURED          Claimed: | $1,000,000.00 | | |
| UNSECURED | | Scheduled: | $28,344.00 |

---

| | | | |
|---|---|---|---|
| GEORGIA-PACIFIC CORRUGATED LLC<br>C/O DONALD J. HUTCHINSON<br>MILLER, CANFIELD, PADDOCK AND STONE PLC<br>150 W. JEFFERSON AVE., STE. 2500<br>DETROIT, MI 48227 | Claim Number: 11396<br>Claim Date: 08/28/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET 7188 (04/22/2010) | | |
| UNSECURED          Claimed: | $7,697.77 | Scheduled: | $9,876.06 |

---

| | | | |
|---|---|---|---|
| GEORGIA-PACIFIC CORRUGATED, LLC<br>C/O DONALD J. HUTCHINSON<br>MILLER, CANFIELD, PADDOCK AND STONE, PLC<br>150 W. JEFFERSON AVE., STE. 2500<br>DETROIT, MI 48226 | Claim Number: 11126-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) | | |
| UNSECURED          Claimed: | $407,432.85 | Scheduled: | $53,038.58 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GEORGIA-PACIFIC CORRUGATED, LLC
C/O DONALD J. HUTCHINSON
MILLER, CANFIELD, PADDOCK AND STONE, PLC
150 W. JEFFERSON AVE., STE. 2500
DETROIT, MI 48226

Claim Number: 11126-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7553 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $3,854.93 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $114,192.97 |

---

GEOTEK ENGINEERING & TESTING SERVICES
909 E. 50TH ST. NORTH
SIOUX FALLS, SD 57104

Claim Number: 3929
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $559.02 | Scheduled: | $494.50 |
|---|---|---|---|---|

---

GERARD CRETE & FILS INC
380 ROUTE 159
ST SEVERIN PROUXVIL, QC G0X 2B0
CANADA

Claim Number: 13661
Claim Date: 11/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET 5738 (03/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

GERARD CRETE ET FILS
C/O KRUGER INC.
ATTN: PAUL A. PEPPER
3285 CHEMIN BEDFORD
MONTREAL, QC H3S 1G5
CANADA

Claim Number: 13660
Claim Date: 11/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET 5738 (03/10/2010)

| UNSECURED | Claimed: | $45,233.52 |
|---|---|---|

---

GERBER, RICHARD D
939 NANCY CAROL LANE
ST. LOUIS, MO 63122

Claim Number: 7634
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

GERDAU AMERISTEEL US INC
4278 SOLUTIONS CENTER
CHICAGO, IL 60677-4002

Claim Number: 5474
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $174.28 | Scheduled: | $174.28 |
|---|---|---|---|---|

---

GERRITY CORRUGATED PAPER PRODUCTS LTD
ATTN: TAMMI CHALK
75 DONEY CRESCENT
CONCORD, ON L4K 1P6
CANADA

Claim Number: 12795-01
Claim Date: 08/24/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 7188 (04/22/2010)

| ADMINISTRATIVE | Claimed: | $3,252.28 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | |
|---|---|---|
| GERRITY CORRUGATED PAPER PRODUCTS LTD<br>ATTN: TAMMI CHALK<br>75 DONEY CRESCENT<br>CONCORD, ON L4K 1P6<br>CANADA | Claim Number: 12795-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010) | |
| UNSECURED          Claimed: | $8,147.08 | |
| GERRITY CORRUGATED PAPER PRODUCTS LTD<br>ATTN: TAMMI CHALK<br>75 DONEY CRESCENT<br>CONCORD, ON L4K 1P6<br>CANADA | Claim Number: 12796-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | |
| UNSECURED          Claimed: | $30,316.10 | |
| GERRITY CORRUGATED PAPER PRODUCTS LTD<br>ATTN: TAMMI CHALK<br>75 DONEY CRESCENT<br>CONCORD, ON L4K 1P6<br>CANADA | Claim Number: 12796-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 2813 (11/18/2009) | |
| ADMINISTRATIVE          Claimed: | $15,935.62 | |
| GERRITY CORRUGATED PAPER PRODUCTS LTD<br>ATTN: TAMMI CHALK<br>75 DONEY CRESCENT<br>CONCORD, ON L4K 1P6<br>CANADA | Claim Number: 12797-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7188 (04/22/2010) | |
| ADMINISTRATIVE          Claimed: | $32,476.10 | |
| GERRITY CORRUGATED PAPER PRODUCTS LTD<br>ATTN: TAMMI CHALK<br>75 DONEY CRESCENT<br>CONCORD, ON L4K 1P6<br>CANADA | Claim Number: 12797-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7188 (04/22/2010) | |
| UNSECURED          Claimed: | $40,342.82 | |
| GERRITY CORRUGATED PAPER PRODUCTS LTD<br>ATTN: TAMMI CHALK<br>75 DONEY CRESCENT<br>CONCORD, ON L4K 1P6<br>CANADA | Claim Number: 12798-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010) | |
| ADMINISTRATIVE          Claimed:          $196,071.92<br>UNSECURED | | Scheduled:          $685,695.84  UNLIQ |
| GERRITY CORRUGATED PAPER PRODUCTS LTD<br>ATTN: TAMMI CHALK<br>75 DONEY CRESCENT<br>CONCORD, ON L4K 1P6<br>CANADA | Claim Number: 12798-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010) | |
| UNSECURED          Claimed: | $390,794.50 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| GERSTENBERG SCHRODER NA INC<br>2236 G BLUEMOUND ROAD<br>WAUKESHA, WI 53186 | Claim Number: 4955<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $398.60 |
|---|---|---|---|---|

---

| GERVAIS, ANNE<br>ATTN: ANNE GERVAIS<br>129 RUE DES MANOIRS<br>GATINEAU, QC J9J 2N2<br>CANADA | Claim Number: 8462<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $4,100.95 | Scheduled: | $4,052.66 |
|---|---|---|---|---|

---

| GESTION DIOVAL INC.<br>ATTN: PIERRE DIONNE<br>2233 DES ELODEES<br>TERRE BONNE, QC J6X 4T9<br>CANADA | Claim Number: 8546<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $2,759.27 | Scheduled: | $2,732.75 |
|---|---|---|---|---|

---

| GEXA ENERGY, LP BY GEXA ENERGY GP, LLC<br>20 GREENWAY PLAZA<br>SUITE 600<br>HOUSTON, TX 77046 | Claim Number: 13611<br>Claim Date: 11/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7845 (06/02/2010) |
|---|---|

| UNSECURED | Claimed: | $1,180,322.44 |
|---|---|---|

---

| GEXA ENERGY, LP BY GEXA ENERGY GP, LLC<br>20 GREENWAY PLAZA<br>SUITE 600<br>HOUSTON, TX 77046 | Claim Number: 13612<br>Claim Date: 11/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,180,322.44 |
|---|---|---|

---

| GFG-CAMINT INC<br>1173 BOUL CHAREST OUEST BUREAU 300-7<br>QUEBEC, QC G1N 2C9<br>CANADA | Claim Number: 12862<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $30,196.39 | Scheduled: | $29,840.77 UNLIQ |
|---|---|---|---|---|

---

| GFG-CAMINT INC.<br>ATTN: FRANCOIS GRIMARD<br>1173 BOUL. CHAREST OUEST<br>OFFICE 300-7<br>QUEBEC, QC G1N 2C9<br>CANADA | Claim Number: 12861<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: POSSIBLE DUPLICATE OF 12862 |
|---|---|

| UNSECURED | Claimed: | $30,196.39 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| GIACALONE, J P<br>10399 QUAIL CROWN DR.<br>NAPLES, FL 34119 | Claim Number: 8411<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

| GIANGIORGI, ROBERT J<br>126 FOXWOOD LANE<br>CAMDEN, SC 29020 | Claim Number: 9735<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

| GIANT RESOURCE RECOVERY - ATTALLA, INC.<br>320-D MIDLAND PARKWAY<br>SUMMERVILLE, SC 29485 | Claim Number: 1850<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $542.74 | Scheduled: | $542.74 |
|---|---|---|---|---|

---

| GIBBONS, TOM<br>12345 SPACE DRIVE<br>FLORISSANT, MO 63033 | Claim Number: 7419<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

| GIBBONS, WILLIAM<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | Claim Number: 10966<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $50,000.00 | | |
|---|---|---|---|---|

---

| GIBSON COUNTY TRUSTEE COURTHOUSE<br>GIBSON COUNTY COURTHOUSE<br>TRENTON, TN 38382 | Claim Number: 6901<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $21,688.00 | Scheduled: | $21,694.00 |

---

| GIBSON INDUSTRIAL, INC.<br>2804 WALMSLEY BLVD<br>P.O. BOX 34548<br>RICHMOND, VA 23234 | Claim Number: 362<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $61,007.00 | Scheduled: | $61,007.00 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| GIBSON, CORRIE<br>7276 COUNTY ROAD 27<br>CASTLEBERRY, AL 36432 | | Claim Number: 12097<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| GIDDENS SECURITY CORPORATION<br>528 SOUTH EDGEWOOD AVE.<br>JACKSONVILLE, FL 32205 | | Claim Number: 1170<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
| UNSECURED | Claimed: | $13,844.07 | Scheduled: | $14,261.47 |
| GIL, JOSE<br>11251 NW 84ST<br>DORAL, FL 33178 | | Claim Number: 12224<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $16,500.00 | | |
| GILBERT, HOUSTON M<br>414 CLIFTON COX AVE.<br>PANAMA CITY, FL 32404 | | Claim Number: 11355<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $4,470.75 | | |
| GILBERT, HOUSTON M.<br>414 CLIFTON COX AVE<br>PANAMA CITY, FL 32404 | | Claim Number: 13444<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $4,470.75 | | |
| GILBERT, JESSE CHARLES<br>PO BOX 352<br>JONESBORO, LA 71251 | | Claim Number: 10168<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| GILCHRIST, PAUL<br>1296 NARRAGANSETT DR<br>CAROL STREAM, IL 60188 | | Claim Number: 8097<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $250,000.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GILCHRIST, WALTER
8837 CLEARVIEW DR.
ORLAND PARK, IL 60462

Claim Number: 7179
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

GILCO INC
535 ROCHESTER RD
PITTSBURGH, PA 15237

Claim Number: 4062
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $4,677.08 |
|---|---|---|

---

GILCO INC
535 ROCHESTER RD
PITTSBURGH, PA 15237

Claim Number: 8217
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $4,677.08 | Scheduled: | $4,677.08 |
|---|---|---|---|---|

---

GILES CHEMICAL
PO BOX 100946
ATLANTA, GA 30384-0946

Claim Number: 4855
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $41,279.33 | Scheduled: | $41,279.33 |
|---|---|---|---|---|

---

GILES, JEFFREY G.
23 RAPELTE STREET
ST. THOMAS, ON N5R 4L9
CANADA

Claim Number: 8541
Claim Date: 07/17/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

GILL, BERYL J
7824 EDEN CIRCLE SE
TURNER, OR 97392

Claim Number: 6576
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

GILL, TERRENCE, NAMED PLAINTIFF IN
ERICKSON, ROY D., ET AL.
C/O TOM L. LEWIS: LEWIS, SLOVAK &
KOVACICH, PC, P.O. BOX 2325
GREAT FALLS, MT 59403

Claim Number: 6650
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,000,000.00 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GILLAM IV, CLATE
165 PITTS STREET
E. BREWTON, AL 36426

Claim Number: 12051
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00    UNDET |
|---|---|---|

---

GINN, ALAN AND LAURIE
MATTHEW P. WARD
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON, DE 19801

Claim Number: 14215
Claim Date: 07/20/2012
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 9247 (06/28/2012)

| UNSECURED | Claimed: | $2,500,000.00 |
|---|---|---|

---

GINN, ALAN AND LAURIE
MATTHEW P. WARD
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON, DE 19801

Claim Number: 14216
Claim Date: 07/20/2012
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,500,000.00 |
|---|---|---|

---

GIO'S TRUCKING SERVICES CORP
PO BOX 520613
MIAMI, FL 33152-0613

Claim Number: 1532
Claim Date: 03/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 8116 (06/22/2010)

| UNSECURED | Claimed: | $38,159.70 |
|---|---|---|

---

GIRARDI BEARING CO.
ATTN: HELEN M. GIRARDI
P.O. BOX 2156
SALINAS, CA 93902

Claim Number: 6714
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| PRIORITY | Claimed: | $16.31 |
|---|---|---|

---

GIRARDI BEARING CO.
HELEN M. GIRARDI
P.O. BOX 2156
SALINAS, CA 93902

Claim Number: 8758
Claim Date: 06/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| PRIORITY | Claimed: | $16.31 |
|---|---|---|

---

GIRARDI BEARING COMPANY
PO BOX 2156
SALINAS, CA 93902

Claim Number: 6577
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $16.31 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| GISSY, G A<br>19647 SW 77TH LOOP<br>DUNNELLON, FL 34432 | | Claim Number: 4820-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $5,000.00 | | |
| GISSY, G A<br>19647 SW 77TH LOOP<br>DUNNELLON, FL 34432 | | Claim Number: 4820-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| GIW INDUSTRIES, INC.<br>ATTN: CREDIT MANAGER<br>5000 WRIGHTSBORO RD<br>GROVETOWN, GA 30813-2842 | | Claim Number: 654<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $416.28 | Scheduled: | $416.28 |
| GK SERVICES<br>4590 CANADA WAY<br>BURNABY, BC V5G 1J6<br>CANADA | | Claim Number: 99014<br>Claim Date: 06/30/2010<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | |
| UNSECURED | Claimed: | $8,859.35 | | |
| GKM AUTO PARTS INC<br>123 SOUTH SECOND STREET<br>COSHOCTON, OH 43812 | | Claim Number: 11230<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $4,769.89 | Scheduled: | $4,356.97 |
| GL V CANADA INC<br>215 BOUL ST MAURICE<br>TROIS RIVIERES, QC G9A 6M6<br>CANADA | | Claim Number: 11033-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>226,357.59 CAD + 19,176 USD | | |
| UNSECURED | Claimed: | $19,176.00 | | |
| GL&V USA INC.<br>MORRIS JAMES LLP<br>JEFFREY R. WAXMAN<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON, DE 19801 | | Claim Number: 2848<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5845 (03/15/2010) | | |
| ADMINISTRATIVE | Claimed: | $92,700.14 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GL&V USA INC.
INGRID S. PALERMO, ESQ.
HARTER SECRET & EMERY LLP
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604

Claim Number: 11186-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

GL&V USA INC.
INGRID S. PALERMO, ESQ.
HARTER SECRET & EMERY LLP
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604

Claim Number: 11186-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $71,133.70 |
| UNSECURED | Claimed: | $1,271,720.45 |

---

GLACIER PACKAGING INC
PO BOX 2334
TACOMA, WA 98401

Claim Number: 5679
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $11,960.80 | Scheduled: | $11,960.80 |

---

GLACIER PRECISION MACHINING, INC.
18 BRAM COURT, UNIT 3
BRAMPTON, ON L6W 3R6
CANADA

Claim Number: 678
Claim Date: 02/23/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
11,311.02 CDN

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

GLASS, DEWAYNE
551 OLD FOSHEE RD.
BREWTON, AL 36426

Claim Number: 11370
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $0.00   UNDET |

---

GLASSCOCK, DOROTHY
PO BOX 282
LINDALE, TX 75771

Claim Number: 5465
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET |

---

GLENCO PRODUCTS INC.
20-2140 WINSTON PARK DRIVE
OAKVILLE, ON L6H 5V5
CANADA

Claim Number: 2948
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $17,311.80 | Scheduled: | $14,935.01 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GLENN RICHARDSON PLUMBING & HEATING
2413 INDUSTRIAL STREET
BURLINGTON, ON L7P 1A6
CANADA

Claim Number: 10114
Claim Date: 08/25/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $10,982.98 | Scheduled: | $10,982.98 |
|---|---|---|---|---|

GLENN RICHARDSON PLUMBING & HEATING LTD
ATTN: CAROL ANN RICHARDSON
2413 INDUSTRIAL STREET
BURLINGTON, ON L7P 1A6
CANADA

Claim Number: 10052
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $10,982.98 |
|---|---|---|

GLENN RICHARDSON PLUMBING & HEATING LTD.
ATTN: CAROL ANN RICHARDSON
2413 INDUSTRIAL STREET
BURLINGTON, ON L7P 1A6
CANADA

Claim Number: 12942
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: POSSIBLE DUPLICATE OF 10114

| UNSECURED | Claimed: | $10,982.98 |
|---|---|---|

GLENN SALYER PLUMBING INC
2990 MINNESOTA AVENUE
LYNN HAVEN, FL 32444

Claim Number: 3682
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $158.40 | Scheduled: | $158.40 |
|---|---|---|---|---|

GLENN T WARREN & CO INC
PO BOX 309
BLOUNTSTOWN, FL 32424

Claim Number: 14104
Claim Date: 08/13/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8558 (09/17/2010)

| UNSECURED | Claimed: | $11,336.09 |
|---|---|---|

GLENN, CAROLYN G
2732 SINK STREET
WINSTON-SALEM, NC 27107

Claim Number: 7511
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

GLENN, DAVID W
317 WEST MABLE ST
HUMBOLDT, TN 38343

Claim Number: 12086
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| SECURED | Claimed: | $90,000.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| GLENNCO CONSTRUCTION COMPANY, INC.<br>P.O. BOX 58<br>LYNN HAVEN, FL 32444 | Claim Number: 1034<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | |
| UNSECURED | Claimed: | $96,179.04 | | |
| GLENNCO CONSTRUCTION COMPANY, INC.<br>P.O. BOX 58<br>LYNN HAVEN, FL 32444 | Claim Number: 1201<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $96,179.04 | Scheduled: | $97,456.64 |
| GLENNS RADIATOR SERVICE INC<br>1652 MONMOUTH BLVD<br>GALESBURG, IL 61401 | Claim Number: 3709<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) | | | |
| UNSECURED | Claimed: | $120.00 | Scheduled: | $120.00 |
| GLIDDEN COMPANY, THE DBA ICI PAINTS<br>15885 W. SPRAGUE RD. HQW RM#A105<br>STRONGSVILLE, OH 44136-1772 | Claim Number: 2364<br>Claim Date: 04/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $4,337.44 | Scheduled: | $9,294.55 |
| GLIDDEN COMPANY, THE DBA ICI PAINTS<br>15885 W. SPRAGUE RD. HQW RM#A105<br>STRONGSVILLE, OH 44136-1772 | Claim Number: 2366<br>Claim Date: 04/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $90.30 | | |
| GLIDDEN COMPANY, THE DBA ICI PAINTS<br>15885 W. SPRAGUE RD. HQW RM#A105<br>STRONGSVILLE, OH 44136-1772 | Claim Number: 2396<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $4,871.11 | | |
| GLOBAL PTM, INC.<br>5100 WESTHEIMER RD STE 200<br>HOUSTON, TX 77056-5597 | Claim Number: 881<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $51,395.55 | Scheduled: | $25,950.05 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GLOBAL SAFETY NETWORK, INC.
2650 32ND AVE S STE K
GRAND FORKS, ND 58201

Claim Number: 689
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $605.71 | Scheduled: | $588.00 |
|---|---|---|---|---|

GMA SAFE
20 CARLSON COURT
TORONTO, ON M9W 7K6
CANADA

Claim Number: 7418
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $495.00 | Scheduled: | $7,370.00 |
|---|---|---|---|---|

GMF FLEXO PREPRESS INC
6447 NORTHAM DRIVE
MISSISSAUGA, ON L4V 1J2
CANADA

Claim Number: 8279
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $67,074.80 | Scheduled: | $66,994.00 |
|---|---|---|---|---|

GNN INVESTOR LLC
ATTN: J.N. POULOS,SR. LITIGATION COUNSEL
GEORGIA-PACIFIC LLC - LAW DEPARTMENT
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-5605

Claim Number: 10072
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| SECURED | Claimed: | $1,000,000.00 | | |
|---|---|---|---|---|

GOBER, DOUGLAS RAY
C/O GREGORY A. CADE
ENVIRONMENTAL LITIGATION GROUP P.C.
3529 7TH AVE. SOUTH
BIRMINGHAM, AL 35222

Claim Number: 11528
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $41,000.00 | | |
|---|---|---|---|---|

GODWIN PUMPS OF AMERICA INC
PO BOX 191
BRIDGEPORT, NJ 08014

Claim Number: 4074
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,900.00 | Scheduled: | $2,900.00 |
|---|---|---|---|---|

GODWIN, BILLY W
196 KENNEDY STREET
CASTLEBERRY, AL 36432

Claim Number: 7999
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| GODWIN, HENRY T. | Claim Number: 11372 |
| 1156 APPLETON ROAD | Claim Date: 08/28/2009 |
| CASTLEBERRY, AL 36432 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 5732 (03/10/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| GODWIN, JOHNNY L. | Claim Number: 12083 |
| 345 JUDGE ALFORD ROAD | Claim Date: 08/31/2009 |
| BREWTON, AL 36426 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 5732 (03/10/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| GOING GREEN LLC | Claim Number: 1012 |
| 324 WELLHOUSE LOOP | Claim Date: 03/02/2009 |
| RICHLAND, WA 99352 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: DOCKET: 3287 (12/18/2009) |

| UNSECURED | Claimed: | $957.60 | Scheduled: | $957.00 |

---

| GOLD STAR TRANSPORTATION | Claim Number: 7026 |
| 9424 REEDS ROAD | Claim Date: 08/03/2009 |
| P.O.BOX 11350 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| OVERLAND PARK, KS 66207 | Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $14,390.30 | Scheduled: | $17,564.00 |

---

| GOLD, ROBERT | Claim Number: 11896 |
| 7537 B LEXINGTON CLUB BLVD. | Claim Date: 08/28/2009 |
| DELROY BEACH, FL 33446 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| GOLDEN STATE OVERNIGHT INC | Claim Number: 6532 |
| PO BOX 2508 | Claim Date: 07/27/2009 |
| ALAMEDA, CA 94501 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $218.08 | Scheduled: | $218.08 |

---

| GOLDEN, RICHARD J | Claim Number: 11634 |
| 231 SHERWOOD FOREST DR | Claim Date: 08/28/2009 |
| DELRAY BEACH, FL 33445-3870 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: DOCKET: 7555 (05/10/2010) |

| UNSECURED | Claimed: | $208,984.00 | Scheduled: | $164,428.84 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| GOLDEN, RICHARD J<br>231 SHERWOOD FOREST DR<br>DELRAY BEACH, FL 33445-3870 | | Claim Number: 11635<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) | | |
| UNSECURED | Claimed: | $139,255.00 | Scheduled: | $109,221.69 |
| GOLDEN, RICHARD J<br>231 SHERWOOD FOREST DR<br>DELRAY BEACH, FL 33445-3870 | | Claim Number: 11636<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9033 (04/25/2011) | | |
| UNSECURED | Claimed: | $885,147.00 | | |
| GOLDER ASSOCIATES INC<br>PO BOX 934544<br>ATLANTA, GA 31193-4544 | | Claim Number: 7899<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $14,994.05 | Scheduled: | $14,994.05 |
| GOLDMAN AND COMPANY<br>1701 E 14TH STREET<br>LITTLE ROCK, AR 72202 | | Claim Number: 5026<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $247.54 | Scheduled: | $270.00 |
| GOLDSTEIN-SCHWATZ<br>2500 SCHUETZ ROAD<br>MARYLAND HEIGHTS, MO 63043 | | Claim Number: 11638<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $522.28 | Scheduled: | $522.28 |
| GOLL, JOHN T<br>10802 W DRIVE N<br>BELLEVUE, MI 49021 | | Claim Number: 7591<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $109,800.00 | | |
| GOLPER SUPPLY CO<br>1810 W EDGEWOOD DR<br>APPLETON, WI 54915 | | Claim Number: 6768<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,023.50 | Scheduled: | $2,023.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

GONZALEZ PALLETS INC.
1261 YARD CT
SAN JOSE, CA 95133

Claim Number: 459
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74,173.00 | Scheduled: | $74,399.60 |

GONZALEZ, ANTONIO
C/O JAMES E. SORENSON, ESQ.
WILLIAMS, GAUTIER, GWYNN, DELOACH, &
SORENSON P.A. PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10688
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $82,476.26 |

GONZALEZ, ARTEMIO
7045 REED RD.
HOUSTON, TX 77087

Claim Number: 11397
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

GONZALEZ, MIKE
14201 LEM TURNER RD
JACKSONVILLE, FL 32218

Claim Number: 11462
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $28,000.00 |

GONZALEZ, MIKE
14201 LEM TURNER RD
JACKSONVILLE, FL 32218

Claim Number: 11463
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED

| | | |
|---|---|---|
| PRIORITY | Claimed: | $500,000.00 |

GOOD HOPE INC
PO BOX 614
NATCHEZ, MS 39121

Claim Number: 6969
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $31,484.56 | Scheduled: | $62,969.12  UNLIQ |

GOODEN, ELAINE
135 ELM STREET
#63
MILFORD, NH 03055

Claim Number: 11367
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GOODIN COMPANY
PO BOX 9326
MINNEAPOLIS, MN 55440

Claim Number: 3790
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $6,169.82 | Scheduled: | $10,398.61 |
|---|---|---|---|---|

GOODMAN LUMBER CO INC
PO BOX 112
WILSONS, VA 23894

Claim Number: 7044
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)

| UNSECURED | Claimed: | $11,706.30 | Scheduled: | $23,412.61 UNLIQ |
|---|---|---|---|---|

GOODMAN MAINTENANCE SERVICE INTL
PO BOX 882
WALNUT, CA 91788-0882

Claim Number: 7753
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,156.00 | Scheduled: | $7,156.00 |
|---|---|---|---|---|

GOODRICH, CAROL L.
24918 NE 98TH PL.
BATTLE GROUND, WA 98604

Claim Number: 9988
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

GOODWILL INDUSTRIES OF MIDDLE TENNESSEE
1015 HERMAN STREET
NASHVILLE, TN 37208

Claim Number: 2518
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| UNSECURED | Claimed: | $2,750.00 |
|---|---|---|

GOODWILL INDUSTRIES OF SO. CALIFORNIA
342 N. SAN FERNANDO ROAD
3RD FLOOR BUSINESS OFFICE
LOS ANGELES, CA 90031

Claim Number: 333
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $1,622.24 |
|---|---|---|

GOODWIN, HELENE
14700 RAMBLEWOOD DRIVE
CHESTER, VA 23836

Claim Number: 5559
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| SECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| GORDON BROS IRON & METAL CO<br>1340 W 43RD ST<br>CHICAGO, IL 60609-3308 | Claim Number: 3623<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,673.91 | Scheduled: | $1,455.49 |
|---|---|---|---|---|

---

| GORDON BROS. STEEL WAREHOUSE SERVICE CENTER<br>1340 WEST 43RD STREET<br>CHICAGO, IL 60609-3308 | Claim Number: 14068<br>Claim Date: 07/19/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
|---|---|

| UNSECURED | Claimed: | $810.66 |
|---|---|---|

---

| GORDON F COOPER<br>PO BOX 211<br>MONTROSE, AL 36559-0211 | Claim Number: 4064<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,000.00 | Scheduled: | $1,675.00 |
|---|---|---|---|---|

---

| GORDON TRUCKING, INC.<br>151 STEWART RD SW<br>PACIFIC, WA 98047 | Claim Number: 3049<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $19,250.62 | Scheduled: | $15,526.78 |
|---|---|---|---|---|

---

| GORDON, BOBBY<br>PO BOX 1141<br>HARTSVILLE, SC 29551 | Claim Number: 2635<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $13,124.25 | Scheduled: | $13,590.24 |
|---|---|---|---|---|

---

| GORDON, MELISSA D<br>3006 ASHLEY ROAD<br>MONTGOMERY, AL 36108 | Claim Number: 7524<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $4,999.99 |
|---|---|---|

---

| GORDON, MICHAEL D<br>801 GREENWAY TERR<br>KANSAS CITY, MO 64113 | Claim Number: 3890<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,392.20 | Scheduled: | $3,392.20 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| GORE, GEORGE A<br>6 EVERT CT<br>LITTLE ROCK, AR 72210-5756 | | Claim Number: 4174<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| GOREHAM, FREDRICK<br>604 EAST 18TH STREET<br>SOUTH SIOUX CITY, NE 68776 | | Claim Number: 9608<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| GOSS, CLARENCE LEON<br>321 ED PEEVY RD.<br>JONESBORO, LA 71251 | | Claim Number: 10169<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| GOUKER, HARRIET L<br>3201 E. MARKET ST<br>APT 210<br>YORK, PA 17402 | | Claim Number: 7700<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $3,056.40 | | |
| GOULDS PUMPS PA, INC<br>C/O FRANK W. DICASTRI<br>FOLEY & LARDNER LLP<br>777 E. WISCONSIN AVENUE<br>MILWAUKEE, WI 53202 | | Claim Number: 9865<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7706 (05/21/2010) | | |
| UNSECURED | Claimed: | $8,248.32 | Scheduled: | $8,911.00 |
| GOULDS PUMPS PA, INC<br>C/O FRANK W. DICASTRI<br>FOLEY & LARDNER LLP<br>777 E. WISCONSIN AVENUE<br>MILWAUKEE, WI 53202 | | Claim Number: 9866<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7706 (05/21/2010) | | |
| UNSECURED | Claimed: | $2,710.71   UNLIQ | | |
| GOULDS PUMPS, INC.<br>C/O FRANK W. DICASTRI<br>FOLEY & LARDNER LLP<br>777 E. WISCONSIN AVENUE<br>MILWAUKEE, WI 53202 | | Claim Number: 9864<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7706 (05/21/2010) | | |
| UNSECURED | Claimed: | $2,282.01   UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GOULDS PUMPS, INC.
C/O FRANK W. DICASTRI
FOLEY & LARDNER LLP
777 E. WISCONSIN AVENUE
MILWAUKEE, WI 53202

Claim Number: 9870
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7706 (05/21/2010)

| UNSECURED | Claimed: | $179,463.69 | Scheduled: | $26,641.27 |

---

GOULDS PUMPS, INC.
C/O FRANK W. DICASTRI
FOLEY & LARDNER LLP
777 E. WISCONSIN AVENUE
MILWAUKEE, WI 53202

Claim Number: 9872
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7706 (05/21/2010)

| UNSECURED | Claimed: | $2,149.77 | Scheduled: | $191,070.71 |

---

GOULDS PUMPS, INC. & ITT FLYGT-PEWAUKEE
FOLEY & LARDNER LLP
FRANK W. DICASTRI
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

Claim Number: 2078-01
Claim Date: 04/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7706 (05/21/2010)

| ADMINISTRATIVE | Claimed: | $42,523.58 |

---

GOULDS PUMPS, INC. & ITT FLYGT-PEWAUKEE
FOLEY & LARDNER LLP
FRANK W. DICASTRI
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

Claim Number: 2078-02
Claim Date: 04/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7706 (05/21/2010)

| UNSECURED | Claimed: | $454.29 | Scheduled: | $71.81 |

---

GOULDS PUMPS, INC. & ITT FLYGT-PEWAUKEE
FOLEY & LARDNER LLP
FRANK W. DICASTRI
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

Claim Number: 2078-01
Claim Date: 04/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7706 (05/21/2010)

| ADMINISTRATIVE | Claimed: | $42,523.58 |

---

GOULDS PUMPS, INC. & ITT FLYGT-PEWAUKEE
FOLEY & LARDNER LLP
FRANK W. DICASTRI
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

Claim Number: 2078-02
Claim Date: 04/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7706 (05/21/2010)

| UNSECURED | Claimed: | $454.29 | Scheduled: | $71.81 |

---

GOURLEY, LISA J
6216 N E PLEASANT VALLEY ROAD
KANSAS CITY, MO 64119

Claim Number: 12080
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| SECURED | Claimed: | $0.00  UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GOURMET COFFEE SERVICE INC
PO BOX 16727
IRVINE, CA 92623-6727

Claim Number: 13629
Claim Date: 11/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,038.17 |

---

GOURMET TO GO
ATTN CHRISTINE WITT
25 PROGRESS PARKWAY
MARYLAND HEIGHTS, MO 63043

Claim Number: 3481
Claim Date: 06/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8407 (08/18/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $197.99 |
| UNSECURED | Claimed: | $487.87 |

---

GOWEN TIMBER COMPANY
PO BOX 336
FOLKSTON, GA 31537

Claim Number: 4633
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $29,244.24 | Scheduled: | $58,488.49 UNLIQ |

---

GOWEN, BRUCE
2317 STANTON AVENUE
DES MOINES, IA 50321

Claim Number: 5150
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $462.63 |

---

GOWEN, BRUCE LOREN
ATTN: BRUCE GOWEN
2317 STANTON AVE
DES MOINES, IA 50321

Claim Number: 8434
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

GRABUSKY, JERRY J
124 LAUREL ROAD
BOYERTOWN, PA 19512

Claim Number: 7764
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

GRACE MACHINE
4540 CECILIA ST
CUDAHY, CA 90201-5817

Claim Number: 5309
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GRACE, FRANK
9213 COUNTY ROAD 23
CASTLEBERRY, AL 36432

Claim Number: 8111
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

GRACE, HARRIS FLORENCE
1616 NE 38TH
OKLAHOMA CITY, OK 73111

Claim Number: 12336
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

GRADY, MONICA
9733 W HAMPTON AVE # 9
MILWAUKEE, WI 53225

Claim Number: 12808
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $15,000.00 |
|---|---|---|

---

GRAHAM ROOFING, INC.
769 WEST TIBBEE ROAD
WEST POINT, MS 39773

Claim Number: 2478
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $5,699.60 | Scheduled: | $5,699.60 |
|---|---|---|---|---|

---

GRAHAM, RICHARD W
332 IRON WORKS WAY
WAYNE, PA 19087

Claim Number: 7318
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| SECURED | Claimed: | $120,336.79 |
|---|---|---|

---

GRAND PRAIRIE DISPOSAL
PO BOX 9001854
LOUISVILLE, KY 40290

Claim Number: 5901
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $630.85 | Scheduled: | $845.43 |
|---|---|---|---|---|

---

GRAND WAREHOUSE & DISTRIBUTION CORP.
4350 WEST OHIO STREET
CHICAGO, IL 60624

Claim Number: 3449
Claim Date: 06/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $11,907.99 | Scheduled: | $43,594.05 UNLIQ |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GRANGER, BILLY
1232 DUDLEY LN
BOSSIER CITY, LA 71112

Claim Number: 9295
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

GRANITE GROUP WHOLESALERS LLC, THE
6 STORRS STREET
CONCORD, NH 03301

Claim Number: 1549
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $3,034.87 | Scheduled: | $2,995.58 |
|---|---|---|---|---|

GRANTHAM, JAMES
306 PECAN DRIVE
BREWTON, AL 36426

Claim Number: 10460
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $11,367.20 |
|---|---|---|

GRANZOW INC
2300 CROWN POINT EXECUTIVE DR
CHARLOTTE, NC 28227

Claim Number: 4143
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $419.14 | Scheduled: | $419.14 |
|---|---|---|---|---|

GRAPHIC COMMUNICATIONS UNION
3922 VOLUNTEER DR
CHATTANOOGA, TN 37416-3901

Claim Number: 10925
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

GRAPHIC ROLLER TECHNOLOGIES
1226 CARDIFF BLVD
MISSISSAUGA, ON L5S 1P6
CANADA

Claim Number: 5993
Claim Date: 07/20/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $4,323.90 | Scheduled: | $3,622.07 |
|---|---|---|---|---|

GRAPHIC SCIENCES, INC.
JOHN CASEY MILLS
JEANNE KALLAGE SINNOTT - MILLER NASH LLP
3400 U.S. BANCORP TOWER, 111 SW 5TH AVE
PORTLAND, OR 97204-3699

Claim Number: 1596
Claim Date: 03/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 1007 (06/01/2009)

| ADMINISTRATIVE | Claimed: | $548,119.13 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GRAPPLE MARKETING INC
O/A KWIK KOPY PRINTING
ATTN: HAROLD GRODINSKY
130 MELFORD DR
SCARBOROUGH, ON M1B 2X4
CANADA

Claim Number: 12708
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 2534 (10/30/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,414.93 |
| UNSECURED | Claimed: | $1,414.93 |
| TOTAL | Claimed: | $1,414.93 |

---

GRASSWORKS LANDSCAPING INC
150 OLYMPIC DRIVE
MILFORD, OH 45150

Claim Number: 13770
Claim Date: 01/19/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,369.45 |

---

GRAVER TECHNOLOGIES
200 LAKE DRIVE
GLASGOW, DE 19702

Claim Number: 1602
Claim Date: 03/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,601.27 |

---

GRAVER TECHNOLOGIES
PO BOX 91494
CHICAGO, IL 60693

Claim Number: 6268
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,601.27 | Scheduled: | $4,601.27 |

---

GRAVER TECHNOLOGIES
ATTENTION LISA WATSON
P.O. BOX 91494
CHICAGO, IL 60693

Claim Number: 8702
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,601.27 |

---

GRAVER WATER SYSTEMS, LLC
675 CENTRAL AVE #3
NEW PROVIDENCE, NJ 07974-1560

Claim Number: 783
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,728.81 | Scheduled: | $2,728.81 |

---

GRAVES, CAROL FOR HAROLD DENNIS
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10957
Claim Date: 08/27/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: WITHDRAWN
DOCKET: 8391 (08/16/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $300,000.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| GRAY ELECTRIC SUPPLIES INC.<br>3539 BOUL. THIMENS<br>ST-LAURENT, QC H4R 1V5<br>CANADA | Claim Number: 8256<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $8,501.36 | Scheduled: | $8,816.17 |
|---|---|---|---|---|

| GRAY ELECTRIC SUPPLIES INC.<br>3539 BOUL. THIMENS<br>ST-LAURENT, QC H4R 1V5<br>CANADA | Claim Number: 8264<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $787.36 |
|---|---|---|

| GRAY ELECTRIC SUPPLIES INC.<br>3539 BOUL. THIMENS<br>ST-LAURENT, QC H4R 1V5<br>CANADA | Claim Number: 8265<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $958.45 |
|---|---|---|

| GRAY, CONSTANCE A<br>8980 N.E. ST PAUL HWY<br>NEWBERG, OR 97132 | Claim Number: 7370<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| GRAY, EDWARD<br>4205 1/2 LEFFINGWELL<br>HOUSTON, TX 77026 | Claim Number: 6533<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9115 (08/24/2011) |
|---|---|

| UNSECURED | Claimed: | $26,000.00   UNLIQ |
|---|---|---|

| GRAY, ELTON L<br>170 BROOKS LOOP<br>CASTOR, LA 71016 | Claim Number: 10170<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| GRAY, JIMMY G<br>129 WEST LOMA VISTA DRIVE<br>104<br>TEMPE, AZ 85282 | Claim Number: 6801<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GRAY, KAREN S
3300 S. OTTER CREEK RD
LA SALLE, MI 48145

Claim Number: 7064
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

GRAY, MARGARET ALMA
102 HOLLY DR.
JONESBORO, LA 71251

Claim Number: 10171
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

GRAY, MICHAEL LYNN
103 CEDAR ST.
JONESBORO, LA 71251

Claim Number: 10172
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

GRAY, RICKEY L.
114 GOVERNMENT ST.
JONESBORO, LA 71251

Claim Number: 10173
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

GRAY, THOMAS HUGH
C/O KOSKIE MINSKY LLP
BARRISTERS & SOLICITORS
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 13008
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | |
| UNSECURED | Claimed: | $127,619.08 | Scheduled: | $111,056.67 |

---

GRAYLING INDUSTRIES INC
1008 BRANCH DRIVE
ALPHARETTA, GA 30004

Claim Number: 4830
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,771.20 | Scheduled: | $9,542.40 |

---

GRAZIOTTO, GENE
59 WAVERLY DRIVE
GUELPH, ON N1E 1G7
CANADA

Claim Number: 8415
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,136.60 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| GREAT ASSEMBLY<br>17 HAVEN AVENUE<br>ABINGDON, MD 21009 | Claim Number: 7047<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $3,668.17 | Scheduled: | $1,650.00 |
|---|---|---|---|---|

| GREAT ATLANTIC & PACIFIC TEA COMPANY INC<br>ATTN: CHRISTOPHER W. MCGARRY<br>2 PARAGON DRIVE<br>MONTVALE, NJ 07645 | Claim Number: 12179<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $232,101.00 |
|---|---|---|

| GREAT LAKES AIRGAS<br>PO BOX 4057<br>WATERLOO, IA 50704 | Claim Number: 7514-01<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $64.48 |
|---|---|---|

| GREAT LAKES AIRGAS<br>PO BOX 4057<br>WATERLOO, IA 50704 | Claim Number: 7514-02<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8120 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $7,346.68 |
|---|---|---|

| GREAT LAKES CONCRETE PRODUCTS, LLC<br>PATRICIA GILLEN, ESQ.<br>DUKE HOLZMAN PHOTIADIS & GRENS LLP<br>350 MAIN STREET, 1800 MAIN PLACE TOWER<br>BUFFALO, NY 14202 | Claim Number: 11179<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7555 (05/10/2010) |
|---|---|

| SECURED | Claimed: | $888.30 |
|---|---|---|
| SECURED | Claimed: | $888.30 |

| GREAT LAKES CUSTOMS BROKERAGE<br>PO BOX 70<br>FORT ERIE, ON L2A 5M6<br>CANADA | Claim Number: 9848<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| PRIORITY | Claimed: | $165.80 |
|---|---|---|
| UNSECURED | | | Scheduled: | $3,672.24 |

| GREAT LAKES RECYCLING SERVICES, INC.<br>6081 TULIP LANE<br>GRANT PARK, IL 60940 | Claim Number: 3334<br>Claim Date: 06/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $15,826.92 | Scheduled: | $32,870.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| GREAT PEOPLE PERSONNEL LTD<br>#502 5945 KATHLEEN AVE<br>BURNABY, BC V5H 4J7<br>CANADA | Claim Number: 542<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| PRIORITY | Claimed: | $1,843.81 |
|---|---|---|

---

| GREAT PEOPLE PERSONNEL LTD<br>#502 5945 KATHLEEN AVE<br>BURNABY, BC V5H 4J7<br>CANADA | Claim Number: 621<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
|---|---|

| PRIORITY | Claimed: | $1,843.81 |
|---|---|---|

---

| GREAT PEOPLE PERSONNEL LTD<br>ATTENTION MARLENE CVITKOVICH<br>#502 5945 KATHLEEN AVE<br>BURNABY, BC V5H 4J7<br>CANADA | Claim Number: 8706<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance |
|---|---|

| UNSECURED | Claimed: | $1,961.47 | Scheduled: | $2,394.08 |
|---|---|---|---|---|

---

| GREAT SOUTH TIMBER AND LUMBER INC<br>PO BOX 2249<br>LAKE CITY, FL 32056-2249 | Claim Number: 6073<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $87,474.67 | Scheduled: | $174,949.35 UNLIQ |
|---|---|---|---|---|

---

| GREAT WEST DISTRIBUTION LTD<br>201 EDSON STREET<br>SASKATOON, SK S7J 4C8<br>CANADA | Claim Number: 7084<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $6,987.13 |
|---|---|---|

---

| GREAT WEST DISTRIBUTION LTD<br>201 EDSON STREET<br>ATTN: JOANNA LANGILLE<br>SASKATOON, SK S7J 4C8<br>CANADA | Claim Number: 8812<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $6,987.13 | Scheduled: | $7,084.05 |
|---|---|---|---|---|

---

| GREAT WESTERN PETROLEUM<br>ATTN: FRANK TABISH<br>P.O. BOX 8448<br>MISSOULA, MT 59807 | Claim Number: 3640<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) |
|---|---|

| PRIORITY | Claimed: | $129,097.07 |
|---|---|---|
| UNSECURED | Claimed: | $186,332.94 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| GREAT-WEST LIFE ASSURANCE COMPANY, THE<br>60 OSBORNE STREETH NORTH<br>WINNIPEG, MB R3C 3A5<br>CANADA | Claim Number: 13823<br>Claim Date: 12/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8900 (01/21/2011) | | | |
| UNSECURED | Claimed: | $0.00    UNDET | | |
| GREATAMERICA LEASING CORPORATION<br>PO BOX 609<br>CEDAR RAPIDS, IA 52406 | Claim Number: 285<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8407 (08/18/2010) | | | |
| UNSECURED | Claimed: | $4,775.44 | Scheduled: | $1,955.30 |
| GREATAMERICA LEASING CORPORATION<br>PO BOX 609<br>CEDAR RAPIDS, IA 52406 | Claim Number: 931<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | |
| SECURED | Claimed: | $16,156.32 | | |
| GREATER CINCINNATI WATER WORKS<br>4747 SPRING GROVE AVENUE<br>CINCINNATI, OH 45232 | Claim Number: 12563<br>Claim Date: 09/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $10,396.24 | | |
| GRECO, JOSEPH J.<br>N74W15994 STONEWOOD DR.<br>MENOMONEE FALLS, WI 53051 | Claim Number: 122<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) | | | |
| PRIORITY | Claimed: | $0.00    UNLIQ | | |
| GREDELL, GEORGE B<br>5651 LAKESIDE DRIVE<br>PFAFFTOWN, NC 27040 | Claim Number: 5146<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $1,413.00 | | |
| GREEN BELTING INDUSTRIES LIMITED<br>5690 TIMBERLEA BLVD<br>MISSISSAUGA, ON L4W 4M6<br>CANADA | Claim Number: 8889<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $3,864.00 | Scheduled: | $1,552.88 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GREEN BELTING INDUSTRIES LIMITED
5690 TIMBERLEA BLVD.
ATTN: DIANE GWILLIAMS, ACC. RECEIVABLE
MISSISSAUGA, ON L4W 4M6
CANADA

Claim Number: 12494
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: POSSIBLE DUPLICATE OF 8889

| UNSECURED | Claimed: | $3,864.00 | | |
|---|---|---|---|---|

GREEN HUNT WEDLAKE INC., TRUSTEE
ATTN: PETER WEDLAKE, FCIRP
SUITE 315, TOWER 1
7001 MUMFORD ROAD
HALIFAX, NS B3L 4N9
CANADA

Claim Number: 14062
Claim Date: 07/13/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8886 (01/10/2011)

| UNSECURED | Claimed: | $222,647,120.00   UNLIQ | | |
|---|---|---|---|---|

GREEN ISLAND RECYCLING LTD
SYDPORT INDUSTRIAL PARK
EDWARDSVILLE, NS B2A 4V2
CANADA

Claim Number: 10637
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)

| UNSECURED | Claimed: | $14,767.93 | Scheduled: | $14,767.93 |
|---|---|---|---|---|

GREEN LOGGING LLC
3311 SR 56
TRACY CITY, TN 37387

Claim Number: 6033
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $14,328.63 | Scheduled: | $14,328.63 |
|---|---|---|---|---|

GREEN LOGGING, LLC
3311 SR 56
TRACY CITY, TN 37387

Claim Number: 145
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $14,328.63 | | |
|---|---|---|---|---|

GREEN RUBBER
PO BOX 7488
SPRECKLES, CA 93962

Claim Number: 13107
Claim Date: 10/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $3,868.24 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,663.11 | Scheduled: | $24,531.35 |

GREEN RUBBER INDUSTRIAL
PO BOX 7488
SPRECKLES, CA 93962

Claim Number: 5286-01
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $20,707.80 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GREEN RUBBER INDUSTRIAL
PO BOX 7488
SPRECKLES, CA 93962

Claim Number: 5286-02
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,823.55 |

GREEN, BRIAN K
1209 HAZEL DR
ALTON, IL 62002

Claim Number: 8065
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $75,000.00 |

GREEN, DANIEL L
1629 RED MAPLE ROAD
BIG SANDY, TX 75755

Claim Number: 9960
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

GREEN, DESMOND
3758 PRESTON PL
NEW ORLEANS, LA 70131

Claim Number: 4412
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $700,000,000.00 |

GREEN, HUEY
PO BOX 13
QUITMAN, LA 71268

Claim Number: 10174
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

GREEN, ROBERT E
5468 SE HIGHWAY 82
WISTER, OK 74966

Claim Number: 6881
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,000.00 |
| UNSECURED | Claimed: | $577.50 |

GREEN, TRENTON C
6249 W. WOOD STREET
PHOENIX, AZ 85043

Claim Number: 5856-01
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $380.00 |
| UNSECURED | Claimed: | $50.00 |
| TOTAL | Claimed: | $380.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| GREEN, TRENTON C<br>6249 W. WOOD STREET<br>PHOENIX, AZ 85043 | | Claim Number: 5856-02<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | |

| GREENE, MARIE<br>2131 W THECKSTON RD<br>SALT LAKE CITY, UT 84119 | | Claim Number: 5890<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |

| GREENE, MARIE<br>2131 W THECKSTON RD<br>SALT LAKE CITY, UT 84119 | | Claim Number: 5891<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |

| GREENLEAF COMPACTION<br>4001 N 3RD ST STE 480<br>PHOENIX, AZ 85012 | | Claim Number: 4943<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8093 (06/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,330.29 | Scheduled: | $17,005.72 |

| GREENLEE, JAMES C<br>18001 CARSON DRIVE<br>HORIZON CITY, TX 79928-6402 | | Claim Number: 7556<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| GREENLEE, SHARON K<br>18001 CARSON DR<br>HORIZON CITY, TX 79928-6402 | | Claim Number: 7557<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| GREENSTAR NA<br>MID AMERICA RECYCLING, A GREENSTAR CO.<br>2742 E. MARKET STREET<br>DES MOINES, IA 50317 | | Claim Number: 4893<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8117 (06/22/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $55,238.01 | Scheduled: | $14,068.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| GREENVILLE TRANSFORMER CO<br>PO BOX 845<br>GREENVILLE, TX 75401 | | Claim Number: 4611<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7516 (05/07/2010) | | |
| UNSECURED | Claimed: | $8,371.00 | Scheduled: | $9,658.80 |

| | | | | |
|---|---|---|---|---|
| GREENWOOD, LYNN K<br>1803 SHEPHERD CT APT 341<br>WAUKESHA, WI 53186-1455 | | Claim Number: 11155<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $9,500.00   UNLIQ | | |

| | | |
|---|---|---|
| GREGG COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 1119<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $3,305.40   UNLIQ |

| | | |
|---|---|---|
| GREGG COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 1205<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $3,305.40   UNLIQ |

| | | |
|---|---|---|
| GREGG COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 13953<br>Claim Date: 04/05/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $1,652.70   UNLIQ |

| | | |
|---|---|---|
| GREGG COUNTY<br>ELIZABETH WELLER/LAURIE SPINDLER HUFFMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 13958<br>Claim Date: 04/05/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8038 (06/16/2010) |
| ADMINISTRATIVE | Claimed: | $2,411.83   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |

| | | | | |
|---|---|---|---|---|
| GREGG DISTRIBUTORS CO. LTD.<br>ATTN: G. CARR<br>16215 - 118 AVENUE<br>EDMONTON, AB T5V 1C7<br>CANADA | | Claim Number: 8579<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $282.71 | Scheduled: | $281.76 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| GREGG, HAROLD<br>4650 HIGHLAND DR.<br>APT. 304<br>SALT LAKE CITY, UT 84117 | | Claim Number: 1474<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $58,611.00 | Scheduled: | $58,611.00 |

| GREGORY LUMBER INC<br>12121 HALIFAX ROAD<br>JAVA, VA 24565 | | Claim Number: 14069<br>Claim Date: 07/21/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,797.95 | | |

| GREGORY, ROGER HAROLD<br>4571 GLADWAY RD<br>JONESBORO, LA 71251 | | Claim Number: 10415<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| GREIF INC<br>PO BOX 8013<br>DELAWARE, OH 43015 | | Claim Number: 5365<br>Claim Date: 07/16/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $119,974.16 | | |

| GREIF PACKAGING LLC, SUCCESSOR<br>C/O JESSE COOK-DUBIN, ESQ.<br>VORYS, SATER, SEYMOUR & PEASE LLP<br>52 EAST GAY ST., P.O. BOX 1008<br>COLUMBUS, OH 43216-1008 | | Claim Number: 13950<br>Claim Date: 04/05/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>Amends claim nos. 11806, 1180601 and 1180602 | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $69,432.90 | | |
| UNSECURED | Claimed: | $220,066.75 | Scheduled: | $7,234.64 |

| GREINER, RONALD R<br>429 U LANE<br>DIKE, IA 50624 | | Claim Number: 8099<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

| GRESHAM SANITARY SERVICES INC<br>PO BOX 1560<br>GRESHAM, OR 97030 | | Claim Number: 3786<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $538.85 | Scheduled: | $1,003.83 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| GRESHAM SANITARY SERVICES INC<br>PO BOX 1560<br>GRESHAM, OR 97030 | Claim Number: 4305<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $538.85 | | |
| GRESHAM SR, JAMES L<br>809 W WASHINGTON STREET<br>HIGHLAND SPRINGS, VA 23075 | Claim Number: 9545<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| GRESHAM, JAMES LEANDER SR.<br>809 W. WASHINGTON STREET<br>HIGHLAND SPRINGS, VA 23075 | Claim Number: 14115<br>Claim Date: 08/13/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8997 (03/22/2011) | | | |
| UNSECURED | Claimed: | $42,750.00 | | |
| GRESHAM, JULIA L<br>P O BOX 772<br>WEST POINT, VA 23181 | Claim Number: 7503<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $4,086.32   UNLIQ | | |
| GREYSTONE COMMERCIAL SERVICES LP, AS ASSIGNEE<br>ATTN: JEFF KASSING<br>8144 WALNUT HILL LANE, SUITE 900<br>DALLAS, TX 75231-4388 | Claim Number: 1396<br>Claim Date: 03/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $5,143.92 | | |
| GRID INDUSTRIAL HEATING INC<br>PO BOX 950<br>SALEM, OH 44460 | Claim Number: 5869<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $6,912.78 | Scheduled: | $6,912.78 |
| GRID INDUSTRIAL HEATING, INC.<br>P.O. BOX 950<br>SALEM, OH 44460 | Claim Number: 3333<br>Claim Date: 06/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED | Claimed: | $6,912.78 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| GRIDLEY, BETTY J.& MICHAEL S.<br>(EDWIN D. GRIDLEY, DEC) C/O LINDA GEORGE<br>LAUDIG GEORGE RUTHERFORD & SIPES<br>151 NORTH STREET, SUITE 1700<br>INDIANAPOLIS, IN 46204 | | Claim Number: 11446<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $10,000.00 |

---

| | | |
|---|---|---|
| GRIES, JAMES D<br>2210 GLENBROOK DRIVE<br>TYLER, TX 75701 | | Claim Number: 10022<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| GRIFFIN, PAUL E<br>1512 BLUEBONNET DR<br>FT. WORTH, TX 76111 | | Claim Number: 11189<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| SECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| GRIFFITH JR, F L<br>5800 TANNERWOOD DR<br>RENO, NV 89511-9074 | | Claim Number: 6836<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| GRIFFITH, JOYCE<br>40 ROSEWOOD DRIVE<br>SPRINGBORO, OH 45066 | | Claim Number: 7854<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) |
| PRIORITY | Claimed: | $20,018.24 |
| SECURED | Claimed: | $20,018.24 |
| TOTAL | Claimed: | $20,018.24 |

---

| | | |
|---|---|---|
| GRIFFITH, ROBERT L<br>N7942 553RD ST<br>MENOMONIE, WI 54751 | | Claim Number: 5229<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| GRIGGS, ROBERT S.<br>1188 LOUVERA LN.<br>JONESBORO, LA 71251 | | Claim Number: 10175<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GRIMES, J. W
5444 WOLFPEN PLEASANT HILL
LOT 102
MILFORD, OH 45150

Claim Number: 7332
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

---

GRITZNER, D E
1209 ORION RD
BATAVIA, IL 60510

Claim Number: 4485
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
| --- | --- | --- |

---

GRIZZLY FENCE
7186 INTERSTATE PLACE
MISSOULA, MT 59808

Claim Number: 246
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $720.00 | Scheduled: | $945.00 |
| --- | --- | --- | --- | --- |

---

GROCERY OUTLET PARADISE
6026 CLARK ROAD
PARADISE, CA 95969

Claim Number: 5021
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $800.00 |
| --- | --- | --- |

---

GROOT, HENRIETTE
1940 TAPIDERO AVE
LOS OSOS, CA 93402-3424

Claim Number: 9285
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00  UNLIQ |
| --- | --- | --- |

---

GROSS, ALPHONSO
1361 WALTER GROSS LN
CASTLEBERRY, AL 36432

Claim Number: 9284
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
| --- | --- | --- |

---

GROSSMAN ENVIRONMENTAL RECYCLING INC
5040 A PINE CREEK DR
WESTERVILLE, OH 43081

Claim Number: 182
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
| --- | --- | --- |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| GROUND FORCE LANDSCAPING & DESIGN INC<br>3643 RAINPARK COURT<br>ATTN: GUSTAVO BOTI<br>MISSISSAUGA, ON L5M 6X7<br>CANADA | Claim Number: 8781<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $1,238.78 |
|---|---|---|

| GROUPE SAVOIE INC<br>ATTN: GILLES BOUCHER<br>251 ROUTE 180<br>SAINT QUENTIN, NB E8A 2K9<br>CANADA | Claim Number: 12823<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $28,640.80 |
|---|---|---|

| GROUPE SYSTEME FORET<br>ATTENTION GABY DUBUE<br>255 ROUTE DE PORT #200<br>SAINT NICOLAS, QC G7A 2U1<br>CANADA | Claim Number: 9032<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $291.31 | Scheduled: | $287.88 |
|---|---|---|---|---|

| GROUPE YELLOW INC.<br>5665, ST-LAURENT<br>MONTREAL, QC H2T 1S9<br>CANADA | Claim Number: 3270<br>Claim Date: 06/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $1,082.72 |
|---|---|---|

| GROVES, WILLIAM C<br>P.O. BOX 325<br>BEACH BOTTOM, WV 26030 | Claim Number: 6517<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| GROVES, WILLIAM C.<br>PO BOX 325<br>BEECH BOTTOM, WV 26030 | Claim Number: 6719<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| GROVES, WILLIAM C.<br>PO BOX 325<br>BEECH BOTTOM, WV 26030 | Claim Number: 8735<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| GROWER SHIPPER ASSOC FOUNDATION<br>512 PAJARO STREET<br>SALINAS, CA 93901 | Claim Number: 8162<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $700.00   UNLIQ | | |

---

| GROWER SHIPPER ASSOC FOUNDATION<br>512 PAJARO STREET<br>SALINAS, CA 93901 | Claim Number: 8688<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $700.00   UNLIQ | Scheduled: | $700.00 |

---

| GROWER SHIPPER ASSOCIATION<br>PO BOX 828<br>SALINAS, CA 93902 | Claim Number: 8689<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $550.00   UNLIQ | Scheduled: | $550.00 |

---

| GROWING GREEN INC<br>3954 WEST PINE BLVD<br>SAINT LOUIS, MO 63108 | Claim Number: 5181<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $201.00 | Scheduled: | $819.32 |

---

| GS ROOFING PRODUCTS, INC.<br>ATTN: JOHN PETTIBONE, ESQ.<br>750 E. SWEDESFORD ROAD<br>VALLEY FORGE, PA 19482 | Claim Number: 11627<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8985 (03/16/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| GTS-WELCO<br>5275 TILGHMAN STREET<br>ALLENTOWN, PA 18104 | Claim Number: 9058<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8408 (08/18/2010) |
|---|---|

| UNSECURED | Claimed: | $42,030.31 | Scheduled: | $27,304.41 |

---

| GUARANTEE OIL COMPANY<br>1501 STUBEN STREET<br>SIOUX CITY, IA 51105-2612 | Claim Number: 6544<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,492.01 | Scheduled: | $732.25 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| GUAY INC<br>ATTN: PIERRE GINGRAS<br>1160 BOUVIER<br>QUEBEC, QC G2K 1L9<br>CANADA | | Claim Number: 8463<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) | | | |
| UNSECURED | Claimed: | $7,800.00 | Scheduled: | $8,838.26 |

| | | | | | |
|---|---|---|---|---|---|
| GUELPH TWINES LTD.<br>50 CRIMEA ST<br>GUELPH, ON N1H 6J6<br>CANADA | | Claim Number: 5523<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $340.44 | Scheduled: | $340.44 |

| | | | | | |
|---|---|---|---|---|---|
| GUERENA, ERNEST D<br>5812 MORRILL AVE<br>WHITTIER, CA 90606 | | Claim Number: 7759<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

| | | | | | |
|---|---|---|---|---|---|
| GUERNSEY OFFICE PRODUCTS, INC.- ASSIGNOR<br>C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE<br>& ATTORNEY-IN-FACT<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 9176<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $4,563.03 | Scheduled: | $5,699.47 |

| | | | | | |
|---|---|---|---|---|---|
| GUFFEY, EVERETT R<br>1619 C AVENUE<br>NEW CASTLE, IN 47362-2731 | | Claim Number: 5760<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |

| | | | | | |
|---|---|---|---|---|---|
| GUILLEVEN INTERNATIONAL CO.<br>ATTN: TOM DEFILIPPO<br>4220 A BLACKFOOT TRAL SE<br>CALGARY, AB T2G 4E6<br>CANADA | | Claim Number: 8319-01<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $2,184.47 | Scheduled: | $2,173.87 |

| | | | | | |
|---|---|---|---|---|---|
| GUILLEVEN INTERNATIONAL CO.<br>ATTN: TOM DEFILIPPO<br>4220 A BLACKFOOT TRAL SE<br>CALGARY, AB T2G 4E6<br>CANADA | | Claim Number: 8319-02<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 2205 (10/09/2009) | | | |
| ADMINISTRATIVE | Claimed: | $1,294.95 | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GUILLOTINE INC
587 VIRGINIA AVE NE SUITE ONE
ATLANTA, GA 30306

Claim Number: 10678
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,984.25 | Scheduled: | $2,984.25 |

---

GUIMOND, RENE A
2540 DESANDROUINS
QUEBEC, QC G1V 1B3
CANADA

Claim Number: 8446
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,626.80 | | |

---

GUINTHER WELDING, INC.
2815 29TH ST.
SIOUX CITY, IA 51105

Claim Number: 255
Claim Date: 02/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8492 (09/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $215,587.21 | Scheduled: | $17,017.53 |

---

GUISTO, ANDREW
245 MACAULEY AVE
WATERBURY, CT 06705-1541

Claim Number: 3921
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1.00 | | |

---

GULF COAST AERIAL MAPPING CO INC
4242 HARDING BLVD
BATON ROUGE, LA 70807

Claim Number: 4842
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,850.00 | Scheduled: | $7,700.00 |

---

GULF COAST AERIAL MAPPING CO INC
4242 HARDING BLVD
BATON ROUGE, LA 70807

Claim Number: 4843
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,600.00 | | |

---

GULF COAST ELECTRIC COOP
PO BOX 220
WEWAHITCHKA, FL 32465-0220

Claim Number: 10513
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
Claim out of balance

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $117.99 | Scheduled: | $116.66 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| GULF COAST MARINE SUPPLY CO<br>PO BOX 2088<br>MOBILE, AL 36652 | Claim Number: 4033<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $98,600.40 | Scheduled: | $97,507.14 |
|---|---|---|---|---|

| GULLA, JUNE<br>5189 WENATCHEE WAY<br>#2<br>RIVERSIDE, CA 92509 | Claim Number: 5405<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

| GULLA, PETER J (DECEASED)<br>GULLA, JUNE<br>5189 WENATCHEE WAY<br>RIVERSIDE, CA 92509 | Claim Number: 5404<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

| GULLY TRANSPORTATION<br>3820 WISMANN LANE<br>QUINCY, IL 62305 | Claim Number: 884<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $119,391.96 | Scheduled: | $128,102.52 |
|---|---|---|---|---|

| GUNTER, CARL V. JR.<br>597 TIPPENS EDDY ROAD<br>BREWTON, AL 36426 | Claim Number: 11519<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| GUNTHER SALT COMPANY<br>101 BUCHANAN STREET<br>SAINT LOUIS, MO 63147 | Claim Number: 1364<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $419.77 | Scheduled: | $404.73 |
|---|---|---|---|---|

| GUSTAFSON, EDWARD<br>ATTN: JAMES SORENSON, ESQ<br>WILLIAMS GAUTIER GWYNN DELOACH &SORENSON<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10658<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $10,578.60 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GUSTAFSON, JENNIFER
1931 PORT TRINITY PLACE
NEWPORT BEACH, CA 92660

Claim Number: 7088
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $129,621.41 |
|---|---|---|

---

GUTTMAN OIL COMPANY
200 SPEERS STREET
BELLE VERNON, PA 15012

Claim Number: 13069
Claim Date: 09/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $13,962.69 |
|---|---|---|

---

GUY M. TURNER, INC.
C/O ANDREW S. LASINE, ESQ.
PO BOX 2608
HIGH POINT, NC 27261

Claim Number: 3309
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $54,649.65 | Scheduled: | $20,124.65 |
|---|---|---|---|---|

---

GUYOTTE, KENNETH A.
2462 HWY 4
JONESBORO, LA 71251

Claim Number: 10176
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

GWALTNEY, WILLIAM
8317 CAROLINE VINES WAY
RICHMOND, VA 23231

Claim Number: 3757
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $3,415,000.00 |
|---|---|---|

---

GWINNETT COUNTY TAX COMMISSIONER
PO BOX 372
LAWRENCEVILLE, GA 30046-0372

Claim Number: 9682
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8378 (08/16/2010)

| PRIORITY | Claimed: | $729.13 |
|---|---|---|

---

GWYN INC
3941 WEST POINT BLVD
WINSTON SALEM, NC 27103

Claim Number: 3692
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $161.94 |
|---|---|---|

**SMURFIT-STONE CONTAINER CORPORATION**
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

GZA GEOENVIRONMENTAL INC.
ONE EDGEWAY DRIVE
NORWOOD, MA 02062

Claim Number: 3555
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $260.00 | Scheduled: | $260.00 |
|---|---|---|---|---|

---

H & E EQUIPMENT SERVICES, INC
11100 MEAD RD SUITE 200
BATON ROUGE, LA 70816

Claim Number: 916
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $5,207.20 | Scheduled: | $3,063.62 |
|---|---|---|---|---|

---

H B TUTEN JR LOGGING INC
3870 US HWY 19 SOUTH
PERRY, FL 32348

Claim Number: 5846
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| UNSECURED | Claimed: | $5,044.09 | Scheduled: | $10,088.19 UNLIQ |
|---|---|---|---|---|

---

H BAR N, INC
PO BOX 1020
FRENCHTOWN, MT 59834

Claim Number: 2967
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $23,324.24 | Scheduled: | $22,841.06 |
|---|---|---|---|---|

---

H D CHASEN COMPANY INC
PO BOX 170
SOMERVILLE, MA 02143

Claim Number: 4180
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 5738 (03/10/2010)

| UNSECURED | Claimed: | $1,751.21 | Scheduled: | $403.79 |
|---|---|---|---|---|

---

H&H CONSTRUCTION & STORM SERVICE INC
3015 CATO ROAD
FLORENCE, SC 29505

Claim Number: 9457
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $12,444.84 | Scheduled: | $24,889.67 UNLIQ |
|---|---|---|---|---|

---

H&H EXPRESS INC
PO BOX 622
SAINT MARIES, ID 83861

Claim Number: 3826
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Claim out of balance

| UNSECURED | Claimed: | $52.00 | Scheduled: | $28.00 |
|---|---|---|---|---|
| TOTAL | Claimed: | $77.50 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

H&R ELECTRIQUE (2006) INC
ATTN: PATRICE DUCHESNE
1437, BOUL. DUCHARME
LA TUQUE, QC G9X 4R7
CANADA

Claim Number: 8997-01
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 5769 (03/11/2010)
Claim out of balance

| ADMINISTRATIVE | Claimed: | $94.06 | | |
|---|---|---|---|---|

H&R ELECTRIQUE (2006) INC
ATTN: PATRICE DUCHESNE
1437, BOUL. DUCHARME
LA TUQUE, QC G9X 4R7
CANADA

Claim Number: 8997-02
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 5769 (03/11/2010)

| UNSECURED | Claimed: | $7,860.06 | Scheduled: | $7,860.46 |
|---|---|---|---|---|

H.D. CHASEN COMPANY, INC.
PO BOX 170 - 40 LAKE STREET
SOMERVILLE, MA 02143

Claim Number: 11731
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claim 4180

| UNSECURED | Claimed: | $442.81 | | |
|---|---|---|---|---|

H.J. WALKER OIL CO INC
P.O. BOX 268
SOUTH PITTSBURG, TN 37380

Claim Number: 3091
Claim Date: 05/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $72,311.74 | Scheduled: | $121,233.61 |
|---|---|---|---|---|

H.O. WOLDING, INC.
P.O. BOX 217
AMHERST, WI 54406

Claim Number: 374
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $641.53 | Scheduled: | $2,531.00 |
|---|---|---|---|---|

H2O2U  INC
PO BOX 10031
AUGUSTA, GA 30903-2631

Claim Number: 6946
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $179.36 | Scheduled: | $179.36 |
|---|---|---|---|---|

HACH CO
PO BOX 389
LOVELAND, CO 80539

Claim Number: 3306
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 5738 (03/10/2010)

| UNSECURED | Claimed: | $24,821.80 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HACH COMPANY<br>PO BOX 389<br>LOVELAND, CO 80538 | | Claim Number: 11734<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends Claim 3306 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,097.50 | Scheduled: | $18,377.88 |

| HACHE, GUILLAUME<br>4922 ROUTE 135<br>BLACK ROCK, NB E2A 5V2<br>CANADA | | Claim Number: 6207<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| HACKER, RONALD<br>405 OLD STONE CT<br>MANSFIELD, OH 44904 | | Claim Number: 8825<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| PRIORITY | Claimed: | $81,000.00 |
| UNSECURED | Claimed: | $81,000.00 |
| TOTAL | Claimed: | $81,000.00 |

| HACKER, RONALD J.<br>405 OLD STONE CT<br>MANSFIELD, OH 44904-1705 | | Claim Number: 12442<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLE DUPLICATE OF 8825<br>DOCKET: 8652 (10/15/2010) |
|---|---|---|
| UNSECURED | Claimed: | $81,000.00 |

| HAGEMANN JR., VICTOR W<br>6287 MERCEDES AVE<br>DALLAS, TX 75214 | | Claim Number: 9241<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| HAGGLUNDS DRIVES INC<br>2275 INTERNATIONAL ST<br>COLUMBUS, OH 43228 | | Claim Number: 10909<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35,856.00 | Scheduled: | $35,856.00 |

| HAHN PRINTING, INC.<br>752 N ADAMS ROAD<br>PO BOX 1869<br>EAGLE RIVER, WI 54521 | | Claim Number: 3354<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $591.70   UNLIQ | Scheduled: | $591.70 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: GEO M MARTIN COMPANY
301 ROUTE 17, 7TH FLOOR
ATTN: GANNA LIBERCHUK
RUTHERFORD, NJ 07070

Claim Number: 8145
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $261,538.14 | Scheduled: | $515,959.82 UNLIQ |

---

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: TEMBEC
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 9852-01
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claim 5717

| | | |
|---|---|---|
| UNSECURED | Claimed: | $29,138.25 |

---

HAIN CAPITAL HOLDINGS, LLC
TRANSFEROR: CAVERT WIRE COMPANY, INC
301 ROUTE 17, 7TH FLOOR
ATTN: GANNA LIBERCHUK
RUTHERFORD, NJ 07070

Claim Number: 12172
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $128,955.34 | Scheduled: | $128,936.08 |

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: FURMANITE AMERICA, INC.
ATTN: GANNA LIBERCHUK
301 ROUTE 17, FLOOR 7
RUTHERFORD, NJ 07070

Claim Number: 1053
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $406,502.46 |

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: FURMANITE AMERICA, INC.
ATTN: GANNA LIBERCHUK
301 ROUTE 17, FLOOR 7
RUTHERFORD, NJ 07070

Claim Number: 1054
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8788 (11/23/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $406,502.46 | | |
| UNSECURED | | | Scheduled: | $383,698.34 |

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: AMERISOUTH RECYCLING AND CON
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 2060
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $136,096.34 | Scheduled: | $127,412.88 |

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: BRENNTAG PACIFIC, INC.
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 2140-01
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $35.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: BRENNTAG PACIFIC, INC.<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 2140-02<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE      Claimed: | $3,442.50 | | |

---

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: BRENNTAG MID-SOUTH, INC.<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 2141-02<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE      Claimed: | $4,111.02 | | |

---

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: UDC CORPORATION<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 2566<br>Claim Date: 04/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|
| UNSECURED      Claimed: | $104,243.37 | Scheduled: | $104,243.37 |

---

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: ARC-RITE INDUSTRIAL CONTRACT<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 2746<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED      Claimed: | $132,188.00 | Scheduled: | $132,188.00 |

---

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: CITY OF WINONA, TEXAS<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 2918<br>Claim Date: 05/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED      Claimed: | $7,631.81 | Scheduled: | $33,141.22 |

---

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: JIM'S TANK SERVICE, LLC<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 3378<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED      Claimed: | $33,970.10 | Scheduled: | $33,970.10 |

---

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: BONETTI CANADA INC<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 5604<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED      Claimed: | $107,451.94 | Scheduled: | $107,451.94 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: FORTY TWO CONTRACTING, INC.<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 7928<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>Amends claim 1079. | | | |
| SECURED | Claimed: | $134,302.50 | | |
| UNSECURED | Claimed: | $1,925.00 | Scheduled: | $136,227.50 |

---

| | | | |
|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: BRENNTAG SOUTHEAST, INC.<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 8002<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $5,834.40 | |

---

| | | | | |
|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: VIRGINIA WASTE SERVICES INC<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 8064<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $146,690.07 | Scheduled: | $131,377.73 |

---

| | | | |
|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: CDL PROPERTIES, LLC<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 9301<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3259 (12/17/2009) | | |
| ADMINISTRATIVE | Claimed: | $62,130.48 | |

---

| | | | |
|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: CARDIN FOREST PRODUCTS, LLC<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 9412<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2205 (10/09/2009) | | |
| ADMINISTRATIVE | Claimed: | $15,205.08 | |

---

| | | | | |
|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: BRENNTAG PACIFIC, INC.<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 9523<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $15,556.76 | Scheduled: | $32,052.81 |

---

| | | | |
|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: BRENNTAG SOUTHEAST, INC.<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 9550-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010) | | |
| ADMINISTRATIVE | Claimed: | $23,353.20 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: SOUTHERN FASTENERS AND SUPPL<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 10010-01<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $186,310.30 | Scheduled: | $205,774.90 |
|---|---|---|---|---|

---

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: SEB IMMOBILIEN-INVESTMENT GM<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 10431<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $2,815,286.39 |
|---|---|---|

---

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: TENCARVA MACHINERY COMPANY<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 10853-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $105,770.70 | Scheduled: | $113,932.69 |
|---|---|---|---|---|

---

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: TENCARVA MACHINERY COMPANY<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 10853-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2407 (10/22/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $278.80 |
|---|---|---|

---

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: CITY OF WINONA, THE<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 11700<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2993 (12/04/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $24,234.94 |
|---|---|---|

---

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: BRENNTAG CANADA INC.<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 12436-01<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $4,348.82 | Scheduled: | $7,408.27 |
|---|---|---|---|---|

---

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: BRENNTAG CANADA INC.<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 12436-02<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 2534 (10/30/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,101.91 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| HAIN CAPITAL HOLDINGS, LTD | Claim Number: 12437-01 |
|---|---|
| TRANSFEROR: BRENNTAG CANADA INC. | Claim Date: 07/28/2009 |
| ATTN: GANNA LIBERCHUK | Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
| 301 ROUTE 17, 7TH FLOOR | |
| RUTHERFORD, NJ 07070 | |

| UNSECURED | Claimed: | $91,891.30 | Scheduled: | $113,962.87 |
|---|---|---|---|---|

---

| HAIN CAPITAL HOLDINGS, LTD | Claim Number: 12437-02 |
|---|---|
| TRANSFEROR: BRENNTAG CANADA INC. | Claim Date: 07/28/2009 |
| ATTN: GANNA LIBERCHUK | Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
| 301 ROUTE 17, 7TH FLOOR | Comments: DOCKET: 2534 (10/30/2009) |
| RUTHERFORD, NJ 07070 | |

| ADMINISTRATIVE | Claimed: | $23,429.71 |
|---|---|---|

---

| HAIN CAPITAL HOLDINGS, LTD | Claim Number: 13475-01 |
|---|---|
| TRANSFEROR: MARION WOOD PRODUCTS, INC. | Claim Date: 10/14/2009 |
| ATTN: GANNA LIBERCHUK | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 301 ROUTE 17, 7TH FLOOR | Comments: EXPUNGED |
| RUTHERFORD, NJ 07070 | DOCKET: 8120 (06/22/2010) |

| UNSECURED | Claimed: | $32,486.60 |
|---|---|---|

---

| HAIN CAPITAL HOLDINGS, LTD | Claim Number: 13475-02 |
|---|---|
| TRANSFEROR: MARION WOOD PRODUCTS, INC. | Claim Date: 10/14/2009 |
| ATTN: GANNA LIBERCHUK | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 301 ROUTE 17, 7TH FLOOR | Comments: DOCKET: 2813 (11/18/2009) |
| RUTHERFORD, NJ 07070 | |

| ADMINISTRATIVE | Claimed: | $32,486.59 |
|---|---|---|

---

| HAIN CAPITAL HOLDINGS, LTD | Claim Number: 13483 |
|---|---|
| TRANSFEROR: MID-AMERICA DEVELOPMENT COMP | Claim Date: 10/19/2009 |
| ATTN: GANNA LIBERCHUK | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 301 ROUTE 17, 7TH FLOOR | Comments: |
| RUTHERFORD, NJ 07070 | Amends Claim 7654 |

| UNSECURED | Claimed: | $609,941.10 |
|---|---|---|

---

| HAIN CAPITAL HOLDINGS, LTD | Claim Number: 13534 |
|---|---|
| TRANSFEROR: THRIVENT FINANCIAL FOR LUTHE | Claim Date: 10/30/2009 |
| ATTN: GANNA LIBERCHUK | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 301 ROUTE 17, 7TH FLOOR | Comments: ALLOWED |
| RUTHERFORD, NJ 07070 | DOCKET: 8151 (06/25/2010) |

| UNSECURED | Claimed: | $644,188.00 |
|---|---|---|

---

| HAIN CAPITAL HOLDINGS, LTD | Claim Number: 13637 |
|---|---|
| TRANSFEROR: LAKE SWAMP LAND & TIMBER, LL | Claim Date: 11/30/2009 |
| ATTN: GANNA LIBERCHUK | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 301 ROUTE 17, 7TH FLOOR | Comments: DOCKET: 3397 (12/23/2009) |
| RUTHERFORD, NJ 07070 | Amends claim 10452. |

| ADMINISTRATIVE | Claimed: | $10,938.29 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: CITY OF WINONA, TEXAS<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 13828<br>Claim Date: 02/16/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | | |
| UNSECURED | Claimed: | $7,631.81 | | |
| HAIN CAPITAL HOLDINGS, LTD.<br>AS ASSIGNEE FOR DIAMONDBACK SERVICES<br>301 ROUTE 17 - 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 9334<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $139,842.82 | | |
| HAINCO, LLC<br>TRANSFEROR: VANTAGELINKS, LLC<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 18<br>Claim Date: 01/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED | Claimed: | $147,520.00 | Scheduled: | $116,416.00 |
| HAINCO, LLC<br>TRANSFEROR: ACRUX STAFFING/HIRE QUEST<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 71<br>Claim Date: 02/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | | |
| UNSECURED | Claimed: | $35,799.77 | Scheduled: | $50,121.91 |
| HAINCO, LLC<br>TRANSFEROR: WILMINGTON PAPER CORP. & REC<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 6TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 1173-02<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) | | | |
| ADMINISTRATIVE | Claimed: | $12,154.09 | | |
| HAINCO, LLC<br>TRANSFEROR: WILLIS CONSTRUCTION CO., INC<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 1878<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED | Claimed: | $203,533.23 | | |
| HAINCO, LLC<br>TRANSFEROR: MICHELMAN, INC.<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 6TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 2032-02<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $79,738.88 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HAINCO, LLC<br>TRANSFEROR: MICHELMAN, INC.<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 6TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 2056-01<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $156,375.98 | Scheduled: | $246,952.20 |
|---|---|---|---|---|

| HAINCO, LLC<br>TRANSFEROR: MICHELMAN, INC.<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 6TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 2056-02<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,668.69 | Scheduled: | $8,018.55 |
|---|---|---|---|---|

| HAINCO, LLC<br>TRANSFEROR: INDUSTRIAL PALLET, LLC<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 6TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 2348<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $229,301.80 |
|---|---|---|

| HAINCO, LLC<br>TRANSFEROR: WELD-RITE SERVICES INC<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 2423<br>Claim Date: 04/24/2009<br>Debtor: CAMEO CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $51,719.00 | Scheduled: | $64,639.00 |
|---|---|---|---|---|

| HAINCO, LLC<br>TRANSFEROR: RINGWOOD CO. INC<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 2425<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $158,900.42 | Scheduled: | $161,109.87 |
|---|---|---|---|---|

| HAINCO, LLC<br>TRANSFEROR: COLOR RESOLUTIONS INTERNATIO<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 2784-01<br>Claim Date: 05/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $6,932.01 | Scheduled: | $6,932.01 |
|---|---|---|---|---|

| HAINCO, LLC<br>TRANSFEROR: COLOR RESOLUTIONS INTERNATIO<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 2784-02<br>Claim Date: 05/06/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $276,323.94 | Scheduled: | $276,323.94 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HAINCO, LLC
TRANSFEROR: SUFFOLK SALES AND SERVICE CO
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 3356
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $198,121.87 | Scheduled: | $201,843.90 |

---

HAINCO, LLC
TRANSFEROR: U.S. SECURITY ASSOCIATES, IN
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 3419
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $75,924.96 | Scheduled: | $78,189.60 |

---

HAINCO, LLC
TRANSFEROR: INDUSTRIAL PALLET, LLC
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 6TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 3521
Claim Date: 06/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 2407 (10/22/2009)

| ADMINISTRATIVE | Claimed: | $39,498.80 |

---

HAINCO, LLC
TRANSFEROR: WHERTEC INC
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 5596
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $68,380.80 | Scheduled: | $68,380.80 |

---

HAINCO, LLC
TRANSFEROR: TEMBEC
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 6TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 5717
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $41,581.79 | Scheduled: | $41,581.79 |

---

HAINCO, LLC
TRANSFEROR: WILLIS CONSTRUCTION CO INC
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 6111
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $203,533.23 | Scheduled: | $190,663.36 |

---

HAINCO, LLC
TRANSFEROR: INDUSTRIAL PALLET, LLC
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 6TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 6179
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
amends claim 2348

| UNSECURED | Claimed: | $189,803.00 | Scheduled: | $218,663.80 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HAINCO, LLC<br>TRANSFEROR: JORDAN OIL RECOVERY<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 6258<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET    Scheduled: | $296,582.40 |

| HAINCO, LLC<br>TRANSFEROR: SPACE SCIENCE SERVICES, INC.<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 6271<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $324,788.78    Scheduled: | $328,497.98 |

| HAINCO, LLC<br>TRANSFEROR: COPAR CORP<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 6TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 6394-01<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010) | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $36,686.66 |

| HAINCO, LLC<br>TRANSFEROR: COPAR CORP<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 6TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 6394-03<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $116,365.44    Scheduled: | $155,391.87 |

| HAINCO, LLC<br>TRANSFEROR: COPAR CORP<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 6TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 6394-04<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $2,666.22 |

| HAINCO, LLC<br>TRANSFEROR: THE CLINE CO.<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 6749-03<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5768 (03/11/2010) | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $24,664.00 |

| HAINCO, LLC<br>TRANSFEROR: THE CLINE CO.<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 6749-04<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $109,104.38    Scheduled: | $131,185.92 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HAINCO, LLC
TRANSFEROR: YALMER MATTILA INC
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 6TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 7152
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $265,370.46 | Scheduled: | $265,370.46 |
|---|---|---|---|---|

HAINCO, LLC
TRANSFEROR: REINTJES SERVICES INC
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 7164
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)

| UNSECURED | Claimed: | $292,320.19 | Scheduled: | $292,377.69 |
|---|---|---|---|---|

HAINCO, LLC
TRANSFEROR: FIL MOR EXPRESS INC
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 7201
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $102,236.00 | Scheduled: | $102,236.00 |
|---|---|---|---|---|

HAINCO, LLC
TRANSFEROR: WILMINGTON PAPER CORP
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 6TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 9645
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| UNSECURED | Claimed: | $192,596.72 | Scheduled: | $188,340.33 |
|---|---|---|---|---|

HAINCO, LLC
TRANSFEROR: TEMBEC
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 6TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 9852-02
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2813 (11/18/2009)
Amends claim 5717

| ADMINISTRATIVE | Claimed: | $12,443.54 | | |
|---|---|---|---|---|

HAINCO, LLC
TRANSFEROR: CONTAINER GRAPHICS CORPORATI
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 6TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 10108-01
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
Amends claim 7123

| UNSECURED | Claimed: | $1,066,270.83 | Scheduled: | $3,677.49 |
|---|---|---|---|---|

HAINCO, LLC
TRANSFEROR: CONTAINER GRAPHICS CORPORATI
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 6TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 10108-02
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: DOCKET: 3287 (12/18/2009)
Amends claim 7123

| UNSECURED | Claimed: | $1,750.00 | Scheduled: | $2,146.10 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HAINES AND HAINES LLC
PO BOX 501
NAPPANEE, IN 46550

Claim Number: 7326
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,489.00 | Scheduled: | $33,489.00 |

---

HAINES MEMORIALS LTD
DBA SNOW CHASERS
1640 ST RT 46 N
JEFFERSON, OH 44047

Claim Number: 3255
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,970.83 | Scheduled: | $5,824.22 |

---

HAJOCA CORPORATION
PO BOX 7777 W9470
PHILADELPHIA, PA 19175-0001

Claim Number: 9620
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $807.17 | Scheduled: | $807.17 |

---

HALBROOK, EDDIE, SR.
395 CAPLES RD.
WEST MONROE, LA 71292

Claim Number: 10177
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

HALCOMB, HELEN
4239 BROOKSIDE DR
BATAVIA, OH 45103-3211

Claim Number: 12220
Claim Date: 09/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |

---

HALCOMB, HELEN & JODY
4239 BROOKSIDE DR
BATAVIA, OH 45103

Claim Number: 13454
Claim Date: 09/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

HALCOMB, HELEN (JODY HALCOMB)
4239 BROOKSIDE DR
BATAVIA, OH 45103-3211

Claim Number: 12221
Claim Date: 09/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HALFORD, WENDY L<br>PO BOX 26191<br>SALT LAKE CITY, UT 84126 | Claim Number: 9248<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

---

| HALL SEPTIC TANK SERVICE<br>3634 US HWY 231<br>PANAMA CITY, FL 32404-9231 | Claim Number: 6279<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| UNSECURED | Claimed: | $14,596.71 |
|---|---|---|

---

| HALL SEPTIC TANK SERVICE<br>3634 US HWY 231<br>PANAMA CITY, FL 32404-9231 | Claim Number: 6289<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $14,596.71 | Scheduled: | $14,082.31 |
|---|---|---|---|---|

---

| HALL SEPTIC TANK SERVICE<br>ATTENTION: JANICE GORDON<br>3634 HIGHWAY 231<br>PANAMA CITY, FL 32404-9231 | Claim Number: 8698<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $14,596.71 |
|---|---|---|

---

| HALL SEPTIC TANK SERVICE, INC.<br>3634 HIGHWAY 231<br>PANAMA CITY, FL 32404 | Claim Number: 2955<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $14,596.71 |
|---|---|---|

---

| HALL SEPTIC TANK SERVICE, INC.<br>3634 US HWY 231<br>PANAMA CITY, FL 32404-9231 | Claim Number: 6276<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $14,596.71 |
|---|---|---|

---

| HALL SHEET METAL WORKS INC<br>11 RIVER STREET - SUITE #1<br>MIDDLETON, MA 01949 | Claim Number: 1498<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $5,554.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HALL SHEET METAL WORKS INC
11 RIVER STREET - SUITE #1
MIDDLETON, MA 01949

Claim Number: 3634
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $5,554.00 | Scheduled: | $5,554.00 |
|---|---|---|---|---|

---

HALL, EDWARD W
305 HIGHWAY 1235
DODSON, LA 71422

Claim Number: 5300
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

---

HALL, EDWARD WAYNE
305 HWY 1235
DODSON, LA 71422

Claim Number: 10178
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

HALL, HARLENE S
3025 CLEVELAND AVE
DES MOINES, IA 50317

Claim Number: 4222
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

HALL, MICHAEL WAYNE
624 S MAIN
HOMER, LA 71040

Claim Number: 10179
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

HALL, TRAVIS N.
5515 QUITMAN HWY.
QUITMAN, LA 71268

Claim Number: 10180
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

HALL, WILLIAM J
10518 HWY 41
BREWTON, AL 36426

Claim Number: 9531
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HALLBROOK, EDDIE
ETHAN A. HUNT
1800 HUDSON LANE, SUITE 300
MONROE, LA 71201

Claim Number: 1562
Claim Date: 03/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $43,619.00 | | | |

---

HALLMARK
P.O. BOX 419535
KANSAS CITY, MO 64179-0358

Claim Number: 6692
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,583.94 | Scheduled: | $21,142.94 |

---

HALPER, DAVID W.
770 TONKAWA RD.
ORONO, MN 55356

Claim Number: 681
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8757 (11/15/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |

---

HALPER, DAVID W.
770 TONKAWA RD.
ORONO, MN 55356

Claim Number: 4278
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8757 (11/15/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |

---

HALPER, EDITH L
770 TONKAWA RD
ORONO, MN 55356

Claim Number: 4276
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |

---

HAMBRICK, ARVEL R
619 OPP AVENUE
WHISTLER, AL 36612

Claim Number: 5235
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |

---

HAMBY TRUCK & EQUIPMENT, INC.
1024 TALLAPOOSA HWY
CEDARTOWN, GA 30125

Claim Number: 1061
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,228.45 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| HAMER, ROGER G<br>1362 EDGERTON STREET<br>ST PAUL, MN 55130 | | Claim Number: 9569<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00  UNDET |

---

| | | |
|---|---|---|
| HAMILTON COUNTY<br>2875 E SHARON ROAD<br>CINCINNATI, OH 45241 | | Claim Number: 7703<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| SECURED | Claimed: | $19,912.36 |

---

| | | |
|---|---|---|
| HAMILTON COUNTY TRUSTEE<br>625 GEORGIA AVENUE, ROOM 210<br>CHATTANOOGA, TN 37402-1494 | | Claim Number: 1453<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| SECURED | Claimed: | $26,539.00  UNLIQ |

---

| | | |
|---|---|---|
| HAMILTON COUNTY TRUSTEE<br>625 GEORGIA AVENUE, ROOM 210<br>CHATTANOOGA, TN 37402-1494 | | Claim Number: 1454<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 7333 (04/29/2010) |
| SECURED | Claimed: | $26,539.00  UNLIQ |

---

| | | |
|---|---|---|
| HAMILTON COUNTY TRUSTEE<br>625 GEORGIA AVENUE, ROOM 210<br>CHATTANOOGA, TN 37402-1494 | | Claim Number: 13650<br>Claim Date: 12/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 5527 (03/02/2010) |
| SECURED | Claimed: | $30,342.00  UNLIQ |

---

| | | |
|---|---|---|
| HAMILTON PRESS, LLC<br>PO BOX 6105<br>FERNANDINA BEACH, FL 32035 | | Claim Number: 1866<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $10,619.07 |

---

| | | |
|---|---|---|
| HAMILTON, BART<br>50 PARK AVENUE EAST<br>MANSFIELD, OH 44902-1895 | | Claim Number: 7056<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| SECURED | Claimed: | $58,788.94  UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HAMILTON, VELDA J<br>710 WEST LYNNWOOD AVE<br>ARLINGTON HEIGHTS, IL 60004 | Claim Number: 9117<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| HAMMAC, KENNETH E<br>5410 DAWSON<br>CENTURY, FL 32535 | Claim Number: 7696<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| HAMMOND METAL FABRICATORS INC<br>424 SHELTON ROAD<br>WEST COLUMBIA, SC 29170 | Claim Number: 3619<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $6,912.20 | Scheduled: | $6,912.20 |
|---|---|---|---|---|

| HAMMOND METAL FABRICATORS INC<br>424 SHELTON ROAD<br>WEST COLUMBIA, SC 29170 | Claim Number: 8501<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $6,912.20 | | |
|---|---|---|---|---|

| HAMMOND METAL FABRICATORS INC<br>424 SHELTON ROAD<br>WEST COLUMBIA, SC 29170 | Claim Number: 12372<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $6,912.20 | | |
|---|---|---|---|---|

| HAMMOND, STACY<br>P.O. BOX 860<br>WEST POINT, VA 23181 | Claim Number: 6060<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| HAMMONS, LESTER<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | Claim Number: 11827<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HAMON RESEARCH COTTRELL INC
PO BOX 822773
PHILADELPHIA, PA 19182-2773

Claim Number: 3946
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,885.01 | Scheduled: | $6,885.01 |

HAMON RESEARCH-COTTRELL, INC.
P.O. BOX 1500
SOMERVILLE, NJ 08876

Claim Number: 911
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,885.01 | |

HAMPSON, GARRETT
C/O JOHN R. RIDDELL
MARSHALL, DENNEHEY, WARNER, COLEMAN
620 FREEDOM BUSINESS CTR, STE 300
KING OF PRUSSIA, PA 19406

Claim Number: 9828
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | Scheduled: | $0.00 UNLIQ |

HAMRICK, HARLEY E
PO BOX 92
GILA BEND, AZ 85337-0092

Claim Number: 10914
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8996 (03/22/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,511.00 | |

HAMWORTHY PEABODY COMBUSTION INC
PO BOX 1213 DEPT 925
NEWARK, NJ 07101-1213

Claim Number: 6136
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $827.58 | Scheduled: | $1,049.08 |

HAN'S MEDIA, LLC
PO BOX 1503
SAINT CHARLES, MO 63302-1503

Claim Number: 827
Claim Date: 02/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $371.25 | Scheduled: | $371.25 |

HAN, AN S
22619 WEST 46TH TERRACE
SHAWNEE, KS 66226-2449

Claim Number: 12181
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $26,000.00   UNLIQ | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HAN, AN S<br>22619 WEST 46TH TERRACE<br>C/O SANDRA FERGUSON<br>SHAWNEE, KS 66226-2449 | Claim Number: 12182<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $26,000.00   UNLIQ |

---

| HAND, DAVID V.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | Claim Number: 11828<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

| HANDELL, MORIN A.<br>3407 S OCEAN BLVD<br>HIGHLAND BEACH, FL 33487 | Claim Number: 5840<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $10,458.52 | Scheduled: | $10,458.52 |

---

| HANDELL, MORIN A.<br>3407 S OCEAN BLVD<br>HIGHLAND BEACH, FL 33487 | Claim Number: 11603<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $10,458.52 |

---

| HANES SUPPLY INC<br>55 JAMES E CASEY DR<br>BUFFALO, NY 14206 | Claim Number: 5432<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $281.88 | Scheduled: | $281.88 |

---

| HANNAH TRUCK REPAIR LTD<br>23220 CR 621<br>COSHOCTON, OH 43812 | Claim Number: 3860<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,428.54 | Scheduled: | $1,428.54 |

---

| HANSEN, PETER H<br>289 SOUTH LONGYARD ROAD<br>SOUTHWICK, MA 01077 | Claim Number: 9539<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HANSEN, PETER HARLOW
289 SOUTH LONGYARD RD
SOUTHWICK, MA 01077

Claim Number: 12652
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00  UNLIQ |
|---|---|---|

HANSHEW, DIANA J
1411 W. 2ND STREET
ANDERSON, IN 46016

Claim Number: 6124
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

HANSHEW, JACK E
1411 W. 2ND STREET
ANDERSON, IN 46016

Claim Number: 6123
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

HANSON TRUCKING INC
PO BOX 218
COLUMBIA FALLS, MT 59912

Claim Number: 12124
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $13,002.48 | Scheduled: | $26,052.45  UNLIQ |
|---|---|---|---|---|

HANSON TRUCKING INC.
BOX 218
COLUMBIA FALLS, MT 59912

Claim Number: 705
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $26,004.95 |
|---|---|---|

HARBIN SERVICES, INC.
PO BOX 687
ATHENS, TN 37371

Claim Number: 1720
Claim Date: 03/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $1,950.00 | Scheduled: | $5,335.00 |
|---|---|---|---|---|

HARBIN SERVICES, INC.
PO BOX 687
ATHENS, TN 37371

Claim Number: 1721
Claim Date: 03/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $1,512.50 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HARBIN SERVICES, INC.<br>PO BOX 687<br>ATHENS, TN 37371 | | Claim Number: 1722<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|---|
| UNSECURED | Claimed: | $1,842.50 |

| HARDIN, PATRICIA A<br>1801 NEW HAVEN RD<br>PIQOA, OH 45356 | | Claim Number: 10590<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00    UNLIQ |

| HARDWICK, KENNETH<br>645 SKYRAIDER DRIVE<br>INDEPENDENCE, OR 97351 | | Claim Number: 11667<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|---|
| PRIORITY | Claimed: | $20,000.00 |

| HARDWICK, KENNETH<br>645 SKYRAIDER DRIVE<br>INDEPENDENCE, OR 97351 | | Claim Number: 11736<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| PRIORITY | Claimed: | $20,000.00 |

| HARE, GARY B.<br>762 BEACON LANE<br>ATMORE, AL 36502 | | Claim Number: 11531<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00    UNDET |

| HARE, JAMES E<br>6961 O. C. PHILLIPS RD<br>WALNUT HILL, FL 32568 | | Claim Number: 13218<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00    UNDET |

| HARJU, ERNEST<br>1269 COUNTY ROAD FN<br>CHAMPION, MI 49814 | | Claim Number: 3795<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|---|
| UNSECURED | Claimed: | $3,350.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| HARJU, ERNEST<br>1269 COUNTY ROAD FN<br>CHAMPION, MI 49814 | | Claim Number: 8804<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | |
| SECURED | Claimed: | $3,350.00 | | | |
| UNSECURED | Claimed: | $3,350.00 | | | |
| TOTAL | Claimed: | $3,350.00 | | | |
| HARJU, ERNIE<br>1269 COUNTY ROAD FN<br>CHAMPION, MI 49814 | | Claim Number: 6622<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $3,350.00 | Scheduled: | $3,350.00 | |
| HARJU, ERNIE<br>1269 COUNTY ROAD FN<br>CHAMPION, MI 49814 | | Claim Number: 6636<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $3,350.00 | | | |
| HARKNESS, L. C.<br>2532 DOOLITTLE ST<br>ATTN: DEBRA HARKNESS | | Claim Number: 12346<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| HARKNESS, LC<br>2532 DOOLITTLE ST<br>CHATTANOOGA, TN 37406 | | Claim Number: 8410<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| HARLAN CONSTRUCTION CO., INC.<br>P.O. BOX 1605<br>HOPEWELL, VA 23860 | | Claim Number: 3445<br>Claim Date: 06/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $1,377.00 | Scheduled: | $1,377.00 | |
| HARNER PLUMBING CORP.<br>2480 BARTLETT RD<br>MANTUA, OH 44255 | | Claim Number: 3440<br>Claim Date: 06/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | | |
| UNSECURED | Claimed: | $551.80 | Scheduled: | $40,936.26 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HARNER PLUMBING INC.
2480 BARTLETT ROAD
MANTUA, OH 44255

Claim Number: 3321
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $167.90 | | |

---

HARNUM INDUSTRIES, LTD.
PO BOX 339
METHUEN, MA 01844

Claim Number: 3113
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $14,500.00 | Scheduled: | $29,944.96 |

---

HARNUM INDUSTRIES, LTD.
PO BOX 339
METHUEN, MA 01844

Claim Number: 14002
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,900.26 | | |

---

HARNUM INDUSTRIES, LTD.
PO BOX 339
METHUEN, MA 01844

Claim Number: 14003
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $9,600.00 | | |

---

HARNUM INDUSTRIES, LTD.
PO BOX 339
METHUEN, MA 01844

Claim Number: 14004
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $2,441.34 | | |

---

HARNUM INDUSTRIES, LTD.
PO BOX 339
METHUEN, MA 01844

Claim Number: 14005
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,503.36 | | |

---

HAROLD A STEUBER ENT DBA
ASSOCIATED SERVICES, CO.
893 AMES AVE
MILPITAS, CA 95035

Claim Number: 8602
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $2,843.88 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

HAROLD BECK & SONS INC
2300 TERRY DRIVE
NEWTOWN, PA 18940

Claim Number: 3741
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $1,404.05 | | $1,404.05 |

HAROLD LEMAY ENTERPRISES
DBA: LEMAY TRANSPORTATION SERVICES
3869 94TH ST SW
LAKEWOOD, WA 98499

Claim Number: 27
Claim Date: 02/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $3,576.17 | | $2,697.00 |

HAROLD M. PITNAM COMPANY
721 UNION BOULEVARD
TOTOWA, NJ 07512-0990

Claim Number: 4951
Claim Date: 07/13/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 7550 (05/10/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| SECURED | | | Scheduled: | $0.00 UNLIQ |
| UNSECURED | | $10,199.11 | Scheduled: | $9,531.80 UNLIQ |

HAROLD M. PITNAM COMPANY
721 UNION BOULEVARD
TOTOWA, NJ 07512-0990

Claim Number: 4952
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $10,704.64 | | $7,799.96 |

HARPER JR., HORACE L
1516 KENSINGTON DR.
KNOXVILLE, TN 37922

Claim Number: 4627
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00 UNDET |

HARPER, AUSBON SAMUEL
PO BOX 106
JONESBORO, LA 71251

Claim Number: 10181
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00 UNLIQ |

HARPER, DEBORAH L
140 PROVIDENCE CLUB DR
MONROE, GA 30656-3373

Claim Number: 7660
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| | Claimed: | |
|---|---|---|
| SECURED | | $29,076.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| HARPER, DEBORAH L<br>140 PROVIDENCE CLUB DR<br>MONROE, GA 30656-3373 | Claim Number: 9010<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| SECURED          Claimed: | $29,076.00   UNLIQ | |

| | | |
|---|---|---|
| HARPER, DEBORAH L.<br>140 PROVIDENCE CLUB DR<br>MONROE, GA 30656-3373 | Claim Number: 7661<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| UNSECURED          Claimed: | $29,076.00 | |

| | | |
|---|---|---|
| HARPER, DEBORAH L.<br>140 PROVIDENCE CLUB DR<br>MONROE, GA 30656-3373 | Claim Number: 12539<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| PRIORITY          Claimed: | $29,076.00 | |

| | | |
|---|---|---|
| HARPER/LOVE ADHESIVES CORPORATION<br>HILLARY B. CRABTREE<br>MOORE & VAN ALLEN PLLC<br>100 NORTH TRYON STREET, FLOOR 47<br>CHARLOTTE, NC 28202 | Claim Number: 1705<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |
| ADMINISTRATIVE          Claimed: | $219,437.81 | |

| | | |
|---|---|---|
| HARPER/LOVE ADHESIVES CORPORATION<br>HILLARY B. CRABTREE<br>MOORE & VAN ALLEN PLLC<br>100 NORTH TRYON STREET, FLOOR 47<br>CHARLOTTE, NC 28240 | Claim Number: 2400<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |
| ADMINISTRATIVE          Claimed: | $224,762.81 | |

| | | |
|---|---|---|
| HARPER/LOVE ADHESIVES CORPORATION<br>HILLARY B. CRABTREE<br>MOORE & VAN ALLEN PLLC<br>100 NORTH TRYON STREET, FLOOR 47<br>CHARLOTTE, NC 28240 | Claim Number: 2556<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |
| ADMINISTRATIVE          Claimed: | $335,928.03 | |

| | | |
|---|---|---|
| HARRELL, CHARLES<br>624 NORTH POLK<br>JONESBORO, LA 71251 | Claim Number: 10416<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HARRELL, LARRY<br>PO BOX 1646<br>HODGE, LA 71247 | Claim Number: 10182<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

| HARRELL, MICHAEL ANTHONY<br>117 DARK ST<br>JONESBORO, LA 71251 | Claim Number: 10417<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

| HARRINGTON PLASTICS<br>10151 BUNSEN WAY<br>LOUISVILLE, KY 40299 | Claim Number: 11438-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $11,651.84 |
|---|---|---|

---

| HARRINGTON PLASTICS<br>10151 BUNSEN WAY<br>LOUISVILLE, KY 40299 | Claim Number: 11438-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $9,570.30 | Scheduled: | $21,222.14 |
|---|---|---|---|---|

---

| HARRINGTON, MICHAEL<br>500 ALOHA ST. #401<br>SEATTLE, WA 98109-3990 | Claim Number: 10030<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| SECURED | Claimed: | $245,601.37 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $0.00  UNLIQ |

---

| HARRINGTON, MICHAEL F<br>500 ALOHA ST.<br>SEATTLE, WA 98109 | Claim Number: 9974<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9033 (04/25/2011) |
|---|---|

| UNSECURED | Claimed: | $1,047,733.72 |
|---|---|---|

---

| HARRINGTON, MICHAEL F<br>500 ALOHA ST.<br># 401<br>SEATTLE, WA 98109 | Claim Number: 11693<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HARRINGTON, MICHAEL F
500 ALOHA STREET
SEATTLE, WA 98109-3990

Claim Number: 11694
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

HARRIS ACE HARDWARE LLP
PO BOX 467
JANESVILLE, WI 53547-0467

Claim Number: 3499
Claim Date: 06/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $211.94 |
| --- | --- | --- |

---

HARRIS COUNTY, ET AL
JOHN P. DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 1564
Claim Date: 03/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| PRIORITY | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |
| SECURED | Claimed: | $53,305.10   UNLIQ |

---

HARRIS COUNTY, ET AL
JOHN P. DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 2979
Claim Date: 03/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |
| SECURED | Claimed: | $53,305.10   UNLIQ |

---

HARRIS COUNTY, ET AL
ATTN: JOHN P. DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
P.O. BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 13669
Claim Date: 12/08/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| SECURED | Claimed: | $48,258.84 |
| --- | --- | --- |

---

HARRIS COUNTY, ET AL
ATTN: JOHN P. DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
P.O. BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 13672
Claim Date: 12/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| SECURED | Claimed: | $48,258.84 |
| --- | --- | --- |

---

HARRIS COUNTY, ET AL
JOHN P. DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 13945
Claim Date: 03/30/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| SECURED | Claimed: | $26,583.43   UNLIQ |
| --- | --- | --- |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 13946<br>Claim Date: 03/30/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET 8038 (06/16/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $21,885.81 | UNLIQ |
|---|---|---|---|

---

| HARRIS COUNTY, ET AL.<br>JOHN P. DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | Claim Number: 1372<br>Claim Date: 03/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $53,305.10 | UNLIQ |

---

| HARRIS DICK CONTAINER SALES<br>801 WOODSWETHER ROAD<br>KANSAS CITY, MO 64105 | Claim Number: 9854<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $14,489.51 | Scheduled: | $14,489.51 |
|---|---|---|---|---|

---

| HARRIS GROUP INC.<br>200 WEST THOMAS, SUITE 200<br>SEATTLE, WA 98119-4215 | Claim Number: 1168<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $11,209.00 | Scheduled: | $11,209.00 |
|---|---|---|---|---|

---

| HARRIS JR., MANUEL<br>1616 NE 38TH STREET<br>OKLAHOMA CITY, OK 73111 | Claim Number: 4600<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | UNDET |
|---|---|---|---|

---

| HARRIS MECHANICAL SERVICES, INC.<br>P.O. BOX 28271<br>RICHMOND, VA 23228 | Claim Number: 1567<br>Claim Date: 03/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $4,959.81 |
|---|---|---|

---

| HARRIS MECHANICAL SERVICES, INC.<br>P.O. BOX 28271<br>RICHMOND, VA 23228 | Claim Number: 11270<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,959.81 | Scheduled: | $6,892.31 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HARRIS RANCH BEEF<br>16277 S MCCALL AVENUE<br>SELMA, CA 93662 | Claim Number: 4347-01<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,342.62 | Scheduled: | $1,959.00 |
|---|---|---|---|---|

| HARRIS RANCH BEEF<br>16277 S MCCALL AVENUE<br>SELMA, CA 93662 | Claim Number: 4347-02<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $462.54 |
|---|---|---|

| HARRIS WASTE MANAGEMENT GROUP<br>PO BOX 60977<br>CHARLOTTE, NC 28262 | Claim Number: 4793<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $16,706.20 | Scheduled: | $42,969.10 |
|---|---|---|---|---|

| HARRIS WASTE MANAGEMENT GROUP, INC.<br>C/O VARNUM LLP<br>BRIDGEWATER PLACE<br>PO BOX 352<br>GRAND RAPIDS, MI 49501-0352 | Claim Number: 5533<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 1866 (09/04/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $35,913.20 |
|---|---|---|

| HARRIS, BETTY A<br>103 BRAGG CIRCLE<br>PEARL, MS 39208 | Claim Number: 10530<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| HARRIS, ROSE<br>PO BOX 891<br>MIDLOTHIAN, VA 23113 | Claim Number: 12665<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| HARRIS, ROSE N<br>PO BOX 891<br>MIDLOTHIAN, VA 23113 | Claim Number: 12664<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HARRISON, JAMES
PO BOX 24
QUITMAN, LA 71268

Claim Number: 10183
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | | | |

HARRISSON, LEO
7563 AV. DES ERABLES
MTL, QC H2E 2R8
CANADA

Claim Number: 8250
Claim Date: 07/09/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $35,267.00 | |

HARRY COOPER SUPPLY
605 N. SHERMAN PARKWAY
SPRINGFIELD, MO 65802-3656

Claim Number: 3498
Claim Date: 06/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $15,922.06 | |

HARRY COOPER SUPPLY
605 N SHERMAN PARKWAY
SPRINGFIELD, MO 65802

Claim Number: 7389
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7651 (05/18/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $15,922.06 | | |
| UNSECURED | | | Scheduled: | $15,438.69 |

HARRY H WILLIAMSON PROFESSIONAL CORP.
SUITE 304 KEYSTONE PLACE
BATHURST, NB E2A 1M9
CANADA

Claim Number: 9215
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $41,156.71 | |

HARRY WILLIAMSON PROF. CORP.
SUITE 304 - 270 DOUGLAS AVE
BATHURST, NB E2A 1T8
CANADA

Claim Number: 12662
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $41,156.71 | Scheduled: | $15,771.68 |

HART TRANSPORTATION, INC.
PO BOX 6219
JACKSONVILLE, FL 32236

Claim Number: 1651
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40,043.85 | Scheduled: | $64,152.80 UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HART, E GLENN
240 GRASS CREEK TRAIL
LITTLE PLYMOUTH, VA 23091

Claim Number: 9216
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

HART, JESSIE JEAN
706 MOROCCO ST.
JONESBORO, LA 71251

Claim Number: 10184
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

HART, LESLIE
165 KALOS STREET
PHILADELPHIA, PA 19128

Claim Number: 7608
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

HARTFORD FINANCIAL SERVICES GROUP, INC.,
C/O WILMER CUTLER PICKERING HALE & DORR
ATTN: NANCY MANZER
1875 PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20006

Claim Number: 11394
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8996 (03/22/2011)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

HARTFORD FINANCIAL SERVICES GROUP, INC.,
C/O WILMER CUTLER PICKERING HALE & DORR
ATTN: NANCY MANZER
1875 PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20006

Claim Number: 11395
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8996 (03/22/2011)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

HARTLEY, DIANA K
26995 EVERSOLE LANE
SCAPPOOSE, OR 97056

Claim Number: 7022
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

HARTZEL, PAUL L
1334 SPRUCE STREET
EASTON, PA 18042

Claim Number: 7851
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $25,000.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HARTZHEIM, EDWARD & JILL
TROY D. SISUM, ESQUIRE -
NELSON LEVINE DE LUCA & HORST, LLC
518 TOWNSHIP LINE ROAD, SUITE 300
BLUE BELL, PA 19422

Claim Number: 7669
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

HARTZO, JAMES E.
BARON & BUDD, P.C.
THE CENTRUM SUITE 1100
3102 OAK LAWN AVE
DALLAS, TX 75219

Claim Number: 11829
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8673 (10/19/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

HARVEY, ANNIE C
1860 S DIXIE HWY
PERRY, FL 32348

Claim Number: 5969-01
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $7,400.00 |
|---|---|---|

HARVEY, ANNIE C
1860 S DIXIE HWY
PERRY, FL 32348

Claim Number: 5969-02
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

HARVEY, CHARLES EDWARD
322 3RD STREET
JONESBORO, LA 71251

Claim Number: 10185
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

HARVEY, CHARLES RAY
PO BOX 757
HODGE, LA 71247

Claim Number: 10186
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

HARVEY, JAN E
5150 APPLETON AVE.
JACKSONVILLE, FL 32210

Claim Number: 10768
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| HARVEY, LYWANDA<br>322 THIRD STREET<br>JONESBORO, LA 71251 | | Claim Number: 10187<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| HARVEY, TERRY MICHAEL<br>391 BEAR KNOLL DRIVE<br>QUITMAN, LA 71268 | | Claim Number: 10188<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| HARVEY, TRAVIS LAVELLE<br>708 ROME RD<br>JONESBORO, LA 71251 | | Claim Number: 10418<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| HASKEW COMPANY, INC.<br>ATTN: RICHARD C. HASKEW<br>13913-200 DUVAL ROAD<br>JACKSONVILLE, FL 32218 | | Claim Number: 7655<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
| SECURED | Claimed: | $80,691.75 |

---

| | | |
|---|---|---|
| HASP, THOMAS A.<br>C/O AMY MOODY FOSHEE<br>19474 PADGETT RD<br>ANDALUSIA, AL 36420 | | Claim Number: 12057<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| UNSECURED | Claimed: | $5,923.20 |

---

| | | |
|---|---|---|
| HASSAN COMPLETE JANITORIAL<br>13687 QUITO ROAD<br>SARATOGA, CA 95070 | | Claim Number: 5349<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| ADMINISTRATIVE | Claimed: | $16,298.00 |
| PRIORITY | Claimed: | $2,770.66 |
| SECURED | Claimed: | $2,770.66 |
| UNSECURED | Claimed: | $16,298.00 |
| TOTAL | Claimed: | $16,298.00 |

---

| | | |
|---|---|---|
| HASSELBACH, MARGARET<br>1808 N. BREIEL BLVD.<br>MIDDLETOWN, OH 45042 | | Claim Number: 5283<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HASSELL, BARRY G<br>#104- 13915 72ND AVENUE<br>SURREY, BC V3W2P6<br>CANADA | Claim Number: 10587<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $2,450.00 |

| HASSEN, LARRY D.<br>P.O. BOX 709<br>WINNFIELD, LA 71483 | Claim Number: 10419<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|
| UNSECURED          Claimed: | $0.00   UNLIQ |

| HASTINGS LOGGING CO, INC.<br>113 SHERWOOD DRIVE<br>SCOTTSBORO, AL 35769 | Claim Number: 116<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
|---|---|
| UNSECURED          Claimed: | $4,635.67 |

| HATCH LTD<br>4342 QUEEN STREET, SUITE 500<br>P.O. BOX 1001<br>NIAGRA FALLS, ON L2E 7J7<br>CANADA | Claim Number: 2998<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>55,443.36 Canadian Dollars |
|---|---|
| UNSECURED          Claimed: | $0.00   UNLIQ |

| HATCHER, BRUCE<br>31 WEST GATE<br>WINNIPEG, MB R3C2L9<br>CANADA | Claim Number: 7882<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| PRIORITY          Claimed: | $23,898.10 |

| HATCHES, BRUCE<br>31 WEST GATE<br>ATTN: DEBORAH STACEY<br>WINNIPEG, MB R3C 2C9<br>CANADA | Claim Number: 9041<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|
| UNSECURED          Claimed: | $19,579.71 |

| HAVENS, NANCY J.<br>BOLIVAN COUNTY TAX COLLECTOR<br>PO BOX 248<br>CLEVELAND, MS 38732-0248 | Claim Number: 2483<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|
| PRIORITY          Claimed: | $5,701.42   UNLIQ |
| SECURED          Claimed: | $5,701.42   UNLIQ |
| TOTAL          Claimed: | $5,701.42   UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HAWKEYE HOLDINGS LTD<br>3396 SEXSMITH RD<br>KELOWNA, BC V1X 7S5<br>CANADA | Claim Number: 1941<br>Claim Date: 04/01/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,624.43 | Scheduled: | $6,982.78 |

| HAWKINS, CHARLES<br>HAWKINS LOGGING<br>P.O. BOX 203<br>FLAT ROCK, AL 35966 | Claim Number: 121<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|
| UNSECURED | Claimed: | $5,669.01 |

| HAWSEY, CHRISTOPHER ANDREW<br>45674 HWY 31<br>CASTLEBERRY, AL 36432 | Claim Number: 12152<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|
| TOTAL | Claimed: | $0.00   UNDET |

| HAWTHORN, GEORGE H<br>59 RODGERS LANE<br>BREWTON, AL 36426 | Claim Number: 8000<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| HAYDEN, ROBERT C<br>2011 JENNINGS<br>PO BOX 3191<br>SIOUX CITY, IA 51104 | Claim Number: 6031<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

| HAYES ENTERPRISES, INC.<br>878 S. MORRISON LANE<br>POTOMAC, MT 59823-9511 | Claim Number: 103<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
|---|---|
| UNSECURED | Claimed: | $4,340.00 |

| HAYES MANUFACTURING GROUP, INC.<br>C/O TARA E. NAUFUL, ESQUIRE<br>HAYNSWORTH SINKLER BOYD, PA<br>POST OFFICE BOX 11889<br>COLUMBIA, SC 29211-1889 | Claim Number: 2933<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1175 (07/06/2009) |
|---|---|
| ADMINISTRATIVE | Claimed: | $6,374.76 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HAYES PUMP, INC.
66 OLD POWDER MILL RD.
CONCORD, MA 01742

Claim Number: 3169
Claim Date: 05/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $6,248.25 | Scheduled: | $5,924.03 |
|---|---|---|---|---|

HAYES, MICHAEL
DBA HAYES ENTERPRISE, INC
878 S MORRISON
BONNER, MT 59823-9511

Claim Number: 5473
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $4,219.60 UNLIQ |
|---|---|---|---|---|

HAYNES BUILDING SERVICE LLC
PO BOX 511263
LOS ANGELES, CA 90051-7818

Claim Number: 6316
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $4,164.27 | Scheduled: | $4,164.27 |
|---|---|---|---|---|

HAZ-MAT TRANSPORTATION & DISPOSAL
PO BOX 37392
CHARLOTTE, NC 28237

Claim Number: 6259
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $3,392.50 |
|---|---|---|---|---|

HAZCHEM ENVIRONMENTAL CORPORATION
1115 W. NATIONAL AVE.
ADDISON, IL 60101-3128

Claim Number: 2752
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $677.25 |
|---|---|---|

HAZEN, LINDA
P.O. BOX 51
BINGEN, WA 98605

Claim Number: 5792
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00  UNLIQ |
|---|---|---|

HCH INC.
PO BOX 4861
MONROE, LA 71211-4861

Claim Number: 5270
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $1,666.50 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HCH INC.
PO BOX 4861
MONROE, LA 71211-4861

Claim Number: 5271
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $8,785.62 |
|---|---|---|

---

HCH INC.
P.O. BOX 4861
MONROE, LA 71211-4861

Claim Number: 5272
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $8,455.02 |
|---|---|---|

---

HCH, INC
PO BOX 4861
MONROE, LA 71211-4861

Claim Number: 465
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $18,907.14 | Scheduled: | $18,907.14 |
|---|---|---|---|---|

---

HCS TRANSPORTATION
3333 CHERRY AVE
LONG BEACH, CA 90807

Claim Number: 2215
Claim Date: 04/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $8,876.15 | Scheduled: | $2,413.80 |
|---|---|---|---|---|

---

HD SUPPLY
C/O RMS BANKRUPTCY RECOVERY SERVICE
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 9464
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $18,561.15 | Scheduled: | $14,667.84 |
|---|---|---|---|---|

---

HD SUPPLY WATERWORKS LTD
PO BOX 7498
3209 BREARD STREET
MONROE, LA 71201

Claim Number: 4748
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,603.73 | Scheduled: | $1,603.73 |
|---|---|---|---|---|

---

HD SUPPLY, PLUMBING/HVAC, LTD
PO BOX 907998
GAINESVILLE, GA 30501

Claim Number: 2150
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $18,585.39 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HEACOCK, DONALD G.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | Claim Number: 11830<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| HEALEY, CONNIE<br>1029 MAYBERRY LN<br>GALESBURG, IL 61401-2493 | Claim Number: 6986<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $4,259.84 |
|---|---|---|

| HEALTH CONSERVATION, INC<br>415 FINANCIAL COURT<br>ROCKFORD, IL 61107 | Claim Number: 3569-01<br>Claim Date: 06/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $51,148.99 | Scheduled: | $38,784.26 |
|---|---|---|---|---|

| HEALTH CONSERVATION, INC<br>415 FINANCIAL COURT<br>ROCKFORD, IL 61107 | Claim Number: 3569-02<br>Claim Date: 06/30/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $6,034.63 | Scheduled: | $469.76 |
|---|---|---|---|---|

| HEALTH CONSERVATION, INC<br>415 FINANCIAL COURT<br>ROCKFORD, IL 61107 | Claim Number: 3569-03<br>Claim Date: 06/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $469.76 | Scheduled: | $9,892.83 |
|---|---|---|---|---|

| HEALTH METRICS INC<br>4705 N SONORA STE 116<br>FRESNO, CA 93722-3947 | Claim Number: 3899<br>Claim Date: 07/07/2009<br>Debtor: CALPINE CORRUGATED, LLC |
|---|---|

| UNSECURED | Claimed: | $30.00 | Scheduled: | $30.00 |
|---|---|---|---|---|

| HEALTH RESOURCES CORP<br>600 W CUMMINGS PARK<br>WOBURN, MA 01801-6350 | Claim Number: 7492<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $3,626.68 | Scheduled: | $3,364.51 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HEARD, EDWARD J
2503 NE 60TH STREET
GLADSTONE, MO 64118

Claim Number: 7815
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $175,000.00 |
|---|---|---|

---

HEARN, IRVIN EDWARD
418 UPPER KENILWORTH
HAMILTON, ON L8T 4G6
CANADA

Claim Number: 8958
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

HEARTLAND EXPRESS SERVICES INC
AMY SPICHER
901 N. KANSAS AVE
NORTH LIBERTY, IA 52317

Claim Number: 97
Claim Date: 02/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $108,404.57 | Scheduled: | $97,601.74 |
|---|---|---|---|---|

---

HEAVENLY HAM
480-1 WILEY PARKER RD
JACKSON, TN 38305

Claim Number: 3730
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $6,447.81 | Scheduled: | $6,447.81 |
|---|---|---|---|---|

---

HEAVY MACHINES INC
PO DRAWER 18986
MEMPHIS, TN 38181-0986

Claim Number: 1089
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $13,216.27 | Scheduled: | $20,331.43 |
|---|---|---|---|---|

---

HEBERT, CLAUDE
29 CHEMIN FOUR ROADS
SIX ROADS, NB E1X 2Y7
CANADA

Claim Number: 7875
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $6,825.56 |
|---|---|---|

---

HEBERT, CLAUDE
29 CHEMIN FOUR ROAD
SIX ROAD, NB E1X 2Y7
CANADA

Claim Number: 8893
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 7188 (04/22/2010)

| PRIORITY | Claimed: | $5,592.18 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HEBERT, PAULE
1910 RUE ADONCOUR APT 123
LONGUEUR, QC J4N IT3
CANADA

Claim Number: 9016
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

---

HEDRICK, JEANETTE G
18 GREBE ROAD
SCHWENKSVILLE, PA 19473

Claim Number: 9571
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

HEDRICK, LILLIAN M
12057 ST RT. 362
MINSTER, OH 45865

Claim Number: 4985
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

---

HEFFINGTON, PAUL
415 SPENCE LANE
NASHVILLE, TN 37210

Claim Number: 3410
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| UNSECURED | Claimed: | $2,489.13 |
| --- | --- | --- |

---

HEFNER, JAMES E.
15803 LAMMER RD
OREGON CITY, OR 97045

Claim Number: 1792
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

---

HEI TEK AUTOMATION
21602 N 2ND AVE  STE 4
PHOENIX, AZ 85027

Claim Number: 5753
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $201.54 | Scheduled: | $201.54 |
| --- | --- | --- | --- | --- |

---

HEI TEK AUTOMATION LLC
21602 N 2ND AVE STE 4
PHOENIX, AZ 85027

Claim Number: 8594
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| PRIORITY | Claimed: | $201.54 |
| --- | --- | --- |
| UNSECURED | Claimed: | $201.54 |
| TOTAL | Claimed: | $201.54 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HEIDELBERG CANADA GRAPHIC EQUIPMENT LTD.
ATTN: CATHERINE KAPPOS-GUERREIRO
6265 KENWAY DRIVE
MISSISSAUGA, ON L5T 2L3
CANADA

Claim Number: 13323
Claim Date: 08/26/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $33,161.31 | Scheduled: | $34,692.97 |
|---|---|---|---|---|

HEIDEMAN, WAYNE
26 NORWALK AVE.
WHITING, NJ 08759

Claim Number: 5324
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $29,402.53 | | |
|---|---|---|---|---|

HEIDINGER, EDMUND
5056 HWY 3A, BOX 143
WYNNDEL, BC V0B 2N0
CANADA

Claim Number: 8863
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

HEIDINGER, EDMUND
ATTN: EVA HEIDINGER
5056 HWY 3A, BOX 143
WINNED, BC V0B 2N0
CANADA

Claim Number: 12468
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

HEIL AVENUE PROPERTIES
1686 FRANKLIN PIKE
LEWISBURG, TN 37091

Claim Number: 4560
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $37,753.11 | Scheduled: | $37,753.11 |
|---|---|---|---|---|

HELEN OF TROY L.P.
ATTN: JEANETTE BADILLO
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912

Claim Number: 547
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $11,324.15 | | |
|---|---|---|---|---|

HELEN OF TROY, LP
ATTN: JEANETTE BADILLO
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912

Claim Number: 5577
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $4,059.86 | Scheduled: | $11,617.19 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HELICOPTERES PANORAMA LTEE<br>360 CHEMIN DE L'AEROPORT<br>ALMA<br>QUEBEC, QC G8B 5V2<br>CANADA | Claim Number: 8659<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $17,557.57 | Scheduled: | $17,255.20 |
|---|---|---|---|---|

| HELMICK CORPORATION<br>PO BOX 71<br>FAIRMONT, WV 26555-0071 | Claim Number: 4650<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7653 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $613.72 |
|---|---|---|

| HELMOLD, LLC<br>2505 MILLENNIUM DRIVE<br>ELGIN, IL 60124 | Claim Number: 376<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7653 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $599.20 |
|---|---|---|

| HELMSMAN MANAGEMENT SERVICES, LLC<br>C/O MICHAEL J. JOHNSON, CPCU<br>175 BERKELEY STREET<br>BOSTON, MA 02117 | Claim Number: 7763<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $66,672.50 | Scheduled: | $66,672.50 |
|---|---|---|---|---|

| HELTON LAWN SERVICE, INC.<br>8825 QUAIL ROOST CT.<br>JACKSONVILLE, FL 32220 | Claim Number: 1160<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $1,485.00 |
|---|---|---|

| HELTON LAWN SERVICE, INC.<br>8825 QUAIL ROOST CT.<br>JACKSONVILLE, FL 32220 | Claim Number: 4908<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,485.00 | Scheduled: | $1,485.00 |
|---|---|---|---|---|

| HELTON, DENNIS C<br>9496 WINDING LANE<br>LOVELAND, OH 45140 | Claim Number: 7048<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 2343 (10/20/2009) |
|---|---|

| PRIORITY | Claimed: | $57,000.00 |
|---|---|---|
| SECURED | Claimed: | $57,000.00 |
| TOTAL | Claimed: | $57,000.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HELTON, DENNIS C
9496 WINDING LANE
LOVELAND, OH 45140

Claim Number: 7401
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $57,000.00 |
| SECURED | Claimed: | $57,000.00 |
| TOTAL | Claimed: | $57,000.00 |

---

HELTON, J., JR.
6122 RIVERVIEW LANE BOX 83
MIAMIVILLE, OH 45147

Claim Number: 7838
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $57,000.00 |
| SECURED | Claimed: | $57,000.00 |
| TOTAL | Claimed: | $57,000.00 |

---

HEMUS, BETTY JEAN
540 - 48 AVE. S.W.
ATTN: BETTY HEMUS
CALGARY, AB T2S 1E5
CANADA

Claim Number: 8658
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

HENDEL, MARTIN
10 PHILIP STREET UNIT C
ST THOMAS, ON N5R 6A5
CANADA

Claim Number: 8977
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

---

HENDEL, MARTIN
ROSEMARIE HENDEL
10 PHILIP ST UNIT C
ST THOMAS, ON N5R 6A5
CANADA

Claim Number: 8978
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

HENDERSON, ERNEST P
230 CORONADO DR
APTOS, CA 95003

Claim Number: 4595
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $22,996.80   UNLIQ |

---

HENDERSON, WENDY
4363 REDWOOD CIR
JACKSON, MS 39212

Claim Number: 8727
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HENDREN, JAMES R
17 DEL RIO COURT
ST. HELENA, CA 94574

Claim Number: 6860
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

HENDRICKS, HOWARD
C/O JAMES E. SORENSON, ESQ.
WILLIAMS, GAUTIER, GWYNN, DELOACH, &
SORENSON P.A., PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10666
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $20,664.59 |
|---|---|---|

HENEGHEN, ERNEST J
12914 W GALAXY DR
SUN CITY WEST, AZ 85375

Claim Number: 3967
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

HENEGHEN, ERNEST J.
12914 W GALAXY DR
SUN CITY WEST, AZ 85375

Claim Number: 1545
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

HENEGHEN, JACQUELINE K.
12914 W GALAXY DR
SUN CITY WEST, AZ 85375

Claim Number: 1544
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

HENEGHEN, JACQULINE
12914 WEST GALAXY DRIVE
SUN CITY WEST, AZ 85375

Claim Number: 3969
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

HENKEL CANADA CORP.
1001 TROUT BROOK CROSSING
ROCKY HILL, CT 06067

Claim Number: 12744
Claim Date: 08/21/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8535 (09/14/2010)
Claim is out of balance.

| ADMINISTRATIVE | Claimed: | $7,151.47 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $54,130.23 | Scheduled: | $25,936.05 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| HENKEL CORPORATION<br>ORDER TO CASH COMPETENCY CENTER<br>1001 TROUT BROOK CROSSING<br>ROCKY HILL, CT 06067 | | Claim Number: 787<br>Claim Date: 02/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
| ADMINISTRATIVE | Claimed: | $109,967.29 | | |
| HENKEL CORPORATION<br>ORDER TO CASH COMPETENCY CENTER<br>1001 TROUT BROOK CROSSING<br>ROCKY HILL, CT 06067 | | Claim Number: 1133-01<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | |
| UNSECURED | Claimed: | $4,635.68 | | |
| HENKEL CORPORATION<br>ORDER TO CASH COMPETENCY CENTER<br>1001 TROUT BROOK CROSSING<br>ROCKY HILL, CT 06067 | | Claim Number: 1133-02<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) | | |
| ADMINISTRATIVE | Claimed: | $80,509.63 | | |
| HENKEL CORPORATION<br>ATTN: B. HYLTON/S.MILLER<br>1001 TROUT BROOK CROSSING<br>ROCKY HILL, CT 06067 | | Claim Number: 9232<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8658 (10/18/2010) | | |
| UNSECURED | Claimed: | $726,535.57 | | |
| HENKEL CORPORATION<br>SCOTT M. MILLER, DIRECTOR OF FINANCE<br>1001 TROUT BROOK CROSSING<br>ROCKY HILL, CT 06067 | | Claim Number: 11152<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $7,229.73 | | |
| HENLEY DO IT BEST HARDWARE<br>PO BOX 708<br>WEST POINT, VA 23181-0708 | | Claim Number: 7864<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $2,068.37 | Scheduled: | $726.94 |
| HENLINE ADHESIVE EQUIPMENT CO, INC<br>DBA HAECO<br>6504 SNIDER RD.<br>LOVELAND, OH 45140 | | Claim Number: 2026<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $6,074.23 | Scheduled: | $6,074.23 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HENLINE ADHESIVE EQUIPMENT CO, INC | Claim Number: 2027 |
| DBA HAECO | Claim Date: 04/06/2009 |
| 6504 SNIDER RD. | Debtor: SMURFIT-MBI |
| LOVELAND, OH 45140 | |

| UNSECURED | Claimed: | $3,662.20 | Scheduled: | $3,662.20 |

---

| HENNEPIN COUNTY TREASURER | Claim Number: 5912 |
| 300 S 6TH STREET | Claim Date: 07/20/2009 |
| MINNEAPOLIS, MN 55487 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: EXPUNGED |
| | DOCKET: 8661 (10/18/2010) |

| SECURED | Claimed: | $257,994.56   UNLIQ |

---

| HENRICKS, BERNARD G | Claim Number: 9718 |
| 443 GRANDVIEW | Claim Date: 08/24/2009 |
| LANARK, IL 61046 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $318,407.00 | Scheduled: | $318,407.00 |

---

| HENRICO COUNTY, VA | Claim Number: 13743 |
| RHYSA GRIFFITH SOUTH, ASSISTANT COUNTY ATTORNEY | Claim Date: 01/12/2010 |
| PO BOX 90775 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| HENRICO, VA 23273-0775 | Comments: EXPUNGED |
| | DOCKET: 5042 (02/16/2010) |

| UNSECURED | Claimed: | $10,059.05 |

---

| HENRICO COUNTY, VA | Claim Number: 13744 |
| RHYSA GRIFFITH SOUTH, ASSISTANT COUNTY ATTORNEY | Claim Date: 01/12/2010 |
| P.O. BOX 90775 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| HENRICO, VA 23273-0775 | Comments: DOCKET: 5042 (02/16/2010) |

| UNSECURED | Claimed: | $10,059.05 | Scheduled: | $7,173.45 |

---

| HENRICO COUNTY, VIRGINIA | Claim Number: 3447 |
| RHYSA GRIFFITH SOUTH | Claim Date: 06/19/2009 |
| ASSISTANT COUNTY ATTORNEY | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| P.O. BOX 90775 | Comments: EXPUNGED |
| HENRICO, VA 23273-0775 | DOCKET: 7653 (03/10/2010) |

| SECURED | Claimed: | $50,036.74 |

---

| HENRICO COUNTY, VIRGINIA | Claim Number: 3448 |
| RHYSA GRIFFITH SOUTH | Claim Date: 06/19/2009 |
| ASSISTANT COUNTY ATTORNEY | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| P.O. BOX 90775 | Comments: EXPUNGED |
| HENRICO, VA 23273-0775 | DOCKET: 5042 (02/16/2010) |

| UNSECURED | Claimed: | $10,179.97 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| HENRICO COUNTY, VIRGINIA (S0803100) | Claim Number: 13829 |
| RHYSA GRIFFITH SOUTH | Claim Date: 02/16/2010 |
| ASSISTANT COUNTY ATTORNEY | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| P.O. BOX 90775 | Comments: EXPUNGED |
| HENRICO, VA 23273-0775 | DOCKET: 7650 (05/18/2010) |

| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $1,904.11 |

---

| HENRY, MAGGIE MAXINE | Claim Number: 10189 |
| 2234 PINE GROVE ROAD | Claim Date: 08/26/2009 |
| SALINE, LA 71070 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| HENRY, MICHAEL | Claim Number: 1024 |
| 8634 SAM HENRY TRL | Claim Date: 03/02/2009 |
| OOLTEWAH, TN 37363 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 7653 (03/10/2010) |

| PRIORITY | Claimed: | $2,500.59 |
| SECURED | Claimed: | $2,500.59 |
| TOTAL | Claimed: | $2,500.59 |

---

| HENSLEY, AUSTIN | Claim Number: 11606 |
| 2656 GRANT AVE | Claim Date: 08/28/2009 |
| CINCINNATI, OH 45231-1322 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $40,000.00   UNLIQ |

---

| HENSLEY, BRIAN K | Claim Number: 11246 |
| 2070 BEECHMONT DR | Claim Date: 08/27/2009 |
| FORT WAYNE, IN 46825-3902 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $0.00   UNDET |

---

| HENSLEY, BRIAN K. | Claim Number: 11245 |
| 2070 BEECHMONT | Claim Date: 08/27/2009 |
| FT WAYNE, IN 46825 | Debtor: SMURFIT-STONE CONTAINER CANADA INC. |

| PRIORITY | Claimed: | $0.00   UNDET |

---

| HEPBURN ENTERPRISES INC. | Claim Number: 302 |
| 1481 CHARLESWOOD ROAD | Claim Date: 02/12/2009 |
| WINNIPEG, MB R3S 1B9 | Debtor: SMURFIT-MBI |
| CANADA | Comments: DOCKET: 8758 (11/15/2010) |

| UNSECURED | Claimed: | $4,329.48 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| HEPPEN, CHRISTOPHER B<br>2013 KERRWOOD DRIVE<br>ANDERSON, IN 46011 | Claim Number: 7580<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| PRIORITY          Claimed: | $7,500.00 | |
| HER MAJESTY THE QUEEN IN RIGHT OF CANADA<br>AS REPRESENTED AS REPRESENTED BY THE<br>MINISTER OF REVENUE C/O DIANE WINTERS<br>DEP. OF JUSTICE CANADA 130 KING ST. W<br>TORONTO, CA M5X 1K6<br>CANADA | Claim Number: 11544<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) | |
| UNSECURED          Claimed: | $1,117.00 | |
| HER MAJESTY THE QUEEN IN RIGHT OF CANADA<br>AS REP'D BY THE MINISTER OF NAT'L REV<br>C/O DEPT OF JUSTICE CANADA<br>130 KING STREET WEST SUITE 3400<br>TORONTO, ON M5X 1K6<br>CANADA | Claim Number: 13047<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>Attn: Diane Winters, General Counsel and Christopher Lee, Counsel | |
| UNSECURED          Claimed: | $1.00    UNLIQ | |
| HER MAJESTY THE QUEEN IN RIGHT OF CANADA<br>AS REPRESENTED BY MINISTER OF NAT'L REV.<br>C/O DEPARTMENT OF JUSTICE CANADA<br>130 KING STREET WEST, SUITE 3400<br>TORONTO, ON M5X 1K6<br>CANADA | Claim Number: 13295<br>Claim Date: 08/28/2009<br>Debtor: FRANCOBEC COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | |
| UNSECURED          Claimed: | $1.00    UNLIQ | |
| HER MAJESTY THE QUEEN IN RIGHT OF THE<br>PROVINCE OF MANITOBA<br>101 - 401 YORK AVENUE<br>WINNIPEG, MB R3C 0P8<br>CANADA | Claim Number: 13158<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | |
| UNSECURED          Claimed: | $48,903.83 | |
| HERB'S GATOR SERVICE, INC.<br>12300 MANOR ROAD<br>GLEN ARM, MD 21057 | Claim Number: 528<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED          Claimed: | $4,303.00 | |
| HERBS GATOR SERVICE INC<br>12300 MANOR ROAD<br>GLEN ARM, MD 21057 | Claim Number: 7993<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |
| UNSECURED          Claimed:          $4,303.00 | Scheduled:          $4,303.00 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HERC U LIFT<br>PO BOX 69<br>MAPLE PLAIN, MN 55359-0069 | Claim Number: 4196<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 4966 (02/12/2010) | | | |

| UNSECURED | Claimed: | $474.48 | Scheduled: | $474.48 |

---

| HERCULES CANADA, INC<br>C/O REGINALD W. JACKSON, ESQ.<br>VORYS SATER SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 | Claim Number: 8972-01<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET 7188 (04/22/2010) | | | |

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $535,098.96 | Scheduled: | $715,039.24 UNLIQ |

---

| HERCULES CANADA, INC<br>C/O REGINALD W. JACKSON, ESQ.<br>VORYS SATER SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 | Claim Number: 8972-02<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET 7188 (04/22/2010) | | | |

| UNSECURED | Claimed: | $196,805.84 | | |

---

| HERCULES INCORPORATED<br>REGINALD JACKSON, ESQ.<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 | Claim Number: 7673-01<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7555 (05/10/2010) | | | |

| UNSECURED | Claimed: | $174,993.58 | Scheduled: | $1,121,919.36 UNLIQ |

---

| HERCULES INCORPORATED<br>REGINALD JACKSON, ESQ.<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 | Claim Number: 7673-02<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET 7432 (05/04/2010) | | | |

| UNSECURED | Claimed: | $899,382.02 | | |

---

| HERITAGE CRYSTAL CLEAN, LLC<br>C/O GARY M. VANEK, ATTORNEY AT LAW<br>1250 LARKIN AVENUE, SUITE 100<br>ELGIN, IL 60123 | Claim Number: 2436<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 6649 (04/07/2010) | | | |

| UNSECURED | Claimed: | $5,451.88 | Scheduled: | $21,838.89 |

---

| HERITAGE CRYSTAL CLEAN, LLC<br>C/O GARY M. VANEK, ATTORNEY AT LAW<br>1250 LARKIN AVENUE, SUITE 100<br>ELGIN, IL 60123 | Claim Number: 2872<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 6649 (04/07/2010) | | | |

| UNSECURED | Claimed: | $9,548.77 | Scheduled: | $17,242.99 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HERITAGE DOOR COMPANY, INC<br>378 E WILLIAMSBURG RD.<br>SANDSTON, VA 23150 | Claim Number: 7760<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $235.00 | Scheduled: | $689.00 |
|---|---|---|---|---|

| HERITAGE PROPANE<br>786 E. MAIN ST.<br>TUPELO, MS 38804-2824 | Claim Number: 524<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,078.23 | Scheduled: | $3,078.23 |
|---|---|---|---|---|

| HERNANDEZ, TOMAS M<br>11 ELIZABETH STREET<br>DANVILLE, IL 61832 | Claim Number: 7833<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|

| HERNANDEZ, VIRGINIA<br>9550 PACIFIC AVENUE # 4<br>BELLFLOWER, CA 90706 | Claim Number: 9502<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | UNDET |
|---|---|---|---|

| HERNANDEZ, VIRGINIA D.<br>9550 PACIFIC AVENUE # 4<br>BELLFLOWER, CA 90706 | Claim Number: 9827<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | UNDET |
|---|---|---|---|

| HERR, DOROTHY A<br>50 NORTH AVE.<br>#229<br>WEST SENECA, NY 14224 | Claim Number: 5433<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|

| HERRERA, ORLANDO<br>731 NW 27TH COURT<br>MIAMI, FL 33125 | Claim Number: 6732<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HERRING, SAM MOSES
C/O GREGORY A. CADE
ENVIRONMENTAL LITIGATION GROUP, P.C.
3529 7TH AVE SOUTH
BIRMINGHAM, AL 35222

Claim Number: 11499
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $58,000.00 | | |
|---|---|---|---|---|

---

HERTY FOUNDATION
ATTN:T.COX CONTROLLER
110 BRAMPTON ROAD
SAVANNAH, GA 31408

Claim Number: 4982
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,725.00 | Scheduled: | $1,725.00 |
|---|---|---|---|---|

---

HESCO
DEPT 130
PO BOX 150473
HARTFORD, CT 06115-0473

Claim Number: 7363
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $102.31 | | |
|---|---|---|---|---|

---

HESS CORPORATION
ATTN: JOSEPH A. DE JIANNE
ONE HESS PLAZA
WOODBRIDGE, NJ 07095

Claim Number: 10796-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)

| ADMINISTRATIVE UNSECURED | Claimed: | $945,943.16 | Scheduled: | $1,948,155.06 UNLIQ |
|---|---|---|---|---|

---

HESS CORPORATION
ATTN: JOSEPH A. DE JIANNE
ONE HESS PLAZA
WOODBRIDGE, NJ 07095

Claim Number: 10796-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)

| UNSECURED | Claimed: | $79,739.86 | | |
|---|---|---|---|---|

---

HESS, ANDREW S
1215 SOMERVILLE WEST ELKTON RD
SOMERVILLE, OH 45064

Claim Number: 9731
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $589.00   UNLIQ | | |
|---|---|---|---|---|

---

HESTER, GERALD
925 CHERRY HILL LANE
DESOTO, TX 75115

Claim Number: 10342
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HESTER, JAMES<br>C/O JAMES E. SORENSON, ESQ.<br>WILLIAMS, GAUTIER, GWYNN, DELOACH, &<br>SORENSON P.A. PO BOX 4128<br>TALLAHASSEE, FL 32315 | Claim Number: 10752<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| UNSECURED    Claimed: | $17,702.54 | | |
| HEWITT EQUIPEMENT LTEE<br>5001 ROUTE TRANSCANADIENNE<br>ATTN: JEAN CLAUDE JOLY<br>POINTE-CLAIRE, QC H9R 1B8<br>CANADA | Claim Number: 8660<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED    Claimed: | $34,485.24 | Scheduled: | $29,617.08 |
| HEWLETT PACKARD (CANADA) CO.<br>5150 SPECTRUM WAY H-72<br>MISSISSAUGA, ON L4W 5G1<br>CANADA | Claim Number: 8917<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED    Claimed: | $13,550.36 | Scheduled: | $18,352.60 |
| HEWLETT PACKARD (CANADA) CO.<br>ATTN: KEN HIGMAN<br>5150 SPECTRUM WAY H-72<br>MISSISSAUGA, ON L42 5G1<br>CANADA | Claim Number: 12471<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 8917<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED    Claimed: | $13,550.36 | | |
| HEWLETT PACKARD CANADA CO.<br>KEN HIGMAN ATTN LEGAL DEPT<br>5150 SPECTRUM WAY H - 72<br>MISSISSAUGA, ON L4W 5G1<br>CANADA | Claim Number: 8925<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED    Claimed: | $12,598.73 | | |
| HEWLETT-PACKARD COMPANY<br>MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALYST<br>2125 E. KATELLA AVENUE, SUITE 400<br>ANAHEIM, CA 92806 | Claim Number: 6270<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED    Claimed: | $74,638.32 | Scheduled: | $69,438.37 |
| HEWLETT-PACKARD COMPANY<br>12610 PARK PLAZA DR #100<br>CERRITOS, CA 90703-9361 | Claim Number: 14094<br>Claim Date: 08/10/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8898 (01/20/2011) | | |
| ADMINISTRATIVE    Claimed: | $20,923.06 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HF CONTROLS CORPORATION<br>1624 WEST CROSBY ROAD, # 124<br>CARROLLTON, TX 75006 | Claim Number: 5623<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,794.12 | Scheduled: | $275.12 |
|---|---|---|---|---|

| HGC MANAGEMENT INC<br>ATTN: H. WAMBACHER, PRESIDENT<br>50 SHAVER ST RR #8<br>BRANTFORD, ON N3T 5M1<br>CANADA | Claim Number: 12833<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $1,385.70 | Scheduled: | $1,378.00 |
|---|---|---|---|---|

| HGR COMPRESSOR SERVICE INC<br>1030 BRIMS GROVE RD<br>PINNACLE, NC 27043 | Claim Number: 3637<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $25,354.96 | Scheduled: | $25,354.96 |
|---|---|---|---|---|

| HGR COMPRESSOR SERVICES, INC<br>1030 BRIMS GROVE RD.<br>PINNACLE, NC 27043 | Claim Number: 2530<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $25,354.96 |
|---|---|---|

| HGR GENERAL CONTRACTORS, LP<br>13244 CR 285<br>TYLER, TX 75707 | Claim Number: 893<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $32,064.00 | Scheduled: | $32,064.00 |
|---|---|---|---|---|

| HI TECH TESTING<br>35 FRJ DR<br>P.O.BOX 12568<br>LONGVIEW, TX 75607 | Claim Number: 4336<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| PRIORITY | Claimed: | $8,141.92 |
|---|---|---|
| UNSECURED | Claimed: | $17,024.00 |
| TOTAL | Claimed: | $17,024.00 |

| HI-TECH TESTING SERVICE, INC<br>DUDLEY SHANKLES<br>PO BOX 12568<br>LONGVIEW, TX 75607 | Claim Number: 2546<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| PRIORITY | Claimed: | $8,141.92 |
|---|---|---|
| UNSECURED | Claimed: | $17,024.00 |
| TOTAL | Claimed: | $17,024.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HI-TECH TESTING SERVICE, INC<br>DUDLEY SHANKLES<br>PO BOX 12568<br>LONGVIEW, TX 75607 | Claim Number: 4337<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| PRIORITY | Claimed: | $8,141.92 |
|---|---|---|
| UNSECURED | Claimed: | $17,024.00 |
| TOTAL | Claimed: | $17,024.00 |

---

| HICKEY, KATHLEEN<br>5865 NORTH WASHINGTON RD.<br>PIQUA, OH 45356 | Claim Number: 7258<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| HICKS, HENRY WASHINGTON, JR.<br>PO BOX 33<br>CHATHAM, LA 71226 | Claim Number: 10190<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| HIGGINS, LINDA D<br>1870 VISTAZO ST W<br>BEL TIBURON, CA 94920-1823 | Claim Number: 6687<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| HIGGOTT, VANESSA<br>118 DAVIS TRAIL<br>THORNTON, ON L0L 2N0<br>CANADA | Claim Number: 8976<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $475,194.00 |
|---|---|---|

---

| HIGH MOUNTAIN ENTERPRISES INC<br>PO BOX 143<br>VICTOR, MT 59875 | Claim Number: 5024<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $6,344.71 | Scheduled: | $12,689.41  UNLIQ |
|---|---|---|---|---|

---

| HIGH MOUNTAIN ENTERPRISES, INC.<br>HIGH MOUNTAIN LOGGING<br>P.O. BOX 143<br>VICTOR, MT 59875 | Claim Number: 244<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $12,689.41 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HIGH TEC INDUSTRIAL INC
15 INDUSTRY PARK COURT
TIPP CITY, OH 45371

Claim Number: 4728
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,552.73 | Scheduled: | $4,000.00 |

HIGH VOLTAGE MAINTENANCE CORPORATION
C/O ADELINE ROSEMBER, EMERSON PROCESS
MANAGEMENT LLP
12001 TECHNOLOGY DRIVE
EDEN PRAIRIE, MN 55344

Claim Number: 2652
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3195 (12/16/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,080.00 | Scheduled: | $4,080.00 |

HIGHLAND PHYSICIAN LTD
PO BOX 181
HIGHLAND, IL 62249

Claim Number: 5829
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,350.00 | Scheduled: | $1,350.00 |

HIGHLAND-EXCHANGE SERVICE COOPERATIVE
RYAN ZIKA, PETERSON & MYERS, P.A.
POST OFFICE BOX 24628
LAKELAND, FL 33802

Claim Number: 1216
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $46,191.82 | Scheduled: | $47,681.60 |

HIGHLINE CAPITAL CORP.
2930 CENTER GREEN COURT SOUTH
BOULDER, CO 80301

Claim Number: 10770
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | | | Scheduled: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $1,287.46 | Scheduled: | $1,287.46 UNLIQ |

HIGHTOWER, RONNIE EUGENE
801 HIGHWAY 146
CHATHAM, LA 71226

Claim Number: 10420
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

HILBERT, ALICE E
63 DURHAM ROAD
OTTSVILLE, PA 18942

Claim Number: 3975
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HILGER, M J
3626 PANTHER LANE
CEDAR FALLS, IA 50613

Claim Number: 11369
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00 UNDET | | |

---

HILL COMMUNICATIONS
3009 MOUNTAIN CRESCENT
P O BOX 12438
MONTOURSVILLE, PA 17754

Claim Number: 6301
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $711.23 | Scheduled: | $675.23 |

---

HILL ENGINEERS
50 DEPOT STREET
DALTON, MA 01226

Claim Number: 14113
Claim Date: 08/12/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8418 (08/19/2010)

| UNSECURED | Claimed: | $4,140.24 | | |

---

HILL MANUFACTURING CO INC
1500 JONESBORO ROAD SE.
ATLANTA, GA 30315

Claim Number: 5255
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $10,599.67 | Scheduled: | $11,609.94 |

---

HILL, BROCK DOUGLAS
ATTN: JOYCE DEPEW
18 SHECO COURT
COURTICE, ON L1E 2X2
CANADA

Claim Number: 9013
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ | | |

---

HILL, EDWARD C
206 SOUTH FOURTH STREET
NORTH WALES, PA 19454

Claim Number: 9973
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $105,267.60 | | |

---

HILL, GILBERT C.
P.O. BOX 1457
SPRINGERVILLE, AZ 85938

Claim Number: 13289
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00 UNLIQ | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HILL, GILBERT C.
P.O. BOX 1457
SPRINGERVILLE, AZ 85938

Claim Number: 13290
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

HILL, JOE WILLIE
292 HAMPTON RD
ARCADIA, LA 71007-5633

Claim Number: 7010
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00  UNDET |
|---|---|---|

HILL, ROBERT K
30 MACEY LANE
TOWNSEND, DE 19734

Claim Number: 10035
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

HILL, ROBERT K.
30 MACEY LANE
TOWNSEND, DE 19734

Claim Number: 13445
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

HILL, WALTER
2267 SOUTH HILL RD
TIMMONSVILLE, SC 29161

Claim Number: 7859
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| PRIORITY | Claimed: | $3,000.00 |
|---|---|---|

HILLCREST ENTERPRISES INC
11092 AIR PARK RD.
P.O. BOX 6008
ASHLAND, VA 23005

Claim Number: 2942
Claim Date: 05/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| UNSECURED | Claimed: | $586.77 | Scheduled: | $586.77 |
|---|---|---|---|---|

HILLSBOROUGH COUNTY TAX COLLECTOR
ATTN: DOUG BELEN
601 E. KENNEDY BLVD., 14TH FLOOR
TAMPA, FL 33602-4931

Claim Number: 13642
Claim Date: 11/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 4836 (02/09/2010)

| SECURED | Claimed: | $41,865.41  UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| HILSCHER-CLARKE ELECTRIC COMPANY<br>519 - 4TH STREET NW<br>CANTON, OH 44703 | | Claim Number: 3315<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $30,029.00 | | |

---

| | | | | |
|---|---|---|---|---|
| HILSCHER-CLARKE ELECTRIC COMPANY<br>C/O ROBERT B. PRESTON III<br>220 MARKET AVENUE SOUTH, SUITE 1000<br>CANTON, OH 44702 | | Claim Number: 5331<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $30,029.38 | Scheduled: | $29,636.98 |

---

| | | | | |
|---|---|---|---|---|
| HIMIC COMPANY, THE<br>PO BOX 36424<br>BIRMINGHAM, AL 35236 | | Claim Number: 4789<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010) | | |
| UNSECURED | Claimed: | $2,225.95 | Scheduled: | $2,225.95 |

---

| | | | | |
|---|---|---|---|---|
| HINRICHS, CHARLES<br>14221 MANDERLEIGH WOODS DR<br>TOWN AND COUNTRY, MO 63017 | | Claim Number: 9622<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | |
| UNSECURED | Claimed: | $1,151,751.00 | | |

---

| | | | | |
|---|---|---|---|---|
| HINRICHS, CHARLES<br>14221 MANDERLEIGH WOODS DR<br>TOWN AND COUNTRY, MO 63017 | | Claim Number: 12300<br>Claim Date: 09/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | |
| UNSECURED | Claimed: | $1,437,615.00 | Scheduled: | $1,437,615.00 |

---

| | | | | |
|---|---|---|---|---|
| HINTON, JOHN LEVON, SR.<br>659 EAST ANTIOCH RD<br>QUITMAN, LA 71268 | | Claim Number: 10191<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00    UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| HINTON, LILLIE<br>2042 RIVER RD<br>SPARTA, WI 54656-2386 | | Claim Number: 6594<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | |
| UNSECURED | Claimed: | $0.00    UNDET | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HIRSH INDUSTRIES INC<br>11229 AURORA AVE<br>URBANDALE, IA 50322 | Claim Number: 4892<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $250.00 |
|---|---|---|

---

| HITCH, EVALYN K<br>24 BEECH AVE<br>ALDAN, PA 19018-3701 | Claim Number: 12230<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| HITE CO., THE<br>PO BOX 1807<br>ALTOONA, PA 16603-1807 | Claim Number: 3816<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,867.20 | Scheduled: | $1,839.98 |
|---|---|---|---|---|

---

| HITEX TOOL & DIE<br>P.O. BOX 5667<br>LONGVIEW, TX 75608 | Claim Number: 347<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $10,051.00 |
|---|---|---|

---

| HIWASSEE TIMBER COMPANY, LLC<br>PO BOX 1489<br>ATHENS, TN 37371-1489 | Claim Number: 782<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $69,505.77 | Scheduled: | $139,011.54  UNLIQ |
|---|---|---|---|---|

---

| HLF (DIVERSIFED) INC<br>3912 HIGHWAY #1<br>UNIONVILLE, ON L3R 1L3<br>CANADA | Claim Number: 8623<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance |
|---|---|

| UNSECURED | Claimed: | $384.69 |
|---|---|---|

---

| HLF DIVERSIFIED INC<br>3912 HWY 7<br>MARKHAM, ON L3R 1L3<br>CANADA | Claim Number: 8624<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $341.11 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| HMB MFG & SUPPLY CO<br>2774 BONCHEFF DRIVE<br>4758 SOUTH 295TH ST W<br>SAN JOSE, CA 95113 | | Claim Number: 4836<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $849.49 | Scheduled: | $849.49 |

---

| | | |
|---|---|---|
| HMB MFG & SUPPLY CO<br>2774 BONCHEFF DRIVE<br>4758 SOUTH 295TH ST W<br>SAN JOSE, CA 95113 | | Claim Number: 4837-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) |
| UNSECURED | Claimed: | $14.59 |

---

| | | | | |
|---|---|---|---|---|
| HMB MFG & SUPPLY CO<br>2774 BONCHEFF DRIVE<br>4758 SOUTH 295TH ST W<br>SAN JOSE, CA 95113 | | Claim Number: 4837-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |

---

| | | |
|---|---|---|
| HMH TRANSPORTATION<br>514 N MAIN STREET<br>BALTIMORE, OH 43105 | | Claim Number: 9814<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $102,816.25 |

---

| | | |
|---|---|---|
| HMH TRANSPORTATION<br>514 N. MAIN ST.<br>P.O.BOX 126<br>BALTIMORE, OH 43105 | | Claim Number: 9817<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $102,816.28 |

---

| | | |
|---|---|---|
| HMH TRANSPORTATION, INC.<br>514 N. MAIN STREET<br>P.O. BOX 126<br>BALTIMORE, OH 43105 | | Claim Number: 25<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $106,326.50 |

---

| | | |
|---|---|---|
| HMH TRANSPORTATION, INC.<br>514 N. MAIN STREET<br>P.O. BOX 126<br>BALTIMORE, OH 43105 | | Claim Number: 9816<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $102,816.28 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HOAGLAND, FITZGERALD, SMITH & PRANAITIS<br>401 MARKET STREET<br>PO BOX 130<br>ALTON, IL 62002 | Claim Number: 3351<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $36,604.01 | Scheduled: | $26,724.01 |

| HOBBS, JOHN M<br>232 TURNER ROAD<br>MERRYVILLE, LA 70653 | Claim Number: 5834<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

| HOBBY LAWN<br>PO BOX 87386<br>HOUSTON, TX 77287 | Claim Number: 11184<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,502.17 | Scheduled: | $3,435.39 |

| HOBOR, LOUIS<br>413 SPRINGVIEW LOOP<br>PORT ST. LUCIE, FL 34986 | Claim Number: 7383<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $190,800.00 |

| HOBSON, DERRY<br>5213 BALMORAL LANE<br>FLOWER MOUND, TX 75028 | Claim Number: 5294<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|
| PRIORITY | Claimed: | $8,524.00 |

| HOBSON, MELVIN DALE<br>902 LOCKHART DRIVE<br>QUITMAN, LA 71268 | Claim Number: 10192<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| HODDE, EDWIN R<br>127 WINDY HILL DRIVE<br>CHERRYVILLE, NC 28021 | Claim Number: 6781<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HODOR, RICHARD<br>8114 W 125TH ST<br>PALOS PARK, IL 60464 | | Claim Number: 12241<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

| HOERNER BOXES<br>PO BOX 2382<br>TUPELO, MS 38803 | | Claim Number: 5665-01<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,138.48 | Scheduled: | $9,112.30 |

| HOERNER BOXES<br>PO BOX 2382<br>TUPELO, MS 38803 | | Claim Number: 5665-02<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,968.05 | | |

| HOERNER BOXES INC.<br>P.O. BOX 2382<br>TUPELO, MS 38803 | | Claim Number: 8690<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,106.53 | | |

| HOFFMAN FLORIST<br>428 WEST MAIN STREET<br>P.O.BOX 530645<br>GRAND PRAIRIE, TX 75050 | | Claim Number: 4306<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $413.88 | Scheduled: | $111.50 |

| HOFFMANN, HEIDI B<br>2330 FRANCIS STREET<br>S ST PAUL, MN 55075 | | Claim Number: 6524<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ | | |

| HOFHEIMER GARTLIR & GROSS, LLP COUNSEL<br>FOR DOLLAR TREE STORES, INC. ATTN: SCOTT<br>KIPNIS & RACHEL GREENBERGER & NICHOLAS<br>MALITO, 530 FIFTH AVE<br>NEW YORK, NY 10036 | | Claim Number: 10762<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,590.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HOGAN MOTOR LEASING INC
1000 N 14TH ST
P.O.BOX 7521
ATTN: JULIE HUTSON
SAINT LOUIS, MO 63106

Claim Number: 6415
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $31,694.77 |
|---|---|---|

---

HOGAN, RONNIE G.
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10698
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $5,926.55 |
|---|---|---|

---

HOGUE PRINTING INC
159 W 1ST AVE
MESA, AZ 85210

Claim Number: 10077
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $141,867.59 | Scheduled: | $141,298.84 |
|---|---|---|---|---|

---

HOLDER ELECTRIC SUPPLY INC
P.O. BOX 2368
GREENVILLE, SC 29602

Claim Number: 1818
Claim Date: 03/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $445.85 |
|---|---|---|

---

HOLDER ELECTRIC SUPPLY INC
PO BOX 2368
GREENVILLE, SC 29602

Claim Number: 4876
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $718.35 | Scheduled: | $721.82 |
|---|---|---|---|---|

---

HOLDER, ALFONSO
215 DAVIS AVE
ANDALUSIA, AL 36420

Claim Number: 12125
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

HOLDER, TERRY
C/O W. DARRELL WHITLEY, ESQ.
23 W. 2ND ST.
LEXINGTON, NC 27292

Claim Number: 2694
Claim Date: 04/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $7,000.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| HOLDER, TERRY<br>C/O DARRELL WHITLEY<br>NACHAMIE & WHITLEY PLLC<br>23 WEST SECOND STREET<br>LEXINGTON, NC 27292 | | Claim Number: 2698<br>Claim Date: 04/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | | |
| UNSECURED | Claimed: | $7,000.00 | | | |
| HOLDER, TERRY<br>C/O DARRELL WHITLEY<br>NACHAMIE & WHITLEY PLLC<br>23 WEST SECOND STREET<br>LEXINGTON, NC 27292 | | Claim Number: 7527<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $7,000.00 | Scheduled: | $0.00 | UNLIQ |
| HOLDER, WILLIE C.<br>27 WILLIE WILEY SR. CIRCLE<br>EVERGREEN, AL 36401 | | Claim Number: 9964<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | | |
| UNSECURED | Claimed: | $0.00    UNDET | | | |
| HOLIAN INSULATION COMPANY, INC.<br>11 E ADAMS - SUITE 800<br>CHICAGO, IL 60603 | | Claim Number: 7206<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| PRIORITY | Claimed: | $29,390.00 | | | |
| SECURED | Claimed: | $29,390.00 | | | |
| TOTAL | Claimed: | $29,390.00 | | | |
| HOLIAN INSULATION COMPANY, INC.<br>C/O TELLER, LEVIT & SILVERTRUST, PC<br>11 E ADAMS - STE 800<br>CHICAGO, IL 60603 | | Claim Number: 7709<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | | |
| PRIORITY | Claimed: | $29,390.00 | | | |
| SECURED | Claimed: | $29,390.00 | | | |
| UNSECURED | | | Scheduled: | $29,660.00 | |
| TOTAL | Claimed: | $29,390.00 | | | |
| HOLIDAY GROUP INC<br>4875 DES GRANDES PRAIRIES<br>MONTREAL, QC H1R 1X4<br>CANADA | | Claim Number: 10773<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | | |
| UNSECURED | Claimed: | $4,695.63 | | | |
| HOLLAND, THOMAS W<br>PO BOX 984<br>HODGE, LA 71247 | | Claim Number: 10193<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $0.00    UNLIQ | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HOLLENBECK, HORACE
1594 S NUGENT RD
LUMMI ISLAND, WA 98262

Claim Number: 6313
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

HOLLENBECK, RAYMOND J
9463 SUMMIT ROAD
CASSVILLE, NY 13318

Claim Number: 5980
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| SECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

HOLLEY ELECTRIC SITE PRP GROUP
C/O KING & SPALDING LLP
ATTN: CHARLES H. TISDALE JR
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309-3521

Claim Number: 9416
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8445 (08/25/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

HOLLEY INC
PO BOX 2255
TALLAHASSEE, FL 32316-2255

Claim Number: 6030-01
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 5768 (03/11/2010)

| ADMINISTRATIVE | Claimed: | $1,506.73 |
|---|---|---|

---

HOLLEY INC
PO BOX 2255
TALLAHASSEE, FL 32316-2255

Claim Number: 6030-02
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 5768 (03/11/2010)

| UNSECURED | Claimed: | $7,484.08 |
|---|---|---|

---

HOLLIDAY SHEET METAL CO
PO BOX 130995
TYLER, TX 75713-0994

Claim Number: 7570
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)

| UNSECURED | Claimed: | $5,123.00 | Scheduled: | $5,188.00 |
|---|---|---|---|---|

---

HOLLOWAY, GREGORY ALLEN
4834 COUNTRY MILL ROAD
JAY, FL 32565

Claim Number: 10920
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $20,985.60 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HOLLY REFINING & MARKETING COMPANY - WOODS CROSS<br>ATTN: JOHN HARRISON<br>100 CRESCENT COURT, SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 11103<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $6,332.00 | Scheduled: | $4,802.50 |
|---|---|---|---|---|

---

| HOLLY'S CUSTOM PRINT INC.<br>P.O. BOX 4454<br>NEWARK, OH 43058 | Claim Number: 1013<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $247.20 | Scheduled: | $247.00 |
|---|---|---|---|---|

---

| HOLMES, NATHAN S<br>861 EUBANKS COURT<br>MARCO ISLAND, FL 34145 | Claim Number: 10605<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9033 (04/25/2011) |
|---|---|

| UNSECURED | Claimed: | $534,620.00 |
|---|---|---|

---

| HOLMES, WILLIE A.<br>70 HEMLOCK ST.<br>EVERGREEN, AL 36401 | Claim Number: 11514<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| HOLMING FAN AND FABRICATION LLC<br>6900 NORTH TEUTONIA AVE<br>MILWAUKEE, WI 53209 | Claim Number: 4386<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $16,459.50 | Scheduled: | $18,499.50 |
|---|---|---|---|---|

---

| HOLYOKE VISITING NURSE ASSOCIATION<br>113 HAMPDEN STREET<br>HOLYOKE, MA 01040 | Claim Number: 5754<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $375.00 | Scheduled: | $375.00 |
|---|---|---|---|---|

---

| HOME INSURANCE COMPANY IN LIQUIDATION, THE - KAREN TISDELL<br>55 SOUTH COMMERCIAL STREET<br>MANCHESTER, NH 03101 | Claim Number: 13999<br>Claim Date: 04/15/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) |
|---|---|

| UNSECURED | Claimed: | $1,508,179.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HOME INSURANCE COMPANY INC., THE LIQUIDATION- KAREN TISDELL<br>55 SOUTH COMMERCIAL STREET<br>MANCHESTER, NH 03101 | Claim Number: 3715<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| HOME OF HOFMEISTER HAMS<br>2386 90 S BLUE ISLAND AVENUE<br>CHICAGO, IL 60608 | Claim Number: 8226<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| UNSECURED | Claimed: | $4,140.97 |
|---|---|---|

| HOME RUN INN FROZEN FOODS<br>1300 INTERNATIONAL PARKWAY<br>WOODRIDGE, IL 60517 | Claim Number: 6447<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $12,550.70 |
|---|---|---|

| HONEY CELL, INC.<br>850 UNION AVENUE<br>BRIDGEPORT, CT 06607 | Claim Number: 188<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $29,875.98 |
|---|---|---|

| HONEY CELL, INC.<br>850 UNION AVENUE<br>BRIDGEPORT, CT 06607 | Claim Number: 1649<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $41,262.40 | Scheduled: | $50,557.92 |
|---|---|---|---|---|

| HONEYCORR, INC.<br>1206 N. 11TH AVE. E., BOX 6<br>NEWTON, IA 50208 | Claim Number: 1627<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $767.00 | Scheduled: | $767.00 |
|---|---|---|---|---|

| HOOD RIVER LIONS CLUB, INC.<br>PO BOX 860<br>HOOD RIVER, OR 97031 | Claim Number: 2815<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,672.00 | Scheduled: | $627.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HOOD, DORIS O
401B ELLENBERG AVE
GREENWOOD, SC 29646

Claim Number: 4094
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

HOOPER, ROBERT
P.O. BOX 841
WEST POINT, VA 23181

Claim Number: 11657
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $500,000.00 |
|---|---|---|

---

HOOSIER DISPOSAL INC
6660 SOUTH STATE RD 37
BLOOMINGTON, IN 47403

Claim Number: 6852
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $51,543.09 | Scheduled: | $57,837.09 |
|---|---|---|---|---|

---

HOOSIER PAPER COMPANY
3806 E MICHIGAN
SHELBYVILLE, IN 46176

Claim Number: 4299
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7516 (05/07/2010)

| UNSECURED | Claimed: | $993.74 | Scheduled: | $993.00 |
|---|---|---|---|---|

---

HOOSLINE, PAT
2353 225TH AVE NE
EAST BETHEL, MN 55005

Claim Number: 10565
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $7,360.00 | Scheduled: | $7,360.00 |
|---|---|---|---|---|

---

HOOSLINE, PAT
2353 225TH AVENUE NE
EAST BETHEL, MN 55005

Claim Number: 10566
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $7,360.00 |
|---|---|---|

---

HOOVER INSTRUMENT SER
401 NORTH HOME RD
MANSFIELD, OH 44906-2398

Claim Number: 3970
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $160.00 | Scheduled: | $160.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HOOVER PAINT & WALLCOVERING
830 MEMORIAL BLVD
MURFREESBORO, TN 37129

Claim Number: 3850
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $425.26 | Scheduled: | $425.26 |

HOPE SERVICES
30 LAS COLINAS LANE
SAN JOSE, CA 95119

Claim Number: 3065
Claim Date: 05/22/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,124.76 |

HOPE SERVICES INC
30 LAS COLINAS LANE
SAN JOSE, CA 95119

Claim Number: 5942
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,124.76 | Scheduled: | $1,124.76 |

HOPEWELL HARDWOOD SALES INC
PO BOX 281
HOPEWELL, VA 23860

Claim Number: 9833
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,498.67 |

HOPKINS COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 630
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $1,731.96 | UNLIQ |

HOPKINS COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 1114
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $1,731.96 | UNLIQ |

HOPKINS COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 1311
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $1,731.96 | UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| HOPKINS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 13866<br>Claim Date: 03/08/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| SECURED | Claimed: | $865.98   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| HOPKINS COUNTY<br>ELIZABETH WELLER/LAURIE SPINDLER HUFFMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 13964<br>Claim Date: 04/05/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 12 (06/11/2010) | | |
| ADMINISTRATIVE | Claimed: | $792.59   UNLIQ | | |
| SECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| HOPKINS, CHARLES L<br>PO BOX 1033<br>HODGE, LA 71247 | | Claim Number: 10194<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| HOPKINS, DANIEL LEE<br>320 W CHARLOTTE AVENUE<br>RUSTON, LA 71270 | | Claim Number: 10195<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| HORACIO LOPEZ<br>PO BOX 5745<br>BARRIO RIO LAJAS<br>TOA ALTA, PR 00953 | | Claim Number: 11429<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET: 7552 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,399.03 | Scheduled: | $1,885.04 |

---

| | | | | |
|---|---|---|---|---|
| HORIZON LUBRICANTS<br>PO BOX 97385<br>DALLAS, TX 75397 | | Claim Number: 5837<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $4,531.96 | Scheduled: | $4,531.96 |

---

| | | | | |
|---|---|---|---|---|
| HORIZON STAFFING, INC.<br>ATTN: STEPHANIE WEBB<br>650 MOUNT ZION ROAD<br>JONESBORO, GA 30236 | | Claim Number: 7231<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,149.93 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HORIZONS CONSULTING, INC.<br>ATTN: JOHN H. RUCKER, PRESIDENT<br>25521 SAINT FRANCIS ROAD<br>JERSEYVILLE, IL 62052 | Claim Number: 48<br>Claim Date: 02/02/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $6,897.00 | | |
|---|---|---|---|---|

| HORIZONS CONSULTING, INC.<br>ATTN: JOHN H. RUCKER, PRESIDENT<br>25521 SAINT FRANCIS ROAD<br>JERSEYVILLE, IL 62052 | Claim Number: 49<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $90,399.00 | | |
|---|---|---|---|---|

| HORIZONS CONSULTING, INC.<br>ATTN: JOHN H. RUCKER, PRESIDENT<br>25521 SAINT FRANCIS ROAD<br>JERSEYVILLE, IL 62052 | Claim Number: 50<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $60,662.25 | Scheduled: | $182,259.06 |
|---|---|---|---|---|

| HORIZONS CONSULTING, INC.<br>ATTN: JOHN H. RUCKER, PRESIDENT<br>25521 SAINT FRANCIS ROAD<br>JERSEYVILLE, IL 62052 | Claim Number: 124<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $60,662.25 | | |
|---|---|---|---|---|

| HORIZONS CONSULTING, INC.<br>ATTN: JOHN H. RUCKER, PRESIDENT<br>25521 SAINT FRANCIS ROAD<br>JERSEYVILLE, IL 62052 | Claim Number: 125<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $90,399.00 | | |
|---|---|---|---|---|

| HORIZONS CONSULTING, INC.<br>ATTN: JOHN H. RUCKER, PRESIDENT<br>25521 SAINT FRANCIS ROAD<br>JERSEYVILLE, IL 62052 | Claim Number: 126<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $6,897.00 | | |
|---|---|---|---|---|

| HORIZONS CONSULTING, INC.<br>ATTN: JOHN H. RUCKER, PRESIDENT<br>25521 SAINT FRANCIS ROAD<br>JERSEYVILLE, IL 62052 | Claim Number: 284<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $60,662.25 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HORIZONS CONSULTING, INC.<br>ATTN: JOHN H. RUCKER, PRESIDENT<br>25521 SAINT FRANCIS ROAD<br>JERSEYVILLE, IL 62052 | Claim Number: 2513<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $24,300.81 | | |
|---|---|---|---|---|

| HORN JR., NORBERT R<br>10 MOUNT VIEW AVE<br>WARSAW, NY 14569 | Claim Number: 7495<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| HORSEPOWER CONTROL SYSTEMS,.INC.<br>906 LYDIA<br>KANSAS CITY, MO 64106 | Claim Number: 1490<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $4,073.01 | | |
|---|---|---|---|---|

| HORTER, TWILA M<br>469 S. MORGAN<br>KAHOKA, MO 63445 | Claim Number: 6867<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| HOUSE OF ELECTRICAL<br>880 MILNER AVE.<br>SCARBOROUGH, ON M1B 5N7<br>CANADA | Claim Number: 8310<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance |
|---|---|

| UNSECURED | Claimed: | $2,388.70 | Scheduled: | $2,218.48 |
|---|---|---|---|---|

| HOUSTON, LONNIE E<br>1203 BAKER STREET<br>JONESBORO, LA 71251 | Claim Number: 10197<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| HOWARD ROOFING CO., INC.<br>C/O BUXBAUM & CHAKMAK<br>414 YALE AVENUE<br>CLAREMONT, CA 91711 | Claim Number: 3328<br>Claim Date: 06/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $77,048.10 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HOWARD ROOFING COMPANY, INC.
C/O BUXBAUM & CHAKMAK
414 YALE AVENUE
CLAREMONT, CA 91711

Claim Number: 3396
Claim Date: 06/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $77,048.10 |
|---|---|---|

---

HOWARD, DELMAR
139 BAY MEADOW DR.
BATAVIA, OH 45103

Claim Number: 13687
Claim Date: 12/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $250,000.00 |
|---|---|---|

---

HOWARD, DONALD
332 UTICA STREET
TONAWANDA, NY 14150

Claim Number: 9098
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

HOWARD, DORIS
105 HORSESHOE DR
ROYERSFORD, PA 19468-3330

Claim Number: 6989
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

HOWARD, E J
430 MAIN STREET
LOVELAND, OH 45140-2535

Claim Number: 4474
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

HOWARD, EVERETT
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10728
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $23,140.70 |
|---|---|---|

---

HOWARD, EVERETT E JR.
4939 WINDWARD PLACE
FERNANDINA BCH, FL 32034

Claim Number: 10441
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HOWARD, JAMES R
126 MANTEL STREET
EAST BREWTON, AL 36426

Claim Number: 12157
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| TOTAL | Claimed: | $0.00 UNDET |
| --- | --- | --- |

HOWARD, JOHN J
125 MANDEL DRIVE
SOUTHINGTON, CT 06489

Claim Number: 9641
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $572,818.00 UNDET |
| --- | --- | --- |

HOWARD, JOHN J
125 MANDEL DRIVE
SOUTHNGTON, CT 06489

Claim Number: 9642
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8757 (11/15/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

HOWARD, JOHN J
125 MANDEL DRIVE
SOUTHINGTON, CT 06489

Claim Number: 11272
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8757 (11/15/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

HOWARD, MICKEY DEAN
900 COUNTRY ROAD
JONESBORO, LA 71251

Claim Number: 10196
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

HOWARD, RANDY LEE
134 G HOWARD ROAD
QUITMAN, LA 71268

Claim Number: 10198
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

HOWCHICK, CAROLYN
56 HOWARD DRIVE
PENSACOLA, FL 32503

Claim Number: 11357
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HOWDEN BUFFALO INC.<br>C/O LONGACRE OPPORTUNITY FUND, L.P.<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, FLOOR 33<br>NEW YORK, NY 10019 | Claim Number: 2482<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $16,486.32 | Scheduled: | $16,486.32 |
|---|---|---|---|---|

| HOWDEN BUFFALO INC.<br>ATTN: MORRIS FAILA, CREDIT ANALYST<br>2029 WEST DEKALB STREET<br>CAMDEN, SC 29020 | Claim Number: 2508<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>$9,277.49 Canadian |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $7,622.62 |
|---|---|---|---|---|

| HOWELL, PAUL L<br>2101 OIL WELL ROAD<br>FLOMATON, AL 36441 | Claim Number: 7975<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| HOWINGTON, JAMES<br>C/O THOMAS ALBRITTON<br>ALBRITTON CLIFTON ALVERSON MOODY ET AL<br>PO BOX 880<br>ANDALUSIA, AL 36420 | Claim Number: 11497<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $100,000.00 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| HOWLE, ANDREW<br>773 AIRPORT STREET<br>MOBILE, AL 36608 | Claim Number: 6525<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| HOWLE, ANDREW JACKSON<br>773 AIRPORT STREET<br>MOBILE, AL 36604 | Claim Number: 8824<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| HPD LLC<br>23563 W. MAIN ST.<br>PLAINFIELD, IL 60544 | Claim Number: 6640<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $11,178.90 | Scheduled: | $11,178.90 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HPE AUTOMATION<br>PO BOX 8608<br>DEERFIELD BEACH, FL 33443 | | Claim Number: 4704-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,397.48 | Scheduled: | $24,279.60 |

---

| HPE AUTOMATION<br>PO BOX 8608<br>DEERFIELD BEACH, FL 33443 | | Claim Number: 4704-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,882.12 | | |

---

| HR DIRECT<br>PO BOX 452019<br>SUNRISE, FL 33345 | | Claim Number: 8803<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $384.54 | Scheduled: | $1,473.05 |

---

| HTC METALS INC.<br>P.O. BOX 128<br>DODSON, LA 71422 | | Claim Number: 2386<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 6647 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,369.53 | | |

---

| HUB CITY RECYCLING INC<br>200 E THIRD ST<br>CENTRALIA, WA 98531 | | Claim Number: 3827<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 4966 (02/12/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,811.00 | Scheduled: | $1,811.00 |

---

| HUB GROUP, INC<br>3050 HIGHLAND PARKWAY<br>SUITE 100<br>DOWNERS GROVE, IL 60515 | | Claim Number: 6671<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $402,714.24 | Scheduled: | $103,487.20 |

---

| HUBBARD, JUNE D<br>504 NW DENTON AVE<br>DALLAS, OR 97338 | | Claim Number: 4107<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $80.85   UNLIQ | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HUBBELL MECHANICAL SUPPLY
PO BOX 3813 G.S.
SPRINGFIELD, MO 65808

Claim Number: 3125
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $411.46 | | $411.46 |

HUCKABY, ALTON R.
BARON & BUDD, P.C.
THE CENTRUM SUITE 1100
3102 OAK LAWN AVE
DALLAS, TX 75219

Claim Number: 11831
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 6649 (04/07/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00   UNDET |

HUCKABY, BOBBY WAYNE
228 MONROE JACKSON DRIVE
QUITMAN, LA 71268

Claim Number: 10199
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00   UNLIQ |

HUCKABY, CHRISTINE GRAY
5507 QUITMAN HIGHWAY
QUITMAN, LA 71268

Claim Number: 10200
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00   UNLIQ |

HUCKABY, CRAWFORD
5507 QUITMAN HWY
QUITMAN, LA 71268

Claim Number: 10201
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00   UNLIQ |

HUDSON AND BONDURANT P.C.
826 MAIN STREET
P.O. BOX 231
WEST POINT, VA 23181

Claim Number: 3153
Claim Date: 05/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $707.00 | | $707.00 |

HUDSON, CURTIS E
2400 W JONATHAN DR
OAK CREEK, WI 53154

Claim Number: 6000
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00   UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HUDSON, ELBY D<br>114A SPEIR LANE<br>ELIGIN, TX 78621 | | Claim Number: 4440<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| HUGHES OIL CO., INC.<br>PO BOX 268<br>HOMERVILLE, GA 31634 | | Claim Number: 7898<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,021.18 | Scheduled: | $18,021.18 |

---

| HUGHES PRIMEAU CONTROLS INC<br>261 ALPHA PARK<br>CLEVELAND, OH 44143 | | Claim Number: 3633<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,291.04 | Scheduled: | $10,291.04 |

---

| HUGHES, BESSIE M<br>1610 GUNN STREET<br>RICHMOND, VA 23224-8010 | | Claim Number: 5210<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| SECURED | Claimed: | $0.00   UNLIQ | | |

---

| HUGHES, KENNETH ROSS<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 13006<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | |
| UNSECURED | Claimed: | $138,020.91 | Scheduled: | $126,571.94 |

---

| HULCHER SERVICES INC<br>PO BOX 7164<br>SAINT LOUIS, MO 63177 | | Claim Number: 4584<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,026.34 | | |

---

| HULLINGER, ANN K<br>404 MORNING GLORY LA<br>SPRING MILL<br>MIDDLETOWN, DE 19709 | | Claim Number: 5157<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HUMAN TECHNOLOGIES CORPORATION<br>2260 DWYER AVENUE<br>UTICA, NY 13501 | | Claim Number: 4780<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,695.80 | Scheduled: | $9,695.80 |

---

| HUMBLE, RAMONA<br>127 G. STREET<br>BRAWLEY, CA 92227 | | Claim Number: 4330<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $22,000.00 | | |

---

| HUMBLE, RAMONA<br>127 G. STREET<br>BRAWLEY, CA 92227 | | Claim Number: 8315<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,000.00 | | |

---

| HUMBOLDT CITY MAYOR<br>1421 OSBORNE<br>HUMBOLDT, TN 38343 | | Claim Number: 9198<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $28,567.98 | Scheduled: | $82,107.16 |

---

| HUMBOLDT CITY MAYOR<br>1421 OSBORNE<br>HUMBOLDT, TN 38343 | | Claim Number: 9199<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,925.50 | | |

---

| HUMBOLDT CITY MAYOR<br>1421 OSBORNE<br>HUMBOLDT, TN 38343 | | Claim Number: 9200<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | |
|---|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $57,979.89 | Scheduled: | $57,527.60 |

---

| HUMBOLDT INDUSTRIAL SUPPLY- ASSIGNOR<br>C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE<br>& ATTORNEY-IN-FACT<br>2699 WHITE ROAD SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 9183-01<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,240.75 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

HUMBOLDT INDUSTRIAL SUPPLY- ASSIGNOR
C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE
& ATTORNEY-IN-FACT
2699 WHITE ROAD SUITE 255
IRVINE, CA 92614

Claim Number: 9183-02
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2205 (10/09/2009)

| ADMINISTRATIVE | Claimed: | $2,240.75 |
|---|---|---|

---

HUMBOLDT SANITATION RECYCLING
PO BOX 2812
MCKINLEYVILLE, CA 95521

Claim Number: 7607
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

HUMPHREY MANLIFT CO.
PO BOX 385
FARIBAULT, MN 55021

Claim Number: 4557
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,292.12 | Scheduled: | $2,292.12 |
|---|---|---|---|---|

---

HUNT FOREST PRODUCTS INC
PO BOX 1263
RUSTON, LA 71273

Claim Number: 6639-01
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $17,635.53 |
|---|---|---|

---

HUNT FOREST PRODUCTS INC
PO BOX 1263
RUSTON, LA 71273

Claim Number: 6639-02
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8537 (09/14/2010)

| UNSECURED | Claimed: | $6,879.03 |
|---|---|---|

---

HUNT, BRIAN E.
2433 OLIVE ST
PHILADELPHIA, PA 19130

Claim Number: 11057
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

HUNT, JEFFERY M
1907 HICKORY TRAIL
P. O. BOX 305
ARAB, AL 35016

Claim Number: 11454
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $500,000.00 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| HUNTER STEEL SALES<br>ATTN: PAUL MACKINNON<br>107 ARROW ROAD<br>GUELPH, ON N1I 1S8<br>CANADA | | Claim Number: 8454<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $4,375.39 | | |
| HUNTER STEEL SALES<br>107 ARROW ROAD<br>GUELPH, ON N1K 1S8<br>CANADA | | Claim Number: 12362-01<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $3,766.01 | Scheduled: | $4,457.75 |
| HUNTER STEEL SALES<br>107 ARROW ROAD<br>GUELPH, ON N1K 1S8<br>CANADA | | Claim Number: 12362-02<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 2205 (10/09/2009) | | |
| ADMINISTRATIVE | Claimed: | $609.38 | | |
| HUNTER, C. R<br>413 E CENTER ST<br>CEDAR CITY, UT 84720-2628 | | Claim Number: 6691<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| HUNTER, LANE<br>1756 BRIARHEATH DRIVE<br>AURORA, IL 60505 | | Claim Number: 11055<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) | | |
| UNSECURED | Claimed: | $550,000.00 | | |
| HURLEY, WILLIAM<br>505 PINEWOOD DRIVE<br>SAINT JOSEPH, MO 64506 | | Claim Number: 4082<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| HURRICANE PUMP DISTRIBUTION INC<br>134 ROMINA DRIVE, UNIT 2<br>CONCORD, ON L4K 4Z7<br>CANADA | | Claim Number: 2756<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
| UNSECURED | Claimed: | $5,201.28 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HURRICANE PUMP DISTRIBUTION INC<br>ATTN: ANTONETTE PERTA<br>134 ROMINA DRIVE, UNIT 2<br>CONCORD, ON L4K 4Z7<br>CANADA | Claim Number: 8557<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $4,261.41 | Scheduled: | $4,416.85 |
|---|---|---|---|---|

| HURSH CONTAINER<br>1000 BOWMAN ROAD<br>SPRINGFIELD, OH 45505 | Claim Number: 1448<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $50,655.52 |
|---|---|---|

| HURSH CONTAINER<br>1000 BAIR RD<br>URBANA, OH 43078-9462 | Claim Number: 11614<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| SECURED | Claimed: | $89,900.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $50,680.28 |

| HUSKEY, BRYAN K.<br>1140 S. 55<br>KANSAS CITY, KS 66106 | Claim Number: 9796<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

| HUTCHINSON, JERRY GLENN<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | Claim Number: 11832<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| HUTHER BROS., INC.<br>P.O. BOX 10457<br>ROCHESTER, NY 14610 | Claim Number: 532<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $94.86 |
|---|---|---|

| HUTHER BROS., INC.<br>P.O. BOX 10457<br>ROCHESTER, NY 14610 | Claim Number: 533<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $762.65 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| HW BRYK AND SONS<br>4300 MILITARY ROAD<br>NIAGARA FALLS, NY 14305 | Claim Number: 5714<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $931.39 | Scheduled: | $931.39 |
|---|---|---|---|---|

| HY-AIR COMPANY INC.<br>PO BOX 815<br>WEST MONROE, LA 71294 | Claim Number: 7062<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,393.47 | Scheduled: | $1,393.47 |
|---|---|---|---|---|

| HYDRA VAC INC<br>35991 HIGHWAY 21 NORTH<br>GURNEE, IL 60031 | Claim Number: 5253<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $8,309.39 | Scheduled: | $8,194.41 |
|---|---|---|---|---|

| HYDRA VAC INC.<br>35991 HIGHWAY 21 NORTH<br>GURNEE, IL 60031 | Claim Number: 5252<br>Claim Date: 07/14/2009<br>Debtor: CAMEO CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $498.91 | Scheduled: | $478.80 |
|---|---|---|---|---|

| HYDRAGEAR, INC.<br>210 FORTSON STREET<br>SHREVEPORT, LA 71107 | Claim Number: 2274<br>Claim Date: 04/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,470.73 | Scheduled: | $1,426.81 |
|---|---|---|---|---|

| HYDRALOGIE INC<br>ATTN: MANON BOULANGER<br>4005 RUE LAVOISIER<br>BOISBRIAND, QC J7H 1N1<br>CANADA | Claim Number: 12863<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $7,751.53 | Scheduled: | $7,913.11 |
|---|---|---|---|---|

| HYDRAULIC AND PNEUMATIC SYSTEMS INC<br>PO BOX 410587<br>CHARLOTTE, NC 28241 | Claim Number: 6562<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,242.16 | Scheduled: | $1,242.16 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| HYDRAULIC SERVICE CO INC<br>3215 VICTORY BLVD<br>PORTSMOUTH, VA 23702-1831 | | Claim Number: 5023<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $1,103.00 | Scheduled: | $3,640.45 |
| HYDRAULIC SERVICE CO INC<br>ATTN: JOHN M. SHORT<br>3215 VICTORY BLVD<br>PORTSMOUTH, VA 23702-1831 | | Claim Number: 8385<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $1,103.00 | | |
| HYDRAULIC SPECIALISTS INC<br>5655 GORDY DR<br>PO BOX 500<br>MIDVALE, OH 44653 | | Claim Number: 3639<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,394.87 | Scheduled: | $2,394.87 |
| HYDRAULIC SPECIALISTS, INC.<br>PO BOX 500<br>5655 GUNDY DRIVE<br>MIDVALE, OH 44653 | | Claim Number: 2539<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $2,906.57 | | |
| HYDRO-QUEBEC<br>140 CREMAGCE QUEST 1 ETAGE<br>MONTREAL, QC H4N 2Z7<br>CANADA | | Claim Number: 12716<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | |
| UNSECURED | Claimed: | $1,383,157.81 | Scheduled: | $1,237,045.65 UNLIQ |
| HYDRO-QUEBEC<br>ATTN: LINE DUCHARME<br>140 CREMAZIE OUEST, 1 ETAGE<br>MONTREAL, QC H2P 1C3<br>CANADA | | Claim Number: 13224<br>Claim Date: 08/26/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | |
| UNSECURED | Claimed: | $70,465.33 | | |
| HYDROMETRICS INC<br>3020 BOZEMAN<br>HELENA, MT 59601 | | Claim Number: 4224<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8944 (02/18/2011) | | |
| UNSECURED | Claimed: | $2,721.63 | Scheduled: | $2,721.63 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| HYDROSPACE RESEARCH<br>11842 RESEARCH CIRCLE<br>ALACHUA, FL 32615 | | Claim Number: 171<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $5,553.00 | Scheduled: | $1,294.00 |
| HYMAN PAPER COMPANY<br>PO BOX 5388<br>FLORENCE, SC 29502-5388 | | Claim Number: 4847<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | |
| UNSECURED | Claimed: | $2,894.97 | Scheduled: | $3,721.85 |
| HYPOWER SYSTEMS<br>JANE COSTEN<br>143 WHEELER STREET<br>SASKATOON, SK S7 P 0AL<br>CANADA | | Claim Number: 8743<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $737.99 | Scheduled: | $737.99 |
| HYPOWER SYSTEMS<br>JANE COSTEN<br>143 WHEELER STREET<br>SASKATOON, SK S7 P 0AL<br>CANADA | | Claim Number: 8744<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $214.68 | Scheduled: | $214.68 |
| HYQUIP INC<br>1811 DOLPHIN DR<br>WAUKESHA, WI 53186 | | Claim Number: 3837<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $148.54 | Scheduled: | $148.54 |
| HYQUIP INC<br>1811 DOLPHIN DR<br>WAUKESHA, WI 53186 | | Claim Number: 8278<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $148.54 | | |
| HYQUIP, INC.<br>1811 DOLPHIN DRIVE<br>ATTN: BRIAN PESICK<br>WAUKESHA, WI 53186 | | Claim Number: 12328<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $148.54 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| HYSTER NEW ENGLAND, INC<br>6 JONSPIN RD<br>WILMINGTON, MA 18874408 | Claim Number: 22<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $31,269.37 | |

| HYUNDAI MERCHANT MARINE CO LTD<br>ONE PIERCE PLACE  SUITE 1325<br>ITASCA, IL 60143 | Claim Number: 5738<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,151.00 | Scheduled: | $64,612.00 |

| HZT INTERNATIONAL INC.<br>BOX 37060<br>REGINA, SK S4S 7K3<br>CANADA | Claim Number: 1553<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,246.76 | Scheduled: | $9,548.48 |

| I&M INDUSTRIALS INC<br>PO BOX 8775<br>GREENVILLE, SC 29604-8775 | Claim Number: 5976<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,507.54 | Scheduled: | $2,507.54 |

| I-95 INDUSTRIAL PARK<br>C/O MID-ATLANTIC MANAGEMENT CORPORATION<br>90 S. NEWTOWN STREET RD., NEWTOWN SQUARE<br>NEWTOWN SQUARE, PA 19073-4035 | Claim Number: 5306<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
|---|---|---|---|
| SECURED | Claimed: | $4,100.00 | |

| I-95 INDUSTRIAL PARK<br>C/O MID-ATLANTIC MANAGEMENT CORPORATION<br>90 S. NEWTOWN SQUARE RD., SUITE 7<br>NEWTOWN SQUARE, PA 19073-4035 | Claim Number: 6360<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $683.33 | Scheduled: | $4,100.00 |

| I-C CONTRACTORS, INC.<br>228 EAST 34TH STREET<br>PANAMA CITY, FL 32405 | Claim Number: 2748<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $187,459.22 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| I-C CONTRACTORS, INC.<br>228 EAST 34TH STREET<br>PANAMA CITY, FL 32405 | Claim Number: 2842<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |

| UNSECURED | Claimed: | $187,459.22 | Scheduled: | $187,459.22 |

---

| IBC CREDITORS TRUST AS ASSIGNEE OF IBC<br>POLSINELLI SHUGHART PC<br>C/O ANDREW NAZAR, ESQ<br>120 WEST 12TH STREET<br>KANSAS CITY, MO 64105-1929 | Claim Number: 6303<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |

| UNSECURED | Claimed: | $101,303.34 |

---

| IBC CREDITORS TRUST AS ASSIGNEE OF IBC<br>C/O ANDREW NAZAR, ESQ.<br>POLSINELLI SHUGHART PC<br>120 WEST 12TH STREET<br>KANSAS CITY, MO 64105-1929 | Claim Number: 6896<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8758 (11/15/2010) |

| UNSECURED | Claimed: | $101,303.34 |

---

| IBEY SPRINKLERS AND LANDSCAPES<br>6170 BUTLER CREEK ROAD<br>MISSOULA, MT 59808-8671 | Claim Number: 4241<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) |

| UNSECURED | Claimed: | $63.00 | Scheduled: | $60.00 |

---

| IBM CORPORATION<br>B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | Claim Number: 795<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| PRIORITY | Claimed: | $204,702.88 |
| UNSECURED | Claimed: | $184,169.05 |

---

| IBM CORPORATION<br>B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | Claim Number: 6897<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>amends claim 795 |

| UNSECURED | Claimed: | $234,518.23 | Scheduled: | $452,508.56 |

---

| IBM CREDIT, LLC<br>B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | Claim Number: 1158<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7432 (05/04/2010) |

| UNSECURED | Claimed: | $31,076.16 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| IBS OF TALLAHASSEE<br>2543 W TENNESSEE ST<br>TALLAHASSEE, FL 32304 | Claim Number: 4552<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,862.90 | Scheduled: | $2,375.25 |
|---|---|---|---|---|

| ICETECH AMERICA INC<br>8050 BECKETT CENTER DRIVE<br>WEST CHESTER, OH 45069 | Claim Number: 6470<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,599.22 | Scheduled: | $3,599.22 |
|---|---|---|---|---|

| ICHIKAWA NORTH AMERICAN CORP<br>11097 HOUZE ROAD STE 200<br>ROSWELL, GA 30076 | Claim Number: 11164<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $300,353.00 |
|---|---|---|

| ICHIKAWA NORTH AMERICAN CORP<br>11097 HOUZE ROAD STE 200<br>ROSWELL, GA 30076 | Claim Number: 11165<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $140,373.61 | Scheduled: | $140,373.61 |
|---|---|---|---|---|

| ICHIKAWA NORTH AMERICAN CORP<br>11097 HOUZE ROAD STE 200<br>ATTN: YOSHIAKI MATSUBARA<br>ROSWELL, GA 30076 | Claim Number: 12923-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $140,373.61 |
|---|---|---|

| ICHIKAWA NORTH AMERICAN CORP<br>11097 HOUZE ROAD STE 200<br>ATTN: YOSHIAKI MATSUBARA<br>ROSWELL, GA 30076 | Claim Number: 12923-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $140,373.61 |
|---|---|---|

| ICHIKAWA NORTH AMERICAN CORP.<br>11097 HOUZE ROAD<br>SUITE 200<br>ROSWELL, GA 30076 | Claim Number: 13251<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $140,373.61 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ICHIKAWA NORTH AMERICAN CORP. | Claim Number: 13252 |
|---|---|
| 11097 HOUZE ROAD | Claim Date: 08/27/2009 |
| SUITE 200 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| ROSWELL, GA 30076 | Comments: EXPUNGED |
| | DOCKET: 7653 (03/10/2010) |

| UNSECURED | Claimed: | $300,353.00 | | |
|---|---|---|---|---|

---

| ICL SUPRESTA INC | Claim Number: 3947 |
|---|---|
| PO BOX 3247 | Claim Date: 07/08/2009 |
| CAROL STREAM, IL 60132-3247 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: EXPUNGED |
| | DOCKET: 7651 (05/18/2010) |

| ADMINISTRATIVE | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $3,377.00 | Scheduled: | $3,377.00 |

---

| IESCO INC | Claim Number: 4161 |
|---|---|
| 5235 B. WEST 65TH ST. | Claim Date: 07/09/2009 |
| BEDFORD PARK, IL 60638 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: EXPUNGED |
| | DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $2,029.41 | | |
|---|---|---|---|---|

---

| IF ROOKS & ASSOCIATES INC | Claim Number: 4974 |
|---|---|
| 106 NW DRANE STREET | Claim Date: 07/13/2009 |
| PLANT CITY, FL 33566 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $11,210.00 | Scheduled: | $11,210.00 |
|---|---|---|---|---|

---

| IFCO SYSTEMS NA, INC | Claim Number: 10850 |
|---|---|
| C/O MELISSA A. HASELDEN | Claim Date: 08/27/2009 |
| WEYCER, KAPLAN, PULASKI & ZUBER, P.C. | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 11 EAST GREENWAY PLAZA, SUITE 1400 | Comments: ALLOWED |
| HOUSTON, TX 77046 | DOCKET: 8615 (10/12/2010) |

| UNSECURED | Claimed: | $273,759.63 | Scheduled: | $653,575.65 UNLIQ |
|---|---|---|---|---|

---

| IFCO SYSTEMS, INC. | Claim Number: 1037 |
|---|---|
| HUGH M. RAY, III | Claim Date: 03/03/2009 |
| WEYCER, KAPLAN, PULASKI & ZUBER, P.C. | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| ELEVEN GREENWAY PLAZA, SUITE 1400 | Comments: ALLOWED |
| HOUSTON, TX 77046 | DOCKET: 8615 (10/12/2010) |

| ADMINISTRATIVE | Claimed: | $410,289.58   UNLIQ | | |
|---|---|---|---|---|

---

| IFM EFECTOR INC | Claim Number: 7521 |
|---|---|
| PO BOX 8538 307 | Claim Date: 08/10/2009 |
| PHILADELPHIA, PA 19171-0307 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $3,413.69 | Scheduled: | $1,535.34 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| IFS INDUSTRIES INC<br>PO BOX 8500 9495<br>PHILADELPHIA, PA 19178-9495 | | Claim Number: 4944-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,229.63 | Scheduled: | $55,686.73 |
| IFS INDUSTRIES INC<br>PO BOX 8500 9495<br>PHILADELPHIA, PA 19178-9495 | | Claim Number: 4944-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $18,437.10 | | |
| IFS INDUSTRIES INC.<br>ATTN: SANDRA KRAMER<br>P.O. BOX 1053<br>READING, PA 19603 | | Claim Number: 8404<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| ADMINISTRATIVE | Claimed: | $55,666.73 | | |
| PRIORITY | Claimed: | $55,666.73 | | |
| TOTAL | Claimed: | $55,666.73 | | |
| IGGESUND TOOLS INC<br>PO BOX 510693<br>PHILADELPHIA, PA 19175-0693 | | Claim Number: 4845<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $41,037.27 | Scheduled: | $41,075.25 |
| IH SERVICES, INC<br>C/O MICHAEL PUTNAM<br>PO BOX 5033<br>GREENVILLE, SC 29606-5033 | | Claim Number: 3534<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $63,379.96 | Scheduled: | $60,601.34 |
| IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>P.O. BOX 13708<br>MACON, GA 31208-3708 | | Claim Number: 803<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7555 (05/10/2010) | | |
| UNSECURED | Claimed: | $89,739.01 | Scheduled: | $82,557.15 |
| IKON OFFICE SOLUTIONS<br>ACCOUNTS RECEIVABLE CENTER<br>ATTN: BANKRUPTCY TEAM<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | | Claim Number: 1751<br>Claim Date: 03/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | |
| UNSECURED | Claimed: | $209,740.79 | Scheduled: | $197,228.88 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

IKON OFFICE SOLUTIONS
ACCOUNTS RECEIVABLE CENTER
ATTN: BANKRUPTCY TEAM
3920 ARKWRIGHT RD. - SUITE 400
MACON, GA 31210

Claim Number: 13708
Claim Date: 12/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $11,349.49 |

---

IKS INT'L KNIFE & SAW, INC.
ATTN: LISA LACROIX
1153 ROBERVAL SUD
GRANBY, QC J2G 8C8
CANADA

Claim Number: 12627
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,598.47 |

---

ILLINGWORTH CORPORATION
615 S. 89TH STREET
MILWAUKEE, WI 53214

Claim Number: 2717
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,793.82 | Scheduled: | $16,796.25 |

---

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
JAMES R. THOMPSON CENTER
100 W. RANDOLPH # 7-400
CHICAGO, IL 60601

Claim Number: 6962
Claim Date: 08/03/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $673.00 |
| UNSECURED | Claimed: | $101.00 |

---

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
PO BOX 64338
CHICAGO, IL 60664-0338

Claim Number: 13062
Claim Date: 09/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $125.07 |
| UNSECURED | Claimed: | $619.31 |

---

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
PO BOX 64338
CHICAGO, IL 60664-0338

Claim Number: 13063
Claim Date: 09/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $81.00 |

---

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
P.O. BOX 64338
CHICAGO, IL 60664-0338

Claim Number: 13918
Claim Date: 03/22/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,664.14 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $5,737.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ILLINOIS INDUSTRIAL COMMISSION
100 W. RANDOLPH ST, STE 8-200
CHICAGO, IL 60601

Claim Number: 6933
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $200,000.00 | Scheduled: | $0.00 UNLIQ |

---

ILLUMINATING COMPANY-CEI, THE
ATTN BANKRUPTCY DEPT
6896 MILLER ROAD RM 204
BRECKSVILLE, OH 44141

Claim Number: 6079
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34,103.01 | Scheduled: | $4,432.27 |

---

IMAGE WAVE CORP
PO BOX 4504
LAGO VISTA, TX 78645

Claim Number: 8884
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,980.00 |

---

IMAGEWAVE CORP
ATTN: STACY PATEK
PO BOX 4504
LAGO VISTA, TX 78645

Claim Number: 8196
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
Claim out of balance

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,980.00 |

---

IMAGEWAVE CORPORATION
P.O. BOX 4504
ATTN: STACY PATEK
LAGO VISTA, TX 78645

Claim Number: 12499
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,980.00 |
| UNSECURED | Claimed: | $2,980.00 |
| TOTAL | Claimed: | $2,980.00 |

---

IMAGINE! PRINT SOLUTIONS, INC.
1000 VALLEY PARK DRIVE
SHAKOPEE, MN 55379

Claim Number: 2175-01
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,812.60 |

---

IMAGINE! PRINT SOLUTIONS, INC.
1000 VALLEY PARK DRIVE
SHAKOPEE, MN 55379

Claim Number: 2175-02
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $55,669.48 | Scheduled: | $59,051.42 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

IMAGING AND SENSING TECHNOLOGY CORP.
(CORPORATE BILLING FOR IST-QUADTEK INC)
200 IST CENTER
HORSEHEADS, NY 14845

Claim Number: 2745
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,155.44 | Scheduled: | $8,155.44 |

IMAGING AND SENSING TECHNOLOGY CORP.
(CORPORATE BILLING FOR IST-QUADTEK INC)
200 IST CENTER
HORSEHEADS, NY 14845

Claim Number: 7596
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,776.10 | Scheduled: | $9,776.10 |

IMC BUILDING SERVICES LLC
PO BOX 626
SIOUX CITY, IA 51102

Claim Number: 6977
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,278.56 | Scheduled: | $2,278.56 |

IMO PUMP
1710 AIRPORT ROAD
MONROE, NC 28110

Claim Number: 8511
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,594.16 | Scheduled: | $4,501.80 |

IMO PUMP INC
PO BOX 502932
SAINT LOUIS, MO 63150

Claim Number: 5401
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,594.16 |

IMPERIAL INC.
2020 N. MINGO
TULSA, OK 74116

Claim Number: 4996
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $526.95 |

IMPERIAL OIL
ATTN: NATALIE LEBLANC
12 MILENNIUM BLVD.
MONCTOM, NB E1C 0M2
CANADA

Claim Number: 8717
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,472.55 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| IMPERIAL OIL<br>ATTN: NATALIE LEBLANC<br>12 MILENNIUM BLVD.<br>MONCTON, NB E1C 0M2<br>CANADA | | Claim Number: 8905<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,472.55 | | |

---

| IMPERIAL OIL<br>P O BOX 2480 STA  M<br>CALGARY, AB T2P 3M9<br>CANADA | | Claim Number: 12424<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,472.55 | | |

---

| IMPERIAL OIL<br>PO BOX 2480 STA M<br>CALGARY, AB T2P 3M9<br>CANADA | | Claim Number: 12462<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,472.55 | | |

---

| IMPRIMERIE COMMERCIALE LA TUQUE INC<br>568 COMMERCIALE<br>ATTN: PHILIP VALOIS / CAROLINE NADEAU<br>LA TUQUE, QC G9X 3A9<br>CANADA | | Claim Number: 8661<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,489.54 | Scheduled: | $8,945.57 |

---

| IMS ENVIRONMENTAL SERVICES, INC.<br>A WHOLLY OWNED SUBSIDIARY OF HEPACO, INC<br>PO BOX 1779<br>NORFOLK, VA 23501-1779 | | Claim Number: 601<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $29,578.27 | Scheduled: | $26,048.89 |

---

| IN LINE INC<br>PO BOX 1225<br>CUMMING, GA 30028 | | Claim Number: 4702<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,036.92 | Scheduled: | $24,036.92 |

---

| INCENTIVE MARKETING INC<br>PO BOX 1035<br>2582 ROUNDHILL DR<br>ALAMO, CA 94507-7035 | | Claim Number: 12559<br>Claim Date: 09/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,686.50 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

INCO SERVICES, INC
ATTN: JOHN T. KING
3550 FRANCIS CIRCLE
ALPHARETTA, GA 30004

Claim Number: 1496
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7651 (05/18/2010)

| SECURED | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $502,883.84 | Scheduled: | $502,883.84 UNLIQ |

---

INDA, ARNOLD ET AL
LEAD PLAINTIFFS - CIVIL ACTION
C/O HOWARD Z. ROSEN / POSNER & ROSEN LLP
3600 WILSHIRE BOULEVARD, SUITE 1800
LOS ANGELES, CA 90010

Claim Number: 9445
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $8,750,000.00 |
|---|---|---|

---

INDEPENDENT CORRUGATOR INC
1177 AEROWOOD DR
MISSISSAUGA, ON L4W 1Y6
CANADA

Claim Number: 6082
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $991.91 | Scheduled: | $223.57 |
|---|---|---|---|---|

---

INDEPENDENT CORRUGATOR INC
1177 AEROWOOD DRIVE
MISSISSAUGA, ON L4W 1Y6
CANADA

Claim Number: 6083
Claim Date: 07/22/2009
Debtor: SMURFIT-MBI
Comments:
The claim amount is $77,055.50 CDN

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $61,819.02 |
|---|---|---|---|---|

---

INDEPENDENT CORRUGATOR SERVICE
1412 WABASH DR.
BEL AIR, MD 21015-1326

Claim Number: 3155
Claim Date: 05/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $3,040.53 | Scheduled: | $3,049.69 |
|---|---|---|---|---|

---

INDEPENDENT CORRUGATOR SERVICE
1412 WABASH DR.
BEL AIR, MD 21015-1326

Claim Number: 3156
Claim Date: 05/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $1,626.84 |
|---|---|---|

---

INDEPENDENT LIFT TRUCK SERVICE LIMITED
DOREEN BUTTERFIELD
320 LONGMAN CRESCENT
REGINA, SK S4N 6J4
CANADA

Claim Number: 8745-01
Claim Date: 07/27/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 7189 (04/22/2010)

| ADMINISTRATIVE | Claimed: | $137.27 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | |
|---|---|---|
| INDEPENDENT LIFT TRUCK SERVICE LIMITED<br>DOREEN BUTTERFIELD<br>320 LONGMAN CRESCENT<br>REGINA, SK S4N 6J4<br>CANADA | Claim Number: 8745-02<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7189 (04/22/2010) | |
| UNSECURED | Claimed: | $3,969.90 |
| INDEPENDENT PAPER WORKERS OF CANADA<br>UNION ON BEHALF OF JOSEPH PARENT<br>C/O KOSKIE MINSKY LLP<br>20 QUEEN ST. W., SUITE 900, BOX 52<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 13000<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | |
| PRIORITY | Claimed: | $1,638.60 |
| UNSECURED | Claimed: | $91,646.24 |
| INDEPENDENT PAPER WORKERS OF CANADA<br>UNION ON BEHALF OF JAYSON HEWSON<br>C/O KOSKIE MINSKY LLP<br>20 QUEEN ST. W., SUITE 900, BOX 52<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 13001<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | |
| PRIORITY | Claimed: | $1,638.60 |
| UNSECURED | Claimed: | $80,910.14 |
| INDEPENDENT PAPER WORKERS OF CANADA<br>UNION ON BEHALF OF DAVID WHITTLE<br>C/O KOSKIE MINSKY LLP<br>20 QUEEN ST. W., SUITE 900, BOX 52<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 13002<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | |
| PRIORITY | Claimed: | $1,638.60 |
| UNSECURED | Claimed: | $25,029.62 |
| INDEPENDENT PAPER WORKERS OF CANADA<br>UNION ON BEHALF OF PAULINE SMITH<br>C/O KOSKIE MINSKY LLP<br>20 QUEEN ST. W., SUITE 900, BOX 52<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 13003<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | |
| PRIORITY | Claimed: | $1,638.60 |
| UNSECURED | Claimed: | $39,326.40 |
| INDEPENDENT PAPER WORKERS OF CANADA<br>UNION<br>C/O KOSKIE MINSKY LLP<br>20 QUEEN ST. W., SUITE 900, BOX 52<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 13004<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | |
| PRIORITY | Claimed: | $0.00   UNDET |
| SECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| INDEPENDENT PAPER WORKERS OF CANADA UNION<br>C/O KOSKIE MINSKY LLP<br>20 QUEEN ST. W., SUITE 900, BOX 52<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 13005<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: WITHDRAWN<br>DOCKET: 8913 (01/31/2011) | | | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNDET | | |
| PRIORITY | Claimed: | $0.00 | UNDET | | |
| SECURED | Claimed: | $0.00 | UNDET | | |
| UNSECURED | Claimed: | $0.00 | UNDET | | |
| INDEPENDENT PAPERWORKERS OF CANADA UNION<br>ON BEHALF OF JUAN PAREDES<br>C/O KOSKIE MINSKY LLP.<br>20 QUEEN ST. W, SUITE 900, BOX 52<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 12999<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| PRIORITY | Claimed: | $1,638.60 | | | |
| UNSECURED | Claimed: | $77,910.84 | | | |
| INDEPENDENT TIMBER, INC.<br>425 TOBACCO ROAD<br>DRY FORK, VA 24549 | | Claim Number: 2783<br>Claim Date: 05/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1175 (07/06/2009) | | | |
| ADMINISTRATIVE | Claimed: | $39,261.49 | | | |
| INDIANA & OHIO RAILWAY COMPANY<br>C/O JAMES M. TILLEY<br>7411 FULLERTON STREET, SUITE 300<br>JACKSONVILLE, FL 32256 | | Claim Number: 7561<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8493 (09/07/2010) | | | |
| UNSECURED | Claimed: | $48,800.00 | | Scheduled: | $7,950.00 |
| INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION, N-240<br>100 N. SENATE AVE<br>INDIANAPOLIS, IN 46204-2253 | | Claim Number: 7562<br>Claim Date: 08/10/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | |
| PRIORITY | Claimed: | $311.23 | | | |
| SECURED | Claimed: | $23,583.35 | | | |
| UNSECURED | Claimed: | $29.51 | | | |
| INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION, N-240<br>100 NORTH SENATE AVENUE<br>INDIANAPOLIS, IN 46204 | | Claim Number: 13386<br>Claim Date: 10/02/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | |
| PRIORITY | Claimed: | $893.76 | | | |
| SECURED | Claimed: | $740.93 | | | |
| UNSECURED | Claimed: | $79.51 | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| INDIANA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION N-240<br>100 N. SENATE AVE<br>INDIANAPOLIS, IN 46204-2253 | Claim Number: 13686<br>Claim Date: 12/17/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |

| PRIORITY | Claimed: | $695.06 |
| UNSECURED | Claimed: | $58.95 |

---

| INDIANA DEPARTMENT OF STATE REVENUE<br>CAROL LUSHELL, BANKRUPTCY SECTION<br>100 N. SENATE AVE, ROOM N203<br>INDIANAPOLIS, IN 46204-2253 | Claim Number: 7563<br>Claim Date: 08/10/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |

| ADMINISTRATIVE | Claimed: | $2,040.22 |

---

| INDIANAPOLIS POWER & LIGHT COMPANY<br>PO BOX 1595<br>INDIANAPOLIS, IN 46206-1595 | Claim Number: 2158<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $2,623.89 |

---

| INDIANAPOLIS WATER COMPANY<br>P.O. BOX 1990<br>INDIANAPOLIS, IN 46206 | Claim Number: 12292<br>Claim Date: 09/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $96.52 |

---

| INDOFF, INC.<br>ATTN: PHIL WEBB<br>11816 LOCKLAND RD.<br>ST. LOUIS, MO 63146 | Claim Number: 7643<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) |

| SECURED | Claimed: | $39,253.89 | | |
| UNSECURED | Claimed: | $7,393.22 | Scheduled: | $45,062.73 |

---

| INDOOR BILLBOARD WA INC.<br>224 G. STREET SW<br>AUBURN, WA 98001 | Claim Number: 2018<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $441.60 |

---

| INDOOR BILLBOARD\NW<br>PO BOX 17555<br>PORTLAND, OR 97217-0555 | Claim Number: 7603<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $441.60 | Scheduled: | $368.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| INDSPEC CHEMICAL CORPORATION<br>KATHARINE L. MAYER & KATE ROGGIO BUCK<br>MCCARTER & ENGLISH, LLP<br>RENAISSANCE CTR - 405 N KING ST, 8TH FL<br>WILMINGTON, DE 19801 | Claim Number: 1770<br>Claim Date: 03/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1175 (07/06/2009) |

| ADMINISTRATIVE | Claimed: | $20,633.25 | | |

---

| INDUSTRIAL AID CORP<br>4417 OLEATHA AVE<br>SAINT LOUIS, MO 63116 | Claim Number: 9834<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $45,155.91 | Scheduled: | $45,155.91 |

---

| INDUSTRIAL CHEMICAL SOLUTIONS<br>2634 SOUTH CHERRY AVENUE<br>FRESNO, CA 93706 | Claim Number: 6176<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $617.79 | Scheduled: | $458.08 |

---

| INDUSTRIAL CLEANING SOLUTIONS, INC<br>DBA CHEMSTATON OF WISCONSIN<br>5515 WEST FLORIST AVE<br>MILWAUKEE, WI 53218 | Claim Number: 958<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $6,106.81 | Scheduled: | $6,046.17 |

---

| INDUSTRIAL COMM OF AZ TAX<br>800 W WASHINGTON ST<br>SUITE 303<br>PHOENIX, AZ 85007 | Claim Number: 11655<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |

| PRIORITY | Claimed: | $0.00   UNLIQ CONT | | |

---

| INDUSTRIAL COMMISSION OF ARIZONA<br>800 W. WASHINGTON ST., STE. 301<br>PHOENIX, AZ 85007 | Claim Number: 11654<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $0.00   UNLIQ CONT | | |

---

| INDUSTRIAL CONSULTING SERVICES<br>95254 DOUGLAS ROAD<br>FERNANDINA BEACH, FL 32034 | Claim Number: 2333<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $38,432.83 | Scheduled: | $31,429.90 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

INDUSTRIAL CONTROL & ELECTRICAL SERVICES
25443 AVE 20 1/2
MADERA, CA 93638

Claim Number: 169
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,398.29 | Scheduled: | $8,153.67 |

INDUSTRIAL CONVEYOR BELT SYSTEMS, LLC
C. JAMES MCCALLAR, JR.
P.O. BOX 9026
SAVANNAH, GA 31412

Claim Number: 2263
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $70,624.42 |

INDUSTRIAL CONVEYOR BELT SYSTEMS, LLC
PO BOX 7149
SAVANNAH, GA 31418

Claim Number: 3305
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $70,624.42 |

INDUSTRIAL CONVEYOR BELT SYSTEMS, LLC
C/O C JAMES MCCALLAR, JR.
P.O. BOX 9026
SAVANNAH, GA 31412

Claim Number: 8024
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $70,624.42 |

INDUSTRIAL CUTTING TOOLS
PO BOX 757
VALDOSTA, GA 31603

Claim Number: 2764
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $13,647.42 |

INDUSTRIAL DEVELOPMENT AUTHORITY, THE
ATTN: WILLIAM WILDER
ONE NORTH CENTRAL AVE STE 1200
PHOENIX, AZ 85004-4417

Claim Number: 11290
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $34,650,000.00   UNLIQ |

INDUSTRIAL DISPOSAL (3077)
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11350
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,382.49 | Scheduled: | $377.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| INDUSTRIAL DISTRIBUTION GROUP<br>TOMMY DICKSON<br>P.O. BOX 1127<br>BELMONT, NC 28012 | Claim Number: 9695<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,927.96 | Scheduled: | $4,789.66 |
|---|---|---|---|---|

| INDUSTRIAL DRIVE & CONTROL INC<br>165 HOMER STREET<br>WATERBURY, CT 06704 | Claim Number: 4625<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $23,272.06 | Scheduled: | $23,975.75 |
|---|---|---|---|---|

| INDUSTRIAL ELECTRIC CO<br>660 TAFT STREET NE<br>MINNEAPOLIS, MN 55413 | Claim Number: 10529<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $69,856.73 | Scheduled: | $63,821.62 |
|---|---|---|---|---|

| INDUSTRIAL ELECTRICAL CO<br>PO BOX 3806<br>MODESTO, CA 95352 | Claim Number: 5198<br>Claim Date: 07/14/2009<br>Debtor: CALPINE CORRUGATED, LLC |
|---|---|

| UNSECURED | Claimed: | $3,996.44 | Scheduled: | $4,014.81 |
|---|---|---|---|---|

| INDUSTRIAL ELECTRONIC<br>PO BOX 9096<br>GREENSBORO, NC 27429-0096 | Claim Number: 6628<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $773.25 | Scheduled: | $773.25 |
|---|---|---|---|---|

| INDUSTRIAL ELECTRONICS GROUP, INC.<br>P.O. BOX 1870<br>YULEE, FL 32041 | Claim Number: 653<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 6353 (03/29/2010) |
|---|---|

| UNSECURED | Claimed: | $66,926.04 | Scheduled: | $66,926.04 |
|---|---|---|---|---|

| INDUSTRIAL ENGINEERS INC<br>PO BOX 505<br>UNCASVILLE, CT 06382-0505 | Claim Number: 4206<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $13,463.84 | Scheduled: | $13,463.84 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

INDUSTRIAL LIFT TRUCK SERVICE
FREDDIE HAWKINS ET AL PTRS
P.O. BOX 907
SODDY DAISY, TN 37384

Claim Number: 693
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,751.62 | Scheduled: | $4,751.62 |

INDUSTRIAL MAINT SERVICES
PO BOX 369
WELLS, MI 49894

Claim Number: 7909
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $86,610.37 | | |
| UNSECURED | | | Scheduled: | $87,674.13 |

INDUSTRIAL MAINTENANCE
1185 LOW VALLEY COURT
RURAL HALL, NC 27045

Claim Number: 1091
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $127,929.03 | |

INDUSTRIAL MAINTENANCE
1185 LOW VALLEY COURT
RURAL HALL, NC 27045

Claim Number: 7353
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
may replace 1091

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $128,539.90 | Scheduled: | $128,539.90 |

INDUSTRIAL PACKAGING CORPORATION
300 VILLANOVA DRIVE, SW
ATLANTA, GA 30336

Claim Number: 3423
Claim Date: 06/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4964 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $785.33 | | |
| UNSECURED | | | Scheduled: | $785.33 |

INDUSTRIAL PACKAGING SUPPLIES, INC.
P.O. BOX 2009
FOUNTAIN INN, SC 29644

Claim Number: 1513
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,703.94 | |

INDUSTRIAL PAINTING
1669 HODNETTS MILL ROAD
CHATHAM, VA 24531

Claim Number: 861
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $99,815.00 | Scheduled: | $99,815.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| INDUSTRIAL PARTS WAREHOUSE INC<br>2830 US HWY 80 WEST<br>STATION M<br>GARDEN CITY, GA 31408 | Claim Number: 5169<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,724.00 | Scheduled: | $2,876.00 |
|---|---|---|---|---|

| INDUSTRIAL PROCESS EQUIPMENT GROUP<br>2800 LOCUST STREET<br>SAINT LOUIS, MO 63103 | Claim Number: 493<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,653.00 | Scheduled: | $3,653.00 |
|---|---|---|---|---|

| INDUSTRIAL PRODUCTS<br>PT & MATERIALS CONVEYING DIV. INC.<br>PO BOX 1214<br>ALBEMARLE, NC 28002 | Claim Number: 3537<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $10,854.70 | Scheduled: | $10,899.67 |
|---|---|---|---|---|

| INDUSTRIAL PUMP SERVICE OF NC, INC<br>P.O. BOX 780<br>LELAND, NC 28451 | Claim Number: 2353<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $521,236.49 | Scheduled: | $549,356.28 UNLIQ |
|---|---|---|---|---|

| INDUSTRIAL RAILWAYS<br>890 SAN PABLO AVE<br>PINOLE, CA 94564-2333 | Claim Number: 4819<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,200.00 | Scheduled: | $1,400.00 |
|---|---|---|---|---|

| INDUSTRIAL REPAIR SERVICE INC<br>2650 BUSINESS DRIVE<br>CUMMINGS, GA 30028 | Claim Number: 4807<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $13,926.36 | Scheduled: | $13,908.00 |
|---|---|---|---|---|

| INDUSTRIAL RUBBER AND GASKET<br>PO BOX 6116<br>ALEXANDRIA, LA 71307-6116 | Claim Number: 7761-01<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $12,546.50 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

INDUSTRIAL RUBBER AND GASKET
PO BOX 6116
ALEXANDRIA, LA 71307-6116

Claim Number: 7761-02
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $33,632.03 | Scheduled: | $46,649.09 |
|---|---|---|---|---|

INDUSTRIAL RUBBER AND SUPPLY
17138 LINCOLN ST NE
HAM LAKE, MN 55304

Claim Number: 4964
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $6,195.79 | Scheduled: | $6,995.32 |
|---|---|---|---|---|

INDUSTRIAL SAFETY EQUIPMENT CO LTD
415 THOMPSON DRIVE
CAMBRIDGE, ON N1T 2K7
CANADA

Claim Number: 13436
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $17,069.69 | Scheduled: | $474.26 |
|---|---|---|---|---|

INDUSTRIAL SERVICES CO
PO BOX 749
FRENCHTOWN, MT 59834

Claim Number: 6143
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $10,293.68 | Scheduled: | $28,159.03 |
|---|---|---|---|---|

INDUSTRIAL SERVICES OF AMERICA
PO BOX 32428
LOUISVILLE, KY 40232

Claim Number: 8135
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $8,915.12 | Scheduled: | $13,087.00 |
|---|---|---|---|---|

INDUSTRIAL SOLUTIONS & SUPPLY, INC.
P.O. BOX 1172
MARION, SC 29571

Claim Number: 2322
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $566.75 | Scheduled: | $308.75 |
|---|---|---|---|---|

INDUSTRIAL TIRE BROKERAGE
2233 GRAVOIS AVE
SAINT LOUIS, MO 63104

Claim Number: 5077
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,377.64 | Scheduled: | $3,377.64 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

INDUSTRIAL TIRE SERVICE INC
540 S HOLDEN ST
SEATTLE, WA 98108

Claim Number: 3844
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $6,759.03 | Scheduled: | $6,759.03 |
|---|---|---|---|---|

INDUSTRIAL TRACTOR COMPANY
ATTN: DON EBBS
6870 PHILIPS HIGHWAY
JACKSONVILLE, FL 32216

Claim Number: 1750
Claim Date: 03/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $14,898.00 | Scheduled: | $15,843.00 |
|---|---|---|---|---|

INDUSTRIAL TURNAROUND CORPORATION
KAREN HANZLIK
13203 NORTH ENON CHURCH ROAD, SUITE 200
CHESTER, VA 23836

Claim Number: 266
Claim Date: 02/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $41,357.60 | Scheduled: | $27,055.67 |
|---|---|---|---|---|

INDUSTRIAL VALVE SALES/SERVICE
PO BOX 1468
MOBILE, AL 36633-1468

Claim Number: 13398
Claim Date: 10/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 5738 (03/10/2010)

| UNSECURED | Claimed: | $55,402.22 | | |
|---|---|---|---|---|

INDUSTRIAL WASTE CONTROL DEPT
NORTH SHORE SANITARY DISTRICT
P.O. BOX 750
WM. KOEPSEL DRIVE
GURNEE, IL 60031

Claim Number: 13584
Claim Date: 11/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4729 (02/04/2010)

| UNSECURED | Claimed: | $3,814.65 | Scheduled: | $0.00 UNLIQ DISP |
|---|---|---|---|---|

INDUSTRIAL WATER TREATMENT SERVICES LTD
80 AMBASSADOR ROW
WINNIPEG, MB R2V 3L8
CANADA

Claim Number: 8906
Claim Date: 08/04/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $1,036.60 | Scheduled: | $1,044.02 |
|---|---|---|---|---|

INDUSTRIAL WEIGHING SYSTEMS
9 RICHMOND ST
ATTN: JON KEITEL
PICTON, ON K0K 2T0
CANADA

Claim Number: 8648
Claim Date: 07/22/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $4,711.33 | Scheduled: | $342.15 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

INDUSTRIAL WOODKRAFT, INC.
PO BOX 591
BOONVILLE, IN 47601

Claim Number: 2375
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,288.95 | Scheduled: | $803.00 |

---

INDUSTRIE L.D. INC.
ATTN: NANCY LANGLAIS
2370, RUE BAUMAN
SAGUENAY, QC G7S 4S4
CANADA

Claim Number: 12859
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,953.55 | Scheduled: | $4,422.48 |

---

INDUSTRIES JOHN LEWIS LTEE
ATTN: M. ERIC BOUCHARD
1101 BOULEVARD DUCHARME, CP 336
LA TUQUE, QC G9X 3P3
CANADA

Claim Number: 12788
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $94,456.01 | Scheduled: | $93,343.68 |

---

INFINITE ENERGY, INC.GA/791263
7001 SW 24TH AVE
GAINESVILLE, FL 32607

Claim Number: 13615
Claim Date: 11/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,131,469.08 | |

---

INFOMAT CORPORATION
620 W. NURSERY RD.
ATTN: LARRY WOOLARD
ROGERS, AR 72758

Claim Number: 372
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $13,108.00 | |

---

INFRALOGIX
PO BOX 444
WILLIAMSBURG, VA 23185

Claim Number: 7962
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $22,445.00 | |

---

INFRALOGIX
PO BOX 444
WILLIAMSBURG, VA 23185

Claim Number: 7963
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,445.00 | Scheduled: | $22,445.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| INGLE COURIER SERVICE<br>PO BOX 578<br>CONYERS, GA 30012 | Claim Number: 5492<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $562.46 | Scheduled: | $562.46 |
|---|---|---|---|---|

| INGRAM WOODYARDS INC<br>PO BOX 828<br>BISCOE, NC 27209 | Claim Number: 5721<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $61,048.26 |
|---|---|---|

| INGRAM WOODYARDS INC<br>PO BOX 828<br>BISCOE, NC 27209 | Claim Number: 5722<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $30,524.13 | Scheduled: | $61,048.26 UNLIQ |
|---|---|---|---|---|

| INGRAM WOODYARDS INC<br>PO BOX 828<br>BISCOE, NC 27209 | Claim Number: 8595<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $61,048.26 |
|---|---|---|

| INGRAM, BILLIE J.<br>2709 POST OAK DR<br>RUSTON, LA 71270-2536 | Claim Number: 3185<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $11,046.00 | Scheduled: | $11,046.00 |
|---|---|---|---|---|

| INGRAM, PATRICIA G<br>196 COMMUNITY RD<br>EVERGREEN, AL 36401 | Claim Number: 9581<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| PRIORITY | Claimed: | $10,920.00 |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $10,920.00 |
| TOTAL | Claimed: | $10,920.00 |

| INGRAM, RONALD C<br>10380 SW MEIER DRIVE<br>TUALATIN, OR 97062 | Claim Number: 9737<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| INLAND STAR<br>PO BOX 2396<br>FRESNO, CA 93745 | | Claim Number: 9442<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $79,448.69 | Scheduled: | $149,518.41  UNLIQ |

| INLAND TIMBER CO INC<br>PO BOX 446<br>PAMPLICO, SC 29583 | | Claim Number: 8160-01<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $8,101.89 | Scheduled: | $16,203.78  UNLIQ |

| INLAND TIMBER CO INC<br>PO BOX 446<br>PAMPLICO, SC 29583 | | Claim Number: 8160-02<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,101.89 | | |

| INLAND TRUCK PARTS CO<br>PO BOX 3837<br>MISSOULA, MT 59806 | | Claim Number: 6142<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,370.28 | Scheduled: | $7,370.28 |

| INNERACTIVE SECURITY SERVICES INC<br>1121 KING ST. EAST.<br>KITCHENER, ON N2G 2N3<br>CANADA | | Claim Number: 1786<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,880.80 | | |

| INNERPAC, INC.<br>1942 S. LARAMIE AVE.<br>CICERO, IL 60804 | | Claim Number: 2474<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $46,188.49 | | |

| INNOVATIVE CONTROL SOLUTIONS<br>3115 4TH AVE UNITE 8 AND 9<br>MARKHAM, ON L3R 0H1<br>CANADA | | Claim Number: 12322<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,773.24 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

INNOVATIVE CONTROL SOLUTIONS
3115 4TH AVE UNITE 8 AND 9
MARKHAM, ON L3R 0H1
CANADA

Claim Number: 12323
Claim Date: 07/09/2009
Debtor: SMURFIT-MBI

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $180.15 | Scheduled: | $4,820.17 |

---

INNOVATIVE CONTROL SOLUTIONS INC.
3115, 14TH AVENUE
UNIT 8 & 9
MARKHAM, ON L3R 0H1
CANADA

Claim Number: 8246-01
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 5769 (03/11/2010)
Claim out of balance

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,715.32 |

---

INNOVATIVE CONTROL SOLUTIONS INC.
3115, 14TH AVENUE
UNIT 8 & 9
MARKHAM, ON L3R 0H1
CANADA

Claim Number: 8246-02
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 5769 (03/11/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,057.92 |

---

INNOVATIVE CONTROL SOLUTIONS INC.
3115, 14TH AVENUE
UNIT 8 & 9
MARKHAM, ON L3R 0H1
CANADA

Claim Number: 8247
Claim Date: 07/09/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLE DUPLICATE OF 12323

| | | |
|---|---|---|
| UNSECURED | Claimed: | $180.15 |

---

INNOVATIVE DISTRIBUTION SERVICES
2015 CONGRESS ST.
PORTLAND, ME 04102

Claim Number: 580
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,262.00 | Scheduled: | $3,262.00 |

---

INNOVATIVE WASTE MANAGEMENT
3770 CHINO AVENUE
CHINO, CA 91710

Claim Number: 2952
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $923.40 | Scheduled: | $923.00 |

---

INNVENTIA AB, F/K/A STFI-PACKFORSK AB
STOCKHOLM
P.O.BOX 5604
STOCKHOLM, 011 48
SWEDEN

Claim Number: 12207
Claim Date: 09/01/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,872.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| INRUMEC<br>ATT: MICHELLE IRIZARRY<br>P.O. BOX 363713<br>SAN JUAN, PR 00936-3713 | | Claim Number: 906<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,538.25 | | |
| INSIGHT SERVICES INC<br>20338 PROGRESS DRIVE<br>STRONGSVILLE, OH 44149-3220 | | Claim Number: 3766<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $45.00 | Scheduled: | $45.00 |
| INSPECT-CONTROL INC.<br>ATTN: MARCEL LACROIX, JOE H. BEAUPARLANT<br>1745 RANG RUISSEAU DES ANGES SUD<br>ST-ROCH DE L'ACHIGAN, QB J0K 3H0<br>CANADA | | Claim Number: 12820<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: POSSIBLE DUPLICATE OF 12821 | | |
| PRIORITY | Claimed: | $6,114.68 | | |
| INSPIRED RECYCLERS<br>PO BOX 633<br>HENAGAR, AL 35978 | | Claim Number: 13443<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $4,820.42 | Scheduled: | $4,820.50 |
| INSTACHANGE DISPLAYS LIMITED<br>ATTN: JULIE LEWIS<br>230 EDWARD ST.<br>AURORA, ON L4G 3S8<br>CANADA | | Claim Number: 12610-01<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $1,683.36 | | |
| INSTACHANGE DISPLAYS LIMITED<br>ATTN: JULIE LEWIS<br>230 EDWARD ST.<br>AURORA, ON L4G 3S8<br>CANADA | | Claim Number: 12610-02<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 2534 (10/30/2009) | | |
| ADMINISTRATIVE | Claimed: | $2,466.30 | | |
| INSTRUMENT AND VALVE SERVICES COMPANY<br>CONTRARIAN CAPITAL MANAGEMENT, LLC<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 2624<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) | | |
| UNSECURED | Claimed: | $62,709.04 | Scheduled: | $48,908.43 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| INSTRUMENT AND VALVE SERVICES COMPANY<br>CONTRARIAN CAPITAL MANAGEMENT, LLC<br>411 WEST PUTNAM AVENEUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 2651<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $49,411.89 | | |

---

| | | | | |
|---|---|---|---|---|
| INTECHRA<br>PO BOX 3226<br>RIDGELAND, MS 39158-3226 | | Claim Number: 8368<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| UNSECURED | Claimed: | $1,126.10 | | |

---

| | | | | |
|---|---|---|---|---|
| INTECHRA, LLC<br>P.O BOX 3226<br>ATTN: BILLY ADDISON<br>RIDGELAND, MS 39158-3226 | | Claim Number: 12340<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| UNSECURED | Claimed: | $1,126.10 | | |

---

| | | | | |
|---|---|---|---|---|
| INTEGRA INC<br>3071 MERCANTILE IND DR<br>SAINT CHARLES, MO 63301 | | Claim Number: 5573<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $3,000.00 | Scheduled: | $3,000.00 |

---

| | | | | |
|---|---|---|---|---|
| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | | Claim Number: 11783<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $28,904.50 | | |

---

| | | | | |
|---|---|---|---|---|
| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | | Claim Number: 11929<br>Claim Date: 08/28/2009<br>Debtor: 605681 N.B. INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $28,904.50 | | |

---

| | | | | |
|---|---|---|---|---|
| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | | Claim Number: 11930<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $28,904.50 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | Claim Number: 11931<br>Claim Date: 08/28/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|
| UNSECURED          Claimed: | $28,904.50 |

| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | Claim Number: 11932<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>balance after setoff |
|---|---|
| UNSECURED          Claimed: | $28,904.50          Scheduled:          $968,205.03  UNLIQ |

| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | Claim Number: 11933<br>Claim Date: 08/28/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|
| UNSECURED          Claimed: | $28,904.50 |

| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | Claim Number: 11934<br>Claim Date: 08/28/2009<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|
| UNSECURED          Claimed: | $28,904.50 |

| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | Claim Number: 11935<br>Claim Date: 08/28/2009<br>Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|
| UNSECURED          Claimed: | $28,904.50 |

| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | Claim Number: 11936<br>Claim Date: 08/28/2009<br>Debtor: STONE GLOBAL, INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|
| UNSECURED          Claimed: | $28,904.50 |

| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | Claim Number: 11937<br>Claim Date: 08/28/2009<br>Debtor: STONE INTERNATIONAL SERVICES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|
| UNSECURED          Claimed: | $28,904.50 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

INTEGRATED PACKAGING COMPANY, INC.
ATTENTION: LOUIS F. POWELL
122 QUENTIN AVE.
NEW BRUNSWICK, NJ 08901

Claim Number: 11938
Claim Date: 08/28/2009
Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $28,904.50 |
|---|---|---|

---

INTEGRATED PACKAGING COMPANY, INC.
ATTENTION: LOUIS F. POWELL
122 QUENTIN AVE.
NEW BRUNSWICK, NJ 08901

Claim Number: 11939
Claim Date: 08/28/2009
Debtor: 639647 BRITISH COLUMBIA LTD.
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $28,904.50 |
|---|---|---|

---

INTEGRATED PACKAGING COMPANY, INC.
ATTENTION: LOUIS F. POWELL
122 QUENTIN AVE.
NEW BRUNSWICK, NJ 08901

Claim Number: 11940
Claim Date: 08/28/2009
Debtor: FRANCOBEC COMPANY
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $28,904.50 |
|---|---|---|

---

INTEGRATED PACKAGING COMPANY, INC.
ATTENTION: LOUIS F. POWELL
122 QUENTIN AVE.
NEW BRUNSWICK, NJ 08901

Claim Number: 11941
Claim Date: 08/28/2009
Debtor: SLP FINANCE GENERAL PARTNERSHIP
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $28,904.50 |
|---|---|---|

---

INTEGRATED PACKAGING COMPANY, INC.
ATTENTION: LOUIS F. POWELL
122 QUENTIN AVE.
NEW BRUNSWICK, NJ 08901

Claim Number: 11942
Claim Date: 08/28/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $28,904.50 |
|---|---|---|

---

INTEGRATED PACKAGING COMPANY, INC.
ATTENTION: LOUIS F. POWELL
122 QUENTIN AVE.
NEW BRUNSWICK, NJ 08901

Claim Number: 11978
Claim Date: 08/28/2009
Debtor: MBI LIMITED/LIMITEE
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $28,904.50 |
|---|---|---|

---

INTEGRATED PACKAGING COMPANY, INC.
ATTENTION: LOUIS F. POWELL
122 QUENTIN AVE.
NEW BRUNSWICK, NJ 08901

Claim Number: 11979
Claim Date: 08/28/2009
Debtor: 3083527 NOVA SCOTIA COMPANY
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $28,904.50 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | |
|---|---|
| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | Claim Number: 11980<br>Claim Date: 08/28/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED          Claimed: | $28,904.50 |
| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | Claim Number: 11981<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED          Claimed: | $28,904.50 |
| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | Claim Number: 11982<br>Claim Date: 08/28/2009<br>Debtor: SMBI INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED          Claimed: | $28,904.50 |
| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | Claim Number: 11983<br>Claim Date: 08/28/2009<br>Debtor: SLP FINANCE II, INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED          Claimed: | $28,904.50 |
| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | Claim Number: 11984<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED          Claimed: | $28,904.50 |
| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | Claim Number: 11985<br>Claim Date: 08/28/2009<br>Debtor: SLP FINANCE I, INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED          Claimed: | $28,904.50 |
| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | Claim Number: 11986<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED          Claimed: | $28,904.50 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | |
|---|---|---|---|
| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | Claim Number: 11987<br>Claim Date: 08/28/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED          Claimed: | $28,904.50 | | |

| | | | |
|---|---|---|---|
| INTEGRATED PAPER SERVICES INC.<br>3211 E CAPITOL DRIVE<br>APPLETON, WI 54911 | Claim Number: 3852<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED          Claimed: | $4,525.00 | Scheduled: | $4,525.00 |

| | | | |
|---|---|---|---|
| INTEGRYS ENERGY SERVICES OF CANADA<br>GREG GEBHARDT<br>500 W. MADISON SUITE 3300<br>CHICAGO, IL 60661 | Claim Number: 8929<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED          Claimed: | $175,079.43 | Scheduled: | $138,827.58 |

| | | | |
|---|---|---|---|
| INTELLIMOTION SYSTEMS LTD.<br>JORGE GRUSZKA<br>19 NORCROSS RD.<br>TORONTO, ON M3H 2R3<br>CANADA | Claim Number: 8979<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED          Claimed: | $2,150.66 | Scheduled: | $2,192.94 |

| | | | |
|---|---|---|---|
| INTER-STRAP PACKAGING SYSTEMS<br>PO BOX 12367<br>LOIZA STREET STATION<br>SANTURCE, PR 00914 | Claim Number: 7317<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET: 7552 (05/10/2010) | | |
| UNSECURED          Claimed: | $9,888.83 | Scheduled: | $9,888.83 |

| | | | |
|---|---|---|---|
| INTERCON CARTAGE<br>PO BOX 24<br>BEDFORD PARK, IL 60499 | Claim Number: 7710<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED          Claimed: | $131,887.05 | Scheduled: | $129,311.53 |

| | | | |
|---|---|---|---|
| INTERIOR SYSTEMS CONTRACTING, INC<br>1545 S. KINGS HIGHWAY BLVD.<br>SAINT LOUIS, MO 63110 | Claim Number: 573<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED          Claimed: | $7,472.00 | Scheduled: | $7,472.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| INTERLINE BRANDS, INC. DBA AMSAN BANKRUPTCY<br>801 WEST BAY STREET<br>JACKSONVILLE, FL 32204 | Claim Number: 928<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,527.86 | Scheduled: | $1,291.36 |
|---|---|---|---|---|

| INTERLUBE CORPORATION<br>4646 BAKER AVENUE<br>CINCINNATI, OH 45212 | Claim Number: 9600<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $479.23 | Scheduled: | $802.40 |
|---|---|---|---|---|

| INTERNATIONAL BALER CORPORATION<br>C/O STEPHEN M. GROSS, ESQ.<br>MCDONALD HOPKINS PLC<br>39533 WOODWARD AVE., STE. 318<br>BLOOMFIELD HILLS, MI 48044 | Claim Number: 799<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $68,870.00 |
|---|---|---|

| INTERNATIONAL BALER CORPORATION<br>C/O STEPHEN M. GROSS, SEAN D. MALLOY &<br>JAYSON B. RUFF - MCDONALD HOPKINS PLC<br>39533 WOODWARD AVE., SUITE 318<br>BLOOMFIELD HILLS, MI 48304 | Claim Number: 1137-01<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $8,300.00 | Scheduled: | $68,870.00 |
|---|---|---|---|---|

| INTERNATIONAL BALER CORPORATION<br>C/O STEPHEN M. GROSS, SEAN D. MALLOY &<br>JAYSON B. RUFF - MCDONALD HOPKINS PLC<br>39533 WOODWARD AVE., SUITE 318<br>BLOOMFIELD HILLS, MI 48304 | Claim Number: 1137-02<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $60,570.00 |
|---|---|---|

| INTERNATIONAL CARTON SUPPLIERS<br>11065 NW 59 TERRACE<br>MIAMI, FL 33178 | Claim Number: 11492<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $523.80 | Scheduled: | $523.80 UNLIQ |
|---|---|---|---|---|

| INTERNATIONAL CHEMSTAR, INC.<br>6931 GOLDEN RING RD.<br>BALTIMORE, MD 21237 | Claim Number: 12564<br>Claim Date: 09/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $541.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| INTERNATIONAL GROUP, INC., THE<br>50 SALOME DRIVE<br>TORONTO, ON M1S 2A8<br>CANADA | Claim Number: 1758<br>Claim Date: 03/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| INTERNATIONAL GROUP, INC., THE<br>50 SALOME DRIVE<br>TORONTO, ON M1S 2A8<br>CANADA | Claim Number: 1759<br>Claim Date: 03/26/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>70,260.23 CAD |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| INTERNATIONAL KNIFE AND SAW<br>PO BOX 7588<br>FLORENCE, SC 29502-7588 | Claim Number: 12628<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $3,787.86 | | |
|---|---|---|---|---|

| INTERNATIONAL SAFE TRANSIT ASSOCIATION<br>1400 ABBOT RD., SUITE 160<br>EAST LANSING, MI 48823-1900 | Claim Number: 1516<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $750.00 | Scheduled: | $803.30 |
|---|---|---|---|---|

| INTERNET MEGA MEETING LLC<br>14900 VENTURA BLVD #310<br>SHERMAN OAKS, CA 91403 | Claim Number: 1421<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $246.77 | Scheduled: | $471.77 |
|---|---|---|---|---|

| INTERSTATE CARRIER XPRESS<br>3820 WISMANN LN<br>QUINCY, IL 62305 | Claim Number: 4458<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $350.00 | Scheduled: | $24,934.60 |
|---|---|---|---|---|

| INTERSTATE CARRIER XPRESS<br>3820 WISMANN LANE<br>QUINCY, IL 62305 | Claim Number: 4459<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $425.00 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| INTERSTATE CARRIER XPRESS<br>3820 WISMANN LANE<br>QUINCY, IL 62301 | Claim Number: 9624<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $800.00 | Scheduled: | $720.00 |
|---|---|---|---|---|

| INTERSTATE CHEMICAL<br>2720 RELIABLE PARKWAY<br>CHICAGO, IL 60686 | Claim Number: 13552<br>Claim Date: 11/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $4,527.17 | Scheduled: | $15,316.22 |
|---|---|---|---|---|

| INTERSTATE DISTRIBUTOR CO.<br>11707 21ST AVENUE CT S<br>TACOMA, WA 98444-1236 | Claim Number: 2113<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $41,237.79 | | |
|---|---|---|---|---|

| INTERSTATE DISTRIBUTOR CO.<br>11707 21ST AVENUE CT. SOUTH<br>TACOMA, WA 98444 | Claim Number: 13526<br>Claim Date: 10/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>Amends Claim 2113 |
|---|---|

| UNSECURED | Claimed: | $37,599.48 | Scheduled: | $59,534.84 UNLIQ |
|---|---|---|---|---|

| INTERSTATE STEEL<br>925 W HATCHER RD<br>PHOENIX, AZ 85021 | Claim Number: 13830<br>Claim Date: 02/16/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $773.58 | Scheduled: | $773.58 |
|---|---|---|---|---|

| INTERSTATE TRANSPORT INC.<br>C/O BARRY L. THOMPSON<br>SILVER, VOIT & THOMPSON<br>4317-A MIDMOST DRIVE<br>MOBILE, AL 36609-5589 | Claim Number: 1149<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $183,863.82 | Scheduled: | $186,315.58 |
|---|---|---|---|---|

| INVENSYS SYSTEMS CANADA INC<br>4 LAKE ROAD<br>DOLALRD-DES-ORMEAUX, QC H9B 3H9<br>CANADA | Claim Number: 3450-01<br>Claim Date: 06/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>Claimed amount is $17,896.60 CDN |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $15,456.93 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| INVENSYS SYSTEMS CANADA INC<br>4 LAKE ROAD<br>DOLALRD-DES-ORMEAUX, QC H9B 3H9<br>CANADA | Claim Number: 3450-02<br>Claim Date: 06/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $38,729.63 | Scheduled: | $17,627.12 |

| INVENSYS SYSTEMS INC<br>14526 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | Claim Number: 7493<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $77,512.06 | Scheduled: | $40,508.70 |

| INVESCO INC.<br>201 BROSSARD ST.<br>ATTN: PIERRE CAISSY<br>DELSON, QC J5B 1W9<br>CANADA | Claim Number: 12922<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $27,743.54 | Scheduled: | $27,822.29 |

| INVESTMENT ENTERPRISE, INC<br>DBA GREAT WESTERN LITHO<br>8240 HASKELL AVE<br>VAN NUYS, CA 91406 | Claim Number: 1530<br>Claim Date: 03/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7432 (05/04/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,330.00 | Scheduled: | $5,330.00 |

| INX INTERNATIONAL INK CO<br>150 NORTH MARTINGALE ROAD<br>SUITE 700<br>SCHAUMBURG, IL 60173 | Claim Number: 10532-01<br>Claim Date: 08/26/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $30,968.61 | Scheduled: | $47,870.33 |

| INX INTERNATIONAL INK CO<br>150 NORTH MARTINGALE ROAD<br>SUITE 700<br>SCHAUMBURG, IL 60173 | Claim Number: 10532-02<br>Claim Date: 08/26/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $39,014.86 | | |

| INX INTERNATIONAL INK CO<br>150 NORTH MARTINGALE ROAD<br>SUITE 700<br>SCHAUMBURG, IL 60173 | Claim Number: 10533-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $79,292.25 | Scheduled: | $285,999.85 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

INX INTERNATIONAL INK CO
150 NORTH MARTINGALE ROAD
SUITE 700
SCHAUMBURG, IL 60173

Claim Number: 10533-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $172,249.65 | | |

---

IOS FINANCIAL SERVICES
2300 MEADOWVALE BLVD
ATTN: DARLENE MILLIGAN
MISSISSAUGA, ON L5N 5P9
CANADA

Claim Number: 13061
Claim Date: 08/31/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $3,717.38 | Scheduled: | $6,498.00 |

---

IOWA P  W INC
PO BOX 383
MASON CITY, IA 50402-0383

Claim Number: 7880
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $12,494.68 | Scheduled: | $15,657.38 |

---

IPAC
PO BOX 171037
KANSAS CITY, KS 66117

Claim Number: 4389
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8898 (01/20/2011)

| UNSECURED | Claimed: | $0.00   UNDET | | |

---

IPI, LLC
1375 PLANE SITE BLVD
DE PERE, WI 54115

Claim Number: 758
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $39,190.00 | Scheduled: | $45,510.00 |

---

IPS PACKAGING
PO BOX 2009
FOUNTAIN INN, SC 29644

Claim Number: 4761
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,703.94 | Scheduled: | $1,703.94 |

---

IRON MOUNTAIN INFORMATION MGMT., INC.
R. FREDERICK LINFESTY, ESQ.
745 ATLANTIC AVENUE, 10TH FLOOR
BOSTON, MA 02111

Claim Number: 4401
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $18,478.37 | Scheduled: | $10,431.20 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

IRON MOUNTAIN INFORMATION MGMT., INC.
R. FREDERICK LINFESTY, ESQ.
745 ATLANTIC AVENUE, 10TH FLOOR
BOSTON, MA 02111

Claim Number: 4402
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8537 (09/14/2010)

| UNSECURED | Claimed: | $7,354.10 | Scheduled: | $12,790.23 |

---

IRONS, STEPHEN E
103 FAIRWAY DRIVE
BREWTON, AL 36426

Claim Number: 11609
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $36,003.36 |

---

IRWIN, CLARA
3102 N E 56TH TERRACE
KANSAS CITY, MO 64119

Claim Number: 9681
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

IRWIN, JOAN C
4 SHANTY DAM DR
MEDFORD, NJ 08055

Claim Number: 6354
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |

---

ISIMAT
12079 WORLD TRADE DR. #4
SAN DIEGO, CA 92128

Claim Number: 2950
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,868.00 | Scheduled: | $1,868.00 |

---

ISLA LAB PRODUCTS CORP
P O BOX 361810
SAN JUAN, PR 00936-1810

Claim Number: 6334
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00 |

---

ISLE OF WIGHT FOREST PRODUCTS, INC.
21158 LANKFORD LANE
SMITHFIELD, VA 23430

Claim Number: 7807-01
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $37,939.88 | Scheduled: | $75,879.77 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| ISLE OF WIGHT FOREST PRODUCTS, INC.<br>21158 LANKFORD LANE<br>SMITHFIELD, VA 23430 | | Claim Number: 7807-02<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009) | | |
| ADMINISTRATIVE | Claimed: | $37,939.88 | | |
| ISLEY, LOYD WAYNE<br>29621 NE 152ND ST<br>EXCELSIOR SPRINGS, MO 64024 | | Claim Number: 10025<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| ISNARD, DAVID A<br>3240 S HEMIT AVE.<br>WAUKESHA, WI 53189 | | Claim Number: 6163<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| ISOWA AMERICA INC<br>2445 WEST 12TH ST STE 1<br>TEMPE, AZ 85281 | | Claim Number: 8131<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $6,164.99 | Scheduled: | $5,834.65 |
| ISOWA AMERICA INC<br>2445 WEST 12TH ST STE 1<br>TEMPE, AZ 85281 | | Claim Number: 8132<br>Claim Date: 08/18/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 5769 (03/11/2010) | | |
| UNSECURED | Claimed: | $58,368.96 | Scheduled: | $54,318.39 |
| ITALIAN AMERICAN CORP<br>1515 ALVARADO ST<br>SAN LEANDRO, CA 94577 | | Claim Number: 6753<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,729.56 | Scheduled: | $1,729.56 |
| ITS CANADA LTD<br>CALEB BRETT DIVISION<br>ATTN: CARLOS LOPEZ<br>2561 GEORGES V AVENUE<br>MONTREAL, QC H1L 6S4<br>CANADA | | Claim Number: 12633<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $3,773.39 | Scheduled: | $3,100.31 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ITT MONITORING & CONTROLS
C/O FRANK W. DICASTRI
FOLEY & LARDNER LLP
777 E. WISCONSIN AVENUE
MILWAUKEE, WI 53202

Claim Number: 9871
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7706 (05/21/2010)

| UNSECURED | Claimed: | $1,628.56 | Scheduled: | $183.64 |
|---|---|---|---|---|

---

ITT WATER & WASTEWATER USA, INC.
C/O FRANK W. DICASTRI
FOLEY & LARDNER LLP
777 E. WISCONSIN AVENUE
MILWAUKEE, WI 53202

Claim Number: 9867-01
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,225.87 |
|---|---|---|

---

ITT WATER & WASTEWATER USA, INC.
C/O FRANK W. DICASTRI
FOLEY & LARDNER LLP
777 E. WISCONSIN AVENUE
MILWAUKEE, WI 53202

Claim Number: 9867-02
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7706 (05/21/2010)

| ADMINISTRATIVE | Claimed: | $50.16 |
|---|---|---|

---

IVAN JANEZ BRIC
C DOLOMITSKEGA ODREDA 40
SVN
LJUBLJANA, 100000
SLOVENIA

Claim Number: 6716
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

IVEY, CECIL RAY
9707 APPLETON RD.
BREWTON, AL 36426

Claim Number: 10609
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $9,334.00 |
|---|---|---|

---

J & L FIBER SERVICES
C/O COHANZICK CREDIT OPPORTUNITIES
MASTER FUND, ASSIGNEE
427 BEDFORD ROAD, SUITE 170
PLEASANTVILLE, NY 10570

Claim Number: 9322-01
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 7188 (04/22/2010)

| ADMINISTRATIVE | Claimed: | $127,927.88 |
|---|---|---|

---

J & L FIBER SERVICES
C/O COHANZICK CREDIT OPPORTUNITIES
MASTER FUND, ASSIGNEE
427 BEDFORD ROAD, SUITE 170
PLEASANTVILLE, NY 10570

Claim Number: 9322-03
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $233,414.54 | Scheduled: | $441,769.22 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

J & L FIBER SERVICES
C/O COHANZICK CREDIT OPPORTUNITIES
MASTER FUND, ASSIGNEE
427 BEDFORD ROAD, SUITE 170
PLEASANTVILLE, NY 10570

Claim Number: 9322-04
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $48,927.88 | Scheduled: | $76,176.88 |
|---|---|---|---|---|

J AND R FOREST PRODUCTS
PO BOX 290
GRUETLI LAAGER, TN 37339-0290

Claim Number: 13072
Claim Date: 09/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $7,000.00 |
|---|---|---|

J B NASE CO INC
2124 EDISON AVE
JACKSONVILLE, FL 32204

Claim Number: 7403
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,625.20 | Scheduled: | $1,625.20 |
|---|---|---|---|---|

J COM EDI SERVICES INC
PO BOX 31060
TUCSON, AZ 85751-1060

Claim Number: 3679
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,109.00 | Scheduled: | $481.65 |
|---|---|---|---|---|

J CRISP ENTERPRISES LLC
PO BOX 16
ANDERSONVILLE, GA 31711

Claim Number: 9687
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $64.50 |
|---|---|---|

J M EQUIPMENT CO INC
PO BOX 60000
SAN FRANCISCO, CA 94160-3299

Claim Number: 11424
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $36,631.30 |
|---|---|---|

J M F GRUES & PALANS INC
89 MORANE
LAVAL, QC H7M 1R5
CANADA

Claim Number: 12818
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $4,284.87 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

J P SMITH LUMBER CO., INC.
P.O. BOX 238
6255 HWY. 48
MENLO, GA 30731

Claim Number: 486
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)

| UNSECURED | Claimed: | $5,317.50 | | |

---

J R K LANDSCAPING AND LAWN SERVICE
21453 S 80TH AVE
FRANKFORT, IL 60423-9184

Claim Number: 7638
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| UNSECURED | Claimed: | $2,697.70 | Scheduled: | $2,334.20 |

---

J WALTER CONSTRUCTION CO INC
PO BOX 8067
FLEMING ISLAND, FL 32006-0006

Claim Number: 10677
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7651 (05/18/2010)

| UNSECURED | Claimed: | $57,432.79 | Scheduled: | $57,432.79 |

---

J&J SERVICES
10 MARYS COURT
FLORENCE, KY 41042

Claim Number: 8589
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $784.00 | | |

---

J&J SERVICES
10 MARYS COURT
FLORENCE, KY 41042

Claim Number: 8590
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $784.00 | Scheduled: | $784.00 |

---

J&J SERVICES
10 MARYS COURT
FLORENCE, KY 41042

Claim Number: 12404
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $784.00 | | |

---

J&L FIBER SERVICES, INC.
C/O ROBERT SZWAJKOS, ESQ. & DANIEL P.
MAZO, ESQ.
205 N. PENNSYLVANIA AVE
MORRISVILLE, PA 19067

Claim Number: 10669
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| ADMINISTRATIVE | Claimed: | $131,081.13 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| J'S PORTABLE TOILETS<br>ST RT 541 WEST 1180<br>COSHOCTON, OH 43812 | | Claim Number: 7187<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010)<br>Claim out of balance | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,914.84 | Scheduled: | $2,182.00 |

| J-COM, INC.<br>ATTN: MIKE BENNING<br>PO BOX 31060<br>TUCSON, AZ 85751 | | Claim Number: 8195<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,109.00 | | |

| J-R ELECTRICAL SUPPLY<br>950-E S KENT<br>LIBERTY, MO 64068 | | Claim Number: 7883<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,054.76 | Scheduled: | $12,054.76 |

| J. ARON & COMPANY<br>ATTN: STEVEN M. BUNKIN<br>85 BROAD STREET<br>NEW YORK, NY 10004 | | Claim Number: 12561<br>Claim Date: 09/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $774,705.35   UNLIQ | | |

| J. ARON & COMPANY<br>ATTN: STEVEN M. BUNKIN<br>85 BROAD STREET<br>NEW YORK, NY 10004 | | Claim Number: 12562<br>Claim Date: 09/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2259 (10/14/2009)<br>Order deeming timely filed claims | | |
|---|---|---|---|---|
| SECURED | Claimed: | $774,705.35   UNLIQ | | |

| J. B. NASE CO., INC.<br>2124 EDISON AVE<br>JACKSONVILLE, FL 32204 | | Claim Number: 7402<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,872.20 | | |

| J. RAYL TRANSPORT<br>1016 TRIPLETT BLVD<br>AKRON, OH 44306 | | Claim Number: 1985<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,731.39 | Scheduled: | $22,124.12 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| J. WILLIAMS CONSTRUCTION OF FLORIDA, INC<br>5174 CYPRESS CREST LANE<br>JACKSONVILLE, FL 32226 | Claim Number: 834<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $23,375.00 | Scheduled: | $20,965.00 |
|---|---|---|---|---|

| J.B. HUNT TRANSPORT, INC.<br>GARY F. SEITZ<br>RAWLE & HENDERSON LLP<br>300 DELAWARE AVENUE, SUITE 1015<br>WILMINGTON, DE 19801 | Claim Number: 6282<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7652 (05/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $307,563.93 |
|---|---|---|

| J.C. MCLAREN BELTING INC.<br>8116 MONTVIEW<br>VILLE MONT-ROYAL, QC H4P 2L7<br>CANADA | Claim Number: 12743-01<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7189 (04/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $890.96 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $10,798.08 |

| J.C. MCLAREN BELTING INC.<br>8116 MONTVIEW<br>VILLE MONT-ROYAL, QC H4P 2L7<br>CANADA | Claim Number: 12743-02<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7189 (04/22/2010) |
|---|---|

| UNSECURED | Claimed: | $9,880.50 |
|---|---|---|

| J.C.B. INDUSTRIAL INC.<br>PO BOX 279<br>ATTN: SEAN BOGAERTS<br>COCHRANE, AB T4C 1A5<br>CANADA | Claim Number: 8822<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $106,655.46 | Scheduled: | $97,267.45 |
|---|---|---|---|---|

| J.D. DICKINSON COMPRESSOR COMPANY<br>2557 W OLIVE<br>SPRINGFIELD, MO 65802 | Claim Number: 3024<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $709.94 | Scheduled: | $370.00 |
|---|---|---|---|---|

| J.G. TRUCKING LLC<br>267 OTROBANDO AVENUE<br>NORWICH, CT 06360 | Claim Number: 67<br>Claim Date: 02/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4130 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $120,626.72 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| J.H. WRIGHT & ASSOCIATES, INC<br>P.O. BOX 1085<br>DAPHNE, AL 36526 | Claim Number: 1429<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,622.69 | Scheduled: | $7,896.09 |

---

| J.K. MARTIN PULPWOOD CO., INC.<br>186 THOMAS MILL RD.<br>WINNFIELD, LA 71483 | Claim Number: 820<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | |
|---|---|---|
| UNSECURED | Claimed: | $29,317.91 |

---

| J.M. FRY COMPANY, THE<br>P.O. BOX 7719<br>RICHMOND, VA 23231-0219 | Claim Number: 3505<br>Claim Date: 06/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,194.74 | Scheduled: | $29,442.92 |

---

| J.M. ROBERTS TIMBER CO.<br>47 HALSTEAD LN<br>CROSSVILLE, TN 38555 | Claim Number: 3325<br>Claim Date: 06/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,034.30 | Scheduled: | $7,034.30 |

---

| J.M. ROBERTS TIMBER CO.<br>47 HALSTEAD LN<br>CROSSVILLE, TN 38555 | Claim Number: 13653<br>Claim Date: 12/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $2,034.30 |

---

| J.M. ROBERTS TIMBER CO.<br>47 HALSTEAD LN<br>CROSSVILLE, TN 38555 | Claim Number: 13694<br>Claim Date: 12/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $2,034.30 |

---

| J.M. TREMBLAY & FILS INC<br>1095, DU PHARE OUEST<br>MATANE, QC G4W 3M6<br>CANADA | Claim Number: 8292<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,379.45 | Scheduled: | $1,530.62 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| J.M.F. COMPANY, INC.<br>318 HIGHLAND DRIVE<br>SAINT MARIES, ID 83861-2042 | | Claim Number: 1019<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $2,504.87 | | |
| J.M.F. COMPANY, INC.<br>318 HIGHLAND DRIVE<br>ST. MARIES, ID 83861-2042 | | Claim Number: 1950<br>Claim Date: 04/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $1,147.54 | | |
| J.P. SAVOIE CONSULTANT INC<br>ATTN: JEAN-PAUL SAVOIE, ING<br>1091 RUE DESLILAS<br>LA TUQUE, QC G9X 4M1<br>CANADA | | Claim Number: 8566<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $4,734.90 | Scheduled: | $4,679.16 |
| J.P. SAVOIE CONSULTANT INC<br>ATTN: JEAN-PAUL SAVOUE, ING<br>1091 RUE DESLILAS<br>LA TUQUE, QC G9X 4M1<br>CANADA | | Claim Number: 8567<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $4,734.90 | | |
| J.R.'S TRUCKING, INC<br>575 BARNETT HWY<br>BREWTON, AL 36426 | | Claim Number: 2555<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $7,917.60 | | |
| JACKIE HANSON LLC<br>ATTN: HUGH ELKINS<br>18708 GREYTON LANE<br>DAVIDSON, NC 28036 | | Claim Number: 9327<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $38,167.00 | Scheduled: | $38,092.00 |
| JACKLIN STEEL SUPPLY CO<br>2410 AERO PARK DR<br>TRAVERSE CITY, MI 49686 | | Claim Number: 4173<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $632.85 | Scheduled: | $581.73 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| JACKSON BROTHERS INVESTMENT CO.<br>P.O. BOX 270<br>MONTGOMERY, AL 36101 | Claim Number: 11468<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $7,500.00 | | |
| JACKSON CORRUGATED CONTAINER CORP.<br>P.O. BOX 210<br>MIDDLETOWN, CT 06457 | Claim Number: 1088<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED | Claimed: | $4,133.96 | Scheduled: | $4,119.75 |
| JACKSON COUNTY COLLECTOR<br>COLLECTION DEPT. - ATTN: BANKRUPTCY<br>415 E 12TH ST. ROOM 100<br>KANSAS CITY, MO 64106 | Claim Number: 2977<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | | |
| PRIORITY | Claimed: | $1,703.99 | | |
| JACKSON COUNTY HEALTHCARE AUTHORITY<br>DBA HIGHLANDS OCCUPATIONAL MEDICINE CTR.<br>380 WOODS COVE RD.<br>SCOTTSBORO, AL 35768 | Claim Number: 1493<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | | |
| UNSECURED | Claimed: | $12,012.97 | Scheduled: | $9,508.85 |
| JACKSON COUNTY PORT AUTHORITY<br>PORT OF PASCAGOULA<br>P.O.BOX 70<br>PASCAGOULA, MS 39568-0070 | Claim Number: 11100<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | | |
| UNSECURED | Claimed: | $1,773.67 | | |
| JACKSON COUNTY TREASURER<br>P.O. BOX 980<br>JACKSON, OH 45640-0980 | Claim Number: 8168<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | |
| PRIORITY | Claimed: | $431.74 | Scheduled: | $0.00  UNLIQ |
| JACKSON HIRSH INC<br>700 ANTHONY TRAIL<br>NORTHBROOK, IL 60062-2542 | Claim Number: 9987<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $141.59 | Scheduled: | $141.59 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JACKSON PARISH HOSPITAL<br>165 BEACH SPRINGS ROAD<br>JONESBORO, LA 71251 | Claim Number: 4489<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | Scheduled: | $2,606.50 |
|---|---|---|---|---|

| JACKSON, BRADY BEE<br>3601 HWY 155<br>QUITMAN, LA 71268 | Claim Number: 10202<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| JACKSON, DONNIE R<br>13681 HWY 29<br>BREWTON, AL 36426 | Claim Number: 10638<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $19,000.00 |
|---|---|---|

| JACKSON, GREGORY C.<br>419 4TH ST<br>JONESBORO, LA 71251 | Claim Number: 10421<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| JACKSON, HENRY, JR.<br>10546 HWY 501<br>SALINE, LA 71070 | Claim Number: 10203<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| JACKSON, JOEL<br>705 MOROCCO<br>JONESBORO, LA 71251 | Claim Number: 12087<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| JACKSON, JOEL L<br>705 MOROCCO STREET<br>JONESBORO, LA 71251 | Claim Number: 10204<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| | | | |
|---|---|---|---|
| JACKSON, JOHN<br>1123 BEECH SPRINGS ROAD<br>JONESBORO, LA 71251 | | Claim Number: 10205<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $0.00   UNLIQ | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| JACKSON, JOSEPH E<br>1601 VIRGINIA AVENUE<br>LYNN HAVEN, FL 32444 | | Claim Number: 7725<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| UNSECURED | Claimed: | $0.00   UNDET | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| JACKSON, MAJOR A. III<br>150 BERGER STREET<br>SOMERSET, NJ 08873 | | Claim Number: 13086<br>Claim Date: 09/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| PRIORITY | Claimed: | $0.00   UNDET | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| JACKSON, MARCUS EDWARD<br>PO BOX 41<br>JONESBORO, LA 71251 | | Claim Number: 10303<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | |

| UNSECURED | Claimed: | $0.00   UNLIQ | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| JACKSON, MARY ANN<br>PO BOX 823<br>HODGE, LA 71247 | | Claim Number: 10206<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | |

| UNSECURED | Claimed: | $0.00   UNLIQ | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| JACOBS ENGINEERING GROUP INC<br>PO BOX 840388<br>DALLAS, TX 75284-0388 | | Claim Number: 6535<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $16,209.09 | Scheduled: | $16,209.09 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| JACOBS, DAVID K<br>PO BOX 1136<br>MACCLENNY, FL 32063 | | Claim Number: 10106<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| UNSECURED | Claimed: | $0.00   UNDET | |
|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JACOBS, ELEANOR M<br>P.O. BOX 1136<br>MACCLENNY, FL 32063-1136 | Claim Number: 10107<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

| JACOBSEN, DEBORAH M.<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 11963<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED | Claimed: | $44,096.03   UNLIQ | |

| JACOBSEN, DEBORAH M.<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 12998<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | |
| UNSECURED | Claimed: | $42,457.43 | Scheduled: | $44,096.03 |

| JACOBSON DEDICATED<br>ATTN: MARTY R. HOWARD<br>PO BOX 310207<br>DES MOINES, IA 50331-0207 | Claim Number: 10903<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $89,855.38 | Scheduled: | $270,271.54 |

| JACOBSON DISTRIBUTION COMPANY<br>ATTN: MARTY HOWARD<br>3811 DIXON STREET<br>DES MOINES, IA 50313 | Claim Number: 10904<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $80,884.84 | Scheduled: | $324,870.37 |

| JACOBSON TRANSPORTATION COMPANY INC<br>ATTN: MARTY R. HOWARD<br>3811 DIXON STREET<br>DES MOINES, IA 50313 | Claim Number: 10905<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $14,474.01 | Scheduled: | $4,052.00 |

| JACQUES WHITFORD STANTEC LIMITED<br>8170 MONTVIEW ROAD,<br>MONT-ROYAL, QC H4P 2L7<br>CANADA | Claim Number: 1583<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8997 (03/22/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $25,504.43 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| JACQUES WHITFORD STANTEC LIMITED<br>8170 MONTVIEW ROAD<br>MONT-ROYAL, QC H4P 2L7<br>CANADA | Claim Number: 1584<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| JACQUES WHITFORD STANTEC LIMITED<br>8170 MONTVIEW ROAD<br>MONT-ROYAL, QC H4P 2L7<br>CANADA | Claim Number: 1585<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>812.71 CAD | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $667.74 |
| JACQUES WHITFORD STANTEC LIMITED<br>100 ALEXIS-NIHON BOULEVARD SUITE 110<br>ATTN: PAUL TESSIER<br>SAINT LAURENT, QB H4M 2N6<br>CANADA | Claim Number: 13050<br>Claim Date: 08/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8909 (01/25/2011) | | | |
| UNSECURED | Claimed: | $14,040.56 | | |
| JACQUES WHITFORD STANTEC LIMITED<br>8170 MONTVIEW ROAD<br>MONT-ROYAL, QC H4P 2L7<br>CANADA | Claim Number: 13056<br>Claim Date: 08/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| JACQUES WHITFORD STANTEC LIMITED<br>ATTN: PAUL TESSIER<br>100 ALEXIS-NIHON BUREAU 100<br>SAINT LAURENT, QC H4M 2N6<br>CANADA | Claim Number: 13322<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $665.85 | | |
| JACQUES WHITORD STANTEC LIMITED<br>ATTN: PAUL TESSIER<br>100 BOULEVARD ALEXIS-NIHON BUREAU 100<br>SAINT LAURENT, QC H4M 2N6<br>CANADA | Claim Number: 12819<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $15,249.70 | | |
| JAEGER PRODUCTS INC<br>DEPT 1688  17<br>DENVER, CO 80291-1688 | Claim Number: 6325<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $2,785.68 | Scheduled: | $2,578.80 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JAKES, KATHERINE S<br>72 WEEKLY CT<br>NEW CASTLE, IN 473621244 | Claim Number: 12070<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| JAKES, NEAL G<br>72 WEEKLY CT<br>NEW CASTLE, IN 473621244 | Claim Number: 12069<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| JAMAICA ASH AND RUBBISH<br>REMOVAL CO INC<br>P.O.BOX 833<br>WESTBURY, NY 11590 | Claim Number: 6997<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $3,297.90 | | |
|---|---|---|---|---|

| JAMAR COMPANY<br>1996 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | Claim Number: 6927<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $37,941.26 | Scheduled: | $37,941.26 |
|---|---|---|---|---|

| JAMES DIFOGGIO & SONS INC<br>3241 S SHIELDS AVE<br>CHICAGO, IL 60616 | Claim Number: 4987<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $5,227.00 | Scheduled: | $5,227.00 |
|---|---|---|---|---|

| JAMES E WATSON AND COMPANY<br>PO DRAWER P<br>29 DORAN AVE<br>MARIETTA, GA 30061 | Claim Number: 6215<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| JAMES E WATSON AND COMPANY<br>PO BOX P<br>MARIETTA, GA 30061 | Claim Number: 6216<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $971.64 | Scheduled: | $971.64 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| JAMES ELECTRIC MOTOR SERVICES<br>4020 8TH STREET SE<br>CALGARY, AB T2G 3A7<br>CANADA | | Claim Number: 12642<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $3,714.07 | Scheduled: | $3,698.55 |

---

| | | |
|---|---|---|
| JAMES ELECTRIC MOTOR SERVICES LTD.<br>ATTN: NICOLE FLEURY OR GORD JAMES<br>4020 8TH STREET SE<br>CALGARY, AB T2G 3A7<br>CANADA | | Claim Number: 12643<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 12642 |
| UNSECURED | Claimed: | $3,714.07 |

---

| | | | | |
|---|---|---|---|---|
| JAMES R REED AND ASSOCIATES INC<br>770 PILOT HOUSE DR<br>NEWPORT NEWS, VA 23606 | | Claim Number: 7627<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $8,630.25 | Scheduled: | $5,949.00 |

---

| | | | | |
|---|---|---|---|---|
| JAMES RIVER EQUIPMENT INC<br>PO BOX 9414<br>RICHMOND, VA 23228 | | Claim Number: 8068<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,233.35 | Scheduled: | $13,698.39 |

---

| | | |
|---|---|---|
| JAMES ROSS LIMITED<br>4503 ROWSOME ROAD EAST<br>ELIZABETHTOWN, ON K6T 1A9<br>CANADA | | Claim Number: 2343<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| JAMES ROSS LIMITED<br>4503 ROWSOME ROAD EAST<br>ELIZABETHTOWN, ON K6T 1A9<br>CANADA | | Claim Number: 2344<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $50,493.37 |

---

| | | |
|---|---|---|
| JAMES ROSS LIMITED<br>4503 ROWSOME ROAD EAST<br>ELIZABETHTOWN, ON K6T 1A9<br>CANADA | | Claim Number: 2345<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $4,344.74 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

JAMES ROSS LIMITED
4503 ROWSOME ROAD EAST
ELIZABETHTOWN, ON K6T 1A9
CANADA

Claim Number: 2346
Claim Date: 04/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $1,106.96 | | |

---

JAMES ROSS LIMITED
4503 ROWSOME RD EAST
ELIZABETHTOWN, ON K6T 1A9
CANADA

Claim Number: 6906
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $7,834.05 | | |

---

JAMES ROSS LIMITED
4503 ROWSOME RD EAST
ELIZABETHTOWN, ON K6T 1A9
CANADA

Claim Number: 6907
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $55,298.55 | Scheduled: | $78,624.48 |

---

JAMES ROSS LIMITED
4503 ROWSOME ROAD EAST
ELIZABETHTOWN, ON K6T 1A9
CANADA

Claim Number: 8794
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $7,834.05 | | |

---

JAMES ROSS LIMITED
ATTN: DEBORAH BUTZER
4503 ROWSOME ROAD EAST
ELIZABETHTOWN, ON K6T 1A9
CANADA

Claim Number: 12440
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $6,652.56 | | |

---

JAMES ROSS LIMITED
ATTN: DEBORAH BUTZER
4503 ROWSOME ROAD EAST
ELIZABETHTOWN, ON K6T 1A9
CANADA

Claim Number: 13795
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $6,652.56 | Scheduled: | $6,652.56 |

---

JAMES S SHERMAN
14333 LAKE MAGDALENE BLVD
TAMPA, FL 33618

Claim Number: 6320
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $750.00 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JAMES, BERNICE - TREASURER-TAX COLLECTOR<br>PO BOX 579<br>PO BOX 579<br>SANTA BARBARA, CA 93102 | Claim Number: 5972<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,692.18 | |

| JAMISON STEEL RULE DIE INC.<br>ATTN: SARAH JAMISON<br>P.O. BOX 447<br>MURFREESBORO, TN 37133 | Claim Number: 10040-02<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8117 (06/22/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $145,192.00 | Scheduled: $148,011.00 |

| JAMISON STEEL RULE DIE INC.<br>ATTN: SARAH JAMISON<br>P.O. BOX 447<br>MURFREESBORO, TN 37133 | Claim Number: 10040-03<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8117 (06/22/2010) | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $23,558.00 |

| JAMISON STEEL RULE DIE INC.<br>ATTN: MRS. SARAH JAMISON<br>PO BOX 447<br>MURFREESBORO, TN 37133 | Claim Number: 14039<br>Claim Date: 06/07/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $23,558.00 |
| UNSECURED | Claimed: | $145,192.00 |
| TOTAL | Claimed: | $145,192.00 |

| JAMISON STEETL RULE DIE, INC<br>ATTN: SARAH JAMISON<br>PO BOX 447<br>MURFREESBORO, TN 37133 | Claim Number: 10094<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $8,474.00 |

| JAN PRO CLEANING SYSTEMS<br>15714 SW 72ND AVE<br>PORTLAND, OR 97224-7973 | Claim Number: 7055<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | Scheduled: $900.00 |

| JAN PRO CLEANING SYSTEMS INC<br>4801 LAGUNA BLVD STE 105 PMB 102<br>ELK GROVE, CA 95758 | Claim Number: 6003<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $1,355.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| JANES, CHARLES J.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | | Claim Number: 11833<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| JANI-KING OF TAMPA BAY<br>ATTN: DAWN ENGLETON<br>2469 SUNSET POINT RD., STE 250<br>CLEARWATER, FL 33765 | | Claim Number: 12<br>Claim Date: 01/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $5,008.17 | Scheduled: | $7,140.56 |
| JANITORIAL SYSTEMS INC.<br>#130, 4808 87TH ST<br>EDOMTON, AB T6E 5W3<br>CANADA | | Claim Number: 3332<br>Claim Date: 06/10/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $3,954.77 | Scheduled: | $3,228.20 |
| JARAMILLO, GUSTAVO J<br>196 PARKSTONE WAY<br>MARIETTA, GA 30066 | | Claim Number: 7719<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00 UNLIQ | | |
| JARVIS, LOUISE<br>6701 IRONBRIDGE PKWY APT 135<br>CHESTER, VA 23831-1471 | | Claim Number: 7961<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $6,236.00 | | |
| JASAR RECYCLING INC<br>183 EDGEWORTH AVE<br>EAST PALESTINE, OH 44413-1554 | | Claim Number: 6785-01<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| ADMINISTRATIVE | Claimed: | $1,490.80 | | |
| JASAR RECYCLING INC<br>183 EDGEWORTH AVE<br>EAST PALESTINE, OH 44413-1554 | | Claim Number: 6785-02<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) | | |
| SECURED | Claimed: | $15,468.68 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JAVA DAVE'S EXECUTIVE COFFEE SERVICE<br>P.O. BOX 581238<br>TULSA, OK 74158-1238 | Claim Number: 3576<br>Claim Date: 07/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $74.12 | |

---

| JAXON INDUSTRIAL SERVICES INC.<br>1223 MARCHECK ST.<br>JACKSONVILLE, FL 32211 | Claim Number: 4562<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $12,891.30 | |

---

| JAY'S MOVING & STORAGE LTD<br>BOX 4560<br>REGINA, SK S4P 3Y3<br>CANADA | Claim Number: 2323<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $13,427.50 | |

---

| JAY'S MOVING & STORAGE LTD<br>BOX 4560<br>REGINA, SK S4P 3Y3<br>CANADA | Claim Number: 8202<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5768 (03/11/2010)<br>Claim out of balance | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,001.15 | Scheduled: | $10,710.98 |

---

| JAYHAWK BOXES, INC.<br>PO BOX 798<br>FREMONT, NE 68026-0798 | Claim Number: 2030<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $469.79 | Scheduled: | $469.79 |

---

| JB EQUIPMENT COMPANY<br>903 S LATSON RD  266<br>HOWELL, MI 48843-7595 | Claim Number: 4071<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $836.20 | Scheduled: | $836.20 |

---

| JB MAX<br>5008 58TH ST CT EAST<br>TACOMA, WA 98443 | Claim Number: 5101-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $60.00 | Scheduled: | $180.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

JB MAX
5008 58TH ST CT EAST
TACOMA, WA 98443

Claim Number: 5101-02
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1866 (09/04/2009)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $30.00 | |

---

JBF PRINT
ATTN: MICKEY L. MCCARDLE
P.O. BOX 24028
JACKSON, MS 39225-4028

Claim Number: 6955
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,271.05 | Scheduled: | $5,271.00 |

---

JBN MEDICAL DIAGNOSTIC SERVICES INC.
2951 WALKERS LINE, SUITE #301
BURLINGTON, ON L7M 4Y1
CANADA

Claim Number: 3087
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8909 (01/25/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

---

JBN MEDICAL DIAGNOSTIC SERVICES, INC.
ATTN: MARG DUBOIS
2951 WALKER LINE, SUITE H301
BURLINGTON, ON L7M 4Y1
CANADA

Claim Number: 8402
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,236.69 | |

---

JC EHRLICH CO. INC
P.O. BOX 13848
READING, PA 19612

Claim Number: 1851
Claim Date: 03/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,613.52 | Scheduled: | $21,074.72 |

---

JC FIBERS
3718-A GRANDE LIGNE
CHAMBLY, QC J3L 4A7
CANADA

Claim Number: 8499
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $332,774.56 | Scheduled: | $237,990.00 UNLIQ |

---

JC FRENCH AND COMPANY INC
2815 METROPOLITAN PLACE
POMONA, CA 91767

Claim Number: 5290
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $62,525.00 | Scheduled: | $77,512.22 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| JC PENNEY CO<br>PO BOX 27704<br>SALT LAKE CITY, UT 84127 | | Claim Number: 11705<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $257,142.00 | Scheduled: | $257,177.00 | |
| JDI GROUP, INC., THE<br>1545 TIMBERWOLF DRIVE<br>HOLLAND, OH 43528 | | Claim Number: 1458<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | | |
| UNSECURED | Claimed: | $39,899.80 | Scheduled: | $39,899.80 | |
| JDS INDUSTRIES INC.<br>1800 E 57TH STREET NORTH<br>SIOUX FALLS, SD 57104 | | Claim Number: 318<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | |
| UNSECURED | Claimed: | $697.19 | | | |
| JE HILL CONTRACTOR, INC.<br>PO BOX 491356<br>LEESBURG, FL 34749-1356 | | Claim Number: 139<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | | |
| UNSECURED | Claimed: | $8,442.00 | Scheduled: | $8,442.00 | |
| JE NEWTON AND BRO<br>PO BOX 78<br>DILLWYN, VA 23936 | | Claim Number: 9610<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $6,583.50 | Scheduled: | $13,167.00 | UNLIQ |
| JEA<br>C/O RICHARD R. THAMES, ESQ.<br>STUTSMAN THAMES & MARKEY, P.A.<br>50 NORTH LAURA STREET, SUITE 1600<br>JACKSONVILLE, FL 32202 | | Claim Number: 3095<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | |
| SECURED | Claimed: | $16,335.51 | | | |
| UNSECURED | Claimed: | $7,474.07 | | | |
| TOTAL | Claimed: | $23,809.38 | | | |
| JEA<br>C/O RICHARD R. THAMES, ESQ.<br>SUTSMAN THAMES & MARKEY, P.A.<br>50 NORTH LAURA STREET, SUITE 1600<br>JACKSONVILLE, FL 32202 | | Claim Number: 3096<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | |
| SECURED | Claimed: | $284.70 | | | |
| UNSECURED | Claimed: | $25,430.08 | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| JEA<br>C/O RICHARD R. THAMES, ESQ.<br>STUTSMAN THAMES & MARKEY, P.A.<br>50 NORTH LAURA STREET, SUITE 1600<br>JACKSONVILLE, FL 32202 | | Claim Number: 3097<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | |
| SECURED | Claimed: | $33.03 | | | |
| UNSECURED | Claimed: | $1,863.65 | | | |
| JEA<br>C/O RICHARD R. THAMES, ESQ.<br>STUTSMAN THAMES & MARKEY, P.A.<br>50 NORTH LAURA STREET, SUITE 1600<br>JACKSONVILLE, FL 32202 | | Claim Number: 3098<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $868,733.08 | | | |
| JEDSON ENGINEERING INC<br>PARK 50 TECHNECENTER<br>5300 DUPONT CIRCLE<br>SUITE B<br>MILFORD, OH 45150 | | Claim Number: 77<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $24,676.46 | Scheduled: | $24,676.46 | |
| JEFF JOHSON ENTERPRISES, INC.<br>PO BOX 189<br>CLEVELAND, AL 35049 | | Claim Number: 12128<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $19,014.53 | | | |
| JEFF SPENCER TRUCKING INC.<br>P.O. BOX 456<br>LAKE CITY, AR 72437 | | Claim Number: 3142<br>Claim Date: 05/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $2,571.27 | Scheduled: | $2,571.27 | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | | Claim Number: 24<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $143,617.01 | Scheduled: | $143,693.51 | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | | Claim Number: 58-01<br>Claim Date: 02/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $63,045.11 | Scheduled: | $63,045.11 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CAPP INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 58-02<br>Claim Date: 02/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $768.00 | Scheduled: | $648.91 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 73<br>Claim Date: 02/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $13,764.81 | Scheduled: | $15,342.80 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 191<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $29,376.00 |
|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 223<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $45,890.47 | Scheduled: | $53,082.63 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 225<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $46,460.50 | Scheduled: | $119,782.50 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 226<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $72,003.00 |
|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 306<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $94,560.00 | Scheduled: | $94,560.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 472-01<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $69,000.00 | |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/0 CFIP MASTER FUND, LTD.<br>CHICAGO, IL 60606 | Claim Number: 490<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $29,595.00 | Scheduled: $29,595.00 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 496<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $31,924.00 | Scheduled: $31,924.00 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SOLUTION SERVICES CORP.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 497<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,167.00 | |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SOLUTION SERVICES CORP.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 498<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $9,757.00 | |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: HARRIS TECHNOLOGIES, INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 555<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $57,636.09 | Scheduled: $59,254.09 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 602<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $117,770.16 | Scheduled: $117,770.16 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | |
|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: STICKLE STEAM SPECIALTIES CO<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 690<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED          Claimed: | $52,866.00 | Scheduled: | $52,620.35 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 698<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | |
| UNSECURED          Claimed: | $28,069.29 | Scheduled: | $28,069.29 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 716<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | |
| UNSECURED          Claimed: | $15,171.67 | Scheduled: | $16,001.55 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 1023<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | |
| UNSECURED          Claimed: | $126,268.67 | Scheduled: | $126,268.67 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 1056<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | |
| UNSECURED          Claimed: | $28,370.00 | Scheduled: | $28,370.00 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: FLEET 1 BROKERAGE LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 1344<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | |
| UNSECURED          Claimed: | $10,060.00 | Scheduled: | $10,060.00 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 1371<br>Claim Date: 03/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | |
| UNSECURED          Claimed: | $38,989.56 | Scheduled: | $37,428.50 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 1605<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $12,756.49   UNDET | Scheduled: | $12,756.49 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 1612<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $227,207.03 | Scheduled: | $229,819.30 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 1613<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $86,663.00 | Scheduled: | $86,663.00 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 1774<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $19,108.75 | Scheduled: | $19,108.75 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 1833<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $59,502.00 | Scheduled: | $13,467.49 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 1869<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $66,035.67 | Scheduled: | $66,035.67 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 1936<br>Claim Date: 04/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $105,588.73 | Scheduled: | $110,814.76 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 2091<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $57,920.91 | Scheduled: | $57,920.91 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 2109<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $42,388.44 | Scheduled: | $46,940.44 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 2139<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $12,355.74 | Scheduled: | $12,355.74 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 2204<br>Claim Date: 04/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $39,391.00 | Scheduled: | $39,697.05 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 2206<br>Claim Date: 04/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $111,253.00 | Scheduled: | $111,253.00 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 2536<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $119,474.00 | Scheduled: | $140,107.25 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 2765<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $12,681.25 | Scheduled: | $12,681.25 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O CFIP MASTER FUND, LTD.
71 SOUTH WACKER DRIVE, SUITE 3495
CHICAGO, IL 60606

Claim Number: 3023
Claim Date: 05/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $21,240.10 | | |
|---|---|---|---|---|

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O CFIP MASTER FUND, LTD.
71 SOUTH WACKER DRIVE, SUITE 3495
CHICAGO, IL 60606

Claim Number: 3044
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $19,186.85 | Scheduled: | $26,704.00 |
|---|---|---|---|---|

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: INSTRUMENT CALIBRATION SERVICES, INC.
ONE STATION PLACE, THREE NORTH
STAMFORD, CT 06902

Claim Number: 3061
Claim Date: 05/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $2,005.00 | | |
|---|---|---|---|---|

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O CFIP MASTER FUND, LTD.
71 SOUTH WACKER DRIVE, SUITE 3495
CHICAGO, IL 60606

Claim Number: 3246
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $44,141.84 | Scheduled: | $110,873.51 |
|---|---|---|---|---|

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O CFIP MASTER FUND, LTD.
71 SOUTH WACKER DRIVE, SUITE 3495
CHICAGO, IL 60606

Claim Number: 3249
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $41,041.29 | Scheduled: | $47,333.79 |
|---|---|---|---|---|

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CST CO
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 3252
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $14,579.48 | Scheduled: | $75.00 |
|---|---|---|---|---|

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O CFIP MASTER FUND, LTD.
71 SOUTH WACKER DRIVE, SUITE 3495
CHICAGO, IL 60606

Claim Number: 3275
Claim Date: 05/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $12,731.76 | Scheduled: | $12,731.76 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | | Claim Number: 3280<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | |
| UNSECURED | Claimed: | $32,988.17 | Scheduled: | $33,069.05 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CHENEY LIME & CEMENT COMPANY<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 3283-01<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) | | |
| UNSECURED | Claimed: | $12,235.96 | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: EAGLE ENTERPRISES LTD.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 3477<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) | | |
| UNSECURED | Claimed: | $855.44 | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: MISSOULA MOTOR PARTS CO<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 3712<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/08/2010) | | |
| UNSECURED | Claimed: | $16,905.06 | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | | Claim Number: 3797<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | |
| UNSECURED | Claimed: | $15,852.00 | Scheduled: | $15,852.00 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | | Claim Number: 3973<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | |
| UNSECURED | Claimed: | $25,045.30 | Scheduled: | $28,380.85 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: FINNCHEM USA, INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 4038<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | |
| ADMINISTRATIVE | Claimed: | $136,509.25 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: KEMIRA INDUSTRIES, INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 4040<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | |

| ADMINISTRATIVE | Claimed: | $250,632.12 | | |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 4084<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | |

| UNSECURED | Claimed: | $86,529.54 | Scheduled: | $89,708.23 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTC.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 4136<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | |

| UNSECURED | Claimed: | $14,888.32 | Scheduled: | $14,888.32 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 4141<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | |

| UNSECURED | Claimed: | $18,067.26 | Scheduled: | $18,613.85 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 4313<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | |

| UNSECURED | Claimed: | $17,467.96 | Scheduled: | $17,467.96 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 4332-01<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | |

| ADMINISTRATIVE | Claimed: | $7,962.50 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $93,144.21 |

---

| | | |
|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: PIONEER FUNDING GROUP, LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 4332-02<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | |

| UNSECURED | Claimed: | $83,389.19 | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 4573<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $123,864.70 | Scheduled: | $124,009.70 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 4701<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $43,524.05 | Scheduled: | $43,524.05 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 4703<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $189,988.03 | Scheduled: | $193,826.93 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 5073<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $73,804.21 | Scheduled: | $73,804.21 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 5285<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $23,426.81 | Scheduled: | $24,707.81 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 5297<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $30,210.25 | Scheduled: | $30,210.25 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: STI CEMS SERVICES<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 5298<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $950.53 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: BROBST LANDSCAPING INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 5315<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $12,899.35 | Scheduled: | $12,899.35 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 5386-01<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $56,199.46 |
|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: HARRIS TECHNOLOGIES, INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 5386-02<br>Claim Date: 07/16/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $1,507.25 |
|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: HARRIS TECHNOLOGIES, INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 5386-03<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $911.52 |
|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 5526<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $32,283.99 | Scheduled: | $32,905.21 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 5675-01<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $6,838.35 | Scheduled: | $41,748.95 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CELLMARK INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 5675-02<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $25,728.22 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O CFIP MASTER FUND, LTD.
71 SOUTH WACKER DRIVE, SUITE 3495
CHICAGO, IL 60606

Claim Number: 5819
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $21,551.07 | Scheduled: | $21,551.07 |
|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O CFIP MASTER FUND, LTD.
71 SOUTH WACKER DRIVE, SUITE 3495
CHICAGO, IL 60606

Claim Number: 6112
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $14,303.88 | Scheduled: | $14,303.88 |
|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O CFIP MASTER FUND, LTD.
71 SOUTH WACKER DRIVE, SUITE 3495
CHICAGO, IL 60606

Claim Number: 6175
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $39,460.00 | Scheduled: | $40,800.00 |
|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O CFIP MASTER FUND, LTD.
71 SOUTH WACKER DRIVE, SUITE 3495
CHICAGO, IL 60606

Claim Number: 6235
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $13,133.00 | Scheduled: | $13,133.00 |
|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O CFIP MASTER FUND, LTD.
71 SOUTH WACKER DRIVE, SUITE 3495
CHICAGO, IL 60606

Claim Number: 6445
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $26,910.00 | Scheduled: | $26,910.00 |
|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O CFIP MASTER FUND, LTD.
71 SOUTH WACKER DRIVE, SUITE 3495
CHICAGO, IL 60606

Claim Number: 6859
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $46,188.49 | Scheduled: | $42,595.85 |
|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O CFIP MASTER FUND, LTD.
71 SOUTH WACKER DRIVE, SUITE 3495
CHICAGO, IL 60606

Claim Number: 7167
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $1,550,704.65 | Scheduled: | $1,335,967.37  UNLIQ |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 7175<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|
| UNSECURED          Claimed: | $913,678.44          Scheduled:          $905,170.22  UNLIQ |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 7202<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>amends claim 22 |
|---|---|
| UNSECURED          Claimed: | $28,828.17          Scheduled:          $30,025.38 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 7328<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|
| UNSECURED          Claimed: | $4,517,488.00   UNLIQ |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 7399<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) |
|---|---|
| UNSECURED          Claimed: | $39,221.26          Scheduled:          $39,221.26 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: STANDARD CARTAGE COMPANY INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 7506<br>Claim Date: 08/10/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|
| UNSECURED          Claimed: | $11,695.00          Scheduled:          $11,695.00 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 7598<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|
| UNSECURED          Claimed: | $75,966.50          Scheduled:          $75,966.50 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 7798<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|
| UNSECURED          Claimed: | $19,500.00          Scheduled:          $19,500.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: ARKLA TAYLOR, INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 7908<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $121,156.11 | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: PEAK TECHNOLOGIES INC. RIBBO<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 7944<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | |
| UNSECURED | Claimed: | $615,859.05 | Scheduled: | $177,989.81 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: PRINTRON STEEL RULE DIE, INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 8146<br>Claim Date: 08/18/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $49,475.39 | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: PRINTRON ENGRAVERS, INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 8147<br>Claim Date: 08/18/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $392,906.00 | Scheduled: | $496,399.04 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 8148<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $146,912.29 | Scheduled: | $210,817.58 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 8149<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $18,985.99 | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 8271<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $15,906.30 | Scheduled: | $15,906.30 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 8376<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $10,575.00 | | |
|---|---|---|---|---|

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: GROUNDSTAR EXPRESS LTD.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 8651<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $9,274.13 | Scheduled: | $11,278.93 |
|---|---|---|---|---|

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 8840-01<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $52,866.05 | Scheduled: | $940.58 |
|---|---|---|---|---|

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: STICKLE STEAM SPECIALTIES CO<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 8840-02<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $245.70 | | |
|---|---|---|---|---|

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: LOUIS SCOTT TRUCKING INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 9091<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $198,517.38 | Scheduled: | $185,324.06 |
|---|---|---|---|---|

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>CHICAGO, IL 60606 | Claim Number: 9105<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $198,064.61 | Scheduled: | $158,609.06 |
|---|---|---|---|---|

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 9058ONE STA<br>CHICAGO, IL 60606 | Claim Number: 9120<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $1,477,987.02 | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | | Claim Number: 9195<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $842,176.64 | Scheduled: | $839,249.43 | UNLIQ |

---

| | | | | | |
|---|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTC.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | | Claim Number: 9196<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $683,114.60 | Scheduled: | $819,623.85 | UNLIQ |

---

| | | | | | |
|---|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | | Claim Number: 9227-02<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $35,439.65 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | | Claim Number: 9294<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $27,532.50 | Scheduled: | $27,532.50 | |

---

| | | | | | |
|---|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | | Claim Number: 9296<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $209,731.62 | Scheduled: | $127,572.18 | |

---

| | | | | | |
|---|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: ALLOY CLADDING COMPANY INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 9304-03<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | | |
| ADMINISTRATIVE | Claimed: | $3,000.00 | | | |
| UNSECURED | | | Scheduled: | $498,923.85 | |

---

| | | | | | |
|---|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | | Claim Number: 9304-04<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $456,834.92 | | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 9324<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | |
| UNSECURED          Claimed: | $264,319.36                    Scheduled: | $171,084.99 |

| | | |
|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 9336-01<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | |
| UNSECURED          Claimed: | $22,956.34                    Scheduled: | $27,842.19 |

| | | |
|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTC.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 9373<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | |
| UNSECURED          Claimed: | $45,889.35 | |

| | | |
|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 9446<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | |
| UNSECURED          Claimed: | $29,825.55                    Scheduled: | $34,137.00 |

| | | |
|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: TH RYAN CARTAGE CO INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 9724<br>Claim Date: 08/24/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 8128 (06/23/2010) | |
| UNSECURED          Claimed: | $76,845.51                    Scheduled: | $75,957.81 |

| | | |
|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 9745<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | |
| UNSECURED          Claimed: | $18,262.95                    Scheduled: | $22,479.79 |

| | | |
|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 9826<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>ADD | |
| UNSECURED          Claimed: | $23,319.72                    Scheduled: | $23,319.72 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 9955<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $693,946.00 | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: RSW DALLAS LIMITED PARTNERSH<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 9957<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) | | |
| UNSECURED | Claimed: | $693,946.00 | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 10012<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | |
| UNSECURED | Claimed: | $942,650.16 | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 10092<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | |
| UNSECURED | Claimed: | $1,680,767.19 | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: IPS BALERS MFG. INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 10508-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) | | |
| ADMINISTRATIVE | Claimed: | $2,653.00 | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 10508-02<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | |
| UNSECURED | Claimed: | $52,171.56 | Scheduled: $50,175.84 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: ABUCK, INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 10732<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $257,939.00 | Scheduled: $190,690.74 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: ANDRITZ SEPARATION, INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 10926<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $43,965.99 | Scheduled: | $39,865.46 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: ANDRITZ INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 10927<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $9,310.76 | Scheduled: | $1,408,367.30 UNLIQ |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: ANDRITZ INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 10938<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $377,811.72 |
|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 11014<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $2,288.00 | Scheduled: | $2,288.00 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 11173-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $46,654.36 | Scheduled: | $106,121.50 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: INTERNATIONAL CHEMICAL CO<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 11173-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $32,049.89 |
|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SUN CHEMICAL CORPORATION<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 11279-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $428,254.04 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $122,180.48 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 11279-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $44,875.82 | | |

---

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SUN CHEMICAL CORPORATION<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 11280<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) | | | |
| ADMINISTRATIVE | Claimed: | $123,009.90 | | |
| UNSECURED | Claimed: | $84,859.53 | Scheduled: | $18,915.14 |

---

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 11281<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | | |
| UNSECURED | Claimed: | $1,798,257.10 | Scheduled: | $2,922.50 |

---

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 11289<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $363,365.04 | Scheduled: | $344,432.90 |

---

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 11560<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $30,830.00   UNDET | Scheduled: | $30,830.00 |

---

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: IPS BALERS MFG, INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 11729<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $50,175.84 | | |

---

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 11851<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $8,500,000.00 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: COAL HANDLING SOLUTIONS, INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 11852<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $31,000.80 | Scheduled: | $32,920.80 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: WATERBOURNE CONSTRUCTION<br>ADV<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 12209<br>Claim Date: 09/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $319,405.80 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $319,405.80 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: KEMIRA CHEMICALS CANADA INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 12814<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $95,289.54 | Scheduled: | $237,687.01 |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 12816<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $95,737.22 | | |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: KEMIRA CHEMICALS CANADA INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 12997<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $19,401.99 | | |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 13081<br>Claim Date: 09/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $2,606,054.00 | | |
|---|---|---|---|---|

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 13379<br>Claim Date: 09/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $368,730.90 | Scheduled: | $50,755.18 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 13518-01<br>Claim Date: 10/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>Amends Claim 11013 | |
| UNSECURED          Claimed: | $75,848.45 | |

---

| | | |
|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: KV ASSOCIATES LLC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 13518-02<br>Claim Date: 10/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | |
| ADMINISTRATIVE          Claimed: | $7,562.50 | |

---

| | | |
|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 13543<br>Claim Date: 11/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | |
| UNSECURED          Claimed: | $190,690.74 | |

---

| | | |
|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 13600<br>Claim Date: 11/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | |
| UNSECURED          Claimed: | $198,517.38 | |

---

| | | |
|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: PRINTRON ENGRAVERS, INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 13698<br>Claim Date: 12/21/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | |
| UNSECURED          Claimed: | $381,831.00 | |

---

| | | |
|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 13713<br>Claim Date: 12/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | |
| UNSECURED          Claimed: | $437,092.33 | |

---

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 13790<br>Claim Date: 01/28/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED          Claimed: | $121,156.11 | Scheduled: | $81,656.11 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 13877<br>Claim Date: 03/11/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $1,314,347.33 | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 13878<br>Claim Date: 03/11/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $43,965.99 | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 13879<br>Claim Date: 03/11/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>Amends Claim 10938 | | | |
| UNSECURED | Claimed: | $387,122.48 | Scheduled: | $422,427.76 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTC.<br>71 SOUTH WACKER DRIVE, SUITE 3495<br>CHICAGO, IL 60606 | Claim Number: 13910<br>Claim Date: 03/17/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $851,305.94 | Scheduled: | $1,344,580.55  UNLIQ |
| JEFFERS, WILLIAM<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | Claim Number: 10959<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | | |
| UNSECURED | Claimed: | $50,000.00 | | |
| JEFFERSON COUNTY SEWER SERVICE<br>716 RICHARD ARRINGTON BLVD #800<br>BIRMINGHAM, AL 35203 | Claim Number: 2833<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | |
| PRIORITY | Claimed: | $8,540.33 | | |
| JEFFERSON COUNTY SEWER SERVICE<br>716 RICHARD ARRINGTON BLVD # 800<br>BIRMINGHAM, AL 35203 | Claim Number: 12287<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | | |
| UNSECURED | Claimed: | $6,027.41 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| JEFFERSON COUNTY, ALABAMA<br>C/O A. ALLEN RAMSEY, P.C.<br>P.O. BOX 100247<br>BIRMINGHAM, AL 35210 | | Claim Number: 3219<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| PRIORITY | Claimed: | $600.00 |

---

| | | |
|---|---|---|
| JEFFERSON COUNTY, ALABAMA<br>C/O A. ALLEN RAMSEY, P.C.<br>P.O. BOX 100247<br>BIRMINGHAM, AL 35210 | | Claim Number: 3220<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| PRIORITY | Claimed: | $3,900.00 |

---

| | | |
|---|---|---|
| JEFFERSON COUNTY, ALABAMA<br>C/O A. ALLEN RAMSEY, P.C.<br>P.O. BOX 100247<br>BIRMINGHAM, AL 35210 | | Claim Number: 3221<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| PRIORITY | Claimed: | $9,081.00 |

---

| | | |
|---|---|---|
| JEFFERSON COUNTY, ALABAMA<br>C/O A. ALLEN RAMSEY, P.C.<br>P.O. BOX 100247<br>BIRMINGHAM, AL 35210 | | Claim Number: 3222<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| PRIORITY | Claimed: | $3,900.00 |

---

| | | |
|---|---|---|
| JEFFERSON COUNTY, ALABAMA<br>C/O A. ALLEN RAMSEY, P.C.<br>P.O. BOX 100247<br>BIRMINGHAM, AL 35210 | | Claim Number: 3223<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| PRIORITY | Claimed: | $9,081.00 |

---

| | | |
|---|---|---|
| JEFFERSON ENERGY TRADING, LLC<br>65 E BROADWAY STE 206<br>BUTTE, MT 59701 | | Claim Number: 9319-02<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2205 (10/09/2009) |
| ADMINISTRATIVE | Claimed: | $535,600.00 |

---

| | | | | |
|---|---|---|---|---|
| JEFFERY ANDERSON TRUCKING, INC<br>PO BOX 626<br>ALMA, GA 31510 | | Claim Number: 3926<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $650.00 | Scheduled: | $650.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JEFFREY ALLEN INC<br>PO BOX 1520<br>BRADENTON, FL 34206 | | Claim Number: 4167<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $738.65 | Scheduled: | $750.00 |

| JEFFREY ALLEN, INC.<br>P.O. BOX 1520<br>BRADENTON, FL 34206 | | Claim Number: 729<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|---|
| UNSECURED | Claimed: | $738.65 |

| JEFFRIES, ORLAND G<br>1241 PHEASANT VALLEY ST.<br>IOWA CITY, IA 52246 | | Claim Number: 6843<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|---|
| UNSECURED | Claimed: | $32,872.87 |

| JEHU MANAGEMENT, INC<br>DBA: JMI STAFFING<br>1900 LAND O'LAKES BLVD. SUITE 107<br>LUTZ, FL 33549 | | Claim Number: 1504<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|---|
| UNSECURED | Claimed: | $18,563.01 |

| JENKINS, KAREN SUE<br>PO BOX 791<br>HODGE, LA 71247 | | Claim Number: 10207<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| JENKINS, MICHAEL T<br>21050 FM 359<br>HEMPSTEAD, TX 77445 | | Claim Number: 5108<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| JENNINGS WOODYARD<br>PO BOX 1335<br>PAMPLIN, VA 23958 | | Claim Number: 6542<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,432.60 | Scheduled: | $6,432.60 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JERKE CONSTRUCTION CO.<br>2808 W. 6TH STREET<br>SIOUX FALLS, SD 57104 | | Claim Number: 368<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,665.71 | | |

| JERNIGAN, DAMON<br>810 BEACON LANE<br>ATMORE, AL 36502 | | Claim Number: 9630<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,520.00 | | |

| JERRY D ROSE INC<br>PO BOX 98<br>COURTLAND, VA 23837 | | Claim Number: 7427<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2534 (10/30/2009) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $7,755.83 | Scheduled: | $15,511.65 UNLIQ |

| JERRY'S SEPTIC TANK SERVICE<br>18470 NEW KENT HIGHWAY<br>BARHAMSVILLE, VA 23011 | | Claim Number: 680<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $485.00 | Scheduled: | $670.00 |

| JESSWOOD PACKAGING INC.<br>ATTN: RAYMOND JESSOME<br>84H - BRUNSWICK<br>DOLLARD-DES-ORMEAUX, QC H9B 2C5<br>CANADA | | Claim Number: 12994<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,260.98 | Scheduled: | $1,749.53 |

| JET CONTAINER COMPANY<br>2050 SOUTH HIGH STREET<br>COLUMBUS, OH 43207 | | Claim Number: 183<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,536.44 | | |

| JET CONTAINER COMPANY<br>2050 SOUTH HIGH STREET<br>COLUMBUS, OH 43207 | | Claim Number: 1485<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $571.54 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

JET CONTAINER CORP
2050 SOUTH HIGH STREET
COLUMBUS, OH 43207

Claim Number: 4142-01
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $22,646.64 | Scheduled: | $25,107.98 |
|---|---|---|---|---|

JET CONTAINER CORP
2050 SOUTH HIGH STREET
COLUMBUS, OH 43207

Claim Number: 4142-02
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1354 (08/03/2009)

| ADMINISTRATIVE | Claimed: | $2,466.34 | | |
|---|---|---|---|---|

JETEX LOGISTICS
PO BOX 3587
COPPELL, TX 75019-9587

Claim Number: 2194
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $192.54 | | |
|---|---|---|---|---|

JETEX LOGISTICS
PO BOX 3587
COPPELL, TX 75019-9587

Claim Number: 5111
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $192.54 | Scheduled: | $192.54 |
|---|---|---|---|---|

JEVYAK, STEPHEN E
213 WOOD GLEN LANE
OAKBROOK, IL 60523

Claim Number: 9164
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 8833 (12/09/2010)
Claim is for 4,000 per month.

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

JG TRUCKING LLC
PO BOX 47
YANTIC, CT 06389

Claim Number: 5509
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4130 (01/14/2010)
Amends claim 67.

| UNSECURED | Claimed: | $20,626.72 | Scheduled: | $152,114.11  UNLIQ |
|---|---|---|---|---|

JG WATER
KAREN WYS
19051 GOLDEN WEST STREET
SUITE 106-217
HUNTINGTON BEACH, CA 92648

Claim Number: 10437
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $9,262.00 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JG WATER<br>KAREN WYS<br>19051 GOLDEN WEST STREET<br>SUITE 106-217<br>HUNTINGTON BEACH, CA 92648 | Claim Number: 11680<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $8,420.00 | Scheduled: | $8,993.57 |
|---|---|---|---|---|

| JH KNIGHTON LUMBER CO INC<br>PO BOX 536<br>RUTHER GLEN, VA 22546 | Claim Number: 10579-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $18,063.47 |
|---|---|---|

| JH KNIGHTON LUMBER CO INC<br>PO BOX 536<br>RUTHER GLEN, VA 22546 | Claim Number: 10579-02<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2534 (10/30/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $18,063.47 |
|---|---|---|

| JH RYDER MACHINERIE LTEE<br>ATTN: JACQUES BEAUCHAMP<br>3430 GRIFFITH<br>ST LAURENT, QC H4T 1A7<br>CANADA | Claim Number: 8330<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $5,035.89 | Scheduled: | $5,062.38 |
|---|---|---|---|---|

| JIFFY-JR. PRODUCTS<br>6870 SHINGLE CREEK PARKWAY, SUITE 125<br>MINNEAPOLIS, MN 55430 | Claim Number: 2417<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $812.88 | Scheduled: | $564.75 |
|---|---|---|---|---|

| JIM WHITEHEAD TIRE SERVICE INC<br>PO BOX 6263<br>AUGUSTA, GA 30906 | Claim Number: 6657<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,747.44 | Scheduled: | $4,841.07 |
|---|---|---|---|---|

| JIMS LEASING INC<br>15849 SYLVIA DRIVE<br>DEPT 103<br>BROOK PARK, OH 44142 | Claim Number: 3615<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| PRIORITY | Claimed: | $1,200.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,000.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| JIT SERVICES, LLC<br>125 ELECTRONICS BLVD. STE A1<br>HUNTSVILLE, AL 35824 | | Claim Number: 7729<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $2,101.20 | Scheduled: | $2,101.20 | |

| | | | | | |
|---|---|---|---|---|---|
| JK FARMS & TRUCKING<br>21981 RIVER ROAD N.E.<br>ST PAUL, OR 97137 | | Claim Number: 4367<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $2,771.65 | | | |

| | | | | | |
|---|---|---|---|---|---|
| JKJ TOOL CO<br>PO BOX 3065<br>2102 MARYDALE AVE<br>WILLIAMSPORT, PA 17701 | | Claim Number: 6935<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $6,383.01 | Scheduled: | $5,657.01 | |

| | | | | | |
|---|---|---|---|---|---|
| JKM LOGGING INC<br>PO BOX 987<br>WINNFIELD, LA 71483 | | Claim Number: 3928<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | | |
| UNSECURED | Claimed: | $33,738.23 | Scheduled: | $67,476.46  UNLIQ | |

| | | | | | |
|---|---|---|---|---|---|
| JKM LOGGING, INC.<br>PO BOX 987<br>WINNFIELD, LA 71483 | | Claim Number: 198<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | |
| SECURED | Claimed: | $67,476.46 | | | |

| | | | | | |
|---|---|---|---|---|---|
| JM ELECTRIC CO<br>C/O NOLAND, HAMERLY, ET AL<br>PO BOX 2510<br>SALINAS, CA 93902-2510 | | Claim Number: 9666<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4729 (02/04/2010) | | | |
| SECURED | Claimed: | $61,500.92 | | | |
| UNSECURED | Claimed: | $256.20 | Scheduled: | $48,291.41 | |

| | | | | | |
|---|---|---|---|---|---|
| JM ELECTRIC CO<br>C/O NOLAND, HAMERLY, ET AL<br>P.O. BOX 2510<br>SALINAS, CA 93902-2510 | | Claim Number: 11540<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| SECURED | Claimed: | $61,500.92 | | | |
| UNSECURED | Claimed: | $256.20 | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JM GRIMSTAD INC<br>584 W18887 ENTERPRISE DR<br>MUSKEGO, WI 53150 | Claim Number: 5020<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,419.70 | Scheduled: | $3,419.70 |
|---|---|---|---|---|

| JM HYDRAULICS INC<br>11628 SHELDON STREET<br>SUN VALLEY, CA 91352 | Claim Number: 6515<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $243.71 | Scheduled: | $243.71 |
|---|---|---|---|---|

| JM HYDRAULICS, INC.<br>11628 SHELDON ST.<br>SUN VALLEY, CA 91352 | Claim Number: 2751<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $242.50 |
|---|---|---|

| JMF GRUES & PALANS<br>C/O PETRIE RAYMOND INC., TRUSTEE<br>255 CREMAZIE BLVD. EAST, SUITE 1000<br>MONTREAL, QC H2M 1M2<br>CANADA | Claim Number: 12817<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) |
|---|---|

| UNSECURED | Claimed: | $4,284.87 | Scheduled: | $4,241.40 |
|---|---|---|---|---|

| JMI STAFFING INC<br>DBA: JMI STAFFING<br>1900 LAND O'LAKES BLVD. SUITE 107<br>LUTZ, FL 33549 | Claim Number: 1505<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $38,144.41 | Scheduled: | $46,607.74 |
|---|---|---|---|---|

| JMS SOUTHEAST INC<br>105 TEMPERTURE LANE<br>STATESVILLE, NC 28677-9639 | Claim Number: 4603<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $147.25 | Scheduled: | $147.25 |
|---|---|---|---|---|

| JMS TRANSPORTATION CO. INC.<br>P.O. BOX 100<br>100 RAILROAD ST. E.<br>NORWAY, IA 52318 | Claim Number: 626<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $18,856.24 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JMS TRANSPORTATION INC<br>PO BOX 100<br>NORWAY, IA 52318 | Claim Number: 7203<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $18,856.24 | Scheduled: | $18,856.24 |
|---|---|---|---|---|

| JMT BROKERAGE INC<br>1274 EAST ST<br>PO BOX 529<br>PITTSFIELD, MA 01201 | Claim Number: 4718<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,750.00 |
|---|---|---|

| JN  NEWTONS HAULING INC<br>116 SALVINGTON ROAD<br>FREDERICKSBURG, VA 22405 | Claim Number: 3993-01<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,532.60 |
|---|---|---|

| JN  NEWTONS HAULING INC<br>116 SALVINGTON ROAD<br>FREDERICKSBURG, VA 22405 | Claim Number: 3993-02<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1436 (08/06/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,532.60 |
|---|---|---|

| JN ABBOTT DISTRIBUTOR INC<br>PO BOX 1398<br>GILROY, CA 95021 | Claim Number: 4969<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $8,674.98 | Scheduled: | $8,674.98 |
|---|---|---|---|---|

| JOH CLOUTH GMBH  CO<br>JOHANN CLOUTH STRABE 1 5<br>HUCKESWAGEN, 42499<br>GERMANY | Claim Number: 13498<br>Claim Date: 09/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,420.90 |
|---|---|---|

| JOH CLOUTH GMBH & CO. KG<br>JOHANN-CLOUTH STR. 1-5<br>HACKESWAGEN, D-42499<br>GERMANY | Claim Number: 13497<br>Claim Date: 09/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $2,802.74 | Scheduled: | $6,205.76 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| JOHN COBLE CONSULTING SERVICES<br>1377 E GIBTOWN RD<br>POOLVILLE, TX 76487 | Claim Number: 5225<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,475.05 |

---

| | | |
|---|---|---|
| JOHN COBLE CONSULTING SERVICES<br>1377 E GIBTOWN RD<br>POOLVILLE, TX 76487 | Claim Number: 8616<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,475.05 |

---

| | | |
|---|---|---|
| JOHN DREW, NASSAU COUNTY TAX COLLECTOR<br>C/O RICHARD R. THAMES, ESQ.<br>STUTSMAN THAMES & MARKEY, P.A.<br>50 NORTH LAURA STREET, SUITE 1600<br>JACKSONVILLE, FL 32202 | Claim Number: 5504<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |

| | | |
|---|---|---|
| SECURED | Claimed: | $4,924,978.56 |

---

| | | |
|---|---|---|
| JOHN DREW, NASSAU COUNTY TAX COLLECTOR<br>C/O RICHARD R. THAMES, ESQ.<br>STUTSMAN THAMES & MARKEY, P.A.<br>50 NORTH LAURA STREET, SUITE 1600<br>JACKSONVILLE, FL 32202 | Claim Number: 6378<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9051 (05/03/2011) | |

| | | |
|---|---|---|
| SECURED | Claimed: | $309,574.44 |

---

| | | | | |
|---|---|---|---|---|
| JOHN E. MCCAUSLAND, INC.<br>PO BOX 3202<br>JACKSONVILLE, FL 32206 | Claim Number: 822<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,027.00 | Scheduled: | $2,872.00 |

---

| | | | | |
|---|---|---|---|---|
| JOHN E. MCCAUSLAND, INC.<br>PO BOX 3202<br>JACKSONVILLE, FL 32206 | Claim Number: 823<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,845.00 |

---

| | | | | |
|---|---|---|---|---|
| JOHN H. CARTER COMPANY, INC.<br>C/O RICKY PASTOR<br>17630 PERKINS ROAD<br>BATON ROUGE, LA 70810 | Claim Number: 3073-01<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13477<br>DOCKET: 3195 (12/16/2009) | | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,889.48 | Scheduled: | $41,751.62 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

JOHN H. CARTER COMPANY, INC.
C/O RICKY PASTOR
17630 PERKINS ROAD
BATON ROUGE, LA 70810

Claim Number: 3073-02
Claim Date: 05/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 3195 (12/16/2009)

| ADMINISTRATIVE | Claimed: | $24,684.34 |
|---|---|---|

---

JOHN H. CARTER COMPANY, INC.
C/O RICKY PASTOR
17630 PERKINS ROAD
BATON ROUGE, LA 70810

Claim Number: 13477
Claim Date: 10/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $24,684.34 |
|---|---|---|
| UNSECURED | Claimed: | $13,889.48 |

---

JOHN HENRY FOSTER CO, INC.
4700 LEBOURGET DR.
ST. LOUIS, MO 63134

Claim Number: 3197
Claim Date: 06/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,401.72 | Scheduled: | $1,189.94 |
|---|---|---|---|---|

---

JOHN HENRY FOSTER MINNESOTA INC
3103 MIKE COLLINS DRIVE
EAGAN, MN 55121-2298

Claim Number: 4134
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $5,570.67 | Scheduled: | $5,515.04 |
|---|---|---|---|---|

---

JOHN HOFMEISTEE & SON, INC.
2386-90 SOUTH BLUE ISLAND AVE.
CHICAGO, IL 60608

Claim Number: 8899
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $4,140.97 |
|---|---|---|

---

JOHN JUMP TRUCKING
P.O. BOX 5040
KALISPELL, MT 59903

Claim Number: 63
Claim Date: 02/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $42,861.04 |
|---|---|---|

---

JOHN MEUNIER INC
4105 SARTELON
SAINT LAURENT, QC H4S 2B3
CANADA

Claim Number: 13622
Claim Date: 11/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $236.16 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JOHN R LYMAN CO<br>60 DEPOT ST<br>CHICOPEE, MA 01014 | Claim Number: 5974<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $422.10 | Scheduled: | $422.10 |
|---|---|---|---|---|

| JOHN ROCK INC<br>PO BOX 250<br>SADSBURYVILLE, PA 19369 | Claim Number: 4875<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $52,389.00 | Scheduled: | $53,156.40 |
|---|---|---|---|---|

| JOHN VERINA TRUCKING INC<br>PO BOX 456<br>MARINETTE, WI 54143 | Claim Number: 4230<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| JOHNS & CONNER INC.<br>P.O. BOX 1319<br>HILLIARD, FL 32046 | Claim Number: 1366<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $26,161.22 | Scheduled: | $52,322.44  UNLIQ |
|---|---|---|---|---|

| JOHNS, BILLIE<br>136 SAND HILL RD.<br>JONESBORO, LA 71251 | Claim Number: 10208<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| JOHNS, RANDY<br>4035 RIDGE RD.<br>BREWTON, AL 36426 | Claim Number: 9958<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $51,669.25 |
|---|---|---|

| JOHNSON BROTHERS CONTRACTING INC<br>3757 N, RESERVE ST. SITE. A<br>MISSOULA, MT 59808 | Claim Number: 6098<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $90,187.60 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JOHNSON BROTHERS HARDWARE & AUTO SUPPLY<br>PO BOX 759<br>YULEE, FL 32041-0759 | Claim Number: 1040<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $18,225.88 | Scheduled: | $18,225.88 |
|---|---|---|---|---|

| JOHNSON EQUIPMENT COMPANY<br>P.O. BOX 802009<br>DALLAS, TX 75380-2009 | Claim Number: 2615<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $18,178.50 |
|---|---|---|

| JOHNSON EQUIPMENT COMPANY<br>P.O. BOX 802009<br>DALLAS, TX 75380-2009 | Claim Number: 2616<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,225.00 |
|---|---|---|

| JOHNSON EQUIPMENT COMPANY<br>P.O. BOX 802009<br>DALLAS, TX 75380-2009 | Claim Number: 2617<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $420.00 |
|---|---|---|

| JOHNSON EQUIPMENT COMPANY<br>P.O. BOX 802009<br>DALLAS, TX 75380-2009 | Claim Number: 2618<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $14,594.60 |
|---|---|---|

| JOHNSON EQUIPMENT COMPANY<br>P.O. BOX 802009<br>DALLAS, TX 75380-2009 | Claim Number: 2619<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,881.18 | Scheduled: | $57,082.70 |
|---|---|---|---|---|

| JOHNSON EQUIPMENT COMPANY<br>P.O. BOX 802009<br>DALLAS, TX 75380-2009 | Claim Number: 2620<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,424.72 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JOHNSON EQUIPMENT COMPANY<br>P.O. BOX 802009<br>DALLAS, TX 75380-2009 | Claim Number: 2621<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $20,505.30 |
|---|---|---|

---

| JOHNSON III, JOHN F<br>107 CHRISTY LANE<br>FOREST, MS 39074 | Claim Number: 7668<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| JOHNSON INDUSTRIAL MACHINERY SERV I<br>PO BOX 3877<br>WILSON, NC 27895 | Claim Number: 7347<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $7,936.25 | Scheduled: | $9,193.92 |
|---|---|---|---|---|

---

| JOHNSON JR, J B<br>1561 GILMORE RD<br>CENTURY, FL 32535 | Claim Number: 8106<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| JOHNSON POWER LTD<br>PO BOX 6399<br>BROADVIEW, IL 60155 | Claim Number: 7730<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $11,075.62 | Scheduled: | $11,075.62 |
|---|---|---|---|---|

---

| JOHNSON POWER LTD<br>P.O. BOX 6399<br>BROADVIEW, IL 60155 | Claim Number: 13418-01<br>Claim Date: 10/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $8,641.13 |
|---|---|---|

---

| JOHNSON POWER LTD<br>P.O. BOX 6399<br>BROADVIEW, IL 60155 | Claim Number: 13418-02<br>Claim Date: 10/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010) |
|---|---|

| UNSECURED | Claimed: | $2,434.49 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JOHNSON PRINTING COMPANY<br>1416 VALLEY HIGH DR NW<br>ROCHESTER, MN 55901 | Claim Number: 7990<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $553.21 | Scheduled: | $477.89 |
|---|---|---|---|---|

| JOHNSON'S GIANT FOOD INC<br>1720 EAST MEIGHAN BLVD.<br>ATTN: CARMEN JOHNSON<br>GADSDEN, AL 35903 | Claim Number: 761<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,418.85 |
|---|---|---|

| JOHNSON'S GIANT FOOD, INC<br>1720 EAST MEIGHAN BLVD.<br>ATTN: CARMEN JOHNSON<br>GADSDEN, AL 35903 | Claim Number: 352<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,388.80 |
|---|---|---|

| JOHNSON'S PLUMBING & HEATING COMPANY<br>1840 OTSEGO AVENUE<br>COSHOCTON, OH 43812 | Claim Number: 643<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $59,300.36 |
|---|---|---|

| JOHNSON'S PLUMBING & HEATING COMPANY<br>1840 OTSEGO AVENUE<br>COSHOCTON, OH 43812 | Claim Number: 1323<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $62,353.16 | Scheduled: | $64,162.82 |
|---|---|---|---|---|

| JOHNSON, BARBARA L<br>2190 THIRD STREET<br>ARCADIA, LA 71001 | Claim Number: 4501<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| JOHNSON, BARBARA M<br>25 W 68TH ST<br>CINCINNATI, OH 45212 | Claim Number: 4531<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| PRIORITY | Claimed: | $124.27   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JOHNSON, BARBARA M<br>25 W 68TH ST<br>CINCINNATI, OH 45212 | | Claim Number: 8277<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

---

| JOHNSON, BARBARA MAE<br>25 W. 68TH ST.<br>CINCINNATI, OH 45216 | | Claim Number: 8299<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| JOHNSON, BARBARA MAE<br>25 W. 68TH ST.<br>CINCINNATI, OH 45216 | | Claim Number: 12326<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| JOHNSON, CEDRIC JORDAN<br>1033 NORTH CACTUS AVE APT D # 29<br>RIALTO, CA 92376 | | Claim Number: 12832<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) |
|---|---|---|
| PRIORITY | Claimed: | $19,000.00 |

---

| JOHNSON, DANIEL W<br>P.O. BOX 1310<br>TAYLOR, AZ 85939 | | Claim Number: 7045<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| JOHNSON, DONNA R<br>8832 MEADOWLARK DRIVE<br>CARLISLE, OH 45005 | | Claim Number: 5796<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| JOHNSON, HAROLD<br>C/O BOYD & KENTER<br>1150 GRAND # 700<br>KANSAS CITY, MO 64106 | | Claim Number: 9337<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JOHNSON, HAROLD | | Claim Number: 9338 |
| C/O BOYD & KENTER | | Claim Date: 08/21/2009 |
| 1150 GRAND # 700 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| KANSAS CITY, MO 64106 | | Comments: EXPUNGED |
| | | DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| JOHNSON, HARVIE | | Claim Number: 10209 |
| 309 MITCHEL ST. | | Claim Date: 08/26/2009 |
| JONESBORO, LA 71251 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | | Comments: WITHDRAWN |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| JOHNSON, JANE | | Claim Number: 13288 |
| 337 SOUTH SHIPP STREET | | Claim Date: 08/28/2009 |
| EVERGREEN, AL 36401 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | | Comments: EXPUNGED |
| | | DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $30,000.00   UNLIQ |

---

| JOHNSON, JEFFREY SR. | | Claim Number: 8118 |
| 23421 OLD VALLEY DR | | Claim Date: 08/17/2009 |
| MORENO VALLEY, CA 92553 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | | Comments: EXPUNGED |
| | | DOCKET: 7555 (05/10/2010) |

| UNSECURED | Claimed: | $20,000.00   UNLIQ |

---

| JOHNSON, JESSE | | Claim Number: 11516 |
| 6 VIVIAN STREET | | Claim Date: 08/28/2009 |
| THOMASVILLE, NC 27360 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | | Comments: EXPUNGED |
| | | DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $256.67 |

---

| JOHNSON, MARGARET J | | Claim Number: 9157 |
| 303 MANNING STREET | | Claim Date: 08/20/2009 |
| PIQUA, OH 45356-2437 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | | Comments: EXPUNGED |
| | | DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| JOHNSON, MARVIN E. | | Claim Number: 11596 |
| 259 PAYNE ST. | | Claim Date: 08/28/2009 |
| BREWTON, AL 36426 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | | Comments: EXPUNGED |
| | | DOCKET: 5732 (03/10/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

JOHNSON, PATRICK
11527 FAYWOOD AVE.
VICTORVILLE, CA 92392

Claim Number: 10594
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| PRIORITY | Claimed: | $15,000.00 |

---

JOHNSON, SHIRLEY J.
3797 BERKSHIRE ST
EUGENE, OR 97401-6990

Claim Number: 7376
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| PRIORITY | Claimed: | $27,600.00 |

---

JOHNSON, SHIRLEY J.
3797 BERKSHIRE STREET
EUGENE, OR 97401

Claim Number: 8848
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $27,600.00 |

---

JOHNSON, SHIRLEY J.
3797 BERKSHIRE STREET
EUGENE, OR 97401

Claim Number: 13145
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $27,600.00 |

---

JOHNSON, VIRGINIA C
C/O SHELIA MC HUGH
2604 PLEASANT UNION CHURCH ROA
RALEIGH, NC 27614

Claim Number: 4186
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $318.16 |

---

JONAS, MARK
75 BERMUDA PLACE NW
CALGARY, AB T3K 1H4
CANADA

Claim Number: 12782
Claim Date: 08/24/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $26,219.58 |

---

JONCO DIE COMPANY, INC
MATTHEW A. SWANSON
LEONARD, STREET AND DEINARD, P.C.
150 SOUTH FIFTH STREET, SUITE 2300
MINNEAPOLIS, MN 55402

Claim Number: 1713
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 1175 (07/06/2009)

| ADMINISTRATIVE | Claimed: | $93,894.51 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JONCO DIE COMPANY, INC<br>5201 PROGRAM AVENUE<br>MOUNDS VIEW, MN 55112 | Claim Number: 1938<br>Claim Date: 04/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $482,964.52 | | |
|---|---|---|---|---|

| JONES BROTHERS TRUCKING<br>7145 HWY 10 W.<br>MISSOULA, MT 59808 | Claim Number: 1339<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $30,385.55 | Scheduled: | $29,224.01 |
|---|---|---|---|---|

| JONES JR, WILLIAM J<br>744 QUAIL CIRCLE<br>HATFIELD, PA 19440 | Claim Number: 4340<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8996 (03/22/2011) |
|---|---|

| PRIORITY | Claimed: | $52,765.80 | | |
|---|---|---|---|---|

| JONES LAWN & GARDEN<br>147-1 WESTLEE ST.<br>SHELBY, NC 28150 | Claim Number: 1972<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $1,581.00 | Scheduled: | $2,519.85 |
|---|---|---|---|---|

| JONES, BILLY E.<br>100 LYN BROOK DR.<br>BREWTON, AL 36426 | Claim Number: 10595<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $8,700.00 | | |
|---|---|---|---|---|

| JONES, BOBBY<br>PO BOX 773<br>RUSTON, LA 71273 | Claim Number: 5064<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| JONES, BOBBY D.<br>PO BOX 773<br>RUSTON, LA 71273 | Claim Number: 8399<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| JONES, CAROLYN M<br>C/O KERNAN AND KERNAN, P.C.<br>258 GENESEE STREET<br>SUITE 600<br>UTICA, NY 13502 | | Claim Number: 3577<br>Claim Date: 07/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $37,500.00   UNLIQ |

| | | |
|---|---|---|
| JONES, CAROLYN M.<br>U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>33 WHITEHALL STREET, 5TH FL.<br>NEW YORK, NY 10004 | | Claim Number: 2830<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $330,000.00   UNLIQ |

| | | |
|---|---|---|
| JONES, DARRELL L.<br>1427 RIDDICK STREET<br>CHESAPEAKE, VA 23321 | | Claim Number: 10506<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| JONES, DELIA A<br>P O BOX 1322<br>YULEE, FL 32041 | | Claim Number: 7228<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $150,000.00 |

| | | |
|---|---|---|
| JONES, DOROTHY J.<br>PO BOX 913<br>HODGE, LA 71247 | | Claim Number: 10210<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| JONES, EUGENE H.<br>225 DANA DR.<br>PINEVILLE, LA 71360 | | Claim Number: 10211<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| JONES, GORDON L<br>23810 BROKEN LANCE LN<br>LIBERTY LAKE, WA 99019-8737 | | Claim Number: 4588<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

JONES, JAMES E
5685 FOSHEE ROAD
BREWTON, AL 36426

Claim Number: 12303
Claim Date: 09/08/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $28,999.93 |
|---|---|---|

---

JONES, JAMES EDWARD
67 TINA ST
BREWTON, AL 36426

Claim Number: 10608
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $21,860.00 |
|---|---|---|

---

JONES, JEFFREY TODD
PO BOX 1075
HODGE, LA 71247

Claim Number: 10212
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

JONES, MITCHELL LANE
PO BOX 386
QUITMAN, LA 71268

Claim Number: 10213
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

JONES, PAUL
STEPHEN THOMPSON, FRIEDERICH & THOMPSON
1120 E. 80TH STREET
SUITE 106
BLOOMINGTON, MN 55420

Claim Number: 4768
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED

| UNSECURED | Claimed: | $5,190.78 |
|---|---|---|

---

JONES, PAUL
STEPHEN THOMPSON, FRIEDERICH & THOMPSON
1120 E. 80TH STREET
SUITE 106
BLOOMINGTON, MN 55420

Claim Number: 13087
Claim Date: 09/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED

| UNSECURED | Claimed: | $4,709.22 |
|---|---|---|

---

JONES, ROGER
PO BOX 1322
YULEE, FL 32041

Claim Number: 7229
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $150,000.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JONES, ROGER W.<br>C/O JAMES E. SORENSON, ESQ.<br>WILLIAMS, GAUTIER, GWYNN, DELOACH, &<br>SORENSON P.A., PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10664<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $32,819.07 |
|---|---|---|

| JONES, ROGER W.<br>C/O JAMES E. SORENSON, ESQ.<br>WILLIAMS, GAUTIER, GWYNN, DELOACH, &<br>SORENSON P.A. PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10687<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $3,769.40 |
|---|---|---|

| JONES, RONALD F.<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10723<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $7,387.70 |
|---|---|---|

| JONES, WILLIAM E<br>8425 FLORANCE COVE RD<br>ST AUGUSTINE, FL 32092-1901 | Claim Number: 6872<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| JONES, WILLIE E<br>302 ASHTON ST.<br>EAST BREWTON, AL 36426 | Claim Number: 11421<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| JORDAN OIL RECOVERY- HAZMANT<br>C/O HAINCO, LCC- ASSIGNEE<br>301 ROUTE 17- 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 9321-01<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $180,935.20 |
|---|---|---|

| JORDAN OIL RECOVERY- HAZMANT<br>C/O HAINCO, LCC- ASSIGNEE<br>301 ROUTE 17- 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 9321-02<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 3259 (12/17/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $110,878.80 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

JORDAN, JAMES CROSBY
103 GLYNN DRIVE
JONESBORO, LA 71251

Claim Number: 10214
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

JORDAN, VALERIE
47 SOMERSIDE MANOR S.W.
CALGARY, AB T2Y 3GA
CANADA

Claim Number: 12858
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $139,281.00 |
|---|---|---|

---

JOSEPH T RYERSON AND SON, INC.
ATTN: KING, KYLE
7701 LINDSEY RD
LITTLE ROCK, AR 72206

Claim Number: 3050
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $23,229.96 | Scheduled: | $19,587.54 |
|---|---|---|---|---|

---

JOYCE ENGINEERING, INC.
1604 OWNBY LANE
RICHMOND, VA 23220

Claim Number: 2437
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $6,665.63 | Scheduled: | $8,825.63 |
|---|---|---|---|---|

---

JOYCE, JULIAN RUSSELL
60 OAK FOREST RD
BASSETT, VA 24055

Claim Number: 8124
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

JOYMER, HOWARD J.
1503 DAILEY STREET
EAST BREWTON, AL 36426

Claim Number: 11600
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 7555 (05/10/2010)

| UNSECURED | Claimed: | $12,144.00 |
|---|---|---|

---

JOYNER, PHIL B
4240 RALEIGH LAGRANGE ROAD
ROSSVILLE, TN 38066

Claim Number: 8122
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| UNSECURED | Claimed: | $11,211.03 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

JP MORGAN CHASE BANK, N.A.
ATTN: ANN C. KURINSKAS MANAGING DIRECTOR
277 PARK AVENUE, FLOOR 8
NEW YORK, NY 10172-0003

Claim Number: 10772
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| SECURED | | $19,410,605.00 | | |
| UNSECURED | | | | $24,949.33 |

---

JP SPECIALTIES LLC
110 E 17TH STREET
COLUMBIA, TN 38401

Claim Number: 5745
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $421.00 | | $421.00 |

---

JPMORGAN CHASE BANK, N.A.
ATTN: ANN C KURINSKAS, MANAGING DIRECTOR
277 PARK AVENUE, FLOOR 08F
NEW YORK, NY 10172-0003

Claim Number: 11154
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | Claimed: | |
|---|---|---|
| SECURED | | $19,410,605.00 |

---

JPMORGAN CHASE BANK, N.A.
ATTN: ANN C. KURINSKAS,MANAGING DIRECTOR
277 PARK AVENUE, FLOOR 08
NEW YORK, NY 10172-0003

Claim Number: 12921
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | Claimed: | |
|---|---|---|
| SECURED | | $19,410,605.00 |

---

JPS EQUIPMENT, LLC
PO BOX 75
WEST MONROE, LA 71294-0075

Claim Number: 2438
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 8117 (06/22/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $7,467.55 | | $7,388.70 |

---

JPS INDUSTRIES, INC.
PO BOX 500
BRISTOL, NH 03222

Claim Number: 96
Claim Date: 02/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $8,505.00 |
| UNSECURED | Claimed: | $17,010.00 |
| TOTAL | Claimed: | $17,010.00 |

---

JPS INDUSTRIES, INC.
PO BOX 500
BRISTOL, NH 03222

Claim Number: 4204
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $17,010.00 | | $17,010.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JR MERRITT CONTROLS INC<br>55 SPERRY AVENUE<br>STRATFORD, CT 06615 | Claim Number: 4026<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| UNSECURED | Claimed: | $2,040.83 | | |
|---|---|---|---|---|

| JR NORMAND INC<br>ATTN: JEAN-PIERRE NORMAND<br>752 CHEMIN OLIVIER<br>ST. NICOLAS, QC G7A 2N2<br>CANADA | Claim Number: 12451<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $555.87 | Scheduled: | $576.15 |
|---|---|---|---|---|

| JR TRUCKING<br>JOSE RUIZ<br>3225 LAMPLITER PL<br>EL PASO, TX 79925 | Claim Number: 1954<br>Claim Date: 04/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $18,136.13 | | |
|---|---|---|---|---|

| JR TRUCKING<br>3225 LAMPLITER<br>EL PASO, TX 79925 | Claim Number: 10912<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $18,099.85 | Scheduled: | $16,651.58 |
|---|---|---|---|---|

| JRS TRUCKING INC<br>575 BARNETT HWY<br>BREWTON, AL 36426 | Claim Number: 4940<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $7,917.60 | Scheduled: | $7,917.60 |
|---|---|---|---|---|

| JSI INC<br>PO BOX 160<br>TYRONE, GA 30290 | Claim Number: 5144<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $5,853.40 | Scheduled: | $5,084.40 |
|---|---|---|---|---|

| JT BROWN ENTERPRISES<br>302 BIRD<br>HANNIBAL, MO 63401 | Claim Number: 11565<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5047 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $178.00 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JUDGE, MARGARET D.<br>13132 FOUNTAIN HEAD ROAD<br>HAGERSTOWN, MD 21742 | Claim Number: 10628<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | |

---

| JUDY, MONICA B<br>21925 HWY M<br>WESTON, MO 64098 | Claim Number: 12090<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | |

---

| JUNEAU DAVID, APLC<br>1018 HARDING STREET, SUITE 202<br>LAFAYETTE, LA 70503 | Claim Number: 3048<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $21,429.07 | |

---

| JURGENS BAUER & ASSOCIATES<br>29 SALTER PLACE<br>MAPLEWOOD, NJ 07040 | Claim Number: 7901<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,500.00 | Scheduled: | $2,500.00 |

---

| JUSTICE FIRE & SAFETY INC<br>PO BOX 903<br>SIOUX FALLS, SD 57101 | Claim Number: 3604<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,267.86   UNDET | Scheduled: | $1,267.86 |

---

| JUSTICE, LONNIE<br>KATHERINE D. DAUGHTREY, ESQ.<br>FREKING & BETZ, LLC<br>525 VINE ST., 6TH FLOOR<br>CINCINNATI, OH 45202 | Claim Number: 10993<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $409,000.00 |

---

| JV MANUFACTURING<br>THERESA<br>701 BATTLEFIELD COACH RD<br>SPRINGDALE, AR 72764-0224 | Claim Number: 568<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $144,737.71 | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| JW JONES LUMBER CO INC<br>1443 NORTHSIDE ROAD<br>ELIZABETH CITY, NC 27909 | Claim Number: 3868<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $42,849.00 | Scheduled: | $89,015.78 UNLIQ |
|---|---|---|---|---|

| JW MOORE PRINTING CO INC<br>3011 CARRIER<br>MEMPHIS, TN 38116 | Claim Number: 1003<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,619.99 | Scheduled: | $5,684.79 |
|---|---|---|---|---|

| K & D INDUSTRIAL SERVICES, INC.<br>30105 BEVERLY<br>ROMULUS, MI 48174 | Claim Number: 1807<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,460.62 | Scheduled: | $2,460.62 |
|---|---|---|---|---|

| K AND J LAWN CARE<br>807 S 3RD TERRACE<br>SAVANNAH, MO 64485 | Claim Number: 8615<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $1,743.75 | Scheduled: | $1,743.75 |
|---|---|---|---|---|

| K AND R WEIGH SYSTEMS INC<br>1416 SE 21 AVENUE<br>CAPE CORAL, FL 33990 | Claim Number: 3621<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $11,230.99 | Scheduled: | $10,209.99 |
|---|---|---|---|---|

| K B REALTY, LLP<br>C/O NANCY FOLEY<br>17 OVERLOOK DRIVE<br>WILBRAHAM, MA 01095 | Claim Number: 2097<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 7652 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $30,307.72 | | |
|---|---|---|---|---|

| K&B LUMBER<br>4865 CR 19<br>MILLERSBURG, OH 44654 | Claim Number: 3728<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1329 (07/28/2009) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,482.49 | Scheduled: | $1,482.49 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

K&G BOX COMPANY
PO BOX 40104
JACKSONVILLE, FL 32206

Claim Number: 10000
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,516.15 | Scheduled: | $501.50 |

K&H DISPATCH CO, LTD
ATTN: BERNIE RENFREW
165-6260 GRAYBUR RD
RICHMOND, BC V6W 1H6
CANADA

Claim Number: 8460
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: POSSIBLE DUPLICATE OF 12361
DOCKET: 5768 (03/11/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $125.90 |

K&H DISPATCH CO. LTD.
165 - 6260 GRAYBAR ROAD
RICHMOND, BC V6W 1H6
CANADA

Claim Number: 12361
Claim Date: 07/15/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $125.90 | | |
| UNSECURED | | | Scheduled: | $43.25 |

K&J CONTAINERS, INC.
C/O ROBERT L.COHEN, ESQ.
ALTERNATIVE BANKRUPTCY CONCEPTS, INC.
8081 ORANGETHORPE AVENUE
BUENA PARK, CA 90621

Claim Number: 91
Claim Date: 02/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8759 (11/15/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $58,969.59 |

K&J CONTAINERS, INC.
8081 ORANGETHORPE AVE
BUENA PARK, CA 90621-3801

Claim Number: 9643
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $58,969.59 | Scheduled: | $69,329.19 |

K&J LAWN CARE
ATTN: KEITH MCCLURY
807 S. 3RD TER
SAVANNAH, MO 64485

Claim Number: 12409
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,743.75 |

K&J TRUCKING INC
PO BOX 1127
SIOUX FALLS, SD 57101-1127

Claim Number: 3630
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,341.64 | Scheduled: | $3,341.64 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| K&R WEIGH SYSTEMS, INC.<br>1416 SE 21 AVENUE<br>CAPE CORAL, FL 33990 | Claim Number: 1987<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $10,618.39 |
|---|---|---|

---

| KACMARSKI, JAMES<br>9725 W PROVIDENCE RD<br>RICHMOND, VA 23236 | Claim Number: 5481<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

| KADLEC, CHARLES F<br>29 FAIR DRIVE<br>SOMERSET, MA 02726 | Claim Number: 9857<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $350,971.00 |
|---|---|---|

---

| KAHRE, ROBERT W. & DOROTHY I.<br>5500 EGRET WAY<br>EVANSVILLE, IN 47715-3069 | Claim Number: 11092<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $3,550.00 |
|---|---|---|

---

| KAIN, ROBERT G<br>PO BOX 1194<br>ORLAND PARK, IL 60462-8194 | Claim Number: 11453<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

| KAN, KING<br>4466 UNION CHURCH RD<br>MCDONOUGH, GA 30252 | Claim Number: 13396<br>Claim Date: 10/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $543.76 |
|---|---|---|

---

| KANAWHA SCALES & SYSTEMS OF OHIO INC.<br>PO BOX 569<br>POCA, WV 25159 | Claim Number: 3544<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,418.20 | Scheduled: | $2,220.20 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

KANSAS CITY POWER & LIGHT GMO
P.O. BOX 11690
KANSAS CITY, MO 64138

Claim Number: 13867
Claim Date: 03/08/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $6,158.16 | | |

---

KANSAS CITY POWER&LIGHT GMO
PO BOX 11690
KANSAS CITY, MO 64121-9703

Claim Number: 5616
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13867
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $6,158.16 | | |

---

KANSAS CITY SOUTHERN RAILWAY COMPANY,THE
PO BOX 219335
KANSAS CITY, MO 64121-9335

Claim Number: 6853
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5734 (03/10/2010)

| UNSECURED | Claimed: | $317,738.83 | Scheduled: | $317,734.20 |

---

KANSAS GAS SERVICE
PO BOX 22158
TULSA, OK 74121-2158

Claim Number: 6999
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $12,485.62 | Scheduled: | $9,008.51 |

---

KANTNER, BEVERLY K
522 LEON CIRCLE
LANGHORNE, PA 19053

Claim Number: 9709
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ | | |

---

KANZLER, LAURA R
P.O. BOX 437
RITZVILLE, WA 99169-0437

Claim Number: 12236
Claim Date: 09/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |

---

KARL TYLER CHEVROLET
PO BOX 16025
MISSOULA, MT 59808

Claim Number: 5977
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $137.25 | Scheduled: | $149.78 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| KARSTETTER, BARBARA<br>305 W TELEGRAPH ST<br>DOWAGIAC, MI 49047 | Claim Number: 6144<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | |

| KASPARIAN'S PAINT CENTER<br>4635 N. CEDAR AVE.<br>FRESNO, CA 93726 | Claim Number: 545<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $65.17 | |

| KASPARIAN'S PAINT CENTER<br>4635 N. CEDAR AVE.<br>FRESNO, CA 93726 | Claim Number: 546<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $110.45 | |

| KASPARIANS PAINT CENTER<br>4635 N CEDAR<br>FRESNO, CA 93726 | Claim Number: 4630<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $110.45 | Scheduled: | $110.45 |

| KASPARIANS PAINT CENTER<br>4635 N CEDAR<br>FRESNO, CA 93726 | Claim Number: 5145<br>Claim Date: 07/13/2009<br>Debtor: CALPINE CORRUGATED, LLC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $65.17 | Scheduled: | $65.17 |

| KAW RIVER RAILROAD, INC<br>C/O CRYSTANNA COX, ESQ<br>2345 GRAND BLVD, STE 2800<br>KANSAS CITY, MO 64108 | Claim Number: 9662<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $9,200.00 | |

| KAWEAH CONTAINER<br>PO BOX 279<br>CUTLER, CA 93615 | Claim Number: 12533<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,518.25 | Scheduled: | $8,518.25 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| KBC TOOLS & MACHINERY INC<br>1021 S PLACENTIA AVE<br>FULLERTON, CA 92831 | Claim Number: 4211<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $155.25 | Scheduled: | $155.25 |
|---|---|---|---|---|

| KBC WEAR COMPONENTS<br>410 LIGHTHOUSE RD.<br>HILTON, NY 14468 | Claim Number: 61<br>Claim Date: 02/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $350.50 |
|---|---|---|

| KC LANDSCAPE & IRRIATION<br>WT SKIP LEAKE, ATTORNEY/COUNSELOR AT LAW<br>LANDMARK BLDG, 2201 N COLLINS ST STE 110<br>P.O. BOX 201786<br>ARLINGTON, TX 76006-1786 | Claim Number: 3080<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $14,045.40 |
|---|---|---|

| KC LANDSCAPE & IRRIGATION<br>W.T. SKIP LEAKE, ATTORNEY & COUNSELOR<br>2201 N COLLINS ST STE 110<br>P.O. BOX 201786<br>ARLINGTON, TX 76006-1786 | Claim Number: 3177<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $12,607.65 | Scheduled: | $10,882.24 |
|---|---|---|---|---|

| KC SPOTTING CO INC<br>P.O. BOX 2026<br>OPELIKA, AL 36803 | Claim Number: 2943<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $29,554.50 | Scheduled: | $28,702.50 |
|---|---|---|---|---|

| KCCDD, INC.<br>2015 WINDISH DRIVE<br>GALESBURG, IL 61401 | Claim Number: 7081<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $19,123.50 | Scheduled: | $19,123.50 |
|---|---|---|---|---|

| KCM PACKAGING<br>1100 INTERNATIONALE PARKWAY<br>WOODRIDGE, IL 60517 | Claim Number: 7581<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $18,802.45 | Scheduled: | $18,802.45 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

KCP&L GMO
P.O. BOX 11690
KANSAS CITY, MO 64138

Claim Number: 5615
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $18,149.86 |
| --- | --- | --- |

---

KCP&L GMO
P.O. BOX 11690
KANSAS CITY, MO 64138

Claim Number: 5617
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $20,229.43 |
| --- | --- | --- |

---

KEATON, WALTER
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10703
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $205,000.00 |
| --- | --- | --- |

---

KEBO TRANSPORTATION
1775 CONTINENTAL WAY
ATLANTA, GA 30316

Claim Number: 1455
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $14,976.60 | Scheduled: | $15,794.10 |
| --- | --- | --- | --- | --- |

---

KEEBLER, JERRY H.
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10702
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $287,505.85 |
| --- | --- | --- |

---

KEENEY, ROBERT L
22962 S HAINES RD
CANBY, OR 97013

Claim Number: 11615
Claim Date: 08/28/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: DOCKET: 8391 (08/16/2010)

| PRIORITY | Claimed: | $1,000,000.00 |
| --- | --- | --- |

---

KEENEY, ROBERT L.
22962 S HAINES RD
CANBY, OR 97013

Claim Number: 13987
Claim Date: 04/14/2010
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: DOCKET: 8391 (08/16/2010)

| PRIORITY | Claimed: | $1,000,000.00 |
| --- | --- | --- |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| KEHL KOLOR INC<br>PO BOX 770<br>ASHLAND, OH 44805 | | Claim Number: 5512<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $7,329.98 | Scheduled: | | $7,329.98 |
| KELLEY, BARRY J<br>1617 LOCKE STREET<br>SALEM, VA 24153 | | Claim Number: 5973<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| KELLEY, DANNY MAX<br>376 CASTLEWOOD ESTATES RD.<br>QUITMAN, LA 71268 | | Claim Number: 10215<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| KELLEY, JOHN M.<br>7053 QUITMAN HWY.<br>QUITMAN, LA 71268 | | Claim Number: 10216<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| KELLEY, LEWIS D<br>2331 CORNER ROCK ROAD<br>MIDLOTHIAN, VA 23113 | | Claim Number: 6967<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | | |
| PRIORITY | Claimed: | $10,950.00   UNLIQ | | | |
| UNSECURED | Claimed: | $9,573.60   UNLIQ | | | |
| KELLEY, RODNEY<br>492 PEBBLE DR.<br>JONESBORO, LA 71251 | | Claim Number: 10217<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| KELLY SERVICES INC<br>999 W BIG BEAVER RD<br>TROY, MI 48084 | | Claim Number: 12445<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $8,085.66 | Scheduled: | | $6,088.52 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

KELLY SERVICES INC.
999 W BIG BEAVER ROAD
TROY, MI 48084

Claim Number: 1563-01
Claim Date: 03/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 5738 (03/10/2010)

| UNSECURED | Claimed: | $68,440.10 | Scheduled: | $70,375.29 |
|---|---|---|---|---|

KELLY SERVICES INC.
999 W BIG BEAVER ROAD
TROY, MI 48084

Claim Number: 1563-02
Claim Date: 03/10/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: DOCKET 5738 (03/10/2010)

| UNSECURED | Claimed: | $41,443.07 | Scheduled: | $41,443.07 |
|---|---|---|---|---|

KELLY, ALMA
2006 UPPER HUNTERS TRACE
LOUISVILLE, KY 40216

Claim Number: 8885
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

KELLY, CHARLES O.
BARON & BUDD, P.C.
THE CENTRUM SUITE 1100
3102 OAK LAWN AVE
DALLAS, TX 75219

Claim Number: 11834
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8610 (10/11/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

KELLY, DOROTHY
4 TRURO CT.
LOUISVILLE, KY 40216

Claim Number: 12500
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| PRIORITY | Claimed: | $506.25   UNLIQ |
|---|---|---|

KELLY, DOROTHY L
#4 TRURO CT
LOUISVILLE, KY 40216-3060

Claim Number: 8878
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| PRIORITY | Claimed: | $506.25 |
|---|---|---|

KELLY, EVA MARIE
376 CASTLEWOOD STATE ROAD
QUITMAN, LA 71268

Claim Number: 10337
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| KELLY, PHILLIP R.<br>4872 WALKER RD<br>JONESBORO, LA 71251 | Claim Number: 10304<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| KELLY, ROBERT L & ADELE M<br>REVOCABLE TRUST DATED 09/11/2002<br>P. O. BOX 27179<br>SAN DIEGO, CA 92198 | Claim Number: 7929<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $77,182.65 |
|---|---|---|

---

| KELLY, THOMAS S. C/O ALMA KELLY<br>2006 UPPER HUNTERS TRACE RD.<br>LOUISVILLE, KY 40216 | Claim Number: 12498<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| KEMPER INDUSTRIES INC<br>PO BOX 1172<br>DAPHNE, AL 36526 | Claim Number: 7953<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $352.35 | Scheduled: | $352.35 |
|---|---|---|---|---|

---

| KEMPER INSURANCE COMPANIES<br>VIKI STEUER<br>MANAGED ACCOUNTS, 13NW0351<br>ONE KEMPER DRIVE<br>LONG GROVE, IL 60049 | Claim Number: 3176<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |

---

| KEMPER INSURANCE COMPANIES<br>ATTN: VIKI STEUER<br>ONE KEMPER DRIVE<br>LONG GROVE, IL 60049 | Claim Number: 3671<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8996 (03/22/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |

---

| KEMPER, VERNON L<br>2614 NEW HIGHWAY 68<br>NIOTA, TN 37826 | Claim Number: 8123<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $350,398.80 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

KEMPLEN, MARY H
6645 ST. VINCENT STREET
MONROE, MI 48161

Claim Number: 9589
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $50.31 | | |
|---|---|---|---|---|

---

KEN SOMMERS - VP, CFO
CALPINE CONTAINERS, INC
9499 N FORT WASHINGTON, SUITE 103
FRESNO, CA 93730

Claim Number: 10910-01
Claim Date: 08/27/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: EXPUNGED
DOCKET: 8378 (08/16/2010)

| UNSECURED | Claimed: | $104,254.87 | | |
|---|---|---|---|---|

---

KEN TECHOLOGY INC
618 N. EDGEWOOD AVENUE
WOOD DALE, IL 60191

Claim Number: 10757
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $878.85 | Scheduled: | $878.85 |
|---|---|---|---|---|

---

KENCO LOGISTICS SVC
650 WAVHATCHIE PIKE
CHATTANOOGA, TN 37419

Claim Number: 2503
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $639.60 | Scheduled: | $406.20 |
|---|---|---|---|---|

---

KENNARD, CHERYL A
49 VIA AMANTI
NEWPORT COAST, CA 92657

Claim Number: 10539
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

KENNARD, CHERYL A.
49 VIA AMANTI
NEWPORT COAST, CA 92657

Claim Number: 10540
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

KENNEDY, MARK A.
403 GARNER RD
JONESBORO, LA 71251

Claim Number: 10305
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| KENNEDY, W.K.<br>17905 BAXTER RD.<br>LAWSON, MO 64062 | | Claim Number: 7405<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
| KENT CARDS & GIFTS, INC<br>DBA VALE EDGE FLORIST & GIFTS SHOP<br>247 1/2 S. CHESTNUT STREET<br>RAVENNA, OH 44266 | | Claim Number: 7688-01<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5768 (03/11/2010) | | |
| ADMINISTRATIVE | Claimed: | $106.75 | | |
| KENT CARDS & GIFTS, INC<br>DBA VALE EDGE FLORIST & GIFTS SHOP<br>247 1/2 S. CHESTNUT STREET<br>RAVENNA, OH 44266 | | Claim Number: 7688-02<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $243.01 | | |
| KENT COMMUNICATIONS INC.<br>98 HADRIAN DRIVE<br>ATTN: MALCOLM KENT, GENERAL MANAGER<br>TORONTO, ON M9W 1V4<br>CANADA | | Claim Number: 8669<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $1,247.24 | Scheduled: | $1,211.02 |
| KENT SCHOOL DISTRICT<br>FOOD & NUTRITION SERVICE<br>BLDG. E<br>12033 S.E. 256TH<br>KENT, WA 98030 | | Claim Number: 1085<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $476.94 | Scheduled: | $966.70 |
| KENTUCKY CUMBERLAND COAL COMPANY<br>MARLA R. ESKIN & KATHLEEN CAMPBELL DAVIS<br>CAMPBELL & LEVINE, LLC<br>800 N. KING STREET, SUITE 300<br>WILMINGTON, DE 19801 | | Claim Number: 1136<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 780 (04/16/2009) | | |
| ADMINISTRATIVE | Claimed: | $972,877.54 | | |
| KENTUCKY DEPARTMENT OF REVENUE<br>ATTN: LEANNE WARREN<br>LEGAL BRANCH-BANKRUPTCY SECTION<br>PO BOX 5222<br>FRANKFORT, KY 40602 | | Claim Number: 6366<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| KENTUCKY DEPARTMENT OF REVENUE<br>ATTN: LEANNE WARREN<br>LEGAL BRANCH-BANKRUPTCY SECTION<br>PO BOX 5222<br>FRANKFORT, KY 40602 | | Claim Number: 13521<br>Claim Date: 10/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| PRIORITY | Claimed: | $43,850.46 | | |

---

| | | | | |
|---|---|---|---|---|
| KENTUCKY MACHINE & TOOL COMPANY<br>3107 MILLERS LANE<br>LOUISVILLE, KY 40216 | | Claim Number: 987<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $950.00 | Scheduled: | $950.00 |

---

| | | | | |
|---|---|---|---|---|
| KENTUCKY UTILITIES CO<br>ONE QUALITY STREET<br>LEXINGTON, KY 40507 | | Claim Number: 5172<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $14,905.14 | | |

---

| | | | | |
|---|---|---|---|---|
| KENTUCKY UTILITIES COMPANY<br>ONE QUALITY STREET<br>LEXINGTON, KY 40507 | | Claim Number: 12335<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $14,905.14 | | |

---

| | | | | |
|---|---|---|---|---|
| KENTUCKY UTILITIES COMPANY<br>ONE QUALITY STREET<br>LEXINGTON, KY 40507 | | Claim Number: 13851<br>Claim Date: 02/26/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>Amends claim 12335 | | |
| UNSECURED | Claimed: | $11,211.72 | Scheduled: | $2,379.89 |

---

| | | | | |
|---|---|---|---|---|
| KENWORTH SALES MISSOULA<br>PO BOX 16145<br>MISSOULA, MT 59808 | | Claim Number: 3726<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
| UNSECURED | Claimed: | $299.99 | Scheduled: | $240.27 |

---

| | | | | |
|---|---|---|---|---|
| KERN COUNTY TREASURER - TAX COLLECTOR<br>PO BOX 579<br>BAKERSFIELD, CA 93302-0579 | | Claim Number: 13426<br>Claim Date: 09/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
| PRIORITY | Claimed: | $1,458.48 | | |
| SECURED | Claimed: | $8,881.41 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| KERN COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 579<br>BAKERSFIELD, CA 93302-0579 | Claim Number: 7597<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|
| PRIORITY | Claimed: | $3,225.83 |
| SECURED | Claimed: | $8,632.27 |

| KERN COUNTY TREASURER AND TAX COLLECTOR<br>P.O. BOX 579<br>BAKERSFIELD, CA 93302-0579 | Claim Number: 10050<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|
| PRIORITY | Claimed: | $3,225.83 |
| SECURED | Claimed: | $8,632.27 |

| KERN COUNTY TREASURER AND TAX COLLECTOR<br>P.O. BOX 579<br>BAKERSFIELD, CA 93302-0579 | Claim Number: 13373<br>Claim Date: 09/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|
| PRIORITY | Claimed: | $1,458.48 |
| SECURED | Claimed: | $8,881.41 |

| KERN COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 579<br>BAKERSFIELD, CA 93302-0579 | Claim Number: 7794<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|
| PRIORITY | Claimed: | $3,225.83 |
| SECURED | Claimed: | $8,632.27 |

| KERR, WESLEY<br>1495 KEITH AVE.<br>BATHURST, NB E2A 1M2<br>CANADA | Claim Number: 9046<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| KERSH DO, FREDRICK W.<br>PO BOX 130757<br>TYLER, TX 75713-0757 | Claim Number: 8260<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|
| UNSECURED | Claimed: | $90.00 | Scheduled: | $90.00 |

| KESSLER INDUSTRIES INC<br>8600 GATEWAY BLVD E<br>EL PASO, TX 79907-1714 | Claim Number: 6909<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|
| UNSECURED | Claimed: | $611.61 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | |
|---|---|---|---|
| KEUNE, JAMES<br>291 BRISTOL WOODS COURT<br>COLUMBUS, OH 43085 | Claim Number: 1723<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) | | |
| UNSECURED          Claimed: | $0.00   UNLIQ | | |
| KEVIN BAXTER/EVAN LUCAS<br>K AND L LAWNCARE<br>25-7140 132ND STREET<br>SURREY, BC V3W 1J5<br>CANADA | Claim Number: 2565<br>Claim Date: 04/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | |
| UNSECURED          Claimed: | $11,075.00 | | |
| KEW WEST METAL IND., INC<br>13831 S. KOSTNER AVE<br>CRESTWOOD, IL 60445 | Claim Number: 131<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | |
| UNSECURED          Claimed: | $28,907.00 | Scheduled: | $13,404.00 |
| KEY EQUIPMENT FINANCE INC.<br>C/O SCOTT SCHAFER<br>1000 SOUTH MCCASLIN BOULEVARD<br>SUPERIOR, CO 80027 | Claim Number: 11288<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8844 (12/10/2010) | | |
| SECURED          Claimed: | $100,000.00   UNLIQ | | |
| KEYSTAR SERVICES INC<br>3910 WALNUT STREET<br>HARRISBURG, PA 17109 | Claim Number: 4817<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) | | |
| UNSECURED          Claimed: | $14,861.65 | Scheduled: | $14,861.65 |
| KEYSTONE PAPER & BOX CO. INC.<br>C/O COFACE NORTH AMERICA INC.<br>50 MILLSTONE ROAD<br>BUILDING 100, SUITE 360<br>EAST WINDSOR, NJ 08520-1414 | Claim Number: 2249<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
| UNSECURED          Claimed: | $256,221.77 | | |
| KIHNLEY, BETTY<br>LINDA HILVERT<br>1431 HEIDI HAVEN DRIVE<br>LAWRENCEBURG, IN 47025 | Claim Number: 11617<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY          Claimed: | $10,821.60 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| KILCREASE, WOODY L.<br>3299 STAWLY ROAD<br>BREWTON, AL 36426 | Claim Number: 11589<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $8,500.00 | | |
|---|---|---|---|---|

| KILLION, GAY<br>416 S 8TH ST<br>HAMILTON, MT 59840-2638 | Claim Number: 5143<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| KIM CONTROLS INC<br>10045 DAVENPORT STREET<br>MINNEAPOLIS, MN 55434 | Claim Number: 4302<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8898 (01/20/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| KIMBALL MIDWEST<br>4800 ROBERTS ROAD<br>COLUMBUS, OH 43228 | Claim Number: 200<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $25,485.26 | Scheduled: | $28,436.91 |
|---|---|---|---|---|

| KIMBRO OIL COMPANY<br>2200 CLIFTON AVE<br>NASHVILLE, TN 37203 | Claim Number: 6414<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $6,439.19 | Scheduled: | $5,730.59 |
|---|---|---|---|---|

| KIMP, HENRY JAMES<br>PO BOX 1061<br>HODGE, LA 71247 | Claim Number: 10218<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| KINDER MORGAN<br>ATTN: MELISSA BARNES<br>501 NORTH 3RD STREET<br>FERNANDINA BEACH, FL 32034 | Claim Number: 13810<br>Claim Date: 02/05/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $58,448.91 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| KINDERSLEY TRANSPORT<br>P.O. BOX 7290<br>SASKATOON, SK 57K 4J2<br>CANADA | Claim Number: 3148<br>Claim Date: 05/27/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $35,411.98 | Scheduled: | $26,878.12 |
|---|---|---|---|---|

| KINECOR LP<br>ATTN: BARRY TREMBLAY<br>2200 52ND AVENUE<br>LACHINE, QC H8T 2Y3<br>CANADA | Claim Number: 12857<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $13,336.91 | Scheduled: | $4,073.98 |
|---|---|---|---|---|

| KING COUNTY TREASURY OPERATIONS<br>KING COUNTY ADMINISTRATION BLDG<br>500 FOURTH AVENUE, ROOM # 600<br>SEATTLE, WA 98104-2387 | Claim Number: 2057<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| SECURED | Claimed: | $17,245.66 |
|---|---|---|

| KING, DAVID<br>6 - 3730 DISHER ST. SS1<br>RIDGEWAY, ON L0S 1N0<br>CANADA | Claim Number: 8473<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $491,580.00 |
|---|---|---|

| KING, ELSIE J<br>PO BOX 247<br>BLANCHESTER, OH 45107 | Claim Number: 10461<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| KING, GAIL<br>3012 WEST HILLS DRIVE<br>MARYVILLE, TN 37803 | Claim Number: 11625<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,262.64 | Scheduled: | $4,262.64 |
|---|---|---|---|---|

| KING, HELEN V<br>11613 S.E. 7TH STREET<br>#415<br>VANCOUVER, WA 98683 | Claim Number: 12197<br>Claim Date: 09/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| KING, ROY E<br>2530 LOCUST ROAD<br>DOVER, PA 17315 | | Claim Number: 6102<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $92.67 | | |
| KING, VERNON<br>9 MINNOW LANE<br>COLUMBIA, LA 71418 | | Claim Number: 10338<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| KING, WILLIAM S<br>1517 E. 21ST STREET<br>SANTA ANNA, CA 92705 | | Claim Number: 10599<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| KINGDOM PROJECTS INC<br>2611 NORTH BLUFF<br>FULTON, MO 65251 | | Claim Number: 4513<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $615.90 | Scheduled: | $632.00 |
| KINGS BAY HONDA<br>1999 COMMERCE DR STE C<br>KINGSLAND, GA 31548-6558 | | Claim Number: 924<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $342.18 | Scheduled: | $342.18 |
| KINGS INN, INC.<br>2303 DENNY AVENUE<br>PASCAGOULA, MS 39567-3417 | | Claim Number: 13117<br>Claim Date: 09/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| SECURED | Claimed: | $76,122.66 | | |
| KINGSTREE FOREST PRODUCTS, INC.<br>POST OFFICE BOX 427<br>KINGSTREE, SC 29556 | | Claim Number: 13338<br>Claim Date: 09/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $33,546.09 | Scheduled: | $67,092.19  UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

KINGSWAY TRANSPORT
6600 SAINT FRANCOIS ROAD
SAINT LAURENT, QC H4S 1B7
CANADA

Claim Number: 2911
Claim Date: 05/12/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $1,690.98 | | |

---

KINYO ENTREPRISES
290 ENTERPRISE DRIVE
NEWPORT NEWS, VA 23602

Claim Number: 6017
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $89.00 | | $89.00 |

---

KIRBY RISK ELECTRICAL SUPPLY (COLUMBUS)
PO BOX 664117
INDIANAPOLIS, IN 46266

Claim Number: 12117
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $4,637.00 | | $4,625.60 |

---

KIRK, KATHEY A
P. O. BOX 1175
PAGE, AZ 86040

Claim Number: 7384
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $0.00   UNLIQ | | |

---

KIRKLAND, RONALD GLEN
595 CHATHAM LAKE RD
CHATHAM, LA 71226

Claim Number: 10306
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $0.00   UNLIQ | | |

---

KIROVAC, RENE
C/O KOSKIE MINSKY LLP
BARRISTERS AND SOLICITORS
20 QUEEN ST. WEST SUITE 900
TOROTO, ON M5H 3R3
CANADA

Claim Number: 11964
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8758 (11/15/2010)

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $292,518.77   UNLIQ | | |

---

KIROVAC, RENE
C/O KOSKIE MINSKY LLP
ATTN: ANDREA MCKINNON
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 12996
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8723 (11/08/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,638.60 | | |
| UNSECURED | | $290,880.17 | | $191,899.40 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| KIRSCH, KENNETH W<br>PO BOX 447<br>ST. PAUL, OR 97137 | Claim Number: 7480<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ |

---

| KIRST ENGINEERING CO., INC.<br>P.O. BOX 30796<br>BILLINGS, MT 59107 | Claim Number: 2559<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $33,430.67 |

---

| KIRST ENGINEERING CO., INC.<br>P.O. BOX 30796<br>BILLINGS, MT 59107 | Claim Number: 3417<br>Claim Date: 06/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $33,430.67 | Scheduled: | $33,404.45 |

---

| KIRWAN MECHANICAL INC<br>23840 W INDUSTRIAL DR S<br>PLAINFIELD, IL 60544 | Claim Number: 4984<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,103.00 | Scheduled: | $3,103.00 |

---

| KITCHKA, JOHN A<br>54865 CHURCH ROAD<br>CALLAHAN, FL 32011 | Claim Number: 4735<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| KITE TIMBER COMPANY INC<br>18277 NW 75TH AVE.<br>STARKE, FL 32091 | Claim Number: 7588<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $8,977.82 | Scheduled: | $17,955.64  UNLIQ |

---

| KIWIPLAN INC<br>8650 GOVERNOR'S HILL DRIVE<br>SUITE 350<br>CINCINNATI, OH 45249 | Claim Number: 5339<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $564,584.85  UNLIQ | Scheduled: | $561,334.85 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| KJ CORP<br>NINA MEHTU<br>2231 OWL MEADOW ST<br>FOLSOM, CA 95630 | | Claim Number: 14188<br>Claim Date: 03/07/2011<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9081 (06/14/2011) |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $14,538.90 |

---

| KLAISLE, BONNIE<br>7 CEDAR WAXWING ROAD<br>LAKE WYLIE, SC 29710 | | Claim Number: 10074<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|---|
| PRIORITY | Claimed: | $37,041.00   UNLIQ |

---

| KLAISLE, BONNIE<br>7 CEDAR WAXWING ROAD<br>LAKE WYLIE, SC 29710 | | Claim Number: 12523<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|---|
| PRIORITY | Claimed: | $3,284.00 |

---

| KLAMERUS, RICHARD, NAMED PLAINTIFF IN<br>ERICKSON, ROY D. ET AL.<br>C/O TOM L. LEWIS: LEWIS, SLOVACK &<br>KOVACICH, PC, P.O. BOX 2325<br>GREAT FALLS, MT 59403 | | Claim Number: 6649<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8093 (06/21/2010) |
|---|---|---|
| UNSECURED | Claimed: | $1,000,000.00 |

---

| KLATT, FRED W<br>111 SHERRY LN<br>MANDEVILLE, LA 70471 | | Claim Number: 11471<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4177 (01/15/2010) |
|---|---|---|
| PRIORITY | Claimed: | $201,015.92 |

---

| KLEILEIN, DENISE<br>1310 EVERGREEN AVE<br>MANSFIELD, OH 44905 | | Claim Number: 11210<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

---

| KLEILEIN, DENISE L<br>1310 EVERGREEN AVE<br>MANSFIELD, OH 44905 | | Claim Number: 11209<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| KLENZOID EQUIPMENT COMPANY<br>PO BOX 444<br>WAYNE, PA 19087 | Claim Number: 2627<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $76,757.79 | |

| KLENZOID SPECIALISTE DES EAUX<br>6500 TRANSCANADIENNE    BUREAU 110<br>MONTREAL, QC H4T 1X4<br>CANADA | Claim Number: 7452<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>Amends claims 210 and 5347. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,377.00 | Scheduled: $6,194.41 |

| KLENZOLD CO. LIMITED<br>25 WATLINE AVE. SUITE 500<br>MISSISSAUGA, ON L4Z 2Z1<br>CANADA | Claim Number: 210<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | |
|---|---|---|
| UNSECURED | Claimed: | $7,377.00 |

| KLENZOLD CO. LIMITED<br>25 WATLINE AVE. SUITE 500<br>MISSISSAUGA, ON L4Z 2Z1<br>CANADA | Claim Number: 5347<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | |
|---|---|---|
| UNSECURED | Claimed: | $7,377.00 |

| KLINE, E J<br>307 E 1ST STREET<br>P O BOX 395<br>CARTHAGE, IN 46115 | Claim Number: 8055<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

| KLINGER, STEVEN J<br>C/O JAMES PARDO, JR.<br>KING & SPALDING<br>1180 PEACHTREE STREET, NE<br>ATLANTA, GA 30309 | Claim Number: 7879<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8709 (11/04/2010) | |
|---|---|---|
| PRIORITY | Claimed: | $416,326.00   UNLIQ CONT |
| UNSECURED | Claimed: | $416,326.00   UNLIQ CONT |
| TOTAL | Claimed: | $416,326.00   UNLIQ CONT |

| KLOCKENKEMPER, JEROME<br>210 ROYAL OAK COURT<br>ZIONSVILLE, IN 46077 | Claim Number: 5750<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

KLS HYDRAULICS & MACHINE WORKS LLC
3650 GRANT CREEK ROAD
MISSOULA, MT 59808

Claim Number: 684
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,506.67 | Scheduled: | $10,527.46 |

KLT TRANSPORTATION INC
PO BOX 787
CHEPACHET, RI 02814

Claim Number: 10741
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 5731 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $99,190.47 |

KMW ENTERPRISES
713 RIVER STREET
ONTONAGON, MI 49953

Claim Number: 6661
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,825.23 | Scheduled: | $15,825.23 |

KNEBEL, ROGER A
2576 INDEPENDENCE AVE.
WATERLOO, IA 50707

Claim Number: 9246
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

KNF CHEMICAL COMPANY
P.O. BOX 1461
MATTESON, IL 60443

Claim Date: 03/16/2009
Claim Number: 1518
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,181.45 |
| UNSECURED | Claimed: | $2,181.45 |
| TOTAL | Claimed: | $2,181.45 |

KNIGHT TRANSPORTATION SERVICES
PO BOX 29897
PHOENIX, AZ 85038-9897

Claim Number: 5354
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $41,688.00 | Scheduled: | $32,773.89 |

KNIGHT, JOSEPH
1600 UNITY COURT
PENSACOLA, FL 32534

Claim Number: 7406
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNDET |
| PRIORITY | Claimed: | $0.00 | UNDET |
| SECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| KNIGHT, LATREANA<br>PO BOX 18047<br>SAVANNAH, GA 31418 | Claim Number: 9727<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |

---

| KNIGHT, LATREANA<br>ATTN: LATREANA JOHNSON<br>PO BOX 18047<br>SAVANNAH, GA 31418 | Claim Number: 12897<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| SECURED | Claimed: | $0.00  UNLIQ |

---

| KNIGHT, MATILDA<br>1600 UNITY COURT<br>PENSCOLA, FL 32534 | Claim Number: 7407<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
| PRIORITY | Claimed: | $0.00  UNDET |
| SECURED | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |

---

| KNIGHTS PUMPING & PORTABLE SERVICES INC<br>PO BOX 41657<br>BAKERSFIELD, CA 93384 | Claim Number: 8519<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $592.89 |

---

| KNIGHTS PUMPING AND PORTABLE<br>PO BOX 41657<br>BAKERSFIELD, CA 93384 | Claim Number: 3684<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |

| UNSECURED | Claimed: | $592.89 | Scheduled: | $592.89 |

---

| KNIGHTS PUMPING AND PORTABLE<br>PO BOX 41657<br>BAKERSFIELD, CA 93384 | Claim Number: 5565<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |

| UNSECURED | Claimed: | $592.89 |

---

| KNOX COUNTY TREASURER<br>KNOX COUNTY COURTHOUSE<br>200 S CHERRY STREET<br>GALESBURG, IL 61401 | Claim Number: 6767<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |

| PRIORITY | | | Scheduled: | $0.00 UNLIQ |
| SECURED | Claimed: | $41,442.41 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| KNOX COUNTY TRUSTEE<br>P.O. BOX 70<br>KNOXVILLE, TN 37901 | Claim Number: 1794<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |

| SECURED | Claimed: | $17,535.00 |

---

| KNOXVILLE UTILITIES BOARD<br>PO BOX 59017<br>KNOXVILLE, TN 37950-9017 | Claim Number: 2687<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $137,919.39 |

---

| KNUDSEN, SARAH F<br>416 SOUTH WESTERN<br>STUART, IA 50250 | Claim Number: 4599<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $0.00  UNLIQ |

---

| KOBOLD INSTRUMENT CANADA INC<br>9A DE L'AVIATION<br>POINTE CLAIRE, QC H9R 4Z2<br>CANADA | Claim Number: 5265<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>The claim amount is 1659.26 Canadian |

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $1,343.43 |

---

| KOBOLD INSTRUMENTS CANADA INC<br>9A AVIATION AVENUE<br>POINTE-CLAIRE, QC H9R 4Z2<br>CANADA | Claim Number: 2796<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: POSSIBLE DUPLICATE OF 5265<br>1659.26 CAN |

| SECURED | Claimed: | $0.00  UNLIQ |

---

| KOBYLUCK SAND & GRAVEL, INC.<br>24 INDUSTRIAL DRIVE<br>WATERFORD, CT 06385 | Claim Number: 1948<br>Claim Date: 04/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |

| UNSECURED | Claimed: | $2,044.53 | Scheduled: | $2,044.53 |

---

| KOCH GLITSCH LP<br>PO BOX 915034<br>DALLAS, TX 75391-5034 | Claim Number: 9663<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $6,659.20 | Scheduled: | $6,659.20 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

KODIAK CONTAINER CORP
4320 SOUTH KNOX AVE
CHICAGO, IL 60632

Claim Number: 6498
Claim Date: 07/27/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $1,559.33 | Scheduled: | $1,559.33 |
|---|---|---|---|---|

---

KOMBRINK, BETTY
156 N MAIN ST
EDWARDSVILLE, IL 62025-1972

Claim Number: 6223
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 8535 (09/14/2010)

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

KOMBRINK, BETTY (AUGUST B KOMBRINK, DEC)
156 N MAIN ST
EDWARDSVILLE, IL 62025-1972

Claim Number: 6227
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 8535 (09/14/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

KOMEN, CURTISS M
13402 MASON GROVE LANE
TOWN AND COUNTRY, MO 63131

Claim Number: 11639
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 8649 (10/15/2010)

| UNSECURED | Claimed: | $195,103.00 | | |
|---|---|---|---|---|

---

KONE INC.
3550 GEORGE BUSBEE PKWY
SUITE 360
KENNESAW, GA 30144

Claim Number: 7339
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $3,972.62 | Scheduled: | $3,972.62 |
|---|---|---|---|---|

---

KONECRANES CANADA
ATTN: OKIN MAENG
1040 SUTTON DRIVE
BURLINGTON, ON L7L 6B8
CANADA

Claim Number: 8419
Claim Date: 07/14/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $920.16 | Scheduled: | $909.33 |
|---|---|---|---|---|

---

KONECRANES CANADA INC
1040 SUTTON DRIVE
BURLINGTON, ON L7L 6B8
CANADA

Claim Number: 8644
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET 7432 (05/04/2010)

| UNSECURED | Claimed: | $40,799.37 | Scheduled: | $44,577.62 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| KONECRANES, INC.<br>ATTN: KAREN MOORE<br>4401 GATEWAY BLVD.<br>SPRINGFIELD, OH 45502 | Claim Number: 9843<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $26,322.01 | Scheduled: | $139,435.69 |
|---|---|---|---|---|

| KONZ WOOD PRODUCTS<br>C/O GILL, PATRICK - ATTORNEY<br>DIV. OF APPLETON LUMBER CO.<br>128 N DURKEE STREET<br>APPLETON, WI 54911 | Claim Number: 3051<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $27,718.40 | Scheduled: | $27,718.40 |
|---|---|---|---|---|

| KOORSEN FIRE AND SECURITY<br>2719 N ARLINGTON AVENUE<br>INDIANAPOLIS, IN 46218-3322 | Claim Number: 4075<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,457.02 | Scheduled: | $4,947.17 |
|---|---|---|---|---|

| KOPCO NWC CORP<br>5730 NORTH 6TH ST<br>FORT SMITH, AR 72904 | Claim Number: 8871-01<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $7,037.41 |
|---|---|---|

| KOPCO NWC CORP<br>5730 NORTH 6TH ST<br>FORT SMITH, AR 72904 | Claim Number: 8871-02<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET 2407 (10/22/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $728.07 |
|---|---|---|

| KOPCO, INC.<br>5730 NORTH 6TH STREET<br>FORT SMITH, AR 72904 | Claim Number: 1064<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $7,765.48 | Scheduled: | $7,765.48 |
|---|---|---|---|---|

| KOPCO, INC.<br>5730 NORTH 6TH STREET<br>FORT SMITH, AR 72904 | Claim Number: 12487<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 5738 (03/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $728.07 |
|---|---|---|
| UNSECURED | Claimed: | $7,765.48 |
| TOTAL | Claimed: | $7,765.48 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| KORN FERRY INTERNATIONAL<br>NW 5064<br>P.O.BOX 1450<br>MINNEAPOLIS, MN 55485-5064 | Claim Number: 6783<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $11,403.00 | Scheduled: | $3,308.00 |
|---|---|---|---|---|

---

| KOSCINSKI, CATHERINE<br>911 MATTHEWS AVE.<br>UTICA, NY 13502 | Claim Number: 6023<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| KOSKI ENTERPRISES<br>PO BOX F<br>4810 WILLIAMSBURG RD<br>HURLOCK, MD 21643 | Claim Number: 3421<br>Claim Date: 06/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,450.83 | Scheduled: | $9,500.83 |
|---|---|---|---|---|

---

| KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>RE: WILLIAM W. BEARDSELL<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 11782<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $77,500.04 UNLIQ |
|---|---|---|

---

| KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>RE: JOSEPH E. SOUCCAR<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 11784<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $988,451.03 UNLIQ |
|---|---|---|

---

| KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>RE: JOAN E. STADELMAN<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 11785<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $136,898.47 UNLIQ |
|---|---|---|

---

| KOSKIE MINSKY LLP<br>C/O BARRISTERS AND SOLICITORS<br>RE: T. OSCAR STANGELAND<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 11786<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $3,391,014.60 UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| KOSKIE MINSKY LLP<br>C/O BARRISTERS AND SOLICITORS<br>RE: GORDEN MACKERIE DE B. STRATHY<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 11787<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|
| UNSECURED        Claimed: | $541,458.98    UNLIQ |

---

| KOSKIE MINSKY LLP<br>C/O BARRISTERS AND SOLICITORS<br>RE: ROBERT W. SWEENEY<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 11788<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|
| UNSECURED        Claimed: | $14,698.88    UNLIQ |

---

| KOSKIE MINSKY LLP<br>C/O BARRISTERS AND SOLICITORS<br>RE: CAROL TREMBLAY<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 11789<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|
| UNSECURED        Claimed: | $123,545.52    UNLIQ |

---

| KOSKIE MINSKY LLP<br>C/O BARRISTERS AND SOLICITORS<br>RE: WILLIAM I.M. TURNER<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 11790<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|
| UNSECURED        Claimed: | $2,083,489.70    UNLIQ |

---

| KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>RE: TONY WONG<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 11791<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|
| UNSECURED        Claimed: | $244,667.55    UNLIQ |

---

| KOSKIE MINSKY LLP<br>RE: TIMOTHY J. WAGG<br>900-20 QUEEN ST. W.<br>BOX 52<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 11792<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|
| UNSECURED        Claimed: | $833,432.92    UNLIQ |

---

| KOSKIE MINSKY LLP<br>RE: GERALD BELLEHUMEUR<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 11915<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|
| UNSECURED        Claimed: | $41,646.25    UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| KOSKIE MINSKY LLP<br>RE: PIERRE BEDARD<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 11916<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|
| UNSECURED          Claimed: | $50,628.78    UNLIQ |

---

| KOSKIE MINSKY LLP<br>RE: KENNETH ROSS HUGHES<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 11917<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|
| UNSECURED          Claimed: | $139,659.51    UNLIQ |

---

| KOSKIE MINSKY LLP<br>RE: THOMAS H. GRAY<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 11918<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|
| UNSECURED          Claimed: | $129,257.68    UNLIQ |

---

| KOSKIE MINSKY LLP<br>RE: COLIN FRASER<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 11919<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|
| UNSECURED          Claimed: | $48,468.15    UNLIQ |

---

| KOSKIE MINSKY LLP<br>RE: RAYMOND FELIX<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 11920<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|
| UNSECURED          Claimed: | $914,950.81    UNLIQ |

---

| KOSKIE MINSKY LLP<br>RE: PAUL S. ECHENBERG<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 11921<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|
| UNSECURED          Claimed: | $831,165.10    UNLIQ |

---

| KOSKIE MINSKY LLP<br>RE: BARTLEY G. DUNS<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 11922<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|
| UNSECURED          Claimed: | $439,016.98    UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| KOSKIE MINSKY LLP | Claim Number: 11923 |
| RE: GUY G. DUFRESNE | Claim Date: 08/28/2009 |
| BARRISTERS AND SOLICITORS | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 20 QUEEN ST. WEST SUITE 900 | Comments: ALLOWED |
| TORONTO, ON M5H 3R3 | |
| CANADA | |

| UNSECURED | Claimed: | $881,625.78   UNLIQ |

---

| KOSKIE MINSKY LLP | Claim Number: 11924 |
| RE: ALAIN DUBUC | Claim Date: 08/28/2009 |
| BARRISTERS AND SOLICITORS | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 20 QUEEN ST. WEST SUITE 900 | Comments: ALLOWED |
| TORONTO, ON M5H 3R3 | |
| CANADA | |

| UNSECURED | Claimed: | $510,250.20   UNLIQ |

---

| KOSKIE MINSKY LLP | Claim Number: 11925 |
| RE: JEAN JACQUES CARRIER | Claim Date: 08/28/2009 |
| BARRISTERS AND SOLICITORS | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 20 QUEEN ST. WEST SUITE 900 | Comments: ALLOWED |
| TORONTO, ON M5H 3R3 | |
| CANADA | |

| UNSECURED | Claimed: | $630,352.21   UNLIQ |

---

| KOSKIE MINSKY LLP | Claim Number: 11926 |
| RE: PETER CAMPBELL | Claim Date: 08/28/2009 |
| BARRISTERS AND SOLICITORS | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 20 QUEEN ST. WEST SUITE 900 | Comments: ALLOWED |
| TORONTO, ON M5H 3R3 | |
| CANADA | |

| UNSECURED | Claimed: | $20,414.83   UNLIQ |

---

| KOSKIE MINSKY LLP | Claim Number: 11927 |
| RE: JEAN M. BLYTH | Claim Date: 08/28/2009 |
| BARRISTERS AND SOLICITORS | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 20 QUEEN ST. WEST SUITE 900 | Comments: ALLOWED |
| TORONTO, ON M5H 3R3 | |
| CANADA | |

| UNSECURED | Claimed: | $12,248.90   UNLIQ |

---

| KOSKIE MINSKY LLP | Claim Number: 11928 |
| RE: MARCEL BLACKBURN | Claim Date: 08/28/2009 |
| BARRISTERS AND SOLICITORS | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 20 QUEEN ST. WEST SUITE 900 | Comments: ALLOWED |
| TORONTO, ON M5H 3R3 | |
| CANADA | |

| UNSECURED | Claimed: | $116,772.82   UNLIQ |

---

| KOSKIE MINSKY LLP | Claim Number: 11968 |
| RE: MARY A. SCOTT | Claim Date: 08/28/2009 |
| BARRISTERS AND SOLICITORS | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 20 QUEEN ST. WEST SUITE 900 | Comments: ALLOWED |
| TORONTO, ON M5H 3R3 | |
| CANADA | |

| UNSECURED | Claimed: | $115,114.10   UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| KOSKIE MINSKY LLP<br>RE: JOHN D. ANDREW<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 11969<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|
| UNSECURED          Claimed: | $112,678.32   UNLIQ |

| KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICTORS<br>RE: RENE KIROUAC<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 13876<br>Claim Date: 03/11/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8651 (10/15/2010) |
|---|---|
| UNSECURED          Claimed: | $390,579.15   UNLIQ |

| KOSTECKI, MARK R<br>2921 SEAN PARKWAY<br>ST LOUIS, MO 63129 | Claim Number: 7567<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| PRIORITY          Claimed: | $0.00   UNLIQ |

| KOSTER., DAVID F. JR.<br>275 ILLINOIS<br>ELMHURST, IL 60126 | Claim Number: 11707<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| UNSECURED          Claimed: | $293,743.80 |

| KOTZ, CARRIE JARRELL<br>PO BOX 174<br>EROS, LA 71238 | Claim Number: 10219<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|
| UNSECURED          Claimed: | $0.00   UNLIQ |

| KOWALSKI, ERIC<br>239 LUCERNE DRIVE<br>DEBARY, FL 32713 | Claim Number: 5188<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| SECURED          Claimed: | $25,567.32   UNLIQ |

| KOZAK, GERALD J<br>11 GEORGE ST<br>PO BOX 186<br>METUCHEN, NJ 08840 | Claim Number: 10583<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| PRIORITY          Claimed: | $0.00   UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

KPA/WITT PLASTICS, INC
KLOCKNER PENTAPLAST OF AMERICA INC
ATTN: KATE SHOTTS
PO BOX 500
GORDONSVILLE, VA 22942

Claim Number: 561
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,037.50 | | |

---

KPA/WITT PLASTICS, INC
KLOCKNER PENTAPLAST OF AMERICA INC
ATTN: KATE SHOTTS
PO BOX 500
GORDONSVILLE, VA 22942

Claim Number: 1631
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
Amends claim 561.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,575.00 | Scheduled: | $462.50 |

---

KPAX COMMUNICATIONS INC
PO BOX 4827
MISSOULA, MT 59806

Claim Number: 9713
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,913.00 | Scheduled: | $9,291.00 |

---

KR SMITH WOOD TRANSFER 741 INC
1155 E JOHNSON
TATUM, TX 75691

Claim Number: 6429
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $61,217.88 | Scheduled: | $122,435.76 UNLIQ |

---

KRAFT POWER CORP.
199 WILDWOOD AVE
WOBURN, MA 01888

Claim Number: 13947
Claim Date: 03/29/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,003.58 | | |

---

KRAFT POWER CORPORATION
199 WILDWOOD AVE
WOBURN, MA 01888

Claim Number: 2638
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 139
DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,003.58 | Scheduled: | $22,003.58 |

---

KRECHNYAK, ROBERT
9493 200TH AVE.
REED CITY, MI 49677

Claim Number: 9493
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| KRECHNYAK, ROBERT F<br>9493 200TH AVE<br>REED CITY, MI 49677 | | Claim Number: 7867<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| KRIS CLARK TRUCKING<br>2307 FAIR VIEW AVE<br>MISSOULA, MT 59801 | | Claim Number: 5018<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,178.40 | Scheduled: | $2,356.76  UNLIQ |

| KRISTOFIC, DRAGA<br>32 BROCK ST.<br>ST. THOMAS, ON N5P 2B2<br>CANADA | | Claim Number: 12993<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $3,326.77 | |

| KRISTOFIC, DRAGA<br>30 1/2 BROCK STREET<br>ST THOMAS, ON N5P 2B5<br>CANADA | | Claim Number: 13325<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | |
|---|---|---|---|
| PRIORITY | Claimed: | $3,326.77 | |

| KROEKER INC DEMOLITION & RECYCLING<br>4627 S CHESTNUT AVENUE<br>FRESNO, CA 93725 | | Claim Number: 10102<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $848.75 | Scheduled: | $1,051.00 |

| KROEKER INC DEMOLITION & RECYCLING<br>4627 S CHESTNUT AVENUE<br>FRESNO, CA 93725 | | Claim Number: 10103<br>Claim Date: 08/25/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 3286 (12/18/2009) | |
|---|---|---|---|
| UNSECURED | Claimed: | $440.93 | |

| KROOT CORPORATION, THE<br>2915 STATE STREET<br>COLUMBUS, IN 47201 | | Claim Number: 1716<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,063.08 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

KROWICKI, JOSEPH V
4834 APPALOOSA COURT
ERIE, PA 16506

Claim Number: 10753
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8757 (11/15/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

KRUEGER, DARREL F
3079 255TH ST.
ANTHON, IA 51004-8047

Claim Number: 11423
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $3,500.00 UNLIQ |
|---|---|---|

---

KRUGER INC SCIERIE PARENT
ATTN: PAUL A. PEPPER
3285 CHEMIN BEDFORD
MONTREAL, QC H35 1G5
CANADA

Claim Number: 13658
Claim Date: 11/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: WITHDRAWN
DOCKET: 8859 (12/21/2010)

| UNSECURED | Claimed: | $1,110,359.88 |
|---|---|---|

---

KRUGER SCIERIE PARENT
380 ROUTE 159
ST-SEVERIN, QC G0X 2B0
CANADA

Claim Number: 13659
Claim Date: 11/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $1,073,654.88 UNLIQ |
|---|---|---|---|---|

---

KUBIN NICHOLSON CORP
8440 NORTH 87TH STREET
MILWAUKEE, WI 53224

Claim Number: 5380
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $11,880.00 | Scheduled: | $11,880.00 |
|---|---|---|---|---|

---

KUCHTA, TINA M
207 N PROSPECT AVE
STREAMWOOD, IL 60107

Claim Number: 11706
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $5,000.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |

---

KUCKERUCK, JEAN L
146 CENTER ROAD
PHILLIPSBURG, NJ 08865

Claim Number: 7037
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| KUKURIN, ELSIE M<br>3820 NORTHHAVEN DR<br>ROCKLIN, CA 95677-4039 | Claim Number: 10560<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| KUMPE, DANIEL<br>2410 POSTBRIDGE<br>GRAND PRAIRIE, TX 75050 | Claim Number: 6340<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| KUNDINGER FLUID POWER<br>PO BOX 739<br>NEENAH, WI 54957-0739 | Claim Number: 6440<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $312.53 | Scheduled: | $312.53 |
|---|---|---|---|---|

| KUNDINGER FLUID POWER INC<br>2441 PROGRESS COURT<br>P.O. BOX 739<br>NEENAH, WI 54957-0739 | Claim Number: 6439<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $1,642.41 | | |
|---|---|---|---|---|

| KUNDINGER FLUID POWER INC<br>PO BOX 739<br>NEENAH, WI 54957-0739 | Claim Number: 13815<br>Claim Date: 02/09/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $312.53 | | |
|---|---|---|---|---|

| KUNDINGER FLUID POWER INC<br>2441 PROGRESS COURT<br>P.O. BOX 739<br>NEENAH, WI 54957-0739 | Claim Number: 13816<br>Claim Date: 02/09/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,642.41 | | |
|---|---|---|---|---|

| KURRLE, JACK T<br>440 PATRICIA DR<br>GLADSTONE, OR 97027 | Claim Number: 5553<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $564,558.00   UNLIQ | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| KUSTOM SERVICES LLC<br>3 CARBON WAY<br>RICHWOOD, KY 41094 | Claim Number: 5772<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $79,160.40 | Scheduled: | $79,160.40 |
|---|---|---|---|---|

| KV ASSOCIATES<br>237 WEST PARKWAY<br>POMPTON PLAINS, NJ 07444 | Claim Number: 11013<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $111,875.00 | Scheduled: | $111,615.60 |
|---|---|---|---|---|

| KV ASSOCIATES, LLC<br>237 WEST PARKWAY<br>POMPTON PLAINS, NJ 07444 | Claim Number: 9309-01<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $100,625.00 |
|---|---|---|

| KV ASSOCIATES, LLC<br>237 WEST PARKWAY<br>POMPTON PLAINS, NJ 07444 | Claim Number: 9309-02<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $11,250.00 |
|---|---|---|

| KV ASSOCIATES, LLC<br>237 WEST PARKWAY<br>POMPTON PLAINS, NJ 07444 | Claim Number: 9453<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $2,288.00 |
|---|---|---|

| KWIK KOPY PRINTING<br>27 WYNDHAM ST N<br>GUELPH, ON N1H 4E4<br>CANADA | Claim Number: 8308<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $2,523.67 | Scheduled: | $2,523.67 |
|---|---|---|---|---|

| KWON, S. S<br>4872 HUNTWOOD PATH<br>MANLIUS, NY 13104 | Claim Number: 12193<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

L & L BOILER MAINTENANCE
PO BOX 146
116 SOUTH WASHINGTON STREET
MONTOURSVILLE, PA 17754

Claim Number: 7270
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $13,689.33 | Scheduled: | $15,217.09 |
|---|---|---|---|---|

---

L & P FINANCIAL SERVICES
P.O. BOX 757
CARTHAGE, MO 64836

Claim Number: 14025
Claim Date: 05/13/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| ADMINISTRATIVE | Claimed: | $282,169.88 |
|---|---|---|
| UNSECURED | Claimed: | $145,489.54 |

---

L C HALL TRUCKING
ATTN: TAMMY KANINOTH
P.O. BOX 580
TILLAMOOK, OR 97141

Claim Number: 9498
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,788.75 |
|---|---|---|

---

L GNOINSKY CONCRETE CONSTRUCTION INC.
100 23RD STREET N
FARGO, ND 58102

Claim Number: 9160
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,460.00 | Scheduled: | $3,460.00 |
|---|---|---|---|---|

---

L&R TIMBER CO INC
PO BOX 599
SAN AUGUSTINE, TX 75972

Claim Number: 7319
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $71,234.44 | Scheduled: | $142,468.88  UNLIQ |
|---|---|---|---|---|

---

L&S ELECTRIC INC
5101 MESKER ST
PO BOX 740
SCHOFIELD, WI 54476

Claim Number: 2869
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $189,956.63 |
|---|---|---|

---

L&S TELE SERVICES
4502 N LEWIS AVE
SIOUX FALLS, SD 57104

Claim Number: 8516
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8900 (01/21/2011)

| UNSECURED | Claimed: | $1,367.38 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| L&S TELESERVICES INC<br>4502 NORTH LEWIS AVENUE<br>SIOUX FALLS, SD 57104-7111 | Claim Number: 5545<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| UNSECURED          Claimed: | $1,367.38 | |

| | | |
|---|---|---|
| L-MART INTERNATIONAL<br>A DIV. OF HOERBIGER SERVICE<br>6732 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | Claim Number: 1471<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | |
| UNSECURED          Claimed: | $203.47 | |

| | | |
|---|---|---|
| L-MART INTERNATIONAL<br>12204 FAIRMONT PKWY<br>LA PORTE, TX 77571 | Claim Number: 2073<br>Claim Date: 04/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | |
| UNSECURED          Claimed: | $459.99 | |

| | | |
|---|---|---|
| L.A. COUNTY FIRE DEPARTMENT<br>PO BOX 513148<br>LOS ANGELES, CA 90051-1148 | Claim Number: 7432<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | |
| UNSECURED          Claimed: | $1,246.00 | |

| | | |
|---|---|---|
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 31<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| SECURED          Claimed: | $178,671.51 | |

| | | |
|---|---|---|
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 221<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| PRIORITY          Claimed: | $123,399.55 | |
| SECURED          Claimed: | $2,423.43 | |

| | | |
|---|---|---|
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 1102<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |
| SECURED          Claimed: | $178,671.51 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 1103<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
|---|---|

| PRIORITY | Claimed: | $123,399.55 |
|---|---|---|
| SECURED | Claimed: | $2,423.43 |

---

| L.E. SAUER MACHINE CO.<br>C/O CHERIE MACDONALD, ESQ.<br>GREENSFELDER, HEMKER & GALE, P.C.<br>12 WOLF CREEK DRIVE, SUITE 100<br>BELLEVILLE, IL 62226 | Claim Number: 1130<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8333 (08/10/2010) |
|---|---|

| UNSECURED | Claimed: | $81,481.95 | Scheduled: | $105,345.68 |
|---|---|---|---|---|

---

| L.E. SAUER MACHINE CO.<br>C/O CHERIE MACDONALD, ESQ.<br>GREENSFELDER, HEMKER & GALE, P.C.<br>12 WOLF CREEK DRIVE, SUITE 100<br>BELLEVILLE (SWANSEA), IL 62226 | Claim Number: 1348<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 8333 (08/10/2010) |
|---|---|

| UNSECURED | Claimed: | $7,327.46 |
|---|---|---|

---

| L.E. SAUER MACHINE CO.<br>MARK T. HURFORD & AYESHA S. CHACKO<br>CAMPBELL & LEVINE, LLC<br>800 NORTH KING STREET, SUITE 300<br>WILMINGTON, DE 19801 | Claim Number: 1969<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8333 (08/10/2010) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $24,181.57 |
|---|---|---|

---

| L.E. SAUER MACHINE COMPANY<br>MARK T HURFORD (DE NO 3299)<br>AYESHA S CHACKO (DE NO 4994)<br>800 NORTH KING STREET, SUITE 300<br>WILMINGTON, DE 19801 | Claim Number: 1898<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8333 (08/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $24,181.57 |
|---|---|---|

---

| L.G. RENOVATION INC.<br>1621 COMTOIS<br>TROIS RIVIERES, QC G8Z 2E6<br>CANADA | Claim Number: 13266<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) |
|---|---|

| UNSECURED | Claimed: | $11,832.63 | Scheduled: | $7,495.21 |
|---|---|---|---|---|

---

| L.G. RENOVATION INC.<br>1621 COMTOIS<br>TROIS RIVIERES, QC G8Z 2E6<br>CANADA | Claim Number: 13267<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7432 (05/04/2010) |
|---|---|

| UNSECURED | Claimed: | $7,584.17 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| L.G. RENOVATION INC.<br>ATTN: NICOLE PICHE<br>1621 COMTOIS<br>TROIS RIVIERES, QC G8Z 2E6<br>CANADA | | Claim Number: 13268<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: POSSIBLE DUPLICATE OF 13267<br>DOCKET: 7432 (05/04/2010) | | | |
| UNSECURED | Claimed: | $7,584.17 | | | |
| L.G. RENOVATION INC.<br>ATTN: NICOLE PICHE<br>1621 COMTOIS<br>TROIS RIVIERES, QC G8Z 2E6<br>CANADA | | Claim Number: 13269<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7432 (05/04/2010) | | | |
| UNSECURED | Claimed: | $11,832.63 | | | |
| LA COMPAGNIE COMMONWEALTH PLYWOOD LTEE<br>ATTN: BRIGITTE PARENT<br>CP 90<br>STE THERESE, QB J7E 4H9<br>CANADA | | Claim Number: 12908<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $159,045.00 | Scheduled: | $149,309.83 | |
| LA COOP FEDEREE, DIV. SONIC<br>9001 BOUL. DE L'ACADIE BUR. 200<br>MONTREAL, QC H4N 3H7<br>CANADA | | Claim Number: 13494<br>Claim Date: 09/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $449.87 | Scheduled: | $444.56 | |
| LA SOCIETE CANADIENNE DEL SEL LIMITEE<br>755 BOUL ST-JEAN<br>SUITE 700<br>POINTE CLAIRE, QC H9R 5M9<br>CANADA | | Claim Number: 13502<br>Claim Date: 09/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $7,346.25 | | | |
| LA SOURCE<br>246 ST-PIERRE<br>MATANE, QC G4W 2B5<br>CANADA | | Claim Number: 14050<br>Claim Date: 06/15/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8407 (08/18/2010) | | | |
| SECURED | Claimed: | $231.36 | | | |
| LA TUQUE ELECTRIQUE INC.<br>355 GOUIN<br>ATTN: FORTIN FRANCOIS<br>LA TUQUE, PQ G9X 1G5<br>CANADA | | Claim Number: 9045<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) | | | |
| UNSECURED | Claimed: | $813.50 | Scheduled: | $843.17 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| LAB SAFETY SUPPLY<br>PO BOX 1368<br>JANESVILLE, WI 53547-1368 | | Claim Number: 5706<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $81.03 | Scheduled: | $81.03 |
| LAB SAFETY SUPPLY<br>401 S WRIGHT RD<br>JANESVILLE, WI 53546 | | Claim Number: 8614<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $227.58 | Scheduled: | $235.88 |
| LAB SAFETY SUPPLY INC<br>PO BOX 5004<br>JANESVILLE, WI 53547-5004 | | Claim Number: 5704<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $5,070.01 | Scheduled: | $4,993.95 |
| LAB SAFETY SUPPLY INC<br>401 S WRIGHT RD<br>JANESVILLE, WI 53546-8729 | | Claim Number: 5705<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $127.53 | Scheduled: | $127.53 |
| LABEL DEPOT<br>3275 FRANCIS HUGHES<br>LAVAL, QC H7L 5A5<br>CANADA | | Claim Number: 5009<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>Claimed amount is $2,599.47 CDN. | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $2,167.18 |
| LABEL IT INC<br>PO BOX 1780<br>KING, NC 27021 | | Claim Number: 6357<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $5,955.00 |
| LABEL-IT, INC.<br>2880 BIG OAK DRIVE<br>PO BOX 1780<br>KING, NC 27021 | | Claim Number: 482<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $4,729.25 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LABEL-IT, INC.<br>2880 BIG OAK DRIVE<br>KING, NC 27021 | | Claim Number: 484<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $5,799.25 |

---

| LABOR MAX STAFFING<br>2019 S BELT HWY<br>ST. JOSEPH, MO 64503 | | Claim Number: 5918<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|---|
| PRIORITY | Claimed: | $7,840.41 |

---

| LABOR MAX STAFFING<br>2019 S BELT HWY<br>ST. JOSEPH, MO 64503 | | Claim Number: 9784<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|---|
| PRIORITY | Claimed: | $7,840.41 |

---

| LABTECH<br>1011 AUTOROUTE 13<br>LAVAL, QC H7W 4V3<br>CANADA | | Claim Number: 13108<br>Claim Date: 09/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>275.42 canadian dollars |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ          Scheduled:          $233.88 |

---

| LACEK, ANNA M<br>2001 ARDIN DR<br>NORRISTOWN, PA 19403-2713 | | Claim Number: 8846<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| LACEK, ANNA M.<br>****NO ADDRESS PROVIDED**** | | Claim Number: 12612<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| LACHNEY, EDWIN JR.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | | Claim Number: 11835<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| LACLEDE GAS COMPANY<br>720 OLIVE STREET ST.<br>LOUIS, MO 63101 | Claim Number: 7162<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $40,730.67 |
|---|---|---|

---

| LACLEDE TRAINING CONSULTANTS, LLC<br>CRAIG VARNER<br>4579 LACLEDE AVE. STE. 140<br>ST. LOUIS, MO 63108 | Claim Number: 92<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $9,210.00 |

---

| LACLEDE TRAINING CONSULTANTS, LLC<br>C/O BRUCE E. HOPSON<br>THE LAW OFFICE OF BRUCE E. HOPSON, LLC<br>1221 LOCUST ST., SUITE 800<br>ST. LOUIS, MO 63103-2380 | Claim Number: 173<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
|---|---|

| PRIORITY | Claimed: | $3,200.00 |
|---|---|---|

---

| LACLEDE TRAINING CONSULTANTS, LLC<br>C/O BRUCE E. HOPSON<br>THE LAW OFFICE OF BRUCE E. HOPSON, LLC<br>1221 LOCUST ST., SUITE 800<br>ST. LOUIS, MO 63103-2380 | Claim Number: 174<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
|---|---|

| PRIORITY | Claimed: | $10,240.00 |
|---|---|---|

---

| LACLEDE TRAINING CONSULTANTS, LLC<br>C/O BRUCE E. HOPSON<br>THE LAW OFFICE OF BRUCE E. HOPSON, LLC<br>1221 LOCUST ST., STE 80<br>SAINT LOUIS, MO 63103-2380 | Claim Number: 175<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
|---|---|

| PRIORITY | Claimed: | $3,520.00 |
|---|---|---|

---

| LACTALIS AMERICAN GROUP, INC.<br>DANIEL E. SARZYNSKI, ESQ. - RUPP BAASE<br>PFALZGRAF CUNNINGHAM & COPPOLA LLC<br>1600 LIBERTY BUILDING<br>BUFFALO, NY 14202 | Claim Number: 10570<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $26,280.00 |
|---|---|---|

---

| LACY AND EBELING ENGINEERING INC<br>PO BOX 2464<br>GREAT FALLS, MT 59401 | Claim Number: 5219<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $13,113.49 | Scheduled: | $27,592.56 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LAFARGE BUILDING MATERIALS, INC.
C/O PAUL A. WILSON, ESQUIRE
LITVAK, BEASLEY & WILSON, LLP
226 EAST GOVERNMENT STREET
PENSACOLA, FL 32502

Claim Number: 2012
Claim Date: 03/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| UNSECURED | Claimed: | $13,221.00   UNLIQ |
|---|---|---|

LAFARGE BUILDING MATERIALS, INC.
C/O PAUL A. WILSON, ESQUIRE
LITVAK, BEASLEY & WILSON, LLP
226 EAST GOVERNMENT STREET
PENSACOLA, FL 32502

Claim Number: 3460
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $13,221.00   UNLIQ |
|---|---|---|

LAFARGE BUILDING MATERIALS, INC.
C/O PAUL A. WILSON, ESQUIRE
LITVAK, BEASLEY & WILSON, LLP
226 EAST GOVERNMENT STREET
PENSACOLA, FL 32502

Claim Number: 13522
Claim Date: 10/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $13,221.00 | Scheduled: | $13,409.00 |
|---|---|---|---|---|

LAFAVE, DANIEL F
197 KLOCKS CORNERS RD
OSWEGO, NY 13126

Claim Number: 12210
Claim Date: 09/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

LAFAYETTE COAL CO.
MICHAEL J. BRANDT, EXECUTIVE V.P.
15 SALT CREEK LANE
SUITE 321
HINSDALE, IL 60521

Claim Number: 3001
Claim Date: 05/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 1175 (07/06/2009)

| ADMINISTRATIVE | Claimed: | $148,331.22 |
|---|---|---|

LAFFERTY CHIPPING
5075 GUERNSEY ROAD
KIMBOLTON, OH 43749

Claim Number: 10611
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $8,801.82 |
|---|---|---|

LAFOND, TIMOTHY J
1027 KALFAHS STREET
NEENAH, WI 54956

Claim Number: 12151
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| TOTAL | Claimed: | $0.00   UNDET |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LAIDLAW CARRIERS VAN  LP<br>DIANNE FINE<br>45 KERR CRESCENT<br>RR # 3<br>GUELPH, ON N1H 6H9<br>CANADA | Claim Number: 8980<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $302.32 | Scheduled: | $298.76 |
|---|---|---|---|---|

| LAKE COUNTY<br>BOARD OF COUNTY COMMISSIONERS<br>COUNTY FINANCE DEPARTMENT<br>PO BOX 7800<br>TAVARES, FL 32778 | Claim Number: 7205<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $12,211.00 | Scheduled: | $12,211.00 |
|---|---|---|---|---|

| LAKE COUNTY HOSE AND EQUIPMENT<br>12726 WEST WADSWORTH<br>BEACH PARK, IL 60087 | Claim Number: 4933<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,473.43 | Scheduled: | $1,608.25 |
|---|---|---|---|---|

| LAKE COUNTY PIPE & SUPPLY CO<br>PO BOX 78<br>WAUKEGAN, IL 60079-0078 | Claim Number: 4544-01<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $11,767.30 | Scheduled: | $12,235.24 |
|---|---|---|---|---|

| LAKE COUNTY PIPE & SUPPLY CO<br>PO BOX 78<br>WAUKEGAN, IL 60079-0078 | Claim Number: 4544-02<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $467.94 |
|---|---|---|

| LAKE SWAMP LAND AND TIMBER LLC<br>2227 CREEK ROAD<br>LAKE CITY, SC 29560 | Claim Number: 10452<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $10,938.29 | Scheduled: | $21,876.57  UNLIQ |
|---|---|---|---|---|

| LAKELAND OVERHEAD DOOR CO<br>425 COYE DRIVE<br>SUITE C<br>STEVENS POINT, WI 54481 | Claim Number: 6343<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $380.00 | Scheduled: | $380.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LAKESIDE BANK<br>1055 W ROOSEVELT RD<br>CHICAGO, IL 60608-1559 | | Claim Number: 11943<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8898 (01/20/2011) |
|---|---|---|
| SECURED | Claimed: | $21,699.72 |

| LAKESIDE BANK<br>1055 W ROOSEVELT RD<br>CHICAGO, IL 60608 | | Claim Number: 11944<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
|---|---|---|
| SECURED | Claimed: | $19,699.42 |

| LAKESIDE BANK<br>1055 W ROOSEVELT RD<br>CHICAGO, IL 60608 | | Claim Number: 11945<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
|---|---|---|
| SECURED | Claimed: | $23,432.07 |

| LAKESIDE BANK<br>1055 W ROOSEVELT RD<br>CHICAGO, IL 60608 | | Claim Number: 11946<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
|---|---|---|
| SECURED | Claimed: | $39,117.85 |

| LAKESIDE BANK<br>1055 W ROOSEVELT RD<br>CHICAGO, IL 60608-1559 | | Claim Number: 11947<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
|---|---|---|
| SECURED | Claimed: | $28,230.96 |

| LAKESIDE BANK<br>1055 W ROOSEVELT RD<br>CHICAGO, IL 60608 | | Claim Number: 11948<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
|---|---|---|
| SECURED | Claimed: | $18,461.38 |

| LAKESIDE BANK<br>1055 W ROOSEVELT RD<br>CHICAGO, IL 60608 | | Claim Number: 11949<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
|---|---|---|
| SECURED | Claimed: | $19,032.81 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| LAKESIDE BANK<br>1055 W ROOSEVELT RD<br>CHICAGO, IL 60608 | | Claim Number: 11950<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | |
| SECURED | Claimed: | $18,369.13 | | |
| LAKESIDE BANK<br>1055 W ROOSEVELT RD<br>CHICAGO, IL 60608 | | Claim Number: 11951<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | |
| SECURED | Claimed: | $23,010.06 | | |
| LAKESIDE BANK<br>1055 W ROOSEVELT RD<br>CHICAGO, IL 60608 | | Claim Number: 11952<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | |
| SECURED | Claimed: | $21,279.77 | | |
| LAKESIDE BANK<br>1055 W ROOSEVELT RD<br>CHICAGO, IL 60608 | | Claim Number: 11953<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | |
| SECURED | Claimed: | $21,700.84 | | |
| LAKESIDE BANK<br>1055 W ROOSEVELT RD<br>CHICAGO, IL 60608 | | Claim Number: 11955<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | |
| SECURED | Claimed: | $19,170.78 | | |
| LAKESIDE BANK<br>1055 W ROOSEVELT RD<br>CHICAGO, IL 60608-1559 | | Claim Number: 11973<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | |
| SECURED | Claimed: | $38,997.82 | | |
| LAKESIDE OIL CO., INC.<br>P.O. BOX 240500<br>MILWAUKEE, WI 53224 | | Claim Number: 878<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
| UNSECURED | Claimed: | $31,729.52 | Scheduled: | $39,239.52 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| LAKESIDE PACKAGING PLUS INC<br>1040 BREEZEWOOD LANE<br>NEENAH, WI 54956 | Claim Number: 7691<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,478.84 | Scheduled: | $10,967.61 |

| LAKEVIEW ASSOCIATED PACKAGING INC.<br>6550 N 40TH ST<br>MILWAUKEE, WI 53209 | Claim Number: 9792<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8513 (09/10/2010) |
|---|---|
| UNSECURED | Claimed: | $18,515.14 |

| LAMB, JAY D<br>6513 PALOMINO WAY<br>WEST LINN, OR 97068 | Claim Number: 11545<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9033 (04/25/2011) |
|---|---|
| UNSECURED | Claimed: | $876,355.00 |

| LAMBERT BROWN SCALES INC<br>PO BOX 3286<br>BROKEN ARROW, OK 74013-3286 | Claim Number: 3873<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |

| LAMBERT, JOSEPH L<br>4146 DAMASCUS ROAD<br>BREWTON, AL 36426 | Claim Number: 12059<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) |
|---|---|
| UNSECURED | Claimed: | $10,080.00 |

| LAMPE & MALPHRUS LBR CO<br>37 PEEDIN RD<br>P.O.BOX 150<br>SMITHFIELD, NC 27577 | Claim Number: 5666<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,530.30 | Scheduled: | $8,530.30 |

| LANCO MANUFACTURING CORP.<br>URB APONTE #5<br>SAN LORENZO, PR 00754 | Claim Number: 2130<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,960.25 | Scheduled: | $3,960.25 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| LANCO MANUFACTURING CORP.<br>URB APONTE #5<br>SAN LORENZO, PR 00754 | | Claim Number: 8498<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED | Claimed: | $3,960.25 | | | |
| LANDER BINDING & FINISHING<br>1439 STRASSNER DR.<br>SAINT LOUIS, MO 63144 | | Claim Number: 1622<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $2,737.00 | Scheduled: | $4,765.26 | |
| LANDMARK CARTAGE - DIVISION OF 634187<br>B.C. LTD<br>ATTN:WOLFGANG BEHRENBRUCH<br>#200-13042 84TH AVENUE<br>SURREY, BC V3W 1L2<br>CANADA | | Claim Number: 8431<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $34,151.98 | Scheduled: | $33,860.52 | |
| LANDSTAR GEMINI<br>13410 SUTTON PARK DR. S.<br>JACKSONVILLE, FL 32224 | | Claim Number: 806<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $2,091.00 | | | |
| LANDSTAR GLOBAL LOGISTICS<br>13410 SUTTON PARK DRIVE S<br>JACKSONVILLE, FL 32224 | | Claim Number: 1467<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | | |
| UNSECURED | Claimed: | $45,359.04 | Scheduled: | $4,708.84 | |
| LANDSTAR INWAY<br>13410 SUTTON PARK DR. S.<br>JACKSONVILLE, FL 32224 | | Claim Number: 805<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $10,729.85 | Scheduled: | $10,729.85 | |
| LANDSTAR LIGON<br>13410 SUTTON PARK DR. S.<br>JACKSONVILLE, FL 32224 | | Claim Number: 804<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | |
| UNSECURED | Claimed: | $8,409.00 | Scheduled: | $9,464.48 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| LANDSTAR LIGON, INC.<br>13410 SUTTON PARK DRIVE SOUTH<br>JACKSONVILLE, FL 32224 | | Claim Number: 2691<br>Claim Date: 04/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $26,510.10 | Scheduled: | $35,517.17 |

| | | | | |
|---|---|---|---|---|
| LANDSTAR RANGER<br>13410 SUTTON PARK DR. S.<br>JACKSONVILLE, FL 32224 | | Claim Number: 807<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $23,145.63 | Scheduled: | $20,649.18 |

| | | | | |
|---|---|---|---|---|
| LANG HOLDINGS INC<br>4642 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | | Claim Number: 9271<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $17,393.49 | Scheduled: | $16,160.62 |

| | | | | |
|---|---|---|---|---|
| LANGAN, MARY H.<br>C/O UBS FINANCIAL SERVICES, INC.<br>80 STATE STREET, 8TH FLOOR<br>ALBANY, NY 12207 | | Claim Number: 14180<br>Claim Date: 12/10/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8952 (02/22/2011) | | |
| UNSECURED | Claimed: | $8,503.00 | | |

| | | | | |
|---|---|---|---|---|
| LANGFORD AND LANGFORD TRUCKING<br>313 CELINA STREET<br>LIVINGSTON, TN 38570 | | Claim Number: 7020<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $1,183.88 | Scheduled: | $2,367.76 UNLIQ |

| | | | | |
|---|---|---|---|---|
| LANGHAUSER SHEET METAL CO.<br>120 MATTER DRIVE<br>HIGHLAND, IL 62249 | | Claim Number: 9346<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $390.00 | Scheduled: | $390.00 |

| | | | | |
|---|---|---|---|---|
| LANGSDALE RECYCLING<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | | Claim Number: 11143<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
| UNSECURED | Claimed: | $66,701.87 | Scheduled: | $75,945.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LANGSDALE RECYCLING<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 12270<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |

| UNSECURED | Claimed: | $6,950.00 |

---

| LANGSDALE RECYCLING<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 12275<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |

| UNSECURED | Claimed: | $6,950.00 |

---

| LANGSTON, MARJORIE<br>4901 SOUTH DREXEL BLVD.<br>APT.# 201<br>CHICAGO, IL 60615 | Claim Number: 7727<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| LANIER FIRE EXTINGUISHER<br>PO BOX 1082<br>CUMMING, GA 30028 | Claim Number: 7456<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |

| UNSECURED | Claimed: | $75.00 |

---

| LANIER FIRE EXTINGUISHER<br>PO BOX 1082<br>2945 WINCHESTER DRIVE<br>ATTN: THOMAS A ROSE<br>CUMMING, GA 30028 | Claim Number: 12491<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |

| PRIORITY | Claimed: | $75.00 |

---

| LANIER FORD SHAVER & PAYNE PC<br>PO BOX 2087<br>HUNTSVILLE, AL 35804-2087 | Claim Number: 9347<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $2,165.50 | Scheduled: | $2,165.50 |

---

| LANK OIL CO INC<br>PO BOX 100909<br>FORT LAUDERDALE, FL 33310-1909 | Claim Number: 4223-01<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $6,407.19 | Scheduled: | $8,711.38 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LANK OIL CO INC<br>PO BOX 100909<br>FORT LAUDERDALE, FL 33310-1909 | Claim Number: 4223-02<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1354 (08/03/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,304.19 | | |
|---|---|---|---|---|

| LANSCHE, FRANK<br>8 HUGHES LN<br>BELVIDERE, NJ 07823-2734 | Claim Number: 5086<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| LANSDALE WAREHOUSE CO., INC.<br>PO BOX 892<br>LANSDALE, PA 19446 | Claim Number: 11106<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $36,135.02 | Scheduled: | $96,148.21 |
|---|---|---|---|---|

| LANTECH INC (01)<br>11000 BLUEGRASS PARKWAY<br>LOUISVILLE, KY 40299-2399 | Claim Number: 4665<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,004.05 | Scheduled: | $6,064.95 |
|---|---|---|---|---|

| LANTECH.COM LLC<br>11000 BLUEGRASS PARKWAY<br>LOUISVILLE, KY 40209 | Claim Number: 1472<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $1,004.05 | | |
|---|---|---|---|---|

| LARCKER'S RECYCLING SERVICE, INC.<br>P.O. BOX 2287<br>NAPERVILLE, IL 60567 | Claim Number: 10510-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance |
|---|---|

| ADMINISTRATIVE | Claimed: | $6,271.98 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $20,501.00 |

| LARCKER'S RECYCLING SERVICE, INC.<br>P.O. BOX 2287<br>NAPERVILLE, IL 60567 | Claim Number: 10510-02<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $7,960.58 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LARD, NORMAN ROY
605 N. POLK AVENUE
JONESBORO, LA 71251

Claim Number: 10220
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00  UNLIQ | | |

---

LARGES METAL FABRICATION INC
PO BOX 144
227 KEARNEY ST EXT
WATSONVILLE, CA 95077

Claim Number: 7357
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,177.35 | Scheduled: | $7,362.64 |

---

LARRY FUNDERBURK
FUNDERBURK & FUNDERBURK
1000 RIVIANA BLDG.
2777 ALLEN PARKWAY
HOUSTON, TX 77019-2141

Claim Number: 11374
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $307.67 | | |

---

LARRY'S TOOL SERVICE AS FRANCHISEE FOR
SNAP ON TOOLS (DEALER)
ATTN: LARRY NEKUDA
PO BOX 252
LIBERTY, MO 64068

Claim Number: 8718
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00  UNDET | | |

---

LARRYS LOCK SAFE &
8005 PLAINFIELD ROAD
CINCINNATI, OH 45236

Claim Number: 4454
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $91.00 | Scheduled: | $114.55 |

---

LARRYS LOCK SAFE &
8005 PLAINFIELD ROAD
CINCINNATI, OH 45236

Claim Number: 4455
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $23.55 | | |

---

LARSEN, CAROL M
PO BOX 383
OCEAN PARK, WA 98640

Claim Number: 4551
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00  UNLIQ | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| LARUBBER CO<br>2915 EWASHINGTON BLVD<br>LOS ANGELES, CA 90023-0910 | | Claim Number: 3700<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | | |
| UNSECURED | Claimed: | $11,994.84 | Scheduled: | | $11,994.84 |

| | | |
|---|---|---|
| LASATER, LYLE<br>603 TEXAS BLVD.<br>BETHALTO, IL 62010 | | Claim Number: 7604<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $360,000.00 |

| | | |
|---|---|---|
| LASHLEY COHEN & ASSOC INC<br>1800 CEDARS ROAD<br>LAWRENCEVILLE, GA 30045 | | Claim Number: 5034<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| UNSECURED | Claimed: | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| LATELIER ROULE VELA ENR<br>368 ST FRANCOIS<br>LATUQUE, PQ G9X 1S7<br>CANADA | | Claim Number: 13446<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| ADMINISTRATIVE | Claimed: | $1,842.41 | | | |
| PRIORITY | Claimed: | $1,842.41 | | | |
| UNSECURED | | | Scheduled: | | $1,909.61 |
| TOTAL | Claimed: | $1,842.41 | | | |

| | | |
|---|---|---|
| LATHAM, JACK E.<br>C/O GREGORY A. CADE<br>ENVIRONMENTAL LITIGATION GROUP, P.C.<br>3529 7TH AVE SOUTH<br>BIRMINGHAM, AL 35222 | | Claim Number: 11500<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $41,000.00 |

| | | |
|---|---|---|
| LATHROP COMPANY, THE<br>460 WEST DUSSEL<br>MAUMEE, OH 43537 | | Claim Number: 378<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
| UNSECURED | Claimed: | $2,891.28 |

| | | |
|---|---|---|
| LATTIN, MARILYN ANN<br>200 PINE FOREST DR APT A6<br>MAUEMELLE, AR 72113 | | Claim Number: 8877<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| LAURENCE, JAMES B<br>170 OLD MILL ROAD<br>BARRINGTON, IL 60010 | | Claim Number: 11613<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8559 (09/17/2010) | | |
| PRIORITY | Claimed: | $165,382.00 | | |
| LAW, MERLYN<br>104 FREEDOM LANE<br>JERSEYVILLE, IL 62052 | | Claim Number: 11269<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| LAWN & LABOR<br>5321 COTTAGE CIRCLE<br>BIRMINGHAM, AL 35242 | | Claim Number: 9440<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $3,600.00 | Scheduled: | $3,600.00 |
| LAWN & LANDSCAPE PROFESSIONALS INC.<br>PO BOX 112<br>SALLISAW, OK 74955 | | Claim Number: 2045<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $2,141.00 | Scheduled: | $1,961.00 |
| LAWN & TURF CORPORATION<br>PO BOX 19039<br>MINNEAPOLIS, MN 55419 | | Claim Number: 6024<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $422.11 | Scheduled: | $409.41 |
| LAWN PROS INC<br>1000 S LEWIS BLVD<br>SERGEANT BLUFF, IA 51054 | | Claim Number: 11482<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7189 (04/22/2010) | | |
| UNSECURED | Claimed: | $3,394.06 | Scheduled: | $3,306.22 |
| LAWN PROS INC<br>1000 S LEWIS BLVD<br>SERGEANT BLUFF, IA 51054 | | Claim Number: 11566<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
| ADMINISTRATIVE | Claimed: | $1,387.88 | | |
| UNSECURED | Claimed: | $2,006.18 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LAWRENCE FABRIC STRUCTURES, INC.
3509 TREE COURT IND BLVD
SAINT LOUIS, MO 63122

Claim Number: 6630
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $770.00 | Scheduled: | $735.00 |

---

LAWRENCE FOODS
2200 LUNT AVENUE
ELK GROVE VILLAGE, IL 60007

Claim Number: 6984
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 7653 (03/10/2010)

| UNSECURED | Claimed: | $1,983.38 |

---

LAWRENCE PAPER COMPANY, THE
PO BOX 887
LAWRENCE, KS 66044

Claim Number: 2029
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $8,792.59 | Scheduled: | $8,725.91 |

---

LAWRENCE, HELEN R.
2810 150TH ST.
STUART, IA 50250

Claim Number: 5580
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $253.73 |

---

LAWS, NATALINA W
930 STEINER ROAD
MONROE, MI 48161

Claim Number: 12106
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET |

---

LAWSON PRODUCTS, INC.
1666 E. TOUHY AVE.
DES PLAINES, IL 60018

Claim Number: 2454
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $193.51 |

---

LAWSON PRODUCTS, INC.
1666 E. TOUHY AVE.
DES PLAINES, IL 60018

Claim Number: 2467
Claim Date: 04/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $1,292.95 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

| | | | | |
|---|---|---|---|---|
| LAWSON PRODUCTS, INC.<br>1666 E. TOUHY AVE.<br>DES PLAINES, IL 60018 | | Claim Number: 2468<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $4,272.23 | | |
| LAWSON PRODUCTS, INC.<br>1666 E. TOUHY AVE.<br>DES PLAINES, IL 60018 | | Claim Number: 2844<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $4,272.23 | | |
| LAWSON PRODUCTS, INC.<br>1666 E. TOUHY AVE.<br>DES PLAINES, IL 60018 | | Claim Number: 2845<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,292.95 | | |
| LAWSON PRODUCTS, INC.<br>1666 E. TOUHY AVE.<br>DES PLAINES, IL 60018 | | Claim Number: 2846<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $193.51 | | |
| LAWSON PRODUCTS, INC.<br>1666 E. TOUHY AVE.<br>DES PLAINES, IL 60018 | | Claim Number: 13105<br>Claim Date: 09/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $600.76 | | |
| LAWSON PRODUCTS, INC., GEORGIA<br>C/O LAWSON PRODUCTS, INC.<br>1666 E. TOUHY AVE.<br>DES PLAINES, IL 60018 | | Claim Number: 2469<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $7,152.58 | | |
| LAWSON PRODUCTS, INC., GEORGIA<br>C/O LAWSON PRODUCTS, INC.<br>1666 E. TOUHY AVE.<br>DES PLAINES, IL 60018 | | Claim Number: 2843<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $7,152.58 | Scheduled: | $10,119.38 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LAWSON, CLAYTON A<br>6045 HWY 477<br>WEBSTER, KY 40176 | Claim Number: 5422<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

| LAWSON, GARY D<br>2434 WHISPERING PINE ROAD<br>BREWTON, AL 36426 | Claim Number: 9275<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

| LAYNE CHRISTENSEN COMPANY<br>1900 SHAWNEE MISSION PARKWAY<br>MISSION WOODS, KS 66205 | Claim Number: 7781<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $91,545.92 | Scheduled: | $91,545.92 |
|---|---|---|---|---|

| LE SYNDICATE DES PRODUCTEURS DE BOIS<br>DE LA GASPESIE<br>ATTN: JEAN-PIERRE RIVIERE<br>172 BOULEVARD PERRON EST<br>NEW RICHMOND, QC G0C 2B0<br>CANADA | Claim Number: 13143<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $718.41 | | |
|---|---|---|---|---|

| LEA ATELIERS LATUQUOIS<br>ATTN: GASTON HAMEL<br>648, JOFFRE<br>LA TUQUE, QC G9X 2N3<br>CANADA | Claim Number: 12586<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $219.73 | Scheduled: | $217.14 |
|---|---|---|---|---|

| LEASE CORPORATION OF AMERICA<br>3150 LIVERNOIS STE. 300<br>TROY, MI 48083 | Claim Number: 7489<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $1,483.41 | | |
|---|---|---|---|---|

| LEASE CORPORATION OF AMERICA<br>3150 LIVERNOIS STE. 300<br>TROY, MI 48083 | Claim Number: 7538<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $392.62 | Scheduled: | $392.62 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LEAVITT MACHINERY GENERAL PARTNERSHIP<br>KELLY TUNTEN<br>24389 FRASER HWY<br>LANGLEY, BC V2Z 2L3<br>CANADA | Claim Number: 8746<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $1,615.08 | Scheduled: | $1,496.66 |
|---|---|---|---|---|

| LECO INDUSTRIES INC.<br>3235 SARTELON ST<br>VILLE SAINT LAURENT, QC H4R 1E9<br>CANADA | Claim Number: 14174<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $2,648.72 | Scheduled: | $2,745.33 |
|---|---|---|---|---|

| LECTRODRYER, LLC  AKA: LECTRODRYER MGMT<br>135 QUALITY DRIVE<br>P.O. BOX 2500<br>RICHMOND, KY 40475 | Claim Number: 1416<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $5,664.65 | Scheduled: | $5,664.65 |
|---|---|---|---|---|

| LEDBETTER, KENNETH W<br>4404 MAPLE DRIVE<br>SAND SPRINGS, OK 74063 | Claim Number: 11363<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $43,803.00 |
|---|---|---|

| LEE BUILDERS SUPPLY CO<br>203 EAST MAIN STREET<br>LATTA, SC 29565 | Claim Number: 7502<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,043.45 | Scheduled: | $2,043.45 |
|---|---|---|---|---|

| LEE BUILDERS SUPPLY COMPANY OF LATTA<br>203 EAST MAIN STREET<br>LATTA, SC 29565 | Claim Number: 1781<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,043.45 |
|---|---|---|

| LEE COUNTY BOARD OF SUPERVISORS<br>P.O. BOX 1785<br>TUPELO, MS 38802-1785 | Claim Number: 4721<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,430.53 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LEE COUNTY TAX COLLECTOR<br>ATTN: LESLIE SCOTT<br>PO BOX 271<br>TUPELO, MS 38802 | Claim Number: 8847<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 5659 (03/05/2010) |
|---|---|
| PRIORITY          Claimed: | $243,143.55 |

---

| LEE COUNTY TAX COLLECTOR<br>ATTN: LESLIE SCOTT<br>PO BOX 271<br>TUPELO, MS 38802 | Claim Number: 9006<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: WITHDRAWN<br>DOCKET: 5659 (03/05/2010) |
|---|---|
| PRIORITY          Claimed: | $243,143.55 |

---

| LEE COUNTY TAX COLLECTOR<br>PO BOX 271<br>TUPELO, MS 38802 | Claim Number: 9007<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5659 (03/05/2010) |
|---|---|
| PRIORITY          Claimed: | $243,143.55 |

---

| LEE COUNTY TAX COLLECTOR<br>ATTN: LESLIE SCOTT<br>PO BOX 271<br>TUPELO, MS 38802 | Claim Number: 12466<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: WITHDRAWN<br>DOCKET: 5659 (03/05/2010) |
|---|---|
| PRIORITY          Claimed: | $243,143.55 |

---

| LEE COUNTY TAX COLLECTOR<br>ATTN: LESLIE SCOTT<br>PO BOX 271<br>TUPELO, MS 38802 | Claim Number: 13141<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: WITHDRAWN<br>DOCKET: 5659 (03/05/2010) |
|---|---|
| PRIORITY          Claimed: | $243,143.55 |

---

| LEE COUNTY TAX COLLECTOR<br>PO BOX 271<br>TUPELO, MS 38802 | Claim Number: 13142<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|
| PRIORITY          Claimed: | $243,143.55 |

---

| LEE COUNTY TAX COLLECTOR<br>C/O JOHN A. CRAWFORD, JR.<br>PO BOX 6010<br>RIDGELAND, MS 39158-6016 | Claim Number: 13605<br>Claim Date: 11/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 5659 (03/05/2010) |
|---|---|
| PRIORITY          Claimed: | $243,143.55 |
| SECURED           Claimed: | $243,143.55 |
| TOTAL             Claimed: | $243,143.55 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LEE COUNTY TAX COLLECTOR<br>C/O JOHN A. CRAWFORD, JR.<br>PO BOX 6010<br>RIDGELAND, MS 39158-6016 | Claim Number: 13606<br>Claim Date: 11/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (05/18/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $243,143.55 | |
| SECURED | Claimed: | $243,143.55 | |
| TOTAL | Claimed: | $243,143.55 | |

| LEE IRON & METAL<br>PO BOX 778<br>SANFORD, NC 27331 | Claim Number: 3677<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,123.23 | Scheduled: | $1,933.00 |

| LEE MATHEWS EQUIPMENT INC<br>DEPT 100<br>P.O.BOX 411832<br>KANSAS CITY, MO 64141-1832 | Claim Number: 7919<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $17,106.30 | Scheduled: | $16,977.39 |

| LEE WAYNE CORPORATION<br>5140 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | Claim Number: 6601<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,208.48 | Scheduled: | $1,208.48 |

| LEE WEST PACKAGING LTD.<br>621 WADDINGTON DRIVE<br>ATTN: SHELLY ROZANKOSKI<br>VERNON, BC VIT 8TS<br>CANADA | Claim Number: 8821<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,974.65 | Scheduled: | $1,974.65 |

| LEE, C A<br>12110 SW 123RD COURT<br>TIGARD, OR 97223 | Claim Number: 7159<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $67,000.00 | |

| LEE, CARL E.<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10716<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $20,352.14 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LEE, CAROL S.<br>2502 W. 33 ST.<br>PANAMA CITY, FL 32405 | | Claim Number: 9614<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|---|
| PRIORITY | Claimed: | $6,038.00 |
| UNSECURED | Claimed: | $6,038.00 |
| TOTAL | Claimed: | $6,038.00 |

| LEE, J M<br>7000 LONG STREET<br>HARRISON, OH 45030-9716 | | Claim Number: 8613<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| PRIORITY | Claimed: | $37,600.00 |

| LEE, JOYCE M.<br>7000 LONG ST.<br>ATTN: HUBERT LEE<br>HARRISON, OH 45030-9716 | | Claim Number: 12359<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| PRIORITY | Claimed: | $37,600.00 |

| LEE, MARTIN D<br>103 HENRY ST.<br>EVERGREEN, AL 36401 | | Claim Number: 10059<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| LEE, ROBERT<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10979<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) |
|---|---|---|
| UNSECURED | Claimed: | $50,000.00 |

| LEE, WALTER<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10964<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|---|
| UNSECURED | Claimed: | $50,000.00 |

| LEESVILLE LUMBER CO., INC.<br>P.O. BOX 320<br>LEESVILLE, LA 71496 | | Claim Number: 6<br>Claim Date: 01/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) |
|---|---|---|
| UNSECURED | Claimed: | $13,588.74 | Scheduled: | $27,177.49 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LEEWAY MECHANICAL INC
PO BOX 26248
JACKSONVILLE, FL 32226-7067

Claim Number: 6153
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $11,743.00 | | $5,785.06 |

---

LEFLER, DOTTIE D
1448 EBINPORT RD
ROCK HILL, SC 29732

Claim Number: 10991
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $70,097.76 |

---

LEFLER, PHILLIP
5448 APPLE GLEN DRIVE
HARRISBURG, NC 28075

Claim Number: 11015
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $66,881.88 |

---

LEFLER, WILLIAM S. SR.
186 JACK SHOOK LANE
TAYLORSVILLE, NC 28681

Claim Number: 10992
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $112,824.60   UNLIQ CONT |

---

LEGAULT, MYCHELE
C/O KOSKIE MINSKY LLP
BARRISTERS AND SOLICITORS
20 QUEEN ST. WEST SUITE 900
TOROTO, ON M5H 3R3
CANADA

Claim Number: 11965
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED

| | Claimed: | |
|---|---|---|
| UNSECURED | | $431,871.05   UNLIQ |

---

LEGAULT, MYCHELE
C/O KOSKIE MINSKY LLP
BARRISTERS & SOLICITORS
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 12995
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $1,638.60 | | |
| UNSECURED | | $430,232.45 | | $213,947.41 |

---

LEGGETT, RONALD W
2080 SW TAMARACK STREET
MCMINNVILLE, OR 97128

Claim Number: 6032
Claim Date: 07/21/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00   UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LEHIGH SAFETY SHOES<br>39 EAST CANAL STREET<br>NELSONVILLE, OH 45764 | Claim Number: 11222<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $9,399.76 | Scheduled: | $11,866.43 |
|---|---|---|---|---|

| LEICHLITER, HELEN<br>1639 BRIDGETON HILL RD.<br>UPPER BLACK EDDY, PA 18972 | Claim Number: 5301<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| LEIS, DAVID T<br>16239 N. 63RD PLACE<br>SCOTTSDALE, AZ 85254 | Claim Number: 13074<br>Claim Date: 09/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| LENSCRAFTERS<br>ATTN: BANK OF AMERICA LOCKBOX SERVICES<br>14963 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | Claim Number: 11442<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,146.61 | Scheduled: | $2,732.91 |
|---|---|---|---|---|

| LENSCRAFTERS (02)<br>ATTN: BANK OF AMERICA LOCKBOX SERVICES<br>14963 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | Claim Number: 11443<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $9,176.84 |
|---|---|---|

| LENZ, LEONARD<br>1090 MILFORD WARREN<br>GLEN RD<br>BLOOMSBURY, NJ 08804 | Claim Number: 6170<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $24,219.60 |
|---|---|---|

| LEONARD MCSWAIN SEPTIC TANK<br>3020 RAMSEUR CHURCH ROAD<br>SHELBY, NC 28150 | Claim Number: 4737<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $1,225.00 | Scheduled: | $1,225.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| LEONARD SR., ROOSEVELT<br>1111 LEON DR<br>JONESBORO, LA 71251 | Claim Number: 10307<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| LEONE'S BUILDING SERVICE<br>2040 N. FERRY STREET<br>ANOKA, MN 55303 | Claim Number: 320<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,776.02 | Scheduled: | $1,776.02 |
|---|---|---|---|---|

| LEONHARD, LYNDA S<br>913 SE 8TH ST<br>ANKENY, IA 50021-3652 | Claim Number: 6015<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| LEPI ENTERPRISES, INC.<br>C/O CUPPS & GARRISON, LLC<br>35 E. GAY STREET, SUITE 402<br>COLUMBUS, OH 43215 | Claim Number: 11622<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $162,718.00 | Scheduled: | $167,482.00 |
|---|---|---|---|---|

| LEPPERT MACHINE CO., INC.<br>650 WAYNE ST.<br>MANSFIELD, OH 44905 | Claim Number: 618<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,084.00 | Scheduled: | $1,084.00 |
|---|---|---|---|---|

| LES AGREGATS DANY MORISSETTE INC.<br>2100 CHEMIN DES PIONNIERS<br>LA TUQUE, QC G9X 3N6<br>CANADA | Claim Number: 13489<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $7,062.72 | Scheduled: | $7,268.12 |
|---|---|---|---|---|

| LES AUBAINES GROY INC<br>ATTN: PIERRE THIFFAULT<br>542 ST. ANTOINE<br>LA TOQUE, G9X 2Y4<br>CANADA | Claim Number: 12653<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $9,881.13 | Scheduled: | $9,881.13 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

LES CHANTIERS CHIBOUGAMAU LTE
ATTN: CHRISTOPHE AUGLEHART
521 CHEMIN MERRILL
CP216
CHIBOUGAMAU, QC G8P 2K7
CANADA

Claim Number: 12636
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $90,600.56 | Scheduled: | $115,560.79 |
|---|---|---|---|---|

LES CONTROLES PROVAN ASSOCIES INC
2315 RUE HALPERN
ST-LAURENT, QC H4S 1S3
CANADA

Claim Number: 6585
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $43,076.06 |
|---|---|---|---|---|

LES CONTROLES PROVAN ASSOCIES INC
2315 RUE HALPERN
ST- LAUREN, QS H4S 1S3
CANADA

Claim Number: 8721
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
CLAIM AMOUNT IS 58,124.17 CANADIAN

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $7,068.65 |
|---|---|---|---|---|

LES CONTROLES PROVAN ASSOCIES INC
ATTN: SEVY NAZARENE
2315 RUE HAKPERN
ST- LAUREN, QC H4S 1S3
CANADA

Claim Number: 12426
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

LES ENTERPRISES PAUL DUFFEY INC
181 WRIGHT EST
CHATEAUGAY, QC J6J L37
CANADA

Claim Number: 2713
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $7,354.27 | Scheduled: | $6,073.58 |
|---|---|---|---|---|

LES EQUIPEMENTS INDUSTRIELS ROFLEX INC
ROLLAND LELIEVRE
6800 ROULE 132
VILLE STE CATHERINE, BC J5C 1B6
CANADA

Claim Number: 8939
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $8,766.92 |
|---|---|---|

LES EQUIPMENTS MARSHALL LTEE
ATTN: BEVERLY ROBB
10161 COTE DE LIESSE
DORVAL, QC H9P 1A3
CANADA

Claim Number: 12815
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $799.01 | Scheduled: | $828.16 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LES FORESTIERS REBEC INC.<br>ATTN: M. ERIC BOUCHARD<br>1053 BOULEVARD DUCHARME<br>LA TUQUE, QC G9X 3C3<br>CANADA | Claim Number: 12767<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $225,917.79 | | |
|---|---|---|---|---|

---

| LES FORESTIERS REBEC INC.<br>ATTN: M. ERIC BOUCHARD<br>1053 BOULEVARD DUCHARME<br>LA TUQUE, QC G9X 3C3<br>CANADA | Claim Number: 12768<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $462,912.26 | | |
|---|---|---|---|---|

---

| LES INSTALLATIONS SOUDINS (1990) INC<br>ATTN: DANNY LACROIX<br>62 CH. LAROCHELLE<br>WINDSOR, QC J1S 2L5<br>CANADA | Claim Number: 12663<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $5,548.71 | Scheduled: | $5,483.37 |
|---|---|---|---|---|

---

| LES INSTRUMENTS LABTECH INC<br>1011 AUTOROUTE 13<br>LAVAL, QC H7W 4V3<br>CANADA | Claim Number: 13106<br>Claim Date: 09/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>Claimed amount is 3380.61 Canadian dollars |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $2,870.77 |
|---|---|---|---|---|

---

| LES MESSAGERIES GNB INC.<br>ATTN: JOCELYNE LAGACE<br>354, ST-ZEPHIRIN<br>LA TUQUE, QC G9X 1X4<br>CANADA | Claim Number: 12595<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $540.53 | | |
|---|---|---|---|---|

---

| LES PAPETERIES OLYMPIQUES<br>2175 RUE COTE<br>DUBERGER, QC G1N 4J1<br>CANADA | Claim Number: 2232<br>Claim Date: 04/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $1,963.57 | | |
|---|---|---|---|---|

---

| LES PAPETERIES OLYMPIQUES<br>2175 RUE COTE<br>DUBERGER, QC G1N 4J1<br>CANADA | Claim Number: 8349<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $1,688.08 | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LES PLACEMENTS JONADAGI
ATTN: GINETTE RAYMOND
1600 TRANSCANADIENNE, SUITE 202
DORVAL, QC H9P 1H7
CANADA

Claim Number: 12698
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $14,428.08 |
|---|---|---|

---

LES PLACEMENTS JONADAGI INC.
ATTN: GINETTE RAYMOND
1600 TRANSCANADIENNE, SUITE 202
DORVAL, QC H9P 1H7
CANADA

Claim Number: 13307
Claim Date: 08/20/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLE DUPLICATE OF 12698
DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $14,428.08 |
|---|---|---|

---

LES POMPES DIASPEC INC
6913 JARRY EST
MONTREAL, QC H1P 1W7
CANADA

Claim Number: 2732
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| SECURED | Claimed: | $6,143.43 |
|---|---|---|

---

LES POMPES DIASPEC INC
6913 JARRY EST
MONTREAL, QC H1P 1W7
CANADA

Claim Number: 14060
Claim Date: 07/01/2010
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| UNSECURED | Claimed: | $6,143.43 |
|---|---|---|

---

LES POMPES DIASPEC INC
6913 JARRY EST
MONTREAL, QC H1P 1W7
CANADA

Claim Number: 14086
Claim Date: 08/09/2010
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8661 (10/18/2010)

| UNSECURED | Claimed: | $6,143.43 | Scheduled: | $5,110.33 |
|---|---|---|---|---|

---

LES PUBLICATIONS DU QUÉBEC
1000 ROUTE DE L EGLISE BUREAU500
QUEBEC, QC G1V 3V9
CANADA

Claim Number: 13836
Claim Date: 02/18/2010
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $74.85 | Scheduled: | $400.29 |
|---|---|---|---|---|

---

LES SCHWAB TIRE CENTERS OF MONTANA, INC.
PO BOX 5350
BEND, OR 97708

Claim Number: 2993
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| SECURED | Claimed: | $15,889.80 |
|---|---|---|
| UNSECURED | Claimed: | $16,331.83 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LES SCHWAB TIRE CENTERS OF MONTANA, INC.
P.O. BOX 5350
BEND, OR 97708

Claim Number: 3026
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32,221.63 | Scheduled: | $33,059.32 |

LES STRUCTURES D'ACIER MARTHY INC.
ATTN: GUYLAINE FISET
105 RADNOR
TROIS-RIVIERES, QC G8T 2E6
CANADA

Claim Number: 13146
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $39,635.37 | Scheduled: | $44,865.94 |

LESLEY P. RIGSBY LUMBER CO., LLC
378 BUENA VISTA RD.
SALUDA, VA 23149

Claim Number: 1199
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,158.33 |

LESLIE EQUIPMENT CO
105 TENNIS CENTER DRIVE
MARIETTA, OH 45750

Claim Number: 6110
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,913.21 | Scheduled: | $1,879.68 |

LESLIE P. RIGSBY LUMBER CO., LLC
378 BUENA VISTA RD.
SALUDA, VA 23149

Claim Number: 1771
Claim Date: 03/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,158.33 |

LESLIE P. RIGSBY LUMBER CO., LLC
378 BUENA VISTA RD.
SALUDA, VA 23149

Claim Number: 1772
Claim Date: 03/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,158.28 | Scheduled: | $6,158.28 UNLIQ |

LESTER, JANORRIS D
9051 ROCKPOND MEADOWS DRIVE
JACKSONVILLE, FL 32221

Claim Number: 11633
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,000.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LETOURNEAU TECHNOLOGIES AMERICA INC
PO BOX 4300
PORTLAND, OR 97208

Claim Number: 9743
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7553 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,633.70 | Scheduled: | $41,433.70 |

---

LETTER LOGIC
1209 4TH AVE SOUTH
NASHVILLE, TN 37201-2004

Claim Number: 4648
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $195.54 | Scheduled: | $194.00 |

---

LEVEL 3 CAPITAL FUND LP
C/O TR CAPITAL MANAGEMENT, LLC
265 SUNRISE HIGHWAY, SUITE 42
TRANSFEROR: WST PRODUCTS LLC
ROCKVILLE CENTRE, NY 11570

Claim Number: 10512
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2205 (10/09/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $93,282.87 |

---

LEVI, RAY & SHOUP, INC.
ATTN: GENERAL COUNSEL
2401 W MONROE STREET
SPRINGFIELD, IL 62704

Claim Number: 8022
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $119,247.00 |

---

LEVINE, FRAN
80 E NORTH STREET, #212
ILION, NY 13357

Claim Number: 8113
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

---

LEVY RESTAURANT
7994 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

Claim Number: 6873
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 7554 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $76.57 |

---

LEWIS ELECTRIC SUPPLY CO
PO BOX 2237
MUSCLE SHOALS, AL 35662

Claim Number: 3745
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,221.41 | Scheduled: | $1,221.41 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LEWIS FIRE PROTECTION INC<br>PO BOX 176<br>VILLA RICA, GA 30180 | Claim Number: 7960<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $800.00 | Scheduled: | $800.00 |
|---|---|---|---|---|

| LEWIS MOTOR REPAIR INC.<br>3015 4TH ST. SOUTH<br>WAITE PARK, MN 56387 | Claim Number: 1870<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $4,171.66 | Scheduled: | $4,164.24 |
|---|---|---|---|---|

| LEWIS SYSTEMS & SERVICE CO.<br>3702 BOREN DRIVE<br>GREENSBORO, NC 27407 | Claim Number: 5879<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $12,654.94 | Scheduled: | $11,650.78 |
|---|---|---|---|---|

| LEWIS TIMBER CO. INC.<br>P.O. BOX 207<br>STARKE, FL 32091 | Claim Number: 2899<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 4136 (01/14/2010)<br>Amends claim 1038. |
|---|---|

| UNSECURED | Claimed: | $21,457.54 | Scheduled: | $42,032.00 UNLIQ |
|---|---|---|---|---|

| LEWIS TIMBER CO., INC.<br>P.O. BOX 207<br>STARKE, FL 32091 | Claim Number: 1038<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $40,473.54 |
|---|---|---|

| LEWIS, BOBBIE<br>32 EMMONS ROAD<br>BREWTON, AL 36426 | Claim Number: 9970<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| LEWIS, BOBBY G<br>P.O. BOX 433<br>FRANKLIN, OH 45005 | Claim Number: 5905<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LEWIS, BOBBY G.<br>PO BOX 433<br>FRANKLIN, OH 45005 | | Claim Number: 8850<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| LEWIS, CAROLYN<br>2815 SHADY OAK DR<br>FORT WAYNE, IN 46806 | | Claim Number: 11228<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $981.00   UNLIQ | | |

| LEWISBURG ELECTRIC<br>PO BOX 2727<br>LEWISBURG, TN 37091-2727 | | Claim Number: 4963<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,328.58 | Scheduled: | $30,328.58 |

| LEWISBURG GAS DEPT<br>PO BOX 1069<br>LEWISBURG, TN 37091-1069 | | Claim Number: 5874<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $53,897.55 | Scheduled: | $53,897.55 |

| LEWISBURG INDUSTIRAL & WELDING INC<br>PO BOX 2127<br>LEWISBURG, TN 37091 | | Claim Number: 4109<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,261.58 | Scheduled: | $2,421.49 |

| LEWISBURG WATER AND WASTEWATER<br>P.O. BOX 2787<br>LEWISBURG, TN 37091-1787 | | Claim Number: 4123<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8.55 | | |

| LEXIS PUBLISHING<br>SANDRA D. REARDON, CREDIT MANAGER<br>1275 BROADWAY<br>ALBANY, NY 12204 | | Claim Number: 2262<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $122.99 | Scheduled: | $120.17 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| LEXIS-NEXIS<br>MICHAEL S. BAIM<br>THE CHAET KAPLAN BAIM FIRM<br>30 NORTH LASALLE STREET, SUITE 1520<br>CHICAGO, IL 60602 | Claim Number: 3211<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $3,007.22 |
|---|---|---|

| LEXISNEXIS A DIVISIOM OF REED ELSEVIER<br>KIM CRAMER<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 1840<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $3,703.21 |
|---|---|---|

| LEXISNEXIS A DIVISIOM OF REED ELSEVIER<br>KIM CRAMER<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 1844<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $32,584.28 |
|---|---|---|

| LEXISNEXIS A DIVISIOM OF REED ELSEVIER<br>KIM CRAMER<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 1845<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $9,874.78 |
|---|---|---|

| LEXISNEXIS A DIVISIOM OF REED ELSEVIER<br>KIM CRAMER<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 1846<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $2,703.00 |
|---|---|---|

| LEYMASTER, H N<br>5018 SOUTH MAIN ST<br>APT. #4<br>CEDAR FALLS, IA 50613 | Claim Number: 3956<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

| LIBERTY COMPACTORS INC<br>10022 NORTH CHARLOTTE<br>KANSAS CITY, MO 64155 | Claim Number: 5211<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,061.69 | Scheduled: | $2,061.69 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

LIBERTY CREATIVE SOLUTIONS INC
18625 WEST CREEK DRIVE
TINLEY PARK, IL 60477

Claim Number: 4635
Claim Date: 07/13/2009
Debtor: CAMEO CONTAINER CORPORATION

| UNSECURED | Claimed: | $2,392.50 | Scheduled: | $2,392.50 |
|---|---|---|---|---|

LIBERTY ENGINEERING COMPANY
10567 MAIN STREET
P.O.BOX 470
ROSCOE, IL 61073

Claim Number: 4175-01
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)

| UNSECURED | Claimed: | $13,903.06 | Scheduled: | $13,669.24 |
|---|---|---|---|---|

LIBERTY ENGINEERING COMPANY
10567 MAIN STREET
P.O.BOX 470
ROSCOE, IL 61073

Claim Number: 4175-02
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| ADMINISTRATIVE | Claimed: | $1,429.20 |
|---|---|---|

LIBERTY HOSPITAL
2525 GLENN W HENDREN DR
LIBERTY, MO 64068

Claim Number: 7336
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $4,788.75 |
|---|---|---|

LIBERTY HOSPITAL
2525 GLENN W HENDREN DR
LIBERTY, MO 64068

Claim Number: 7337
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $600.00 |
|---|---|---|

LIBERTY POWER
1901 W CYPRESS CREEK ROAD
SUITE 600
FT. LAUDERDALE, FL 33309

Claim Number: 2867
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $131,135.44 |
|---|---|---|

LICATA, ELAINE
195 GOLDEN POND ESTATES
AKRON, NY 14001

Claim Number: 7382
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIDDLE, LYNN T<br>4562 HAVENHURST CIRCLE<br>IRVINE, CA 92604 | Claim Number: 10736<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $185,753.00  CONT | Scheduled: | $185,753.00 |
|---|---|---|---|---|

| LIEBERT CORPORATION<br>PO BOX 70474<br>CHICAGO, IL 60673 | Claim Number: 5168<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $3,380.00 |
|---|---|---|

| LIEBOVICH STEEL & ALUMINUM CO (01)<br>2116 PRESTON STREET<br>ROCKFORD, IL 61102 | Claim Number: 9357<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $836.03 | Scheduled: | $836.03 |
|---|---|---|---|---|

| LIFETIME BRANDS<br>1000 STEWART AVE<br>GARDEN CITY, NY 11530 | Claim Number: 13796<br>Claim Date: 02/01/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $115,000.00 |
|---|---|---|

| LIFETIME BRANDS, INC<br>ATTN: LAURENCE WINKOKER, SVP, CFO<br>1000 STEWART AVE<br>GARDEN CITY, NY 11530 | Claim Number: 13825<br>Claim Date: 02/01/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $115,000.00 |
|---|---|---|

| LIFETRACK RESOURCES, INC<br>709 UNIVERSITY AVE W.<br>ST. PAUL, MN 55104-4804 | Claim Number: 205<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $18,608.72 | Scheduled: | $18,448.72 |
|---|---|---|---|---|

| LIFT ATLANTA, INC.<br>2425 PARK CENTRAL BLVD.<br>DECATUR, GA 30035 | Claim Number: 1411<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $16,587.63 | Scheduled: | $16,607.63 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| LIFT ONE<br>PO BOX 75054<br>CHARLOTTE, NC 28275-0054 | | Claim Number: 8437<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | |
| UNSECURED | Claimed: | $13,578.82 | | | |
| LIFT ONE<br>PO BOX 75054<br>CHARLOTTE, NC 28275-0054 | | Claim Number: 8875<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $13,578.82 | Scheduled: | $12,851.72 | |
| LIFT TEMP<br>3150 AMERICAN DRIVE<br>MISSISSAUGA, ON L4V 1B4<br>CANADA | | Claim Number: 3473<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $6,398.06 | | | |
| LIFT TEMP LLC<br>LOCKBOX 7671<br>P.O.BOX 8500<br>PHILADELPHIA, PA 19178-7671 | | Claim Number: 6740<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 3473. | | | |
| UNSECURED | Claimed: | $16,770.53 | Scheduled: | $16,770.53 | |
| LIFT TRUCK SERVICE INC<br>25385 S SCHULTE ROAD<br>TRACY, CA 95377 | | Claim Number: 6928<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $46,101.36 | Scheduled: | $46,101.36 | |
| LIFT WORKS, INC.<br>1130 CAROLINA DR STE F<br>WEST CHICAGO, IL 60185-5163 | | Claim Number: 1971<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $1,960.00 | Scheduled: | $2,660.00 | |
| LIFTOW LIMITED<br>3150 AMERICAN DRIVE<br>MISSISSAUGA, ON L4V 1B4<br>CANADA | | Claim Number: 3474<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | | |
| UNSECURED | Claimed: | $21,205.18 | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| LIGHT, DORIS J<br>5503 W 1000S<br>BROOK, IN 47922 | | Claim Number: 12244<br>Claim Date: 09/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $6,472.37 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| LIGHTFOOT FRANKLIN AND WHITE LLC<br>THE CLARK BLDG<br>BIRMINGHAM, AL 35203-3200 | | Claim Number: 8079<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $311.91 | Scheduled: | $311.91 |

---

| | | | | | |
|---|---|---|---|---|---|
| LILES, TRACY MERL<br>1838 EVERGREEN RD<br>JONESBORO, LA 71251 | | Claim Number: 10308<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| LILY COMPANY<br>DEPT 184<br>P.O.BOX 1000<br>MEMPHIS, TN 38148-0184 | | Claim Number: 5841<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $3,954.26 | Scheduled: | $3,702.46 |

---

| | | | | | |
|---|---|---|---|---|---|
| LINCOLN CODERS CORP<br>PO BOX 8009<br>FORT  WAYNE, IN 46898-8009 | | Claim Number: 3906<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $3,226.98 | Scheduled: | $3,226.98 |

---

| | | | | | |
|---|---|---|---|---|---|
| LINCOLN PRINTING CORPORATION<br>3310 CONGRESSIONAL PARKWAY<br>FT WAYNE, IN 46808 | | Claim Number: 3511-01<br>Claim Date: 06/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 11764<br>DOCKET: 4131 (01/14/2010) | | | |
| UNSECURED | Claimed: | $198.96 | Scheduled: | $47,819.22 |

---

| | | | | | |
|---|---|---|---|---|---|
| LINCOLN PRINTING CORPORATION<br>3310 CONGRESSIONAL PARKWAY<br>FT WAYNE, IN 46808 | | Claim Number: 3511-02<br>Claim Date: 06/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $3,423.20 | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| LINCOLN PRINTING CORPORATION<br>3310 CONGRESSIONAL PARKWAY<br>FORT WAYNE, IN 46808 | | Claim Number: 11764-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7188 (04/22/2010) | | |
| ADMINISTRATIVE | Claimed: | $3,574.18 | | |

---

| | | | | |
|---|---|---|---|---|
| LINCOLN PRINTING CORPORATION<br>3310 CONGRESSIONAL PARKWAY<br>FORT WAYNE, IN 46808 | | Claim Number: 11764-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7188 (04/22/2010) | | |
| UNSECURED | Claimed: | $47,867.20 | | |

---

| | | | | |
|---|---|---|---|---|
| LINCOLN SEWER CLEANING INC<br>1605 LIBERTY DRIVE<br>MISHAWAKA, IN 46545 | | Claim Number: 5001<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $575.00 | Scheduled: | $575.00 |

---

| | | | | |
|---|---|---|---|---|
| LINCOLN TRAINING CENTER<br>2643 LOMA AVE.<br>SOUTH EL MONTE, CA 91733 | | Claim Number: 2240<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $5,616.80 | Scheduled: | $4,067.18 |

---

| | | | | |
|---|---|---|---|---|
| LINCOLN, PAULA<br>13514 W JENSEN AVE<br>KERMAN, CA 93630-9238 | | Claim Number: 5967<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 8673 (10/19/2010) | | |
| PRIORITY | Claimed: | $879.76 | | |

---

| | | | | |
|---|---|---|---|---|
| LIND, SHIRLEY<br>6237 W. 128TH<br>OVERLAND PARK, KS 66209 | | Claim Number: 7230<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | | |
| SECURED | Claimed: | $0.00   UNLIQ | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| LINDE<br>SOPHIE LESIEUR<br>5555 BOUL. DES GRANDES-PRAIRIES<br>MONTREAL, QB H1R 1B4<br>CANADA | | Claim Number: 13703<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET 8758 (11/15/2010) | | |
| UNSECURED | Claimed: | $5,898.60 | Scheduled: | $4,877.09 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LINDE LLC<br>ATTN: ED HYLAND - REV. MGT. 1E<br>575 MOUNTAIN AVE.<br>MURRAY HILL, NJ 07974 | Claim Number: 3171<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
|---|---|---|---|
| UNSECURED        Claimed: | $45,972.79 | Scheduled: | $57,665.40 |

| LINDE LLC<br>ATTN: ED HYLAND - REV. MGT. 1E<br>575 MOUNTAIN AVE.<br>MURRAY HILL, NJ 07974 | Claim Number: 3173-01<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
|---|---|---|---|
| UNSECURED        Claimed: | $998.46 | | |

| LINDE LLC<br>ATTN: ED HYLAND - REV. MGT. 1E<br>575 MOUNTAIN AVE.<br>MURRAY HILL, NJ 07974 | Claim Number: 3173-02<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE        Claimed: | $13,193.64 | | |

| LINDHOLM, JOHN M<br>29159 NEW ARROWHEAD DR<br>MENIFEE, CA 92584 | Claim Number: 6879<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| UNSECURED        Claimed: | $0.00   UNLIQ | | |

| LINDSAY HART NEIL & WEIGLER LLP<br>1300 SW 5TH AVE STE 3400<br>PORTLAND, OR 97201-5640 | Claim Number: 5544<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED        Claimed: | $715.00 | Scheduled: | $715.00 |

| LINDSAY MACHINE WORKS INC<br>PO BOX 488<br>LIBERTY, MO 64069 | Claim Number: 3913<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED        Claimed: | $4,835.00 | Scheduled: | $4,835.00 |

| LINDSAY, JAY D<br>8314 S ASHLEY AVE<br>BLOOMINGTON, IN 47401 | Claim Number: 6053<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| PRIORITY        Claimed: | $0.00   UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LINDSAY, JAY DANIEL<br>8314 ASHLEY AVE<br>BLOOMINGTON, IL 47401 | Claim Number: 8606<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

| LINDSEY, MICHAEL<br>247 WALTER GROSS LANE<br>CASTLEBERRY, AL 36432 | Claim Number: 11414<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $10,998.40 | | |
|---|---|---|---|---|

---

| LINGLE ELECTRIC REPAIR, INC.<br>600 NORTH MAIN STREET<br>SALISBURY, NC 28144 | Claim Number: 4723<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $7,861.08 | Scheduled: | $5,056.29 |
|---|---|---|---|---|

---

| LION RAISINS, INC., A CALIFORNIA CORP.<br>WESLEY T. GREEN, JD MBA, CORP. COUNSEL<br>P.O. BOX 1350<br>SELMA, CA 93662 | Claim Number: 1140<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $1,803.27 | | |
|---|---|---|---|---|

---

| LION RAISINS, INC., A CALIFORNIA CORP.<br>WESLEY T. GREEN, JD MBA, CORP. COUNSEL<br>P.O. BOX 1350<br>SELMA, CA 93662 | Claim Number: 1142<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $1,803.27 | | |
|---|---|---|---|---|

---

| LION RAISINS, INC., A CALIFORNIA CORP.<br>WESLEY T. GREEN, JD MBA, CORP. COUNSEL<br>P.O. BOX 1350<br>SELMA, CA 93662 | Claim Number: 1143<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,803.27 | | |
|---|---|---|---|---|

---

| LIPICH JOSEPH<br>319 SAILBOAT RUN APT 1A<br>CENTERVILLE, OH 45458 | Claim Number: 13205<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $25,000.00   UNLIQ | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIPICH, JOSEPH<br>319 SAIL BOAT RUN<br>APT 1A<br>CENTERVILLE, OH 45458 | | Claim Number: 13204<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,000.00  UNLIQ | | |

---

| LIQUIBOX<br>505 BLUE BALL BLVD<br>ELKTON, MD 21921 | | Claim Number: 12213<br>Claim Date: 09/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $995.00 | | |

---

| LIQUID ENVIRONMENTAL SOLUTIONS, LLP<br>7651 ESTERS BLVD STE 200<br>IRVING, TX 75063-4034 | | Claim Number: 82<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,988.08 | Scheduled: | $15,324.48 |

---

| LIQUID HANDLING SPECIALISTS INC<br>3160 LENORA CHURCH ROAD<br>SNELLVILLE, GA 30039 | | Claim Number: 7176<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,167.54 | Scheduled: | $8,167.54 |

---

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE<br>OF BEST QUALITY CLEANING INC<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07605 | | Claim Number: 9747<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,343.97 | Scheduled: | $26,174.30  UNLIQ |

---

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE<br>OF ORAM MATERIAL HANDLING<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07605 | | Claim Number: 9748-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,625.68 | Scheduled: | $11,022.61 |

---

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE<br>OF ORAM MATERIAL HANDLING<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07605 | | Claim Number: 9748-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2534 (10/30/2009) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,432.02 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE<br>OF THE KROOT CORPORATION<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07605 | Claim Number: 9749-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,685.22 | Scheduled: | $3,063.08 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE<br>OF THE KROOT CORPORATION<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07605 | Claim Number: 9749-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2032 (09/24/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $377.86 |
|---|---|---|

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE<br>OF HP CADWALLADER INC<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07605 | Claim Number: 9750-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $15,024.00 | Scheduled: | $16,142.09 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE<br>OF HP CADWALLADER INC<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07605 | Claim Number: 9750-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2534 (10/30/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,118.09 |
|---|---|---|

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE<br>OF TRISTATE COATING AND MACHINE INC<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07605 | Claim Number: 9751-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,701.00 |
|---|---|---|

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE<br>OF TRISTATE COATING AND MACHINE INC<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07605 | Claim Number: 9751-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $31,784.32 |
|---|---|---|

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE<br>OF HAMPTON INDUSTRIAL SERVICES<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07605 | Claim Number: 9752<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $11,800.00 | Scheduled: | $11,800.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF CONTROL ENGINEERING CORPORATION ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | Claim Number: 9758 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7653 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $25,337.35 | Scheduled: | $25,337.35 UNLIQ |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF ALABAMA FLUID SYSTEM ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | Claim Number: 9767-01 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $6,075.80 | Scheduled: | $8,622.17 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF ALABAMA FLUID SYSTEM ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | Claim Number: 9767-02 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 2205 (10/09/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,724.29 |
|---|---|---|

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF LORENGO AND SONS LOGGING LLC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | Claim Number: 9768-01 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 5769 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $6,127.20 |
|---|---|---|

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF LORENGO AND SONS LOGGING LLC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | Claim Number: 9768-02 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8120 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $6,127.20 |
|---|---|---|

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF TRIBCO INC. ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | Claim Number: 9769-01 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 5769 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,795.66 |
|---|---|---|

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF TRIBCO INC. ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | Claim Number: 9769-02 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 5769 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $3,193.66 | Scheduled: | $6,989.32 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF INNERPAK INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | Claim Number: 9770-01 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,716.53 | Scheduled: | $15,694.27 |

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF INNERPAK INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | Claim Number: 9770-02 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 2205 (10/09/2009) |
|---|---|
| ADMINISTRATIVE | Claimed: | $7,528.64 |

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF RUBBERTEC INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | Claim Number: 9771-01 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 5769 (03/11/2010) |
|---|---|
| ADMINISTRATIVE UNSECURED | Claimed: | $6,337.46 | Scheduled: | $11,503.59 |

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF RUBBERTEC INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | Claim Number: 9771-02 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 5769 (03/11/2010) |
|---|---|
| UNSECURED | Claimed: | $5,166.13 |

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF CAROLINA STARCHES LLC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | Claim Number: 9772-01 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|
| UNSECURED | Claimed: | $30,448.00 | Scheduled: | $196,109.50 |

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF CAROLINA STARCHES LLC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | Claim Number: 9772-02 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 3016 (12/17/2009) |
|---|---|
| ADMINISTRATIVE | Claimed: | $164,077.50 |

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF STEVEN LANG TIMBER CO INC. ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | Claim Number: 9773-01 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 5769 (03/11/2010) |
|---|---|
| ADMINISTRATIVE | Claimed: | $1,389.62 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF STEVEN LANG TIMBER CO INC. ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | Claim Number: 9773-02 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8120 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $5,000.00 | | |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF SPECTRA-KOTE CORPORATION ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | Claim Number: 9774-01 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7188 (04/22/2010) |
|---|---|

| ADMINISTRATIVE UNSECURED | Claimed: | $23,820.17 | Scheduled: | $46,623.07 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF SPECTRA-KOTE CORPORATION ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | Claim Number: 9774-02 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7188 (04/22/2010) |
|---|---|

| UNSECURED | Claimed: | $14,309.36 | | |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF CRAFT INDUSTRIAL INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | Claim Number: 9775-01 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $80,209.25 | Scheduled: | $104,039.25 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF CRAFT INDUSTRIAL INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | Claim Number: 9775-02 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 2205 (10/09/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $23,830.00 | | |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF H BERSTEIN SERVICE CO INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | Claim Number: 9801-01 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7189 (04/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4,943.66 | | |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF H BERSTEIN SERVICE CO INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | Claim Number: 9801-02 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7189 (04/22/2010) |
|---|---|

| UNSECURED | Claimed: | $114,014.14 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF ENJ LIFT TRUCK SERVICE INC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9802
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7651 (05/18/2010)

| UNSECURED | Claimed: | $14,547.25 | Scheduled: | $14,547.25 UNLIQ |

---

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF FORD GELATT ASSOCIATES INC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9803-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claim 1595.

| UNSECURED | Claimed: | $87,063.60 | Scheduled: | $91,066.15 |

---

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF FORD GELATT ASSOCIATES INC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9803-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2205 (10/09/2009)
Amends claim 1595.

| ADMINISTRATIVE | Claimed: | $4,002.55 |

---

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF GMF FLEXO PREPRESS INC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9804-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
Amends claim 2940.

| ADMINISTRATIVE | Claimed: | $36,205.05 |

---

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF GMF FLEXO PREPRESS INC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9804-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
Amends claim 2940.

| UNSECURED | Claimed: | $30,889.00 |

---

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF SAMUEL STRAPPING SYSTEMS INC.
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 10670-01
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claim 3290.

| UNSECURED | Claimed: | $327,348.93 |

---

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF SAMUEL STRAPPING SYSTEMS INC.
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 10670-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3397 (12/23/2009)
Amends claim 3290.

| ADMINISTRATIVE | Claimed: | $54,852.59 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF K K INTEGRATED LOGISTICS<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07605 | Claim Number: 11740<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) | | | |
| UNSECURED | Claimed: | $11,626.41 | Scheduled: | $11,626.41 |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF MEREDITH WEBB INC<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07605 | Claim Number: 11741<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $53,802.28 | Scheduled: | $53,802.28 |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF RIGHT NOW COURIERS<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07605 | Claim Number: 11742<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $1,602.00 | Scheduled: | $1,602.00 |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF S AND S PROMOTIONAL GROUP<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07605 | Claim Number: 11743<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $2,508.30 | Scheduled: | $2,508.30 |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF STEWART'S MATERIAL HANDLING<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07605 | Claim Number: 11744<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $6,613.40 | Scheduled: | $5,928.90 |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF UNITED POWER SERVICES INC<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07605 | Claim Number: 11745<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $14,030.00 | Scheduled: | $14,030.00 |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF TRANTER INC<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07605 | Claim Number: 11746<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $2,976.06 | Scheduled: | $2,976.06 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF UNIVERSAL LOGISTICS SERVICES INC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 11747
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,026.00 | Scheduled: | $8,140.25 |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF OVAL STRAPPING
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 11748
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $239,325.28 | Scheduled: | $239,325.28 |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF FELLON MCCORD AND ASSOCIATES LLC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 11751
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $21,458.06 | Scheduled: | $21,457.06 |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF COLORADO CONTAINER CORPORATION
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 11752
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,809.72 | Scheduled: | $13,809.72 |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF BURNS CONTROLS COMPANY
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 11753
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,007.58 | Scheduled: | $1,007.58 |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF BURCZAK PAVING CO INC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 11754
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,620.00 | Scheduled: | $3,620.00 |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF AQUA THERM, INC.
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 11755
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,119.81 | Scheduled: | $4,909.79 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

| | | | | | |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF AMERIZON WIRELESS ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | | Claim Number: 11756 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $3,132.11 | Scheduled: | | $3,124.28 |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF AMERICAN FOREST & PAPER ASSOCIATION ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | | Claim Number: 11757 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $417,606.39 | Scheduled: | | $417,606.39 |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF HASSAN COMPLETE JANITORIAL ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | | Claim Number: 11758 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $16,538.00 | Scheduled: | | $16,298.00 |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF HESS MACHINE INC. ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | | Claim Number: 11760 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $6,910.00 | Scheduled: | | $6,910.00 |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF INSULATION INDUSTRIES INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | | Claim Number: 11761 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $19,010.00 | Scheduled: | | $19,010.00 |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF ADVANCED CHEMICAL SYSTEMS INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | | Claim Number: 11763 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $1,448.47 | Scheduled: | | $1,236.85 |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: DEVINE HYDRAULICS, INC. ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 | | Claim Number: 32 Claim Date: 02/02/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $18,585.95 | Scheduled: | | $18,585.95 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: RUDCO PRODUCTS INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 38<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $8,520.00 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: JIM'S LEASING INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 40<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| PRIORITY | Claimed: | $1,200.00 | | |
| UNSECURED | Claimed: | $4,000.00 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GENERAL PARTITION COMPANY IN<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 44<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $4,347.00 | Scheduled: | $4,347.00 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: DALY CITY TRANSPORT, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 111<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010) | | |
| UNSECURED | Claimed: | $11,684.00 | Scheduled: | $14,224.00 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PRECISION METAL INDUSTRIES<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 117<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $20,667.92 | Scheduled: | $20,667.92 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: IRON PINE CO. LLC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 135<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | |
| UNSECURED | Claimed: | $5,696.33 | Scheduled: | $11,392.67 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: A.R.C.S. DIV PNJ INDUSTRIES<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 137<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $2,725.00 | Scheduled: | $5,600.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 141 |
| TRANSFEROR: WATSONTOWN TRUCKING CO. | Claim Date: 02/09/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET 4966 (02/12/2010) |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $1,132.50 | Scheduled: | $1,132.50 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 146 |
| TRANSFEROR: A.R.C.S. DIV PNJ INDUSTRIES | Claim Date: 02/09/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| SUITE 312 | Comments: EXPUNGED |
| HACKENSACK, NJ 07601 | DOCKET: 4966 (02/12/2010) |

| UNSECURED | Claimed: | $2,068.25 |
|---|---|---|

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 197 |
| TRANSFEROR: MOBILE HEALTH SOLUTIONS INC. | Claim Date: 02/09/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET: 4132 (01/14/2010) |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $35,466.50 | Scheduled: | $35,466.50 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 217 |
| TRANSFEROR: SOUTHEASTERN MECHANICAL SERV | Claim Date: 02/09/2009 |
| ONE UNIVERSITY PLAZA, | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET: 3287 (12/18/2009) |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $404,908.01 | Scheduled: | $404,320.10 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 239 |
| TRANSFEROR: TOTAL PACKAGING SERVICES | Claim Date: 02/10/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET: 7550 (05/10/2010) |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $3,248.20 | Scheduled: | $3,248.20 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 305 |
| TRANSFEROR: ROBERT DIETRICK CO., INC. | Claim Date: 02/12/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET: 7550 (05/10/2010) |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $23,802.00 | Scheduled: | $23,802.00 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 314 |
| TRANSFEROR: EAGLE LAWN AND LANDSCAPE INC | Claim Date: 02/12/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET: 6649 (04/07/2010) |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $1,980.88 | Scheduled: | $1,980.88 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STAFFORD CUTTING DIES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 356
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $36,973.92 | Scheduled: | $35,258.72 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: W.H. LEARY CO., INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 357-01
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $38,577.77 | Scheduled: | $37,715.11 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: W.H. LEARY CO., INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 357-02
Claim Date: 02/13/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $3,667.23 | Scheduled: | $3,070.05 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: GENERAL INDUSTRIAL REPAIR
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 377
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $5,932.19 | Scheduled: | $5,932.19 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PROSPECT FABRICATION, INC.
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 483
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $44,712.93 | Scheduled: | $44,712.93 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CONTINENTAL BLDG. MAINT, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 553
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $3,612.50 | Scheduled: | $3,400.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: HIGH PLAINS LOGISTICS CONSUL
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 609
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $17,446.33 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LEETE TIRE AND AUTO CENTER,<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 617<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $5,246.00 | Scheduled: | $5,246.00 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: VIKING TREE, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 634<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $26,332.00 | Scheduled: | $28,686.00 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: AL RICCI TECHNOLOGIES INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 686<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,815.91 | Scheduled: | $1,815.91 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PRINTLINK LTD.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 697<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,490.15 |
|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ALTA LIFT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 744<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $16,664.66 | Scheduled: | $17,805.15 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: QUINN RENTAL<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 766<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $14,848.67 | Scheduled: | $14,848.67 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SOUTHERN CARTON CO. INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 768<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $11,235.52 | Scheduled: | $11,055.90 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SCHNEIDER NATIONAL INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 769-01<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5738 (03/10/2010) | |

| UNSECURED | Claimed: | $290,782.09 | Scheduled: | $279,930.50 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SCHNEIDER NATIONAL INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 769-02<br>Claim Date: 02/23/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET 5738 (03/10/2010) | |

| UNSECURED | Claimed: | $1,988.00 | | |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR:PIONEER MAINTENANCE & ERECTOR<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 781<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | |

| UNSECURED | Claimed: | $103,232.77 | Scheduled: | $99,168.86 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: JUNG TRUCK SERVICE, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 798<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $12,647.40 | Scheduled: | $11,330.00 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: COATING SERVICES, INC.<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 839<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $127,739.62 | Scheduled: | $131,413.36 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: APPLICATION SERVICES, INC.<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 840<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $18,877.12 | Scheduled: | $18,997.07 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MORAN ENVIRONMENTAL RECOVERY<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 857<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | |

| UNSECURED | Claimed: | $14,526.80 | Scheduled: | $13,158.80 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: WORKWELL MEDICAL GROUP
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 898
Claim Date: 02/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $3,050.00 | Scheduled: | $3,058.30 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: THERMAL TECH INCORP.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 901
Claim Date: 02/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $2,702.97 | Scheduled: | $2,702.97 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SPEARTIP TECHNOLOGIES, LLC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 921
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $15,250.00 | Scheduled: | $15,250.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SRM, LLC DBA:
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1009
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $8,295.12 | Scheduled: | $4,867.84 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CORPORATE MEDICAL SERVICES,
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1015
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $2,578.00 | Scheduled: | $2,578.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SEYMOUR EXCAVATING INC.
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1042
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $13,267.49 | Scheduled: | $13,382.82 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: RK COMBUSTION AND CONTROL, I
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1161
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $3,610.41 | Scheduled: | $3,610.41 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 1182-01 |
|---|---|
| TRANSFEROR: SECURITAS SECURITY SERVICES | Claim Date: 02/26/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET: 8093 (06/21/2010) |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $305,442.81 | Scheduled: | $320,711.31 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 1182-02 |
|---|---|
| TRANSFEROR: SECURITAS SECURITY SERVICES | Claim Date: 02/26/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-MBI |
| SUITE 312 | Comments: DOCKET: 8093 (06/21/2010) |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $20,471.46 |
|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 1324 |
|---|---|
| TRANSFEROR: ADVANCE MAILING SERVICES INC | Claim Date: 03/09/2009 |
| ONE UNIVERSITY PLAZA, | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| SUITE 312 | Comments: EXPUNGED |
| HACKENSACK, NJ 07601 | DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $1,200.00 |
|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 1357 |
|---|---|
| TRANSFEROR: C & W FIRE AND SAFETY, INC. | Claim Date: 03/09/2009 |
| ONE UNIVERSITY PLAZA, | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET: 3286 (12/18/2009) |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $5,456.98 | Scheduled: | $7,000.06 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 1367 |
|---|---|
| TRANSFEROR: BMB ENTERPRISES, INC | Claim Date: 03/09/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $1,404.40 | Scheduled: | $1,288.19 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 1368 |
|---|---|
| TRANSFEROR: METRO DISPOSAL LLC | Claim Date: 03/09/2009 |
| ONE UNIVERSITY PLAZA, | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $2,086.76 | Scheduled: | $2,086.76 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 1387 |
|---|---|
| TRANSFEROR: PROFESSIONAL COFFEE SERVICE | Claim Date: 03/09/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET: 5738 (03/10/2010) |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $1,173.67 | Scheduled: | $1,173.67 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HYDROVAC INDUSTRIAL SERVICES<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1391<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $42,029.70 | Scheduled: | $42,029.70 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BASIC CHEMICAL SOLUTIONS, L.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1408<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $63,312.75 | Scheduled: | $60,518.50 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: TIMBERLINE TREE SERVICE<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1426<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $6,075.00 | | |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: JUST YOUR WAY CLEANING INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1431<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $2,442.65 | Scheduled: | $2,442.65 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: VOIGT-ABERNATHY SALES CORP.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1463<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $11,860.23 | Scheduled: | $11,860.23 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PROACTIVE RELIABILITY SERVIC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1492<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $57,220.00 | Scheduled: | $58,920.00 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: FREMONT CONTRACT CARRIERS, I<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1531<br>Claim Date: 03/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $6,013.40 | Scheduled: | $11,161.60 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: FORD-GELATT & ASSOCIATES, IN<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1595<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $91,066.15 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: RIEKES EQUIPMENT COMPANY<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1624<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $10,810.97 | Scheduled: | $10,767.40 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: STATES LOGISTICS SERVICES, I<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1644<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $45,574.05 | Scheduled: | $92,120.01 UNLIQ |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ADKO INCORPORATED<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1761<br>Claim Date: 03/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED | Claimed: | $82,040.05 | Scheduled: | $81,852.00 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PAMARCO GLOBAL GRAPHICS CANA<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1886<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5738 (03/10/2010)<br>2,098.95 IN CANADIAN | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $1,724.55 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: NORTHWEST FIRE INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1944<br>Claim Date: 04/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $1,743.63 | Scheduled: | $1,743.63 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: DWIGHT W. PROUTY CO., INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 1953<br>Claim Date: 04/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED | Claimed: | $8,555.11 | Scheduled: | $9,567.67 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HARTLEY OIL COMPANY<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2004<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,325.86 | Scheduled: | $2,071.46 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: E&C CHEMICALS, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2025<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 6409<br>DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $123,067.41 |
|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: NORTHERN STATES POWER CO.<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2053<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8513 (09/10/2010) |
|---|---|

| UNSECURED | Claimed: | $246,275.25 |
|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: NOSS COMPANY<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2062<br>Claim Date: 04/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $3,998.46 | Scheduled: | $3,998.46 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: NOSS COMPANY<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2063<br>Claim Date: 04/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $4,605.51 | Scheduled: | $10,243.48 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BECK'S SHOES, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2100<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,545.76 | Scheduled: | $5,256.38 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BECK'S SHOES, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2101<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $309.95 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: DALE BOLTON ENTERPRISES, LLC<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2125<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $10,455.00 | | |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MH EQUIPMENT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2198<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>amends 552 |
|---|---|

| UNSECURED | Claimed: | $28,026.12 | Scheduled: | $32,375.42 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PIRTEK OVERLAND<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2208<br>Claim Date: 04/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,141.96 | Scheduled: | $3,099.23 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: THERMO ELECTRIC COMPANY INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2223<br>Claim Date: 04/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 6353 (03/29/2010) |
|---|---|

| UNSECURED | Claimed: | $4,687.00 | Scheduled: | $1,817.40 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: YOKOGAWA CORPORATION OF AMER<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2277<br>Claim Date: 04/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $15,810.83 | Scheduled: | $14,407.57 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: FOCUS IMAGING GROUP<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2358<br>Claim Date: 04/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $41,751.00 | Scheduled: | $44,041.00 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MEYER LABORATORY<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2426<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $4,501.70 | Scheduled: | $4,501.70 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 2431 |
| TRANSFEROR: ACCURATE RECYCLING CORP. | Claim Date: 04/24/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| SUITE 312 | Comments: EXPUNGED |
| HACKENSACK, NJ 07601 | DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $65,011.17 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 2439 |
| TRANSFEROR: RITE-WEIGHT, INC. | Claim Date: 04/24/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| SUITE 312 | Comments: EXPUNGED |
| HACKENSACK, NJ 07601 | DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $2,200.00 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 2446-02 |
| TRANSFEROR: FASTENERS FOR RETAIL | Claim Date: 04/24/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| SUITE 312 | Comments: ALLOWED |
| HACKENSACK, NJ 07601 | DOCKET: 4131 (01/14/2010) |

| ADMINISTRATIVE | Claimed: | $19,136.22 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 2487 |
| TRANSFEROR: CREATIVE COMMUNICATION SALES | Claim Date: 04/27/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET 7553 (05/10/2010) |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $4,453.64 | Scheduled: | $4,153.00 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 2574 |
| TRANSFEROR: STANGER INDUSTRIES, INC. | Claim Date: 04/29/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET 8530 (09/13/2010) |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $10,652.40 | Scheduled: | $156,388.24 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 2592 |
| TRANSFEROR: STANGER INDUSTRIES, INC. | Claim Date: 04/29/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET 8535 (09/14/2010) |
| HACKENSACK, NJ 07601 | |

| SECURED | Claimed: | $246.15 |
| UNSECURED | Claimed: | $714.28 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 2593 |
| TRANSFEROR: STANGER INDUSTRIES, INC. | Claim Date: 04/29/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET 8535 (09/14/2010) |
| HACKENSACK, NJ 07601 | |

| SECURED | Claimed: | $42,779.82 |
| UNSECURED | Claimed: | $714.29 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: STANGER INDUSTRIES, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2594<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8535 (09/14/2010) |

| SECURED | Claimed: | $3,099.53 |
| UNSECURED | Claimed: | $714.29 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: STANGER INDUSTRIES, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2595<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8535 (09/14/2010) |

| SECURED | Claimed: | $30,424.12 |
| UNSECURED | Claimed: | $714.29 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: STANGER INDUSTRIES, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2596<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8535 (09/14/2010) |

| SECURED | Claimed: | $438.65 |
| UNSECURED | Claimed: | $714.28 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: STANGER INDUSTRIES, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2597<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8535 (09/14/2010) |

| SECURED | Claimed: | $3,816.37 |
| UNSECURED | Claimed: | $714.29 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: STANGER INDUSTRIES, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2598<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8535 (09/14/2010) |

| SECURED | Claimed: | $931.69 |
| UNSECURED | Claimed: | $714.28 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: STANGER INDUSTRIES, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2599<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8535 (09/14/2010) |

| SECURED | Claimed: | $19,222.78 |
| UNSECURED | Claimed: | $714.29 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANGER INDUSTRIES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2600
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8535 (09/14/2010)

| | Claimed: | |
|---|---|---|
| SECURED | Claimed: | $471.82 |
| UNSECURED | Claimed: | $714.28 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANGER INDUSTRIES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2601
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8535 (09/14/2010)

| | Claimed: | |
|---|---|---|
| SECURED | Claimed: | $383.59 |
| UNSECURED | Claimed: | $714.28 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANGER INDUSTRIES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2602
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8535 (09/14/2010)

| | Claimed: | |
|---|---|---|
| SECURED | Claimed: | $827.90 |
| UNSECURED | Claimed: | $714.28 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANGER INDUSTRIES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2603
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8535 (09/14/2010)

| | Claimed: | |
|---|---|---|
| SECURED | Claimed: | $2,259.90 |
| UNSECURED | Claimed: | $714.29 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANGER INDUSTRIES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2604
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8535 (09/14/2010)

| | Claimed: | |
|---|---|---|
| SECURED | Claimed: | $2,185.63 |
| UNSECURED | Claimed: | $714.29 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANGER INDUSTRIES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2605
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8535 (09/14/2010)

| | Claimed: | |
|---|---|---|
| SECURED | Claimed: | $2,673.56 |
| UNSECURED | Claimed: | $714.29 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC. | | Claim Number: 2606 |
| TRANSFEROR: STANGER INDUSTRIES, INC. | | Claim Date: 04/29/2009 |
| ONE UNIVERSITY PLAZA | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | | Comments: DOCKET: 8535 (09/14/2010) |
| HACKENSACK, NJ 07601 | | |
| | | |
| SECURED | Claimed: | $1,360.69 |
| UNSECURED | Claimed: | $714.28 |

---

| LIQUIDITY SOLUTIONS, INC. | | Claim Number: 2607 |
| TRANSFEROR: STANGER INDUSTRIES, INC. | | Claim Date: 04/29/2009 |
| ONE UNIVERSITY PLAZA | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | | Comments: DOCKET: 8535 (09/14/2010) |
| HACKENSACK, NJ 07601 | | |
| | | |
| SECURED | Claimed: | $1,552.28 |
| UNSECURED | Claimed: | $714.28 |

---

| LIQUIDITY SOLUTIONS, INC. | | Claim Number: 2608 |
| TRANSFEROR: STANGER INDUSTRIES, INC. | | Claim Date: 04/29/2009 |
| ONE UNIVERSITY PLAZA | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | | Comments: DOCKET: 8535 (09/14/2010) |
| HACKENSACK, NJ 07601 | | |
| | | |
| SECURED | Claimed: | $311.99 |
| UNSECURED | Claimed: | $714.28 |

---

| LIQUIDITY SOLUTIONS, INC. | | Claim Number: 2609 |
| TRANSFEROR: STANGER INDUSTRIES, INC. | | Claim Date: 04/29/2009 |
| ONE UNIVERSITY PLAZA | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | | Comments: DOCKET: 8535 (09/14/2010) |
| HACKENSACK, NJ 07601 | | |
| | | |
| SECURED | Claimed: | $2,356.80 |
| UNSECURED | Claimed: | $714.29 |

---

| LIQUIDITY SOLUTIONS, INC. | | Claim Number: 2610 |
| TRANSFEROR: STANGER INDUSTRIES, INC. | | Claim Date: 04/29/2009 |
| ONE UNIVERSITY PLAZA | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | | Comments: DOCKET: 8535 (09/14/2010) |
| HACKENSACK, NJ 07601 | | |
| | | |
| SECURED | Claimed: | $5,148.28 |
| UNSECURED | Claimed: | $714.29 |

---

| LIQUIDITY SOLUTIONS, INC. | | Claim Number: 2611 |
| TRANSFEROR: STANGER INDUSTRIES, INC. | | Claim Date: 04/29/2009 |
| ONE UNIVERSITY PLAZA | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | | Comments: DOCKET: 8535 (09/14/2010) |
| HACKENSACK, NJ 07601 | | |
| | | |
| SECURED | Claimed: | $3,611.36 |
| UNSECURED | Claimed: | $714.29 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: STANGER INDUSTRIES, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2612<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8535 (09/14/2010) |
|---|---|

| SECURED | Claimed: | $1,825.56 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $714.29 | | |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: TIGER CONTROLS INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2623<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $93,157.82 | Scheduled: | $87,391.30 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: UNIVERSAL WEARPARTS, INC.<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2629<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $18,710.17 | Scheduled: | $18,710.17 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: COOLING TOWER DEPOT, INC.,<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2665<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $34,813.57 | Scheduled: | $34,813.57 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PEGASUS SOLUTIONS, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2699<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $93,920.27 | Scheduled: | $98,250.37 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CHAPMAN'S ACE HARDWARE<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2710<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,844.83 | Scheduled: | $1,886.10 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CARPETSPLUS COLORTILE<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2741<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,202.39 | Scheduled: | $1,202.39 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CALIFORNIA GREY BEARS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2779<br>Claim Date: 05/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $2,050.00 | Scheduled: | $2,644.00 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CENTRAL YORK CORPORATION<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2787<br>Claim Date: 05/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $21,582.00 | Scheduled: | $21,509.77 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GREER INDUSTRIES<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2813<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $104,515.25 | Scheduled: | $88,644.66 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: NORTHERN INDUSTRIAL FLOORING<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2814<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $34,477.89 | | |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: TOVAR'S SNOW PLOWING INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2908<br>Claim Date: 05/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $4,059.00 | Scheduled: | $4,059.00 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GMF FLEXO PREPRESS INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 2940<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $67,094.05 | | |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: WALCO ELECTRIC CO.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3068<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $37,496.52 | Scheduled: | $37,495.92 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: TRI-LAKES CONTAINER<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3086<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8408 (08/18/2010) | | |
| UNSECURED | Claimed: | $38,981.42 | Scheduled: | $35,939.82 |

---

| | | | |
|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ACCURATE PAPER RECYCLING, IN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3237-01<br>Claim Date: 06/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | |
| UNSECURED | Claimed: | $2,163.13 | |

---

| | | | |
|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ACCURATE PAPER RECYCLING, IN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3237-02<br>Claim Date: 06/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | |
| ADMINISTRATIVE | Claimed: | $28,005.94 | |

---

| | | | |
|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CRAFT INDUSTRIAL<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3261<br>Claim Date: 06/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | |
| UNSECURED | Claimed: | $104,039.25 | |

---

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: THACKER INDUSTRIAL SERVICE C<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3289<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5734 (03/10/2010) | | |
| UNSECURED | Claimed: | $145,085.00 | Scheduled: | $168,079.10 |

---

| | | | |
|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SAMUEL STRAPPING SYSTEMS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3290<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |
| UNSECURED | Claimed: | $382,201.52 | |

---

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ACCURATE RECYCLING CORP.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3339<br>Claim Date: 06/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
| UNSECURED | Claimed: | $24,041.04 | Scheduled: | $49,723.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: WESTERN POLYMER CORP<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3345<br>Claim Date: 06/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>Amends Claim 1464 |
|---|---|

| UNSECURED | Claimed: | $44,550.58 | | |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MECHANICAL EQUIPMENT COMPANY<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3414<br>Claim Date: 06/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $30,590.57 | Scheduled: | $30,793.97 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PREMIER MAINTENANCE INC<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3468<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $5,821.11 | Scheduled: | $6,270.00 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LABET-IT, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3587<br>Claim Date: 07/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $5,799.25 | | |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: RUDCO PRODUCTS INC<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3609<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $8,520.00 | Scheduled: | $8,520.00 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: RUDCO PRODUCTS INC<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3610<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $8,520.00 | | |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: DEANGELIS CONSTRUCTION CO<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3613<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $11,766.00 | Scheduled: | $11,766.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: DEANGELIS CONSTRUCTION CO.
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3614
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $11,766.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: JIM'S LEASING INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3616
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,200.00 |
| UNSECURED | Claimed: | $4,000.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: JIMS LEASING INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3617
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,200.00 | Scheduled: | $5,200.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SERF INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3628
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,089.81 | Scheduled: | $9,474.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: TRISTATE COATING AND MACHINE
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3642
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34,095.55 | Scheduled: | $34,095.55 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: K&J SUPPLY CO INC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3646
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $66,255.58 | Scheduled: | $66,255.58 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: COLUMBIA ANALYTICAL SERVICES
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3648
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,766.75 | Scheduled: | $13,951.75 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GALBRAITH LABORATORIES INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3658<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | |

| UNSECURED | Claimed: | $12,123.60 | Scheduled: | $11,025.60 |
|---|---|---|---|---|

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: JERKE CONSTRUCTION<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3759<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $5,581.98 | Scheduled: | $5,581.98 |
|---|---|---|---|---|

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: COATER SERVICES/LSI<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3819<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $1,194.14 | Scheduled: | $1,120.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ACE INDUSTRIAL SERVICES<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3842<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $5,118.20 | Scheduled: | $5,118.20 |
|---|---|---|---|---|

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BONDED MESSENGER SERVICE INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3855<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | |

| UNSECURED | Claimed: | $679.39 | Scheduled: | $1,141.07 |
|---|---|---|---|---|

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LEXCOM TELEPHONE COMPANY<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3874<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | |

| UNSECURED | Claimed: | $2,934.73 | Scheduled: | $4,222.31 |
|---|---|---|---|---|

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: T&S PRODUCTS INC<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3918<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | |

| UNSECURED | Claimed: | $21,091.19 | Scheduled: | $21,091.19 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HINTZ FIRE EQUIPMENT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3920<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,261.85 | Scheduled: $1,261.85 |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: COUNTRYLINE INC<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3933<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,575.42 | Scheduled: $3,150.84 UNLIQ |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: M AND S SECURITY SERVICES<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4011<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $14,806.08 | Scheduled: $14,508.25 |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HILLSBORO TRANSPORTATION<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4114<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,482.00 | |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HILLSBORO TRANSPORTATION<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4115<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,482.00 | Scheduled: $10,662.00 |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ARCS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4125<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,068.25 | Scheduled: $2,068.25 |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: A.R.C.S. DIV PNJ INDUSTRIES<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4126<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,875.00 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: L & S ELECTRIC INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4138<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $189,956.63 | Scheduled: | $181,712.63 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HIGH PLAINS LOGISTICS CONSUL<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4147<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $17,446.33 | Scheduled: | $15,164.68 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SHEET METAL SOLUTIONS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4294<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $11,778.05 | Scheduled: | $4,736.49 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: M2 LOGISTICS INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4310<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $9,105.21 | Scheduled: | $8,696.83 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SECURITY MANAGEMENT OF<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4351<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $14,899.63 | Scheduled: | $15,078.73 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: TRI CHEM CORPORATION<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4354<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $16,505.89 | Scheduled: | $16,505.89 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KROHNE INC<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4372<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $17,244.09 | Scheduled: | $17,244.09 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 4425 |
|---|---|
| TRANSFEROR: STAFFORD CUTTING DIES INC | Claim Date: 07/10/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: ALLOWED |
| HACKENSACK, NJ 07601 | DOCKET: 7552 (05/10/2010) |

| ADMINISTRATIVE UNSECURED | Claimed: | $11,640.57 | | |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 4473 |
|---|---|
| TRANSFEROR: ORKIN EXTERMINATING CO INC | Claim Date: 07/10/2009 |
| ONE UNIVERSITY PLAZA, | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET 7576 (05/11/2010) |
| HACKENSACK, NJ 07601 | |

| PRIORITY UNSECURED | Claimed: | $7,354.47 | Scheduled: | $7,354.47 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 4479 |
|---|---|
| TRANSFEROR: DREAM TECH CONSULTING | Claim Date: 07/10/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET 7550 (05/10/2010) |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $10,328.18 | Scheduled: | $5,603.68 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 4547 |
|---|---|
| TRANSFEROR: NEW ENGLAND MECHANICAL INC | Claim Date: 07/10/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $6,981.00 | Scheduled: | $6,981.00 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 4622 |
|---|---|
| TRANSFEROR: PLANK CORPORATION | Claim Date: 07/13/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET: 6649 (04/07/2010) |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $11,293.87 | | |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 4623 |
|---|---|
| TRANSFEROR: SPENCER JOHNSTON COMPANY | Claim Date: 07/13/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $2,484.00 | Scheduled: | $2,484.00 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 4657 |
|---|---|
| TRANSFEROR: YARDE METALS INC. | Claim Date: 07/13/2009 |
| ONE UNIVERSITY PLAZA, | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET: 4132 (01/14/2010) |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $1,343.85 | Scheduled: | $2,753.51 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: TAYLOR INSULATION
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4680
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $780.00 | | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: TAYLOR INSULATION
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4681
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,475.00 | Scheduled: | $5,475.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: GH PACKAGE & PRODUCT TESTING
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4727
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,940.00 | Scheduled: | $3,940.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BRIDGE TERMINAL TRANSPORT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4738
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $106,584.44 | Scheduled: | $91,642.07 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: INDUSTRIAL MAINTENANCE LTD
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4779
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,086.33 | Scheduled: | $4,086.33 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: DELTA INDUSTRIES INC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4784
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,157.02 | Scheduled: | $9,157.02 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: NORTHERN INDUSTRIAL FLOORING
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4785
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34,477.89 | Scheduled: | $34,477.89 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: H BERSTEIN SERVICE CO INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4794<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $118,957.80 | Scheduled: | $116,061.89 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: DIRECT EMPLOYERS ASSOCIATION<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4841<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,013.70 | Scheduled: | $2,013.70 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SENTINEL LUBRICANTS CORP<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4849<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $13,910.48 | Scheduled: | $13,542.37 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BELT CORPORATION OF AMERICA<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4852<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $965.83 | Scheduled: | $1,296.13 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: UNITED SCALE & ENGINEERING<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4889<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,285.17 | Scheduled: | $1,285.17 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BOBCAT ENTERPRISES INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4926<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $10,205.69 | Scheduled: | $2,862.39 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MEYER LABORATORY, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4928-03<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5768 (03/11/2010)<br>Amends claim 2427. |
|---|---|

| ADMINISTRATIVE | Claimed: | $12,215.95 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MEYER LABORATORY, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 4928-04<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>Amends claim 2427. | | |
| UNSECURED | Claimed: | $38,023.73 | Scheduled: | $50,039.84 |

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LIQUID HANDLING SYSTEMS INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 4934<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $3,860.20 | Scheduled: | $3,933.58 |

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SILICON VALLEY LOCKMASTERS I<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 4937<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,611.59 | Scheduled: | $2,611.59 |

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: RITE WEIGHT INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 5029<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,200.00 | Scheduled: | $2,200.00 |

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: VALLEY PIPE & SUPPLY INC.<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 5059<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>Claim out of balance | | |
| UNSECURED | Claimed: | $1,934.30 | Scheduled: | $1,916.15 |

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: INDUSTRIAL CUTTING TOOLS INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 5078<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $13,647.42 | Scheduled: | $13,647.42 |

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ADVANCE MAILING SERVICE<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 5084<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $1,200.00 | Scheduled: | $1,177.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: TRIANGLE, INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 5090<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $14,885.00 | Scheduled: | $14,885.00 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ROCKY MOUNTAIN PAVEMENT<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 5127<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $19,656.00 | Scheduled: | $19,656.00 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SMC ELECTRIC<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 5149<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $3,830.19 | Scheduled: | $3,830.19 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: RAAB SALES INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 5241<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,752.59 | Scheduled: | $1,752.59 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ROGERS CARTAGE CO.<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 5275<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $56,263.14 | Scheduled: | $55,615.39 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CONTINENTAL DISC CORP<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 5279<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $5,242.58 | Scheduled: | $5,242.58 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: OHIO BLOW PIPE COMPANY, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 5292<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| SECURED | Claimed: | $76,814.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,702.76 | Scheduled: | $108,905.23 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: HANNA TRANSFER NORTH INC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5307
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,832.60 | Scheduled: | $1,832.60 |
|---|---|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PRINTLINK LTD
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5322
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $4,490.15 | Scheduled: | $4,490.15 |
|---|---|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: NYE LUBRICANTS
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5327
Claim Date: 07/15/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $33,003.77 |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: HASSAN COMPLETE JANITORIAL
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5348
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $16,298.00 |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: E&L ELECTRIC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5438
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,631.80 | Scheduled: | $3,169.20 |
|---|---|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BOCK & CLARK CORPORATION
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5449
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $7,800.00 | Scheduled: | $18,050.00 |
|---|---|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BINGHAM FLEXO SERVICES INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5514
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,858.98 | Scheduled: | $3,858.98 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ELECTRO MECHANICAL SERVICES<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 5564<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $2,055.00 | Scheduled: | $2,055.00 |

---

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: TRIBCO INC. (01)<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 5591<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $6,989.32 | | |

---

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ED SCOTT EXPRESS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 5609<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $1,023.96 |

---

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ED SCOTT EXPRESS (01)<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 5610<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,023.96 | | |

---

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: RELIABLE FIRE EQUIPMENT CO<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 5728<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $7,913.31 | Scheduled: | $4,429.16 |

---

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HAR ADHESIVE TECHNOLOGIES<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 5732<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $13,682.07 | Scheduled: | $13,684.15 |

---

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KNIGHT IND SUPPLIES INC<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 5735<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $11,936.40 | Scheduled: | $11,624.40 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: AMERICAN PLUMBING COMP., INC<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 5779<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $53,299.00 | Scheduled: | $78,000.64 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SOLID WASTE AUTH-PROJECT PAP<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 5944<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $2,499.74 | Scheduled: | $2,505.17 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: VALLEY INDUSTRIAL PRODUCTS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6173<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $8,028.03 | Scheduled: | $8,028.03 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PALL TRINCOR<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6236<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $33,057.40 | Scheduled: | $33,258.09 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KADANT JOHNSON INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6238-01<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $39,135.20 |
|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KADANT JOHNSON INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6238-02<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $39,135.20 |
|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GA DISPOSAL INC<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6355<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,730.00 | Scheduled: | $1,884.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: GOVERNOR CONTROL SYSTEMS INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6375-02
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 5768 (03/11/2010)
Claim out of balance

| ADMINISTRATIVE | Claimed: | $21,023.09 | | |
| UNSECURED | | | Scheduled: | $34,977.39 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: GOVERNOR CONTROL SYSTEMS INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6375-03
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 5768 (03/11/2010)
Claim out of balance

| UNSECURED | Claimed: | $13,954.30 | | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: COMMUNICATIONS & ELECTRONICS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6393
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $10,663.60 | Scheduled: | $10,512.88 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PERFORMANCE FOOD GROUP CO
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6401
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $31,806.12 | Scheduled: | $26,651.22 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: E&C CHEMICALS, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6409-01
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 5768 (03/11/2010)

| ADMINISTRATIVE | Claimed: | $47,758.20 | | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: E&C CHEMICALS, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6409-02
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $955.14 | Scheduled: | $171,829.75 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: AMERICAN PRODUCTS ENTP. CORP
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6435
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| PRIORITY | Claimed: | $2,063.81 | | |
| UNSECURED | | | Scheduled: | $1,947.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: AMERICAN PRODUCTS ENTERPRISE<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6436<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $2,063.81 | | |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: FASTENERS FOR RETAIL, INC. (<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6441<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $27,428.34 | Scheduled: | $46,707.43 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: IWS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6454<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $11,509.68 | Scheduled: | $19,458.43 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PULMAC INSTRUMENTS INTL.<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6537<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $3,540.32 | Scheduled: | $3,540.32 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: RADIO TECHNOLOGIES & COMMUNI<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6621<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,835.66 | Scheduled: | $7,197.82 |
|---|---|---|---|---|

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CENTRAL STATES WIRE PRODUCTS<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6632<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,326.20 | Scheduled: | $8,326.20 |

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: NESTLE WATERS NORTH AMERICA<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6741<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7432 (05/04/2010) |
|---|---|

| UNSECURED | Claimed: | $2,313.00 | Scheduled: | $2,593.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: FINAL TOUCH CLEANING<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6756<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $1,850.00 | Scheduled: | $1,850.00 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PORTER ROOFING CONTRACTORS,<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6779<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $3,675.00 | Scheduled: | $3,250.00 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: WISCONSIN ELECTRIC POWER COM<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6835<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 7550 (05/10/2010) |

| UNSECURED | Claimed: | $235,500.25 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KEY CONTROLS, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6937<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7771 (05/27/2010) |

| UNSECURED | Claimed: | $40,435.77 | Scheduled: | $37,010.30 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: DALE BOLTON ENTERPRISES, LLC<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6953<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $19,905.00 | Scheduled: | $14,455.00 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: AAA-ABC COURIER<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6957<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $1,229.00 | Scheduled: | $1,130.00 |

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ADEX INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 7038<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $413,909.75 | Scheduled: | $413,909.75 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 7085 |
| TRANSFEROR: ABLE TECHNOLOGY LLC | Claim Date: 08/03/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $1,470.19 | Scheduled: | $49,127.19 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 7086 |
| TRANSFEROR: ABLE FIELD SERVICES INC | Claim Date: 08/03/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $63,884.00 | Scheduled: | $16,142.00 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 7092 |
| TRANSFEROR: LARRY'S TRUCKING & WAREHOUSE | Claim Date: 08/03/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| SUITE 312 | Comments: EXPUNGED |
| HACKENSACK, NJ 07601 | DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $15,500.00 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 7122 |
| TRANSFEROR: FRANKLIN FREIGHT BROKERAGE, | Claim Date: 08/03/2009 |
| ONE UNIVERSITY PLAZA, | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $26,920.44 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 7125 |
| TRANSFEROR: FRANKLIN STORAGE, LP | Claim Date: 08/03/2009 |
| ONE UNIVERSITY PLAZA, | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET: 6281 (03/26/2010) |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $46,230.27 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 7242 |
| TRANSFEROR: COT PURITECH INC | Claim Date: 08/06/2009 |
| ONE UNIVERSITY PLAZA, | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET: 7554 (05/10/2010) |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $26,617.50   UNDET | Scheduled: | $26,617.50 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 7329-03 |
| TRANSFEROR: NYE LUBRICANTS, INC. | Claim Date: 08/07/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-MBI |
| SUITE 312 | Comments: DOCKET: 5769 (03/11/2010) |
| HACKENSACK, NJ 07601 | Claim out of balance; Amends claim 5327 |

| ADMINISTRATIVE | Claimed: | $7,180.58 |
| UNSECURED | | | Scheduled: | $32,042.74 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: NYE LUBRICANTS, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7329-04
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8408 (08/18/2010)
Claim out of balance; Amends claim 5327

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,823.19 | | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ADHESIVE COMPOUNDERS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7360
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,635.50 | Scheduled: | $1,635.50 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: WEIDNER PLUMBING & HEATING C
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7599
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,780.35 | Scheduled: | $2,586.40 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: MALONEY GLASS & DOOR INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7605
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,361.12 | Scheduled: | $5,361.12 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CONTROL DYNAMICS, INC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7780
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
Amends claim no. 7121

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $23,677.46 | | |
| UNSECURED | Claimed: | $216,184.63 | | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PUBLIC SERVICE COMPANY OF CO
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7795
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,153.97 | Scheduled: | $95,195.38 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: NEW ENGLAND CONTROLS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 8082
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,384.41 | Scheduled: | $7,374.41 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 8112 |
|---|---|
| TRANSFEROR: MWP INDUSTRIAL SERVICES INC | Claim Date: 08/17/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $7,842.00 | Scheduled: | $7,842.00 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 8154 |
|---|---|
| TRANSFEROR: TRIMEDIA CONSULTANTS INC | Claim Date: 08/18/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $40,250.75 | Scheduled: | $38,069.50 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 8489 |
|---|---|
| TRANSFEROR: MEYER LABORATORY, ULC | Claim Date: 07/16/2009 |
| ONE UNIVERSITY PLAZA, | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| SUITE 312 | |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $4,301.89 |
|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 8493 |
|---|---|
| TRANSFEROR: COSHOCTON TOWN & COUNTRY CLU | Claim Date: 07/16/2009 |
| ONE UNIVERSITY PLAZA, | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $1,099.43 | Scheduled: | $1,099.43 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 8719 |
|---|---|
| TRANSFEROR: COMMUNICATIONS & ELECTRONICS | Claim Date: 07/27/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| SUITE 312 | Comments: EXPUNGED |
| HACKENSACK, NJ 07601 | DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $10,663.60 |
|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 8827 |
|---|---|
| TRANSFEROR:PEREIRA INDUSTRIAL CONSTRUCTN | Claim Date: 07/30/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| SUITE 312 | Comments: EXPUNGED |
| HACKENSACK, NJ 07601 | DOCKET: 8117 (06/22/2010) |

| UNSECURED | Claimed: | $5,694.87 |
|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 8900 |
|---|---|
| TRANSFEROR: GMF FLEXO PREPRESS INC | Claim Date: 07/10/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| SUITE 312 | Comments: EXPUNGED |
| HACKENSACK, NJ 07601 | DOCKET: 8909 (01/25/2011) |

| UNSECURED | Claimed: | $67,074.80 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 9042 |
| TRANSFEROR: COVERALL NORTH AMERICA, INC. | Claim Date: 08/17/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET: 4132 (01/14/2010) |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $16,095.00 | Scheduled: | $19,910.42 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 9085 |
| TRANSFEROR: MSJ TRUCKING INC | Claim Date: 08/19/2009 |
| ONE UNIVERSITY PLAZA, | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $12,990.00 | Scheduled: | $12,990.00 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 9361 |
| TRANSFEROR: HYDROCHEM INDUSTRIAL SERVICE | Claim Date: 08/21/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET: 7746 (05/25/2010) |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $72,011.97 | Scheduled: | $49,543.71 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 9436 |
| TRANSFEROR: HYDROTEX INC (02) | Claim Date: 08/21/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET: 7550 (05/10/2010) |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $16,487.20 | Scheduled: | $16,477.09 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 9460 |
| TRANSFEROR: MAINLINE INFORMATION SYSTEMS | Claim Date: 08/12/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET: 5047 (02/16/2010) |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $232,528.03 | Scheduled: | $232,528.03 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 9593 |
| TRANSFEROR: BUSKE LINES INC | Claim Date: 08/24/2009 |
| ONE UNIVERSITY PLAZA, | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | Comments: DOCKET: 6649 (04/07/2010) |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $27,565.24 | Scheduled: | $37,944.34 |

---

| LIQUIDITY SOLUTIONS, INC. | Claim Number: 9621 |
| TRANSFEROR: HERMES LANDSCAPING INC | Claim Date: 08/24/2009 |
| ONE UNIVERSITY PLAZA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | |
| HACKENSACK, NJ 07601 | |

| UNSECURED | Claimed: | $2,439.48 | Scheduled: | $2,439.48 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: MIDDLESEX LAWN & GARDEN INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 9741
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $4,663.07 | Scheduled: | $4,885.74 |
|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BRENNER CORPORATION
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 9781
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)

| UNSECURED | Claimed: | $11,323.32 | Scheduled: | $11,323.32 |
|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: KONECRANES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 9843-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $151,526.88 | Scheduled: | $16,725.45 |
|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: COPLAND TRUCKING CO INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 9859
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)

| UNSECURED | Claimed: | $40,000.00 | Scheduled: | $40,000.00 |
|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: HOFFMEYER CORPORATION
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 9986
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,128.55 | Scheduled: | $3,128.55 |
|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: KADANT JOHNSON INC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 10037
Claim Date: 08/25/2009
Debtor: CALPINE CORRUGATED, LLC

| UNSECURED | Claimed: | $699.48 | Scheduled: | $699.48 |
|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: KADANT JOHNSON INC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 10038
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
claim amends claim 6238

| UNSECURED | Claimed: | $94,957.70 | Scheduled: | $132,019.06 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: KADANT BLACK CLAWSON INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 10039-03
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 5769 (03/11/2010)

| ADMINISTRATIVE | Claimed: | $26,976.00 | | |
| UNSECURED | | | Scheduled: | $286,824.89 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: KADANT BLACK CLAWSON INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 10039-04
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)

| UNSECURED | Claimed: | $259,463.77 | Scheduled: | $20,684.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: GREGORY SALISBURY & CO INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 10676
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $9,914.00 | Scheduled: | $9,914.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: AMERIKEN COMPANIES
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 10756
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,671.97 | Scheduled: | $1,634.37 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SPAETH CLEANING
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 10913
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $4,500.00 | Scheduled: | $4,500.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BIOBELT LABORATORIES INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11113
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $8,100.00 | Scheduled: | $9,225.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BIOBELT LABORATORIES INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11114
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $3,825.00 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BIOBELT LABORATORIES INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 11115<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC. |
|---|---|

| UNSECURED | Claimed: | $225.00 | Scheduled: | $225.00 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KADANT WEB SYSTEMS INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 11128-03<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $8,157.02 | Scheduled: | $61,372.33 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KADANT WEB SYSTEMS INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 11128-04<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010) |
|---|---|

| UNSECURED | Claimed: | $54,884.85 |
|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KADANT AES<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 11129-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $16,348.10 | Scheduled: | $86,009.38 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KADANT AES<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 11129-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010) |
|---|---|

| UNSECURED | Claimed: | $71,194.30 |
|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CLAYTON INDUSTRIES<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 11469<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $29,540.67 | Scheduled: | $29,599.72 |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HAMILTON PRESS, LLC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 11585<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $10,361.07 | Scheduled: | $10,044.43 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: EDWARDS WOOD PRODUCTS INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11607-01
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,735.46 | Scheduled: | $24,510.66 UNLIQ |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: EDWARDS WOOD PRODUCTS INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11607-02
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2534 (10/30/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,387.60 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BW JOHNSON MANUFACTURING CO.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11668
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends Claim 4308

| | | |
|---|---|---|
| UNSECURED | Claimed: | $70,970.52 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LARRY'S TRUCKING & WAREHOUSE
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11678
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
Amends claim 7092.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,449.43 | Scheduled: | $31,265.09 UNLIQ |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANDARD PLUMBING & HEATING
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11716
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,137.00 | Scheduled: | $5,137.00 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ARROYO PROCESS EQUIPMENT INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11735
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,455.53 | Scheduled: | $19,214.00 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PAMARCO GLOBAL GRAPHICS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11797
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
Amends claim #1886

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,608.56 | Scheduled: | $29,506.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: W.D. ROGERS MECHANICAL CONTR
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11876
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $24,856.00 | Scheduled: | $24,856.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PIRTEK SOUTH HOLLAND INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 12120
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,965.43 | Scheduled: | $1,418.24 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: WISCONSIN ELECTRIC POWER COM
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 12165
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)

| UNSECURED | Claimed: | $235,500.25 | Scheduled: | $108,697.83 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SHIPPING UTILITIES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 12327
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $9,222.08 | Scheduled: | $3,803.06 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: MACHINE TOOL REBUILDERS INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 12388
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $6,046.25 | Scheduled: | $6,046.25 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PEREIRA INDUSTRIAL CONSTRUCT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 12443
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3286 (12/18/2009)

| UNSECURED | Claimed: | $5,694.87 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: GMF FLEXO PREPRESS INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 12579
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $67,074.80 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KADANT BLACK CLAWSON INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 12809-01<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8909 (01/25/2011) | | |
| UNSECURED | Claimed: | $9,176.31 | Scheduled: | $9,176.31 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KADANT BLACK CLAWSON INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 12809-02<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2534 (10/30/2009) | | |
| ADMINISTRATIVE | Claimed: | $9,021.00 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KADANT CANADA CORP.<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 12920<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| PRIORITY | Claimed: | $8,688.90 | | |
| UNSECURED | Claimed: | $33,128.66 | Scheduled: | $42,407.78 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PEREIRA INDUSTRIAL & MAINTEN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 13201<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 12443<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $5,694.87 | Scheduled: | $5,694.87 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KADANT CANADA CORP.<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 13321<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI | | |
| PRIORITY | Claimed: | $28.09 | | |
| UNSECURED | Claimed: | $1,899.52 | Scheduled: | $1,970.01 |
| LISENBY, FRANK R<br>209 COLUMBUS CIRCLE<br>BREWTON, AL 36426 | | Claim Number: 8110<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| LITHTEX<br>6770 NW CENTURY BLVD<br>HILLSBORO, OR 97124 | | Claim Number: 3832<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $7,083.00 | Scheduled: | $7,083.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LITHTEX, INC.<br>6770 NW CENTURY BLVD<br>HILLSBORO, OR 97124 | Claim Number: 1809<br>Claim Date: 03/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $7,083.00 | | |
|---|---|---|---|---|

| LITIN<br>3003 N PACIFIC STREET<br>MINNEAPOLIS, MN 55411 | Claim Number: 12155<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $2,101.00 | Scheduled: | $2,101.00 |
|---|---|---|---|---|

| LITTLE BOW TRANSPORT 2000 LTD.<br>4747A 54 AVENUE SE<br>CALGARY, AB T2C 2M1<br>CANADA | Claim Number: 1884<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $18,842.61 | Scheduled: | $17,178.07 |
|---|---|---|---|---|

| LITTLE RIVER FORESTRY INC<br>PO BOX 159<br>CEDAR BLUFF, AL 35959 | Claim Number: 9999-01<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7189 (04/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $36,109.32 | | |
|---|---|---|---|---|

| LITTLE RIVER FORESTRY INC<br>PO BOX 159<br>CEDAR BLUFF, AL 35959 | Claim Number: 9999-02<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $36,109.33 | | |
|---|---|---|---|---|

| LITTLE VILLAGE<br>PO BOX 243<br>RIVERSIDE, IL 60546 | Claim Number: 6374<br>Claim Date: 07/27/2009<br>Debtor: CAMEO CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $3,737.64 | Scheduled: | $3,737.64 |
|---|---|---|---|---|

| LITTLE, KELVIN E<br>1411 DORSEY STREET<br>GREENSBORO, NC 27407 | Claim Number: 4605<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $4,000.00 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LITTLE, ROBERTA R<br>1108 SE WALTROUS<br>DES MOINES, IA 50315 | Claim Number: 5501<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| LIVINGSTON INTERNATIONAL INC<br>PO BOX 950<br>BUFFALO, NY 14213 | Claim Number: 7902<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $798.70 | Scheduled: | $507.43 |
|---|---|---|---|---|

---

| LIVINGSTON INTL, INC<br>ATTENTION ANDES GONZALES<br>6725 AIRPORT ROAD<br>SUITE 500<br>MISSISSAUGA, ON L4V 1V2<br>CANADA | Claim Number: 9027<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $4,174.58 |
|---|---|---|

---

| LIVINGSTON INTL, INC.<br>ATTENTION ANDES GONZALES<br>6725 AIRPORT ROAD<br>SUITE 500<br>MISSISSAUGA, ON L4V 1V2<br>CANADA | Claim Number: 9024<br>Claim Date: 08/14/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD. |
|---|---|

| UNSECURED | Claimed: | $101.10 |
|---|---|---|

---

| LIVINGSTON, BRIAN Y<br>817 BALFOUR<br>WEST MEMPHIS, AR 72301 | Claim Number: 11582<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $20,000.00 |
|---|---|---|

---

| LIVINGSTON, ERVIN<br>314 LEE ST NE<br>APT G<br>WILSON, NC 27893 | Claim Number: 10589<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| LIVINGSTONE, JOHN N<br>15 PINE LAKE COURT<br>HAMPTON, VA 23669 | Claim Number: 3804<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | |
|---|---|
| LLOYD III., HENRY<br>471 CHURCHILL DRIVE<br>BERWYN, PA 19312 | Claim Number: 4771<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

UNSECURED          Claimed:              $0.00   UNLIQ

---

| | |
|---|---|
| LLOYDS REG QUALITY ASSURANCE INC<br>PO BOX 200168<br>HOUSTON, TX 77216-0168 | Claim Number: 7286<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

UNSECURED          Claimed:          $5,366.76          Scheduled:          $750.00

---

| | |
|---|---|
| LOAN FUNDING V, LLC<br>ATTENTION TERENCE DUNN<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT INC<br>P.O. BOX 32339, 2 GATEWAY CTR.<br>NEWARK, NJ 07102 | Claim Number: 11299<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |

SECURED          Claimed:          $4,828,277.80

---

| | |
|---|---|
| LOAN FUNDING V, LLC<br>ATTENTION TERENCE DUNN<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT INC<br>P.O. BOX 32339, 2 GATEWAY CTR.<br>NEWARK, NJ 07102 | Claim Number: 11300<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |

SECURED          Claimed:          $4,828,277.80

---

| | |
|---|---|
| LOAN FUNDING V, LLC<br>ATTENTION TERENCE DUNN<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT INC<br>P.O. BOX 32339, 2 GATEWAY CTR.<br>NEWARK, NJ 07102 | Claim Number: 11301<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |

SECURED          Claimed:          $4,828,277.80

---

| | |
|---|---|
| LOBLAWS INC<br>ATTN: ME NATHALIE TESSIER<br>400, AVENUE SAINTE-CROIX<br>SAINT-LAURENT, QC H4N 3L4<br>CANADA | Claim Number: 13156<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |

UNSECURED          Claimed:          $56,804.87

---

| | |
|---|---|
| LOCAL 6-505M, GCC/ IBT<br>ATTN: CHICO HUMES, PRESIDENT<br>105 PROGRESS PARKWAY<br>MARYLAND HEIGHTS, MO 63034 | Claim Number: 9297<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |

PRIORITY          Claimed:              $0.00   UNLIQ

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LOCAL 6-505M, GCC/ IBT
ATTN: CHICO HUMES, PRESIDENT
105 PROGRESS PARKWAY
MARYLAND HEIGHTS, MO 63034

Claim Number: 9300
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

---

LOCK SEARCH GROUP
405 THE WEST MALL
SUITE 910
TORONTO, ON M9C 5J1
CANADA

Claim Number: 8232
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $13,686.82 |
| --- | --- | --- |

---

LOCK SEARCH GROUP
405 THE WEST MALL SUITE 910
TORONTO, ON M9C 5J1
CANADA

Claim Number: 12316
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

LOCKE, CHRISTOPHER A.
3337 OLCOTT DRIVE
MARIETTA, NY 13110

Claim Number: 14117
Claim Date: 08/16/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8997 (03/22/2011)

| SECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

LOCKWOOD, JOE
6208 W. 138TH ST
OVERLAND PARK, KS 66223

Claim Number: 13710
Claim Date: 12/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| PRIORITY | Claimed: | $177,866.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $177,866.00 |

---

LOEWY FOODS INC
PO BOX 1362
NORTHBROOK, IL 60065

Claim Number: 6521
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,676.90 | Scheduled: | $2,676.90 |
| --- | --- | --- | --- | --- |

---

LOEWY FOODS INC
PO BOX 1362
NORTHBROOK, IL 60065

Claim Number: 6530
Claim Date: 07/27/2009
Debtor: CAMEO CONTAINER CORPORATION

| UNSECURED | Claimed: | $2,822.10 | Scheduled: | $2,822.10 |
| --- | --- | --- | --- | --- |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| LOFFTUS, JAMES A. & TILLIE V.<br>NAMED PLAINTIFF IN ERICKSON, ROY D.,<br>ET AL., C/O TOM L. LEWIS - LEWIS SLOVAK<br>& KOVACICH, P.C. - P.O. BOX 2325<br>GREAT FALLS, MT 59403 | | Claim Number: 6648<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $10,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| LOFTIS STEEL & ALUMINUM INC<br>PO BOX 90473<br>NASHVILLE, TN 37209 | | Claim Number: 4179<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 537. | | |
| UNSECURED | Claimed: | $479.00 | Scheduled: | $479.00 |

---

| | | | | |
|---|---|---|---|---|
| LOFTIS STEEL & ALUMINUM, INC.<br>4204 CHARLOTTE AVE.<br>PO BOX 90473<br>NASHVILLE, TN 37209 | | Claim Number: 537<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $479.00 | | |

---

| | | | | |
|---|---|---|---|---|
| LOFTON LABEL INC<br>6290 CLAUDE WAY EAST<br>INVER GROVE HEIGHTS, MN 55076 | | Claim Number: 4495<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $7,682.15 | Scheduled: | $9,880.25 |

---

| | | | | |
|---|---|---|---|---|
| LOFTON LABEL INC<br>6290 CLAUDE WAY EAST<br>INVER GROVE HEIGHTS, MN 55076 | | Claim Number: 4496<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $2,800.00 | | |

---

| | | | | |
|---|---|---|---|---|
| LOGAN COMPANY LLC<br>PO BOX 38<br>LARSEN, WI 54956 | | Claim Number: 4961<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $13,227.67 | Scheduled: | $13,227.67 |

---

| | | | | |
|---|---|---|---|---|
| LOGAN COMPANY, LLC<br>PO BOX 38<br>LARSEN, WI 54947 | | Claim Number: 105<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $13,227.68 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| LOGAN CONTRACTING GROUP INC<br>1417 SADLER ROAD 222<br>FERNANDINA BEACH, FL 32034 | | Claim Number: 11494<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | |
| ADMINISTRATIVE | Claimed: | $38,808.00 | | |
| UNSECURED | Claimed: | $118,266.00 | Scheduled: | $157,074.00 |

---

| | | | |
|---|---|---|---|
| LOGAN CONTRACTING GROUP, INC.<br>1417 SADLER ROAD #222<br>FERNANDINA BEACH, FL 32034 | | Claim Number: 2169<br>Claim Date: 04/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| UNSECURED | Claimed: | $157,074.00 | |

---

| | | | |
|---|---|---|---|
| LOGAN SAWMILL, INC<br>154 PLEASANT GROVE ROAD<br>ELLIJAY, GA 30540 | | Claim Number: 69<br>Claim Date: 02/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) | |
| UNSECURED | Claimed: | $3,966.03 | |

---

| | | | | |
|---|---|---|---|---|
| LOGGY BAYOU TIMBER COMPANY INC<br>2560 MILL STREET PO BOX 681<br>RINGGOLD, LA 71068 | | Claim Number: 5682<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>Claim out of balance | | |
| UNSECURED | Claimed: | $32,360.91 | Scheduled: | $64,721.83  UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| LOGIC SYSTEMS<br>235 ACCACIA DR<br>HIGHLANDVILLE, MO 65669 | | Claim Number: 10911<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $3,593.66 | Scheduled: | $3,593.66 |

---

| | | | | |
|---|---|---|---|---|
| LOGISTICS SERVICES INC<br>ATTN: DOUG MILLS<br>900 APOLLO ROAD<br>EAGAN, MN 55121 | | Claim Number: 7582<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $24,548.91 | Scheduled: | $24,078.21 |

---

| | | | |
|---|---|---|---|
| LOGISTICS WAREHOUSE, INC.<br>C/O THOMAS E. ROBERTSON, JR., ESQ.<br>P.O. DRAWER 848<br>FORT SMITH, AR 72902 | | Claim Number: 2801<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | |
| UNSECURED | Claimed: | $23,937.77 | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| | | | | |
|---|---|---|---|---|
| LOHR, RAY E<br>900 CRIPPLED OAK TRAIL<br>#20478<br>JASPER, GA 30143 | | Claim Number: 9673<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| LOMELI, VERA<br>3 1/2 SOUTH COLORADO<br>FLAGSTAFF, AZ 86001 | | Claim Number: 5769<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| LONCALA, INCORPORATED<br>25755 NW 130TH AVENUE<br>HIGH SPRINGS, FL 32643 | | Claim Number: 961<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) | | |
| UNSECURED | Claimed: | $7,192.67 | Scheduled: | $14,385.35  UNLIQ |
| LONE, J. P. GIACA<br>10399 QUAK CROWN DRIVE<br>ATTN: J.P. GIACA LONE<br>NAPLES, FL 34119 | | Claim Number: 12347<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| LONESTAR LUMBER<br>12815 168TH STREET NW<br>EDMONTON, AB T5V 1P4<br>CANADA | | Claim Number: 1539<br>Claim Date: 03/17/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | |
| UNSECURED | Claimed: | $1,795.50 | | |
| LONESTAR TRANSPORTATION INC<br>PO BOX 3257<br>ABILENE, TX 79604 | | Claim Number: 4394<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $1,110.76 | Scheduled: | $1,110.76 |
| LONG, JAMES L.<br>3207 S. WILLOW RD.<br>JONESBORO, AR 72401 | | Claim Number: 5202<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LONG, RONALD D
6430 S.E. HULL STREET
MILWAUKIE, OR 97267

Claim Number: 5932
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| SECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: GLOBAL SECURITY MNGMT AGENCY
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 104
Claim Date: 02/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)

| UNSECURED | Claimed: | $16,504.56 | Scheduled: | $16,961.40 |
|---|---|---|---|---|

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: CSW, INC.
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 1319-01
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $11,285.42 | Scheduled: | $347,632.40 |
|---|---|---|---|---|

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: CSW, INC.
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 1319-02
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 3195 (12/16/2009)

| ADMINISTRATIVE | Claimed: | $79,800.20 | | |
|---|---|---|---|---|

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: GLOBAL RISK CONSULTANTS, COR
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 1586
Claim Date: 03/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $56,524.00 | Scheduled: | $26,392.41 |
|---|---|---|---|---|

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR:AERATION INDUSTRIES INT'L INC
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 2532
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13951
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $20,692.80 | | |
|---|---|---|---|---|

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: CHICAGO ELECTRIC SALES, INC.
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 3181
Claim Date: 05/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $35,991.03 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,299.98 | Scheduled: | $117,011.37 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: CRAWFORD INLAND COMPRESSOR<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | Claim Number: 3230<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | $0.00   UNDET | | | |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: HERITAGE ENVIRONMENTAL SERVI<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | Claim Number: 3420<br>Claim Date: 06/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | | |
| UNSECURED | Claimed: | $69,014.63 | Scheduled: | $67,582.23 |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: DANHART INC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | Claim Number: 4541<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13989<br>DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $17,536.90 | Scheduled: | $17,536.90 |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: MAGNETECH INDUSTRIAL<br>SERVICES, INC; ATTN VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 4575<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 14031<br>DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $66,595.50 | Scheduled: | $69,741.30 |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: HENKELS & MCCOY INC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | Claim Number: 5463<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $355,411.49 | Scheduled: | $355,411.49 |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: CRIGLER ENTERPRISES, INC.<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | Claim Number: 5486<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED | Claimed: | $142,859.00 | Scheduled: | $201,950.43 |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: ALSTOM POWER INC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | Claim Number: 5676<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | | |
| UNSECURED | Claimed: | $88,193.26 | Scheduled: | $4,297.41 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: ALSTOM POWER INC<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 5677<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $28,317.33 | Scheduled: | $7,370.00 |
|---|---|---|---|---|

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: ALSTROM POWER INC.<br>ATTN: VLADIMIR JELISAVCIC<br>801 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 5678-01<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET 5768 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $48,298.99 |
|---|---|---|

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: ALSTROM POWER INC.<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 5678-02<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $365,031.01 | Scheduled: | $398,403.17 |
|---|---|---|---|---|

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: BLI<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | Claim Number: 6996<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $264,815.14 | Scheduled: | $273,753.85 |
|---|---|---|---|---|

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: BRINEGAR TRUCKING INC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | Claim Number: 7620<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $191,374.73 | Scheduled: | $191,154.33 |
|---|---|---|---|---|

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: FRONTIER WAX, LIMITED<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | Claim Number: 8138-01<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLY AMENDED BY 14021<br>DOCKET 5769 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $64,573.20 |
|---|---|---|

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: FRONTIER WAX, LIMITED<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | Claim Number: 8138-02<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 14021<br>DOCKET 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $75,522.81 | Scheduled: | $133,357.52 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: ENVIRO-COATINGS INT'L LTD
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 8139
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,093.00 | Scheduled: | $23,096.66 |

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: LOMBARDI LOPER & CONANT LLP
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 9203
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $57,818.83 | Scheduled: | $48,092.50 |

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: CM SERVICES INC
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 9298
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $214,587.15 |
| TOTAL | Claimed: | $214,597.15 |

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: CRIMSON CLEAN JANITORIAL
SERVICE ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 9487
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,585.80 | Scheduled: | $16,534.80 |

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: CHICAGO ELECTRIC SALES, INC.
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 9876
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $85,172.42 |

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: CSW, INC
ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 10011
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $260,943.98 |

---

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: ALLTEK INC
810 SEVENTH AVENUE, 33RD FLOOR
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 10738
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $433,804.88 | Scheduled: | $306,665.24 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: CM SERVICES INC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | Claim Number: 11535<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6353 (03/29/2010) |
|---|---|

| UNSECURED | Claimed: | $214,597.15 | Scheduled: | $222,465.32 |
|---|---|---|---|---|

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: HERTZ EQUIPMENT RENTAL<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12186<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8117 (06/22/2010) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $294,052.81 |

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: SID TOOLS, D/B/A MSC INDUSTR<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: STEPHANIE SKOWRONSKI<br>NEW YORK, NY 10019 | Claim Number: 13863-01<br>Claim Date: 03/05/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $352,258.83 |
|---|---|---|

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR:AERATION INDUSTRIES INT'L INC<br>ATTN: VLADIMIR JELISAVCIC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>NEW YORK, NY 10019 | Claim Number: 13951<br>Claim Date: 04/05/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $20,692.80 | Scheduled: | $20,692.80 |
|---|---|---|---|---|

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: CRAWFORD INLAND COMPRESSOR<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | Claim Number: 13988<br>Claim Date: 04/15/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>amends claim 3230 |
|---|---|

| UNSECURED | Claimed: | $19,209.00 | Scheduled: | $19,209.00 |
|---|---|---|---|---|

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: DANHART INC<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | Claim Number: 13989<br>Claim Date: 04/15/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $17,536.90 |
|---|---|---|

| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: FRONTIER WAX LTD.<br>810 SEVENTH AVENUE, 33RD FLOOR<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | Claim Number: 14021<br>Claim Date: 05/06/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 8093 (06/21/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $71,130.86 |
|---|---|---|
| UNSECURED | Claimed: | $68,965.15 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LONGACRE OPPORTUNITY FUND, L.P.
AS ASSIGNEE OF MAGNATECH INDUSTRIAL
SERVICES INC., ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVE, FLOOR 33
NEW YORK, NY 10019

Claim Number: 14031
Claim Date: 05/27/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $68,541.00 |

---

LONGACRE OPPORTUNITY OFFSHORE FUND, LTD.
TRANSFEROR: AUSTOL INC
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 2793
Claim Date: 05/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 139
DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,800.00 | Scheduled: | $19,800.00 |

---

LONGACRE OPPORTUNITY OFFSHORE FUND, LTD.
TRANSFEROR: AUSTOL INC
ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 13966
Claim Date: 04/07/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $19,800.00 |

---

LONGVIEW FIBRE PAPER & PKG INC
PO BOX 3000
LONGVIEW, WA 98632

Claim Number: 7626
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $357,841.54 |

---

LOPEZ, ERNIE
8118 WHITNEY DR
RIVERSIDE, CA 92509

Claim Number: 11198
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

---

LOPEZ, GUMARO
555 S IRIS AVE
RIALTO, CA 92376

Claim Number: 11022
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $16,000.00 |
| UNSECURED | Claimed: | $16,000.00 |

---

LOPEZ, RICARDO
715 PEMBERTON AVE
PLAINFIELD, NJ 07060-2720

Claim Number: 9359
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LOPEZ, RONALD<br>3330 S. 1940 WEST<br>WEST VALLEY CITY, UT 84119 | Claim Number: 5852<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| LORD & TAYLOR<br>ATTN: JOHN MANOS<br>250 HIGHLAND PARK BLVD.<br>WILKES BARRE, PA 18702 | Claim Number: 5906<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $6,472.00 | Scheduled: | $6,472.00 |
|---|---|---|---|---|

| LORENTZEN & WETTRE CANADA INC.<br>ATTN: DANNY O'DONOGHUE<br>4709 LOUIS-B-MAYER<br>LAVAL, QC H7P-6G5<br>CANADA | Claim Number: 12425<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $6,147.04 | Scheduled: | $6,162.66 |
|---|---|---|---|---|

| LORENZO INTERNATIONAL INC<br>314 CENTRAL AVENUE<br>DUNKIRK, NY 14048-0778 | Claim Number: 3880<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $2,303.92 | Scheduled: | $1,535.00 |
|---|---|---|---|---|

| LORENZO, JOE<br>C/O LAW OFFICES OF CECIL E. RICKS, JR.<br>315 CENTENNIAL WAY<br>TUSTIN, CA 92780 | Claim Number: 947<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8559 (09/17/2010) |
|---|---|

| UNSECURED | Claimed: | $61,877.55 | | |
|---|---|---|---|---|

| LORI GOETTGE<br>PO BOX 61<br>PORT WASHINGTON, OH 43837 | Claim Number: 5494<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| PRIORITY | Claimed: | $228.00 | | |
|---|---|---|---|---|

| LORNE'S LITHO LIMITIED<br>1681 CHURCH AVE<br>WINNIPEG, MB R2X 2Y7<br>CANADA | Claim Number: 13332<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $848.96 | Scheduled: | $838.95 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LOS ANGELES CITY ATTORNEY'S OFFICE<br>ATTN: WENDY LOO<br>200 NORTH MAIN STREET, STE. 920<br>LOS ANGELES, CA 90012 | Claim Number: 6951<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|
| PRIORITY            Claimed: | $773.00 |
| LOS ANGELES COUNTY TREASURER &<br>TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 13593<br>Claim Date: 11/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| SECURED            Claimed: | $527,497.11 |
| LOS ANGELES COUNTY TREASURER &<br>TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 13594<br>Claim Date: 11/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
| SECURED            Claimed: | $93,545.04 |
| LOS ANGELES COUNTY TREASURER &<br>TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 13595<br>Claim Date: 11/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| PRIORITY            Claimed: | $2,455.98 |
| LOS ANGELES COUNTY TREASURER &<br>TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 13809<br>Claim Date: 02/05/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLY AMENDED BY 14043<br>DOCKET: 8434 (08/24/2010) |
| ADMINISTRATIVE            Claimed: | $50,679.87 |
| LOS ANGELES COUNTY TREASURER AND TAX<br>COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 14043<br>Claim Date: 06/08/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8661 (10/18/2010) |
| ADMINISTRATIVE            Claimed: | $45,913.34   UNLIQ |
| LOS ANGELES COUNTY TREASURER AND TAX<br>COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 14044<br>Claim Date: 06/08/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
| UNSECURED            Claimed: | $2,812.54   UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LOTT OIL CO.
PO BOX 17
NATCHITOCHES, LA 71458-0017

Claim Number: 3403
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $10,362.22 | | |
|---|---|---|---|---|

LOTT OIL COMPANY INC
PO BOX 17
NATCHITOCHES, LA 71458-0017

Claim Number: 3748
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $10,362.22 | Scheduled: | $19,309.62 |
|---|---|---|---|---|

LOUDENSLAGER, KENNETH W
221 EAST FOURTH STREET
LEWISTOWN, PA 17044

Claim Number: 3755
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

LOUIS A NELSON INC
224 GLENWOOD AVENUE
BLOOMFIELD, NJ 07003

Claim Number: 3791
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $5,500.00 | Scheduled: | $5,500.00 |
|---|---|---|---|---|

LOUIS PRYOR SUPPLY INC
2487 N JOHN YOUNG PARKWAY
ORLANDO, FL 32804-4194

Claim Number: 4710
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,292.20 | Scheduled: | $789.40 |
|---|---|---|---|---|

LOUISBURG HARDWOOD INC
2711 NC HWY 58
WARRENTON, NC 27589

Claim Number: 9312
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 2205 (10/09/2009)

| ADMINISTRATIVE | Claimed: | $23,816.40 | | |
|---|---|---|---|---|

LOUISIANA ASSOCIATION OF BUSINESS &
INDUSTRY
3113 VALLEY CREEK DR.
BATON ROUGE, LA 70808

Claim Number: 3438
Claim Date: 06/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,200.00 | Scheduled: | $1,200.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LOUISIANA FORESTRY ASSOCIATION INC<br>PO BOX 5067<br>ALEXANDRIA, LA 71307-5067 | Claim Number: 4189<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $323.40 | Scheduled: | $545.00 |
|---|---|---|---|---|

| LOUISIANA FORESTRY SERVICES INC<br>3079 HIGHWAY 4<br>RINGGOLD, LA 71068-2935 | Claim Number: 7005<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $13,764.67 | Scheduled: | $27,529.34  UNLIQ |
|---|---|---|---|---|

| LOUISIANA FORESTRY SERVICES, INC.<br>3079 HIGHWAY 4<br>RINGGOLD, LA 71068-2935 | Claim Number: 1197<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| SECURED | Claimed: | $27,529.34 |
|---|---|---|

| LOUISIANA SOUTHERN RAILROAD, INC.<br>CRYSTANNA V. COX, ESQ.<br>LATHROP & GAGE LLP<br>2345 GRAND BLVD., STE. 2800<br>KANSAS CITY, MO 64108 | Claim Number: 9805<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $998,000.00 |
|---|---|---|

| LOUISIANA STEAM EQUIPMENT<br>PO BOX 30129<br>NEW ORLEANS, LA 70190-0129 | Claim Number: 4791<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $32,356.01 | Scheduled: | $32,184.81 |
|---|---|---|---|---|

| LOUISVILLE & INDIANA RAILROAD<br>53 W. JACKSON BLVD.<br>SUITE 335<br>CHICAGO, IL 60604 | Claim Number: 3287<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $24,425.00 | Scheduled: | $24,425.00 |
|---|---|---|---|---|

| LOUISVILLE GAS AND ELECTRIC COMPANY<br>820 WEST BROADWAY<br>LOUISVILLE, KY 40202 | Claim Number: 1180<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $10,172.83 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LOUNSBERRY, LYNN E<br>10228 BERKSHIRE RD<br>BLOOMINGTON, MN 55437 | Claim Number: 6339<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| LOVELY, BETTY<br>6848 ROSSBURG RD<br>MORROW, OH 45152 | Claim Number: 5230<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| LOVESHAW AN ITW COMPANY<br>BOX 83<br>SOUTH CANAAN, PA 18459 | Claim Number: 843<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,225.70 |
|---|---|---|

---

| LOVINS, MARY J<br>1215 FIELDSEDGE DRIVE<br>HEBRON, KY 41048 | Claim Number: 10915<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| LOW COUNTRY FOREST PRODUCTS, INC<br>1434 HAWKINS STREET<br>GEORGETOWN, SC 29440 | Claim Number: 10027<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $38,609.12 | Scheduled: | $77,212.25 UNLIQ |
|---|---|---|---|---|

---

| LOWE, EDNA G<br>2120 SPRING STREET LOT # 13<br>NEW CASTLE, IN 47362 | Claim Number: 6540<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| LOWENBAUM PARTNERSHIP, THE<br>222 SOUTH CENTRAL AVENUE SUITE 901<br>SAINT LOUIS, MO 63105 | Claim Number: 5362<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8193 (07/06/2010) |
|---|---|

| UNSECURED | Claimed: | $37,625.91 | Scheduled: | $29,934.91 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LOWENSTEIN SANDLER PC<br>WILLIAM B. FARRELL III, CFO<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | Claim Number: 3514<br>Claim Date: 06/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $21,420.12 |
|---|---|---|

---

| LOWERY, JEREMY S<br>3206 RIDGE ROAD<br>BREWTON, AL 36426 | Claim Number: 12176<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| LOWERY, LARRY<br>PO BOX 423<br>JONESBORO, LA 71251 | Claim Number: 10221<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| LOWERY, LINDA L<br>235 LEWIS ROAD<br>CIRCLEVILLE, OH 43113 | Claim Number: 6351<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| LOWNDES COUNTY TAX COMMISSIONER<br>300 N. PATTERSON STREET<br>VALDOSTA, GA 31601 | Claim Number: 7629<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| PRIORITY | Claimed: | $1,384.34 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,384.34 | | |
| TOTAL | Claimed: | $1,384.34 | | |

---

| LOYD, COMMIDORE JR.<br>525 LEGACY LN # 525<br>RUSTON, LA 71270-4778 | Claim Number: 10346<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| LOYD, RANDY L.<br>P.O. BOX 102<br>RUSTON, LA 71270 | Claim Number: 10347<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LP FINANCIAL SERVICES INC<br>PO BOX 60984<br>CHARLOTTE, NC 28260 | Claim Number: 9657<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $21,090.20 | |

---

| LRK FARMS INC<br>PO BOX 221<br>STEVENSON, AL 35772 | Claim Number: 8008<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $22,183.28 | Scheduled: | $22,183.28 |

---

| LSU-FETI<br>6868 NICHOLSON DRIVE<br>BATON ROUGE, LA 70820 | Claim Number: 2422<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,000.00 | Scheduled: | $6,000.00 |

---

| LUBCON TURMO LUBRICATION INC<br>3839 EAST PARIS SE STE 303<br>GRAND RAPIDS, MI 49512 | Claim Number: 5256<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,195.04 | Scheduled: | $8,189.63 |

---

| LUBE SPECIALISTS INC<br>PO BOX 220<br>LAKE CITY, FL 32056 | Claim Number: 6616<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,106.41 | Scheduled: | $1,106.41 |

---

| LUBE TECH<br>PO BOX 1654<br>MINNEAPOLIS, MN 55480-1654 | Claim Number: 7019<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $793.04 | Scheduled: | $793.04 |

---

| LUBRICATION ENGINEERS INC<br>PO BOX 16447<br>WICHITA, KS 67216 | Claim Number: 4530<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,037.27 | Scheduled: | $1,037.27 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LUBRICATION ENGINEERS INC<br>P.O. BOX 16447<br>WICHITA, KS 67216 | | Claim Number: 8300<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,037.27 | | |

---

| LUCAS, FLETCHER M.<br>15430 HWY #29<br>BREWTON, AL 36426 | | Claim Number: 12108<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| LUCK STONE CORP.<br>PO BOX 29682<br>RICHMOND, VA 23242-0682 | | Claim Number: 1148<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,658.03 | | |

---

| LUCKIE, LEWIS JR.<br>501 E. POND ST.<br>BOX 639<br>CENTURY, FL 32535 | | Claim Number: 8127<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,000.00 | | |

---

| LUMBER RIVER TBR CO INC<br>PO BOX 2358<br>LUMBERTON, NC 28359 | | Claim Number: 13412<br>Claim Date: 10/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,834.09 | Scheduled: | $45,668.18  UNLIQ |

---

| LUMBER RIVER TIMBER CO INC<br>PO BOX 2358<br>LUMBERTON, NC 28359 | | Claim Number: 13528<br>Claim Date: 10/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $45,668.18 | | |
| UNSECURED | Claimed: | $45,688.18 | | |
| TOTAL | Claimed: | $45,688.18 | | |

---

| LUMEN DIV. DE SONEPAR CDA INC.<br>117, BOUL. HYMUS<br>POINTE-CLAIRE, QC H9R 1E5<br>CANADA | | Claim Number: 13433<br>Claim Date: 08/02/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,883.55 | Scheduled: | $20,665.09 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

LUMEN DIV. DE SONEPAR CDA INC.
ATTN: LYETTE CHARTRAND
117, BOUL. HYMUS
POINTE-CLAIRE, QC H9R 1E5
CANADA

Claim Number: 13492
Claim Date: 09/02/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $205,076.46 | Scheduled: | $218,178.89 |
|---|---|---|---|---|

LUONG, VAN
8780 ELDER CREEK RD
SACRAMENTO, CA 95828

Claim Number: 2334
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $2,469.08 |
|---|---|---|

LUPARDUS, BEATRICE
4043 113TH AVE SW
OLYMPIA, WA 98512

Claim Number: 10068
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

LUTTRELL ENGRAVING INC
5000 W 128TH PLACE
ALSIP, IL 60803-3230

Claim Number: 5240
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $651.00 | Scheduled: | $651.00 |
|---|---|---|---|---|

LUTTRELL ENGRAVING INC.
5000 WEST 128TH PLACE
ALSIP, IL 60803

Claim Number: 5217
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $988.00 | Scheduled: | $988.00 |
|---|---|---|---|---|

LUZENAC AMERICA, INC
THOMAS C. BELL
DAVIS GRAHAM & STUBBS LLP
1550  15TH STREET, SUITE 500
DENVER, CO 80202

Claim Number: 11659-01
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 7188 (04/22/2010)

| ADMINISTRATIVE | Claimed: | $11,120.79 |
|---|---|---|

LUZENAC AMERICA, INC
THOMAS C. BELL
DAVIS GRAHAM & STUBBS LLP
1550  15TH STREET, SUITE 500
DENVER, CO 80202

Claim Number: 11659-02
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8898 (01/20/2011)

| UNSECURED | Claimed: | $431.37 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LUZENAC AMERICA, INC<br>C/O THOMAS C. BELL, ESQ.<br>DAVIS GRAHAM & STUBBS LLP<br>1550 SEVENTEENTH STREET, SUITE 500<br>DENVER, CO 80202 | Claim Number: 11660<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8535 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $149,030.53 | Scheduled: | $160,582.29 |
|---|---|---|---|---|

| LUZENAC AMERICA, INC<br>THOMAS C. BELL,ESQ.<br>DAVIS GRAHAM & STUBBS LLP<br>1550  17TH STREET, SUITE 500<br>DENVER, CO 80202 | Claim Number: 11661<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $11,552.16 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $149,030.53 | | |

| LYDALL TRANSPORT LTD<br>DBA CROSSGLOBE TRANSPORT, LTD<br>11023 WASHINGTON HWY, SUITE 150<br>GLEN ALLEN, VA 23059 | Claim Number: 3643<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $7,352.22 | Scheduled: | $24,782.84 UNLIQ |
|---|---|---|---|---|

| LYNCH COMPANY INC, THE<br>4706 SE 18TH AVE<br>SDS 12 0730<br>PORTLAND, OR 97202 | Claim Number: 4453<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $13,550.00 | Scheduled: | $13,550.00 |
|---|---|---|---|---|

| LYNCHES RIVER LAND AND TIMBER INC<br>1922 CARTERSVILLE HIGHWAY<br>TIMMONSVILLE, SC 29161 | Claim Number: 4270<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,686.98 | Scheduled: | $9,686.98 UNLIQ |
|---|---|---|---|---|

| LYNCHES RIVER LAND AND TIMBER INC<br>1922 CARTERSVILLE HIGHWAY<br>TIMMONSVILLE, SC 29161 | Claim Number: 13738<br>Claim Date: 01/11/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| ADMINISTRATIVE | Claimed: | $4,686.98 | | |
|---|---|---|---|---|

| LYNK COMMUNICATIONS<br>2746 FRONT ST<br>SALEM, OR 97303 | Claim Number: 5549<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $1,545.75 | Scheduled: | $1,545.75 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| LYONS, BETTY<br>5227 MERCURY DRIVE<br>LOUISVILLE, KY 40258 | Claim Number: 7976<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| LYONS, DOWNARD J. C/O BETTY H. LYONS<br>5227 MERCURY DR.<br>LOUISVILLE, KY 40258 | Claim Number: 12510<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| M A & SONS<br>P O BOX 302<br>DERRY, NM 87933 | Claim Number: 6048<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| M&C LANDSCAPING ENTERPRISES INC<br>PO BOX 349<br>GLEN RIDDLE LIMA, PA 19037 | Claim Number: 4840<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $27,821.50 | Scheduled: | $27,821.50 |
|---|---|---|---|---|

| M&C LANDSCAPING ENTERPRISES INC.<br>PO BOX 349<br>GLEN RIDDLE LIMA, PA 19037 | Claim Number: 4838<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $27,822.90 |
|---|---|---|

| M&C LANDSCAPING INC. ENT.<br>ATTN: MICHAEL DRAVICZKY<br>PO BOX 349<br>LIMA, PA 19037 | Claim Number: 505<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $27,822.90 |
|---|---|---|

| M&C LANDSCAPING INC.ENT.<br>ATTN: MICHAEL DRAVICZKY<br>PO BOX 349<br>LIMA, PA 19037 | Claim Number: 4839<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $27,822.90 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| M&J SOLVENTS PRP GROUP<br>C/O KING & SPALDING LLP<br>ATTN: CHARLES H. TISDALE JR<br>1180 PEACHTREE STREET, N.E.<br>ATLANTA, GA 30309-3521 | | Claim Number: 9414<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8445 (08/25/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| M&M COPY QUICK<br>422 PIERCE STREET<br>SIOUX CITY, IA 51101 | | Claim Number: 2471<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $536.28 | Scheduled: | $536.28 |
| M&M ENGINEERING ASSOCIATES, INC.<br>4616 W. HOWARD LANE, BLDG 2, STE 500<br>AUSTIN, TX 78728 | | Claim Number: 461<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,869.79 | | |
| M&M ENGINEERING ASSOCIATES, INC.<br>4616 W. HOWARD LANE, BLDG 2, STE 500<br>AUSTIN, TX 78728 | | Claim Number: 462<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $4,423.45 | Scheduled: | $7,293.24 |
| M&M SERVICES<br>3N280 MORNINGSIDE AVE.<br>WEST CHICAGO, IL 60185 | | Claim Number: 1060<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | |
| UNSECURED | Claimed: | $4,266.00 | Scheduled: | $6,178.30  UNLIQ |
| M-REAL INTERNATIONAL<br>8500 52733<br>PHILADELPHIA, PA 19178-2733 | | Claim Number: 10538<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $211,393.00 | Scheduled: | $211,393.00 |
| M. FOLEY INC.<br>4170 LOUIS-PAYETTE<br>LAVAL, QC H7T 1Z1<br>CANADA | | Claim Number: 9444<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $8,606.72 | Scheduled: | $7,112.37 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

M. LEMIEUX (LA TUQUE) INC.
ATTENTION SYLVIE LANGLAIS
1330 BOUL. DUCHARME
LA TUQUE, QC G9X 3C4
CANADA

Claim Number: 9014
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $9,489.44 | Scheduled: | $6,983.96 |
|---|---|---|---|---|

M.A. INDUSTRIES, INC.
PO BOX 2322
PEACHTREE CITY, GA 30269

Claim Number: 2562
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $38,536.66 | Scheduled: | $38,536.66 |
|---|---|---|---|---|

M.L. GATEWOOD CO.
6100 N.E. CAMPUS COURT
HILLSBORO, OR 97124

Claim Number: 2719
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $5,031.54 | Scheduled: | $4,988.42 |
|---|---|---|---|---|

M2T TECHNOLOGIES INC
8 JOHN WALSH BLVD
PEEKSKILL, NY 10566-5330

Claim Number: 6942
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)

| UNSECURED | Claimed: | $2,564.44 | Scheduled: | $1,112.44 |
|---|---|---|---|---|

MAASEN, JOHN J. JR.
1604 N.E. ROSEWOOD DR.
GLADSTONE, MO 64118

Claim Number: 718
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

MAC DOUGAL, THOMAS J. III
3590 ROUND BOTTOM RD
CINCINNATI, OH 45244-3026

Claim Number: 11575
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

MACALJON/SCL, INC.
C. JAMES MCCALLAR, JR.
P.O. BOX 9026
SAVANNAH, GA 31412

Claim Number: 2264
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $29,879.37 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

MACALJON/SCL, INC.
PO BOX 7090
SAVANNAH, GA 31418

Claim Number: 3300
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $41,391.97 | | |

---

MACALJON/SCL, INC.
C. JAMES MCCALLAR, JR., ATTORNEY
P.O. BOX 9026
SAVANNAH, GA 31412

Claim Number: 7918
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| SECURED | Claimed: | $29,879.37 | | |
| UNSECURED | Claimed: | $11,512.60 | Scheduled: | $22,781.62 |

---

MACCALLUM, DAVID CARSON
15-32925 MACLURE ROAD
ABBOTSFORD, BC V2S 7V8
CANADA

Claim Number: 12670
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

MACDERMID OFFSHORE SOLUTIONS LLC
DEPT AT 952771
ATLANTA, GA 31192-2771

Claim Number: 5985
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $589.45 | | |

---

MACDERMID PRINTING SOLUTIONS, LLC
ATTN: C. WALLACE
245 FREIGHT STREET
WATERBURY, CT 06702

Claim Number: 1940
Claim Date: 04/01/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $181,412.38 | | |

---

MACDERMID PRINTING SOLUTIONS, LLC
ATTN: C. WALLACE
245 FREIGHT STREET
WATERBURY, CT 06702

Claim Number: 2036
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $181,412.38 | | |

---

MACDERMID PRINTING SOLUTIONS, LLC
CORDANI, JOHN
245 FREIGHT ST
WATERBURY, CT 06702

Claim Number: 3896
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8378 (08/16/2010)

| UNSECURED | Claimed: | $51,525.01 | Scheduled: | $51,521.45 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| MACDERMID PRINTING SOLUTIONS, LLC<br>ATTN: JOHN CORDANI<br>245 FREIGHT STREET<br>WATERBURY, CT 06702 | Claim Number: 8215<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | |

| UNSECURED | Claimed: | $129,887.37 |
|---|---|---|

---

| | | |
|---|---|---|
| MACDERMID PRINTING SOLUTIONS, LLC<br>ATTN: JOHN CORDANI<br>245 FREIGHT STREET<br>WATERBURY, CT 06702 | Claim Number: 8221<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | |

| UNSECURED | Claimed: | $129,887.37 |
|---|---|---|

---

| | | |
|---|---|---|
| MACDONALD, MARK E<br>POBOX 3022<br>LK HAVASU CTY, AZ 86405-3022 | Claim Number: 11698<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| MACDOUGAL, THOMAS<br>3590 ROUND BOTTOM RD<br>CINCINNATI, OH 45244-3026 | Claim Number: 12943<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| MACDOUGAL, THOMAS J.<br>3590 ROUND BOTTOM RD<br>CINCINNCATI, OH 45244-3026 | Claim Number: 12944<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| MACDOW, SHIRLEY A<br>85 OLD VILLAGE RD.<br>GROVETON, NH 03582 | Claim Number: 6019<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | |

| PRIORITY | Claimed: | $12,500.00   UNLIQ |
|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| MACE MECHANICAL CONTRACTORS, INC.<br>POST OFFICE BOX 733<br>JOHNSONVILLE, SC 29555 | Claim Number: 1521<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | | |

| UNSECURED | Claimed: | $135,878.34 | Scheduled: | $135,878.34 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| | | |
|---|---|---|
| MACFARLANE, F S<br>23052 SHADY KNOLL DRIVE<br>BONITA SPRINGS, FL 34135 | Claim Number: 10674<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9033 (04/25/2011) | |
| UNSECURED          Claimed: | $3,954,133.00 | |

---

| | | |
|---|---|---|
| MACHINE TOOL REBUILDERS INC.<br>2042 LEONARD AVENUE<br>COLUMBUS, OH 43219 | Claim Number: 3187<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |
| UNSECURED          Claimed: | $6,046.25 | |

---

| | | |
|---|---|---|
| MACHINE TOOL REBUILDERS INC.<br>ATTN: MARK COLEMAN<br>2042 LEONARD AVENUE<br>COLUMBUS, OH 43219 | Claim Number: 8526<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| UNSECURED          Claimed: | $6,046.25 | |

---

| | | |
|---|---|---|
| MACHINERY SPARE PARTS & SUPPLIES, INC.<br>11433 TRUMAN ROAD<br>INDEPENDENCE, MO 64050 | Claim Number: 6165<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) | |
| UNSECURED          Claimed: | $1,032.00 | |

---

| | | |
|---|---|---|
| MACIAS, ALFREDO<br>17097 FARWELL ST<br>FONTANA, CA 92336 | Claim Number: 11020<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | |
| PRIORITY          Claimed: | $15,500.00 | |
| UNSECURED          Claimed: | $15,500.00 | |

---

| | | | | |
|---|---|---|---|---|
| MACK MANUFACTURING,INC.<br>PO BOX 1559<br>THEODORE, AL 36590 | Claim Number: 84<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED          Claimed: | $8,170.50 | Scheduled: | $8,170.50 |

---

| | | |
|---|---|---|
| MACK, GEORGE<br>1206 TAYLOR ST.<br>RUSTON, LA 71270 | Claim Number: 10348<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MACKEL, C E<br>59 HICKORY BLUFF CT<br>ACWORTH, GA 30101 | Claim Number: 7253<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |

---

| MACKENZIE DE BOUCHERVILLE STRATHY,GORDON<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 12962<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|

| PRIORITY | Claimed: | $1,638.60 |
| UNSECURED | Claimed: | $539,820.38 |

---

| MACKENZIE, KENNETH J., III<br>19236 SE 263RD ST<br>COVINGTON, WA 98042 | Claim Number: 7865<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| SECURED | Claimed: | $0.00 UNLIQ |

---

| MACKINNON, JOHN<br>377 SMITH ST.<br>BRIGHTON, ON K0K 1H0<br>CANADA | Claim Number: 12613<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| PRIORITY | Claimed: | $41,263.91 |

---

| MACNEAL PHYSICIAN GROUP, LLC<br>OCCUPATIONAL MEDICINE<br>6645 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | Claim Number: 2072<br>Claim Date: 04/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $6,837.00 | Scheduled: | $3,429.50 |

---

| MACOGE AV CHROME DE MONTREAL INC<br>6850 PLACE PASCAL-GAGNON<br>MONTREAL-NORD, QC H1P 1A1<br>CANADA | Claim Number: 8329-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,294.70 |

---

| MACOGE AV CHROME DE MONTREAL INC<br>6850 PLACE PASCAL-GAGNON<br>MONTREAL-NORD, QC H1P 1A1<br>CANADA | Claim Number: 8329-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>Claim out of balance |
|---|---|

| UNSECURED | Claimed: | $7,768.19 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MACOMB COMMUNITY COLLEGE<br>FINANCIAL SERVICES - CS-300<br>14500 E. TWELVE MILE ROAD<br>WARREN, MI 48088 | Claim Number: 2738<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,450.00 | |

| MACON SUPPLY<br>PO BOX 80250<br>BILLINGS, MT 59108-0250 | Claim Number: 5045<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $534.24 | Scheduled: $649.00 |

| MACQUARIE EQUIPMENT FINANCE, LLC<br>(F/K/A) CIT TECHNOLOGIES CORPORATION<br>2285 FRANKLIN ROAD<br>BLOOMFIELD HILLS, MI 48302 | Claim Number: 11556<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,342.53 | |

| MACROMOTION HYDRAULICS INC.<br>4450 CORPORATE DR, UNIT 8<br>BURLINGTON, ON L7L 5R3<br>CANADA | Claim Number: 8238<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,026.65 | Scheduled: $10,978.32 |

| MACROSEAL INC<br>1005 HERCULES ROAD<br>HOPEWELL, VA 23860 | Claim Number: 8876<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,348.11 | Scheduled: $778.00 |

| MACY'S INC<br>ON BEHALF OF ITSELF, AFFILIATES & SUBS<br>C/O LEGAL DEPARTMENT<br>170 O'FARRELL ST-INTERNAL BOX 47<br>SAN FRANCISCO, CA 94102 | Claim Number: 9648<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5047 (02/16/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $280,114.00 | |

| MACY'S, INC., AFFILIATES, AND SUBS<br>C/O MACY'S LEGAL DEPARTMENT<br>170 O'FARRELL ST, - BOX 47<br>SAN FRANCISCO, CA 94102 | Claim Number: 14055<br>Claim Date: 06/18/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>AMENDS CLAIM 9648 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $71,971.17 | Scheduled: $84,761.06 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MAD DOG CONCRETE INC<br>PO BOX 411<br>BON AQUA, TN 37025 | Claim Number: 12109<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 |
|---|---|---|---|---|

| MADAKET BROTHERS<br>10165 NW 19TH STREET<br>MIAMI, FL 33172 | Claim Number: 6367<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $306,511.15 |
|---|---|---|

| MADAKET BROTHERS<br>10165 NW 19TH STREET<br>MIAMI, FL 33172 | Claim Number: 6368<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $306,511.15 |
|---|---|---|

| MADCO WELDING SUPPLY<br>1988 OLD MIDDLEFIELD WAY<br>MOUNTAIN VIEW, CA 94043 | Claim Number: 7523<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $397.75 | Scheduled: | $798.37 |
|---|---|---|---|---|

| MADDEN, HOLLIE D<br>316 NORTH BAGGETT CIRCLE<br>BREWTON, AL 36426 | Claim Number: 10593<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $33,171.11 |
|---|---|---|

| MADDEN, LALANDA C<br>7923 APPLETON ROAD<br>BREWTON, AL 36426 | Claim Number: 8107<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| MADDEN, ROGER<br>1720 LOWERY LANDING RD<br>BREWTON, AL 36426 | Claim Number: 12119<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MADDOX AIR CONDITIONING, INC.<br>125 S. BONNER<br>TYLER, TX 75702 | | Claim Number: 3210<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,128.48 | Scheduled: | $17,128.48 |
| MADDOX, TOMMY<br>317 LONG BLVD.<br>BREWTON, AL 36426 | | Claim Number: 10063<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
| UNSECURED | Claimed: | $25,468.80 | | |
| MADISON CORTLAND ARC<br>701 LENOX AVENUE<br>ONEIDA, NY 13421 | | Claim Number: 11213<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,320.02 | Scheduled: | $2,320.02 |
| MADISON COUNTY TREASURER<br>PO BOX 729<br>EDWARDSVILLE, IL 62025 | | Claim Number: 13860<br>Claim Date: 03/02/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | |
| SECURED | Claimed: | $81,884.83 | | |
| MADISON ELECTRIC SERVICE INC.<br>PO BOX 465<br>MEMPHIS, TN 38101-0465 | | Claim Number: 5933<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $25,412.21 | Scheduled: | $25,729.34 |
| MAEDGE TRUCKING<br>11327 STATE ROUTE 143<br>HIGHLAND, IL 62249 | | Claim Number: 5186<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $453.57 | | |
| MAERSK INC<br>9300 ARROWPOINT BLVD.,<br>3 SOUTH<br>ATTN: DAVE JOHNSON<br>CHARLOTTE, NC 28273 | | Claim Number: 10534<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $34,420.00 | Scheduled: | $34,420.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| MAERTENS-BRENNY CONSTRUCTION COMPANY<br>C/O BEST & FLANAGAN LLP<br>225 SOUTH SIXTH ST., SUITE 4000<br>MINNEAPOLIS, MN 55402 | | Claim Number: 10733<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
| SECURED<br>UNSECURED | Claimed: | $87,938.00 | Scheduled: | $87,938.00 |
| MAG-TRONICS INDUSTRIAL, INC<br>101 MAIN ST.<br>PLATTE CITY, MO 64079 | | Claim Number: 772<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $13,260.87 | Scheduled: | $16,179.50 |
| MAGEE, CAROL M<br>P.O. BOX 28704<br>GLADSTONE, MO 64118 | | Claim Number: 10644<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |
| MAGELLAN<br>14100 MAGELLAN PLAZA<br>ST. LOUIS, MO 63043 | | Claim Number: 7282<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $950.00 | Scheduled: | $950.00 |
| MAGNOLIA PULPWOOD CO LLC<br>PO BOX 350<br>HAYNESVILLE, LA 71038 | | Claim Number: 3641<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $9,808.16 | Scheduled: | $19,616.32  UNLIQ |
| MAGNOLIA STATE DIE<br>P.O. 338<br>235 INDUSTRIAL DRIVE<br>SENATOBIA, MS 38668 | | Claim Number: 359<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $30,104.51 | | |
| MAGNOLIA STATE DIE<br>P.O. 338<br>235 INDUSTRIAL DRIVE<br>SENATOBIA, MS 38668 | | Claim Number: 4480<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>Amends claim 359. | | |
| UNSECURED | Claimed: | $31,560.51 | Scheduled: | $32,961.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

MAHAJAN, KAILASH & LLITA
3626 FIELDCREST LANE
YPSILANTI, MI 48197

Claim Number: 9520
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | | |

---

MAHAJAN, VISHAKHA D & KAILASH
3626 FIELDCREST LANE
YPSILANTI, MI 48197

Claim Number: 9519
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,762.00 | | |

---

MAHEU & MAHEU INC.
ATTN:PATRICK TURMEL
710, BOUVIER, SUITE 195
QUEBEC, QC G2J 1C2
CANADA

Claim Number: 8562
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,520.21 | Scheduled: | $2,844.33 |

---

MAHONING VALLEY SUPPLY CO
PO BOX 1830
WARREN, OH 44482

Claim Number: 6005
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $890.01 | Scheduled: | $890.01 |

---

MAID FOR TODAY
2955 JENKINTOWN RD
FIRST FLOOR
GLENSIDE, PA 19038-1741

Claim Number: 373
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,116.82 | Scheduled: | $1,911.91 |

---

MAIERS TRANSPORT & WAREHOUSING, INC.
ATTN: MIKE MUELLER
650 54TH AVENUE NORTH
SAINT CLOUD, MN 56303

Claim Number: 2131
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,722.73 | | |

---

MAINE CONVEYOR INC.
ATTN: ZIP WEEMAN
20 LONGFELLOW ROAD
GORHAM, ME 04038

Claim Number: 13845
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8117 (06/22/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE UNSECURED | Claimed: | $40,028.00 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

MAINLINE CONVEYOR SYSTEMS INC
10970 N. HOLLAND DRIVE
MOORESVILLE, IN 46158

Claim Number: 3075
Claim Date: 05/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,506.86 | Scheduled: | $14,540.40 |

---

MAINTENANCE ENGINEERING LTD
PO BOX 1729
HOUSTON, TX 77251

Claim Number: 4549
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $372.04 | Scheduled: | $372.04 |

---

MAINTENANCE TECHNOLOGIES
121 WEST MAIN STREET
MILFORD, CT 06460

Claim Number: 6745
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,638.40 | Scheduled: | $10,557.24 |

---

MAINTENANCE TECHNOLOGY OF VIRGINIA INC.
PO BOX 1908
MIDLOTHIAN, VA 23112

Claim Number: 1574
Claim Date: 03/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,044.50 |

---

MAJESTIC REALTY CO., INDUSTRIAL PARK E
1-A, LLC, & INDUSTRIAL PARK E SUB A, LLC
C/O DAVID REIMANN, THE REIMAN LAW GROUP
1960 EAST GRAND AVENUE, SUITE 1165
EL SEGUNDO, CA 90245

Claim Number: 10740
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8090 (06/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $625,000.00 |

---

MAJOR LUBRICANT'S CO INC
PO BOX 9009
MONTGOMERY, AL 36108

Claim Number: 3799
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,382.52 | Scheduled: | $900.09 |

---

MAJOR LUBRICANTS COMPANY, INC.
PO BOX 9009
MONTGOMERY, AL 36108

Claim Number: 11602
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,382.52 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MALDONADO ROSADO, JOSE<br>HC-01 BOX 3375<br>VILLALBA, PR 00766 | Claim Number: 8971<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| MALDONADO-ROSADO, JOSE<br>HC-01 BOX 3375<br>SAN JUAN, PR 00766-9702 | Claim Number: 7498<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

| MALINTECH, INC.<br>7250 MINNEWASHTA PKWY.<br>EXCELSIOR, MN 55331 | Claim Number: 1726<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $64,550.61 | Scheduled: | $65,529.04 |
|---|---|---|---|---|

---

| MALLOY, JAMES K.<br>C/O BERNARD W. GERDELMAN, ESQ.<br>PAULE, CAMAZINE & BLUMENTHAL, PC<br>165 N. MERAMEC AVE., 6TH FLOOR<br>SAINT LOUIS, MO 63105-3789 | Claim Number: 9759<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9034 (04/25/2011) |
|---|---|

| UNSECURED | Claimed: | $1,484,193.19   UNLIQ |
|---|---|---|

---

| MALLOY, JAMES K.<br>C/O BERNARD W. GERDELMAN, ESQ.<br>PAULE, CAMAZINE & BLUMENTHAL, PC<br>165 N. MERAMEC AVE., 6TH FLOOR<br>SAINT LOUIS, MO 63105-3789 | Claim Number: 9763<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,484,193.19   UNLIQ |
|---|---|---|

---

| MALLOY, JOHN B.<br>C/O BERNARD W. GERDELMAN, ESQ.<br>PAULE, CAMAZINE & BLUMENTHAL, PC<br>165 N. MERAMEC AVE., 6TH FLOOR<br>SAINT LOUIS, MO 63105-3789 | Claim Number: 9760<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9034 (04/25/2011) |
|---|---|

| UNSECURED | Claimed: | $1,512,359.95   UNLIQ |
|---|---|---|

---

| MALLOY, JOHN B.<br>C/O BERNARD W. GERDELMAN, ESQ.<br>PAULE, CAMAZINE & BLUMENTHAL, PC<br>165 N. MERAMEC AVE., 6TH FLOOR<br>SAINT LOUIS, MO 63105-3789 | Claim Number: 9764<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,512,359.95   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MALONE, ARGIE RUTH<br>919 SANDHILL ROAD<br>QUITMAN, LA 71268 | | Claim Number: 10349<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|---|
| UNSECURED | Claimed: | $0.00    UNLIQ |

| MALONE, DON LEVELL<br>1418 HWY 155<br>QUITMAN, LA 71268 | | Claim Number: 10350<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|---|
| UNSECURED | Claimed: | $0.00    UNLIQ |

| MALONE, KENNYE PATTERI<br>P O BOX 85<br>HODGE, LA 71247 | | Claim Number: 8102<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8758 (11/15/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00    UNDET |

| MALONE, KENNYE PATTERI<br>P O BOX 85<br>HODGE, LA 71247 | | Claim Number: 10351<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|---|
| UNSECURED | Claimed: | $0.00    UNLIQ |

| MALONE, MARY ANN<br>1618 SHADY GROVE RD.<br>SALINE, LA 71070 | | Claim Number: 10352<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|---|
| UNSECURED | Claimed: | $0.00    UNLIQ |

| MALTERS, THOMAS W<br>1123 HUBER DRIVE<br>MONROE, MI 48162 | | Claim Number: 6949<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| PRIORITY | Claimed: | $40,860.00 |

| MAMON, CLARENCE L.<br>571 MT. CALM RD<br>SIMSBORO, LA 71275 | | Claim Number: 10309<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|---|
| UNSECURED | Claimed: | $0.00    UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MANACAP, JOE M<br>3458 ROCKY MOUNTAIN DR<br>SAN JOSE, CA 95127 | Claim Number: 7014<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 | | |
|---|---|---|---|---|

| MANAGEMENT CONSULTANT SERVICES, INC.<br>C/O HARRY HARDING<br>PO BOX 234<br>ROANOKE RAPIDS, NC 27870 | Claim Number: 944<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $20,636.05 | Scheduled: | $20,636.05 |
|---|---|---|---|---|

| MANAGEMENT CONSULTANT SERVICES, INC.<br>509 JULIAN R. ALLSBROOK HWY.<br>PO BOX 234<br>ROANOKE RAPIDS, NC 27870 | Claim Number: 13864<br>Claim Date: 03/05/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $6,847.45 | | |
|---|---|---|---|---|

| MANARD, FLAVIA T<br>1050 TWIN LAKES DR.<br>SUMTER, SC 29154 | Claim Number: 4589<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| MANATEE COUNTY TAX COLLECTOR<br>KEN BURTON, JR., CFC<br>POST OFFICE BOX 25300<br>BRADENTON, FL 34206-5300 | Claim Number: 791<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| SECURED | Claimed: | $67,683.38   UNLIQ | | |
|---|---|---|---|---|

| MANCIL, RANDY E<br>2125 FORREST AVENUE<br>BREWTON, AL 36426 | Claim Number: 9342<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $16,564.80 | | |
|---|---|---|---|---|

| MANITOBA HYDRO<br>PO BOX 7900<br>WINNIPEG, MB R3C 5R1<br>CANADA | Claim Number: 6405<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $44,356.15 | Scheduled: | $93,167.77 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| MANITOBA HYDRO<br>PO BOX 9100<br>WINNIPEG, MB R3C 4X8<br>CANADA | | Claim Number: 6406<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| UNSECURED | Claimed: | $136,564.19 | | |

| | | | | |
|---|---|---|---|---|
| MANITOBA HYDRO<br>MANITOBA HYDRO PLACE<br>PO BOX B15 STN MAIN<br>CREDIT & RECOVERY SVCS/ ARLIE PELLETIER<br>WINNIPEG, MB R3C 2P4<br>CANADA | | Claim Number: 8791<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $36,340.99 | | |

| | | | | |
|---|---|---|---|---|
| MANNING EXPRESS TRUCKING<br>P.O. BOX 1405<br>COLTON, CA 92324 | | Claim Number: 1683<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $18,933.00 | | |

| | | | | |
|---|---|---|---|---|
| MANNING EXPRESS TRUCKING<br>PO BOX 1405<br>COLTON, CA 92324 | | Claim Number: 7115<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $20,709.00 | Scheduled: | $28,140.00 |

| | | | | |
|---|---|---|---|---|
| MANNING EXPRESS TRUCKING<br>P.O. BOX 1405<br>COLTON, CA 92324 | | Claim Number: 12538<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $20,709.00 | | |

| | | | | |
|---|---|---|---|---|
| MANNING, WILMA W<br>3815 GRAYSON DRIVE<br>WINSTON-SALEM, NC 27107 | | Claim Number: 9276<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| SECURED | Claimed: | $0.00   UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| MANPOWER SERVICES (ALBERTA) LTD<br>ATTN: WENDY KENDALL<br>120 731 7TH AVEN SW<br>CALGARY, AB T2P 3P8<br>CANADA | | Claim Number: 12852<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $137,495.46 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

MANSFIELD EXPRESS LLC
PO BOX 2685
MANSFIELD, OH 44906-0685

Claim Number: 9465
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7552 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,539.50 | Scheduled: | $13,251.00 |

---

MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT
C/O LAUREN GALVIN, ESQ.
MURPHY, HESSE, TOOMEY & LEHANE, LLP
300 CROWN COLONY DRIVE, 4TH FLOOR
QUINCY, MA 02169

Claim Number: 1805
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 2343 (10/20/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $53,509.60 |

---

MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT
C/O LAUREN GALVIN, ESQ.
MURPHY, HESSE, TOOMEY & LEHANE, LLP
300 CROWN COLONY DRIVE, 4TH FLOOR
QUINCY, MA 02169

Claim Number: 2007
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $53,509.60 |

---

MANSFIELD WAREHOUSE AND DIST INC
PO BOX 2698
MANSFIELD, OH 44906-0698

Claim Number: 9466
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,562.00 | Scheduled: | $19,343.02 |

---

MANTELL, JAMES R
7827 E MENDOZA AVE
MESA, AZ 85209

Claim Number: 7569
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

---

MANTIE, ROBERT C
7171 MICHAEL SCOTT CROSSING
FORT MILL, SC 29708

Claim Number: 7025
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

MANUFACTURER SUPPLY CO
1636 OGDEN AVE
DOWNERS GROVE, IL 60515-2732

Claim Number: 3870
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,565.77 | Scheduled: | $1,565.77 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MANUFACTURER'S WAREHOUSE<br>PO BOX 28025<br>FRESNO, CA 93729 | Claim Number: 4499<br>Claim Date: 07/10/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | | $518.67 | Scheduled: | | $508.64 |
|---|---|---|---|---|---|---|

---

| MANUFACTURERS AND TRADERS TRUST COMPANY<br>AS SUCCESSOR FOR THE HOLDERS OF THE<br>7 3/8% SENIOR NOTES DUE 2014<br>25 CHARLES STREET 16TH FL-M/S   MD2-CS58<br>BALTIMORE, MD 21201 | Claim Number: 9873<br>Claim Date: 08/25/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II |
|---|---|

| PRIORITY | Claimed: | | $0.00 | UNLIQ |
|---|---|---|---|---|
| UNSECURED | | $200,450,694.44 | UNLIQ |

---

| MANUFACTURERS AND TRADERS TRUST COMPANY<br>AS SUCCESSOR FOR THE HOLDERS OF THE<br>7 3/8% SENIOR NOTES DUE 2014<br>25 CHARLES STREET 16TH FL-M/S MD2-CS58<br>BALTIMORE, MD 21201 | Claim Number: 9875<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| PRIORITY | Claimed: | | $0.00 | UNLIQ | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $200,450,694.44 | UNLIQ | Scheduled: | $200,450,694.44 |

---

| MANUFACTURERS WAREHOUSE<br>PO BOX 28025<br>FRESNO, CA 93729 | Claim Number: 4500<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | | $158.89 | Scheduled: | | $158.89 |
|---|---|---|---|---|---|---|

---

| MAO, SAMETH F<br>4423 CHESTNUT ST.<br>2ND FLR.<br>PHILADELPHIA, PA 19104 | Claim Number: 4895<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | | $0.00 | UNLIQ |
|---|---|---|---|---|

---

| MAPLE LEAF<br>95 ST. CLAIR STREET W.<br>TORONTO, ON M4V 1P6<br>CANADA | Claim Number: 99015<br>Claim Date: 06/30/2010<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) |
|---|---|

| UNSECURED | Claimed: | | $491.23 |
|---|---|---|---|

---

| MAPLELEAF DISTRIBUTION SERVICES, INC.<br>ATTN: MARK A. MARASCO<br>14 THIRD STREET<br>BONDSVILLE, MA 01009-1074 | Claim Number: 473<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | | $13,908.75 | Scheduled: | | $13,908.75 |
|---|---|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| MAR KAN MARKETING<br>3402 W 79TH ST<br>INDIANAPOLIS, IN 46268 | Claim Number: 4360<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | | |
| UNSECURED | Claimed: | $159.50 | | |
| MAR KAN MARKETING INC<br>3402 W 79TH STREET<br>INDIANAPOLIS, IN 46268 | Claim Number: 4358<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $737.50 | Scheduled: | $737.50 |
| MAR KAN MARKETING INC<br>3402 W 79TH STREET<br>INDIANAPOLIS, IN 46268 | Claim Number: 4359<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $558.00 | Scheduled: | $558.00 |
| MARC COSSETTE INC<br>1450 5E AVENUE<br>SHAWINIGAN-SUD, QC G9P 4E8<br>CANADA | Claim Number: 7431<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>Claim out of balance | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $4,313.33 |
| MARC COSSETTE INC.<br>1450 5E AVENUE<br>SHAWINIGAN-SUD, QC G9P 1M3<br>CANADA | Claim Number: 2489<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | | |
| UNSECURED | Claimed: | $5,079.38 | | |
| MARCAL PAPER MILLS, INC.<br>RABINOWITZ, LUBETKIN & TULLY, LLC<br>293 EISENHOWER PKWY, SUITE 100<br>ATTN: JOHN CHOE<br>LIVINGSTON, NJ 07039 | Claim Number: 3647<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) | | | |
| UNSECURED | Claimed: | $78,998.51 | | |
| MARCEAU'S INDUSTRIAL BELT SERVICES<br>269 RUSSELL HILL RD<br>ASHBURNHAM, MA 01430 | Claim Number: 2250<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $3,346.46 | Scheduled: | $3,346.46 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

| MARCHANT FORESTRY PRODUCTS<br>PO BOX 17<br>ELM SPRINGS, AR 72728-0017 | Claim Number: 4906<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $5,650.00 | Scheduled: | $5,650.00 |
|---|---|---|---|---|

| MARDANT ELECTRICAL<br>8967 PHILLIPS HWY<br>JACKSONVILLE, FL 32256 | Claim Number: 4686<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $6,455.96 | Scheduled: | $6,455.96 |
|---|---|---|---|---|

| MAREN ENGINEERING CORPORATION (01)<br>111 WEST TAFT DRIVE<br>SOUTH HOLLAND, IL 60473 | Claim Number: 5689<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $29,610.05 | Scheduled: | $24,740.04 |
|---|---|---|---|---|

| MAREZ, ARTHUR<br>5124 N. NINTH # 111<br>FRESNO, CA 93710 | Claim Number: 14123<br>Claim Date: 08/17/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8997 (03/22/2011) |
|---|---|

| UNSECURED | Claimed: | $1,552.30 |
|---|---|---|

| MARICOPA COUNTY TREASURER<br>MADELEINE C. WANSLEE<br>GUST ROSENFELD, P.L.C.<br>201 EAST WASHINGTON, SUITE 800<br>PHOENIX, AZ 85003 | Claim Number: 1718<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| SECURED | Claimed: | $25,233.20 |
|---|---|---|

| MARICOPA COUNTY TREASURER<br>C/O MADELEINE C. WANSLEE<br>GUST ROSENFELD, P.L.C.<br>201 EAST WASHINGTON, SUITE 800<br>PHOENIX, AZ 85003 | Claim Number: 13382<br>Claim Date: 10/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
|---|---|

| SECURED | Claimed: | $68,253.73 |
|---|---|---|

| MARIN, THADDEUS<br>P.O. BOX 210<br>HODGE, LA 71247 | Claim Number: 10339<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| MARINE SALVAGE CONSORTIUM, INC, THE<br>DBA FRED DEVINE DIVING & SALVAGE CO<br>6211 E ENSIGN STREET<br>PORTLAND, OR 97217 | Claim Number: 11444<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8985 (03/16/2011) | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| MARINE SALVAGE CONSORTIUM, INC, THE<br>DBA FRED DEVINE DIVING & SALVAGE CO<br>6211 E ENSIGN STREET<br>PORTLAND, OR 97217 | Claim Number: 11472<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8985 (03/16/2011) | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| MARINE VACUUM SERVICES, INC.<br>C/O GORDON & REES<br>JEFFREY BILANKO<br>701 5TH AVE SUITE 2130<br>SEATTLE, WA 98104 | Claim Number: 10573<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8985 (03/16/2011) | |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| MARINE VACUUM SERVICES, INC.<br>C/O GORDON & REES<br>JEFFREY BILANKO<br>701 5TH AVE SUITE 2130<br>SEATTLE, WA 98104 | Claim Number: 11800<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8985 (03/16/2011) | |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| MARINE VACUUM SERVICES, INC.<br>C/O GORDON & REES<br>JEFFREY BILANKO<br>701 5TH AVE SUITE 2130<br>SEATTLE, WA 98104 | Claim Number: 11801<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8985 (03/16/2011) | |

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| | | |
|---|---|---|
| MARINKO, JOSEPH M.<br>1142 W MISSION AVE<br>VISALIA, CA 93277 | Claim Number: 2966<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8559 (09/17/2010)<br>Claim out of balance | |

| PRIORITY | Claimed: | $21,918.08 |
|---|---|---|
| UNSECURED | Claimed: | $21,918.08 |
| TOTAL | Claimed: | $21,918.08 |

| | | |
|---|---|---|
| MARITECH<br>1740 SHERMAN AVENUE<br>PANAMA CITY, FL 32405 | Claim Number: 5669<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $62,528.78 | Scheduled: | $62,977.84 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MARITECH, LLC<br>ATTN: LARRY ADDY<br>100 POWDERMILL ROAD, NO 341<br>ACTON, MA 01720 | Claim Number: 8365<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $1,790.11 | Scheduled: | $1,790.11 |
|---|---|---|---|---|

---

| MARK CERRONE INC<br>2368 MARYLAND AVENUE<br>PO BOX 3009<br>NIAGARA FALLS, NY 14304 | Claim Number: 9546<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 7651 (05/18/2010) |
|---|---|

| SECURED | Claimed: | $44,795.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $44,795.00 |

---

| MARK WAYNE WHITEHEAD TRUST<br>8501 AIRPORT BLVD<br>MOBILE, AL 36608 | Claim Number: 13115<br>Claim Date: 09/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 5738 (03/10/2010) |
|---|---|

| SECURED | Claimed: | $25,374.31 |
|---|---|---|

---

| MARKAL FINISHING CO INC<br>400 BOSTWICK AVENUE<br>BRIDGEPORT, CT 06605 | Claim Number: 5104<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 8667<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,007.23 | Scheduled: | $4,007.32 |
|---|---|---|---|---|

---

| MARKAL FINISHING CO. INC.<br>400 BOSTWICKE AVE<br>ATTN: CRAIG A SAUDEN<br>BRIDGEPORT, CT 06605 | Claim Number: 8667<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $4,007.32 |
|---|---|---|

---

| MARKAN MARKETING<br>3402 W. 79TH ST.<br>INDIANAPOLIS, IN 46268 | Claim Number: 4361<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $148.00 | Scheduled: | $148.00 |
|---|---|---|---|---|

---

| MARKET BAG COMPANY, INC.<br>1549 ME THOMPSON DR.<br>VALDOSTA, GA 31601 | Claim Number: 1662<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $10,261.79 | Scheduled: | $10,261.79 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MARKETRESEARCH.COM<br>11200 ROCKVILLE PIKE<br>SUITE 504<br>ROCKVILLE, MD 20852 | | Claim Number: 1356<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,000.00 | | |

| MARKETRESEARCH.COM<br>11200 ROCKVILLE PIKE<br>SUITE 504<br>ROCKVILLE, MD 20852 | | Claim Number: 6738<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,000.00 | Scheduled: | $20,000.00 |

| MARKETWIRE<br>48 YONGE STREET<br>TORONTO, ON M5E 1G6<br>CANADA | | Claim Number: 8797<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $264.25 | Scheduled: | $224.39 |

| MARKETWIRE L.P.<br>48 YONGE STREET<br>8TH FLOOR<br>ATTN: MUSTAAZ RAHMAN<br>TORONTO, ON M5E 1G6<br>CANADA | | Claim Number: 8796<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $216.50 | | |

| MARKILLIE, DAVID<br>5319 MEGAN'S PLACE DRIVE<br>WILMINGTON, NC 28409 | | Claim Number: 6964<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,800.00 | | |

| MARLIN CO., THE<br>10 RESEARCH PKWY<br>WALLINGFORD, CT 06492-1963 | | Claim Number: 6806<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $590.21 | | |

| MARLIN CO., THE<br>10 RESEARCH PKWY<br>WALLINGFORD, CT 06492-1963 | | Claim Number: 6821<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $639.15 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MARLIN COMPANY<br>10 RESEARCH PKWY<br>WALLINGFORD, CT 64921957 | Claim Number: 6807<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $649.57 |

---

| MARLIN COMPANY, THE<br>10 RESEARCH PKWY<br>WALLINGFORD, CT 06492-1963 | Claim Number: 6805<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $798.59 |

---

| MARLIN COMPANY, THE<br>10 RESEARCH PARKWAY<br>ATTN: LAURA MIDDLEBROOK<br>WALLINGFORD, CT 06492 | Claim Number: 8775<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $949.53 |

---

| MARLIN COMPANY, THE<br>10 RESEARCH PARKWAY<br>ATTN: LAURA MIDDLEBROOK<br>WALLINGFORD, CT 06492 | Claim Number: 8816<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $440.41 |

---

| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6802<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $999.90 | Scheduled: | $29,689.19 |

---

| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6803<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $857.98 |

---

| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6804<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $450.16 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | |
|---|---|---|
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6808<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | |
| UNSECURED          Claimed: | $616.77 | |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6809<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | |
| UNSECURED          Claimed: | $558.46 | |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6810<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | |
| UNSECURED          Claimed: | $886.44 | |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6811<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) | |
| UNSECURED          Claimed: | $987.39 | |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6812<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | |
| UNSECURED          Claimed: | $219.95          Scheduled: | $966.24 |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6813<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | |
| UNSECURED          Claimed: | $800.85 | |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6814<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) | |
| UNSECURED          Claimed: | $330.19 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

| | | |
|---|---|---|
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6815<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | |
| UNSECURED          Claimed: | $3,328.00 | |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6822<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | |
| UNSECURED          Claimed: | $557.31 | |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6823<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | |
| UNSECURED          Claimed: | $431.90 | |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6824<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | |
| UNSECURED          Claimed: | $210.23 | |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6825<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | |
| UNSECURED          Claimed: | $417.67 | |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6826<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | |
| UNSECURED          Claimed: | $1,599.60 | |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6827<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | |
| UNSECURED          Claimed: | $182.12 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6828<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $414.08 |

---

| | | |
|---|---|---|
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6829<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $206.56 |

---

| | | |
|---|---|---|
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6830<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $199.95 |

---

| | | |
|---|---|---|
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6831<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $599.85 |

---

| | | |
|---|---|---|
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6832<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $893.58 |

---

| | | |
|---|---|---|
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6833<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) | |
| UNSECURED | Claimed: | $987.39 |

---

| | | |
|---|---|---|
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6834<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) | |
| UNSECURED | Claimed: | $1,356.12 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| MARLIN LEASING CORPORATION<br>300 FELLOWSHIP RD<br>MT LAUREL, NJ 08054 | Claim Number: 12800<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | |
| UNSECURED | Claimed: | $3,555.16 |
| MARLINE COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6816<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) | |
| UNSECURED | Claimed: | $1,805.03 |
| MARLINE COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6817<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | |
| UNSECURED | Claimed: | $665.91 |
| MARLINE COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6818<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
| UNSECURED | Claimed: | $599.85 |
| MARLINE COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6819<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $716.58 |
| MARLINE COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6820<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $797.76 |
| MARMARA, STEVEN G.<br>126 SPRUCEWOOD CRESCENT<br>BOWMANVILLE, ON L1C SH4<br>CANADA | Claim Number: 8914<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| PRIORITY | Claimed: | $23,875.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MARMOLEJO, FERNANDO<br>942 SAYBROOK AVE.<br>LOS ANGELES, CA 90022 | Claim Number: 9611<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $31,000.00 |
|---|---|---|

| MAROTECH INC.<br>100 RUE DE NAPLES<br>ST-AUGUSTIN-DE-DESMAURES, QC G3A 2Y2<br>CANADA | Claim Number: 2444<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $76,519.00 |
|---|---|---|

| MAROTECH INC.<br>100 RUE DE NAPLES<br>ST-AUGUSTIN-DE-DESMAURES, QC G3A 2Y2<br>CANADA | Claim Number: 2445<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>$115,230.52 Canadian |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| MAROTECH INC.<br>100 RUE DE NAPLES<br>ST-AUGUSTIN-DE-DESMAURES, QC G3A 2Y2<br>CANADA | Claim Number: 6070<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $36,599.00 |
|---|---|---|

| MARQUETTE, DANIEL B<br>452 W SPRINGER DRIVE<br>TURLOCK, CA 95382 | Claim Number: 5979<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) |
|---|---|

| PRIORITY | Claimed: | $273,553.95 |
|---|---|---|

| MARQUIS GROUP INC<br>14251 VOLENTE RD<br>VOLENTE, TX 78641 | Claim Number: 4956<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $7,875.00 | Scheduled: | $7,875.00 |
|---|---|---|---|---|

| MARR, ANTHONY FRANK<br>517 OLD CEDARTOWN ROAD<br>ROCKMART, GA 30153 | Claim Number: 13824<br>Claim Date: 01/22/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MARRA, JOAN<br>C/O BERNARD W. GERDELMAN, ESQ.<br>PAULE, CAMAZINE & BLUMENTHAL, PC<br>165 N. MERAMEC AVE., 6TH FLOOR<br>SAINT LOUIS, MO 63105-3789 | Claim Number: 9761<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9034 (04/25/2011) |
|---|---|

| UNSECURED | Claimed: | $1,567,883.57   UNLIQ |
|---|---|---|

| MARRA, JOAN<br>C/O BERNARD W. GERDELMAN, ESQ.<br>PAULE, CAMAZINE & BLUMENTHAL, PC<br>165 N. MERAMEC AVE., 6TH FLOOR<br>SAINT LOUIS, MO 63105-3789 | Claim Number: 9765<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,567,883.57   UNLIQ |
|---|---|---|

| MARRLIN TRANSIT INC<br>PO BOX 645<br>VAN BUREN, AR 72957 | Claim Number: 13073<br>Claim Date: 09/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7427 (05/04/2010) |
|---|---|

| UNSECURED | Claimed: | $39,670.22 |
|---|---|---|

| MARSDEN BLDG MAINTENANCE LLC<br>PO BOX 1150<br>MI 87<br>MINNEAPOLIS, MN 55480-1150 | Claim Number: 4383<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,996.87 | Scheduled: | $2,174.76 |
|---|---|---|---|---|

| MARSH SUPERMARKETS, LLC<br>C/O DAVID T. O'MALIA<br>333 S. FRANKLIN ROAD<br>INDIANAPOLIS, IN 46219 | Claim Number: 2299<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $334,159.02 |
|---|---|---|

| MARSH SUPERMARKETS, LLC<br>C/O DAVID T. O'MALIA<br>333 S. FRANKLIN ROAD<br>INDIANAPOLIS, IN 46219 | Claim Number: 2300<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $334,159.02 |
|---|---|---|

| MARSH USA INC.<br>ATTN: CRAIG PADOVER<br>121 RIVER STREET, 11TH FLOOR<br>HOBOKEN, NJ 07030 | Claim Number: 9299<br>Claim Date: 08/21/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 7551 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $12,352.00 | Scheduled: | $12,352.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MARSHALL & STEVENS, INC<br>355 S. GRAND AVE, STE 1750<br>ATTN: W. CLINE<br>LOS ANGELES, CA 90071 | Claim Number: 1618<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8661 (10/18/2010) |
|---|---|

| UNSECURED | Claimed: | $10,433.79 |
|---|---|---|

---

| MARSHALL COUNTY TRUSTEE<br>1102 COURTHOUSE ANNEX<br>LEWISBURG, TN 37091 | Claim Number: 6731<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| PRIORITY | | | | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|---|
| SECURED | Claimed: | $38,662.00 | | | |
| UNSECURED | | | | Scheduled: | $67,790.00 UNLIQ |

---

| MARSHALL COUNTY TRUSTEE<br>1102 COURTHOUSE ANNEX<br>LEWISBURG, TN 37091 | Claim Number: 6733<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| SECURED | Claimed: | $34,212.00 |
|---|---|---|

---

| MARSHALL, LINDA A<br>6561-7 BRIGHAM SQUARE<br>CENTERVILLE, OH 45459 | Claim Number: 11227<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| MARSHALL, LONNIE E<br>11113 BENJAMIN PLACE<br>RICHMOND, VA 23233 | Claim Number: 10680<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $19,155.60   UNLIQ |
|---|---|---|

---

| MARSHAN AND STEVENS, INC<br>ATTN: W. CLINE<br>355 S. GRAND AVE<br>STE 1750<br>LOS ANGELES, CA 90071 | Claim Number: 13632<br>Claim Date: 11/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $10,433.79 |
|---|---|---|

---

| MARTCO INCORPORATED<br>3350 YANKEE ROAD<br>MIDDLETOWN, OH 45044 | Claim Number: 4312<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $2,169.00 | Scheduled: | $2,169.00 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MARTCO LIMITED PARTNERSHIP<br>P.O. BOX 1110<br>ALEXANDRIA, LA 71309-1110 | Claim Number: 328<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $4,793.76 | | |
|---|---|---|---|---|

| MARTEL, JEAN<br>1125 CARRE DES CHENES<br>LA TUQUE, QC G9X 4L1<br>CANADA | Claim Number: 12607<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>Claim is out of balance. Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $489.07 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $489.07 | Scheduled: | $489.07 |
| TOTAL | Claimed: | $489.07 | | |

| MARTIN COFFEE CO INC<br>1633 MARSHALL STREET<br>JACKSONVILLE, FL 32206 | Claim Number: 4488<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $7,389.84 | Scheduled: | $6,639.78 |
|---|---|---|---|---|

| MARTIN COUNTY TAX COLLECTOR<br>MARTIN CO GOVERNMENTAL CENTER<br>P.O. BOX 668<br>WILLIAMSTON, NC 27892 | Claim Number: 12107<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
|---|---|

| PRIORITY | Claimed: | $1,047.86 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| MARTIN LUMBER COMPANY, INC.<br>DANNY MARTIN<br>7001 MOSS RD.<br>BAXTER, TN 38544 | Claim Number: 933<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $3,139.54 | | |
|---|---|---|---|---|

| MARTIN MECHANICAL CORPORATION<br>1419 EAST 19TH<br>KANSAS CITY, MO 64108 | Claim Number: 4390<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 4131 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $4,479.76 | | |
|---|---|---|---|---|

| MARTIN, CALVIN BERNARD<br>1024 6TH ST.<br>JONESBORO, LA 71251 | Claim Number: 10353<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| MARTIN, CARMEN L<br>7430 RABBIT CREEK ROAD<br>BUCHANAN, TN 38222 | | Claim Number: 7434<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| MARTIN, CARMEN LEE<br>7454 RABBIT CREEK RD<br>BUCHANAN, TN 38222 | | Claim Number: 9001<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| MARTIN, ELMER<br>919 NORTH 5TH STREET<br>STEUBENVILLE, OH 43952 | | Claim Number: 5908<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $199.07 |
|---|---|---|
| UNSECURED | Claimed: | $199.07 |
| TOTAL | Claimed: | $199.07 |

| | | |
|---|---|---|
| MARTIN, ELMER LEE<br>919 NORTH 5TH STREET<br>STEUBENVILLE, OH 43952 | | Claim Number: 8691<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $199.07 |
|---|---|---|

| | | |
|---|---|---|
| MARTIN, JAMES R<br>2190 THURMONT RD.<br>AKRON, OH 44313 | | Claim Number: 6770<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| MARTIN, JAMES R.<br>2190 THURMONT RD<br>AKRON, OH 44313 | | Claim Number: 8829<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| MARTIN, JANICE MARIE<br>1024 6TH STREET<br>JONESBORO, LA 71251 | | Claim Number: 10354<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| MARTIN, LEROY<br>P.O. BOX 1675<br>HODGE, LA 71247 | | Claim Number: 10310<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| MARTIN, ROY L<br>3100 WEST PRATT RD<br>LITTLE ROCK, AR 72206 | | Claim Number: 9524<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| MARTIN, SAM HENRY<br>16600 DOWNEY AVE<br>PARAMOUNT, CA 90723 | | Claim Number: 4183<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| MARTIN, TOMMY<br>D/B/A MARTIN LEASING INC.<br>P.O. BOX 624<br>YULEE, FL 32041-0624 | | Claim Number: 9237<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $124,289.15 | Scheduled: | $46,676.72 |

---

| | | | | |
|---|---|---|---|---|
| MARTIN, WESLEY M.<br>C/O GREGORY A. CADE<br>ENVIRONMENTAL LITIGATION GROUP, P.C.<br>3529 7TH AVE SOUTH<br>BIRMINGHAM, AL 35222 | | Claim Number: 11501<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
| UNSECURED | Claimed: | $41,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| MARTINEZ TORRES, FABIAN AND<br>CRUET GONZALEZ, BRUNILDA S.<br>R. FIGUEROA-CARRASQUILLO LAW OFFICE PSC<br>PO BOX 186<br>CAGUAS, PR 00726 | | Claim Number: 3456<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
| UNSECURED | Claimed: | $2,530,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| MARTINEZ TORRES, FABIAN AND<br>CRUET GONZALEZ, BRUNILDA S.<br>R. FIGUEROA-CARRASQUILLO LAW OFFICE PSC<br>PO BOX 186<br>CAGUAS, PR 00726 | | Claim Number: 3457<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
| UNSECURED | Claimed: | $2,530,000.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MARTINEZ, ARTURO C<br>757 W. ELEVENTH ST.<br>POMONA, CA 91766 | Claim Number: 7862<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $0.00 UNLIQ |

---

| MARTINEZ, JORGE BRA<br>15528 DARLENE LANE<br>FONTANA, CA 92336 | Claim Number: 11187<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |

| PRIORITY | Claimed: | $14,500.00 |
| UNSECURED | Claimed: | $14,500.00 |

---

| MARTINOT, LEON V<br>14148 S.E. WILKINSON CT<br>MILWAUKIE, OR 97267 | Claim Number: 11569<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00 UNDET |

---

| MARTZ, GARY<br>1508 FLORENCE WAY<br>PETALUMA, CA 94954-1445 | Claim Number: 6587<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $0.00 UNLIQ |

---

| MARY KAY COSMETICS<br>2800 FORBS AVE<br>HOFFMAN ESTATES, IL 60192 | Claim Number: 6486<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>amends 2761 |

| UNSECURED | Claimed: | $60.95 | Scheduled: | $60.95 UNLIQ |

---

| MARY KAY INC.<br>2800 FORBS AVE.<br>HOFFMAN ESTATES, IL 60192 | Claim Number: 2761<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |

| UNSECURED | Claimed: | $60.95 |

---

| MASCO CORPORATION<br>C/O CHERYL PHILLIPS<br>21001 VAN BORN ROAD<br>TAYLOR, MI 48180 | Claim Number: 10652<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5047 (02/16/2010) |

| UNSECURED | Claimed: | $1,801,379.00 | Scheduled: | $1,035.72 UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MASHBURN SPOULS & PACKAGING, INC.<br>PO BOX 326<br>JAMESTOWN, NC 27282 | Claim Number: 513<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | | $1,725.00 | Scheduled: | $3,519.00 |
|---|---|---|---|---|---|

| MASON, LORINZO CERVANTEZ<br>P.O. BOX 1008<br>HODGE, LA 71247 | Claim Number: 10355<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| MASON, MICHELLE,  L<br>7940 KEISTER RD.<br>MIDDLETOWN, OH 45042 | Claim Number: 13842<br>Claim Date: 02/23/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| MASONLIFT LTD<br>ATTN: KEN COLLINS<br>1605 CLIVEDEN AVENUE<br>BELTA, BC V3M 6P7<br>CANADA | Claim Number: 8452-01<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance |
|---|---|

| ADMINISTRATIVE | Claimed: | $998.63 |
|---|---|---|

| MASONLIFT LTD<br>ATTN: KEN COLLINS<br>1605 CLIVEDEN AVENUE<br>BELTA, BC V3M 6P7<br>CANADA | Claim Number: 8452-02<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>Claim out of balance |
|---|---|

| UNSECURED | Claimed: | $18,140.83 |
|---|---|---|

| MASONLIFT LTD<br>ATTN: KEN COLLIND<br>1605 CLIVEDEN AVENUE<br>BELTA, BC V3M 6P7<br>CANADA | Claim Number: 8453-01<br>Claim Date: 07/15/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance |
|---|---|

| ADMINISTRATIVE | Claimed: | $60.29 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $570.51 |

| MASONLIFT LTD<br>ATTN: KEN COLLIND<br>1605 CLIVEDEN AVENUE<br>BELTA, BC V3M 6P7<br>CANADA | Claim Number: 8453-02<br>Claim Date: 07/15/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: DOCKET: 5769 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $915.38 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MASSEY COAL SALES COMPANY, INC.<br>BIFFERATO GENTILOTTI LLC<br>GARVAN F. MCDANIEL<br>800 N. KING ST., PLAZA LEVEL<br>WILMINGTON, DE 19801 | Claim Number: 2021<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7847 (06/02/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $106,067.13 | | |
|---|---|---|---|---|

| MASSEY COAL SALES COMPANY, INC.<br>BIFFERATO GENTILOTTI LLC<br>GARVAN F. MCDANIEL<br>800 N. KING ST., PLAZA LEVEL<br>WILMINGTON, DE 19801 | Claim Number: 2068<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $298,010.00 | | |
|---|---|---|---|---|

| MASSEY COAL SALES COMPANY, INC.<br>DBA MASSEY INDUSTRIAL SALES COMPANY<br>MATTHEW BROOKS, ESQ<br>600 PEACHTREE STREET, NE, SUITE 5200<br>ATLANTA, GA 30308 | Claim Number: 12049<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7847 (06/02/2010) |
|---|---|

| UNSECURED | Claimed: | $693,187.58 | Scheduled: | $599,544.23 UNLIQ |
|---|---|---|---|---|

| MASSEY, DORIS F<br>12579 PIONEER DR.<br>TYLER, TX 75704-8848 | Claim Number: 7158<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $62,640.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $62,640.00 | | |
| TOTAL | Claimed: | $62,640.00 | | |

| MASSIMINO, COSMAS<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | Claim Number: 10962<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $300,000.00 | | |
|---|---|---|---|---|

| MASSOLO TRUCKING LLC<br>18765 GOULD ROAD<br>SALINAS, CA 93908 | Claim Number: 7894<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $9,984.92 UNLIQ | | |
|---|---|---|---|---|

| MASSOLO TRUCKING LLC<br>18765 GOULD ROAD<br>SALINAS, CA 93908 | Claim Number: 7895<br>Claim Date: 08/17/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $432.90 UNLIQ | Scheduled: | $432.90 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MASSOLO TRUCKING LLC<br>18765 GOULD ROAD<br>SALINAS, CA 93908 | Claim Number: 7896<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $94,600.98 | Scheduled: | $103,027.24 |
|---|---|---|---|---|

| MASTER LIFT TRUCK SERVICE INC<br>ATTN: CATHY COMMON<br>2899 PLYMOUTH DRIVE<br>OAKVILLE, ON L6H 6G7<br>CANADA | Claim Number: 8715-01<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,231.90 |
|---|---|---|

| MASTER LIFT TRUCK SERVICE INC<br>ATTN: CATHY COMMON<br>2899 PLYMOUTH DRIVE<br>OAKVILLE, ON L6H 6G7<br>CANADA | Claim Number: 8715-02<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010) |
|---|---|

| UNSECURED | Claimed: | $45,808.06 |
|---|---|---|

| MASTER LIFT TRUCK SERVICE INC<br>ATTN: CATHY COMMON<br>2899 PLYMOUTH DRIVE<br>OAKVILLE, ON L6H 6G7<br>CANADA | Claim Number: 8716<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $48,039.96 |
|---|---|---|
| SECURED | Claimed: | $47,851.55 |
| UNSECURED | Claimed: | $188.41 |
| TOTAL | Claimed: | $48,039.96 |

| MASTER LOGISTIC<br>4025 85TH AVE N<br>BROOKLYN PARK, MN 55443-1909 | Claim Number: 5963<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,550.00 |
|---|---|---|

| MASTER PROTECTION CORPORATION<br>DBA FIREMASTER<br>13050 METRO PKWY STE 1<br>FORT MYERS, FL 33966 | Claim Number: 1554<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $4,515.90 | Scheduled: | $3,922.90 |
|---|---|---|---|---|

| MASTER, BELT<br>KARENANNE DIFILIPPO<br>130 MATHESON BLVD # 7<br>MISSISSAUGA, ON L4Z 1Y6<br>CANADA | Claim Number: 8953<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $14,023.59 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| MASTERCRAFT COFFEE<br>507 BUSSE RD<br>ELK GROVE, IL 60007 | | Claim Number: 2547<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $5,232.46 | | |
| MASTERCRAFT COFFEE SERVICE<br>507 BUSSE ROAD<br>ATTN: EDWARD LANNAN<br>ELK GROVE VILLAGE, IL 60007 | | Claim Number: 8826<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $5,232.46 | | |
| MASTERCRAFT COFFEE SERVICE INC<br>507 BUSSE ROAD<br>ELK GROVE VILLAGE, IL 60007 | | Claim Number: 6845<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010) | | |
| UNSECURED | Claimed: | $5,232.66 | Scheduled: | $4,804.16 |
| MASTERS, JOHN DURWOOD<br>163 TEMPLETON ROAD<br>JONESBORO, LA 71251 | | Claim Number: 10356<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| MASTHEAD HOSE & SUPPLY<br>LOCKBOX #861777<br>ORLANDO, FL 32886 | | Claim Number: 12171<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $5,047.03 | Scheduled: | $5,613.23 |
| MATANE SANITAIRE INC<br>74 RUE SAVARD<br>MATANE, QC G4W 3M9<br>CANADA | | Claim Number: 8137<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | |
| UNSECURED | Claimed: | $24,707.89 | Scheduled: | $25,207.55 |
| MATCH FACTORS INC<br>PO BOX 13259<br>FLORENCE, SC 29504 | | Claim Number: 7711<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>Amends Claim 721 | | |
| UNSECURED | Claimed: | $25,837.98 | Scheduled: | $43,889.99  UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MATERIALS ENGINEERING INC<br>47W605 IC TRAIL<br>VIRGIL, IL 60151 | Claim Number: 4315<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,050.00 | Scheduled: | $3,050.00 |
|---|---|---|---|---|

| MATERS, HANS W<br>250 SAWDUST ROAD<br>LIBERTY, SC 29657 | Claim Number: 4413<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| MATHEWS, WILLIAM C.<br>1515 BEAR CREEK ROAD<br>QUITMAN, LA 71268 | Claim Number: 10311<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| MATHIS, MAYBELLE<br>5076 LEONARD RD SPC 96<br>GRANTS PASS, OR 97527 | Claim Number: 4598<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $270.60   UNLIQ |
|---|---|---|

| MATHIS, MAYBELLE<br>5076 LEONARD RD SPC 96<br>GRANTS PASS, OR 97527 | Claim Number: 8384<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| MATLOCK & SONS INC<br>PO BOX 268<br>HARRISON, AR 72602-0268 | Claim Number: 6855<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $52,641.00 | Scheduled: | $52,641.00 |
|---|---|---|---|---|

| MATRIX ENGINEERING, PLLC<br>112 WALTER JETTON BLVD<br>PADUCAH, KY 42001 | Claim Number: 1527<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $19,526.40 | Scheduled: | $19,526.40 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MATRIX MACHINE INCORPORATED<br>2901 DANESE ST<br>JACKSONVILLE, FL 32206 | Claim Number: 4229-01<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1329 (07/28/2009) |

| ADMINISTRATIVE | Claimed: | $172.50 | | |
| UNSECURED | | | Scheduled: | $8,986.50 |

---

| MATRIX MACHINE INCORPORATED<br>2901 DANESE ST<br>JACKSONVILLE, FL 32206 | Claim Number: 4229-02<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $8,814.00 |

---

| MATRIX TAPE NORTH AMERICA INC<br>PO BOX 890562<br>CHARLOTTE, NC 28289-0562 | Claim Number: 5427<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $1,509.62 | Scheduled: | $1,635.62 |

---

| MATSON AMERICA TRANSPORTATION SVCS LLC<br>4040 EMBASSY PKWY # 370<br>AKRON, OH 44333-8326 | Claim Number: 1049<br>Claim Date: 03/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |

| UNSECURED | Claimed: | $12,684.34 | Scheduled: | $12,005.00 |

---

| MATSON INTEGRATED LOGISTICS<br>1815 S MEYERS RD/STE 700<br>OAKBROOK TERRACE, IL 60181 | Claim Number: 1667<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $9,364.32 | Scheduled: | $8,122.87 |

---

| MATT MARSHALL & CO.<br>P.O. BOX 77357<br>GREENSBORO, NC 27417-7357 | Claim Number: 6605<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $1,220.00 |

---

| MATT MARSHALL & CO. INC.<br>P.O. BOX 77357<br>GREENSBORO, NC 27417-7357 | Claim Number: 6604<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $500.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MATT MARSHALL AND COMPANY<br>PO BOX 77357<br>GREENSBORO, NC 27417-7357 | Claim Number: 6603<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $8,419.42 | Scheduled: | $10,139.42 |
|---|---|---|---|---|

| MATTE, JACQUES<br>40 RUE HOUIS HEBERT<br>LA TUQUE, PQ G9X 4A6<br>CANADA | Claim Number: 12805<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7189 (04/22/2010) |
|---|---|

| UNSECURED | Claimed: | $3,000.00 |
|---|---|---|

| MATTHEWS DIE DIVISION LLC<br>DBA US STEEL RULE DIES<br>13030 ALONDRA BLVD. #101<br>CERRITOS, CA 90703 | Claim Number: 463<br>Claim Date: 02/16/2009<br>Debtor: CALPINE CORRUGATED, LLC |
|---|---|

| UNSECURED | Claimed: | $8,601.62 | Scheduled: | $8,601.62 |
|---|---|---|---|---|

| MATTHEWS INTERNATIONAL CORP<br>TWO NORTHSHORE CENTER<br>PITTSBURGH, PA 15212-5851 | Claim Number: 7188<br>Claim Date: 08/05/2009<br>Debtor: CALPINE CORRUGATED, LLC |
|---|---|

| UNSECURED | Claimed: | $3,886.87 | Scheduled: | $3,886.87 |
|---|---|---|---|---|

| MATTHEWS, ALBERT J<br>95 BEAVER AVE.<br>WHITING, NJ 08759 | Claim Number: 10019<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| MATTHEWS, BETTY<br>807 LAURA LANE<br>RUSTON, LA 71270 | Claim Number: 10343<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| MATTHEWS, MARK A<br>8297 GLENMILL CT<br>CINCINNATI, OH 45249-2264 | Claim Number: 6697<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $9,544.97 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MATTHIES JR., KENNETH R<br>165 CAMINO BAILEN<br>ESCONDIDO, CA 92029-7446 | Claim Number: 6694<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| UNSECURED            Claimed: | $0.00   UNLIQ |

---

| MATTICE ENTERPRISES<br>2701 YELLOWSTONE TRL.<br>DEER LODGE, MT 59722 | Claim Number: 114<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
|---|---|
| UNSECURED            Claimed: | $944.98 |

---

| MATTISON, J M<br>8 DUVALL CT.<br>WILMINGTON, DE 19808-2143 | Claim Number: 10778<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| UNSECURED            Claimed: | $65,508.00 |

---

| MATZA, PATRICIA<br>5230 N 29TH STREET<br>MILWAUKEE, WI 53209 | Claim Number: 12837<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| PRIORITY             Claimed:<br>UNSECURED            Claimed: | $0.00   UNDET<br>$0.00   UNDET |

---

| MATZA, PATRICIA<br>5230 N 29TH STREET<br>MILWAUKEE, WI 53209 | Claim Number: 12887<br>Claim Date: 08/27/2009<br>Debtor: FRANCOBEC COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| PRIORITY             Claimed:<br>UNSECURED            Claimed: | $0.00   UNDET<br>$0.00   UNDET |

---

| MATZA, PATRICIA<br>5230 N 29TH STREET<br>MILWAUKEE, WI 53209 | Claim Number: 12888<br>Claim Date: 08/27/2009<br>Debtor: 605681 N.B. INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| PRIORITY             Claimed:<br>UNSECURED            Claimed: | $0.00   UNDET<br>$0.00   UNDET |

---

| MATZA, PATRICIA<br>5230 N 29TH STREET<br>MILWAUKEE, WI 53209 | Claim Number: 12889<br>Claim Date: 08/27/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| PRIORITY             Claimed:<br>UNSECURED            Claimed: | $0.00   UNDET<br>$0.00   UNDET |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MATZA, PATRICIA<br>5230 N 29TH STREET<br>MILWAUKEE, WI 53209 | | Claim Number: 12890<br>Claim Date: 08/27/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |
| MATZA, PATRICIA<br>5230 N 29TH STREET<br>MILWAUKEE, WI 53209 | | Claim Number: 12891<br>Claim Date: 08/27/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |
| MATZA, PATRICIA<br>5230 N 29TH STREET<br>MILWAUKEE, WI 53209 | | Claim Number: 12892<br>Claim Date: 08/27/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |
| MATZA, PATRICIA<br>5230 N 29TH STREET<br>MILWAUKEE, WI 53209 | | Claim Number: 12893<br>Claim Date: 08/27/2009<br>Debtor: 3083527 NOVA SCOTIA COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |
| MATZA, PATRICIA<br>5230 N 29TH STREET<br>MILWAUKEE, WI 53209 | | Claim Number: 12894<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |
| MATZA, PATRICIA<br>5230 N 29TH STREET<br>MILWAUKEE, WI 53209 | | Claim Number: 12895<br>Claim Date: 08/27/2009<br>Debtor: SLP FINANCE GENERAL PARTNERSHIP<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| MATZA, PATRICIA<br>5230 N 29TH STREET<br>MILWAUKEE, WI 53209 | | Claim Number: 12896<br>Claim Date: 08/27/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00  UNDET | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| MAURECON INC.<br>ATTN: JEAN-SEBASTIEN DURETTE<br>825 RUE HOUSSART<br>TROIS-RIVIERES, QC G8T 9C1<br>CANADA | | Claim Number: 13144<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $4,191.12 | Scheduled: | $4,191.12 |

---

| | | | | |
|---|---|---|---|---|
| MAVENWIRE LLC<br>630 FREEDOM BUSINESS CENTER, 3RD FL.<br>KING OF PRUSSIA, PA 19406 | | Claim Number: 13589<br>Claim Date: 11/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $53,977.80 | | |

---

| | | | | |
|---|---|---|---|---|
| MAX CONTROL SYSTEMS INC<br>PO BOX  75110<br>CHARLOTTE, NC 28275-0110 | | Claim Number: 7841<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $9,719.13 | Scheduled: | $9,719.13 |

---

| | | | | |
|---|---|---|---|---|
| MAX DAETWYLER CORP.<br>13420 REESE BLVD WEST<br>HUNTERSVILLE, NC 28078 | | Claim Number: 2115<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $3,115.09 | Scheduled: | $3,115.09 |

---

| | | | | |
|---|---|---|---|---|
| MAXIMUM JANITORIAL SERVICE<br>518 N 112 DR<br>AVONDALE, AZ 85323 | | Claim Number: 661<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $9,647.70 | Scheduled: | $14,469.85 |

---

| | | | | |
|---|---|---|---|---|
| MAXON CORPORATION<br>CATHY COON<br>201 E. 18TH STREET<br>MUNCIE, IN 47302-4124 | | Claim Number: 3472<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $12,274.07 | Scheduled: | $12,274.07 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MAXWELL, DANNY ROYCE<br>938 PODA ROAD<br>JONESBORO, LA 71251 | | Claim Number: 10357<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| MAXWELL, F E<br>2932 GLENWOOD BEACH TRAIL<br>PORTER, IN 46304 | | Claim Number: 11692<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| MAXWELL, GERALD DAVID<br>5387 QUITMAN HWY<br>QUITMAN, LA 71268 | | Claim Number: 10358<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| MAXXAM ANALYTICS INC<br>ATTN: FARAH DOWLUT<br>7070 MISSISSAUGA RD<br>STE 240<br>MISSISSAUGA, ON L5N 7G2<br>CANADA | | Claim Number: 8470-01<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $29,881.39 | Scheduled: | $40,003.18 |

---

| MAXXAM ANALYTICS INC<br>ATTN: FARAH DOWLUT<br>7070 MISSISSAUGA RD<br>STE 240<br>MISSISSAUGA, ON L5N 7G2<br>CANADA | | Claim Number: 8470-02<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,423.31 | | |
| UNSECURED | Claimed: | $12,423.31 | | |

---

| MAY TRUCKING<br>PO BOX 9039<br>SALEM, OR 97305 | | Claim Number: 6700<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $218.12 | Scheduled: | $1,410.00 |

---

| MAYER ELECTRIC SUPPLY COMPANY INC<br>WOMBLE CARLYLE SANDRIDGE & RICE, PLLC<br>FRANCIS A. MONACO, THOMAS M. HORAN &<br>ERICKA JOHNSON-222 DELAWARE AVE,STE 1501<br>WILMINGTON, DE 19801 | | Claim Number: 4039-01<br>Claim Date: 07/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,622.15 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | |
|---|---|
| MAYER ELECTRIC SUPPLY COMPANY INC<br>WOMBLE CARLYLE SANDRIDGE & RICE, PLLC<br>FRANCIS A. MONACO, THOMAS M. HORAN &<br>ERICKA JOHNSON-222 DELAWARE AVE,STE 1501<br>WILMINGTON, DE 19801 | Claim Number: 4039-02<br>Claim Date: 07/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) |

| ADMINISTRATIVE | Claimed: | $23,480.07 |
|---|---|---|

---

| | |
|---|---|
| MAYER, MARK W. / WELSH, LARRY C. AND<br>YOUNG, BRANDI; ET AL<br>WILLIAM BERNARDUCI, IZARD NOBEL LLP<br>29 SO. MAIN ST., SUITE 215<br>WEST HARTFORD, CT 06107 | Claim Number: 9376<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |

| UNSECURED | Claimed: | $100,000,000.00   UNLIQ |
|---|---|---|

---

| | |
|---|---|
| MAYER, MARK W., WELSH, LARRY C. AND<br>YOUNG, BRANDI; ET AL<br>WILLIAM BERNARDUCI, IZARD NOBEL LLP<br>29 SO. MAIN ST., SUITE 215<br>WEST HARTFORD, CT 06107 | Claim Number: 9443<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | |
|---|---|
| MAYER, MARK W., WELSH, LARRY C. AND<br>YOUNG, BRANDI; ET AL<br>WILLIAM BERNARDUCI, IZARD NOBEL LLP<br>29 SO. MAIN ST., SUITE 215<br>WEST HARTFORD, CT 06107 | Claim Number: 9454<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | |
|---|---|
| MAYER, MARK W., WELSH, LARRY C. AND<br>YOUNG, BRANDI; ET AL<br>WILLIAM BERNARDUCI, IZARD NOBEL LLP<br>29 SO. MAIN ST., SUITE 215<br>WEST HARTFORD, CT 06107 | Claim Number: 9455<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | |
|---|---|
| MAYES, DONALD E<br>338 BLACKTHORNE TRAIL<br>MONROE, MI 48161 | Claim Number: 9264<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $40,692.60 |
|---|---|---|

---

| | |
|---|---|
| MAYFRAN INTERNATIONAL<br>LINDA AVERY<br>6650 BETA DRIVE<br>MAYFIELD VILLAGE, OH 44143 | Claim Number: 1978<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $267.49 | Scheduled: | $267.49 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MAYLEBEN, RICHARD A<br>4082 OXFORD MIDDLETOWN RD.<br>TRENTON, OH 45067 | Claim Number: 10069<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED          Claimed: | $10,000.00 |

| MAYNARD, RUSSELL E<br>116 SWAN LANE<br>DECHERD, TN 37324 | Claim Number: 9340<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|
| UNSECURED          Claimed: | $78.32   UNLIQ |

| MAYNARD, RUSSELL E<br>116 SWAN LANE<br>DECHERD, TN 37324 | Claim Number: 11266<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNLIQ |

| MAYO, BETTY A<br>7871 STREET RT.219  BOX 6<br>CELINA, OH 45822 | Claim Number: 11425<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNLIQ |

| MAYORAS, MICHAEL A<br>4424 MORRIS PL<br>JEFFERSON, LA 70121 | Claim Number: 6688-01<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| UNSECURED          Claimed: | $5,000.00 |

| MAYORAS, MICHAEL A<br>4424 MORRIS PL<br>JEFFERSON, LA 70121 | Claim Number: 6688-02<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNLIQ |

| MAYS, MARVIN<br>111 NORTH FOXCROFT ROAD<br>RUSTON, LA 71270 | Claim Number: 10359<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|
| UNSECURED          Claimed: | $0.00   UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MB DAVIS ELECTRIC INC<br>1411 GENERAL ARTS RD<br>CONYERS, GA 30012 | Claim Number: 6483<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6353 (03/29/2010) |
|---|---|

| UNSECURED | Claimed: | $14,813.41 | Scheduled: | $8,728.44 |
|---|---|---|---|---|

| MBB POWER SERVICES INC.<br>ATTN: GARY LOUNSBURY<br>2 KEEFER RD.<br>ST. CATHARINES, ON L2M 7N9<br>CANADA | Claim Number: 13137<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7189 (04/22/2010) |
|---|---|

| UNSECURED | Claimed: | $3,915.13 | Scheduled: | $3,915.13 |
|---|---|---|---|---|

| MBT, INC.<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 3591<br>Claim Date: 06/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $10,791.89 | Scheduled: | $10,791.89 |
|---|---|---|---|---|

| MC ALHANY, CARRIE<br>757 WATERSPRING ROAD<br>ORANGEBURG, SC 29118 | Claim Number: 5242<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| SECURED | Claimed: | $78.40 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $78.40 UNLIQ |
| TOTAL | Claimed: | $78.40 UNLIQ |

| MC MASTER-CARR SUPPLY CO<br>PO BOX 4355<br>CHICAGO, IL 60680 | Claim Number: 3267<br>Claim Date: 06/05/2009<br>Debtor: CALPINE CORRUGATED, LLC |
|---|---|

| UNSECURED | Claimed: | $697.95 | Scheduled: | $697.95 |
|---|---|---|---|---|

| MC MASTER-CARR SUPPLY CO<br>PO BOX 4355<br>CHICAGO, IL 60680 | Claim Number: 3268<br>Claim Date: 06/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>Claim out of balance |
|---|---|

| PRIORITY | Claimed: | $6,732.83 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34,389.47 | Scheduled: | $4,204.35 |
| TOTAL | Claimed: | $34,389.74 | | |

| MC MASTER-CARR SUPPLY CO<br>PO BOX 4355<br>CHICAGO, IL 60680 | Claim Number: 3269<br>Claim Date: 06/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) |
|---|---|

| UNSECURED | Claimed: | $590.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MC MASTER-CARR SUPPLY CO<br>PO BOX 4355<br>CHICAGO, IL 60680 | Claim Number: 3272-01<br>Claim Date: 06/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $177,219.13 | Scheduled: | $234,043.38 |
|---|---|---|---|---|

| MC MASTER-CARR SUPPLY CO<br>PO BOX 4355<br>CHICAGO, IL 60680 | Claim Number: 3272-02<br>Claim Date: 06/05/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,562.06 | Scheduled: | $4,035.01 |
|---|---|---|---|---|

| MC MASTER-CARR SUPPLY CO<br>PO BOX 4355<br>CHICAGO, IL 60680 | Claim Number: 3273<br>Claim Date: 06/05/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC. |
|---|---|

| UNSECURED | Claimed: | $1,746.76 | Scheduled: | $1,746.76 |
|---|---|---|---|---|

| MC NEILL, JAMES A<br>36570 57TH STREET<br>BURLINGTON, WI 53105 | Claim Number: 9783<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) |
|---|---|

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| MCAP LEASING<br>5575 NORTH SERVICE RAOD<br>BURLINGTON, ON L7L 6M1<br>CANADA | Claim Number: 7666<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| SECURED | Claimed: | $5,823.88 |
|---|---|---|

| MCAP LEASING INC.<br>5575 NORTH SERVICE RD<br>#300<br>BURLINGTON, ON L7L 6M1<br>CANADA | Claim Number: 8891<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8408 (08/18/2010) |
|---|---|

| UNSECURED | Claimed: | $1,824.48 | Scheduled: | $715.37 |
|---|---|---|---|---|

| MCBRIDE, KENNY WAYNE<br>1370 BROOKS CHAPEL ROAD<br>QUITMAN, LA 71268 | Claim Number: 10360<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| MCBRIDE, LURLENE G.<br>494 MONTGOMERY CAMP ROAD<br>GOLDONNA, LA 71031 | Claim Number: 10361<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | |
|---|---|---|---|

| MCBRYANT, MARY J<br>1756 SPRING ST NE<br>CONYERS, GA 30012-3770 | Claim Number: 5450<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| SECURED | Claimed: | $55,096.80 | |
|---|---|---|---|

| MCCAIN, NORMAN<br>2527 MUSTANG DRIVE<br>CINCINNATI, OH 45211 | Claim Number: 7505<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET | |
|---|---|---|---|

| MCCAIN, PAUL D<br>2527 MUSTANG DR<br>CINCINNATI, OH 45211 | Claim Number: 7504<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET | |
|---|---|---|---|

| MCCAIN, RICHARD LEE<br>P.O. BOX 1663<br>HODGE, LA 71247 | Claim Number: 10362<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | |
|---|---|---|---|

| MCCALL WATER SYSTEMS<br>PO BOX 199<br>BREWTON, AL 36427 | Claim Number: 6329<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $251.80 | Scheduled: | $208.10 |
|---|---|---|---|---|

| MCCALLUM, EDWARD F<br>10426 SWAIN<br>CHAPEL HILL, NC 27517 | Claim Number: 10919<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9033 (04/25/2011) |
|---|---|

| UNSECURED | Claimed: | $1,952,883.10 | |
|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MCCANN & ASSOCIATES INC<br>PO BOX 9379<br>MISSOULA, MT 59807 | Claim Number: 6529<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $894.10 | Scheduled: | $894.10 |
|---|---|---|---|---|

| MCCANTS, WILLIE E<br>1566 RIDGE ROAD<br>BREWTON, AL 36426 | Claim Number: 7998<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| MCCARTHY, JOSEPH G<br>129 MELROSE STREET<br>MELROSE, MA 02176 | Claim Number: 10004<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $47,100.00 |
|---|---|---|

| MCCAULEY, MARIE G<br>746 ARAMANINI<br>SANTA CLARA, CA 95050-5102 | Claim Number: 9981<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| MCCLARY, BILLY<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | Claim Number: 10973<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) |
|---|---|

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

| MCCLARY, SHARON<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | Claim Number: 10970<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8391 (08/16/2010) |
|---|---|

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

| MCCLUNG LOGAN<br>PO BOX 17593<br>BALTIMORE, MD 21297 | Claim Number: 7532<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $298.02 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| MCCLUNG, LOGAN<br>PO BOX 17593<br>BALTIMORE, MD 21297 | | Claim Number: 7790<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $298.02 | Scheduled: | $298.02 | |

| | | |
|---|---|---|
| MCCOLLISTER, JOHN C.<br>26 LAZY EIGHT DRIVE<br>PORT ORANGE, FL 32128 | | Claim Number: 2951<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
| PRIORITY | Claimed: | $1,306.22 |

| | | |
|---|---|---|
| MCCOLLUM, WILLIE LEE<br>850 BARRON CT, APT I<br>CARY, NC 27511 | | Claim Number: 13374<br>Claim Date: 09/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| ADMINISTRATIVE | Claimed: | $12,000.00 |
| PRIORITY | Claimed: | $12,000.00 |
| TOTAL | Claimed: | $12,000.00 |

| | | |
|---|---|---|
| MCCONATHY, ARLIE EDWIN<br>208 WATSON ST<br>JONESBORO, LA 71251 | | Claim Number: 10312<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| MCCONATHY, ROBERT LOUIS<br>P.O. BOX 574<br>HODGE, LA 71247 | | Claim Number: 10313<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| MCCORMICK & COMPANY,<br>DANIEL J. CARRIGAN, ESQ.<br>MCKENNA LONG & ALDRIDGE LLP<br>1900 K STREET NW, SUITE 100<br>WASHINGTON, DC 20036 | | Claim Number: 11803<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
| SECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| MCCORMICK & COMPANY, INC.<br>DANIEL J. CARRIGAN, ESQ.<br>MCKENNA LONG & ALDRIDGE LLP<br>1900 K STREET NW, SUITE 100<br>WASHINGTON, DC 20036 | | Claim Number: 11802<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
| SECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| MCCORMICK, JOHN<br>PO BOX 9222<br>CINCINNATI, OH 45209 | | Claim Number: 8441<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| SECURED | Claimed: | $43,200.00 | |

| MCCOY, ROBERTA<br>30301 WELLS STREET<br>DOWAGIAC, MI 49047 | | Claim Number: 12885<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $14,058.00 | |
| UNSECURED | Claimed: | $0.00 | |

| MCCOY, ROBERTA<br>30301 WELLS ST.<br>DOWAGIAC, MI 49047 | | Claim Number: 12886<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $14,058.00 | |

| MCCRARY, ELTON D.<br>C/O GREGORY A. CADE<br>ENVIRONMENTAL LITIGATION GROUP, P.C.<br>3529 7TH AVE SOUTH<br>BIRMINGHAM, AL 35222 | | Claim Number: 11502<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $41,000.00 | |

| MCCREARY, SAMMY L<br>235 NYMPH LANE<br>EVERGREEN, AL 36401 | | Claim Number: 8119<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00    UNDET | |

| MCCULLOUGH, CARL A<br>126 MERLIN PLACE<br>ELSMERE, KY 41042 | | Claim Number: 12666<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00    UNDET | |

| MCCUSKER & OGBORNE TRANSFER STATION<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | | Claim Number: 11336<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18,488.56 | Scheduled: | $16,184.06 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MCDADE, MICHAEL A.<br>6401 WINN DRIVE<br>EDGECLIFF VILLAGE, TX 76134 | Claim Number: 1070<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $57,000.00 |
|---|---|---|

---

| MCDERMOTT, HELEN<br>3114 BIG PINE DRIVE<br>FERNANDINA BCH, FL 32034 | Claim Number: 6956<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| MCDILL COLUMBUS CORPORATION<br>C/O CHERYL THOMPSON, ESQ<br>201 SOUTH FRANKLIN STREET, SUITE 2200<br>TAMPA, FL 33602 | Claim Number: 2009<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $88,653.68 |
|---|---|---|

---

| MCDONALD ENTERPRISES<br>3050 LEGGETT RD<br>SALE CREEK, TN 37373 | Claim Number: 2799<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $24,850.00 | Scheduled: | $20,850.00 |
|---|---|---|---|---|

---

| MCDONALD, BARBARA<br>PO BOX 712<br>VERNAL, UT 84078-0712 | Claim Number: 6321<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $13,000.00 |
|---|---|---|

---

| MCDONALD, C E<br>7401 EAST FM4<br>GRANDVIEW, TX 76050 | Claim Number: 4510<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| MCDONALD, DELIA A.<br>C/O JAMES E. SORENSON, ESQ.<br>WILLIAMS, GAUTIER, GWYNN, DELOACH, &<br>SORENSON P.A. PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10685<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $17,221.04 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MCDONALD, HAZEL<br>7401 E. FM 4<br>GRANDVIEW, TX 76050 | Claim Number: 4285<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| MCDONNEL, PATRICIA W<br>239 BELLINGRATH PLACE<br>MADISONVILLE, LA 70447 | Claim Number: 8164<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| MCDOWELL, DAVID G<br>3801 VILLAGE VIEW DR APT 1127<br>GAINESVILLE, GA 30506-4342 | Claim Number: 5402<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| MCELROY, RALPH G<br>3424 AGNES BLVD<br>ALTON, IL 62002-5541 | Claim Number: 11411<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| MCFARLANE DOUGLASS COMPANIES<br>143 TOWER DRIVE<br>BURR RIDGE, IL 60527 | Claim Number: 6762<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,212.10 | Scheduled: | $3,212.10 |
|---|---|---|---|---|

| MCFEARIN, CHAD EVERETT<br>2128 KELLEY ROAD<br>QUITMAN, LA 71268 | Claim Number: 10363<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| MCFEARIN, DALLAS LEVI JR.<br>5022 BEECH SPRINGS RD.<br>QUITMAN, LA 71268 | Claim Number: 10364<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MCGILVRA ELECTRIC INC<br>1411 HUEBBE PARKWAY<br>BELOIT, WI 53511 | Claim Number: 8527<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,141.91 | Scheduled: | $3,141.91 |
|---|---|---|---|---|

| MCGILVRA ELECTRIC INC<br>1411 HUEBBE PARKWAY<br>BELOIT, WI 53511 | Claim Number: 12382<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| MCGILVRA ELECTRIC INC<br>1411 E. HUEBBE PARKWAY<br>BELOIT, WI 53511 | Claim Number: 12383<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $3,141.91 |
|---|---|---|

| MCGINNIS OIL CO<br>PO BOX 9<br>COLLIERVILLE, TN 38027-0009 | Claim Number: 4913<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,277.00 | Scheduled: | $1,689.50 |
|---|---|---|---|---|

| MCGINNIS OIL CO<br>PO BOX 9<br>COLLIERVILLE, TN 38027-0009 | Claim Number: 4914<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,277.00 |
|---|---|---|

| MCGINNIS OIL CO, LLC<br>ATTN: BILL COX<br>98 MAIN STREET<br>COLLERVILLE, TN 38017 | Claim Number: 8379<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| MCGINNIS OIL COMPANY LLC<br>ATTN: BILL COX<br>98 MAIN STREET<br>COLLIERVILLE, TN 38017 | Claim Number: 8377<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $1,277.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| MCGINNIS, KENNETH R<br>225 MARTIN LUTHER KING ROAD<br>FRISCO CITY, AL 36445 | | Claim Number: 10558<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| MCGOVERN, SHERI L<br>1567 TWP RD 355<br>JEROMESVILLE, OH 44840 | | Claim Number: 9568<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00 UNDET | | |
| MCGOWIN, KEITH L.<br>2941 RIDGE RD.<br>BREWTON, AL 36426 | | Claim Number: 11373<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| MCGRATH, TIMOTHY H<br>4860 W CATALPA AVE<br>CHICAGO, IL 60630 | | Claim Number: 6154<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | |
| UNSECURED | Claimed: | $2,641.70 | | |
| MCGUIRE LOCK & SAFE, LLC<br>PO BOX 25373<br>KANSAS CITY, MO 64119-0673 | | Claim Number: 2485<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $338.79 | Scheduled: | $338.79 |
| MCGUIRE, BOBBIE JEAN<br>609 TOLBOT<br>JONESBORO, LA 71251 | | Claim Number: 10222<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |
| MCGUIRE, CORBET, JR.<br>609 TALBOT ST.<br>JONESBORO, LA 71251 | | Claim Number: 10223<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MCGUIRE, DOUGLAS ELWIN<br>506 BARNES ST.<br>JONESBORO, LA 71251 | Claim Number: 10314<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00    UNLIQ |
|---|---|---|

| MCGUIRE, LEROY<br>PO BOX 105<br>CHATHAM, LA 71226 | Claim Number: 10224<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00    UNLIQ |
|---|---|---|

| MCGUIRE, LEROY<br>P O BOX 105<br>CHATHAM, LA 71226 | Claim Number: 11473<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00    UNDET |
|---|---|---|

| MCGUIRE, THOMAS J. AND CATHERINE MCGUIRE<br>ASSIGNEE OF PLATEWORKS, INC.<br>11104 BLAZINGSTAR COURT<br>CHAMPLIN, MN 55316 | Claim Number: 13731<br>Claim Date: 12/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $34,989.50 |
|---|---|---|

| MCILVAINE, EDWARD H<br>209 PEMBROOK ROAD<br>SWANNANOA, NC 28778 | Claim Number: 6219<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $5,000.00 |
|---|---|---|

| MCINTOSH PROPERTIES<br>20 DOS LOMA VISTA<br>PORTOLA VALLEY, CA 94028 | Claim Number: 5955<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $11,864.00 |
|---|---|---|

| MCINTOSH PROPERTIES<br>20 DOS LOMA VISTA<br>PORTOLA VALLEY, CA 94028 | Claim Number: 8495<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $11,864.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

MCJUNKINRED MAN CORP
PO BOX 513
CHARLESTON, WV 25322

Claim Number: 11809
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $1,262.50 | Scheduled: | $1,262.50 |
|---|---|---|---|---|

MCKAIN, HUGH R
2047 OAK MARSH DRIVE
FERNANDINA BEACH, FL 32034

Claim Number: 4296
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

MCKAY HARDWARE
416 SOUTH 15TH AVENUE
HOPEWELL, VA 23860

Claim Number: 12162
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 5738 (03/10/2010)

| ADMINISTRATIVE | Claimed: | $692.80 |
|---|---|---|

MCKENNA, TIMOTHY
54 PARKWOOD DRIVE
WAYNE, NJ 07470

Claim Number: 11153
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9033 (04/25/2011)

| UNSECURED | Claimed: | $630,046.21 |
|---|---|---|

MCKESSON MEDICAL-SURGICAL INC.
8741 LANDMARK ROAD
ATTN: ILANA FIGART
RICHMOND, VA 23228

Claim Number: 607
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,180.49 | Scheduled: | $2,080.83 |
|---|---|---|---|---|

MCKINNEY
8400 E. SLAUSON AVENUE
PICO RIVERA, CA 90660

Claim Number: 8017
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,712.18 | Scheduled: | $3,082.50 |
|---|---|---|---|---|

MCKINNEY TRAILER RENTALS
1505 NAVY DRIVE
STOCKTON, CA 95206

Claim Number: 2137
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $3,635.38 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| MCKINNEY, DEBRA H<br>10936 LYDIA ESTATES<br>JACKSONVILLE, FL 32218 | | Claim Number: 12153<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| TOTAL | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | | |
|---|---|---|
| MCKINSEY & COMPANY, INC.<br>133 PEACHTREE STREET, NE<br>GEORGIA PACIFIC BLDG. SUITE 4600<br>ATLANTA, GA 30303 | | Claim Number: 7797<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |

| UNSECURED | Claimed: | $1,463,000.00 |
|---|---|---|

---

| | | |
|---|---|---|
| MCKNETT, RICHARD T<br>43 FOUR MILE RIVER RD<br>OLD LYME, CT 06371-1506 | | Claim Number: 12121<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $172.00 |
|---|---|---|

---

| | | |
|---|---|---|
| MCLAIN, ELMER L<br>PO BOX 1101<br>FORT GIBSON, OK 74434 | | Claim Number: 12286<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $500,000.00   UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| MCLAREN, MARSHA LEA<br>ATTN: BRUCE MCLAREN<br>164 PUSEY BLVD<br>BRANTFORD, ON N3L 6L3<br>CANADA | | Claim Number: 12672<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>Claim out of balance |

| PRIORITY | Claimed: | $4,855.82 |
|---|---|---|
| UNSECURED | Claimed: | $4,855.82 |
| TOTAL | Claimed: | $4,855.82 |

---

| | | |
|---|---|---|
| MCLEAN BUDDEN LTD<br>145 KING STREET WEST<br>STE 2525<br>TORONTO, ON M5H 1J8<br>CANADA | | Claim Number: 12733<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |

| PRIORITY | Claimed: | $13,697.48 |
|---|---|---|

---

| | | |
|---|---|---|
| MCLEAN COUNTY ASPHALT CO INC<br>PO BOX 3547<br>BLOOMINGTON, IL 61702 | | Claim Number: 3821<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $6,249.00 | Scheduled: | $6,249.00 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| MCLEY, ARTHUR D<br>33991 250TH ST<br>SHELL ROCK, IA 50670 | Claim Number: 9212<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

PRIORITY                    Claimed:                    $0.00  UNLIQ

---

| | | |
|---|---|---|
| MCLOUTH, HAROLD E. & HELEN<br>NAMED PLAINTIFF IN ERICKSON, ROY D.,<br>ET AL., C/O TOM L. LEWIS - LEWIS SLOVAK<br>& KOVACICH, P.C. - P.O. BOX 2325<br>GREAT FALLS, MT 59403 | Claim Number: 6647<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | |

UNSECURED                    Claimed:                    $1,000.00

---

| | | |
|---|---|---|
| MCLOZZI DELI AND MARKETPLACE<br>2870 MCNAIR AVENUE<br>SAINT LOUIS, MO 63118 | Claim Number: 7232<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

UNSECURED          Claimed:              $547.65          Scheduled:          $547.65

---

| | | |
|---|---|---|
| MCMAHON, PAUL JOSEPH<br>304 CHESTNUT AVE<br>SAINT CHARLES, IL 60174 | Claim Number: 13286<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

UNSECURED                    Claimed:                    $73,420.00

---

| | | |
|---|---|---|
| MCMAHON, PAUL JOSEPH<br>304 CHESTNUT AVE<br>SAINT CHARLES, IL 60174 | Claim Number: 13287<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

UNSECURED                    Claimed:                    $600,000.00

---

| | | |
|---|---|---|
| MCMANUS, CHARLES C.<br>C/O GREGORY A. CADE<br>ENVIRONMENTAL LITIGATION GROUP, P.C.<br>3529 7TH AVE SOUTH<br>BIRMINGHAM, AL 35222 | Claim Number: 11503<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | |

UNSECURED                    Claimed:                    $41,000.00

---

| | | |
|---|---|---|
| MCMANUS, DAVID LEO, SR.<br>787 HWY. 146<br>CHATHAM, LA 71226 | Claim Number: 10225<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

UNSECURED          Claimed:              $0.00  UNLIQ

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MCMILLAN TRANSPORT LTD. | Claim Number: 1469 |
| 1452 BRIER PARK ROAD N.W. | Claim Date: 03/13/2009 |
| MEDICINE HAT, AB T1C 1V2 | Debtor: SMURFIT-MBI |
| CANADA | |

| UNSECURED | Claimed: | $23,783.44 | Scheduled: | $17,991.64 |

---

| MCMURRAY, DARVIS T. | Claim Number: 10226 |
| 247 FOREST DRIVE | Claim Date: 08/26/2009 |
| JONESBORO, LA 71251 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: WITHDRAWN |

| UNSECURED | Claimed: | $0.00    UNLIQ |

---

| MCNAY TRUCK LINE | Claim Number: 4682 |
| 700 N SECOND STREET | Claim Date: 07/13/2009 |
| QUINCY, IL 62301 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $4,238.50 | Scheduled: | $3,859.50 |

---

| MCNEAL, ALBERT JOE | Claim Number: 10227 |
| 505 NORTHEAST ST. | Claim Date: 08/26/2009 |
| JONESBORO, LA 71251 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: WITHDRAWN |

| UNSECURED | Claimed: | $0.00    UNLIQ |

---

| MCPHERSON, CHESTER L | Claim Number: 10440 |
| 106 AVENUE C | Claim Date: 08/26/2009 |
| ATMORE, AL 36502 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 5732 (03/10/2010) |

| UNSECURED | Claimed: | $6,284.80 |

---

| MCPHERSON, DAVE C/O MILLER, LANCE R. | Claim Number: 7078 |
| MITCHELL, WILLIAMS, SELIG, GATES | Claim Date: 08/03/2009 |
| & WOODYARD, PLLC | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 425 WEST CAPITOL AVE, SUITE 1800 | Comments: EXPUNGED |
| LITTLE ROCK, AR 72201 | DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00    UNDET |

---

| MCVAY, FRED S. JR. | Claim Number: 11836 |
| BARON & BUDD, P.C. | Claim Date: 08/28/2009 |
| THE CENTRUM SUITE 1100 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 3102 OAK LAWN AVE | Comments: WITHDRAWN |
| DALLAS, TX 75219 | DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $0.00    UNDET |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| MDM SUPPLY INC<br>PO BOX 6018<br>HELENA, MT 59601 | | Claim Number: 3385<br>Claim Date: 06/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $68,224.73 | Scheduled: | $68,066.70 |
| MDM TOOL SUPPLY<br>PO BOX 1710<br>BROUSSARD, LA 70518 | | Claim Number: 5939<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $10.13 | | |
| MEANS, CHARLIE<br>C/O BOHANAN & ASSOCIATES<br>RALPH BOHANAN, JR.<br>ONE PERIMETER PARK SOUTH STE 318 N<br>BIRMINGHAM, AL 35205 | | Claim Number: 11432<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 11433<br>DOCKET: 9159 (12/19/2011) | | |
| UNSECURED | Claimed: | $10,000.00   UNDET | | |
| MEANS, CHARLIE<br>C/O RALPH BOHANAN, JR.<br>BOHANAN & ASSOCIATES<br>1 PERIMETER PARK S, STE 318 N<br>BIRMINGHAM, AL 35205 | | Claim Number: 11433<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00  UNLIQ |
| MEASUREMENT & CONTROLS PRODUCT<br>245 MCLAWS CIRCLE SUITE 120<br>WILLIAMSBURG, VA 23185 | | Claim Number: 3771<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,133.49 | Scheduled: | $2,133.49 |
| MECANIQUE INDUSTRIELLE<br>1165 RUE VALET<br>ANCIENNE LORETTE, QC G2E 5T5<br>CANADA | | Claim Number: 8417<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $9,681.03 | Scheduled: | $9,681.03 |
| MECANIQUE INDUSTRIELLE AMNC<br>ATTN: PIERRETTE PAUZE<br>560 LAVOISER<br>REPENTIGNY, QC J6A 7P1<br>CANADA | | Claim Number: 8474<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $23,220.83 | Scheduled: | $23,220.83 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MECH ONE, LLC<br>PO BOX 825<br>STEVENSON, AL 35772 | Claim Number: 196<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $13,216.00 | Scheduled: | $19,619.36 |
|---|---|---|---|---|

| MECHANICAL ANALYSIS REPAIR INC<br>142 N CLIFF AVE<br>LODI, CA 95240 | Claim Number: 5329<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $9,714.60 | Scheduled: | $7,613.35 |
|---|---|---|---|---|

| MECHANICAL FIRE & ICE INC.<br>334 LAUREL STREET<br>MISHAWAKA, IN 46544 | Claim Number: 3494<br>Claim Date: 06/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $2,331.50 | Scheduled: | $2,331.50 |
|---|---|---|---|---|

| MECHANICAL INDUSTRIAL CONTRACTORS, INC.<br>11863 SOLZMAN RD.<br>CINCINNATI, OH 45249 | Claim Number: 1559-01<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,151.43 |
|---|---|---|

| MECHANICAL INDUSTRIAL CONTRACTORS, INC.<br>11863 SOLZMAN RD.<br>CINCINNATI, OH 45249 | Claim Number: 1559-02<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8530 (09/13/2010) |
|---|---|

| UNSECURED | Claimed: | $131,303.00 |
|---|---|---|

| MECHANICAL INDUSTRIAL CONTRACTORS, INC.<br>11863 SOLZMAN RD.<br>CINCINNATI, OH 45249 | Claim Number: 6299<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $7,858.41 |
|---|---|---|
| SECURED | Claimed: | $110,536.00 |
| UNSECURED | Claimed: | $133,804.16 |

| MECHANICAL INTEGRITY CONSULTING SERVICES<br>POLO PARK BUSINESS CENTER<br>27834 N. IRMA LEE CIRCLE<br>LAKE FOREST, IL 60045 | Claim Number: 1392<br>Claim Date: 03/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $33,000.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| MECHANICAL INTEGRITY CONSULTING SERVICES<br>POLO PARK BUSINESS CENTER<br>27834 N. IRMA LEE CIRCLE<br>LAKE FOREST, IL 60045 | Claim Number: 1410<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | |
| UNSECURED | Claimed: | $33,000.00 | | |
| MECHANICAL INTEGRITY CONSULTING SERVICES<br>POLO PARK BUSINESS CENTER<br>27834 N. IRMA LEE CIRCLE<br>LAKE FOREST, IL 60045 | Claim Number: 1789<br>Claim Date: 03/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED | Claimed: | $33,000.00 | | |
| MED SAFE<br>PO BOX 1929<br>MARSHALL, TX 75670 | Claim Number: 4533<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $98.55 | Scheduled: | $98.55 |
| MEDARIS, MAUDIE<br>356 DAUGHERTY ST<br>COLUMBUS, IN 47201 | Claim Number: 738<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $920.00 | Scheduled: | $700.95 |
| MEDCHOICE URGENT CARE<br>DBA LEXMEDICAL<br>PO BOX 1537<br>LEXINGTON, NC 27293-1537 | Claim Number: 2753<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | | |
| UNSECURED | Claimed: | $15.00 | Scheduled: | $15.00 |
| MEDICAL STAFFING NETWORK, INC<br>901 YAMATO RD SUITE 110<br>BOCA RATON, FL 33431 | Claim Number: 2273<br>Claim Date: 04/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | | |
| UNSECURED | Claimed: | $15,609.99 | Scheduled: | $15,609.99 |
| MEDICAL STAFFING NETWORK, INC.<br>901 YAMATO RD<br>SUITE 110<br>BOCA RATON, FL 33431 | Claim Number: 13861<br>Claim Date: 02/24/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | | |
| UNSECURED | Claimed: | $18,599.91 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| MEDICAL WASTE SYSTEMS INC<br>PO BOX 12318<br>FLORENCE, SC 29504 | | Claim Number: 12460<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $520.00 | | |
| MEDICAL WASTE SYSTEMS INC<br>ATTN: JOE EDICK<br>PO BOX 12318<br>FLORENCE, SC 29504 | | Claim Number: 12461<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | |
| UNSECURED | Claimed: | $520.00 | | |
| MEDINA PAPER RECYCLING INC<br>370 LAKE RD<br>MEDINA, OH 44256 | | Claim Number: 4215<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $56,457.86 | Scheduled: | $44,953.00 |
| MEDINA SUPPLY INC.<br>876 CEDAR BAY ROAD<br>ATTN: EARL RUSTON<br>PORT COLBORNE, ON L3K 5V3<br>CANADA | | Claim Number: 8649<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $1,289.94 | Scheduled: | $1,293.42 |
| MEDINA, MARTIN D.<br>3333 W. THUNDERBIRD RD<br>APT # 1161 A<br>PHOENIX, AZ 85053 | | Claim Number: 14127<br>Claim Date: 08/16/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8980 (03/11/2011) | | |
| PRIORITY | Claimed: | $15,000.00 | | |
| MEDLEY, JACQUILINE<br>ATTN: DONALD MARVIN<br>500 W. MADISON STREET, SUITE 2800<br>CHICAGO, IL 60661-2597 | | Claim Number: 11455<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| MEDLOCK, EVELYN<br>5325 SUTTON STREET<br>INDIANAPOLIS, IN 46218 | | Claim Number: 7346<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| MEE MATERIAL HANDLING LLC<br>11721 W. CARMEN AVENUE<br>MILWAUKEE, WI 53225 | | Claim Number: 2398<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $18,335.71 | | |
| MEE MATERIAL HANDLING LLC<br>11721 W. CARMEN AVENUE<br>MILWAUKEE, WI 53225 | | Claim Number: 5701<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>amends 2398 | | |
| UNSECURED | Claimed: | $18,335.71 | Scheduled: | $18,842.44 |
| MEEDS, CHARLES S.<br>C/O GREGORY A. CADE<br>ENVIRONMENTAL LITIGATION GROUP, P.C.<br>3529 7TH AVE. SOUTH<br>BIRMINGHAM, AL 35222 | | Claim Number: 11523<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
| UNSECURED | Claimed: | $58,000.00 | | |
| MEEKS, DAVID<br>HWY 150<br># 7385<br>SEQUATCHIE, TN 37374 | | Claim Number: 8870<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| MEEKS, DAVID<br>7385 HWY 150<br>SEQUATCHIE, TN 37374 | | Claim Number: 12486<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| MEEKS, DAVID<br>7385 HWY 150<br>SEQUATCHIE, TN 37374 | | Claim Number: 12617<br>Claim Date: 08/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| MEEKS, DAVID<br>7385 HWY 150<br>SEQUATCHIE, TN 37374 | | Claim Number: 12649<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

MEEKS, DAVID
HWY 150
# 7385
SEQUATCHIE, TN 37374

Claim Number: 12650
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

---

MEGA FREIGHT LINES-GRAND PRAIRIE SHARES
PO BOX 531110
GRAND PRAIRIE, TX 75053-1110

Claim Number: 6061
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $715,793.54 | Scheduled: | $714,789.63 UNLIQ |
| --- | --- | --- | --- | --- |

---

MEGA FREIGHT LINES-GRAND PRAIRIE SHARES
MEGA GULF COAST LINES, INC.
C/O S. GARY WERLEY, ESQ.
306 W. 7 TH STREET, SUITE 508
FORT WORTH, TX 76102

Claim Number: 13535
Claim Date: 10/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $715,793.54 |
| --- | --- | --- |

---

MEGA GULF COAST LINES INC
PO BOX 531110
GRAND PRAIRIE, TX 75053

Claim Number: 9482
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

---

MEGABURO INC.
545, RUE ST. ANTOINE
ATTN: MANON GOBEIL
LA TUQUE, QC G9X 2Y5
CANADA

Claim Number: 8662
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $19,536.64 | Scheduled: | $11,352.26 |
| --- | --- | --- | --- | --- |

---

MEIDINGER, RUTH D
18819 SOUTH ROUND TREE DRIVE
OREGON CITY, OR 97045

Claim Number: 6887
Claim Date: 07/31/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

---

MEIER, GERALD P
7445 N. RIVER ROAD
RIVER HILLS, WI 53217

Claim Number: 5531
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00 UNLIQ |
| --- | --- | --- |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MEJIA, JACOB<br>600 MONROE AVE.<br>ELIZABETH, NJ 07201 | Claim Number: 10541<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNLIQ |

| MEJIA, JACOB<br>600 MONROE AVENUE, 1ST FLOOR<br>ELIZABETH, NJ 07201 | Claim Number: 10542<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| PRIORITY          Claimed: | $0.00   UNLIQ |

| MEJIA, JACOB<br>600 MONROE AVE.<br>ELIZABETH, NJ 07201 | Claim Number: 13202<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNLIQ |

| MEJIA, JACOB<br>600 MONROE AVE<br>ELIZABETH, NJ 07201 | Claim Number: 13203<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>Claimant asserts 164.43 per month |
|---|---|
| UNSECURED          Claimed: | $0.00   UNLIQ |

| MEL & KATHY JANITORIAL SERVICE<br>MELVIN WIESELER<br>2932 S. ST. MARY'S ST.<br>SIOUX CITY, IA 51106 | Claim Number: 1071<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|
| UNSECURED          Claimed: | $489.95 |

| MEL WOODS & SON TRUCKING<br>MELVIN ROBERT WOODS<br>PO BOX 193<br>WILDERVILLE, OR 97543 | Claim Number: 1039<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $6,446.49 |

| MEL WOODS & SON TRUCKING<br>MELVIN ROBERT WOODS<br>PO BOX 193<br>WILDERVILLE, OR 97543 | Claim Number: 4534<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>amends 1039 |
|---|---|
| UNSECURED          Claimed:          $6,446.49          Scheduled:          $12,437.50 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MELANSON, WILLIAM<br>215 CHURCH STREET<br>BATHURST, NB E2A 1J8<br>CANADA | Claim Number: 9000<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

| MELLON INVESTOR SERVICES LLC<br>BNY MELLON SHAREOWNERS SERVICES<br>ATTN: LEGAL DEPT.<br>480 WASHINGTON BLVD.<br>JERSEY CITY, NJ 07310-1900 | Claim Number: 3224<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,891.89 | Scheduled: | $21,891.89 |

---

| MELNEX ENTERPRISES LTD<br>395 BERRY ST<br>WINNIPEG, MB R3J 1N6<br>CANADA | Claim Number: 4442<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

| MELONSON, EDMUND<br>1496 KEITH AVENUE<br>BATHURST, NB E2A 1M3<br>CANADA | Claim Number: 8857<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| MELONSON, EDMUND<br>1496 KEITH AVENUE<br>BATHURST, NB E2A 1M3<br>CANADA | Claim Number: 8862<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| MELOTZ TRANSPORT INC<br>9780 SUMMIT DRIVE<br>MISSOULA, MT 59806 | Claim Number: 11422<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,950.00 |
|---|---|---|

---

| MEMPHIS LIGHT, GAS & WATER DIVISION<br>PO BOX 430<br>MEMPHIS, TN 38101-0430 | Claim Number: 815<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $47,159.71 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| MEMPHIS LIGHT, GAS & WATER DIVISION<br>PO BOX 430<br>MEMPHIS, TN 38101-0430 | | Claim Number: 2174<br>Claim Date: 04/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
| UNSECURED | Claimed: | $48,525.82 | | |
| MENCH, MARY V<br>1901 J.F. KENNEDY BLVD<br>APT 806<br>PHILADELPHIA, PA 19103 | | Claim Number: 7840<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| MENDEZ, MARLENE<br>137-60 45TH AVE APT 2M<br>FLUSHING, NY 11355 | | Claim Number: 7089<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| MENDEZ, RAMON<br>23588 SUAN ST<br>MORENO VALLEY, CA 92557 | | Claim Number: 11619<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| PRIORITY | Claimed: | $0.00 | | |
| SECURED | Claimed: | $16,000.00 | | |
| UNSECURED | Claimed: | $16,000.00 | | |
| TOTAL | Claimed: | $16,000.00 | | |
| MENDOZA, FELIPE<br>7455 KEMPSTER AVE<br>FONTANA, CA 92336 | | Claim Number: 11023<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
| PRIORITY | Claimed: | $14,500.00 | | |
| UNSECURED | Claimed: | $14,500.00 | | |
| MENU FOODS LIMITED<br>8 FALCONER DRIVE<br>ATTN: VITO VESCIO<br>STREETSVILLE, ON L5N 1B1<br>CANADA | | Claim Number: 8785<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7189 (04/22/2010) | | |
| PRIORITY | Claimed: | $7,345.29 | | |
| UNSECURED | | | Scheduled: | $25,634.77 |
| MERANIQUE INDUSTRIELLE DE QC INC.<br>1165, RUE VALET<br>L'ANCIENNE<br>ATTN: BIBIANE-GIRARD, CHM<br>LORETTE, QC G2E 5T5<br>CANADA | | Claim Number: 12350<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
| UNSECURED | Claimed: | $9,681.03 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| MERCER (US) INC. AND MERCER (CANADA) LIMITED - C/O AARON L. HAMMER FREEBORN & PETERS LLP 311 SOUTH WACKER DRIVE, SUITE 3000 CHICAGO, IL 60606-6677 | Claim Number: 14168 Claim Date: 08/16/2010 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: WITHDRAWN DOCKET: 8682 (10/25/2010) | |

| ADMINISTRATIVE | Claimed: | $39,920.50 |
|---|---|---|

---

| | | |
|---|---|---|
| MERCER ELECTRIC MOTOR SERVICE 111 - 2544 DOUGLAS ROAD BURNABY, BC V5C 5W7 CANADA | Claim Number: 5502 Claim Date: 07/17/2009 Debtor: SMURFIT-MBI | |

| UNSECURED | Claimed: | $4,557.51 | Scheduled: | $4,531.91 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| MERCER ELECTRIC MOTOR SERVICE LTD ATTN: MARIA ALVES 111-2544 DOUGLAS ROAD BURNABY, BC V5C 5W7 CANADA | Claim Number: 8186 Claim Date: 07/06/2009 Debtor: SMURFIT-MBI Comments: POSSIBLE DUPLICATE OF 5502 | |

| UNSECURED | Claimed: | $4,557.51 |
|---|---|---|

---

| | | |
|---|---|---|
| MERCER ELECTRIC MOTOR SERVICE LTD 111-2544 DOUGLAS ROAD BURNABY, BC V5C 5W7 CANADA | Claim Number: 12308 Claim Date: 07/06/2009 Debtor: SMURFIT-MBI | |

| UNSECURED | Claimed: | $4,557.51 |
|---|---|---|

---

| | | |
|---|---|---|
| MERCURY PLASTICS, INC. C/O HOLLAND & KNIGHT LLP ATTN: JOI M. THOMAS ET AL. 195 BROADWAY NEW YORK, NY 10007 | Claim Number: 5288 Claim Date: 07/13/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET: 2205 (10/09/2009) | |

| ADMINISTRATIVE | Claimed: | $39,729.26 |
|---|---|---|

---

| | | |
|---|---|---|
| MERCURY PRINTING COMPANY, INC. 4650 SHELBY AIR DRIVE MEMPHIS, TN 38118 | Claim Number: 11766-01 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8408 (08/18/2010) | |

| UNSECURED | Claimed: | $139,012.10 | Scheduled: | $138,639.86 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| MERCURY PRINTING COMPANY, INC. 4650 SHELBY AIR DRIVE MEMPHIS, TN 38118 | Claim Number: 11766-02 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET: 2534 (10/30/2009) | |

| ADMINISTRATIVE | Claimed: | $5,016.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| MERCY BUSINESS HEALTH<br>3500 SINGING HILLS BLVD.<br>SIOUX CITY, IA 51106 | | Claim Number: 2875<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $13,690.00 | Scheduled: | $13,308.00 | |
| MERIDIAN SCALE SERVICE<br>8702 S 222ND ST<br>KENT, WA 98031 | | Claim Number: 6305<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $847.75 | Scheduled: | $847.75 | |
| MERRICK INDUSTRIES INC<br>PO BOX 102982<br>ATLANTA, GA 30368-2982 | | Claim Number: 5050<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $17,164.17 | Scheduled: | $17,165.17 | |
| MERRILL COMMUNICATIONS<br>ONE MERRILL CIRCLE<br>SAINT PAUL, MN 55108 | | Claim Number: 2136<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $33,679.36 | Scheduled: | $33,679.36 | |
| MERRIMAN, DAVID R<br>P.O. BOX 832<br>BASSETT, VA 24055 | | Claim Number: 6862<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| PRIORITY | Claimed: | $0.00    UNLIQ | | | |
| MERRITT, AUBREY C<br>807 E 10TH STREET<br>APOPKA, FL 32703 | | Claim Number: 7095<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $0.00    UNDET | | | |
| MERRITT, JANET<br>914 SUMTER ST APT B<br>LEESBURG, FL 34748-2605 | | Claim Number: 7096<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $0.00    UNDET | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

MESERVE ASSOCIATES ENGINEERS
CARL D. BOLTON
835 BLOSSOM HILL RD., SUITE 204
SAN JOSE, CA 95123

Claim Number: 1332
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $5,193.66 | | |

---

MESERVE ASSOCIATES ENGINEERS
BOLTON, CARL D.
835 BLOSSOM HILL RD., SUITE 204
SAN JOSE, CA 95123

Claim Number: 8060
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $5,193.66 | | |

---

MESERVE ASSOCIATES ENGINEERS
835 BLOSSOM HILL ROAD
SAN JOSE, CA 95123

Claim Number: 8062
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $5,193.66 | Scheduled: | $5,193.66 |

---

METAL PLUS LTD
1610 MCEWEN DRIVE  UNIT 1 3
WHITBY, ON L1N 8V6
CANADA

Claim Number: 12313
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $3,402.81 | | |

---

METAL SPECIALISTS INC
C/O SAM S. KILLINGER, ATTORNEY AT LAW
522 4TH STREET, #300
SIOUX CITY, IA 51101

Claim Number: 7170
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $10,883.35 | Scheduled: | $10,119.89 |

---

METAL-FAB & CONTRACTORS INC
PO BOX 921
JOHNSONVILLE, SC 29555

Claim Number: 6787
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $62,915.00 | Scheduled: | $62,915.00 |

---

METALFAB INC
PO BOX 9
VERNON, NJ 07462

Claim Number: 7186
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| UNSECURED | Claimed: | $3,873.23 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| METALMASTER MACHINE SHOP INC. | Claim Number: 1791 |
| DBA METALMASTER MANUFACTURING SERVICES | Claim Date: 03/13/2009 |
| 4549 LB MCLEOD RD. | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| ORLANDO, FL 32811-6405 | Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $66,746.56 | Scheduled: | $65,707.86 |

---

| METALS PLUS LTD. | Claim Number: 2727 |
| 1610 MCEWEN DRIVE, UNITS 1-3 | Claim Date: 05/04/2009 |
| WHITBY, ON L1N 8V6 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| CANADA | Comments: EXPUNGED |
| | DOCKET: 8909 (01/25/2011) |

| UNSECURED | Claimed: | $3,750.23 |

---

| METALS PLUS LTD. | Claim Number: 2728 |
| 1610 MCEWEN DRIVE, UNITS 1-3 | Claim Date: 05/04/2009 |
| WHITBY, ON L1N 8V6 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| CANADA | Comments: EXPUNGED |
| | DOCKET: 8909 (01/25/2011) |

| UNSECURED | Claimed: | $355.91 |

---

| METALS PLUS LTD. | Claim Number: 8231 |
| 1610 MCEWEN DRIVE, UNITS 1-3 | Claim Date: 07/08/2009 |
| WHITBY, ON L1N 8V6 | Debtor: SMURFIT-MBI |
| CANADA | |

| UNSECURED | Claimed: | $3,079.52 | Scheduled: | $3,071.74 |

---

| METALS PLUS LTD. | Claim Number: 12314 |
| 1610 MCEWEN DRIVE, UNITS 1-3 | Claim Date: 07/08/2009 |
| WHITBY, ON L1N 8V6 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| CANADA | Comments: EXPUNGED |
| | DOCKET: 8909 (01/25/2011) |

| UNSECURED | Claimed: | $355.91 |

---

| METALS PLUS LTD. | Claim Number: 12315 |
| 1610 MCEWEN DRIVE, UNITS 1-3 | Claim Date: 07/08/2009 |
| WHITBY, ON L1N 8V6 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| CANADA | Comments: EXPUNGED |
| | DOCKET: 8909 (01/25/2011) |

| UNSECURED | Claimed: | $3,750.23 |

---

| METALS USA/PLATES & | Claim Number: 9251 |
| PO BOX 827110 | Claim Date: 08/20/2009 |
| PHILADELPHIA, PA 19182-7110 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $2,145.00 | Scheduled: | $2,145.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

METALWORKS OF MONTANA INC
PO BOX 10
MISSOULA, MT 59806

Claim Number: 5273
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $2,844.00 |
|---|---|---|

---

METALWORKS OF MONTANA, INC.
P.O. BOX 10
MISSOULA, MT 59806

Claim Number: 650
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $2,844.00 |
|---|---|---|

---

METALWORKS OF MONTANA, INC.
P.O. BOX 10
MISSOULA, MT 59806

Claim Number: 8496
Claim Date: 07/16/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $2,844.00 |
|---|---|---|

---

METCHEM INC
766 WHITE OAKS LANE
HIGHLAND PARK, IL 60035

Claim Number: 3686
Claim Date: 07/06/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $1,410.94 |
|---|---|---|

---

METCHEM, INC.
766 WHITE OAKS DR.
HIGHLAND PARK, IL 60035

Claim Number: 2046
Claim Date: 04/06/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,254.31 | Scheduled: | $1,410.94 |
|---|---|---|---|---|

---

METRO GROUP, INC., THE
50-23 23RD STREET
LONG ISLAND CITY, NY 11101

Claim Number: 1883
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $3,524.30 | Scheduled: | $2,487.75 |
|---|---|---|---|---|

---

METRO WASTE PAPER RECOVERY INC
66 SHORNCLIFFE ROAD
TORONTO, ON M8Z 5K1
CANADA

Claim Number: 12201
Claim Date: 09/01/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| ADMINISTRATIVE | Claimed: | $55,708.87 |
|---|---|---|
| UNSECURED | Claimed: | $77,939.04 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

METROPOLITAN COMMUNITY COLLEGE
6899 EXECUTIVE DR
KANSAS CITY, MO 64120

Claim Number: 9625
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,021.00 | Scheduled: | $3,365.01 UNLIQ |

METROPOLITAN GOVERNMENT TRUSTEE
C/O DEPARTMENT OF LAW
P.O. BOX 196300
NASHVILLE, TN 37219-6300

Claim Number: 1379
Claim Date: 03/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $13,188.94 |

METROPOLITAN GOVERNMENT TRUSTEE
C/O METROPOLITAN DEPARTMENT OF LAW
P.O. BOX 196300
NASHVILLE, TN 37219-6300

Claim Number: 13778
Claim Date: 01/25/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $29,087.79 |
| SECURED | Claimed: | $29,087.79 |
| TOTAL | Claimed: | $29,087.79 |

METROPOLITAN ST LOUIS SEWER DIST.
2350 MARKET ST.
ST. LOUIS, MO 63103-2555

Claim Number: 3934
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,880.47 | Scheduled: | $820.02 |

METROPOLITAN TRUCKING INC
6675 LOW STREET
BLOOMBURG, PA 17815

Claim Number: 5945
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,506.25 | Scheduled: | $18,750.00 |

METROPOLITAN TRUCKING INC
6675 LOW STREET
BLOOMBURG, PA 17815

Claim Number: 5946
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $354.00 | Scheduled: | $354.00 |

METROPOLITAN WATER RECLAMATION DISTRICT
C/O BARRY A. CHATZ
ARNSTEIN & LEHR LLP
120 S. RIVERSIDE PL, # 1200
CHICAGO, IL 60606

Claim Number: 11058
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,619.25 | Scheduled: | $10,060.70 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MEYER LABORATORY, INC.<br>2401 W JEFFERSON<br>BLUE SPRINGS, MO 64015 | Claim Number: 2427<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $50,039.84 | |

---

| MEYER, LYLE L<br>7328 MELODIA TERRACE<br>CARLSBAD, CA 92011-4863 | Claim Number: 10041<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Claim Satisfied in full | | |
|---|---|---|---|
| UNSECURED | Claimed: | $122,145.47 | |

---

| MEYER, LYLE L<br>7328 MELODIA TERRACE<br>CARLSBAD, CA 92011-4863 | Claim Number: 10045<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9033 (04/25/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $957,274.00 | |

---

| MEYER, PRAPIM G.<br>C/O KOSKIE MINSKY LLP<br>900-20 QUEEN ST W<br>BOX 52<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 11966<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,432.30   UNLIQ | |

---

| MEYER, PRAPIM G.<br>C/O KOSKIE MINSKY LLP<br>900-20 QUEEN STREET W.<br>BOX 52<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 12970<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | |
|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | |
| UNSECURED | Claimed: | $9,793.70 | Scheduled: | $11,432.30 |

---

| MEYERS TRANSPORT LTD<br>DAVID JOYCE, VP FINANCE<br>PO BOX 1540<br>BELLEVILLE, ON K8N 5J2<br>CANADA | Claim Number: 9582<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,686.48 | Scheduled: | $2,311.72 |

---

| MEZIERE, MATTHEW G<br>26486 WILLIE HODGES ROAD<br>HILLIARD, FL 32046 | Claim Number: 11652<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9132 (10/21/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| MF GARDNER OIL CO INC<br>PO BOX 218<br>SCOTTSBORO, AL 35768 | Claim Number: 4874<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $16,292.63 |
|---|---|---|

| MF GARDNER OIL CO INC<br>P.O. BOX 218<br>SCOTTSBORO, AL 35768 | Claim Number: 8497-01<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5768 (03/11/2010)<br>Claim out of balance |
|---|---|

| ADMINISTRATIVE | Claimed: | $11,112.40 |
|---|---|---|

| MF GARDNER OIL CO INC<br>P.O. BOX 218<br>SCOTTSBORO, AL 35768 | Claim Number: 8497-02<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>Claim out of balance |
|---|---|

| UNSECURED | Claimed: | $5,180.23 | Scheduled: | $51,251.18 |
|---|---|---|---|---|

| MH EQUIPMENT<br>P.O. BOX 50<br>MOSSVILLE, IL 61552 | Claim Number: 552<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $35,544.31 |
|---|---|---|

| MHF LOGISTICAL SOLUTIONS<br>4500 BROOKTREE RD<br>SUITE 200<br>WEXFORD, PA 15090-9289 | Claim Number: 472<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $76,000.00 |
|---|---|---|

| MICHAEL, CONNIE L<br>9500 E PONDEROSADR<br>LOT 15<br>NORTH WEBSTER, IN 46555 | Claim Number: 6402<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| MICHELMAN, INC.<br>ALAN C. BLAKE - CHIEF FINANCIAL OFFICER<br>9080 SHELL ROAD<br>CINCINNATI, OH 45236-1299 | Claim Number: 2032-01<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $5,892.92 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MICHIANA RECYCLING & DISPOSAL INC<br>PO BOX 1148<br>NILES, MI 49120 | Claim Number: 7439<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $256.16 |
|---|---|---|

| MICHIANA RECYCLING & DISPOSAL INC<br>PO BOX 1148<br>NILES, MI 49120 | Claim Number: 7440<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $90.31 |
|---|---|---|

| MICHIANA RECYCLING & DISPOSAL INC<br>PO BOX 1148<br>NILES, MI 49120 | Claim Number: 7441<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| MICHIANA RECYCLING & DISPOSAL INC<br>PO BOX 1148<br>NILES, MI 49120 | Claim Number: 7442<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $149.37 |
|---|---|---|

| MICHIANA RECYCLING & DISPOSAL INC<br>PO BOX 1148<br>NILES, MI 49120 | Claim Number: 7443<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $282.53 |
|---|---|---|

| MICHIANA RECYCLING & DISPOSAL INC<br>PO BOX 1148<br>NILES, MI 49120 | Claim Number: 7444<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $538.83 |
|---|---|---|

| MICHIANA RECYCLING & DISPOSAL INC<br>PO BOX 1148<br>NILES, MI 49120 | Claim Number: 7445<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $466.57 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MICHIANA RECYCLING & DISPOSAL INC<br>PO BOX 1148<br>NILES, MI 49120 | Claim Number: 7446<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $92.17 |

---

| MICHIANA RECYCLING & DISPOSAL INC<br>PO BOX 1148<br>NILES, MI 49120 | Claim Number: 7447<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $410.00 |

---

| MICHIANA RECYCLING & DISPOSAL INC<br>PO BOX 1148<br>NILES, MI 49120 | Claim Number: 7448<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $6.22 |

---

| MICHIANA RECYCLING & DISPOSAL INC<br>PO BOX 1148<br>NILES, MI 49120 | Claim Number: 7449<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $96.22 |

---

| MICHIANA RECYCLING & DISPOSAL INC<br>PO BOX 1148<br>NILES, MI 49120 | Claim Number: 7450<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $267.77 |

---

| MICHIANA RECYCLING & DISPOSAL INC<br>PO BOX 1148<br>NILES, MI 49120 | Claim Number: 7451<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $178.96 |

---

| MICHIANA RECYCLING & DISPOSAL INC<br>PO BOX 1148<br>NILES, MI 49120 | Claim Number: 7464<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $50.40 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | |
|---|---|---|
| MICHIANA RECYCLING & DISPOSAL INC<br>PO BOX 1148<br>NILES, MI 49120 | Claim Number: 7465<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | |
| UNSECURED | Claimed: | $250.84 |
| MICHIANA RECYCLING & DISPOSAL INC<br>PO BOX 1148<br>NILES, MI 49120 | Claim Number: 7466<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | |
| UNSECURED | Claimed: | $312.65 |
| MICHIANA RECYCLING & DISPOSAL INC<br>PO BOX 1148<br>NILES, MI 49120 | Claim Number: 7467<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | |
| UNSECURED | Claimed: | $34.20 |
| MICHIANA RECYCLING & DISPOSAL INC<br>PO BOX 1148<br>NILES, MI 49120 | Claim Number: 7468<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | |
| UNSECURED | Claimed: | $12.04 |
| MICHIANA RECYCLING & DISPOSAL INC<br>PO BOX 1148<br>NILES, MI 49120 | Claim Number: 7469<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | |
| UNSECURED | Claimed: | $143.78 |
| MICHIANA RECYCLING & DISPOSAL INC<br>PO BOX 1148<br>NILES, MI 49120 | Claim Number: 7470<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | |
| UNSECURED | Claimed: | $635.52 |
| MICHIGAN DEPT OF ENVIRONMENTAL QUALITY<br>FINANCIAL & BUSINESS SERVICES DIVISION<br>REVENUE CONTROL<br>PO BOX 3067<br>LANSING, MI 48909-8157 | Claim Number: 9635<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |
| PRIORITY | Claimed: | $24,000.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| MICKENS, JERRY B<br>844  VFW ROAD<br>WEST POINT, VA 23181 | Claim Number: 9257<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| PRIORITY | Claimed: | $2,256.96 |
|---|---|---|

| | | |
|---|---|---|
| MICKES, CAROLINE W<br>26100 N.E. 3RD ST.<br>CAMAS, WA 98607 | Claim Number: 6574<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| MICRO MOTION INC.<br>CONTRARIAN CAPITAL MANAGEMENT, LLC<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 2653<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010) | |

| UNSECURED | Claimed: | $19,917.82 | Scheduled: | $30,383.30 |
|---|---|---|---|---|

| | | |
|---|---|---|
| MICRO MOTION INC.<br>CONTRARIAN CAPITAL MANAGEMENT, LLC<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 2654<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | |

| UNSECURED | Claimed: | $11,491.60 |
|---|---|---|

| | | |
|---|---|---|
| MICRO SHRED<br>19593 NE 10 AVE BAY A B<br>NORTH MIAMI BEACH, FL 33179 | Claim Number: 4978<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | |

| UNSECURED | Claimed: | $533.40 |
|---|---|---|

| | | |
|---|---|---|
| MICROBAC LABS INC<br>3323 GILMORE INDUSTRIAL BLVD<br>LOUISVILLE, KY 40213 | Claim Number: 4602<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $454.20 | Scheduled: | $936.50 |
|---|---|---|---|---|

| | | |
|---|---|---|
| MICROSOFT CORPORATION AND MICROSOFT<br>LICENSING, GP<br>C/O RIDDELL WILLIAMS P.S.<br>1001  4TH AVE STE 4500<br>SEATTLE, WA 98154-1192 | Claim Number: 11168<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | |

| UNSECURED | Claimed: | $740,908.00   CONT | Scheduled: | $208,238.60 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

MID AMERICA PAPER RECYCLING CO
3865 W 41ST ST
CHICAGO, IL 60632

Claim Number: 6180-01
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $744.40 | Scheduled: | $3,118.00 |

MID AMERICA PAPER RECYCLING CO
3865 W 41ST ST
CHICAGO, IL 60632

Claim Number: 6180-02
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2205 (10/09/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,369.96 |

MID AMERICAN DEVELOPMEMT COMPANY
ATTN: DAVID B. HAWKINS, PRESIDENT
4700 WESTON PARKWAY, SUITE 303
WEST DES MOINES, IA 50265

Claim Number: 7654
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $394,446.30 |

MID AMERICAN ENERGY
PO BOX 8020
DAVENPORT, IA 52808-8020

Claim Number: 4137
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $48,827.80 | Scheduled: | $39,736.75 |

MID ATLANTIC TREE HARVESTERS
100 GLOBE ROAD
AYLETT, VA 23009

Claim Number: 10016
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $43,367.99 |
| UNSECURED | Claimed: | $24,134.03 |

MID EASTERN ADVERTISING CO
6741 WHITE STONE RD
BALTIMORE, MD 21207-4103

Claim Number: 3974
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,044.59 | Scheduled: | $1,044.59 |

MID SOUTH ROLLER
1108 ENTERPRISE PLACE
ARLINGTON, TX 76001

Claim Number: 3158
Claim Date: 05/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $817.82 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MID SOUTH ROLLER<br>1108 ENTERPRISE PLACE<br>ARLINGTON, TX 76001 | Claim Number: 3159<br>Claim Date: 05/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $3,294.74 | Scheduled: | $4,112.56 |
|---|---|---|---|---|

| MID STATE ASSEMBLY AND PKG INC<br>604 POMEROY AVE<br>MERIDEN, CT 06450 | Claim Number: 7129<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,946.95 | Scheduled: | $3,946.95 |
|---|---|---|---|---|

| MID STATE MACHINE & FABRICATING CORP<br>2730 MINE & MILL ROAD<br>LAKELAND, FL 33801 | Claim Number: 853<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $36,194.69 |
|---|---|---|

| MID TOWN PETROLEUM INC<br>9707 S 76TH AVENUE<br>BRIDGEVIEW, IL 60455-2380 | Claim Number: 4160<br>Claim Date: 07/09/2009<br>Debtor: CAMEO CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $5,634.43 | Scheduled: | $4,235.97 |
|---|---|---|---|---|

| MID VALLEY DISPOSAL<br>PO BOX 12385<br>FRESNO, CA 93777 | Claim Number: 4018<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,061.51 | Scheduled: | $746.00 |
|---|---|---|---|---|

| MID-CANADA BEARING INC.<br>1040 COULTER AVE<br>WINNIPEG, MB R3F 0X8<br>CANADA | Claim Number: 8835<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $1,209.19 |
|---|---|---|

| MID-SOUTH STEAM BOILER & ENG. CO., INC.<br>3805 POINTER TRAIL EAST<br>VAN BUREN, AR 72956 | Claim Number: 3021<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $4,118.99 | Scheduled: | $4,118.99 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| MID-STATE MACHINE AND FABRICATING CORP.<br>ATTN: HAROLD E. KERSEY/MICHAEL MCGORRY<br>2730 MINE AND MILL ROAD<br>LAKELAND, FL 33801 | | Claim Number: 12602<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $36,194.69 | | |

---

| | | | | |
|---|---|---|---|---|
| MID-STATE MACHINE AND FABRICATING CORP.<br>2730 MINE AND MILL ROAD<br>LAKELAND, FL 33801 | | Claim Number: 12604<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $36,194.69 | | |

---

| | | | | |
|---|---|---|---|---|
| MID-STATE MACHINE AND FABRICATING CORP.<br>2730 MINE AND MILL ROAD<br>LAKELAND, FL 33801 | | Claim Number: 12605<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $36,194.69 | Scheduled: | $35,996.55 |

---

| | | | | |
|---|---|---|---|---|
| MID-STATE MACHINE AND FABRICATING CORP.<br>2730 MINE AND MILL ROAD<br>LAKELAND, FL 33801 | | Claim Number: 12606<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $36,194.69 | | |

---

| | | | | |
|---|---|---|---|---|
| MID-STATE SUPPLY CO<br>PO BOX 5525<br>ALEXANDRIA, LA 71307 | | Claim Number: 4504<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>amends 2643 | | |
| UNSECURED | Claimed: | $1,296.57 | Scheduled: | $1,361.99 |

---

| | | | | |
|---|---|---|---|---|
| MID-STATE SUPPLY, LLC<br>ATTN: JONATHAN DEAN<br>PO BOX 5525<br>ALEXANDRIA, LA 71307 | | Claim Number: 2643<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $1,296.57 | | |

---

| | | | | |
|---|---|---|---|---|
| MID-TOWN PETROLEUM INC<br>9707 S 76TH AVE<br>BRIDGEVIEW, IL 60455 | | Claim Number: 1619<br>Claim Date: 03/20/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: POSSIBLE DUPLICATE OF 4160<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $5,634.43 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| MIDDLETON GROUP INC.<br>ATTN: GINA JERONIMO<br>75 DENISON ST.<br>MARKHAM, ON L3R 1B5<br>CANADA | | Claim Number: 12856<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLE DUPLICATE OF 10675 | | | |
| UNSECURED | Claimed: | $82,520.95 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| MIDDLETON PRINTING<br>1220 CORRUGATED WAY<br>COLUMBUS, OH 43201 | | Claim Number: 4274<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $69.00 | Scheduled: | $69.00 | |

---

| | | | | | |
|---|---|---|---|---|---|
| MIDDLETON, KENNETH R<br>1112 HARRIS AVENUE<br>PANAMA CITY, FL 32401 | | Claim Number: 12199<br>Claim Date: 09/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| MIDLAND DAVIS CORPORATION<br>3301 4TH AVENUE<br>MOLINE, IL 61265 | | Claim Number: 3424<br>Claim Date: 06/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $845.01 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| MIDLAND TRANSPORT<br>ATTN: PEGGY KELLY<br>100 MIDLAND DRIVE<br>DIEPPE, NB E1A 6X4<br>CANADA | | Claim Number: 8577<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $4,883.71   UNLIQ | Scheduled: | $5,203.63 | |

---

| | | | | | |
|---|---|---|---|---|---|
| MIDWEST AUTOMATIC FIRE SPRINKLER CO<br>1821-1823 RACCOON ST<br>DES MOINES, IA 50317 | | Claim Number: 5746<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $113.90 | Scheduled: | $113.90 | |

---

| | | | | | |
|---|---|---|---|---|---|
| MIDWEST ENVIORNMENTAL SERVICES, INC.<br>P.O. BOX 218<br>BROWNSTOWN, IN 47220 | | Claim Number: 5160<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>amends 1378 | | | |
| UNSECURED | Claimed: | $8,860.45   UNLIQ | Scheduled: | $8,521.97 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MIDWEST ENVIRONMENTAL SERVICES, INC.<br>P.O. BOX 218<br>BROWNSTOWN, IN 47220 | Claim Number: 1378<br>Claim Date: 03/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $8,860.45 | | |
|---|---|---|---|---|

| MIDWEST FIBRE SALES CORP.<br>911 N. WESTGATE<br>P.O.BOX 825<br>SPRINGFIELD, MO 65801 | Claim Number: 11097-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $6,607.65 | Scheduled: | $9,793.65 |
|---|---|---|---|---|

| MIDWEST FIBRE SALES CORP.<br>911 N. WESTGATE<br>P.O.BOX 825<br>SPRINGFIELD, MO 65801 | Claim Number: 11097-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2205 (10/09/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,184.00 | | |
|---|---|---|---|---|

| MIDWEST FLEXIBLE HOSE INC<br>PO BOX 249<br>BUTLER, WI 53007 | Claim Number: 4733<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,800.86 | Scheduled: | $1,800.86 |
|---|---|---|---|---|

| MIDWEST GRAPHICS, INC.<br>5550 ELMWOOD CT<br>INDIANAPOLIS, IN 46203 | Claim Number: 10428<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $283,514.56 | | |
|---|---|---|---|---|

| MIDWEST GRAPHICS, INC.<br>5550 ELMWOOD CT<br>INDIANAPOLIS, IN 46203 | Claim Number: 10430<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $106,115.56 | | |
|---|---|---|---|---|

| MIDWEST GRAPHICS, INC. & MIDWEST STEEL<br>RULE CUTTING DIE INC-MICHAEL L. LALONDE<br>PETER DUHIG - BUCHANAN INGERSOLL<br>1000 N WEST STE #1410 - BRANDYWINE BLDG<br>WILMINGTON, DE 19801 | Claim Number: 1752-01<br>Claim Date: 03/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $12,401.71 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MIDWEST GRAPHICS, INC. & MIDWEST STEEL RULE CUTTING DIE INC-MICHAEL L. LALONDE PETER DUHIG - BUCHANAN INGERSOLL 1000 N WEST STE #1410 - BRANDYWINE BLDG WILMINGTON, DE 19801 | Claim Number: 1752-02<br>Claim Date: 03/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $217,252.10 | | |
|---|---|---|---|---|

| MIDWEST GRAPHICS, INC. & MIDWEST STEEL RULE CUTTING DIE INC-MICHAEL LALONDE PETER DUHIG - BUCHANAN INGERSOLL 1000 N WEST ST # 1410 - BRANDYWINE BLDG WILMINGTON, DE 19801 | Claim Number: 1780<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $686,165.89 | | |
|---|---|---|---|---|

| MIDWEST IMAGING & ROLLER SERVICE PO BOX 390 MENASHA, WI 54952 | Claim Number: 4491<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $310.00 |
|---|---|---|---|---|

| MIDWEST INDUSTRIAL RUBBER, INC. 10431 MIDWEST INDUSTRIAL DRIVE SAINT LOUIS, MO 63132 | Claim Number: 7892-01<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $48,916.26 | Scheduled: | $45,448.68 |
|---|---|---|---|---|

| MIDWEST INDUSTRIAL RUBBER, INC. 10431 MIDWEST INDUSTRIAL DRIVE SAINT LOUIS, MO 63132 | Claim Number: 7892-02<br>Claim Date: 08/17/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $875.16 | Scheduled: | $1,543.16 |
|---|---|---|---|---|

| MIDWEST MATERIAL 566 ROCK ROAD EAST DUNDEE, IL 60118 | Claim Number: 5017<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $767.90 | | |
|---|---|---|---|---|

| MIDWEST OIL COMPANY 615 E 8TH STREET SIOUX FALLS, SD 57102 | Claim Number: 3883<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $625.64 | Scheduled: | $625.64 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| MIDWEST PROPERTIES I LLP<br>W 6483 DESIGN DRIVE, UNIT A<br>GREENVILLE, WI 54942 | Claim Number: 8849<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $19,136.00 | | |
| MIDWEST SCRAP SYSTEMS, INC.<br>10979 REED HARTMAN HWY. SUITE 302<br>CINCINNATI, OH 45242 | Claim Number: 2533<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $14,975.00 | Scheduled: | $14,975.00 |
| MIDWEST SERVICE & ENGINEERING INC<br>PO BOX 44 919<br>MIDDLETOWN, OH 45042 | Claim Number: 7842<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $25,545.00 | Scheduled: | $25,545.00 |
| MIDWEST SHREDDING SERVICE<br>501 N. ATLANTIC<br>KANSAS CITY, MO 64116-4208 | Claim Number: 9452<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | | |
| UNSECURED | Claimed: | $47,349.43 | | |
| MIDWEST STEEL RULE CUTTING DIE, INC<br>5550 ELMWOOD CT<br>INDIANAPOLIS, IN 46203 | Claim Number: 10427<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | | |
| ADMINISTRATIVE | Claimed: | $122,619.25 | | |
| MIDWEST STEEL RULE CUTTING DIE, INC<br>5550 ELMWOOD CT<br>INDIANAPOLIS, IN 46203 | Claim Number: 10429<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $402,651.33 | Scheduled: | $399,441.37 |
| MIKE A MAEDGE TRUCKING INC<br>11327 STATE ROUTE 143<br>HIGHLAND, IL 62249 | Claim Number: 5037<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | |
| UNSECURED | Claimed: | $453.57 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| MIKE A MAEDGE TRUCKING INC<br>11327 STATE ROUTE 143<br>HIGHLAND, IL 62249 | | Claim Number: 5041<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | |
| UNSECURED | Claimed: | $453.57 | Scheduled: | $453.57 | |
| MIKE A. MAEDGE TRUCKING, INC<br>11327 STATE ROUTE 143<br>HIGHLAND, IL 62249 | | Claim Number: 995<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | |
| UNSECURED | Claimed: | $1,102.55 | | | |
| MIKE CAMPBELL & ASSOCIATES, LTD<br>13000 E. TEMPLE AVE.<br>CITY OF INDUSTRY, CA 91746 | | Claim Number: 3127<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | | |
| UNSECURED | Claimed: | $76,091.00 | | | |
| MIKE GIBSON & SONS LOGGING, INC.<br>847 SHILO RD.<br>KING & QUEEN COURT HOUSE, VA 23085 | | Claim Number: 598<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | | |
| UNSECURED | Claimed: | $36,822.33 | Scheduled: | $73,644.67 | UNLIQ |
| MIKE LUNA FARMS<br>MIKE LUNA<br>8445 SMITHVILLE HWY.<br>SPARTA, TN 38583 | | Claim Number: 325<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | | |
| UNSECURED | Claimed: | $4,226.32 | Scheduled: | $7,316.68 | UNLIQ |
| MIKE'S NO. 3 LLC, 2 YS & 1 K LLC AND<br>S. ANDERSON LLC<br>C/O CEDAR CREEK BUSINESS CENTER<br>13400 BISHOPS LANE<br>BROOKFIELD, WI 53005 | | Claim Number: 6926<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | | |
| UNSECURED | Claimed: | $17,789.63 | Scheduled: | $11,827.76 | |
| MIKKELSEN-COWARD + CO. LTD.<br>2070 NOTRE DAME AVE<br>WINNIPEG, MB R3W 0J8<br>CANADA | | Claim Number: 3476<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $5,358.02 | Scheduled: | $4,396.69 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| MILAM LOGGING INC.<br>1147 MCMULLEN RD<br>GURLEY, AL 35748 | | Claim Number: 765<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $14,593.78 | | | |
| MILAM LOGGING INC.<br>1147 MCMULLEN RD<br>GURLEY, AL 35748 | | Claim Number: 8163<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | | |
| UNSECURED | Claimed: | $7,296.89 | Scheduled: | $14,593.78 | UNLIQ |
| MILJEVICH INC.<br>ATTN: KATHLEEN MILJEVICH<br>511 PUTNAM STREET<br>WAKEFIELD, MI 49968 | | Claim Number: 8843<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $12,887.23 | | | |
| MILJEVICH INCORPORATED<br>511 PUTNAM ST.<br>WAKEFIELD, MI 49968 | | Claim Number: 8842<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $6,443.62 | Scheduled: | $12,887.23 | UNLIQ |
| MILLENNIUM FLUID POWER<br>2832 NESS AVE.<br>WINNIPEG, MB R3J 1A8<br>CANADA | | Claim Number: 594<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>6,533.53 IN CANADIAN | | | |
| UNSECURED | Claimed: | $0.00    UNLIQ | | | |
| MILLENNIUM FLUID POWER<br>2832 NESS AVENUE<br>ATTN: KEITH BOLLAND<br>WINNIPEG, MB R3J 1A8<br>CANADA | | Claim Number: 8670<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $5,024.78 | Scheduled: | $5,018.21 | |
| MILLER BROTHERS GIANT TIRE<br>PO BOX 3667<br>IRMO, SC 29063 | | Claim Number: 5440<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $15,357.50 | Scheduled: | $14,873.47 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MILLER ELECTRIC CO<br>PO BOX 1799<br>JACKSONVILLE, FL 32201 | | Claim Number: 4164<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13993<br>DOCKET: 7555 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $265,678.51 | Scheduled: | $522,166.50 UNLIQ |

| MILLER ELECTRIC CO.<br>POST OFFICE BOX 1799<br>JACKSONVILLE, FL 32201 | | Claim Number: 13993<br>Claim Date: 04/15/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $265,678.47 | | |

| MILLER FORESTRY SERVICES LLC<br>PO BOX 26<br>CENTER CROSS, VA 22437 | | Claim Number: 8009<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $2,108.43 | Scheduled: | $2,108.43 |

| MILLER LOGGING, INC<br>ROY A. MILLER, JR.<br>PO BOX 86<br>HOLMESVILLE, OH 44633 | | Claim Number: 7837<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,041.93 | Scheduled: | $30,083.87 UNLIQ |

| MILLER PAINTING CO., INC<br>P.O. BOX 23267<br>SAVANNAH, GA 31403 | | Claim Number: 1407<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,200.00 | Scheduled: | $19,200.00 |

| MILLER STEPHENSON CHEMICAL CO INC<br>PO BOX 950<br>DANBURY, CT 06813-0950 | | Claim Number: 5602<br>Claim Date: 07/17/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,627.02 | Scheduled: | $1,627.02 |

| MILLER STEPHENSON CHEMICAL CO INC (01)<br>PO BOX 950<br>DANBURY, CT 06813-0950 | | Claim Number: 5601<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $709.59 | Scheduled: | $674.40 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

MILLER TRANSPORTERS, INC.
PO BOX 1123
JACKSON, MS 39215-1123

Claim Number: 2114
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $10,729.31 | Scheduled: | $10,729.31 |
|---|---|---|---|---|

MILLER WASTE SYSTEMS
ATTN: STEWART VALENTINE, CORP CREDIT MGR
PO BOX 4080
MARKHAM, ON L3R 9R8
CANADA

Claim Number: 6203
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $17,296.80 | Scheduled: | $16,883.25 |
|---|---|---|---|---|

MILLER WHITEHEAD HARDWARE COMPANY
PO BOX 1629
VALDOSTA, GA 31603-1629

Claim Number: 4205
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $484.35 | Scheduled: | $484.35 |
|---|---|---|---|---|

MILLER'S TRUCKING, INC.
PO BOX 6
JUDITH GAP, MT 59453

Claim Number: 380
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $85,656.03 |
|---|---|---|

MILLER, BEATRICE
7412 STUTZ LANE
ALTON, IL 62002

Claim Number: 11216
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| SECURED | Claimed: | $0.00  UNDET |
|---|---|---|

MILLER, DONNIE RAY
625 SHALIMAR RD.
QUITMAN, LA 71268

Claim Number: 10228
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

MILLER, HOWARD
71 SKULL CREEK DRIVE
APT. A-301
HILTON HEAD ISLAND, SC 29926-2914

Claim Number: 5207
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| MILLER, HUGH B<br>909 BELLEVILLE AVE<br>BREWTON, AL 36426 | | Claim Number: 12150<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |

| | | | | |
|---|---|---|---|---|
| TOTAL | Claimed: | $0.00  UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| MILLER, M J<br>11933 SO. RIDGEWAY AVE. #11<br>ALSIP, IL 60803-1121 | | Claim Number: 12088<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00  UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| MILLER, PAT<br>1855 NORTH 180TH STREET<br>SHORELINE, WA 98133 | | Claim Number: 11195<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $323.00 | Scheduled: | $323.00 |

---

| | | | | |
|---|---|---|---|---|
| MILLER, PETER<br>C/O ED MILLER, BOX 2332<br>STRATHMORE, AB T1P 1K3<br>CANADA | | Claim Number: 12620<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $22,300.00 | | |

---

| | | | | |
|---|---|---|---|---|
| MILLER, PETER J.<br>ATTN: ED MILLER<br>BOX 2332<br>STRATHMORE, AB T1P 1K3<br>CANADA | | Claim Number: 12619<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $18,270.00 | | |

---

| | | | | |
|---|---|---|---|---|
| MILLER, ROBERT<br>153 SPRING MILLS ROAD<br>MILFORD, NJ 08848 | | Claim Number: 4713<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| MILLER, ROY A. JR.<br>MILLER LOGGING, INC.<br>PO BOX 86<br>HOLMESVILLE, OH 44633 | | Claim Number: 80<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,041.93 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MILLER, STEVE A SR<br>10730 S.W. 175TH STREET<br>MIAMI, FL 33157 | Claim Number: 4341<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| MILLER, W W<br>610 FIVE OAKS BLVD.<br>LEBANON, TN 37087 | Claim Number: 9829<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| MILLINER, ROOSEVELT<br>6615 S SANGAMON<br>CHICAGO, IL 60621-1823 | Claim Number: 7973<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $51,210.00 | | |
|---|---|---|---|---|

| MILLINGTON LOCKWOOD INC<br>470 CAYUGA ROAD<br>BUFFALO, NY 14225 | Claim Number: 4959<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $675.00 | Scheduled: | $675.00 |
|---|---|---|---|---|

| MILLIRON RECYCLING INC<br>2384 STATE RT 39<br>MANSFIELD, OH 44903 | Claim Number: 3897<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $6,600.79 | Scheduled: | $9,825.06 |
|---|---|---|---|---|

| MILLIRON WASTE MANAGEMENT INC<br>1700 N MAIN ST<br>MANSFIELD, OH 44903 | Claim Number: 3749<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,198.36 | Scheduled: | $2,198.36 |
|---|---|---|---|---|

| MILLS JR, R E<br>11647 WEDGEPORT LANE<br>FISHERS, IN 46037 | Claim Number: 6464<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| MILLS, RALPH<br>11647 WEDGEPORT LANE<br>FISHERS, IN 46037-7984 | | Claim Number: 6463<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| PRIORITY | Claimed: | $754.21   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| MILLWOOD INC<br>PO BOX 960<br>VIENNA, OH 44473-0960 | | Claim Number: 10776-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $36,319.20 | Scheduled: | $50,886.00 |

---

| | | | | |
|---|---|---|---|---|
| MILLWOOD INC<br>PO BOX 960<br>VIENNA, OH 44473-0960 | | Claim Number: 10776-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2813 (11/18/2009) | | |
| ADMINISTRATIVE | Claimed: | $14,566.80 | | |

---

| | | | | |
|---|---|---|---|---|
| MILODRAGOVICH DALE STEINBRENNER & NYGREN<br>ATTN: LON J. DALE<br>P.O. BOX 4947<br>MISSOULA, MT 59806-4947 | | Claim Number: 10626<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $10,000.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| MILTON HYDRO DISTRIBUTION INC.<br>55 THOMPSON RD S.<br>ATTN: MARY JO CORKUM<br>MILTON, ON L9T 6P7<br>CANADA | | Claim Number: 8820<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | |
| UNSECURED | Claimed: | $110,133.87 | | |

---

| | | | | |
|---|---|---|---|---|
| MILTON J. WOOD FIRE<br>PO BOX 26219<br>JACKSONVILLE, FL 32226 | | Claim Number: 5489<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7997 (06/14/2010)<br>amends 1508 | | |
| UNSECURED | Claimed: | $17,022.60 | | |

---

| | | | | |
|---|---|---|---|---|
| MILTON J. WOOD FIRE<br>PO BOX 26219<br>JACKSONVILLE, FL 32226 | | Claim Number: 12378<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $89,835.10 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| | | |
|---|---|---|
| MILTON J. WOOD FIRE PROTECTION, INC.<br>P.O. BOX 26219<br>JACKSONVILLE, FL 32226 | Claim Number: 1508<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |

| SECURED | Claimed: | $74,929.60 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| MILTON MACHINE SHOP LIMITED<br>ATTN: HENRY BRINKE<br>203 MILL STREET<br>MILTON, ON<br>CANADA | Claim Number: 8578<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI | |

| UNSECURED | Claimed: | $12,975.37 | Scheduled: | $13,380.57 |
|---|---|---|---|---|

| | | |
|---|---|---|
| MILWAUKEE METROPOLITAN SEWER DISTRICT<br>260 W. SEEBOTH STREET<br>MILWAUKEE, WI 53204 | Claim Number: 13545<br>Claim Date: 11/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $2,044.00 | Scheduled: | $1,003.00 UNLIQ DISP |
|---|---|---|---|---|

| | | |
|---|---|---|
| MILWAUKEE METROPOLITAN SEWER DISTRICT<br>260 W. SEEBOTH STREET<br>MILWAUKEE, WI 53204 | Claim Number: 13549<br>Claim Date: 11/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |

| UNSECURED | Claimed: | $2,044.00 | Scheduled: | $0.00 UNLIQ DISP |
|---|---|---|---|---|

| | | |
|---|---|---|
| MIMS, GARNETT Z<br>1349 COKER ROAD<br>EVERGREEN, AL 36401 | Claim Number: 12114<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | |

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| MIMS, GERRY W.<br>PO BOX 1008<br>HODGE, LA 71247 | Claim Number: 10229<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| MINE AND PROCESS SERVICE INC<br>PO BOX 484<br>KEWANEE, IL 61443 | Claim Number: 5816<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | |

| UNSECURED | Claimed: | $665.57 | Scheduled: | $665.57 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

MINGER, RONALD
570 GEORGIA LN
BREWTON, AL 36426

Claim Number: 12130
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 5732 (03/10/2010)

| UNSECURED | Claimed: | $0.00  UNDET | |
|---|---|---|---|

---

MINI BRUTE SERVICE CO INC
PO BOX 202088
ANCHORAGE, AK 99520-2088

Claim Number: 5220
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 4131 (01/14/2010)

| UNSECURED | Claimed: | $167.26 | Scheduled: | $167.26 |
|---|---|---|---|---|

---

MINI EXCAVATION M. PERRY INC
ATTN:MARCO PERRY
184, BOUL. PERRON EST
NEW RICHMOND, QC G0C 2B0
CANADA

Claim Number: 8998
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
5017.82 canadian

| PRIORITY | Claimed: | $4,111.10 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $4,122.77 |

---

MINISTERE DES RESSOURCES NATURALLES ET FAUNE
880 CHEMIN STE-FOY
10IEME ETAGE
QUEBEC, QC G1SB4X4
CANADA

Claim Number: 12532
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $504.05 | Scheduled: | $4,190.75 |
|---|---|---|---|---|

---

MINISTERE DES RESSOURCES NATURALLES ET FAUNE
ATTN: RITA OUELLET
880 CHEMIN STE-FOY, 10IEME ETAGE
QUEBEC, QC G1S 4X4
CANADA

Claim Number: 13148
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: POSSIBLE DUPLICATE OF 12532

| UNSECURED | Claimed: | $504.05 | Scheduled: | $41,766.52 |
|---|---|---|---|---|

---

MINISTRY OF REVENUE
REVENUE COLLECTIONS BRANCH
INSOLVENCY UNIT, ATTN CHANTALE BOURRE
33 KING ST W, PO BOX 627
OSHAWA, ON L1H 8H8
CANADA

Claim Number: 8681
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $1,125,404.64 | |
|---|---|---|---|

---

MINISTRY OF REVENUE
REVENUE COLLECTIONS BRANCH
INSOLVENCY UNIT ATTN: CHANTALE BOURRE
33 KING ST W. PO BOX 627
OSHAWA, ON L1H 8H8
CANADA

Claim Number: 9479
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
amends 8782

| UNSECURED | Claimed: | $4,626,420.86 | |
|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MINISTRY OF REVENUE<br>REVENUE COLLECTIONS BRANCH<br>INSOLVENCY UNIT, ATT: SANDRA COURVOISIER<br>33 KING ST W, PO BOX 627<br>OSHAWA, ON L1H 8H5<br>CANADA | Claim Number: 13291<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $1.00   UNLIQ |
|---|---|---|

---

| MINISTRY OF REVENUE<br>REVENUE COLLECTIONS BRANCH<br>INSOLVENCY UNIT, ATTN: CHANTALE BOURRE<br>33 KING ST W, PO BOX 627<br>OSHAWA, ON L1H 8H5<br>CANADA | Claim Number: 13822<br>Claim Date: 01/08/2010<br>Debtor: 605681 N.B. INC. |
|---|---|

| UNSECURED | Claimed: | $6,845,375.05 |
|---|---|---|

---

| MINISTRY OF REVENUE<br>REVENUE COLLECTIONS BRANCH<br>INSOLVENCY UNIT<br>33 KING ST W, PO BOX 627<br>OSHAWA, ON L1H 8H5<br>CANADA | Claim Number: 14145<br>Claim Date: 09/30/2010<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8952 (02/22/2011) |
|---|---|

| UNSECURED | Claimed: | $375,810.08 |
|---|---|---|

---

| MINISTRY OF REVENUE<br>REVENUE COLLECTIONS BRANCH<br>INSOLVENCY UNIT<br>33 KING ST W, PO BOX 627<br>OSHAWA, ON L1H 8H5<br>CANADA | Claim Number: 14146<br>Claim Date: 09/30/2010<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8952 (02/22/2011) |
|---|---|

| UNSECURED | Claimed: | $5,785,380.43 |
|---|---|---|

---

| MINISTRY OF REVENUE<br>REVENUE COLLECTIONS BRANCH<br>INSOLVENCY UNIT<br>33 KING ST W, PO BOX 627<br>OSHAWA, ON L1H 8H8<br>CANADA | Claim Number: 14171<br>Claim Date: 11/03/2010<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>AMENDS CLAIM 14145 AND 14146 |
|---|---|

| UNSECURED | Claimed: | $330,724.94 |
|---|---|---|

---

| MINNEHAHA COUNTY TREASURER<br>ADMINISTRATION BUILDING, 1ST FLOOR<br>415 N. DAKOTA AVE.<br>SIOUX FALLS, SD 57104 | Claim Number: 13590<br>Claim Date: 11/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
|---|---|

| PRIORITY | | | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|
| SECURED | Claimed: | $97,264.17 | | |

---

| MINNESOTA POWER<br>P.O. BOX 1001<br>DULUTH, MN 55806-1001 | Claim Number: 5605<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| MINNESOTA POWER | Claim Number: 5606 |
| P O BOX 1001 | Claim Date: 07/17/2009 |
| DULUTH, MN 55806-1001 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $56.36 | Scheduled: | $75.67 |
|---|---|---|---|---|

| MINUTE MAN FARMS INC | Claim Number: 7742 |
| 18262 ALVERE ROAD | Claim Date: 08/13/2009 |
| CULPEPER, VA 22701 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: DOCKET: 6647 (04/07/2010) |

| UNSECURED | Claimed: | $8,197.88 | Scheduled: | $16,395.77 UNLIQ |
|---|---|---|---|---|

| MIOLLI, CAROLYN Y | Claim Number: 6317 |
| 2126 HIGHWOOD DR | Claim Date: 07/24/2009 |
| GARLAND, TX 75041-2058 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $0.00  UNLIQ |
|---|---|---|

| MIOLLI, CAROLYN Y | Claim Number: 8708 |
| 8425 ORTEGA DR | Claim Date: 07/24/2009 |
| SHOW LOW, AZ 85901 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

| MIOLLI, CAROLYN Y. | Claim Number: 6723 |
| 2126 HIGHWOOD DR | Claim Date: 07/24/2009 |
| GARLAND, TX 75041-2053 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

| MIRAGE PROMOTIONS INC | Claim Number: 7333 |
| 1408 PAMPLICO HWY | Claim Date: 08/07/2009 |
| FLORENCE, SC 29505 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: DOCKET: 7552 (05/10/2010) |

| UNSECURED | Claimed: | $4,929.59 | Scheduled: | $4,786.01 |
|---|---|---|---|---|

| MIRELES, RUBEN L | Claim Number: 11192 |
| 15836 PARKLAND DRIVE | Claim Date: 08/27/2009 |
| HACIENDA HEIGHTS, CA 91745 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 7554 (05/10/2010) |

| PRIORITY | Claimed: | $20,000.00 |
|---|---|---|
| SECURED | Claimed: | $20,000.00 |
| TOTAL | Claimed: | $20,000.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MISCAVAGE, JOSEPH | Claim Number: 6487 |
| 299 ROBERTS AVE | Claim Date: 07/27/2009 |
| CONSHOHOCKEN, PA 19428-2221 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| MISSEY, JOSHUA | Claim Number: 6890 |
| 716  LAUREL STREET | Claim Date: 07/31/2009 |
| HIGHLAND, IL 62249 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: EXPUNGED |
| | DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

---

| MISSISSIPPI STATE TAX COMMISSION | Claim Number: 7215 |
| PO BOX 22808 | Claim Date: 08/04/2009 |
| JACKSON, MS 39225-2805 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: EXPUNGED |
| | DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $23,849.67 |
| UNSECURED | Claimed: | $3,518.80 |

---

| MISSISSIPPI STATE TAX COMMISSION | Claim Number: 7400 |
| BANKRUPTCY SECTION | Claim Date: 08/03/2009 |
| P.O. BOX 22808 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| JACKSON, MS 39225-2808 | Comments: EXPUNGED |
| | DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $23,849.67 |
| UNSECURED | Claimed: | $3,518.80 |

---

| MISSISSIPPI STATE TAX COMMISSION | Claim Number: 11271 |
| PO BOX 22808 | Claim Date: 08/25/2009 |
| BANKRUPTCY SECTION | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| JACKSON, MS 39225-2805 | Comments: EXPUNGED |
| | DOCKET: 4132 (01/14/2010) |

| PRIORITY | Claimed: | $24,167.70 |
| UNSECURED | Claimed: | $3,518.80 |

---

| MISSISSIPPI STATE TAX COMMISSION | Claim Number: 14058 |
| BANKRUPTCY SECTION | Claim Date: 06/21/2010 |
| P.O. BOX 22808 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| JACKSON, MS 39225-2808 | Comments: DOCKET: 8535 (09/14/2010) |

| UNSECURED | Claimed: | $1,398.61 |
|---|---|---|

---

| MISSOULA AREA ECONOMIC DEVELOPMENT CORP. | Claim Number: 39 |
| TRANSFEROR: F.H. STOLTZE LAND & LUMBER COMPANY | Claim Date: 02/02/2009 |
| 1121 EAST BROADWAY, SUITE 100 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| MISSOULA, MT 59802 | Comments: DOCKET: 3286 (12/18/2009) |

| UNSECURED | Claimed: | $2,367.51 | Scheduled: | $7,367.51 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MISSOULA AREA ECONOMIC DEVELOPMENT CORP.<br>TRANSFEROR: PYRAMID MOUNTAIN LUMBER, INC<br>1121 EAST BROADWAY, SUITE 100<br>MISSOULA, MT 59802 | Claim Number: 2407<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $16,628.32 | Scheduled: | $33,256.65 UNLIQ |
|---|---|---|---|---|

| MISSOULA AREA ECONOMIC DEVELOPMENT CORP.<br>C/O JACKSON, MURDO & GRANT P.C.<br>ATTN: JOHN H GRANT<br>203 NORTH EWING STREET<br>HELENA, MT 59601 | Claim Number: 7943<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $510,933.55 | Scheduled: | $482,595.42 UNLIQ |
|---|---|---|---|---|

| MISSOULA CITY-COUNTY HEALTH DEPT<br>ATTN: JULIE TOENYES, ACCOUNTANT<br>301 WEST ALDER<br>MISSOULA, MT 59802 | Claim Number: 5293<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,787.96 | Scheduled: | $2,787.96 |
|---|---|---|---|---|

| MISSOULA COUNTY TREASURER<br>200 W BROADWAY<br>MISSOULA, MT 59802 | Claim Number: 4132<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
|---|---|

| PRIORITY | | | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|
| SECURED | Claimed: | $1,075,568.50 | | |

| MISSOULA ELECTRIC COOPERATIVE<br>1700 W BROADWAY<br>MISSOULA, MT 59808 | Claim Number: 9106<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,921.95 | Scheduled: | $3,078.49 |
|---|---|---|---|---|

| MISSOULA LANDFILL<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11107<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $80,552.72 | Scheduled: | $80,552.72 |
|---|---|---|---|---|

| MISSOULA MOTOR PARTS<br>P.O. BOX 2640<br>MISSOULA, MT 59806 | Claim Number: 120<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $16,366.35 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

MISSOULA RAVALLI TMA
2820 S HIGGINS AVE
MISSOULA, MT 59801-6927

Claim Number: 4217
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $6,500.00 | Scheduled: | $6,500.00 |
|---|---|---|---|---|

---

MISSOULA TRUCK SALES INC
PO BOX 16690
MISSOULA, MT 59808

Claim Number: 4477
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,251.88 | Scheduled: | $2,251.88 |
|---|---|---|---|---|

---

MISSOURI & NORTHERN ARKANSAS RAILROAD
C/O LEEAN M. GREENWALD, VP-LITIGATION
7411 FULLERTON STREET, SUITE 300
JACKSONVILLE, FL 32256

Claim Number: 7565
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $1,885.00 |
|---|---|---|

---

MISSOURI DEPARTMENT OF REVENUE
BOX 475
JEFFERSON CITY, MO 65105

Claim Number: 53
Claim Date: 02/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| UNSECURED | Claimed: | $2,265,362.78 |
|---|---|---|

---

MISSOURI DEPARTMENT OF REVENUE
BOX 475
JEFFERSON CITY, MO 65105

Claim Number: 54
Claim Date: 02/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| PRIORITY | Claimed: | $4,448.70 |
|---|---|---|
| UNSECURED | Claimed: | $659.05 |

---

MISSOURI DEPARTMENT OF REVENUE
BOX 475
JEFFERSON CITY, MO 65105

Claim Number: 278
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

MISSOURI DEPARTMENT OF REVENUE
BOX 475
JEFFERSON CITY, MO 65105

Claim Number: 4355
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| PRIORITY | Claimed: | $71.49 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MISSOURI GAS ENERGY<br>PO BOX 219255<br>KANSAS CITY, MO 64121-9255 | Claim Number: 8171<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $9,547.16 | | |
|---|---|---|---|---|

| MISSOURI GAS ENERGY<br>P.O. BOX 219255<br>KANSAS CITY, MO 64121-9255 | Claim Number: 10046<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $9,547.16 | Scheduled: | $7,762.68 |
|---|---|---|---|---|

| MISSOURI PRIVATE SECTOR INDIVIDUAL<br>SELF-INSURERS GUARANTY CORPORATION<br>R. SCOTT MOORE - LEWIS RICE & FINGERSH<br>500 N. BROADWAY, SUITE 2000<br>ST. LOUIS, MO 63102 | Claim Number: 11121<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $1,395,384.00   UNLIQ CONT | | |
|---|---|---|---|---|

| MISSOURI PRIVATE SECTOR INDIVIDUAL<br>SELF-INSURERS GUARANTY CORPORATION<br>R. SCOTT MOORE - LEWIS RICE & FINGERSH<br>500 N. BROADWAY, SUITE 2000<br>ST. LOUIS, MO 63102 | Claim Number: 11122<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $119,442.00   UNLIQ CONT | | |
|---|---|---|---|---|

| MISTRY, URMILA<br>2048 HEADON ROAD<br>BURLINGTON, ON L7M 4G3<br>CANADA | Claim Number: 12615<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $503.00   UNLIQ | | |
|---|---|---|---|---|

| MISTRY, URMILA S.<br>2048 HEADON RD<br>BURLINGTON, ON L7M 4G3<br>CANADA | Claim Number: 12616<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $507.00 | | |
|---|---|---|---|---|

| MITCHAM FARMS, LLC<br>1007 WOODS ROAD<br>RUSTON, LA 71270 | Claim Number: 2203<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,168.20 | Scheduled: | $1,168.20 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

MITCHELL INSTRUMENT CO
1570 CHEROKEE ST
SAN MARCOS, CA 92069

Claim Number: 4460
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $649.00 | Scheduled: | $649.00 |

MITCHELL'S STRAPPING SERVICE
2337 FOOTHILL BLVD.
PMB #133
LA VERNE, CA 91750

Claim Number: 860
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,384.74 | |

MITCHELL'S STRAPPING SERVICE
2337 FOOTHILL BLVD
PMB #133
LA VERNE, CA 91750

Claim Number: 5276
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,384.74 | Scheduled: | $5,384.74 |

MITCO INC
1601 STEELE AVENUE SW
GRAND RAPIDS, MI 49507

Claim Number: 4887
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,898.45 | Scheduled: | $4,898.45 |

MIZE, JOSEPH D
348 PONDEROSA LANE
FLOMATON, AL 36441

Claim Number: 10465
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $14,864.80 | |

MJM DIU RECOUVREMENT
275 DES BRACONNIERS
ATTN: PIERRE MARCHAND
ST-ETIENNE-DES-GRES, QC G0X 2P0
CANADA

Claim Number: 12332
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: POSSIBLE DUPLICATE OF 8332

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,221.47 | |

MJM DIVISION RECOUVREMENT
275 DES BRACONNIERS
ST ETIENNE DES GRES, QC G0X 2P0
CANADA

Claim Number: 8332
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,221.47 | Scheduled: | $3,221.47 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MJM ELECTRIC LIMITED<br>ATTN: DONALD STEPHEN SMITH<br>5826 WELLINGTON RD 86<br>RR #1<br>ARISS, ON N0B 1B0<br>CANADA | Claim Number: 13326<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $25,144.46 | Scheduled: | $25,091.84 |

| MJS AMERITRANS LOGISTICS INC<br>8562 RUE PIE-IX SUITE 210<br>MONTREAL, QC H1Z 4G2<br>CANADA | Claim Number: 13491<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $431.35 | Scheduled: | $431.35 |

| MLT TRUCKING<br>6646 COUNTY RD 53 S<br>TORRINGTON, WY 82240-9003 | Claim Number: 7163<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,527.26 | Scheduled: | $2,527.56 |

| MNC SYSTEMS, LLC<br>4150 S 87TH STREET<br>STE A<br>OMAHA, NE 68127 | Claim Number: 3353<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,657.23 | Scheduled: | $5,255.00 |

| MOBILE MODULAR MANAGEMENT CORPORATION<br>5700 LAS POSITAS ROAD<br>LIVERMORE, CA 94551 | Claim Number: 2760<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,638.94 | Scheduled: | $1,638.94 |

| MOBILE PAINTS<br>PO BOX 3859<br>CAROLINA, PR 00984-3859 | Claim Number: 4731<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $45.59 | | |

| MOBILE RADIO ENGINEERING INC.<br>D/B/A CAPITOL 2-WAY COMMUNICATIONS<br>745 BOONE AVE N.<br>GOLDEN VALLEY, MN 55427 | Claim Number: 3319<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,693.67 | Scheduled: | $1,600.39 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| MOBILE TOOL REPAIR INC<br>2136 HWY 2321<br>SOUTHPORT, FL 32409 | Claim Number: 11194<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $642.00 | Scheduled: | $642.00 |
|---|---|---|---|---|

| MOBILPAGE INC<br>812 S 10TH ST.<br>SAINT JOSEPH, MO 64501 | Claim Number: 2405<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 |
|---|---|---|---|---|

| MOBLEY, REUBEN T<br>8181 ST RT. 123<br>BLANCHESTER, OH 45107 | Claim Number: 6497<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| MOBLEY, RHONDA<br>1245 S RECREATION AVE<br>FRESNO, CA 93702 | Claim Number: 5843<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $42,093.00 |
|---|---|---|

| MODERN NETWORKS IR<br>PMB 114<br>2075 S UNIVERSITY BLVD UNIT D<br>DENVER, CO 80210-4300 | Claim Number: 6046<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $750.00 |
|---|---|---|

| MODERN NIAGARA HVAC SERVICES<br>85 DENZIL DOYLE COURT<br>KANATA, ON K2M 2G8<br>CANADA | Claim Number: 13495<br>Claim Date: 09/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $73,821.42 |
|---|---|---|

| MODERN NIAGARA HVAC SERVICES<br>85 DENZIL DOYLE COURT<br>KANATA, ON K2M 2G8<br>CANADA | Claim Number: 13496<br>Claim Date: 09/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $60,481.89 | Scheduled: | $26,671.34 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| MODERN RAILINGS & METALCRAFT LTD.<br>114 ENGELHARD DRIVE<br>AURORA, ON L4G 3V2<br>CANADA | | Claim Number: 13464<br>Claim Date: 09/18/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $51,429.18 | | |

---

| | | | | |
|---|---|---|---|---|
| MODERN RAILINGS & METALCRAFT LTD.<br>114 ENGELHARD DRIVE<br>AURORA, ON L4G 3V2<br>CANADA | | Claim Number: 13503<br>Claim Date: 09/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $51,429.18 | | |
| SECURED | Claimed: | $51,429.18 | | |
| TOTAL | Claimed: | $51,429.18 | | |

---

| | | | | |
|---|---|---|---|---|
| MODIS INC<br>1 INDEPENDENT DRIVE<br>SUITE 800<br>JACKSONVILLE, FL 32202 | | Claim Number: 272<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $91,757.23 | | |

---

| | | | | |
|---|---|---|---|---|
| MODIS INC<br>1 INDEPENDENT DRIVE<br>SUITE 800<br>ATTN: JOANNA KRAFT<br>JACKSONVILLE, FL 32202 | | Claim Number: 1999<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>replaces claim 272 | | |
| UNSECURED | Claimed: | $102,754.30 | Scheduled: | $76,487.83 |

---

| | | | | |
|---|---|---|---|---|
| MODULAR CONCEPTS INC<br>11933 12TH AVE SOUTH<br>BURNSVILLE, MN 55337 | | Claim Number: 1510<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $1,037.00 | Scheduled: | $1,037.00 |

---

| | | | | |
|---|---|---|---|---|
| MOFFETT SR., STANLEY W.<br>929 KELLY ROAD<br>JONESBORO, LA 71251 | | Claim Number: 10315<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| MOFFITT, JOSEPH E<br>1180 COLUMBIA AVENUE<br>GLADSTONE, OR 97027 | | Claim Number: 6150<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $50,000.00 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MOHOFF, NAYDIA J<br>29057 REVIS ROAD<br>COARSEGOLD, CA 93614-9575 | Claim Number: 11437<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $31,132.44 | | |
|---|---|---|---|---|

| MOLINA, JESUS<br>9312 HUDSON WAY<br>EL PASO, TX 79907 | Claim Number: 3835<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $177.00 | Scheduled: | $177.00 |
|---|---|---|---|---|

| MOMAR<br>P.O. BOX 19567<br>ATLANTA, GA 30325-0567 | Claim Number: 4387<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $6,600.84 | Scheduled: | $6,527.70 |
|---|---|---|---|---|

| MONACO INC<br>3120 WEST LAKE STREET<br>MELROSE PARK, IL 60160 | Claim Number: 4546<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,715.19 | Scheduled: | $4,715.19 |
|---|---|---|---|---|

| MONAHAN, TERENCE P<br>9003 POCO RD<br>APT B<br>HOUSTON, TX 77080 | Claim Number: 7387<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET | |
|---|---|---|---|

| MONARCH BUILDING SERVICES<br>PO BOX 26952<br>EL PASO, TX 79926 | Claim Number: 541<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| PRIORITY | Claimed: | $8,201.85 |
|---|---|---|

| MONARCH BUILDING SERVICES<br>ATTN: THOMAS P. TAYLOR J.R.<br>PO BOX 26952<br>EL PASO, TX 79926 | Claim Number: 6711<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $8,447.95 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

MONARCH BUILDING SERVICES
THOMAS P. TAYLOR JR
PO BOX 26952
EL PASO, TX 79926

Claim Number: 8759
Claim Date: 06/27/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,447.95 |

---

MONARCH CHESTERFIELD LEVEE DISTRICT
17627 WILD HORSE CREEK ROAD
CHESTERFIELD, MO 63005

Claim Number: 6709
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,000.14 |
| SECURED | Claimed: | $11,000.14 |
| UNSECURED | Claimed: | $11,000.14 |
| TOTAL | Claimed: | $11,000.14 |

---

MONARCH ENVIRONMENTAL INC
PO BOX 9001828
LOUISVILLE, KY 40290-1828

Claim Number: 5657
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $333.99 |

---

MONDRIAN CANADA INC.
498 HARGRAVE ST.
WINNIPEG, MB R3A 0X7
CANADA

Claim Number: 12778
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $180.97 | Scheduled: | $332.57 |

---

MONEY, JACK THOMAS
2914 N. GLEENWOOD HWY
GOSHEN, AL 36035

Claim Number: 9038
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $26,860.00   UNLIQ |

---

MONGOGNA JR., JOSEPH B
404 PALM DRIVE
BRAITHWAITE, LA 70040

Claim Number: 9548
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

---

MONGRAIN, YVON
8 HOGAN RD
CANTLEY, QB J8V 3C4
CANADA

Claim Number: 12909
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| MONGRAIN, YVON<br>8 HOGAN RD<br>CANTLEY, QB J8V 3C4<br>CANADA | | Claim Number: 12910<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $1,403.60 | | |

---

| | | | | |
|---|---|---|---|---|
| MONITORING TECHNOLOGY CORP.<br>12701 FAIR LAKES CIRCLE, SUITE 320<br>FAIRFAX, VA 22033 | | Claim Number: 2557<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $5,600.00 | Scheduled: | $5,600.00 |

---

| | | | | |
|---|---|---|---|---|
| MONITORING TECHNOLOGY CORPORATION<br>12701 FAIR LAKES CIRCLE SUITE 320<br>FAIRFAX, VA 22033 | | Claim Number: 907<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $5,600.00 | | |

---

| | | | | |
|---|---|---|---|---|
| MONNOTT, CHARLES<br>4348 MISSION ROAD # 8<br>KANSAS CITY, KS 66103 | | Claim Number: 11457<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| MONROE OPTICAL INC<br>1751 N MAIN ST<br>FRANKLIN, IN 46131-2409 | | Claim Number: 5074<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,245.62 | Scheduled: | $2,245.62 |

---

| | | | | |
|---|---|---|---|---|
| MONROE WELDING SUPPLY INC.<br>PO BOX 371<br>MONROE, LA 71210 | | Claim Number: 6413<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $22,560.78 | Scheduled: | $21,028.28 |

---

| | | | | |
|---|---|---|---|---|
| MONROE, DALLAS<br>DBA FOUR M TRANSPORTATION SERVICE<br>221 W. LIBERTY ST.<br>MARION, SC 29571 | | Claim Number: 1022<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | |
| UNSECURED | Claimed: | $8,900.00 | Scheduled: | $8,080.50 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

MONROE, ROBERT
C/O ERMA MONROE
2617 42ND AVE
LONGVIEW, WA 98632

Claim Number: 10514
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

---

MONTALVO CORP, THE
50 HUTCHERSON DR
GORHAM, ME 04038

Claim Number: 4767
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,856.53 | Scheduled: | $3,856.53 |

---

MONTANA DEPARTMENT OF ENVIRONMENTAL
QUALITY
ATTN: KIRSTEN H. BOWERS, ESQ.
PO BOX 200901
HELENA, MT 59620-0901

Claim Number: 11643
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8878 (01/06/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT |
| UNSECURED | Claimed: | $75,000.00   UNLIQ CONT |

---

MONTANA DEPARTMENT OF ENVIRONMENTAL
QUALITY
ATTENTION: KIRSTEN H. BOWERS, ESQ.
PO BOX 200901
HELENA, MT 59620-0901

Claim Number: 11644
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8878 (01/06/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT |
| UNSECURED | Claimed: | $75,000.00   UNLIQ CONT |

---

MONTANA DEPARTMENT OF REVENUE
ATTN: KIM DAVIS
P.O. BOX 7701
HELENA, MT 59604-7701

Claim Number: 282
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,200,671.08 | | |
| SECURED | Claimed: | $209,075.00 | | |
| UNSECURED | | | Scheduled: | $50.00   UNLIQ |

---

MONTANA DEPARTMENT OF REVENUE
ATTN: KIM DAVIS
P.O. BOX 7701
HELENA, MT 59604-7701

Claim Number: 13759
Claim Date: 01/12/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8893 (01/19/2011)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,220,548.00 |
| UNSECURED | Claimed: | $180,937.00 |

---

MONTANA RAIL LINK
ATTN: MARK H. KRAUSE
101 INTERNATIONAL WAY
MISSOULA, MT 59802

Claim Number: 3228
Claim Date: 06/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $251,504.67 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| MONTANA RAIL LINK<br>ATTN: MARK H. KRAUSE<br>101 INTERNATIONAL WAY<br>MISSOULA, MT 59802 | | Claim Number: 13797<br>Claim Date: 02/03/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>Amends Claim 3228. | | |
| UNSECURED | Claimed: | $251,504.67 | Scheduled: | $245,056.39 |

| | | |
|---|---|---|
| MONTANA RAIL LINK<br>WASHINGTON BUSINESS SERVICES<br>ATTN: KARL SWANSON<br>101 INTERNATIONAL WAY<br>MISSOULA, MT 59808 | | Claim Number: 13798<br>Claim Date: 02/03/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $3,997,000.00 |

| | | |
|---|---|---|
| MONTANA RAIL LINK<br>KARL SWANSON<br>WASHINGTON BUSINESS SERVICES<br>101 INTERNATIONAL WAY<br>MISSOULA, MT 59808 | | Claim Number: 13835<br>Claim Date: 02/17/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $3,500,000.00 |

| | | |
|---|---|---|
| MONTANA RAIL LINK, INC.<br>WASHINGTON BUSINESS SVCS - KARL SWANSON<br>101 INTERNATIONAL DRIVE<br>MISSOULA, MT 59808 | | Claim Number: 13639<br>Claim Date: 12/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| UNSECURED | Claimed: | $4,003,250.00 |

| | | |
|---|---|---|
| MONTANA SELF INS GUARANTY FUND<br>5865 ROSENDALE RD<br>EAST HELENA, MT 59635 | | Claim Number: 10531<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
| SECURED | Claimed: | $3,698,857.00 |

| | | |
|---|---|---|
| MONTANEZ, LAWRENCE<br>4397 BEDFORD AVENUE<br>BROOKLYN, NY 11229 | | Claim Number: 10008<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $569,000.00   UNLIQ |

| | | |
|---|---|---|
| MONTEREY COUNTY TAX COLLECTOR<br>PO BOX 891<br>SALINAS, CA 93902 | | Claim Number: 7097<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
| PRIORITY | Claimed: | $2,904.39 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MONTEREY MUSHROOMS INC<br>PO BOX 818<br>MORGAN HILL, CA 95038 | Claim Number: 2042<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $2,818.20 | | |
|---|---|---|---|---|

| MONTGOMERY INDUSTRIAL GASES INC<br>PO BOX 9364<br>MONTGOMERY, AL 36108 | Claim Number: 8409<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $532.88 | Scheduled: | $532.88 |
|---|---|---|---|---|

| MONTGOMERY PAPER CO.<br>400 EAST FOURTH STREET<br>DAYTON, OH 45402 | Claim Number: 771<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $25,712.50 | Scheduled: | $24,648.00 |
|---|---|---|---|---|

| MONTGOMERY RUBBER & GASKET CO.<br>PO BOX 210639<br>MONTGOMERY, AL 36121-0639 | Claim Number: 4891<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $6,937.51 | Scheduled: | $6,937.51 |
|---|---|---|---|---|

| MONTGOMERY WAREHOUSE<br>PO BOX 1184<br>GRENADA, MS 38901 | Claim Number: 2510<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $17,560.00 | | |
|---|---|---|---|---|

| MONTGOMERY WAREHOUSE<br>PO BOX 1184<br>GRENADA, MS 38901 | Claim Number: 4127<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $17,560.00 | | |
|---|---|---|---|---|

| MONTGOMERY WAREHOUSE<br>PO BOX 1184<br>GRENADA, MS 38901 | Claim Number: 4128<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $17,560.00 | Scheduled: | $16,036.13 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

MONTGOMERY, GEORGE W.
1862 COLONIAL DRIVE
SAVANNAH, GA 31406

Claim Number: 3392
Claim Date: 06/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

MONTGOMERY, ONEKE
238 LAKE AVENUE
KELOWNA, BC V1Y 5W5
CANADA

Claim Number: 6478
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $91,760.78 UNLIQ |
|---|---|---|

MONTGOMERY, ONEKE
238 LAKE AVENUE
KELOWNA, BC V1Y 5W5
CANADA

Claim Number: 8793
Claim Date: 07/29/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $91,760.78 |
|---|---|---|

MONTGOMERY, SILAS
5111 BELMONT
HAMTRAMCK, MI 48212-3349

Claim Number: 4783
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

MOODY NATIONAL BANK
CUSTOMER HOLDINGS
ATTN: KATHERINE RODRIGUEZ
2302 POSTOFFICE ST.
GALVESTON, TX 77550

Claim Number: 4268
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $30,000.00 |
|---|---|---|

MOODY, AMY L.
194741 PADGETT RD
ANDALUSIA, AL 36420

Claim Number: 12060
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $4,701.00 |
|---|---|---|

MOODY, ROBERT L., SR.
2302 POSTOFFICE ST, STE 702
GALVESTON, TX 77550-1981

Claim Number: 2390
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $540,000.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| | | | | |
|---|---|---|---|---|
| MOODY, RUSSELL S.<br>2302 POSTOFFICE ST, STE 702<br>GALVESTON, TX 77550-1981 | Claim Number: 4267<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED          Claimed: | $15,000.00 | | | |

| | | | | |
|---|---|---|---|---|
| MOODY-DAHLBERG, FRANCES A.<br>2302 POSTOFFICE ST, STE 702<br>GALVESTON, TX 77550-1981 | Claim Number: 4266<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED          Claimed: | $15,000.00 | | | |

| | | | | |
|---|---|---|---|---|
| MOORE & ASSOCIATES<br>8935 RIDGEMONT DR<br>ATLANTA, GA 30350 | Claim Number: 6008<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED          Claimed: | $1,750.00 | Scheduled: | $1,750.00 | |

| | | | | |
|---|---|---|---|---|
| MOORE & VAN ALLEN PLLC - COUNSEL FOR<br>PEE DEE ELECTRIC COOPERATIVE, INC.<br>DAVID B. WHEELER, 40 CALHOUN STREET<br>SUITE 300, PO BOX 22828<br>CHARLESTON, SC 29413-2828 | Claim Number: 11064<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6724 (04/08/2010) | | | |
| SECURED          Claimed: | $68,732.23   UNLIQ | | | |

| | | | | |
|---|---|---|---|---|
| MOORE INDUSTRIES INT'L INC.<br>16650 SCHOENBORN ST.<br>NORTH HILLS, CA 91343 | Claim Number: 1007<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED          Claimed: | $1,701.08 | Scheduled: | $1,590.48 | |

| | | | | |
|---|---|---|---|---|
| MOORE TRANSPORTATION INC.<br>2929 BLUE CLAY ROAD<br>ATTN: CINDY MOORE<br>CASTLE HAYNE, NC 28429 | Claim Number: 115<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED          Claimed: | $1,300.00 | Scheduled: | $1,300.00 | |

| | | | | |
|---|---|---|---|---|
| MOORE, ARCHIE LEMON<br>PO BOX 863<br>HODGE, LA 71247 | Claim Number: 10230<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED          Claimed: | $0.00   UNLIQ | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MOORE, CHARLES<br>8981 EAST HWY 25<br>BELLEVIEW, FL 34420 | Claim Number: 1045<br>Claim Date: 03/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,831.65 | Scheduled: | $2,254.10 |
|---|---|---|---|---|

---

| MOORE, EDJEL<br>8101 TIPPIN AVE, APT G<br>PENSACOLA, FL 32514 | Claim Number: 9494<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| MOORE, EDJEL J<br>8101 TIPPIN AVE APT G<br>PENSACOLA, FL 32514-4748 | Claim Number: 7866<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| MOORE, ELTON JR.<br>9931 HOURGLASS COURT<br>CHESTERFIELD, VA 23832 | Claim Number: 9832<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| MOORE, PATRICK J<br>10412 LITZSINGER ROAD<br>FRONTENAC, MO 63131 | Claim Number: 8005<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $9,528,908.59   UNLIQ |
|---|---|---|

---

| MOORE, RICHARD W<br>6721 FOX HUNT CT<br>WEST CHESTER, OH 45069 | Claim Number: 7754<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| MOOREHEAD, PATRICK M<br>10570 CREEK RD. RT 39<br>SPRINGVILLE, NY 14141 | Claim Number: 9528<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| MORA, VINCENT<br>15472 W POST CIR<br>SURPRISE, AZ 85374-1421 | | Claim Number: 6693<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| MORE RECYCLING<br>399 PLACERVILLE DRIVE<br>PLACERVILLE, CA 95667 | | Claim Number: 13207<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
| UNSECURED | Claimed: | $1,605.56 |

---

| | | |
|---|---|---|
| MOREAU, DAVID R<br>82 REYNOLDS AVE<br>REHOBOTH, MA 02769 | | Claim Number: 7809<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| MOREAU, HENRY W<br>68 PROSPECT AVENUE<br>ILION, NY 13357 | | Claim Number: 3952<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| MORENO, ROBERT L<br>765 N. TULARE WAY<br>UPLAND, CA 91786 | | Claim Number: 9738<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $9,500.00 |

---

| | | |
|---|---|---|
| MORENO, ROBERT L.<br>765 N. TULARE WAY<br>UPLAND, CA 91786 | | Claim Number: 12787<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
| UNSECURED | Claimed: | $9,500.00 |

---

| | | |
|---|---|---|
| MOREY, RONALD D.<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10729<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $19,577.02 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| MORFFI, RIGOBERTO<br>9233 N.W. 120 TERR<br>HIALEAH GARDENS, FL 33018 | Claim Number: 13675<br>Claim Date: 12/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $267.32 | |

---

| | | |
|---|---|---|
| MORGAN BRAKE & CLUTCH COMPANY<br>1700 SAVAGE ROAD<br>RICHMOND, BC V6V 3A9<br>CANADA | Claim Number: 12337<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $924.78 | Scheduled: | $913.89 |

---

| | | |
|---|---|---|
| MORGAN BROWN AND JOY LLP<br>200 STATE STREET<br>BOSTON, MA 02109-2605 | Claim Number: 3651<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,842.50 | Scheduled: | $1,680.00 |

---

| | | |
|---|---|---|
| MORGAN HOLDINGS<br>6239 65 STREET<br>TABER, AB T1G 0A5<br>CANADA | Claim Number: 6434<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>claim amount is 19,041.75 cdn | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $15,593.02 |

---

| | | |
|---|---|---|
| MORGAN HOLDINGS (815203 ALBERTA LTD)<br>ATTENTION JAYLENE LAROSE<br>6239-65 STREET<br>TABER, AB T1G OA5<br>CANADA | Claim Number: 8709<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $15,593.02 | |

---

| | | |
|---|---|---|
| MORGAN INDUSTRIAL SUPPLY LTD<br>DBA MORGAN BRAKE & CLUTCH<br>ATTN: MARIA GEDAN<br>1700 SAVAGE ROAD<br>RICHMOND, BC V6V 3A9<br>CANADA | Claim Number: 8328<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 12337 | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $924.78 | |

---

| | | |
|---|---|---|
| MORGAN LUMBER CO., INC.<br>C/O PAUL J. FEINMAN, PETTY, LIVINGSTON,<br>DAWSON & RICHARDS<br>P.O. BOX 1080<br>LYNCHBURG, VA 24505 | Claim Number: 11778<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2813 (11/18/2009) | |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $28,426.08 | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | |
|---|---|---|---|
| MORGAN STANLEY CAPITAL SERVICES INC. | | Claim Number: 9124 | |
| ATTN: ANDREW WILLIAMS & RYAN COMERFORD | | Claim Date: 08/19/2009 | |
| 1585 BROADWAY | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |
| NEW YORK, NY 10036 | | | |

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ | |
| UNSECURED | Claimed: | $23,488,072.41 UNLIQ | |

---

| | | | |
|---|---|---|---|
| MORGAN STANLEY CAPITAL SERVICES, INC. | | Claim Number: 9123 | |
| ATTN: ANDREW WILLIAMS & RYAN COMERFORD | | Claim Date: 08/19/2009 | |
| 1585 BROADWAY | | Debtor: SMURFIT-STONE CONTAINER CORPORATION | |
| NEW YORK, NY 10036 | | Comments: DOCKET: 8866 (12/22/2010) | |

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ | |
| UNSECURED | Claimed: | $23,488,072.41 UNLIQ | |

---

| | | | |
|---|---|---|---|
| MORGAN'S BOX COMPANY, INC. | | Claim Number: 5371 | |
| 11548 NEW KINGS ROAD | | Claim Date: 07/16/2009 | |
| JACKSONVILLE, FL 32219 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |
| | | Comments: DOCKET: 6649 (04/07/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,314.91 |

---

| | | | |
|---|---|---|---|
| MORGAN'S RV REPAIR | | Claim Number: 7394 | |
| 3340 RIDGE ROAD | | Claim Date: 08/07/2009 | |
| WIMAUMA, FL 33598 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $56.95 | Scheduled: | $56.95 |

---

| | | |
|---|---|---|
| MORGAN, FRED | | Claim Number: 5938 |
| 4621 BELLVIEW RD | | Claim Date: 07/20/2009 |
| CINCINNATI, OH 45242-7407 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | | Comments: EXPUNGED |
| | | DOCKET 8759 (11/15/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

| | | |
|---|---|---|
| MORRIS AND MORRIS, P.C. | | Claim Number: 7351 |
| ATTN: PHILIP B. MORRIS | | Claim Date: 08/07/2009 |
| 700 EAST MAIN STREET | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| RICHMOND, VA 23219-2603 | | Comments: DOCKET: 6649 (04/07/2010) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $38,046.81 | Scheduled: | $38,209.31 |

---

| | | |
|---|---|---|
| MORRIS KREITZ & SONS INC | | Claim Number: 3846 |
| 220 PARK ROAD NORTH | | Claim Date: 07/06/2009 |
| P.O.BOX 6325 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| WYOMISSING, PA 19610-0325 | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,700.00 | Scheduled: | $3,700.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MORRIS MATERIAL HANDLING, INC. | Claim Number: 9838 |
| 315 W. FOREST HILL AVENUE | Claim Date: 08/24/2009 |
| OAK CREEK, WI 53154 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $1,392.05 | Scheduled: | $1,392.05 |

---

| MORRIS TIMBER PRODUCTS INC | Claim Number: 5971 |
| PO BOX 1407 | Claim Date: 07/20/2009 |
| LYNN HAVEN, FL 32444 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $10,305.85 | Scheduled: | $20,611.69 UNLIQ |

---

| MORRIS, BILLY R. | Claim Number: 10697 |
| C/O JAMES E. SORENSON, ESQ. | Claim Date: 08/26/2009 |
| WILLIAMS, GAUTIER, GWYNN, DELOACH, & | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SORENSON P.A. PO BOX 4128 | Comments: EXPUNGED |
| TALLAHASSEE, FL 32315-4128 | DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $57,446.43 |

---

| MORRIS, DEREK WARNELL | Claim Number: 10231 |
| 305 TERRACE HILL DRIVE | Claim Date: 08/26/2009 |
| JONESBORO, LA 71251 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: WITHDRAWN |

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| MORRIS, GARY DWAYNE | Claim Number: 10232 |
| 750 WALT KORNEGAY | Claim Date: 08/26/2009 |
| DODSON, LA 71422 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: WITHDRAWN |

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| MORRIS, GARY W. | Claim Number: 10233 |
| 2906 BEECH SPRINGS ROAD | Claim Date: 08/26/2009 |
| QUITMAN, LA 71268 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| MORRIS, RICHARD W. | Claim Number: 10234 |
| 187 FITZPATRICK RD. | Claim Date: 08/26/2009 |
| JONESBORO, LA 71251 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: WITHDRAWN |

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

| | | | | |
|---|---|---|---|---|
| MORRIS, WILLIAM A.<br>891 VFW DRIVE<br>STONE MOUNTAIN, GA 30083 | Claim Number: 13456<br>Claim Date: 09/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | | |
| UNSECURED | Claimed: | $9,000.00 | | |
| MORRIS, WILLIAM M.<br>C/O J. WILLIAM LEWIS<br>ENVIRONMENTAL LITIGATION GROUP, PC<br>3529 7TH AVE., SOUTH, P.O. BOX 550219<br>BIRMINGHAM, AL 35255 | Claim Number: 11524<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | | |
| UNSECURED | Claimed: | $41,000.00 | | |
| MORRIS-THORNTON, PAMELA<br>2116 SIDNEY ST.<br>ST. LOUIS, MO 63104 | Claim Number: 11229<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8391 (08/16/2010) | | | |
| PRIORITY | Claimed: | $13,000.00 | | |
| MORRISETTE PAPER COMPANY (LEXINGTON)<br>PO BOX 651591<br>CHARLOTTE, NC 28265 | Claim Number: 11140<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | | |
| UNSECURED | Claimed: | $3,279.12 | Scheduled: | $3,561.84 |
| MORRISETTE PAPER COMPANY (MARTINSVILLE)<br>PO BOX 651591<br>CHARLOTTE, NC 28265 | Claim Number: 11141-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010) | | | |
| ADMINISTRATIVE | Claimed: | $190.87 | | |
| MORRISETTE PAPER COMPANY (MARTINSVILLE)<br>PO BOX 651591<br>CHARLOTTE, NC 28265 | Claim Number: 11141-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $138.30 | | |
| MORRISON SUPPLY COMPANY<br>PO BOX 70<br>FORT WORTH, TX 76101 | Claim Number: 2466<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | |
| UNSECURED | Claimed: | $2,719.76 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MORRISON SUPPLY COMPANY<br>PO BOX 70<br>FORT WORTH, TX 76101 | Claim Number: 3037<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,719.76 | Scheduled: | $2,606.10 |
|---|---|---|---|---|

| MORRISON, TIMOTHY L<br>510 BAY HILL RD<br>BREWTON, AL 36426 | Claim Number: 11368<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $40,384.00 |
|---|---|---|

| MORROW, CAROLYN<br>10305 BANKLICK RD<br>WALTON, KY 41094 | Claim Number: 5764<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00    UNLIQ |
|---|---|---|

| MORROW, CAROLYN<br>10305 BANKLICK RD<br>WALTON, KY 41094 | Claim Number: 12393<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00    UNDET |
|---|---|---|

| MORROW, EUGENE F.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | Claim Number: 11837<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00    UNDET |
|---|---|---|

| MORTON SALT<br>ATTN: JANET LAZEWSKI<br>123 NORTH WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 2014<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $303.24 | Scheduled: | $303.24 |
|---|---|---|---|---|

| MORTON, CARL. D.<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10721<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $21,963.83 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

MOSS JR, CHARLES
14600 STAGE ROAD
LANEXA, VA 23089

Claim Number: 11204
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

MOSS JR, CHARLES E
14600 STAGE ROAD
LANEXA, VA 23089

Claim Number: 11203
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

MOSS, BRENT
C/O USA TRUCK, INC
3200 INDUSTRIAL PARK RD
VAN BUREN, AR 72956

Claim Number: 2829
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $259,262.89 |
|---|---|---|

---

MOSS, BRENT
C/O USA TRUCK, INC
3200 INDUSTRIAL PARK RD
VAN BUREN, AR 72956

Claim Number: 3032
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $259,262.89 |
|---|---|---|

---

MOSS, CHARLES
14600 STAGE ROAD
LANEXA, VA 23089

Claim Number: 11205
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

MOST INC
50 CHERRY BLOSSOM LANE
TROY, MO 63379

Claim Number: 9585
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $559.20 |
|---|---|---|

---

MOST INC
50 CHERRY BLOSSOM LANE
TROY, MO 63379

Claim Number: 13110
Claim Date: 09/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $1,241.20 | Scheduled: | $209.80 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

MOST INC
50 CHERRY BLOSSOM LANE
TROY, MO 63379

Claim Number: 13625
Claim Date: 11/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $414.60 |

---

MOST INC
50 CHERRY BLOSSOM LANE
TROY, MO 63379

Claim Number: 13677
Claim Date: 12/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $566.40 |

---

MOST INC
50 CHERRY BLOSSOM LANE
TROY, MO 63379

Claim Number: 13767
Claim Date: 01/19/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,174.21 |

---

MOST INC
50 CHERRY BLOSSOM LANE
TROY, MO 63379

Claim Number: 13833
Claim Date: 02/16/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $715.41 |

---

MOST INC
50 CHERRY BLOSSOM LANE
TROY, MO 63379

Claim Number: 13908
Claim Date: 03/15/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,282.05 |

---

MOST INC
50 CHERRY BLOSSOM LANE
TROY, MO 63379

Claim Number: 14001
Claim Date: 04/23/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8117 (06/22/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,705.60 |

---

MOST INC
50 CHERRY BLOSSOM LANE
TROY, MO 63379

Claim Number: 14048
Claim Date: 06/11/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8407 (08/18/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $815.63 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

MOST INC
50 CHERRY BLOSSOM LANE
TROY, MO 63379

Claim Number: 14064
Claim Date: 07/15/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $994.48 |
|---|---|---|

---

MOST INC
50 CHERRY BLOSSOM LANE
TROY, MO 63379

Claim Number: 14106
Claim Date: 08/13/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8673 (10/19/2010)

| UNSECURED | Claimed: | $341.50 |
|---|---|---|

---

MOST INC
50 CHERRY BLOSSOM LANE
TROY, MO 63379

Claim Number: 14149
Claim Date: 10/08/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8844 (12/10/2010)

| UNSECURED | Claimed: | $628.65 |
|---|---|---|

---

MOST INC
50 CHERRY BLOSSOM LANE
TROY, MO 63379

Claim Number: 14176
Claim Date: 11/18/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $1,907.68 |
|---|---|---|

---

MOST INC
50 CHERRY BLOSSOM LANE
TROY, MO 63379

Claim Number: 14181
Claim Date: 12/20/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8952 (02/22/2011)

| UNSECURED | Claimed: | $966.55 |
|---|---|---|

---

MOST, INC
50 CHERRY BLOSSOM WAY
TROY, MO 63379

Claim Number: 3130
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $353.68 |
|---|---|---|

---

MOST, INC
50 CHERRY BLOSSOM WAY
TROY, MO 63379

Claim Number: 5296
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $301.65 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

MOST, INC.
50 CHERRY BLOSSOM WAY
TROY, MO 63379

Claim Number: 2312
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $140.25 | | |
|---|---|---|---|---|

---

MOTEURS ELECTRIQUES LAVAL LTEE
SERGES MARCHAND
550 MONTEE DE LIESSE
MONTREAL, QC H4T 1N8
CANADA

Claim Number: 8930
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $40,245.92 | Scheduled: | $39,454.44 |
|---|---|---|---|---|

---

MOTHER LODE REHABILITATION ENTERPRISES, INC
ATTN: ROBIN CHRONISTER
399 PLACERVILLE DRIVE
PLACERVILLE, CA 95667

Claim Number: 12834
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,605.56 | | |
|---|---|---|---|---|

---

MOTION INDUSTRIES (CANADA) INC.
ATTN: ROBERT BENEDET
1520 55E AVE
LACHINE, QC H8T 3J5
CANADA

Claim Number: 8416
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $4,918.34 | Scheduled: | $5,083.27 |
|---|---|---|---|---|

---

MOTION INDUSTRIES (CANADA) INC.
ATTN: ROBERT D. BENEDET
1520  55E AVE
LACHINE, QC H8T 3J5
CANADA

Claim Number: 8418
Claim Date: 07/14/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $5,624.77 | Scheduled: | $5,541.60 |
|---|---|---|---|---|

---

MOTION INDUSTRIES, INC.
KIMBERLY J ROBINSON, JANICE A. ALWIN
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
200 WEST MADISON ST., SUITE 3900
CHICAGO, IL 60606

Claim Number: 1895
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $792,058.74 | | |
|---|---|---|---|---|

---

MOTION INDUSTRIES, INC.
KIMBERLY J ROBINSON, JANICE A. ALWIN
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
200 WEST MADISON ST., SUITE 3900
CHICAGO, IL 60606

Claim Number: 1966
Claim Date: 03/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8092 (06/21/2010)

| ADMINISTRATIVE | Claimed: | $685,989.57 | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MOTION INDUSTRIES, INC.<br>C/O KIMBERLY J ROBINSON<br>BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG<br>200 WEST MADISON ST., SUITE 3900<br>CHICAGO, IL 60606 | Claim Number: 9315<br>Claim Date: 08/21/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8092 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $2,261.82 | Scheduled: | $4,548.77 |
|---|---|---|---|---|

| MOTION INDUSTRIES, INC.<br>C/O KIMBERLY J ROBINSON<br>BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG<br>200 WEST MADISON ST., SUITE 3900<br>CHICAGO, IL 60606 | Claim Number: 9316<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: ALLOWED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,279.18 | Scheduled: | $5,392.60 |
|---|---|---|---|---|

| MOTION MEDICAL, INC.<br>2148 PELHAM PARKWAY<br>BUILDING 600<br>PELHAM, AL 35124 | Claim Number: 2641<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $87.20 |
|---|---|---|

| MOTIVA<br>GUY BERUCHAMP - PRES.<br>2379 RUE DE LA FANFARE QUE.<br>ST. LAZARE, QC J7T 3E7<br>CANADA | Claim Number: 8858<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $87.85 | Scheduled: | $91.06 |
|---|---|---|---|---|

| MOTOR SERVICES INC (MSI) / DIVERSIFIED<br>130 BYASSEE DR<br>HAZELWOOD, MO 63042-3104 | Claim Number: 5081<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,337.29 |
|---|---|---|

| MOUCHETTE, OPHELIA C<br>306 GLYNN ST<br>JESUP, GA 31545 | Claim Number: 5571<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| MOUNTAIN INSPECTION AND LABORATORY<br>25602 E CENTRAL<br>NEWMAN LAKE, WA 99025 | Claim Number: 6209<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $2,499.00 | Scheduled: | $2,499.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MP MANUFACTURING & DESIGN, INC.<br>MICHAEL PADULA<br>895-12 NE DIXIE HWY<br>JENSEN BEACH, FL 34957 | Claim Number: 367<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $10,416.40 | Scheduled: | $10,416.40 |

---

| MPI INC<br>PO BOX 2599<br>BAXTER, MN 56425 | Claim Number: 9683<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $7,350.00 | Scheduled: | $7,350.00 |

---

| MPI INC<br>PO BOX 2599<br>BAXTER, MN 56425 | Claim Number: 9837<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |

| UNSECURED | Claimed: | $7,680.00 |

---

| MPW INDUSTRIAL SERVICES<br>C/O TIFFANY STRELOW COBB, ESQ.<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 | Claim Number: 1587<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $345,103.42 | Scheduled: | $334,639.62 |

---

| MR BOX PLUS<br>P O BOX 1567<br>MASNFIELD, OH 44901 | Claim Number: 7076-01<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $4,890.39 | Scheduled: | $7,312.21 |

---

| MR BOX PLUS<br>P O BOX 1567<br>MASNFIELD, OH 44901 | Claim Number: 7076-02<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009) |

| ADMINISTRATIVE | Claimed: | $2,421.82 |

---

| MR ROOTER PLUMBING<br>640 W. WILLOW ST.<br>P.O. BOX 51<br>SCOTTSBORO, AL 35768 | Claim Number: 1481<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $15,755.45 | Scheduled: | $16,126.45 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MRI MACHINE LTD.<br>26968 CODY RD.<br>SIOUX FALLS, SD 57108 | Claim Number: 1626<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,245.53 | Scheduled: | $2,245.53 |
|---|---|---|---|---|

| MRM FRESNO, LLC<br>C/O WILLIAMSON & LACOMBE PLLC<br>3927 LAKE WASHINGTON BLVD NE<br>KIRKLAND, WA 98033-7812 | Claim Number: 7327<br>Claim Date: 08/07/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET 7554 (05/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|

| MRO INC.<br>P.O. BOX 805<br>CULLMAN, AL 35056 | Claim Number: 1326<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $122,746.00 |
|---|---|---|

| MS ENVIRONMENTAL CONSULTANTS<br>5618 SUPERIOR DRIVE<br>BATON ROUGE, LA 70816 | Claim Number: 5613<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $23,135.00 | Scheduled: | $23,135.00 |
|---|---|---|---|---|

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1195<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $6,085.69 |
|---|---|---|

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1196<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $14,440.06 |
|---|---|---|

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1202<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $6,575.22 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1208<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $853.06 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1209<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $591.56 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1210<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $12,962.95 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1211<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $5,508.74 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1212<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $2,919.39 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1213<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $2,850.02 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1214<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $4,386.82 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1215<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED        Claimed: | $177.30 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1218<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED        Claimed: | $2,867.32 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1219<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED        Claimed: | $60.17 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1220<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED        Claimed: | $879.83 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1221<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED        Claimed: | $1,114.77 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1222<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED        Claimed: | $3,416.48 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1223<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED        Claimed: | $948.07 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1224<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $202.40 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1225<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $3,395.53 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1226<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $352.64 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1227<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $1,344.86 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1228<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $1,656.59 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1229<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $153.78 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1230<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $1,628.49 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1231<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $38.40 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1232<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $1,107.44 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1233<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $1,675.53 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1234<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $2,106.54 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1235<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $2,727.54 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1236<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $65.86 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1237<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $1,528.51 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1238<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $1,533.45 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1239<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $1,850.94 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1240<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $3,189.79 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1241<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $640.19 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1242<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $143.86 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1243<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $1,753.20 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1244<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $381.99 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1245<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $884.45 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1246<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $152.62 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1247<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $712.24 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1248<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $43.74 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1249<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $461.51 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1250<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $3,235.19 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1251<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $422.96 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1252<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $11.96 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1253<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $889.96 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1254<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $29.58 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1255<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $133.89 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1256<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $228.24 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1257<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $746.38 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1258<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $305.51 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1259<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $1,490.08 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1260<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $2,628.81 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1261<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $882.58 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1262<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $1,253.06 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1263<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $1,658.92 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1264<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $947.33 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1265<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $307.67 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1266<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $909.85 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1267<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $336.17 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1268<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $980.94 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1269<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $506.49 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1270<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $661.63 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1271<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $219.17 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1272<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $4,058.57 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1273<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $1,037.05 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1274<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $1,037.55 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1275<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $1,391.67 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1276<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $922.17 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1277<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $3,925.68 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1278<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $3,673.37 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1279<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $2,529.57 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1280<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $246.66 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1281<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $1,774.35 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1282<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $4,092.69 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1283<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $1,174.50 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1284<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $1,562.70 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1285<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $2,783.29 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1286<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $1,616.55 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1287<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED            Claimed: | $253.03 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1288<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED            Claimed: | $1,139.49 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1289<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED            Claimed: | $1,351.21 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1290<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED            Claimed: | $668.45 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1291<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED            Claimed: | $4,182.05 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1292<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED            Claimed: | $3,367.82 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1293<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED            Claimed: | $275.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1294<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $6,507.67 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1295<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $6,447.47 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1296<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $43.74 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1299<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $1,654.78 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1300<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $1,140.17 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1302<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $330,679.18 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1303<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $78,676.91 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1309<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $7,408.21 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1310<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $5,398.94 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1313<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $13,126.47 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1314<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $5,801.90 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1316<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $5,227.45 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1317<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $9,323.21 |

---

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1637<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $9,964.42 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

MSC INDUSTRIAL SUPPLY COMPANY
75 MAXESS ROAD
MELVILLE, NY 11747

Claim Number: 13641
Claim Date: 11/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $164.58 | | |
|---|---|---|---|---|

MTR MARTCO LLC
3350 YANKEE RD.
MIDDLETOWN, OH 45044

Claim Number: 1353
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $44,298.00 | | |
|---|---|---|---|---|

MTR MARTCO LLC
3350 YANKEE ROAD
MIDDLETOWN, OH 45044

Claim Number: 4311
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $44,298.00 | Scheduled: | $57,801.00 |
|---|---|---|---|---|

MUELLER, LINDA A
1707 HAWTHORNE DR
PACIFIC, MO 63069

Claim Number: 11564
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

MUHLENBERG COUNTY
615 OPPORTUNITY WAY
GREENVILLE, KY 42345

Claim Number: 7107
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $1,036.00 | Scheduled: | $2,260.90 |
|---|---|---|---|---|

MUHLENBERG COUNTY OPPORTUNITY CENTER
615 OPPORTUNITY WAY
GREENVILLE, KY 42345

Claim Number: 2866
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $2,260.00 | | |
|---|---|---|---|---|

MULE CREEK PRISON
PO BOX 409099
IONE, CA 95640

Claim Number: 6858
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,756.86 | Scheduled: | $2,756.86 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

MULLEN, ALFREDA P
90 KIEL STREET
NORTH TONAWANDA, NY 14120

Claim Number: 6739
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

MULLINS, JIMMY
115 DUNCAN ST.
BREWTON, AL 36426

Claim Number: 9969
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $5,300.00 |
|---|---|---|

---

MULLINS, THURMAN D
397 PINTAIL CIR
DRUMMONDS, TN 38023-7938

Claim Number: 11653
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

MULLIS LOGGING INC
RT 1 BOX 283
HOBOKEN, GA 31542

Claim Number: 6950
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $29,333.43 | Scheduled: | $58,666.86 UNLIQ |
|---|---|---|---|---|

---

MULTI CRAFT CONTRACTORS INC
PO BOX 1760
SPRINGDALE, AR 72765

Claim Number: 6936
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $39,505.25 | Scheduled: | $41,355.36 |
|---|---|---|---|---|

---

MULTI PACKAGING SOLUTIONS  INC.
(FORMERLY INNOVATIVE FOLDING CARTON CO.)
PO BOX 820967
PHILADELPHIA, PA 19182--967

Claim Number: 3622
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $92,162.91 | Scheduled: | $91,428.94 |
|---|---|---|---|---|

---

MULTI SCIAGE ENR
ATTN: CHRISTIAN DROLET
475 RUE SCOTT
LA TUQUE, QC G9X 3T9
CANADA

Claim Number: 12971
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $13,431.22 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| MULTI SCIAGE ENR<br>475 RUE SCOTT<br>LA TUQUE, QC G9X 3T9<br>CANADA | | Claim Number: 12972<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | | $13,982.84 |
| MULTI WALL PACKAGING CORP<br>PO BOX 4796<br>EAST PROVIDENCE, RI 02916 | | Claim Number: 7415<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $3,974.20 | Scheduled: | | $88,609.27 |
| MULTI-PLASTICS INC.<br>7770 NORTH CENTRAL DR.<br>LEWIS CENTER, OH 43035 | | Claim Number: 2288<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $2,141.05 | | | |
| MULTI-PLASTICS INC.<br>7770 NORTH CENTRAL DR.<br>LEWIS CENTER, OH 43035 | | Claim Number: 2289<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED | Claimed: | $83,579.61 | Scheduled: | | $83,617.61 |
| MULTISWATCH CORPORATION<br>2600 S. 25TH AVE. SUITE Y<br>BROADVIEW, IL 60155 | | Claim Number: 3571<br>Claim Date: 06/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $125,741.83 | | | |
| MULTISWATCH CORPORATION<br>2600 S. 25TH AVE. SUITE Y<br>BROADVIEW, IL 60155 | | Claim Number: 7314-01<br>Claim Date: 08/07/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010) | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $91,411.54 | Scheduled: | | $131,974.45 |
| MULTISWATCH CORPORATION<br>2600 S. 25TH AVE. SUITE Y<br>BROADVIEW, IL 60155 | | Claim Number: 7314-02<br>Claim Date: 08/07/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010) | | | |
| UNSECURED | Claimed: | $34,495.29 | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| MULTISWATCH CORPORATION<br>2600 S. 25TH AVE. SUITE Y<br>BROADVIEW, IL 60155 | | Claim Number: 3571<br>Claim Date: 06/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $125,741.83 | | |

---

| | | | | |
|---|---|---|---|---|
| MULTIWALL PACKAGING<br>4010 SUBURBAN DR<br>DANVILLE, VA 24540 | | Claim Number: 7474<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $5,346.71 | Scheduled: | $2,022.06 |

---

| | | | | |
|---|---|---|---|---|
| MULTIWALL PACKAGING<br>PO BOX 33<br>SALISBURY, NC 28145 | | Claim Number: 7516<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $85,819.56 | Scheduled: | $1,797.61 |

---

| | | | | |
|---|---|---|---|---|
| MULTNOMAH COUNTY TAX<br>ASSESSMENT & TAXATION<br>P.O. BOX 2716<br>PORTLAND, OR 97208-2716 | | Claim Number: 2276<br>Claim Date: 04/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
| PRIORITY | Claimed: | $0.00 | | |
| SECURED | Claimed: | $367,889.62 | | |

---

| | | | | |
|---|---|---|---|---|
| MULTNOMAH TAX<br>MULTNOMAH COUNTY ASSESSMENT & TAXATION<br>P.O. BOX 2716<br>PORTLAND, OR 97208-2716 | | Claim Number: 5004<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | |
| SECURED | Claimed: | $73,911.65 | | |

---

| | | | | |
|---|---|---|---|---|
| MUNICIPALITY OF ANCHORAGE<br>DEPARTMENT OF LAW<br>P.O. BOX 196650<br>ANCHORAGE, AK 99519-6650 | | Claim Number: 1674<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| SECURED | Claimed: | $4,712.40 | | |

---

| | | | | |
|---|---|---|---|---|
| MUNTERS CORPORATION<br>210 6TH STREET, SE<br>FORT MYERS, FL 33907 | | Claim Number: 959<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $4,507.23 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| MUNTERS CORPORATION<br>PO BOX 6428<br>FORT MYERS, FL 33911-6428 | Claim Number: 4343<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | | |
| UNSECURED | Claimed: | $4,507.23 | | |
| MUNTERS CORPORATION<br>PO BOX 6428<br>FORT MYERS, FL 33911-6428 | Claim Number: 4405<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | |
| UNSECURED | Claimed: | $4,507.23 | | |
| MUNTERS CORPORATION<br>PO BOX 6428<br>FORT MYERS, FL 33911-6428 | Claim Number: 7219<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $4,507.23 | Scheduled: | $4,507.23 |
| MURFREESBORO ELEC DEPT<br>PO BOX 9<br>MURFREESBORO, TN 37133-0009 | Claim Number: 2519<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $10,672.10 | | |
| MURFREESBORO ELECTRIC DEPT.<br>PO BOX 9<br>MURFREESBORO, TN 37130 | Claim Number: 3806<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $10,672.10 | Scheduled: | $10,672.10 |
| MURFREESBORO WATER & SEWER DEPT.<br>PO BOX 897<br>MURFREESBORO, TN 37133 | Claim Number: 279<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $40.23 | Scheduled: | $1.19 |
| MURFREESBORO WATER & SEWER DEPT.<br>PO BOX 897<br>MURFREESBORO, TN 37133 | Claim Number: 280<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $32.62 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MURK BRUSH COMPANY<br>1415 SR 311<br>CLOVIS, NM 88101-1253 | Claim Number: 13948<br>Claim Date: 04/01/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $1,141.46 | Scheduled: | $1,141.46 |
|---|---|---|---|---|

| MURPAC OF NEW MEXICO<br>2690 AIRPORT RD STE 100<br>SANTA TERESA, NM 88008-9708 | Claim Number: 1920<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 12566<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $11,030.40 |
|---|---|---|

| MURPAC OF NEW MEXICO<br>P.O. BOX 516<br>12 GILBERTSON DRIVE<br>SIMCOE, ON N3Y 4L5<br>CANADA | Claim Number: 12566<br>Claim Date: 09/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $33,451.27 |
|---|---|---|

| MURPAC OF TENNESSEE LLC<br>60 WEST MACLIN<br>PO BOX 826<br>HUMBOLDT, TN 38343 | Claim Number: 1919<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 12566<br>DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $19,863.27 | Scheduled: | $19,680.57 |
|---|---|---|---|---|

| MURPH HAINES, INC.<br>MURPH HAINES<br>1330 ENTERPRISE DRIVE<br>ROMEOVILLE, IL 60446 | Claim Number: 1491<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $87,018.33 |
|---|---|---|

| MURPHY PACKAGING, INC.<br>150 NORTH FAIRWAY DRIVE, STE 160<br>VERNON HILLS, IL 60061 | Claim Number: 874<br>Claim Date: 02/26/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,432.00 | Scheduled: | $3,515.08 |
|---|---|---|---|---|

| MURPHY RIGGING & ERECTING<br>701 24TH AVE S.E.<br>MINNEAPOLIS, MN 55414 | Claim Number: 880<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| SECURED | Claimed: | $75,903.90 |
|---|---|---|
| UNSECURED | Claimed: | $10,393.63 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MURPHY RIGGING & ERECTING, INC.<br>701 24TH AVE S.E.<br>MINNEAPOLIS, MN 55414 | Claim Number: 3432<br>Claim Date: 06/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) |
|---|---|

| SECURED | Claimed: | $75,903.90 |
|---|---|---|
| UNSECURED | Claimed: | $10,393.63 |

| MURPHY RIGGING AND ERECTING<br>701 24TH AVE S.E.<br>MINNEAPOLIS, MN 55414 | Claim Number: 949<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| SECURED | Claimed: | $75,903.90 |
|---|---|---|
| UNSECURED | Claimed: | $10,393.63 |
| TOTAL | Claimed: | $86,247.53 |

| MURPHY, ADELA K<br>311 PENN OAK RD<br>FLOURTOWN, PA 19031-2226 | Claim Number: 10580<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| MURPHY, BOBBY S.<br>1150 FIREWOOD RD<br>JONESBORO, LA 71251 | Claim Number: 10316<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| MURPHY, CARL<br>8660 PHEASANT DR<br>MISSOULA, MT 59808 | Claim Number: 8886<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| MURPHY, CARL D.<br>8660 PLEASANT<br>MISSOULA, MT 59802 | Claim Number: 12497<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| MURPHY, DAVID A.<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10707<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $12,775.16 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MURPHY, DWIGHT E<br>2304 NE 60TH STREET<br>GLADSTONE, MO 64118 | Claim Number: 5920<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $175,000.00 | |
| MURPHY, FRANCES G<br>160 SAWMILL RD<br>BREWTON, AL 36426 | Claim Number: 9729<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
| UNSECURED | Claimed: | $62,591.32 | |
| MURPHY, JEFFREY S.<br>615 HARRISON ST.<br>JONESBORO, LA 71251 | Claim Number: 10235<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00    UNLIQ | |
| MURPHY, THOMAS<br>RR 5, SOURIS<br>PEI, C0A 2B0<br>CANADA | Claim Number: 12673<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $49,716.00 | |
| MURPHY, WILLIAM L<br>3300 RIDGE ROAD<br>BREWTON, AL 36426 | Claim Number: 11420<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
| UNSECURED | Claimed: | $0.00    UNDET | |
| MURRAY MANUFACTURING CORP<br>349 SAWYER AVE<br>TONAWANDA, NY 14150-7796 | Claim Number: 9288<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $4,042.00 | Scheduled: $4,042.00 |
| MUSCARELLO, LAWRENCE J<br>11024 S MILLARD ST<br>CHICAGO, IL 60655 | Claim Number: 6561<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| SECURED | Claimed: | $0.00    UNDET | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| MUSKINGUM COUNTY, OHIO<br>RECYCLING & LITTER PREVENTION<br>2215 ADAMSVILLE ROAD<br>ZANESVILLE, OH 43701 | Claim Number: 5725<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $6,418.00 | Scheduled: | $7,272.00 |
|---|---|---|---|---|

| MUSKINGUM STARLIGHT IND<br>1304 NEWARK RD<br>ZANESVILLE, OH 43701-2621 | Claim Number: 5124<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $629.35 | Scheduled: | $391.31 UNLIQ |
|---|---|---|---|---|

| MUSKINGUM STARLIGHT INDUSTRIES<br>1304 NEWARK RD.<br>ZANESVILLE, OH 43701 | Claim Number: 2705<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $629.35 |
|---|---|---|

| MUSKOGEE COUNTY TREASURER<br>PO BOX 1587<br>MUSKOGEE, OK 74402 | Claim Number: 3274<br>Claim Date: 05/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| PRIORITY | Claimed: | $32,524.83 |
|---|---|---|

| MUSKOKA TRANSPORT LTD<br>ATTN: TRACY MARTIN<br>456 ECCLESTONE DR, BOX 1336<br>BRACEBRIDGE, ON P1L 1V4<br>CANADA | Claim Number: 13329<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010) |
|---|---|

| UNSECURED | Claimed: | $13,871.77 | Scheduled: | $11,930.02 |
|---|---|---|---|---|

| MUTUAL TRANSPORTATION SERVICES INC<br>627 LYONS LANE STE 403<br>OAKVILLE, ON L6J 5Z7<br>CANADA | Claim Number: 6205<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $40,225.00 | Scheduled: | $40,225.00 |
|---|---|---|---|---|

| MUTUAL TRANSPORTATION SERVICES INC.<br>627 LYONS LANE SUITE 403<br>OAKVILLE, ON L6J 527<br>CANADA | Claim Number: 8646<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $3,527.09 | Scheduled: | $3,511.34 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| MV CUMMINGS ENGINEERS INC<br>6501 ARLINGTON EXPRESSWAY<br>JACKSONVILLE, FL 32211 | Claim Number: 3722<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7189 (04/22/2010) |
|---|---|

| UNSECURED | Claimed: | $22,023.52 | Scheduled: | $22,023.52 |
|---|---|---|---|---|

| MWR RECYCLING PROGRAM<br>MAYPORT NAVAL STATION<br>P.O.BOX 280048<br>JACKSONVILLE, FL 32228 | Claim Number: 6995<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,883.00 | Scheduled: | $3,883.00 |
|---|---|---|---|---|

| MX ENERGY<br>P.O. BOX 4911<br>HOUSTON, TX 77210-4911 | Claim Number: 556<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $16,388.77 |
|---|---|---|

| MYERS SELECT MATERIAL HANDLING<br>3044 S. KILSON DR.<br>SANTA ANA, CA 92707 | Claim Number: 6071<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $9,365.60 | Scheduled: | $9,306.18 |
|---|---|---|---|---|

| MYERS TRACTOR SERVICE INC<br>2424 RUSSELL ROAD<br>FERNANDINA BEACH, FL 32034 | Claim Number: 4298<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $57,596.25 | Scheduled: | $57,596.25 |
|---|---|---|---|---|

| MYERS, RODNEY A<br>1040 RIVER LAUREL DRIVE<br>SUWANEE, GA 30024 | Claim Number: 11561<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8559 (09/17/2010) |
|---|---|

| UNSECURED | Claimed: | $77,000.00   UNLIQ |
|---|---|---|

| MYLES, ALYCE E<br>6406 BRADLEY DR<br>WOODRIDGE, IL 60517 | Claim Number: 7178<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $20,942.25 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| MYSTIC SHEETS INC<br>301 SW 27TH STREET<br>RENTON, WA 98057 | | Claim Number: 9517<br>Claim Date: 08/24/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: DOCKET: 2813 (11/18/2009) | | |
| ADMINISTRATIVE | Claimed: | $12,541.87 | | |
| N M TRANSFER CO INC<br>630 MUTTART ROAD<br>NEENAH, WI 54956-9752 | | Claim Number: 4942<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $603.61 | Scheduled: | $603.61 |
| N. CHOOPS PAINTING, INC.<br>4404 WALDEN AVENUE<br>LANCASTER, NY 14086 | | Claim Number: 5304<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| SECURED | Claimed: | $24,980.00 | | |
| N.G.T. CORP DBA COVERALL SERVICE COMPANY<br>8860 COLUMBIA<br>100 PKWY<br>STE 401<br>COLUMBIA, MD 21045 | | Claim Number: 3479<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $3,445.41 | | |
| N.G.T. CORP DBA COVERALL SERVICE COMPANY<br>165 LAWRENCE BELL DR #122<br>WILLIAMSVILLE, NY 14221 | | Claim Number: 8316<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $3,445.41 | | |
| N.G.T. CORPORATION D/B/A COVERALL<br>SERVICE CO.<br>165 LAWRENCE BELL DR. SUITE 122<br>BUFFALO, NY 14221 | | Claim Number: 14041<br>Claim Date: 06/07/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | | |
| UNSECURED | Claimed: | $3,445.41 | | |
| NABORS, AL<br>1821 LONG ISLAND ROAD<br>SOUTH PITTSBURG, TN 37380 | | Claim Number: 4247<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| NACCO MATERIALS HANDLING GROUP, INC., DBA HYSTER COMPANY ATTN: DIRECTOR OF CREDIT 1400 SULLIVAN DRIVE GREENVILLE, NC 27834 | Claim Number: 6027 Claim Date: 07/20/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 3287 (12/18/2009) |

| UNSECURED | Claimed: | $1,636,040.84 |

---

| NADCLOGISTICS INC PO BOX 965 BEDFORD PARK, IL 60499 | Claim Number: 8067 Claim Date: 08/17/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $60,814.25 | Scheduled: | $60,814.25 |

---

| NADDY, WILLIAM 4751 SOUTH CENTRAL AVE #2-S #2-S CHICAGO, IL 60638 | Claim Number: 11854 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8759 (11/15/2010) |

| PRIORITY | Claimed: | $0.00   UNLIQ |

---

| NAGATA BROS FARMS INC PO BOX 220 SAN LUIS REY, CA 92068 | Claim Number: 6569 Claim Date: 07/27/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7552 (05/10/2010) |

| UNSECURED | Claimed: | $1,651.59 | Scheduled: | $3,303.18  UNLIQ |

---

| NALCO CANADA CO. ATT: CHAD PECHMAN 1601 WEST DIEHL RD NAPERVILLE, IL 60563-1198 | Claim Number: 13319 Claim Date: 08/25/2009 Debtor: SMURFIT-MBI Comments: EXPUNGED DOCKET: 7550 (05/10/2010) |

| ADMINISTRATIVE | Claimed: | $3,818.09 |
| UNSECURED | Claimed: | $8,960.38 |

---

| NALCO CANADA CO. #M2140 PO BOX 11522 MONTREAL, QC H3C 5N7 CANADA | Claim Number: 10471-01 Claim Date: 08/26/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. Comments: ALLOWED DOCKET: 8659 (10/18/2010) |

| UNSECURED | Claimed: | $44,817.78 | Scheduled: | $29,475.81 |

---

| NALCO CANADA CO. #M2140 PO BOX 11522 MONTREAL, QC H3C 5N7 CANADA | Claim Number: 10471-02 Claim Date: 08/26/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. Comments: ALLOWED DOCKET: 8659 (10/18/2010) |

| ADMINISTRATIVE | Claimed: | $18,855.32 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| NALCO CANADA CO. #T8082<br>PO BOX 8082<br>TORONTO, ON M5W 3W5<br>CANADA | Claim Number: 10470-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 8659 (10/18/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,960.38 | Scheduled: | $20,944.35 |

| NALCO CANADA CO. #T8082<br>PO BOX 8082<br>TORONTO, ON M5W 3W5<br>CANADA | Claim Number: 10470-02<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 8659 (10/18/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,818.09 | |

| NALCO CANADA COMPANY<br>ATTN: CHAD PECHMAN<br>1601 WEST DIEHL RD<br>NAPERVILLE, IL 60563-1198 | Claim Number: 12848<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $18,855.32 | |
| UNSECURED | Claimed: | $63,673.10 | |
| TOTAL | Claimed: | $63,673.10 | |

| NALCO COMPANY<br>1601 DIEHL ROAD<br>NAPIERVILLE, IL 60563 | Claim Number: 10472<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: ALLOWED<br>DOCKET: 8659 (10/18/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $483.83 | Scheduled: | $483.83 |

| NALCO COMPANY<br>ATTN: CHAD PECHMAN<br>1601 WEST DIEHL ROAD<br>NAPERVILLE, IL 60563 | Claim Number: 10473-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8659 (10/18/2010) | | |
|---|---|---|---|
| SECURED | | | Scheduled: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $48,775.19 | Scheduled: | $267,744.99 UNLIQ |

| NALCO COMPANY<br>ATTN: CHAD PECHMAN<br>1601 WEST DIEHL ROAD<br>NAPERVILLE, IL 60563 | Claim Number: 10473-02<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8659 (10/18/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,751.84 | |

| NALCO COMPANY<br>ATTN: CHAD PECHMAN<br>1601 WEST DIEHL ROAD<br>NAPERVILLE, IL 60563 | Claim Number: 10474<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8659 (10/18/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $513,764.30 | |
| UNSECURED | Claimed: | $480,282.32 | Scheduled: | $1,442.75 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| NALL, ELSIE M<br>110 DAWSON ST.<br>BREWTON, AL 36426 | Claim Number: 7016<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|

| NALLEY, MILDRED C<br>4017 GLENHURST AVENUE<br>LOUISVILLE, KY 40216 | Claim Number: 7042<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|

| NAPA AUTO PARTS - FB<br>1485 S 8TH ST<br>FERNANDINA BEACH, FL 32034 | Claim Number: 1043<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,464.27 | Scheduled: | $1,526.88 |
|---|---|---|---|---|

| NARANG, ASHOK<br>4285-A ST-HUBERT STREET<br>MONTREAL, QC<br>CANADA | Claim Number: 99001<br>Claim Date: 06/17/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED |
|---|---|

| UNSECURED | Claimed: | $545,484.24 |
|---|---|---|

| NARDINI FIRE EQUIPMENT CO<br>405 WEST COUNTY ROAD E W<br>ST PAUL, MN 55126 | Claim Number: 5964<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 8598<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,677.30 | Scheduled: | $2,354.92 |
|---|---|---|---|---|

| NARDINI FIRE EQUIPMENT CO<br>405 WEST COUNTY ROAD E<br>ST PAUL, MN 55126 | Claim Number: 8598<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| PRIORITY | Claimed: | $1,677.30 |
|---|---|---|

| NASSCO INC<br>5365 S MOORLAND ROAD<br>NEW BERLIN, WI 53151 | Claim Number: 4898<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $3,817.40 | Scheduled: | $3,900.24 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| NATHAN, GARY F<br>5270 SW WICHITA<br>TUALATIN, OR 97062 | | Claim Number: 7736<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $477.09 | | | |
| NATIONAL BOILER SERVICE, INC.<br>C/O DAVID DUPLISSEY<br>P.O. BOX 279<br>176 NORTH INDUSTRIAL DRIVE<br>TRENTON, GA 30752 | | Claim Number: 9719<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | | |
| SECURED | Claimed: | $603,064.04   UNLIQ | | | |
| NATIONAL BOILER SERVICE, INC.<br>C/O DAVID DUPLISSEY<br>P.O. BOX 279<br>176 NORTH INDUSTRIAL DRIVE<br>TRENTON, GA 30752 | | Claim Number: 9720<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | | |
| SECURED | Claimed: | $312,872.09   UNLIQ | | | |
| UNSECURED | | | Scheduled: | $1,357,678.51  UNLIQ | |
| NATIONAL BOILER SERVICE, INC.<br>C/O DAVID DUPLISSEY<br>P.O. BOX 279<br>176 NORTH INDUSTRIAL DRIVE<br>TRENTON, GA 30752 | | Claim Number: 9721<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | | |
| SECURED | Claimed: | $518,636.04   UNLIQ | | | |
| NATIONAL CAR RENTAL, INC.<br>P.O. BOX 402334<br>ATLANTA, GA 30384 | | Claim Number: 3188<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7432 (05/04/2010) | | | |
| UNSECURED | Claimed: | $1,811.35 | Scheduled: | $1,811.35 | |
| NATIONAL COMPUTER SERVICES, INC.<br>1941 CITRONA DRIVE<br>FERNANDINA BEACH, FL 32034 | | Claim Number: 522<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | | |
| PRIORITY | Claimed: | $10,950.00 | | | |
| UNSECURED | Claimed: | $8,355.28 | | | |
| NATIONAL CORRUGATED MACHINE INC<br>ATTN: BILL BUTTNER<br>10919 MCCORMICK RD<br>HUNT VALLEY, MD 21031 | | Claim Number: 13417<br>Claim Date: 10/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | | |
| UNSECURED | Claimed: | $2,266.78 | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| NATIONAL CORRUGATED MACHINE INC<br>ATTN: BILL BUTTNER<br>10919 MCCORMICK RD<br>HUNT VALLEY, MD 21031 | | Claim Number: 13470<br>Claim Date: 10/08/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | |
| UNSECURED | Claimed: | $2,266.78 | | |
| NATIONAL CORRUGATING MACHINE (01)<br>10921 MCCORMICK ROAD<br>HUNT VALLEY, MD 21031 | | Claim Number: 13416<br>Claim Date: 10/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
| UNSECURED | Claimed: | $2,266.78 | | |
| NATIONAL DATA SERVICES OF CHICAGO, INC.<br>620 STETSON AVE<br>SAINT CHARLES, IL 60174 | | Claim Number: 3856<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $345.00 | Scheduled: | $345.00 |
| NATIONAL ENGINEERING PRODUCTS<br>5110 RIDGEFIELD ROAD SUITE 411<br>BETHESDA, MD 20816 | | Claim Number: 8016-01<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010) | | |
| ADMINISTRATIVE | Claimed: | $186.00 | | |
| NATIONAL ENGINEERING PRODUCTS<br>5110 RIDGEFIELD ROAD SUITE 411<br>BETHESDA, MD 20816 | | Claim Number: 8016-02<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $204.21 | Scheduled: | $390.21 |
| NATIONAL EQUIPMENT AND SERVICE CORP<br>3334 E COAST HWY PMB 317<br>CORONA DEL MAR, CA 92625 | | Claim Number: 3357<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010) | | |
| UNSECURED | Claimed: | $32,144.00 | Scheduled: | $26,561.00 |
| NATIONAL FAST FREIGHT<br>DIV OF CALYX TRANSPORTATION GROUP, INC<br>ATTN: JANET ALLISON<br>391 CREDITSTONE ROAD<br>CONCORD, ON L4K 1W8<br>CANADA | | Claim Number: 8449<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| UNSECURED | Claimed: | $12,772.63 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| NATIONAL FAST FREIGHT<br>391 CREDITSTONE ROAD<br>CONCORD, ON L4K 1N8<br>CANADA | Claim Number: 12363<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $15,801.62 | Scheduled: | $11,622.10 |
|---|---|---|---|---|

| NATIONAL FUEL GAS DISTRIBUTION CORP.<br>LEGAL DEPT.<br>6363 MAIN STREET<br>WILLIAMSVILLE, NY 14221 | Claim Number: 3079<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $5,848.23 | Scheduled: | $5,622.89 |
|---|---|---|---|---|

| NATIONAL GRID<br>300 ERIE BLVD WEST<br>SYRACUSE, NY 13202 | Claim Number: 2456<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $94,801.90 | Scheduled: | $134,861.58 |
|---|---|---|---|---|

| NATIONAL GRID<br>300 ERIE BLVD WEST<br>SYRACUSE, NY 13202 | Claim Number: 13427<br>Claim Date: 10/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $480.53 |
|---|---|---|

| NATIONAL GRID - WOBURN/4300<br>P.O. BOX 4300<br>WOBURN, MA 01888-4300 | Claim Number: 11580<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,481.93 |
|---|---|---|

| NATIONAL INDUSTRIAL PARK<br>908 NIAGARA FALLS BLVD<br>NORTH TONAWANDA, NY 14120 | Claim Number: 5907<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 2820 |
|---|---|

| UNSECURED | Claimed: | $9,769.52 | Scheduled: | $9,869.52 |
|---|---|---|---|---|

| NATIONAL INDUSTRIAL PARK, INC.<br>C/O AARON DAUTCH STERNBERG & LAWSON LLP<br>730 CONVENTION TOWER<br>BUFFALO, NY 14202 | Claim Number: 2820<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $9,769.52 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| NATIONAL LABOR RELATIONS BOARD, THE<br>ALAN B. REICHARD, REGIONAL DIRECTOR<br>1301 CLAY STREET ROOM 300N<br>OAKLAND, CA 94612-5211 | Claim Number: 14089<br>Claim Date: 08/10/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8938 (02/16/2011) |

| ADMINISTRATIVE | Claimed: | $0.00   CONT |

---

| NATIONAL LEASING GROUP INC.<br>1558 WILLSON PLACE<br>WINNIPEG, MB R3T 0Y4<br>CANADA | Claim Number: 13150<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |

| UNSECURED | Claimed: | $72,002.28 | Scheduled: | $62,144.22 |

---

| NATIONAL PACKAGING SERVICES<br>12492 YORK ROAD<br>SUITE C<br>N. ROYALTON, OH 44133 | Claim Number: 7172<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $12,937.00 | Scheduled: | $11,614.19 |

---

| NATIONAL ROLL KOTE<br>55 HARBOR VIEW DRIVE<br>NEW CASTLE, DE 19720 | Claim Number: 2332<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $12,809.00 | Scheduled: | $14,370.00 |

---

| NATIONAL SEMI TRAILER CORP<br>2300 MOMENTUM PLACE<br>CHICAGO, IL 60689 | Claim Number: 6474<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $2,371.94 | Scheduled: | $2,291.92 |

---

| NATIONAL SERV-ALL HAULING # 3765<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 12272<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |

| UNSECURED | Claimed: | $25,464.25 |

---

| NATIONAL SERV-ALL HAULING # 3765<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 12285<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |

| UNSECURED | Claimed: | $25,464.25 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| NATIONAL STARCH LLC<br>10 FINDERNE AVE<br>PO BOX 6500<br>BRIDGEWATER, NJ 08807 | Claim Number: 7108-01<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,643.47 | |

---

| NATIONAL STARCH LLC<br>10 FINDERNE AVE<br>PO BOX 6500<br>BRIDGEWATER, NJ 08807 | Claim Number: 7108-02<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $322,732.45 | Scheduled: $87,981.21 |

---

| NATIONAL STARCH, LLC<br>CHRIS RANKIN<br>10 FINDERNE AVE<br>P.O. BOX 6500<br>BRIDGEWATER, NJ 08807 | Claim Number: 8975<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7188 (04/22/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $393,864.09 | Scheduled: $351,964.55 |

---

| NATIONAL STARTER<br>1506-D ROSS AVENUE EAST<br>REGINA, SK S4N 7A3<br>CANADA | Claim Number: 5538<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>125.55 canadian | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

---

| NATIONAL UTILITIES CO.<br>12040-K W. FEERICK ST.<br>MILWAUKEE, WI 53222 | Claim Number: 2885<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,350.81 | Scheduled: $1,350.81 |

---

| NATIONAL VISION INC<br>PO BOX 1919<br>LAWRENCEVILLE, GA 30046 | Claim Number: 5888<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $126.00 | |

---

| NATIONAL VISION INC<br>PO BOX 1919<br>LAWRENCEVILLE, GA 30046 | Claim Number: 5889<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $516.00 | Scheduled: $472.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

NATIONAL WOOD PRODUCTS INC., A UTAH CORP
MICELLI GROUP SAC, LLC
11222 SOUTH EAGLEVIEW DRIVE
SANDY, UT 84095

Claim Number: 691
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $4,491.93 | Scheduled: | $3,000.00 |
|---|---|---|---|---|

NATURE COAST TIMBER, LLC
ATTENTION: JAMES A. BAILEY
POST OFFICE BOX 96
TRENTON, FL 32693

Claim Number: 2798
Claim Date: 05/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $39,163.28 | Scheduled: | $78,326.57 UNLIQ |
|---|---|---|---|---|

NATURE'S SECOND CHANCE HAULING, LLC
C/O J. THOMAS LONG, ESQ.
2410 STATE STREET
ALTON, IL 62002

Claim Number: 10073
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $16,715.62   UNLIQ | Scheduled: | $13,385.00 |
|---|---|---|---|---|

NATURE'S SECOND CHANCE HAULING, LLC
2410 STATE STREET
ALTON, IL 62002

Claim Number: 14125
Claim Date: 05/05/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 8431 (08/23/2010)

| ADMINISTRATIVE | Claimed: | $50,273.00 |
|---|---|---|

NC MACHINERY
PO BOX 58201
TUKWILA, WA 98138

Claim Number: 5774
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $10,086.59 | Scheduled: | $8,715.23 |
|---|---|---|---|---|

NC OWNER LLC
C/O JACOB A. BROWN, ESQ.
AKERMAN SENTERFITT
50 NORTH LAURA STREET, SUITE 2500
JACKSONVILLE, FL 32202

Claim Number: 3337
Claim Date: 06/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $42,309.49 |
|---|---|---|

NC OWNER LLC
C/O JACOB A. BROWN, ESQ.
AKERMAN SENTERFITT
50 NORTH LAURA STREET, SUITE 2500
JACKSONVILLE, FL 32202

Claim Number: 3338
Claim Date: 06/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $42,309.49 | Scheduled: | $4,265.01 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

NCH CORPORATION DBA CERTIFIED LABS,
CHEMSEARCH, CHEM-AQUA, ANCO
2727 CHEMSEARCH BLVD
IRVING, TX 75062

Claim Number: 551
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7553 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,529.76 | Scheduled: | $12,660.23 |

---

ND SELLERS SEPTIC TANK SERVICE
1627 HIGHWAY 145 S
CHESTERFIELD, SC 29709-8289

Claim Number: 10021
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,187.50 | Scheduled: | $9,187.50 |

---

NEAGLE'S FLEXO, CORP.
11041 RICHARDSON RD.
ASHLAND, VA 23005

Claim Number: 2704
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $300.00 |

---

NEAGLE'S FLEXO, CORP.
11041 RICHARDSON RD.
ASHLAND, VA 23005

Claim Number: 2707
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $13,696.61 |

---

NEAGLE'S FLEXO. CORP
11041 RICHARDSON RD
ASHLAND, VA 23005

Claim Number: 2724
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $21,339.04 | Scheduled: | $34,906.30 |

---

NEAL TRAFFIC SERVICES LIMITED
JOHN LOKKER, CEO
UNIT 3 139 DEVON ROAD
BRAMPTON, ON L6T 5L8
CANADA

Claim Number: 13858
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $18,511.27 |
| UNSECURED | Claimed: | $18,511.27 |
| TOTAL | Claimed: | $18,511.27 |

---

NEAL TRAFFIC SERVICES LTD
ATTN: JOHN LOKKER
UNIT 3 139 DEVON ROAD
BRAMPTON, ON L6T 5L8
CANADA

Claim Number: 8484
Claim Date: 07/16/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8530 (09/13/2010)
Claim out of balance

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $18,511.27 | | |
| UNSECURED | Claimed: | $18,511.27 | Scheduled: | $15,833.22 |
| TOTAL | Claimed: | $18,511.27 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| NEAL, WAYMON<br>200 NEAL LAKE ROAD<br>FLOMATON, AL 36441 | Claim Number: 7979<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00    UNDET | |

---

| NECAMP CONSTRUCTION COMPANY<br>AN OHIO CORPORATION<br>PO BOX 249<br>MAINEVILLE, OH 45039 | Claim Number: 2584<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
|---|---|---|---|
| SECURED | Claimed: | $68,443.39 | |

---

| NECAMP CONSTRUCTION COMPANY<br>AN OHIO CORPORATION<br>PO BOX 249<br>MAINEVILLE, OH 45039 | Claim Number: 2711<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 2584 | | |
|---|---|---|---|
| SECURED | Claimed: | $68,443.39 | |
| UNSECURED | | Scheduled: | $68,443.39 |

---

| NECESSARY, SCOTT A<br>2916 BURCHWOOD<br>BENTON, AR 72019 | Claim Number: 6974<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $65,000.00    UNLIQ | |

---

| NEDCO.<br>5600 KEATON CRES.<br>MISSISSAUGA, ON L5R 3G3<br>CANADA | Claim Number: 8334<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $485.71 | Scheduled: | $487.48 |

---

| NEDVED, BRIAN O<br>1635 CLARK AVE.<br>UNIT 108<br>LONG BEACH, CA 90815 | Claim Number: 5656<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00    UNLIQ | |
| SECURED | Claimed: | $0.00    UNLIQ | |

---

| NEDVED, MARY E<br>1635 CLARK AVE<br>UNIT 108<br>LONG BEACH, CA 90815 | Claim Number: 5655<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $368.91    UNLIQ | |
| SECURED | Claimed: | $368.91    UNLIQ | |
| TOTAL | Claimed: | $368.91    UNLIQ | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| | | | | |
|---|---|---|---|---|
| NEELY, BEVERLY D<br>1121 PERSHING ST<br>RANGER, TX 76470 | | Claim Number: 7151<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| NEFF RENTAL INC<br>PO BOX 405138<br>ATLANTA, GA 30384-5138 | | Claim Number: 5999<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $19,542.68 | Scheduled: | $16,821.80 |
| NEGUS, MARY A<br>435 W STARIN RD<br>WHITEWATER, WI 53190-1133 | | Claim Number: 10646<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| NELCO FIRST AID INC<br>ATTN DEB ASP<br>1725 1ST AVE N - STE A<br>FARGO, ND 58102 | | Claim Number: 142<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $405.25 | Scheduled: | $405.25 |
| NELCO INC<br>ATTN: JOSE DESROCHERS<br>5510 ST. JACQUES<br>MONTREAL, ON H4A 2E2<br>CANADA | | Claim Number: 8477<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $4,666.56 | Scheduled: | $4,816.13 |
| NELSON AND NELSON, INC.<br>DBA NELSON PERSONNEL<br>2321 S. 3RD ST. W.<br>MISSOULA, MT 59801 | | Claim Number: 90<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
| UNSECURED | Claimed: | $6,444.48 | Scheduled: | $6,444.48 |
| NELSON ELECTRIC SUPPLY CO.<br>PO BOX 1528<br>RACINE, WI 53401 | | Claim Number: 5566-01<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $1,498.36 | Scheduled: | $2,137.24 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| NELSON ELECTRIC SUPPLY CO.<br>PO BOX 1528<br>RACINE, WI 53401 | Claim Number: 5566-02<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $667.34 | | |
|---|---|---|---|---|

| NELSON, DAVID<br>2789 KELLOGG CREEK ROAD<br>ACWORTH, GA 30102 | Claim Number: 6985<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| NELSON, EDWARD A. &<br>NELSON, SHIRLEY ANNE - SPOUSE<br>11443 ROYAL CRESCENT<br>SURREY, BC V3V 6V5<br>CANADA | Claim Number: 12849<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| NELSON, GARLAND W.<br>158 WHITETAIL ROAD<br>SCOTTSBORO, AL 35769 | Claim Number: 499<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,505.24 | Scheduled: | $4,505.24 |
|---|---|---|---|---|

| NELSON, GRADY<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | Claim Number: 11838<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| NEPUTE, GARY<br>PO BOX 127<br>MT. OLIVE, IL 62069 | Claim Number: 5044<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| NEPW LOGISTICS, INC.<br>P.O. BOX 459<br>SOUTH PARIS, ME 042810459 | Claim Number: 8854<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $16,577.61 | Scheduled: | $16,577.61 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| NES RENTALS<br>5440 N. CUMBERLAND SUITE 200<br>CHICAGO, IL 60656 | Claim Number: 6932<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $18,796.42 | Scheduled: | $21,768.30 |

---

| NET IQ CORP<br>1233 WEST LOOP SOUTH STE # 810<br>HOUSTON, TX 77027 | Claim Number: 13771<br>Claim Date: 01/20/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |

| ADMINISTRATIVE | Claimed: | $5,948.78 |

---

| NETIQ CORPORATION<br>ATTN: CREDIT DEPARTMENT<br>1233 WEST LOOP SOUTH, SUITE 810<br>HOUSTON, TX 77027 | Claim Number: 1393<br>Claim Date: 03/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010) |

| UNSECURED | Claimed: | $5,948.78 | Scheduled: | $5,948.78 |

---

| NETTLES, RICKI R.<br>207 PINE FOREST DR.<br>BREWTON, AL 36426 | Claim Number: 11376<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| NEUTRON ELECTRONICS LTD<br>450 WOODLAWN RD W<br>GUELPH, ON N1K 1A6<br>CANADA | Claim Number: 8335<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5768 (03/11/2010)<br>Claimed amount is 343.38CDN. |

| UNSECURED | Claimed: | $281.33   UNLIQ |

---

| NEW BRUNSWICK POWER DISTRIBUTION AND<br>CUSTOMER SERVICE CORPORATION<br>ISABELLE ROCKK, COLLECTION SERVICES<br>P.O. BOX 2000<br>FREDERICTON, NB E3B 4X1<br>CANADA | Claim Number: 13654<br>Claim Date: 04/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |

| UNSECURED | Claimed: | $111,830.69 | Scheduled: | $90,035.38 |

---

| NEW ENGLAND DRIVES & CONTROLS<br>PO BOX 704<br>SOUTHINGTON, CT 06489 | Claim Number: 6338<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $201.40 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| NEW ENGLAND WOODEN WARE CORP<br>205 SCHOOL STREET    SUITE 201<br>GARDNER, MA 01440 | Claim Number: 5319<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,036.74 | Scheduled: | $3,036.74 |
|---|---|---|---|---|

| NEW PENN MOTOR EXPRESS<br>PO BOX 630<br>LEBANON, PA 17042-0630 | Claim Number: 3845<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $419.03 | Scheduled: | $242.09 |
|---|---|---|---|---|

| NEW WEST COMMODITIES<br>P O BOX 8987<br>ALTA LOMA, CA 91701 | Claim Number: 10923<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8832 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $33,299.69 |
|---|---|---|

| NEW YORK STATE<br>DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY UNIT<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 2201<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| UNSECURED | Claimed: | $14,586.26 |
|---|---|---|

| NEW YORK STATE<br>DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY UNIT<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 3599<br>Claim Date: 07/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| PRIORITY | Claimed: | $9,635.48 |
|---|---|---|
| UNSECURED | Claimed: | $1,386.00 |

| NEW YORK STATE DEPARTMENT<br>OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 3355<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $4,954.42  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $877.76  UNLIQ |

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 3380<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $4,954.42  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $18,972.04  UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 13538 Claim Date: 11/02/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: WITHDRAWN DOCKET: 5522 (03/01/2010) |
|---|---|

| UNSECURED | Claimed: | $23,652.85   UNLIQ |
|---|---|---|

| NEW YORK STATE DEPARTMENT OF LABOR UNEMPLOYMENT INSURANCE DIVISION GOVERNOR W. AVERELL HARRIMAN STATE OFFICE BLDG CAMPUS, BLDG 12, ROOM 256 ALBANY, NY 12240 | Claim Number: 918 Claim Date: 02/23/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $441.98 |
|---|---|---|

| NEW YORK STATE DEPARTMENT OF LABOR UNEMPLOYMENT INSURANCE DIVISION GOVERNOR W. AVERELL HARRIMAN STATE OFFICE BLDG CAMPUS, BLDG 12, ROOM 256 ALBANY, NY 12240 | Claim Number: 919 Claim Date: 02/23/2009 Debtor: CAMEO CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| NEW YORK STATE DEPARTMENT OF LABOR UNEMPLOYMENT INSURANCE DIVISION DEBBIE ANZIANO - STATE OFFICE BUILDING BUILDING # 12, ROOM # 256 ALBANY, NY 12240 | Claim Number: 1111 Claim Date: 03/06/2009 Debtor: CAMEO CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $441.98 |
|---|---|---|

| NEW YORK STATE DEPARTMENT OF LABOR UNEMPLOYMENT INSURANCE DIVISION GOVERNOR W. AVERELL HARRIMAN STATE OFFICE BLDG CAMPUS, BLDG 12, ROOM 256 ALBANY, NY 12240 | Claim Number: 3384 Claim Date: 06/05/2009 Debtor: CAMEO CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $476.65 |
|---|---|---|

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 2397 Claim Date: 04/23/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $4,954.42 |
|---|---|---|
| UNSECURED | Claimed: | $15,325.50 |

| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | Claim Number: 2936 Claim Date: 05/14/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $4,954.42 |
|---|---|---|
| UNSECURED | Claimed: | $10,877.76 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 3233<br>Claim Date: 06/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | |
| ADMINISTRATIVE | Claimed: | $180.23   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | | Claim Number: 5842<br>Claim Date: 07/20/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4136 (01/14/2010) | | |
| UNSECURED | Claimed: | $1,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| NEWARK GROUP, INC., THE<br>ATTN: JESSICA JABLON<br>20 JACKSON DRIVE<br>CRANFORD, NJ 07016 | | Claim Number: 11036<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| ADMINISTRATIVE | Claimed: | $64,681.15 | | |
| UNSECURED | Claimed: | $35,745.39 | | |
| TOTAL | Claimed: | $100,423.54 | | |

---

| | | | | |
|---|---|---|---|---|
| NEWARK GROUP, INC., THE<br>ATTN: JESSICA JABLON<br>20 JACKSON DRIVE<br>CRANFORD, NJ 07016 | | Claim Number: 13673-01<br>Claim Date: 12/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>amends claim 11036 | | |
| UNSECURED | Claimed: | $41,801.28 | Scheduled: | $30,380.03 |

---

| | | | | |
|---|---|---|---|---|
| NEWARK GROUP, INC., THE<br>ATTN: JESSICA JABLON<br>20 JACKSON DRIVE<br>CRANFORD, NJ 07016 | | Claim Number: 13673-02<br>Claim Date: 12/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 3397 (12/23/2009)<br>amends claim 11036 | | |
| ADMINISTRATIVE | Claimed: | $58,622.26 | | |

---

| | | | | |
|---|---|---|---|---|
| NEWBOLD SERVICES, LLC<br>P.O. BOX 5033<br>GREENVILLE, SC 29606-5033 | | Claim Number: 3533<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $55,282.44 | Scheduled: | $55,282.44 |

---

| | | | | |
|---|---|---|---|---|
| NEWCORR PACKAGING LIMITED PARTNERSHIP<br>GREGORY A. TAYLOR & BENJAMIN W. KEENAN<br>ASHBY & GEDDES, P.A.<br>500 DELAWARE AVENUE, 8TH FL, PO BOX 1150<br>WILMINGTON, DE 19899 | | Claim Number: 1607<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 800 (04/20/2009) | | |
| ADMINISTRATIVE | Claimed: | $218,689.58 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

NEWMAN, ROBERTA
MILES LAW FIRM
15 S. MAIN ST.
PO BOX 2687
SUMTER, SC 29150

Claim Number: 6274
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,108.40 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $2,108.40 |
| TOTAL | Claimed: | $2,108.40 |

---

NEWMAN, ROBERTA
MILES LAW FIRM
15 S. MAIN ST.
PO BOX 2687
SUMTER, SC 29150

Claim Number: 6507
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,108.40 |
| UNSECURED | Claimed: | $2,108.40 |
| TOTAL | Claimed: | $2,108.40 |

---

NEWMAN, THOMAS B
510 VIRGINIA LANE
CASTLEBERRY, AL 36432

Claim Number: 9244
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

NEWPORT
3030 SATURN STREET SUITE 203
BREA, CA 92821

Claim Number: 8003
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $41,402.00 | Scheduled: | $41,402.00 UNLIQ |

---

NEWS-LEADER
PO BOX 766
FERNANDINA BEACH, FL 32035

Claim Number: 1854
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $255.00 | Scheduled: | $510.00 |

---

NEWSWAYS DISTRIBUTORS
3700 EAGLE ROCK BL
LOS ANGELES, CA 90065

Claim Number: 13420
Claim Date: 10/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,898.00 |

---

NEWTON COUNTY TAX COMMISSIONER
1113 USHER ST
SUITE 101
COVINGTON, GA 30014

Claim Number: 6990
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $263,520.18 | Scheduled: | $0.00 UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| NEX TRANSPORT<br>13000 US ROUTE 33<br>EAST LIBERTY, OH 43319 | Claim Number: 6510<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $198.35 | Scheduled: | $198.35  UNLIQ |

| NH MACHINING INC<br>200 WILMONT DRIVE<br>WAUKESHA, WI 53189 | Claim Number: 6043<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $340.40 | Scheduled: | $340.40 |

| NIAGARA FIBERBOARD INC<br>PO BOX 520<br>LOCKPORT, NY 14095-0520 | Claim Number: 6773<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $551.60 | Scheduled: | $551.60 |

| NIAGARA SHEETS<br>7393 SHAWNEE ROAD<br>NORTH TONAWANDA, NY 14120 | Claim Number: 7900<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,369.47 | Scheduled: | $30,053.82  UNLIQ |

| NICHOLS, HILERY V.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | Claim Number: 11839<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

| NICKELSON, JANET L<br>15621 HIGHWAY E<br>ELDRIDGE, MO 65463 | Claim Number: 6465<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $43.86  UNLIQ | | |

| NICKELSON, JANET L<br>15621 HIGHWAY E<br>ELDRIDGE, MO 65463 | Claim Number: 6466<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| NICLAND FILTER SERVICE LTD.<br>1C - 30321 FRASER HWY.<br>ABBOTSFORD, BC V4X 1T3<br>CANADA | Claim Number: 700<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | | $4,413.94 | Scheduled: | $3,626.61 |
|---|---|---|---|---|---|

| NICOLET, ROBERT C<br>C/O R. DAVID BOYER<br>927 S HARRISON STREET<br>FORT WAYNE, IN 46802 | Claim Number: 9598<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNDET |
|---|---|---|

| NIERENGARTEN, JEROME P<br>8510 HASTING STREET NE<br>BLAINE, MN 55449 | Claim Number: 11193<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $30,000.00  UNLIQ |
|---|---|---|

| NIM-COR INC.<br>575 AMHERST STREET<br>NASHUA, NH 03063 | Claim Number: 2331<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | | $2,552.89 | Scheduled: | $2,409.92 |
|---|---|---|---|---|---|

| NISHIMOTO, TODD<br>124 PLEASANT AVENUE<br>DUNDAS, ON L9H3V1<br>CANADA | Claim Number: 9088<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| PRIORITY | Claimed: | $15,001.75 |
|---|---|---|

| NISHIMOTO, TODD<br>124 PLEASANT AVENUE<br>DUNDAS, ON L9H3V1<br>CANADA | Claim Number: 12645<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| PRIORITY | Claimed: | $15,001.75  UNLIQ |
|---|---|---|

| NIXON, ERMA J<br>3982 RAINEY ROAD<br>JACKSON, MS 39212 | Claim Number: 12525<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| NJ DEPT OF LABOR AND WORKFORCE DEV'T DIVISION OF EMPLOYER ACCOUNTS PO BOX 379 TRENTON, NJ 08625-0379 | | Claim Number: 6894 Claim Date: 07/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 3287 (12/18/2009) | | |
| PRIORITY | Claimed: | $10,425.52 | | |

---

| | | | | |
|---|---|---|---|---|
| NMHG FINACIAL SERVICES, INC. C/O GENERAL ELECTRICAL CAPITAL CORP. 10 RIVERVIEW DRIVE ATTN: DENNIS DUFFANY DANBURY, CT 06810 | | Claim Number: 11392 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7555 (05/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $1,441,639.57 | | |
| UNSECURED | Claimed: | $544,533.86 | Scheduled: | $617,206.50  UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| NOBLE LOCKSMITH LTD. 249 NOTRE DAME AVENUE WINNIPEG, MB R3B 1N8 CANADA | | Claim Number: 5232 Claim Date: 07/14/2009 Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $612.36 | Scheduled: | $88.30 |

---

| | | | | |
|---|---|---|---|---|
| NOCO LUBRICANTS ATTN: DAN 5468 DUNDAS STREET WEST, STE 401 ETOBICOKE, ON M9B 6E3 CANADA | | Claim Number: 8204 Claim Date: 07/07/2009 Debtor: SMURFIT-MBI Comments: DOCKET: 8758 (11/15/2010) | | |
| UNSECURED | Claimed: | $259.08 | | |

---

| | | | | |
|---|---|---|---|---|
| NOLAND COMPANY P.O. BOX 672 MARTINSVILLE, VA 241140672 | | Claim Number: 14032 Claim Date: 05/24/2010 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8408 (08/18/2010) | | |
| UNSECURED | Claimed: | $1,749.91 | | |

---

| | | | | |
|---|---|---|---|---|
| NOLES, DONALD R 3241 HARRIS LANE HALTOM CITY, TX 76117 | | Claim Number: 11579 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| NOONAN, RICHARD R 1653 STONEBRIDGE TRL WHEATON, IL 60187 | | Claim Number: 11208 Claim Date: 08/27/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| NOR CAL DESIGN<br>14126 WASHINGTON<br>SAN LEANDRO, CA 94578 | Claim Number: 12299<br>Claim Date: 09/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| SECURED | Claimed: | $19,517.19 |
|---|---|---|

---

| NOR CAL DESIGN INC.<br>WILLIAM F. SIMON<br>625 SUNRISE ROAD<br>COPPEROPOLIS, CA 95228 | Claim Number: 13859<br>Claim Date: 03/02/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $19,517.19 |
|---|---|---|

---

| NORAMCO ENGINEERING CORP.<br>2729 13TH AVE. EAST<br>HIBBING, MN 55746 | Claim Number: 991<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $5,228.51 |
|---|---|---|

---

| NORAMCO ENGINEERING CORPORATION<br>2729 13TH AVENUE EAST<br>HIBBING, MN 55746 | Claim Number: 5532<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $5,228.51 | Scheduled: | $5,228.51 |
|---|---|---|---|---|

---

| NORCAN FLUID POWER LTD<br>ATTN: MAKO CUI<br>8985 FRASERWOOD COURT<br>BURNABY, BC V5J 5E8<br>CANADA | Claim Number: 8476<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $2,117.92 |
|---|---|---|

---

| NORCO INC<br>PO BOX 15299<br>BOISE, ID 83715 | Claim Number: 6248<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $19,485.09 | Scheduled: | $18,520.01 |
|---|---|---|---|---|

---

| NORDBEC INC<br>ATTN: GILBERT GUAY<br>3685 BERNE STREET<br>BROSSARD, QC J4Z 2P3<br>CANADA | Claim Number: 8461-01<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $4,224.39 | Scheduled: | $10,142.40 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| NORDBEC INC<br>ATTN: GILBERT GUAY<br>3685 BERNE STREET<br>BROSSARD, QC J4Z 2P3<br>CANADA | Claim Number: 8461-02<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance |
|---|---|

| UNSECURED | Claimed: | $6,038.88 | | |
|---|---|---|---|---|

| NORDEN M A CO INC<br>PO BOX 190008<br>MOBILE, AL 36619 | Claim Number: 4853<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,919.25 | | |
|---|---|---|---|---|

| NORDSON CANADA LIMITED<br>ATTN: KATHERINE TOFFAN<br>1211 DENISON STREET<br>MARKHAM, ON L3R 4B3<br>CANADA | Claim Number: 8569<br>Claim Date: 07/20/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD. |
|---|---|

| UNSECURED | Claimed: | $108.51 | Scheduled: | $106.12 |
|---|---|---|---|---|

| NORDSTROM FSB<br>PO BOX 6566<br>ENGLEWOOD, CO 80155 | Claim Number: 801<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $3,559.66 | Scheduled: | $3,559.66 |
|---|---|---|---|---|

| NORFALCO, INC<br>6000 LOMBARDO CENTER, SUITE 650<br>SEVEN HILLS, OH 44131 | Claim Number: 45<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $162,076.71 | | |
|---|---|---|---|---|

| NORFOLK SOUTHERN RAILWAY COMPANY<br>WILLIAM H. JOHNSON, ESQ.<br>THREE COMMERCIAL PLACE<br>NORFOLK, VA 23510-2191 | Claim Number: 14119<br>Claim Date: 08/13/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,141,988.48 | | |
|---|---|---|---|---|

| NORFOLK SOUTHERN RAILWAY COMPANY<br>WILLIAM H. JOHNSON, ESQ.<br>THREE COMMERCIAL PLACE<br>NORFOLK, VA 23510-2191 | Claim Number: 14140<br>Claim Date: 09/07/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8944 (02/18/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,005.48 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

NORLIFT INCORPORATED
PO BOX 11006
SPOKANE, WA 99211

Claim Number: 4862-01
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $10,043.32 | Scheduled: | $10,739.94 |

---

NORLIFT INCORPORATED
PO BOX 11006
SPOKANE, WA 99211

Claim Number: 4862-02
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| ADMINISTRATIVE | Claimed: | $291.90 | | |

---

NORLIFT OF OREGON, INC.
PO BOX 68348
PORTLAND, OR 97268

Claim Number: 3645
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,237.81 | Scheduled: | $6,725.97 |

---

NORM WILSON AND SONS INC
3400 EAST SPRING STREET
LONG BEACH, CA 90806

Claim Number: 11158
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| SECURED | Claimed: | $208,714.01 | | |
| UNSECURED | | | Scheduled: | $208,714.01 |

---

NORMAN EQUIPMENT CO
3209 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Claim Number: 4349-01
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $451.14 | Scheduled: | $451.14 |

---

NORMAN EQUIPMENT CO
3209 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Claim Number: 4349-02
Claim Date: 07/10/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $91.30 | Scheduled: | $91.30 |

---

NORMAN LUMBER COMPANY
PO BOX 440031
ST LOUIS, MO 63144

Claim Number: 5951
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $6,720.00 | Scheduled: | $6,720.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| NORMAN, DAVID R<br>2481 DONEGAL CT<br>WEST LINN, OR 97068 | Claim Number: 6982<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

| NORMAND, CHAREST<br>323 ST LAURENT<br>LA TUQUE, QC G9X 3S4<br>CANADA | Claim Number: 12776<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNDET |
|---|---|---|

---

| NORMED INC<br>PO BOX 3644<br>SEATTLE, WA 98124-3644 | Claim Number: 6326<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $403.19 | Scheduled: | $403.19 |
|---|---|---|---|---|

---

| NORRED, CHARLES W.<br>ROUTE 1, BOX 350<br>DODSON, LA 71422 | Claim Number: 10236<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

| NORRELL, VIRGINIA<br>12809 CR 1222<br>TYLER, TX 75709 | Claim Number: 9326<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

| NORRIS, RAYMOND E<br>1501 SW BAKER ST UNIT 60<br>MCMINNVILLE, OR 97128-6600 | Claim Number: 7741<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

| NORTH ALABAMA ELECTRIC COOP<br>P.O. BOX 628<br>STEVENSON, AL 35772 | Claim Number: 10086<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $1,069.66 | Scheduled: | $8,878.55  UNLIQ |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| NORTH AMERICAN CORPORATION<br>2101 CLAIRE COURT<br>GLENVIEW, IL 60025 | | Claim Number: 2475<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $12,880.00 | | | |
| NORTH AMERICAN CORPORATION<br>2101 CLAIRE COURT<br>GLENVIEW, IL 60025 | | Claim Number: 2900<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | | |
| UNSECURED | Claimed: | $1,574.69 | | | |
| NORTH ATLANTIC FIRE & SAF. EQUIP.<br>3B BUSINESS WAY<br>HOPEDALE, MA 01747 | | Claim Number: 9012<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | | |
| UNSECURED | Claimed: | $3,136.40 | Scheduled: | $3,136.40 | |
| NORTH ATLANTIC FIRE & SAFETY EQUIP CO IN<br>ATTN: DONALD DANIELS<br>3B BUSINESS WAY<br>HOPEDALE, MA 01747 | | Claim Number: 9011<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | |
| SECURED | Claimed: | $3,136.40 | | | |
| NORTH CAROLINA DEPARTMENT OF LABOR<br>C/O DANIEL ADDISON<br>NC DEPARTMENT OF JUSTICE<br>PO BOX 629<br>RALEIGH, NC 27602 | | Claim Number: 10649<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | | |
| UNSECURED | Claimed: | $3,150.00 | | | |
| NORTH CAROLINA DEPARTMENT OF REVENUE<br>ANGELA C. FOUNTAIN BANKRUPTCY MANAGER<br>COLLECTIONS EXAMINATION DIVISION<br>P.O. BOX 1168<br>RALEIGH, NC 27602-1168 | | Claim Number: 3593<br>Claim Date: 06/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8834 (12/09/2010) | | | |
| UNSECURED | Claimed: | $13,760.85 | | | |
| NORTH COAST ELECTRIC COMPANY INC<br>625 N THOMPSON<br>PORTLAND, OR 97227 | | Claim Number: 5372<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | |
| UNSECURED | Claimed: | $1,325.70 | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| NORTH COAST ELECTRIC COMPANY INC<br>625 N THOMPSON<br>PORTLAND, OR 97227 | Claim Number: 8216<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,325.70 | |

| NORTH COAST ELECTRIC COMPANY INC<br>625 N THOMPSON<br>ATTN: RACHEL PATTEN<br>PORTLAND, OR 97227 | Claim Number: 12311<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,325.70 | Scheduled: $1,314.78 |

| NORTH LINCOLN SANITATION<br>1726 SE HWY 101<br>LINCOLN CITY, OR 97367 | Claim Number: 4583<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $432.95 | Scheduled: $432.95 |

| NORTH MS MEDICAL CLINICS, INC.<br>450 EAST PRESIDENT STREET<br>TUPELO, MS 38801 | Claim Number: 3213<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,375.00 | Scheduled: $1,500.00 |

| NORTH SHORE GAS / PEOPLES GAS<br>130 E. RANDOLPH DRIVE<br>CHICAGO, IL 60601 | Claim Number: 5630-01<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $95,363.49 | Scheduled: $87,962.97 |

| NORTH SHORE GAS / PEOPLES GAS<br>130 E. RANDOLPH DRIVE<br>CHICAGO, IL 60601 | Claim Number: 5630-02<br>Claim Date: 07/17/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $41,749.41 | |

| NORTH SHORE PEST CONTROL<br>7 MACARTHUR ROAD<br>PEABODY, MA 01960 | Claim Number: 11971<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $720.00 | Scheduled: $720.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| NORTH STATE BANDAG<br>1610 KATHLEEN AVE.<br>SACRAMENTO, CA 95815 | Claim Number: 369<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $13,008.94 | Scheduled: | $13,312.05 |
|---|---|---|---|---|

| NORTHCENTER FOODS<br>P.O. BOX 2628<br>AUGUSTA, ME 04330 | Claim Number: 7185<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,361.79 |
|---|---|---|

| NORTHEAST MOTORS & CONTROLS<br>PO BOX 45919<br>PHILADELPHIA, PA 19149 | Claim Number: 129<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $18,721.54 |
|---|---|---|

| NORTHEAST MOTORS AND CONTROLS<br>PO BOX 45919<br>PHILADELPHIA, PA 19149 | Claim Number: 6443<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $18,721.54 | Scheduled: | $18,353.24 |
|---|---|---|---|---|

| NORTHEAST RIGGERS INC<br>PO BOX 146<br>PLAINVILLE, CT 06062 | Claim Number: 2786<br>Claim Date: 05/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $8,001.09 | Scheduled: | $69,062.82 |
|---|---|---|---|---|

| NORTHERN CA PAPER RECYCLE<br>1609 WHIPPLE ROAD<br>HAYWARD, CA 94544 | Claim Number: 3703<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $555.45 | Scheduled: | $555.00 |
|---|---|---|---|---|

| NORTHERN CALIFORNIA PAPER RECYCLERS, INC<br>1609 WHIPPLE ROAD<br>HAYWARD, CA 94544-7928 | Claim Number: 494<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $555.45 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| NORTHERN CALIFORNIA PAPER RECYCLERS, INC<br>1609 WHIPPLE ROAD<br>HAYWARD, CA 94544-7928 | | Claim Number: 3713<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $555.45 | | |
| NORTHERN ENERGY<br>3301 W. BROADWAY<br>MISSOULA, MT 59802 | | Claim Number: 186<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $101,414.09 | Scheduled: | $100,258.85 |
| NORTHERN FREIGHT SERVICE INC<br>8309 GREENWAY BLVD SUITE 200<br>MIDDLETON, WI 53562-3536 | | Claim Number: 1982<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $52,635.00 | | |
| NORTHERN FREIGHT SERVICE INC<br>8309 GREENWAY BLVD<br>STE 200<br>MIDDLETON, WI 53562 | | Claim Number: 13537<br>Claim Date: 11/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8121 (06/22/2010)<br>Amends claim 1982. | | |
| UNSECURED | Claimed: | $52,285.00 | Scheduled: | $42,400.00 |
| NORTHERN ILLINOIS STEEL SUPPLY CO.<br>P.O. BOX 2146<br>JOLIET, IL 60434-2146 | | Claim Number: 2722<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $4,075.50 | | |
| NORTHERN ILLINOIS STEEL SUPPLY CO.<br>P.O. BOX 2146<br>JOLIET, IL 60434-2146 | | Claim Number: 6479<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $4,075.50 | Scheduled: | $3,827.50 |
| NORTHERN INDIANA PUBLIC SERVICE COMPANY<br>ATTN: REVENUE ASSURANCE & RECOVERY<br>801 E. 86TH AVENUE<br>MERRILLVILLE, IN 46410 | | Claim Number: 945<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $41,542.92 | Scheduled: | $45,739.41 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

NORTHERN LIGHTS INC
PO BOX 269
SAGLE, ID 83860

Claim Number: 5399
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $106.37 | Scheduled: | $345.71 |

NORTHERN LINES RAILWAY
53 W. JACKSON BLVD.
SUITE 335
CHICAGO, IL 60604

Claim Number: 3286
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,775.00 |

NORTHERN MACHINING & REPAIR INC
1701 N 26TH ST
ESCANABA, MI 49829

Claim Number: 1095
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,882.16 |

NORTHERN MACHINING & REPAIR INC
1701 N 26TH ST
ESCANABA, MI 49829

Claim Number: 1096
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,000.00 | Scheduled: | $17,882.16 |

NORTHERN MICHIGAN UNIVERSITY
1401 PRESQUE ISLE AVENUE
MARQUETTE, MI 49855

Claim Number: 7641
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,854.48 | Scheduled: | $10,854.48 |

NORTHERN OIL 1 INC
150 US 41 SOUTH
BARAGA, MI 49908

Claim Number: 11410
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,693.16 | Scheduled: | $2,693.16 |

NORTHERN WEATHER HVAC INC
339 ANTHONY TRAIL
NORTHBROOK, IL 60062

Claim Number: 7970
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $321.00 | Scheduled: | $321.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| NORTHERN WEATHERMAKERS HVAC INC.<br>ATTENTION LARRY HILLS<br>339 ANTHONY TRAIL<br>NORTHBROOK, IL 60062 | Claim Number: 9043<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $321.00 | | |
| NORTHLAND CHEMICAL INC.<br>ATTN:GEORGE KAMPF<br>2460 ANSON DRIVE UNIT #9<br>MISSISSAUGA, ON L5S 1G7<br>CANADA | Claim Number: 8572<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $10,542.55 | Scheduled: | $10,632.20 |
| NORTHLAND WILLETTE, INC.<br>12 HIGH STREET<br>PLAINVILLE, MA 02762 | Claim Number: 11733<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $2,901.63 | Scheduled: | $2,901.63 |
| NORTHSTAR COMMERCIAL CONSTRUCTION INC.<br>P.O. BOX 73<br>GLYNDON, MD 21071-0073 | Claim Number: 13380<br>Claim Date: 09/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $20,100.00 | | |
| NORTHTOWN MECHANICAL SERVICES<br>& SOUTHWEST TOWN MECHANICAL<br>50 EISENHOWER LANE NORTH<br>LOMBARD, IL 60148 | Claim Number: 8069<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | |
| UNSECURED | Claimed: | $1,506.50 | | |
| NORTHWEST CASCADE INC DBA HONEY BUCKETS<br>PO BOX 73399<br>PUYALLUP, WA 98373 | Claim Number: 5173<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $510.33 | Scheduled: | $502.80 |
| NORTHWEST CORRECTIONAL FACILIT<br>RT 1, BOX 660<br>TIPTONVILLE, TN 38079 | Claim Number: 5058-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $448.00 | Scheduled: | $789.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

NORTHWEST CORRECTIONAL FACILIT
RT 1, BOX 660
TIPTONVILLE, TN 38079

Claim Number: 5058-02
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1866 (09/04/2009)

| ADMINISTRATIVE | Claimed: | $341.10 | | |
|---|---|---|---|---|

NORTHWEST FORKLIFT
838 SENECA AVENUE SOUTHWEST
RENTON, WA 98057

Claim Number: 9078
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $7,119.72 | Scheduled: | $82,656.21 |
|---|---|---|---|---|

NORTHWEST INDUSTRIAL SUPPLY CO INC
PO BOX 30637
BILLINGS, MT 59107

Claim Number: 3914-01
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $6,974.66 | Scheduled: | $6,670.88 |
|---|---|---|---|---|

NORTHWEST INDUSTRIAL SUPPLY CO INC
PO BOX 30637
BILLINGS, MT 59107

Claim Number: 3914-02
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1974 (09/18/2009)

| ADMINISTRATIVE | Claimed: | $585.24 | | |
|---|---|---|---|---|

NORTHWEST MANAGEMENT, INC.
PO BOX 9748
MOSCOW, ID 83843

Claim Number: 87
Claim Date: 02/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $66,560.20 | | |
|---|---|---|---|---|

NORTHWEST NATIVES, INC.
P.O. BOX 52985
BELLEVUE, WA 98015

Claim Number: 651
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,954.47 | Scheduled: | $8,366.82 |
|---|---|---|---|---|

NORTHWEST PIPE COMPANY
5721 SE COLUMBIA WAY, SUITE 200
VANCOUVER, WA 98661

Claim Number: 11900
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8879 (01/06/2011)

| UNSECURED | Claimed: | $5,000,000.00   UNLIQ CONT | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| NORTHWEST PIPE COMPANY<br>5721 SE COLUMBIA WAY, SUITE 200<br>VANCOUVER, WA 98661 | | Claim Number: 11901<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8879 (01/06/2011) | | |
| UNSECURED | Claimed: | $5,000,000.00   UNLIQ CONT | | |
| NORTHWEST PIPE FITTINGS<br>PO BOX 1258<br>BILLINGS, MT 59103 | | Claim Number: 3814<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $421.25 | Scheduled: | $421.25 |
| NORTRAX<br>4042 PARK OAKS BLVD STE 200<br>TAMPA, FL 33610-9538 | | Claim Number: 7036<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,597.81 | Scheduled: | $32,163.19 |
| NORVELL, DEBORAH FOR THOMAS BAKER<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10945<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) | | |
| UNSECURED | Claimed: | $300,000.00 | | |
| NORWES CONSULTANTS INC<br>30 DARBY RD.<br>BILL FISCHER<br>GUELPH, ON N1K-1R4<br>CANADA | | Claim Number: 8787<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $22,287.54 | Scheduled: | $22,287.54 |
| NOTT ATWATER DIV. OF LTI FLEXIBLE<br>PRODUCTS<br>1309 N BRADLEY RD<br>SPOKANE, WA 99212 | | Claim Number: 1862<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $128.00 | Scheduled: | $128.00 |
| NOVA EXPRESS MILLENNIUM INC.<br>WILLIS WOO<br># 2 - 3331 VIKING WAY<br>RICHMOND, BC V6V 1X7<br>CANADA | | Claim Number: 8740<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $1,193.43 | Scheduled: | $2,828.39 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

NOVA EXPRESS MILLENNIUM INC.
WILLIS WOO
# 2 - 3331 VIKING WAY
RICHMOND, BC V6V 1X7
CANADA

Claim Number: 8750
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $1,424.50 |
|---|---|---|

---

NOVAK, DOROTHY H.
13800 MCCABE DR.
ORLAND PARK, IL 60467-6818

Claim Number: 9602
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $164.40 |
|---|---|---|

---

NOVAK, J V
2649 S HILLOCK AVENUE
CHICAGO, IL 60608

Claim Number: 10009-01
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

NOVAK, J V
2649 S HILLOCK AVENUE
CHICAGO, IL 60608

Claim Number: 10009-02
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $3,000.00   UNLIQ |
|---|---|---|

---

NOVAK, WILLIAM J
163 ORCHARD ST.
PORT ORANGE, FL 32127

Claim Number: 7555
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

NOVASPECT
1124 TOWER RD
SCHAUMBURG, IL 60173-4306

Claim Number: 5367
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

NOVASPECT INC
38389 EAGLE WAY
CHICAGO, IL 60678-1383

Claim Number: 5366
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6353 (03/29/2010)

| UNSECURED | Claimed: | $57,056.38 | Scheduled: | $1,483.94 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

NOVO 1
PO BOX 78983
MILWAUKEE, WI 53278-0983

Claim Number: 12054
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,521.90 | Scheduled: | $3,521.90 |
|---|---|---|---|---|

---

NOVO 1 INC
PO BOX 78983
20825 SWENSON DRIVE
MILWAUKEE, WI 53278

Claim Number: 12055
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $1,575.00 | Scheduled: | $1,575.00 |
|---|---|---|---|---|

---

NOYES, WAYNE A
15813 NORTHSTONE DR
HUNTERSVILLE, NC 28078

Claim Number: 7222
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $117,173.52 |
|---|---|---|

---

NP & SON PAVING CONTRACTORS, INC.
3308  21ST ST.
ZION, IL 60099

Claim Number: 534
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| PRIORITY | Claimed: | $1,480.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,480.00 |

---

NP PAVING CONTRACTORS INC
3308 21ST STREET
ZION, IL 60099

Claim Number: 4989
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| UNSECURED | Claimed: | $1,685.00 |
|---|---|---|

---

NPG NEWSPAPERS INC
PO BOX 219048
KANSAS CITY, MO 64121-9048

Claim Number: 5496
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $193.98 | Scheduled: | $193.98 |
|---|---|---|---|---|

---

NPP PACKAGING GRAPHICS SPECIALISTS, INC.
1415 SOUTH DROVER STREET
INDIANAPOLIS, IN 46221

Claim Number: 12289
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $50,038.03 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| NPP PACKAGING GRAPHICS SPECIALISTS, INC.<br>1415 SOUTH DROVER STREET<br>INDIANAPOLIS, IN 46221 | | Claim Number: 12306<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
| ADMINISTRATIVE | Claimed: | $50,038.03 | | |
| NQP STARCH & CHEMICALS<br>PO BOX 240972<br>ST. PAUL, MN 55124 | | Claim Number: 5346-01<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $16,280.79 | Scheduled: | $45,560.98 |
| NQP STARCH & CHEMICALS<br>PO BOX 240972<br>ST. PAUL, MN 55124 | | Claim Number: 5346-02<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 1866 (09/04/2009) | | |
| ADMINISTRATIVE | Claimed: | $6,500.00 | | |
| NUGENT, DURRELL LYNN<br>359 JOE SHOVAN RD<br>QUITMAN, LA 71268 | | Claim Number: 10317<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| NUGENT, ROBERT A.<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TOROTO, ON M5H 3R3<br>CANADA | | Claim Number: 11967<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | |
| UNSECURED | Claimed: | $26,020.97   UNLIQ | | |
| NUGENT, ROBERT ALFRED<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 12973<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | |
| PRIORITY | Claimed: | $1,638.60 | | |
| UNSECURED | Claimed: | $24,382.37 | Scheduled: | $21,231.42 |
| NUNN, CHARLES L.<br>3434 GLADWELL<br>JONESBORO, LA 71251 | | Claim Number: 10318<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| NUNN, PAMELA LAMKIN<br>3434 GLADWAY ROAD<br>JONESBORO, LA 71251 | | Claim Number: 10319<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| NUNN, SCOTTY DALE<br>7145 NINE PINE ROAD<br>JONESBORO, LA 71251 | | Claim Number: 10237<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9159 (12/19/2011) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| NURRY PROPERTIES, LLC<br>1401 BEACON STREET<br>MUSKOGEE, OK 74403 | | Claim Number: 2458<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
| UNSECURED | Claimed: | $13,020.00 | | |
| NW NATURAL<br>220 NW SECOND AVENUE<br>PORTLAND, OR 97209 | | Claim Number: 11767<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8879 (01/06/2011) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| NW NATURAL<br>220 NW SECOND AVENUE<br>PORTLAND, OR 97209 | | Claim Number: 13924<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8879 (01/06/2011) | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $27.40 |
| NW NATURAL<br>220 NW SECOND AVENUE<br>PORTLAND, OR 97209 | | Claim Number: 13985<br>Claim Date: 04/14/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8879 (01/06/2011) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| NWF INC<br>PO BOX 8049<br>COCOA, FL 32924 | | Claim Number: 4153<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $32,000.00 | Scheduled: | $48,633.33 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

NY STATE TEAMSTERS CONFERENCE PENSION &
RETIREMENT FUND
ATTN: VINCENT M. DEBELLA
PO BOX 4928
SYRACUSE, NY 13321-4928

Claim Number: 12545
Claim Date: 08/18/2009
Debtor: SLP FINANCE GENERAL PARTNERSHIP
Comments: WITHDRAWN
DOCKET: 9146 (11/14/2011)

| UNSECURED | Claimed: | $335,109.64 |
|---|---|---|

---

NY STATE TEAMSTERS CONFERENCE PENSION &
RETIREMENT FUND
ATTN: VINCENT M. DEBELLA
PO BOX 4928
SYRACUSE, NY 13321-4928

Claim Number: 12546
Claim Date: 08/18/2009
Debtor: SMURFIT-MBI
Comments: WITHDRAWN
DOCKET: 9146 (11/14/2011)

| UNSECURED | Claimed: | $335,109.64 |
|---|---|---|

---

NY STATE TEAMSTERS CONFERENCE PENSION &
RETIREMENT FUND
ATTN: VINCENT M. DEBELLA
PO BOX 4928
SYRACUSE, NY 13321-4928

Claim Number: 12547
Claim Date: 08/18/2009
Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II
Comments: WITHDRAWN
DOCKET: 9146 (11/14/2011)

| UNSECURED | Claimed: | $335,109.64 |
|---|---|---|

---

NY STATE TEAMSTERS CONFERENCE PENSION &
RETIREMENT FUND
ATTN: VINCENT M. DEBELLA
PO BOX 4928
SYRACUSE, NY 13321-4928

Claim Number: 12548
Claim Date: 08/18/2009
Debtor: FRANCOBEC COMPANY
Comments: WITHDRAWN
DOCKET: 9146 (11/14/2011)

| UNSECURED | Claimed: | $335,109.64 |
|---|---|---|

---

NY STATE TEAMSTERS CONFERENCE PENSION &
RETIREMENT FUND
ATTN: VINCENT M. DEBELLA
PO BOX 4928
SYRACUSE, NY 13321-4928

Claim Number: 12549
Claim Date: 08/18/2009
Debtor: 605681 N.B. INC.
Comments: WITHDRAWN
DOCKET: 9146 (11/14/2011)

| UNSECURED | Claimed: | $335,109.64 |
|---|---|---|

---

NY STATE TEAMSTERS CONFERENCE PENSION &
RETIREMENT FUND
ATTN: VINCENT M. DEBELLA
PO BOX 4928
SYRACUSE, NY 13321-4928

Claim Number: 12550
Claim Date: 08/18/2009
Debtor: SPECIALTY CONTAINERS INC.
Comments: WITHDRAWN
DOCKET: 9146 (11/14/2011)

| UNSECURED | Claimed: | $335,109.64 |
|---|---|---|

---

NY STATE TEAMSTERS CONFERENCE PENSION &
RETIREMENT FUND
ATTN: VINCENT M. DEBELLA
PO BOX 4928
SYRACUSE, NY 13321-4928

Claim Number: 12551
Claim Date: 08/18/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: WITHDRAWN
DOCKET: 9146 (11/14/2011)

| UNSECURED | Claimed: | $335,109.64 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | |
|---|---|
| NY STATE TEAMSTERS CONFERENCE PENSION & RETIREMENT FUND<br>ATTN: VINCENT M. DEBELLA<br>PO BOX 4928<br>SYRACUSE, NY 13321-4928 | Claim Number: 12552<br>Claim Date: 08/18/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: WITHDRAWN<br>DOCKET: 9146 (11/14/2011) |

UNSECURED          Claimed:          $335,109.64

---

| | |
|---|---|
| NY STATE TEAMSTERS CONFERENCE PENSION & RETIREMENT FUND<br>ATTN: VINCENT M. DEBELLA<br>PO BOX 4928<br>SYRACUSE, NY 13321-4928 | Claim Number: 12553<br>Claim Date: 08/18/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: WITHDRAWN<br>DOCKET: 9146 (11/14/2011) |

UNSECURED          Claimed:          $335,109.64

---

| | |
|---|---|
| NY STATE TEAMSTERS CONFERENCE PENSION & RETIREMENT FUND<br>ATTN: VINCENT M. DEBELLA<br>PO BOX 4928<br>SYRACUSE, NY 13321-4928 | Claim Number: 12554<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: WITHDRAWN<br>DOCKET: 9146 (11/14/2011) |

UNSECURED          Claimed:          $335,109.64

---

| | |
|---|---|
| NY STATE TEAMSTERS CONFERENCE PENSION & RETIREMENT FUND<br>ATTN: VINCENT M. DEBELLA<br>PO BOX 4928<br>SYRACUSE, NY 13321-4928 | Claim Number: 12555<br>Claim Date: 08/18/2009<br>Debtor: 3083527 NOVA SCOTIA COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9146 (11/14/2011) |

UNSECURED          Claimed:          $335,109.64

---

| | |
|---|---|
| NYK LINE INC<br>ATTN: LEGAL DEPARTMENT<br>300 LIGHTING WAY<br>SECAUCUS, NJ 07094 | Claim Number: 11623<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) |

UNSECURED          Claimed:          $1,235.00          Scheduled:          $64,678.00 UNLIQ

---

| | |
|---|---|
| NYK LOGISTICS (AMERICAS) INC<br>CHRISTINE SCHEINBERG, ATTY.<br>8295 TOURNAMENT DR. #150<br>MEMPHIS, TN 38125 | Claim Number: 1565<br>Claim Date: 03/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:          $16,160.03          Scheduled:          $10,017.00

---

| | |
|---|---|
| NYLUND FAMILY TRUST<br>BARBARA C NYLUND & THOMAS C NYLUND TTEES<br>1298 SW 301ST STREET<br>FEDERAL WAY, WA 98023 | Claim Number: 13940<br>Claim Date: 03/29/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8997 (03/22/2011) |

UNSECURED          Claimed:          $5,000.00

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| NYSEG SOLUTIONS, INC.<br>ATTN: SHAUNA FISKE<br>31 LEWIS STREET STE 401<br>BINGHAMTON, NY 13901 | Claim Number: 4085<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|

| O'BERNIER, PAUL J.<br>940 HIDDENRIDGE DRIVE<br>MILFORD, OH 45150 | Claim Number: 7642<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| O'BREE, MICHAEL<br>11 KIRKWOOD DRIVE<br>BEACONSFIELD,<br>CANADA | Claim Number: 99002<br>Claim Date: 06/17/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8980 (03/11/2011) |
|---|---|

| UNSECURED | Claimed: | $1,388.21 | | |
|---|---|---|---|---|

| O'BRIEN & GERE ENGINEERS, INC.<br>ATTN: J GERAETS<br>PO BOX 4873<br>SYRACUSE, NY 13221-4873 | Claim Number: 5860<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $20,766.89 | Scheduled: | $20,766.89 |
|---|---|---|---|---|

| O'BRIEN MATERIAL HANDLING<br>DEBORAH MACKINNON<br>30 PRINCIPALE STREET<br>MEMRAMCOOK, NB E4K 1A6<br>CANADA | Claim Number: 8981<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance |
|---|---|

| UNSECURED | Claimed: | $525.77 | Scheduled: | $544.95 |
|---|---|---|---|---|

| O'BRIEN, DIANNE<br>8334 DECOSTA AVENUE<br>WHITTIER, CA 90606 | Claim Number: 12223<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| O'BRIEN, DIANNE<br>8334 DECOSTA<br>WHITTIER, CA 90606 | Claim Number: 13453<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| O'BRIEN, DIANNE S<br>8334 DECOSTA AVENUE<br>WHITTIER, CA 90606 | Claim Number: 12222<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| SECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| O'KEEFE, E F<br>6 SO. WRIGHT STREET<br>NAPERVILLE, IL 60540-4958 | Claim Number: 10104<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| O'MAHONY & SONS ELECTRICAL INC.<br>STEPHANIE L. O'MAHONY, PRES/CEO<br>143 LACY STREET<br>NORTH ANDOVER, MA 01845 | Claim Number: 2305<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $26,552.30 | | |
|---|---|---|---|---|

| O'NEAL GAS<br>PO BOX 536<br>CHOUDRANT, LA 71227 | Claim Number: 3662-01<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $29,668.96 | Scheduled: | $24,105.69 |
|---|---|---|---|---|

| O'NEAL GAS<br>PO BOX 536<br>CHOUDRANT, LA 71227 | Claim Number: 3662-02<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,034.56 | | |
|---|---|---|---|---|

| O'NEAL, INC.<br>10 FALCON CREST DRIVE<br>ATTN: MARTY WINDSOR<br>GREENVILLE, SC 29607-1583 | Claim Number: 477<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $67,211.83 | Scheduled: | $67,211.83 |
|---|---|---|---|---|

| O'NEILL & BORGES<br>AMERICAN INTERNATIONAL BUILDING<br>250 MUNOZ RIVERA AVE<br>SUITE 800<br>SAN JUAN, PR 00918-1808 | Claim Number: 10568<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $30,371.75 | Scheduled: | $21,402.50 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| O'PAC PACKAGING<br>CHRIS PACE<br>5315 DARTMOOR ST<br>WINSTON SALEM, NC 27106 | Claim Number: 110<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,153.52 | |
| UNSECURED | Claimed: | $1,730.00 | |

| O'PAC PACKAGING<br>CHRIS PACE<br>5315 DARTMOOR ST<br>WINSTON SALEM, NC 27106 | Claim Number: 3872<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $2,883.52 | |

| O'SHEA, JOSEPH<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | Claim Number: 10963<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $50,000.00 | |

| O.C.MCDONALD CO., INC.<br>1150 W. SAN CARLOS STREET<br>SAN JOSE, CA 95126 | Claim Number: 3062<br>Claim Date: 05/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,383.42 | Scheduled: $2,326.00 |

| OAK HILLS CARTON CO<br>PO BOX 632601<br>CINCINNATI, OH 45263 | Claim Number: 13617<br>Claim Date: 11/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $701.55 | Scheduled: $701.55 |

| OAKLEAF INC<br>800 CONNECTICUT BLVD.<br>EAST HARTFORD, CT 06108 | Claim Number: 4130<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $9,489.92 | Scheduled: $25,892.00 |

| OAKLEAF INC<br>CAROL FANCY - COLLECTION SUPERVISOR<br>ONE OAKLEAF CENTER<br>EAST HARTFORD, CT 06108 | Claim Number: 13934<br>Claim Date: 03/18/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $9,489.92 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

OAKLEY, BESSIE F
416 SOUTH SECOND
TUCUMCARI, NM 88401

Claim Number: 6983
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

OAKSTONE PUBLISHING LLC
ATTN: CARRIE MEAD
PO BOX 263
CHELSEA, AL 35043

Claim Number: 2212
Claim Date: 04/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $155.49 |
| --- | --- | --- |

OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVENUE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 10036
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $89,943,000.00   UNLIQ CONT |
| --- | --- | --- |

OASIS DIE CO
7518 N 71ST AVE
GLENDALE, AZ 85303

Claim Number: 6068
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $9,206.51 | Scheduled: | $9,206.51 |
| --- | --- | --- | --- | --- |

OBERG AND ASSOCIATES
16475 DALLAS PARKWAY, SUITE 605
ADDISON, TX 75001

Claim Number: 2389
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $17,500.00 | Scheduled: | $17,500.00 |
| --- | --- | --- | --- | --- |

OBERG FREIGHT CO
22153 OLD HIGHWAY 169
FORT DODGE, IA 50501-8427

Claim Number: 5510
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $61,612.80 | Scheduled: | $61,612.80 |
| --- | --- | --- | --- | --- |

OBERG FREIGHT COMPANY
22153 OLD HWY 169
FORT DODGE, IA 50501

Claim Number: 3437
Claim Date: 06/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $61,612.80 |
| --- | --- | --- |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| OBERMAN, DANNY R<br>610 NEWTON AVE<br>KAHOKA, MO 63445 | | Claim Number: 6705<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| OCALA RECYCLING LLC<br>2402 NW 6TH ST<br>OCALA, FL 34475-5769 | | Claim Number: 779<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | |
| UNSECURED | Claimed: | $13,148.80 | | |

---

| | | | | |
|---|---|---|---|---|
| OCC MED CONSULTS<br>931 SPRING CREEK RD, STE 200<br>CHATTANOOGA, TN 37412 | | Claim Number: 6290<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $1,084.00 | Scheduled: | $1,198.00 |

---

| | | | | |
|---|---|---|---|---|
| OCCUPATIONAL DEVELOPMENT CENTER<br>802 N CLINTON ST STE A1<br>BLOOMINGTON, IL 61701-3299 | | Claim Number: 4056<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $3,752.55 | | |

---

| | | | | |
|---|---|---|---|---|
| OCCUPATIONAL DEVELOPMENT CENTER<br>802 N CLINTON ST STE A1<br>BLOOMINGTON, IL 61701-3299 | | Claim Number: 12386<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $3,752.55 | | |

---

| | | | | |
|---|---|---|---|---|
| OCCUPATIONAL HEALTH AND SAFETY<br>PO BOX 7937<br>SASKATOON, SK S7K 4R6<br>CANADA | | Claim Number: 12403<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>1,686.83 IN CDN | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| UNSECURED | | | Scheduled: | $1,385.94 |

---

| | | | | |
|---|---|---|---|---|
| OCCUPATIONAL HEALTH SERVICES<br>3600 LIND AVE SW SUITE #170<br>RENTON, WA 98057 | | Claim Number: 1673<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $665.75 | Scheduled: | $665.75 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

OCE IMAGISTICS INC
PO BOX 856193
LOUISVILLE, KY 40285-6193

Claim Number: 11460
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $6,758.81 |
|---|---|---|---|---|

---

OCE IMAGISTICS INC
7555 E. HAMPDEN AVE. # 200
DENVER, CO 80231

Claim Number: 11461
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $37,258.70 | Scheduled: | $21,685.19 |
|---|---|---|---|---|

---

OCE' IMAGISTICS INC
7555 E HAMPDEN AVE
SUITE 200
DENVER, CO 80231

Claim Number: 11476
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $5,669.22 | Scheduled: | $5,669.22 |
|---|---|---|---|---|

---

OCP INC
122 LOCKWOOD DRIVE
LAKE CITY, SC 29560

Claim Number: 5761
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1866 (09/04/2009)

| ADMINISTRATIVE | Claimed: | $767.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $767.00 |

---

ODOM JR, REAVY
P. O. BOX 901
FLOMATON, AL 36441

Claim Number: 9107
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $37,142.00 | | |
|---|---|---|---|---|

---

ODOM, JAMES J., JR
PO BOX 11244
BIRMINGHAM, AL 35202-1244

Claim Number: 6504
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,451.60 | Scheduled: | $1,451.60 |
|---|---|---|---|---|

---

ODOM, RANDALL K
1850 MINERAL SPRINGS ROAD
JAY, FL 32565

Claim Number: 7989
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ODOM, SHANNON E
1623 TIPPENS EDDY RD
BREWTON, AL 36426

Claim Number: 9341
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
| --- | --- | --- |

OEC GRAPHICS, INC.
555 W WAUKAU AVE.
OSHKOSH, WI 54902

Claim Number: 237
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $100,400.54 | Scheduled: | $109,624.84 |
| --- | --- | --- | --- | --- |

OFF SITE RECORD MANAGEMENT
1959 MONTEREY RD
SAN JOSE, CA 95112

Claim Number: 5069
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $511.40 | Scheduled: | $7.00 |
| --- | --- | --- | --- | --- |

OFFICE DEPOT
6600 N. MILITARY TRAIL - S413G
BOCA RATON, FL 33496

Claim Number: 52
Claim Date: 02/02/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $2,697.92 |
| --- | --- | --- |

OFFICE DEPOT (CANADA) INC
ATTN: SHENROSE MANJI
45 COMMANDER BLVD
TORONTO, ON M1S 3Y3
CANADA

Claim Number: 12674
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $5,607.88 |
| --- | --- | --- |

OFFICE DEPOT (CANADA) INC
ATTN: SHENROSE MANJI
45 COMMANDER BLVD
TORONTO, ON M1S 3Y3
CANADA

Claim Number: 13171
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $71.20 | Scheduled: | $71.40 |
| --- | --- | --- | --- | --- |

OFFICE DEPOT (CANADA) INC
ATTN: SHENROSE MANJI
45 COMMANDER BLVD
TORONTO, ON M1S 3Y3
CANADA

Claim Number: 13328
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $5,654.03 |
| --- | --- | --- |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| OFFICE MAX INC.<br>C/O GUY BROWN<br>263 SHUMAN BLVD.<br>ATTN: ANESTIS DERAKIS<br>NAPERVILLE, IL 60563 | Claim Number: 287<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $7,033.26 | | |
|---|---|---|---|---|

---

| OFFICETEAM<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN: RECOVERY<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | Claim Number: 2702<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLY AMENDED BY 14130<br>DOCKET: 8530 (09/13/2010) |
|---|---|

| UNSECURED | Claimed: | $4,949.22 | Scheduled: | $3,829.97 |
|---|---|---|---|---|

---

| OG+E ELECTRIC SERVICES<br>ATTN: ABBEY CAMBELL, MC M223<br>PO BOX 321<br>OKLAHOMA CITY, OK 73101-0321 | Claim Number: 1881<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,932.19 | Scheduled: | $3,932.19 |
|---|---|---|---|---|

---

| OGANESJAN, MISCHA<br>509 AZALEA DR.<br>MONTEBELLO, CA 90640-2825 | Claim Number: 12747<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

| OGANESJAN, MISCHA<br>509 AZALEA DR.<br>MONTEBELLO, CA 90640-2825 | Claim Number: 12748<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

| OGILVY RENAULT<br>ATTN: SUZANNE RAICHE<br>1 PLACE VILLE MARIE, BUREAU 2500<br>MONTREAL, QC H3B 1R1<br>CANADA | Claim Number: 12806<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $52,029.44 | Scheduled: | $53,558.86 |
|---|---|---|---|---|

---

| OGLE, DORA<br>108 E. CENTRAL TRLR #65<br>JEFFERSON, IA 50129 | Claim Number: 9317<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $85.33   UNLIQ | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

OGLES, ARTHUR
C/O J. WILLIAM LEWIS
ENVIRONMENTAL LITIGATION GROUP, PC
3529 7TH AVENUE, SOUTH P.O. BOX 550219
BIRMINGHAM, AL 35255

Claim Number: 11525
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | | Claimed: | $58,000.00 | Scheduled: | $0.00 UNLIQ |

---

OHIO BUREAU OF WORKERS' COMPENSATION
LEGAL DIVISION BANKRUPTCY UNIT
PO BOX 15567
COLUMBUS, OH 43215-0567

Claim Number: 2160
Claim Date: 04/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 9028 (04/20/2011)

| PRIORITY | Claimed: | $1,699,671.79 |

---

OHIO BUREAU OF WORKERS' COMPENSATION
LEGAL DIVISION BANKRUPTCY UNIT
PO BOX 15567
COLUMBUS, OH 43215-0567

Claim Number: 2161
Claim Date: 04/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 9028 (04/20/2011)

| UNSECURED | Claimed: | $4,348,387.42 |

---

OHIO BUREAU OF WORKERS' COMPENSATION
LEGAL DIVISION BANKRUPTCY UNIT
PO BOX 15567
COLUMBUS, OH 43215-0567

Claim Number: 5581
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| PRIORITY | Claimed: | $1,699,671.79 |

---

OHIO BUREAU OF WORKERS' COMPENSATION
LEGAL DIVISION BANKRUPTCY UNIT
PO BOX 15567
COLUMBUS, OH 43215-0567

Claim Number: 5582
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| UNSECURED | Claimed: | $4,348,387.42 |

---

OHIO DEPARTMENT OF TAXATION
REBECCA DAUM
ATTORNEY-BANKRUPTCY DIVISION
PO BOX 530
COLUMBUS, OH 43216-0530

Claim Number: 3301
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4136 (01/14/2010)

| PRIORITY | Claimed: | $2,784,457.64 |

---

OHIO DEPARTMENT OF TAXATION
30 EAST BROAD STREET
COLUMBUS, OH 43215

Claim Number: 3426
Claim Date: 06/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4136 (01/14/2010)

| PRIORITY | Claimed: | $58,889.53 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| OHIO DEPARTMENT OF TAXATION<br>REBECCA DAUM<br>ATTORNEY-BANKRUPTCY DIVISION<br>PO BOX 530<br>COLUMBUS, OH 43216-0530 | Claim Number: 14190<br>Claim Date: 04/08/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 9088 (07/21/2011) |
|---|---|

| PRIORITY | Claimed: | $160,008.50 |
|---|---|---|
| UNSECURED | Claimed: | $21,544.96 |

---

| OHIO EDISON BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE, OH 44141 | Claim Number: 6080<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $25,972.53 |
|---|---|---|

---

| OHIO ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: MICHELLE T. SUTTER<br>30 EAST BROAD STREET, 25TH FL<br>COLUMBUS, OH 43215 | Claim Number: 9087<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 7615 (05/13/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| OHIO EPOXY FLOOR RESURFACING LLC<br>PO BOX 406<br>LEMOYNE, OH 43441-0406 | Claim Number: 830<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| SECURED | Claimed: | $14,318.25 |
|---|---|---|

---

| OHIO EPOXY FLOOR RESURFACING LLC<br>21220 LYMOYNE RD<br>LUCKEY, OH 43443 | Claim Number: 5517<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $14,318.25 | Scheduled: | $14,318.25 |
|---|---|---|---|---|

---

| OHIO FOAM CORPORATION<br>PO BOX 208<br>BUCYRUS, OH 44820 | Claim Number: 7529<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,315.00 | Scheduled: | $1,315.00 |
|---|---|---|---|---|

---

| OHIO TRANSMISSION & PUMP CO<br>PO BOX 73278<br>CLEVELAND, OH 44193 | Claim Number: 7871<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,203.94 | Scheduled: | $2,203.94 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| OHMART/ VEGA CORPORATION<br>4241 ALLENDORF DR<br>CINCINNATI, OH 45209 | | Claim Number: 3664<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $12,178.85 | Scheduled: | $19,873.85 |
| OHMART/ VEGA CORPORATION<br>4241 ALLENDORF DR<br>CINCINNATI, OH 45209 | | Claim Number: 3665<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $6,437.12 | | |
| OK INDUSTRIAL SUPPLY<br>605 ELM STREET<br>ISHPEMING, MI 49849 | | Claim Number: 4620<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| OK INDUSTRIAL SUPPLY<br>605 ELM STREET<br>ISHPEMING, MI 49849 | | Claim Number: 4621<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $3,007.43 |
| OK INDUSTRIAL SUPPLY INC.<br>605 ELM ST<br>ISHPEMING, MI 49849 | | Claim Number: 3796<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $3,304.65 | | |
| OKI PADGETT SYSTEMS<br>2 SIMONS LANE<br>FAIRFIELD, OH 45014 | | Claim Number: 5154<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $4,029.00 | Scheduled: | $4,029.00 |
| OKLAHOMA INTEPAK ENTERPRISE INC<br>PO BOX 1777<br>MUSKOGEE, OK 74402-1777 | | Claim Number: 4946<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $10,063.11 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| OKLAHOMA INTEPAK ENTERPRISE INC<br>PO BOX 1777<br>MUSKOGEE, OK 74402-1777 | Claim Number: 4949<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $12,416.13 |
|---|---|---|

---

| OKLAHOMA INTERPAK ENTERPRISE, INC.<br>P.O. BOX 1777<br>MUSKOGEE, OK 74402 | Claim Number: 8524<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $12,416.13 |
|---|---|---|

---

| OKLAHOMA INTERPAK INC<br>PO BOX 1777<br>MUSKOGEE, OK 74401 | Claim Number: 4945<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $2,841.42 |
|---|---|---|---|---|

---

| OKLAHOMA INTERPAK INC<br>PO BOX 1777<br>MUSKOGEE, OK 74401 | Claim Number: 4947<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| OKLAHOMA INTERPAK INC<br>PO BOX 1777<br>MUSKOGEE, OK 74401 | Claim Number: 13688<br>Claim Date: 12/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $12,416.13 |
|---|---|---|

---

| OKLAHOMA INTERPAK INC (01)<br>PO BOX 1777<br>MUSKOGEE, OK 74401 | Claim Number: 4948<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| OKLAHOMA NATURAL GAS COMPANY<br>A DIVISION OF ONEOK, INC<br>PO BOX 871<br>TULSA, OK 74105-0871 | Claim Number: 12154<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $8,002.94 | Scheduled: | $1,681.59 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| OKLAHOMA TAX COMMISSION<br>BANKRUPTCY SECTION<br>GENERAL COUNSEL'S OFFICE<br>120 N. ROBINSON, SUITE 2000<br>OKLAHOMA CITY, OK 73102-7471 | | Claim Number: 1555<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 2880 (11/23/2009) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $15,328.47 | | |
| UNSECURED | Claimed: | $307.91 | | |

---

| OLD DOMINION INSULATION<br>12764 OAK LAKE COURT<br>MIDLOTHIAN, VA 23112 | | Claim Number: 5377<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $46,028.75 | | |
| UNSECURED | | | Scheduled: | $35,380.20 |

---

| OLD LADDER LITIGATION CO., LLC, AS THE<br>LITIGATION DESIGNEE OBO THE LIQUIDATION<br>TRUST., ATTN: CARL D. NEFF., CIARDI<br>CIARDI & AUSTIN., 919 MARKET ST, STE 700<br>WILMINGTON, DE 19801 | | Claim Number: 14132<br>Claim Date: 08/26/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8888 (01/11/2011) | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,281.57   UNLIQ CONT | |

---

| OLD LADDER LITIGATION CO., LLC, AS THE<br>LITIGATION DESIGNEE OBO THE LIQUIDATION<br>TRUST., ATTN: CARL D. NEFF., CIARDI<br>CIARDI & AUSTIN., 919 MARKET ST, STE 700<br>WILMINGTON, DE 19801 | | Claim Number: 14133<br>Claim Date: 08/26/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8888 (01/11/2011) | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,281.57   UNLIQ CONT | |

---

| OLEA, ADAM C<br>1108 LATCHFORD AVE<br>HACIENDA HEIGHTS, CA 91745 | | Claim Number: 5204<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| SECURED | Claimed: | $642,834.00 | |

---

| OLIN CORP - CHLOR ALKALI<br>C/O HUSCH BLACKWELL SANDERS LLP<br>736 GEORGIA AVENUE, SUITE 300<br>CHATTANOOGA, TN 37402 | | Claim Number: 7942-01<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $245,735.25 | |

---

| OLIN CORP - CHLOR ALKALI<br>C/O HUSCH BLACKWELL SANDERS LLP<br>736 GEORGIA AVENUE, SUITE 300<br>CHATTANOOGA, TN 37402 | | Claim Number: 7942-02<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,060.18 | Scheduled: | $266,057.47 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

OLIVER, FERNANDO A.
114 HIGHLAND CT
EVERGREEN, AL 36401

Claim Number: 12202
Claim Date: 09/01/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $0.00    UNDET |
|---|---|---|

---

OLLIGES, JAMES A
6 UNIVERSITY CT
BUFFALO GROVE, IL 60089

Claim Number: 9785
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00    UNLIQ |
|---|---|---|

---

OLSEN, ROBERT C
4770 N. STONE ROAD
BETHEL ISLAND, CA 94511-1960

Claim Number: 4149
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8757 (11/15/2010)

| PRIORITY | Claimed: | $0.00    UNLIQ |
|---|---|---|

---

OLSEN, ROY
824 KNIGHT ST #1
TOMS RIVER, NJ 08753-5638

Claim Number: 5557
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00    UNLIQ |
|---|---|---|

---

OLSON, RUBY P
10849 COUNTY ROAD 212
TYLER, TX 75707-3408

Claim Number: 9690
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00    UNLIQ |
|---|---|---|

---

OLSSON ROOFING CO, INC
740 S. LAKE STREET
AURORA, IL 60507

Claim Number: 8692
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $731.00 | Scheduled: | $731.00 |
|---|---|---|---|---|

---

OLSSON ROOFING CO., INC.
ATTN: DEANNA STADTLER
740 S. LAKE ST.
PO BOX 1450
AURORA, IL 60507

Claim Number: 13132
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $731.00 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

OLYMPE INC
928, BOULD. SAGUENAY EST CP 473
CHICOUTIMI, QC G7H 5C8
CANADA

Claim Number: 8324
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $1,225.94 | Scheduled: | $1,024.11 |
|---|---|---|---|---|

---

OLYMPIC WIRE & EQUIPMENT CO INC
1300 N. BRISTOL STREET STE.#214
PO BOX 3227
NEWPORT BEACH, CA 92659

Claim Number: 6312
Claim Date: 07/24/2009
Debtor: CALPINE CORRUGATED, LLC

| UNSECURED | Claimed: | $16,055.91 | Scheduled: | $15,031.26 |
|---|---|---|---|---|

---

OLYMPIC WIRE & EQUIPMENT CO INC
1300 N. BRISTOL STREET STE.#214
PO BOX 3227
NEWPORT BEACH, CA 92659

Claim Number: 6669
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $28,374.24 | Scheduled: | $25,484.16 |
|---|---|---|---|---|

---

OMAR PARMENTER TIRES & SERVICE INC
772 ELK STREET
BUFFALO, NY 14210

Claim Number: 8261-01
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 5769 (03/11/2010)
Claim out of balance

| ADMINISTRATIVE | Claimed: | $1,301.24 |
|---|---|---|

---

OMAR PARMENTER TIRES & SERVICE INC
772 ELK STREET
BUFFALO, NY 14210

Claim Number: 8261-02
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
Claim out of balance

| UNSECURED | Claimed: | $2,917.25 | Scheduled: | $4,048.16 |
|---|---|---|---|---|

---

OMAR'S TIRE SERVICE, INC.
772 ELK ST
ATTN: WILLIAM ORLANDO
BUFFALO, NY 14210

Claim Number: 12324
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET 7550 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $1,405.34 |
|---|---|---|
| UNSECURED | Claimed: | $4,218.49 |
| TOTAL | Claimed: | $4,218.49 |

---

OMYA INC.
LEGAL DEPT.
9987 CARVER ROAD, SUITE 300
CINCINNATI, OH 45242

Claim Number: 13232
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8909 (01/25/2011)

| UNSECURED | Claimed: | $194,259.84 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| ON DEMAND TECHNOLOGY<br>9291 COPY<br>OVERLAND PARK, KS 66214 | | Claim Number: 6522<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $814.94 | Scheduled: | $725.00 | |

---

| | | | | | |
|---|---|---|---|---|---|
| ONE SON LOGGING<br>205 CENTRAL AVE<br>MARTIN CITY, MT 59926-9010 | | Claim Number: 4069<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $801.00 | Scheduled: | $801.00 | |

---

| | | | | | |
|---|---|---|---|---|---|
| ONE SOURCE, INC.<br>1124 HIGHWAY 315<br>WILKES BARRE, PA 18702 | | Claim Number: 13097<br>Claim Date: 09/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | |
| PRIORITY | Claimed: | $91.75 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| ONEAL STEEL INC<br>PO BOX 2623<br>BIRMINGHAM, AL 35202 | | Claim Number: 7531<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $29,765.06 | Scheduled: | $30,146.88 | |

---

| | | | | | |
|---|---|---|---|---|---|
| ONESOURCE STAFFING SOLUTIONS<br>1124 HIGHWAY 315<br>WILKES BARRE, PA 18702 | | Claim Number: 5831<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $91.75 | Scheduled: | $91.75 | |

---

| | | | | | |
|---|---|---|---|---|---|
| ONEY MACHINE<br>MICAHEL ONEY<br>PO BOX 193<br>PLYMOUTH, OH 44865 | | Claim Number: 1745<br>Claim Date: 03/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $60,525.69 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| ONEY MACHINE CO<br>PO BOX 193<br>PLYMOUTH, OH 44865-0193 | | Claim Number: 7338<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $60,525.69 | Scheduled: | $60,852.52 | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| ONTARIO FRUIT AND VEGETABLE GROWERS'<br>ASSOCIATION, THE<br>ATTN: ART SMITH, CEO<br>105-355 ELMIRA ROAD SOUTH<br>GUELPH, ON N1K 1S5<br>CANADA | Claim Number: 12697<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 12696<br>Claim out of balance |
|---|---|

| UNSECURED | Claimed: | $9,741.51 |
|---|---|---|
| TOTAL | Claimed: | $9,749.51 |

---

| ONTARIO MINISTRY OF REVENUE<br>COLLECTIONS BRANCH INSOLVENCY UNIT<br>33 KING ST W, PO BOX 627<br>OSHAWA, ON L1H-8H8<br>CANADA | Claim Number: 8779<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $718,768.72 |
|---|---|---|

---

| ONTARIO MINISTRY OF REVENUE<br>COLLECTIONS BRANCH INSOLVENCY UNIT<br>33 KING ST W, PO BOX 627<br>OSHAWA, ON L1H-8H8<br>CANADA | Claim Number: 8780<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $654,848.56 |
|---|---|---|

---

| ONTARIO MINISTRY OF REVENUE<br>COLLECTIONS BRANCH INSOLVENCY UNIT<br>6-33 KING ST W POBOX 627<br>OSHAWA, ON L1H-8H8<br>CANADA | Claim Number: 8782<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $5,646,797.09 |
|---|---|---|

---

| ONTARIO REFRIGERATION INC<br>635 S MOUNTAIN AVENUE<br>ONTARIO, CA 91762 | Claim Number: 6626<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $438.00 | Scheduled: | $438.00 |
|---|---|---|---|---|

---

| ONTONAGON COUNTY TREASURER<br>725 GREENLAND RD<br>ONTONAGON, MI 49953 | Claim Number: 2401<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| PRIORITY | Claimed: | $508.30 |
|---|---|---|
| UNSECURED | Claimed: | $508.30 |
| TOTAL | Claimed: | $508.30 |

---

| ONTONAGON COUNTY TREASURER<br>725 GREENLAND RD<br>ONTONAGON, MI 49953 | Claim Number: 2716<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| PRIORITY | Claimed: | $42,603.21 |
|---|---|---|
| UNSECURED | Claimed: | $42,603.21 |
| TOTAL | Claimed: | $42,603.21 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| ONTONAGON CTY<br>725 GREENLAND ROAD<br>ONTONAGON, MI 49953 | | Claim Number: 13739<br>Claim Date: 01/11/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 7653 (03/10/2010) | | |
| PRIORITY | Claimed: | $42,603.21 | | |
| ONTONAGON CTY<br>725 GREENLAND ROAD<br>ONTONAGON, MI 49953 | | Claim Number: 13740<br>Claim Date: 01/11/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 7653 (03/10/2010) | | |
| PRIORITY | Claimed: | $508.30 | | |
| ONTONAGON HERALD<br>326 RIVER STREET<br>ONTONAGON, MI 49953 | | Claim Number: 6308<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $805.00 | Scheduled: | $805.00 |
| ONTONAGON TOWNSHIP<br>ATTN: PENNY L. SAARI, TREASURER<br>311 N. STEEL STREET<br>ONTONAGON, MI 49953-1131 | | Claim Number: 2472<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
| PRIORITY | Claimed: | $93,741.85 | | |
| UNSECURED | Claimed: | $93,741.85 | | |
| TOTAL | Claimed: | $93,741.85 | | |
| ONTONAGON TOWNSHIP<br>ATTN: PENNY L SAARI, TREASURER<br>311 N STEEL STREET<br>ONTONAGON, MI 49953-1131 | | Claim Number: 7891<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $207,306.33 | | |
| ONTONAGON WORK PROGRAM<br>SERAFINI,SUSAN<br>COPPER COUNTY MENTAL HEALTH<br>901 W MEMORIAL DRIVE<br>HOUGHTON, MI 49931 | | Claim Number: 2324<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $4,518.69 | Scheduled: | $4,518.69 |
| ONTOR LIMITED<br>ATTN: BARRY ELDER<br>12 LESWYN RAOD<br>TORONTO, ON M6A 1R3<br>CANADA | | Claim Number: 8429<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $240.78 | Scheduled: | $396.98 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| OPAC PACKAGING CORPORATION<br>4004 WHITFORD COURT<br>BROWNS SUMMIT, NC 27214 | Claim Number: 11464<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2205 (10/09/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,883.52 | | |
| UNSECURED | | | Scheduled: | $2,883.52 |

---

| OPEN TEXT INC.<br>C/O OPEN TEXT CORPORATION<br>275 FRANK TOMPA DRIVE<br>WATERLOO, ON N2L 0A1<br>CANADA | Claim Number: 2129<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 7651 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $420,010.91 | Scheduled: | $374,146.51 |

---

| OPEN TEXT INC. C/O<br>OPEN TEXT CORPORATION<br>275 FRANK TOMPA DRIVE<br>WATERLOO, ON N2L 0A1<br>CANADA | Claim Number: 785<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $346,346.95 |

---

| OPERATING INDUSTRIES STEERING COMMITTEE<br>C/O ALLAN ICKOWITZ, ESQ<br>NISSAMAN LLP<br>445 S FIGUEROA STREET, 31ST FLOOR<br>LOS ANGELES, CA 90071 | Claim Number: 10007<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8880 (01/06/2011) |
|---|---|

| UNSECURED | Claimed: | $3,634.00   UNLIQ | Scheduled: | $3,634.00 |

---

| OPERATION TRONCO INC<br>ATTN: M. ERIC BOUCHARD<br>1053 BOULEVARD DUCHARME<br>LA TUQUE, QB 59X 3C3<br>CANADA | Claim Number: 12807<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET 7432 (05/04/2010) |
|---|---|

| UNSECURED | Claimed: | $88,940.21 | Scheduled: | $164,878.93 |

---

| OPPORTUNITY DEVELOPMENT CENTERS INC<br>1191 HUNTINGTON AVE<br>WISCONSIN RAPIDS, WI 54494 | Claim Number: 5859<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $15,879.53 | Scheduled: | $7,323.86 |

---

| OPPORTUNITY RESOURCES, INC.<br>2821 S. RUSSELL ST.<br>MISSOULA, MT 59801 | Claim Number: 2909<br>Claim Date: 05/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $42,378.53 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| OPPORTUNITY RESOURCES, INC.<br>2821 S. RUSSELL ST.<br>MISSOULA, MT 59801 | | Claim Number: 3060<br>Claim Date: 05/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED | Claimed: | $16,324.19 | | | |
| ORACLE CORPORATION CANADA INC.<br>ATTN: JEFFREY ROSS<br>PO BOX 4598 POSTAL STATION A<br>TORONTO, ON M5W 4Y3<br>CANADA | | Claim Number: 12991<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $2,448.03 | Scheduled: | $1,009.74 | |
| ORACLE USA, INC., ET., AL<br>C/O SHAW CHRISTIANSON, ESQ.<br>BUCHALTER NEMER P.C.<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105 | | Claim Number: 10769<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8119 (06/22/2010) | | | |
| UNSECURED | Claimed: | $4,009.66 | Scheduled: | $4,009.66 | |
| ORAMAC INC<br>8100 NE ST JOHNS RD<br>P.O.BOX 5398<br>VANCOUVER, WA 98668 | | Claim Number: 5782<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $4,125.00 | Scheduled: | $4,125.00 | |
| ORANGE COUNTY LOCKSMITH SERVICE<br>PO BOX 785<br>ORANGE, CA 92856 | | Claim Number: 160<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED | Claimed: | $14,463.84 | | | |
| ORANGE COUNTY LOCKSMITH SERVICE<br>PO BOX 785<br>ORANGE, CA 92856 | | Claim Number: 1363<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED | Claimed: | $14,463.84 | | | |
| ORANGE COUNTY REGISTER<br>FILE 56017<br>LOS ANGELES, CA 90074-6017 | | Claim Number: 5222<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | |
| UNSECURED | Claimed: | $0.00 | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ORANGE COUNTY TAX COLLECTOR<br>EARL K. WOOD<br>200 SOUTH ORANGE AVENUE<br>PO BOX 2551<br>ORLANDO, FL 32802 | Claim Number: 3560<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| SECURED | Claimed: | $1,958.04   UNLIQ |
|---|---|---|

| ORANGE COUNTY TAX COLLECTOR<br>EARL K. WOOD<br>200 SOUTH ORANGE AVENUE<br>PO BOX 2551<br>ORLANDO, FL 32802 | Claim Number: 3561<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| SECURED | Claimed: | $1,873.72   UNLIQ |
|---|---|---|

| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>ATTN: BANKRUPTCY UNIT<br>SANTA ANA, CA 92702-1438 | Claim Number: 9786<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $41,917.45 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>ATTN: BANKRUPTCY UNIT<br>SANTA ANA, CA 92702-1438 | Claim Number: 11267<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $41,917.45 |
|---|---|---|

| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | Claim Number: 11534<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| PRIORITY | Claimed: | $41,917.45 |
|---|---|---|

| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92702-1438 | Claim Number: 13920<br>Claim Date: 03/22/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4,227.59   UNLIQ |
|---|---|---|

| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>CHRISS W. STREET<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92702-1438 | Claim Number: 14040<br>Claim Date: 06/07/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $10,062.68 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| ORANGE COURIER<br>3731 W WARNER AVE<br>SANTA ANA, CA 92704 | Claim Number: 4805<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $9,439.81 | Scheduled: | $5,669.63 |
|---|---|---|---|---|

| ORBIS CORPORATION<br>1055 CORPORATE CENTER DRIVE<br>OCONOMOWOC, WI 53066 | Claim Number: 7662<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $21,279.94 | Scheduled: | $20,531.70 |
|---|---|---|---|---|

| ORBIS ENGINEERING FIELD SERVICES LTD<br>ATTN: CODY ZAITSOFF<br>#300 9404 41 AVENUE<br>EDMONTON, AB T6E 6G8<br>CANADA | Claim Number: 13317<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $5,036.85 |
|---|---|---|

| ORCON INDUSTRIES CORP<br>8715 LAKE ROAD<br>LEROY, NY 14482 | Claim Number: 5012<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,201.50 | Scheduled: | $1,201.50 |
|---|---|---|---|---|

| OREGON CITY GARBAGE CO INC<br>PO BOX 1840<br>OREGON CITY, OR 97045 | Claim Number: 3708<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $520.50 | Scheduled: | $200.00 |
|---|---|---|---|---|

| OREGON DEPARTMENT OF FISH AND WILDLIFE<br>3406 CHERRY AVE NE<br>SALEM, OR 97303 | Claim Number: 5353<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8789 (11/23/2010) |
|---|---|

| UNSECURED | Claimed: | $113,323.99 |
|---|---|---|

| OREGON INDUSTRIAL REPAIR INC.<br>PO BOX 1053<br>SALEM, OR 97308-1053 | Claim Number: 5551<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $1,500.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| OREGON LITHO PRINT INC<br>PO BOX 299<br>MCMINNVILLE, OR 97128 | Claim Number: 11848<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,148.96 | Scheduled: | $4,672.96 |
|---|---|---|---|---|

| OREGONIAN PUBLISHING COMPANY, LLC<br>D.W. PALMER, CONTROLLER<br>1320 SW BROADWAY<br>PORTLAND, OR 97201 | Claim Number: 12140<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $135,379.96 | Scheduled: | $132,786.13 |
|---|---|---|---|---|

| ORKIN INC<br>CLIENT SERVICES<br>2170 PIEDMONT ROAD N.E.<br>ATLANTA, GA 30324 | Claim Number: 1787<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $26,151.99 |
|---|---|---|

| ORKIN INC<br>CLIENT SERVICES<br>2170 PIEDMONT ROAD N.E.<br>ATLANTA, GA 30324 | Claim Number: 2214<br>Claim Date: 04/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $675.10 |
|---|---|---|

| ORKIN INC<br>11147 AIRPARK DRIVE SUITE 3<br>ASHLAND, VA 23005 | Claim Number: 11105<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $7,904.64 | Scheduled: | $50,446.56 |
|---|---|---|---|---|

| ORLANDO HOSE & FLUID POWER<br>5627 COMMERCE DRIVE<br>ORLANDO, FL 32839 | Claim Number: 3687<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $4,681.96 | Scheduled: | $4,859.15 |
|---|---|---|---|---|

| ORLANDO WASTE PAPER CO INC<br>2715 STATEN ROAD<br>ORLANDO, FL 32804 | Claim Number: 2434<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $9,189.76 | Scheduled: | $9,386.38 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ORR  JR., ABRAHAM<br>1130 DOYLE AVE<br>MOBILE, AL 36605 | Claim Number: 6541<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

| ORR SAFETY CORPORATION<br>11601 INTERCHANGE DR<br>LOUISVILLE, KY 40229 | Claim Number: 3553<br>Claim Date: 06/29/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,777.39 | Scheduled: | $3,726.80 |
|---|---|---|---|---|

---

| ORR, ABRAHAM JR.<br>1130 DOYLE AVENUE<br>MOBILE, AL 36605 | Claim Number: 8738<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| ORR, JR., ABRAHAM<br>1130 DOYLE AVENUE<br>MOBILE, AL 36605 | Claim Number: 6722<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| ORR, R T<br>228 IVY DR<br>LYNCHBURG, VA 24503 | Claim Number: 6128<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| ORTIZ, RALPH<br>4910 E TOWNSEND AVENUE<br>FRESNO, CA 93727-5007 | Claim Number: 7114<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| OSBORNE JR, MANUEL<br>2765 HWY 155<br>QUITMAN, LA 71268 | Claim Number: 10238<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| OSBORNE, MOSES C<br>140 SUGAR CREEK ROAD<br>QUITMAN, LA 71268 | Claim Number: 10239<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| OSBORNE, SANFORD LEE<br>134 OSBORNE ROAD<br>QUITMAN, LA 71268 | Claim Number: 10240<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| OSBOURNE, INGE<br>C/O THOMAS, TRATTNER & MALONE, LLC<br>ONE SOUTH MAIN STREET<br>2ND FLOOR<br>AKRON, OH 44308 | Claim Number: 2006<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| OSLER LOGGING INC<br>2790 NELSON ROAD<br>BOZEMAN, MT 59718 | Claim Number: 234<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $74,762.72 | Scheduled: | $74,762.72  UNLIQ |
|---|---|---|---|---|

| OSLER, HOSKIN & HARCOURT LLP<br>BOX 50, 1 FIRST CANADIAN PLACE<br>TORONTO, ON M5X 1B8<br>CANADA | Claim Number: 3405<br>Claim Date: 06/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>3,435.69 CAD |
|---|---|

| UNSECURED | Claimed: | $3,435.69 | Scheduled: | $2,822.85 |
|---|---|---|---|---|

| OSLSOFT INC<br>ATTN: LYNDA HIMES<br>777 DAVIS STREET<br>SAN LEANDRO, CA 94577 | Claim Number: 65<br>Claim Date: 02/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $54,512.86 | Scheduled: | $395,416.65 |
|---|---|---|---|---|

| OSMUN, RONALD<br>1015 2ND AVE<br>ALPHA, NJ 08865 | Claim Number: 7390<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

OSTAPOVICH, AVEN
21005 CROOK AVE.
MAPLE RIDGE, BC V2X 7P7
CANADA

Claim Number: 13154
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
Claimant asserts 240.96 per month

| UNSECURED | Claimed: | $0.00 UNLIQ | | |

---

OSTERKAMP, LILA
245 MICHIE LANE
ST. CLAIR, MO 63077

Claim Number: 9997
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00 UNDET | | |

---

OSTIS, ALGRID R
UNIT P3N
5 OAK BROOK CLUB DR.
OAK BROOK, IL 60523

Claim Number: 9617
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ | | |

---

OTIS ELEVATOR COMPANY, ET AL.
ATTN: TREASURY SERVICES-J. PARENT 3RD FL
1 FARM SPRINGS
FARMINGTON, CT 06032

Claim Number: 908
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET 7432 (05/04/2010)

| UNSECURED | Claimed: | $6,421.72 | Scheduled: | $17,298.44 |

---

OTIS ELEVATOR COMPANY, ET AL.
ATTN: TREASURY SERVICES-J. PARENT 3RD FL
1 FARM SPRINGS
FARMINGTON, CT 06032

Claim Number: 909
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7553 (05/10/2010)

| UNSECURED | Claimed: | $921.60 | Scheduled: | $809.83 |

---

OTT'S FRICTION SUPPLY, INC.
201 N. COLUMBIA BLVD.
PORTLAND, OR 97217

Claim Number: 2886
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $859.52 | Scheduled: | $789.05 |

---

OTT, ELLEN RENEA
564 NINE PINE ROAD
JONESBORO, LA 71251

Claim Number: 10241
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 UNLIQ | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| | | | | |
|---|---|---|---|---|
| OTTAWA VALLEY OXYGEN LTD<br>ATTN: DEAN KENOPIC OR LISA SKEBO-LINDE<br>PO BOX 515 1050 B HWY 132<br>RENFREW, ON K7V 4R1<br>CANADA | | Claim Number: 13277<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $3,403.19 | Scheduled: | $2,836.75 |
| OTTAWA VALLEY OXYGEN LTD.<br>ATTN: DEAN KENOPIC OR LISA SKEBO-LINDE<br>PO BOX 515 1050 B HWY 132<br>RENFREW, ON K7V 4B1<br>CANADA | | Claim Number: 13276<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $2,788.23 | | |
| OTTE CONTROLS INC<br>PO BOX 35711<br>RICHMOND, VA 23235-0711 | | Claim Number: 7946-01<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $1,859.46 | Scheduled: | $2,069.98 |
| OTTE CONTROLS INC<br>PO BOX 35711<br>RICHMOND, VA 23235-0711 | | Claim Number: 7946-02<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1911 (09/11/2009) | | |
| ADMINISTRATIVE | Claimed: | $219.00 | | |
| OTTMAN FORESTRY CONSULTANTS, INC.<br>615 E. SUSSEX AVE.<br>MISSOULA, MT 59801 | | Claim Number: 2049<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $12,455.04 | | |
| OUTSOURCE INVESTIGATIONS INC<br>PO BOX 1268<br>CASTLE ROCK, CO 80104-1268 | | Claim Number: 4514<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,852.08 | Scheduled: | $2,852.08 |
| OVAL INTERNATIONAL<br>1124 NORTHSIDE ROAD<br>BURLINGTON, ON L7M 1H4<br>CANADA | | Claim Number: 7681<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $44,203.84 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

OVAL INTERNATIONAL
1124 NORTHSIDE ROAD
BURLINGTON, ON L7M 1H4
CANADA

Claim Number: 9480
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $44,203.84 | | |

---

OVERHEAD DOOR CO OF CENTRAL VA
PO BOX 6310
ASHLAND, VA 23005-6310

Claim Number: 3650
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $11,203.78 | Scheduled: | $9,134.00 |

---

OVERHEAD DOOR CO OF JACKSONVILLE INC
6884 PHILIPS PARKWAY NE
JACKSONVILLE, FL 32256

Claim Number: 13848
Claim Date: 02/22/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $13,949.00 | Scheduled: | $3,299.00 |

---

OVERHEAD DOOR CO OF SPRINGFIELD
707 NORTH GRANT ST
SPRINGFIELD, MO 65802

Claim Number: 12305
Claim Date: 09/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $413.21 | Scheduled: | $413.21 |

---

OVERHEAD DOOR CO. OF JACKSONVILLE, INC.
6884 PHILLIPS PARKWAY DRIVE NORTH
JACKSONVILLE, FL 32256

Claim Number: 9459
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3286 (12/18/2009)

| UNSECURED | Claimed: | $0.00   UNDET | | |

---

OVERHEAD DOOR CO. OF KC, A DIVISION OF
DH PACE CO.
ATTN: CAROL TURPIN
PO BOX 12517
N KANSAS CITY, MO 64116

Claim Number: 13179-01
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 7189 (04/22/2010)

| ADMINISTRATIVE | Claimed: | $493.83 | | |

---

OVERHEAD DOOR CO. OF KC, A DIVISION OF
DH PACE CO.
ATTN: CAROL TURPIN
PO BOX 12517
N KANSAS CITY, MO 64116

Claim Number: 13179-02
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $743.75 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

OVERHEAD DOOR COMPANY (03)
PO BOX 12517
N KANSAS CITY, MO 64116

Claim Number: 13180
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,237.58 | | |

---

OVERHEAD DOOR COMPANY OF COLUMBIA, INC.
313 RABON ROAD
COLUMBIA, SC 29223

Claim Number: 1063
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $4,983.40 | Scheduled: | $4,983.40 |

---

OWEN BIRD LAW CORPORATION
PO BOX 49130
THREE BENTALL CENTRE
2900-595 BURRAD STREET
VANCOUVER, BC V7X 1J5
CANADA

Claim Number: 8642
Claim Date: 07/21/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $9,275.87 | | |

---

OWENS & MANNING
PO BOX 787
COSHOCTON, OH 43812

Claim Number: 4080
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $189.00 | Scheduled: | $189.00 |

---

OWENS, HORACE G
607 EAST CENTER AVENUE
LAKE BLUFF, IL 60044

Claim Number: 5541
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

OWENS, M E
P.O. BOX 591
BEDFORD, TX 760950591

Claim Number: 12131
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $121,752.00 | | |

---

OYO GEO SPACE CANADA INC
ATTN: DAVID GRINDELL, PRESIDENT
2735 37TH AVENUE NE
CALGARY, AB T1Y SR8
CANADA

Claim Number: 12992
Claim Date: 08/28/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| ADMINISTRATIVE | Claimed: | $39,803.40 | | |
| UNSECURED | Claimed: | $88,792.20 | Scheduled: | $61,236.00 |
| TOTAL | Claimed: | $88,792.20 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

OYO GEO SPACE CANADA INC.
ATTN: DAVID GRINDELL
2735 37TH AVE., N.E.
CALGARY, AB T1Y 5R8
CANADA

Claim Number: 12974-01
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET 7188 (04/22/2010)

| ADMINISTRATIVE | Claimed: | $30,618.00 |
| --- | --- | --- |

---

OYO GEO SPACE CANADA INC.
ATTN: DAVID GRINDELL
2735 37TH AVE., N.E.
CALGARY, AB T1Y 5R8
CANADA

Claim Number: 12974-02
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET 7188 (04/22/2010)

| UNSECURED | Claimed: | $58,174.20 |
| --- | --- | --- |

---

OYO GEO SPACE CANADA INC.
ATTN: DAVID GRINDELL
2735 37TH AVE., N.E.
CALGARY, AB T1Y 5R8
CANADA

Claim Number: 12979
Claim Date: 08/28/2009
Debtor: 3083527 NOVA SCOTIA COMPANY
Comments: EXPUNGED
DOCKET 8530 (09/13/2010)

| ADMINISTRATIVE | Claimed: | $39,803.40 |
| --- | --- | --- |
| UNSECURED | Claimed: | $88,792.20 |
| TOTAL | Claimed: | $88,792.20 |

---

OYO GEO SPACE CANADA INC.
ATTN: DAVID GRINDELL
2735 37TH AVE., N.E.
CALGARY, AB T1Y 5R8
CANADA

Claim Number: 12988
Claim Date: 08/28/2009
Debtor: MBI LIMITED/LIMITEE
Comments: EXPUNGED
DOCKET 8530 (09/13/2010)

| ADMINISTRATIVE | Claimed: | $39,803.40 |
| --- | --- | --- |
| UNSECURED | Claimed: | $88,792.20 |
| TOTAL | Claimed: | $88,792.20 |

---

OYO GEO SPACE CANADA, INC.
2735 37TH AVE., N.E.
CALGARY, AB T1Y SR8
CANADA

Claim Number: 12737
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8530 (09/13/2010)

| ADMINISTRATIVE | Claimed: | $9,185.40 |
| --- | --- | --- |
| UNSECURED | Claimed: | $27,556.20 |
| TOTAL | Claimed: | $27,556.20 |

---

OYO GEO SPACE CANADA, INC.
2735 37TH AVE., N.E.
CALGARY, AB T1Y 5R8
CANADA

Claim Number: 12738
Claim Date: 08/21/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLY AMENDED BY 12992

| UNSECURED | Claimed: | $27,556.20 | Scheduled: | $24,532.46 |
| --- | --- | --- | --- | --- |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| OYO GEO SPACE CANADA, INC.<br>2735 37TH AVE., N.E.<br>CALGARY, AB T1Y SR8<br>CANADA | Claim Number: 12739<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $30,618.00 | |
| UNSECURED | Claimed: | $61,236.00 | |
| TOTAL | Claimed: | $61,236.00 | |

---

| OYO GEO SPACE CANADA, INC.<br>2735 37TH AVE., N.E.<br>CALGARY, AB T1Y 5R8<br>CANADA | Claim Number: 12740<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLY AMENDED BY 12992 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $61,236.00 | |

---

| OZARK MOTOR LINES, INC<br>PO BOX 181077<br>MEMPHIS, TN 38181-1077 | Claim Number: 9536<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $41,222.49 | Scheduled: | $55,398.48 |

---

| OZARK PACKAGING INC<br>PO BOX 10<br>NIXA, MO 65714 | Claim Number: 5115<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,747.04 | Scheduled: | $3,698.80 |

---

| OZBURN ELECTRICAL CONTRACTORS, INC.<br>8316 HAZELBRAND RD., NE<br>COVINGTON, GA 30014 | Claim Number: 3504<br>Claim Date: 06/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $1,686.93 | |

---

| OZBURN-HESSEY LOGISTICS<br>187 KOHLMAN ROAD<br>FOND DU LAC, WI 54935 | Claim Number: 7132<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,159.01 | |

---

| OZBURN-HESSEY LOGISTICS<br>187 KOHLMAN ROAD<br>FOND DU LAC, WI 54935 | Claim Number: 9669<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,159.01 | Scheduled: | $8,537.18 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| P & R TRUCKING, INC<br>740 JULIE ANN WAY<br>OAKLAND, CA 94621 | Claim Number: 2965<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,029.87 | |

| P AND M SERVICES<br>DBA COFFEE COUNTY RECYCLING<br>4478 OLD MANCHESTER HWY<br>TULLAHOMA, TN 37388 | Claim Number: 10631<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,683.85 | Scheduled: | $9,795.00 |

| P AND M SERVICES<br>DBA COFFEE COUNTY RECYCLING<br>4478 OLD MANCHESTER HWY<br>TULLAHOMA, TN 37388 | Claim Number: 13684<br>Claim Date: 12/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,683.85 | |

| P&C WOODWORKS, INC<br>900 N EAST AVENUE<br>PANAMA CITY, FL 32401 | Claim Number: 2907<br>Claim Date: 05/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $21,821.57 | Scheduled: | $34,557.43 |

| P&G MACHINE & SUPPLY CO INC<br>PO BOX 7176<br>MOBILE, AL 36607 | Claim Number: 5030<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $14,354.20 | |

| P&G MACHINE & SUPPLY CO INC<br>PO BOX 7176<br>MOBILE, AL 36607 | Claim Number: 5106<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $14,354.20 | Scheduled: | $14,354.20 |

| P&R TRUCKING INC<br>740 JULIE ANN WAY<br>OAKLAND, CA 94621 | Claim Number: 9634<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,029.87 | Scheduled: | $8,440.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| P&R TRUCKING INC<br>740 JULIE ANN WAY<br>OAKLAND, CA 94621 | | Claim Number: 9653<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,029.87 | | |

---

| P&S FABRICATORS INC<br>PO BOX 749<br>FRENCHTOWN, MT 59834 | | Claim Number: 5862<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| SECURED | Claimed: | $18,540.00 | | |
| UNSECURED | Claimed: | $1,381.00 | Scheduled: | $212,211.00 |

---

| P.R. REFRIGERATION INC<br>999 BWL DUCHARME<br>ATTN: RENE PHILIBERT<br>LA TUQUE, PQ G9X 3C3<br>CANADA | | Claim Number: 8769-01<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,580.63 | | |

---

| P.R. REFRIGERATION INC<br>999 BWL DUCHARME<br>ATTN: RENE PHILIBERT<br>LA TUQUE, PQ G9X 3C3<br>CANADA | | Claim Number: 8769-02<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 2813 (11/18/2009) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,680.97 | | |

---

| PACE INDUSTRY UNION-MANAGEMENT PENSION FUND<br>3320 PERIMETER HILL DRIVE<br>NASHVILLE, TN 37211-4123 | | Claim Number: 11150<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 9115 (08/24/2011) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,821.57 | | |

---

| PACE INDUSTRY-UNION MANAGEMENT PENSION FUND - ATTN: ALEXANDRA TSIROS, ESQ.<br>1625 MASSACHUSETTS AVE, NW<br>WASHINGTON, DC 20052 | | Claim Number: 14144<br>Claim Date: 09/23/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 9116 (08/24/2011) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $40.07 | | |
| UNSECURED | Claimed: | $39,461.68 | | |

---

| PACE TECHNOLOGIES INC.<br>9604 41 AVE<br>EDMONTON, AB T6E 6G9<br>CANADA | | Claim Number: 2590<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,725.00 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PACE TECHNOLOGIES INC.<br>9604 41 AVE<br>EDMONTON, AB T6E 6G9<br>CANADA | Claim Number: 3122<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,725.00 | |

| PACEMAKER STEEL & PIPING CORP<br>501 MAIN STREET<br>UTICA, NY 13501 | Claim Number: 3670<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $273.64 | Scheduled: | $273.64 |

| PACER CARTAGE INC<br>PO BOX 515379<br>LOS ANGELES, CA 90051 | Claim Number: 5990<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,337.23 | |

| PACIFIC CONCRETE<br>12957 GARVEY AVENUE<br>BALDWIN PARK, CA 91706 | Claim Number: 7430<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $97,290.00 | Scheduled: | $97,290.00 |

| PACIFIC EMPLOYERS INSURANCE COMPANY<br>436 WALNUT STREET, WA02J<br>PHILADELPHIA, PA 19106 | Claim Number: 13079<br>Claim Date: 09/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9021 (04/07/2011) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |

| PACIFIC RIM CAPITAL, INC.<br>THOMAS V. ASKOUNIS & DARCY, PC<br>401 NORTH MICHIGAN AVENUE SUITE 550<br>CHICAGO, IL 60611 | Claim Number: 11874<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7432 (05/04/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $47,123.46 | Scheduled: | $74,511.68 |

| PACIFIC SANITATION, INC.<br>PO BOX 17669<br>SALEM, OR 97305 | Claim Number: 6324<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,041.63 | Scheduled: | $1,969.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PACIFIC STEEL & RECYCLING
PO BOX 1549
GREAT FALLS, MT 59403

Claim Number: 3302
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7553 (05/10/2010)

| UNSECURED | Claimed: | $10,592.09 | Scheduled: | $17,006.41 |
|---|---|---|---|---|

PACIFIC/HOE SAW & KNIFE CO.
PO BOX 82155
PORTLAND, OR 97282-0155

Claim Number: 4345
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7550 (05/10/2010)

| UNSECURED | Claimed: | $6,105.87 | Scheduled: | $6,105.87 |
|---|---|---|---|---|

PACKAGE DESIGN & SUPPLY
1014 NORTHHAMPTON STREET
BUFFALO, NY 14211

Claim Number: 5464
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $8,064.00 | Scheduled: | $8,064.00 |
|---|---|---|---|---|

PACKAGEONE INC.
DBA AMERICAN RIVER PACKAGEONE
4225 PELL DRIVE
SACRAMENTO, CA 95838

Claim Number: 460
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| SECURED | Claimed: | $246,315.68 |
|---|---|---|

PACKAGEONE INC.
DBA AMERICAN RIVER PACKAGEONE
4225 PELL DRIVE
SACRAMENTO, CA 95838

Claim Number: 797
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| SECURED | Claimed: | $246,315.68 |
|---|---|---|

PACKAGING ATLANTA CORPORATION
291 NORTH INDUSTRIAL WAY
CANTON, GA 30115

Claim Number: 2314
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,000.00 | Scheduled: | $385.00 |
|---|---|---|---|---|

PACKAGING CONSULTANTS INTERNATIONAL
1101 STATE FAIR BLVD
SYRACUSE, NY 13209-1009

Claim Number: 2827
Claim Date: 05/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,055.38 | Scheduled: | $100.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PACKAGING CORPORATION OF AMERICA<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>BRADFORD J. SANDLER<br>222 DELAWARE AVE., SUITE 801<br>WILMINGTON, DE 19801 | Claim Number: 2849<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $256,438.04 | |

| PACKAGING CORPORATION OF AMERICA<br>C/O DAWN BARKER FLOYD<br>128 S. TRYON ST. - SUITE 1800<br>CHARLOTTE, NC 28202 | Claim Number: 2871<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|
| SECURED | Claimed: | $75,673.22 | |
| UNSECURED | Claimed: | $428,140.00 | |

| PACKAGING INC<br>125 SOUTH 8TH STREET<br>MILLVILLE, NJ 08332 | Claim Number: 4067<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,914.50 | Scheduled: | $9,144.50 |

| PACKAGING INNOVATIONS COMPANY INC<br>PO BOX 1047<br>WESTERVILLE, OH 43086-7047 | Claim Number: 9615<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $9,885.51 | Scheduled: | $9,885.51 |

| PACKAGING RESOURCES<br>12555 SW TUALATIN SHERWOOD RD<br>TUALATIN, OR 97062-8051 | Claim Number: 3466<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,399.93 | Scheduled: | $2,399.93 |

| PACKAGING SOLUTIONS INC<br>PO BOX 464<br>CONWAY, AR 72033 | Claim Number: 1347<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,405.50 | Scheduled: | $7,178.70 |

| PACKAGING TAPE INCORPORATED<br>PO BOX 569<br>WAUSAU, WI 54402-0569 | Claim Number: 2680<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,061.79 | Scheduled: | $11,061.79 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PACKER III, EDWIN L<br>372 CORNING AVE<br>MILPITAS, CA 95035 | Claim Number: 5554<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5047 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $10,528.00 | Scheduled: | $10,528.00 |
|---|---|---|---|---|

| PACKSTAR GROUP INC<br>215 JOHN GLENN DRIVE<br>AMHERST, NY 14228 | Claim Number: 11428<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $53,266.47 | Scheduled: | $71,241.39 |
|---|---|---|---|---|

| PACWILL ENVIRONMENTAL<br>P.O. BOX 463<br>4961 KING ST. E UNIT T1<br>BEAMSVILLE, ON L0R 1B0<br>CANADA | Claim Number: 1669<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $9,606.48 | Scheduled: | $7,892.93 |
|---|---|---|---|---|

| PADGETT SWANN MACHINERY<br>5128 36TH AVE S.<br>TAMPA, FL 33619 | Claim Number: 159<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7551 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,863.75 | Scheduled: | $1,863.75 |
|---|---|---|---|---|

| PAETEC<br>ATTN. SHANNON SULLIVAN<br>P.O. BOX 3177<br>CEDAR RAPIDS, IA 52406-3177 | Claim Number: 1836<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 6649 (04/07/2010)<br>Amends claim #1298 |
|---|---|

| UNSECURED | Claimed: | $2,818.18 | Scheduled: | $4,302.92 |
|---|---|---|---|---|

| PAETEC (FORMERLY MCLEOD USA)<br>ATTN. SHANNON SULLIVAN<br>P.O. BOX 3177<br>CEDAR RAPIDS, IA 52406-3177 | Claim Number: 1121<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $1,194.72 |
|---|---|---|

| PAETEC (FORMERLY MCLEOD USA)<br>ATTN. SHANNON SULLIVAN<br>P.O. BOX 3177<br>CEDAR RAPIDS, IA 52406-3177 | Claim Number: 1298<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,194.72 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PAGE, NITA<br>1617 BALTIMORE COURT<br>DERBY, KS 67037-2202 | Claim Number: 4907<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ |
|---|---|---|

| PAKRITE INCORPORATED<br>6050 CAREY DRIVE<br>VALLEY VIEW, OH 44125 | Claim Number: 7041<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $15,426.01 |
|---|---|---|

| PALERO, INC.<br>PO BOX 6<br>ATTN: ANTERO GOMES<br>CAMPBELLVILLE, ON L0P-1B0<br>CANADA | Claim Number: 8786<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $6,677.30 | Scheduled: | $7,474.78 |
|---|---|---|---|---|

| PALETERAS UNIDAS, INC.<br>PMB 461 HC 01<br>P.O. BOX 29030<br>CAGUAS, PR 00725 | Claim Number: 7156<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $22,735.30 | Scheduled: | $22,735.30 |
|---|---|---|---|---|

| PALLET BROKERS<br>PO BOX 6146<br>DES MOINES, IA 50309 | Claim Number: 4717<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,300.00 | Scheduled: | $3,300.00 |
|---|---|---|---|---|

| PALLET COMPANY INC, THE<br>2301 7TH AVE N<br>PO BOX 1481<br>FARGO, ND 58102 | Claim Number: 5344-01<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $5,847.25 | | |
| | | | Scheduled: | $15,367.25 |

| PALLET COMPANY INC, THE<br>2301 7TH AVE N<br>PO BOX 1481<br>FARGO, ND 58102 | Claim Number: 5344-02<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $11,920.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PALLET DIRECT INC.
PO BOX 255
PAW PAW, MI 49079-0255

Claim Number: 324
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $17,705.60 | | |

---

PALLET DIRECT INC.
PO BOX 255
PAW PAW, MI 49079

Claim Number: 7571
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $17,705.60 | | |

---

PALLET DIRECT INC.
PO BOX 255
PAW PAW, MI 49079

Claim Number: 7572
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $17,705.60 | Scheduled: | $17,705.60 |

---

PALLET DOCTOR
PO BOX 976
CORNELIUS, OR 97113

Claim Number: 4873-01
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $20,507.50 | Scheduled: | $28,162.50 |

---

PALLET DOCTOR
PO BOX 976
CORNELIUS, OR 97113

Claim Number: 4873-02
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1354 (08/03/2009)

| ADMINISTRATIVE | Claimed: | $5,725.00 | | |

---

PALLET KING (2008) LTD
ATTN: NENDELL LEES
BOX 35 SITE 9 RR6
CALGARY, AB T2M 4L5
CANADA

Claim Number: 8529-01
Claim Date: 07/17/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $18,315.04 | | |

---

PALLET KING (2008) LTD
ATTN: NENDELL LEES
BOX 35 SITE 9 RR6
CALGARY, AB T2M 4L5
CANADA

Claim Number: 8529-02
Claim Date: 07/17/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 2032 (09/24/2009)

| ADMINISTRATIVE | Claimed: | $5,196.00 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PALLET KING 2008 LTD<br>BAY H  7803  35 STREET SE<br>CALGARY, AB T2C 1V3<br>CANADA | Claim Number: 9472<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $22,354.50 | Scheduled: | $18,379.37 |
|---|---|---|---|---|

| PALM COAST DATA, LLC<br>11 COMMERCE BLVD<br>PALM COAST, FL 32164 | Claim Number: 7061<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,961.28 | Scheduled: | $2,961.28 UNLIQ |
|---|---|---|---|---|

| PALMER, JUDITH G & WALTER G<br>3909 PHILIP LUDWELL<br>WILLIAMSBURG, VA 23188 | Claim Number: 12801<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| PALMER, MILDRED N<br>15 SAN VINCENTE PL<br>HOT SPRINGS, AR 71909-2832 | Claim Number: 5214<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| PALMER, RONALD<br>P.O. BOX 1445<br>YULEE, FL 32041 | Claim Number: 10432<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8559 (09/17/2010) |
|---|---|

| PRIORITY | Claimed: | $5,000.00 |
|---|---|---|
| SECURED | Claimed: | $156,028.43 |

| PALMER, WALTER G<br>3909 PHILIP LUDWELL<br>WILLIAMSBURG, VA 23188 | Claim Number: 13209<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

| PALMETTO COUNTING SYSTEMS<br>1416 DREXELL DRIVE<br>CHARLESTON, SC 29407 | Claim Number: 2256<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $450.00 | Scheduled: | $450.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PALMETTO FOREST PRODUCT, INC.<br>C/O BB&T<br>ATTN: STEVEN B. LICATA<br>PO BOX 23407<br>COLUMBIA, SC 29224 | Claim Number: 9982<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $265,852.23 | | |
|---|---|---|---|---|

| PALMETTO GLASS INCORPORATED<br>PO BOX 4010<br>FLORENCE, SC 29502-4010 | Claim Number: 7161<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,929.81 | Scheduled: | $2,053.53 |
|---|---|---|---|---|

| PALMETTO INC<br>PO BOX 515875<br>PHILADELPHIA, PA 19175-5875 | Claim Number: 6087<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $262.20 | | |
|---|---|---|---|---|

| PALMETTO MACHINE & FABRICATION INC<br>PO BOX 4597<br>FLORENCE, SC 29502 | Claim Number: 7827<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $36,442.00 | Scheduled: | $36,442.00 |
|---|---|---|---|---|

| PALMETTO MACHINE AND<br>2120 NATIONAL AVENUE<br>FLORENCE, SC 29501 | Claim Number: 7826<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $690.00 | Scheduled: | $690.00 |
|---|---|---|---|---|

| PALMETTO PACKAGING<br>PO BOX 4740<br>FLORENCE, SC 29501 | Claim Number: 4422<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,970.00 | | |
|---|---|---|---|---|

| PALMETTO PACKAGING<br>PO BOX 4740<br>FLORENCE, SC 29502 | Claim Number: 4962<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,970.00 | Scheduled: | $2,840.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| PALMETTO PACKAGING CORP<br>P O BOX 4740<br>FLORENCE, SC 29502 | Claim Number: 4212<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,970.00 | |

| PALMETTO PACKAGING CORP.<br>PO BOX 4740<br>FLORENCE, SC 29502 | Claim Number: 2754<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,970.00 | |

| PALOS SHEET METAL<br>18411 S. RACHEL DR<br>MOKENA, IL 60448 | Claim Number: 1515<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $39,460.00 | |

| PAMARCO GLOBAL GRAPHICS<br>235 E. 11TH AVENUE<br>ROSELLE, NJ 07203 | Claim Number: 1887<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $39,083.56 | |

| PANAMA CITY UTILITIES DEPARTMENT<br>PO BOX 2487<br>PANAMA CITY, FL 32402 | Claim Number: 5015<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $785.38 | Scheduled: $788.30 |

| PANDA ENVIRONMENTAL SERVICES INC.<br>ATTN: TOM ANDERSON<br>70 COBBLEHILL ROAD<br>ACTON, ON I7J 1N9<br>CANADA | Claim Number: 12541<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,577.44 | Scheduled: $2,691.43 |

| PANDELIS, CATHERINE H<br>1234 HEASLETTS RD<br>CHILDERSBURG, AL 35044 | Claim Number: 13447<br>Claim Date: 09/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| PANEL PRINTS INC<br>1001 MOOSIC ROAD<br>OLD FORGE, PA 18518 | | Claim Number: 13986<br>Claim Date: 04/14/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8417 (08/19/2010) | | |
| ADMINISTRATIVE | Claimed: | $188,479.17 | | |
| UNSECURED | Claimed: | $21,164.95 | | |

| | | | | |
|---|---|---|---|---|
| PANEL PRINTS INC.<br>1001 MOOSIC ROAD<br>OLD FORGE, PA 18518 | | Claim Number: 2924<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $214,282.17 | Scheduled: | $241,222.00 |

| | | | | |
|---|---|---|---|---|
| PANERA, LLC<br>3630 SOUTH GEYER ROAD, SUITE 100<br>SUNSET HILLS, MO 63127 | | Claim Number: 833<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $2,047.75 | | |

| | | | | |
|---|---|---|---|---|
| PANGALLO, JOSEPH<br>C/O KATHERINE DAUGHTREY<br>FREKING & BETZ<br>525 VINE STREET, SIXTH FLOOR<br>CINCINNATI, OH 45202 | | Claim Number: 3276<br>Claim Date: 05/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8391 (08/16/2010) | | |
| UNSECURED | Claimed: | $35,000.00 | | |

| | | | | |
|---|---|---|---|---|
| PANHANDLE FORESTRY SERVICES, INC.<br>P.O. BOX 935<br>CHIPLEY, FL 32428 | | Claim Number: 211<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $20,013.25 | | |

| | | | | |
|---|---|---|---|---|
| PANHANDLE FORESTRY SERVICES, INC.<br>P.O. BOX 935<br>CHIPLEY, FL 32428 | | Claim Number: 7844<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $10,006.62 | Scheduled: | $20,013.25  UNLIQ |

| | | | | |
|---|---|---|---|---|
| PANNEX AUTOMATION CONTROL INC.<br>ATTN: SYLVAIN BOIVIN<br>31 RUE BECANCOUR UN. 3<br>GATINEAU, QC J8P 7X5<br>CANADA | | Claim Number: 12975<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $1,107.43 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| PAPCO, INC.<br>500 DELAWARE AVE STE 1400<br>WILMINGTON, DE 198011496 | | Claim Number: 1964-01<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 7486 (04/30/2010) | | |
| UNSECURED | Claimed: | $7,231.55 | | |
| PAPCO, INC.<br>500 DELAWARE AVE STE 1400<br>WILMINGTON, DE 19801-1496 | | Claim Number: 1964-02<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
| ADMINISTRATIVE | Claimed: | $87,560.59 | | |
| PAPCO, INC.<br>301 BENDIX RD STE 500<br>VIRGINIA BCH, VA 23452-1388 | | Claim Number: 2985<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $394,847.99 | | |
| PAPE MACHINERY INC<br>3607 20TH ST. E.<br>TACOMA, WA 9824 | | Claim Number: 1315<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $7,764.77 | | |
| PAPE MACHINERY INC<br>3607 20TH ST. E.<br>TACOMA, WA 9824 | | Claim Number: 9661<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $7,764.77 | | |
| PAPE MACHINERY, INC<br>ATTN: ROBERT RIECKE<br>355 GOODPASTURE ISLAND ROAD<br>EUGENE, OR 97401 | | Claim Number: 9660<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $54,491.88 | Scheduled: | $55,328.43 |
| PAPE MATERIAL HANDLING<br>ROBERT RIECKE, VP & GENERAL COUNSEL<br>355 GOODPASTURE ISLAND ROAD<br>EUGENE, OR 97401 | | Claim Number: 10002<br>Claim Date: 08/25/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 8669 (10/18/2010) | | |
| UNSECURED | Claimed: | $306,621.00 | Scheduled: | $3,269.12 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PAPE MATERIAL HANDLING, INC
ATTN: ROBERT RIECKE
355 GOODPASURE ISLAND ROAD
EUGENE, OR 97401

Claim Number: 9659
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8669 (10/18/2010)

| UNSECURED | Claimed: | $16,114.36 | Scheduled: | $18,078.32 |
|---|---|---|---|---|

PAPER PROCESSORS INC
2587 MERCANTILE DRIVE
RANCHO CORDOVA, CA 95742-6215

Claim Number: 6477
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,645.00 | Scheduled: | $2,645.00 |
|---|---|---|---|---|

PAPER RECOVERY OF GEORGIA, INC.
615 NORTHWEST AVE,
NORTHLAKE, IL 60164

Claim Number: 7910
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,649.83 | Scheduled: | $13,528.30 |
|---|---|---|---|---|

PAPER RECOVERY OF GEORGIA, INC.
615 NORTHWEST AVE,
NORTHLAKE, IL 60164

Claim Number: 7911
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $11,739.37 |
|---|---|---|

PAPETERIE DENIS INC
ATTN: FRANCINE BILODEAU
586 COMMERCIALE
LATUQUE, QC G9X 3A9
CANADA

Claim Number: 13155
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $1,515.54 | Scheduled: | $1,689.42 |
|---|---|---|---|---|

PAPETERIES OLYMPIQUE
2175 PLACE COTE
DUBERGER, QC G1N 4J1
CANADA

Claim Number: 12338
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $1,688.08 | Scheduled: | $1,589.81 |
|---|---|---|---|---|

PAPRIMA INDUSTRIES
75 GUTHERIE
DORVAL, QC H9P 2P1
CANADA

Claim Number: 6116
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $10,928.65 | Scheduled: | $2,416.67 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| PAQUETTE, MARIE<br>5770 HURONTARIO<br>4IEME ETAGE<br>MISSISSAUGA, ON L5R 3G5<br>CANADA | Claim Number: 8954<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | |

| UNSECURED | Claimed: | $1,005.37 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| PAR-A-GRAPHICS, INC.- ASSIGNOR<br>C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE<br>& ATTORNEY-IN-FACT<br>2699 WHITE ROAD SUITE 255<br>IRVINE, CA 92614 | Claim Number: 9180<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $621.00 | Scheduled: | $985.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| PARA PLATE<br>PO BOX 4810<br>CERRITOS, CA 90703-4810 | Claim Number: 5500<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $890.08 | Scheduled: | $711.21 |
|---|---|---|---|---|

| | | |
|---|---|---|
| PARADIS INC<br>PO BOX 97<br>BROOKS, MN 56715 | Claim Number: 4885<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | |

| UNSECURED | Claimed: | $650.00 | Scheduled: | $650.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| PARADISE VALLEY LANDSCAPING INC<br>2300 CENTRAL AVE SUITE D<br>DUARTE, CA 91010 | Claim Number: 7104<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | |

| UNSECURED | Claimed: | $392.00 | Scheduled: | $344.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| PARAGON ATLANTIC INC<br>2919 INTERSTATE STREET<br>CHARLOTTE, NC 28208 | Claim Number: 7094<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | |

| UNSECURED | Claimed: | $472.13 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| PARAGON LABELING SYSTEMS<br>C/O 9420 MALTBY ROAD<br>BRIGHTON, MI 48116 | Claim Number: 1762<br>Claim Date: 03/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | |

| UNSECURED | Claimed: | $1,186.13 | Scheduled: | $7,386.95 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PARAGON TECHNOLOGIES INC<br>5775 TEN MILE ROAD<br>WARREN, MI 48091 | Claim Number: 7093<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,077.48 | Scheduled: | $1,918.61 |
|---|---|---|---|---|

| PARAMOUNT PALLET INC<br>1330 MARTIN GROVE ROAD<br>TORONTO, ON M9W 4X3<br>CANADA | Claim Number: 6484-01<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $25,900.64 |
|---|---|---|

| PARAMOUNT PALLET INC<br>1330 MARTIN GROVE ROAD<br>TORONTO, ON M9W 4X3<br>CANADA | Claim Number: 6484-02<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010) |
|---|---|

| UNSECURED | Claimed: | $15,153.60 |
|---|---|---|

| PARAMOUNT STORAGE LTD<br>10 HUTCHINGS ST<br>WINNIPEG, MB R2X 2X1<br>CANADA | Claim Number: 2974<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $7,849.01 |
|---|---|---|

| PARAVATI, KARL, GREEN & DEBELLA<br>VINCENT M. DEBELLA ESQ.<br>COUNSEL, NYS TEAM CONFERENCE PENSION &<br>RETIREMENT FUND  -  12 STEUBEN PARK<br>UTICA, NY 13501 | Claim Number: 7765<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9146 (11/14/2011) |
|---|---|

| UNSECURED | Claimed: | $335,109.64 |
|---|---|---|

| PARAVATI, KARL, GREEN & DEBELLA<br>VINCENT M. DEBELLA ESQ.<br>COUNSEL, NYS TEAM CONFERENCE PENSION &<br>RETIREMENT FUND  -  12 STEUBEN PARK<br>UTICA, NY 13501 | Claim Number: 7766<br>Claim Date: 08/13/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: WITHDRAWN<br>DOCKET: 9146 (11/14/2011) |
|---|---|

| UNSECURED | Claimed: | $335,109.64 |
|---|---|---|

| PARAVATI, KARL, GREEN & DEBELLA<br>VINCENT M. DEBELLA ESQ.<br>COUNSEL, NYS TEAM CONFERENCE PENSION &<br>RETIREMENT FUND  -  12 STEUBEN PARK<br>UTICA, NY 13501 | Claim Number: 7767<br>Claim Date: 08/13/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9146 (11/14/2011) |
|---|---|

| UNSECURED | Claimed: | $335,109.64 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| PARAVATI, KARL, GREEN & DEBELLA VINCENT M. DEBELLA ESQ. COUNSEL, NYS TEAM CONFERENCE PENSION & RETIREMENT FUND  -  12 STEUBEN PARK UTICA, NY 13501 | Claim Number: 7768 Claim Date: 08/13/2009 Debtor: LOT 24D REDEVELOPMENT CORPORATION Comments: WITHDRAWN DOCKET: 9146 (11/14/2011) |
|---|---|
| UNSECURED           Claimed: | $335,109.64 |

| PARAVATI, KARL, GREEN & DEBELLA VINCENT M. DEBELLA ESQ. COUNSEL, NYS TEAM CONFERENCE PENSION & RETIREMENT FUND  -  12 STEUBEN PARK UTICA, NY 13501 | Claim Number: 7769 Claim Date: 08/13/2009 Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY Comments: WITHDRAWN DOCKET: 9146 (11/14/2011) |
|---|---|
| UNSECURED           Claimed: | $335,109.64 |

| PARAVATI, KARL, GREEN & DEBELLA VINCENT M. DEBELLA ESQ. COUNSEL, NYS TEAM CONFERENCE PENSION & RETIREMENT FUND  -  12 STEUBEN PARK UTICA, NY 13501 | Claim Number: 7770 Claim Date: 08/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: ALLOWED DOCKET: 9146 (11/14/2011) |
|---|---|
| UNSECURED           Claimed: | $335,109.64 |

| PARAVATI, KARL, GREEN & DEBELLA VINCENT M. DEBELLA ESQ. COUNSEL, NYS TEAM CONFERENCE PENSION & RETIREMENT FUND  -  12 STEUBEN PARK UTICA, NY 13501 | Claim Number: 7771 Claim Date: 08/13/2009 Debtor: STONE INTERNATIONAL SERVICES CORPORATION Comments: WITHDRAWN DOCKET: 9146 (11/14/2011) |
|---|---|
| UNSECURED           Claimed: | $335,109.64 |

| PARAVATI, KARL, GREEN & DEBELLA VINCENT M. DEBELLA ESQ. COUNSEL, NYS TEAM CONFERENCE PENSION & RETIREMENT FUND  -  12 STEUBEN PARK UTICA, NY 13501 | Claim Number: 7772 Claim Date: 08/13/2009 Debtor: STONE GLOBAL, INC. Comments: WITHDRAWN DOCKET: 9146 (11/14/2011) |
|---|---|
| UNSECURED           Claimed: | $335,109.64 |

| PARAVATI, KARL, GREEN & DEBELLA VINCENT M. DEBELLA ESQ. COUNSEL, NYS TEAM CONFERENCE PENSION & RETIREMENT FUND - 12 STEUBEN PARK UTICA, NY 13501 | Claim Number: 7773 Claim Date: 08/13/2009 Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC. Comments: WITHDRAWN DOCKET: 9146 (11/14/2011) |
|---|---|
| UNSECURED           Claimed: | $335,109.64 |

| PARAVATI, KARL, GREEN & DEBELLA VINCENT M. DEBELLA ESQ. COUNSEL, NYS TEAM CONFERENCE PENSION & RETIREMENT FUND - 12 STEUBEN PARK UTICA, NY 13501 | Claim Number: 7774 Claim Date: 08/13/2009 Debtor: SMURFIT-STONE PUERTO RICO, INC. Comments: WITHDRAWN DOCKET: 9146 (11/14/2011) |
|---|---|
| UNSECURED           Claimed: | $335,109.64 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| PARAVATI, KARL, GREEN & DEBELLA<br>VINCENT M. DEBELLA ESQ.<br>COUNSEL, NYS TEAM CONFERENCE PENSION &<br>RETIREMENT FUND - 12 STEUBEN PARK<br>UTICA, NY 13501 | Claim Number: 7775<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9146 (11/14/2011) | |

| UNSECURED | Claimed: | $335,109.64 |
|---|---|---|

| | | |
|---|---|---|
| PARAVATI, KARL, GREEN & DEBELLA<br>VINCENT M. DEBELLA ESQ.<br>COUNSEL, NYS TEAM CONFERENCE PENSION &<br>RETIREMENT FUND - 12 STEUBEN PARK<br>UTICA, NY 13501 | Claim Number: 7776<br>Claim Date: 08/13/2009<br>Debtor: SLP FINANCE I, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9146 (11/14/2011) | |

| UNSECURED | Claimed: | $335,109.64 |
|---|---|---|

| | | |
|---|---|---|
| PARAVATI, KARL, GREEN & DEBELLA<br>VINCENT M. DEBELLA ESQ.<br>COUNSEL, NYS TEAM CONFERENCE PENSION &<br>RETIREMENT FUND - 12 STEUBEN PARK<br>UTICA, NY 13501 | Claim Number: 7777<br>Claim Date: 08/13/2009<br>Debtor: SLP FINANCE II, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9146 (11/14/2011) | |

| UNSECURED | Claimed: | $335,109.64 |
|---|---|---|

| | | |
|---|---|---|
| PARAVATI, KARL, GREEN & DEBELLA<br>VINCENT M. DEBELLA ESQ.<br>COUNSEL, NYS TEAM CONFERENCE PENSION &<br>RETIREMENT FUND - 12 STEUBEN PARK<br>UTICA, NY 13501 | Claim Number: 7778<br>Claim Date: 08/13/2009<br>Debtor: SMBI INC.<br>Comments: WITHDRAWN<br>DOCKET: 9146 (11/14/2011) | |

| UNSECURED | Claimed: | $335,109.64 |
|---|---|---|

| | | |
|---|---|---|
| PARDUE BUILDERS (PARDUE & QUARLES)<br>PARDUE BUILDERS SUPPLY<br>705 HUDSON AVE<br>JONESBORO, LA 71251 | Claim Number: 3536<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | |

| UNSECURED | Claimed: | $3,665.74 | Scheduled: | $3,678.72 |
|---|---|---|---|---|

| | | |
|---|---|---|
| PARDUE, DEWEY R<br>224 PARDUE DRIVE<br>JONESBORO, LA 71251 | Claim Number: 10242<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| PARDUE, MICHAEL JERONE<br>900 JOHN WATTS ROAD<br>JONESBORO, LA 71251 | Claim Number: 10243<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PARENT PETROLEUM INC
37 W 370 RT. 38
ST. CHARLES, IL 60175

Claim Number: 4896
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $10,369.07 | Scheduled: | $10,369.07 |
|---|---|---|---|---|

---

PARENT, PRISCILLE BLOUCHARD
ATTN: DIANE PARENT
662 - 3E AVE
VERDUN, QC H4G 2X6
CANADA

Claim Number: 8568
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

PARILLO, WILLIAM
722 BEAR LAKE DRIVE
LONGS, SC 29568

Claim Number: 2488
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 7550 (05/10/2010)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

---

PARIS, DELOIS FOR ALPHONSO PARIS SR.
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10950
Claim Date: 08/27/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: EXPUNGED
DOCKET 8535 (09/14/2010)

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

---

PARISE MECHANICAL, INC.
C/O MELISSA A. TOCHA, ESQ.
10 JOHN JAMES AUDUBON PARKWAY
SUITE 108
AMHERST, NY 14228

Claim Number: 6365
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET 8732 (11/10/2010)

| SECURED | Claimed: | $65,618.00 |
|---|---|---|

---

PARK NATIONAL BANK
28 W. MADISON
OAK PARK, IL 60302

Claim Number: 5578
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8407 (08/18/2010)

| SECURED | Claimed: | $909,710.01 |
|---|---|---|

---

PARKE LOGGING INC.
151 E. MULLAN TRAIL
DRUMMOND, MT 59832

Claim Number: 870
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 7653 (03/10/2010)

| UNSECURED | Claimed: | $4,989.60 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PARKE, RICHARD L
2410 SKYVIEW DR
RICHARDSON, TX 75080

Claim Number: 7371
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $364.06 UNLIQ | | |

---

PARKE, RICHARD L.
2410 SKYVIEW DR
RICHARDSON, TX 75080

Claim Number: 8951
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | | |

---

PARKER CONSTRUCTION INC
PO BOX 10477
PANAMA CITY, FL 32404

Claim Number: 7145
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $82,292.53 | Scheduled: | $83,219.74 |

---

PARKER HANNIFIN CORPORATION
CORPORATE CREDIT DEPARTMENT
6035 PARKLAND BLVD.
CLEVELAND, OH 44124

Claim Number: 3099
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $235.92 | Scheduled: | $235.92 |

---

PARKER, CHRIS M.
9088 HWY 29
BREWTON, AL 36426

Claim Number: 11601
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | |

---

PARKER, GENEVA FOR ZACHERY PARKER
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10958
Claim Date: 08/27/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $300,000.00 | | |

---

PARKER, THOMAS
C/O JAMES E. SORENSON, ESQ.
WILLIAMS, GAUTIER, GWYNN, DELOACH, &
SORENSON P.A. PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10694
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $137,438.88 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PARKER, WILLIAM L.<br>209 OAK RIDGE CT<br>BREWTON, AL 36426 | | Claim Number: 12177<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74,146.40 | | |

| PARKS, CATHERINE G<br>18413 E. BENBOW ST.<br>COVINA, CA 91722 | | Claim Number: 9277<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| PARKSON CORP<br>PO BOX 863098<br>ORLANDO, FL 32886-3098 | | Claim Number: 4097<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,969.70 | Scheduled: | $2,775.42 |

| PARMAN LUBRICANTS DBA PARMAN ENERGY CORP<br>7101 COCKRILL BEND BLVD.<br>NASHVILLE, TN 37209 | | Claim Number: 5645<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $583.47 | Scheduled: | $1,638.59 |

| PARSONS ELECTRIC LLC<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-9562 | | Claim Number: 8158<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
|---|---|---|---|---|
| SECURED<br>UNSECURED | Claimed: | $122,740.20 | <br>Scheduled: | <br>$122,740.20 |

| PARTIN OIL CO. INC.<br>P.O. BOX 690<br>HOPEWELL, VA 23860 | | Claim Number: 746<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $52,331.46 | | |

| PARTIN OIL CO., INC.<br>PO BOX 690<br>HOPEWELL, VA 23860 | | Claim Number: 13588-01<br>Claim Date: 11/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>Amends claim 746. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $42,261.62 | Scheduled: | $41,540.80 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PARTIN OIL CO., INC.<br>PO BOX 690<br>HOPEWELL, VA 23860 | Claim Number: 13588-02<br>Claim Date: 11/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2993 (12/04/2009)<br>Amends claim 746. |
|---|---|

| ADMINISTRATIVE | Claimed: | $10,069.84 | | |
|---|---|---|---|---|

| PASCHALL SERVICES INC<br>PO BOX 1889<br>MURRAY, KY 42071 | Claim Number: 6775<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $37,548.35 | Scheduled: | $76,546.76 |
|---|---|---|---|---|

| PAT HOOSLINE LANDSCAPING<br>2353 225TH AVE NE<br>EAST BETHEL, MN 55005 | Claim Number: 10567<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $7,360.00 | | |
|---|---|---|---|---|

| PATE, AYLON THOMAS<br>PO BOX 391<br>JONESBORO, LA 71251 | Claim Number: 10244<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| PATERSON, STANLEY<br>311, 34 AVENUE NE<br>CALGARY, AB T2E 2J8<br>CANADA | Claim Number: 6789<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| PATERSON, STANLEY<br>311, 34 AVENUE NE<br>CALGARY, AB T2E 2J8<br>CANADA | Claim Number: 8823<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| PATHFINDERS TRANSPORTATION INC<br>ATTN: GAIL STONE<br>PO BOX 780<br>JOHNSONVILLE, SC 29555 | Claim Number: 3077<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $195,265.47 | Scheduled: | $195,265.47 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PATRICK LUMBER COMPANY INC<br>615 E WILLOW ST<br>SCOTTSBORO, AL 35768-2003 | | Claim Number: 5388<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,717.80 | Scheduled: | $21,935.80 |
| PATRIOT DISPOSAL CO<br>2208 PLAINFIELD PIKE<br>JOHNSTON, RI 02919 | | Claim Number: 7806<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 8120 (06/22/2010) | | |
| UNSECURED | Claimed: | $424.00 | | |
| PATRIOT FREIGHT SERVICES, INC.<br>COFACE NORTH AMERICA, INC.<br>PO BOX 2102<br>CRANBURY, NJ 08512 | | Claim Number: 955<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| UNSECURED | Claimed: | $1,040.00 | | |
| PATRIOT INTERMODAL TRANSPORT<br>7500 NW 82ND PLACE<br>MIAMI, FL 33166 | | Claim Number: 7316<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
| ADMINISTRATIVE | Claimed: | $33,140.58 | | |
| UNSECURED | Claimed: | $129,270.43 | | |
| PATRIOT INTERMODAL TRANSPORT<br>7500 NORTHWEST 82ND PLACE<br>MIAMI, FL 33166 | | Claim Number: 10005<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010) | | |
| UNSECURED | Claimed: | $162,411.01 | Scheduled: | $158,267.00 |
| PATSAROS, S<br>3411 OAKWOOD AVE<br>ALTON, IL 62002 | | Claim Number: 5076<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $37,000.00 | | |
| UNSECURED | Claimed: | $37,000.00 | | |
| TOTAL | Claimed: | $37,000.00 | | |
| PATSAROS, STEPHEN A.<br>3411 ORKWOOD AVE<br>ALTON, IL 62002 | | Claim Number: 8378<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $37,000.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PATTERSON TIMBER HARVESTING INC
1028 OLD SHORE DRIVE
BLACKSTONE, VA 23824

Claim Number: 14082
Claim Date: 08/06/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8662 (10/18/2010)

| UNSECURED | Claimed: | $35,405.11 | Scheduled: | $70,810.22 UNLIQ |

---

PATTERSON, JOHN L
180 BROOKS COOP
CASTOR, LA 71016

Claim Number: 10245
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

PAUL BLACKWOOD
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10968
Claim Date: 08/27/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $50,000.00 |

---

PAUL MARC ASSOC, DBA POINT STAFFING SERV
ATTN: MICHAEL DUMAINE
ONE HARTFIELD BLVD.
EAST WINDSOR, CT 06088

Claim Number: 5403
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $1,874.46 |

---

PAUL TRANSPORTATION, INC.
C/O MIKE BARNTHOUSE
P.O. BOX 5006
ENID, OK 73702

Claim Number: 3513
Claim Date: 06/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $310,412.50 | Scheduled: | $190,788.24 |

---

PAULDING TIMBER PRODUCTS INC
P.O. BOX 679
DALLAS, GA 30132

Claim Number: 1979
Claim Date: 04/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)

| UNSECURED | Claimed: | $25,718.75 |

---

PAXAR CANADA, INC.
C/O JEREMY M. CAMPANA, ESQ.
THOMPSON HINE LLP
3900 KEY CENTER, 127 PUBLIC SQUARE
CLEVELAND, OH 44114-1291

Claim Number: 12025
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $955.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PAXTON COMPANY<br>ATTN: CHERISS PISANI<br>PO BOX 12103<br>NORFOLK, VA 23503 | Claim Number: 8190<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $557.31 |
| PRIORITY | Claimed: | $574.03 |
| TOTAL | Claimed: | $574.03 |

| PAXTON COMPANY INC<br>PO BOX 12103<br>NORFOLK, VA 23541-0103 | Claim Number: 3803-01<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $31.56 | Scheduled: | $557.31 |

| PAXTON COMPANY INC<br>PO BOX 12103<br>NORFOLK, VA 23541-0103 | Claim Number: 3803-02<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4161 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $542.47 |

| PAYNE & MORRISON FLORISTS INC<br>7146 N 35TH AVE<br>PHOENIX, AZ 85051 | Claim Number: 5527<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $243.45 | Scheduled: | $243.45 |

| PAYNE, DORCUS F<br>PO BOX 8506<br>PHILADELPHIA, PA 19101-8506 | Claim Number: 11248<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |

| PAYNE, DORCUS F.<br>PO BOX 8506<br>PHILADELPHIA, PA 19101-8506 | Claim Number: 11247<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $251.14   UNLIQ |

| PAYNE, INC.<br>1101 INTERNATIONAL PARKWAY<br>SUITE 103<br>FREDERICKSBURG, VA 22406 | Claim Number: 70<br>Claim Date: 02/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| PRIORITY | Claimed: | $233,783.34 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PAYNE, INC.<br>1101 INTERNATIONAL PARKWAY<br>SUITE 103<br>FREDERICKSBURG, VA 22406 | Claim Number: 2217<br>Claim Date: 04/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>Amends claim #70. |
|---|---|

| UNSECURED | Claimed: | $123,786.74 | | |
|---|---|---|---|---|

| PBB<br>670 YOUNG STREET<br>TONAWANDA, NY 14150 | Claim Number: 9847-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8530 (09/13/2010) |
|---|---|

| PRIORITY | Claimed: | $3,681.00 | | |
|---|---|---|---|---|

| PBB<br>670 YOUNG STREET<br>TONAWANDA, NY 14150 | Claim Number: 9847-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8530 (09/13/2010)<br>Claimant asserts a claim for 403.06 Canadian Dollars |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| PBBS EQUIPMENT<br>N59 W16500 GREENWAY CIRCLE<br>MENOMONEE FALLS, WI 53051 | Claim Number: 6242<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $22,948.02 | Scheduled: | $24,368.40 |
|---|---|---|---|---|

| PBBS EQUIPMENT<br>N59 W16500 GREENWAY CIRCLE<br>MENOMONEE FALLS, WI 53051 | Claim Number: 6246<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $22,449.59 | | |
|---|---|---|---|---|

| PBBS EQUIPMENT CORP<br>3329 MIKE COLLINS DR<br>EAGAN, MN 55121 | Claim Number: 6243<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $6,942.34 | | |
|---|---|---|---|---|

| PBBS EQUIPMENT CORP<br>N59W16500 GREENWAY CIR<br>MENOMONEE FALLS, WI 53051-5664 | Claim Number: 6245<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,052.07 | Scheduled: | $39,151.46 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PBBS EQUIPMENT CORP (GERMANTOWN)
N59W16500 GREENWAY CIR
MENOMONEE FLS, WI 53051-5664

Claim Number: 6244
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,407.17 | |
|---|---|---|---|

PBBS EQUIPMENT CORP. (ADAMS)
N59W16500 GREENWAY CIR
MENOMONEE FLS, WI 53051-5664

Claim Number: 6247
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $4,087.72 | |
|---|---|---|---|

PBS LUMBER MFG LLC
PO BOX 1377
WINNFIELD, LA 71483

Claim Number: 7473-01
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)

| ADMINISTRATIVE | Claimed: | $24,968.32 | | |
| UNSECURED | | | Scheduled: | $49,935.44 UNLIQ |

PBS LUMBER MFG LLC
PO BOX 1377
WINNFIELD, LA 71483

Claim Number: 7473-02
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $24,967.12 | |
|---|---|---|---|

PC GRAPHIQUES
ATTENTION JACQUES COSSETTE
21 DOMAINE MORENCY
LA TUQUE, QC G9X 3N7
CANADA

Claim Number: 9022
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $1,868.07 | Scheduled: | $3,498.67 |
|---|---|---|---|---|

PCB PIEZOTRONICS INC
3425 WALDEN AVENUE
DEPEW, NY 14043

Claim Number: 1943
Claim Date: 04/01/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $8,871.12 | |
|---|---|---|---|

PCB PIEZOTRONICS INC
3425 WALDEN AVENUE
DEPEW, NY 14043

Claim Number: 5824
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claim #1943

| UNSECURED | Claimed: | $8,871.12 | Scheduled: | $8,871.12 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| PCI CHEMICALS CANADA<br>OLIN CORPORATION<br>PO BOX 248<br>1186 LOWER RIVER ROAD<br>CHARLESTON, TN 37310 | | Claim Number: 12911<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET 7188 (04/22/2010) |

| UNSECURED | Claimed: | $1,371,052.39 |
|---|---|---|

| | | |
|---|---|---|
| PCO DIV II, INC<br>5517 EAST RD<br>BAYTOWN, TX 77521 | | Claim Number: 13587<br>Claim Date: 11/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 5738 (03/10/2010) |

| UNSECURED | Claimed: | $715.00 |
|---|---|---|

| | | |
|---|---|---|
| PCO DIV II, INC.<br>5517 EAST RD<br>BAYTOWN, TX 77521 | | Claim Number: 567-01<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $2,881.88 |
|---|---|---|

| | | |
|---|---|---|
| PCO DIV II, INC.<br>5517 EAST RD<br>BAYTOWN, TX 77521 | | Claim Number: 567-02<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $20,135.56 |
|---|---|---|

| | | |
|---|---|---|
| PCS PHOSPHATE COMPANY, INC.<br>WARD TRANSFORMER REMOVAL ACTION PARTIES<br>DANIEL DARRAGH, ESQ. - COHEN & GRIGSBY<br>625 LIBERTY AVENUE<br>PITTSBURGH, PA 15222-3152 | | Claim Number: 13585<br>Claim Date: 11/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8880 (01/06/2011) |

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $0.00 UNLIQ DISP |
|---|---|---|---|---|

| | | |
|---|---|---|
| PCS PHOSPHATE COMPANY, INC.<br>WARD TRANSFORMER REMOVAL ACTION PARTIES<br>DANIEL DARRAGH, ESQ. - COHEN & GRIGSBY<br>625 LIBERTY AVENUE<br>PITTSBURGH, PA 15222-3152 | | Claim Number: 13586<br>Claim Date: 11/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8880 (01/06/2011) |

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $0.00 UNLIQ DISP |
|---|---|---|---|---|

| | | |
|---|---|---|
| PDC LABORATORIES, INC.<br>ATTN: KIM DIEGEL<br>PO BOX 9071<br>PEORIA, IL 61612-9071 | | Claim Number: 1589<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |

| UNSECURED | Claimed: | $2,001.00 | Scheduled: | $2,001.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PDC LABORATORIES, INC.<br>ATTN: KIM DIEGEL<br>PO BOX 9071<br>PEORIA, IL 61612-9071 | Claim Number: 1591<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $19,609.58 | Scheduled: | $14,787.70 |
|---|---|---|---|---|

| PDME, INC.<br>1120 TORO GRANDE BLVD. STE 208<br>CEDAR PARK, TX 78613 | Claim Number: 1066<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $80,691.55 |
|---|---|---|

| PDME, INC.<br>1120 TORO GRANDE BLVD. STE 208<br>CEDAR PARK, TX 78613 | Claim Number: 1067<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $7,312.66 |
|---|---|---|

| PDME, INC.<br>1120 TORO GRANDE BLVD. STE 208<br>CEDAR PARK, TX 78613 | Claim Number: 1068<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $2,277.92 |
|---|---|---|

| PDSS<br>1208 W TARBORO STREET<br>WILSON, NC 27893 | Claim Number: 5919<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,566.21 | Scheduled: | $1,140.00 |
|---|---|---|---|---|

| PEACOCK A DIV OF KINECOR LP<br>ATTN: BARRY TREMBLAY<br>2200 52ND AVENUE<br>LACHINE, QC H8T 2Y3<br>CANADA | Claim Number: 13231<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $17,209.16 | Scheduled: | $21,630.84 |
|---|---|---|---|---|

| PEAK TECHNOLOGIES, INC<br>C/O RICHARD M. BECK (DE BAR NO.3370)<br>919 MARKET STREET, SUITE 1000<br>WILMINGTON, DE 19801-9192 | Claim Number: 5287-01<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $7,740.60   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

PEAK TECHNOLOGIES, INC
C/O RICHARD M. BECK (DE BAR NO.3370)
919 MARKET STREET, SUITE 1000
WILMINGTON, DE 19801-9192

Claim Number: 5287-02
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $3,297.32   UNLIQ |
| --- | --- | --- |

---

PEAK TECHNOLOGIES, INC.
ATTN: LEGAL DEPARTMENT
10330 OLD COLUMBIA ROAD
COLUMBIA, MD 21046

Claim Number: 13712
Claim Date: 12/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $140,914.10 |
| --- | --- | --- |

---

PEARCEWELLWOOD INC
KIM SCOTT
240 SUMMER LEA ROAD
BRAMPTON, ON L6T 4E6
CANADA

Claim Number: 14170
Claim Date: 08/20/2010
Debtor: SMURFIT-MBI
Comments: DOCKET: 8843 (12/10/2010)

| UNSECURED | Claimed: | $36,279.06 |
| --- | --- | --- |

---

PEARCEWELLWOOD INC.
ATTN: KIM SCOTT
240 SUMMMERLEA ROAD
BRAMPTON, ON L6T 4E6
CANADA

Claim Number: 13167
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8843 (12/10/2010)

| UNSECURED | Claimed: | $8,930.25 | Scheduled: | $37,010.00 |
| --- | --- | --- | --- | --- |

---

PEARLMAN, JERRY K.
21 LINDEN AVENUE
WILMETTE, IL 60091

Claim Number: 5959
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED

| UNSECURED | Claimed: | $687,803.88 |
| --- | --- | --- |

---

PEARLMAN, JERRY K.
21 LINDEN AVENUE
WILMETTE, IL 60091

Claim Number: 7722
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments:
Amends claim #5959

| UNSECURED | Claimed: | $715,652.67   UNLIQ |
| --- | --- | --- |

---

PEARSON ABATEMENT INC
2715 DANFORTH RD
ESCANABA, MI 49829

Claim Number: 12228
Claim Date: 09/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $16,751.99 | Scheduled: | $16,751.99 |
| --- | --- | --- | --- | --- |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

PEARSON INDUSTRIES INC
PO BOX 681360
PRATTVILLE, AL 36068-1360

Claim Number: 5585
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,622.03 | Scheduled: | $11,622.03 |

---

PEARSON LOGGING
ATTN TOM PEARSON
4412 HOOVER LANE
STEVENSVILLE, MT 59870

Claim Number: 184
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 7652 (05/18/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,959.64 |

---

PEARSON, DAVID N.
61 BUTTONWOOD AVENUE
TORONTO, ON M6M 2E5
CANADA

Claim Number: 8435
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $1,000.00 |

---

PEAY, JAMES
P.O. BOX 843
4120 CAMELLIA DRIVE
WEST POINT, VA 23181

Claim Number: 11683
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

---

PECO ENERGY COMPANY
ATTN: MICHAEL P. MURPHY, S222-1
2301 MARKET STREET
PHILADELPHIA, PA 19103

Claim Number: 1179
Claim Date: 02/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $91,042.60 | Scheduled: | $91,042.61 |

---

PECO PALLET INC
29 WELLS AVE, 4TH FLOOR
YONKERS, NY 10701

Claim Number: 6682
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $60,295.32 | Scheduled: | $59,985.72 |

---

PEDERSEN, BRIAN
235 2ND ST N
MAYVILLE, ND 58257

Claim Number: 4259
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| PEDERSEN, BRIAN TROY<br>235 2ND ST. N.W.<br>MAYVILLE, ND 58257 | Claim Number: 8314<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| PEE DEE ELECTRIC COOPERATIVE, INC.<br>REPRESENTED BY DAVID B. WHEELER,<br>MOORE & VAN ALLEN PLLC<br>40 CALHOUN ST, STE 300 - PO BOX 22828<br>CHARLESTON, SC 29413 | Claim Number: 13922<br>Claim Date: 03/24/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6724 (04/08/2010) | |

| SECURED | Claimed: | $26,631.67   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| PEE DEE FOOD SERVICE INC<br>PO BOX 5874<br>FLORENCE, SC 29502 | Claim Number: 4860<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $3,666.80 | Scheduled: | $3,721.10 |
|---|---|---|---|---|

| | | |
|---|---|---|
| PEEK, CARROLL<br>2931 SIOUX DRIVE<br>SHASTA LAKE, CA 96019 | Claim Number: 10619<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| PEEPLES, ARTHUR W<br>PO BOX 561<br>ROSANNA, VIC., 3084<br><br>AUSTRALIA | Claim Number: 5389<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| UNSECURED | Claimed: | $591.79 |
|---|---|---|

| | | |
|---|---|---|
| PEIPER, HENRY C.<br>NAMED PLAINTIFF IN ERICKSON, ROY D.,<br>ET AL., C/O TOM L. LEWIS - LEWIS SLOVAK<br>& KOVACICH, P.C. - P.O. BOX 2325<br>GREAT FALLS, MT 59403 | Claim Number: 6646<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8093 (06/21/2010) | |

| UNSECURED | Claimed: | $1,000,000.00 |
|---|---|---|

| | | |
|---|---|---|
| PELICAN PRODUCTS INC<br>23215 EARLY AVE<br>TORRANCE, CA 90505 | Claim Number: 4742<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | |

| UNSECURED | Claimed: | $6,882.60 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| PELLETIER, BRUNO<br>6156 HOUDE<br>MONTREAL, QC H1G 1G2<br>CANADA | | Claim Number: 8680<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $4,950.17 |

| | | |
|---|---|---|
| PELOFFY, JEAN<br>8525 AVENUE OREGON<br>BROSCARD, QC J4Y 2R5<br>CANADA | | Claim Number: 12919<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI |
| UNSECURED | Claimed: | $186,363.00 |

| | | |
|---|---|---|
| PEMBELTON FOREST PRODUCTS, INC.<br>P.O. BOX 561<br>15961 GOODES BRIDGE RD<br>AMELIA, VA 23002 | | Claim Number: 256<br>Claim Date: 02/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
| UNSECURED | Claimed: | $448.16 |

| | | |
|---|---|---|
| PENA, GLADYS<br>358 EAST CENTRAL<br>EAGAR, AZ 85925 | | Claim Number: 7421<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $19,375.20 |

| | | |
|---|---|---|
| PENA, JAN<br>2369 W. TRANSIT AVENUE<br>ANAHEIM, CA 92804 | | Claim Number: 11658<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
| UNSECURED | Claimed: | $5,943.60 |

| | | | | |
|---|---|---|---|---|
| PENINSULA SANITARY SERVICE, INC.<br>339 BONAIR SIDING ROAD<br>STANFORD, CA 94305 | | Claim Number: 2013<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,191.70 | Scheduled: | $25,090.68 |

| | | |
|---|---|---|
| PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG, PA 17128-0946 | | Claim Number: 2265<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| PRIORITY | Claimed: | $9,233.43 |
| UNSECURED | Claimed: | $1,842.75 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PENNSYLVANIA DEPARTMNT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Claim Number: 3035<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| PRIORITY | Claimed: | $9,233.43 | |
| UNSECURED | Claimed: | $1,842.75 | |

---

| PENSION BENEFIT GUARANTY CORPORATION<br>NATHANIEL RAYLE, ESQ.<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, NW SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 9059<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8931 (02/15/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $844,000,000.00 | UNLIQ CONT |
| PRIORITY | Claimed: | $0.00 | UNLIQ CONT |

---

| PENSION BENEFIT GUARANTY CORPORATION<br>NATHANIEL RAYLE, ESQ.<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, NW SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 9060<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8931 (02/15/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $648,400,000.00 | UNLIQ CONT |
| PRIORITY | Claimed: | $0.00 | UNLIQ CONT |

---

| PENSION BENEFIT GUARANTY CORPORATION<br>NATHANIEL RAYLE, ESQ.<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, NW SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 9061<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8931 (02/15/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| PRIORITY | Claimed: | $0.00 | UNLIQ |

---

| PENSION BENEFIT GUARANTY CORPORATION<br>NATHANIEL RAYLE, ESQ.<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, NW SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 9062<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8931 (02/15/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| PRIORITY | Claimed: | $0.00 | UNLIQ |

---

| PENSION BENEFIT GUARANTY CORPORATION<br>NATHANIEL RAYLE, ESQ.<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, NW SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 9063<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8931 (02/15/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $153,626,250.00 | UNLIQ |
| PRIORITY | Claimed: | $0.00 | UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PENSION BENEFIT GUARANTY CORPORATION<br>NATHANIEL RAYLE, ESQ.<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, NW SUITE 340<br>WASHINGTON, DC 20005-4026 | Claim Number: 9064<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8931 (02/15/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $74,985,000.00 | UNLIQ |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |

| PENSION PLAN FOR DESIGNATED EXECUTIVE<br>EMPLOYEES OF SMURFIT-MVI (FSCO #0983015)<br>ATTN: YVES ROUVES<br>BUREAU A, 1035, HODGE<br>SAINT-LAURENT, QC H4N 2B4<br>CANADA | Claim Number: 12915<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>plus $7,924 + interest per month |
|---|---|

| SECURED | | $1,042,489.00 | UNLIQ |
|---|---|---|---|

| PENSION PLAN FOR NON-UNIONIZED<br>EMPLOYEES OF SMURFIT-MBI FSCO # 0981324<br>ATTN: YVES ROUVES<br>BUREAR A, 1035, HODGE<br>SAINT LAURENT, QC H4N 2B4<br>CANADA | Claim Number: 12916<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| SECURED | Claimed: | $27,988,107.00 | UNLIQ |
|---|---|---|---|

| PENSION PLAN FOR UNIONIZED EMPLOYEES OF<br>SMURFIT-MBI (FSCO # 0902312)<br>ATTN: YVES ROUVES<br>BUREAU A, 1035, HODGE<br>SAINT-LAURENT, QC H4N 2B4<br>CANADA | Claim Number: 12917<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| SECURED | Claimed: | $43,662,955.00 | UNLIQ |
|---|---|---|---|

| PENSKE TRUCK LEASING<br>RT 10 GREEN HILLS<br>READING, PA 19607 | Claim Number: 1973<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $6,582.00 | | Scheduled: | | $7,835.62 |
|---|---|---|---|---|---|---|

| PENTALIFT EQUIPMENT CORPORATION<br>PO BOX 1510<br>BUFFALO, NY 14240-1510 | Claim Number: 9712<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2032 (09/24/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $96.60 |
|---|---|---|

| PEOPLE OF THE STATE OF CALIFORNIA<br>C/O MONTEREY COUNTY DISTRICT<br>ATTORNEY'S OFFICE<br>1200 AGUAJITO ROAD ROOM 301<br>MONTEREY, CA 93940 | Claim Number: 4856<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET 7515 (05/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | UNDET |
|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PEOPLE OF THE STATE OF CALIFORNIA<br>C/O MONTEREY COUNTY DISTRICT<br>ATTORNEY'S OFFICE<br>1200 AGUAJITO ROAD ROOM 301<br>MONTEREY, CA 93940 | Claim Number: 4857<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 7515 (05/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| PEQUENEZA, MANUEL G<br>2226 RUBY AVENUE<br>SAN JOSE, CA 95148 | Claim Number: 6609<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $519.86 |
|---|---|---|
| SECURED | Claimed: | $519.86 |

| PERDUE, CHARLES W<br>5562 AMBASSADOR DRIVE<br>ROANOKE, VA 24019 | Claim Number: 6866<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $123,204.48 |
|---|---|---|

| PEREIRA INDUSTRIAL CONSTRUCTION<br>15355 W GRANT LINE RD<br>DEPT 867<br>TRACY, CA 95304 | Claim Number: 13138<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $5,694.87 |
|---|---|---|

| PEREZ BROTHERS TRANSPORT<br>C/O THE LAW OFFICE OF FRANK A. SANZO<br>3121 W. BEVERLY BLVD.<br>MONTEBELLO, CA 90640 | Claim Number: 6204<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $185,980.18 |
|---|---|---|

| PEREZ BROTHERS TRANSPORT<br>PO BOX 907<br>MONTEBELLO, CA 90640 | Claim Number: 9798<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim #6204 |
|---|---|

| UNSECURED | Claimed: | $351,780.18 | Scheduled: | $586,056.79  UNLIQ |
|---|---|---|---|---|

| PERFORMANCE FOOD SERVICE/ROMA NORTH CTR<br>ATTN: KIM CLIFTON<br>PO BOX 2628<br>20 DANTON RD<br>AUGUSTA, ME 04338-2628 | Claim Number: 8442<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,361.79 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| PERFORMANCE FOODSERVICE/ROMA NORTH CTR<br>ATTN: KIM CLIFTON<br>PO BOX 2628<br>20 DALTON RD<br>AUGUSTA, ME 04338-2628 | | Claim Number: 12056<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,361.79 | | |
| PERFORMANCE PALLET CORP<br>112 MAINLINE DRIVE<br>SEYMOUR, WI 54165-1174 | | Claim Number: 4263<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,490.00 | Scheduled: | $2,490.00 |
| PERIMETER INDUSTRIES LTD<br>ATTN: RICHARD DEFEHR<br>2262 SPRINGFIELD ROAD<br>WINNIPEG, MB R2C 2Z2<br>CANADA | | Claim Number: 12855-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010) | | |
| ADMINISTRATIVE | Claimed: | $21,042.25 | | |
| UNSECURED | | | Scheduled: | $140,177.51 |
| PERIMETER INDUSTRIES LTD<br>ATTN: RICHARD DEFEHR<br>2262 SPRINGFIELD ROAD<br>WINNIPEG, MB R2C 2Z2<br>CANADA | | Claim Number: 12855-02<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010) | | |
| UNSECURED | Claimed: | $119,632.97 | | |
| PERKINS, ALLEN C<br>2839 CYPRESS WAY #1<br>CINCINNATI, OH 45212 | | Claim Number: 5838<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| PERKINSON CONSTRUCTION LLC<br>PO BOX 609<br>PRINCE GEORGE, VA 23875 | | Claim Number: 1830<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $14,068.00 | | |
| PERKINSON CONSTRUCTION LLC<br>PO BOX 609<br>5500 PRINCE GEORGE DRIVE<br>PRINCE GEORGE, VA 23875 | | Claim Number: 2088<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $14,068.00 | Scheduled: | $13,770.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PERRY JOHNSON INC<br>26555 EVERGREEN<br>SOUTHFIELD, MI 48076 | Claim Number: 7519<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,633.27 | | |

---

| PERRY, BETTY L<br>7790 N. BOLLINGER RD.<br>CONOVER, OH 45317 | Claim Number: 6908<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| PERRY, CHARLIE WILLIAM<br>114 HUGHES ROAD<br>JONESBORO, LA 71251 | Claim Number: 10320<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| PERRY, MATSON<br>2101 S ANDREWS AVE STE 103<br>FORT LAUDERDALE, FL 33316 | Claim Number: 11026<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,281.97 | | |
| UNSECURED | | | Scheduled: | $160.59 |

---

| PERRYMAN, NATHANIEL<br>304 STALLWORTH ST.<br>BREWTON, AL 36426 | Claim Number: 9963<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| PERSISTA<br>6225 KENNEDY ROAD<br>MISSISSAUGA, ON L5T 2S8<br>CANADA | Claim Number: 6558<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $888.59 | | |

---

| PERSISTA POLYURETHANE<br>DIV. OF CLARKE ROLLER & RUBBER LTD.<br>ROBYN DAVENPORT<br>6225 KENNEDY ROAD<br>MISSISSAUGA, ON L5T 2S8<br>CANADA | Claim Number: 8755<br>Claim Date: 06/27/2009<br>Debtor: SMURFIT-MBI | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $723.93 | Scheduled: | $738.15 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| PERSISTA POLYURETHANE PRODUCTS<br>DIV. OF CLARKE ROLLER & RUBBER LTD.<br>7075 TOMKEN ROAD<br>MISSISSAUGA, ON L5S 1R7<br>CANADA | | Claim Number: 1529<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | | |
| UNSECURED | Claimed: | $883.59 | | | |
| PERSISTA POLYURETHANE PRODUCTS<br>DIV. OF CLARKE ROLLER & RUBBER LTD.<br>ATTN: ROBYN DAVENPORT<br>6225 KENNEDY ROAAD<br>MISSISSAUGA, ON L5T 2S8<br>CANADA | | Claim Number: 6715<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $723.93 | | | |
| PERSON, MITCHELL<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10725<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $7,929.54 | | | |
| PEST CONTROL CENTER, INC<br>3845 MADISON AVENUE<br>NORTH HIGHLANDS, CA 95660-5010 | | Claim Number: 3069<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $74.00 | Scheduled: | $148.00 | |
| PETER DEGIRALAMO AND SONS INC<br>77 EAST BELCHER ROAD<br>FOXBORO, MA 02035 | | Claim Number: 7073<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $3,175.00 | Scheduled: | $3,175.00 | |
| PETER J. HICKEY<br>EVERSON, WHITNEY, EVERSON & BREHM, S.C.<br>P.O. BOX 22248<br>GREEN BAY, WI 54305-2248 | | Claim Number: 5688<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $1,944.27 | | | |
| PETER LEHMANN INC<br>PO BOX 298<br>ANTIOCH, IL 60002 | | Claim Number: 3409<br>Claim Date: 06/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $985.00 | Scheduled: | $985.00 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| PETERS, BILLIE JO<br>5727 HIGHWAY 4<br>JONESBORO, LA 71251-6458 | | Claim Number: 10246<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| PETERS, BILLY RAY<br>5727 HIGHWAY 4<br>JONESBORO, LA 71251-6458 | | Claim Number: 10247<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| PETERSON MECHANICAL INC<br>PO BOX 302<br>FARGO, ND 58107 | | Claim Number: 3877<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,422.81 | Scheduled: | $4,054.15 |

---

| | | | | |
|---|---|---|---|---|
| PETERSON, LEONARD LEO<br>400 LEONARD PETERSON ROAD<br>GOLDONNA, LA 71031 | | Claim Number: 10248<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| PETRI, DONALD A<br>10871 MONTEREY FOREST CV<br>EADS, TN 38028 | | Claim Number: 7716<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $274,620.00 | Scheduled: | $274,620.00 |

---

| | | | | |
|---|---|---|---|---|
| PETROCHEM RECOVERY SERVICE INC<br>PO BOX 1458<br>NORFOLK, VA 23501 | | Claim Number: 3802<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $9,100.00 | | |

---

| | | | | |
|---|---|---|---|---|
| PETROCHEM RECOVERY SERVICES, INC.<br>PO BOX 1458<br>NORFOLK, VA 23501 | | Claim Number: 1863<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,100.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PETROLES R.L. INC.
460 RACINE EST
C.P. 623
CHICOUTIMI, QC G75 5C8
CANADA

Claim Number: 8682
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $391.63 | Scheduled: | $97.96 |

---

PETROLEUM RESOURCES INC
PO BOX 38284
RICHMOND, VA 23231

Claim Number: 5334
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $170.40 | | |
| UNSECURED | Claimed: | $9,995.30 | Scheduled: | $10,165.70 |

---

PETTIS, DUBERT C
451 TIPPENS EDDY RD
BREWTON, AL 36426

Claim Number: 9579
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 5732 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

PETTIS, JOHN
614 EVERGREEN AVE.
BREWTON, AL 36426

Claim Number: 12098
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 5732 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,230.00 |

---

PEVY, RAYMOND AND REGENA
3657 MANOR OAKS DR.
JACKSONVILLE, FL 32277

Claim Number: 8806
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

PFS EXPEDITED SERVICES INC
PO BOX 210888
MILWAUKEE, WI 53221-8015

Claim Number: 6597
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $278.97 | Scheduled: | $278.97 |

---

PFS WASTE CONTROL SERVICES
P.O. BOX 80101
BAKERSFIELD, CA 93380

Claim Number: 2414
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $40,869.66 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PHARMACIE R. FILION ET F. LA FLAMME
RICHARD FILION
C.P. 760, 174 RUE VICTORIA
SHAWVILLE, QC J0X 2Y0
CANADA

Claim Number: 8948
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

---

| UNSECURED | Claimed: | $2,329.43 | Scheduled: | $1,744.21 |
|---|---|---|---|---|

PHELPS, DANIEL E.
2914 WALLING RD.
MILTON, FL 32570

Claim Number: 11513
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 5732 (03/10/2010)

---

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

PHH VEHICLE MANAGEMENT SERVICES
ATTN: CHUCK GRIFFIN
2233 ARGENTIA ROAD, SUITE 400
MISSISSAUGA, ON L5N 2X7
CANADA

Claim Number: 13274
Claim Date: 08/27/2009
Debtor: SMURFIT-MBI

| PRIORITY | Claimed: | $64,965.19 | | |
|---|---|---|---|---|
| SECURED | Claimed: | $9,545.60 | | |
| UNSECURED | Claimed: | $945,248.73 | Scheduled: | $376,352.13 |

PHILADELPHIA SKID CO., INC. T/A
PALLETS PLUS, INC.
408 W. CECIL B. MOORE AVENUE
PHILADELPHIA, PA 19122

Claim Number: 777
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 5738 (03/10/2010)

---

| UNSECURED | Claimed: | $65,941.00 | Scheduled: | $62,342.00 |
|---|---|---|---|---|

PHILIPP LITHOGRAPHING CO.
C/O AMANDA M. GIBBS, ESQ.
REINHART BOERNER VAN DEUREN S.C.
1000 NORTH WATER STREET, SUITE 1700
MILWAUKEE, WI 53202

Claim Number: 2229-02
Claim Date: 04/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4964 (02/12/2010)

---

| ADMINISTRATIVE | Claimed: | $199,801.23 | | |
|---|---|---|---|---|

PHILIPP LITHOGRAPHING CO.
C/O AMANDA M. GIBBS, ESQ.
REINHART BOERNER VAN DEUREN S.C.
1000 NORTH WATER STREET, SUITE 1700
MILWAUKEE, WI 53202

Claim Number: 2230
Claim Date: 04/16/2009
Debtor: CAMEO CONTAINER CORPORATION

---

| UNSECURED | Claimed: | $2,436.20 | Scheduled: | $10,587.20 |
|---|---|---|---|---|

PHILIPP LITHOGRAPHING COMPANY
WILLIAM A. HAZELTINE
SULLIVAN-HAZELTINE-ALLINSON LLC
4 EAST 8TH STREET, SUITE 400
WILMINGTON, DE 19801

Claim Number: 2213
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4964 (02/12/2010)

---

| ADMINISTRATIVE | Claimed: | $204,763.78 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PHILIPS MEDICAL SYSTEMS
C/O COMMERCIAL COLLECTION CONSULTANTS
16830 VENTURA BLVD, SUITE 620
ENCINO, CA 91436

Claim Number: 2173
Claim Date: 04/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $4,941.18 | | |
|---|---|---|---|---|

---

PHILIPS MEDICAL SYSTEMS
C/O COMMERCIAL COLLECTION CONSULTANTS
16830 VENTURA BLVD, SUITE 620
ENCINO, CA 91436

Claim Number: 3462
Claim Date: 06/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $4,941.18 | Scheduled: | $5,538.98 |
|---|---|---|---|---|

---

PHILLIP AND ROGER DAVIS, INC. DBA WELDCO
C/O MICHAEL J. HAUVERSBURK, ESQ.
BURKE BLUE ET AL PA
POST OFFICE BOX 70
PANAMA CITY, FL 32402

Claim Number: 1852
Claim Date: 03/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $218,560.22 | | |
|---|---|---|---|---|

---

PHILLIPS ELECTRICAL TECHNOLOGIES LLC
5255 BROOK HOLLOW PARKWAY
NORCROSS, GA 30071-3644

Claim Number: 4968
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| SECURED | Claimed: | $10,732.88 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $10,732.88 |

---

PHILLIPS ELECTRICAL TECHNOLOGIES, LLC
5255 BROOK HOLLOW PARKWAY
NORCROSS, GA 30071

Claim Number: 1888
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| SECURED | Claimed: | $10,732.88 | | |
|---|---|---|---|---|

---

PHILLIPS KILN SERVICES LTD.
PO BOX 1108
SIOUX CITY, IA 51102-1108

Claim Number: 3400
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $124,235.28 | Scheduled: | $111,935.28 |
|---|---|---|---|---|

---

PHILLIPS, CALVIN B
5117 POTOMAC DRIVE
PACE, FL 32571

Claim Number: 9156
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $15,000.00 | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PHILLIPS, DEWANNA MARZELL<br>105 BAMBURG STREET<br>JONESBORO, LA 71251 | Claim Number: 10249<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| PHILLIPS, FRANK W.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | Claim Number: 11840<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| PHILLIPS, LARNELL L<br>8500 WEST TOWNSEND ST.<br>MILWAUKEE, WI 53222 | Claim Number: 6302<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| PHILLIPS, RAYMOND<br>1912 VICK WILSON ROAD<br>SHELBY, NC 28152 | Claim Number: 7487<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $10,090.00 |
|---|---|---|

---

| PHILPAC<br>1144 MILITARY ROAD<br>BUFFALO, NY 14217 | Claim Number: 7731<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,457.16 | Scheduled: | $1,952.16 |
|---|---|---|---|---|

---

| PHOENIX OIL CO<br>625 FIFTH STREET<br>P.O.BOX 2066<br>AUGUSTA, GA 30903 | Claim Number: 6631<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,269.68 |
|---|---|---|

---

| PHOENIX PACKAGING, INC.<br>PO BOX 15091<br>WINSTON SALEM, NC 27113 | Claim Number: 2586<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $11,722.83 | Scheduled: | $11,216.10 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PHOENIX PUMPS INC.<br>ATTN: EVIKE PEET<br>3552 E CORONA AVE<br>PHOENIX, AZ 85040 | Claim Number: 14063<br>Claim Date: 07/15/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,480.65 | | |
|---|---|---|---|---|

| PHOTOSCAN NORTHWEST, INC<br>2108 S. RESERVE ST.<br>MISSOULA, MT 59801 | Claim Number: 7099<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,658.26 | Scheduled: | $1,046.00 |
|---|---|---|---|---|

| PHOTOSCAN NORTHWEST, INC<br>2108 S. RESERVE ST.<br>MISSOULA, MT 59801 | Claim Number: 7100<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $518.00 | | |
|---|---|---|---|---|

| PHYSICAL THERAPY SPECIALISTS INC<br>219 CLAREMONT AVENUE<br>TAMAQUA, PA 18252 | Claim Number: 6840<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,322.44 | Scheduled: | $1,782.15 |
|---|---|---|---|---|

| PHYSICIAN MEDICAL CARE<br>PO BOX 330879<br>MURFREESBORO, TN 37133 | Claim Number: 7029<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,019.00 | Scheduled: | $225.00 |
|---|---|---|---|---|

| PHYSIO-CONTROL, INC.<br>11811 WILLOWS ROAD NE<br>REDMOND, WA 98052 | Claim Number: 2245<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $6,300.85 | Scheduled: | $2,600.00 |
|---|---|---|---|---|

| PICARD'S PEANUTS LTD<br>RR 1<br>WINDHAM CENTRE, ON N0E 2A0<br>CANADA | Claim Number: 6798<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| PICKAR, G F<br>69 COUNTRY LANE<br>POTTSTOWN, PA 19465 | | Claim Number: 11174<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| PICKENS, GILBERT<br>P.O. BOX 83<br>QUITMAN, LA 71268 | | Claim Number: 10340<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| PICKETT, P A<br>8052 SO GREEN ST APT 1<br>CHICAGO, IL 60620 | | Claim Number: 8611<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |
| SECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| PICKETT, PAMELA A.<br>4356 SO PRAIRE ST APT 1F<br>CHICAGO, IL 60653-3206 | | Claim Number: 12408<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| PIECES D'AUTO MGA ET FILS INC. 0595<br>133 RUE FRASER<br>MATANE, QC G4W 3G8<br>CANADA | | Claim Number: 8350<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| UNSECURED | Claimed: | $188.25 | | |

---

| | | | | |
|---|---|---|---|---|
| PIECES D'AUTOS LA TUQUE INC.<br>ATTN: M. SERGE FLUET<br>585 RUE ST-LOUIS<br>LA TUQUE, QC G9X 2X6<br>CANADA | | Claim Number: 8550<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $14,756.72 | Scheduled: | $14,627.15 |

---

| | | | | |
|---|---|---|---|---|
| PIEDMONT BELTING CO INC<br>1271 SOUTH PARK DR<br>KERNERSVILLE, NC 27284 | | Claim Number: 7138<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $13,698.66 | Scheduled: | $9,890.67 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PIEDMONT BELTING CO.<br>PO BOX 105774<br>ATLANTA, GA 30348 | Claim Number: 7131<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,528.90 | Scheduled: | $6,194.58 |
|---|---|---|---|---|

| PIEDMONT HOIST & CRANE, INC.<br>8511-A NORCROSS ROAD<br>COLFAX, NC 27235 | Claim Number: 2126<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $23,751.66 | Scheduled: | $21,927.80 |
|---|---|---|---|---|

| PIEDMONT NATURAL GAS COMPANY<br>BANKRUPTCY<br>4339 S. TRYON STREET<br>CHARLOTTE, NC 28217-1733 | Claim Number: 1131<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $25,025.25 | Scheduled: | $42,587.95 |
|---|---|---|---|---|

| PIEDMONT NATURAL GAS COMPANY<br>ATTN: CBO/BANKRUPTCY<br>4339 S. TRYON STREET<br>CHARLOTTE, NC 28217-1733 | Claim Number: 2248-01<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $1,222.31 |
|---|---|---|

| PIEDMONT NATURAL GAS COMPANY<br>ATTN: CBO/BANKRUPTCY<br>4339 S. TRYON STREET<br>CHARLOTTE, NC 28217-1733 | Claim Number: 2248-02<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $24,778.57 |
|---|---|---|

| PIEDMONT PAPER STOCK<br>3909 RIVERDALE DRIVE<br>GREENSBORO, NC 27406 | Claim Number: 6132<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $2,205.00 | Scheduled: | $2,175.00 |
|---|---|---|---|---|

| PIEDMONT PAPER STOCK, LLC<br>PO BOX 2676<br>GREENSBORO, NC 27402 | Claim Number: 3401<br>Claim Date: 06/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,225.60 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PIEDMONT PLASTICS, INC.
5010 WEST W.T. HARRIS BLVD.
CHARLOTTE, NC 28269

Claim Number: 2015
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $484.83 | Scheduled: | $629.33 |
|---|---|---|---|---|

---

PIEDMONT PLASTICS, INC.
5010 WEST W.T. HARRIS BLVD.
CHARLOTTE, NC 28269

Claim Number: 2016
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 7653 (03/10/2010)

| UNSECURED | Claimed: | $472.79 |
|---|---|---|

---

PIEDMONT TIMBER LLC
PO BOX 98
BLACKSTONE, VA 23824

Claim Number: 14189
Claim Date: 03/11/2011
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9041 (04/28/2011)

| UNSECURED | Claimed: | $8,585.85 |
|---|---|---|

---

PIEDMONT WOODYARDS, INC.
PO BOX 1050
SANFORD, NC 27331

Claim Number: 13517
Claim Date: 10/22/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $14,507.80 |
|---|---|---|

---

PIERCE TIMBER COMPANY, INC.
FREDERICK B. ROSNER/KENNETH L. DORSNEY
MESSANA ROSNER & STERN LLP
1000 N WEST STREET, SUITE 1200
WILMINGTON, DE 19801

Claim Number: 6284-01
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $839.72 |
|---|---|---|

---

PIERCE TIMBER COMPANY, INC.
FREDERICK B. ROSNER/KENNETH L. DORSNEY
MESSANA ROSNER & STERN LLP
1000 N WEST STREET, SUITE 1200
WILMINGTON, DE 19801

Claim Number: 6284-02
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 4964 (02/12/2010)

| ADMINISTRATIVE | Claimed: | $153,927.31 |
|---|---|---|

---

PIERRE NAUD INC
ATTN: MARC-ANDRE LEBEL
400 12 IEME AVENUE CP 336
SHAWINIGAN-SUD, QC G9N 6V1
CANADA

Claim Number: 9002
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $805.23 | Scheduled: | $21.46 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PIGGLY WIGGLY CAROLINA
1125 NEWTON WAY
SUMMERVILLE, SC 29483

Claim Number: 9231
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 7651 (05/18/2010)

| UNSECURED | Claimed: | $21,834.00 | Scheduled: | $21,834.00 |

---

PIKEVILLE WATERWORKS & NATURAL
PO BOX 225
PIKEVILLE, TN 37367

Claim Number: 5748
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $61.93 | Scheduled: | $23.18 |

---

PINECREST TIMBER COMPANY
BIFFERATO GENTILOTTI LLC
GARVAN F. MCDANIEL
800 N. KING ST., PLAZA LEVEL
WILMINGTON, DE 19801

Claim Number: 2022
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $150,184.69 |

---

PINECREST TIMBER COMPANY
BIFFERATO GENTILOTTI LLC
GARVAN F. MCDANIEL
800 N. KING ST., PLAZA LEVEL
WILMINGTON, DE 19801

Claim Number: 2069
Claim Date: 04/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $150,184.69 | | |
| UNSECURED | | | Scheduled: | $150,184.69 |

---

PINNACLE DISTRIBUTION INC.
108, 3442-118 AVENUE SE
CALGARY, AB T2Z 3X1
CANADA

Claim Number: 2237
Claim Date: 04/17/2009
Debtor: SMURFIT-MBI
Comments:
2,072.74 Canadian Dollars

| UNSECURED | Claimed: | $0.00    UNLIQ | Scheduled: | $1,718.35 |

---

PINNACLE SYSTEMS CORPORATION
4917 MEREDITH COURT
140 WEST 29TH STREET PMB 370
MOBILE, AL 36618

Claim Number: 11695
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $50,000.00 | Scheduled: | $50,000.00 |

---

PINO SYSTEMES
ATTN: NATHALIE BRULOTTE
433, RUDE DES MONTEREGIENNES
QUEBEC, QC G1C 7J7
CANADA

Claim Number: 13230
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $24,865.07 | Scheduled: | $24,721.65 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PINOS RECYCLING CO.<br>1601 C ST<br>RIO LINDA, CA 95673-5210 | Claim Number: 662<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,731.04 | Scheduled: | $31,050.92 |
|---|---|---|---|---|

| PINTER & COMPANY INCORPORATED<br>PO BOX 1776<br>ASHLAND, VA 23005 | Claim Number: 5277-01<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5768 (03/11/2010) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $10,039.52 | Scheduled: | $238,140.22 |
|---|---|---|---|---|

| PINTER & COMPANY INCORPORATED<br>PO BOX 1776<br>ASHLAND, VA 23005 | Claim Number: 5277-02<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5768 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $230,041.70 | | |
|---|---|---|---|---|

| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: BUCHANAN PALLET PRODUCTS<br>ATTN ADAM STEIN-SAPIR GREELEY SQ STATION<br>P.O. BOX 20188, 39 W. 31ST STREET<br>NEW YORK, NY 10001 | Claim Number: 214<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7552 (05/10/2010)<br>Claim out of balance |
|---|---|

| UNSECURED | Claimed: | $24,575.00 | Scheduled: | $24,575.00 |
|---|---|---|---|---|

| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: PLASTIFORM PACKAGING INC<br>ATTN: ADAM STEIN-SAPIR, GREELEY SQUARE<br>STATION, PO BOX 20188, 39 W. 31ST STREET<br>NEW YORK, NY 10001 | Claim Number: 838<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4130 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $406,187.96 | Scheduled: | $363,381.18 |
|---|---|---|---|---|

| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: ROYCE ASSOCIATES, ALP<br>GREELEY SQUARE STATION, P.O. BOX 20188<br>39 W. 31ST STREET<br>NEW YORK, NY 10001 | Claim Number: 954<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $68,254.40 | Scheduled: | $70,674.20 |
|---|---|---|---|---|

| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: USA TRUCK, INC.<br>GREELEY SQUARE STATION, P.O. BOX 20188<br>39 W. 31ST STREET<br>NEW YORK, NY 10001 | Claim Number: 2762<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $259,262.89 | Scheduled: | $416,903.33 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: UFP TECHNOLOGIES, INC.<br>GREELEY SQUARE STATION, P.O. BOX 20188<br>39 W. 31ST STREET<br>NEW YORK, NY 10001 | Claim Number: 2838<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | |

| UNSECURED | Claimed: | $19,033.86 | Scheduled: | $19,033.86 |
|---|---|---|---|---|

| | | |
|---|---|---|
| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: EKA CHEMICALS, INC.<br>GREELEY SQUARE STATION, P.O. BOX 20188<br>39 W. 31ST STREET<br>NEW YORK, NY 10001 | Claim Number: 6269<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010) | |

| UNSECURED | Claimed: | $230,479.50 | Scheduled: | $294,680.50 |
|---|---|---|---|---|

| | | |
|---|---|---|
| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: L & P FINANCIAL SERVICES<br>GREELEY SQUARE STATION, P.O. BOX 20188<br>39 W. 31ST STREET<br>NEW YORK, NY 10001 | Claim Number: 7707-01<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |

| ADMINISTRATIVE | Claimed: | $260,520.38 |
|---|---|---|

| | | |
|---|---|---|
| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: L & P FINANCIAL SERVICES<br>GREELEY SQUARE STATION, P.O. BOX 20188<br>39 W. 31ST STREET<br>NEW YORK, NY 10001 | Claim Number: 7707-02<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |

| UNSECURED | Claimed: | $167,153.61 |
|---|---|---|

| | | |
|---|---|---|
| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: KLAISLE, BONNIE<br>GREELEY SQUARE STATION, P.O. BOX 20188<br>39 W. 31ST STREET<br>NEW YORK, NY 10001 | Claim Number: 10082<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010) | |

| UNSECURED | Claimed: | $27,471.00   UNLIQ | Scheduled: | $27,471.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: ANCHOR BAY PACKAGING CORP.<br>GREELEY SQUARE STATION, P.O. BOX 20188<br>39 W. 31ST STREET<br>NEW YORK, NY 10001 | Claim Number: 10786-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | |

| UNSECURED | Claimed: | $85,803.82 | Scheduled: | $125,567.96 |
|---|---|---|---|---|

| | | |
|---|---|---|
| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: ANCHOR BAY PACKAGING CORPORA<br>GREELEY SQUARE STATION, P.O. BOX 20188<br>39 W. 31ST STREET<br>NEW YORK, NY 10001 | Claim Number: 10786-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2813 (11/18/2009) | |

| ADMINISTRATIVE | Claimed: | $39,764.14 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PIONEER CREDIT OPPORTUNITIES FUND, LP | Claim Number: 10787 |
|---|---|
| TRANSFEROR: MCGRIFF INDUSTRIES, INC | Claim Date: 08/27/2009 |
| GREELEY SQUARE STATION, P.O. BOX 20188 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| ATTN: ADAM STEIN-SAPIR 39 W. 31ST STREET | Comments: DOCKET: 5738 (03/10/2010) |
| NEW YORK, NY 10001 | |

| UNSECURED | Claimed: | $280,061.17 | Scheduled: | $289,603.28 |
|---|---|---|---|---|

---

| PIONEER CREDIT OPPORTUNITIES FUND, LP | Claim Number: 10789-01 |
|---|---|
| TRANSFEROR: KEYSTONE PAPER & BOX COMPANY | Claim Date: 08/27/2009 |
| GREELEY SQUARE STATION, P.O. BOX 20188 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 39 W. 31ST STREET | |
| NEW YORK, NY 10001 | |

| UNSECURED | Claimed: | $221,520.77 | Scheduled: | $256,221.77 |
|---|---|---|---|---|

---

| PIONEER CREDIT OPPORTUNITIES FUND, LP | Claim Number: 10789-02 |
|---|---|
| TRANSFEROR: KEYSTONE PAPER & BOX COMPANY | Claim Date: 08/27/2009 |
| GREELEY SQUARE STATION, P.O. BOX 20188 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 39 W. 31ST STREET | Comments: DOCKET: 3259 (12/17/2009) |
| NEW YORK, NY 10001 | |

| ADMINISTRATIVE | Claimed: | $34,701.00 |
|---|---|---|

---

| PIONEER CREDIT OPPORTUNITIES FUND, LP | Claim Number: 10854-01 |
|---|---|
| TRANSFEROR: SHAPIRO METALS | Claim Date: 08/27/2009 |
| GREELEY SQUARE STATION, P.O. BOX 20188 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 39 W. 31ST STREET | Comments: DOCKET: 7188 (04/22/2010) |
| NEW YORK, NY 10001 | |

| ADMINISTRATIVE | Claimed: | $5,590.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $32,798.60 |

---

| PIONEER CREDIT OPPORTUNITIES FUND, LP | Claim Number: 10854-02 |
|---|---|
| TRANSFEROR: SHAPIRO METALS | Claim Date: 08/27/2009 |
| GREELEY SQUARE STATION, P.O. BOX 20188 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 39 W. 31ST STREET | Comments: DOCKET: 8117 (06/22/2010) |
| NEW YORK, NY 10001 | |

| UNSECURED | Claimed: | $29,723.00 |
|---|---|---|

---

| PIONEER CREDIT OPPORTUNITIES FUND, LP | Claim Number: 10856-01 |
|---|---|
| TRANSFEROR: KLENZOID EQUIPMENT COMPANY | Claim Date: 08/27/2009 |
| GREELEY SQUARE STATION, P.O. BOX 20188 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 39 W. 31ST STREET | Comments: DOCKET: 7189 (04/22/2010) |
| NEW YORK, NY 10001 | |

| ADMINISTRATIVE | Claimed: | $11,500.00 |
|---|---|---|

---

| PIONEER CREDIT OPPORTUNITIES FUND, LP | Claim Number: 10856-02 |
|---|---|
| TRANSFEROR: KLENZOID EQUIPMENT COMPANY | Claim Date: 08/27/2009 |
| GREELEY SQUARE STATION, P.O. BOX 20188 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 39 W. 31ST STREET | Comments: DOCKET: 8093 (06/21/2010) |
| NEW YORK, NY 10001 | |

| UNSECURED | Claimed: | $65,257.79 | Scheduled: | $76,757.79 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: DICAR INC.<br>GREELEY SQUARE STATION, P.O. BOX 20188<br>39 W. 31ST STREET<br>NEW YORK, NY 10001 | Claim Number: 10858-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET 7188 (04/22/2010) |

| ADMINISTRATIVE | Claimed: | $24,157.72 |

---

| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: DICAR INC.<br>GREELEY SQUARE STATION, P.O. BOX 20188<br>39 W. 31ST STREET<br>NEW YORK, NY 10001 | Claim Number: 10858-03<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8093 (06/21/2010) |

| UNSECURED | Claimed: | $170,776.59 | Scheduled: | $199,487.60 |

---

| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: DICAR INC.<br>GREELEY SQUARE STATION, P.O. BOX 20188<br>39 W. 31ST STREET<br>NEW YORK, NY 10001 | Claim Number: 10858-04<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET 8093 (06/21/2010) |

| UNSECURED | Claimed: | $4,514.40 | Scheduled: | $4,514.40 |

---

| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: PRI GROUP, THE<br>GREELEY SQUARE STATION, P.O. BOX 20188<br>39 W. 31ST STREET<br>NEW YORK, NY 10001 | Claim Number: 10859-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET 7188 (04/22/2010) |

| ADMINISTRATIVE | Claimed: | $15,924.25 |

---

| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: PRI GROUP, THE<br>GREELEY SQUARE STATION, P.O. BOX 20188<br>39 W. 31ST STREET<br>NEW YORK, NY 10001 | Claim Number: 10859-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8117 (06/22/2010) |

| UNSECURED | Claimed: | $41,381.86 | Scheduled: | $84,205.00 |

---

| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: MIDWEST PROPERTIES I LLP<br>GREELEY SQUARE STATION, P.O. BOX 20188<br>39 W. 31ST STREET<br>NEW YORK, NY 10001 | Claim Number: 12469<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5738 (03/10/2010) |

| UNSECURED | Claimed: | $19,136.00 | Scheduled: | $38,272.00 |

---

| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: HYDRITE CHEMICAL CO<br>GREELEY SQUARE STATION, P.O. BOX 20188<br>39 W. 31ST STREET<br>NEW YORK, NY 10001 | Claim Number: 13064<br>Claim Date: 09/14/2009<br>Debtor: CAMEO CONTAINER CORPORATION |

| UNSECURED | Claimed: | $5,509.64 | Scheduled: | $5,650.56 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PIONEER CREDIT OPPORTUNITIES FUND, LP
TRANSFEROR: HYDRITE CHEMICAL CO
GREELEY SQUARE STATION, P.O. BOX 20188
39 W. 31ST STREET
NEW YORK, NY 10001

Claim Number: 13065
Claim Date: 09/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $46,280.78 | | $89,322.99 |

---

PIONEER CREDIT OPPORTUNITIES FUND, LP
TRANSFEROR: L & P FINANCIAL SERVICES
GREELEY SQUARE STATION, P.O. BOX 20188
39 W. 31ST STREET
NEW YORK, NY 10001

Claim Number: 13978
Claim Date: 04/13/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
amends claim 7707

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE | | $282,169.88 | | |
| UNSECURED | | $145,489.54 | | $464,709.12 |

---

PIONEER FUNDING GROUP, LLC
TRANSFEROR: VT GRAPHICS, INC.
ATTN: ADAM STEIN-SAPIR
ANSONIA STATION; PO BOX 230411
NEW YORK, NY 10023

Claim Number: 2186
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4732 (02/04/2010)

| | Claimed: | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | | $37,223.00 | | |
| UNSECURED | | $61.00 | | |

---

PIONEER FUNDING GROUP, LLC
TRANSFEROR: VT GRAPHICS, INC.
ATTN: ADAM STEIN-SAPIR
ANSONIA STATION; PO BOX 230411
NEW YORK, NY 10023

Claim Number: 6844
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7187 (04/22/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $75,627.00 | | $113,564.99 |

---

PIPING & EQUIPMENT INC
PO BOX 644297
PITTSBURGH, PA 15264-4297

Claim Number: 7313-01
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE | | $51,206.19 | | |
| UNSECURED | | | | $337,136.64 |

---

PIPING & EQUIPMENT INC
PO BOX 644297
PITTSBURGH, PA 15264-4297

Claim Number: 7313-02
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $286,041.18 | | $1,159.23 |

---

PIROMALLI, F J
14 TOBY LANE
YARDVILLE, NJ 08620

Claim Number: 11583
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | Claimed: | | | |
|---|---|---|---|---|
| PRIORITY | | $45,000.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PITNEY BOWES CREDIT CORP<br>RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 12567<br>Claim Date: 09/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $1,067.08 | | |
|---|---|---|---|---|

---

| PITNEY BOWES CREDIT CORP<br>RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 12568<br>Claim Date: 09/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $3,330.58 | | |
|---|---|---|---|---|

---

| PITNEY BOWES CREDIT CORP<br>RECOVERY DEPT.<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 12572<br>Claim Date: 09/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $5,090.87 | Scheduled: | $31,190.46 |
|---|---|---|---|---|

---

| PITNEY BOWES CREDIT CORP<br>RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | Claim Number: 12573<br>Claim Date: 09/08/2009<br>Debtor: CAMEO CONTAINER CORPORATION |
|---|---|

| PRIORITY | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,162.61 | Scheduled: | $1,221.23 |

---

| PITNEY BOWES CREDIT CORP<br>RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 12574<br>Claim Date: 09/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,000.00 | | |

---

| PITNEY BOWES CREDIT CORP<br>ATTN: RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 13668<br>Claim Date: 12/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,164.84 | | |
|---|---|---|---|---|

---

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 7787<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $1,796.30 | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 10047<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| PRIORITY | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,796.30 | Scheduled: | $230.00 |

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 13422<br>Claim Date: 09/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $1,968.27 |
|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 13423<br>Claim Date: 09/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $3,675.02 |
|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 13424<br>Claim Date: 09/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $1,717.34 |
|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 13467<br>Claim Date: 09/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $2,205.30 |
|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 13468<br>Claim Date: 09/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $2,091.74 | Scheduled: | $1,425.64 |
|---|---|---|---|---|

| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 13469<br>Claim Date: 09/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $2,345.57 | Scheduled: | $27,700.08 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 13520
Claim Date: 10/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $18,824.48 |
|---|---|---|

---

PITNEY BOWES GLOBAL FINANCIAL SERVICES
ATTN: RECOVERY DEPT.
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 1098
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 6647 (04/07/2010)

| UNSECURED | Claimed: | $6,150.54 |
|---|---|---|

---

PITNEY BOWES GLOBAL FINANCIAL SERVICES
ATTN: RECOVERY DEPT.
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 1169
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 6649 (04/07/2010)

| UNSECURED | Claimed: | $6,150.54 |
|---|---|---|

---

PITNEY BOWES GLOBAL FINANCIAL SERVICES
ATTN: RECOVERY DEPT.
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 2449
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $8,206.77 |
|---|---|---|

---

PITNEY BOWES GLOBAL FINANCIAL SERVICES
PITNEY BOWES INC.
27 WATERVIEW DRIVE
SHELTON, CT 06484

Claim Number: 2839
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| PRIORITY | Claimed: | $815.61 |
|---|---|---|

---

PITNEY BOWES GLOBAL FINANCIAL SERVICES
ATTN: RECOVERY DEPT.
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 2840
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $2,234.13 | Scheduled: | $24,368.03 |
|---|---|---|---|---|

---

PITNEY BOWES GLOBAL FINANCIAL SERVICES
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 3030
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $815.61 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | |
|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL SERVICES PITNEY BOWES INC. 27 WATERVIEW DRIVE ATTN: RECOVERY DEPT. SHELTON, CT 06484-4361 | | Claim Number: 3592 Claim Date: 06/23/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 6647 (04/07/2010) |
| UNSECURED | | $7,652.97 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES ATTN: RECOVERY DEPT. 27 WATERVIEW DRIVE SHELTON, CT 06484-4361 | | Claim Number: 10051 Claim Date: 08/25/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $3,071.72 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES ATTN: RECOVERY DEPT. 27 WATERVIEW DRIVE SHELTON, CT 06484-4361 | | Claim Number: 11258 Claim Date: 08/18/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7552 (05/10/2010) |
| UNSECURED | Claimed: | $1,296.00 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES ATTN: RECOVERY DEPT. 27 WATERVIEW DRIVE SHELTON, CT 06484 | | Claim Number: 11264 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 7553 (05/10/2010) |
| ADMINISTRATIVE | Claimed: | $499.50 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES ATTN: RECOVERY DEPT. 27 WATERVIEW DRIVE SHELTON, CT 06484-4361 | | Claim Number: 11265 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $4,119.72 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES ATTN: RECOVERY DEPT. 27 WATERVIEW DRIVE SHELTON, CT 06484-4361 | | Claim Number: 11268 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $1,247.41 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES PITNEY BOWES INC, ATTN: RECOVERY DEPT. 27 WATERVIEW DRIVE SHELTON, CT 06484-4361 | | Claim Number: 11533 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7555 (05/10/2010) |
| UNSECURED | Claimed: | $171.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | Claim Number: 11536<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $499.50 | Scheduled: | $12,748.84 |
|---|---|---|---|---|

| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 12208<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,579.50 |
|---|---|---|

| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 12268<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $2,475.00 |
|---|---|---|

| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 12269<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $144.00 |
|---|---|---|

| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 13103<br>Claim Date: 09/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,159.72 |
|---|---|---|

| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | Claim Number: 13846<br>Claim Date: 02/16/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $124.02 |
|---|---|---|

| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 13847<br>Claim Date: 02/16/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,106.19 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PITNEY BOWES GLOBAL FINANCIAL SERVICES
ATTN: RECOVERY DEPT.
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 14014
Claim Date: 04/26/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $7,724.36 |
|---|---|---|

---

PITNEY BOWES GLOBAL FINANCIAL SERVICES
PITNEY BOWES INC.
27 WATERVIEW DRIVE
SHELTON, CT 06484

Claim Number: 14019
Claim Date: 04/30/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| PRIORITY | Claimed: | $1,517.04 |
|---|---|---|

---

PITNEY BOWES GLOBAL FINANCIAL SERVICES
ATTN: RECOVERY DEPT.
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 14020
Claim Date: 04/30/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8673 (10/19/2010)

| UNSECURED | Claimed: | $3,577.76 |
|---|---|---|

---

PITNEY BOWES GLOBAL FINANCIAL SERVICES
ATTN: RECOVERY DEPT.
27 WATERVIEW DRIVE
SHELTON, CT 06484-4361

Claim Number: 14027
Claim Date: 05/17/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8407 (08/18/2010)

| UNSECURED | Claimed: | $2,607.00 |
|---|---|---|

---

PITNEY BOWES INCORPORATED
ATTN: BANKRUPTCY DEPT.
4901 BELFORT RD, STE 120
JACKSONVILLE, FL 32256

Claim Number: 14046
Claim Date: 06/02/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| UNSECURED | Claimed: | $4,712.50   UNLIQ |
|---|---|---|

---

PITTS, DONNIE A
600 SMITHWOOD DR
ANDALUSIA, AL 36421-2471

Claim Number: 9530
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

PITTS, JOEY T
P. O. BOX 2164
E. BREWTON, AL 36427

Claim Number: 7984
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8673 (10/19/2010)

| UNSECURED | Claimed: | $22,185.39 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PITTS, WALTER
PO BOX 721165
PINON HILLS, CA 92372

Claim Number: 12946
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

---

PK RECYCLING, INC.
501 BLAIRSTONE #4021
TALLAHASSEE, FL 32313-0001

Claim Number: 41
Claim Date: 02/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $73.17 | Scheduled: | $71.00 |
|---|---|---|---|---|

---

PLAINTIFFS IN US DISTRICT COURT
3:04-CV-730 - C/O THOMAS K. DOYLE
BENNETT HARTMAN MORRIS & KAPLAN
111 SW 5TH AVE., STE. 1650
PORTLAND, OR 97204

Claim Number: 11669
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| PRIORITY | Claimed: | $1,000,000.00 | | |
|---|---|---|---|---|

---

PLAINTIFFS IN US DISTRICT COURT
3:04-CV-730 - C/O THOMAS K. DOYLE
BENNETT HARTMAN MORRIS & KAPLAN
111 SW 5TH AVE., STE. 1650
PORTLAND, OR 97204

Claim Number: 11739
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| PRIORITY | Claimed: | $1,000,000.00 | | |
|---|---|---|---|---|

---

PLANTATION PRODUCTS, INC.
202 SOUTH WASHINGTON ST.
NORTON, MA 02766

Claim Number: 3508
Claim Date: 06/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $499.00 | Scheduled: | $508.00 |
|---|---|---|---|---|

---

PLASMA COATING INC
5438 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Claim Number: 9238
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $23,847.06 | Scheduled: | $23,847.06 |
|---|---|---|---|---|

---

PLASMA COATING INC
5438 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Claim Number: 9239
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $15,785.29 | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PLASMA COATING INC
5438 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Claim Number: 12516
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $15,785.29 |
|---|---|---|

---

PLASMA COATINGS INC
5438 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Claim Number: 12218
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $23,847.06 |
|---|---|---|

---

PLASMA COATINGS OF TN A DIV OF AMERICAN
ROLLER CO LLC
PO BOX 10006
WATERBURY, CT 06725

Claim Number: 12397
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $23,847.06 |
|---|---|---|

---

PLASMA COATINGS OF TN A DIV. OF AMERICAN
ROLLER CO. LLC
PO BOX 10006
WATERBURY, CT 06725

Claim Number: 12219
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $15,785.29 |
|---|---|---|

---

PLASMA COATINGS OF TN A DIV. OF AMERICAN
ROLLER CO. LLC
PO BOX 10006
ATTN: MARIE SANDERSON
WATERBURY, CT 06725

Claim Number: 12514
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $15,785.29 |
|---|---|---|

---

PLASMA COATINGS OF TN, A DIV. OF
AMERICAN ROLLER CO LLC
P.O. BOX 10006
ATTN: MARIE SANDERSON
WATERBURY, CT 06725

Claim Number: 9240
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $23,847.06 |
|---|---|---|

---

PLASTIPAK PACKAGING, INC.
ZACHARY J. ESKAU, ESQ.
DAWDA, MANN, MULCAHY & SADLER, PLC
39533 WOODWARD AVE., SUITE 200
BLOOMFIELD HILLS, MI 48304

Claim Number: 13428
Claim Date: 10/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| UNSECURED | Claimed: | $39,479.00 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PLATINUM INDUSTRIAL INC<br>5004 FREMONT STREET<br>JACKSONVILLE, FL 32210 | Claim Number: 4374<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $11,379.72 | Scheduled: | $11,198.00 |
|---|---|---|---|---|

| PLATINUM PACKAGING INC<br>36044 RAVELLO COURT<br>MURRIETA, CA 92562 | Claim Number: 3743<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 7652 (05/18/2010) |
|---|---|

| PRIORITY | Claimed: | $4,054.01 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $4,054.01  UNLIQ |

| PLATT ELECTRIC SUPPLY<br>10605 SW ALLEN BLVD<br>BEAVERTON, OR 97005 | Claim Number: 163<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $2,991.27 | Scheduled: | $3,006.68 |
|---|---|---|---|---|

| PLATTE COUNTY COLLECTOR<br>MERRICK, BAKER & STRAUSS, P.C.<br>400 PECK'S PLAZA<br>1044 MAIN<br>KANSAS CITY, MO 64105 | Claim Number: 14051<br>Claim Date: 06/16/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8673 (10/19/2010) |
|---|---|

| PRIORITY | Claimed: | $2,947.08 |
|---|---|---|

| PLOMBERIE G.D. GAUTHIER INC.<br>51 RUE BRILLANT C.P. 218<br>MATANE, QC G4W 3NI<br>CANADA | Claim Number: 8904<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $11,436.59 | Scheduled: | $11,578.99 |
|---|---|---|---|---|

| PLUM CREEK MARKETING, INC.<br>C/O JOHN R. KNAPP, JR.<br>CAIRNCROSS & HEMPELMANN, P.S.<br>524 SECOND AVENUE, STE 500<br>SEATTLE, WA 98104-2323 | Claim Number: 9126-01<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| SECURED | Claimed: | $350,304.52 |
|---|---|---|

| PLUM CREEK MARKETING, INC.<br>C/O JOHN R. KNAPP, JR.<br>CAIRNCROSS & HEMPELMANN, P.S.<br>524 SECOND AVENUE, STE 500<br>SEATTLE, WA 98104-2323 | Claim Number: 9126-02<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $350,304.52 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PLUM CREEK MARKETING, INC.<br>C/O JOHN R. KNAPP, JR.<br>CAIRNCROSS & HEMPELMANN, P.S.<br>524 SECOND AVENUE, STE 500<br>SEATTLE, WA 98104-2323 | Claim Number: 9127-01<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| SECURED | Claimed: | $183,724.20 |
|---|---|---|

| PLUM CREEK MARKETING, INC.<br>C/O JOHN R. KNAPP, JR.<br>CAIRNCROSS & HEMPELMANN, P.S.<br>524 SECOND AVENUE, STE 500<br>SEATTLE, WA 98104-2323 | Claim Number: 9127-02<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $183,724.20 |
|---|---|---|

| PLUM CREEK MARKETING, INC.<br>C/O JOHN R. KNAPP, JR.<br>CAIRNCROSS & HEMPELMANN, P.S.<br>524 2ND AVENUE, SUITE 500<br>SEATTLE, WA 98104-2323 | Claim Number: 9306<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $107,371.91 |
|---|---|---|

| PLUM CREEK MARKETING, INC.<br>C/O JOHN R. KNAPP, JR.,<br>CAIRNCROSS & HEMPELMANN, P.S.<br>524 2ND AVENUE, SUITE 500<br>SEATTLE, WA 98104-2323 | Claim Number: 10681<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $11,911.68 |
|---|---|---|

| PLUM CREEK MARKETING, INC.<br>C/O JOHN R. KNAPP, JR.<br>CAIRNCROSS & HEMPELMANN, P.S.<br>524 2ND AVENUE, SUITE 500<br>SEATTLE, WA 98104-2323 | Claim Number: 10739-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| SECURED | Claimed: | $283,999.88 |
|---|---|---|

| PLUM CREEK MARKETING, INC.<br>C/O JOHN R. KNAPP, JR.<br>CAIRNCROSS & HEMPELMANN, P.S.<br>524 2ND AVENUE, SUITE 500<br>SEATTLE, WA 98104-2323 | Claim Number: 10739-02<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $283,999.88 |
|---|---|---|

| PLUM CREEK MARKETING, INC.<br>C/O JOHN R. KNAPP, JR.<br>CAIRNCROSS & HEMPELMANN, P.S.<br>524 2ND AVENUE, SUITE 500<br>SEATTLE, WA 98104-2323 | Claim Number: 13378<br>Claim Date: 09/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $283,999.88 |
|---|---|---|
| SECURED | Claimed: | $283,999.88 |
| TOTAL | Claimed: | $283,999.88 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PLUMROSE USA, INC.<br>P.O. BOX 970<br>BOONEVILLE, MS 38829 | Claim Number: 3064<br>Claim Date: 05/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $20,186.37 | Scheduled: | $22,999.87 |
|---|---|---|---|---|

---

| PLYLER PAPER, INC.<br>800 GESCO STREET<br>CHARLOTTE, NC 28208 | Claim Number: 6549<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $37,706.03 |
|---|---|---|

---

| PLYMOUTH PACKAGING INC<br>4075 W COLUMBIA AVE<br>BATTLE CREEK, MI 49015 | Claim Number: 9684<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $8,746.46 | Scheduled: | $8,746.46 |
|---|---|---|---|---|

---

| PLYMOUTH PACKAGING, INC.<br>ATTN: DEBORAH SNOW<br>4075 W. COLUMBIA AVE<br>BATTLE CREEK, MI 49015 | Claim Number: 13331<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $6,385.00 | Scheduled: | $6,385.00 |
|---|---|---|---|---|

---

| PNEU AIR COMPRESSOR LTD.<br>ATTN: MARY O'CONNELL<br>429 DEWITT ROAD, UNIT #14 & 15<br>STONEY CREEK, ON L8E 4C3<br>CANADA | Claim Number: 12540<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $4,636.23 |
|---|---|---|

---

| PNEUMATIC AND HYDRAULIC CO.<br>1338 PETROLEUM PKWY.<br>BROUSSARD, LA 70518 | Claim Number: 51<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $142.37 | Scheduled: | $142.37 |
|---|---|---|---|---|

---

| PNEUMATIC SUPPLY INC<br>12739 59TH WAY N.<br>CLEARWATER, FL 33760 | Claim Number: 346<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $3,236.04 | Scheduled: | $3,236.04 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PNEUMATIQUE LTEE
4175 POIRIER
ATTN: JOHN SANTOS
ST LAURENT, QC H4R 2G9
CANADA

Claim Number: 8813
Claim Date: 07/30/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $2,247.37 |
|---|---|---|

---

PNEUMATIQUE LTEE
4175 BOUL. POIRIER
SAINT LAURENT, QC H4R 2G9
CANADA

Claim Number: 8814
Claim Date: 07/30/2009
Debtor: SMURFIT-MBI
Comments:
2,743.04 IN CDN

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $2,223.35 |
|---|---|---|---|---|

---

PNEUS DU PARC 9114-6415 QUEBEC INC.
ATTN: JEAN-PIERRE FORTIN
74, RUE DU PARC INDUSTRIEL, CP. 701
MATANE, QC G4W 3P6
CANADA

Claim Number: 12646
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $9,252.06 | Scheduled: | $9,143.32 |
|---|---|---|---|---|

---

PNEUTECH ROUSSEAU INC.
1475 32ND AVENUE
LACHINE, QC H8T 3J1
CANADA

Claim Number: 2639
Claim Date: 04/30/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $513.19 |
|---|---|---|

---

PNEUTECH ROUSSEAU INC.
1475 32ND AVENUE
LACHINE, QC H8T 3J1
CANADA

Claim Number: 2640
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $2,259.25 | Scheduled: | $1,986.13 |
|---|---|---|---|---|

---

PNEUTECH ROUSSEAU INC.
1475-32ND AVENUE
LACHINE, QC H8T 3JT
CANADA

Claim Number: 13838
Claim Date: 02/22/2010
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $1,851.00 |
|---|---|---|

---

PNEUTECH ROUSSEAU INC.
1475-32ND AVENUE
LACHINE, QC H8T 3J1
CANADA

Claim Number: 13839
Claim Date: 02/22/2010
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $420.46 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PNR RAILWORKS INC.<br>C/O MARTIN SHEPPARD FRASER LLP<br>GARY H ENSKAT<br>PO BOX 900, 4701 ST CLAIR AVE 2ND FL<br>NIAGARA FALLS, ON L2E 6O7<br>CANADA | Claim Number: 12675<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $17,986.26 | |

---

| PNR RAILWORKS INC.<br>C/O MARTIN SHEPPARD FRASER LLP<br>BARRISTERS AND SOLICITORS<br>PO BOX 900, 4701 ST CLAIR AVE 2ND FL<br>NIAGARA FALLS, ON L2E 6O7<br>CANADA | Claim Number: 12679<br>Claim Date: 08/20/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $17,986.26 | |

---

| PNUCOR LLC<br>PO BOX 7209<br>CHARLOTTE, NC 28241 | Claim Number: 7071<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,254.04 | Scheduled: | $8,245.04 |

---

| POHLIG BROS LLC<br>8001 GREENPINE ROAD<br>RICHMOND, VA 23237-2291 | Claim Number: 5374<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $15,139.00 | Scheduled: | $20,046.76 |

---

| POLAKOWSKI, R J<br>2936 S QUINN ST<br>CHICAGO, IL 60608-5809 | Claim Number: 10434<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | |

---

| POLAKOWSKI, RICHARD<br>2314 AMBER ST.<br>PHILADELPHIA, PA 19125 | Claim Number: 3955<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |

---

| POLAR BEAR RUBBER LTD<br>ATTN: JO-ANN PADDOCK<br>1663 BURROWS AVE<br>WINNIPEG, MB R2X 3B5<br>CANADA | Claim Number: 13306<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $434.25 | Scheduled: | $433.19 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| POLES, NORMAN C<br>7770 TAHITI LANE APT 308<br>LAKE WORTH, FL 33467 | | Claim Number: 4543<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $519,631.25   UNLIQ | | |
| POLINI'S FORKLIFT REPAIR<br>3176 KATHLEEN STREET<br>SAN JOSE, CA 95124 | | Claim Number: 202<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $13,935.88 | | |
| POLINIS FORKLIFT REPAIR<br>3176 KATHLEEN STREET<br>SAN JOSE, CA 95124 | | Claim Number: 5299<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $15,730.14 |
| POLK COUNTY TREASURER - MARY MALONEY<br>111 COURT AVENUE<br>DES MOINES, IA 50309-2298 | | Claim Number: 6580<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| PRIORITY | Claimed: | $0.00 | | |
| SECURED | Claimed: | $32,737.00 | | |
| POLSINELLI SHUGHART<br>PO BOX 878681<br>KANSAS CITY, MO 64187-8681 | | Claim Number: 7671<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $7,995.25 | Scheduled: | $7,734.07 |
| POLY FABRICATORS<br>3876 SOUTH EUFAULA AVE<br>EUFAULA, AL 36027 | | Claim Number: 5817<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $40,127.00 | Scheduled: | $40,127.00 |
| POLYTRON, INC.<br>A. KEITH LOGUE<br>3423 WEYMOUTH COURT<br>MARIETTA, GA 30062 | | Claim Number: 2164<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| SECURED | Claimed: | $89,599.81 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

POLYTRON, INC.
ATTN: A. KEITH LOGUE
3423 WEYMOUTH COURT
MARIETTA, GA 30062

Claim Number: 6854
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7651 (05/18/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | | | |
| UNSECURED | | $89,599.81 | Scheduled: | $89,599.81 |

---

POMEROY, RICHARD
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10961
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8391 (08/16/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $50,000.00 |

---

POMPACTION INC
ATTN: MARIO MILHAUD
119 HYMUS
POINTE-CLAIRE, QC H9R 1E5
CANADA

Claim Number: 13280
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,878.98 | Scheduled: | $7,881.81 |

---

POMPACTION INC.
ATTN: MARIO MICHAUD
119 HYMUS BLVD.
POINTE-CLAIRE, QC H9R 1E5
CANADA

Claim Number: 13246
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,625.16 |

---

PONDER'S LIFESAVING SKILLS
2204 7TH STREET
GALENA PARK, TX 77547

Claim Number: 5800
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $75.00 | Scheduled: | $75.00 |

---

PONTBRIAND, CLAUDE
390 PANET
ST-BRUNO, QC J3V 1T9
CANADA

Claim Number: 6489
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

PONTBRIAND, CLAUDE
390 RUE PANET
ST-BRUNO, QC J3V 1T9
CANADA

Claim Number: 8683
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| POOLE'S SAWMILL SUPPLY, INC.<br>P.O. BOX 78162<br>SHREVEPORT, LA 71137-8162 | Claim Number: 1616<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED    Claimed: | $31,269.38 | | |

| POOLE'S SAWMILL SUPPLY, INC.<br>P.O. BOX 78162<br>SHREVEPORT, LA 71137-8162 | Claim Number: 13391<br>Claim Date: 10/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends Claim 1616 | | |
|---|---|---|---|
| UNSECURED    Claimed: | $31,269.38 | Scheduled: | $33,246.32 |

| POOLE, TERRY<br>2642 EAST 360 NORTH<br>ANDERSON, IN 46012 | Claim Number: 11972<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| UNSECURED    Claimed: | $0.00    UNLIQ | | |

| POON, LORETTA<br>21 COVETTE BAY NE<br>CALGARY, AB T3K 4S9<br>CANADA | Claim Number: 12914<br>Claim Date: 08/27/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| SECURED    Claimed: | $0.00    UNLIQ | | |

| POON, LORETTA<br>21 COVETTE BAY NE<br>CALGARY, AB T3K 4S9<br>CANADA | Claim Number: 12918<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| SECURED    Claimed: | $0.00    UNLIQ | | |

| POPE, PAUL<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10699<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| UNSECURED    Claimed: | $184,513.87 | | |

| POPE, RICKY<br>85817 KIRKLAND ROAD<br>YULEE, FL 32097 | Claim Number: 9516<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| UNSECURED    Claimed: | $200,000.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| POPE, RICKY L. | Claim Number: 10719 |
| JAMES E. SORENSON, ESQ. | Claim Date: 08/26/2009 |
| WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| POST OFFICE BOX 4128 | Comments: EXPUNGED |
| TALLAHASSEE, FL 32315-4128 | DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $105,000.00 |

---

| POPE, VELIOUS | Claim Number: 10659 |
| ATTN: JAMES SORENSON, ESQ | Claim Date: 08/26/2009 |
| WILLIAMS GAUTIER GWYNN DELOACH &SORENSON | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| PO BOX 4128 | Comments: EXPUNGED |
| TALLAHASSEE, FL 32315-4128 | DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $47,926.61 |

---

| PORT FREEPORT | Claim Number: 4155 |
| 200 W SECOND ST 3RD FLOOR | Claim Date: 07/09/2009 |
| FREEPORT, TX 77541 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $4,318.87 | Scheduled: | $3,546.76 |

---

| PORT OF PORTLAND | Claim Number: 11047 |
| ATTN: DAVID ASHTON | Claim Date: 08/27/2009 |
| P.O. BOX 3529 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| PORTLAND, OR 97208-3529 | Comments: EXPUNGED |
| | DOCKET: 8879 (01/06/2011) |

| UNSECURED | Claimed: | $0.00  UNDET |

---

| PORT OF PORTLAND | Claim Number: 11878 |
| ATTN: DAVID ASHTON | Claim Date: 08/28/2009 |
| P.O. BOX 3529 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| PORTLAND, OR 97208-3529 | Comments: EXPUNGED |
| | DOCKET: 8879 (01/06/2011) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| PORT OF PORTLAND | Claim Number: 13980 |
| ATTN: DAVID ASHTON | Claim Date: 04/13/2010 |
| P.O. BOX 3529 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| PORTLAND, OR 97208-3529 | Comments: EXPUNGED |
| | DOCKET: 8879 (01/06/2011) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| PORT RICHMOND AUTO PARTS INC. | Claim Number: 614 |
| 2860 KING WILLIAM AVENUE | Claim Date: 02/19/2009 |
| WEST POINT, VA 23181 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $16,788.83 | Scheduled: | $13,162.18 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PORTABLE SANITATION AND SERVICS INC<br>2815 POWERS AVENUE<br>JACKSONVILLE, FL 32207 | Claim Number: 4736<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $449.40 | Scheduled: | $449.40 |
|---|---|---|---|---|

| PORTAGE COUNTY SOLID WASTE<br>3588 MOGADORE RD<br>KENT, OH 44240 | Claim Number: 8049<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,485.90 |
|---|---|---|

| PORTAGE COUNTY TREASURER<br>PORTAGE COUNTY ADMIN BLDG<br>449 S MERIDIAN ST., 1ST FLOOR<br>RAVENNA, OH 44266 | Claim Number: 7755<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| PRIORITY | Claimed: | $33,111.85 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| PORTAVE TOOL & DIE INC.<br>ATTN: VITOR FERREIRA<br>61 ADVANCE RD, UNIT #8<br>ETOBICOKE, ON H82 2S6<br>CANADA | Claim Number: 8549<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $2,533.48 | Scheduled: | $2,526.55 |
|---|---|---|---|---|

| PORTER, ARQUILLA<br>6730 S WABASH AVE APT 1<br>CHICAGO, IL 60637-3972 | Claim Number: 4101<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $939.20 |
|---|---|---|

| PORTER, ARQUILLA<br>6605 S. LOWE AVE.<br>CHICAGO, IL 60621 | Claim Number: 8268<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $1,878.40 |
|---|---|---|

| PORTER, T<br>2118 EAST 60TH STREET<br>SAVANNAH, GA 31404 | Claim Number: 6702<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PORTLAND GENERAL ELECTRIC (PGE)<br>7800 SW MOHAWK ST<br>TUALATIN, OR 97062 | Claim Number: 6250<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $23,063.55 | | |
|---|---|---|---|---|

| PORTLAND GENERAL ELECTRIC (PGE)<br>7800 SW MOHAWK ST<br>TUALATIN, OR 97062 | Claim Number: 6251<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,887.10 | | |
|---|---|---|---|---|

| PORTLAND GENERAL ELECTRIC CO<br>7800 SW MOHAWK ST<br>TUALATIN, OR 97062 | Claim Number: 6249<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $223.30 | Scheduled: | $13,304.63 |
|---|---|---|---|---|

| PORTLAND HARBOR PRP GROUP | Claim Number: 99024<br>Claim Date: 01/06/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8879 (01/06/2011) |
|---|---|

| UNSECURED | Claimed: | $1,050,000.00 | | |
|---|---|---|---|---|

| PORTLAND LUMBER YARD<br>PO BOX 35326<br>PANAMA CITY, FL 32412-5326 | Claim Number: 3940<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $15,603.98 | Scheduled: | $15,603.98 |
|---|---|---|---|---|

| POSI PACK CORP<br>7180 NORTHLAND CIRCLE NORTH<br>MINNEAPOLIS, MN 55428 | Claim Number: 6341<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,670.00 | Scheduled: | $3,670.00 |
|---|---|---|---|---|

| POSTAL BOX DELIVERY SERVICE<br>PO BOX 22<br>BIRMINGHAM, AL 35201 | Claim Number: 4077<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $199.00 | Scheduled: | $199.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

POTLATCH INC
PO BOX 57
LEWISTON, ID 83501

Claim Number: 12185
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| UNSECURED | Claimed: | $19,997.75 | Scheduled: | $21,370.88 |

---

POTTS, MICHAEL JEFFERSON
5809 HIGHWAY 4
JONESBORO, LA 71251

Claim Number: 10250
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

POWELL, JAMES D
23 RUE CANNES
NEWPORT BEACH, CA 92660

Claim Number: 12082
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

POWER & INDUSTRIAL AIR SYSTEMS, INC.
5281 HAMILTON BLVD.
ALLENTOWN, PA 18106

Claim Number: 370
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $3,370.00 | | |

---

POWER & INDUSTRIAL AIR SYSTEMS, INC.
5281 HAMILTON BLVD.
ALLENTOWN, PA 18106

Claim Number: 7839
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $3,576.80 | Scheduled: | $3,370.00 |

---

POWER COMPONENTS, INC
1600 N.E. 26TH STREET
FORT LAUDERDALE, FL 33305

Claim Number: 3109
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $8,398.22 | Scheduled: | $43,780.22 |

---

POWER CURVE TECHNOLOGIES
723 TRUMAN ROAD
STOUGHTON, WI 53589

Claim Number: 253
Claim Date: 02/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $25,250.00 | Scheduled: | $29,655.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| POWER FUNDING, LTD.<br>C/O SCOTT RITCHESON<br>RITCHESON, LAUFFER, VINCENT & DUKES<br>821 ESE LOOP 323<br>TYLER, TX 75701 | | Claim Number: 1793<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | | |
| UNSECURED | Claimed: | $14,526.50 | | |
| POWER HANDLING<br>3223 N MARKET<br>SPOKANE, WA 99207 | | Claim Number: 3916<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $21,041.81 | Scheduled: | $20,703.31 |
| POWER HANDLING<br>3223 N MARKET<br>SPOKANE, WA 99207 | | Claim Number: 5072<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $22,693.62 | Scheduled: | $22,438.01 |
| POWER HANDLING, INC.<br>ATTN: CINDY WILLIAMS<br>3223 NORTH MARKET STREET<br>SPOKANE, WA 99207 | | Claim Number: 8398<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $22,693.62 | | |
| POWER SUPPLY INDUSTRIES (02)<br>201 SUN VALLEY CIRCLE<br>FENTON, MO 63026 | | Claim Number: 5662<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $2,649.42 | Scheduled: | $2,664.37 |
| POWER TRAIN SERVICES LLC<br>PO BOX 6053<br>DE PERE, WI 54115 | | Claim Number: 9606<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $5,080.00 | | |
| POWER TRAIN SERVICES LLC<br>PO BOX 6053<br>DE PERE, WI 54115 | | Claim Number: 12786<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8408 (08/18/2010) | | |
| UNSECURED | Claimed: | $5,080.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| POWER, RONALD<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | Claim Number: 10974<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $50,000.00 | |

| POWER/MATION DIVISION<br>1310 ENERGY LANE<br>SAINT PAUL, MN 55108 | Claim Number: 2017-01<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,872.67 | Scheduled: | $2,681.47 |

| POWER/MATION DIVISION<br>1310 ENERGY LANE<br>SAINT PAUL, MN 55108 | Claim Number: 2017-02<br>Claim Date: 04/06/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,083.56 | Scheduled: | $2,083.56 |

| POWERS, MARY M<br>12 N. 332 WESTVIEW ST.<br>ELGIN, IL 60123 | Claim Number: 9599<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | |

| POWERS, TALMADGE R., JR.<br>2981 S. HILL ROAD<br>TIMMONSVILLE, SC 29161 | Claim Number: 10592<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $175,000.00 | |

| POWERS, THOMAS P. & KAREN M.<br>NAMED PLAINTIFF IN ERICKSON, ROY D.,<br>ET AL., C/O TOM L. LEWIS - LEWIS SLOVAK<br>& KOVACICH, P.C. - P.O. BOX 2325<br>GREAT FALLS, MT 59403 | Claim Number: 6645<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | |

| POWERWISE INK PUMPS<br>2700 WEST 21ST STREET<br>ERIE, PA 16506 | Claim Number: 4273<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,349.30 | Scheduled: | $1,318.48 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PPG CANADA, INC, PPG INDUSTRIES, INC<br>ATTN: JONI PATTOCK<br>ONE PPG PLACE<br>PITTSBURG, PA 15272 | Claim Number: 12802<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $61,365.57 | Scheduled: | $3,367.15 |
|---|---|---|---|---|

| PPG INDUSTRIES INC./ PPG CANADA INC.<br>ONE PPG PLACE<br>PITTSBURGH, PA 15272 | Claim Number: 11889<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $61,365.57 | | |
|---|---|---|---|---|

| PPG INDUSTRIES, INC<br>JOHN WINTER, ESQ<br>970 RITTENHOUSE ROAD, SUITE 300<br>EAGLEVILLE, PA 19403 | Claim Number: 10091<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $725,618.42 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $200,244.43 | Scheduled: | $931,786.59 UNLIQ |

| PPG INDUSTRIES, INC.<br>C/O JOHN J. WINTER, ESQ.<br>THE CHARTWELL LAW OFFICES, LLP<br>970 RITTENHOUSE ROAD, SUITE 300<br>EAGLEVILLE, PA 19403 | Claim Number: 3106<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $725,618.42 | | |
|---|---|---|---|---|

| PPG INDUSTRIES, INC.,<br>THE CHARTWELL LAW OFFICES, LLP<br>ONE PPG PLACE<br>PITTSBURGH, PA 15272 | Claim Number: 11532<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $725,618.42 |
|---|---|---|
| UNSECURED | Claimed: | $200,244.43 |
| ADMINISTRATIVE | Claimed: | $725,618.42 |
| UNSECURED | Claimed: | $200,244.43 |

| PPL ELECTRIC UTILITIES<br>827 HAUSMAN RD.<br>ALLENTOWN, PA 18104 | Claim Number: 3174<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $43,763.80 | | |
|---|---|---|---|---|

| PPL ELECTRIC UTILITIES<br>827 HAUSMAN RD.<br>ALLENTOWN, PA 18104 | Claim Number: 3175<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $43,763.80 | Scheduled: | $22,113.70 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PR REFRIGERATION INC<br>999 BOUL DUCHARME<br>LA TUQUE, QC G9X 3C3<br>CANADA | | Claim Number: 8770<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,795.23 | Scheduled: | $17,596.11 |

| PRAGER, INC.<br>FALK RENEW PRAGER<br>181 RIVERBEND BLVD.<br>SAINT ROSE, LA 70087 | | Claim Number: 1819<br>Claim Date: 03/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26,115.71 | Scheduled: | $24,524.76 |

| PRAIRIE PALLET INC<br>2655 HOWELL DRIVE<br>REGINA, SK S4N 6G1<br>CANADA | | Claim Number: 8345-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,403.48 | | |
| UNSECURED | | | Scheduled: | $38,664.31 |

| PRAIRIE PALLET INC<br>2655 HOWELL DRIVE<br>REGINA, SK S4N 6G1<br>CANADA | | Claim Number: 8345-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,695.08 | | |

| PRATT INDUSTRIES USA<br>PO BOX 933900<br>ATLANTA, GA 31193-3900 | | Claim Number: 4233-01<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $258.00 | Scheduled: | $2,075.00 |

| PRATT INDUSTRIES USA<br>PO BOX 933900<br>ATLANTA, GA 31193-3900 | | Claim Number: 4233-02<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,134.00 | | |

| PRAXAIR CANADA INC<br>ATTN: TONY LAMANTIA<br>1 CITY CENTRE DRIVE<br>SUITE 1200<br>MISSISSAUGA, ON L5B 1M2<br>CANADA | | Claim Number: 13147<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34,953.07 | Scheduled: | $71,892.48 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PRAXAIR DISTRIBUTION INC.<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 1812<br>Claim Date: 03/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $42,150.49 | | |

| PRAXAIR DISTRIBUTION INC.<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 2677<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $21,750.00<br>$52,352.38 | | |

| PRAXAIR DISTRUBUTION INC.<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 3483<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | |
|---|---|---|---|
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $31,250.00<br>$31,362.25 | | |

| PRAXAIR INC<br>C/O JOE CAMPANA<br>39 OLD RIDGEBURY ROAD<br>DANBURY, CT 06810-5113 | Claim Number: 6922<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $107,573.12 | Scheduled: | $139,148.55 |

| PRE-PRINT TECHNOLOGY LIMITED<br>1A JOEL LANE, HYDE<br>CHESHIRE, SK14 5JY<br>UNITED KINGDOM | Claim Number: 825<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $42,447.00 | Scheduled: | $39,380.00 |

| PREBLE, DAYTON A<br>22245 S LOWER HIGHLAND RD<br>BEAVERCREEK, OR 97004 | Claim Number: 5002<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| PRIORITY          Claimed: | $0.00   UNDET | | |

| PRECISION COMMUNICATIONS INC<br>508 MULBERRY AVENUE<br>PANAMA CITY, FL 32401 | Claim Number: 3660-01<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $5,483.25 | Scheduled: | $11,698.75 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| PRECISION COMMUNICATIONS INC<br>508 MULBERRY AVENUE<br>PANAMA CITY, FL 32401 | | Claim Number: 3660-02<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $1,040.00 | | |
| PRECISION DESIGN MACHINERY, INC.<br>1509 BETHEL DRIVE<br>HIGH POINT, NC 27260 | | Claim Number: 639<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $601.62 | | |
| PRECISION DESIGN MACHINERY, INC.<br>1509 BETHEL DRIVE<br>HIGH POINT, NC 27260 | | Claim Number: 640<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $832.22 | Scheduled: | $746.04 |
| PRECISION DESIGN MACHINERY, INC.<br>1509 BETHEL DRIVE<br>HIGH POINT, NC 27260 | | Claim Number: 641<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,873.64 | | |
| PRECISION ELECTRIC INC<br>PO BOX 451<br>MISHAWAKA, IN 46546-0451 | | Claim Number: 5102<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $1,683.75 | Scheduled: | $1,683.75 |
| PRECISION EMISSIONS, INC<br>3404 LAKE WOODARD DRIVE<br>RALEIGH, NC 27604 | | Claim Number: 1889<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $36,053.00 | | |
| PRECISION EMISSIONS, INC<br>3404 LAKE WOODARD DRIVE<br>RALEIGH, NC 27604 | | Claim Number: 2280<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $16,015.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PRECISION EMISSIONS, INC<br>3404 LAKE WOODARD DRIVE<br>RALEIGH, NC 27604 | Claim Number: 13421<br>Claim Date: 10/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends Claim 2280 | | |
|---|---|---|---|
| UNSECURED          Claimed: | $16,015.00 | | |
| PRECISION INDUSTRIAL CONTRACTORS, INC.<br>1555 DOWN RIVER DR<br>WOODLAND, WA 98674-9513 | Claim Number: 3247<br>Claim Date: 06/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7652 (05/18/2010) | | |
| SECURED          Claimed: | $466,787.50 | | |
| PRECISION INDUSTRIAL CONTRACTORS, INC.<br>1555 DOWN RIVER DR<br>WOODLAND, WA 986749513 | Claim Number: 3248<br>Claim Date: 06/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7652 (05/18/2010) | | |
| SECURED          Claimed: | $234,785.07 | | |
| PRECISION INDUSTRIAL CONTRACTORS, INC.<br>1395-D DOWN RIVER DRIVE<br>WOODLAND, WA 98674 | Claim Number: 3250<br>Claim Date: 06/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7652 (05/18/2010) | | |
| SECURED          Claimed: | $86,761.78 | | |
| PRECISION MACHINE PRODUCTS<br>PO BOX 1576<br>GASTONIA, NC 28053 | Claim Number: 4243<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED          Claimed: | $4,593.40 | Scheduled: | $4,740.36 |
| PRECISION ROLL GRINDERS INC<br>6356 CHAPMANS ROAD<br>ALLENTOWN, PA 18106 | Claim Number: 6635<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010) | | |
| UNSECURED          Claimed: | $42,929.00 | Scheduled: | $30,023.15 |
| PRECISION SCALE CO INC. (01)<br>3501 GRACE AVENUE<br>ST. LOUIS, MO 63116-4712 | Claim Number: 7583<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>Claim out of balance | | |
| UNSECURED          Claimed: | $2,654.02 | Scheduled: | $2,654.02 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| PREFERRED POLYMER COATINGS LTD.<br>3134 LENWORTH DRIVE<br>MISSISSAUGA, ON L4X 2G1<br>CANADA | | Claim Number: 12394<br>Claim Date: 07/20/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | |
| SECURED | Claimed: | $48,610.66   UNLIQ | | |
| PREFERRED POLYMER COATINGS LTD.<br>ATTN: MARK MCLEOD<br>3134 LENWORTH DRIVE<br>MISSISSAUGA, ON L4X 2G1<br>CANADA | | Claim Number: 12590<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI | | |
| SECURED | Claimed: | $48,610.66 | | |
| PREMIER CHEMICALS LLC<br>PO BOX 504573<br>SAINT LOUIS, MO 63150 | | Claim Number: 13076<br>Claim Date: 09/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $13,971.21 | Scheduled: | $13,971.21 |
| PREMIER CHEMICALS LLC<br>PO BOX 504573<br>SAINT LOUIS, MO 63150 | | Claim Number: 13077<br>Claim Date: 09/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $15,538.32 | Scheduled: | $15,538.32 |
| PREMIER CHEMICALS LLC<br>300 BARR HARBOR DRIVE  SUITE 250<br>WEST CONSHOHOCKEN, PA 19428 | | Claim Number: 13078<br>Claim Date: 09/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $674.00 | Scheduled: | $674.00 |
| PREMIER LAWN AND LANDSCAPING INC<br>PO BOX 284<br>GRAIN VALLEY, MO 64029 | | Claim Number: 9574<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $750.00 | Scheduled: | $750.00 |
| PREMIER NATIONAL INC<br>PO BOX 665<br>FOREST PARK, GA 30298 | | Claim Number: 4150<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $22,816.07 | Scheduled: | $21,736.07 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PREMIER TRANSPORTATION
PO BOX 665
FOREST PARK, GA 30298

Claim Number: 4151
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,127.50 | Scheduled: | $2,240.00 |
|---|---|---|---|---|

PREMIER VOICE & DATA SOLUTIONS INC
8401 73RD AVE N STE 89
MINNEAPOLIS, MN 55428-1508

Claim Number: 12081
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $363.10 | Scheduled: | $363.10 |
|---|---|---|---|---|

PREMIER WASTE & RECYCLING INC.
10823 S. LANGLEY AVE.
CHICAGO, IL 60628

Claim Number: 469
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $11,960.71 | Scheduled: | $14,409.83 |
|---|---|---|---|---|

PREMIER WASTE & RECYCLING INC.
10823 S. LANGLEY AVE.
CHICAGO, IL 60628

Claim Number: 668
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $600.00 |
|---|---|---|

PREMSCO INC.
PO BOX 195117
SAN JUAN, PR 00919-5117

Claim Number: 3100
Claim Date: 05/18/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.

| UNSECURED | Claimed: | $5,631.00 | Scheduled: | $5,631.02 |
|---|---|---|---|---|

PRESA-PRODUCTOS RECICLADOS SA DE CV
1455 CASSATT PL
EL PASO, TX 79936

Claim Number: 1642
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $48,543.10 |
|---|---|---|

PRESCOTT S.M. INC.
1900-32E AVENUE
LACHINE, QC H8T 3J7
CANADA

Claim Number: 6208
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments:
125.41 IN CDN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PRESTIGE COMMERICAL CLEANING INC
1092 GARY DROVE
COLUMBUS, OH 43207

Claim Number: 9756
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,771.00 | Scheduled: | $2,771.00 |
|-----------|----------|-----------|------------|-----------|

PRESTIGE CONSTRUCTION CO. &
DOCK SERVICE, LLC
PO BOX 3198
INDEPENDENCE, MO 64055

Claim Number: 2128
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,119.06 | Scheduled: | $632.77 |
|-----------|----------|-----------|------------|---------|

PRESTO-X LLC
4521 LEAVENWORTH ST.
OMAHA, NE 68103

Claim Number: 2463
Claim Date: 04/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $34,122.28 |
|-----------|----------|------------|

PRESTON PHIPPS INC
6400 RUE VANDEN ABEELE
ST-LAURENT, QC H4S 1R9
CANADA

Claim Number: 8531
Claim Date: 07/17/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $3,390.79 | Scheduled: | $2,759.04 |
|-----------|----------|-----------|------------|-----------|

PRESTON PHIPPS INC
6400 RUE VANDEN ABEELE
ST-LAURENT, QC H4S 1R9
CANADA

Claim Number: 12384
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $18,114.89 | Scheduled: | $14,689.54 |
|-----------|----------|------------|------------|------------|

PRESTON PHIPPS INC.
ATTN: RINO FORGIONE
6400 RUE VANDEN ABEELE
DST. LAURENT, QC H4S 1R9
CANADA

Claim Number: 8530
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $2,778.07 |
|-----------|----------|-----------|

PRESTON PHIPPS INC.
ATTN: RINO FORGIONE
6400 RUE VANDEN ABELLE
DST. LAURENT, QC H4S 1R9
CANADA

Claim Number: 8544
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $14,841.53 |
|-----------|----------|------------|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| PRESTON, GREGORY A<br>3370 FINNEYDALE DR.<br>MACON, GA 31217 | | Claim Number: 12298<br>Claim Date: 09/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| PRIORITY | Claimed: | $3,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| PRESTON, STEPHEN D<br>613 TAHOE ISLAND DRIVE<br>SOUTH LAKE TAHOE, CA 96150 | | Claim Number: 7575<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $496.22 | | |

---

| | | | | |
|---|---|---|---|---|
| PRICE ON SITE LLC<br>1175 COTTONWOOD AVE<br>HARTLAND, WI 53029 | | Claim Number: 7906<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $7,574.58 | Scheduled: | $7,574.58 |

---

| | | | | |
|---|---|---|---|---|
| PRICE, CHARLES E.<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10722<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $3,024.42 | | |

---

| | | | | |
|---|---|---|---|---|
| PRICE, KENNETH B<br>679 CARR ROAD<br>CASTOR, LA 71016 | | Claim Number: 10251<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| PRICE, ROSEMARY<br>145 OLD SCHOOL ST.<br>WEEMS, VA 22576 | | Claim Number: 6103<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| PRIDE JANITORAL SERVICES INC.<br>12088 VILLAGE WOODS DRIVE<br>CINCINNATI, OH 45241 | | Claim Number: 3074<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $18,430.00 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PRIDE JANITORIAL SERVICES INC<br>12088 VILLAGEWOODS DRIVE<br>CINCINNATI, OH 45241 | Claim Number: 9715<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| --- | --- |

| UNSECURED | Claimed: | $19,090.08 | Scheduled: | $20,540.00 |
| --- | --- | --- | --- | --- |

| PRIDGEN TANK CONTRUCTION, INC.<br>1086 ERNEST PRIDGEN ROAD<br>WRAY, GA 31798 | Claim Number: 2037<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
| --- | --- |

| PRIORITY | Claimed: | $0.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $47,324.00 | Scheduled: | $47,324.00 |

| PRIESTAP, EDWARD<br>410 JACK NICKLAUS DR<br>AUSTIN, TX 78738-1728 | Claim Number: 11517<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| --- | --- |

| SECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

| PRIME NET MARKETING SERVICES<br>2100 PALMETTO STREET<br>CLEARWATER, FL 33755 | Claim Number: 7831<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| --- | --- |

| UNSECURED | Claimed: | $1,134.00 | Scheduled: | $1,134.00 |
| --- | --- | --- | --- | --- |

| PRIME SUPPLY COMPANY<br>PO BOX 520<br>IRON MOUNTAIN, MI 49801 | Claim Number: 11191<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| --- | --- |

| UNSECURED | Claimed: | $24,423.72 | Scheduled: | $24,423.72 |
| --- | --- | --- | --- | --- |

| PRIME WOODCRAFT INC.<br>IJAZ H. SHAH<br>PO BOX 807<br>WEST SALEM, OH 44287 | Claim Number: 846<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
| --- | --- |

| UNSECURED | Claimed: | $65,204.00 | Scheduled: | $63,920.00 |
| --- | --- | --- | --- | --- |

| PRIMUS TELECOMMUNICATIONS CANADA INC<br>COMMERCIAL CREDIT & COLLECTIONS DEPT<br>5343 DUNDAS STREET WEST, STE 400<br>TORONTO, ON M9B 6K5<br>CANADA | Claim Number: 8181<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
| --- | --- |

| UNSECURED | Claimed: | $496.62 | Scheduled: | $409.31 |
| --- | --- | --- | --- | --- |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PRINE, REGGIE
BARON & BUDD, P.C.
THE CENTRUM SUITE 1100
3102 OAK LAWN AVE
DALLAS, TX 75219

Claim Number: 11841
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

PRINT MANAGEMENT
6700 S GLACIER ST
TUKWILA, WA 98188

Claim Number: 4535
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $759.00 | Scheduled: | $759.00 |
|---|---|---|---|---|

PRINTECH
PO BOX 7265
CHARLOTTE, NC 28241

Claim Number: 5597
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,299.00 | Scheduled: | $9,408.00 |
|---|---|---|---|---|

PRINTING INC.
344 NORTH ST. FRANCIS
WICHITA, KS 67202

Claim Number: 11765-01
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $41,819.92 | Scheduled: | $55,126.75 |
|---|---|---|---|---|

PRINTING INC.
344 NORTH ST. FRANCIS
WICHITA, KS 67202

Claim Number: 11765-02
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2813 (11/18/2009)

| ADMINISTRATIVE | Claimed: | $14,587.83 | | |
|---|---|---|---|---|

PRINTING SPECIALTIES & PAPER PRODUCTS
JOINT EMPLOYER & UNION HEALTH & WELFARE
FUND-THOMAS BRADY, DONALDSON & CORNWELL
1525 PARADAY AVENUE, SUITE 150
CARLSBAD, CA 92008

Claim Number: 3395
Claim Date: 06/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $2,935.77 | | |
|---|---|---|---|---|

PRINTING SPECIALTIES & PAPER PRODUCTS
JOINT EMPLOYER & UNION HEALTH & WELFARE
FUND - C/0 THOMAS J. BRADY
1525 FARADAY AVE, SUITE 150
CARLSBAD, CA 92008

Claim Number: 13619
Claim Date: 11/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $5,831.35 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| PRINTING SPECIALTIES & PAPER PRODUCTS JOINT EMPLOYER & UNION HEALTH & WELFARE FUND - C/O THOMAS J. BRADY 1525 FARADAY AVE, SUITE 150 CARLSBAD, CA 92008 | | Claim Number: 13645 Claim Date: 12/04/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) amends claim 3395 | | |
| UNSECURED | Claimed: | $2,935.77 | | |
| PRINTING SPECIALTIES & PAPER PRODUCTS FUND, C/O THOMAS J. BRADY 1017 E GRAND AVE ESCONDIDO, CA 92025-4604 | | Claim Number: 13943 Claim Date: 03/29/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8996 (03/22/2011) Amends claim no. 3395 | | |
| UNSECURED | Claimed: | $23,784.54 | | |
| PRINTRON ENGRAVERS, INC. & PRINTRON STEEL RULE DIE, INC. - CARL N. KUNZ, III DOUGLAS N. CANDEUB - MORRIS JAMES LLP 500 DELAWARE AVE, STE 1500 - PO BOX 2306 WILMINGTON, DE 19899-2306 | | Claim Number: 1968-01 Claim Date: 03/30/2009 Debtor: CALPINE CORRUGATED, LLC Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $5,141.56 | | |
| PRINTRON ENGRAVERS, INC. & PRINTRON STEEL RULE DIE, INC. - CARL N. KUNZ, III DOUGLAS N. CANDEUB - MORRIS JAMES LLP 500 DELAWARE AVE, STE 1500 - PO BOX 2306 WILMINGTON, DE 19899-2306 | | Claim Number: 1968-02 Claim Date: 03/30/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: ALLOWED DOCKET: 3195 (12/16/2009) | | |
| ADMINISTRATIVE | Claimed: | $103,409.40 | | |
| PRIORITY BUILDING SERVICES, LLC. 521 MERCURY LANE BREA, CA 92821 | | Claim Number: 2041 Claim Date: 04/06/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $6,322.50 | Scheduled: | $7,000.10 |
| PRITCHARD, WILLIAM 2715 CENTER STREET APT D GRANITE CITY, IL 62040 | | Claim Number: 5724 Claim Date: 07/20/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| PRITCHETT TRUCKING INC PO BOX 311 LAKE BUTLER, FL 32054 | | Claim Number: 4720 Claim Date: 07/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7551 (05/10/2010) | | |
| UNSECURED | Claimed: | $41,577.02 | Scheduled: | $43,371.74 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PRITCHETT, AMANDA K<br>2253 COUNTY RD 2175<br>PERRYSVILLE, OH 44864 | Claim Number: 12174<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $0.00   UNDET |

---

| PRIVETT, TRAVIS E<br>216 PLEASANT GROVE ROAD<br>JONESBORO, LA 71251 | Claim Number: 10252<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| PRO FLOW, INC.<br>303 STATE STREET<br>NORTH HAVEN, CT 06473 | Claim Number: 257<br>Claim Date: 02/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 3602<br>DOCKET: 3287 (12/18/2009) |

| UNSECURED | Claimed: | $2,684.87 |

---

| PRO PAVING LTD<br>21078 TWP 534<br>ARDROSSAN, AB T8G 2C1<br>CANADA | Claim Number: 5563<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI |

| UNSECURED | Claimed: | $4,333.88 | Scheduled: | $4,333.88 |

---

| PRO PAVING LTD<br>ATTN: MARVIN WEIGELT<br>21078 TWP 534<br>ARDROSSAN, AB T8G 2C1<br>CANADA | Claim Number: 8540<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 5563<br>DOCKET: 5769 (03/11/2010) |

| UNSECURED | Claimed: | $4,333.88 |

---

| PRO TEC FIRE PROTECTION INC<br>PO BOX 181<br>JERSEY, GA 30018 | Claim Number: 5937<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $2,773.80 | Scheduled: | $2,773.80 |

---

| PRO-MEC ELITE INC.<br>1330 BOUL DUCHARME<br>ATTN: SYLVIE LANGLAIS<br>LA TUQUE, QC G9X 3C4<br>CANADA | Claim Number: 9023<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |

| UNSECURED | Claimed: | $14,925.94 | Scheduled: | $15,140.27 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| | | | | |
|---|---|---|---|---|
| PROBUILD LLC<br>204 W. WHEATON AVE<br>YORKVILLE, IL 60560 | Claim Number: 2674<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | | |
| UNSECURED | Claimed: | $68.18 | | |
| PROCESS AUTOMATION & SIMULATION SVCS,INC<br>P.O. BOX 660238<br>BIRMINGHAM, AL 35266 | Claim Number: 1509<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED | Claimed: | $21,967.00 | Scheduled: | $21,967.00 |
| PROCESS CONTROL OUTLET INC<br>PO BOX 1922<br>BAYTOWN, TX 77522 | Claim Number: 3734<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | | |
| UNSECURED | Claimed: | $2,881.88 | Scheduled: | $2,881.88 |
| PROCESS CONTROLS INTL INC<br>DBA AUTOMATION SERVICE<br>13871 PARKS STEED DR<br>EARTH CITY, MO 63045 | Claim Number: 13466<br>Claim Date: 09/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $25,636.46 | | |
| PROCESS EQUIPMENT INC.<br>2770 WELBORN ST<br>PELHAM, AL 35124 | Claim Number: 3149<br>Claim Date: 05/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED | Claimed: | $892,735.94 | Scheduled: | $887,465.24 UNLIQ |
| PROCESS MEASUREMENT & CONTROLS INC<br>11 OLD SUGAR HOLLOW ROAD<br>DANBURY, CT 06810 | Claim Number: 6634<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $6,916.99 | Scheduled: | $6,916.99 |
| PROCOR ALBERTA INC<br>ATTN: STEVEN SARAPHANIAN<br>2001 SPEERS ROAD<br>OAKVILLE, ON L6J 5E1<br>CANADA | Claim Number: 13173<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $14,255.82 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PROCOR LIMITED<br>ATTN: STEVEN SARAPHANIAN<br>2001 SPEERS ROAD<br>OAKVILLE, ON L6J 5E1<br>CANADA | | Claim Number: 12676<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,351.85 | Scheduled: | $14,901.71 |

---

| PROD DESIGN AND ANALYSIS INC<br>6596 MONTANA AVE STE J<br>EL PASO, TX 79925-2140 | | Claim Number: 6602<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Claim out of balance | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,290.00 | Scheduled: | $2,890.00 |
| TOTAL | Claimed: | $2,890.00 | | |

---

| PRODEN ONTARIO INC<br>ATTN: SINH NGUYEN<br>50 GALAXY BLVD, UNIT 7<br>TORONTO, ON M9W 4Y5<br>CANADA | | Claim Number: 12812-01<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7188 (04/22/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $42,593.75   UNLIQ | |

---

| PRODEN ONTARIO INC<br>ATTN: SINH NGUYEN<br>50 GALAXY BLVD, UNIT 7<br>TORONTO, ON M9W 4Y5<br>CANADA | | Claim Number: 12812-02<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7188 (04/22/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $222,195.54   UNLIQ | |

---

| PRODUCERS<br>PO BOX 1231<br>FRESNO, CA 93715 | | Claim Number: 9261<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,428.00 | |

---

| PRODUITS FORESTIER PETIT PARIS INC<br>ATTN: ANDRE FORTIN<br>75 CHEMIN CHUTE DES PASSES<br>ST LUDGER DE MILOT, QC G0W 2B0<br>CANADA | | Claim Number: 12777<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $190,751.08 | Scheduled: | $245,359.47 |

---

| PRODUITS FORESTIERS SAGUENAY INC.<br>4910 BOUL TALBOT<br>LATERRIERE, QC G7N 1A3<br>CANADA | | Claim Number: 12734<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $41,340.41 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| PROF'S INC.<br>RONALD PROFITT, PRESIDENT<br>P.O. BOX 7608<br>KALISPELL, MT 59904 | Claim Number: 274<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | |
| UNSECURED | Claimed: | $3,229.14 | | |
| PROFESSIONAL ANILOX ROLL CLEANING<br>1028 N DAVIS AVE<br>OTTAWA, KS 66067 | Claim Number: 1377<br>Claim Date: 03/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED | Claimed: | $4,200.00 | | |
| PROFESSIONAL ANILOX ROLL CLEANING<br>1028 N DAVIS AVENUE<br>OTTAWA, KS 66067 | Claim Number: 5495<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | | |
| UNSECURED | Claimed: | $4,200.00 | Scheduled: | $4,200.00 |
| PROFESSIONAL ANSWERING SERVICE INC<br>3861 S JEFFERSON<br>SPRINGFIELD, MO 65807 | Claim Number: 11595<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $328.00 | Scheduled: | $328.00 |
| PROFESSIONAL COMPRESSED AIR SERVICES INC<br>P.O. BOX 66<br>ANDERSONVILLE, TN 37705 | Claim Number: 952<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | | |
| UNSECURED | Claimed: | $2,160.13 | Scheduled: | $14,748.13 |
| PROFESSIONAL COMPRESSED AIR SERVICES INC<br>P.O. BOX 66<br>ANDERSONVILLE, TN 37705 | Claim Number: 953<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | | |
| UNSECURED | Claimed: | $1,622.00 | | |
| PROFESSIONAL CONTROL CORPORATION<br>N114 W18770 CLINTON DR.<br>GERMANTOWN, WI 53022 | Claim Number: 7834<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $30.73 | Scheduled: | $30.73 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PROFESSIONAL COURIER INC
PO BOX 70052
RICHMOND, VA 23255

Claim Number: 4265
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $388.16 | Scheduled: | $388.16 |

PROFESSIONAL COURIER, INC.
P.O. BOX 70052
RICHMOND, VA 23255

Claim Number: 2394
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $388.16 |

PROFESSIONAL DRUG SCREENING SERVICES INC
1208 W. TANBORO STREET
WILSON, NC 27893

Claim Number: 2418
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,566.21 |

PROFESSIONAL FULFILLMENT INC.
4600 CENTRAL AVE
CHATTANOOGA, TN 37410

Claim Number: 835
Claim Date: 02/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $27,409.31 |

PROFESSIONAL GREETING
9313 MANCHESTER ROAD
SAINT LOUIS, MO 63119

Claim Number: 7368
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $856.09 | Scheduled: | $856.09 |

PROFESSIONAL OFFICE ENVIRONMENT INC
2270 BALL DR
ST LOUIS, MO 63146

Claim Number: 11196
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $82,846.94 | Scheduled: | $79,243.25 |

PROFESSIONAL TIMBERLAND
PO BOX 978
OLLA, LA 71465-0978

Claim Number: 14103
Claim Date: 08/13/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8662 (10/18/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $27,319.32 | | |
| UNSECURED | Claimed: | $27,319.32 | Scheduled: | $54,638.64  UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PROFINEX
17739 THIVIERGE STREET
MONTREAL, QC H9J 3R7
CANADA

Claim Number: 12364
Claim Date: 07/15/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $502.19 | Scheduled: | $502.19 |

---

PROFINEX LTEE
ATTN: BARTHELEMY ONTSOUKA
17739 THIVIERGE STREET
PIERREFONDS
MONTREAL, QC H9J 3R7
CANADA

Claim Number: 8447
Claim Date: 07/15/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $502.19 |

---

PROFINEX LTEE
ATTN: BARTHELEMY ONTSOUKA
17739 THIVIERGE STREET
PIERREFONDS
MONTREAL, QC H9J 3R7
CANADA

Claim Number: 8448
Claim Date: 07/15/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $8,778.06 | Scheduled: | $8,711.43 |

---

PROFLOW INC
PO BOX 748
NORTH HAVEN, CT 06473-0748

Claim Number: 3602
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $2,684.87 | Scheduled: | $2,684.87 |

---

PROFLOW INC
PO BOX 748
NORTH HAVEN, CT 06473-0748

Claim Number: 3603
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLE DUPLICATE OF 3602
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $2,684.87 |

---

PROFORMA PRINTING CORP
PO BOX 51925
LOS ANGELES, CA 90051

Claim Number: 11892
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $1,379.56 |

---

PROFORMA PRINTING CORPORATION
1920 E. WARNER AVE. STE. G
SANTA ANA, CA 92705

Claim Number: 11893
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,379.56 | Scheduled: | $1,379.56 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PROGRESS ELECTRIC COMPANY<br>5722 SOUTH CENTRAL AVENUE<br>CHICAGO, IL 60638 | Claim Number: 5726<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $2,977.24 | Scheduled: | $2,977.24 |
|---|---|---|---|---|

| PROGRESS ENERGY CAROLINAS INC<br>PO BOX 2041<br>RALEIGH, NC 27602 | Claim Number: 11618<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13554<br>DOCKET 8519 (09/13/2010) |
|---|---|

| UNSECURED | Claimed: | $5,850.28 | Scheduled: | $49,546.05 UNLIQ |
|---|---|---|---|---|

| PROGRESS ENERGY CAROLINAS, INC.<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 1771<br>RALEIGH, NC 27602 | Claim Number: 14213<br>Claim Date: 07/25/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9159 (12/19/2011)<br>amends claim 11618 |
|---|---|

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

| PROGRESSIVE PACKAGING INC<br>418 HIGHWAY 11 WEST<br>PO BOX 466<br>FOOTVILLE, WI 53537 | Claim Number: 8668<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $999.74 | Scheduled: | $999.74 |
|---|---|---|---|---|

| PROGRESSIVE PACKAGING INC.<br>ATTN: BRIAN LACOURSE<br>106 COMMERCIAL DRIVE<br>P.O. BOX 466<br>FOOTVILLE, WI 53537 | Claim Number: 9477<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $999.74 |
|---|---|---|

| PROGRESSIVE PIPING<br>P.O. BOX 794<br>367095<br>DAYVILLE, CT 06241 | Claim Number: 7853<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $22,024.10 | Scheduled: | $27,151.63 |
|---|---|---|---|---|

| PROGRESSIVE PIPING LLC<br>P.O. BOX 794<br>DAYVILLE, CT 06241 | Claim Number: 262<br>Claim Date: 02/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 6649 (04/07/2010) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $11,074.10 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PROGRESSIVE RECOVERY, INC.<br>520 CIDCO ROAD<br>COCOA, FL 32926 | | Claim Number: 11637<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $31,092.00 | Scheduled: | $30,374.00 |

| PROLIFIC GRAPHICS INC.<br>150 WYATT ROAD<br>WINNIPEG, MB R2X 2X6<br>CANADA | | Claim Number: 14175<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $29,863.39 | Scheduled: | $29,982.39 |

| PROPAK CORPORATION<br>PO BOX 11708<br>FORT SMITH, AR 72917 | | Claim Number: 1456<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,442.24 | Scheduled: | $22,442.24 |

| PROPAK LIMITED<br>5230 HARVESTER ROAD<br>BURLINGTON, ON L7L 4X4<br>CANADA | | Claim Number: 5340<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,780.43 | | |
| UNSECURED | Claimed: | $4,011.26 | Scheduled: | $6,882.00 |

| PROPERTY MAINTENANCE/JOHN MCPEAK<br>3671 WHITEHALL LANE<br>PHILADELPHIA, PA 19114 | | Claim Number: 2628<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,722.00 | Scheduled: | $24,791.00 |

| PROPS, JUDITH M<br>5751 E PIERCE RD<br>MONTICELLO, IN 47960 | | Claim Number: 9668<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

| PROSHRED MIAMI FORT LAUDERDALE<br>1809 POWERLINE ROAD<br>DEERFIELD BEACH, FL 33442 | | Claim Number: 8865-01<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $381.05 | | |
| UNSECURED | | | Scheduled: | $837.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| PROSHRED MIAMI FORT LAUDERDALE<br>1809 POWERLINE ROAD<br>DEERFIELD BEACH, FL 33442 | Claim Number: 8865-02<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5769 (03/11/2010) | | | |
| UNSECURED | Claimed: | $457.75 | | |

---

| | | | | |
|---|---|---|---|---|
| PROTECTION INCENDIE ROBERTS LTEE<br>2470 ROUTE TRANSCANADIENNE<br>ATTN: GAETAN PARE, GENERAL DIRECTOR<br>POINTE-CLAIRE, QC H9R 1B1<br>CANADA | Claim Number: 9021<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET 5768 (03/11/2010) | | | |
| UNSECURED | Claimed: | $1,842.16 | | |

---

| | | | | |
|---|---|---|---|---|
| PROTECTION INCENDIE ROBERTS LTEE<br>ATTN: GAETAN PARE<br>2470 ROUTE TRANSCANADIENNE<br>POINTE-CLAIRE, QC H9R 1B1<br>CANADA | Claim Number: 12537<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET 8530 (09/13/2010) | | | |
| ADMINISTRATIVE | Claimed: | $1,842.16 | | |
| UNSECURED | Claimed: | $1,842.16 | | |
| TOTAL | Claimed: | $1,842.16 | | |

---

| | | | | |
|---|---|---|---|---|
| PROTECTION INCENDIE VIKING INC<br>ATTN: FRANCE LIRZIN<br>1935 BOUL. LIONEL-BERTRAND<br>BOISBRIAND, QC J7H 1N8<br>CANADA | Claim Number: 12441<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $1,303.83 | Scheduled: | $796.52 |

---

| | | | | |
|---|---|---|---|---|
| PROTECTION ONE<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P.O. BOX 740933<br>DALLAS, TX 75374 | Claim Number: 2986<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $174.47 | Scheduled: | $700.35 |

---

| | | | | |
|---|---|---|---|---|
| PROVIDENT GROUP, INC., THE<br>349 E 36TH ST<br>PATERSON, NJ 07504 | Claim Number: 1590-01<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $8,580.52 | Scheduled: | $8,580.52 |

---

| | | | | |
|---|---|---|---|---|
| PROVIDENT GROUP, INC., THE<br>349 E 36TH ST<br>PATERSON, NJ 07504 | Claim Number: 1590-02<br>Claim Date: 03/19/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $17,965.61 | Scheduled: | $15,965.61 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PROVIRO INSTRUMENTATION INC
5990 VANDEN ABEELE
ST LAURENT, QC H4S 1R9
CANADA

Claim Number: 5690
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
11126.00 CANADIAN

| UNSECURED | Claimed: | $10,167.99 | Scheduled: | $10,167.99 |

---

PROVIRO INSTRUMENTATION INC
3484 VALIQUETTE
ST LAURENT, QC H4S 1X8
CANADA

Claim Number: 8551
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: POSSIBLE DUPLICATE OF 5690

| UNSECURED | Claimed: | $10,167.99 |

---

PRUCO LIFE OF ARIZONA
C/O PRUDENTIAL INVESTMENT MGMR., INC.
ATTN: TERENCE DUNN
P.O. BOX 32339, 2 GATEWAY CENTER
NEWARK, NJ 07102

Claim Number: 11305
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,006,048.61 |

---

PRUCO LIFE OF ARIZONA
C/O PRUDENTIAL INVESTMENT MGMT., INC.
ATTN: TERENCE DUNN
P.O. BOX 32339, 2 GATEWAY CENTER
NEWARK, NJ 07102

Claim Number: 11318
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8898 (01/20/2011)

| UNSECURED | Claimed: | $1,557,708.33 |

---

PRUCO LIFE OF NEW JERSEY
C/O PRUDENTIAL INVESTMENT MGMT., INC.
ATTN: TERENCE DUNN
P.O. BOX 32339, 2 GATEWAY CENTER
NEWARK, NJ 07102

Claim Number: 11309
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $357,812.50 |

---

PRUDENTIAL INSURANCE COMPANY OF AMERICA
C/O PRUDENTIAL INVESTMENT MANAGEMENT INC
ATTENTION: TERENCE DUNN
P.O. BOX 32339, 2 GATEWAY CENTER
NEWARK, NJ 07102

Claim Number: 11296
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| SECURED | Claimed: | $2,497,258.29 |

---

PRUDENTIAL INSURANCE COMPANY OF AMERICA
C/O PRUDENTIAL INVESTMENT MANAGEMENT INC
ATTENTION: TERENCE DUNN
P.O. BOX 32339, 2 GATEWAY CENTER
NEWARK, NJ 07102

Claim Number: 11297
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| SECURED | Claimed: | $2,497,258.29 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PRUDENTIAL INSURANCE COMPANY OF AMERICA C/O PRUDENTIAL INVESTMENT MANAGEMENT INC ATTENTION: TERENCE DUNN P.O. BOX 32339, 2 GATEWAY CENTER NEWARK, NJ 07102 | Claim Number: 11298 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. Comments: EXPUNGED DOCKET: 7550 (05/10/2010) |
|---|---|

| SECURED | Claimed: | $2,497,258.29 |
|---|---|---|

| PRUDENTIAL INSURANCE COMPANY OF AMERICA C/O PRUDENTIAL INVESTMENT MANAGEMENT INC ATTENTION: TERENCE DUNN P.O. BOX 32339, 2 GATEWAY CENTER NEWARK, NJ 07102 | Claim Number: 11306 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $1,515,121.53 |
|---|---|---|

| PRUDENTIAL INSURANCE COMPANY OF AMERICA C/O PRUDENTIAL INVESTMENT MANAGEMENT INC ATTN: TERENCE DUNN P.O. BOX 32339, 2 GATEWAY CENTER NEWARK, NJ 07102 | Claim Number: 11307 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $6,790,858.32 |
|---|---|---|

| PRUDENTIAL INSURANCE COMPANY OF AMERICA C/O PRUDENTIAL INVESTMENT MANAGEMENT INC ATTN: TERENCE DUNN P.O. BOX 32339, 2 GATEWAY CENTER NEWARK, NJ 07102 | Claim Number: 11308 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $128,666.67 |
|---|---|---|

| PRUDENTIAL LIFE INSURANCE COMPANY, LTD. C/O PRUDENTIAL INVESTMENT MGMT., INC. ATTN: TERENCE DUNN P.O. BOX 32339, 2 GATEWAY CENTER NEWARK, NJ 07102 | Claim Number: 11303 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $6,048.61 |
|---|---|---|

| PRUDENTIAL LIFE INSURANCE COMPANY, LTD. C/O PRUDENTIAL INVESTMENT MGMT., INC. ATTN: TERENCE DUNN 2 GATEWAY CENTER, P.O. BOX 32339 NEWARK, NJ 07102 | Claim Number: 11304 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $26,583.33 |
|---|---|---|

| PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY - C/O PRUDENTIAL INVSTMT ATTN: TERENCE DUNN P.O. BOX 32339, 2 GATEWAY CENTER NEWARK, NJ 07102 | Claim Number: 11313 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,012,097.23 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| PRUDENTIAL SERIES FUND (HIGH YIELD)<br>C/O PRUDENTIAL INVESTMENT MGMT., INC.<br>ATTN: TERENCE DUNN<br>P.O. BOX 32339, 2 GATEWAY CENTER<br>NEWARK, NJ 07102 | Claim Number: 11312<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |

| UNSECURED | Claimed: | $3,822,984.72 |
|---|---|---|

---

| | | |
|---|---|---|
| PRUDENTIAL SERIES FUND (HIGH YIELD)<br>C/O PRUDENTIAL INVESTMENT MGMT., INC.<br>ATTN: TERENCE DUNN<br>P.O. BOX 32339, 2 GATEWAY CENTER<br>NEWARK, NJ 07102 | Claim Number: 11314<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |

| UNSECURED | Claimed: | $3,356,927.50 |
|---|---|---|

---

| | | |
|---|---|---|
| PRUITT, KELVIN JAMES<br>571 TALBERT WHITE RD.<br>SIMSBORO, LA 71275 | Claim Number: 10321<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| PRUMO TRUCKING INC<br>820 PARK ROW<br>SALINAS, CA 93901 | Claim Number: 7414<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $73,862.00 | Scheduled: | $75,696.00 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| PRY BAR INC<br>18542 W FRONTAGE ROAD<br>JOLIET, IL 60431 | Claim Number: 6404<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | |

| UNSECURED | Claimed: | $63,889.79 | Scheduled: | $64,299.75 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| PRZYBYLOWSKI, R L<br>PO BOX 281<br>SPOTSWOOD, NJ 08884 | Claim Number: 6095<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | | |
|---|---|---|
| PSB CHALEURS INC<br>152-B AVE GRAND-PRE<br>BONNAVENTURE, QC G0C 1E0<br>CANADA | Claim Number: 8638<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | |

| UNSECURED | Claimed: | $259.14 | Scheduled: | $230.27 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| PSI CONVEYING GROUPS INC<br>PO BOX 1589<br>LAKE OSWEGO, OR 97035 | | Claim Number: 3781<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $468.77 | Scheduled: | $468.77 |

| PSI REPAIR SERVICES<br>11878 HUBBARD<br>LIVONIA, MI 48150 | | Claim Number: 2941<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,529.00 | Scheduled: | $8,529.00 |

| PTACEK, WANDA<br>705 N SCHOOL ST<br>BRAIDWOOD, IL 60408 | | Claim Number: 4054<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |

| PUBLIC SERVICE COMPANY OF NORTH CAROLINA<br>INC. (PSNC)<br>1426 MAIN STREET<br>BANKRUPTCY MC 130<br>COLUMBIA, SC 29201 | | Claim Number: 10601<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,650.87 | |

| PUBLIX SUPER MARKETS, INC.'S<br>C/O R.A. COLTON, S.C. LIEB<br>TRENAM, KEMKER, SCHARF, BARKIN, FRYE,<br>O'NEILL & MULLIS, PO BOX 1102<br>TAMPA, FL 33601-1102 | | Claim Number: 3491<br>Claim Date: 06/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $416,816.07 | |

| PUDGE BROTHERS<br>5236 S LAREDO WAY<br>CENTENNIAL, CO 80015 | | Claim Number: 9501<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $728.00 | |

| PUDGE BROTHERS PIZZA<br>5236 S LAREDO WAY<br>CENTENNIAL, CO 80015 | | Claim Number: 9500<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $728.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PUDGE BROTHERS PIZZA<br>ATTN: BOB SCHWARTZ<br>5236 S LAREDO WAY<br>CENTENNIAL, CO 80015 | | Claim Number: 9512<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,200.00 | | |
| PUENTE, JACOBO<br>2700 CHERRY AVENUE<br>ONTARIO, CA 91761 | | Claim Number: 11212<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| SECURED | Claimed: | $502,769.40 | | |
| PUGET SOUND COLLECTIONS<br>PO BOX 66995<br>TACOMA, WA 98464-6995 | | Claim Number: 1872<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $200.13 | | |
| PUGET SOUND ENERGY<br>PO BOX 90868<br>CLOSED ACCTS DEPT., BOT-01G<br>BELLEVUE, WA 98009-0868 | | Claim Number: 2450<br>Claim Date: 04/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $7,136.06 | | |
| PUGET SOUND ENERGY<br>PO BOX 90868<br>CLOSED ACCTS DEPT., BOT-01G<br>BELLEVUE, WA 98009-0868 | | Claim Number: 2451<br>Claim Date: 04/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5047 (02/16/2010) | | |
| UNSECURED | Claimed: | $354.48 | | |
| PUGET SOUND METAL FABRICATION<br>4217 S 288TH PL<br>AUBURN, WA 98001 | | Claim Number: 1203<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $1,076.92 | | |
| PUGET SOUND METAL FABRICATION<br>4217 S. 288TH PLACE<br>AUBURN, WA 98001 | | Claim Number: 7738<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $1,076.92 | Scheduled: | $1,076.92 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| PUGLIESE PEST SOLUTIONS INC<br>PO BOX 4669<br>UTICA, NY 13504-4669 | | Claim Number: 4833<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,424.28 | Scheduled: | $2,424.98 |

---

| | | |
|---|---|---|
| PULLIN, GLORIA FOR ROBERT PULLIN<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10952<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) |
| UNSECURED | Claimed: | $300,000.00 |

---

| | | |
|---|---|---|
| PULLUM, GERALDINE<br>11263 FM 16E<br>TYLER, TX 75706 | | Claim Number: 4900<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $10,000.00 |

---

| | | |
|---|---|---|
| PULP AND PAPER PRODUCTS COUNCIL<br>1200 MCGILL COLLEGE AVE., SUITE 1000<br>MONTREAL, QC H3B 4G7<br>CANADA | | Claim Number: 2666<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| UNSECURED | Claimed: | $3,427.82 |

---

| | | | | |
|---|---|---|---|---|
| PULP AND PAPER PRODUCTS COUNCIL<br>1200 MCGILL COLLEGE AVE., SUITE 1000<br>MONTREAL, QC H3B 4G7<br>CANADA | | Claim Number: 5880<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $990.26 | Scheduled: | $3,427.82 |

---

| | | | | |
|---|---|---|---|---|
| PULPMILL SERVICES INC<br>803 WEST FIRST AVENUE<br>CROSSETT, AR 71635 | | Claim Number: 6491<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $288.00 | Scheduled: | $288.00 |

---

| | | |
|---|---|---|
| PULPWOOD AND LOGGING INCORPORATED<br>POST OFFICE BOX 599<br>KEYSVILLE, VA 23947 | | Claim Number: 14079<br>Claim Date: 08/04/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8390 (08/16/2010) |
| UNSECURED | Claimed: | $51,114.20 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PUMP ENGINEERING SALES & SERVICE<br>40 STONE CASTLE RD<br>ROCK TAVERN, NY 12575 | | Claim Number: 713<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $36,797.25 | | |
| UNSECURED | Claimed: | $71,702.38 | | |

---

| PUMP ENGINEERING SALES & SERVICE<br>40 STONE CASTLE RD<br>ROCK TAVERN, NY 12575 | | Claim Number: 3585<br>Claim Date: 07/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $36,797.25 | | |
| UNSECURED | Claimed: | $71,702.38 | | |

---

| PUMP TECH HYDRAULICS INC<br>200 STEELCASE ROAD EAST, UNIT 6<br>MARKHAM, ON L3R 1G2<br>CANADA | | Claim Number: 1949<br>Claim Date: 04/02/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET 8758 (11/15/2010)<br>1,998.16 CDN | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| PUMPING SYSTEMS, INC.<br>1100 VIJAY DRIVE<br>ATLANTA, GA 30341 | | Claim Number: 1358<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 3287 (12/18/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $686.95 | Scheduled: | $686.95 |

---

| PUMPSPLUS LIMITED<br>48 HATHEWAY CRESCENT<br>UNIT 5B<br>SAINT JOHN, NB E2M 5V3<br>CANADA | | Claim Number: 8901<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: POSSIBLE DUPLICATE OF 12422 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,412.37 | | |

---

| PUMPSPLUS LIMITED<br>1250 MINES ROAD PO BOX 938<br>BATHURST, NB E2A 4H7<br>CANADA | | Claim Number: 12422<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,412.37 | Scheduled: | $1,412.37 |

---

| PURCELL, NANCY FOR JOHN PURCELL<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10956<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $300,000.00 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

PURDY, JUANITA A
6733 DEERING CIRCLE
SARASOTA, FL 34240

Claim Number: 9233
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ | |

---

PURITAN CLEANING PROFESSIONALS
PO BOX 4012
MISSOULA, MT 59806-4012

Claim Number: 245
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,930.00 | |

---

PURITAN CLEANING PROFESSIONALS
PO BOX 4012
MISSOULA, MT 59806

Claim Number: 1951
Claim Date: 04/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
Amends claim 245.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,906.00 | Scheduled: | $9,289.00 |

---

PUROLATOR COURIER LTD
ATTN: ORTIE MESCI
5995 AVEBURY ROAD
STE 300
MISSISAUGA, ON L5R 3J8
CANADA

Claim Number: 8200
Claim Date: 07/07/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $71.20 | |

---

PUROLATOR COURIER LTD
ATTN: ORTIE MESCI
5995 AVEBURY ROAD
STE 300
MISSISAUGA, ON L5R 3J8
CANADA

Claim Number: 8206
Claim Date: 07/07/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: POSSIBLE DUPLICATE OF 8200

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $71.20 | |

---

PUROLATOR COURIER LTD
ATTN: ORTIE MESCI
5995 AVEBURY ROAD
STE 300
MISSISAUGA, ON L5R 3J8
CANADA

Claim Number: 8207
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,882.91 | Scheduled: | $5,484.01 |

---

PUROLATOR COURIER LTD
ATTN: ORTIE MESCI
5995 AVEBURY ROAD
STE 300
MISSISAUGA, ON L5R 3J8
CANADA

Claim Number: 8213
Claim Date: 07/07/2009
Debtor: SMURFIT-MBI

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $15,890.40 | Scheduled: | $18,246.82 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

| | | | | |
|---|---|---|---|---|
| PUROLITE CO., THE - BROTECH CORP<br>150 MONUMENT ROAD, STE 202<br>BALA CYNWYD, PA 19004 | | Claim Number: 685<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $7,691.38 | Scheduled: | $7,691.38 |
| PURPOSE RECYCLING<br>PO BOX 1753<br>ISSAQUAH, WA 98027 | | Claim Number: 7458<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7432 (05/04/2010) | | |
| UNSECURED | Claimed: | $1,192.55 | Scheduled: | $3,648.55 |
| PURSELL, EUGENE<br>121 LITTLE YORK<br>MT. PLEASANT ROAD<br>MILFORD, NJ 08848 | | Claim Number: 4712<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| PURVIS INDUSTRIES<br>ATTN: JESSE ZUNIGA, ACCOUNTING MANAGER<br>10500 N. STEMMONS FREEWAY<br>DALLAS, TX 75220 | | Claim Number: 2504<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010) | | |
| UNSECURED | Claimed: | $5,377.09 | Scheduled: | $22,579.86 |
| PURVIS INDUSTRIES<br>ATTN: JESSE ZUNIGA, ACCOUNTING MANAGER<br>10500 N. STEMMONS FREEWAY<br>DALLAS, TX 75220 | | Claim Number: 2506<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5047 (02/16/2010) | | |
| UNSECURED | Claimed: | $330.47 | | |
| PURVIS INDUSTRIES<br>ATTN: JESSE ZUNIGA, ACCOUNTING MANAGER<br>10500 N. STEMMONS FREEWAY<br>DALLAS, TX 75220 | | Claim Number: 2507<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $13,005.44 | | |
| PURVIS INDUSTRIES<br>ATTN: JESSE ZUNIGA, ACCOUNTING MANAGER<br>10500 N. STEMMONS FREEWAY<br>DALLAS, TX 75220 | | Claim Number: 2514<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $4,168.75 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| PVS MINIBULK<br>5644 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-5644 | | Claim Number: 9209-01<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET 5769 (03/11/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $34,139.97 | | |

---

| PVS MINIBULK<br>5644 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-5644 | | Claim Number: 9209-02<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8093 (06/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $180,240.76 | Scheduled: | $231,969.99 |

---

| PYOTT BOONE ELECTRONICS INC<br>PO BOX 809<br>TAZEWELL, VA 24651 | | Claim Number: 4662<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $269.67 | | |

---

| PYRAMID ELECTRICAL CONTRACTORS INC<br>300 MONTICELLO PLACE<br>FAIRVIEW HEIGHTS, IL 62208 | | Claim Number: 4743<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,150.00 | Scheduled: | $3,150.00 |

---

| PYROSER INC<br>A/S JEAN-MARC DUBE<br>2625 DOLBEAU<br>JONQUIERE, QC G7S 1R3<br>CANADA | | Claim Number: 1475<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>21,211.47 CANADIAN | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00    UNLIQ | Scheduled: | $17,173.89 |

---

| PYZNARSKI, EVELYN R<br>2628 SO. HILLOCK AVE<br>CHICAGO, IL 60608 | | Claim Number: 8011<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00    UNLIQ | | |

---

| Q PAK<br>3527 S 759 HIGHWAY<br>220 WATER STREET<br>ST JOSEPH, MO 64504 | | Claim Number: 6457<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,123.60 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | |
|---|---|---|---|
| Q R S<br>PO BOX 17166<br>LOUISVILLE, KY 40217 | Claim Number: 10775<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5769 (03/11/2010) | | |

| UNSECURED | Claimed: | $1,922.50 | |
|---|---|---|---|

---

| | | | |
|---|---|---|---|
| QIP EQUIPMENT<br>193 BRUNSWICK BLVD.<br>POINTE-CLAIRE, QC H9R-5N2<br>CANADA | Claim Number: 8285-01<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |

| UNSECURED | Claimed: | $36,590.06 | |
|---|---|---|---|

---

| | | | |
|---|---|---|---|
| QIP EQUIPMENT<br>193 BRUNSWICK BLVD.<br>POINTE-CLAIRE, QC H9R-5N2<br>CANADA | Claim Number: 8285-02<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 2407 (10/22/2009) | | |

| ADMINISTRATIVE | Claimed: | $1,690.51 | |
|---|---|---|---|

---

| | | | |
|---|---|---|---|
| QIP EQUIPMENT LTD.<br>193 BRANSWICK BLVD,<br>POINTE CLAIRE, QC H9R 5N2<br>CANADA | Claim Number: 3509<br>Claim Date: 06/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |

| UNSECURED | Claimed: | $44,660.15 | Scheduled: | $37,463.26 |
|---|---|---|---|---|

---

| | | | |
|---|---|---|---|
| QORE PROPERTY SCIENCES<br>399 EXECUTIVE DRIVE<br>HUNTSVILLE, AL 35816 | Claim Number: 2529<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 6649 (04/07/2010) | | |

| UNSECURED | Claimed: | $18,030.00 | Scheduled: | $18,030.00 |
|---|---|---|---|---|

---

| | | | |
|---|---|---|---|
| QUACKENBUSH CO INC<br>6711 SANDS ROAD<br>CRYSTAL LAKE, IL 60014 | Claim Number: 4920-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8093 (06/21/2010) | | |

| UNSECURED | Claimed: | $711.24 | Scheduled: | $628.67 |
|---|---|---|---|---|

---

| | | | |
|---|---|---|---|
| QUACKENBUSH CO INC<br>6711 SANDS ROAD<br>CRYSTAL LAKE, IL 60014 | Claim Number: 4920-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1354 (08/03/2009) | | |

| ADMINISTRATIVE | Claimed: | $558.00 | |
|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

QUAD CITY TESTING LABORATORY
21112 SCOTT PARK ROAD
DAVENPORT, IA 52807

Claim Number: 816
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $372.00 | Scheduled: | $372.00 |
|---|---|---|---|---|

QUADNA PUMP SYSTEMS
2803 E CHAMBERS ST
PHOENIX, AZ 85040

Claim Number: 4434
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,744.10 | Scheduled: | $2,744.10 |
|---|---|---|---|---|

QUALITY CARPETS DESIGN CENTER, LP
297 SHAW
CLOVIS, CA 93612

Claim Number: 1551
Claim Date: 03/09/2009
Debtor: CALPINE CORRUGATED, LLC

| UNSECURED | Claimed: | $2,360.00 | Scheduled: | $2,360.00 |
|---|---|---|---|---|

QUALITY CARRIERS INC
1120 E POINSETT STREET
GREER, SC 29615

Claim Number: 7054
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $1,273.00 | Scheduled: | $1,273.00 |
|---|---|---|---|---|

QUALITY CARTON & CONVERTING LLC
175 WARD HILL AVENUE
BRADFORD, MA 01835

Claim Number: 365
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $72,783.50 | | |
|---|---|---|---|---|

QUALITY CONTROL SERVICES INC
PO BOX 14831
PORTLAND, OR 97293-0831

Claim Number: 8588
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,797.00 | Scheduled: | $1,797.00 |
|---|---|---|---|---|

QUALITY INDUSTRIAL PRODUCTS, LLC
367 VILLAGE PARK DR
POWELL, OH 43065-6668

Claim Number: 4792
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $11,139.11 | Scheduled: | $13,519.11 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| QUALITY MANAGEMENT INSTITUTE<br>20 CARLSON COURT SUITE 100<br>TORONTO, ON M9W 7K6<br>CANADA | Claim Number: 5883<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5738 (03/10/2010)<br>226.80 CAD |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $183.63 |
|---|---|---|---|---|

| QUALITY PACKAGING<br>KEN HUFFMAN<br>3527 S. 759 HWY<br>ST JOSEPH, MO 64504 | Claim Number: 8731<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET 7432 (05/04/2010) |
|---|---|

| UNSECURED | Claimed: | $12,123.60 | Scheduled: | $13,023.60 |
|---|---|---|---|---|

| QUALITY PACKAGING INC<br>851 SULLIVAN DR<br>PO BOX 1720<br>FOND DU LAC, WI 54935 | Claim Number: 11563<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET 7432 (05/04/2010) |
|---|---|

| UNSECURED | Claimed: | $96,598.28 | Scheduled: | $121,731.56 |
|---|---|---|---|---|

| QUALITY PACKAGING SPECIALISTS<br>5 COOPER STREET<br>BURLINGTON, NJ 08016 | Claim Number: 11380<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $4,290.00 | Scheduled: | $4,290.00 |
|---|---|---|---|---|

| QUALITY PLUS SERVICES, INC.<br>ATTN: AARON GAY<br>2829 QUALITY DRIVE<br>PETERSBURG, VA 23805 | Claim Number: 9953<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8135 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $1,345,752.36 | Scheduled: | $1,524,376.63 UNLIQ |
|---|---|---|---|---|

| QUALITY SUPPLIER<br>PO BOX 807<br>KEYSER, WV 26726 | Claim Number: 3661<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,101.70 | Scheduled: | $880.00 |
|---|---|---|---|---|

| QUALITY TRANSPORTATION SERVICES, INC<br>9568 KINGS CHARTER DRIVE<br>ASHLAND, VA 23005 | Claim Number: 2095<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $18,884.00 | Scheduled: | $18,884.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

QUALLS, ALVIN
P.O. BOX 1672
HODGE, LA 71247

Claim Number: 10253
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

QUALLS, CEOLA
P.O. BOX 217
JONESBORO, LA 71251

Claim Number: 10322
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

QUALLS, GARY JEROME
410 NORTH EAST STREET
JONESBORO, LA 71251

Claim Number: 10323
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

QUANTUM CONTROLS INC
1643 FALLEN TIMBER TRAIL
POWHATAN, VA 23139

Claim Number: 5458
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $5,010.56 | Scheduled: | $5,010.56 |
|---|---|---|---|---|

---

QUASHNICK, BONITA
4223 SPRINGVIEW COURT
JEFFERSON, MD 21755

Claim Number: 9628
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

QUENCH / DOLPHIN CAPITAL / LEAF
P.O. BOX 644006
CINCINNATI, OH 45264

Claim Number: 301
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8407 (08/18/2010)

| UNSECURED | Claimed: | $960.00 |
|---|---|---|

---

QUENCH / LEAF
PO BOX 644006
CINCINNATI, OH 45264

Claim Number: 296
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $1,521.65 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

| | | | | |
|---|---|---|---|---|
| QUENCH / LEAF<br>PO BOX 644006<br>CINCINNATI, OH 45264 | | Claim Number: 299<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010) | | |
| UNSECURED | Claimed: | $401.64 | | |
| QUENCH / LEAF DEALER<br>PO BOX 644006<br>CINCINNATI, OH 45264 | | Claim Number: 289<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7432 (05/04/2010) | | |
| UNSECURED | Claimed: | $4,881.90 | | |
| QUENCH / LEAF DEALER<br>PO BOX 644006<br>CINCINNATI, OH 45264 | | Claim Number: 291<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010) | | |
| UNSECURED | Claimed: | $178.92 | Scheduled: | $178.92 |
| QUENCH / LEAF DEALER<br>PO BOX 644006<br>CINCINNATI, OH 45264 | | Claim Number: 292<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $1,200.13 | | |
| QUENCH / LEAF DEALER<br>PO BOX 644006<br>CINCINNATI, OH 45264 | | Claim Number: 293<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8407 (08/18/2010) | | |
| UNSECURED | Claimed: | $1,087.38 | | |
| QUENCH / LEAF DEALER<br>PO BOX 644006<br>CINCINNATI, OH 45264 | | Claim Number: 294<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8407 (08/18/2010) | | |
| UNSECURED | Claimed: | $15,462.65 | | |
| QUENCH / LEAF DEALER<br>PO BOX 644006<br>CINCINNATI, OH 45264 | | Claim Number: 295<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | |
| UNSECURED | Claimed: | $1,239.98 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

QUENCH / LEAF DEALER
PO BOX 644006
CINCINNATI, OH 45264

Claim Number: 297
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $1,020.00 | | |
|---|---|---|---|---|

QUERCUS DESIGN LLC
915 BROADWAY, SUITE 1001
NEW YORK, NY 10010

Claim Number: 5727
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 6647 (04/07/2010)

| UNSECURED | Claimed: | $7,841.00 | | |
|---|---|---|---|---|

QUEST 7 INC
PO BOX 771
ROSCOE, IL 61073

Claim Number: 4031-01
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $35,107.56 | Scheduled: | $34,587.35 |
|---|---|---|---|---|

QUEST 7 INC
PO BOX 771
ROSCOE, IL 61073

Claim Number: 4031-02
Claim Date: 07/08/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $380.09 | | |
|---|---|---|---|---|

QUEST 7 INC
PO BOX 771
ROSCOE, IL 61073

Claim Number: 4032
Claim Date: 07/08/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $327.77 | Scheduled: | $322.77 |
|---|---|---|---|---|

QUEST 7, INC
ATTN: TIM BURNS
PO BOX 771
ROSCOE, IL 61073

Claim Number: 8222
Claim Date: 07/08/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $322.77 | | |
|---|---|---|---|---|

QUEST ENGINEERING INC (01)
PO BOX 46490
EDEN PRAIRIE, MN 55344-6490

Claim Number: 5791
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $313.32 | Scheduled: | $313.32 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| QUEST GRAPHICS, LLC<br>THOMPSON COBURN LLP<br>MARK V. BOSSI<br>ONE US BANK PLAZA<br>SAINT LOUIS, MO 63101 | | Claim Number: 2211<br>Claim Date: 04/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $299,117.42 | | |

| QUEST GRAPHICS, LLC<br>2423 NORTHLINE INDUSTRIAL DRIVE<br>SAINT LOUIS, MO 63043 | | Claim Number: 2247<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $299,117.42 | | |
| UNSECURED | Claimed: | $263,341.96 | | |

| QUICK SAND BLASTING LLC<br>107 JEROME ROAD<br>UNCASVILLE, CT 06382 | | Claim Number: 261<br>Claim Date: 02/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,910.61 | Scheduled: | $16,813.11 |

| QUICK SAND BLASTING LLC<br>107 JEROME ROAD<br>UNCASVILLE, CT 06382 | | Claim Number: 14059<br>Claim Date: 06/24/2010<br>Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,910.61 | | |
| UNSECURED | Claimed: | $13,910.61 | | |
| UNSECURED | Claimed: | $13,910.61 | | |

| QUICK SAND BLASTING, LLC<br>107 JEROME ROAD<br>UNCASVILLE, CT 06382 | | Claim Number: 14000<br>Claim Date: 04/15/2010<br>Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,910.61 | | |
| UNSECURED | Claimed: | $13,910.61 | | |

| QUICK SHRED<br>111 NORTH VILLAGE WAY<br>JUPITER, FL 33458 | | Claim Number: 4579<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| SECURED | Claimed: | $277.00 | | |

| QUICK SHRED<br>111 NORTH VILLAGE WAY<br>JUPITER, FL 33458 | | Claim Number: 4580<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $277.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| QUICKFAB, INC.<br>PO BOX 947<br>DOVER, FL 33527 | | Claim Number: 3428<br>Claim Date: 06/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,933.47 | Scheduled: | $15,933.47 |
| QUIKSHRED<br>ATTN: RON SACCO<br>11 NORTH VILLAGE BLVD.<br>JUPITER, FL 33477 | | Claim Number: 8387<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $277.00 | | |
| QUINCY RECYCLE<br>526 SOUTH SIXTH STREET<br>QUINCY, IL 62301 | | Claim Number: 2570<br>Claim Date: 04/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $839.00 | Scheduled: | $838.00 |
| QUINTEX SERVICES LTD.<br>332 NASSAU STREET N<br>WINNIPEG, MB R3L 0R8<br>CANADA | | Claim Number: 13316<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $1,291.90 |
| QUIROZ, HILARIO<br>7005 KIMBALL LANE<br>SHOW LOW, AZ 85901 | | Claim Number: 13401<br>Claim Date: 10/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 5738 (03/10/2010) | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $0.00   UNLIQ<br>$0.00   UNLIQ | | |
| QUIROZ, HILARIO<br>7005 KIMBALL LANE<br>SHOW LOW, AZ 85901 | | Claim Number: 13402<br>Claim Date: 10/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| QUIROZ, HILARIO<br>7005 KIMBALL LANE<br>SHOW LOW, AZ 85901 | | Claim Number: 13404<br>Claim Date: 10/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

QWEST CORPORATION
ATTN: JANE FREY
1801 CALIFORNIA ST, RM 900
DENVER, CO 80202-2658

Claim Number: 3093
Claim Date: 05/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $75.58 | Scheduled: | $7,477.07 |
|---|---|---|---|---|

QWEST CORPORATION
ATTN: JANE FREY
1801 CALIFORNIA ST, RM 900
DENVER, CO 80202-2658

Claim Number: 3094
Claim Date: 05/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $11,523.14 | Scheduled: | $13,682.98 |
|---|---|---|---|---|

R & R POWER SERVICES, LLC
4807 HAZEL JONES RD.
BOSSIER CITY, LA 71111

Claim Number: 2882
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $333.31 | Scheduled: | $333.31 |
|---|---|---|---|---|

R AND D INCORPORATED
C/O SAM O. SIMMERMAN, ESQ.
P.O. BOX 36963
CANTON, OH 44735-6963

Claim Number: 9757-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2205 (10/09/2009)

| ADMINISTRATIVE | Claimed: | $14,897.33 |
|---|---|---|

R AND P INDUSTRIAL CHIMNEY CO, INC
244 INDUSTRY PARKWAY
NICHOLASVILLE, KY 40356

Claim Number: 9560
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $39,300.00 | Scheduled: | $39,300.00 |
|---|---|---|---|---|

R AND R SERVICES (JONESBORO)
5304 JEAN DR
JONESBORO, AR 72404

Claim Number: 8019
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $900.00 | Scheduled: | $900.00 |
|---|---|---|---|---|

R D HARRISON INC
2249 GREENSBORO RD EXTENSION
LEXINGTON, NC 27295

Claim Number: 4765
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $895.00 | Scheduled: | $895.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| R DALE PATCHETT MANAGEMENT INC<br>3069 CARLOW CIRCLE<br>TALLAHASSEE, FL 32309 | Claim Number: 6595<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $13,500.00 | Scheduled: | $13,500.00 |
|---|---|---|---|---|

---

| R E BARNETT AND SONS<br>PO BOX 16006<br>PHOENIX, AZ 85011 | Claim Number: 5099<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9069 (05/20/2011) |
|---|---|

| UNSECURED | Claimed: | $1,107.36 | Scheduled: | $1,044.00 |
|---|---|---|---|---|

---

| R MOORE CONSTRUCTION<br>PO BOX 56<br>WALESKA, GA 30183 | Claim Number: 5368<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,622.76 | Scheduled: | $9,622.76  UNLIQ |
|---|---|---|---|---|

---

| R Y TIMBER, INC<br>C/O MICHAEL D. DEBAECKE<br>1201 MARKET STREET, STE 800<br>WILMINGTON, DE 19801 | Claim Number: 7659-01<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $2,713.85 |
|---|---|---|

---

| R Y TIMBER, INC<br>C/O MICHAEL D. DEBAECKE<br>1201 MARKET STREET, STE 800<br>WILMINGTON, DE 19801 | Claim Number: 7659-02<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $59,362.95 | Scheduled: | $62,076.80 |
|---|---|---|---|---|

---

| R Y TIMBER, INC<br>C/O MICHAEL D. DEBAECKE<br>1201 MARKET STREET, STE 800<br>WILMINGTON, DE 19801 | Claim Number: 10031<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $59,362.95 |
|---|---|---|
| UNSECURED | Claimed: | $2,713.85 |

---

| R Y TIMBER, INC<br>C/O MICHAEL D. DEBAECKE<br>1201 MARKET STREET, STE 800<br>WILMINGTON, DE 19801 | Claim Number: 10032<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $59,362.95 |
|---|---|---|
| UNSECURED | Claimed: | $2,713.85 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| R&B ENTERPRISES<br>905 BRANDERMILL DR<br>CANTONMENT, FL 32533-6305 | Claim Number: 5456<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $119.42 | Scheduled: | $119.42 |
|---|---|---|---|---|

| R&B SPLICER SYSTEMS<br>145 BODWELL STREET<br>AVON, MA 02322 | Claim Number: 23-01<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $153,897.06 | Scheduled: | $151,097.38 |
|---|---|---|---|---|

| R&B SPLICER SYSTEMS<br>145 BODWELL STREET<br>AVON, MA 02322 | Claim Number: 23-02<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $7,573.31 | Scheduled: | $6,162.11 |
|---|---|---|---|---|

| R&J TRANSPORT<br>608 N. 41ST STREET<br>MANITOWOC, WI 54220 | Claim Number: 5082<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $8,232.00 | Scheduled: | $7,392.00 |
|---|---|---|---|---|

| R&M WELDING PRODUCTS, INC.<br>105 WILLIAMS WAY<br>WILDER, KY 41076 | Claim Number: 3215<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $39,736.93 | Scheduled: | $35,355.09 |
|---|---|---|---|---|

| R&R CONTRACTING SERVICES INC<br>P.O. BOX 1803<br>SAINT PETERS, MO 63376 | Claim Number: 2085<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,754.09 | Scheduled: | $4,279.02 |
|---|---|---|---|---|

| R&R TIMBER MANAGEMENT INC<br>PO BOX 694<br>JONESBORO, LA 71251 | Claim Number: 4124<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $33,179.00 | Scheduled: | $66,357.74  UNLIQ |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| R&R TIMBER MANAGEMENT, INC.<br>PO BOX 694<br>JONESBORO, LA 71251 | Claim Number: 56<br>Claim Date: 02/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $66,357.74 | | |
|---|---|---|---|---|

| R&R TRUCK REPAIR INC<br>PO BOX 434<br>640 TWIGGS STREET<br>AUGUSTA, GA 30903 | Claim Number: 6673<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $5,059.39 | Scheduled: | $5,038.87 |
|---|---|---|---|---|

| R&R WOOD PRODUCTS INC<br>PO BOX 65<br>MAINLAND, PA 19451 | Claim Number: 7756<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,024.00 | Scheduled: | $1,024.00 |
|---|---|---|---|---|

| R&S SUPPLY INC.<br>P.O. BOX 1255<br>BASTROP, LA 71221-1255 | Claim Number: 983<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $88,158.72 | Scheduled: | $85,239.76 |
|---|---|---|---|---|

| R&W HYDRAULIC SRV<br>7963 TURNPIKE RD<br>ARCHDALE, NC 27263 | Claim Number: 3154<br>Claim Date: 05/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,979.78 | Scheduled: | $2,979.78 |

| R. S. HARRITAN & COMPANY, INC.<br>3280 FORMEX ROAD - P.O. BOX 24157<br>RICHMOND, VA 23224 | Claim Number: 2935<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $1,777,827.99 | | |
|---|---|---|---|---|

| R.F. MACDONALD CO., INC.<br>25920 EDEN LANDING ROAD<br>HAYWARD, CA 94545 | Claim Number: 508<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $158,786.88 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| R.H. CREAGER INC<br>PO BOX 100<br>KENNER, LA 70063-0100 | | Claim Number: 3944-01<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,734.30 | Scheduled: | $3,863.38 |

| R.H. CREAGER INC<br>PO BOX 100<br>KENNER, LA 70063-0100 | | Claim Number: 3944-02<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,169.88 | | |

| R.I. DIVISION OF TAXATION<br>ONE CAPITOL HILL<br>PROVIDENCE, RI 02908 | | Claim Number: 1816<br>Claim Date: 03/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5042 (02/16/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,000.00 | | |

| R.J. SCHINNON CO, INC<br>16950 W. LINCOLN AVE<br>NEW BERLIN, WI 53151 | | Claim Number: 3126<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,726.00 | | |

| RA GREIG EQUIPMENT COMPANY<br>2974 WEST 17TH STREET<br>ERIE, PA 16505 | | Claim Number: 635<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,130.12 | Scheduled: | $2,332.00 |

| RABB, WILLIE<br>C/O THOMAS ALBRITTON<br>ALBRITTON CLIFTON ALVERSON MOODY ET AL<br>PO BOX 880<br>ANDALUSIA, AL 36420 | | Claim Number: 11496<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100,000.00 | Scheduled: | $0.00 UNLIQ |

| RACINE, JEAN-GUY<br>2805 CHEMIN BELLEVUE<br>ST-BONIFACE,<br>CANADA | | Claim Number: 99003<br>Claim Date: 06/17/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $62,877.67 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| RACING COMMUNICATIONS, INC.<br>3860 MOON STATION RD<br>KENNESAW, GA 30144 | Claim Number: 1575<br>Claim Date: 03/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $1,875.00 | Scheduled: | $5,434.05 |

---

| RACING COMMUNICATIONS, INC.<br>3860 MOON STATION RD<br>KENNESAW, GA 30144 | Claim Number: 1576<br>Claim Date: 03/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |

| UNSECURED | Claimed: | $1,937.00 |

---

| RACING COMMUNICATIONS, INC.<br>3860 MOON STATION RD<br>KENNESAW, GA 30144 | Claim Number: 1577<br>Claim Date: 03/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $219.95 |

---

| RACING COMMUNICATIONS, INC.<br>3860 MOON STATION RD<br>KENNESAW, GA 30144 | Claim Number: 1578<br>Claim Date: 03/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $190.80 |

---

| RACING COMMUNICATIONS, INC.<br>3860 MOON STATION RD<br>KENNESAW, GA 30144 | Claim Number: 1579<br>Claim Date: 03/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $263.30 |

---

| RACING COMMUNICATIONS, INC.<br>3860 MOON STATION RD<br>KENNESAW, GA 30144 | Claim Number: 1580<br>Claim Date: 03/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $375.00 |

---

| RACING COMMUNICATIONS, INC.<br>3860 MOON STATION RD<br>KENNESAW, GA 30144 | Claim Number: 1581<br>Claim Date: 03/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $480.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| RAD ASSOCIATES INC<br>14578 LAGOON DRIVE<br>JACKSONVILLE, FL 32250 | Claim Number: 8088<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,537.00 | Scheduled: | $3,537.00 |
|---|---|---|---|---|

| RADIATOR SOLUTIONS LLC<br>PO BOX 17614<br>MISSOULA, MT 59808 | Claim Number: 3718<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $755.00 | Scheduled: | $755.00 |
|---|---|---|---|---|

| RADION COMMUNICATIONS OF VIRGINIA, INC.<br>1282 MOUNTAIN ROAD<br>GLEN ALLEN, VA 23060 | Claim Number: 3254<br>Claim Date: 06/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,997.00 | Scheduled: | $1,997.00 |
|---|---|---|---|---|

| RADIOPROTECTION INC<br>MICHEL DESCHAMPS<br>2081 LEONARD DE VINCI<br>STE-JULIE, QC J3E 1Z2<br>CANADA | Claim Number: 8765<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $665.85 | Scheduled: | $658.01 |
|---|---|---|---|---|

| RADMAN, RICHARD<br>3398 E HAZELTINE WAY<br>CHANDLER, AZ 85249-9166 | Claim Number: 4102<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| RADNOR HOLDINGS CORPORATION, ET AL.<br>C/O A-S-K FINANCIAL LLP<br>2600 EAGAN WOODS DRIVE, SUITE 400<br>EAGAN, MN 55121 | Claim Number: 273<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $14,980.74 |
|---|---|---|

| RADNOR HOLDINGS CORPORATION, ET AL.<br>C/O A-S-K FINANCIAL LLP<br>2600 EAGAN WOODS DRIVE, SUITE 400<br>EAGAN, MN 55121 | Claim Number: 277<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4723 (02/04/2010) |
|---|---|

| UNSECURED | Claimed: | $702,746.49 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| RAFTER, KATHLEEN FOR JAMES BUTLER<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | Claim Number: 10944<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $300,000.00 | | |
|---|---|---|---|---|

| RAGAN PEST CONTROL CORP<br>7400 N MELVINA AVE<br>NILES, IL 60714 | Claim Number: 4639<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,236.00 | Scheduled: | $1,236.00 |
|---|---|---|---|---|

| RAGANS ACE HARDWARE INC<br>805 S JEFFERSON ST<br>PERRY, FL 32347 | Claim Number: 5055<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $220.15 | Scheduled: | $220.15 |
|---|---|---|---|---|

| RAIL LINK, INC.<br>1200-C SCOTTSVILLE ROAD<br>SUITE 200<br>ROCHESTER, NY 14624 | Claim Number: 2770<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $14,426.46 | Scheduled: | $146,709.69 |
|---|---|---|---|---|

| RAIL SYSTEMS INC.<br>PO BOX 201713<br>HOUSTON, TX 77216-1713 | Claim Number: 7954<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $479.64 | Scheduled: | $1,342.50 |
|---|---|---|---|---|

| RAINES JR, BERNIE C<br>636 GEORGIA LANE<br>BREWTON, AL 36426 | Claim Number: 10018<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $24,860.00 | | |
|---|---|---|---|---|

| RAINY BAY COMPANY INC.<br>ATTN: LARRY EDWARDS<br>PO BOX 665<br>AUBURN, WA 98071-0665 | Claim Number: 7109<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $76,380.37 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| RAINY BAY COMPANY, INC<br>ATTN: LARRY T. EDWARDS<br>PO BOX 665<br>AUBURN, WA 98071-0665 | | Claim Number: 7135<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $76,380.37 | Scheduled: | $106,275.53 UNLIQ |

| | | |
|---|---|---|
| RALLS, MICHAEL C.<br>NAMED PLAINTIFF IN ERICKSON, ROY D.,<br>ET AL., C/O TOM L. LEWIS - LEWIS SLOVAK<br>& KOVACICH, P.C. - P.O. BOX 2325<br>GREAT FALLS, MT 59403 | | Claim Number: 6644<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $1,000.00 |

| | | |
|---|---|---|
| RAMCO ENTERPRISES LP<br>ATTN: JULIO SANCHEZ<br>320 AIRPORT BLVD<br>SALINAS, CA 93905 | | Claim Number: 7011<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| UNSECURED | Claimed: | $3,455.75 |

| | | |
|---|---|---|
| RAND AND SON CONSTUCTIONS INC<br>PO BOX 419380  DEPT 136<br>KANSAS CITY, MO 64141-6380 | | Claim Number: 5576<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| UNSECURED | Claimed: | $0.00 |

| | | |
|---|---|---|
| RAND MCNALLY<br>PO BOX 7600<br>CHICAGO, IL 60680 | | Claim Number: 2520<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
| UNSECURED | Claimed: | $1,758.49 | Scheduled: | $1,758.49 |

| | | |
|---|---|---|
| RAND-WHITNEY CONTAINER CORP. (02)<br>PO BOX 847459<br>BOSTON, MA 02284-7459 | | Claim Number: 4556<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8408 (08/18/2010) |
| UNSECURED | Claimed: | $9,017.11 | Scheduled: | $9,017.11 |

| | | |
|---|---|---|
| RANDALL, EVELYNANN<br>904 E 13TH ST.<br>NEWBERG, OR 97132 | | Claim Number: 7069<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00 UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

RANDSTAD
2015 SOUTH PARK PLACE
ATLANTA, GA 30339

Claim Number: 13481
Claim Date: 10/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
Amends Claim 1546

| UNSECURED | Claimed: | $16,651.08 | Scheduled: | $16,651.08 |

---

RANDSTAD INTERIM INC
3333 BOUL. COTE VERTU
SUITE 600
ST-LAURENT, QC H4R 2N1
CANADA

Claim Number: 8258
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 5768 (03/11/2010)

| UNSECURED | Claimed: | $17,341.19 | Scheduled: | $17,209.16 |

---

RANDSTAD US
2015 SOUTH PARK PLACE
ATLANTA, GA 30339

Claim Number: 1546
Claim Date: 03/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET |

---

RANDY ICEMAN
925 CAMBRIDGE RD
COSHOCTON, OH 43812

Claim Number: 8494
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $1,099.43 |

---

RANGE TELECOMMUNICATIONS
2342 US 41 WEST
MARQUETTE, MI 49855

Claim Number: 7553
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,255.11 | Scheduled: | $1,419.11 |

---

RANGEL, SANDRA
402 HADLEY
EL PASO, TX 79927

Claim Number: 5570
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $7,911.29 |

---

RAPID PALLETS, LP
26 WALTER JONES BLVD, STE. E
EL PASO, TX 79906

Claim Number: 6742
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $41,864.18 | Scheduled: | $54,785.20 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

| | | | | |
|---|---|---|---|---|
| RAPPAHANNOCK ELECTRIC COOPERATIVE<br>PO BOX 7388<br>FREDERICKSBURG, VA 22404-7388 | Claim Number: 1473<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED | Claimed: | $349.92 | | |
| RAPPAHANNOCK ELECTRIC COOPERATIVE<br>PO BOX 7388<br>FREDERICKSBURG, VA 22404-7388 | Claim Number: 1804<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED | Claimed: | $349.92 | | |
| RAPPAHANNOCK ELECTRIC COOPERATIVE<br>PO BOX 7388<br>FREDERICKSBURG, VA 22404-7388 | Claim Number: 3666<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED | Claimed: | $349.92 | Scheduled: | $338.65 |
| RASBERRY, JAMES W.<br>1604 S. HUDSON AVENUE<br>JONESBORO, LA 71251 | Claim Number: 10254<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| RASMUSSEN, ALAN C<br>32590 S MORCUM ST<br>WOODBURN, OR 97071 | Claim Number: 7726<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| RATLIFF, JEFFREY E<br>P.O. BOX 29<br>PIPESTEM, WV 25979 | Claim Number: 12053<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $62,842.50 | | |
| RATZBURG CONTROLS INC<br>W208N16945 N CENTER ST<br>JACKSON, WI 53037-9623 | Claim Number: 6035<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $1,995.00 | Scheduled: | $1,995.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

RAY, DAVID L.
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10706
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $51,277.56 | | |

---

RAY, KIRKLAND
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10718
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,345.40 | | |

---

RAYFORD, WILLIE D
1242 YAVAPIA LN
LAKESIDE, AZ 85929

Claim Number: 4566
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $228.70 | | |

---

RAYFORD, WILLIE D
1242 YAVAPIA LN
LAKESIDE, AZ 85929

Claim Number: 6870
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $228.70 | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $228.70 | | |
| TOTAL | Claimed: | $228.70 | | |

---

RAYON-X INDUSTRIEL INC
1163 BARON
FLEURIMONT, QC J1E 1C9
CANADA

Claim Number: 6211
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,383.70 | Scheduled: | $3,774.40 |

---

RAYON-X INDUSTRIEL INC.
INSPECTION SPECIALISEE
1163 BARON
FLEURIMONT, QC J1E 1C9
CANADA

Claim Number: 8696
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: POSSIBLE DUPLICATE OF 6211
Claim out of balance

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,383.70 | | |
| UNSECURED | Claimed: | $3,383.70 | | |
| TOTAL | Claimed: | $3,383.70 | | |

---

RAYONIER FOREST RESOURCES LP
1901 ISLAND WALKWAY
FERNANDINA BEACH, FL 32034

Claim Number: 10033
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $52,545.74 | Scheduled: | $57,545.74 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| RAYONIER FOREST RESOURCES, LP<br>ATTN: SUE RANGER<br>1901 ISLAND WALKWAY<br>FERNANDINA BEACH, FL 32034 | Claim Number: 10003<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 9016 (04/01/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

| RAYONIER PERFORMANCE FIBERS, LLC<br>ATTN: KATHY WOLFLA<br>PO BOX 2002<br>FERNANDINA BEACH, FL 32035-2002 | Claim Number: 10034<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $602,786.81 | Scheduled: | $602,786.81  UNLIQ |
|---|---|---|---|---|

| RB U'REN EQUIPMENT INC<br>1120 CONNECTING ROAD<br>NIAGARA FALLS, NY 14304 | Claim Number: 3764<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $876.96 | Scheduled: | $876.96 |
|---|---|---|---|---|

| RBX INC<br>P.O. BOX 2118<br>SPRINGFIELD, MO 65801 | Claim Number: 4864<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $8,650.83 | Scheduled: | $13,797.58 |
|---|---|---|---|---|

| RCR SERVICES, INC.<br>RONALD H. MILLS, ESQ.<br>22255 CENTER RIDGE ROAD, #106<br>ROCKY RIVER, OH 44116 | Claim Number: 14179<br>Claim Date: 12/06/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8952 (02/22/2011) |
|---|---|

| UNSECURED | Claimed: | $28,337.62 | | |
|---|---|---|---|---|

| RDA ADVANTAGE<br>5808 S. RAPP ST # 220<br>LITTLETON, CO 80120 | Claim Number: 2789<br>Claim Date: 05/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $15,669.00 | | |
|---|---|---|---|---|

| READYONE INDUSTRIES, INC.<br>1414 ABILITY DRIVE<br>EL PASO, TX 79936 | Claim Number: 2944<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $44,498.12 | Scheduled: | $44,222.42 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| REAL FOODS<br>2140 POLK STREET<br>SAN FRANCISCO, CA 94109 | | Claim Number: 6588<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $99.50 | Scheduled: | $99.50 |
| REAL ST JOHN<br>6416 ROUTE 17<br>ST QUENTIN, NB E8A 2J2<br>CANADA | | Claim Number: 6795<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| PRIORITY | Claimed: | $3,760.43 | | |
| REAL ST JOHN<br>6416 ROUTE 17<br>ST QUENTIN, NB E8A 2J2<br>CANADA | | Claim Number: 6796<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010) | | |
| UNSECURED | Claimed: | $3,760.43 | Scheduled: | $3,760.43 |
| REALTY ASSOCIATES FUND VI, L.P., THE<br>TA ASSOCIATES REALTY<br>1301 DOVE STREET, SUITE 860<br>NEWPORT, CA 92660-2440 | | Claim Number: 11239<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5941 (03/17/2010) | | |
| UNSECURED | Claimed: | $43,821.92   UNLIQ | | |
| REALTY ASSOCIATES FUND VIII, L.P., THE<br>TA ASSOCIATES REALTY<br>1301 DOVE STREET, SUITE 860<br>NEWPORT, CA 92660-2440 | | Claim Number: 11240<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) | | |
| UNSECURED | Claimed: | $53,936.46   UNLIQ | | |
| REALTY SOUTHWEST LIMITED PARTNERSHIP<br>C/O BRIAN E. FARNAN, ESQUIRE<br>PHILLIPS GOLDMAN & SPENCE, P.A.<br>1200 NORTH BROOM STREET<br>WILMINGTON, DE 19806 | | Claim Number: 9954<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6359 (03/29/2010) | | |
| UNSECURED | Claimed: | $1,761,239.63 | | |
| REALTY SOUTHWEST LIMITED PARTNERSHIP<br>C/O BRIAN E. FARNAN, ESQUIRE<br>PHILLIPS GOLDMAN & SPENCE, P.A.<br>1200 NORTH BROOM STREET<br>WILMINGTON, DE 19806 | | Claim Number: 13082<br>Claim Date: 09/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6351 (03/29/2010) | | |
| UNSECURED | Claimed: | $1,135,774.65 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| REBUTS SOLIDES CANADA INC<br>1635 RUE SHERBROOKE OUEST, BUREAU 300<br>MONTREAL, QC H3H 1E2<br>CANADA | Claim Number: 6920<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5460 (02/26/2010) |
|---|---|

| UNSECURED | Claimed: | $86,304.35 | Scheduled: | $16,280.00 |
|---|---|---|---|---|

| RECORD CONSTRUCTION<br>10635 W SOLANO DR<br>GLENDALE, AZ 85307 | Claim Number: 3966<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $12,800.00 | Scheduled: | $12,800.00 |
|---|---|---|---|---|

| RECORD CONSTRUCTION INC.<br>10635 W. SOLANO DR.<br>GLENDALE, AZ 85307 | Claim Number: 2388<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $12,800.00 |
|---|---|---|

| RECORD KEEPERS INC<br>221 SOUTH FRANKLIN AVENUE<br>SIOUX FALLS, SD 57103 | Claim Number: 5952<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $279.84 | Scheduled: | $279.84 |
|---|---|---|---|---|

| RECORDS KEEPERS<br>1614 NW 23 AVE<br>FORT LAUDERDALE, FL 33311 | Claim Number: 3971<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $483.12 | Scheduled: | $750.12 |
|---|---|---|---|---|

| RECOVER, INC.<br>P.O. BOX 27089<br>GREENVILLE, SC 29616-2089 | Claim Number: 510<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,136.84 | Scheduled: | $949.00 |
|---|---|---|---|---|

| RECY SOL<br>5708 COTTONWOOD<br>SHAWNEE, KS 66216 | Claim Number: 7728<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $19,709.00 |
| TOTAL | Claimed: | $19,400.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

RECYCLE SYSTEMS INC
PO BOX 201
KIRKLAND, WA 98083-0201

Claim Number: 3879
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,803.13 | Scheduled: | $1,803.13 |

RECYCLEASE
13427 NE 20TH STREET SUITE 175
BELLEVUE, WA 98009

Claim Number: 5187
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $381.15 | Scheduled: | $381.15 |

RECYCLED PAPERBOARD TECHNICAL ASSN.
PO  BOX 5774
ELGIN, IL 60121-5774

Claim Number: 1776
Claim Date: 03/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $41,250.00 | UNLIQ |
| UNSECURED | Claimed: | $13,750.00 | UNLIQ |

RECYCLED PAPERBOARD TECHNICAL ASSN.
PO BOX 5774
ELGIN, IL 601215774

Claim Number: 1998-01
Claim Date: 03/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $41,250.00 |
| UNSECURED | Claimed: | $13,750.00 |

RECYCLED PAPERBOARD TECHNICAL ASSN.
920 DAVIS ROAD, SUITE 306
ELGIN, IL 60123

Claim Number: 1998-02
Claim Date: 03/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

RECYCLING EQUIPMENT CORPORATION
831 WEST 5TH STREET
LANSDALE, PA 19446

Claim Number: 312
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $736.33 | Scheduled: | $980.60 |

RECYCLING EQUIPMENT REPAIR INC
1017 EL CAMINO REAL 356
REDWOOD CITY, CA 94063

Claim Number: 5227
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,550.00 | Scheduled: | $1,550.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| RECYCLING MANAGEMENT RESOURCES<br>20 HOOK MOUNTAIN ROAD<br>PO BOX 689<br>PINE BROOK, NJ 07058 | Claim Number: 9646<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $523.00 | | |
|---|---|---|---|---|

| RECYCLING MANAGEMENT RESOURCES<br>20 HOOK MOUNTAIN ROAD<br>PO BOX 689<br>PINE BROOK, NJ 07058 | Claim Number: 9647<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8349 (08/12/2010) |
|---|---|

| UNSECURED | Claimed: | $30,649.07 | | |
|---|---|---|---|---|

| RECYCLING WORKS<br>PO BOX 1492<br>ELKHART, IN 46515 | Claim Number: 7917<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $22,226.00 | Scheduled: | $22,226.00 |
|---|---|---|---|---|

| RED DIRT ROAD INC<br>1316 BARKLEY ROAD<br>STATESVILLE, NC 28625 | Claim Number: 7717<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $53,175.35 | Scheduled: | $53,175.35 |
|---|---|---|---|---|

| RED FEATHER MARKETING GROUP INC<br>332 MAIN STREET<br>MADISON, NJ 07940 | Claim Number: 4811<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,705.00 | Scheduled: | $4,705.00 |
|---|---|---|---|---|

| RED WING SHOE STORE<br>ABILENE ST. MARKET<br>14048 E. MISSISSIPPI AVE.<br>AURORA, CO 80012 | Claim Number: 1625<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| PRIORITY | Claimed: | $684.47 |
|---|---|---|
| SECURED | Claimed: | $684.47 |
| TOTAL | Claimed: | $684.47 |

| RED WING SHOE STORE<br>750 N. GREEN BAY RD.<br>WAUKEGAN, IL 60085-2236 | Claim Number: 1724<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $402.75 | Scheduled: | $530.25 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| RED WING SHOE STORE<br>13924 E NOLAND CT.<br>INDEPENDENCE, MO 64055 | Claim Number: 2679<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $949.59 | Scheduled: | $626.70 |
|---|---|---|---|---|

| RED WING SHOE STORE<br>5408 NE ANTIOCH RD<br>KANSAS CITY, MO 64119 | Claim Number: 2831<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $204.14 |
|---|---|---|

| RED WING SHOE STORE<br>5408 NE ANTIOCH RD<br>KANSAS CITY, MO 64119 | Claim Number: 3889<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $204.14 | Scheduled: | $204.14 |
|---|---|---|---|---|

| RED WING SHOE STORE<br>988 KNOX ABBOT DRIVE<br>CAYCE, SC 29033-3320 | Claim Number: 5788<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $14,617.57 | Scheduled: | $14,995.52 |
|---|---|---|---|---|

| RED WING SHOE STORE INC<br>1423 GADSDEN HWY 109<br>BIRMINGHAM, AL 35235 | Claim Number: 5759<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,213.17 | Scheduled: | $1,113.00 |
|---|---|---|---|---|

| RED WING SHOES<br>1360 S. CLEVEVLAND MASSILLON ROAD<br>COPLEY, OH 44321 | Claim Number: 3070<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $160.81 | Scheduled: | $549.19 |
|---|---|---|---|---|

| RED WING SHOES<br>1701 N. LARKIN AVE<br>STE 605<br>CREST HILL, IL 60403 | Claim Number: 3495<br>Claim Date: 06/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $150.00 | Scheduled: | $273.89 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| RED WING STORE #124<br>14048 E MISSISSIPPI AVE<br>AURORA, CO 80012 | | Claim Number: 6737<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $684.47 | Scheduled: | $878.13 |

---

| | | | | |
|---|---|---|---|---|
| REDCO PALLETS<br>PO BOX 7373<br>TYLER, TX 75711 | | Claim Number: 6256<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $14,526.50 | | |

---

| | | | | |
|---|---|---|---|---|
| REDDINGTON, LYNDA<br>795 CENTRAL AVE<br>LEBANON, OR 97355 | | Claim Number: 6286<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $150.11   UNLIQ | | |
| UNSECURED | Claimed: | $150.11   UNLIQ | | |
| TOTAL | Claimed: | $150.11   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| REDDY ICE<br>903 ELIZABETHTOWN RD<br>LUMBERTON, NC 28358 | | Claim Number: 1783<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $459.00 | Scheduled: | $1,787.16 |

---

| | | | | |
|---|---|---|---|---|
| REDFORD JR., HARRY E<br>15275 S DIXIE HWY #8105<br>MONROE, MI 48161 | | Claim Number: 12144<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| REDGRAVE, RICHARD<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10942<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
| UNSECURED | Claimed: | $50,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| REDKOH INDUSTRIES INC<br>PO BOX 801<br>BELLE MEAD, NJ 08502 | | Claim Number: 7552<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,745.42 | Scheduled: | $2,745.42 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

REDMOND, TARA
6106 SCORPIO DRIVE
KEARNS, UT 84118

Claim Number: 9549
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $130,000.00 | | | |
| SECURED | Claimed: | $130,000.00 | | | |
| TOTAL | Claimed: | $130,000.00 | | | |

---

REDWING SHOE STORE
TRUSSVILLE PLAZA
1423 GADSDEN HWY SUITE 109
BIRMINGHAM, AL 35235

Claim Number: 1051
Claim Date: 03/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,213.17 |

---

REDWING SHOE STORE
1222 BRONSON WY.
SUITE 120
RENTON, WA 98057

Claim Number: 2291
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $865.91 |

---

REDWING SHOE STORE #127
8410C WADSWORTH BLVD
ARVADA, CO 80003

Claim Number: 12211
Claim Date: 09/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $146.95 | Scheduled: | $146.95 |

---

REDWING SHOE STORE #127
8410C WADSWORTH BLVD
DENVER, CO 80003

Claim Number: 12212
Claim Date: 09/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $684.47 |

---

REDWING SHOES
1222 BRONSON WAY N STE 120
RENTON, WA 98055

Claim Number: 6678
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $865.91 | Scheduled: | $865.91 |

---

REDWING SHOES
4375 SOUTHSIDE BLVD., SUITE 8
JACKSONVILLE, FL 32216

Claim Number: 12158
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $127.49 | Scheduled: | $244.73 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| REEBALS INC<br>PO BOX 2177<br>ASHLAND, VA 23005 | | Claim Number: 5569<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,300.00 | Scheduled: | $2,300.00 |
| REECE LOGGING INC<br>REMOVE<br>P.O.BOX 962<br>JASPER, GA 30143 | | Claim Number: 7009<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $28,673.87 | Scheduled: | $57,347.75 UNLIQ |
| REECE, GARY<br>126 KERRA LN<br>MC DONALD, TN 37353-5183 | | Claim Number: 5708<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $5,082.50 | | |
| REECE, GARY<br>126 KERRA LANE<br>MCDONALD, TN 37353-5183 | | Claim Number: 5709<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $5,082.50 | | |
| REECE, GARY L.<br>REECE LANDSCAPING<br>126 KERRA LANE<br>MCDONALD, TN 37353 | | Claim Number: 55<br>Claim Date: 02/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| PRIORITY | Claimed: | $5,082.50 | | |
| REECE, GARY L.<br>REECE LANDSCAPING<br>126 KERRA LANE<br>MCDONALD, TN 37353 | | Claim Number: 5711<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $5,082.50 | | |
| REED SMITH LLP<br>JOHN P. HOOPER<br>599 LEXINGTON<br>NEW YORK, NY 10022 | | Claim Number: 11713<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
| UNSECURED | Claimed: | $10,562.24 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| REED, CHARLES W<br>1380 SUNBEAN CIR<br>SAN JOSE, CA 95122 | Claim Number: 4594<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

| REEVES, DENNIS<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | Claim Number: 10939<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $50,000.00 | | |
|---|---|---|---|---|

---

| REFRA-CHEM LININGS INC.<br>11280A U.S. HWY 31<br>SPANISH FORT, AL 36527 | Claim Number: 10679<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010) |
|---|---|

| SECURED | Claimed: | $391,600.79 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $452,298.59 |

---

| REGIONAL HOSE GUELPH LTD<br>ATTN: ROBERT MENAGE<br>14-930 WOODLAWN ROAD<br>GUELPH, ON N1K 1T2<br>CANADA | Claim Number: 13308<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $1,049.88 | Scheduled: | $5,675.84 |
|---|---|---|---|---|

---

| REGIONAL HOSE GUELPH LTD<br>ATTN: ROBERT MENAGE<br>14-930 WOODLAWN ROAD<br>GUELPH, ON N1K 1T2<br>CANADA | Claim Number: 13309<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $5,081.76 | | |
|---|---|---|---|---|

---

| REGIONAL MUNICIPALITY OF DURHAM<br>DEB KOZAK<br>CUSTOMER SERVICES SUPERVISOR<br>605 ROSSLAND RD E, PO BOX 720<br>WHITBY, ON L1N 0B1<br>CANADA | Claim Number: 7740<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) |
|---|---|

| PRIORITY | Claimed: | $7,528.23 | | |
|---|---|---|---|---|

---

| REHAB ASSOCIATES, LLC<br>P.O. BOX 11407 DRAWER 0761<br>BIRMINGHAM, AL 35246 | Claim Number: 13525<br>Claim Date: 10/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $864.00 | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| REICH, DONALD L<br>17312 NE 4TH ST<br>VANCOUVER, WA 98684 | | Claim Number: 8161<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |

| REICHERT, CONCETTA ANN<br>9801 VEERE DR<br>ST LOUIS, MO 63126 | | Claim Number: 4725<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|---|
| PRIORITY | Claimed: | $374.49 |

| REILLY, EILEEN D<br>8800 WISSAHICKON AVE<br>PHILADELPHIA, PA 19128-1126 | | Claim Number: 11393<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| PRIORITY | Claimed: | $41,550.00 |

| REIMER EXPRESS LINES<br>ATTN:NANCY LOBB<br>1400 INKSTER BLVD<br>WINNIPEG, MB R2X 1R1<br>CANADA | | Claim Number: 8533<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|---|
| UNSECURED | Claimed: | $872.84 |

| REIMER, K H<br>235 TROY LANE<br>LOMBARD, IL 60148 | | Claim Number: 9289<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

| REIPERT SALT & SUPPLIES INC.<br>66 SCHAEFFER STREET<br>WATERLOO, ON N2L 4C5<br>CANADA | | Claim Number: 2481<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|---|
| UNSECURED | Claimed: | $1,340.64 |

| REITZ, PAUL E<br>14275 VALLEY VISTA BLVD<br>SHERMAN OAKS, CA 91423 | | Claim Number: 12249<br>Claim Date: 09/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4729 (02/04/2010) |
|---|---|---|
| UNSECURED | Claimed: | $205,526.09 | Scheduled: | $205,526.09 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| REJEAN PRONOVOST<br>1794 SAINT-FRANCOIS-XAVIER<br>TROIS-RIVRERES, PQ G9A 1S7<br>CANADA | Claim Number: 8663<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| PRIORITY | Claimed: | $19,375.76 |
|---|---|---|

---

| | | |
|---|---|---|
| RELIABLE CONTAINER CORP<br>9206 SANTA FE SPRINGS RD<br>SANTA FE SPRINGS, CA 90670 | Claim Number: 12195<br>Claim Date: 09/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $25,379.91 | Scheduled: | $30,295.73 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| RELIABLE EQUIPMENT RENTALS<br>ATTN: JOHN BOISVERT<br>20499 WESTMINSTER HWY<br>RICHMOND, BC V6V 1B3<br>CANADA | Claim Number: 12699<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | | |
|---|---|---|
| RELIABLE MAINTENANCE COMPANY<br>2525 DOUGLAS AVE<br>DES MOINES, IA 50310 | Claim Number: 7907<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $1,279.84 | Scheduled: | $1,279.84 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| RELIABLE RUBBER INC<br>805 FORESTWOOD DR<br>ROMEOVILLE, IL 60446 | Claim Number: 5006<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $20,598.05 | Scheduled: | $20,598.05 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| RELIABLE TRAILER SERVICE INC<br>PO BOX 646<br>KEARNEY, MO 64060 | Claim Number: 11233<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $5,365.63 | Scheduled: | $4,864.52 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| RELIABLE TRANSPORTATION LINK<br>DIVISION OF LV ROE INT LTD<br>CONCORD, ON L4K 1Z6<br>CANADA | Claim Number: 12353<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | |

| UNSECURED | Claimed: | $2,226.54 | Scheduled: | $2,226.54 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| RELIABLE WELDING AND FABRICATORS IN<br>PO BOX 249<br>BASSETT, VA 24055 | Claim Number: 4983<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $96.00 | Scheduled: | $96.00 |
|---|---|---|---|---|

---

| RELIANT SAFETY EQUIPMENT INC.<br>ATTN: JUDY FOWIER<br>1708 ST. JAMES STREET<br>WINNIPEG, MB R3H 0L3<br>CANADA | Claim Number: 8536<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $1,368.51 |
|---|---|---|

---

| RELIANT SERVICES INC<br>T/A DUST-BUSTERS<br>PO BOX 1088<br>KEARNY, NJ 07032 | Claim Number: 3018<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $587.75 |
|---|---|---|

---

| RELIANT SERVICES INC<br>PO BOX 1088<br>KEARNY, NJ 07032 | Claim Number: 8872<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $587.75 | Scheduled: | $352.94 |
|---|---|---|---|---|

---

| RELIANT SERVICES, INC.<br>PO BOX 1088<br>38 JOHNSTON AVE<br>ATTN: JOE SEROZA JR<br>KEARNY, NJ 07032 | Claim Number: 12488<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $587.75 |
|---|---|---|

---

| REM SERVICES, INC. F/K/A REM DATA, INC.<br>C/O SUZANNE TAYLOR GRAHAM GRIGG, ESQ.<br>NEXSEN PRUET, LLC<br>PO BOX 2426<br>COLUMBIA, SC 29202 | Claim Number: 9418<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| SECURED | Claimed: | $52,944.89 |
|---|---|---|

---

| REMATECH BREMO INC<br>ATTN: ANDRE MORIN<br>214, RTE 138<br>ST-AUGUSTIN, QC G3A 2X9<br>CANADA | Claim Number: 8351<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $1,918.79 | Scheduled: | $1,979.31 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| REMINGTON JR, A D<br>2167 SILVER MOON TRL<br>CROSBY, TX 77532-3503 | Claim Number: 6889<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $129,533.04 | | |
| REMINGTON, ARVIN D. JR.<br>2167 SILVER MOON TRAIL<br>CROSBY, TX 77532 | Claim Number: 14075<br>Claim Date: 07/21/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | | |
| UNSECURED | Claimed: | $492.06 | | |
| RENGEL PRINTING CO<br>1922 7TH ST N<br>SAINT CLOUD, MN 56303 | Claim Number: 6081<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010) | | | |
| UNSECURED | Claimed: | $499.73 | | |
| RENOLD INC.<br>100 BOURNE STREET<br>WESTFIELD, NY 14787 | Claim Number: 164<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $674.45 | Scheduled: | $674.45 |
| RENT-A-JOHN, INC.<br>119 ELMWOOD DRIVE<br>WEST MONROE, LA 71291 | Claim Number: 2964<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $4,139.05 | Scheduled: | $3,288.65 |
| RENTAL SERVICE CORPORATION (03)<br>PO BOX 840514<br>DALLAS, TX 75284-0514 | Claim Number: 12600<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $92,866.43 | Scheduled: | $90,455.15 |
| RENTZ, RONALD E<br>ATTN: JAMES SORENSON, ESQ<br>WILLIAMS GAUTIER GWYNN DELOACH &SORENSON<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10657<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $48,749.91 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| REPUBLIC SERVICES OF NJ, LLC<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11346<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 7650 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $365.76 | Scheduled: | $435.40 |
|---|---|---|---|---|

| REPUBLIC SERVICES OF SOUTHERN NEVADA<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11322<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 7650 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $4,258.87   UNLIQ | Scheduled: | $821.00 |
|---|---|---|---|---|

| REPUBLIC SILVER STATE DISPOSAL, INC. DBA<br>REPUBLIC SERVICES<br>FENNEMORE CRAIG, P.C. C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11147<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 7650 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $199,718.42   UNLIQ |
|---|---|---|

| REPUBLIC WASTE SERVICES (OH)<br>2800 SOUTH ERIE STREET<br>MASSILLON, OH 44646 | Claim Number: 4165<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7650 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $20,755.50 |
|---|---|---|

| REPUBLIC WASTE SERVICES - DETROIT<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11334<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 7650 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $2,832.16   UNLIQ |
|---|---|---|

| RESCHAK, AGNES S<br>508 LEWIS AVE<br>LOMBARD, IL 60148-2939 | Claim Number: 4813<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| RESCUE ROOTER<br>12430 SE CAPPS RD<br>CLACKAMAS, OR 97015 | Claim Number: 6438<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,470.00 | Scheduled: | $858.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

RESCUE ROOTER
PO BOX 640845
SAN JOSE, CA 95164-0845

Claim Number: 7233
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $4,348.50 | Scheduled: | $4,348.50 |
|---|---|---|---|---|

RESCUE ROOTER (FORT WORTH)
PO BOX 7674
FT WORTH, TX 76111

Claim Number: 6437
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $4,007.56 | Scheduled: | $4,483.54 |
|---|---|---|---|---|

RESOURCES GLOBAL PROFESSIONALS
17101 ARMSTRONG AVENUE
IRVINE, CA 92614

Claim Number: 4803
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $34,980.00 | Scheduled: | $34,980.00 |
|---|---|---|---|---|

RESPONSIVE COMMUNICATION SERVICES INC.
1771 VINEYARD DRIVE SUITE 6
ANTIOCH, CA 94509

Claim Number: 563
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $785.35 | Scheduled: | $785.35 |
|---|---|---|---|---|

RESTAURANT SCARPINO INC
ATTN: RENEE DICAIRE
350 RUE ST JOSEPH
LA TUQUE, QC G9X 3R2
CANADA

Claim Number: 12840
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $718.84 | | |
|---|---|---|---|---|

RESTAURANT SCARPINO INC
350 RUE ST-JOSEPH
LA TUQUE, QC G9X 3R2
CANADA

Claim Number: 12841
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $710.38 |
|---|---|---|---|---|

RESTORATION HOLDINGS LTD
TRANSFEROR: ACCURATE AIR ENGINEERING, IN
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
325 GREENWICH AVE - 3RD FLOOR
GREENWICH, CT 06830

Claim Number: 348
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $15,656.71 | Scheduled: | $14,190.67 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

RESTORATION HOLDINGS LTD
TRANSFEROR: HOOSIER TECHNICAL SERVICES,
325 GREENWICH AVE - 3RD FLOOR
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
GREENWICH, CT 06830

Claim Number: 1331
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $79,051.00 | Scheduled: | $102,008.00 |
|---|---|---|---|---|

RESTORATION HOLDINGS LTD
TRANSFEROR: CUSTOM SHEET AND METAL FABR.
325 GREENWICH AVE - 3RD FLOOR
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
GREENWICH, CT 06830

Claim Number: 2176
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $12,031.50 | Scheduled: | $12,031.50 |
|---|---|---|---|---|

RESTORATION HOLDINGS LTD
TRANSFEROR: NEW PIG CORP
325 GREENWICH AVE - 3RD FLOOR
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
GREENWICH, CT 06830

Claim Number: 3258
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $74,508.25 | Scheduled: | $72,562.63 |
|---|---|---|---|---|

RESTORATION HOLDINGS LTD
TRANSFEROR: SABEL STEEL SERVICE INC
325 GREENWICH AVE - 3RD FLOOR
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
GREENWICH, CT 06830

Claim Number: 3936
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $145,429.98 | Scheduled: | $153,537.20 |
|---|---|---|---|---|

RESTORATION HOLDINGS LTD
TRANSFEROR: HI TECH TESTING
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
325 GREENWICH AVE - 3RD FLOOR
GREENWICH, CT 06830

Claim Number: 4338
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6353 (03/29/2010)

| UNSECURED | Claimed: | $17,024.00 | Scheduled: | $14,624.00 |
|---|---|---|---|---|

RESTORATION HOLDINGS LTD
TRANSFEROR: ORANGE COUNTY LOCKSMITH SRV.
325 GREENWICH AVE - 3RD FLOOR
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
GREENWICH, CT 06830

Claim Number: 4758
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $14,538.29 | Scheduled: | $14,538.29 |
|---|---|---|---|---|

RESTORATION HOLDINGS LTD
TRANSFEROR: TOWNSHIP OF LOWER MERION
325 GREENWICH AVE - 3RD FLOOR
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
GREENWICH, CT 06830

Claim Number: 5639
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)

| UNSECURED | Claimed: | $95,943.59 | Scheduled: | $95,941.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| RESTORATION HOLDINGS LTD<br>TRANSFEROR: JOHNSONVILLE MECHANICAL<br>325 GREENWICH AVE - 3RD FLOOR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>GREENWICH, CT 06830 | Claim Number: 5659<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $82,042.87 | Scheduled: | $82,042.87 |
|---|---|---|---|---|

| RESTORATION HOLDINGS LTD<br>TRANSFEROR: JOHNSON CONTROLS INC.<br>325 GREENWICH AVE - 3RD FLOOR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>GREENWICH, CT 06830 | Claim Number: 6181<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 7509<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $114,977.10 | Scheduled: | $111,032.08 |
|---|---|---|---|---|

| RESTORATION HOLDINGS LTD<br>TRANSFEROR: LIFT TRUCK SPECIALIST INC<br>325 GREENWICH AVE - 3RD FLOOR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>GREENWICH, CT 06830 | Claim Number: 7105<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $39,662.79 | Scheduled: | $39,400.49 |
|---|---|---|---|---|

| RESTORATION HOLDINGS LTD<br>TRANSFEROR: AMERICAN BOILER SERVICES INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>325 GREENWICH AVE-3RD FLOOR<br>GREENWICH, CT 06830 | Claim Number: 7153<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $37,149.31 | Scheduled: | $23,359.55 |
|---|---|---|---|---|

| RESTORATION HOLDINGS LTD<br>TRANSFEROR: JOHNSON CONTROLS, INC<br>325 GREENWICH AVE - 3RD FLOOR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>GREENWICH, CT 06830 | Claim Number: 7509<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $10,763.75 |
|---|---|---|

| RESTORATION HOLDINGS LTD<br>TRANSFEROR: STEBBINS ENGR AND MFG CO<br>325 GREENWICH AVE - 3RD FLOOR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>GREENWICH, CT 06830 | Claim Number: 7677<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $118,227.37 | Scheduled: | $118,227.37 |
|---|---|---|---|---|

| RESTORATION HOLDINGS LTD<br>TRANSFEROR: COUGLES RECYCLING<br>325 GREENWICH AVE - 3RD FLOOR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>GREENWICH, CT 06830 | Claim Number: 8014<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $15,046.82 | Scheduled: | $18,298.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

RESTORATION HOLDINGS LTD
TRANSFEROR: WAKEFIELD MUNICIPAL GAS &
325 GREENWICH AVE - 3RD FLOOR
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
GREENWICH, CT 06830

Claim Number: 8054
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $75,587.67 | Scheduled: | $75,587.67 |
|---|---|---|---|---|

---

RESTORATION HOLDINGS LTD
TRANSFEROR: WS PACKAGING GROUP INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
325 GREENWICH AVE - 3RD FLOOR
GREENWICH, CT 06830

Claim Number: 9213
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)

| UNSECURED | Claimed: | $59,191.50 | Scheduled: | $47,692.83 |
|---|---|---|---|---|

---

RESTORATION HOLDINGS LTD
TRANSFEROR:AUTOMOTIVE RENTALS INC. (ARI)
325 GREENWICH AVE - 3RD FLOOR
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
GREENWICH, CT 06830

Claim Number: 9305
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8396 (08/17/2010)

| UNSECURED | Claimed: | $448,460.59 | Scheduled: | $472,590.33 |
|---|---|---|---|---|

---

RESTORATION HOLDINGS LTD
TRANSFEROR: KENNAMETAL TRICON METAL
325 GREENWICH AVE - 3RD FLOOR
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
GREENWICH, CT 06830

Claim Number: 9323-01
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 5769 (03/11/2010)

| ADMINISTRATIVE | Claimed: | $73,780.57 |
|---|---|---|

---

RESTORATION HOLDINGS LTD
TRANSFEROR: KENNAMETAL TRICON METAL
325 GREENWICH AVE - 3RD FLOOR
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
GREENWICH, CT 06830

Claim Number: 9323-02
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $391,516.80 | Scheduled: | $411,381.98 |
|---|---|---|---|---|

---

RESTORATION HOLDINGS LTD
TRANSFEROR: EVONIK DEGUSSA CORPORATION
325 GREENWICH AVE - 3RD FLOOR
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
GREENWICH, CT 06830

Claim Number: 9698-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)

| ADMINISTRATIVE | Claimed: | $24,260.21 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $32,031.01 |

---

RESTORATION HOLDINGS LTD
TRANSFEROR: EVONIK DEGUSSA CORPORATION
325 GREENWICH AVE - 3RD FLOOR
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
GREENWICH, CT 06830

Claim Number: 9698-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $970.00 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

RESTORATION HOLDINGS LTD
TRANSFEROR: FMC WYOMING CORPORATION
325 GREENWICH AVE - 3RD FLOOR
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
GREENWICH, CT 06830

Claim Number: 10672
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5478 (03/01/2010)

| UNSECURED | Claimed: | $277,540.14 | Scheduled: | $191,676.83 |

---

RESTORATION HOLDINGS LTD
TRANSFEROR: ROAD MACHINERY & SUPPLIES CO
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
325 GREENWICH AVE - 3RD FLOOR
GREENWICH, CT 06830

Claim Number: 13531
Claim Date: 10/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $11,788.29 | Scheduled: | $12,038.29 |

---

RESTORATION SPECIAL OPPORTUNITIES MASTER
TRANSFEROR: VISIONS
325 GREENWICH AVE - 3RD FLOOR
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
GREENWICH, CT 06830

Claim Number: 972
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $13,300.00 | Scheduled: | $13,300.00 |

---

RESTORATION SPECIAL OPPORTUNITIES MASTER
TRANSFEROR: SCHAEFFER ELECTRIC CO INC
325 GREENWICH AVE - 3RD FLOOR
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
GREENWICH, CT 06830

Claim Number: 4200
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,495.00 | Scheduled: | $1,495.00 |

---

RESTORATION SPECIAL OPPORTUNITIES MASTER
TRANSFEROR: INSTA SPACE STORAGE
325 GREENWICH AVE - 3RD FLOOR
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
GREENWICH, CT 06830

Claim Number: 5228
Claim Date: 07/14/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $877.93 | Scheduled: | $351.35 |

---

RESTORATION SPECIAL OPPORTUNITIES MASTER
TRANSFEROR: JR MERRITT CONTROLS, INC
325 GREENWICH AVE - 3RD FLOOR
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
GREENWICH, CT 06830

Claim Number: 8223
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $2,040.83 | Scheduled: | $2,040.83 |

---

RESTORATION SPECIAL OPPORTUNITIES MASTER
TRANSFEROR: SASKATCHEWAN MINERALS
325 GREENWICH AVE - 3RD FLOOR
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
GREENWICH, CT 06830

Claim Number: 9313-01
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)

| ADMINISTRATIVE | Claimed: | $7,985.24 | | |
| UNSECURED | | | Scheduled: | $117,540.90 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| RESTORATION SPECIAL OPPORTUNITIES MASTER TRANSFEROR: SASKATCHEWAN MINERALS 325 GREENWICH AVE - 3RD FLOOR ATTN: CLAIMS PROCESSING (BANKRUPTCY) GREENWICH, CT 06830 | Claim Number: 9313-02 Claim Date: 08/21/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7188 (04/22/2010) | | | |
| UNSECURED | Claimed: | $109,254.91 | | |
| RESTORATION SPECIAL OPPORTUNITIES MASTER TRANSFEROR: ABM JANITORIAL SERVICES CORP 325 GREENWICH AVE - 3RD FLOOR ATTN: CLAIMS PROCESSING (BANKRUPTCY) GREENWICH, CT 06830 | Claim Number: 9978 Claim Date: 08/25/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $5,087.20 | Scheduled: | $5,421.20 |
| RESTORATION SPECIAL OPPORTUNITIES MASTER TRANSFEROR: CAROLINAS HOSPITAL SYSTEM 325 GREENWICH AVE - 3RD FLOOR ATTN: CLAIMS PROCESSING (BANKRUPTCY) GREENWICH, CT 06830 | Claim Number: 12063 Claim Date: 08/31/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $74,888.24 | Scheduled: | $126,396.48 |
| RESTORATION SPECIAL OPPORTUNITIES MASTER TRANSFEROR: CAROLINA HOSPITAL SYSTEM 325 GREENWICH AVE - 3RD FLOOR ATTN: CLAIMS PROCESSING (BANKRUPTCY) GREENWICH, CT 06830 | Claim Number: 13195 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $74,888.24 | | |
| RESTORATION SPECIAL OPPORTUNITIES MASTER TRANSFEROR: CAROLINA HOSPITAL SYSTEM 325 GREENWICH AVE - 3RD FLOOR ATTN: CLAIMS PROCESSING (BANKRUPTCY) GREENWICH, CT 06830 | Claim Number: 13196 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $74,888.24 | Scheduled: | $4,523.48 |
| RETAIL DECISIONS INC 379 THORNALL ST. 7TH FLOOR EDISON, NJ 08837 | Claim Number: 6915 Claim Date: 07/31/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $3,367.74 | Scheduled: | $3,367.74 |
| RETIREMENT PLAN FOR EMPLOYEES OF SMURFIT STONE CONTAINER CANADA INC (RRQ # 31658) ATTN: YVES ROUVES BUREAU A, 1035, HODGE SAINT-LAURENT, QC H4N-2B4 CANADA | Claim Number: 12903 Claim Date: 08/27/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| SECURED | Claimed: | $84,837,860.00  UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

| | | | | |
|---|---|---|---|---|
| RETIREMENT PLAN FOR UNIONIZED EMPLOYEES OF SMURFIT-STONE CONTAINER CANADA INC ATTN: YVES ROUVES BUREAU A, 1035, HODGE SAINT -LAURENT, QC H4N-2B4 CANADA | Claim Number: 12904 Claim Date: 08/27/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| SECURED | Claimed: | $72,198,355.00   UNLIQ | | |
| REVENU QUEBEC ATTN: JACQUES JAMMES 1600, BOULEVARD RENE-LEVESQUE OUEST, 3E ETAGE, SECTEUR R23CPF MONTREAL, QC H3H 2V2 CANADA | Claim Number: 13206 Claim Date: 08/25/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. Comments: DOCKET: 8530 (09/13/2010) | | | |
| UNSECURED | Claimed: | $147.32 | | |
| REVENU QUEBEC ATTN: JACQUES JAMMES 1600, BOULEVARD RENE-LEVESQUE OUEST 3E ETAGE, SECTEUR R23CPF MONTREAL, QC H3H 2V2 CANADA | Claim Number: 13247 Claim Date: 08/27/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $21,833,019.14 | Scheduled: | $1,165.57 |
| REVENU QUEBEC ATTN: JACQUES JAMMES 1600, BOULEVARD RENE-LEVESQUE OUEST 3E ETAGE, SECTEUR R23CPF MONTREAL, QC H3H 2V2 CANADA | Claim Number: 13248 Claim Date: 08/27/2009 Debtor: MBI LIMITED/LIMITEE | | | |
| UNSECURED | Claimed: | $134.49 | | |
| REVENU QUEBEC ATTN: JACQUES JAMMES 1600, BOULEVARD RENE-LEVESQUE OUEST, 3E ETAGE, SECTEUR R23CPF MONTREAL, QC H3H 2V2 CANADA | Claim Number: 13278 Claim Date: 08/28/2009 Debtor: 3083527 NOVA SCOTIA COMPANY Comments: EXPUNGED DOCKET: 8758 (11/15/2010) | | | |
| UNSECURED | Claimed: | $45,781.39 | | |
| REVENU QUEBEC ATTN: JACQUES JAMMES 1600, BOULEVARD RENE-LEVESQUE OUEST, 3E ETAGE, SECTEUR R23CPF MONTREAL, QC H3H 2V2 CANADA | Claim Number: 13279 Claim Date: 08/28/2009 Debtor: 605681 N.B. INC. Comments: EXPUNGED DOCKET: 8759 (11/15/2010) | | | |
| UNSECURED | Claimed: | $2,052,919.88 | | |
| REVENU QUEBEC ATTN: JACQUES JAMMES 1600, BOULEVARD RENE-LEVESQUE OUEST, 3E ETAGE, SECTEUR R23CPF MONTREAL, QC H3H 2V2 CANADA | Claim Number: 13320 Claim Date: 08/25/2009 Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $2.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

REVENU QUEBEC
ATTN: JACQUES JAMMES
1600, BOULEVARD RENE-LEVESQUE OUEST,
3E ETAGE, SECTEUR R23CPF
MONTREAL, QC H3H 2V2
CANADA

Claim Number: 13821
Claim Date: 10/23/2009
Debtor: 3083527 NOVA SCOTIA COMPANY

| UNSECURED | Claimed: | $90,993.73 |
|---|---|---|

---

REXEL
ATTN: AMY BALL - CREDIT
2711 LBJ FREEWAY #950
DALLAS, TX 75234

Claim Number: 3284
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8496 (09/08/2010)

| UNSECURED | Claimed: | $146,021.05 |
|---|---|---|

---

REXEL CONSOLIDATED INC
BUDDY WHITESELL, REXEL
8110 ANDERSON RD., SUITE 100
TAMPA, FL 33634

Claim Number: 7817
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $26,703.15 |
|---|---|---|
| SECURED | Claimed: | $93,911.52 |
| TOTAL | Claimed: | $93,911.52 |

---

REXEL CONSOLIDATED INC
BUDDY WHITESELL, REXEL
8110 ANDERSON RD., SUITE 100
TAMPA, FL 33634

Claim Number: 10048
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8496 (09/08/2010)

| ADMINISTRATIVE | Claimed: | $26,703.15 |
|---|---|---|
| SECURED | Claimed: | $93,911.52 |
| UNSECURED | | |
| TOTAL | Claimed: | $93,911.52 |

---

REYES, JOSE
1216 W. 2ND ST
RIALTO, CA 92376

Claim Number: 12052
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| PRIORITY | Claimed: | $16,600.00 |
|---|---|---|
| SECURED | Claimed: | $16,600.00 |
| UNSECURED | Claimed: | $16,600.00 |
| TOTAL | Claimed: | $16,600.00 |

---

REYNDERS, GAYLORD G
427 COLORADO DRIVE
ERIE, PA 16505

Claim Number: 6133
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| REYNOLDS CONTAINER CORPORATION<br>PO BOX 1129<br>MARTINSVILLE, VA 24112 | Claim Number: 7133<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $26,475.97 | Scheduled: | $23,254.11 |
|---|---|---|---|---|

| REYNOLDS, CHERYL L.<br>3451 COUNTY ROAD 138<br>SCOTTSBORO, AL 35768 | Claim Number: 10635<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| REYNOLDS, KATHRYN<br>C/O CYNTHIA HENNESSEY<br>425 N. NEW BALLAS<br>ST. LOUIS, MO 63021 | Claim Number: 12247<br>Claim Date: 09/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $20,000.00 |
|---|---|---|

| RF MACDONALD CO<br>25920 EDEN LANDING ROAD<br>HAYWARD, CA 94545 | Claim Number: 6450-01<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $127,589.78 | Scheduled: | $150,128.74 |
|---|---|---|---|---|

| RF MACDONALD CO<br>25920 EDEN LANDING ROAD<br>HAYWARD, CA 94545 | Claim Number: 6450-02<br>Claim Date: 07/27/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $19,193.48 | Scheduled: | $19,193.48 |
|---|---|---|---|---|

| RF MACDONALD CO<br>25920 EDEN LANDING ROAD<br>HAYWARD, CA 94545 | Claim Number: 6452<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9115 (08/24/2011) |
|---|---|

| UNSECURED | Claimed: | $9,565.50 |
|---|---|---|

| RGA<br>3905 E PROGRESS<br>LITTLE ROCK, AR 72114 | Claim Number: 3942<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $11,084.98 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| RGM OF GEORGIA LTD<br>EULER HERMES ACI<br>AGENT OF RGM OF GEORGIA LTD<br>800 RED BROOK BOULEVARD<br>OWINGS MILLS, MD 21117 | Claim Number: 1188<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $89,487.05 |
|---|---|---|

| RGM OF GEORGIA LTD<br>EULER HERMES ACI<br>AGENT OF RGM OF GEORGIA LTD<br>800 RED BROOK BOULEVARD<br>OWINGS MILLS, MD 21117 | Claim Number: 1189<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $89,487.05 |
|---|---|---|

| RGT LOGISTICS LLC<br>900 NORTH D STREET<br>P.O. BOX 103<br>ELWOOD, IN 46036-0103 | Claim Number: 1135<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $14,502.10 |
|---|---|---|

| RGT LOGISTICS LLC<br>ATTN: JOHN PAFFEN<br>POST OFFICE BOX 83<br>ELWOOD, IN 46036 | Claim Number: 1815<br>Claim Date: 03/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $49,046.61 |
|---|---|---|

| RGT LOGISTICS LLC<br>ATTN: JOHN PAFFEN<br>P.O. BOX 83<br>ELWOOD, IN 46036 | Claim Number: 6055<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $49,046.61 | Scheduled: | $47,180.16 |
|---|---|---|---|---|

| RH PLUMBING INC<br>PO BOX 417<br>OKOLONA, MS 38860 | Claim Number: 1658<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $992.96 | Scheduled: | $992.96 |
|---|---|---|---|---|

| RHINEHART METAL BLDGS<br>PO BOX 221<br>FRIENDSHIP, WI 53934 | Claim Number: 5758<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,280.50 | Scheduled: | $3,000.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| RHITHRON ASSOCIATES INC<br>29 FORT MISSOULA ROAD<br>MISSOULA, MT 59804 | | Claim Number: 9707<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,675.00 | Scheduled: | $2,675.00 |

---

| | | |
|---|---|---|
| RHODE ISLAND RESOURCE RECOVERY CORP.<br>65 SHUN PIKE<br>JOHNSTON, RI 02919-4512 | | Claim Number: 608<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $6,051.19 |

---

| | | |
|---|---|---|
| RHODES, A<br>16244 HWY 151<br>ARCADIA, LA 71001 | | Claim Number: 7180<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| RHODES, ALBERT H.<br>16244 HWY. 151<br>ARCADIA, LA 71001 | | Claim Number: 10255<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| RICE, ALICE WILLENE M.<br>925 WALKER ROAD<br>JONESBORO, LA 71251 | | Claim Number: 10324<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| RICE, MELVIN LESLIE<br>925 WALKER ROAD<br>JONESBORO, LA 71251 | | Claim Number: 10325<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| RICH PRODUCTS CORPORATION<br>P.O. BOX 245<br>BUFFALO, NY 14240-0245 | | Claim Number: 1963<br>Claim Date: 04/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
| SECURED | Claimed: | $4,847.19 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| RICH SCHNEIDER CONSULTING<br>298 FOUR BROOKS ROAD<br>STAMFORD, CT 06903 | Claim Number: 3977<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,401.00 | Scheduled: | $1,401.00 |
|---|---|---|---|---|

---

| RICHARD BARTON ENTERPRISES<br>C/O BRIAN C. PEARCY<br>LAW OFFICES OF BRIAN C. PEARCY<br>P.O. BOX 1583<br>RIVERSIDE, CA 92502 | Claim Number: 13674<br>Claim Date: 12/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $175,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| RICHARD BARTON ENTERPRISES<br>C/O BRIAN C. PEARCY<br>LAW OFFICES OF BRIAN C. PEARCY<br>P.O. BOX 1583<br>RIVERSIDE, CA 92502 | Claim Number: 13678<br>Claim Date: 12/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $200,000.00 |
|---|---|---|

---

| RICHARDS, ARLENE<br>4534 S OCTOBER WAY<br>W VALLEY CITY, UT 84120 | Claim Number: 4203<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| RICHARDSON ELECTRICAL CONT. INC.<br>P.O. BOX 8<br>HEMINGWAY, SC 29554 | Claim Number: 2734<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $15,800.00 |
|---|---|---|

---

| RICHBURG, SANDRA<br>12120 HWY 29<br>BREWTON, AL 36426 | Claim Number: 10607<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $13,042.34 |
|---|---|---|

---

| RICHMOND RESOURCES LLC<br>625 N. WAIOLA AVE.<br>LAGRANGE PARK, IL 60526 | Claim Number: 5773<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,253.00 | Scheduled: | $1,253.00 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

RICHOLL, IRENE A
4392 CRAFTSBURY DRIVE
NEW PORT RICHEY, FL 34652

Claim Number: 7743
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $45,124.80 | | |

---

RICHTON TIE & TIMBER LLC
PO BOX 606
PETAL, MS 39465

Claim Number: 5443
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)

| UNSECURED | Claimed: | $32,511.38 | Scheduled: | $65,022.77 UNLIQ |

---

RICK HAWKINS LUMBER CO
13720 US 62
KILLBUCK, OH 44637

Claim Number: 9789-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)

| ADMINISTRATIVE | Claimed: | $17,076.55 | | |

---

RICK HAWKINS LUMBER CO
13720 US 62
KILLBUCK, OH 44637

Claim Number: 9789-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $17,076.55 | | |

---

RICKARD ELECTRIC INC
PO BOX 1537
1220 41ST STREET NW
FARGO, ND 58107

Claim Number: 4371
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $12,459.22 | Scheduled: | $12,459.22 |

---

RICMAR INDUSTRIES
889 N. LARCH AVE
ELMHURST, IL 60126

Claim Number: 2235
Claim Date: 04/16/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $5,313.45 | Scheduled: | $4,880.00 |

---

RICO, DELIA G
2260 WESTERN PARK PLAZA
DALLAS, TX 75211

Claim Number: 11588
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $39,360.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

RIDEAU BULK TERMINALS
6960 FOURTH LINE ROAD
PO BOX 460
NORTH GOWER, ON K0A 2T0
CANADA

Claim Number: 586
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $15,857.13 | Scheduled: | $12,838.74 |
|---|---|---|---|---|

---

RIDSDALE TRANSPORT
PO BOX 7739
SASKATOON, SK S7K 4R5
CANADA

Claim Number: 1597
Claim Date: 03/19/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $8,724.67 | | |
|---|---|---|---|---|

---

RIGGERS INC
901 HOLLY SPRING AVE
RICHMOND, VA 23224-5038

Claim Number: 3778
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,226.00 | Scheduled: | $2,226.00 |
|---|---|---|---|---|

---

RIGGS, TOM H
4908 LAKEWOOD DRIVE
NORWALK, IA 50211

Claim Number: 9243
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $295,800.00 | | |
|---|---|---|---|---|

---

RIGHT MANAGEMENT INC.
1818 MARKET ST., 33RD FLOOR
PHILADELPHIA, PA 19103

Claim Number: 2209
Claim Date: 04/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $22,596.00 | Scheduled: | $16,900.00 |
|---|---|---|---|---|

---

RING POWER CORPORATION
10421 FERN HILL DRIVE
RIVERVIEW, FL 33578

Claim Number: 2708
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $101,337.72 | Scheduled: | $112,120.33 |
|---|---|---|---|---|

---

RING POWER CORPORATION
10421 FERN HILL DRIVE
RIVERVIEW, FL 33578

Claim Number: 13881
Claim Date: 03/15/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
Asserts amending claim filed on 5/4/09

| UNSECURED | Claimed: | $124,778.41 | Scheduled: | $2,706.44 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| RINGWOOD CO. INC<br>6715 W 73RD<br>BEDFORD PARK, IL 60638 | | Claim Number: 2424<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,877.70 | Scheduled: | $4,887.70 |
| RIOS, DAVID H<br>112 OUTCALT ST.<br>HIGHTSTOWN, NJ 08520 | | Claim Number: 5318<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| RISHAVY, WILLIAM<br>3108 RIVER MEADOWS DR<br>MANKATO, MN 56001 | | Claim Number: 5130<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| RITE HITE CORP<br>C/O ARBON EQUIP. CORP<br>8900 N. ARBON DR.<br>MILWAUKEE, WI 53223 | | Claim Number: 216<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7552 (05/10/2010) | | |
| UNSECURED | Claimed: | $317,534.33 | Scheduled: | $247,026.24 |
| RITE WAY MECHANICAL LTD<br>ATTENTION GREG TONEGUZZO<br>33 HAYES AVENUE<br>GUELPH, ON N1E 5V6<br>CANADA | | Claim Number: 9026<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $14,635.01 | Scheduled: | $5,659.49 |
| RITMRG<br>ATTN: CATHY ANGLEHART<br>CASE POSTALE 1240<br>CHANDLER, QC G0C 1K0<br>CANADA | | Claim Number: 12842<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $9,378.49 | Scheduled: | $7,560.86 |
| RITTER, CHRISTINE<br>47 CHAMBERLAIN STREET<br>TORRINGTON, CT 06790 | | Claim Number: 9807<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| RITZ SAFETY LLC<br>8039 WASHINGTON VILLAGE DRIVE<br>SUITE 110<br>DAYTON, OH 45458 | Claim Number: 3594<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $33,010.09 | Scheduled: | $25,179.85 |
|---|---|---|---|---|

| RITZ, JUANITA<br>6070 HIGHWAY 52 NORTH<br>CHERAW, SC 29520 | Claim Number: 13120<br>Claim Date: 09/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7554 (05/10/2010) |
|---|---|

| PRIORITY | Claimed: | $4,335.00 |
|---|---|---|

| RIVER CITY ENVIRONMENTAL INC<br>PO BOX 30087<br>PORTLAND, OR 97294 | Claim Number: 4121<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $4,112.93   UNDET |
|---|---|---|

| RIVER CITY ENVIRONMENTAL, INC.<br>PO BOX 30087<br>PORTLAND, OR 97294 | Claim Number: 2318<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,112.93 |
|---|---|---|

| RIVER CITY ENVIRONMENTAL, INC.<br>PO BOX 30087<br>PORTLAND, OR 97294 | Claim Number: 4120<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| RIVER CONTAINER<br>6301 INDUSTRIAL AVE<br>RIVERSIDE, CA 92504 | Claim Number: 4034<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $38,708.43 | Scheduled: | $207,460.40 |
|---|---|---|---|---|

| RIVERA, BRENDA<br>C/O CELINA ROMANY<br>WESTERNBANK PLAZA, SUITE 1500<br>268 AVENIDA MUNOZ RIVERA<br>SAN JUAN, PR 00918 | Claim Number: 9532<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC. |
|---|---|

| UNSECURED | Claimed: | $30,000.00 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| RIVERA, JORGE<br>4213 W. 120TH ST.<br>HAWTHORNE, CA 90250 | Claim Number: 7358<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| RIVERBEND EXPRESS<br>PO BOX 454<br>PORTLAND, CT 06480 | Claim Number: 6492<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,800.00 | Scheduled: | $1,800.00 |
|---|---|---|---|---|

| RIVERDALE PACKAGING CORP<br>PO BOX 60648<br>SAINT LOUIS, MO 63160 | Claim Number: 4693<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $13,471.71 | Scheduled: | $14,731.18 |
|---|---|---|---|---|

| RIVERSIDE COUNTY TAX COLLECTOR<br>ATTN: ISMAEL O. VARGAS<br>4080 LEMON ST, 4TH FLOOR<br>RIVERSIDE, CA 92501 | Claim Number: 7395<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| SECURED | Claimed: | $328,363.04   UNLIQ | | |
|---|---|---|---|---|

| RIVERSIDE COUNTY TAX COLLECTOR<br>ATTN: ISMAEL O. VARGAS<br>4080 LEMON ST, 4TH FLOOR<br>RIVERSIDE, CA 92501 | Claim Number: 7658<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| SECURED | Claimed: | $328,363.04   UNLIQ | | |
|---|---|---|---|---|

| RIVERSIDE COUNTY TAX COLLECTOR<br>ATTN: ISMAEL O. VARGAS<br>4080 LEMON ST, 4TH FLOOR<br>RIVERSIDE, CA 92501 | Claim Number: 7785<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| SECURED | Claimed: | $328,363.04   UNLIQ | | |
|---|---|---|---|---|

| RIVERSIDE COUNTY TAX COLLECTOR<br>ATTN: ISMAEL O. VARGAS<br>4080 LEMON ST, 4TH FLOOR<br>RIVERSIDE, CA 92501 | Claim Number: 7789<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
|---|---|

| UNSECURED | Claimed: | $210,437.93   UNLIQ | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

RIVERSIDE LOGISTICS INC
PO BOX 7899
RICHMOND, VA 23231

Claim Number: 10767
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $2,695.56 | Scheduled: | $449.76 |
|---|---|---|---|---|

---

RIVERSTAR FIRE PROTECTION
4126- 8TH STREET SE
CALGARY, AB T2G 3A7
CANADA

Claim Number: 3336
Claim Date: 06/11/2009
Debtor: SMURFIT-MBI
Comments:
2424.36 CANADIAN DOLLARS

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $1,991.92 |
|---|---|---|---|---|

---

RJ SERVICES OF LA INC
1045 PEARK RD 21
CLEBURNE, TX 76033

Claim Number: 3935
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)

| UNSECURED | Claimed: | $3,956.66 | Scheduled: | $3,956.65 |
|---|---|---|---|---|

---

RL DISTRIBUTEUR ENR
DIVISION DE 2731-1992 QUEBEC INC
235 127E RUE, C P 25
ATTN: JACQUES LEMOINE
SHAWINIGAN-SUD, QC G9N GT8
CANADA

Claim Number: 9003
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $2,281.86 | Scheduled: | $1,706.56 |
|---|---|---|---|---|

---

RM HARRISON MECHANICAL CORP
13203 NORTH ENON CHRUCH ROAD
CHESTER, VA 23836

Claim Number: 3631
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $66,801.82 | Scheduled: | $61,956.45 |
|---|---|---|---|---|

---

ROACH & SMITH DISTRIBUTORS, INC.
DBA SUMMIT BEVERAGE
3305 GREAT NORTHERN WAY
MISSOULA, MT 59808

Claim Number: 2810
Claim Date: 05/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $29,900.00 | Scheduled: | $25,823.08 |
|---|---|---|---|---|

---

ROADLINK TRANSPORTATION
1075 WIN DRIVE
BETHLEHEM, PA 18017

Claim Number: 1989
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $1,047.89 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ROADLINK TRANSPORTATION SOLUTIONS
2619 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Claim Number: 5330
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $1,047.89 | Scheduled: | $1,456.00 |
|---|---|---|---|---|

---

ROAN, P E
135 EAST UNION ST.
CIRCLEVILLE, OH 43113

Claim Number: 5035
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

ROBBINS AND BOHR INC
PO BOX 4046
CHATTANOOGA, TN 37405-0046

Claim Number: 3937
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $186.06 |
|---|---|---|

---

ROBBINS PALLETS INC
796 S PEARL ST
GALESBURG, IL 61401

Claim Number: 6174
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $7,540.00 |
|---|---|---|

---

ROBBINS PALLETS INC
796 S PEARL ST
GALESBURG, IL 61401

Claim Number: 6322
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,540.00 | Scheduled: | $7,540.00 |
|---|---|---|---|---|

---

ROBBINS SR, LONNIE RAY
1138 FAWN CT
GRAND MARSH, WI 53936

Claim Number: 9506
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

ROBBINS, LONNIE R
1138 FAWN COURT
GRAND MARSH, WI 53936

Claim Number: 9505
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

ROBBINS, LONNIE R
1138 FAWN COURT
GRAND MARSH, WI 53936

Claim Number: 12520
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

ROBCO
7200, ST-PATRICK
VILLE LASALLE, QC H8N 2W7
CANADA

Claim Number: 12392
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $8,658.58 | Scheduled: | $8,760.38 |
|---|---|---|---|---|

---

ROBCO INC.
ATTN: LINA VADACCHINO
7200 S. PATRICK ST.
LASALLE, QC H8N 2W7
CANADA

Claim Number: 8564
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $8,658.58 |
|---|---|---|

---

ROBELLE SOLUTIONS TECHNOLOGY INC
7360 - 137TH STREET
SUITE 372
SURREY, BC V3W 1A3
CANADA

Claim Number: 5184
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

ROBERT A. GOERING
TREASURER OF HAMILTON COUNTY
138 EAST COURT STREET
CINCINNATI, OH 45202

Claim Number: 13802
Claim Date: 01/27/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8378 (08/16/2010)

| SECURED | Claimed: | $163,041.32 |
|---|---|---|

---

ROBERT BROWN TOWING
5053 GEORGE TAYLOR ROAD
SPENCER, VA 24165

Claim Number: 7622
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $6,595.54 | Scheduled: | $5,789.85 |
|---|---|---|---|---|

---

ROBERT E CARROLL LOGGING INC
PO BOX 5
EBONY, VA 23845

Claim Number: 14084
Claim Date: 08/09/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8790 (11/23/2010)

| ADMINISTRATIVE UNSECURED | Claimed: | $71,629.24 | | |
|---|---|---|---|---|
| | | | Scheduled: | $71,629.24 UNLIQ |
| ADMINISTRATIVE UNSECURED | Claimed: | $71,629.24 | | |
| | | | Scheduled: | $71,629.24 UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ROBERT E. CARROLL LOGGING, INC.
P.O. BOX 5
EBONY, VA 23845

Claim Number: 59
Claim Date: 02/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 14084
DOCKET: 3286 (12/18/2009)

| UNSECURED | Claimed: | $35,814.62 | | |

---

ROBERT E. MASON & ASSOCIATES, INC.
C/O SUZANNE TAYLOR GRAHAM GRIGG, ESQ.
NEXSEN PRUET, LLC
PO BOX 2426
COLUMBIA, SC 29202

Claim Number: 9419
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| SECURED | Claimed: | $30,545.64 | | |

---

ROBERT G ALLEY INC
PO BOX 887
WEST POINT, VA 23181

Claim Number: 5305
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |

---

ROBERT LYNCH
2324 TIMBERLAKE DRIVE
FLORENCE, SC 29506

Claim Number: 99026
Claim Date: 09/28/2011
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED

| UNSECURED | Claimed: | $67,599.00 | | |

---

ROBERT S. COLEMAN LUMBER CO. INC
7019 EVERONA ROAD
CULPEPER, VA 22701

Claim Number: 14107
Claim Date: 08/13/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8662 (10/18/2010)

| UNSECURED | Claimed: | $1,225.30 | | |

---

ROBERT SHAW INDUSTRIAL PRODUCTS
1602 MUSTANG DRIVE
MARYVILLE, TN 37801

Claim Number: 2116
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $577.45 | Scheduled: | $577.45 |

---

ROBERTS FIRE PROTECTION LTD
2470 ROUTE TRANSCANADIENNE
POINTE-CLAIRE, QC H9R 1B1
CANADA

Claim Number: 12580
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLE DUPLICATE OF 9020

| UNSECURED | Claimed: | $2,248.46 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ROBERTS, RONALD E
P O BOX 1052
SPRINGERVILLE, AZ 85938

Claim Number: 6573
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $69,600.00 | |
| UNSECURED | Claimed: | $69,600.00 | |
| TOTAL | Claimed: | $69,600.00 | |

---

ROBERTSON, HOUSTON
164 FAIN RD.
JONESBORO, LA 71251

Claim Number: 10256
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

---

ROBIN II INC (01)
PO BOX 309
MARKESAN, WI 53946

Claim Number: 9557
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,874.88 | |

---

ROBINSON HEALTH AFFILIATES DBA:
WORKING PARTNERS
6847 N. CHESTNUT ST.
RAVENNA, OH 44266

Claim Number: 2895
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7550 (05/10/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,755.39 | Scheduled: | $2,140.36 |

---

ROBINSON OFFICE PRODUCTS
PO BOX 354
HUMBOLDT, TN 38343

Claim Number: 5112
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,323.98 | Scheduled: | $3,323.98 |

---

ROBINSON, ELMER R
8696 W. STATE HWY EE
SPRINGFIELD, MO 65802

Claim Number: 5435
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | |

---

ROBINSON, JERRY L.
203 JANS CIRCLE
JONESBORO, LA 71251

Claim Number: 10257
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

ROBINSON, M
91230 U.S. HIGHWAY 27 N
CUTHBERT, GA 39840

Claim Number: 8866
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

ROBINSON, MARY C
2800 SO. MAIN ST.
APT. #107
NEW CASTLE, IN 47362

Claim Number: 7024
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

ROBINSON, MOSES
91230 U.S. HWY 27 N
CUTHBERT, GA 39840

Claim Number: 8867
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

ROBINSON, MOSES
ATTN: MOSES ROBINSON
91230 U.S. HWY 27 N
CUTHBERT, GA 39840

Claim Number: 12611
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

ROBINSON, PAUL F.
P.O. BOX 66
HODGE, LA 71247

Claim Number: 10258
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

ROBINSON, PHYLLIS
1628 CIRCLEWOOD DRIVE
BIRMINGHAM, AL 35214

Claim Number: 13811
Claim Date: 01/29/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8673 (10/19/2010)

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

ROBINSON, SUE
121 WEDGEWOOD ROAD
JONESBORO, LA 71251

Claim Number: 10259
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ROBINSON, WILLIAM R<br>2752 PACES FERRY RD W<br>ORANGE PARK, FL 32073-6545 | Claim Number: 7416<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | |

---

| ROBISON, CHARLES<br>29 KINGSLEY CIRCLE<br>ORMOND BEACH, FL 32174-9212 | Claim Number: 6016<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | |

---

| ROBISON, MICHAEL L<br>501 E RUSS AVE<br>MISHAWAKA, IN 46545 | Claim Number: 7381<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ | |

---

| ROBY, ISAAC<br>3915 OLIVE STREET<br>APT 301<br>ST LOUIS, MO 63108 | Claim Number: 8729<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | |
| PRIORITY | Claimed: | $0.00  UNLIQ | |

---

| ROBY, ISSAC<br>3915 OLIVE STREET #301<br>SAINT LOUIS, MO 63108 | Claim Number: 12431<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $0.00  UNLIQ | |

---

| ROCCUS LOGISTICS, LLC<br>3700 FOREST DR STE 430<br>COLUMBIA, SC 29204-4045 | Claim Number: 112<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $56,034.89 | |

---

| ROCHESTER MIDLAND (GP)<br>PO BOX 31515<br>ROCHESTER, NY 14603 | Claim Number: 4545<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,285.20 | Scheduled: | $10,416.01 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ROCHESTER MIDLAND LIMITED<br>ATTN: KERRI SMITH<br>851 PROGRESS COURT<br>OAKVILLE, ON L6J 5A8<br>CANADA | Claim Number: 8555<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance |
|---|---|

| UNSECURED | Claimed: | $1,411.14 | | |
|---|---|---|---|---|

| ROCHESTER MIDLAND LIMITED<br>ATTN: KERRI SMITH<br>851 PROGRESS COURT<br>P.O. BOX 486<br>OAKVILLE, ON L6J 5A8<br>CANADA | Claim Number: 8556<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance |
|---|---|

| UNSECURED | Claimed: | $2,223.33 | Scheduled: | $3,567.73 |
|---|---|---|---|---|

| ROCHLING LERIPA PAPERTECH<br>710 FORD STREET<br>KIMBERLY, WI 54136 | Claim Number: 2065<br>Claim Date: 04/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $6,200.00 | Scheduled: | $6,200.00 |
|---|---|---|---|---|

| ROCK COUNTY TREASURER CITY OF BELOI<br>PO BOX 1975<br>JANESVILLE, WI 53547-1975 | Claim Number: 14085<br>Claim Date: 08/09/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8661 (10/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $20,490.71  UNLIQ | | |
|---|---|---|---|---|

| ROCKDALE COUNTY TAX COMMISSIONER<br>P.O. BOX 1497<br>CONYERS, GA 30012 | Claim Number: 13342<br>Claim Date: 09/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| PRIORITY | Claimed: | $1,079.40 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| ROCKFORD SYSTEMS INC<br>4620 HYDRAULIC ROAD<br>ROCKFORD, IL 61109-2695 | Claim Number: 4482<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $726.69 | | |
|---|---|---|---|---|

| ROCKMOUNT RESEARCH & ALLOYS INC<br>DEPT 1796<br>DENVER, CO 80291 | Claim Number: 4228<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $788.51 | Scheduled: | $788.51 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ROCKWELL TRANSPORTATION SERVICS INC<br>PO BOX 803<br>PERKASIE, PA 18944-0803 | Claim Number: 5548<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $64,231.57 | Scheduled: | $61,384.90 |
|---|---|---|---|---|

| ROCKY RAIL SERVICES<br>PO BOX 17767<br>MISSOULA, MT 59808 | Claim Number: 6348<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,325.10 | Scheduled: | $1,325.10 |
|---|---|---|---|---|

| RODAS, LISANDRO<br>89 HOLLYWOOD AVE<br>BRIDGEPORT, CT 06606 | Claim Number: 7609<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

| RODRIGUES, MARIA<br>12 FORMAN ROAD<br>MILLSTONE TOWNSHIP, NJ 08535 | Claim Number: 7007<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| RODRIGUEZ, BERTA<br>4540 SW 152 AVE<br>MIRIMAR, FL 33027 | Claim Number: 6842<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| RODRIGUEZ, MANUEL<br>1609 W. SANTA CLARA<br>SANTA ANA, CA 92706 | Claim Number: 12133<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| SECURED | Claimed: | $175,400.00 |
|---|---|---|

| RODRIGUEZ, MANUEL<br>1609 W. SANTA CLARA<br>SANTA ANA, CA 92706 | Claim Number: 12190<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| SECURED | Claimed: | $175,400.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| | | |
|---|---|---|
| RODRIGUEZ, ROBERTO<br>8216 BIRCHCREST RD.<br>DOWNEY, CA 90240 | Claim Number: 10615<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| | | |
|---|---|---|
| SECURED | Claimed: | $332,308.80 |

| | | |
|---|---|---|
| ROFLEX, LES EQUIPEMENTS<br>6800, ROUTE 132<br>STE-CATHERINE, QC J5C 1B6<br>CANADA | Claim Number: 12490<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-MBI | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,766.92 | Scheduled: | $8,930.69 |

| | | |
|---|---|---|
| ROGALA, RONALD FRANCIS<br>5439 BEECH SPRINGS RD.<br>QUITMAN, LA 71268 | Claim Number: 10260<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| ROGE A. RICH, INC DBA R&B ENTERPRISES<br>905 BRANDERMILL DR<br>CANTONMENT, FL 32533-6305 | Claim Number: 8505-01<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLE DUPLICATE OF 5456<br>DOCKET: 5769 (03/11/2010) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $110.82 |

| | | |
|---|---|---|
| ROGE A. RICH, INC DBA R&B ENTERPRISES<br>905 BRANDERMILL DR<br>CANTONMENT, FL 32533-6305 | Claim Number: 8505-02<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8.60 |

| | | |
|---|---|---|
| ROGERS GROUP INC<br>12808 TOWNEPARK WAY<br>LOUISVILLE, KY 40243 | Claim Number: 6158<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $386.10 | Scheduled: | $386.10 |

| | | |
|---|---|---|
| ROGERS MACHINERY (RENTON)<br>PO BOX 230429<br>PORTLAND, OR 97281-0429 | Claim Number: 7004<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,962.50 | Scheduled: | $1,962.50 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ROGERS WATER UTILITIES
P.O. BOX 338
ROGERS, AR 72757-0338

Claim Number: 4441
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $2,552.16 | | |
| --- | --- | --- | --- | --- |

ROGERS WATER UTILITIES
P.O. BOX 338
ROGERS, AR 72757-0338

Claim Number: 8208
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $2,552.16 | Scheduled: | $1,193.58 |
| --- | --- | --- | --- | --- |

ROGERS, DAVID MICHAEL
1048 HWY. 505
DODSON, LA 71422

Claim Number: 10261
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| --- | --- | --- | --- | --- |

ROGERS, EVERETT C. & FLORA E.
NAMED PLAINTIFFS IN ERICKSON, ROY D.,
ET AL., C/O TOM L. LEWIS - LEWIS, SLOVAK
& KAVACICH, P.C. - P.O. BOX 2325
GREAT FALLS, MT 59403

Claim Number: 6643
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $1,200,000.00 | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

ROGGE, CARL O
6197 SOUTH CARSON STREET
ENGLEWOOD, CO 80111

Claim Number: 7893
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNDET | | |
| --- | --- | --- | --- | --- |

ROHM & HAAS CANADA LP
MARTIN J. WEIS, ESQUIRE
DILWORTH PAXSON LLP
1500 MARKET ST., 3500 E
PHILADELPHIA, PA 19102

Claim Number: 11504
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 7200 (04/23/2010)

| ADMINISTRATIVE | Claimed: | $40,395.34 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $164,665.87 | | |

ROHM & HAAS CANADA LP
MARTIN J. WEIS, ESQUIRE
DILWORTH PAXSON LLP
1500 MARKET ST., 3500 E
PHILADELPHIA, PA 19102

Claim Number: 11507
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7050 (04/16/2010)

| ADMINISTRATIVE | Claimed: | $40,395.34 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $164,665.87 | Scheduled: | $203,624.83 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ROHM AND HAAS CANADA, LP
ATTN: DAVID BERADONE
PO BOX 4598, POSTAL STATION A
TORONTO, ON M5M 4Y3
CANADA

Claim Number: 12951-01
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: WITHDRAWN
DOCKET: 7199 (04/23/2010)

| UNSECURED | Claimed: | $164,665.87 |
|---|---|---|

ROHM AND HAAS CANADA, LP
ATTN: DAVID BERADONE
PO BOX 4598, POSTAL STATION A
TORONTO, ON M5M 4Y3
CANADA

Claim Number: 12951-02
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: WITHDRAWN
DOCKET: 7199 (04/23/2010)

| ADMINISTRATIVE | Claimed: | $40,395.34 |
|---|---|---|

ROLAND MACHINERY EXCHANGE INC
NW 7899
P.O.BOX 1450
MINNEAPOLIS, MN 55485-7899

Claim Number: 5195
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $9,662.13 | Scheduled: | $9,550.56 |
|---|---|---|---|---|

ROLLERCOAT INDUSTRIES
10135 US HWY 92 E
TAMPA, FL 33610

Claim Number: 682
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $590.55 |
|---|---|---|

ROMAN ELECTRIC CO INC
P O BOX 14396
MILWAUKEE, WI 53214-0396

Claim Number: 4057
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $768.05 | Scheduled: | $768.05 |
|---|---|---|---|---|

ROMAN, BENJAMIN
2625 GOLDEN RAIN ROAD #2
WALNUT CREEK, CA 94595

Claim Number: 7263
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

ROMAN, SARA E
2643 S WADSWORTH CIR
LAKEWOOD, CO 80227

Claim Number: 10588
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $34,239.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ROMAN, SARA E<br>2643 S WADSWORTH CIR<br>LAKEWOOD, CO 80227 | Claim Number: 13193<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| PRIORITY          Claimed: | $34,239.00 |

---

| ROMAN, SARA E<br>ATTN: SARAH (BETH) ROMAN<br>2643 S WADSWORTH CIR<br>LAKEWOOD, CO 80227 | Claim Number: 13194<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| PRIORITY          Claimed: | $34,239.00 |

---

| ROMANEK, HELGA B<br>3 THOMAS STREET<br>PORTLAND, CT 06480 | Claim Number: 5550<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |

---

| ROMANIELLO, JUDITH C<br>1229 WINSTED RD #40<br>TORRINGTON, CT 06790 | Claim Number: 9521<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| PRIORITY          Claimed: | $0.00   UNLIQ |

---

| ROMANIELLO, JUDITH C<br>1229 WINSTED RD #40<br>TORRINGTON, CT 06790 | Claim Number: 9522<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| PRIORITY          Claimed: | $0.00   UNLIQ |

---

| ROMANO, C G<br>706 HICKORY LN<br>CAROL STREAM, IL 60188 | Claim Number: 11402<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| PRIORITY          Claimed: | $0.00   UNDET |

---

| ROMANOFSKY, RALPH, FAMILY TRUST<br>ATTN: ROBERTA ROMANOFSKY<br>3820 W. JARLATH STREET<br>LINCOLNWOOD, IL 60712 | Claim Number: 13262<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7188 (04/22/2010) |
|---|---|
| UNSECURED          Claimed: | $180.15 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ROMBERG, DAVID<br>6376 W. DONALD DR.<br>GLENDALE, AZ 85310 | | Claim Number: 4025<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| ROMBERG, DAVID<br>6376 W. DONALD DR.<br>GLENDALE, AZ 85310 | | Claim Number: 8225<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| ROMEO, JOE<br>538 CANDLEBARK DRIVE<br>JACKSONVILLE, FL 32225 | | Claim Number: 11236<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|---|
| UNSECURED | Claimed: | $51,092.95 |

| ROMEO, JOE EDWIN<br>538 CANDLEBARK DRIVE<br>JACKSONVILLE, FL 32225 | | Claim Number: 11235<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|---|
| UNSECURED | Claimed: | $1,051.79 |

| ROMERO, ALAN D<br>5271 SHILOH ROAD<br>MIDLOTHIAN, TX 76065 | | Claim Number: 6432<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| PRIORITY | Claimed: | $96,333.60 |

| ROMERO, ALAN D<br>5271 SHILOH ROAD<br>MIDLOTHIAN, TX 76065 | | Claim Number: 6433<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| PRIORITY | Claimed: | $58,394.40 |

| ROMERO, JAMES<br>768 N. 15TH STREET<br>SAN JOSE, CA 95112-3027 | | Claim Number: 7752<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ROMERO, JAMES
768 N. 15TH STREET
ATTN: CATHERINE HRISTOW, CMA
SAN JOSE, CA 95112-3027

Claim Number: 9036
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

ROMMERSKIRCHEN, EVELYN
156 N MAIN ST
EDWARDSVILLE, IL 62025-1972

Claim Number: 6222
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

ROMMERSKIRCHEN, EVELYN (DAVID M.
156 N MAIN ST
EDWARDSVILLE, IL 62025-1972

Claim Number: 6226
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

RONA ONTARIO INC
1170 MARTIN GROVE ROAD
TORONTO, ON M9W 4X1
CANADA

Claim Number: 4585
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $1,456.84 | Scheduled: | $1,147.45 |
|---|---|---|---|---|

---

RONA/LOYOLA SCHMIDT LTEE
ATTN: SONIA GIRARDIN
220 CHEMINDE TREMBLAY
CP1009 SUCC. BUREAU CHEF.
BOUCHERVILLE, QC J4B 8H7
CANADA

Claim Number: 8535
Claim Date: 07/17/2009
Debtor: SMURFIT-MBI
Comments:
Claimant assert a claim amount of $341.11 CDN

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $276.18 |
|---|---|---|---|---|

---

RONAN ENGINEERING COMPANY
28209 AVENUE STANFORD
VALENCIA, CA 91355-3984

Claim Number: 858
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $6,850.34 |
|---|---|---|

---

RONAN ENGINEERING COMPANY
28209 AVENUE STANFORD
P.O. BOX 129
CASTAIC, CA 91310

Claim Number: 3285
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $6,850.34 | Scheduled: | $6,850.34 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| RONAN ENGINEERING COMPANY<br>PO BOX 129<br>28209 AVENUE STANFORD<br>VALENCIA, CA 91355 | Claim Number: 13852<br>Claim Date: 03/01/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $6,850.34 |
|---|---|---|

| ROOF MASTERS OF N. AMERICA, LLC<br>357 FONTANA ROAD<br>MONROE, LA 71203 | Claim Number: 470<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $235,563.07 |
|---|---|---|

| ROOF MASTERS OF N. AMERICA, LLC<br>357 FONTANA ROAD<br>MONROE, LA 71203 | Claim Number: 588<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $235,563.07 |
|---|---|---|

| ROOMS TO GO<br>PO BOX 2107<br>SEFFNER, FL 33583 | Claim Number: 7623<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $12,211.00 | Scheduled: | $12,211.00 |
|---|---|---|---|---|

| ROPEL, PATRICK M<br>4840 HAMPTON SQ DR<br>ALPHARETTA, GA 30022 | Claim Number: 11576<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| RORER, NORMA<br>4 NOVA STREET<br>TAYLOR, SC 29687 | Claim Number: 6720<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| RORER, NORMA<br>4 NOVA STREET<br>TAYLOR, SC 29687 | Claim Number: 8736<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

RORER, NORMA M
4 NOVA STREET
TAYLORS, SC 29687

Claim Number: 6518
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

RORICK, CAROL Z
22910 W. 51ST STREET
SHAWNEE, KS 66226

Claim Number: 9777
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

RORICK, MYRON L
2680 BRIDLEWOOD ST.
CIRCLEVILLE, OH 43113

Claim Number: 4462
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $948.41 |
|---|---|---|

---

ROSCOE BROWN INC
959 N THOMPSON LANE
MURFREESBORO, TN 37129

Claim Number: 4747
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $1,359.00 |
|---|---|---|

---

ROSE ASSET MANAGEMENT
TRANSFEROR: SOLTERO TRUCKING INC
650 MADISON AVENUE, 17TH FLOOR
ATTN: (BANKRUPTCY CLAIM INFORMATION)
NEW YORK, NY 10022

Claim Number: 10467
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $124,558.09 | Scheduled: | $124,393.09 |
|---|---|---|---|---|

---

ROSE CABINETS COMAPNY
13620 IMPERIAL HIGHWAY
SANTA FE SPRINGS, CA 90670

Claim Number: 5914
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,490.10 | Scheduled: | $7,490.10 |
|---|---|---|---|---|

---

ROSE CABINETS COMPANY
13620 IMPERIAL HWY UNIT # 11
SANTA FE SPRINGS, CA 90670

Claim Number: 3227
Claim Date: 06/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $7,315.09 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ROSE COFFEE CO.
D/B/A MID AMERICA COFFEE SERVICE
618 S BOYLE AVE
SAINT LOUIS, MO 63110

Claim Number: 1592
Claim Date: 03/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $9,034.71 | Scheduled: | $8,660.88 |
|---|---|---|---|---|

ROSEMOUNT ANALYTICAL INC. - UNILOC RAII
C/O ADELINE ROSEMBER, EMERSON PROCESS
MANAGEMENT LLP
12001 TECHNOLOGY DRIVE
EDEN PRAIRIE, MN 55344

Claim Number: 2658-01
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 3195 (12/16/2009)

| ADMINISTRATIVE | Claimed: | $7,085.00 |
|---|---|---|

ROSEMOUNT ANALYTICAL INC. - UNILOC RAII
C/O ADELINE ROSEMBER, EMERSON PROCESS
MANAGEMENT LLP
12001 TECHNOLOGY DRIVE
EDEN PRAIRIE, MN 55344

Claim Number: 2658-02
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)

| UNSECURED | Claimed: | $1,657.00 |
|---|---|---|

ROSEMOUNT ANALYTICAL INC. - UNILOC RAII
C/O ADELINE ROSEMBER, EMERSON PROCESS
MANAGEMENT LLP
12001 TECHNOLOGY DRIVE
EDEN PRAIRIE, MN 55344

Claim Number: 2658-03
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3195 (12/16/2009)

| UNSECURED | Claimed: | $7,926.50 | Scheduled: | $12,680.50 |
|---|---|---|---|---|

ROSEMOUNT INC.
CONTRARIAN CAPITAL MANAGEMENT, LLC
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2625-01
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 3195 (12/16/2009)

| ADMINISTRATIVE | Claimed: | $17,991.09 |
|---|---|---|

ROSEMOUNT INC.
CONTRARIAN CAPITAL MANAGEMENT, LLC
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2625-02
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 8116 (06/22/2010)

| UNSECURED | Claimed: | $6,740.26 |
|---|---|---|

ROSEMOUNT INC.
C/O ADELINE ROSEMBER, EMERSON PROCESS
MANAGEMENT LLP
12001 TECHNOLOGY DRIVE
EDEN PRAIRIE, MN 55344

Claim Number: 2625-03
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $89,157.13 | Scheduled: | $121,308.11 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ROSEMOUNT INC.<br>CONTRARIAN CAPITAL MANAGEMENT, LLC<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 2650<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $8,029.94 | Scheduled: | $5,007.54 |

| ROSENAU TRANSPORT LTD<br>5805 98TH STREET<br>EDMONTON, AB T6E 3L2<br>CANADA | | Claim Number: 5673<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $753.63 | Scheduled: | $619.20 |

| ROSENKRANZ, MORTY<br>C/O JILL MOYE<br>1201 MARLOWE RD.<br>RALEIGH, NC 27609 | | Claim Number: 7118<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,051,703.00 | | |

| ROSSIS COMMERCIAL TIRE<br>81 N SANBORN RD<br>SALINAS, CA 93905-2710 | | Claim Number: 4726<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,484.49 | Scheduled: | $1,096.90 |

| ROSTCHILD, BARBARA<br>C/O THOMAS ALBRITTON<br>ALBRITTON CLIFTON ALVERSON MOODY ET AL<br>PO BOX 880<br>ANDALUSIA, AL 36420 | | Claim Number: 11498<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100,000.00 | Scheduled: | $0.00 UNLIQ |

| ROTARY OFFSET PRESS, INC<br>ATT: JOYCE DAVIS<br>6600 S. 231ST ST<br>KENT, WA 98032 | | Claim Number: 988<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,384.30 | Scheduled: | $4,207.00 |

| ROTCH, JANE B<br>104 BROOKS BLVD<br>BREWTON, AL 36426 | | Claim Number: 10433<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $39,192.56 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| ROTO ROOTER<br>1215 BLOUNT AVE<br>GUNTERSVILLE, AL 35976 | | Claim Number: 1514<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $157.00 | | |
| ROTO ROOTER # 11<br>1183 N. KRAEMER PLACE<br>ANAHEIM, CA 92806 | | Claim Number: 2301<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $510.00 | Scheduled: | $599.10 |
| ROTO ROOTER # 12<br>3144 LONGBEACH BLVD<br>LONG BEACH, CA 90807 | | Claim Number: 2302<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $374.00 | Scheduled: | $374.00 |
| ROTO ROOTER # 13<br>8930 CENTER AVE<br>RANCHO CUCAMONGA, CA 91730 | | Claim Number: 2304<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $7,606.69 | Scheduled: | $9,235.18 |
| ROTO ROOTER # 28<br>1111 SUNLAND PARK DR<br>EL PASO, TX 79922 | | Claim Number: 2303<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $4,100.16 | Scheduled: | $4,100.16 |
| ROTO ROOTER PLUMBERS<br>1215 BLOUNT AVE<br>GUNTERSVILLE, AL 35976 | | Claim Number: 5238<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $157.00 | Scheduled: | $157.00 |
| ROUNDUP FUNDING, LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA 98111-9221 | | Claim Number: 2459<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $2,690.88 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ROUNTREE TRANSPORT & RIGGING, INC.<br>TOM RUNCK, JR.<br>2640 N LANE AVENUE<br>JACKSONVILLE, FL 32254 | Claim Number: 1181<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $2,250.00 | Scheduled: | $2,250.00 |
|---|---|---|---|---|

---

| ROWE DRILLING COMPANY, INC.<br>KIM HARRIS. ELLIS, PAINTER, RATTERREE &<br>ADAMS, LLP<br>PO BOX 9946<br>SAVANNAH, GA 31412 | Claim Number: 2453<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $47,154.60 |
|---|---|---|

---

| ROWE-JONES, COSTELLA L<br>9607 S PRAIRIE AVE<br>CHICAGO, IL 60628 | Claim Number: 12094<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $3,444.00 |
|---|---|---|

---

| ROWLETT, BRENDA<br>68 ROCKWELL ROAD<br>JACKSON, TN 38305 | Claim Number: 5129<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| ROWS HAULING LLC<br>C/O ROLAND FARLEY<br>P.O. BOX 63<br>VILLA RIDGE, MO 63089 | Claim Number: 270<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $3,755.01 |
|---|---|---|

---

| ROWS HAULING LLC<br>C/O ROLAND FARLEY<br>P.O. BOX 63<br>VILLA RIDGE, MO 63089 | Claim Number: 6677<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $3,755.01 | Scheduled: | $3,755.01 |
|---|---|---|---|---|

---

| ROY CONSULTANTS GROUP LTD.<br>ATTN: PAUL ARSENEAU<br>548 KING AVENUE<br>BATHURST, NB E2A 1P7<br>CANADA | Claim Number: 13168<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7189 (04/22/2010) |
|---|---|

| UNSECURED | Claimed: | $65,848.85 | Scheduled: | $29,627.20 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ROY'S TRUCKING & LANDSCAPING LTD<br>ATTN: DANIEL ROY<br>P.O. BOX 6506<br>NIGADOO, NB E8K 3Y5<br>CANADA | Claim Number: 12838<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $632,475.54 | | |
|---|---|---|---|---|

---

| ROYAL CONTAINERS, LTD<br>ATTN: LINDA MASO<br>80 MIDAIR COURT<br>BRAMPTON, ON L8T 5V1<br>CANADA | Claim Number: 8197<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $4,196.03 | Scheduled: | $4,195.00 |
|---|---|---|---|---|

---

| ROYAL CRANE SERVICE, INC.<br>DONALD J. KINDWALD<br>105 W. MADISON, SUITE 2100<br>CHICAGO, IL 60602 | Claim Number: 2692<br>Claim Date: 04/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $11,135.00 | Scheduled: | $11,135.00 |
|---|---|---|---|---|

---

| ROYAL CUP INC<br>PO BOX 170971<br>BIRMINGHAM, AL 35217 | Claim Number: 5031<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,849.40 | Scheduled: | $2,178.46 |
|---|---|---|---|---|

---

| ROYAL LOGISTICS<br>4001 32ND ST. N<br>FARGO, ND 58102 | Claim Number: 1692<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $5,493.83 | Scheduled: | $5,483.83 |
|---|---|---|---|---|

---

| ROYAL OAKS CORPORATION<br>7322 W 90TH ST<br>BRIDGEVIEW, IL 60455 | Claim Number: 9333<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $34,160.00 | Scheduled: | $34,160.00 |
|---|---|---|---|---|

---

| ROYAL PAD PRODUCTS DIV<br>LOROCO INDUSTRIES, INC.<br>5000 CREEK ROAD<br>CINCINNATI, OH 45242 | Claim Number: 6252-01<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $72.15 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,467.70 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ROYAL PAD PRODUCTS DIV
LOROCO INDUSTRIES, INC.
5000 CREEK ROAD
CINCINNATI, OH 45242

Claim Number: 6252-02
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,366.08 | |

---

ROYAL PAPER STOCK CO. INC
ATTN: JOHN DALY
1300 NORTON RD
COLUMBUS, OH 43228

Claim Number: 1340
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 4132 (01/14/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $130,542.81 | |

---

ROYAL PAPER STOCK CO. INC
ATTN: JOHN DALY
1300 NORTON RD
COLUMBUS, OH 43228

Claim Number: 9202
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 7653 (03/10/2010)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $19,875.04 | |
| UNSECURED | Claimed: | $110,667.77 | Scheduled: | $132,251.00 |

---

ROYAL STAR VENDING INC.
ATTN: RICK KOWALSKI
1039 ROYAL AVENUE
CALGARY, AB T2T 0L8
CANADA

Claim Number: 12781
Claim Date: 08/24/2009
Debtor: SMURFIT-MBI

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,234.51 | Scheduled: | $812.71 |

---

ROYALTY PRODUCTS, INC.
P.O. BOX 9404
MOBILE, AL 36691

Claim Number: 2537
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $29,384.30 | Scheduled: | $32,059.18 |

---

ROYALTY TRUCKING INC.
12000 MOSTELLER ROAD
SHARONVILLE, OH 45241

Claim Number: 1543
Claim Date: 03/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8407 (08/18/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $49,711.79 | Scheduled: | $54,678.50 |

---

ROYCE TONEY SHERIFF & TAX COLLECTOR
P.O. BOX 1803
MONROE, LA 71210-1803

Claim Number: 286
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 4132 (01/14/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,245.31 |
| UNSECURED | Claimed: | $2,245.31 |
| TOTAL | Claimed: | $2,245.31 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| RP-C LLC<br>RICHARD PETER<br>1808 ROLLINS CT.<br>BEL AIR, MD 21014-5681 | Claim Number: 1799<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $20,707.31 | Scheduled: | $20,707.31 |
|---|---|---|---|---|

| RPM ELECTRICAL SERVICES, INC.<br>4911 DON DRIVE<br>DALLAS, TX 75247-6513 | Claim Number: 3251<br>Claim Date: 06/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $43,664.73 | Scheduled: | $43,350.89 |
|---|---|---|---|---|

| RPS SHENANDOAH INC<br>211 E 4TH ST<br>FRONT ROYAL, VA 22630 | Claim Number: 3818<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $697.35 | Scheduled: | $697.35 |
|---|---|---|---|---|

| RREEF AMERICA REIT II CORP. MMMM5 IL.<br>C/O JOHN F. POLLICK<br>MCGUIREWOODS LLP<br>77 W. WACKER DRIVE, SUITE 4100<br>CHICAGO, IL 60601-1815 | Claim Number: 11066<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $44,458.68 | Scheduled: | $125,760.73 |
|---|---|---|---|---|

| RRR EXPRESS<br>445 W. NORTH BEND RD<br>CINCINNATI, OH 45216 | Claim Number: 670<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $964.25 |
|---|---|---|

| RSI CONSULTING SERVICES, INC.<br>79 DAILY DRIVE # 266<br>CAMARILLO, CA 93010 | Claim Number: 74<br>Claim Date: 02/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,508.25 |
|---|---|---|

| RSI CONSULTING SERVICES, INC.<br>79 DAILY DRIVE # 266<br>CAMARILLO, CA 93010 | Claim Number: 75<br>Claim Date: 02/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $14,884.21 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| RSI CONSULTING SERVICES, INC.<br>79 DAILY DRIVE # 266<br>CAMARILLO, CA 93010 | Claim Number: 9214<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8580 (09/23/2010) |
|---|---|

| UNSECURED | Claimed: | $16,241.22 | Scheduled: | $2,651.00 |
|---|---|---|---|---|

| RSW DALLAS LIMITED PARTNERSHIP<br>C/O BRIAN E. FARNAN, ESQUIRE<br>PHILLIPS GOLDMAN & SPENCE, P.A.<br>1200 NORTH BROOM STREET<br>WILMINGTON, DE 19806 | Claim Number: 9956<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6351 (03/29/2010) |
|---|---|

| UNSECURED | Claimed: | $726,666.41 |
|---|---|---|

| RT 2 RECYCLING INC<br>4602 OHIO RIVER RD<br>HUNTINGTON, WV 25702 | Claim Number: 5671-01<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $6,142.71 |
|---|---|---|

| RT 2 RECYCLING INC<br>4602 OHIO RIVER RD<br>HUNTINGTON, WV 25702 | Claim Number: 5671-02<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $2,057.94 |
|---|---|---|

| RT 2 RECYCLING INC.<br>4602 OHIO RIVER RD<br>HUNTINGTON, WV 25702 | Claim Number: 5670<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $2,058.65 | Scheduled: | $8,200.65 |
|---|---|---|---|---|

| RT VANDERBILT COMPANY INC<br>PO BOX 79399<br>CITY OF INDUSTRY, CA 91716-9399 | Claim Number: 5568<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1354 (08/03/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $723.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $723.00 |

| RTL-RELIABLE TRANSPORTATION LINK<br>DIV. OF L.V. ROSE<br>ATTN: MCCHESNOY, MARISRE<br>8301 KEELE STREET<br>CONCORD, ON L4K 1Z6<br>CANADA | Claim Number: 8424<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: POSSIBLE DUPLICATE OF 12353 |
|---|---|

| UNSECURED | Claimed: | $2,226.54 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

RTS INCORPORATED
ATTN: STAN TAMPEI
5195 BRADCO BLVD
MISSISSAUGA, ON L4W 2A6
CANADA

Claim Number: 8576
Claim Date: 07/20/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $679.21 | Scheduled: | $681.15 |
|---|---|---|---|---|

---

RUAN TRANSPORT CORPORATION
ATTN: KEN BAIRD
666 GRAND AVENUE, FLOOR 31
DES MOINES, IA 50309

Claim Number: 2172
Claim Date: 04/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $51,284.03 | Scheduled: | $155,284.03 UNLIQ |
|---|---|---|---|---|

---

RUBACHEM SYSTEMS
266 UNION STREET
NORTHVALE, NJ 07647

Claim Number: 83
Claim Date: 02/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,200.00 | Scheduled: | $1,200.00 |
|---|---|---|---|---|

---

RUBACHEM SYSTEMS
266 UNION STREET
NORTHVALE, NJ 07647

Claim Number: 9348
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,242.04 |
|---|---|---|

---

RUBBERLINE PRODUCTS LTD
ATTENTION BOB LUELLO
P.O. BOX 336
KITCHENER, ON N2G 3Y9
CANADA

Claim Number: 8712
Claim Date: 07/24/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $136.50 |
|---|---|---|

---

RUCKER, BENJAMIN G.
1500 COKER AVE
KNOXVILLE, TN 37917-4644

Claim Number: 11358
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $7,817.99 |
|---|---|---|

---

RUDMAN, WILLIAM A
2502 SPRINGMONT AVE
DAYTON, OH 45420

Claim Number: 5239
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| RUDMAN, WILLIAM A<br>2502 SPRINGMONT AVE<br>DAYTON, OH 45420 | Claim Number: 8464<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| RUDOLPH, THERESA F.<br>8938 COUNTY RD 15<br>REPTON, AL 36475 | Claim Number: 12118<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |

---

| RUECK COMPANY, THE<br>C/O JUSTIN D. LEONARD, OSB 033736<br>BALL JANIK LLP<br>101 SW MAIN, STE. 1100<br>PORTLAND, OR 97204 | Claim Number: 9336-03<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,841.50 |

---

| RUECK COMPANY, THE<br>C/O JUSTIN D. LEONARD, OSB 033736<br>BALL JANIK LLP<br>101 SW MAIN, STE. 1100<br>PORTLAND, OR 97204 | Claim Number: 9336-04<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $286.33 |

---

| RUFFIN, DOROTHY<br>25027 B 109TH PL SE<br>KENT, WA 98031-8236 | Claim Number: 7063<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |

---

| RUIZ, JESUS A<br>9531 SOMERSET BLVD<br>BELLFLOWER, CA 90706 | Claim Number: 11360<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| PRIORITY | Claimed: | $20,000.00 |

---

| RUNNYMEDE DEVELOPMENT CORPORATION LTD<br>ATTN: STEVEN CROUTCH<br>1051 TAPSCOTT ROAD<br>TORONTO, ON M1X 1A1<br>CANADA | Claim Number: 13199<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| PRIORITY | Claimed: | $87,978.20 | | |
| UNSECURED | | | Scheduled: | $80,240.61 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| RUSH COUNTY TREASURER<br>RUSH COUNTY COURTHOUSE<br>101 E SECOND ST., ROOM 213<br>RUSHVILLE, IN 46173 | Claim Number: 13372<br>Claim Date: 09/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
|---|---|---|---|
| PRIORITY            Claimed: | $16,063.29 | Scheduled: | $0.00  UNLIQ |

---

| RUSH, CARL M<br>1 BROOKFIELD DR UNIT 207<br>BELVIDERE, NJ 07823-3226 | Claim Number: 4024<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| UNSECURED           Claimed: | $0.00   UNLIQ | | |

---

| RUSSEL METALS INC<br>167 ROTTERDAM<br>ST. AUGUSTIN, QC 63A 2K2<br>CANADA | Claim Number: 1078<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
|---|---|---|---|
| UNSECURED           Claimed: | $19,616.33 | | |

---

| RUSSEL METALS INC<br>167 ROTTERDAM<br>ST. AUGUSTIN, QC G3A 2K2<br>CANADA | Claim Number: 2257<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) | | |
|---|---|---|---|
| UNSECURED           Claimed: | $19,616.33 | | |

---

| RUSSEL METALS INC.<br>ATTN: JUDY BESENSKI<br>445 1ST AVENUE EAST<br>REGINA, SK S4N 4Z3<br>CANADA | Claim Number: 8532<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>Claim out of balance | | |
|---|---|---|---|
| UNSECURED           Claimed: | $661.81 | | |

---

| RUSSEL METALS, INC<br>ATTN: GUYANNE MARCIOUX<br>1331 GRAHAM BELL<br>BOUCHERVILLE, QC J4B6A1<br>CANADA | Claim Number: 8198<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|
| UNSECURED           Claimed: | $16,071.66 | Scheduled: | $15,882.40 |

---

| RUSSELL & RUSSELL OPTPMETRIST<br>240 W EVANS ST<br>P.O.BOX 2020<br>FLORENCE, SC 29503 | Claim Number: 3763<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED           Claimed: | $1,240.00 | Scheduled: | $1,240.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

RUSSELL, CURTIS
1419 ALBERTO LANE
ESCALON, CA 95320

Claim Number: 4492
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

RUSSELL, ESSIE
1118 E FRONT STREET
MONROE, MI 48161-1939

Claim Number: 8101
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $112.94 |
|---|---|---|

---

RUTH, DANIEL G
1519 JENY'S STREET
DANIEL ISLAND, SC 29492

Claim Number: 6987
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $58,883.00 | Scheduled: | $58,883.00 |
|---|---|---|---|---|

---

RUTHERFORD COUNTY TRUSTEE
P.O. BOX 1316
MURFREESBORO, TN 37133-1316

Claim Number: 12265
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| PRIORITY | Claimed: | $30,476.00 |
|---|---|---|

---

RUTHERFORD COUNTY TRUSTEE
P.O. BOX 1316
MURFREESBORO, TN 37133-1316

Claim Number: 14147
Claim Date: 09/29/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8834 (12/09/2010)

| PRIORITY | Claimed: | $18,814.00 |
|---|---|---|

---

RUTHERFORD COUNTY TRUSTEE
P.O. BOX 1316
MURFREESBORO, TN 37133-1316

Claim Number: 14148
Claim Date: 09/29/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8834 (12/09/2010)

| PRIORITY | Claimed: | $878.00 |
|---|---|---|

---

RUTLAND & JANKIEWICZ LLC
PO BOX 125
EUFAULA, AL 36072-0125

Claim Number: 4037
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $2,500.00 | Scheduled: | $2,500.00 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| RV INDUSTRIES INC<br>584 POPLAR RD<br>HONEY BROOK, PA 19344 | Claim Number: 9358<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $66.70 | Scheduled: | $61.76 |
|---|---|---|---|---|

| RW CONTRACTORS INC<br>2511 EAST MAIN ST<br>CHATTANOOGA, TN 37404 | Claim Number: 5179<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,315.47 | Scheduled: | $3,105.30 |
|---|---|---|---|---|

| RYAN ENTERPRISE (RAY RYAN)<br>P.O. BOX 28567<br>RICHMOND, VA 23228 | Claim Number: 7271-01<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $645.00 | Scheduled: | $2,945.00 |
|---|---|---|---|---|

| RYAN ENTERPRISE (RAY RYAN)<br>P.O. BOX 28567<br>RICHMOND, VA 23228 | Claim Number: 7271-02<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,300.00 |
|---|---|---|

| RYAN TRUCK LEASING CO<br>PO BOX 279<br>MAYWOOD, IL 60153 | Claim Number: 9722<br>Claim Date: 08/24/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $4,194.90 | Scheduled: | $4,194.90 |
|---|---|---|---|---|

| RYDER TRUCK RENTAL, INC<br>ATTN JENNIFER MORRIS<br>6000 WINDWARD PARKWAY<br>ALPHARETTA, GA 30005 | Claim Number: 11550<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $92,274.27 |
|---|---|---|

| RYERSON<br>125 CARSON ROAD<br>BIRMINGHAM, AL 35215 | Claim Number: 10537<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $1,101.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

RYERSON
125 CARSON ROAD
BIRMINGHAM, AL 35215

Claim Number: 11541
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,101.00 | Scheduled: | $155.71 |
|---|---|---|---|---|

RYERSON CANADA INC
C/O COLLETTE SYLVIESTRE
3399 FRANCIS HUGHES
LAVAL, QC H7L 5A5
CANADA

Claim Number: 12952
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $5,921.42 | Scheduled: | $2,944.69 |
|---|---|---|---|---|

S S TRAILER AND CONTAINER RENTAL
PO BOX 102
WINTERVILLE, NC 28590

Claim Number: 4400
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $214.00 | | |
|---|---|---|---|---|

S & C OPERATING INC
PO BOX 416
SPRINGHILL, LA 71075

Claim Number: 6384
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $53,453.50 | | |
|---|---|---|---|---|

S & K STEEL, INC.
5201 FLORIN - PERKINS ROAD
SACRAMENTO, CA 95826

Claim Number: 2742
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $2,744.50 | Scheduled: | $2,744.50 |
|---|---|---|---|---|

S & R ASSOCIATION
32 NASSAU AVENUE
KENNER, LA 70065

Claim Number: 9689
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,560.92 | Scheduled: | $2,325.12 |
|---|---|---|---|---|

S & R CONSTRUCTION INC
505 APPLE LANE
EVANSVILLE, IN 47710

Claim Number: 4515
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,450.00 | Scheduled: | $1,450.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| S & S PROMOTIONAL GROUP, INC.<br>1425 4TH AVE N<br>FARGO, ND 58102 | Claim Number: 3013<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,658.78 | |

| S A S TECHNICAL SERVICES LTD<br>4151 MORRIS DR<br>BURLINGTON, ON L7L 5L5<br>CANADA | Claim Number: 13808<br>Claim Date: 02/05/2010<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $20,737.50 | Scheduled: $16,790.14 |

| S AND B TRUCK SERVICE INC<br>PO BOX 59551<br>RENTON, WA 98055 | Claim Number: 8218<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,451.25 | Scheduled: $2,553.36 |

| S B L SYSTEMS<br>4828 SOUTH BROADWAY<br>39 S BROAD STREET, STE 7<br>TYLER, TX 75703 | Claim Number: 5117<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,009.80 | Scheduled: $2,009.80 |

| S P X INC<br>PO BOX 23006<br>CHAGRIN FALLS, OH 44023-0006 | Claim Number: 7043<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,177.00 | Scheduled: $1,177.00 |

| S S  TRAILER AND CONTAINER RENTAL<br>PO BOX 102<br>WINTERVILLE, NC 28590 | Claim Number: 4399<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $214.00 | Scheduled: $214.00 |

| S S INDUSTRIAL SUPPLY LLC<br>9273 HWY 84 W PO BOX 111<br>WINNFIELD, LA 71483 | Claim Number: 7265<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $31,520.96 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| S S INDUSTRIAL SUPPLY LLC<br>9273 HWY 84 W PO BOX 111<br>WINNFIELD, LA 71483 | | Claim Number: 7266<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $31,520.96 | Scheduled: | $31,332.94 |
| S S TRAILER/CONTAINER RENTAL<br>P.O. BOX 102<br>WINTERVILLE, NC 28590 | | Claim Number: 4398<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $214.00 | | |
| S&B TRUCK SERVICE, INC<br>7412 SO 212TH STREET<br>KENT, WA 98032 | | Claim Number: 2058<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $3,451.25 | | |
| S&C OPERATING<br>PO BOX 416<br>SPRINGHILL, LA 71075 | | Claim Number: 6385<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010) | | |
| UNSECURED | Claimed: | $26,726.75 | Scheduled: | $53,453.50  UNLIQ |
| S&C OPERATING<br>PO BOX 416<br>SPRINGHILL, LA 71075 | | Claim Number: 6386<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $53,453.50 | | |
| S&J REED INC<br>2268 ASHLAND ST.<br>ASHLAND, OR 97520 | | Claim Number: 710<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
| UNSECURED | Claimed: | $2,930.00 | | |
| S&R AIR CONDITIONING & HEATING, INC.<br>625 S. PALM ST. SUITE H<br>LA HABRA, CA 90631 | | Claim Number: 2549<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $12,685.18 | Scheduled: | $12,217.34 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| S&R SHEETMETAL<br>521 BROAD ST.<br>THOMASVILLE, NC 27360 | Claim Number: 5499-01<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5769 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,520.05 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,568.29 |

| S&R SHEETMETAL<br>521 BROAD ST.<br>THOMASVILLE, NC 27360 | Claim Number: 5499-02<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5769 (03/11/2010) |
|---|---|

| UNSECURED | Claimed: | $48.24 | | |
|---|---|---|---|---|

| S&S FIRESTONE INC DBA BESTONE TIRE<br>PO BOX 55046<br>LEXINGTON, KY 40555 | Claim Number: 2667<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $6,678.32 | Scheduled: | $2,340.30 |
|---|---|---|---|---|

| S&S PALLETS INC<br>32740 CAMPHORA ROAD<br>SOLEDAD, CA 93960 | Claim Number: 2782<br>Claim Date: 05/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $30,269.60 | Scheduled: | $32,970.58 |
|---|---|---|---|---|

| S.C. DEPARTMENT OF REVENUE<br>PO BOX 12265<br>COLUMBIA, SC 29211 | Claim Number: 7522<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| PRIORITY | Claimed: | $17,602.38 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $87.99 | Scheduled: | $17,599.97 |

| S.C. DEPARTMENT OF REVENUE<br>P.O BOX 12265<br>COLUMBIA, SC 29211 | Claim Number: 14022<br>Claim Date: 05/10/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8898 (01/20/2011) |
|---|---|

| UNSECURED | Claimed: | $24,035.16 | | |
|---|---|---|---|---|

| S.D. MYERS, INC<br>180 SOUTH AVE<br>TALLMADGE, OH 44278 | Claim Number: 1614<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $19,925.00 | Scheduled: | $19,925.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SAAR CONTAINER INC<br>45 SAAR DRIVE<br>WILLIAMSPORT, PA 17702 | Claim Number: 5113<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $658.90 | Scheduled: | $658.90 |

| SAATHOFF, KENNETH<br>929 HOPEWELL AVE<br>DONNELLSON, IL 62019 | Claim Number: 12093<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $65,952.00 |

| SABANA LUMBER YARD<br>CALLE JUANCHO LOPEZ #59 SABANA<br>CATANO, PR 00962 | Claim Number: 5941<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $294.80 | Scheduled: | $294.80 |

| SAC VAL JANITORIAL SUPPLY CORP<br>2421 DEL MONTE ST<br>WEST SACRAMENTO, CA 95691 | Claim Number: 3945<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $696.05 | Scheduled: | $696.05 |

| SACRAMENTO BEE<br>2100 Q STREET<br>SACRAMENTO, CA 95816 | Claim Number: 5497<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>Claim out of balance. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $31,911.13 | Scheduled: | $30,595.00 |
| TOTAL | Claimed: | $31,911.00 | | |

| SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | Claim Number: 1808<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |
|---|---|---|
| PRIORITY | Claimed: | $9,158.31 |

| SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | Claim Number: 13336<br>Claim Date: 09/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
|---|---|---|
| PRIORITY | Claimed: | $12,558.04 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | Claim Number: 13775<br>Claim Date: 01/19/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>Amends claim 13775. |
|---|---|

| PRIORITY | Claimed: | $12,558.04  UNLIQ | | |
|---|---|---|---|---|

| SACRAMENTO MUNICIPAL UTILITY DISTRICT<br>PO BOX 15830, MAIL STOP A253<br>SACRAMENTO, CA 95852-1830 | Claim Number: 1719<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $9,897.97 | | |
|---|---|---|---|---|

| SACRAMENTO REGIONAL RECYCLING<br>501 SPECTRUM CIRCLE<br>OXNARD, CA 93030 | Claim Number: 9225<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $11,343.01 | Scheduled: | $11,394.69 |
|---|---|---|---|---|

| SAF T FLO  WATER SERVICES INC<br>4071 E  LA PALMA AVE STE L<br>ANAHEIM, CA 92807 | Claim Number: 4641<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,285.32 | Scheduled: | $2,285.32 |
|---|---|---|---|---|

| SAF-GARD SAFETY SHOE CO<br>2701 PATTERSON ST.<br>GREENSBORO, NC 27407 | Claim Number: 2956<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,735.09 | Scheduled: | $18,268.26 |
|---|---|---|---|---|

| SAF-GARD SAFETY SHOE CO.<br>2701 PATTERSON ST.<br>GREENSBORO, NC 27407 | Claim Number: 2957<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $138.76 | | |
|---|---|---|---|---|

| SAF-GARD SAFETY SHOE CO.<br>2701 PATTERSON ST.<br>GREENSBORO, NC 27407 | Claim Number: 2958<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,532.90 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | |
|---|---|---|
| SAF-GARD SAFETY SHOE CO.<br>2701 PATTERSON ST.<br>GREENSBORO, NC 27407 | Claim Number: 2959<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | |
| UNSECURED          Claimed: | $4,007.90 | |
| SAF-GARD SAFETY SHOE CO.<br>2701 PATTERSON ST.<br>GREENSBORO, NC 27407 | Claim Number: 2960<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | |
| UNSECURED          Claimed: | $108.00 | |
| SAF-GARD SAFETY SHOE CO.<br>2701 PATTERSON ST.<br>GREENSBORO, NC 27407 | Claim Number: 2961<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | |
| UNSECURED          Claimed: | $329.64 | |
| SAF-GARD SAFETY SHOE CO.<br>2701 PATTERSON ST.<br>GREENSBORO, NC 27407 | Claim Number: 2962<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | |
| UNSECURED          Claimed: | $108.14 | |
| SAF-GARD SAFETY SHOE CO.<br>2701 PATTERSON ST.<br>GREENSBORO, NC 27407 | Claim Number: 2963<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | |
| UNSECURED          Claimed: | $9,589.59 | |
| SAF-T-FLO WATER SERVICES, INC.<br>4071-L EAST LA PALMA AVE<br>ANAHEIM, CA 92807 | Claim Number: 675<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |
| UNSECURED          Claimed: | $2,285.32 | |
| SAFE SECURITY<br>PO BOX 5164<br>SAN RAMON, CA 94583 | Claim Number: 8078<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |
| UNSECURED          Claimed: | $423.49          Scheduled: | $505.64 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SAFETECH CONSULTING GROUP LTD
12126 90TH STREET
EDMONTON, AB T5B 3Z3
CANADA

Claim Number: 8575
Claim Date: 07/20/2009
Debtor: SMURFIT-MBI
Comments:
Claim out of balance

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,436.26 | | |
| TOTAL | Claimed: | $4,244.12 | | |

---

SAFETY FIRST SERVICES, INC.
122 E PEACHTREE ST.
SCOTTSBORO, AL 35768

Claim Number: 703
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,242.75 | Scheduled: | $19,033.75 |

---

SAFETY SOLUTIONS, INC
6161 SHAMROCK CT.
DUBLIN, OH 43016

Claim Number: 2673
Claim Date: 05/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,100.90 | Scheduled: | $1,294.58 |

---

SAFETY SOURCE INC
PO BOX 190637
MOBILE, AL 36619

Claim Number: 11215
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,461.99 | Scheduled: | $3,488.59 |

---

SAFETYCAL INC
PO BOX 21536
EUGENE, OR 97402

Claim Number: 5663-01
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,596.27 | Scheduled: | $3,177.03 |

---

SAFETYCAL INC
PO BOX 21536
EUGENE, OR 97402

Claim Number: 5663-02
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,580.76 | | |

---

SAFETYVIBE INC
424 KINGSFORD ST
MONTEREY PARK, CA 91754

Claim Number: 4133
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,301.93 | Scheduled: | $7,301.93 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SAFEWAY INC<br>20427 N. 27 AVE<br>M56081 TBYERS<br>PHOENIX, AZ 85027 | | Claim Number: 79<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,120.70 | | |

---

| SAFEWAY INC<br>20427 N. 27 AVE<br>MS6018 TBYERS<br>PHOENIX, AZ 85027 | | Claim Number: 1352<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $42,329.60 | | |

---

| SAFWAY SERVICES INC<br>PO BOX 11308<br>RICHMOND, VA 23230 | | Claim Number: 3990<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,320.00 | Scheduled: | $1,320.00 |

---

| SAINT LOUIS ART MUSEUM<br>ATTN: CAROLYN SCHMIDT<br>ONE FINE ARTS DRIVE<br>SAINT LOUIS, MO 63110 | | Claim Number: 12465<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $150,000.00 | | |

---

| SAINT MARYS CATHOLIC CHURCH<br>1420 MONTE SANO AVENUE<br>AUGUSTA, GA 30904 | | Claim Number: 13068<br>Claim Date: 09/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $400.00   UNLIQ | | |

---

| SAJEK, JOSEPHINE M<br>10 SUSAN CIRCLE<br>PORTLAND, CT 06480 | | Claim Number: 4001<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| SALA INDUSTRIAL SALE CORP<br>4876 118 PRINCESS ANNE ROAD PMB 335<br>VIRGINIA BEACH, VA 23462 | | Claim Number: 6763-01<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5768 (03/11/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $524.00 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SALA INDUSTRIAL SALE CORP
4876 118 PRINCESS ANNE ROAD PMB 335
VIRGINIA BEACH, VA 23462

Claim Number: 6763-02
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 8093 (06/21/2010)

| UNSECURED | Claimed: | $263.00 | Scheduled: | $787.00 |

---

SALA INDUSTRIAL SALES CORP
4876-118 PRINCESS ANNE RD PMB 335
VIRGINIA BEACH, VA 23462

Claim Number: 2154
Claim Date: 03/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 3287 (12/18/2009)

| UNSECURED | Claimed: | $787.00 |

---

SALAZAR, ARMANDO
JEFFREY R. WAXMAN, ESQUIRE
MORRIS JAMES LLP
500 DELAWARE AVENUE, SUITE 1500
WILMINGTON, DE 19801

Claim Number: 11846
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $10,000.00   UNDET |

---

SALEM EQUIPMENT, INC.
PO BOX 1030
SHERWOOD, OR 97140-1030

Claim Number: 871
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $900.94 | Scheduled: | $900.94 |

---

SALINAS WINDUSTRIAL CO.
CORINNE FONTES
1080 HARKINS ROAD
SALINAS, CA 93901

Claim Number: 8973-01
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $7,978.60 | Scheduled: | $9,846.53 |

---

SALINAS WINDUSTRIAL CO.
CORINNE FONTES
1080 HARKINS ROAD
SALINAS, CA 93901

Claim Number: 8973-02
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 4964 (02/12/2010)

| ADMINISTRATIVE | Claimed: | $2,529.20 |

---

SAM'L BERESFORD PLUMBING CO., INC.
6225 MONTGOMERY RD.
CINCINNATI, OH 45213

Claim Number: 584
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $1,775.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SAM'L BERESFORD PLUMBING CO., INC.<br>6225 MONTGOMERY RD.<br>CINCINNATI, OH 45213 | | Claim Number: 13474<br>Claim Date: 10/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>Amends Claim 584 | | |
| UNSECURED | Claimed: | $1,884.88 | Scheduled: | $1,650.85 |

---

| | | | | |
|---|---|---|---|---|
| SAMMARCO ELECTRIC COMPANY, INC.<br>1183 N. MCLEAN BLVD.<br>MEMPHIS, TN 38108 | | Claim Number: 683<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $7,682.00 | Scheduled: | $7,682.00 |

---

| | | | | |
|---|---|---|---|---|
| SAMPLE, RONALD E<br>1708 JACKSON LN<br>MIDDLETOWN, OH 45044 | | Claim Number: 10101<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| SAMPSON STOVALL<br>5437 IRVING ST.<br>PHILADELPHIA, PA 19139 | | Claim Number: 8383<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| SAMS AIR CONDITIONING<br>PO BOX 5376<br>ALEXANDRIA, LA 71307 | | Claim Number: 9266-01<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010) | | |
| UNSECURED | Claimed: | $47,318.06 | Scheduled: | $55,560.59 |

---

| | | | | |
|---|---|---|---|---|
| SAMS AIR CONDITIONING<br>PO BOX 5376<br>ALEXANDRIA, LA 71307 | | Claim Number: 9266-02<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2205 (10/09/2009) | | |
| ADMINISTRATIVE | Claimed: | $8,242.53 | | |

---

| | | | | |
|---|---|---|---|---|
| SAMUEL STRAPPING SYSTEMS<br>623 FISHER RD<br>LONGVIEW, TX 75604 | | Claim Number: 3304<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $23,707.29 | Scheduled: | $433,748.39 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SAMUEL-ACME-STRAPPING SYSTEMS<br>2370 DIXIE ROAD<br>MISSISSAUGA, ON L4Y 1Z4<br>CANADA | | Claim Number: 8336<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $58,481.20 | Scheduled: | $58,710.65 |

---

| | | | | |
|---|---|---|---|---|
| SAMUEL-ACME-STRAPPING SYSTEMS<br>2370 DIXIE ROAD<br>MISSISSAUGA, ON L4Y 1Z4<br>CANADA | | Claim Number: 8341<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $73,925.27 | Scheduled: | $76,400.95 |

---

| | | |
|---|---|---|
| SAN JOAQUIN VALLEY AIR<br>1990 E GETTYSBURG<br>FRESNO, CA 93726 | | Claim Number: 6332<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
| UNSECURED | Claimed: | $1,252.50 |

---

| | | |
|---|---|---|
| SAN JOAQUIN VALLEY RAILROAD<br>C/O JAMES M. TILLEY<br>7411 FULLERTON STREET, SUITE 300<br>JACKSONVILLE, FL 32256 | | Claim Number: 7460<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
| UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 |

---

| | | |
|---|---|---|
| SAN JOAQUIN VALLEY U. AIR POLLUTION<br>CONTROL DISTRICT<br>1990 E. GETTYSBURG<br>FRESNO, CA 93726 | | Claim Number: 9688<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $3,600.00 |

---

| | | |
|---|---|---|
| SANBELL LIMITED PARTNERSHIP<br>C/O KIN PROPERTIES, INC.<br>185 NW SPANISH RIVER BLVD., SUITE 100<br>BOCA RATON, FL 33431 | | Claim Number: 1557<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8686 (10/25/2010) |
| PRIORITY | Claimed: | $326,144.00 |
| UNSECURED | Claimed: | $1,114,957.00 |

---

| | | |
|---|---|---|
| SANCHEZ, COLUMBA<br>1147 MESQUITE AVE<br>BRAWLEY, CA 92227 | | Claim Number: 14077<br>Claim Date: 08/02/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNDET |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SANCHEZ, DAVID<br>15607 S.W. 113 PL<br>MIAMI, FL 33157 | | Claim Number: 5470<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| SANCHEZ, FELICIANO<br>3525 REYNOLDS AVENUE<br>LOS ANGELES, CA 90032 | | Claim Number: 5915<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |

| | | | | |
|---|---|---|---|---|
| SAND MOUNTAIN ELECTRIC<br>PO BOX 277<br>RAINSVILLE, AL 35986-0277 | | Claim Number: 4225<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $118.56 | Scheduled: | $74.88 |

| | | | | |
|---|---|---|---|---|
| SAND MOUNTAIN LAND & TIMBER<br>CHAD BLACKWELL<br>867 COUNTY ROAD 93<br>CROSSVILLE, AL 35962 | | Claim Number: 140<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 3286 (12/18/2009) | | |
| UNSECURED | Claimed: | $1,415.43 | | |

| | | | | |
|---|---|---|---|---|
| SAND SPRINGS HOME<br>15 WEST 2ND STREET<br>SAND SPIRNGS, OK 74063 | | Claim Number: 10779<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $12,842.96   UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| SAND STRINGS HOME<br>15 WEST 2ND STREET<br>SAND SPRINGS, OK 74063 | | Claim Number: 11877<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| UNSECURED | Claimed: | $12,842.96   UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| SANDAR INDUSTRIES<br>ATTN: KIMBERLY BRIESMEISTER<br>1545 MAIN STREET<br>ATLANTIC BEACH, FL 32233 | | Claim Number: 8483<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 9081 (06/14/2011) | | |
| UNSECURED | Claimed: | $13,160.23 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| SANDAR INDUSTRIES INC<br>1545 MAIN STREET<br>P.O.BOX 330106<br>ATLANTIC BEACH, FL 32233 | | Claim Number: 4676<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
| UNSECURED | Claimed: | $13,160.23 | | |
| SANDAR INDUSTRIES INC<br>1545 MAIN STREET<br>P.O.BOX 330106<br>ATLANTIC BEACH, FL 32233 | | Claim Number: 4677<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8651 (10/15/2010) | | |
| UNSECURED | Claimed: | $65,659.42 | Scheduled: | $67,687.96 |
| SANDAR INDUSTRIES INC<br>1545 MAIN STREET<br>P.O.BOX 330106<br>ATLANTIC BEACH, FL 32233 | | Claim Number: 12375<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $13,160.23 | | |
| SANDAR INDUSTRIES, INC.<br>PO BOX 330106<br>ATLANTIC BEACH, FL 32233 | | Claim Number: 181<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $78,819.65 | | |
| SANDER, PAUL<br>2585 BELLWOOD DRIVE<br>NEWCASTLE, ON L1B1L9<br>CANADA | | Claim Number: 6751<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $147,707.00 | | |
| SANDER, PAUL<br>2585 BELLWOOD DRIVE<br>NEWCASTLE, ON L1B 1L9<br>CANADA | | Claim Number: 8722<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $147,707.00 | | |
| SANDERS, BRENDA SUE<br>P.O. BOX 914<br>HODGE, LA 71247 | | Claim Number: 10262<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SANDS, BILLY C.
1610 UNIVERSITY DRIVE
RICHARDSON, TX 75081

Claim Number: 7248
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $69,325.92 |
|---|---|---|

---

SANDY BRAE LABORATORIES INC
119A SANDY DR
NEWARK, DE 19713

Claim Number: 6118
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $578.65 |
|---|---|---|

---

SANDY BRAE LABORATORIES INC
119A SANDY DR
NEWARK, DE 19713

Claim Number: 6120
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $578.65 | Scheduled: | $578.65 |
|---|---|---|---|---|

---

SANDY BRAE LABORATORIES, INC.
119A SANDY DRIVE
NEWARK, DE 19713

Claim Number: 492
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $578.65 |
|---|---|---|

---

SANDY BRAE LABORATORIES, INC.
119A SANDY DRIVE
NEWARK, DE 19713

Claim Number: 6119
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $578.65 |
|---|---|---|

---

SANFILIPPO, FRANCES
2110 VENTURA PLACE
SANTA CLARA, CA 95051

Claim Number: 7380
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SANFORD C. BERNSTEIN & CO. LLC

Claim Number: 99016
Claim Date: 06/30/2010
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $16,859.03 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SANFT, GERALD
2500 FERNWOOD ST
ROSEVILLE, MN 55113

Claim Number: 5755
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SANI-BLAST LLC
6409 GOODRICH AVE.
ST. LOUIS PARK, MN 55426

Claim Number: 168
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,159.00 | Scheduled: | $7,159.00 |
|---|---|---|---|---|

---

SANITARY DISPOSAL
PO BOX 316
HERMISTON, OR 97838

Claim Number: 4558
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $3,562.80 | Scheduled: | $1,728.00 |
|---|---|---|---|---|

---

SANITATION MAINTENANCE
PO BOX 460153
FORT LAUDERDALE, FL 33346

Claim Number: 4950
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $4,084.15 | Scheduled: | $4,082.60 |
|---|---|---|---|---|

---

SANSON, BILLIE
1038 HWY A T
VILLA RIDGE, MO 63089

Claim Number: 9553
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLE DUPLICATE OF 12783
DOCKET: 8559 (09/17/2010)

| PRIORITY | Claimed: | $24,500.00 |
|---|---|---|

---

SANSON, BILLIE GENE
107 CHAPEL RIDGE DR., APT. 201
UNION, MO 63084

Claim Number: 12783
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8559 (09/17/2010)

| PRIORITY | Claimed: | $24,500.00 |
|---|---|---|

---

SANTA CRUZ RECYCLING ALLIANCE PROGRAM,
INC. - (SCRAP)
2710 CHANTICLEER AVENUE
SANTA CRUZ, CA 95065

Claim Number: 2780
Claim Date: 05/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| UNSECURED | Claimed: | $5,700.00 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SANTAMOUR, JOHN J<br>2855 FIVE OAKS LANE<br>BIRMINGHAM, AL 35243 | | Claim Number: 13505<br>Claim Date: 10/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| SANTEE ELECTRIC SUPPLY CO INC<br>PO BOX 8597<br>COLUMBIA, SC 29202-8597 | | Claim Number: 5767<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $413.00 | Scheduled: | $413.00 |
| SANTEE ELECTRIC SUPPLY CO. INC<br>C/O SHEALY ELECTRICAL WHOLESALERS, INC.<br>906 W. DARLINGTON ST<br>ATTN: LAURIE LIETKA<br>FLORENCE, SC 29501 | | Claim Number: 8605<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $413.00 | | |
| SANTORELLA, ALEXANDER M<br>20480 VIA BURGOS<br>YORBA LINDA, CA 92687 | | Claim Number: 5141<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| SANTOS, CARLOS<br>37778 GOLDENROD DRIVE<br>NEWARK, CA 94560 | | Claim Number: 5844<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) | | |
| PRIORITY | Claimed: | $7,168.04 | | |
| SECURED | Claimed: | $7,168.04 | | |
| TOTAL | Claimed: | $7,168.04 | | |
| SAP AMERICA, INC.<br>C/O BROWN & CONNERY, LLP<br>DONALD K. LUDMAN, ESQUIRE<br>6 N. BROAD ST., SUITE 100<br>WOODBURY, NJ 08096 | | Claim Number: 11796<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) | | |
| UNSECURED | Claimed: | $4,103,253.79 | | |
| SAP GOVERNANCE RISK AND COMPLIANCE, INC.<br>C/O DONALD K. KUDMAN, ESQUIRE<br>BROWN & CONNERY, LLP<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096 | | Claim Number: 11849<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $4,433.03 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SAPIEN, SIXTO<br>609 CASCADA<br>EL PASO, TX 79928 | Claim Number: 9193<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,323.00 | | |
| SECURED | Claimed: | $5,323.00 | | |
| TOTAL | Claimed: | $5,323.00 | | |

| SARDEE INDUSTRIES INC<br>2211 W WASHINGTON STREET<br>ORLANDO, FL 32805 | Claim Number: 11664<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $147,327.61 | Scheduled: | $91,247.00 |

| SARGENTS PRINTING PRESS<br>1587 LESTER RD.<br>CONYERS, GA 30012 | Claim Number: 3212<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $318.00 | Scheduled: | $318.00 |

| SAS INSTITUTE INC<br>PO BOX 406922<br>ATLANTA, GA 30384-6922 | Claim Number: 7220<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $28,380.00 |

| SAS TECHNICAL SERVICES INC.<br>4151 MORRIS DR.<br>BURLINGTON, ON L7M 3V4<br>CANADA | Claim Number: 2145<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLY AMENDED BY 13808 | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,737.50 | | |

| SASKATCHEWAN POWER CORPORATION<br>SPECIAL COLLECTIONS<br>2025 VICTORIA AVENUE<br>REGINA, SK S4P 0S1<br>CANADA | Claim Number: 12536<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-MBI | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,310.14 | Scheduled: | $14,920.48 |

| SASKATOON PALLET LTD<br>SITE 412 BOX 284 RR4<br>SASKATOON, SK S7K 3J7<br>CANADA | Claim Number: 12742<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,182.59 | Scheduled: | $19,182.59 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SASOL WAX NORTH AMERICA CORP<br>21325 B CABOT BLVD<br>HAYWARD, CA 94545 | Claim Number: 7331<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $291,501.88 | |
| UNSECURED | Claimed: | $11,049.81 | Scheduled: $303,512.86 |

---

| SASOL WAX NORTH AMERICA CORP.<br>ATTENTION JOHANNES LE R DE VILLIERS<br>21325-B CABOT BLVD.<br>HAYWARD, CA 94545 | Claim Number: 9025<br>Claim Date: 08/10/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: DOCKET: 8117 (06/22/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,050.00 | |
| UNSECURED | | | Scheduled: $858.17 |

---

| SASOL WAX NORTH AMERICA CORP.<br>ATTENTION: JOHANNES LE R DE VILLIERS<br>21325-B CABOT BLVD.<br>HAYWARD, CA 94545 | Claim Number: 9481<br>Claim Date: 08/10/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: EXPUNGED<br>DOCKET 7553 (05/10/2010) | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,050.00 |

---

| SATO AMERICA INC<br>10350-A NATIONS FORD RD.<br>CHARLOTTE, NC 28273 | Claim Number: 6885<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,836.64 | Scheduled: $1,836.64 |

---

| SATTERFIELD, MARY E<br>302 EAST TRINITY LANE<br>NASHVILLE, TN 37207 | Claim Number: 6356<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| SAUCEDA, ABEL JR.<br>802 E WILHELMINA ST<br>ANAHEIM, CA 92805-2026 | Claim Number: 14073<br>Claim Date: 07/26/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $7,320.00 |

---

| SAUCEDA, JORGE<br>10287 SOUTH TYCHOON AVE<br>YUMA, AZ 85365 | Claim Number: 7558<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $60,000.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SAUCEDO, MARIO<br>2220 W. WALNUT CREEK PKWY<br>WEST COVINA, CA 91790 | | Claim Number: 12077<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $25,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| SAUNDERS MFG CO INC<br>65 NICKERSON HILL RD<br>READFIELD, ME 04355 | | Claim Number: 4448<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | |
| UNSECURED | Claimed: | $945.60 | | |

---

| | | | | |
|---|---|---|---|---|
| SAVAGE LUMBER CO., INC.<br>P.O. BOX 39<br>DOYLE, TN 38559 | | Claim Number: 539<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | |
| UNSECURED | Claimed: | $129.33 | Scheduled: | $5,129.33 UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| SAVCOR CONSULTING INC<br># 102-18940 - 94TH AVE<br>SURREY, BC V4N 4X5<br>CANADA | | Claim Number: 6371<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $12,384.35 | Scheduled: | $11,284.35 |

---

| | | | | |
|---|---|---|---|---|
| SAVE MART SUPERMARKETS<br>P.O. BOX 4278<br>MODESTO, CA 95352 | | Claim Number: 6077<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
| UNSECURED | Claimed: | $9,807.00 | | |

---

| | | | | |
|---|---|---|---|---|
| SAXON JR., LOUIS L.<br>C/O SUZANNE TAYLOR GRAHAM GRIGG, ESQ.<br>NEXSEN PRUET, LLC<br>PO DRAWER 2426<br>COLUMBIA, SC 29202 | | Claim Number: 9303<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| SAYBROOKE CHEMICAL MANAGEMENT LLC<br>PO BOX 5<br>SHARON, MA 02067 | | Claim Number: 9858<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $7,068.10 | Scheduled: | $7,068.10 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SB TURF, INC. (FORMERLY SOD BUSTERS TURF, INC.)<br>4403 MCCRACKEN RD.<br>GALIVANTS FERRY, SC 29544 | Claim Number: 902<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $5,003.61 | | |
|---|---|---|---|---|

---

| SBC GLOBAL SERVICES, INC.<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>AT&T INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | Claim Number: 2921<br>Claim Date: 05/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $209,754.65 | | |
|---|---|---|---|---|

---

| SC ROWE JOBBER<br>PO BOX 489<br>PANAMA CITY, FL 32402 | Claim Number: 9325<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $47,779.46 | Scheduled: | $58,055.88 |
|---|---|---|---|---|

---

| SCALE CENTER<br>2900 W RUSSELL<br>SIOUX FALLS, SD 57107 | Claim Number: 6864<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $996.83 | Scheduled: | $945.08 |
|---|---|---|---|---|

---

| SCANA ENERGY MARKETING, INC.<br>DBA SCANA ENERGY<br>1426 MAIN STREET<br>BANKRUPTCY MC 130<br>COLUMBIA, SC 29201 | Claim Number: 10602<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $11,706.14 | Scheduled: | $11,920.20 UNLIQ |
|---|---|---|---|---|

---

| SCEP-QUEBEC<br>ATTN: RENAUD GAGNE, VICE-PRESIDENT<br>545, BOUL. CREMAZIE EST, BUREAU 1101<br>MONTREAL, QC H2M 2V1<br>CANADA | Claim Number: 13184<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| PRIORITY | Claimed: | $388,305.42 |
|---|---|---|
| UNSECURED | Claimed: | $1,546,312.69 |

---

| SCHAEFFER MANUFACTURING CO<br>PO BOX 790100<br>DEPT 3518<br>ST LOUIS, MO 63179-0100 | Claim Number: 5409<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $997.59 | Scheduled: | $986.40 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SCHAEFFER PRECISION ALIGNMENT, INC.
P.O. BOX 1042
ATLANTA, TX 75551

Claim Number: 2953
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $12,653.00 | Scheduled: | $12,653.00 |
|---|---|---|---|---|

SCHAFER, KATHY J
25 CAIN STREET
NEW LEBANON, OH 45345

Claim Number: 7223
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

SCHAFFHAUSEN, PAUL
8444 W. ROCKWOOD DRIVE
PEORIA, AZ 85382

Claim Number: 7746
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $647.59   UNLIQ | | |
|---|---|---|---|---|

SCHAFFHAUSEN, PAUL
8444 W. ROCKWOOD DRIVE
PEORIA, AZ 85382

Claim Number: 7996
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

SCHAWK CANADA INC.
1620 TECH AVENUE
MISSISSAUGA, ON L4W 5P4
CANADA

Claim Number: 8643
Claim Date: 07/22/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5768 (03/11/2010)
Claim out of balance

| UNSECURED | Claimed: | $8,203.82 | Scheduled: | $4,794.39 |
|---|---|---|---|---|

SCHAWK, INC.
ATTN: MARCIA CASSELL
3116 WEST AVENUE 32
LOS ANGELES, CA 90065-2317

Claim Number: 326
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $90,509.66 | Scheduled: | $91,568.33 |
|---|---|---|---|---|

SCHEETZ MARKETING, INC.
C/O CUPPS & GARRISON, LLC
35 E. GAY STREET, SUITE 402
COLUMBUS, OH 43215

Claim Number: 11130-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $14,060.48 | Scheduled: | $31,266.45 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SCHEETZ MARKETING, INC.
C/O CUPPS & GARRISON, LLC
35 E. GAY STREET, SUITE 402
COLUMBUS, OH 43215

Claim Number: 11130-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2407 (10/22/2009)

| ADMINISTRATIVE | Claimed: | $13,016.83 | | |
|---|---|---|---|---|

SCHENDEL PEST SERVICES CORP
1741 W. UNIVERSITY DRIVE  SUITE 151
TEMPE, AZ 85281

Claim Number: 7635
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $205.19 | Scheduled: | $1,993.95 |
|---|---|---|---|---|

SCHERLE, CHARLES
18 PIONEER DRIVE
MISSISSAUGA, ON L5M 1G9
CANADA

Claim Number: 12902
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $4,275.11 | | |
|---|---|---|---|---|

SCHIFFENHAUS CALIFORNIA LLC
TED W. HIGHT, III
40 TECHNOLOGY PARKWAY SOUTH
SUITE 300
NORCROSS, GA 30092

Claim Number: 11810
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7916 (06/08/2010)

| UNSECURED | Claimed: | $56,321.98 | | |
|---|---|---|---|---|

SCHIFFENHAUS CALIFORNIA LLC
TED W. HIGHT, III
40 TECHNOLOGY PARKWAY SOUTH
SUITE 300
NORCROSS, GA 30092

Claim Number: 11812
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7916 (06/08/2010)

| UNSECURED | Claimed: | $41,400.92 | Scheduled: | $413,876.52 |
|---|---|---|---|---|

SCHIFFENHAUS CANADA INC.
JEREMY W. RYAN & LUCIAN B. MURLEY
SAUL EWING LLP
222 DELAWARE AVENUE, SUITE 1200
WILMINGTON, DE 19899

Claim Number: 1320-01
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7916 (06/08/2010)

| UNSECURED | Claimed: | $1,413.19 | | |
|---|---|---|---|---|

SCHIFFENHAUS CANADA INC.
JEREMY W. RYAN & LUCIAN B. MURLEY
SAUL EWING LLP
222 DELAWARE AVENUE, SUITE 1200
WILMINGTON, DE 19899

Claim Number: 1320-02
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 6036 (03/19/2010)

| ADMINISTRATIVE | Claimed: | $172,674.51 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SCHIFFENHAUS CANADA INC.<br>TED W. HIGHT III<br>THOMPSON O'BRIEN KEMP & NASUTI, P.C.<br>40 TECHNOLOGY PARKWAY SOUTH, SUITE 300<br>NORCROSS, GA 30092 | | Claim Number: 11811-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7916 (06/08/2010) | | |
| UNSECURED | Claimed: | $138,746.62 | Scheduled: | $91,902.08 |

| | | | | |
|---|---|---|---|---|
| SCHIFFENHAUS CANADA INC.<br>TED W. HIGHT III<br>THOMPSON O'BRIEN KEMP & NASUTI, P.C.<br>40 TECHNOLOGY PARKWAY SOUTH, SUITE 300<br>NORCROSS, GA 30092 | | Claim Number: 11811-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 7916 (06/08/2010) | | |
| UNSECURED | Claimed: | $151,496.04 | Scheduled: | $151,496.04 |

| | | | | |
|---|---|---|---|---|
| SCHILL TRUCKING SERVICE<br>23824 COUNTY ROAD 7<br>SAINT CLOUD, MN 56301 | | Claim Number: 7116<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $8,983.64 | Scheduled: | $8,983.64 |

| | | | | |
|---|---|---|---|---|
| SCHIMMEL, MICHAEL DOUGLAS<br>390 SANDY ARCHERS DR.<br>QUITMAN, LA 71268 | | Claim Number: 10263<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00    UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| SCHINDLER, STELLA<br>63 EAST 83<br>NEW YORK, NY 10003 | | Claim Number: 9984<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $10,220.35 | | |

| | | | | |
|---|---|---|---|---|
| SCHLANKER, ARTIE<br>8107 WIKLE ROAD E.<br>BRENTWOOD, TN 37027 | | Claim Number: 6026<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00    UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| SCHMALL, RODNEY A<br>C/O CONRAD L. ZUBEL, ESQ.<br>PARSONS FARNELL & GREIN, LLP<br>1030 SW MORRISON STREET<br>PORTLAND, OR 97205 | | Claim Number: 9983<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00    UNDET | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SCHMALL, RODNEY A
C/O CONRAD L. ZUBEL, ESQ.
PARSONS FARNELL & GREIN, LLP
1030 SW MORRISON STREET
PORTLAND, OR 97205

Claim Number: 9985
Claim Date: 08/25/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00    UNDET |
|----------|----------|----------------|

---

SCHMIDT, ROBERT EDWARD JR.
P.O. BOX 945
HODGE, LA 71247

Claim Number: 10264
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00    UNLIQ |
|-----------|----------|----------------|

---

SCHMIDT, TIM A
EEOC-LOUISVILLE AREA OFFICE
ATTN: JOYCE ANDRIES
600 DR. MLK JR. PL, STE 268
LOUISVILLE, KY 40202

Claim Number: 9556
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $3,000.00    UNLIQ |
|-----------|----------|--------------------|

---

SCHMIDT, TIM A.
5671 CHESTNUT VIEW LN.
MILFORD, OH 45150

Claim Number: 8125
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $0.00    UNLIQ |
|-----------|----------|----------------|

---

SCHMITT, DONALD R
859 REGALWOOD LN
DE BARY, FL 32713

Claim Number: 7227
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00    UNLIQ |
|-----------|----------|----------------|

---

SCHNELL & HAUGEN SHOES
DBA: RED WING SHOES
1360 S. CLEVE./MASS. RD.
COPLEY, OH 44321

Claim Number: 3539
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
Duplicate of claim 3545

| UNSECURED | Claimed: | $160.81 |
|-----------|----------|---------|

---

SCHNELL & HAUGEN SHOES
DBA: RED WING SHOES
1360 S. CLEVE./MASS. RD.
COPLEY, OH 44321

Claim Number: 3545
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $160.81 |
|----------------|----------|---------|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SCHNELL, MOLLY B<br>15005 SE EAST AVE<br>MILWAUKIE, OR 97267 | | Claim Number: 5784<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $27,606.67 | | |
| SCHNITZER INVESTMENT CORP.<br>C/O GREG A. CHRISTIANSON<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVENUE, SUITE 4400<br>LOS ANGELES, CA 90071 | | Claim Number: 11382<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8940 (02/16/2011) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| SCHNITZER INVESTMENT CORP.<br>C/O GREG A. CHRISTIANSON<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVENUE, SUITE 4400<br>LOS ANGELES, CA 90071 | | Claim Number: 11383<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8940 (02/16/2011) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| SCHNITZER STEEL INDUSTRIES, INC.<br>C/O GREG A. CHRISTIANSON<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVENUE, SUITE 4400<br>LOS ANGELES, CA 90071 | | Claim Number: 11381<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8940 (02/16/2011) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| SCHNITZER STEEL INDUSTRIES, INC.<br>C/O GREG A. CHRISTIANSON<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVENUE, SUITE 4400<br>LOS ANGELES, CA 90071 | | Claim Number: 11384<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8940 (02/16/2011) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| SCHOCK TRANSFER CO INC<br>801 ARMOURDALE PARKWAY<br>KANSAS CITY, KS 66105 | | Claim Number: 4918<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $6,460.95 | Scheduled: | $6,460.95 |
| SCHOONOVER, DIANE J<br>305 SOUTH WASHINGTON STREET<br>ABINGTON, IL 61410 | | Claim Number: 7846<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SCHORN, MARY K.<br>3686 WILLBROOK CT<br>EAGAN, MN 55123 | Claim Number: 10624<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $0.00  UNLIQ |

---

| SCHRIMP, THOMAS F<br>117 HILLSIDE DRIVE<br>WILLIAMSPORT, PA 17702 | Claim Number: 9355<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |

| UNSECURED | Claimed: | $8,697.64 | Scheduled: | $8,697.64  UNLIQ |

---

| SCHULTE HARDWARE & SUPPLY INC<br>7204 NATURAL BRIDGE<br>NORMANDY, MO 63121 | Claim Number: 4446<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $801.08 | Scheduled: | $801.08 |

---

| SCHULTZ FLUID HANDLING EQUIPMENT, INC.<br>13232 ENTERPRISE AVE.<br>CLEVELAND, OH 44135 | Claim Number: 3303<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |

| UNSECURED | Claimed: | $6,110.76 | Scheduled: | $6,104.46 |

---

| SCHULZE, FRANK<br>135 RICK ROAD<br>MILFORD, NJ 08848 | Claim Number: 7375<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| SCHULZE, FRANK R.<br>135 RICK ROAD<br>ATTN: DORIS SCHULZE<br>MILFORD, NJ 08848 | Claim Number: 9037<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| SECURED | Claimed: | $0.00  UNLIQ |

---

| SCHUMANN PACKAGING EQUIP, INC<br>PO BOX 783<br>BROOKFIELD, WI 53008-0783 | Claim Number: 118<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $2,673.72 | Scheduled: | $2,673.72 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SCHUTTE & KOERTING ACQ. COMPANY<br>2510 METROPOLITAN DRIVE<br>TREVOSE, PA 19053 | Claim Number: 560<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $16,011.05  UNLIQ | Scheduled: | $16,011.05 |
|---|---|---|---|---|

| SCHUYLER RUBBER CO.<br>16901 WOOD-RED ROAD<br>WOODINVILLE, WA 98072 | Claim Number: 2892<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,573.27 |
|---|---|---|

| SCHWAGEL DISTRIBUTING, INC<br>1106 LINCOLN AVE<br>SAUK RAPIDS, MN 56379 | Claim Number: 14105<br>Claim Date: 08/13/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8661 (10/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $16,616.57 |
|---|---|---|
| UNSECURED | Claimed: | $8,571.14 |

| SCHWOTZER, CARL<br>90 S 2ND ST. PAGE PARK<br>FT MYERS, FL 33907 | Claim Number: 8105<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $111,720.00 |
|---|---|---|

| SCIENTIFIC & ENVIOR ASSOCIATES INC<br>325 MADSON AVENUE<br>CAPE CHARLES, VA 23310 | Claim Number: 4284<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| PRIORITY | Claimed: | $10,575.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,575.00 | Scheduled: | $10,575.00 |
| TOTAL | Claimed: | $10,575.00 | | |

| SCIENTIFIC & ENVIRONMENTAL ASSOCIATES,<br>INC. (SEA, INC.)<br>325 MASON AVE<br>ATTN: GRACE THOMPSON/ANN HAYWARD WALKER<br>CAPE CHARLES, VA 23310 | Claim Number: 12345<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| PRIORITY | Claimed: | $10,575.00 |
|---|---|---|

| SCIENTIFIC CONTROL LABORATORIES<br>3158 S. KOLIN AVE.<br>CHICAGO, IL 60623 | Claim Number: 12245<br>Claim Date: 09/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $250.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SCIERIE GAUTHIER LTEE
ATTN: DANIEL GAUTHIER
7700 CHEMIN DE LA BATTURE
LA BAIE, QC G7B 3P6
CANADA

Claim Number: 13172
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 7189 (04/22/2010)

| UNSECURED | Claimed: | $48,738.77 | Scheduled: | $46,980.03 |

---

SCIERIE LEDUC - DIVISION STADACONA SEC
1092, AVENUE LAPIERRE - BUREAU 220
QUEBEC, QC G3E 1Z3
CANADA

Claim Number: 13123
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $8,405.34 |

---

SCIERIE LEDUC - DIVISION STADACONA SEC
ATTN: MARC BARBEAU
1092 AVENUE LAPIERRE - BUREAU 220
QUEBEC, QC G3E 1Z3
CANADA

Claim Number: 13124
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $8,405.34 |

---

SCLAFANI, SAM
14868 SPRINGFORD DR
LA MARADA, CA 90638

Claim Number: 12132
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| SECURED | Claimed: | $329,344.22 |

---

SCLAFANI, SAM
14868 SPRINGFORD DRIVE
LA MIRADA, CA 90638

Claim Number: 13264
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| SECURED | Claimed: | $329,344.22 |

---

SCM CORRUGATING MACHINERY
619 SILVER ST. PO BOX 405
AGAWAM, MA 01001-0405

Claim Number: 1821
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| SECURED | Claimed: | $39,735.15 |

---

SCOTT EQUIPMENTS COMPANY, LLC
PO BOX 4948
MONROE, LA 71211-4948

Claim Number: 3266
Claim Date: 06/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $1,082.84 | Scheduled: | $865.09 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SCOTT PALLETS INC<br>PO BOX 657<br>AMELIA, VA 23002 | Claim Number: 6729<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,484.40 | Scheduled: | $16,968.80 UNLIQ |

| SCOTT'S TRUCKING<br>PO BOX 15489<br>FERNANDINA BEACH, FL 32035 | Claim Number: 9090<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $198,517.38 | Scheduled: | $13,419.13 |

| SCOTT, MARY ARDELLE<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 12956<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | |
| UNSECURED | Claimed: | $113,475.50 | Scheduled: | $113,506.45 |

| SCOTT, RICHARD L.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | Claim Number: 11842<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | |

| SCOTT, STEVEN L.<br>11362 HWY 501<br>SALINE, LA 71070 | Claim Number: 10326<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | |

| SCOTT, SUZANNE<br>C/O CHRISTINE R. ARNOLD, ESQ.<br>HOLLINS SCHECHTER<br>1851 EAST FIRST STREET, 6TH FLOOR<br>SANTA ANA, CA 92705 | Claim Number: 2074<br>Claim Date: 04/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $16,175.28 | |

| SCOTTS MOWING & SNOW REMOVAL<br>121 FINCHAM WAY<br>TOWANDA, IL 61776 | Claim Number: 10918<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,979.00 | Scheduled: | $4,979.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SCOTTS PRESSURE WASH<br>BOX 257, 16 MIDLAKE BLVD SE<br>CALGARY, AB T2X 2X7<br>CANADA | Claim Number: 1046<br>Claim Date: 03/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $2,287.59 | | |
|---|---|---|---|---|

---

| SCOTTS PRESSURE WASH<br>BOX 257, 16 MIDLAKE BLVD SE<br>CALGARY, AB T2X 2X7<br>CANADA | Claim Number: 1047<br>Claim Date: 03/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $4,158.03 | | |
|---|---|---|---|---|

---

| SCOTTS PRESSURE WASH<br>ATTN: KAREN ROKOSH<br>BOX 257, 16 MIDLAKE BLVD SE<br>CALGARY, AB T2X 2X7<br>CANADA | Claim Number: 6717<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $5,312.86 | | |
|---|---|---|---|---|

---

| SCOTTS PRESSURE WASH<br>KAREN ROKOSH / PAUL HORSKY<br>BOX 257, 16 MIDLAKE BLVD SE<br>CALGARY, AB T2X 2X7<br>CANADA | Claim Number: 8754<br>Claim Date: 06/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $5,312.86 | | |
|---|---|---|---|---|

---

| SCOTTSBORO FOREST PRODUCTS INC<br>PO BOX 176<br>SCOTTSBORO, AL 35768 | Claim Number: 7852<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $13,258.15 | Scheduled: | $28,651.63 UNLIQ |
|---|---|---|---|---|

---

| SCOTTSBORO FOREST PRODUCTS INC.<br>P.O. BOX 176<br>SCOTTSBORO, AL 35768 | Claim Number: 743<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $28,651.63 | | |
|---|---|---|---|---|

---

| SCOTTSDALE DISTRIBUTING<br>2460 SENECA STREET<br>WEST SENECA, NY 14210 | Claim Number: 3987<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $143.10 | Scheduled: | $143.10 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SCP INVESTMENTS INC<br>PO BOX 82<br>CRAB ORCHARD, TN 37723 | | Claim Number: 5390<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $21,123.77 | | |

| | | | | |
|---|---|---|---|---|
| SCP INVESTMENTS INC<br>PO BOX 82<br>CRAB ORCHARD, TN 37723 | | Claim Number: 5391<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $21,123.77 | Scheduled: | $21,123.77 |

| | | | | |
|---|---|---|---|---|
| SCRIBA ENTERPRISES, INC.<br>ATTN:  RALPH SCRIBA<br>35 MALAGA COVE PLAZA<br>PALOS VERDES ESTATES, CA 90274 | | Claim Number: 6743<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
| UNSECURED | Claimed: | $302,772.24 | | |

| | | | | |
|---|---|---|---|---|
| SCRUGGS, GREGORY E<br>2013 SPRING CREEK ROAD<br>CULLEN, VA 23934 | | Claim Number: 6539<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | |
| UNSECURED | Claimed: | $3,501.89 | Scheduled: | $8,501.89  UNLIQ |

| | | | | |
|---|---|---|---|---|
| SCRUGGS, GREGORY ELDER<br>2013 SPRING CREEK RD<br>CULLEN, VA 23934 | | Claim Number: 6721<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $8,501.89 | | |

| | | | | |
|---|---|---|---|---|
| SCRUGGS, GREGORY ELDER<br>2013 SPRING CREEK RD<br>CULLEN, VA 23934 | | Claim Number: 8737<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $8,501.89 | | |

| | | | | |
|---|---|---|---|---|
| SCS LANDSCAPE SERVICE<br>1000 SINGLEY DR<br>LOCUST GROVE, GA 30248 | | Claim Number: 6560<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $2,440.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SCS LANDSCAPE SERVICE, INC.
1000 SINGLEY DR.
LOCUST GROVE, GA 30248

Claim Number: 2047
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,330.50 | Scheduled: | $2,440.00 |

---

SCUDIERI, SHEILA K
13125 PASS ME BY RD
STRASBURG, CO 80136-8907

Claim Number: 7994
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $7,301.00 | UNLIQ |
| UNSECURED | Claimed: | $7,301.00 | UNLIQ |
| TOTAL | Claimed: | $7,301.00 | UNLIQ |

---

SD MASONRY LLC
W6890 EDWARD DRIVE
MERRILL, WI 54452

Claim Number: 11031
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
Claim out of balance

| | | |
|---|---|---|
| UNSECURED | Claimed: | $33,768.16 |

---

SDI/KERKIM INC.
7825 PARHAM LANDING ROAD
WEST POINT, VA 23181

Claim Number: 2890
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,655.72 | Scheduled: | $7,599.56 |

---

SEA CONSULTING
MICHAEL P. COTTER, ESQ.
VANDEVENTER BLACK LLP
101 W. MAIN ST., STE 500
NORFOLK, VA 23510

Claim Number: 2688
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,575.00 |

---

SEA STAR LINES LLC
10550 DEERWOOD PARK BOULEVARD,
SUITE 509
JACKSONVILLE, FL 32256

Claim Number: 268
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $103,200.00 | Scheduled: | $127,280.00 |

---

SEABOARD ENVELOPE COMPANY INC.
15601 CYPRESS ST
P.O.BOX 2225
IRWINDALE, CA 91706

Claim Number: 8266
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,428.45 | Scheduled: | $4,428.45 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SEAGER, ROBERT W
339 HWY # 8
APT 107
STONEY CREEK, ON L8G 1E7
CANADA

Claim Number: 12804
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $1,841.13 | | |
|---|---|---|---|---|

SEAPORT GROUP LLC
TRANSFEROR: AIRGAS SPECIALTY PRODUCTS, I
ATTN: JONATHAN SILVERMAN, ESQ.
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 599-01
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8127 (06/23/2010)

| UNSECURED | Claimed: | $305.00 | Scheduled: | $117,987.24 |
|---|---|---|---|---|

SEAPORT GROUP LLC
TRANSFEROR: AIRGAS SPECIALTY PRODUCTS, I
ATTN: JONATHAN SILVERMAN, ESQ.
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 599-02
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8127 (06/23/2010)

| ADMINISTRATIVE | Claimed: | $24,501.23 | | |
|---|---|---|---|---|

SEAPORT GROUP LLC
TRANSFEROR:ROOF MASTERS OF NORTH AMERICA
ATTN: JONATHAN SILVERMAN, ESQ.
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 2460
Claim Date: 04/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8127 (06/23/2010)

| UNSECURED | Claimed: | $235,563.07 | Scheduled: | $235,563.07 |
|---|---|---|---|---|

SEAPORT GROUP LLC, THE
TRANSFEROR: CREECH BROTHERS TRUCK
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 4692
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8127 (06/23/2010)

| UNSECURED | Claimed: | $23,550.00 | Scheduled: | $22,950.00 |
|---|---|---|---|---|

SEARCY, MILDRED W
309 STONE HEATH COURT
NASHVILLE, TN 37211

Claim Number: 6018
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

SEARER BUSINESS TECHNOLOGY
1315 WALNUT STREET
STE 817
PHILADELPHIA, PA 19107

Claim Number: 3352
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $1,920.55 | Scheduled: | $9,000.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SEASIDE PAPER PRODUCTS LTD<br>9999 RIVER WAY<br>DELTA, BC V4G 1M8<br>CANADA | Claim Number: 8354<br>Claim Date: 07/13/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD. |
|---|---|

| UNSECURED | Claimed: | $103.23 | Scheduled: | $100.96 |
|---|---|---|---|---|

| SEATTLE BINDERY<br>6540 S GLACIER STREET  STE 120<br>SEATTLE, WA 98188 | Claim Number: 5182<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $355.00  UNDET | Scheduled: | $121.00 |
|---|---|---|---|---|

| SEAWAY EXPRESS INC.<br>605 BOUNDARY ROAD<br>CORNWALL, ON K6H 6K8<br>CANADA | Claim Number: 8307<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $5,315.58 | Scheduled: | $5,308.80 |
|---|---|---|---|---|

| SEBASTIAN COUNTY TAX COLLECTOR<br>P. O. BOX 1358<br>FORT SMITH, AR 72902 | Claim Number: 4581<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| PRIORITY | Claimed: | $10,291.58 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| SEBASTIAN COUNTY TAX COLLECTOR<br>P O BOX 1358<br>FORT SMITH, AR 72902 | Claim Number: 13862<br>Claim Date: 03/04/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| PRIORITY | Claimed: | $1,763.89 |
|---|---|---|
| UNSECURED | Claimed: | $12,797.61 |

| SEBRIGHT PRODUCTS INC<br>127 NORTH WATER STREET<br>PO BOX 296<br>HOPKINS, MI 49328 | Claim Number: 9588<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,727.84 | Scheduled: | $152.42 |
|---|---|---|---|---|

| SEBRING, PAUL H<br>1406 EAST BLVD<br>ALPHA, NJ 08865 | Claim Number: 7690<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SEBRING, PAUL H.<br>ATTN: JEANETTE SEBRING<br>1406 EAST BLVD.<br>ALPHA, NJ 08865 | | Claim Number: 12702<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| SECURED | Claimed: | $148.11   UNLIQ | | |
| SEC ELECTRICAL, INC.<br>100-H MESSINA DR<br>BRAINTREE, MA 02184 | | Claim Number: 3583<br>Claim Date: 07/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $6,194.96 | Scheduled: | $6,194.96 |
| SECURITAS SECURITY SERVICES USA<br>2 CAMPUS DR<br>PARSIPPANY, NJ 07950 | | Claim Number: 13756<br>Claim Date: 01/08/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $325,914.27 | | |
| SECURITAS SECURITY SERVICES USA<br>2 CAMPUS DR<br>PARSIPPANY, NJ 07950 | | Claim Number: 13773<br>Claim Date: 01/22/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $325,914.27 | | |
| SECURITY FORCES, INC.<br>PO BOX 36607<br>CHARLOTTE, NC 28236 | | Claim Number: 3316<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $26,336.03 | Scheduled: | $23,424.28 |
| SECURITY SHREDDING<br>4525 MEADOW LANE<br>REDDING, CA 96001 | | Claim Number: 5138<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $716.00 | Scheduled: | $716.00 |
| SEECO INC<br>920 SALEM GLEN COURT<br>CLEMMONS, NC 27012 | | Claim Number: 4078<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) | | |
| UNSECURED | Claimed: | $965.83 | Scheduled: | $2,229.72 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| SEIFERT, JERRY W<br>30505 S FRAP LANE<br>MOLALLA, OR 97038 | | Claim Number: 6886<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| SELDON, JOAN<br>32711 WOODHILL LANE<br>COARSEGOLD, CA 93614 | | Claim Number: 6514<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| SECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| | | |
|---|---|---|
| SELECT DAILY TRANSPORT<br>DIV. DE TRANSPORT TF1 5, S.E.C.<br>ATTN: DANIEL HACHEY<br>6700 CH. ST-FRANCOIS<br>ST-LAURENT, QC H4S 1B7<br>CANADA | | Claim Number: 8467<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010) |

| UNSECURED | Claimed: | $247.17 |
|---|---|---|

---

| | | |
|---|---|---|
| SELECT METALS CORP<br>PO BOX 1245<br>ELMHURST, IL 60126 | | Claim Number: 5200<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |

| UNSECURED | Claimed: | $2,053.20 |
|---|---|---|

---

| | | |
|---|---|---|
| SELECT METALS CORP<br>PO BOX 1245<br>ELMHURST, IL 60126 | | Claim Number: 5201<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $2,053.20 | Scheduled: | $2,053.20 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| SELECT/DAILY<br>DIV. DE TRANSPORT TFI 5, S.E.C.<br>6700 CH. ST-FRANCOIS<br>ST-LAURENT, QC H4S 1B7<br>CANADA | | Claim Number: 2910<br>Claim Date: 05/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| SELECTCOMM INC<br>14476 DUVAL PLACE WEST<br>SUITE 111<br>JACKSONVILLE, FL 32218 | | Claim Number: 6755<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $3,347.06 | Scheduled: | $3,347.06 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| SELECTIVE STAFFING SOLUTIONS<br>ATTN: MICHELLE ALBERTS<br>100 COLLEGE PARKWAY<br>SUITE 155<br>WILLIAMSVILLE, NY 14221 | | Claim Number: 7860<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,535.88 | | |
| SELIG ENTERPRISES, INC.<br>ATTN: WILLIAM J. DAWKINS, ESQUIRE<br>GA BAR NO: 213475<br>1100 SPRING STREET NW, SUITE 550<br>ATLANTA, GA 30309-2848 | | Claim Number: 4568<br>Claim Date: 07/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | |
| UNSECURED | Claimed: | $323,205.61 | Scheduled: | $53,469.49 |
| SELLA, GEORGE J. JR.<br>P.O. BOX 397<br>NEWTON, NJ 07860-0397 | | Claim Number: 11478<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| SECURED | Claimed: | $46,110.00 | | |
| SELLA, GEORGE J. JR. TTEE<br>DEF BEN KEUGH PLAN<br>P.O. BOX 397<br>NEWTON, NJ 07860 | | Claim Number: 11479<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| SECURED | Claimed: | $41,370.00 | | |
| SELLERS EQUIPMENT INC<br>PO BOX 1940<br>SALINA, KS 67402-1940 | | Claim Number: 4012<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $6,158.82 | Scheduled: | $5,967.65 |
| SELLHORN, WILLIAM J.<br>202-252, 4TH STREET SE<br>MEDICINE HAT, AB T1A 0K1<br>CANADA | | Claim Number: 7128<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| SEMASYS<br>PO BOX 201775<br>HOUSTON, TX 77216 | | Claim Number: 5555<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $20,232.68 | Scheduled: | $20,633.78 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SEMCO ENERGY, INC.<br>MILLER CANFIELD PADDOCK & STONE, PLC<br>MARC N. SWANSON<br>150 WEST JEFFERSON, SUITE 2500<br>DETROIT, MI 48226 | Claim Number: 2354-01<br>Claim Date: 04/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $18,886.52 | | |
|---|---|---|---|---|

| SEMCO ENERGY, INC.<br>MILLER CANFIELD PADDOCK & STONE, PLC<br>MARC N. SWANSON<br>150 WEST JEFFERSON, SUITE 2500<br>DETROIT, MI 48226 | Claim Number: 2354-02<br>Claim Date: 04/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $62,708.60 | | |
|---|---|---|---|---|

| SEMCO ENERGY, INC.<br>C/O MILLER CANFIELD PADDOCK & STONE, PLC<br>MARC N. SWANSON<br>150 WEST JEFFERSON, SUITE 2500<br>DETROIT, MI 48226 | Claim Number: 3143<br>Claim Date: 05/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $250,474.35 | Scheduled: | $314,479.49 |
|---|---|---|---|---|

| SEMCO ENERGY, INC.<br>MILLER CANFIELD PADDOCK & STONE, PLC<br>MARC N. SWANSON<br>150 WEST JEFFERSON AVE., SUITE 2500<br>DETROIT, MI 48226 | Claim Number: 3144<br>Claim Date: 05/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $332,069.47 | | |
|---|---|---|---|---|

| SEMCO ENERGY, INC.<br>MILLER CANFIELD PADDOCK & STONE, PLC<br>MARC N. SWANSON<br>150 WEST JEFFERSON, SUITE 2500<br>DETROIT, MI 48226 | Claim Number: 3150<br>Claim Date: 05/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $81,595.12 | | |
|---|---|---|---|---|

| SEMINOLE ENERGY SERVICES LLC<br>1323 E. 71ST ST STE 300<br>TULSA, OK 74136 | Claim Number: 2099<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $138,134.90 | Scheduled: | $129,906.03 |
|---|---|---|---|---|

| SEMINOLE METAL FINISHING INC<br>967 EXPLORER COVE<br>ALTAMONTE SPRINGS, FL 32701 | Claim Number: 5866<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $9,834.35 | Scheduled: | $8,314.60 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SEMMATERIALS, LP | | Claim Number: 2254 |
|---|---|---|
| C/O ANDREW R. TURNER | | Claim Date: 04/17/2009 |
| CONNER & WINTERS, LLP | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 4000 ONE WILLIAMS CENTER | | Comments: EXPUNGED |
| TULSA, OK 74172-0148 | | DOCKET: 2760 (11/16/2009) |

| ADMINISTRATIVE | Claimed: | $289,377.51 | | |
|---|---|---|---|---|

---

| SEMMATERIALS, LP | | Claim Number: 2442 |
|---|---|---|
| C/O IAN CONNER BIFFERATO & KEVIN CONNERS | | Claim Date: 04/24/2009 |
| BIFFERATO LLC | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 800 NORTH KING STREET, 1ST FLOOR | | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | | DOCKET: 2760 (11/16/2009) |

| ADMINISTRATIVE | Claimed: | $289,377.51 | | |
|---|---|---|---|---|

---

| SEMMES BOWEN AND SEMMES ATTORNEYS | | Claim Number: 3779 |
|---|---|---|
| 25 SOUTH CHARLES STREET | | Claim Date: 07/06/2009 |
| BALTIMORE, MD 21201 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $2,708.26 | Scheduled: | $2,708.26 |
|---|---|---|---|---|

---

| SENECA STEEL ERECTORS, INC | | Claim Number: 2920 |
|---|---|---|
| 975 E. MAIN ST | | Claim Date: 05/13/2009 |
| LOGAN, OH 43138-1743 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | | Comments: DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $218,435.00 | Scheduled: | $220,551.25 |
|---|---|---|---|---|

---

| SENSIA HEALTHCARE, INC. | | Claim Number: 1603 |
|---|---|---|
| 11414 W. PARK PLACE, STE 100 | | Claim Date: 03/19/2009 |
| MILWAUKEE, WI 53224 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | | Comments: DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $17,416.30 | Scheduled: | $16,591.30 |
|---|---|---|---|---|

---

| SENSMEIER AND SONS OIL | | Claim Number: 8075 |
|---|---|---|
| 375 NORTH MAIN STREET | | Claim Date: 08/17/2009 |
| MANSFIELD, OH 44902 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $819.55 | Scheduled: | $851.50 |
|---|---|---|---|---|

---

| SENTRY ENGRAVING OF CEN FLA | | Claim Number: 5429 |
|---|---|---|
| 1313 28TH STREET | | Claim Date: 07/16/2009 |
| ORLANDO, FL 32805 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | | Comments: ALLOWED |
| | | DOCKET: 1354 (08/03/2009) |

| ADMINISTRATIVE | Claimed: | $15.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $67.50 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SEQUACHEE VALLEY ELECTRIC<br>PO BOX 31<br>SOUTH PITTSBURG, TN 37380-0031 | Claim Number: 4461<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,330.97 | Scheduled: | $1,350.75 |

---

| SEQUACHEE VALLEY ELECTRIC COOPERATIVE<br>PO BOX 31<br>SOUTH PITTSBURG, TN 37380-0031 | Claim Number: 1604<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $1,520.87 |

---

| SEQUATCHIE CONCRETE SERVICE<br>PO BOX 129<br>SOUTH PITTSBURG, TN 37380-0129 | Claim Number: 6328<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $434.94 | Scheduled: | $399.00 |

---

| SERRURE OUTAOUAIS INC<br>355 BOUL GREBER<br>GATINEAU, QC J8T 6H8<br>CANADA | Claim Number: 12139<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,456.42 | Scheduled: | $6,056.88 |

---

| SERVICE D'IMPARTITION INDUSTRIEL INC.<br>ATTN: DENISE ST-PIERRE<br>2300, RUE JULES VACHON<br>TROIS-RIVIERES, QC G9A 5E1<br>CANADA | Claim Number: 12588<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>Claim is out of balance. Claim out of balance | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,967.56 | | |
| UNSECURED | Claimed: | $1,967.56 | Scheduled: | $1,179.64 |
| TOTAL | Claimed: | $1,967.56 | | |

---

| SERVICE DE CAFE VAN HOUTTE SEC<br>ATTN: MARCO COTE<br>8215 17 IEME AVENUE<br>MONTREAL, QC H1Z 4J9<br>CANADA | Claim Number: 8458<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $233.70 | Scheduled: | $230.95 |

---

| SERVICE DE NETTOYAGE INDL<br>9017-7247 QUEBEC INC<br>31 ROBERVAL<br>LA TUQUE, QC G9X 1A6<br>CANADA | Claim Number: 8627<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $87,657.34 | Scheduled: | $87,657.34 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SERVICE DE PNEUS LA TUQUE INC.<br>ATTN: M. ERIC BOUCHARD<br>1000 BOULEVARD DUCHARME<br>LA TUQUE, QC G9X 3C4<br>CANADA | Claim Number: 13217<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $6,233.84 | Scheduled: | $5,508.90 |
|---|---|---|---|---|

| SERVICE FIRST<br>26 COOK STREET<br>WEST SPRINGFIELD, MA 01089 | Claim Number: 5775<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,493.57 | Scheduled: | $3,493.57 |
|---|---|---|---|---|

| SERVICE FIRST, INC.<br>26 COOK STREET<br>WEST SPRINGFIELD, MA 01089 | Claim Number: 1419<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $3,493.57 |
|---|---|---|

| SERVICE FREIGHT SYSTEMS INC.<br>2201 BRANT STREET, UNITS 111, 112<br>BURLINGTON, ON L7P 3N8<br>CANADA | Claim Number: 2143<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| SERVICE FREIGHT SYSTEMS INC.<br>2201 BRANT STREET, UNITS 111 & 112<br>BURLINGTON, ON L7P 3N8<br>CANADA | Claim Number: 3618<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>Amends claim 2143 |
|---|---|

| UNSECURED | Claimed: | $416.84 | Scheduled: | $403.81 |
|---|---|---|---|---|

| SERVICE HOUSE DIV.<br>JIM HOUSE & ASSOCIATES, INC<br>PO BOX 320129<br>BIRMINGHAM, AL 35232 | Claim Number: 2207<br>Claim Date: 04/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $13,227.00 | Scheduled: | $13,227.00 |
|---|---|---|---|---|

| SERVICE MACHINE AND WELDING COMPANY, INC<br>C/O MARVIN ALAN ROSMAN, ESQ.<br>MARVIN ALAN ROSMAN & ASSOCIATES, PLC.<br>4912 W. BROAD STREET, P.O. BOX 6964<br>RICHMOND, VA 23230-0964 | Claim Number: 5360<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $27,474.00 | Scheduled: | $27,474.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SERVICE MASTER PROFESSIONAL
JANITORIAL SERVICES
PO BOX 234
WATERFORD, CT 06385

Claim Number: 1741
Claim Date: 03/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7553 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,661.86 | Scheduled: | $7,661.42 |

SERVICE MOTOR COMPANY, INC.
PO BOX 38
160 MAIN STREET
PAMPLICO, SC 29583

Claim Number: 2182
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,683.88 | Scheduled: | $1,027.75 |

SERVICE MULTI PRO JET ENR
ATTN: NATHALIE OR ERIC LEBLANC
561 RUE BOURASSA
LA TUQUE, QC G9X 0A1
CANADA

Claim Number: 12907
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET 8758 (11/15/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,021.93 | Scheduled: | $12,307.57 |

SERVICE OIL CO. INC.
107 LAKE ST.
BAKERSFIELD, CA 93305

Claim Number: 5857-01
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $52.77 | Scheduled: | $105.54 |

SERVICE OIL CO. INC.
107 LAKE ST.
BAKERSFIELD, CA 93305

Claim Number: 5857-02
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 2032 (09/24/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $52.77 |

SERVICE PAK, INC.
14740 W 101 TER
LENEXA, KS 66215

Claim Number: 2703
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32,796.74 | Scheduled: | $39,962.69 |

SERVICE PUMPING & DRAIN CO INC
5 HALLBERG PARK
NORTH READING, MA 01864

Claim Number: 3887
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 6649 (04/07/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $825.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SERVICE RL<br>981 ST PIERRE<br>HEROUXVILLE, QC G0X 1J0<br>CANADA | Claim Number: 8873<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $71,166.37 |
|---|---|---|---|---|

| SERVICES INDUSTRIES RENFORT INC.<br>11465 4TH AVE.<br>MONTREAL, QC H1E 2Y8<br>CANADA | Claim Number: 12741<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $439.97 |
|---|---|---|

| SERVICES SANITAIRES D. BLANCHETTE ENR<br>ATTN: FRANCINE BEAULIEU<br>388 RUE KITCHENER<br>LA TUQUE, QC G9X 2K6<br>CANADA | Claim Number: 8466<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $3,105.74 |
|---|---|---|

| SERVICES SEL PRO<br>CASE POSTALE 11321<br>MONTREAL, QC H3C 5H1<br>CANADA | Claim Number: 13501<br>Claim Date: 09/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $7,346.25 | Scheduled: | $7,367.10 |
|---|---|---|---|---|

| SERVICES TECHNIQUES PROSS<br>C P 3075 SUCC LAPIERRE<br>LA SALLE, QC H8N 3H2<br>CANADA | Claim Number: 9096<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>Claim is for 2061.94 Canadian Dollars |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,669.45 |

| SERVICES UNLIMITED<br>PO BOX 15027<br>FLORENCE, SC 29506-0027 | Claim Number: 721<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $43,837.98 |
|---|---|---|

| SESI<br>P.O. BOX 207<br>QUINTON, VA 23141 | Claim Number: 3009<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $69,981.74 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SESSIONS, ROBIN LEE<br>173 SESSIONS RD.<br>JONESBORO, LA 71251 | | Claim Number: 10265<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| SET RITE CORP<br>PO BOX 988<br>LEVITTOWN, PA 19058 | | Claim Number: 12556<br>Claim Date: 09/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,077.00 | Scheduled: | $1,745.00 |

---

| | | | | |
|---|---|---|---|---|
| SET RITE CORP.<br>P.O. BOX 988<br>1611 MANNING BLVD.<br>LEVITTOWN, PA 19058 | | Claim Number: 6552<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $2,077.00 | | |

---

| | | | | |
|---|---|---|---|---|
| SETCO<br>PO BOX 809<br>IDABEL, OK 74745 | | Claim Number: 5770<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $2,565.06 | Scheduled: | $2,565.06 |

---

| | | | | |
|---|---|---|---|---|
| SETZERS & CO INC.<br>7660 PHILIPS HWY. STE. 20<br>JACKSONVILLE, FL 32256 | | Claim Number: 2795<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $33.25 | Scheduled: | $33.00 |

---

| | | | | |
|---|---|---|---|---|
| SEVEN O'S (DBA RESTERAUNT @ KING RANCH)<br>PO BOX 614<br>FRENCHTOWN, MT 59834 | | Claim Number: 3582<br>Claim Date: 07/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $475.00 | Scheduled: | $475.00 |

---

| | | | | |
|---|---|---|---|---|
| SEVERN TRENT WATER PURFICATION INC.<br>PO BOX 7777 W2090<br>PHILADELPHIA, PA 19175-2090 | | Claim Number: 5314<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $208.51 | Scheduled: | $208.51 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| | | | | |
|---|---|---|---|---|
| SEVISON, JAY E<br>15299 ROCK CREEK RD., P.O. BOX<br>SHASTA, CA 96087 | | Claim Number: 7236<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | |
| SEVISON, JAY E<br>PO 339<br>SHASTA, CA 96087 | | Claim Number: 7246<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | |
| SEWARD LUMBER CO<br>PO BOX 398<br>CLAREMONT, VA 23899 | | Claim Number: 3772<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $827.82 | Scheduled: | $827.82 |
| SEWARD TRUCKING INC<br>PO BOX 461<br>CLAREMONT, VA 23899 | | Claim Number: 5650<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $1,699.68 | Scheduled: | $1,699.68 |
| SEWARD TRUCKING INC<br>PO BOX 461<br>CLAREMONT, VA 23899 | | Claim Number: 5651<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,699.68 | | |
| SEXTON & PEAKE INC<br>9687 GERWIG LANE<br>COLUMBIA, MD 21046 | | Claim Number: 6272<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $597.68 | Scheduled: | $597.68 |
| SEYMOUR SMITH ELECTRIC<br>4380 HARVESTER ROAD<br>BURLINGTON, ON L7L 4X2<br>CANADA | | Claim Number: 8898<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $848.98 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SF ANALYTICAL LABORATORIES<br>2345 S 170TH STREET<br>NEW BERLIN, WI 53151 | Claim Number: 3853<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |

| UNSECURED | Claimed: | $610.00 | | |

---

| SFI ELECTRONICS INC<br>PO BOX 11275<br>CHARLOTTE, NC 28220 | Claim Number: 3719<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $534.75 | Scheduled: | $534.75 |

---

| SFK PATE S.E.N.C.<br>ATTN: EMMANUELLE LAMARRE-CLICHE<br>4000 CHEMIN ST-EUSEBE<br>SAINT-FELICIEN, QC G8K 2R6<br>CANADA | Claim Number: 12958<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |

| UNSECURED | Claimed: | $48,737.52 | Scheduled: | $48,220.35 |

---

| SG AURORA MASTER FUND L.P.<br>TRANSFEROR: JEFFERIES LEVERAGED CREDIT P<br>ATTN: MICHAEL ROLNICK<br>825 THIRD AVENUE, 34TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 2229-01<br>Claim Date: 04/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7011 (04/15/2010) |

| UNSECURED | Claimed: | $636,574.75 | Scheduled: | $836,670.08 UNLIQ |

---

| SGS CANADA INC<br>6490 VIPOND DRIVE<br>MISSISSAUGA, ON L5T 1W8<br>CANADA | Claim Number: 8357<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |

| UNSECURED | Claimed: | $13,730.25 | Scheduled: | $14,231.07 |

---

| SGW TELEPROMPTER SOLUTIONS INC<br>844 SOUTH 8TH AVENUE<br>LAGRANGE, IL 60525-2949 | Claim Number: 7628<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $450.00 | Scheduled: | $450.00 |

---

| SHAFF, VICTOR J<br>6575 DOLPHIN CIRCLE EAST<br>FLORISSANT, MO 63033 | Claim Number: 4772<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $0.00 UNLIQ | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SHAMROCK HOSE & FITTINGS<br>1771 IVANHOE RD<br>CLEVELAND, OH 44112 | Claim Number: 4063-01<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $1,712.92 | Scheduled: | $3,024.05 |
|---|---|---|---|---|

| SHAMROCK HOSE & FITTINGS<br>1771 IVANHOE RD<br>CLEVELAND, OH 44112 | Claim Number: 4063-02<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,341.79 |
|---|---|---|

| SHANNON/BAKER & ASSOCIATES, INC.<br>P.O. BOX 100456<br>BIRMINGHAM, AL 35210 | Claim Number: 1680<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,427.68 |
|---|---|---|

| SHAPE PRODUCTS<br>1127 57TH AVE<br>OAKLAND, CA 94621 | Claim Number: 3133<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $358.55 |
|---|---|---|

| SHAPERO & GREEN LLC - ATTN: BRIAN GREEN<br>COUNSEL TO T.H.E.M. OF OHIO, INC.<br>SIGNATURE SQUARE II, SUITE 220<br>25101 CHAGRIN BLVD.<br>CLEVELAND, OH 44122 | Claim Number: 11094<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $39,924.00 |
|---|---|---|

| SHAPIRO SALVAGE & SUPPLY COMPANY<br>5617 NATURAL BRIDGE AVENUE<br>ATTN: BILL TENNENBAUM<br>SAINT LOUIS, MO 63120 | Claim Number: 12344<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| PRIORITY | Claimed: | $1,140.00 |
|---|---|---|

| SHAPIRO SUPPLY CO<br>5617 NATURAL BRIDGE AVE<br>SAINT LOUIS, MO 63120 | Claim Number: 8375<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,140.00 | Scheduled: | $1,140.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SHARED TECHNOLOGIES<br>P.O. BOX 4869<br>DEPARTMENT #145<br>HOUSTON, TX 77210 | Claim Number: 11238<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
|---|---|
| UNSECURED        Claimed: | $22,520.50 |

| SHARKEY MACHINE SERVICES, INC.<br>1010 LONGLEY PLACE<br>LAGRANGE, GA 30240 | Claim Number: 5<br>Claim Date: 01/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|
| UNSECURED        Claimed: | $88,124.21 |

| SHARKEY TRANSPORTATION INC<br>P.O. BOX 3156<br>QUINCY, IL 62305-3156 | Claim Number: 7279<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED        Claimed: | $304.98 |

| SHARMAN, JOE F<br>14130 RUBEN CRAFORD RD<br>MACCLENNY, FL 32063 | Claim Number: 10105<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| UNSECURED        Claimed: | $0.00   UNDET |

| SHARP, OSHEL D<br>P.O. BOX 247<br>BLANCHESTER, OH 45107 | Claim Number: 10462<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|
| UNSECURED        Claimed: | $606.57   UNLIQ |

| SHARP, OSHEL D<br>P.O. BOX 247<br>BLANCHESTER, OH 45107 | Claim Number: 11597<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| UNSECURED        Claimed: | $0.00   UNLIQ |

| SHAW'S WELDING INC<br>PO BOX 1017<br>PERRY, FL 32348 | Claim Number: 4089<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|
| UNSECURED        Claimed:        $1,606.24        Scheduled:        $1,606.24 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SHEARER, EUGENE
9194 DAYHILL ARNHEIM ROAD
GEORGETOWN, OH 45121

Claim Number: 9162
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SHEARER, IMOGENE
9194 DAYHILL ARNHEIM ROAD
GEORGETOWN, OH 45121

Claim Number: 9161
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SHEET METAL SOLUTIONS (MALT)
10700 GARFIELD AVENUE
SOUTH GATE, CA 90280

Claim Number: 4246
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $11,778.05 |
|---|---|---|

---

SHEET METAL SOLUTIONS, INC.
10700 S GARFIELD AVE.
SOUTH GATE, CA 90280

Claim Number: 1699
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $15,873.05 |
|---|---|---|

---

SHEET METAL SOLUTIONS, INC.
10700 S GARFIELD AVE.
SOUTH GATE, CA 90280

Claim Number: 3706
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $11,778.05 |
|---|---|---|

---

SHEETS UNLIMITED
C/O MYSTIC, LTD.
ATTN: TONY BUISEN
301 S.W. 27TH STREET
RENTON, WA 98057

Claim Number: 13169
Claim Date: 08/20/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| ADMINISTRATIVE | Claimed: | $12,541.87 |
|---|---|---|
| UNSECURED | Claimed: | $12,541.87 |
| TOTAL | Claimed: | $12,541.87 |

---

SHEETS UNLIMITED (US CURRENCY)
301 S. W. 27TH STREET
RENTON, WA 98057

Claim Number: 9518
Claim Date: 08/24/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| ADMINISTRATIVE | Claimed: | $12,541.87 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $12,662.46 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| SHELBY COMPANY, THE<br>865 CANTERBURY ROAD<br>WESTLAKE, OH 44145 | | Claim Number: 1412<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $33,898.62 |

| | | |
|---|---|---|
| SHELBY COMPANY, THE<br>865 CANTERBURY ROAD<br>WESTLAKE, OH 44145 | | Claim Number: 3654<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $33,898.62       Scheduled:       $33,570.97 |

| | | |
|---|---|---|
| SHELBY COUNTY TRUSTEE<br>P.O. BOX 2751<br>MEMPHIS, TN 38101-2751 | | Claim Number: 925<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| SECURED | Claimed: | $39,587.56   UNLIQ |

| | | |
|---|---|---|
| SHELBY COUNTY TRUSTEE<br>P.O. BOX 2751<br>MEMPHIS, TN 38101-2751 | | Claim Number: 926<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| SECURED | Claimed: | $7,236.85   UNLIQ |

| | | |
|---|---|---|
| SHELBY COUNTY TRUSTEE<br>P.O. BOX 2751<br>MEMPHIS, TN 38101-2751 | | Claim Number: 6868<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| SECURED | Claimed: | $15,345.08 |

| | | |
|---|---|---|
| SHELBY COUNTY TRUSTEE<br>P.O. BOX 2751<br>MEMPHIS, TN 38101-2751 | | Claim Number: 13936<br>Claim Date: 03/22/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| SECURED | Claimed: | $432.61 |

| | | |
|---|---|---|
| SHELBY COUNTY TRUSTEE<br>P.O. BOX 2751<br>MEMPHIS, TN 38101-2751 | | Claim Number: 13937<br>Claim Date: 03/22/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| SECURED | Claimed: | $35,980.80 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SHELBY PACKAGING INC<br>PO BOX 506<br>ARLINGTON, TN 38002-0506 | Claim Number: 6837<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $11,284.54 | Scheduled: | $39,048.89 UNLIQ |

---

| SHELBY, GEORGIA<br>2263 80TH AVE<br>OAKLAND, CA 94605 | Claim Number: 7950<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |

---

| SHELL CANADA PRODUCTS<br>ATTN: JOHN MCKEOWN<br>BOX 2522, STATION M<br>CALGARY, AB T2P 4G9<br>CANADA | Claim Number: 13213<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $674,873.05 | Scheduled: | $666,334.26 UNLIQ |

---

| SHELL ENERGY NORTH AMERICA (US) INC.<br>ATTN: JENNIFER M. GORE, ESQ.<br>909 FANNIN ST., PLAZA LEVEL 1<br>HOUSTON, TX 77010 | Claim Number: 7576-01<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $20,044.35 |

---

| SHELL ENERGY NORTH AMERICA (US) INC.<br>ATTN: JENNIFER M. GORE, ESQ.<br>909 FANNIN ST., PLAZA LEVEL 1<br>HOUSTON, TX 77010 | Claim Number: 7576-02<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4964 (02/12/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $150,197.15 |

---

| SHELL ENERGY NORTH AMERICA (US), L.P.<br>ATTN: JENNFIER M. GORE, ESQ<br>909 FANNIN ST., PLAZA LEVEL 1<br>HOUSTON, TX 77010 | Claim Number: 7457<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8694 (10/28/2010) |
|---|---|

| UNSECURED | Claimed: | $248,800.73 |

---

| SHELL OIL COMPANY<br>ANNA HATHAWAY<br>1162 ONE SHELL PLAZA<br>910 LOUISIANA<br>HOUSTON, TX 77002 | Claim Number: 11449<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8879 (01/06/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SHELL OIL COMPANY<br>ANNA HATHAWAY<br>1162 ONE SHELL PLAZA<br>910 LOUISIANA<br>HOUSTON, TX 77002 | | Claim Number: 11450<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8879 (01/06/2011) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| SHELL, THOMAS K.<br>6614 APPLETON RD.<br>BREWTON, AL 36426 | | Claim Number: 9959<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| SHELLEY AUTOMATION<br>41 COLDWATER ROAD<br>TORONTO, ON M3B 1Y8<br>CANADA | | Claim Number: 13461<br>Claim Date: 09/14/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | |
| UNSECURED | Claimed: | $1,518.62 | | |

---

| | | | | |
|---|---|---|---|---|
| SHEPPARD, JULIUS<br>PO 6611<br>WILLIAMSBURG, VA 23188 | | Claim Number: 12390<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8723 (11/08/2010) | | |
| UNSECURED | Claimed: | $334,403.56 | | |

---

| | | | | |
|---|---|---|---|---|
| SHEPPARD, JULIUS G<br>P.O. BOX 6611<br>WILLIAMSBURG, VA 23188 | | Claim Number: 8514<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| PRIORITY | Claimed: | $0.00 | | |
| SECURED | Claimed: | $319,500.00 | | |
| UNSECURED | Claimed: | $14,903.56 | | |

---

| | | | | |
|---|---|---|---|---|
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>ATTN: RANDOLPH C. VISSER<br>333 SOUTH HOPE STREET, 48TH FLOOR<br>LOS ANGELES, CA 90067 | | Claim Number: 2968<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $9,501.04 | Scheduled: | $16,070.04 |

---

| | | | | |
|---|---|---|---|---|
| SHERATON LAKESIDE CHALET<br>ATTN: MARTI DE MAY<br>900 WEST PORT PLAZA DRIVE<br>SAINT LOUIS, MO 63146 | | Claim Number: 1593<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $10,034.22 | Scheduled: | $10,034.22 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SHERATON PLAZA TOWER<br>ATTN: MARTI DEMAY<br>900 WESTPORT PLAZA DRIVE<br>SAINT LOUIS, MO 63146 | Claim Number: 1417<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $13,631.76 | Scheduled: | $13,631.56 |
|---|---|---|---|---|

| SHERM'S THUNDERBIRD MARKETS INC<br>PO BOX 1400<br>MEDFORD, OR 97501 | Claim Number: 240<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $7,264.50 | Scheduled: | $6,844.30 |
|---|---|---|---|---|

| SHERMAN, CHRISTOPHER<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10727<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $56,973.39 |
|---|---|---|

| SHERRARD, FREDDIE<br>P.O. BOX 196<br>JONESBORO, LA 71251 | Claim Number: 10327<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| SHERWIN WILLIAMS<br>2246 PROMENADE COURT<br>GALESBURG, IL 61401 | Claim Number: 5790<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $582.34 | Scheduled: | $582.34 |
|---|---|---|---|---|

| SHERWIN WILLIAMS (03)<br>385 PARK ST.<br>JACKSONVILLE, FL 32204 | Claim Number: 7497-01<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $9,717.45 |
|---|---|---|

| SHERWIN WILLIAMS (03)<br>385 PARK ST.<br>JACKSONVILLE, FL 32204 | Claim Number: 7497-02<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $2,188.53 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SHERWIN-WILLIAMS CO
540 MIDLAND BLDG 101 PROSPECT AVE
CLEVELAND, OH 44115

Claim Number: 4649
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $207.04 | | |

---

SHERWIN-WILLIAMS CO
540 MIDLAND BLDG 101 PROSPECT AVE
CLEVELAND, OH 44115

Claim Number: 4822
Claim Date: 07/13/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $3,922.70 | Scheduled: | $3,922.70 |

---

SHERWIN-WILLIAMS CO
540 MIDLAND BLDG 101 PROSPECT AVE
CLEVELAND, OH 44115

Claim Number: 5038
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED

| UNSECURED | Claimed: | $5,598.25 | | |

---

SHERWIN-WILLIAMS CO
540 MIDLAND BLDG 101 PROSPECT AVE
CLEVELAND, OH 44115

Claim Number: 5039
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED

| UNSECURED | Claimed: | $1,655.07 | | |

---

SHERWIN-WILLIAMS CO
540 MIDLAND BLDG 101 PROSPECT AVE
CLEVELAND, OH 44115

Claim Number: 5247
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $2,559.44 | | |

---

SHETUCKET IRON & METAL CO INC
NEW WHARF PO BOX 349
NORWICH, CT 06360

Claim Number: 5910
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $219.00 | Scheduled: | $219.00 |

---

SHIFLETT, ROBERTA L
17905 BAXTER
LAWSON, MO 64062

Claim Number: 7404
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SHIP-PAC INC<br>3000 COVINGTON RD<br>KALAMAZOO, MI 49001 | | Claim Number: 6554<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $400.40 | Scheduled: | | $400.40 |

| SHIPP, DENNIS W<br>P. O. BOX 53<br>BREWTON, AL 36427 | | Claim Number: 9706<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

| SHIPPERS SUPPLY INC<br>5219 - 47 ST. N.W.<br>EDMONTON, AB T6B 3N4<br>CANADA | | Claim Number: 8248<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,225.23 | |

| SHIPPING UTILITIES, INC.<br>10515 LIBERTY AVE.<br>ST. LOUIS, MO 63132 | | Claim Number: 1087<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $9,222.08 | |

| SHIPPING UTILITIES, INC.<br>10515 LIBERTY AVE.<br>ST. LOUIS, MO 63132 | | Claim Number: 4449<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | | $9,381.41 |

| SHIVELEY, LISA ANN<br>4708 VILVENS RD<br>MT. ORAB, OH 45154 | | Claim Number: 9788<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | |

| SHIVELEY, ROYCE A<br>4708 VILVENS RD<br>MT. ORAB, OH 45154 | | Claim Number: 9746<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SHIVELEY, ROYCE A<br>4708 VILVENS RD<br>MT. ORAB, OH 45154 | Claim Number: 9787<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | |
|---|---|---|---|

| SHIVELY, MARVIN DE<br>P.O. BOX 401<br>JONESBORO, LA 71251 | Claim Number: 10266<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | |
|---|---|---|---|

| SHIVERS, CHARLIE, JR.<br>1717 BATH RD, BUILDING O<br>APT 04<br>BRISTOL, PA 19007 | Claim Number: 10606<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $45,000.00 | |
|---|---|---|---|

| SHOETERIA<br>PO BOX 911433<br>LOS ANGELES, CA 90091 | Claim Number: 1715<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $12,839.71 | Scheduled: | $12,607.36 |
|---|---|---|---|---|

| SHOPKO OPTICAL<br>PO BOX 3016<br>MILWAUKEE, WI 53201-3016 | Claim Number: 9609<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $225.00 | Scheduled: | $225.00 |
|---|---|---|---|---|

| SHOUSE, JAMES K<br>503 THE ALAMEDA<br>MIDDLETOWN, OH 45044 | Claim Number: 7554<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ | |
|---|---|---|---|

| SHOWS, DON ARCHIE<br>305 MOFFETT RD.<br>DODSON, LA 71422 | Claim Number: 10267<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | |
|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SHOWS, HARRY NELSON<br>PO BOX 93<br>HODGE, LA 71247 | | Claim Number: 10268<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| SHOWS, JIMMIE EARL, JR.<br>909 AYERS LOOP<br>JONESBORO, LA 71251 | | Claim Number: 10269<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| SHRED QUICK<br>8374 MARKET STREET<br>BRADENTON, FL 34202 | | Claim Number: 5877<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $9,564.00 | Scheduled: | $9,564.00 |
| SHRED-IT<br>19670 SW 118TH AVENUE<br>TUALATIN, OR 97062 | | Claim Number: 152<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $2,273.68 | | |
| SHRED-IT<br>19670 SW 118TH AVENUE<br>TUALATIN, OR 97062 | | Claim Number: 1164<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4136 (01/14/2010) | | |
| UNSECURED | Claimed: | $409.00 | | |
| SHRED-IT<br>19670 SW 118TH AVENUE<br>TUALATIN, OR 97062 | | Claim Number: 1814<br>Claim Date: 03/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4136 (01/14/2010) | | |
| UNSECURED | Claimed: | $2,273.68 | | |
| SHRED-IT<br>18603 111TH AVENUE<br>EDMONTON, AB T5S 2X4<br>CANADA | | Claim Number: 2317<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | |
| UNSECURED | Claimed: | $215.88 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SHRED-IT FIRST COAST<br>11606 COLUMBIA PARK DRIVE E #1<br>JACKSONVILLE, FL 32258 | Claim Number: 1695<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,856.50 | Scheduled: | $3,464.00 |
|---|---|---|---|---|

---

| SHREDDED BEDDING CORP<br>DBA SBC RECYCLING<br>6589 BENNINGTON CHAPEL RD<br>CENTERBURG, OH 43011 | Claim Number: 999<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7652 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $15,634.37 |
|---|---|---|

---

| SHREDEX, LLC<br>4862 WILLOW DR.<br>BOCA RATON, FL 33487 | Claim Number: 747<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7516 (05/07/2010) |
|---|---|

| UNSECURED | Claimed: | $245.00 | Scheduled: | $770.00 |
|---|---|---|---|---|

---

| SHREDEX, LLC<br>4862 WILLOW DR.<br>BOCA RATON, FL 33487 | Claim Number: 748<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7516 (05/07/2010) |
|---|---|

| UNSECURED | Claimed: | $234.60 |
|---|---|---|

---

| SHREDEX, LLC<br>4862 WILLOW DR.<br>BOCA RATON, FL 33487 | Claim Number: 749<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| PRIORITY | Claimed: | $307.80 |
|---|---|---|

---

| SHREDEX, LLC<br>4862 WILLOW DR.<br>BOCA RATON, FL 33487 | Claim Number: 750<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8116 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $325.80 |
|---|---|---|

---

| SHRIEVE CHEMICAL COMPANY<br>JOSEPH P. HERBERT<br>LISKOW & LEWIS, APLC<br>822 HARDING STREET<br>LAFAYETTE, LA 70503 | Claim Number: 3529-01<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,332.34 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SHRIEVE CHEMICAL COMPANY<br>JOSEPH P. HERBERT<br>LISKOW & LEWIS, APLC<br>822 HARDING STREET<br>LAFAYETTE, LA 70503 | Claim Number: 3529-02<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5738 (03/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $209,404.65 | | |
|---|---|---|---|---|

| SHRIEVE CHEMICAL COMPANY<br>C/O KRISTINA MORDAUNT<br>1755 WOODSTEAD<br>THE WOODLANDS, TX 77380 | Claim Number: 4023<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $267,135.04 | Scheduled: | $483,869.46 |
|---|---|---|---|---|

| SHULL TIMBER CORP<br>PO BOX 664<br>CONCORD, VA 24538 | Claim Number: 7965<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $22,854.68 | Scheduled: | $45,709.37 UNLIQ |
|---|---|---|---|---|

| SHULL'S PICK-UP & DELIVERY<br>1646 BARBARA LANE NE<br>WASHINGTON COURT HOUSE, OH 43160 | Claim Number: 3907<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 4131 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $924.28 | | |
|---|---|---|---|---|

| SHURE GLUE CORP<br>457 CIRCLE FREEWAY DR<br>CINCINNATI, OH 45246 | Claim Number: 9228<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $13,985.00 | | |
|---|---|---|---|---|

| SIBLEY, ROBERT C.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | Claim Number: 11843<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

| SID TOOLS, D/B/A MSC INDUSTRIAL SUPPLY COMPANY<br>LYNNE B. XERRAS, ESQ., HOLLAND & KNIGHT LLP., 10 ST. JAMES AVENUE<br>BOSTON, MA 02116 | Claim Number: 13863<br>Claim Date: 03/05/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $164,979.13 | Scheduled: | $594,078.67 UNLIQ |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SIDHUKAMBO, GURPREET
12169-76A AVENUE
SURREY, BC V3W 2W4
CANADA

Claim Number: 12780
Claim Date: 08/24/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments:
Claimed amount is CDN $922.50.

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $739.18 |

---

SIDNEY WAREHOUSING, INC.
C/O MICHAEL A. STAUDT
FAULKNER, GARMHAUSEN PC
100 S MAIN ST,. SUITE 300
SIDNEY, OH 45365

Claim Number: 4304
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $15,061.00 | Scheduled: | $38,061.02 |

---

SIEBERS, MICHAEL A
4272 LAKEVIEW BLVD.
LAKE OSWEGO, OR 97035

Claim Number: 8015
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8898 (01/20/2011)

| UNSECURED | Claimed: | $3,743.50 |

---

SIEMENS ENERGY & AUTOMATION, INC.
ATTN: LEIGH-ANNE BEST
1345 RIDGELAND PKWY, STE. 116
ALPHARETTA, GA 30004

Claim Number: 281
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $24,948.40 | Scheduled: | $28,015.40 |

---

SIEMENS WATER TECHNOLOGIES CORP INC
DEPT CH 14232
PALATINE, IL 60055-4232

Claim Number: 5534
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $152.00 |

---

SIEMENS WATER TECHNOLOGIES CORP.
10 TECHNOLOGY DRIVE
LOWELL, MA 01851

Claim Number: 521
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $27,133.21 |

---

SIERRA INTERNATIONAL MACHINERY LLC
1620 EAST BRUNDAGE LANE
BAKERSFIELD, CA 93307

Claim Number: 1929
Claim Date: 04/01/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,073.32 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND<br>TRANSFEROR: AUTO GLASS & MORE STORE, INC<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | | Claim Number: 2683<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | | $1,385.00 | Scheduled: | $1,385.00 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: H.E. WISDOM & SONS / WISDOM<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | | Claim Number: 2<br>Claim Date: 01/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | | $60,800.05 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: SOUTHWEST STAINLESS, INC.<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | | Claim Number: 11<br>Claim Date: 01/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13751<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | | $4,166.52 | Scheduled: | $4,159.75 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: ATLAS NORTH LLC<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | | Claim Number: 20<br>Claim Date: 01/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | | $39,039.44 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: KBC WEAR COMPONENTS<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | | | Claim Number: 60<br>Claim Date: 02/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | | $288.00 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: BOILER & STEAM SYSTEMS LLC<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | | Claim Number: 123<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | | $10,168.26 | Scheduled: | $9,833.36 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: ALLEN FIELD CO., INC.<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | | | Claim Number: 172<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| PRIORITY | Claimed: | | $115.76 | | |
| SECURED | Claimed: | | $0.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: ALLENFIELD CO., INC.<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 177<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| SECURED          Claimed: | $0.00 | | |
| UNSECURED          Claimed: | $171.98 | | |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: ALLENFIELD CO., INC.<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 178<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| SECURED          Claimed: | $0.00 | | |
| UNSECURED          Claimed: | $260.25 | | |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: INDUSTRIAL ELECTRICAL SERVIC<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 204<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $38,210.79 | Scheduled: | $39,056.79 |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: CIMARRON OFFICE FURNITURE SE<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 247<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| PRIORITY          Claimed: | $155.00 | | |
| SECURED          Claimed: | $2,000.00 | | |
| UNSECURED          Claimed: | $1,232.00 | Scheduled: | $3,387.00 |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: DAVID CUTLER INDUSTRIES, LTD<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 250-01<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 6647 (04/07/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed: | $157,865.22 | | |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: DAVID CUTLER INDUSTRIES, LTD<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 250-02<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $163,923.50 | | |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: ASSOCIATED MACHINE DESIGN, I<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 514<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED          Claimed: | $7,568.74 | Scheduled: | $7,568.74 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: G.L. PACKAGING PRODUCTS,INC<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 559<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $7,907.40 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: YOCHUM CONTRACTING, INC.<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 570<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $8,138.88 | Scheduled: | $8,138.88 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: W.E. ROE INDUSTRIES, INC.<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 585<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $40,041.21 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: PRECISION DESIGN MACHINERY,<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 642<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $563.13 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: BLACK EQUIPMENT CO., INC.<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 646<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,961.42 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: RAYNER DIE SUPPLY<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 669<br>Claim Date: 02/20/2009<br>Debtor: CAMEO CONTAINER CORPORATION | | |
| UNSECURED | Claimed: | $4,231.07 | Scheduled: | $4,216.96 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: SHOT NURSE, THE<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 708<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: TREE LINE TRANSPORTATION INC<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 848<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | |

| UNSECURED | Claimed: | $6,149.28 | Scheduled: | $5,217.90 |
|---|---|---|---|---|

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: SYNTERRA<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 891<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13785<br>DOCKET 6649 (04/07/2010) | |

| UNSECURED | Claimed: | $4,134.22 | Scheduled: | $4,134.22 |
|---|---|---|---|---|

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: PUMPS, PARTS & SERVICE, INC.<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 915<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |

| UNSECURED | Claimed: | $8,342.67 |
|---|---|---|

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: EQUIPMENT DEPOT OF ILLINOIS<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 1065<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |

| UNSECURED | Claimed: | $35,546.74 |
|---|---|---|

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: MARK TRECE DE PR INC<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 1190<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET: 4136 (01/14/2010) | |

| UNSECURED | Claimed: | $6,935.00 |
|---|---|---|

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: DUNHAM RUBBER & BELTING CORP<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 1360<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |

| UNSECURED | Claimed: | $10,136.68 |
|---|---|---|

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: SCHRADER ARCHITECTURAL PRODU<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 1526<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | |

| UNSECURED | Claimed: | $2,185.92 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | |
|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: PUMPS, PARTS & SERVICE, INC.<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 1561<br>Claim Date: 03/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | | |
| UNSECURED          Claimed: | $10,571.24 | | |

---

| | | | |
|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: UNIVERSAL URETHANE PRODUCTS,<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 1634<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED          Claimed: | $1,189.00 | | |

---

| | | | |
|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: NORTHERN AIR CORPORATION<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 1655<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED          Claimed: | $3,092.18 | | |

---

| | | | |
|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: W.E. ROE INDUSTRIES, INC.<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 1769<br>Claim Date: 03/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED          Claimed: | $33,522.45 | | |

---

| | | | |
|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: PROCESS SENSORS CORPORATION<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 2033<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| SECURED          Claimed: | $0.00 | | |
| UNSECURED          Claimed: | $3,990.00 | Scheduled: | $3,900.00 |
| TOTAL          Claimed: | $3,900.00 | | |

---

| | | | |
|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: HUMBOLDT INDUSTRIAL SUPPLY<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 2155<br>Claim Date: 04/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED          Claimed: | $7,274.16 | | |

---

| | | | |
|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: TRANSCAT<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 2165<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED          Claimed: | $0.00   UNDET | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: PIEDMONT GARAGE DOORS
2699 WHITE RD SUITE # 255
IRVINE, CA 92614

Claim Number: 2196
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $4,924.32 | | |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: COFFEE PERKS/SUNBELT COFFEE
2699 WHITE RD SUITE # 255
IRVINE, CA 92614

Claim Number: 2227
Claim Date: 04/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $1,522.43 | | |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: PRESTO-X LLC
2699 WHITE RD SUITE # 255
IRVINE, CA 92614

Claim Number: 2306
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $34,122.28 | | |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: DOUBLE E COMPANY, LLC
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 2379
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $8,494.50 | | |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: DOUBLE E COMPANY, LLC
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 2380
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $17,147.33 | Scheduled: | $27,137.88 |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: SOLIDBOSS WORLDWIDE, INC.
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 2413
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $945.56 | | |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: PROCESS MACHINERY, INC.
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 2430
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $4,173.02 | Scheduled: | $4,173.02 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: ROWLAND COMPANY, THE<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 2443<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $1,550.54 | | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: S&T TRUCK AND AUTO SERVICE,<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 2480<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $1,518.70 | | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: ASSOCIATED MARKETING SYSTEMS<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 2495<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $3,960.00 | | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: RITZ-CARLTON BUCKHEAD<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 2528<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | | |
| UNSECURED | Claimed: | $17,865.61 | Scheduled: | | $17,817.61 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: HELWIG CARBON PRODUCTS, INC.<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 2541<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $10,821.99 | | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: TONER TECH CARTRIDGE SERVICE<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 2550<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | | |
| UNSECURED | Claimed: | $2,404.00 | | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: VORTEX INDUSTRIES, INC.<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 2791<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | |
| PRIORITY | Claimed: | $445.95 | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: CUSTOM EQUIPMENT CO<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 3006<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $12,057.30 | |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: TURBINE GENERATOR MAINT INC<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 3022<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $57,997.22 | Scheduled: $52,469.00 |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: SHOOK & FLETCHER INSULATION<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 3110<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13749<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $935.97 | Scheduled: $935.97 |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: SAFETY SHOE DISTRIBUTORS, IN<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 3214<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13752<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,588.09 | Scheduled: $6,662.64 |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: WYLER INDUSTRIAL WORKS, INC.<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 3525<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,660.56 | Scheduled: $3,629.09 |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: STOKER CONSULTING SERVICE IN<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 3688<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010)<br>Claim out of balance | | |
|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | Scheduled: $600.00 |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: RUDOLPH'S SHOES<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 3704<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7189 (04/22/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,938.00 | Scheduled: $1,938.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: JOHNSON FEED INC
2699 WHITE RD SUITE # 255
IRVINE, CA 92614

Claim Number: 3742
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $4,032.11 | Scheduled: | $3,725.04 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: ASSOCIATED MARKETING SYSTEMS
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 3746
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,960.00 | Scheduled: | $3,960.00 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: SECURITY SCALE SERVICE INC
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 3810
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $625.00 | Scheduled: | $625.00 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: UNIVERSAL ELECTRIC CORP.
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 3865
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $8,524.69 | Scheduled: | $7,802.92 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: PEERLESS WIPING CLOTH CO.
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 3915
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,085.00 | Scheduled: | $2,462.50 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: TJM ENTERPRISES
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 3941
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $850.00 | Scheduled: | $850.00 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: SUPERIOR ALLOY STEEL COMPANY
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 3964
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| PRIORITY | Claimed: | $5,144.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,144.00 | Scheduled: | $5,144.00 |
| TOTAL | Claimed: | $5,144.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: UNITED STATES ROOFING CORP<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 3976<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 8219 | | |
| UNSECURED | Claimed: | $1,758.80 | Scheduled: | $1,758.80 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: DALE'S GLASS SHOP INC<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 4029<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $1,155.00 | Scheduled: | $1,155.00 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: ASTRO CHEMICALS INC<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 4048-01<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $4,470.00 | Scheduled: | $8,760.00 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: ASTRO CHEMICALS INC<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 4048-02<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1436 (08/06/2009) | | |
| ADMINISTRATIVE | Claimed: | $4,290.00 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: ALL SITE CONSTRUCTION, INC.<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 4059<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $3,741.31 | Scheduled: | $3,525.00 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: IESCO INC<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 4161-01<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $12,788.48 | Scheduled: | $12,788.48 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: IESCO INC<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 4162<br>Claim Date: 07/09/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $1,303.60 | Scheduled: | $1,303.60 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: SOLIDBOSS WORLDWIDE INC
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 4168
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $945.56 | Scheduled: | $945.56 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: ARKANSAS INDUSTRIAL MACHINER
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 4252
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $4,366.31 | Scheduled: | $3,043.98 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: PROCESS CONTROL OUTLET INC
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 4253
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8997 (03/22/2011)

| UNSECURED | Claimed: | $4,434.83 | Scheduled: | $4,434.83 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: STATE ELECTRIC COMPANY
2699 WHITE RD SUITE # 255
IRVINE, CA 92614

Claim Number: 4257
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $4,499.93 | Scheduled: | $4,499.93 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: PROCESS CONTROL OUTLET INC
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 4283
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8997 (03/22/2011)

| UNSECURED | Claimed: | $15,700.73 | Scheduled: | $15,700.73 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: FARRAR PUMP & MACHINERY CO.
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 4287
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,366.64 | Scheduled: | $2,366.64 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: WALKER GRAPHICS
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 4288
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $1,136.07 | Scheduled: | $1,136.07 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: ECONO PRODUCTS INC
2699 WHITE RD SUITE # 255
IRVINE, CA 92614

Claim Number: 4300
Claim Date: 07/10/2009
Debtor: CAMEO CONTAINER CORPORATION

| UNSECURED | Claimed: | $2,588.85 | Scheduled: | $2,588.85 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: BW JOHNSON MANUFACTURING CO
2699 WHITE RD SUITE # 255
IRVINE, CA 92614

Claim Number: 4308-01
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 7553 (05/10/2010)

| UNSECURED | Claimed: | $16,153.42 |
|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: COWIN EQUIPMENT COMPANY,INC.
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 4445
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $5,060.27 | Scheduled: | $4,206.29 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: TONEY CO
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 4450
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $885.00 | Scheduled: | $885.00 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: VICAS MANUFACTURING CO
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 4475-01
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)

| UNSECURED | Claimed: | $590.54 | Scheduled: | $1,126.54 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: VICAS MANUFACTURING CO
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 4475-02
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| ADMINISTRATIVE | Claimed: | $536.00 |
|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: TRINITY CONTROLS LLC
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 4848
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $5,902.67 | Scheduled: | $5,902.67 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: ELSONS CONTAINER SUPPLY<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 4911<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|
| UNSECURED    Claimed: | $13,514.99 | Scheduled: | $38,735.66 |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: AP PALLETS<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 4936<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED    Claimed: | $1,828.10 | | |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: SCALES EXPRESS INC<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 4958<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED    Claimed: | $3,239.50 | Scheduled: | $3,195.95 |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: BAHR BROTHERS MFG. INC.<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 4998<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED    Claimed: | $8,207.50 | Scheduled: | $8,207.50 |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: DELTA FOREMOST CHEMICAL CORP<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 5010<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED    Claimed: | $3,186.95 | Scheduled: | $3,186.95 |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: RUSSELL PARTITION COMPANY<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 5118<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED    Claimed: | $5,102.26 | Scheduled: | $5,102.26 |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: PHOENIX PROCESS EQUIP CO<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 5192<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED    Claimed: | $16,872.03 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: SIOUX CITY MUSKETEERS INC<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 5444<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,040.00 | Scheduled: | $2,040.00 |
|---|---|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: NORTHERN ELECTRIC CO INC<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 5468-01<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,775.00 | Scheduled: | $2,657.63 |
|---|---|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: NORTHERN ELECTRIC CO INC<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 5468-02<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $902.63 |
|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: NORTHWEST PARTS & RIGGING CO<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 5472<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $4,721.75 |
|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: GL PACKAGING PRODUCTS INC<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 5543<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $7,907.40 | Scheduled: | $7,907.40 |
|---|---|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: T J SMITH BOX CO INC<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 5583<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $999.75 | Scheduled: | $999.75 |
|---|---|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: CONNECTICUT METAL INDUSTRIES<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 5595<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $14,357.00 | Scheduled: | $14,357.00 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: CONTINENTAL PUMP COMPANY
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 5680
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,795.54 | | |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: HANCHETT MANUFACTURING INC
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 5698
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,049.44 | Scheduled: | $2,049.44 |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: SOUTHEAST RUBBER AND SAFETY
2699 WHITE RD SUITE # 255
IRVINE, CA 92614

Claim Number: 5797
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,234.65 | Scheduled: | $5,234.65 |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: REDCO PALLETS
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 6257
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $14,526.50 | Scheduled: | $14,526.50 |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: ST. LOUIS SAFETY, INC.
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 6296
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $745.30 | Scheduled: | $745.30 |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: OASIS ALIGNMENT SERVICES, IN
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 6420
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8117 (06/22/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,572.00 | | |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: OASIS ALIGNMENT SERVICES, IN
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 6421
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8117 (06/22/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,181.20 | Scheduled: | $18,850.50 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: OASIS ALIGNMENT SERVICES, IN<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 6422<br>Claim Date: 07/27/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $13,750.00 | Scheduled: | $13,750.00 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: OASIS ALIGNMENT SERVICES, IN<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 6423<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | |
| UNSECURED | Claimed: | $7,046.00 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: OASIS ALIGNMENT SERVICES, IN<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 6424<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | |
| UNSECURED | Claimed: | $7,914.80 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: OASIS ALIGNMENT SERVICES, IN<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 6425<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | |
| UNSECURED | Claimed: | $8,856.00 | Scheduled: | $5,642.62 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: OASIS ALIGNMENT SERVICES, IN<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 6426<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | |
| UNSECURED | Claimed: | $2,754.50 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: OASIS ALIGNMENT SERVICES, IN<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 6427<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | |
| UNSECURED | Claimed: | $15,502.60 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: OASIS ALIGNMENT SERVICES, IN<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 6428<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | |
| UNSECURED | Claimed: | $2,250.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: KNIFE RIVER<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 6528<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009) | | | |

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,440.00 | Scheduled: | | $1,440.00 |

---

| | | | | | |
|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: STONES ELECTRICAL CONTRACTOR<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 6581<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $29,494.86 | Scheduled: | $29,494.86 |

---

| | | | | | |
|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: VEENSCHOTEN & COMPANY INC<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 6944-01<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7189 (04/22/2010) | | | |

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $4,357.00 | Scheduled: | | $9,656.00 |

---

| | | | | | |
|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: VEENSCHOTEN & COMPANY INC<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 6944-02<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7189 (04/22/2010) | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,299.00 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: TMC INDUSTRIES INC.<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 6954<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13748<br>DOCKET: 7550 (05/10/2010) | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,674.14 | Scheduled: | $5,674.14 |

---

| | | | | | |
|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: NORD GEAR CORP<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 7002<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,551.76 | Scheduled: | $1,551.76 |

---

| | | | | | |
|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: RENT-ALL EQUIPMENT INC<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | | Claim Number: 7171<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,081.97 | Scheduled: | $4,397.90 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: SHOEMAKER INDUSTRIAL SOLUTIO
2699 WHITE RD SUITE # 255
IRVINE, CA 92614

Claim Number: 7212
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $55,280.00 | Scheduled: | $55,280.00 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: ALL SIZE CORRUGATED PRODUCTS
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 7221
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,169.98 | Scheduled: | $3,169.98 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: DOMINO LOGISTICS
2699 WHITE RD SUITE # 255
IRVINE, CA 92614

Claim Number: 7260
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $294,723.50 | Scheduled: | $298,819.06 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: CUSTOM CARTS INC
2699 WHITE RD SUITE # 255
IRVINE, CA 92614

Claim Number: 7277
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $24,318.00 | Scheduled: | $24,318.00 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: VORTEX CORPORATION
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 7639-01
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: POSSIBLY AMENDED BY 13745

| UNSECURED | Claimed: | $2,690.46 | | |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: VORTEX CORPORATION
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 7639-02
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $2,244.51 | | |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: H.E. WISDOM & SONS INC
2699 WHITE RD SUITE # 255
IRVINE, CA 92614

Claim Number: 7799-01
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
Amends Claim 2

| UNSECURED | Claimed: | $29,446.20 | Scheduled: | $28,958.96 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: H.E. WISDOM & SONS INC
2699 WHITE RD SUITE # 255
IRVINE, CA 92614

Claim Number: 7799-02
Claim Date: 08/14/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 7550 (05/10/2010)
Amends Claim 2

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,196.85 | Scheduled: | $31,658.60 |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: TMCI INC
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 8063
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,572.38 | Scheduled: | $50,771.97 UNLIQ |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: 2 CLEAN BUILDING MAINTENANCE
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 8115
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,466.25 | Scheduled: | $9,466.25 |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: SUPERIOR ALLOY COMPANY INC
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 8192
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,144.00 |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: ECONO PRODUCTS INC
2699 WHITE RD SUITE # 255
IRVINE, CA 92614

Claim Number: 8205
Claim Date: 07/07/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $15,848.80 | | |
| UNSECURED | | | Scheduled: | $26,722.80 |
| TOTAL | Claimed: | $10,874.00 | | |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: UNITED STATES ROOFING CORP
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 8219
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,758.80 |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: PROCESS CONTROL OUTLET, INC.
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 8267
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,434.83 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: PROCESS CONTROL OUTLET, INC.<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 8304-01<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET 5769 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $14,660.00 |
|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: PROCESS CONTROL OUTLET, INC.<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 8304-02<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET 8530 (09/13/2010) |
|---|---|

| UNSECURED | Claimed: | $1,040.73 |
|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: INTERNATIONAL CONTAINER SYST<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 8386<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $13,514.99 |
|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: SHIEIDS ELECTRONIC SUPPPLY I<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 8593-03<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET 7189 (04/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,240.00 |
|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: SHIEIDS ELECTRONIC SUPPPLY I<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 8593-04<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $104.94 |
|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: CONTINENTAL PUMP CO., INC.<br>2699 WHITE RD SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 8601<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $16,795.54 |
|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: SUTHERLIN LOGGING INC<br>2699 WHITE RD., SUITE # 255<br>IRVINE, CA 92614 | Claim Number: 8974<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $7,053.41 | Scheduled: | $14,106.82  UNLIQ |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: BERESFORD BOX INC
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 9125
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7550 (05/10/2010)

| UNSECURED | Claimed: | $4,107.34 | Scheduled: | $4,207.34 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: D & B TECHNOLOGIES - ASSIGNO
2699 WHITE RD SUITE # 255
IRVINE, CA 92614

Claim Number: 9186
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $514.19 | Scheduled: | $514.19 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: R SCHEINERT & SON INC
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 9350
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $7,814.21 | Scheduled: | $5,600.00 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: JOHNSONS GIANT FOODS
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 9726
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
May amend claims 352 and 761

| UNSECURED | Claimed: | $4,807.65 | Scheduled: | $4,806.80 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: FIKE CORPORATION
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 9776
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $9,386.89 | Scheduled: | $9,348.50 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: KENCO PAPER LLC
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 9862-01
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $18,258.10 | Scheduled: | $27,784.00 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: KENCO PAPER LLC
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 9862-02
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2205 (10/09/2009)

| ADMINISTRATIVE | Claimed: | $3,901.83 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: JAMISON STEEL RULE DIE INC.
2699 WHITE RD SUITE # 255
IRVINE, CA 92614

Claim Number: 10040-01
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| ADMINISTRATIVE | Claimed: | $15,084.00 | | |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: DAVID CUTLER INDUSTRIES, LTD
2699 WHITE RD SUITE # 255
IRVINE, CA 92614

Claim Number: 10673
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $158,028.50 | Scheduled: | $318,443.00 |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: NIAGARA MEDICAL MANAGEMENT I
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 11006
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)

| UNSECURED | Claimed: | $316.12 | Scheduled: | $145.00 |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: PARIS INDUSTRIAL MAINTENANCE
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 11448
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| ADMINISTRATIVE | Claimed: | $23,919.74 | | |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: K&M ELECTRONIC/INDUSTRIAL
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 11549
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $977.00 | Scheduled: | $977.00 |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: HACH COMPANY
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 11734-01
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $2,862.15 | | |

---

SIERRA LIQUIDITY FUND, LLC
ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT
FOR PRECISION DESIGN MACHINERY ASSIGNOR
2699 WHITE ROAD- SUITE 255
IRVINE, CA 92614

Claim Number: 11856
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $563.13 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY IN FACT FOR<br>INTERMOUNTAIN SAFETY SHOES ASSIGNOR<br>2699 WHITE ROAD- SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11857<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $176.23 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,000.00 | | |

---

| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY IN FACT FOR<br>SERVICE CHEMICAL INDUSTRIES, INC<br>2699 WHITE ROAD- SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11858<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7769 (05/27/2010)<br>Amends Claim 7545 |
|---|---|

| UNSECURED | Claimed: | $6,800.64 | Scheduled: | $8,419.84 |
|---|---|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR PRECISION DESIGN MACHINERY ASSIGNOR<br>2699 WHITE ROAD- SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11859<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $601.62 | | |
|---|---|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR DIANSUPLY, INC. ASSIGNOR<br>2699 WHITE ROAD- SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11860<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,293.82 | | |
|---|---|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR PHOENIX PROCESS EQUIPMENT ASSIGNOR<br>2699 WHITE ROAD- SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11861<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,998.45 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $3,802.77 |

---

| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR DEATONS MAILING SYSTEMS<br>2699 WHITE ROAD- SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11862<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $93.09 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $93.09 |

---

| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR ASHLOCK SIGNS, INC.<br>2699 WHITE ROAD- SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11863<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $60.17 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY-IN-FACT<br>FOR IESCO INC. (ASSIGNOR)<br>2699 WHITE ROAD- SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11865<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |

ADMINISTRATIVE          Claimed:                    $1,264.56

---

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR D & B TECHNOLOGIES, INC. ASSIGNOR<br>2699 WHITE ROAD- SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11866<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |

ADMINISTRATIVE          Claimed:                    $212.84

---

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR EQUIPMENT DEPOT OF IL ASSIGNOR<br>2699 WHITE ROAD- SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11867<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |

ADMINISTRATIVE          Claimed:                    $220.64

---

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR KBC WEAR COMPONENTS & SALES ASSIGNOR<br>2699 WHITE ROAD- SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11868<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |

ADMINISTRATIVE          Claimed:                    $288.00

---

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR ELSONS INT'L. ASSIGNOR<br>2699 WHITE ROAD- SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11869<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |

ADMINISTRATIVE          Claimed:                    $13,117.78

---

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR BW JOHNSON MFG ASSIGNOR<br>2699 WHITE ROAD- SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11870<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |

ADMINISTRATIVE          Claimed:                    $16,153.42

---

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY-IN-FACT<br>FOR RUBBER & ACCESSORIES, INC. ASSIGNOR<br>2699 WHITE ROAD- SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11871<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |

ADMINISTRATIVE          Claimed:                    $498.90

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SIERRA LIQUIDITY FUND, LLC
ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT
FOR GLOBAL PLASTICS, INC.
2699 WHITE ROAD- SUITE 255
IRVINE, CA 92614

Claim Number: 11872
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $456.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $432.00 |

---

SIERRA LIQUIDITY FUND, LLC
ASSIGNEE & ATTORNEY-IN-FACT
FOR ALLEN FIELD CO. INC
2699 WHITE ROAD- SUITE 255
IRVINE, CA 92614

Claim Number: 11873
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $432.23 | | |
|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: GERBER SCIENTIFIC INTERNATIO
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 12160-01
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $9,454.79 | Scheduled: | $3,396.07 |
|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: GERBER SCIENTIFIC INTERNATIO
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 12160-02
Claim Date: 08/31/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $5,920.91 | Scheduled: | $3,243.99 |
|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: INSTRUMENT SPECIALTIES INC
2699 WHITE RD., SUITE # 255
IRVINE, CA 92614

Claim Number: 12237
Claim Date: 09/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $4,982.80 | Scheduled: | $4,982.80 |
|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC
ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT
FOR PRESTO-X LLC - ASSIGNOR
2699 WHITE ROAD- SUITE 255
IRVINE, CA 92614

Claim Number: 13093
Claim Date: 09/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claim 2306.

| UNSECURED | Claimed: | $34,122.28 | Scheduled: | $33,981.73 |
|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC
ASSIGNEE & ATTORNEY-IN-FACT FOR
VORTEX INDUSTRIES, INC. - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 13745
Claim Date: 01/14/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $2,698.46 | Scheduled: | $4,934.97 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY-IN-FACT FOR<br>WALKER GRAPHICS - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 13747<br>Claim Date: 01/14/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $1,136.07 |
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY-IN-FACT FOR<br>TMC INDUSTRIES, INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 13748<br>Claim Date: 01/14/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $5,674.14 |
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY-IN-FACT FOR<br>SOUTHWEST STAINLESS, INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 13751<br>Claim Date: 01/14/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $4,166.52 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &<br>ATTORNEY-IN-FACT FOR AA ELECTRIC SE,<br>INC. ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 1465-01<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010) |
| ADMINISTRATIVE | Claimed: | $1,468.40 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &<br>ATTORNEY-IN-FACT FOR AA ELECTRIC SE,<br>INC. ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 1465-02<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $26.73 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &<br>ATTORNEY-IN-FACT FOR DRIVES & CONVEYORS,<br>INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 1638-01<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010) |
| ADMINISTRATIVE | Claimed: | $300.20 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &<br>ATTORNEY-IN-FACT FOR DRIVES & CONVEYORS,<br>INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 1638-02<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $62.98 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR INTERMOUNTAIN SAFETY SHOES - ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 1639-01 Claim Date: 03/20/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET: 7189 (04/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,056.10 |
|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR INTERMOUNTAIN SAFETY SHOES - ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 1639-02 Claim Date: 03/20/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8120 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $120.13 |
|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ASHLOCK SIGNS, INC. - ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 1640-01 Claim Date: 03/20/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET: 7189 (04/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $25.27 |
|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ASHLOCK SIGNS, INC. - ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 1640-02 Claim Date: 03/20/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $34.90 |
|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ALTERNATIVE SOLUTIONS INT'L - ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 1641-01 Claim Date: 03/20/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET: 7189 (04/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,075.00 |
|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ALTERNATIVE SOLUTIONS INT'L - ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 1641-02 Claim Date: 03/20/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $624.78 |
|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR BLACK EQUIPMENT CO. INC. ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 1727 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET: 1175 (07/06/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $555.95 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ALLIED ROOFING & SHEET METAL CO-ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 1728 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $500.00 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DIANSUPLY, INC - ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 1729-01 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET: 7189 (04/22/2010) | |
| ADMINISTRATIVE | Claimed: | $1,232.26 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DIANSUPLY, INC - ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 1729-02 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $61.56 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR COAST TO COAST HYDRAULICS - ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 1730-01 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET: 7189 (04/22/2010) | |
| ADMINISTRATIVE | Claimed: | $530.35 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR COAST TO COAST HYDRAULICS - ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 1730-02 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $27.29 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DEPENDABLE ACME THREAD PROD. - ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 1731-01 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET: 7189 (04/22/2010) | |
| ADMINISTRATIVE | Claimed: | $171.00 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DEPENDABLE ACME THREAD PROD. - ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 1731-02 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $30.64 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR FOAM CONCEPTS & DESIGN - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 1732
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 1175 (07/06/2009)

| ADMINISTRATIVE | Claimed: | $1,136.00 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ELSONS INT'L, ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 1733
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| ADMINISTRATIVE | Claimed: | $13,117.78 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DEATON'S MAILING SYSTEMS, ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 1734-01
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 7189 (04/22/2010)

| ADMINISTRATIVE | Claimed: | $87.09 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DEATON'S MAILING SYSTEMS, ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 1734-02
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $6.00 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR EAGLE HARDWOODS, INC., ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 1735
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 1175 (07/06/2009)

| ADMINISTRATIVE | Claimed: | $996.54 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR TITAN ENTERPRISES - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 1736-01
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 7189 (04/22/2010)

| ADMINISTRATIVE | Claimed: | $5,789.50 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR TITAN ENTERPRISES - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 1736-02
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $560.00 | Scheduled: | $7,125.50 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR FLAGSHIP INDUSTRIES ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 1737 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET 8093 (06/21/2010) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,465.25 | Scheduled: | $735.00 |

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ALMOND BROTHERS LUMBER CO., ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 1738 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET 1075 (07/06/2009) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,084.62 |

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR A-1 COUPLING & HOSE - ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 1739 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET 1175 (07/06/2009) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $207.80 |

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR D & B TECHNOLOGIES, INC. ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 1930-01 Claim Date: 04/01/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET 7189 (04/22/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $188.84 |

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR D & B TECHNOLOGIES, INC. ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 1930-02 Claim Date: 04/01/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET 8093 (06/21/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $24.00 |

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PAR-A-GRAPHICS, ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 1931 Claim Date: 04/01/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET 1175 (07/06/2009) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $500.00 |

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR EQUIPMENT DEPOT OF IL, ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 1932-01 Claim Date: 04/01/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET 7189 (04/22/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $200.98 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR EQUIPMENT DEPOT OF IL, ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 1932-02<br>Claim Date: 04/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $19.66 |

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR KBC WEAR COMPONENTS & SALES, ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 1933-01<br>Claim Date: 04/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET 7189 (04/22/2010) |

| ADMINISTRATIVE | Claimed: | $276.00 |

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR KBC WEAR COMPONENTS & SALES, ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 1933-02<br>Claim Date: 04/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $12.00 | Scheduled: | $638.50 |

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR INDUSTRIAL TECHNICAL SALES & SVC-ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2102<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1175 (07/06/2009) |

| ADMINISTRATIVE | Claimed: | $214.79 |

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CORPORATE SERVICES GROUP-ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2103-01<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET 7189 (04/22/2010) |

| ADMINISTRATIVE | Claimed: | $110.20 |

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CORPORATE SERVICES GROUP-ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2103-02<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $10.00 |

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR GLOBAL PLASTICS, INC.-ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2104-01<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET 7189 (04/22/2010) |

| ADMINISTRATIVE | Claimed: | $432.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR GLOBAL PLASTICS, INC.-ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 2104-02<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $24.00 |

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR KENNY PIPE & SUPPLY ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 2105<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1175 (07/06/2009) |
| ADMINISTRATIVE | Claimed: | $986.04 |

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ACE-TEX ENTERPRISES INC.-ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 2106-01<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010) |
| ADMINISTRATIVE | Claimed: | $800.00 |

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ACE-TEX ENTERPRISES INC.-ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 2106-02<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $8.00 |

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR HENDERSON COFFEE CORP - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 2219<br>Claim Date: 04/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7719 (05/21/2010) |
| ADMINISTRATIVE | Claimed: | $135.45 |

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR FLUID CONNECTOR PRODUCTS - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 2220<br>Claim Date: 04/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
| ADMINISTRATIVE | Claimed: | $840.50 |

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR BW JOHNSON MFG - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 2523-01<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
| ADMINISTRATIVE | Claimed: | $16,022.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR BW JOHNSON MFG -
ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 2523-02
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 8093 (06/21/2010)

| UNSECURED | Claimed: | $131.42 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR MCCONNELL SALES &
ENG - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 2524
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 8093 (06/21/2010)

| ADMINISTRATIVE UNSECURED | Claimed: | $2,435.42 | Scheduled: | $2,435.42 |
|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR EASTERN SHEET METAL
CO., - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 2525
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 8093 (06/21/2010)

| ADMINISTRATIVE | Claimed: | $1,500.00 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR PEERLESS WIPING
CLOTH CO - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 2526
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 8093 (06/21/2010)

| ADMINISTRATIVE | Claimed: | $367.50 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR ACME JANITOR
EQUIPMENT - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 2527-01
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 8093 (06/21/2010)

| ADMINISTRATIVE | Claimed: | $545.08 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR ACME JANITOR
EQUIPMENT - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 2527-02
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 8093 (06/21/2010)

| UNSECURED | Claimed: | $6.20 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR PROCESS SENSORS
CORP - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 2850
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 2033
DOCKET: 7550 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $3,900.00 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR COTTERMAN COMPANY - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2851-01<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | |

| ADMINISTRATIVE | Claimed: | $1,178.00 |
|---|---|---|

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR COTTERMAN COMPANY - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2851-02<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | |

| UNSECURED | Claimed: | $158.04 |
|---|---|---|

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CONVEYOR COMPONENTS CO - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2852-01<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | |

| ADMINISTRATIVE | Claimed: | $200.00 |
|---|---|---|

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CONVEYOR COMPONENTS CO - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2852-02<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | |

| UNSECURED | Claimed: | $6.67 |
|---|---|---|

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR IPS BALERS MFG, INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2853-01<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | |

| ADMINISTRATIVE | Claimed: | $9,281.60 |
|---|---|---|

---

| | | | |
|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR IPS BALERS MFG, INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2853-02<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |

| UNSECURED | Claimed: | $201.40 | Scheduled: | $9,483.00 |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR COASTAL LUMBER CO - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2854<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | |

| ADMINISTRATIVE | Claimed: | $1,417.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,417.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR NORTHLAND WILLETTE, INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2855<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8093 (06/21/2010) |

ADMINISTRATIVE          Claimed:                    $1,127.88

---

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR JAMISON STEEL RULE DIE - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2856<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8093 (06/21/2010) |

ADMINISTRATIVE          Claimed:                    $15,084.00

---

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR BALEMASTER - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2857-01<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |

ADMINISTRATIVE          Claimed:                    $5,142.18

---

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR BALEMASTER - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2857-02<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:                    $221.31

---

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PHOENIX PROCESS EQUIPMENT - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2858-01<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |

ADMINISTRATIVE          Claimed:                    $3,802.77

---

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PHOENIX PROCESS EQUIPMENT - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2858-02<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:                    $195.68

---

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR COFFEE PERKS - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2859-01<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |

ADMINISTRATIVE          Claimed:                    $176.08

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR COFFEE PERKS - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2859-02<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $3.50 |
|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR K & J CONTAINERS, INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2860<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8537 (09/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $8,369.16 |
|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PRECISION DESIGN MACHINERY - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2861-01<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $489.52 |
|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PRECISION DESIGN MACHINERY - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2861-02<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $112.10 |
|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PRECISION DESIGN MACHINERY - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2862-01<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,823.68 |
|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PRECISION DESIGN MACHINERY - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2862-02<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $49.96 |
|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PRECISION DESIGN MACHINERY - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2863-01<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $489.52 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PRECISION DESIGN MACHINERY - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2863-02<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $73.61 |
|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DELTA INSTRUMENT, LLC - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2864-01<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4,880.00 |
|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DELTA INSTRUMENT, LLC - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2864-02<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $12.53 |
|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR K & J CONTAINERS - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2912<br>Claim Date: 05/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $8,369.16 |
|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DISCOUNT RAMPS.COM - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 3052-01<br>Claim Date: 05/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $7,295.97 |
|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DISCOUNT RAMPS.COM - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 3052-02<br>Claim Date: 05/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $1,750.00 |
|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CULLUM & BROWN INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 3053-01<br>Claim Date: 05/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,694.83 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR CULLUM & BROWN INC.
- ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 3053-02
Claim Date: 05/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 8093 (06/21/2010)

| UNSECURED | Claimed: | $217.00 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR GUERNSEY/DISCOUNT
OFFICE PRODUCTS - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 3054
Claim Date: 05/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 8093 (06/21/2010)

| ADMINISTRATIVE | Claimed: | $1,305.44 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR K S INDUSTRIAL TIRE
SALES - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 3055
Claim Date: 05/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| ADMINISTRATIVE | Claimed: | $1,191.44 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR DAVID INDUSTRIAL
SALES INC. - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 3056-01
Claim Date: 05/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 8093 (06/21/2010)

| ADMINISTRATIVE | Claimed: | $2,020.00 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR DAVID INDUSTRIAL
SALES INC. - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 3056-02
Claim Date: 05/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 8093 (06/21/2010)

| UNSECURED | Claimed: | $93.72 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR WAYNE GARAGE DOOR
SALES - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 3160
Claim Date: 05/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 8093 (06/21/2010)

| ADMINISTRATIVE | Claimed: | $1,145.00 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR HD CHASEN COMPANY
ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 3161-01
Claim Date: 05/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 8093 (06/21/2010)

| ADMINISTRATIVE | Claimed: | $1,308.40 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR HD CHASEN COMPANY ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 3161-02
Claim Date: 05/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $39.02 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR RUDOLPH'S SHOES ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 3162-01
Claim Date: 05/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| ADMINISTRATIVE | Claimed: | $1,601.38 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR RUDOLPH'S SHOES ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 3162-02
Claim Date: 05/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $0.50 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DOMINION CHEMICAL CO - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 3163-01
Claim Date: 05/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| ADMINISTRATIVE | Claimed: | $253.50 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DOMINION CHEMICAL CO - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 3163-02
Claim Date: 05/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $25.00 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR HACH COMPANY - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 3164-01
Claim Date: 05/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| ADMINISTRATIVE | Claimed: | $2,183.23 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,603.90 |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR HACH COMPANY - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 3164-02
Claim Date: 05/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $678.92 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR AP PALLET, INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 3165<br>Claim Date: 05/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8093 (06/21/2010) |

ADMINISTRATIVE          Claimed:                    $300.00

---

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ECONO PRODUCTS, INC - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 3166<br>Claim Date: 05/29/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET 8093 (06/21/2010) |

ADMINISTRATIVE          Claimed:                    $15,848.80

---

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR URPS, INC. ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 3208<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |

ADMINISTRATIVE          Claimed:                    $13,895.00

---

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR APERTAIN CORP. ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 3501-01<br>Claim Date: 06/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |

ADMINISTRATIVE          Claimed:                    $3,667.05

---

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR APERTAIN CORP. ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 3501-02<br>Claim Date: 06/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:                    $447.50

---

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CERAMIC & METAL COATINGS CORPORATION - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 6182-01<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010) |

ADMINISTRATIVE          Claimed:                    $1,915.00

---

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CERAMIC & METAL COATINGS CORPORATION - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 6182-02<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |

UNSECURED          Claimed:                    $26.00

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR RELIANCE TELEPHONE SYSTEMS, INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 6183-01<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $301.04 |

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR RELIANCE TELEPHONE SYSTEMS, INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 6183-02<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1436 (08/06/2009) | |
| ADMINISTRATIVE | Claimed: | $301.04 |

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ALLEN FIELD CO INC ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 6184-01<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010) | |
| ADMINISTRATIVE | Claimed: | $410.19 |

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ALLEN FIELD CO INC ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 6184-02<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | |
| UNSECURED | Claimed: | $22.04 |

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR HOLLAND INDUSTRIAL COMPANY - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 6185-01<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010) | |
| ADMINISTRATIVE | Claimed: | $1,300.93 |

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR HOLLAND INDUSTRIAL COMPANY - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 6185-02<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | |
| UNSECURED | Claimed: | $62.00 |

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PIECZONKA UNLIMITED INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 6186-01<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $4,915.65 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PIECZONKA UNLIMITED INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 6186-02<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1436 (08/06/2009) |
| ADMINISTRATIVE | Claimed: | $4,915.65 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PERFORMANCE FABRICS INC., DBA HEX ARMOR - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 6187-01<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLY AMENDED BY 11997<br>DOCKET: 7189 (04/22/2010) |
| ADMINISTRATIVE | Claimed: | $607.72 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PERFORMANCE FABRICS INC., DBA HEX ARMOR - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 6187-02<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 11997<br>DOCKET: 8117 (06/22/2010) |
| UNSECURED | Claimed: | $9.70 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ANTI-SEIZE TECHNOLOGY - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 6188-01<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010) |
| ADMINISTRATIVE | Claimed: | $705.60 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ANTI-SEIZE TECHNOLOGY - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 6188-02<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
| UNSECURED | Claimed: | $32.18 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR RUBBER & ACCESSORIES, INC., - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 6189-01<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| PRIORITY | Claimed: | $498.90 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR RUBBER & ACCESSORIES, INC., - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 6189-02<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLY AMENDED BY 11871<br>DOCKET: 2205 (10/09/2009) |
| ADMINISTRATIVE | Claimed: | $498.90 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR AIR FILTER SERVICE, CO., INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 6190-01<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8117 (06/22/2010) |

| UNSECURED | Claimed: | $46.34 |
|---|---|---|

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR AIR FILTER SERVICE, CO., INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 6190-02<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET 7189 (04/22/2010) |

| PRIORITY | Claimed: | $8.79 |
|---|---|---|

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR IESCO INC. ASSIGNOR<br>2699 WHITE ROAD , SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 6191-01<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010) |

| ADMINISTRATIVE | Claimed: | $1,241.53 |
|---|---|---|

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR IESCO INC. ASSIGNOR<br>2699 WHITE ROAD , SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 6191-02<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8117 (06/22/2010) |

| UNSECURED | Claimed: | $23.03 |
|---|---|---|

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR MARK TRECE DE PUERTO RICO, INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 6192-01<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8093 (06/21/2010) |

| UNSECURED | Claimed: | $5,392.65 |
|---|---|---|

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR MARK TRECE DE PUERTO RICO, INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 6192-02<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1436 (08/06/2009) |

| ADMINISTRATIVE | Claimed: | $5,392.65 |
|---|---|---|

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR GREENE LINE MANUFACTURING - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 6193-01<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8093 (06/21/2010) |

| PRIORITY | Claimed: | $1,755.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR GREENE LINE
MANUFACTURING - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 6193-02
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 1436 (08/06/2009)

| ADMINISTRATIVE | Claimed: | $1,755.00 |
| --- | --- | --- |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR GREENE LINE
MANUFACTURING - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 6194
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $9,301.52 |
| --- | --- | --- |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR IESCO, INC. -
ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 6195
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $10,024.35 |
| --- | --- | --- |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR IESCO, INC. -
ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 6196
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $1,303.60 |
| --- | --- | --- |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR AIR FILTER SERVICE,
CO., INC. - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 6197
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $4,446.35 |
| --- | --- | --- |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR MIDWEST SCAPES -
ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 6198
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $6,178.05 |
| --- | --- | --- |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR RUBBER &
ACCESSORIES, INC., - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 6199
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $1,621.33 |
| --- | --- | --- |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ANTI-SEIZE TECHNOLOGY - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 6200<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| UNSECURED            Claimed: | $827.18 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PERFORMANCE FABRICS INC., DBA HEX ARMOR - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 6201<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |
| UNSECURED            Claimed: | $1,689.71 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR RELIANCE TELEPHONE SYSTEMS, INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 6202<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |
| UNSECURED            Claimed: | $785.00 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR H.E. WISDOM & SONS, INC., DBA WISDOM ADHESIVES - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 7543-01<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010) | |
| ADMINISTRATIVE            Claimed: | $12,107.50 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR H.E. WISDOM & SONS, INC., DBA WISDOM ADHESIVES - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 7543-02<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010) | |
| PRIORITY            Claimed: | $669.50 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR SERVICE CHEMICAL INDUSTRIES, INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 7544-01<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010) | |
| ADMINISTRATIVE            Claimed: | $1,619.20 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR SERVICE CHEMICAL INDUSTRIES, INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 7544-02<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | |
| UNSECURED            Claimed: | $80.96 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR SERVICE CHEMICAL INDUSTRIES, INC.- ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 7545<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $6,800.64 | | |
|---|---|---|---|---|

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTY-IN-FACT FOR NORTHLAND WILLETTE, INC<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 7886<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $1,127.88 | | |
|---|---|---|---|---|

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTY-IN-FACT FOR IPS BALERS MFG, INC.<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 7887<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $9,483.00 | | |
|---|---|---|---|---|

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTY-IN-FACT FOR WAYNE GARAGE DOOR SALES<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 7888<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $1,145.00 | | |
|---|---|---|---|---|

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTY-IN-FACT FOR CULLUM & BROWN, INC.<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 7889<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $3,911.83 | | |
|---|---|---|---|---|

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR W.E. ROE INDUSTRIES INC., ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 10888<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends Claim 1769 |

| UNSECURED | Claimed: | $19,652.55 | Scheduled: | $33,522.45 |
|---|---|---|---|---|

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CULLUM & BROWN, INC. ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 10889<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends Claim 9188 |

| UNSECURED | Claimed: | $6,296.62 | Scheduled: | $12,091.38 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ADVANTAGE MECHANICAL II, INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 10890<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $37,401.76 | Scheduled: | $35,750.28 |

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ECONO PRODUCTS INC. -ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 10891<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $10,874.00 | | |

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR HUMBOLDT INDUSTRIAL SUPPLY, ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 10892<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 2155 | | |
| UNSECURED | Claimed: | $5,033.41 | Scheduled: | $7,233.46 |

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR MARK TRECE DE PR, INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 10893<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $6,935.00 | Scheduled: | $12,032.65 |

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR W.E. ROE INDUSTRIES INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 10894<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2813 (11/18/2009) | | |
| ADMINISTRATIVE | Claimed: | $13,869.90 | | |

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CONTINENTAL PUMP COMPANY - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 10895<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends Claim 5680 | | |
| UNSECURED | Claimed: | $16,795.54 | Scheduled: | $16,795.54 |

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PHOENIX PROCESS EQUIPMENT CO. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | | Claim Number: 10896<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends Claim 5192 | | |
| UNSECURED | Claimed: | $12,873.58 | Scheduled: | $12,873.58 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR NORTHERN AIR CORP.,
DBA NAC MECHANICAL & ELECTRICAL
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 11717
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends Claim 1655

| UNSECURED | Claimed: | $3,929.38 | Scheduled: | $3,929.38 |
| --- | --- | --- | --- | --- |

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR UNIVERSAL URETHANE
PRODUCTS, ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 11718
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 3195 (12/16/2009)

| ADMINISTRATIVE | Claimed: | $1,189.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $1,189.00 |

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR DUNHAM RUBBER &
BELTING CORP. - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 11719
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2534 (10/30/2009)

| ADMINISTRATIVE | Claimed: | $883.02 | | |
| --- | --- | --- | --- | --- |

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
DUNHAM RUBBER AND BELTING CORP -ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 11720
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends Claim 1360

| UNSECURED | Claimed: | $9,253.66 | Scheduled: | $10,039.40 |
| --- | --- | --- | --- | --- |

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR KBC WEAR COMPONENTS
AND SALES, INC. - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 11721
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $288.00 | | |
| --- | --- | --- | --- | --- |

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
COFFEE PERKS - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 11722
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends Claim 2227

| UNSECURED | Claimed: | $1,342.85 | Scheduled: | $1,545.18 |
| --- | --- | --- | --- | --- |

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
BLACK EQUIPMENT COMPANY, INC. - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 11723
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends Claim 646

| UNSECURED | Claimed: | $1,405.47 | Scheduled: | $871.47 |
| --- | --- | --- | --- | --- |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR TONER TECH CARTRIDGE SERVICE, INC - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11724<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends Claim 2550 |
|---|---|

| UNSECURED | Claimed: | $2,404.00 | Scheduled: | $2,404.00 |
|---|---|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR EQUIPMENT DEPOT OF ILLINOIS - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11725<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends Claim 1065 |
|---|---|

| UNSECURED | Claimed: | $35,326.10 | Scheduled: | $30,020.76 |
|---|---|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ALLIED ROOFING & SHEET METAL CO., INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11726<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends Claim 1728 |
|---|---|

| UNSECURED | Claimed: | $500.00 |
|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR K & S INDUSTRIAL TIRE SALES - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11749<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,660.91 | Scheduled: | $4,193.92 |
|---|---|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR A.P. PALLET INC. ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11759<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4729 (02/04/2010)<br>Amends Claim 4936 |
|---|---|

| UNSECURED | Claimed: | $1,528.10 | Scheduled: | $1,828.10 |
|---|---|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR STATE ELECTRIC COMPANY - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11902-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim no. 4257 |
|---|---|

| UNSECURED | Claimed: | $4,060.76 |
|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR STATE ELECTRIC COMPANY - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11902-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2993 (12/04/2009)<br>Amends claim no. 4257 |
|---|---|

| ADMINISTRATIVE | Claimed: | $550.94 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
ALLEN FIELD COMPANY, INC. - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 11903
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends Claims 172, 177, and 178

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $678.55 | Scheduled: | $937.70 |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
DIANSUPLY, INC. - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 11904
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $947.70 | Scheduled: | $2,184.66 |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
INDIANA WIPING CLOTH, INC. - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 11905
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $808.00 | Scheduled: | $1,616.00 |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR HELWIG CARBON
PRODUCTS, INC. - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 11906
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5587 (03/03/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,391.92 | | |
| UNSECURED | Claimed: | $8,430.07 | Scheduled: | $10,776.10 |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
CONVEYOR COMPONENTS - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 11907
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $206.31 | Scheduled: | $412.98 |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
ELSONS CONTAINER SUPPLY - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 11908
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
Amends Claim 4911

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,832.40 |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
HOLLAND INDUSTRIAL COMPANY - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 11909
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,961.06 | Scheduled: | $7,323.99 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
DAVID INDUSTRIAL SALES, INC. - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 11910
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $2,113.72 | | |
| | | | Scheduled: | $2,113.72 |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
US RUBBER ROLLER CO., INC. - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 11911
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2205 (10/09/2009)

| ADMINISTRATIVE | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $1,710.43 | | |
| | | | Scheduled: | $1,710.43 |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
HENDERSON COFFEE CORP. - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 11912
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,329.08 | Scheduled: | $964.65 |
|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR RELIANCE TELEPHONE
SYSTEMS, INC.
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 11974
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends Claim 6202

| UNSECURED | Claimed: | $785.00 | Scheduled: | $1,086.04 |
|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR ACE-TEX ENTERPRISES
INC. - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 11975
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $808.00 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR ANTI-SEIZE
TECHNOLOGY - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 11976
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends Claim 6200

| UNSECURED | Claimed: | $827.18 | Scheduled: | $1,486.58 |
|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR IESCO, INC.
ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 11977
Claim Date: 08/28/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments:
Amends Claim 6196

| UNSECURED | Claimed: | $1,303.60 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ANTI-SEIZE TECHNOLOGY ( ASSIGNOR) 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 11988 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed: | $737.78 | | |

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR HOLLAND INDUSTRIAL COMPANY - ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 11989 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed: | $1,362.93 | | |

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR RUBBER & ACCESSORIES, INC. 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 11990 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: Amends Claim 6199 | | |
|---|---|---|---|
| UNSECURED          Claimed: | $1,621.33 | Scheduled: | $2,436.14 |

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PRECISION DESIGN MACHINERY 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 11991 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed: | $1,873.64 | | |

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR AA ELECTRIC SE, INC. ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 11992 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed: | $1,495.13 | | |

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR FLAGSHIP INDUSTRIES INC. ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 11993 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed: | $1,465.25 | | |

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR COTTERMAN COMPANY - ASSIGNOR 2699 WHITE ROAD, SUITE 255 IRVINE, CA 92614 | Claim Number: 11994 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed: | $1,336.04 | | |
| UNSECURED | | Scheduled: | $1,336.04 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ALTERNATIVE SOLUTIO INT'L - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11995<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,699.78 | | |
|---|---|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PROCESS SENSORS CORP - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11996<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,900.00 | | |
|---|---|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PERFORMANCE FABRICS, INC. DBA HEX ARMOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11997<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $617.42 | | |
|---|---|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CORPORATE SERVICES GROUP - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11998<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $120.20 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $120.20 |

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR AIR FILTER SERVICE CO. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 11999<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $55.13 | | |
|---|---|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR MIDWEST SCAPES ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12000<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends Claim 6198 |
|---|---|

| UNSECURED | Claimed: | $6,178.05 | Scheduled: | $3,532.87 |
|---|---|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR MARK TRECE DE PUERTO RICO, INC.<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12001<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $5,392.65 | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | |
|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PIECZONKA UNLIMITED INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12002<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $4,915.65 | |
| UNSECURED | | Scheduled: | $4,915.65 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR AIR FILTER SERVICE INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12003<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends Claim 6197 | | |
| UNSECURED | Claimed: | $4,446.35 | Scheduled: | $4,501.48 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR IESCO,<br>INC.  - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12004<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends Claim 6195 | | |
| UNSECURED | Claimed: | $10,024.35 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR GREENE LINE MANUFACTURING - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12005<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 6194 | | |
| UNSECURED | Claimed: | $9,301.52 | Scheduled: | $12,464.41 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CERAMIC & METAL COATINGS CORP - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12006<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $1,941.00 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR GREENE LINE MANUFACTURING - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12007<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $1,755.00 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR SERVICE CHEMICAL INDUSTRIES, INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12008<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $1,700.16 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PERFORMANCE FABRICS, INC. DBA HEX ARMOR - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12009<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends Claim 6201 | | | |
| UNSECURED | Claimed: | $1,689.71 | Scheduled: | $2,307.13 |

---

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CULLUM & BROWN INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12010<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | |
| ADMINISTRATIVE | Claimed: | $3,911.83 | | |

---

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ACME JANITOR EQUIPMENT - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12011<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | |
| ADMINISTRATIVE | Claimed: | $551.28 | | |

---

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR COAST TO COAST HYDRAULICS - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12012<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | |
| ADMINISTRATIVE | Claimed: | $557.64 | | |

---

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DISCOUNT RAMPS.COM ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12013<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | |
| ADMINISTRATIVE | Claimed: | $9,045.97 | | |

---

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR IPS BALERS MFG., INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12014<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | |
| ADMINISTRATIVE | Claimed: | $9,483.00 | | |

---

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DELTA INSTRUMENT, LLC - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12015<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | |
| ADMINISTRATIVE | Claimed: | $4,892.53 | | |
| UNSECURED | | | Scheduled: | $4,892.53 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR BALEMASTER ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12016<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

ADMINISTRATIVE          Claimed:          $5,363.49

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR TITAN ENTERPRISES ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12017<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

ADMINISTRATIVE          Claimed:          $6,349.50

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR COFFEE PERKS ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12018<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

ADMINISTRATIVE          Claimed:          $179.58

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DEPENDABLE ACNE THREAD PROD. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12019<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

ADMINISTRATIVE          Claimed:          $201.64

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CONVEYOR COMPONENTS CO., - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12020<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

ADMINISTRATIVE          Claimed:          $206.67

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ALLIED ROOFING & SHEET METAL CO. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12021<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

ADMINISTRATIVE          Claimed:          $500.00

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DRIVES & CONVEYORS, INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 12022<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

ADMINISTRATIVE          Claimed:          $363.18

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR RELIANCE TELEPHONE SYSTEMS, INC.
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 12028
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $301.04 | | |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PIEDMONT GARAGE DOORS - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 13090
Claim Date: 09/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claim 2196

| UNSECURED | Claimed: | $4,846.96 | Scheduled: | $4,667.50 |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR SOUTHEAST RUBBER & SAFETY LLC - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 13091
Claim Date: 09/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claim 5797.

| UNSECURED | Claimed: | $5,234.65 | | |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PUMPS PARTS & SERVICE INC. - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 13092
Claim Date: 09/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claim 1561.

| UNSECURED | Claimed: | $10,571.24 | Scheduled: | $10,365.62 |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CUSTOM EQUIPMENT COMPANY, INC., - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 13405
Claim Date: 10/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends Claim 3006

| UNSECURED | Claimed: | $12,057.30 | Scheduled: | $11,390.30 |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ATLAS NORTH LLC ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 13406
Claim Date: 10/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends Claim 20

| UNSECURED | Claimed: | $39,039.44 | Scheduled: | $37,074.74 |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DOUBLE E COMPANY LLC - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 13407
Claim Date: 10/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 2379
DOCKET: 6248 (03/25/2010)

| UNSECURED | Claimed: | $25,641.83 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR BERESFORD BOX, INC. ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 13547<br>Claim Date: 11/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $4,207.34 | | |
|---|---|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR TURBINE GENERATOR MAINTENANCE, INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 13548<br>Claim Date: 11/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 3022. |
|---|---|

| UNSECURED | Claimed: | $57,997.22 | | |
|---|---|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR S&T TRUCK & AUTO SERVICE - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 13689<br>Claim Date: 12/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>amends claim 2480 |
|---|---|

| UNSECURED | Claimed: | $1,518.70 | Scheduled: | $1,422.67 |
|---|---|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR THE ROWLAND COMPANY ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 13690<br>Claim Date: 12/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>amends claim 2443 |
|---|---|

| UNSECURED | Claimed: | $1,483.76 | Scheduled: | $1,464.00 |
|---|---|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR INSTRUMENT SPECIALTIES, INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 13691<br>Claim Date: 12/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $4,982.80 | | |
|---|---|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR WYLER INDUSTRIAL WIORKS - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 13692<br>Claim Date: 12/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $3,660.56 | | |
|---|---|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR FIKE CORPORATION ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 13693<br>Claim Date: 12/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $9,386.89 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CIMARRON OFFICE FURNITURE SERVICES - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 13746<br>Claim Date: 01/14/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 247. | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,000.00 |
| UNSECURED | Claimed: | $1,387.00 |

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR SHOOK & FLETCHER INSULATION COMPANY - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 13749<br>Claim Date: 01/14/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $935.97 |

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR SUPERIOR ALLOY STEEL COMPANY, INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 13750<br>Claim Date: 01/14/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 3964. | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,144.00 |

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR SAFETY SHOE DISTRIBUTORS INC. - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 13752<br>Claim Date: 01/14/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,588.09 |

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR TRANSCAT A/K/A TRANSCAT COMMERCIAL COLLECTION CORP AKA TRANSCAT EIL, 2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 13760<br>Claim Date: 01/18/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 2165. | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,491.65 | Scheduled: | $5,582.71 |

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR K & M ELECTRONIC INDUSTRIAL - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 13761<br>Claim Date: 01/18/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $977.00 |

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR R. SCHEINERT & SONS INC., - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 13762<br>Claim Date: 01/18/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,814.21 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR TREE LINE TRANSPORTATION, INC., - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 13763<br>Claim Date: 01/18/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $6,149.28 | | |
|---|---|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR COWIN EQUIPMENT COMPANY, INC., - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 13764<br>Claim Date: 01/18/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $5,060.27 | | |
|---|---|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR SCHRADER ARCHITECTURAL PRODUCTS - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 13765<br>Claim Date: 01/18/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,185.92 | Scheduled: | $500.00 |
|---|---|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR RENT-ALL-EQUIPMENT ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 13766<br>Claim Date: 01/18/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $6,081.97 | | |
|---|---|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR YOCHUM CONTRACTING, INC., ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 13781<br>Claim Date: 01/26/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $8,138.88 | | |
|---|---|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR OASIS ALIGNMENT SERVICES, INC., ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 13782<br>Claim Date: 01/26/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $55,077.10 | | |
|---|---|---|---|---|

---

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR OASIS ALIGNMENT SERVICES, INC., ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 13783<br>Claim Date: 01/26/2010<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $13,750.00 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PARIS INDUSTRIAL MAINTENANCE, INC., ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 13784
Claim Date: 01/26/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claim 11448

| UNSECURED | Claimed: | $23,919.74 | Scheduled: | $23,919.74 |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR SYNTERRA CORPORATION, INC., ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 13785
Claim Date: 01/26/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $4,134.22 |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR INDUSTRIAL ELECTRICAL SERVICES, INC., ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 13786
Claim Date: 01/26/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $38,210.79 |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR AUTO GLASS & MORE STORE, INC., ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 13787
Claim Date: 01/26/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,385.00 |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR NORTHWEST PARTS & RIGGINS CO., INC., ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 13788
Claim Date: 01/26/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $4,721.75 | Scheduled: | $4,721.75 |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR INTERMOUNTAIN SAFETY SHOES - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 13974
Claim Date: 04/12/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| ADMINISTRATIVE | Claimed: | $1,176.23 |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR STONES ELECTRICAL CONTRACTORS, INC. - ASSIGNOR
2699 WHITE ROAD, SUITE 255
IRVINE, CA 92614

Claim Number: 14028
Claim Date: 05/19/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| UNSECURED | Claimed: | $29,494.86 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CONNECTICUT METAL INDUSTRIES - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 14035<br>Claim Date: 06/02/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | |
| UNSECURED | Claimed: | $14,357.00 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR HENDERSON COFFEE CORP - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2219<br>Claim Date: 04/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7719 (05/21/2010) | |
| ADMINISTRATIVE | Claimed: | $135.45 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR K & J CONTAINERS - ASSIGNOR<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 2912<br>Claim Date: 05/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| ADMINISTRATIVE | Claimed: | $8,369.16 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTY-IN-FACT FOR NORTHLAND WILLETTE, INC<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 7886<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $1,127.88 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTY-IN-FACT FOR IPS BALERS MFG, INC.<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 7887<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $9,483.00 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTY-IN-FACT FOR WAYNE GARAGE DOOR SALES<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 7888<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $1,145.00 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTY-IN-FACT FOR CULLUM & BROWN, INC.<br>2699 WHITE ROAD, SUITE 255<br>IRVINE, CA 92614 | Claim Number: 7889<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $3,911.83 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND,ASSIGNEE & ATTORNEY-IN-FACT FOR H.E. WISDOM & SONS, INC. DBA WISDOM ADHESIVES 2699 WHITE ROAD- SUITE 255 IRVINE, CA 92614 | | Claim Number: 11864<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $12,777.00 | | |

| | | | | |
|---|---|---|---|---|
| SIEVEKING, INC. KRAMER & FRANK PC 9300 DIELMAN INDUSTRIAL DRIVE SAINT LOUIS, MO 63132 | | Claim Number: 7520<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $24,711.53 | Scheduled: | $25,866.12 |

| | | | | |
|---|---|---|---|---|
| SIEVER, LINETTE B 1602 MAPLE ST HIGHLAND, IL 62249 | | Claim Number: 8077<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| SIEWERT CLASSIC PROCESS LLC PO BOX 8000 BUFFALO, NY 14267 | | Claim Number: 4036<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $5,242.95 | Scheduled: | $6,361.96 |

| | | | | |
|---|---|---|---|---|
| SIEWERT EQUIPMENT COMPANY INC PO BOX 8000 BUFFALO, NY 14267 | | Claim Number: 4035<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $269.87 | | |

| | | | | |
|---|---|---|---|---|
| SIGN PRO 2621 BROOKS STREET MISSOULA, MT 59801 | | Claim Number: 3629<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,004.70 | Scheduled: | $1,073.00 |

| | | | | |
|---|---|---|---|---|
| SILBERNAGEL, MARY 6222 EAGLES LAKE DR CINCINNATI, OH 45248 | | Claim Number: 9420<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SILICON ROADWAYS<br>722 JULIE ANN WAY<br>OAKLAND, CA 94621 | | Claim Number: 12565<br>Claim Date: 09/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $88,422.24 | | |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $76,999.25 | | |

| SILTRONIC CORP<br>7200 NW FRONT AVE<br>PORTLAND, OR 97210 | | Claim Number: 7890<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27.78 | Scheduled: | $47.78 |

| SILVASOMS MACHINE INC.<br>384 MAXNAM ROAD<br>AUSTELL, GA 30168 | | Claim Number: 2502<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $3,279.93 | | |

| SILVASONS INC<br>384 MAXHAM ROAD<br>AUSTELL, GA 30168 | | Claim Number: 4469<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,279.93 | Scheduled: | $3,279.93 |

| SILVASONS MACHINE INC.<br>384 MAXHAM RD<br>ANSTELL, GA 30168 | | Claim Number: 8610<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,279.93 | | |

| SILVERIUS JAMES MCCARRON<br>C/O FRANK MCCARRON<br>108 MORRISON ROAD<br>KITCHENER, ON N2A 2T5<br>CANADA | | Claim Number: 8838<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| SIMCOE WOOD PRODUCTS, INC.<br>3730 HWY 69N<br>CULLMAN, AL 35058 | | Claim Number: 984<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,570.48 | Scheduled: | $14,374.40  UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SIMMONS, AVERY L<br>3308 SOWELL ROAD<br>BREWTON, AL 36426 | | Claim Number: 9658<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $2,207.00 | | |
| SIMONEX INC<br>1115 BOUL. INDUSTRIEL<br>GRANDBY, QC J2J 2B8<br>CANADA | | Claim Number: 8340<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| UNSECURED | Claimed: | $3,840.18 | | |
| SIMONEX INC.<br>1115 BOUL INDUSTRIEL<br>GRANBY, QC J2J 2B8<br>CANADA | | Claim Number: 9408<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $3,488.76 | Scheduled: | $3,935.95 |
| SIMONS, ROBERT R<br>808 OAK AVE<br>MT VIEW, AR 72560 | | Claim Number: 4695<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | |
| PRIORITY<br>SECURED<br>TOTAL | Claimed:<br>Claimed:<br>Claimed: | $120,950.00<br>$120,950.00<br>$120,950.00 | | |
| SIMONS, ROBERT R.<br>808 OAK AVE<br>MT VIEW, AR 72560 | | Claim Number: 8392<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | |
| SECURED | Claimed: | $100,000.00 | | |
| SIMPCO, INC<br>192 COUNTY ROAD 870<br>COLLINSVILLE, AL 35961 | | Claim Number: 1834<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $18,258.00 | Scheduled: | $18,258.20 |
| SIMPLE AIR SOLUTIONS, LLC<br>P.O. BOX 268<br>FORSYTH, GA 31029-0268 | | Claim Number: 1502<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,395.92 | Scheduled: | $3,088.42 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SIMPLE AIR SOLUTIONS, LLC<br>P.O. BOX 268<br>FORSYTH, GA 31029-0268 | | Claim Number: 1503<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $692.50 | | |
| SIMPLEX GRINNELL<br>ATTN: BANKRUPTCY<br>50 TECHNOLOGY DRIVE<br>WESTMINSTER, MA 01441 | | Claim Number: 6092<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $213,586.57 | | |
| SIMPLEXGRINNELL<br>ATTN BANKRUPTCY<br>50 TECHNOLOGY  DRIVE<br>WESTMINSTER, MA 01441 | | Claim Number: 3601<br>Claim Date: 06/26/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $951.88 | | |
| SIMPLEXGRINNELL<br>ATTN BANKRUPTCY<br>50 TECHNOLOGY  DRIVE<br>WESTMINSTER, MA 01441 | | Claim Number: 3716<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $152,770.59 | | |
| SIMPLEXGRINNELL<br>ATTN BANKRUPTCY<br>50 TECHNOLOGY  DRIVE<br>WESTMINSTER, MA 01441 | | Claim Number: 5488<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $152,770.59 | | |
| SIMPLEXGRINNELL<br>ATTN: BANKRUPTCY<br>50 TECHNOLOGY DRIVE<br>WESTMINSTER, MA 01441 | | Claim Number: 7745-01<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010)<br>Amends claim 6092 | | |
| UNSECURED | Claimed: | $63,459.08 | Scheduled: | $2,894.08 |
| SIMPLEXGRINNELL<br>ATTN: BANKRUPTCY<br>50 TECHNOLOGY DRIVE<br>WESTMINSTER, MA 01441 | | Claim Number: 7745-02<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8407 (08/18/2010)<br>Amends claim 6092 | | |
| UNSECURED | Claimed: | $12,298.58 | Scheduled: | $146,653.76 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SIMPLEXGRINNELL LP
MORRIS JAMES LLP
C/O BRETT D. FALLON
500 DELAWARE AVE., STE 1500 PO BOX 2306
WILMINGTON, DE 19899-2306

Claim Number: 14099
Claim Date: 08/11/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 8730 (11/09/2010)

---

| ADMINISTRATIVE | Claimed: | $53,662.21 |
|---|---|---|

---

SIMPSON, MILLARD S.
C/O GREGORY A. CADE
ENVIRONMENTAL LITIGATION GROUP P.C.
3529 7TH AVE. SOUTH
BIRMINGHAM, AL 35222

Claim Number: 11526
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

---

| UNSECURED | Claimed: | $41,000.00 |
|---|---|---|

---

SIMPSON, ROBERT E.
PO BOX 928
HODGE, LA 71247

Claim Number: 10270
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SIMPSON, RONALD J.
C/O KOSKIE MINSKY LLP
BARRISTERS AND SOLICITORS
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 11961
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED

---

| UNSECURED | Claimed: | $462,309.68   UNLIQ |
|---|---|---|

---

SIMPSON, RONALD J.
C/O KOSKIE MINSKY LLP
ATTN: ANDREA MCKINNON
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 12957
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED

---

| PRIORITY | Claimed: | $1,638.60 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $460,671.08 | Scheduled: | $332,353.42 |

---

SIMPSON, WANDA
C/O RANDALL C. JOHNSON
HARRIS, FINLEY & BOGLE, P.C.
777 MAIN ST., STE. 3600
FORT WORTH, TX 76102

Claim Number: 9613
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

---

| UNSECURED | Claimed: | $40,895.00 |
|---|---|---|

---

SIMRAN CANADA
SUITE 309
1104-7360, 137 ST
SURREY, BC V3W 1A3
CANADA

Claim Number: 12456
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

---

| UNSECURED | Claimed: | $2,615.21 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SIMRAN CANADA - WATER TREATMENT CO.<br>SUITE # 309<br>1104-7360, 137 ST<br>ATTN: RAV DHANOA<br>SURREY, BC V3W 1A3<br>CANADA | Claim Number: 8815<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $2,615.21 | Scheduled: | $2,622.63 |
|---|---|---|---|---|

---

| SIMS METAL MANAGEMENT<br>600 SOUTH 4TH STREET<br>RICHMOND, CA 94804 | Claim Number: 2553<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,992.95 | Scheduled: | $2,873.51 |
|---|---|---|---|---|

---

| SIMS RECYCLING SOLUTIONS<br>1600 HARVESTER STREET<br>WEST CHICAGO, IL 60185 | Claim Number: 13730<br>Claim Date: 01/06/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $12,281.38 |
|---|---|---|

---

| SIMS, DARRYL E<br>401 E BOGIA ROAD<br>MC DAVID, FL 32568 | Claim Number: 11413<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| SIMS, MICHAEL<br>115 PRIMOS AVENUE<br>FOLCROFT, PA 19032 | Claim Number: 8807<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| SIMS, MICHAEL<br>115 PRIMOS AVE.<br>FOLCROFT, PA 19032 | Claim Number: 12438<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| SIMS, TODD E<br>P O BOX 1701<br>YULEE, FL 32041 | Claim Number: 6838<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $150,000.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | |
|---|---|---|---|
| SIMS, TODD E.<br>C/O JAMES E. SORENSON, ESQ.<br>WILLIAMS, GAUTIER, GWYNN, DELOACH, &<br>SORENSON P.A. PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10691<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED            Claimed: | $4,129.35 | | |

---

| | | | |
|---|---|---|---|
| SINCLAIR INTERNATIONAL AKA PSI-SINCLAIR<br>ATTN: DAVID SINCLAIR<br>85 BOULEVARD<br>QUEENSBURY, NY 12804 | Claim Number: 8191-01<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) | | |
| ADMINISTRATIVE     Claimed:<br>UNSECURED | $146.25 | Scheduled: | $1,160.76 |

---

| | | | |
|---|---|---|---|
| SINCLAIR INTERNATIONAL AKA PSI-SINCLAIR<br>ATTN: DAVID SINCLAIR<br>85 BOULEVARD<br>QUEENSBURY, NY 12804 | Claim Number: 8191-02<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) | | |
| UNSECURED            Claimed: | $1,014.51 | | |

---

| | | | |
|---|---|---|---|
| SINCLAIR, CLAUDE W<br>32 PORTER LANE<br>MARLBOROUGH, NH 03455 | Claim Number: 4539<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED            Claimed: | $0.00   UNDET | | |

---

| | | | |
|---|---|---|---|
| SINGLE SOURCE TRANSPORTATION COMPANY<br>ATTN: KEN BAIRD<br>666 GRAND AVENUE, FLOOR 31<br>DES MOINES, IA 50309 | Claim Number: 2170<br>Claim Date: 04/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED            Claimed: | $52,505.97 | Scheduled: | $145,359.94  UNLIQ |

---

| | | | |
|---|---|---|---|
| SINGLETON, JESSE RAY<br>303 LOCKHART DRIVE<br>QUITMAN, LA 71268 | Claim Number: 10271<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED            Claimed: | $0.00   UNLIQ | | |

---

| | | | |
|---|---|---|---|
| SINIFF, E F<br>385 SUNNYVIEW DRIVE<br>CIRCLEVILLE, OH 43113-1538 | Claim Number: 7254<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED            Claimed: | $0.00   UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SINKS MACHINE SHOP<br>444 ANDREW SINK ROAD<br>LEXINGTON, NC 27295 | Claim Number: 5631<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $7,009.00 | Scheduled: | $7,009.00 |
|---|---|---|---|---|

| SIOUX FALLS UTILITIES<br>1201 NORTH WESTERN AVENUE<br>SIOUX FALLS, SD 57104 | Claim Number: 5100<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $2,521.15 | Scheduled: | $271.76 |
|---|---|---|---|---|

| SIOUXLAND HYDRAULIC INC<br>329 W HWY 20<br>SO SIOUX CITY, NE 68776 | Claim Number: 4929-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,051.46 | Scheduled: | $1,976.66 |
|---|---|---|---|---|

| SIOUXLAND HYDRAULIC INC<br>329 W HWY 20<br>SO SIOUX CITY, NE 68776 | Claim Number: 4929-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $925.20 |
|---|---|---|

| SIROTE & PERMUTT, P.C. - COUNSEL FOR<br>MAYER ELECTRIC SUPPLY COMPANY, INC.<br>DONALD M. WRIGHT<br>2311 HIGHLAND AVENUE SOUTH<br>BIRMINGHAM, AL 35205 | Claim Number: 12215<br>Claim Date: 09/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| SECURED | Claimed: | $181,292.57 |
|---|---|---|
| UNSECURED | Claimed: | $113.84 |

| SIROTE & PERMUTT, PC<br>COUNSEL FOR MAYER ELECTRIC SUPPLY CO,INC<br>DONALD M. WRIGHT<br>2311 HIGHLAND AVENUE, SOUTH<br>BIRMINGHAM, AL 35205 | Claim Number: 7903<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $128,652.78 |
|---|---|---|

| SISKIN STEEL & SUPPLY CO.<br>C/O SPEARS, MOORE, REBMAN & WILLIAMS, PC<br>ATTN: THOMAS S. KALE, ESQ.<br>P.O. BOX 1749<br>CHATTANOOGA, TN 37401-1749 | Claim Number: 973-01<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $516.91 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| SISKIN STEEL & SUPPLY CO.<br>C/O SPEARS, MOORE, REBMAN & WILLIAMS, PC<br>ATTN: THOMAS S. KALE, ESQ.<br>P.O. BOX 1749<br>CHATTANOOGA, TN 37401-1749 | Claim Number: 973-02<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) | |

| ADMINISTRATIVE | Claimed: | $22,643.35 |
|---|---|---|

| | | |
|---|---|---|
| SISKIN STEEL & SUPPLY CO.<br>C/O SPEARS, MOORE, REBMAN & WILLIAMS, PC<br>ATTN: THOMAS S. KALE, ESQ.<br>P.O. BOX 1749<br>CHATTANOOGA, TN 37401-1749 | Claim Number: 11481<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |

| ADMINISTRATIVE | Claimed: | $23,160.26 |
|---|---|---|

| | | |
|---|---|---|
| SISKIN STEEL AND SUPPLY CO INC<br>PO BOX 933517<br>ATLANTA, GA 31193-3517 | Claim Number: 11480<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | |

| UNSECURED | Claimed: | $22,968.58 | Scheduled: | $59,587.49 |
|---|---|---|---|---|

| | | |
|---|---|---|
| SISNEROS, JOSE H<br>PO BOX 404<br>DEL NORTE, CO 81132 | Claim Number: 4754<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| SITKO, DONALD C<br>5005 S.W. GREENWOOD CIRCLE<br>TUALATIN, OR 97062 | Claim Number: 7378<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| PRIORITY | Claimed: | $259,200.00 |
|---|---|---|

| | | |
|---|---|---|
| SJM LOGISTICS<br>8 TRACEY BLVD.<br>BRAMPTON, ON L6T 5R9<br>CANADA | Claim Number: 99<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |

| UNSECURED | Claimed: | $123,865.16 |
|---|---|---|

| | | |
|---|---|---|
| SJM LOGISTICS<br>8 TRACEY BLVD.<br>BRAMPTON, ON L6T 5R9<br>CANADA | Claim Number: 130<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |

| UNSECURED | Claimed: | $33,075.01 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SJM LOGISTICS<br>8 TRACEY BLVD.<br>BRAMPTON, ON L6T 5R9<br>CANADA | Claim Number: 1434<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
|---|---|---|---|
| UNSECURED | Claimed: | $79,981.70 | |

| SJM LOGISTICS<br>(CLARK PACKAGING PRODUCTS DIV.)<br>8 TRACEY BLVD.<br>BRAMPTON, ON L6T 5R9<br>CANADA | Claim Number: 1435<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $33,075.01 | |

| SK CUSTOM CREATIONS<br>89 MICHIGAN AVENUE<br>PATERSON, NJ 07503 | Claim Number: 1437<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $68,722.00 | Scheduled: | $160.00 |

| SKAGIT RIVER STEEL & RECYCLING, INC.<br>1265 SO. ANACORTES STREET<br>PO BOX 376<br>BURLINGTON, WA 98233-0376 | Claim Number: 3427<br>Claim Date: 06/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $12,190.92 | Scheduled: | $21,068.00 |

| SKAPEK, KATHLEEN A<br>1119 S EUCLID<br>OAK PARK, IL 60304 | Claim Number: 11365<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $84,415.00 | |

| SKARDA EQUIPMENT COMPANY, INC.<br>COFACE NORTH AMERICA, INC.<br>PO BOX 2102<br>CRANBURY, NJ 08512 | Claim Number: 2743<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,302.11 | Scheduled: | $818.46 |

| SKIDMORE EXCAVATING<br>889 SPRUCE STREET<br>JEFFERSON, OH 44047 | Claim Number: 6973<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $803.84 | Scheduled: | $803.84 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| SKIPPER, WESLEY J.<br>4385 APPLETON RD<br>BREWTON, AL 36426 | Claim Number: 12143<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | |
| UNSECURED          Claimed: | $30,498.00 | |

---

| | | |
|---|---|---|
| SKYLINE DISPOSAL COMPANY, INCORPORATED<br>66 E. 24TH ST.<br>CHICAGO HEIGHTS, IL 60411 | Claim Number: 1174<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | |
| UNSECURED          Claimed: | $1,035.22 | |

---

| | | |
|---|---|---|
| SKYLINE DISPOSAL COMPANY, INCORPORATED<br>66 E. 24TH ST.<br>CHICAGO HEIGHTS, IL 60411 | Claim Number: 1175<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | |
| UNSECURED          Claimed: | $795.00 | |

---

| | | |
|---|---|---|
| SKYLINE DISPOSAL COMPANY, INCORPORATED<br>66 E. 24TH ST.<br>CHICAGO HEIGHTS, IL 60411 | Claim Number: 1176<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | |
| UNSECURED          Claimed: | $1,060.00 | |

---

| | | |
|---|---|---|
| SKYLINE DISPOSAL COMPANY, INCORPORATED<br>66 E. 24TH ST.<br>CHICAGO HEIGHTS, IL 60411 | Claim Number: 1177<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | |
| UNSECURED          Claimed: | $694.77 | |

---

| | | |
|---|---|---|
| SLACK, DAVID<br>P.O. BOX 336<br>HERBST AVE.<br>SAYLORSBURG, PA 18353 | Claim Number: 5161<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| UNSECURED          Claimed: | $84.75 | |

---

| | | |
|---|---|---|
| SLASH PINE ELECTRIC MEMBERSHIP CORP<br>794 WEST DAME AVENUE<br>PO BOX 356<br>HOMERVILLE, GA 31634 | Claim Number: 5731<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | |
| UNSECURED          Claimed: | $136.30          Scheduled: | $725.64 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SLEEMAN, SCOTT<br>127 NEIL MCGREGOR RD.<br>GRAFTON, ON K0K 2G0<br>CANADA | | Claim Number: 8983<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $61,298.99 | | |

---

| | | | | |
|---|---|---|---|---|
| SLEEPECK PRINTING COMPANY<br>C/O MARK THOMANN<br>DEVELOPMENT SPECIALISTS, INC.<br>70 WEST MADISON STREET, SUITE 2300<br>CHICAGO, IL 60602 | | Claim Number: 706<br>Claim Date: 02/23/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $3,935.00 | Scheduled: | $3,935.00 |

---

| | | | | |
|---|---|---|---|---|
| SLIGER MACHING INC<br>2748 E JENSEN AVENUE<br>FRESNO, CA 93706 | | Claim Number: 9450<br>Claim Date: 08/21/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
| UNSECURED | Claimed: | $6,122.65   UNDET | Scheduled: | $6,122.65 |

---

| | | | | |
|---|---|---|---|---|
| SLINGSHOT TECHNOLOGY SUPPLIES LLC<br>570 CASTLE RIDGE DRIVE<br>BALLWIN, MO 63102 | | Claim Number: 5387<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $567.05 |

---

| | | | | |
|---|---|---|---|---|
| SMALL BUSINESS ADMINISTRATION<br>DELAWARE DISTRICT OFFICE<br>ATTN.: ROBERT T. WILLIAMSON<br>1007 N. ORANGE STREET SUITE 1120<br>WILMINGTON, DE 19801 | | Claim Number: 7927<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) | | |
| SECURED | Claimed: | $438,565.13   UNLIQ | | |
| TOTAL | Claimed: | $409,125.81   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| SMALLEY, CATHERINE C<br>5408 CLEARWATER FARM BLVD UNIT 102<br>LOUISVILLE, KY 40219-8113 | | Claim Number: 11190<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| SMARIO, MARK A<br>1714 BROOKHAVEN MILL RD<br>GREENSBORO, NC 27406 | | Claim Number: 11149<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SMEAD MANUFACTURING<br>851 SMEAD RD<br>LOGAN, OH 43138 | | Claim Number: 10621-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $4,512.85 | Scheduled: | $11,846.00 |

---

| SMEAD MANUFACTURING<br>851 SMEAD RD<br>LOGAN, OH 43138 | | Claim Number: 10621-02<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,333.15 | | |

---

| SMELLEY, CHARLES ORRIN<br>901 HIGHWAY 796<br>QUITMAN, LA 71268 | | Claim Number: 10272<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| SMG SECURITY SYSTEMS INC<br>120 KING STREET<br>ELK GROVE VILLAGE, IL 60007 | | Claim Number: 7224<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $303.00 | Scheduled: | $537.00 |

---

| SMITH & MYERS<br>ATTN: THOMAS MYERS<br>333 SOUTH HOPE STREET, 35TH FLOOR<br>LOS ANGELES, CA 90071 | | Claim Number: 4879<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,460.26 | | |

---

| SMITH BARNEY INC<br>PO BOX 7247-6015<br>PHILADELPHIA, PA 19170-6015 | | Claim Number: 5715<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,245.22 | Scheduled: | $25,979.03 |

---

| SMITH CHEVROLET INC<br>605 KENTUCKY AVE<br>STEVENSON, AL 35772-3111 | | Claim Number: 4661<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $387.47 | Scheduled: | $387.47 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SMITH CO. M.U.D. # 1
11928 CONSTANTIN AVE.
TYLER, TX 75708

Claim Number: 12405
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $812.73 |

---

SMITH COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 1681
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $145,571.18   UNLIQ |

---

SMITH COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 1842
Claim Date: 03/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $145,571.18   UNLIQ |

---

SMITH COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 2633
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $235,896.96 |

---

SMITH COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 2980
Claim Date: 03/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $145,571.18   UNLIQ |

---

SMITH COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 3029
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $235,896.96   UNLIQ |

---

SMITH COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 13954
Claim Date: 04/05/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 8120 (06/22/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $117,948.48   UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SMITH COUNTY<br>ELIZABETH WELLER/LAURIE SPINDLER HUFFMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 13963<br>Claim Date: 04/05/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET 8038 (06/16/2010) | | |
| ADMINISTRATIVE | Claimed: | $119,087.64   UNLIQ | | |
| SECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| SMITH COUNTY WATER CONTROL<br>11928 CONSTANTIN AVENUE<br>TYLER, TX 75708-3253 | | Claim Number: 8592<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | |
| PRIORITY | Claimed: | $812.73 | | |
| UNSECURED | | | Scheduled: | $812.73 |

---

| | | | | |
|---|---|---|---|---|
| SMITH FORESTRY CONSULTING<br>KEVIN WAYNE SMITH<br>30 MISTY RIDGE RD.<br>CLANCY, MT 59634 | | Claim Number: 1768-01<br>Claim Date: 03/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $6,727.85 | | |

---

| | | | | |
|---|---|---|---|---|
| SMITH FORESTRY CONSULTING<br>KEVIN WAYNE SMITH<br>30 MISTY RIDGE RD.<br>CLANCY, MT 59634 | | Claim Number: 1768-02<br>Claim Date: 03/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $6,727.84 | | |

---

| | | | | |
|---|---|---|---|---|
| SMITH HUGHES<br>3753 ROUND BOTTOM RD.<br>CINCINNATI, OH 45244 | | Claim Number: 676<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $32,612.70 | | |

---

| | | | | |
|---|---|---|---|---|
| SMITH INDUSTRIAL SERVICE<br>CHRIS SMITH<br>2001 W I65 SERVICE ROAD N<br>MOBILE, AL 36618 | | Claim Number: 574<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $79,217.41 | Scheduled: | $8,238.66 |

---

| | | | | |
|---|---|---|---|---|
| SMITH INDUSTRIAL SERVICE<br>2001 W I 65 SERVICE ROAD N<br>MOBILE, AL 36618 | | Claim Number: 5600<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $79,217.41 | Scheduled: | $71,707.41 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| SMITH RIVER<br>93 CAMBELL CT.<br>BASSETT, VA 24055 | | Claim Number: 12481<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8980 (03/11/2011) |
| PRIORITY | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| SMITH RIVER PACKAGING<br>93 CAMPBELL CT.<br>ATTN: CHARLES P. SMITH III<br>BASSETT, VA 24055 | | Claim Number: 8868<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
| UNSECURED | Claimed: | $630.15 |

---

| | | |
|---|---|---|
| SMITH, C L<br>584 W SAXONY DR<br>EXTON, PA 19341 | | Claim Number: 11897<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| SMITH, CECIL<br>3009 SUSAN DR<br>MONTGOMERY, AL 361163930 | | Claim Number: 6050<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| SMITH, CECIL<br>3009 SUSAN DR.<br>MONGTOMERY, AL 36116 | | Claim Number: 8607<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| SMITH, DARRIN F<br>2850 N CENTURY BLVD<br>MC DAVID, FL 32568 | | Claim Number: 11412<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| SMITH, DONNIE M.<br>153 CYPRESS LANE<br>DUBACK, LA 71235 | | Claim Number: 10328<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SMITH, DUNCAN E<br>4220 WEATHERFORD AVE<br>MOBILE, AL 36609-2446 | | Claim Number: 8109<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

| SMITH, EDNA<br>1214 S. THIRD STREET<br>HODGE, LA 71247 | | Claim Number: 10344<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

| SMITH, J P<br>584 W SAXONY DR<br>EXTON, PA 19341 | | Claim Number: 11621<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

| SMITH, JAMES B.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | | Claim Number: 11844<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

| SMITH, JOHN B<br>200 WINDY RIDGE LANE<br>RICHMOND, KY 40475 | | Claim Number: 5847<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |

| SMITH, JOHN T<br>1380 14TH ST<br>GRAND MERE, QC G9T 3Z2<br>CANADA | | Claim Number: 8352<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | |
|---|---|---|---|
| PRIORITY | Claimed: | $13,036.20 | |

| SMITH, JOHN T.<br>1380 - 14TH STREET<br>GRAND-MERE, QC G9T 3Z2<br>CANADA | | Claim Number: 12845<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $117,589.42 | Scheduled:       $117,589.42 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SMITH, JOHN T.
1380 - 14TH STREET
GRAND-MERE,
CANADA

Claim Number: 99004
Claim Date: 06/17/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $117,589.42 |
|---|---|---|

SMITH, JOYCE
3903 WEST MAIN ST
WHISTLER, AL 36612

Claim Number: 6876
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMITH, MARLENE
60 TOVELL DRIVE
GUELPH, ON N1K 1Z7
CANADA

Claim Number: 13449
Claim Date: 09/01/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SMITH, MARY O
934 GREENHILL DRIVE
ROSSVILLE, GA 30741

Claim Number: 4242
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMITH, NANCY
2231 S ORCHARD CREST
SPRINGFIELD, MO 65807

Claim Number: 13371
Claim Date: 09/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $1,350.00 |
|---|---|---|

SMITH, NANCY ROSE
4317 S. DEBORAH RD
SPRINGFIELD, MO 65810

Claim Number: 13370
Claim Date: 09/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| ADMINISTRATIVE | Claimed: | $1,350.00 |
|---|---|---|

SMITH, NATHANIEL DUNCAN
6747 HWY. 4
JONESBORO, LA 71251

Claim Number: 10273
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SMITH, PATRICIA K.
145 S 8TH ST.
COPLAY, PA 18037

Claim Number: 12369
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SMITH, RICHARD E
145 S. 8TH STREET
COPLAY, PA 18037

Claim Number: 8504
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SMITH, RICK J
16588 W 310TH ST
BETHANY, MO 64424-9216

Claim Number: 9421
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

SMITH, ROGER M
14550 HELLGATE LANE
CLINTON, MT 59825

Claim Number: 5022
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SMITH, ROY L.
BARON & BUDD, P.C.
THE CENTRUM SUITE 1100
3102 OAK LAWN AVE
DALLAS, TX 75219

Claim Number: 11845
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

SMITH, SAM I
1 SAVANNAH SQUARE DR UNIT 102
SAVANNAH, GA 31406-6705

Claim Number: 7958
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $71.30   UNLIQ |
|---|---|---|

---

SMITH, SIDNEY
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10971
Claim Date: 08/27/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| SMITH, WILLIAM<br>6330 14TH ST W LOT 19<br>BRADENTON, FL 34207 | | Claim Number: 5476<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

| SMITH, WILLIAM O.<br>275 COLLIN RD.<br>JONESBORO, LA 71251 | | Claim Number: 10274<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| SMITH, WILLIE<br>108 23RD STREET CT E<br>BRADENTON, FL 34208 | | Claim Number: 5848<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|---|
| UNSECURED | Claimed: | $100,400.00 |

| SMITH, WILLIE<br>108 23RD STREET CT E<br>BRADENTON, FL 34208 | | Claim Number: 9474<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|---|
| UNSECURED | Claimed: | $100,400.00 |

| SMITH, WILLIE<br>108 23RD STREET CT E<br>BRADENTON, FL 34208 | | Claim Number: 9475<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|---|
| UNSECURED | Claimed: | $100,400.00 |

| SMITH, WILLIE M<br>108 23RD STREET CT E<br>BRADENTON, FL 34208 | | Claim Number: 5854<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|---|
| UNSECURED | Claimed: | $100,400.00 |

| SMITH, WILLIE M.<br>LOUISE GARCIA<br>EEOC, ROOM 1000<br>501 E. POLK STREET<br>TAMPA, FL 33602 | | Claim Number: 3167<br>Claim Date: 05/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|---|
| UNSECURED | Claimed: | $104,000.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| SMITH, WILLIE M.<br>108-23RD ST. CT. E.<br>BRADENTON, FL 34208 | | Claim Number: 3383<br>Claim Date: 06/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $104,000.00 |

| | | |
|---|---|---|
| SMITH, WINSTON E<br>3750 BLUE HERON LANE<br>WEST POINT, VA 23181 | | Claim Number: 12161<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $745,920.00 |

| | | | | |
|---|---|---|---|---|
| SMITHRITE DISPOSAL LTD<br>1650 HARTELY AVENUE<br>COQUITLAM, BC V3K 7A1<br>CANADA | | Claim Number: 13190<br>Claim Date: 08/24/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD. | | |
| UNSECURED | Claimed: | $2,861.75 | Scheduled: | $1,268.04 |

| | | |
|---|---|---|
| SMITHRITE DISPOSAL LTD<br>ATTN: GILDA CELLO<br>1650 HARTLEY AVENUE<br>COQUITLAM, BC V3K 7A1<br>CANADA | | Claim Number: 13191<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
| UNSECURED | Claimed: | $2,861.75 |

| | | |
|---|---|---|
| SMITHSON, MARY<br>C/O EVELYN WHEELER, SOLICITOR<br>38 MILL ST.<br>PO BOX 1540<br>ALMONTE, ON K0A 1A0<br>CANADA | | Claim Number: 8664<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| SMITS TANK MAINTENANCE INC<br>2329 ROYAL WINDSOR DRIVE<br>OAKVILLE, ON L6J 7X7<br>CANADA | | Claim Number: 4262<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |
| UNSECURED | Claimed: | $2,862.72 |

| | | |
|---|---|---|
| SMURFIT INTERNATIONAL BV<br>ATTN: MICHAEL O'RIORDAN, MANAGING DIR.<br>ZWAANSTRAAT 1<br>5651 CA EINDHOVEN<br><br>NETHERLANDS | | Claim Number: 10436<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| SMURFIT-MBI ON BEHALF OF PERSONS LISTED IN APPENDIX "A" AND OTHER PERSONS WHO MAY HAVE SIMILAR CLAIMS BUREAU A, 1035, HODGE SAINT-LAURENT, QC H4N 2B4 CANADA | | Claim Number: 12912 Claim Date: 08/27/2009 Debtor: SMURFIT-MBI | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $1,600,339.00 | | |
| SNACKWORKS, INC 3109 59TH AVENUE DRIVE EAST BRADENTON, FL 34203 | | Claim Number: 3530 Claim Date: 06/29/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $1,339.61 | Scheduled: | $4,509.49 |
| SNAP ON TOOLS PO BOX 252 LIBERTY, MO 64068 | | Claim Number: 6456 Claim Date: 07/27/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $2,202.34 | Scheduled: | $2,202.34 |
| SNODGRASS, JEROME S 2201 SO. PATTERSON SIOUX CITY, IA 51106 | | Claim Number: 5923 Claim Date: 07/20/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| SNOW, DONALD C/O JAMES T. FINEGAN, ATTORNEY 111 WEST FRONT STREET BLOOMINGTON, IL 61701 | | Claim Number: 3323 Claim Date: 06/08/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $350,000.00 | | |
| SNT TRUCKING INC 720 S 12TH AVENUE MARSHALLTOWN, IA 50158 | | Claim Number: 5343 Claim Date: 07/16/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7552 (05/10/2010) | | |
| UNSECURED | Claimed: | $9,177.07 | Scheduled: | $19,773.02  UNLIQ |
| SNYDER MACHINE COMPANY INC. 190 WALNUT ST. SAUGUS, MA 01906 | | Claim Number: 3909 Claim Date: 07/07/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $7,382.21 | Scheduled: | $7,382.21 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SOCIAL VOCATIONAL SERVICES, INC.<br>3555 TORRANCE BLVD.<br>TORRANCE, CA 90504 | Claim Number: 3496<br>Claim Date: 06/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $180.00 | Scheduled: | $198.90 |
|---|---|---|---|---|

| SOCIETE D'EXPLOITATION DES<br>RESSOURCES DES MONTS INC.<br>834 DU PHARE EST<br>ATTN: DIANE DUFRESNE<br>MATANE, QC G4W 1B1<br>CANADA | Claim Number: 9019<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $1,861.13 | Scheduled: | $1,839.21 |
|---|---|---|---|---|

| SOCIETE DE PROTECTION DES FORETS CONTRE<br>LES INSECTES ET MALADIES (SOPFIM)<br>ATTN: ANDRE MALTAIS<br>1780 RUE SEMPLE<br>QUEBEC, QC G1N 4B8<br>CANADA | Claim Number: 8457<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $1,198.70 | | |
|---|---|---|---|---|

| SOCIETE EN COMMANDITE SCIERIE OPITCIWAN<br>ATTN: STEPHANE SAVARD CA<br>KILOMETRE 163, ROUTE D'OBEDJIWAN<br>C.P. 270<br>OBEDJIWAN, QC G0W 3B0<br>CANADA | Claim Number: 12844<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET 7432 (05/04/2010) |
|---|---|

| UNSECURED | Claimed: | $76,458.00 | Scheduled: | $75,221.55 |
|---|---|---|---|---|

| SODIUMBLAST<br>9741 MANGO LN<br>FONTANA, CA 92335 | Claim Number: 950<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,681.50 | Scheduled: | $4,681.50 |
|---|---|---|---|---|

| SOIL TECH INC.<br>3149 HWY 93<br>DARBY, MT 59829 | Claim Number: 101<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $1,374.18 | | |
|---|---|---|---|---|

| SOLID SYSTEMS CAD SERVICES INC<br>4801 MILWEE, SUITE 3<br>HOUSTON, TX 77092 | Claim Number: 1132<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $125,640.38 | Scheduled: | $131,310.38 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| SOLID WASTE SYSTEMS INC<br>PO BOX 13040<br>SPOKANE, WA 99213-3040 | | Claim Number: 4659<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| SECURED | Claimed: | | $0.00 | | |
| UNSECURED | Claimed: | | $305.20 | Scheduled: | $457.80 |

| | | | | | |
|---|---|---|---|---|---|
| SOLID WASTE SYSTEMS, INC.<br>ATTN: TRACY BALL<br>PO BOX 13040<br>SPOKANE VALLEY, WA 99213-3040 | | Claim Number: 8395<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | | $305.20 | | |

| | | | | | |
|---|---|---|---|---|---|
| SOLL'S GATEWAY MARKET<br>1206 N. KINGSHIGHWAY BLVD.<br>SAINT LOUIS, MO 63113-1627 | | Claim Number: 3016<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5047 (02/16/2010) | | | |
| UNSECURED | Claimed: | | $500.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| SOLL'S GATEWAY MARKET<br>1206 N. KINGSHIGHWAY BLVD.<br>SAINT LOUIS, MO 63113-1627 | | Claim Number: 8374<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | | |
| UNSECURED | Claimed: | | $250.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| SOLUS SECURITE INC<br>2545 RUE SIDBEE<br>TROIS-RIVIERES, QC G8Z 4M6<br>CANADA | | Claim Number: 8337<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | | $9,812.16 | Scheduled: | $10,558.12 |

| | | | | | |
|---|---|---|---|---|---|
| SOLUS SECURITE INC<br>2545 RUE SIDBEE<br>TROIS-RIVIERES, QC G8Z 4M6<br>CANADA | | Claim Number: 8338<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | | $105.43 | Scheduled: | $105.73 |

| | | | | | |
|---|---|---|---|---|---|
| SOLUS SECURITE INC<br>2545 RUE SIDBEE<br>TROIS-RIVIERES, QC G8Z 4M6<br>CANADA | | Claim Number: 8342<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 8338 | | | |
| UNSECURED | Claimed: | | $105.43 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SOLUTIONS LOGISTIQUES PHILIPS INC.
3400 BOUL. GENE-H-KRUGER
TROIS-RIVIERES, QC G9A 4M3
CANADA

Claim Number: 2804
Claim Date: 05/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $8,548.25 | | |
|---|---|---|---|---|

---

SOLUTIONS LOGISTIQUES PHILIPS INC.
3400 BOUL. GENE-H-KRUGER
TROIS-RIVIERES, QC G9A 4M3
CANADA

Claim Number: 8234
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $7,003.58 | Scheduled: | $7,868.34 |
|---|---|---|---|---|

---

SOLVAY CHEMICALS, INC.
C/O SHARON M. BEAUSOLEIL/FULBRIGHT &
JAWORSKI L.L.P. - FULBRIGHT TOWER
1301 MCKINNEY, SUITE 5100
HOUSTON, TX 77010

Claim Number: 9976
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8577 (09/23/2010)

| ADMINISTRATIVE | Claimed: | $231,164.49 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $141,670.86 | Scheduled: | $234,398.48 |

---

SOLVAY CHEMICALS, INC.
C/O SHARON M. BEAUSOLEIL/FULBRIGHT &
JAWORSKI L.L.P. - FULBRIGHT TOWER
1301 MCKINNEY, SUITE 5100
HOUSTON, TX 77010

Claim Number: 12035
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| ADMINISTRATIVE | Claimed: | $231,164.49 | | |
|---|---|---|---|---|

---

SOLVAY SOLEXIS, INC.
C/O SHARON M. BEAUSOLEIL
FULBRIGHT & JAWORSKI LLP
FULBRIGHT TOWER, 1301 MCKINNEY, STE 5100
HOUSTON, TX 77010

Claim Number: 10758-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $94,500.00 | Scheduled: | $337,500.00 |
|---|---|---|---|---|

---

SOLVAY SOLEXIS, INC.
C/O SHARON M. BEAUSOLEIL
FULBRIGHT & JAWORSKI LLP
FULBRIGHT TOWER, 1301 MCKINNEY, STE 5100
HOUSTON, TX 77010

Claim Number: 10758-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 3259 (12/17/2009)

| ADMINISTRATIVE | Claimed: | $243,000.00 | | |
|---|---|---|---|---|

---

SOLVAY SOLEXIS, INC.
C/O SHARON M. BEAUSOLEIL
FULBRIGHT & JAWORSKI LLP
FULBRIGHT TOWER, 1301 MCKINNEY, STE 5100
HOUSTON, TX 77010

Claim Number: 12034
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| ADMINISTRATIVE | Claimed: | $243,000.00 | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| SONEPAR DISTRIBUTION INC<br>PO BOX 8500 54848<br>PHILADELPHIA, PA 19178-4848 | | Claim Number: 13085<br>Claim Date: 09/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | | $4,046.52 | Scheduled: | $5,379.39 |

---

| | | |
|---|---|---|
| SONOCO CANADA, CORP.<br>C/O TARA E. NAUFUL, ESQUIRE<br>HAYNSWORTH SINKLER BOYD, PA<br>POST OFFICE DRAWER 11889<br>COLUMBIA, SC 29211-1889 | Claim Number: 2930<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | |
| UNSECURED | Claimed: | $15,900.75 |

---

| | | | | |
|---|---|---|---|---|
| SONOCO CANADA, CORP.<br>C/O TARA E. NAUFUL, ESQUIRE<br>HAYNSWORTH SINKLER BOYD, PA<br>PO BOX 11889<br>COLUMBIA, SC 29211-1889 | Claim Number: 11118<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) | | | |
| UNSECURED | Claimed: | $13,033.39 | Scheduled: | $14,138.16 |

---

| | | |
|---|---|---|
| SONOCO PRODUCTS COMPANY<br>C/O TARA E. NAUFUL, ESQUIRE<br>HAYNSWORTH SINKLER BOYD, PA<br>POST OFFICE BOX 11889<br>COLUMBIA, SC 29211-1889 | Claim Number: 2932-01<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010) | |
| ADMINISTRATIVE | Claimed: | $23,733.27 |

---

| | | |
|---|---|---|
| SONOCO PRODUCTS COMPANY<br>C/O TARA E. NAUFUL, ESQUIRE<br>HAYNSWORTH SINKLER BOYD, PA<br>POST OFFICE BOX 11889<br>COLUMBIA, SC 29211-1889 | Claim Number: 2932-02<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | |
| UNSECURED | Claimed: | $1,725.00 |

---

| | | |
|---|---|---|
| SONOCO RECYCLING, INC.<br>C/O TARA E. NAUFUL, ESQUIRE<br>HAYNSWORTH SINKLER BOYD, PA<br>POST OFFICE BOX 11889<br>COLUMBIA, SC 29211-1889 | Claim Number: 2927<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6465 (03/31/2010) | |
| ADMINISTRATIVE | Claimed: | $204,211.12 |

---

| | | |
|---|---|---|
| SONOCO RECYCLING, INC.<br>C/O TARA E. NAUFUL, ESQUIRE<br>HAYNSWORTH SINKLER BOYD, PA<br>POST OFFICE DRAWER 11889<br>COLUMBIA, SC 29211-1889 | Claim Number: 2934<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| UNSECURED | Claimed: | $155,650.88 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SONOCO RECYCLING, INC.
C/O TARA E. NAUFUL, ESQUIRE
HAYNSWORTH SINKLER BOYD, PA
POST OFFICE BOX 1189
COLUMBIA, SC 29211-1889

Claim Number: 11120
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 6466 (03/31/2010)

| UNSECURED | Claimed: | $155,650.88 |
|---|---|---|

SORBENT RECYCLERS INC. DBA
CIRCLE ENVIRONMENTAL
P.O. BOX 262
LANCASTER, SC 29720

Claim Number: 2689
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $1,420.40 |
|---|---|---|

SORBENT RECYCLERS INC. DBA
CIRCLE ENVIRONMENTAL
P.O. BOX 262
LANCASTER, SC 29720

Claim Number: 3028
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $1,420.40 |
|---|---|---|

SORBENT RECYCLERS INC. DBA
CIRCLE ENVIRONMENTAL
P.O. BOX 262
LANCASTER, SC 29720

Claim Number: 5584
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $1,420.40 |
|---|---|---|

SORENSEN, MARY FOR RICHARD SORENSEN
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10953
Claim Date: 08/27/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: WITHDRAWN
DOCKET: 8391 (08/16/2010)

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

SORLIE EXCAVATING & SEPTIC SERVICE INC.
70 SILCOX LANE
THOMPSON FALLS, MT 59873

Claim Number: 2243
Claim Date: 04/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $255.00 | Scheduled: | $255.00 |
|---|---|---|---|---|

SORT PRODUCTION PRODUCTS LTD.
2266 DREW ROAD UNIT 8
MISSISSANGA, ON L5S 1B1
CANADA

Claim Number: 8908
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: POSSIBLE DUPLICATE OF 12480

| UNSECURED | Claimed: | $926.36 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| SORT PRODUCTION PRODUCTS LTD.<br>2266 DREW ROAD UNIT 8<br>MISSISSAUGA, ON L5S 1B1<br>CANADA | | Claim Number: 12480<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $926.36 | Scheduled: | $757.34 |
| SOS SERVICE, INC.<br>PO BOX 509<br>ANGOLA, IN 46703 | | Claim Number: 13685<br>Claim Date: 12/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $4,358.58 | | |
| SOS TECHNOLOGIES INC<br>PO BOX 27857<br>ST LOUIS, MO 63146 | | Claim Number: 4981<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $323.18 | Scheduled: | $323.18 |
| SOS TECHNOLOGIES INC<br>PO BOX 27857<br>ST LOUIS, MO 63146 | | Claim Number: 5093<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $672.21 | | |
| SOUCCAR, JOSEPH E.<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 12960<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | |
| PRIORITY | Claimed: | $1,638.60 | | |
| UNSECURED | Claimed: | $986,812.43 | Scheduled: | $735,750.45 |
| SOURCE RECYCLING<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | | Claim Number: 11331<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
| UNSECURED | Claimed: | $10,401.45   UNLIQ | Scheduled: | $4,066.00 |
| SOUSA OVERHEAD DOOR AND CONSTRUCTION<br>191 ALFRED LORD BLVD<br>TAUNTON, MA 02780 | | Claim Number: 7372<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $1,725.00 | Scheduled: | $1,897.50 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SOUTH BAY RECYCLING<br>15001 S SAN PEDRO<br>GARDENA, CA 90248 | Claim Number: 4960<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $421.00 | Scheduled: | $421.00 |
|---|---|---|---|---|

| SOUTH CAROLINA ELECTRIC & GAS COMPANY<br>1426 MAIN STREET<br>BANKRUPTCY MC 130<br>COLUMBIA, SC 29201 | Claim Number: 10735<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $33,516.84 | Scheduled: | $9,244.54 |
|---|---|---|---|---|

| SOUTH CENTRAL RECYCLING<br>PO BOX 4221<br>HUNTSVILLE, AL 35815 | Claim Number: 7720<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $27,449.63 | Scheduled: | $29,284.00 |
|---|---|---|---|---|

| SOUTH DAKOTA ACHIEVE<br>4100 SOUTH WESTERN AVENUE<br>SIOUX FALLS, SD 57105-6699 | Claim Number: 500<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $4,638.72 | Scheduled: | $4,638.72 |
|---|---|---|---|---|

| SOUTH PAW FOREST PRODUCTS INC<br>PO BOX 117<br>SAINT STEPHENS CHURCH, VA 23148 | Claim Number: 8090<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1974 (09/18/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $72,162.38 |
|---|---|---|

| SOUTH SIDE MACHINE WORKS INC<br>PO BOX 66911 DEPARTMENT SM<br>ST LOUIS, MO 63166 | Claim Number: 4476<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,183.00 | Scheduled: | $1,183.00 |
|---|---|---|---|---|

| SOUTH ST JOSEPH INDUS SEWER<br>P O BOX 4401<br>SAINT JOSEPH, MO 64504-0401 | Claim Number: 7967<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $718.69 | Scheduled: | $679.14 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SOUTH, WILLIAM D<br>987 MILL WHARF RD<br>WAKE, VA 23176-2134 | | Claim Number: 9262<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4177 (01/15/2010) | | |
| UNSECURED | Claimed: | $115,674.00 | | |

---

| | | | | |
|---|---|---|---|---|
| SOUTHARDS RECYCLING<br>1290 TURNBULL BAY RD<br>NEW SMYRNA BEACH, FL 32169 | | Claim Number: 6009<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $913.00 |

---

| | | | | |
|---|---|---|---|---|
| SOUTHEAST CONTRACTORS OF RICHMOND, INC.<br>CHERRY SEYMOUR HUNDLEY & BARONIAN, P.C.<br>4908 MONUMENT AVENUE, SUITE 200<br>RICHMOND, VA 23230-3613 | | Claim Number: 2788<br>Claim Date: 05/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $20,450.00 | Scheduled: | $22,010.00 |

---

| | | | | |
|---|---|---|---|---|
| SOUTHEAST FUELS INC<br>604 GREEN VALLEY RD., SUITE 207<br>GREENSBORO, NC 27408 | | Claim Number: 4808<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 8673 (10/19/2010) | | |
| UNSECURED | Claimed: | $88,308.00 | Scheduled: | $88,308.00 |

---

| | | | | |
|---|---|---|---|---|
| SOUTHEAST TOYOTA DISTRIBUTORS, LLC<br>PORT PROCESSING<br>1751 TALLEYRAND AVENUE<br>JACKSONVILLE, FL 32206 | | Claim Number: 1350<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $2,170.75 | Scheduled: | $2,811.75 |

---

| | | | | |
|---|---|---|---|---|
| SOUTHEAST TOYOTA DISTRIBUTORS, LLC<br>9985 PRITCHARD ROAD<br>JACKSONVILLE, FL 32219 | | Claim Number: 1351<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $385.40 | | |

---

| | | | | |
|---|---|---|---|---|
| SOUTHEASTERN DEDICATED SERVICES INC<br>P.O.BOX 51<br>MANISTIQUE, MI 49854 | | Claim Number: 5134<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $87,375.96 | Scheduled: | $82,367.91 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

| | | | | |
|---|---|---|---|---|
| SOUTHEASTERN DEDICATED SERVICES INC<br>P.O.BOX 51<br>MANISTIQUE, MI 49854 | Claim Number: 6125<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $87,375.96 | | |
| SOUTHEASTERN FOREST PRODUCTS INC<br>PO BOX 728<br>ASHVILLE, AL 35953 | Claim Number: 11594<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | | |
| UNSECURED | Claimed: | $453.75 | Scheduled: | $453.75 |
| SOUTHEASTERN INDUSTRIAL & FAMLY LLC<br>1600 FOREST AVE<br>MONTGOMERY, AL 36106 | Claim Number: 7034<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $1,874.00 | Scheduled: | $1,872.00 |
| SOUTHEASTERN RENTALS LLC<br>PO BOX 51<br>MANISTIQUE, MI 49854 | Claim Number: 5133<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $8,824.00 | | |
| SOUTHEASTERN RENTALS LLC<br>PO BOX 51<br>MANISTIQUE, MI 49854 | Claim Number: 6126<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $8,824.00 | Scheduled: | $8,824.00 |
| SOUTHERN ALLOY CORP<br>HIGHWAY 280<br>P.O.BOX 1168<br>SYLACAUGA, AL 35150 | Claim Number: 4941<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $5,534.00 | Scheduled: | $5,534.00 |
| SOUTHERN APPALACHIAN TIMBER, INC.<br>JOSHUA JOHNS<br>651 OLD MILL WHITE RD. EXT.<br>JASPER, GA 30143 | Claim Number: 809<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED | Claimed: | $16,918.20 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SOUTHERN APPALACHIAN TIMBER, INC.
JOSHUA JOHNS
651 OLD MILL WHITE RD. EXT.
JASPER, GA 30143

Claim Number: 2167
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $7,287.12 | Scheduled: | $14,574.24 UNLIQ |

---

SOUTHERN APPARATUS SERVICES INC
PO BOX 3047
WEST MONROE, LA 71294

Claim Number: 7072
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,347.04 | Scheduled: | $4,347.04 |

---

SOUTHERN CALIFORNIA GAS COMPANY
MASS MARKETS CREDIT & COLLECTIONS
THE GAS COMPANY
P.O. BOX 30337
LOS ANGELES, CA 90030-0337

Claim Number: 1847
Claim Date: 03/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $58,019.03 | Scheduled: | $350.00 |

---

SOUTHERN CHARM CLEANING LLC
925 WALKER RD
JONESBORO, LA 71251

Claim Number: 354
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,833.32 | Scheduled: | $17,767.73 |

---

SOUTHERN CHARM CLEANING LLC
925 WALKER RD
JONESBORO, LA 71251

Claim Number: 1036
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $267.75 |

---

SOUTHERN EARTH SCIENCE, INC.
1438 BALBOA AVENUE
PANAMA CITY, FL 32401

Claim Number: 5697
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13704
DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $396.00 | Scheduled: | $330.00 |

---

SOUTHERN EARTH SCIENCES INC
PO BOX 160745
MOBILE, AL 36616

Claim Number: 13704
Claim Date: 11/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $447.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | |
|---|---|---|---|
| SOUTHERN ELECTRIC SUPPLY CO., INC. ET AL<br>JOHN D. DEMMY<br>STEVENS & LEE, P.C.<br>1105 NORTH MARKET STREET, 7TH FLOOR<br>WILMINGTON, DE 19801 | Claim Number: 1896<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
| ADMINISTRATIVE      Claimed: | $89,384.32 | | |
| SOUTHERN ELECTRIC SUPPLY CO., INC. ET AL<br>JOHN D. DEMMY<br>STEVENS & LEE, P.C.<br>1105 NORTH MARKET STREET, 7TH FLOOR<br>WILMINGTON, DE 19801 | Claim Number: 1965-01<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010) | | |
| ADMINISTRATIVE      Claimed: | $39,222.25 | | |
| SOUTHERN ELECTRIC SUPPLY CO., INC. ET AL<br>JOHN D. DEMMY<br>STEVENS & LEE, P.C.<br>1105 NORTH MARKET STREET, 7TH FLOOR<br>WILMINGTON, DE 19801 | Claim Number: 1965-02<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | |
| UNSECURED      Claimed: | $30,586.64 | Scheduled: | $270,569.50 |
| SOUTHERN ENVIRONMENTAL INC<br>ATTN: MICHAEL R. JOHNSON<br>6690 WEST NINE MILE RD<br>PENSACOLA, FL 32526 | Claim Number: 3406<br>Claim Date: 06/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED      Claimed: | $1,838.55 | Scheduled: | $1,838.55 |
| SOUTHERN ERECTORS, INC.<br>ATTN: MICHAEL R. JOHNSON<br>6540 WEST NINE MILE RD.<br>PENSACOLA, FL 32526 | Claim Number: 3407<br>Claim Date: 06/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
| UNSECURED      Claimed: | $956.00 | Scheduled: | $956.00 |
| SOUTHERN FASTENERS & SUPPLY, INC.<br>ASHLEY S. RUSHER<br>BLANCO TACKABERY & MATAMOROS, P.A.<br>110 S STRATFORD RD 5 FL, PO DRAWER 25008<br>WINSTON-SALEM, NC 27114-5008 | Claim Number: 3412<br>Claim Date: 06/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| ADMINISTRATIVE      Claimed: | $24,426.88 | | |
| SOUTHERN FASTENERS AND SUPPLY INC<br>ATTN: GENE B TARR<br>BLANCO TACKABERY & MATAMOROS, PA<br>PO DRAWER 25008<br>WINSTON SALEM, NC 27114-5008 | Claim Number: 5263<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
| ADMINISTRATIVE      Claimed: | $24,426.88 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SOUTHERN FASTENERS AND SUPPLY INC
PO BOX 890507
CHARLOTTE, NC 28289-0507

Claim Number: 10010-03
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 7188 (04/22/2010)

| ADMINISTRATIVE | Claimed: | $22,964.41 |
|---|---|---|

---

SOUTHERN FASTENERS AND SUPPLY INC
PO BOX 890507
CHARLOTTE, NC 28289-0507

Claim Number: 10010-04
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,850.94 |
|---|---|---|

---

SOUTHERN FASTENERS AND SUPPLY INC
P.O. BOX 890507
CHARLOTTE, NC 28289-0507

Claim Number: 13112
Claim Date: 09/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| ADMINISTRATIVE | Claimed: | $24,815.35   UNLIQ |
|---|---|---|

---

SOUTHERN FASTENERS AND SUPPLY INC
P.O. BOX 890507
CHARLOTTE, NC 28289-0507

Claim Number: 13119
Claim Date: 09/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| ADMINISTRATIVE | Claimed: | $24,815.35   UNLIQ |
|---|---|---|

---

SOUTHERN FLUIDPOWER INC
PO BOX 16849
CHATTANOOGA, TN 37416

Claim Number: 9633
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $10,540.28 | Scheduled: | $10,510.49 |
|---|---|---|---|---|

---

SOUTHERN GRAPHIC SYSTEMS
ATTN: AMIE GILBERT
626 W. MAIN ST. SUITE 500
LOUISVILLE, KY 40202

Claim Number: 636
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $109,798.61 |
|---|---|---|

---

SOUTHERN GRAPHIC SYSTEMS
ATTN: AMIE GILBERT
626 W. MAIN ST. SUITE 500
LOUISVILLE, KY 40202

Claim Number: 1853
Claim Date: 03/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $125,430.09 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SOUTHERN GRAPHIC SYSTEMS<br>626 W MAIN ST SUITE 500<br>LOUISVILLE, KY 40202-4269 | Claim Number: 7783<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $104,272.90 | |

| SOUTHERN GRAPHIC SYSTEMS<br>ATTN: AMIE GILBERT<br>626 W. MAIN ST. SUITE 500<br>LOUISVILLE, KY 40202 | Claim Number: 7784<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $14,274.56 | Scheduled: $14,235.83 |

| SOUTHERN GRAPHIC SYSTEMS CANADA<br>626 WEST MAIN STREET<br>SUITE 500<br>LOUISVILLE, KY 40202 | Claim Number: 13434<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $25,899.68 | |

| SOUTHERN GRAPHICS SYSTEMS, INC.<br>C/O MICHAEL V. BRODARICK<br>LLOYD & MCDANIEL, PLC<br>11405 PARK ROAD, STE 200  - PO BOX 23200<br>LOUISVILLE, KY 40223-0200 | Claim Number: 1717-01<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $141.03 | Scheduled: $105,328.92 |

| SOUTHERN GRAPHICS SYSTEMS, INC.<br>C/O MICHAEL V. BRODARICK<br>LLOYD & MCDANIEL, PLC<br>11405 PARK ROAD, STE 200  - PO BOX 23200<br>LOUISVILLE, KY 40223-0200 | Claim Number: 1717-02<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,787.41 | |

| SOUTHERN HARDWARE & SUPPLY CO<br>PO BOX 1792<br>MONROE, LA 71201 | Claim Number: 4699-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $48,301.16 | Scheduled: $49,753.83 |

| SOUTHERN HARDWARE & SUPPLY CO<br>PO BOX 1792<br>MONROE, LA 71201 | Claim Number: 4699-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $981.66 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SOUTHERN IMAGING GROUP, INC.<br>PO BOX 6437<br>FLORENCE, SC 29502 | Claim Number: 2038<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,951.77 | Scheduled: | $1,787.50 |

| SOUTHERN IMPERIAL, INC.<br>COFACE NORTH AMERICA, INC.<br>50 MILLSTONE ROAD<br>BLDG 100  STE 360<br>EAST WINDSOR, NJ 08520 | Claim Number: 10857-01<br>Claim Date: 08/27/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET 7189 (04/22/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,040.40 | Scheduled: | $2,689.68 |

| SOUTHERN IMPERIAL, INC.<br>COFACE NORTH AMERICA, INC.<br>50 MILLSTONE ROAD<br>BLDG 100  STE 360<br>EAST WINDSOR, NJ 08520 | Claim Number: 10857-02<br>Claim Date: 08/27/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET 7189 (04/22/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $153.28 | | |

| SOUTHERN INDUSTRIAL SALES, INC.<br>P.O. BOX 381504<br>BIRMINGHAM, AL 35238 | Claim Number: 1082<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,565.80 | Scheduled: | $3,565.80 |

| SOUTHERN LAND & TIMBER CORP<br>PO BOX 14226<br>FLORENCE, SC 29504 | Claim Number: 7435<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,527.70 | Scheduled: | $6,527.70  UNLIQ |

| SOUTHERN LIME<br>PO BOX 198867<br>ATLANTA, GA 30384-8867 | Claim Number: 4775<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 5738 (03/10/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $204,491.46 | Scheduled: | $183,089.21  UNLIQ |

| SOUTHERN LIME<br>P.O. BOX 198867<br>ATLANTA, GA 30384-8867 | Claim Number: 6994-01<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $56,429.76 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| SOUTHERN LIME<br>P.O. BOX 198867<br>ATLANTA, GA 30384-8867 | | Claim Number: 6994-02<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010) | | |
| UNSECURED | Claimed: | $148,061.70 | Scheduled: | $22,273.18 |
| SOUTHERN LOGISTICS<br>1401 OLD BELFAST ROAD<br>FRANKLIN, KY 37091 | | Claim Number: 5810<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $10,667.35 | | |
| SOUTHERN LOGISTICS & WAREHOUSING<br>PO BOX 1758<br>LEWISBURG, TN 37091 | | Claim Number: 13935<br>Claim Date: 03/22/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $10,667.35 | | |
| SOUTHERN MECHANICAL<br>P.O. BOX 1148<br>SEYMOUR, TN 37865 | | Claim Number: 4724<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $2,246.03 | Scheduled: | $2,246.03 |
| SOUTHERN PAPER GROUP INC<br>PMB#175<br>419 THE PARKWAY<br>GREER, SC 29650 | | Claim Number: 1186<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $49,049.57 | Scheduled: | $57,475.93 |
| SOUTHERN PINE ELECTRIC CO OPERATIVE<br>PO BOX 528<br>BREWTON, AL 36427 | | Claim Number: 5122<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,936.05 | Scheduled: | $2,802.36 |
| SOUTHERN PLUG AND MANUFACTURING, INC.<br>C/O TARA E. NAUFUL, ESQUIRE<br>HAYNSWORTH SINKLER BOYD, PA<br>POST OFFICE DRAWER 11889<br>COLUMBIA, SC 29211-1889 | | Claim Number: 2931<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $2,962.66 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SOUTHERN PLUG AND MANUFACTURING, INC.<br>C/O TARA E. NAUFUL, ESQUIRE<br>HAYNSWORTH SINKLER BOYD, PA<br>PO BOX 11889<br>COLUMBIA, SC 29211-1889 | Claim Number: 11116<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $2,962.66 | Scheduled: | $5,077.66 |
|---|---|---|---|---|

| SOUTHERN PUMP & TANK COMPANY LLC<br>4800 NORTH GRAHAM STREET<br>CHARLOTTE, NC 28269 | Claim Number: 5089<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $23,624.37 | Scheduled: | $23,579.79 |
|---|---|---|---|---|

| SOUTHERN RAILWAY OF BC LIMITED<br>2102 RIVER DRIVE<br>NEW WESTMINSTER, BC V3M 6S3<br>CANADA | Claim Number: 8373<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLE DUPLICATE OF 12343 |
|---|---|

| UNSECURED | Claimed: | $611.63 |
|---|---|---|

| SOUTHERN RAILWAY OF BRITISH COLUMBIA LTD<br>2102 RIVER DRIVE<br>ATTN: JOANNE CUMBRIDGE<br>NEW WESTMINSTER, BC V3M 6S3<br>CANADA | Claim Number: 12343<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $611.63 |
|---|---|---|

| SOUTHERN SCRAP & RECYCLING<br>PO BOX 3235<br>WINCHESTER, VA 22604 | Claim Number: 6505<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,213.50 | Scheduled: | $3,413.00 |
|---|---|---|---|---|

| SOUTHERN SPECIALTY SERVICES, INC.<br>P.O. BOX 217<br>STAR CITY, AR 71667-0217 | Claim Number: 13818<br>Claim Date: 02/11/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $293,333.33 |
|---|---|---|

| SOUTHERN STATES PACKAGING COMPANY<br>C/O KOGER M. BRADFORD, ESQ.<br>PO BOX 1897<br>SPARTANBURG, SC 29304-1897 | Claim Number: 1494<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $71,099.52 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SOUTHERN STATES PACKAGING COMPANY<br>C/O KOGER M. BRADFORD, ESQ.<br>PO BOX 1897<br>SPARTANBURG, SC 29304-1897 | | Claim Number: 11855-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>Amends claim 1494 | | |
| UNSECURED | Claimed: | $62,451.86 | Scheduled: | $65,620.32 |
| SOUTHERN STATES PACKAGING COMPANY<br>C/O KOGER M. BRADFORD, ESQ.<br>PO BOX 1897<br>SPARTANBURG, SC 29304-1897 | | Claim Number: 11855-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2993 (12/04/2009)<br>Amends claim 1494 | | |
| ADMINISTRATIVE | Claimed: | $8,647.66 | | |
| SOUTHERN STATES TOYOTALIFT<br>DBA FLORIDA LIFT SYSTEMS<br>ATTN: COREY MCCAFFREY<br>115 S. 78TH ST.<br>TAMPA, FL 33619 | | Claim Number: 7251<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>Amends claim 3067 | | |
| UNSECURED | Claimed: | $27,827.88 | Scheduled: | $21,626.30 |
| SOUTHERN SUBSTATION INC<br>3200 LENOX AVE 1<br>JACKSONVILLE, FL 32254 | | Claim Number: 4487<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
| UNSECURED | Claimed: | $15,580.00 | | |
| SOUTHERN SUBSTATION INC<br>3200 LENOX AVE 1<br>JACKSONVILLE, FL 32254 | | Claim Number: 8272<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $15,580.00 | | |
| SOUTHERN SUBSTATION, INC<br>3200 LENOX AVENUE # 1<br>JACKSONVILLE, FL 32254 | | Claim Number: 715<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $15,580.00 | Scheduled: | $7,230.00 |
| SOUTHERN SUBSTATION, INC<br>3200 LENOX AVENUE # 1<br>JACKSONVILLE, FL 32254 | | Claim Number: 3886<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $15,580.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| | | | | |
|---|---|---|---|---|
| SOUTHERN SWEEPERS AND SCRUBBERS INC<br>6934B INTERSTATE DR<br>HORN LAKE, MS 38637-1445 | | Claim Number: 4481<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,925.00 | | |

---

| | | | | |
|---|---|---|---|---|
| SOUTHERN TIRE MART LLC<br>PO BOX 1000<br>MEMPHIS, TN 38148-0143 | | Claim Number: 5049<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $266.00 | Scheduled: | $266.00 |

---

| | | | | |
|---|---|---|---|---|
| SOUTHERN VALVE, INC.<br>ATTN: MARC STRICKLAND<br>316 BUSINESS CIRCLE<br>NORTH CHARLESTON, SC 29418 | | Claim Number: 2750<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $17,045.86 | Scheduled: | $17,045.86 |

---

| | | | | |
|---|---|---|---|---|
| SOUTHERN WASTE<br>PO BOX 555<br>CHESTERFIELD, MO 63017 | | Claim Number: 5254<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $5,922.38 | Scheduled: | $1,154.20 |

---

| | | | | |
|---|---|---|---|---|
| SOUTHERN WIRE<br>P.O. BOX 217<br>STAR CITY, AR 71667 | | Claim Number: 10995<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 5047 (02/16/2010) | | |
| UNSECURED | Claimed: | $40,847.04 | | |

---

| | | | | |
|---|---|---|---|---|
| SOUTHERN WIRE INC<br>PO BOX 217<br>STAR CITY, AR 71667 | | Claim Number: 13916<br>Claim Date: 03/19/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $229,333.33 | | |

---

| | | | | |
|---|---|---|---|---|
| SOUTHLAND RECYCLING SERVICES, INC.<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | | Claim Number: 11332<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
| UNSECURED | Claimed: | $27,076.96   UNLIQ | Scheduled: | $24,568.54 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SOUTHLAND TIMBER CO<br>PO BOX 522<br>CUTHBERT, GA 39840 | Claim Number: 6482<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $11,026.66 | Scheduled: | $22,053.33 UNLIQ |
|---|---|---|---|---|

| SOUTHWEST DELAWARE COUNTY MUNICIPAL AUTH<br>FRANCIS T. SBANDI, ESQUIRE<br>300 WEST STATE STREET<br>SUITE 301<br>MEDIA, PA 19063-2639 | Claim Number: 9462<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $95,682.78 |
|---|---|---|

| SOUTHWEST DELAWARE COUNTY MUNICIPAL AUTH<br>FRANCIS T. SBANDI, ESQUIRE<br>300 WEST STATE STREET<br>SUITE 301<br>MEDIA, PA 19063-2639 | Claim Number: 10049<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $95,682.78 |
|---|---|---|

| SOUTHWEST DELAWARE COUNTY MUNICIPAL AUTH<br>ATTN: FRANCIS T. SBANDI, ESQUIRE<br>300 WEST STATE STREET<br>SUITE 301<br>MEDIA, PA 19063-2639 | Claim Number: 10111<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $95,682.78 | Scheduled: | $3,613.55 |
|---|---|---|---|---|

| SOUTHWEST ELECTRIC CO<br>PO BOX 973110<br>DALLAS, TX 75397-3110 | Claim Number: 5441<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,686.20 | Scheduled: | $1,686.20 |
|---|---|---|---|---|

| SOUTHWEST GAS CORPORATION<br>ATTN: BANKRUPTCY DESK<br>PO BOX 1498<br>VICTORVILLE, CA 92393-1498 | Claim Number: 897<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $40,286.98 |
|---|---|---|

| SOUTHWEST PUMPS & FILTERS INC<br>2335 E CHESTNUT EXPRESSWAY STE A-104<br>SPRINGFIELD, MO 65802 | Claim Number: 10994<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,265.17 | Scheduled: | $1,296.90 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SOUTHWESTERN CORPORATION INC
109 COMMERCE DRIVE
FORT COLLINS, CO 80524

Claim Number: 4651
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,397.24 | Scheduled: | $1,397.24 |

SOUTHWESTERN INDUSTRIAL
PO BOX  27166
EL PASO, TX 79926

Claim Number: 4816
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,941.00 | Scheduled: | $9,941.00 |

SOUTHWESTERN INDUSTRIAL FASTENERS
924 TONY LAMA
EL PASO, TX 79915

Claim Number: 4335
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,015.89 |

SOUTHWESTERN VIRGINIA GAS COMPANY
JAMES H. JOSEPH
SPILMAN THOMAS & BATTLE, PLLC
1 OXFORD CENTRE, STE 3440, 301 GRANT ST.
PITTSBURGH, PA 15219

Claim Number: 3398
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5047 (02/16/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $53,915.46 |

SOUTHWESTERN VIRGINIA GAS COMPANY
JAMES H. JOSEPH
SPILMAN THOMAS & BATTLE, PLLC
1 OXFORD CENTRE, STE 3440, 301 GRANT ST.
PITTSBURGH, PA 15219

Claim Number: 3411
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $53,915.46 |

SOUTHWESTERN VIRGINIA GAS COMPANY
ATTN: JAMES H. JOSEPH
SPILMAN THOMAS & BATTLE, PLLC
1 OXFORD CENTRE, STE 3440, 301 GRANT ST.
PITTSBURGH, PA 15219

Claim Number: 9318
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6249 (03/25/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $53,915.46 | | |
| UNSECURED | Claimed: | $12,084.26 | Scheduled: | $54,326.71 |

SOUTHWORTH, DWIGHT O
95 PENINSULA DR
HILTON HEAD, SC 29926

Claim Number: 4415
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SP RECYCLING CORPORATION<br>ATTN: RANDY TOOMBS, CONTROLLER<br>709 PAPERMILL RD<br>EAST DUBLIN, GA 31027 | Claim Number: 13281<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|
| UNSECURED          Claimed: | $5,444.25 |

---

| SP RECYCLING CORPORATION<br>139 INDUSTRIAL BLVD<br>LA VERGNE, TN 37086 | Claim Number: 13282<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
|---|---|
| UNSECURED          Claimed: | $11,830.50 |

---

| SP RECYCLING CORPORATION<br>ATTN: RANDY TOOMBS, CONTROLLER<br>139 INDUSTRIAL BLVD<br>LA VERGNE, TN 37086 | Claim Number: 13283<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
|---|---|
| UNSECURED          Claimed: | $11,830.50 |

---

| SP RECYCLING CORPORATION<br>709 PAPERMILL ROAD<br>DUBLIN, GA 31027 | Claim Number: 13284<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|
| UNSECURED          Claimed: | $5,444.25 |

---

| SPACE SCIENCE SERVICES, INC.<br>ATTN: THOMAS GEIGER<br>470 SOUTHGATE RD.<br>DOTHAN, AL 35301 | Claim Number: 1558<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN |
|---|---|
| UNSECURED          Claimed: | $324,788.78 |

---

| SPACELY SPROCKETS INC<br>18 01 RIVER ROAD<br>FAIR LAWN, NJ 07410 | Claim Number: 3985<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|
| UNSECURED          Claimed:          $717.92          Scheduled:          $717.92 | |

---

| SPACHER, MARCIA<br>5710 RIPPLING CREEK DR<br>WESTON, WI 54476 | Claim Number: 4232<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| UNSECURED          Claimed: | $107.11 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| | | | | |
|---|---|---|---|---|
| SPAIN, ANTONIO<br>ATTN: PIERRE SPAIN<br>52 RUE LAVAL<br>LA TUQUE, QC G9X 3L1<br>CANADA | | Claim Number: 13174<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| SPARC ENTERPRISES<br>1990 N-W WASHINGTON BLVD<br>GRANTS PASS, OR 97526 | | Claim Number: 976<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $8,903.25 | | |

---

| | | | | |
|---|---|---|---|---|
| SPARC ENTERPRISES<br>1990 N-W WASHINGTON BLVD<br>GRANTS PASS, OR 97526 | | Claim Number: 1381<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $7,569.45 | | |

---

| | | | | |
|---|---|---|---|---|
| SPARC ENTERPRISES<br>1990 N-W WASHINGTON BLVD<br>GRANTS PASS, OR 97526 | | Claim Number: 1382<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $3,898.25 | | |

---

| | | | | |
|---|---|---|---|---|
| SPARC ENTERPRISES INC<br>1990 NW WASHINGTON<br>GRANTS PASS, OR 97526 | | Claim Number: 4869<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $20,021.00 | | |

---

| | | | | |
|---|---|---|---|---|
| SPARC ENTERPRISES, INC.<br>1990 NW WASHINGTON BLVD<br>GRANTS PASS, OR 97526 | | Claim Number: 977<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $20,021.00 | | |

---

| | | | | |
|---|---|---|---|---|
| SPARC ENTERPRISES, INC.<br>1990 NW WASHINGTON BLVD.<br>GRANTS PASS, OR 97526 | | Claim Number: 4865<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $20,021.00 | Scheduled: | $4,124.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | |
|---|---|---|
| SPARC ENTERPRISES, INC.<br>1990 NW WASHINGTON BLVD.<br>GRANTS PASS, OR 97526 | Claim Number: 4866<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| UNSECURED            Claimed: | $7,569.45 | |
| SPARC ENTERPRISES, INC.<br>1990 NW WASHINGTON BLVD.<br>GRANTS PASS, OR 97526 | Claim Number: 4867<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| UNSECURED            Claimed: | $3,898.25 | |
| SPARC ENTERPRISES, INC.<br>1990 NW WASHINGTON BLVD.<br>GRANTS PASS, OR 97526 | Claim Number: 4868<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| UNSECURED            Claimed: | $8,903.25 | |
| SPARC ENTERPRISES, INC.<br>1990 NW WASHINGTON BLVD.<br>GRANTS PASS, OR 97526 | Claim Number: 4870<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | |
| UNSECURED            Claimed: | $3,898.25 | |
| SPARC ENTERPRISES, INC.<br>1990 NW WASHINGTON BLVD.<br>GRANTS PASS, OR 97526 | Claim Number: 4871<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | |
| UNSECURED            Claimed: | $7,596.45 | |
| SPARC ENTERPRISES, INC.<br>1990 NW WASHINGTON BLVD.<br>GRANTS PASS, OR 97526 | Claim Number: 4872<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | |
| UNSECURED            Claimed: | $8,903.25 | |
| SPARHAWK TRUCKING INC<br>421 25TH AVENUE NORTH<br>WISCONSIN RAPIDS, WI 54495 | Claim Number: 4409<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |
| UNSECURED       Claimed:       $16,677.67 | Scheduled:       $12,002.52 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SPARTA TOWNSHIP<br>ATTN PAT FYNEWEVER TREASURER<br>SPARTA, MI 49345 | Claim Number: 7959<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| PRIORITY | Claimed: | $744.54  UNLIQ | | |
| SECURED | Claimed: | $744.54  UNLIQ | | |
| UNSECURED | | | Scheduled: | $744.54 |
| TOTAL | Claimed: | $744.54 | | |

---

| SPARTAN SUPPLY COMPANY<br>C/O GARVAN F. MCDANIEL<br>BIFFERATO GENTILOTTI LLC<br>800 N. KING STREET - PLAZA LEVEL<br>WILMINGTON, DE 19801 | Claim Number: 12036-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET 7188 (04/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $8,190.00 |
|---|---|---|

---

| SPARTAN SUPPLY COMPANY<br>C/O GARVAN F. MCDANIEL<br>BIFFERATO GENTILOTTI LLC<br>800 N. KING STREET - PLAZA LEVEL<br>WILMINGTON, DE 19801 | Claim Number: 12036-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $100.00 | Scheduled: | $36,590.00 |
|---|---|---|---|---|

---

| SPARTAN SUPPLY COMPANY<br>C/O GARVAN F. MCDANIEL<br>BIFFERATO GENTILOTTI LLC<br>800 N. KING STREET - PLAZA LEVEL<br>WILMINGTON, DE 19801 | Claim Number: 12216<br>Claim Date: 09/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $8,290.00 |
|---|---|---|

---

| SPECIAL RESPONSE CORPORATION<br>10612 BEAVER DAM ROAD<br>HUNT VALLEY, MD 21030 | Claim Number: 1573<br>Claim Date: 03/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $53,690.30 |

---

| SPECIAL RESPONSE CORPORATION<br>10612 BEAVER DAM ROAD<br>HUNT VALLEY, MD 21030 | Claim Number: 4705<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $64,640.30 | Scheduled: | $63,564.25 |
|---|---|---|---|---|

---

| SPECIAL RESPONSE CORPORATION<br>ATTN: TRISHA LOVE AND MARTIN HERMAN<br>10612 BEAVER DAM RD<br>HUNT VALLEY, MD 21030 | Claim Number: 8382<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $64,640.30 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SPECIALTY ABATEMENT SERVICES INC
5280 ELMORE ROAD
MEMPHIS, TN 38134

Claim Number: 6782
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)

| UNSECURED | Claimed: | $15,200.00 | Scheduled: | $15,200.00 |
|---|---|---|---|---|

SPECIALTY ADHESIVES INC (TX)
PO BOX 18445
MEMPHIS, TN 38181-0445

Claim Number: 7818
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $147,710.10 | Scheduled: | $147,710.10 |
|---|---|---|---|---|

SPECIALTY AIR CONDITIONING SERVICES, INC
2830 E. PYTHIAN
SPRINGFIELD, MO 65802

Claim Number: 531
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $319.18 | Scheduled: | $319.18 |
|---|---|---|---|---|

SPECIALTY CONTAINER CORPORATION
1608 PLANTATION RD
DALLAS, TX 75235

Claim Number: 9282
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $3,592.00 | Scheduled: | $3,592.00 |
|---|---|---|---|---|

SPECIALTY INDUSTRIES OF ST JOSEPH I
PO BOX 1502
ST JOSEPH, MO 64502

Claim Number: 7144
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $20,033.30 | Scheduled: | $20,033.30 |
|---|---|---|---|---|

SPECIALTY METALS CORP
ATTN: ANNETTE CASE
8300 S 206TH ST.
KENT, WA 98032

Claim Number: 11642
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $594.57 | Scheduled: | $594.57 |
|---|---|---|---|---|

SPECIALTY VALVE & CONTROLS CO.
3001 GRIFFITH STREET
CHARLOTTE, NC 28203-5431

Claim Number: 2084
Claim Date: 04/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $26,120.34 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SPECIALTY VALVE AND CONTROLS<br>3001 GRIFFITH ST<br>CHARLOTTE, NC 28203 | Claim Number: 7325<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 2084 | | |
|---|---|---|---|
| UNSECURED | Claimed: | $23,815.67 | Scheduled: | $23,821.79 |

| SPECIALTY WOOD PRODUCTS<br>9405 SUTTON PL<br>HAMILTON, OH 45011 | Claim Number: 5461<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $20,634.40 | Scheduled: | $29,134.80 |

| SPECIALTY WOOD PRODUCTS<br>9405 SUTTON PL<br>HAMILTON, OH 45011 | Claim Number: 5547<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $20,634.40 |

| SPECK, BETTY J<br>54092 84TH AVE.<br>DECATUR, MI 49045 | Claim Number: 11555<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|
| PRIORITY | Claimed: | $0.00    UNLIQ |

| SPECK, CAROLYN S<br># 20 KENNY LANE<br>NEW CASTLE, IN 47362 | Claim Number: 7847<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|
| PRIORITY | Claimed: | $0.00    UNDET |

| SPECK, FRANK E<br>54092 84TH AVENUE<br>DECATUR, MI 49045 | Claim Number: 11554<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|
| PRIORITY | Claimed: | $0.00    UNLIQ |

| SPECTRAN INC<br>2250 E DEVON AVE<br>ELK GROVE VILLAGE, IL 60007-6026 | Claim Number: 5830<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $200.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SPECTRUM FINANCIAL SYSTEMS INC<br>163 MCKENZIE ROAD<br>MOORESVILLE, NC 28115 | Claim Number: 6333<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $409.25 | Scheduled: | $409.25 |
|---|---|---|---|---|

| SPECTRUM PRINTING & GRAPHICS, INC.<br>DBA BOOK CONCERN PRINTERS<br>129 E. FRANKLIN STREET<br>HANCOCK, MI 49930 | Claim Number: 2626<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,817.15 |
|---|---|---|

| SPEIGEL, DORIS G<br>950 SW 138 AVE B108<br>PEMBROKE PINES, FL 33027 | Claim Number: 9567<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $190,000.00 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

| SPEIGEL, DORIS G<br>950 SW 138 AVE B108<br>PEMBROKE PINES, FL 33027 | Claim Number: 10917<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| SPEIGEL, DORIS G<br>950 SW 138 AVE B108<br>PEMBROKE PINES, FL 33027 | Claim Number: 13095<br>Claim Date: 09/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| SPENCE, FRED D<br>1106 M.L.KING DRIVE<br>JONESBORO, LA 71251 | Claim Number: 12079<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| SECURED | Claimed: | $167.36 |
|---|---|---|

| SPENCE, FRED D.<br>1106 MARTIN LUTHER KING DR.<br>JONESBORO, LA 71251 | Claim Number: 10275<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SPENCE, RODNEY L<br>1703 SAMUEL LANE<br>SALISBURY, MD 21801 | Claim Number: 9287<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED          Claimed: | $5,000.00 | | | |

---

| | | | | |
|---|---|---|---|---|
| SPENCER TURNBINE COMPANY, THE<br>ATTN: CREDIT DEPARTMENT<br>600 DAY HILL ROAD<br>WINDSOR, CT 06095 | Claim Number: 2493<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED          Claimed: | $81.38          Scheduled:          $81.38 | | | |

---

| | |
|---|---|
| SPEQTRUM<br>DANIEL K. ASTIN/ANTHONY M. SACCULLO<br>MARY E. AUGUSTINE / CARL D NEFF<br>919 MARKET ST STE 700 - CIARDI CIARDI<br>WILMINGTON, DE 19803 | Claim Number: 3282-01<br>Claim Date: 06/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010) |
| ADMINISTRATIVE          Claimed: | $126,320.46    UNLIQ |

---

| | |
|---|---|
| SPEQTRUM<br>DANIEL K. ASTIN/ANTHONY M. SACCULLO<br>MARY E. AUGUSTINE / CARL D NEFF<br>919 MARKET ST STE 700 - CIARDI CIARDI<br>WILMINGTON, DE 19803 | Claim Number: 3282-02<br>Claim Date: 06/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
| UNSECURED          Claimed: | $18,371.43    UNLIQ |

---

| | |
|---|---|
| SPEQTRUM<br>MICHAEL D. WARNER/DAVID T COHEN<br>WARNER STEVENS, L.L.P.<br>301 COMMERCE STREET, SUITE 1700<br>FORT WORTH, TX 76102 | Claim Number: 10730<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| ADMINISTRATIVE          Claimed:<br>UNSECURED          Claimed: | $144,691.89<br>$558,383.23 |

---

| | |
|---|---|
| SPEQTRUM<br>MICHAEL D. WARNER/DAVID T COHEN<br>WARNER STEVENS, L.L.P.<br>301 COMMERCE STREET, SUITE 1700<br>FORT WORTH, TX 76102 | Claim Number: 10731<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| ADMINISTRATIVE          Claimed:<br>UNSECURED          Claimed: | $144,691.89<br>$558,383.23 |

---

| | |
|---|---|
| SPEQTRUM<br>MICHAEL D. WARNER / DAVID T. COHEN<br>WARNERSTEVENS, LLP<br>301 COMMERCE STREET, SUITE 1700<br>FORT WORTH, TX 76102 | Claim Number: 11385<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| ADMINISTRATIVE          Claimed:<br>UNSECURED          Claimed: | $144,691.89<br>$558,383.23 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SPEQTRUM<br>MICHAEL D. WARNER / DAVID T. COHEN<br>WARNERSTEVENS, LLP<br>301 COMMERCE STREET, SUITE 1700<br>FORT WORTH, TX 76102 | Claim Number: 11386<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $558,383.23 | Scheduled: | $695,376.29 UNLIQ |
|---|---|---|---|---|

| SPHERION<br>#400 - 116 ALBERT ST.<br>OTTAWA, ON K1P 5G3<br>CANADA | Claim Number: 1748<br>Claim Date: 03/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $27,562.50 |
|---|---|---|

| SPHERION<br>#400 - 116 ALBERT ST.<br>OTTAWA, ON K1P 5G3<br>CANADA | Claim Number: 8637<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $27,562.50 | Scheduled: | $27,562.50 |
|---|---|---|---|---|

| SPHERION CORP<br>2050 SPECTRUM BLVD<br>FT LAUDERDALE, FL 33309 | Claim Number: 46<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $13,485.00 |
|---|---|---|

| SPHERION CORP<br>2050 SPECTRUM BLVD<br>FT LAUDERDALE, FL 33309 | Claim Number: 2002<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5047 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $13,485.00 |
|---|---|---|

| SPICER, MARVIN E<br>2101 N AVE<br>NEW CASTLE, IN 47362 | Claim Number: 13979<br>Claim Date: 04/13/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| SPINGSTON FIRE EXTINGUISHER SALES<br>PO BOX 1967<br>FAYETTEVILLE, AR 72702 | Claim Number: 12113<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,440.00 | Scheduled: | $2,440.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SPIRA FIRE PROTECTION LTD.<br>31 HAYES AVENUE<br>ATTN: KEN SPIRA AND MARTA REDMOND<br>GUELPH, ON N1E 5V6<br>CANADA | | Claim Number: 9052<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| PRIORITY | Claimed: | $4,869.13 | | |
| SPIRAC (USA) INC<br>75 JACKSON ST STE 300<br>NEWNAN, GA 30263-7507 | | Claim Number: 1777<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $2,390.00 | | |
| SPIRAC (USA) INC<br>75 JACKSON ST STE 300<br>NEWNAN, GA 30263-7507 | | Claim Number: 1778<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $1,369.00 | | |
| SPIRAC INC<br>75 JACKSON ST STE 300<br>NEWNAN, GA 30263-7507 | | Claim Number: 7142<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,390.00 | Scheduled: | $3,759.00 |
| SPIRAC INC<br>75 JACKSON ST STE 300<br>NEWNAN, GA 30263-7507 | | Claim Number: 7143<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,369.00 | | |
| SPLICER SERVICES SYSTEMS INC<br>35 NEW CASTLE CRESCENT<br>RICHMOND HILL, ON L4S 2C5<br>CANADA | | Claim Number: 6659<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $14,368.78 | Scheduled: | $12,700.78 |
| SPLICER SERVICES SYSTEMS INC<br>35 NEWCASTLE CRESCENT<br>RICHMOND HILL, ON L4S 2C5<br>CANADA | | Claim Number: 12421<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $1,408.90 | Scheduled: | $1,392.31 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SPLICER SERVICES SYSTEMS INC. | Claim Number: 8713 |
| ATTENTION DEMETRIOU IKAROS & ANDREA | Claim Date: 07/24/2009 |
| 35 NEWCASTLE CRESCENT | Debtor: SMURFIT-MBI |
| RICHMOND HILL, ON L4S 2C5 | Comments: POSSIBLE DUPLICATE OF 12421 |
| CANADA | Claim out of balance |

| PRIORITY | Claimed: | $1,408.90 |
| UNSECURED | Claimed: | $1,408.90 |
| TOTAL | Claimed: | $1,408.90 |

---

| SPN | Claim Number: 13236 |
| 2 PLACE DU COMMERCE BUR150 | Claim Date: 08/26/2009 |
| ILE DES SOEURS, QC H3E 1A1 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| CANADA | Comments: EXPUNGED |
| | DOCKET: 8909 (01/25/2011) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| SPN CONSULTANTS | Claim Number: 13237 |
| 2 PLACE DU COMMERCE | Claim Date: 08/26/2009 |
| ILE DES SOEURS, QC H3E 1A1 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| CANADA | Comments: EXPUNGED |
| | DOCKET: 7554 (05/10/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| SPN CONSULTANTS INC | Claim Number: 13235 |
| 2 PLACE DU COMMERCE | Claim Date: 08/26/2009 |
| ILE DES SOEURS, QC H3E 1A1 | Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
| CANADA | Comments: EXPUNGED |
| | DOCKET: 8530 (09/13/2010) |

| UNSECURED | Claimed: | $24,509.72 | Scheduled: | $14,093.10 |

---

| SPN CONSULTANTS INC. | Claim Number: 13239 |
| CAROLE BEAULAC | Claim Date: 08/26/2009 |
| 2 PLACE DU COMMERCE | Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
| ILE DES SOEURS, QC H3E 1A1 | Comments: ALLOWED |
| CANADA | DOCKET: 8530 (09/13/2010) |

| UNSECURED | Claimed: | $16,608.47 |

---

| SPRAYING SYSTEMS CO (02) | Claim Number: 4921 |
| PO BOX 7900 | Claim Date: 07/13/2009 |
| NORTH AVE AT SCHMALE RD | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| WHEATON, IL 60189-7900 | Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $21,304.76 | Scheduled: | $21,304.76 |

---

| SPRINGER EQUIPMENT CO INC | Claim Number: 7573 |
| PO BOX 100274 | Claim Date: 08/10/2009 |
| BIRMINGHAM, AL 35215 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $24,998.53 | Scheduled: | $23,194.57 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SPRINGER LANDSCAPING INC . PO BOX 86 SANDSTON, VA 23150 | Claim Number: 4993 Claim Date: 07/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $4,459.04 | Scheduled: | $4,459.04 |
|---|---|---|---|---|

| SPRINGER LANDSCAPING INC. PO BOX 86 SANDSTON, VA 23150 | Claim Number: 153 Claim Date: 02/09/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $3,228.96 |
|---|---|---|

| SPRINGFIELD MECHANICAL SERVICES INC 2534 N EISENHOWER AVE SPRINGFIELD, MO 65803 | Claim Number: 7023 Claim Date: 08/03/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $37,182.50 | Scheduled: | $700.00 |
|---|---|---|---|---|

| SPRINGFIELD WATER & SEWER COMMISSION P.O. BOX 3688 SPRINGFIELD, MA 01101 | Claim Number: 7437 Claim Date: 08/10/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 7553 (05/10/2010) |
|---|---|

| SECURED | Claimed: | $186.40 |
|---|---|---|

| SPRINGFIELD WATER & SEWER COMMISSION P.O. BOX 3688 SPRINGFIELD, MA 01101 | Claim Number: 7530 Claim Date: 08/10/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 7553 (05/10/2010) |
|---|---|

| SECURED | Claimed: | $159.25 |
|---|---|---|

| SPRINGFIELD WATER & SEWER COMMISSION P.O. BOX 3688 SPRINGFIELD, MA 01101 | Claim Number: 13408 Claim Date: 10/07/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8117 (06/22/2010) Amends Claim 7437 |
|---|---|

| UNSECURED | Claimed: | $1,679.02 |
|---|---|---|

| SPRINGFIELD WATER & SEWER COMMISSION P.O. BOX 3688 SPRINGFIELD, MA 01101 | Claim Number: 13409 Claim Date: 10/07/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8117 (06/22/2010) Amends Claim 7530 |
|---|---|

| UNSECURED | Claimed: | $567.26 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SPRINGFIELD, RICHARD R.<br>190 LAKE TRAIL<br>JONESBORO, LA 71251 | | Claim Number: 10276<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | | Claim Number: 1499<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $149,083.45 | | |

---

| | | | | |
|---|---|---|---|---|
| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | | Claim Number: 1986<br>Claim Date: 04/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $240,960.74 | | |

---

| | | | | |
|---|---|---|---|---|
| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | | Claim Number: 2292<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $193,191.62 | | |

---

| | | | | |
|---|---|---|---|---|
| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | | Claim Number: 2811<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $273,845.55 | | |

---

| | | | | |
|---|---|---|---|---|
| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | | Claim Number: 3117<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | | |
| UNSECURED | Claimed: | $281,722.38 | Scheduled: | $264,310.27 |

---

| | | | | |
|---|---|---|---|---|
| SPRINTZ DISTRIBUTION<br>6205 COCKRILL BEND CIRCLE<br>NASHVILLE, TN 37209 | | Claim Number: 4548<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $771.17 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SPROULL, DEAN E & FLORENCE R.<br>6824 CRISP<br>RAYTOWN, MO 64133 | Claim Number: 6346<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |

| SPX PROCESS EQUIPMENT CANADA<br>2315 HALPERN<br>ST-LAURENT, QC H4S 1S3<br>CANADA | Claim Number: 6156<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $8,304.40 | Scheduled: | $5,881.73 |

| SQUAD ONE, INC.<br>P.O. BOX 343<br>TULLAHOMA, TN 37388 | Claim Number: 526<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $469.00 |

| SQUAD ONE, INC.<br>PAM SHASTEEN<br>P.O. BOX 343<br>TULLAHOMA, TN 37388 | Claim Number: 8926<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $469.00 |

| SRM, LLC DBA: HOLLOWAY AMERICA<br>720 N CEDARBROOK AVE<br>SPRINGFIELD, MO 65802 | Claim Number: 13530<br>Claim Date: 10/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $8,295.12 |

| SROKA, MARIAN<br>951 DEWEY AVENUE<br>ALPHA, NJ 08865 | Claim Number: 5508<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |

| SRY, JAMES H<br>3275 JESSICA LN<br>APT 101<br>NAPLES, FL 34105 | Claim Number: 6503<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ST HELENA'S CHURCH<br>C/O RAY BANKER<br>602 PHILADELPHIA PIKE<br>WILMINGTON, DE 19809 | Claim Number: 8230<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| PRIORITY | Claimed: | $126.25 |
|---|---|---|

---

| ST HELENAS PARISH<br>602 PHILADELPHIA PIKE<br>C/O RAY BANKER<br>WILMINGTON, DE 19809 | Claim Number: 12317<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $126.25 |
|---|---|---|

---

| ST JOHNS UNITED CHURCH OF CHRIST<br>1288 S INDIANA AVE<br>CROWN POINT, IN 46307-9104 | Claim Number: 4521<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $772.60 |
|---|---|---|

---

| ST JOHNS UNITED CHURCH OF CHRIST<br>1288 S INDIANA AVE<br>CROWN POINT, IN 46307-9104 | Claim Number: 8503<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $772.60 |
|---|---|---|

---

| ST JOSEPH PLASTICS<br>P O BOX 1388<br>SAINT JOSEPH, MO 64502 | Claim Number: 5795<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $873.81 |
|---|---|---|

---

| ST JOSEPH PLASTICS<br>1102 FIFTH AVE<br>SAINT JOSEPH, MO 64505 | Claim Number: 6106<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| ST JOSEPH'S HOSPITAL<br>OCCUPATIONAL MEDICINE<br>1515 MAIN ST<br>HIGHLAND, IL 62249 | Claim Number: 7945<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $43.00 | Scheduled: | $43.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

ST LOUIS ART MUSEUM
ONE FINE ARTS DRIVE FOREST PARK
SAINT LOUIS, MO 63110-1380

Claim Number: 8845
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4136 (01/14/2010)

| UNSECURED | Claimed: | $150,000.00 |
|-----------|----------|-------------|

ST LOUIS CO
COLLECTOR OF REVENUE
41 S CENTRAL AVENUE
SAINT LOUIS, MO 63105

Claim Number: 1151
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| PRIORITY | Claimed: | $50,781.80 |
|----------|----------|------------|

ST LOUIS CO
COLLECTOR OF REVENUE
41 S CENTRAL AVENUE
SAINT LOUIS, MO 63105

Claim Number: 1152
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| PRIORITY | Claimed: | $21,956.36 |
|----------|----------|------------|

ST LOUIS CO
COLLECTOR OF REVENUE
41 S CENTRAL AVENUE
SAINT LOUIS, MO 63105

Claim Number: 1153
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| PRIORITY | Claimed: | $48,950.44 |
|----------|----------|------------|

ST LOUIS CO
COLLECTOR OF REVENUE
41 S CENTRAL AVENUE
SAINT LOUIS, MO 63105

Claim Number: 1154
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| UNSECURED | Claimed: | $3,558.97 |
|-----------|----------|-----------|

ST LOUIS CO
COLLECTOR OF REVENUE
41 S CENTRAL AVENUE
SAINT LOUIS, MO 63105

Claim Number: 1155
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| PRIORITY | Claimed: | $3,418.23 |
|----------|----------|-----------|

ST LOUIS CO
COLLECTOR OF REVENUE
41 S CENTRAL AVENUE
SAINT LOUIS, MO 63105

Claim Number: 1156
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| PRIORITY | Claimed: | $3,304.32 |
|----------|----------|-----------|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| ST LOUIS CO<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | | Claim Number: 1157<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
| PRIORITY | Claimed: | $161,056.16   UNLIQ | | |
| ST LOUIS COUNTY COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | | Claim Number: 13733<br>Claim Date: 12/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
| SECURED | Claimed: | $312,909.35 | | |
| ST LUCIE COUNTY<br>6120 GLADES CUT OFF ROAD<br>FORT PIERCE, FL 34981 | | Claim Number: 5332<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $493.25 | Scheduled: | $1,110.25 |
| ST WORTH CONTAINER INC<br>727 S WANAMAKER AVE<br>ONTARIO, CA 91761 | | Claim Number: 5546<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $9,777.15 | | |
| UNSECURED | Claimed: | $390.60 | Scheduled: | $9,166.22 |
| ST-PIERRE, JEAN-YVES<br>ATTN: MICHEL PERREAULT<br>8040, CHEMINSTE-MARGUERITE<br>TROIS-RIVIERES, QC G9A 5C9<br>CANADA | | Claim Number: 12964<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| ST. CROIX STORAGE & TRANSFER CO., INC.<br>239 MONROE ST. N.<br>HUDSON, WI 54016 | | Claim Number: 12229<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $15,377.96 | | |
| ST. DAVID'S HYDROPONICS<br>822 CONCESSION 7<br>RR 4<br>NIAGARA ON THE LAKE, ON L0S 1J0<br>CANADA | | Claim Number: 99017<br>Claim Date: 06/30/2010<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | |
| UNSECURED | Claimed: | $16,575.45 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| ST. JOHNS UNITED CHURCH OF CHRIST<br>1288 S. INDIANA AVE<br>CROWN POINT, IN 46307 | | Claim Number: 8298<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $772.60 | | |
| ST. JOHNS UNITED CHURCH OF CHRIST<br>1288 S. INDIANA AVE<br>CROWN POINT, IN 46307 | | Claim Number: 12370<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $772.60 | | |
| ST. LUCIE COUNTY<br>COUNTY ATTOURNEY'S OFFICE<br>2300 VIGINIA AVENUE<br>FORT PIERCE, FL 34982 | | Claim Number: 1935<br>Claim Date: 04/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $493.25 | | |
| ST. MARYS BOX CO. INC.<br>SOUTH ST. MARYS ROAD<br>SAINT MARYS, PA 15857 | | Claim Number: 1650<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $1,030.00 | Scheduled: | $908.00 |
| STADELMAN, JOAN E.<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 12959<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | |
| PRIORITY | Claimed: | $1,638.60 | | |
| UNSECURED | Claimed: | $135,259.87 | Scheduled: | $112,689.86 |
| STADTLANDER, JAMES E.<br>1102 6TH ST.<br>JONESBORO, LA 71251 | | Claim Number: 10277<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| STAFFING SOLUTIONS<br>222 WEST LAS COLINAS BLVD<br>SUITE 250E<br>IRVING, TX 75039 | | Claim Number: 9551<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $30,061.98 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

STAFFING SOLUTIONS
SMU BDN 06-25-2009
222 W. LAS COLINAS BLVD # 250E
IRVING, TX 75039

Claim Number: 13741
Claim Date: 01/12/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $11,157.45 |
|---|---|---|

---

STAGGS, SHIRLEY
11275 SUGARMILL DR.
ALEXANDRIA, KY 41001-7763

Claim Number: 10535
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

STAINS, JAMES G
1483 HARGROVE LOOP
DEQUINCY, LA 70633

Claim Number: 7490
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

STALLWORTH, BENJAMIN D
216 PINE HILL DRIVE
EVERGREEN, AL 36401

Claim Number: 12145
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

STAMM CONTRACTING CO., INC.
4566 ORCHARD ST.
P.O. BOX 450
MANTUA, OH 44255

Claim Number: 267
Claim Date: 02/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $9,119.67 |
|---|---|---|

---

STAN SUAREZ TRUCKING INC
32740 CAMPHORA ROAD
SOLEDAD, CA 93960

Claim Number: 12167
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $64,016.75 | Scheduled: | $119,135.75  UNLIQ |
|---|---|---|---|---|

---

STANDARD CARTAGE COMPANY, INC.
2400 SOUTH 27TH AVENUE
BROADVIEW, IL 60155-3853

Claim Number: 2497
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $11,695.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

STANDARD ELECTRIC COMPANY
PO BOX 5289
SAGINAW, MI 48603-0289

Claim Number: 4851
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,493.03 | Scheduled: | $4,210.70 |
|---|---|---|---|---|

---

STANDARD ELECTRIC COMPANY
3101 BUSINESS PARK DRIVE
STEVENS POINT, WI 54481

Claim Number: 7335
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $470.59 |
|---|---|---|

---

STANDARD ELECTRIC COMPANY
C/O CREDIT DEPARTMENT
222 N EMMBER LANE
MILWAUKEE, WI 53233

Claim Number: 7792
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $470.59 |
|---|---|---|

---

STANDARD ELECTRIC COMPANY (01)
PO BOX 684052
MILWAUKEE, WI 53268-4052

Claim Number: 7334
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $247.08 |
|---|---|---|

---

STANDARD ELECTRIC COMPANY (01)
C/O CREDIT DEARTMENT
222 N EMMBER LANE
MILWAUKEE, WI 53233

Claim Number: 7793
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $247.08 |
|---|---|---|

---

STANDARD EQUIPMENT & CONTROLS INC
PO BOX 330453
ATLANTIC BEACH, FL 32233-0453

Claim Number: 11608
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $584.59 | Scheduled: | $584.59 |
|---|---|---|---|---|

---

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: STAFFORD CORRUGATED PRODUCTS
ATTN. ROBERT M. LAVAN
650 MADISON AVENUE, 26TH FLOOR
NEW YORK, NY 10022

Claim Number: 227-01
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $320,703.24 | Scheduled: | $315,221.72 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: STAFFORD CORRUGATED PRODUCTS<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 227-02<br>Claim Date: 02/10/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $9,473.21 | Scheduled: | $9,473.21 |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: STAFFORD CORRUGATED PRODUCTS<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 227-03<br>Claim Date: 02/10/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $473.71 | | |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: STAFFORD CORRUGATED PRODUCTS<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 227-04<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $1,665.40 | | |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: STAFFORD CORRUGATED PRODUCTS<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 227-05<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | | |
| UNSECURED | Claimed: | $2,929.38 | | |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: HONEYWELL INC<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE<br>NEW YORK, NY 10022 | Claim Number: 1031<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) | | | |
| UNSECURED | Claimed: | $968,123.01 | Scheduled: | $15,425.18 |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: INTERNATIONAL GROUP, INC., T<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 1755<br>Claim Date: 03/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $1,034.24 | | |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: INTERNATIONAL GROUP, INC., T<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 1756<br>Claim Date: 03/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $37,162.40 | Scheduled: | $26,070.49 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: INTERNATIONAL GROUP, INC., T<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 1757<br>Claim Date: 03/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $282,155.40 | Scheduled: | $284,727.64 |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: DTE PETCOKE, LLC<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 1877<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED | Claimed: | $505,517.88 | | |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: SIGNODE SERVICE BUSINESS<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 2542-01<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $189,815.90 | Scheduled: | $222,763.44 |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: SIGNODE SERVICE BUSINESS<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 2542-02<br>Claim Date: 04/27/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $1,222.87 | Scheduled: | $1,222.87 |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: SIGNODE SERVICE BUSINESS<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 2542-03<br>Claim Date: 04/27/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $2,106.92 | Scheduled: | $2,253.30 |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: HARPER/LOVE ADHESIVES CORPOR<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 2660<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4661 (02/03/2010) | | | |
| ADMINISTRATIVE | Claimed: | $302,230.78 | | |
| UNSECURED | Claimed: | $583,659.39 | | |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: HARPER/LOVE ADHESIVES CORPOR<br>ROBERT M. LAVAN, STANDARD GENERAL LP<br>650 MADISON AVENUE<br>NEW YORK, NY 10022 | Claim Number: 2661<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 3287 (12/18/2009) | | | |
| ADMINISTRATIVE | Claimed: | $12,039.30 | | |
| UNSECURED | Claimed: | $64,702.22 | Scheduled: | $75,727.91 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: SIGNODE INDUSTRY PACKAGING S<br>STANDARD GENERAL LP ATTN ROBERT LAVAN<br>650 MADISON AVENUE<br>NEW YORK, NY 10022 | Claim Number: 3335<br>Claim Date: 06/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $614,092.23 | Scheduled: | $539,190.59 |
|---|---|---|---|---|

| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: ITW ANGLEBOARD<br>STANDARD GENERAL LP ATTN ROBERT LAVAN<br>650 MADISON AVENUE<br>NEW YORK, NY 10022 | Claim Number: 4135<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $188,902.24 | Scheduled: | $178,320.47 |
|---|---|---|---|---|

| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: LACHENMEIER<br>STANDARD GENERAL LP ATTN ROBERT LAVAN<br>650 MADISON AVENUE<br>NEW YORK, NY 10022 | Claim Number: 5528<br>Claim Date: 07/17/2009<br>Debtor: CALPINE CORRUGATED, LLC |
|---|---|

| UNSECURED | Claimed: | $29,168.10 | Scheduled: | $29,168.10 |
|---|---|---|---|---|

| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: LACHENMEIER INC<br>STANDARD GENERAL LP ATTN ROBERT LAVAN<br>650 MADISON AVENUE<br>NEW YORK, NY 10022 | Claim Number: 5542<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $342.78 | Scheduled: | $329.22 |
|---|---|---|---|---|

| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 7476<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7944 (06/09/2010) |
|---|---|

| UNSECURED | Claimed: | $2,587,195.62 |
|---|---|---|

| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: CESSNA FINANCE CORPORATION<br>ATTN. DAVID GLAZEK<br>650 MADISON AVENUE<br>NEW YORK, NY 10022 | Claim Number: 7971<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 5047 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $1,691,234.33 |
|---|---|---|

| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: ACME PACKAGING CORP<br>STANDARD GENERAL LP ATTN ROBERT LAVAN<br>650 MADISON AVENUE<br>NEW YORK, NY 10022 | Claim Number: 9194<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $31,019.15 | Scheduled: | $37,084.11 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: MOTION INDUSTRIES, INC.<br>C/O STANDARD GENERAL LP<br>ATTN: DAVID GLAZEK, 650 MADISON AVENUE<br>NEW YORK, NY 10022 | Claim Number: 9314<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8092 (06/21/2010) | | | |
| UNSECURED | Claimed: | $1,594,933.39 | Scheduled: | $2,483,068.05 UNLIQ |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: SUN AUTOMATION INC<br>ROBERT M. LAVAN, STANDARD GENERAL LP<br>650 MADISON AVENUE<br>NEW YORK, NY 10022 | Claim Number: 10078<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5732 (03/10/2010) | | | |
| UNSECURED | Claimed: | $496,795.92 | Scheduled: | $1,293,350.04 UNLIQ |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: SUN AUTOMATION GROUP INC<br>ROBERT M. LAVAN, STANDARD GENERAL LP<br>650 MADISON AVENUE<br>NEW YORK, NY 10022 | Claim Number: 10079<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $334,100.91 | Scheduled: | $269,216.20 |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: SUN AUTOMATION GROUP INC<br>ROBERT M. LAVAN, STANDARD GENERAL LP<br>650 MADISON AVENUE<br>NEW YORK, NY 10022 | Claim Number: 10080<br>Claim Date: 08/25/2009<br>Debtor: CAMEO CONTAINER CORPORATION | | | |
| UNSECURED | Claimed: | $26,626.00 | Scheduled: | $29,824.19 |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: METSO PAPER LTD.<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 10852<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5734 (03/10/2010) | | | |
| UNSECURED | Claimed: | $297,506.88 | Scheduled: | $491,837.19 |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: METSO PAPER USA, INC.<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 10908-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5732 (03/10/2010) | | | |
| UNSECURED | Claimed: | $829,627.33 | Scheduled: | $1,177,717.81 UNLIQ |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: METSO PAPER USA, INC.<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 10908-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5732 (03/10/2010) | | | |
| UNSECURED | Claimed: | $212,952.97 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: METSO AUTOMATION USA, INC<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 11181-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $627.18 | | |
|---|---|---|---|---|

---

| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: METSO AUTOMATION USA, INC<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 11181-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $42.28 | | |
|---|---|---|---|---|

---

| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: METSO PAPER USA, INC<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 11182-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $149,806.40 | | |
|---|---|---|---|---|

---

| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: METSO PAPER USA, INC<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 11182-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $8,086.00 | | |
|---|---|---|---|---|

---

| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: OMYA INC<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE<br>NEW YORK, NY 10022 | Claim Number: 11241<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $691,275.57 | Scheduled: | $691,275.57 UNLIQ |
|---|---|---|---|---|

---

| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: OMYA INC<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE<br>NEW YORK, NY 10022 | Claim Number: 11242<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $194,259.84 | Scheduled: | $194,259.84 |
|---|---|---|---|---|

---

| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: DTE PETCOKE, LLC<br>ROBERT M. LAVAN, STANDARD GENERAL LP<br>650 MADISON AVENUE<br>NEW YORK, NY 10022 | Claim Number: 12217<br>Claim Date: 09/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 1877 |
|---|---|

| UNSECURED | Claimed: | $505,517.88 | Scheduled: | $505,517.88 UNLIQ |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: SUN AUTOMATION INC.
ROBERT M. LAVAN, STANDARD GENERAL LP
650 MADISON AVENUE
NEW YORK, NY 10022

Claim Number: 13229-03
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $61,126.05 |
|---|---|---|

---

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: SUN AUTOMATION INC.
ROBERT M. LAVAN, STANDARD GENERAL LP
650 MADISON AVENUE
NEW YORK, NY 10022

Claim Number: 13229-04
Claim Date: 08/26/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $272,974.86 |
|---|---|---|

---

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: HARPER/LOVE ADHESIVES CORP.
ROBERT M. LAVAN, STANDARD GENERAL LP
650 MADISON AVENUE
NEW YORK, NY 10022

Claim Number: 13413
Claim Date: 10/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6252 (03/25/2010)
Amends Claim 2660

| ADMINISTRATIVE | Claimed: | $175,891.92 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $683,874.99 | Scheduled: | $853,948.83 UNLIQ |

---

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: MCKINSEY & COMPANY, INC.
ATTN. ROBERT M. LAVAN
650 MADISON AVENUE
NEW YORK, NY 10022

Claim Number: 13480
Claim Date: 10/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
Amends Claim 7797

| UNSECURED | Claimed: | $1,463,000.00 | Scheduled: | $1,463,000.00 UNLIQ |
|---|---|---|---|---|

---

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: INTERNATIONAL GROUP, INC., T
ATTN. ROBERT M. LAVAN
650 MADISON AVENUE, 26TH FLOOR
NEW YORK, NY 10022

Claim Number: 13655
Claim Date: 12/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
amends claim 1755

| UNSECURED | Claimed: | $1,034.24 |
|---|---|---|

---

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: INTERNATIONAL GROUP, INC., T
ATTN. ROBERT M. LAVAN
650 MADISON AVENUE, 26TH FLOOR
NEW YORK, NY 10022

Claim Number: 13656
Claim Date: 12/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
amends claim 1757

| UNSECURED | Claimed: | $282,155.40 |
|---|---|---|

---

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: INTERNATIONAL GROUP, INC., T
ATTN. ROBERT M. LAVAN
650 MADISON AVENUE, 26TH FLOOR
NEW YORK, NY 10022

Claim Number: 13657
Claim Date: 12/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
Amends claim 1756.

| UNSECURED | Claimed: | $37,162.40 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| STANDARD GENERAL MASTER FUND, LP<br>ATTN: ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 13664<br>Claim Date: 11/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $335,244.94 | | |
| STANDLEY, GLENDA FAYE<br>553 RUSS RD.<br>JONESBORO, LA 71251 | | Claim Number: 10278<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| STANFORD ELECTRIC SUPPLY INC<br>PO BOX 3488<br>TUPELO, MS 38803 | | Claim Number: 7113-01<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $3,466.26 | Scheduled: | $3,161.03 |
| STANFORD ELECTRIC SUPPLY INC<br>PO BOX 3488<br>TUPELO, MS 38803 | | Claim Number: 7113-02<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009) | | |
| ADMINISTRATIVE | Claimed: | $702.45 | | |
| STANGELAND, T. OSCAR<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 12961<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | |
| PRIORITY | Claimed: | $1,638.60 | | |
| UNSECURED | Claimed: | $3,389,376.00 | Scheduled: | $2,542,871.14 |
| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | | Claim Number: 9130<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $10,652.40 | | |
| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | | Claim Number: 9131<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| SECURED | Claimed: | $960.43 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9132<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| SECURED | Claimed: | $43,494.11 |
|---|---|---|

| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9133<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| SECURED | Claimed: | $3,813.82 |
|---|---|---|

| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9134<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| SECURED | Claimed: | $31,138.41 |
|---|---|---|

| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9135<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| SECURED | Claimed: | $1,152.93 |
|---|---|---|

| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9136<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| SECURED | Claimed: | $4,530.66 |
|---|---|---|

| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9137<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| SECURED | Claimed: | $1,645.97 |
|---|---|---|

| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9138<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| SECURED | Claimed: | $19,937.07 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9139<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|
| SECURED           Claimed: | $1,186.10 |

---

| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9140<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|
| SECURED           Claimed: | $1,097.87 |

---

| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9141<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|
| SECURED           Claimed: | $1,542.18 |

---

| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9142<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|
| SECURED           Claimed: | $2,974.19 |

---

| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9143<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|
| SECURED           Claimed: | $2,899.92 |

---

| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9144<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|
| SECURED           Claimed: | $3,387.85 |

---

| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9145<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|
| SECURED           Claimed: | $2,074.97 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9146<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|
| SECURED          Claimed: | $2,266.56 |

| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9147<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|
| SECURED          Claimed: | $1,026.27 |

| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9148<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|
| SECURED          Claimed: | $3,071.09 |

| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9149<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|
| SECURED          Claimed: | $5,862.57 |

| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9150<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|
| SECURED          Claimed: | $4,325.65 |

| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9151<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|
| SECURED          Claimed: | $2,539.85 |

| STANLEY & STANFORD<br>520 KINGDALE AVE. #101<br>KINGSTON, ON K7M 9B6<br>CANADA | Claim Number: 12597<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|
| UNSECURED          Claimed: | $116.60 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| STANLEY M PROCTOR CO<br>PO BOX 446<br>TWINSBURG, OH 44087 | | Claim Number: 3547<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $279.97 | Scheduled: | $279.97 |

---

| | | | | |
|---|---|---|---|---|
| STANLEY, CHARLES C.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE.<br>DALLAS, TX 75219 | | Claim Number: 11814<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| STAPLER, ROBERT R.<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10704<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $156,082.78 | | |

---

| | | | | |
|---|---|---|---|---|
| STAPLES INSULATION INC<br>570 PARR FARM ROAD<br>COVINGTON, GA 30016 | | Claim Number: 14211<br>Claim Date: 06/20/2011<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9116 (08/24/2011) | | |
| ADMINISTRATIVE | Claimed: | $4,810.00 | | |

---

| | | | | |
|---|---|---|---|---|
| STAR LEASING CO<br>PO BOX L-2738<br>COLUMBUS, OH 43260 | | Claim Number: 4385<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $6,160.75 | Scheduled: | $6,378.85 |

---

| | | | | |
|---|---|---|---|---|
| STAR LEASING CO. - JAMES H. GORDON, ESQ.<br>GORDON LAW FIRM CO., LPA<br>FIFTH THIRD CENTER<br>21 E. STATE STREET, SUITE 1700<br>COLUMBUS, OH 43215 | | Claim Number: 9977<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $5,944.22 | | |

---

| | | | | |
|---|---|---|---|---|
| STAR LEASING CO. - JAMES H. GORDON, ESQ.<br>GORDON LAW FIRM CO., LPA<br>FIFTH THIRD CENTER<br>21 E. STATE STREET, SUITE 1700<br>COLUMBUS, OH 43215 | | Claim Number: 12225<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $216.53 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| STAR PRINTING & PUBLISHING CO. INC.<br>D/B/A STUDIO B GRAPHICS<br>2520 DAKOTA AVE<br>SOUTH SIOUX CITY, NE 68776 | Claim Number: 4381<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,861.00 | Scheduled: | $1,861.00 |
|---|---|---|---|---|

| STAR TRANSPORT INC<br>P.O. BOX 909<br>MORTON, IL 61550 | Claim Number: 9952<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $156,370.92 | Scheduled: | $28,101.00  UNLIQ |
|---|---|---|---|---|

| STAR TRANSPORTATION, INC.<br>1116 POLK AVE.<br>NASHVILLE, TN 37210 | Claim Number: 3699<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $74,093.13 |
|---|---|---|

| STARK, JORDAN<br>20 PHEASANT RUN<br>SCARSDALE, NY 10583 | Claim Number: 9109<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| SECURED | Claimed: | $90,949.00 |
|---|---|---|
| UNSECURED | Claimed: | $12,750.00 |

| STARK, MINDI<br>20 PHEASANT RUN<br>SCARSDALE, NY 10583 | Claim Number: 9112<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| SECURED | Claimed: | $59,149.00 |
|---|---|---|

| STARK, MINDI & MALLORIE<br>20 PHEASANT RUN<br>SCARSDALE, NY 10583 | Claim Number: 9110<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $15,500.00 |
|---|---|---|

| STARKWEATHER PAINTING INC<br>PO BOX 1398<br>HOLLISTER, CA 95024-1398 | Claim Number: 6610<br>Claim Date: 07/27/2009<br>Debtor: CALPINE CORRUGATED, LLC |
|---|---|

| UNSECURED | Claimed: | $5,950.00 | Scheduled: | $5,950.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| STARKWEATHER PAINTING, INC.<br>1895 MCCLOSKEY ROAD<br>HOLLISTER, CA 95023 | Claim Number: 1749<br>Claim Date: 03/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $5,950.00 | | |
|---|---|---|---|---|

---

| STARNER, ALBERT L<br>9580 WINCHESTER-SOUTH<br>STOUTSVILLE, OH 43154 | Claim Number: 9632<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $35,921.29 | | |
|---|---|---|---|---|

---

| STARPOINT HEALTH CORP<br>3716 61 AVENUE SE BAY202<br>CALGARY, AB T2C 1Z4<br>CANADA | Claim Number: 9488<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,342.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $483.50 | Scheduled: | $1,490.96 |

---

| STARPOINT HEALTH CORP.<br>ATTN: SHAMEER DADA<br>202, 3716-61 AVENUE S.E.<br>CALGARY, AB T2C 1Z4<br>CANADA | Claim Number: 8451<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5768 (03/11/2010)<br>Claim out of balance |
|---|---|

| UNSECURED | Claimed: | $1,495.63 | | |
|---|---|---|---|---|

---

| STARPOINT HEALTH CORP.<br>3716 61 AVENUE SE BAY 202<br>CALGARY, AB T2C 1Z4<br>CANADA | Claim Number: 12354<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,342.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $483.50 | | |

---

| STARRBURN ENTERPRISES INC<br>1102 5TH AVE<br>ST. JOSEPH, MO 64505 | Claim Number: 5723<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

| STAT PADS LLC<br>13897 W. WAINWRIGHT<br>BOISE, ID 83713 | Claim Number: 2739<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $125.00 | Scheduled: | $125.00 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

STATE BOARD OF EQUALIZATION
SPECIAL OPERATIONS BRANCH, MIC:55
PO BOX 942879
SACRAMENTO, CA 94279-0055

Claim Number: 12274
Claim Date: 08/28/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: EXPUNGED
DOCKET: 8834 (12/09/2010)

| PRIORITY | Claimed: | $421,632.61   CONT |
| --- | --- | --- |

---

STATE COURT OF FULTON COUNTY
185 CENTRAL AVE SW
ATLANTA, GA 30303

Claim Number: 5827
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

STATE DISTRIBUTING CORPORATION
C/O JOANNE P. PINCKNEY
PINCKNEY, HARRIS & WEIDINGER, LLC
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

Claim Number: 12040
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $4,103.55 |
| --- | --- | --- |

---

STATE DISTRIBUTING CORPORATION
C/O PINCKNEY, HARRIS & WEIDINGER, LLC
ATTN: JOANNE P. PINCKNEY
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

Claim Number: 12122
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8509 (09/09/2010)

| ADMINISTRATIVE | Claimed: | $4,103.55 |
| --- | --- | --- |

---

STATE DISTRIBUTING CORPORATION
PINCKNEY, HARRIS & WEIDINGER, LLC
JOANNE P. PINCKNEY
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

Claim Number: 14138
Claim Date: 08/27/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 8509 (09/09/2010)
Amends Claim 12040

| ADMINISTRATIVE | Claimed: | $4,103.55 |
| --- | --- | --- |

---

STATE DISTRUBUTING CORPORATION
C/O RON SCHWARTZ
STATE DISTRIBUTING
3902 BURWELL ROLLINS CIRCLE
RALEIGH, NC 27612

Claim Number: 5707
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $107,984.42 | Scheduled: | $24,774.87 |
| --- | --- | --- | --- | --- |

---

STATE INSURANCE FUND
WALLY DE LA ROSA VIDAL, ESQ.
PO BOX 365028
SAN JUAN, PR 00936-5028

Claim Number: 1325
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $42,956.91 |
| --- | --- | --- |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| STATE OF ALABAMA, DEPARTMENT OF REVENUE<br>LEGAL DIVISION<br>P.O. BOX 320001<br>MONTGOMERY, AL 36132-0001 | Claim Number: 2695<br>Claim Date: 04/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $7,222.66 |
|---|---|---|

---

| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 1839<br>Claim Date: 03/24/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| PRIORITY | Claimed: | $0.01 |
|---|---|---|

---

| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 11104<br>Claim Date: 08/27/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 8535 (09/14/2010) |
|---|---|

| PRIORITY | Claimed: | $5,790.00 |
|---|---|---|

---

| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 12048<br>Claim Date: 08/20/2009<br>Debtor: SMBI INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| PRIORITY | Claimed: | $800.00 |
|---|---|---|

---

| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | Claim Number: 13977<br>Claim Date: 04/13/2010<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
|---|---|

| PRIORITY | Claimed: | $5,066.82 |
|---|---|---|
| UNSECURED | Claimed: | $384.35 |

---

| STATE OF CALIFORNIA<br>EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 | Claim Number: 13997<br>Claim Date: 04/06/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| PRIORITY | Claimed: | $6,591.31 |
|---|---|---|
| UNSECURED | Claimed: | $826.60 |

---

| STATE OF CALIFORNIA<br>EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 | Claim Number: 13998<br>Claim Date: 04/06/2010<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 8535 (09/14/2010) |
|---|---|

| PRIORITY | Claimed: | $5,541.09 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| STATE OF CALIFORNIA<br>BANKRUPTCY SECTION MS A340<br>FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 14101<br>Claim Date: 08/12/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8915 (01/31/2011) |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| STATE OF CALIFORNIA<br>BANKRUPTCY SECTION MS A340<br>FRANCHISE TAX BOARD<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 14134<br>Claim Date: 08/26/2010<br>Debtor: SMBI INC.<br>Comments: WITHDRAWN<br>DOCKET: 8915 (01/31/2011) |

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| STATE OF CALIFORNIA, STATE BOARD OF<br>EQUALIZATION, SPECIAL OPERATIONS BRANCH<br>450 N STREET, MIC: 55<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0055 | | Claim Number: 14090<br>Claim Date: 08/10/2010<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 8661 (10/18/2010) |

| ADMINISTRATIVE | Claimed: | $2,502.26 |
|---|---|---|

| | | |
|---|---|---|
| STATE OF CONNECTICUT<br>1111 COUNTRY CLUB ROAD<br>MIDDLETOWN, CT 06457-9294 | | Claim Number: 6461<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |

| UNSECURED | Claimed: | $40.00 |
|---|---|---|

| | | |
|---|---|---|
| STATE OF CONNECTICUT<br>1111 COUNTRY CLUB ROAD<br>MIDDLETOWN, CT 06457-9294 | | Claim Number: 6462<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |

| UNSECURED | Claimed: | $100.00 |
|---|---|---|

| | | |
|---|---|---|
| STATE OF CONNECTICUT, TREASURER<br>UNCLAIMED PROPERTY DIV<br>55 ELM STREET, 5TH FLOOR<br>HARTFORD, CT 06106 | | Claim Number: 4994<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| STATE OF ILLINOIS<br>DEPARTMENT OF REVENUE<br>100 W RANDOLPH<br>LEVEL 7-425<br>CHICAGO, IL 60601 | | Claim Number: 13676<br>Claim Date: 12/14/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |

| ADMINISTRATIVE | Claimed: | $5,180.93 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | |
|---|---|---|
| STATE OF LOUISIANA<br>LOUISIANA DEPARTMENT OF REVENUE<br>P.O. BOX 66658<br>BATON ROUGE, LA 70896 | | Claim Number: 1570<br>Claim Date: 03/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| UNSECURED | Claimed: | $6,375.37 |
| STATE OF LOUISIANA<br>LOUISIANA DEPARTMENT OF REVENUE<br>P.O. BOX 66658<br>BATON ROUGE, LA 70896 | | Claim Number: 1571<br>Claim Date: 03/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
| PRIORITY | Claimed: | $8,097.50 |
| UNSECURED | Claimed: | $3,170.42 |
| STATE OF LOUISIANA<br>LOUISIANA DEPARTMENT OF REVENUE<br>P.O. BOX 66658<br>BATON ROUGE, LA 70896 | | Claim Number: 3518<br>Claim Date: 06/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| PRIORITY | Claimed: | $33,770.58 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $6,385.08 |
| STATE OF LOUISIANA<br>LOUISIANA DEPARTMENT OF REVENUE<br>P.O. BOX 666658<br>BATON ROUGE, LA 70896 | | Claim Number: 13608<br>Claim Date: 11/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| PRIORITY | Claimed: | $33,780.29 |
| STATE OF MINNESOTA<br>DEPARTMENT OF REVENUE, COLLECTION<br>DIVISION, BANKRUPTCY SECTION<br>PO BOX 64447 - BKY<br>ST. PAUL, MN 55164-0447 | | Claim Number: 13070<br>Claim Date: 09/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
| PRIORITY | Claimed: | $3,289.00 |
| STATE OF MISSOURI<br>DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | | Claim Number: 1104<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| UNSECURED | Claimed: | $2,265,362.78 |
| STATE OF MISSOURI<br>DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | | Claim Number: 1105<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| PRIORITY | Claimed: | $4,448.70 |
| UNSECURED | Claimed: | $659.05 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | |
|---|---|
| STATE OF MISSOURI<br>DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | Claim Number: 1108<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |

| UNSECURED | Claimed: | $0.00 |
|---|---|---|

---

| | |
|---|---|
| STATE OF MONTANA DEPT. OF ENVIRONMENTAL<br>QUALITY, CIARDI CIARDI & ASTIN, DANIEL K<br>ASTIN, JOHN D. MCLAUGHLIN, CARL D. NEFF<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE 19801 | Claim Number: 14110<br>Claim Date: 08/13/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8878 (01/06/2011) |

| ADMINISTRATIVE | Claimed: | $75,000.00   UNDET |
|---|---|---|

---

| | |
|---|---|
| STATE OF MONTANA-DEPT OF LABOR &INDUSTRY<br>WORKERS COMPENSATION REGULATION BUREAU<br>1805 PROSPECT AVE.<br>HELENA, MT 59604 | Claim Number: 5960<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8996 (03/22/2011) |

| SECURED | Claimed: | $3,698,857.00   UNLIQ CONT |
|---|---|---|

---

| | |
|---|---|
| STATE OF NC OFFICE TREASURER<br>325 NORTH SALSBURY STREET<br>RALEIGH, NC 27603-1385 | Claim Number: 8170<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |

| UNSECURED | Claimed: | $996.00 |
|---|---|---|

---

| | |
|---|---|
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | Claim Number: 3101<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |

| PRIORITY | Claimed: | $120,152.22 |
|---|---|---|

---

| | |
|---|---|
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | Claim Number: 14016<br>Claim Date: 04/27/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8661 (10/18/2010) |

| UNSECURED | Claimed: | $165,317.22 |
|---|---|---|

---

| | |
|---|---|
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | Claim Number: 14093<br>Claim Date: 08/09/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8661 (10/18/2010) |

| PRIORITY | Claimed: | $0.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| STATE OF NEW YORK<br>DEPARTMENT OF LABOR<br>GOVERNOR W. AVERELL HARRIMAN STATE<br>OFFICE BLDG. 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 4574<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| PRIORITY | Claimed: | $59,335.89 |
|---|---|---|

| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W AVERELL HARRIMAN OFC BLDG CAMPUS<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 3172<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $58,293.03 |
|---|---|---|

| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 12571<br>Claim Date: 09/04/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| PRIORITY | Claimed: | $102.19 |
|---|---|---|

| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W AVERELL HARRIMAN OFC BLDG CAMPUS<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 13392<br>Claim Date: 09/10/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| PRIORITY | Claimed: | $102.19 |
|---|---|---|

| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W AVERELL HARRIMAN OFFC BLDG CAMPUS<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 13601<br>Claim Date: 11/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,934.10 |
|---|---|---|

| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W AVERELL HARRIMAN OFC BLDG CAMPUS<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 13602<br>Claim Date: 11/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| PRIORITY | Claimed: | $59,349.13 |
|---|---|---|

| STATE OF NEW YORK DEPT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W AVERELL HARRIMAN STATE OFFICE<br>BLDG CAMPUS, BLDG 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 7216<br>Claim Date: 08/04/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $476.65 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | |
|---|---|---|---|
| STATE OF NEW YORK DEPT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W AVERELL HARRIMAN STATE OFFICE<br>BLDG CAMPUS, BLDG 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 7217<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| PRIORITY            Claimed: | $59,335.89 | | |
| STATE OF NEW YORK DEPT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W AVERELL HARRIMAN STATE OFFICE<br>BLDG CAMPUS, BLDG 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 13334<br>Claim Date: 09/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| PRIORITY            Claimed:<br>UNSECURED | $59,349.13<br> | Scheduled: | $1,287.96 |
| STATE OF NEW YORK DEPT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W AVERELL HARRIMAN STATE OFFICE<br>BLDG CAMPUS, BLDG 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 13335<br>Claim Date: 09/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| ADMINISTRATIVE       Claimed: | $1,934.10 | | |
| STATE OF NEW YORK DEPT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W AVERELL HARRIMAN STATE OFFICE<br>BLDG CAMPUS, BLDG 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 13626<br>Claim Date: 11/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| ADMINISTRATIVE       Claimed: | $2,945.99 | | |
| STATE OF NEW YORK, DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W AVERELL HARRIMAN OFC BLDG CAMPUS<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 3296<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
| PRIORITY            Claimed: | $58,293.03 | | |
| STATE OF NJ OFFICE OF TREASURY<br>PO BOX 214<br>TRENTON, NJ 08695-0214 | Claim Number: 11220<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED          Claimed: | $0.00   UNDET | | |
| STATE PAPER & METAL COMPANY, INC.<br>ATTN: BARRY GUDELMAN<br>1118 WEST CENTRAL AVENUE<br>TOLEDO, OH 43610 | Claim Number: 11102-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) | | |
| ADMINISTRATIVE       Claimed: | $20,579.28 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| STATE PAPER & METAL COMPANY, INC.<br>ATTN: BARRY GUDELMAN<br>1118 WEST CENTRAL AVENUE<br>TOLEDO, OH 43610 | Claim Number: 11102-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $28,887.88 | | |

| STATE SYSTEMS, INC.<br>3755 CHERRY RD<br>MEMPHIS, TN 38118 | Claim Number: 1512<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,772.88 | Scheduled: | $2,743.88 |

| STATELINE ELECTRIC AND<br>PO BOX 303<br>SIOUX CITY, IA 51102 | Claim Number: 4801<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,344.71 | Scheduled: | $8,579.71 |

| STAX PACKAGING SERVICES INC<br>ATTN: DONNA HODGINS<br>575 INDUSTRIAL ROAD<br>LONDON, ON N5V 1V2<br>CANADA | Claim Number: 12854<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $46,757.12 | Scheduled: | $94,212.28 UNLIQ |

| STAY, LEONARD L.<br>C/O JAMES E. SORENSON, ESQ.<br>WILLIAMS, GAUTIER, GWYNN, DELOACH, &<br>SORENSON P.A., PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10665<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,671.56 | | |

| STEAMCON INC<br>PO BOX 508<br>BOCA RATON, FL 33429 | Claim Number: 6117<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $803.00 | | |

| STEAMCON INC<br>PO BOX 508<br>BOCA RATON, FL 33429 | Claim Number: 6233<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,603.00 | Scheduled: | $6,324.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| STEARNS COUNTY TREASURER | Claim Number: 6788 |
| 705 COURTHOUSE SQUARE | Claim Date: 07/30/2009 |
| ROOM 148 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| ST. CLOUD, MN 56303 | Comments: EXPUNGED |
| | DOCKET: 8093 (06/21/2010) |

| PRIORITY | | | Scheduled: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $2,803.73 | | |

---

| STEBBINS ADVERTISING  AND DESIGN INC | Claim Number: 5965 |
| 5042 W BYRON STREET | Claim Date: 07/20/2009 |
| CHICAGO, IL 60641 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $4,452.00 | Scheduled: | $4,452.00 |

---

| STECH CONSULTING, LLC | Claim Number: 94 |
| 484 B WASHINGTON ST., # 401 | Claim Date: 02/05/2009 |
| MONTEREY, CA 93940 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $20,050.00 | Scheduled: | $20,050.00 |

---

| STEED TIMBER CO INC | Claim Number: 12454-01 |
| PO BOX 215 | Claim Date: 07/30/2009 |
| LINCOLN, AL 35096-0215 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: ALLOWED |
| | DOCKET: 8120 (06/22/2010) |

| ADMINISTRATIVE | Claimed: | $75,258.98 |

---

| STEED TIMBER CO INC | Claim Number: 12454-02 |
| PO BOX 215 | Claim Date: 07/30/2009 |
| LINCOLN, AL 35096-0215 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 8120 (06/22/2010) |

| UNSECURED | Claimed: | $4,591.39 |

---

| STEED TIMBER CO. INC. | Claim Number: 590 |
| PO BOX 215 | Claim Date: 02/18/2009 |
| LINCOLN, AL 35096 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 4132 (01/14/2010) |

| PRIORITY | Claimed: | $155,109.56 |

---

| STEED TIMBER CO. INC. | Claim Number: 12453 |
| ATTN: SKIP STEED | Claim Date: 07/30/2009 |
| PO BOX 215 | Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
| LINCOLN, AL 35096 | Comments: EXPUNGED |
| | DOCKET: 8120 (06/22/2010) |

| ADMINISTRATIVE | Claimed: | $79,850.37 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| STEED TIMBER CO., INC.<br>P.O. BOX 215<br>LINCOLN, AL 35096 | | Claim Number: 1957<br>Claim Date: 04/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $79,850.37 | | |

| STEEL CITY INC<br>PO BOX 35036<br>PANAMA CITY, FL 32412 | | Claim Number: 6054<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $1,683.00 |

| STEEL CITY, INC.<br>P.O. BOX 35036<br>PANAMA CITY, FL 32412 | | Claim Number: 1178<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,683.00 | |

| STEELY, TOMMY L<br>1113 OLD FANNIE RD<br>FLOMATON, AL 36441 | | Claim Number: 12231<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | |

| STEIN, JOHN E<br>1900 CAROL AVENUE<br>NEWBERG, OR 97132 | | Claim Number: 10617<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | |

| STEINER, FREDERICK N<br>21 SPINNING WHEEL RD<br>HINSDALE, IL 60521 | | Claim Number: 7386<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |

| STEINS INC<br>PO BOX 248<br>MOORHEAD, MN 56562-0248 | | Claim Number: 6011<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $821.83 | Scheduled: | $821.83 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

STELLAR INDUSTRIAL SALES
3800 TRANSCANADA HIGHWAY
POINTE CLAIRE, QC H9R 1B1
CANADA

Claim Number: 12377
Claim Date: 07/16/2009
Debtor: SMURFIT-MBI
Comments:
1,478.08 IN CAD

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ | Scheduled: | $1,467.01 |

STELLAR INDUSTRIAL SALES LTD
ATTN: LINDA LAGERE
520 WINDMILL ROAD
DARTMOUTH, NS B3B 1B3
CANADA

Claim Number: 8475
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,210.99 |

STEPHENS, KEEFE
PO BOX 23648
SAINT LOUIS, MO 63112

Claim Number: 10029
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,735,842.20 |

STEPHENS, RICHARD
4324 JAMIESON
SAINT LOUIS, MO 63109

Claim Number: 6888
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100.00 | Scheduled: | $100.00 |

STERLING COMMERCE, INC
4600 LAKEHURST CT.
DUBLIN, OH 43016

Claim Number: 1166-01
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,476.39 | Scheduled: | $15,287.56 |

STERLING COMMERCE, INC
4600 LAKEHURST CT.
DUBLIN, OH 43016

Claim Number: 1166-02
Claim Date: 02/18/2009
Debtor: SMURFIT-MBI
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,872.14 |

STERLING MANUFACTURING & DIST
PO BOX 7703
HOUSTON, TX 77270

Claim Number: 4106
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,537.00 | Scheduled: | $14,537.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

STEVENS RESOURCE GROUP INC.
496 ADELAIDE ST
WOODSTOCK, ON N4 S 4B4
CANADA

Claim Number: 3207
Claim Date: 06/01/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $13,918.34 |
|---|---|---|

---

STEVENS RESOURCE GROUP INC.
496 ADELAIDE ST
WOODSTOCK, ON N4S 4B4
CANADA

Claim Number: 13200
Claim Date: 08/24/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $13,918.34 |
|---|---|---|

---

STEVENS, CHARLES GEORGE
BARON & BUDD, P.C.
THE CENTRUM SUITE 1100
3102 OAK LAWN AVE.
DALLAS, TX 75219

Claim Number: 11815
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

STEVENS, DAVID C
668 SPYGLASS SUMMIT DRIVE
CHESTERFIELD, MO 63017-2144

Claim Number: 9732
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Claim out of balance

| PRIORITY | Claimed: | $385,922.64 |
|---|---|---|
| SECURED | Claimed: | $385,922.64 |
| TOTAL | Claimed: | $385,922.64 |

---

STEVENS, DAVID C
668 SPYGLASS SUMMIT DRIVE
CHESTERFIELD, MO 63017-2144

Claim Number: 11050
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9033 (04/25/2011)

| UNSECURED | Claimed: | $1,506,231.00 |
|---|---|---|

---

STEVENS, DAVID C
668 SPYGLASS SUMMIT DRIVE
CHESTERFIELD, MO 63017

Claim Number: 13116
Claim Date: 09/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments:
Amends claim 9732.

| SECURED | Claimed: | $385,922.64 |
|---|---|---|

---

STEVENS, HERBERT ERNEST
31 EDWARD STREET
HAMILTON, ON L8L-2V2
CANADA

Claim Number: 8778
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $282,900.00 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

STEWART & STEVENSON
601 W. 38TH STREET
HOUSTON, TX 77018

Claim Number: 2534
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7553 (05/10/2010)

| UNSECURED | Claimed: | $19,921.21 | Scheduled: | $25,742.64 |
|---|---|---|---|---|

STEWART'S MACHINING, INC.
960 HOLMAN AVENUE
MONROE, OH 45050

Claim Number: 485
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7550 (05/10/2010)

| UNSECURED | Claimed: | $8,601.00 | Scheduled: | $8,996.00 |
|---|---|---|---|---|

STEWART, MATTIE MAE
174 SYLVAN MEADOWS
WINNFIELD, LA 71483

Claim Number: 10279
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

STEWART, PAUL M
9196 HWY 29
BREWTON, AL 36426

Claim Number: 12115
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 5732 (03/10/2010)

| UNSECURED | Claimed: | $7,176.96 |
|---|---|---|

STEWART, WILLIAM L
215 RIDGE ROCK RD.
SEDONA, AZ 86351

Claim Number: 6536
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

STI CEMS SERVICES
4564 REBECCAS ROAD
WALDRON, AR 72958

Claim Number: 832
Claim Date: 02/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 5738 (03/10/2010)

| UNSECURED | Claimed: | $31,718.88 |
|---|---|---|

STIER, JANET M
121 NORTH ELM ST
COLUMBIA CITY, IN 46725

Claim Number: 4832
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| STIKEMAN ELLIOTT<br>5300 COMMERCE COURT<br>199 BAY STREET<br>TORONTO, ON M5L 1B9<br>CANADA | | Claim Number: 4328<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| UNSECURED | Claimed: | $27,589.65 | | |
| STILLWATER LOGGING CO INC<br>1190 KM RANCH ROAD<br>WHITEFISH, MT 59937 | | Claim Number: 8157<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $5,920.36 | Scheduled: | $11,840.73 UNLIQ |
| STIMSON LUMBER COMPANY<br>700 PACIFICBUILDING, 520 S.W. YAMHILL<br>PORTLAND, OR 97204 | | Claim Number: 7126<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | |
| UNSECURED | Claimed: | $6,701.00 | Scheduled: | $13,402.00 UNLIQ |
| STINNER, RICHARD E<br>12814 MOUNT ROYAL LN<br>FAIRFAX, VA 22033-3624 | | Claim Number: 7264<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00 UNLIQ | | |
| STINSON, CARL J.<br>1510 COUNTRY HILLS DR<br>CANTONMENT, FL 32533 | | Claim Number: 12137<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| STOCKMAN, ESTELLA<br>2908 E 36TH CT<br>DES MOINES, IA 50317 | | Claim Number: 6059<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| STOEL RIVES LLP<br>ATTENTION BRANDY A. SARGENT<br>900 SW FIFTH AVENUE SUITE 2600<br>PORTLAND, OR 97204-1268 | | Claim Number: 11489<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $2,690.16 | Scheduled: | $2,516.36 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| STOEL RIVES LLP<br>ATTENTION BRANDY A. SARGENT<br>900 SW FIFTH AVENUE SUITE 2600<br>PORTLAND, OR 97204-1268 | Claim Number: 11490<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $2,690.16 |
|---|---|---|

---

| STOKES, GLORIA<br>2133 PERRAN DRIVE<br>MISSISSAUGA, ON L5K 1L9<br>CANADA | Claim Number: 12770<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00    UNLIQ |
|---|---|---|

---

| STOLKI, MARK W<br>PO BOX 241301<br>LITTLE ROCK, AR 72223 | Claim Number: 4756<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $71,613.36 |
|---|---|---|

---

| STONCOR GROUP, RPM CANADA<br>95 SUNRAY STREET<br>WHITBY, ON L1N 9C9<br>CANADA | Claim Number: 8237<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $6,596.51 | Scheduled: | $6,750.35 |
|---|---|---|---|---|

---

| STONE LION PORTFOLIO LP<br>TRANSFEROR: CORRUGATED SYNERGIES INTER.<br>C/O STONE LION CAPITAL PARTNERS LP<br>461 5TH AVE, 14TH FL  ATTN: CLAUDIA BORG<br>NEW YORK, NY 10017 | Claim Number: 9122<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5712 (05/07/2010) |
|---|---|

| UNSECURED | Claimed: | $7,000,000.00 |
|---|---|---|

---

| STONE TIMBER CO., INC.<br>TIM A. WOMACK, ATTORNEY<br>P.O. BOX 683<br>CAMDEN, AR 71711-0683 | Claim Number: 1150<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $7,155.57 |
|---|---|---|

---

| STONE TIMBER CO., INC.<br>TIM A. WOMACK, ATTORNEY<br>P.O. BOX 683<br>CAMDEN, AR 71711-0683 | Claim Number: 4251<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $2,200.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| STONE, CAROL<br>100 SUNRISE AVE APT PH2<br>PALM BEACH, FL 33480-3963 | Claim Number: 9335<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8559 (09/17/2010) |
|---|---|

| UNSECURED | Claimed: | $442,193.38 | | |
|---|---|---|---|---|

---

| STONE, IRA<br>180 E PEARSON ST APT 5304<br>CHICAGO, IL 60611-2182 | Claim Number: 5250<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 8944 (02/18/2011) |
|---|---|

| UNSECURED | Claimed: | $133,191.00 | | |
|---|---|---|---|---|

---

| STONE, IRA<br>180 E. PEARSON ST., APT. 53<br>CHICAGO, IL 60611-2182 | Claim Number: 10747<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 8996 (03/22/2011) |
|---|---|

| UNSECURED | Claimed: | $332,360.27 | | |
|---|---|---|---|---|

---

| STONE, JEROME H.<br>C/O ALZHEIMER'S ASSOCIATION<br>225 N. MICHIGAN AVE<br>17TH FLOOR<br>CHICAGO, IL 60601 | Claim Number: 7718<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9170 (01/11/2012) |
|---|---|

| UNSECURED | Claimed: | $859,363.00 | | |
|---|---|---|---|---|

---

| STONE, ROGER W.<br>1114 SHERIDAN ROAD<br>GLENCOE, IL 60022 | Claim Number: 2077<br>Claim Date: 04/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $2,422,124.00 | Scheduled: | $2,422,124.00 |
|---|---|---|---|---|

---

| STONER, ROBERT D<br>501 WEST 25TH STREET<br>WILMINGTON, DE 19802 | Claim Number: 11780<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $85,000.00 | | |
|---|---|---|---|---|

---

| STONEY LUNA LOGGING<br>721 HOWELL HILL ROAD<br>FLINTVILLE, TN 37335 | Claim Number: 6869<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,909.11 | Scheduled: | $7,909.11  UNLIQ |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| STORCK, R W<br>4750 25TH STREET, #18<br>GREELEY, CO 80634 | Claim Number: 13375<br>Claim Date: 09/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | | |

---

| STOREE CONSTRUCTION<br>C/O BRIAN K. ASBERRY<br>NEALE & NEWMAN, L.L.P.<br>P.O. BOX 10327<br>SPRINGFIELD, MO 65808 | Claim Number: 1803<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $3,791.00 | Scheduled: | $3,791.00 |

---

| STOTT WOOD COMPANY INC<br>PO BOX 219<br>OLLA, LA 71465 | Claim Number: 7166<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $15,963.16 | Scheduled: | $31,926.32  UNLIQ |

---

| STOVALL, SAMPSON<br>5437 IRVING STREET<br>PHILADELPHIA, PA 19139-4055 | Claim Number: 4991<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $707.29  UNLIQ | | |

---

| STOVER, LINDA<br>6769 COUNTY RD. 146<br>ROSENDALE, MO 64483 | Claim Number: 7885<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| PRIORITY | Claimed: | $5,500.49 | | |

---

| STRACK SCALE SERVICE<br>7583 HARRISON AVENUE     NUMBER 1<br>CINCINNATI, OH 45247 | Claim Number: 5562<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $288.00 | Scheduled: | $288.00 |

---

| STRAIGHT SHOT EXPRESS<br>PO BOX 371<br>NEENAH, WI 54957 | Claim Number: 658<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $782.72 | Scheduled: | $779.82 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| STRAMER, JOSEPH C<br>2112 MINNEHAHA AVE E<br>ST PAUL, MN 55119 | Claim Number: 6968<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

| STRATE WELDING SUPPLY CO., INC<br>PO BOX 37330<br>JACKSONVILLE, FL 32236-7330 | Claim Number: 3751<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $760.08 | Scheduled: | $543.81 |
|---|---|---|---|---|

---

| STRATHCONA COUNTY<br>TAX DEPARTMENT<br>2001 SHERWOOD DRIVE<br>SHERWOOD PARK, AB T8A 3W7<br>CANADA | Claim Number: 2362<br>Claim Date: 04/22/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| PRIORITY | | | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,181.29 | Scheduled: | $1,766.08 UNLIQ |

---

| STRATHCONA COUNTY<br>TAX DEPARTMENT<br>2001 SHERWOOD DRIVE<br>SHERWOOD PARK, AB T8A 3W7<br>CANADA | Claim Number: 8203<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 2362 |
|---|---|

| UNSECURED | Claimed: | $2,181.29 |
|---|---|---|

---

| STRATIS CORPORATION<br>5677 W 73RD STREET<br>INDIANAPOLIS, IN 46278-1739 | Claim Number: 2238<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $6,307.10 |
|---|---|---|

---

| STRATIS CORPORATION<br>5677 W 73RD STREET<br>INDIANAPOLIS, IN 46278-1739 | Claim Number: 3497<br>Claim Date: 06/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>Amends claim 2238 |
|---|---|

| UNSECURED | Claimed: | $6,037.10 | Scheduled: | $6,037.10 |
|---|---|---|---|---|

---

| STRATIX CORPORATION<br>4920 AVALON RIDGE PARKWAY<br>SUITE 600<br>NORCROSS, GA 30071 | Claim Number: 2406<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $18,143.73 | Scheduled: | $18,127.92 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| STRAUB DESIGN CO.<br>2238 FLORIDA AVE SO.<br>MINNEAPOLIS, MN 55426 | Claim Number: 2649<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $2,640.46 |

| STRAUB DESIGN COMPANY<br>2238 FLORIDA AVE SOUTH<br>MINNEAPOLIS, MN 55426 | Claim Number: 4197<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $2,611.94 | Scheduled: | $2,611.94 |

| STRAUDER, HAYWARD<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10717<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $29,731.62 |

| STRAUDER, HAYWARD M<br>75120 NEWELL RD<br>YULEE, FL 32097-1629 | Claim Number: 9515<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $50,000.00 |

| STRAUGHN, CYNTHIA B<br>130 RIVER RIDGE RD<br>SILER CITY, NC 27344 | Claim Number: 4046<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ |

| STRAUGHN, WILLIAM N<br>131 RIVER RIDGE RD<br>SILER CITY, NC 27344 | Claim Number: 4045<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ |

| STRAUS, ROBERT P<br>630 STEWART AVE<br>LOCKLAND, OH 45215 | Claim Number: 4289<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| STRINGER, REKKEDA Y.<br>712 JOHNSON ST.<br>JONESBORO, LA 71251 | | Claim Number: 10280<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| STRITT & PRIEBE INC<br>37 CLYDE AVE<br>BUFFALO, NY 14215 | | Claim Number: 3817<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,157.18 | Scheduled: | $3,157.18 |

| STROUD, ARMON F.<br>PO 607<br>HODGE, LA 71247 | | Claim Number: 10281<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| STRYCHALSKI, KENNETH J<br>2519 MOREHOUSE AVENUE<br>ELKHART, IN 46517 | | Claim Number: 9542<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

| STUART C IRBY CO<br>PO BOX 933645<br>ATLANTA, GA 31193-3645 | | Claim Number: 9820<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,894.62 | Scheduled: | $25,738.31 |

| STUMP, ENNIS D<br>2428 RAVENWOOD AVE NW<br>ROANOKE, VA 24012 | | Claim Number: 6152<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $25,000.00 | | |

| STURDEVANT, TRUMAN L<br>PO BOX 1089<br>RIDGEFIELD, WA 98642 | | Claim Number: 11011<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $29,508.65 | Scheduled: | $29,508.65 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| STURDEVANT, TRUMAN L<br>PO BOX 1089<br>RIDGEFIELD, WA 98642 | Claim Number: 11032<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9033 (04/25/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $516,097.00 | |

| STURGIS JR., JAMES F<br>113 PEACHTREE LANE<br>LANDENBERG, PA 19350 | Claim Number: 7686<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | |

| STURMER, DAVID E.<br>4888 N. GLENN AVE. #A<br>FRESNO, CA 93704 | Claim Number: 7786<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $29,400.00 | |

| STYRENE PRODUCTS INC<br>5320 FULLER STREET<br>SCHOFIELD, WI 54476-3199 | Claim Number: 6508-01<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $610.60 | Scheduled: $1,391.95 |

| STYRENE PRODUCTS INC<br>5320 FULLER STREET<br>SCHOFIELD, WI 54476-3199 | Claim Number: 6508-02<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $781.35 | |

| SUAREZ, MARIA<br>111 SE EMMA<br>DES MOINES, IA 50315 | Claim Number: 11558<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |

| SUBCO, INC.<br>8124 W. 188TH STREET<br>MOKENA, IL 60448 | Claim Number: 2031<br>Claim Date: 04/06/2009<br>Debtor: CAMEO CONTAINER CORPORATION | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,901.18 | Scheduled: $11,250.19 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SUBER, JAMES<br>3284 COLLEGE<br>NEWBERRY, SC 29108 | | Claim Number: 13484<br>Claim Date: 10/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| SUBER, JAMES WILLIE, SR.<br>3284 COLLEGE STREET<br>NEWBERRY, SC 29108 | | Claim Number: 13485<br>Claim Date: 10/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| SUBURBAN ELECTRICAL CONTRACTOR INC<br>709 HICKORY FARM LANE<br>APPLETON, WI 54914-3074 | | Claim Number: 9685<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $4,295.45 | Scheduled: | $4,333.61 |

| | | | | |
|---|---|---|---|---|
| SUBURBAN ELECTRICAL ENGINEERS &<br>709 HICKORY FARM LANE<br>APPLETON, WI 54914-3074 | | Claim Number: 9836<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $275.02 | Scheduled: | $275.02 |

| | | | | |
|---|---|---|---|---|
| SUBURBAN METAL PRODUCTS INC<br>1050 TARLTON RD<br>CIRCLEVILLE, OH 43113-9132 | | Claim Number: 6619<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7516 (05/07/2010) | | |
| UNSECURED | Claimed: | $45,364.79 | Scheduled: | $47,654.79 |

| | | | | |
|---|---|---|---|---|
| SUBWAY<br>135 N CHESTNUT ST<br>JEFFERSON, OH 44047 | | Claim Number: 3765<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $78.75 | Scheduled: | $78.75 |

| | | | | |
|---|---|---|---|---|
| SUDDEN SERVICE, INC.<br>ATTN: RICHARD BALLARD<br>649 SOUTH CHURCH AVENUE<br>LOUISVILLE, MS 39339 | | Claim Number: 1688<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | |
| UNSECURED | Claimed: | $4,527.85 | Scheduled: | $4,562.29 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SUGDEN, TERRY
3905 E COUNTY ROAD S
BELOIT, WI 53511-7820

Claim Number: 7969
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $8,175.00 | Scheduled: | $8,175.00 |
|---|---|---|---|---|

---

SUITER, JERRY D
3343 MILL VALLEY TRCE
DACULA, GA 30019

Claim Number: 6910
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| PRIORITY | Claimed: | $153,207.00 |
|---|---|---|

---

SUITER, JERRY D
3343 MILL VALLEY TRCE
DACULA, GA 30019-5004

Claim Number: 6911
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)

| UNSECURED | Claimed: | $89,275.00 | Scheduled: | $89,275.00 |
|---|---|---|---|---|

---

SULANDER, TERESA
203 1/2 EAST CONGRESS STREET
POLK, OH 44866

Claim Number: 5316
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SULLIVAN & SON LUMBER CO., INC.
2528 ROBERTS-MATTHEWS
SPARTA, TN 38583

Claim Number: 1523
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $1,997.10 |
|---|---|---|

---

SULLIVAN, JAMES M
4525 E WICKHAM AVE
ORANGE, CA 92867

Claim Number: 4888
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

SULLIVAN, JESSIE M
482 COUNTY ROAD 811
SALTILLO, MS 38866

Claim Number: 9173
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SULLIVAN, RICHARD
C/O LAWRENCE BALL & BRUCE J. HIGHMAN
HIGHMAN, HIGHMAN & BALL
870 MARKET STREET, SUITE 467
SAN FRANCISCO, CA 94102

Claim Number: 14087
Claim Date: 08/09/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
|---|---|---|

---

SULLIVAN, ROBERT J
ONE PARTRIDGE LANE
OXFORD, PA 19363

Claim Number: 9108
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

SULLIVAN, TERRY LYNN
308 OAKLAND DRIVE
SPARTA, TN 38583

Claim Number: 6556
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
Claim out of balance

| UNSECURED | Claimed: | $339.55 | Scheduled: | $339.55 |
|---|---|---|---|---|

---

SULPHUR SPRINGS ISD
C/O ELIZABETH WELLER - LINEBERGER GOGGAN
BLAIR & SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201

Claim Number: 2632
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| SECURED | Claimed: | $3,022.93 |
|---|---|---|

---

SULPHUR SPRINGS ISD
C/O ELIZABETH WELLER - LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201

Claim Number: 13956
Claim Date: 04/05/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| PRIORITY | Claimed: | $0.00  UNLIQ |
|---|---|---|
| SECURED | Claimed: | $1,570.46  UNLIQ |

---

SULPHUR SPRINGS ISD
ELIZABETH WELLER/LAURIE SPINDLER HUFFMAN
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201

Claim Number: 13962
Claim Date: 04/05/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 8038 (06/16/2010)

| ADMINISTRATIVE | Claimed: | $1,355.83  UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ |

---

SULZER PROCESS PUMPS (US) INC.
PO BOX 2069
EASLEY, SC 29641

Claim Number: 185
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $71,411.12 | Scheduled: | $53,362.14 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SULZER PUMPS (CANADA) INC.<br>4129 LOZELLS AVE<br>BURNABY, BC V5A 2Z5<br>CANADA | | Claim Number: 2999<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $38,756.43 | | |
| SULZER PUMPS (CANADA) INC.<br>ATTN: KATI BABINEC<br>4129 LOZELLS AVE<br>BURNABY, BC V5A 2Z5<br>CANADA | | Claim Number: 12669<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $4,924.48 | Scheduled: | $4,866.48 |
| SULZER PUMPS (US) INC.<br>ATTN: KATI BABINEC<br>200 SW MARKET ST., 4TH FLOOR<br>PORTLAND, OR 97201 | | Claim Number: 3000<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | |
| UNSECURED | Claimed: | $363.75 | Scheduled: | $6,932.30 |
| SUMMIT ELECTRICAL CONTRACTORS<br>13790 RANCH ROAD<br>JACKSONVILLE, FL 32218 | | Claim Number: 3131<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| SECURED<br>UNSECURED | Claimed: | $8,719.00   UNLIQ | Scheduled: | $18,072.93 |
| SUMMIT ELECTRICAL CONTRACTORS<br>13790 RANCH ROAD<br>JACKSONVILLE, FL 32218 | | Claim Number: 3147<br>Claim Date: 05/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| SECURED | Claimed: | $18,575.70 | | |
| SUMMIT MEDICAL CENTER<br>5655 FRIST BLVD<br>HERMITAGE, TN 37076 | | Claim Number: 2733<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $303.81 | Scheduled: | $303.81 |
| SUN AUTOMATION, INC.<br>SHELDON K. RENNIE, ESQUIRE<br>FOX ROTHSCHILD LLP<br>919 NORTH MARKET STREET, SUITE 1300<br>WILMINGTON, DE 19801-3046 | | Claim Number: 1318-01<br>Claim Date: 03/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | |
| UNSECURED | Claimed: | $54,974.97 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SUN AUTOMATION, INC.<br>SHELDON K. RENNIE, ESQUIRE<br>FOX ROTHSCHILD LLP<br>919 NORTH MARKET STREET, SUITE 1300<br>WILMINGTON, DE 19801-3046 | Claim Number: 1318-02<br>Claim Date: 03/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $123,292.03 | |

---

| SUN BELT INC<br>3603 VENTURA DR W<br>LAKELAND, FL 33811-1294 | Claim Number: 4697<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,690.51 | Scheduled: | $10,690.51 |

---

| SUN CHEMICAL CORPORATION<br>35 WATERVIEW BLVD.<br>PARSIPPANY, NJ 07054 | Claim Number: 11276<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $123,009.90 | |

---

| SUN CHEMICAL CORPORATION<br>35 WATERVIEW BLVD<br>PARSIPPANY, NJ 07054 | Claim Number: 11277<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,416.29 | |

---

| SUN CHEMICAL CORPORATION<br>35 WATERVIEW BLVD.<br>PARSIPPANY, NJ 07054 | Claim Number: 11278<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $418,469.41 | |

---

| SUN MACHINERY CO.<br>PO BOX 789<br>LEXINGTON, SC 29071 | Claim Number: 1743<br>Claim Date: 03/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | |
|---|---|---|
| PRIORITY | Claimed: | $125,792.62 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $23,308.36 |

---

| SUN MACHINERY COMPANY<br>PO BOX 789<br>ATTN: SAM CALDWELL<br>LEXINGTON, SC 29071 | Claim Number: 9040<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
|---|---|---|
| PRIORITY | Claimed: | $180,495.30 |
| UNSECURED | Claimed: | $23,308.36 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| SUN MACHINERY COMPANY<br>PO BOX 789<br>LEXINGTON, SC 29071-0789 | | Claim Number: 12509<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010)<br>Amends claim 1743. | | | |
| UNSECURED | Claimed: | $203,803.66 | Scheduled: | | $203,850.69 |
| SUN MOUNTAIN LUMBER, INC.<br>P.O. BOX 389<br>DEER LODGE, MT 59722 | | Claim Number: 1018<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 3287 (12/18/2009) | | | |
| UNSECURED | Claimed: | $43,580.13 | | | |
| SUN-SUPERIOR CHIPPER PARTS<br>ATTENTION CORDELIA SWAFORD<br>POST OFFICE BOX 789<br>LEXINGTON, SC 29071 | | Claim Number: 12508<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET 7550 (05/10/2010) | | | |
| ADMINISTRATIVE | Claimed: | $114.42 | | | |
| UNSECURED | Claimed: | $1,727.06 | | | |
| TOTAL | Claimed: | $1,727.06 | | | |
| SUN-SUPERIOR CHIPPER PARTS INC.<br>ATTENTION CORDELIA SWAFORD<br>POST OFFICE BOX 789<br>LEXINGTON, SC 29071 | | Claim Number: 9039-01<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010) | | | |
| ADMINISTRATIVE | Claimed: | $106.50 | | | |
| UNSECURED | | | Scheduled: | | $1,727.06 |
| SUN-SUPERIOR CHIPPER PARTS INC.<br>ATTENTION CORDELIA SWAFORD<br>POST OFFICE BOX 789<br>LEXINGTON, SC 29071 | | Claim Number: 9039-02<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010) | | | |
| UNSECURED | Claimed: | $1,620.56 | | | |
| SUNBELT CHEMICALS CORP<br>FRED BARONE OR MATT MILLER<br>71 HARFROVE GRADE<br>PALM COAST, FL 32137 | | Claim Number: 12901<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET 7555 (05/10/2010) | | | |
| UNSECURED | Claimed: | $7,936.00 | | | |
| SUNBELT OPTICS INC<br>PO BOX 8<br>CANTONMENT, FL 32533 | | Claim Number: 9075<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7551 (05/10/2010) | | | |
| UNSECURED | Claimed: | $5,662.65 | Scheduled: | | $5,662.65 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SUNBELT SUPPLY COMPANY<br>710 SOUTH 23RD AVE<br>PHOENIX, AZ 85009-5802 | Claim Number: 11405<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $450.00 | Scheduled: | $450.00 |
|---|---|---|---|---|

| SUNBELT TRANSPORT<br>501 RIVERSIDE AVE.<br>SUITE 500<br>JACKSONVILLE, FL 32202 | Claim Number: 2721<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8408 (08/18/2010) |
|---|---|

| UNSECURED | Claimed: | $59,237.75 | Scheduled: | $37,791.43 |
|---|---|---|---|---|

| SUNBURST PAPERS<br>PO BOX 190008<br>MOBILE, AL 36619-0008 | Claim Number: 4854<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $7,932.56 | Scheduled: | $12,386.65 |
|---|---|---|---|---|

| SUNDANCE LANDSCAPE INC<br>875 75TH AVENUE<br>OAKLAND, CA 94621 | Claim Number: 7724<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $465.00 | Scheduled: | $465.00 |
|---|---|---|---|---|

| SUNGARD AVAILABILITY SERVICES LP<br>MAUREEN A. MCGREEVEY, ESQUIRE<br>680 E. SWEDESFORD ROAD<br>WAYNE, PA 19087 | Claim Number: 1128<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| PRIORITY | Claimed: | $3,450.45 |
|---|---|---|
| UNSECURED | | $5,987.55 |

| SUNGARD AVAILABILITY SERVICES LP<br>MAUREEN A. MCGREEVEY, ESQUIRE<br>680 E. SWEDESFORD ROAD<br>WAYNE, PA 19087 | Claim Number: 1183<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| PRIORITY | Claimed: | $3,450.45 |
|---|---|---|
| UNSECURED | | $5,987.55 |

| SUNGARD AVAILABILITY SERVICES LP<br>MAUREEN A. MCGREEVEY, ESQUIRE<br>680 E. SWEDESFORD ROAD<br>WAYNE, PA 19087 | Claim Number: 6892<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>Amends claim 1128. |
|---|---|

| UNSECURED | Claimed: | $5,987.55 | Scheduled: | $4,414.55 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| SUNSHINE RECYCLING  INC<br>1263 LANDSTREET ROAD<br>ORLANDO, FL 32824 | Claim Number: 5394<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| UNSECURED        Claimed: | $74,217.58                    Scheduled: | $71,631.99 |

| | |
|---|---|
| SUNSHINE RECYCLING INC<br>1263 LANDSTREET RD<br>ORLANDO, FL 32824 | Claim Number: 981<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED        Claimed: | $34,709.00 |

| | |
|---|---|
| SUNSHINE RECYCLING INC<br>1263 LANDSTREET RD<br>ORLANDO, FL 32824 | Claim Number: 982<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED        Claimed: | $39,508.58 |

| | |
|---|---|
| SUNSHINE RECYCLING INC<br>1263 LANDSTREET ROAD<br>ATTN: CHUCK HERB<br>ORLANDO, FL 32824 | Claim Number: 5396<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED        Claimed: | $74,217.58 |

| | |
|---|---|
| SUNSHINE RECYCLING INC<br>1263 LAND STREET RD<br>ATTN: C. HERB<br>ORLANDO, FL 32824 | Claim Number: 5397<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
| UNSECURED        Claimed: | $74,217.58 |

| | |
|---|---|
| SUNSHINE RECYCLING INC<br>1263 LAND STREET RD<br>ORLANDO, FL 32824 | Claim Number: 8507<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED        Claimed: | $0.00   UNDET |

| | |
|---|---|
| SUNSHINE RECYCLING INC (01)<br>PO BOX 864363<br>ATTN: CHUCK HERB<br>ORLANDO, FL 32886 | Claim Number: 5395<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED        Claimed: | $74,217.58 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SUNSHINE STATE DAIRY FARMS LLC
3304 SYDNEY RD
PLANT CITY, FL 33566-1181

Claim Number: 6799
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $3,943.72 | Scheduled: | $2,112.00 |
|---|---|---|---|---|

SUNSHINE STATE SHREDDING D/B/A
272
1121 S MILITARY TRL OFC
DEERFIELD BCH, FL 33442-7697

Claim Number: 12484
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $838.80 |
|---|---|---|

SUNSOURCE
11928 W. SILVERSPRING DR
UNIT E
MILWAUKEE, WI 53225

Claim Number: 6162
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,037.27 | Scheduled: | $1,846.79 |
|---|---|---|---|---|

SUNVIEW MARKETING INTL
1998 ROAD 152
DELANO, CA 93215

Claim Number: 5667
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $2,765.54 | Scheduled: | $2,838.00 |
|---|---|---|---|---|

SUPER AIR CONDITIONING & HEATING CO. LTD
MARK ENGLAND
27 FISHERMAN DRIVE UNIT # 1
BRAMPTON, ON L7A 1E2
CANADA

Claim Number: 8967
Claim Date: 08/11/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $3,742.15 |
|---|---|---|

SUPER AIR CONDITIONING & HEATING CO. LTD
MARK ENGLAND
27 FISHERMAN DRIVE UNIT # 1
BRAMPTON, ON L7A 1E2
CANADA

Claim Number: 8968
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| ADMINISTRATIVE | Claimed: | $3,742.15 |
|---|---|---|

SUPERIEUR PROPANE INC
CP 2875 SUCCURSALE M
CALGARY, AB T2P 5G1
CANADA

Claim Number: 12680
Claim Date: 08/20/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $7,624.95 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SUPERIEUR PROPANE INC<br>CP 2875 SUCCURSALE M<br>CALGARY, AB T2P 5G1<br>CANADA | | Claim Number: 12684<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $11,082.76 | Scheduled: | $62,979.29 |

---

| | | |
|---|---|---|
| SUPERINTENDENT OF FIN SERV AS ADMIN OF<br>THE PENSION BENEFITS GUARANTEE FUND<br>FINANCIAL SERVICES COMMISSION OF ONTARIO<br>5160 YONGE ST. ATTN: MARK BAILEY<br>TORONTO, ON M2N 6L9<br>CANADA | | Claim Number: 12950<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
| SECURED | Claimed: | $24,130,023.60 |

---

| | | |
|---|---|---|
| SUPERIOR ENERGY SYSTEMS LTD.<br>13660 STATION RD.<br>COLUMBIA STATION, OH 44028 | | Claim Number: 2086<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $925.00 |

---

| | | |
|---|---|---|
| SUPERIOR ENERGY SYSTEMS LTD.<br>13660 STATION RD.<br>COLUMBIA STATION, OH 44028 | | Claim Number: 4746<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $925.00 |

---

| | | |
|---|---|---|
| SUPERIOR EQUIPMENT CO INC<br>PO BOX 10369<br>NAPA, CA 94581 | | Claim Number: 5013<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $3,685.66 |

---

| | | |
|---|---|---|
| SUPERIOR FIRE<br>397-C ENTERPRISE STREET<br>OCOEE, FL 34761 | | Claim Number: 13994<br>Claim Date: 04/22/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | |
|---|---|---|
| SUPERIOR FIRE PROTECTION, INC.<br>P.O. BOX 7480<br>MONROE, LA 71211 | | Claim Number: 2408<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
| UNSECURED | Claimed: | $225.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SUPERIOR HARDWOODS OF OHIO INC
PO BOX 606
WELLSTON, OH 45692

Claim Number: 7237
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)

| UNSECURED | Claimed: | $737.41 | Scheduled: | $5,737.41 UNLIQ |

---

SUPERIOR INDUSTRIAL SUPPLY CO INC
7300 OAK PARK AVE
NILES, IL 60714

Claim Number: 7245
Claim Date: 08/06/2009
Debtor: CAMEO CONTAINER CORPORATION

| UNSECURED | Claimed: | $5,212.32 | Scheduled: | $5,186.52 |

---

SUPERIOR LITHOGRAPHICS, INC.
3055 BANDINI BLVD.
LOS ANGELES, CA 90058

Claim Number: 14178
Claim Date: 12/06/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8900 (01/21/2011)

| UNSECURED | Claimed: | $22,891.50 |

---

SUPERIOR LOGISTICS SOLUTIONS LLC
PO BOX 13389
HAMILTON, OH 45013

Claim Number: 6458
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $14,165.00 | Scheduled: | $12,390.00 |

---

SUPERIOR MACHINE CO CAPITAL SOURCE
PO BOX 60846
CHARLOTTE, NC 28260

Claim Number: 4626
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $1,500.00 |

---

SUPERIOR PKG SOLUTIONS & SERVICES I
505 EAST FAYETTE STREET
SYRACUSE, NY 13202

Claim Number: 6025
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,734.00 | Scheduled: | $1,734.00 |

---

SUPERIOR PROPANE
ATTN: DON POIRIER
1265 EAST ARTHUR STREET
SUITE 600
THUNDER BAY, ON P7E 6E7
CANADA

Claim Number: 12667
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: POSSIBLE DUPLICATE OF 12668

| UNSECURED | Claimed: | $7,045.86 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| SUPERIOR PROPANE<br>ATTN: DON POIRIER<br>1265 EAST ARTHUR STREET STE 600<br>THUNDER BAY, ON P7E 6E7<br>CANADA | | Claim Number: 12681<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLE DUPLICATE OF 12682 | | |
| UNSECURED | Claimed: | $7,435.83 | | |
| SUPERIOR PROPANE<br>ATTN: DON POIRIER<br>1265 EAST ARTHUR STREET, STE 600<br>THUNDER BAY, ON P7E 6E7<br>CANADA | | Claim Number: 12683<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| UNSECURED | Claimed: | $11,082.76 | | |
| SUPERIOR PROPANE<br>STATION M<br>P.O.BOX 2875<br>CALGARY, AB T2P 5G1<br>CANADA | | Claim Number: 12685<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $4,686.97 | Scheduled: | $7,028.25 |
| SUPERIOR PROPANE<br>ATTN: DON POIRIER<br>1265 EAST ARTHUR STREET, STE 600<br>THUNDER BAY, ON P7E 6E7<br>CANADA | | Claim Number: 12686<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLE DUPLICATE OF 12685 | | |
| UNSECURED | Claimed: | $4,686.97 | | |
| SUPERIOR PROPANE<br>ATTN: DON POIRIER<br>1265 EAST ARTHUR STREET, STE 600<br>THUNDER BAY, ON P7E 6E7<br>CANADA | | Claim Number: 12687<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| UNSECURED | Claimed: | $80,897.21 | | |
| SUPERIOR PROPANE<br>STATION M<br>PO BOX 2875<br>CALGARY, AB T2P 5G1<br>CANADA | | Claim Number: 12688<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLE DUPLICATE OF 12687 | | |
| UNSECURED | Claimed: | $80,897.21 | | |
| SUPERIOR PROPANE<br>ATTN: DON POIRIER<br>1265 EAST ARTHUR STREET, STE 600<br>THUNDER BAY, ON P7E 6E7<br>CANADA | | Claim Number: 12689<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLE DUPLICATE OF 12690 | | |
| UNSECURED | Claimed: | $2,858.73 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SUPERIOR PROPANE
PO BOX 2875 STATION M
CALGARY, AB T2P 5G1
CANADA

Claim Number: 12690
Claim Date: 08/20/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $2,858.73 | Scheduled: | $614.46 |
|---|---|---|---|---|

---

SUPERIOR PROPANE
ATTN: DON POIRIER
1265 EAST ARTHUR STREET, STE 600
THUNDER BAY, ON P7E 6E7
CANADA

Claim Number: 12691
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: POSSIBLE DUPLICATE OF 12692

| UNSECURED | Claimed: | $3,134.37 |
|---|---|---|

---

SUPERIOR PROPANE
ATTN: DON POIRIER
1265 EAST ARTHUR STREET, STE 600
THUNDER BAY, ON P7E 6E7
CANADA

Claim Number: 12693
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: POSSIBLE DUPLICATE OF 12694

| UNSECURED | Claimed: | $9,255.50 |
|---|---|---|

---

SUPERIOR PROPANE
ATTN: DON POIRIER
1265 EAST ARTHUR STREET, STE 600
THUNDER BAY, ON P7E 6E7
CANADA

Claim Number: 12695
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $7,624.95 |
|---|---|---|

---

SUPERIOR PROPANE INC
C.P. 2875 SUCCURSALE M
CALGARY, AB T2P 5G1
CANADA

Claim Number: 12668
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $7,045.86 | Scheduled: | $1,827.56 |
|---|---|---|---|---|

---

SUPERIOR PROPANE INC
PO BOX 2875, STN M
CALGARY, AB T2P 5G1
CANADA

Claim Number: 12682
Claim Date: 08/20/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $7,435.83 |
|---|---|---|

---

SUPERIOR PROPANE INC
C.P. 2875 SUCCURSALE M
CALGARY, AB T2P 5G1
CANADA

Claim Number: 12692
Claim Date: 08/20/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $3,134.37 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| SUPERIOR PROPANE INC<br>PO BOX 2875,STN M<br>CALGARY, AB T2P 5G1<br>CANADA | | Claim Number: 12694<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $9,255.50 | Scheduled: | $62,085.98 |
| SUPERIOR SERVICE & SUPPLY CO INC<br>PO BOX 5753<br>CONCORD, NC 28027 | | Claim Number: 4249<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $429.95 | Scheduled: | $401.88 |
| SUPERMARKET SERVICES INC<br>4100 SW 47TH AVE<br>FORT LAUDERDALE, FL 33314 | | Claim Number: 12705<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>Amends claim 12704 | | |
| UNSECURED | Claimed: | $1,846.20 | Scheduled: | $1,809.45 |
| SUPERMARKET SERVICES LLC<br>ATTN: ANGELA G. JOHNSON<br>4100 SW 47TH AVE<br>DAVIE, FL 33314 | | Claim Number: 12704<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $1,846.20 | | |
| SUPERVALU INC.<br>LEGAL DEPT. KIMBERLY J. MYRDAHL<br>11840 VALLEY VIEW ROAD<br>EDEN PRAIRIE, MN 55344 | | Claim Number: 2452<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | |
| UNSECURED | Claimed: | $2,633.82 | | |
| SUPREME OFFICE PRODUCTS<br>ATTN: PERRY DALES<br>P.O. BOX 4318<br>REGINA, SK S49 3W6<br>CANADA | | Claim Number: 8554<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| UNSECURED | Claimed: | $651.52 | | |
| SUPREME PERLITE CORP<br>4600 N SUTTLE RD<br>PORTLAND, OR 97217-7720 | | Claim Number: 5153<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) | | |
| UNSECURED | Claimed: | $1,779.00 | Scheduled: | $1,779.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

SUREWAY TRANSPORTATION COMPANY
PO BOX 1450
MINNEAPOLIS, MN 55485-7130

Claim Number: 5162
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,148.60 | Scheduled: | $2,148.60 |

SURFACE PREP SUPPLY
PO BOX 1240
DAVENPORT, FL 33836

Claim Number: 4578
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,238.00 | Scheduled: | $2,238.00 |

SURVIS, ROBERT W
22 BEGONIA LANE
LEVITTOWN, PA 19054-2104

Claim Number: 7001
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $41,040.00 |
| UNSECURED | Claimed: | $8,960.00 |

SUSQUEHANNA COMMERCIAL FI
1566 MEDICAL DR STE 201
POTTSTOWN, PA 19464-3229

Claim Number: 4129
Claim Date: 07/09/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: EXPUNGED
DOCKET: 6647 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40,431.93 | Scheduled: | $5,386.65 |

SUSTAINABLE FOREST MANAGEMENT, INC.
P.O. BOX 49532
ALGOOD, TN 38506

Claim Number: 43
Claim Date: 02/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,831.03 | Scheduled: | $21,662.06 |

SUTTON CHIP CO.
P.O. BOX 391
574 TENNGA RD.
TENNGA, GA 30751

Claim Number: 14095
Claim Date: 08/12/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8662 (10/18/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $16,261.64 |

SUTTON CLARK SUPPLY INC
PO BOX 26367
RICHMOND, VA 23260-6367

Claim Number: 3659
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,940.74 | Scheduled: | $15,924.76 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SUTTON PACKAGING INC<br>PO BOX 3159<br>EUREKA SPRINGS, AR 72631 | Claim Number: 3869<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |

| PRIORITY | Claimed: | | | |
| UNSECURED | | $4,582.38 | Scheduled: | $4,582.38 UNLIQ |

---

| SUTTON, JAMES<br>2034 S 7TH AVENUE<br>MAYWOOD, IL 60153-3221 | Claim Number: 7428<br>Claim Date: 08/10/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $0.00 UNLIQ |

---

| SUWANNEE LUMBER COMPANY, INC.<br>P.O. BOX 5090<br>CROSS CITY, FL 32628 | Claim Number: 569<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) |

| UNSECURED | Claimed: | $11,746.13 | Scheduled: | $24,965.26 UNLIQ |

---

| SWAMP FOX TIMBER CO INC<br>PO BOX 88<br>MARION, SC 29571 | Claim Number: 3903-01<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |

| UNSECURED | Claimed: | $12,788.53 | Scheduled: | $25,577.06 UNLIQ |

---

| SWAMP FOX TIMBER CO INC<br>PO BOX 88<br>MARION, SC 29571 | Claim Number: 3903-02<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) |

| ADMINISTRATIVE | Claimed: | $12,788.53 |

---

| SWAN DUST CONTROL LIMITED<br>35 UNIVERSITY AVENUE EAST<br>WATERLOO, ON N2J 2V9<br>CANADA | Claim Number: 4591<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) |

| UNSECURED | Claimed: | $95.40 | Scheduled: | $95.40 |

---

| SWARD TRUCKING INC<br>PO BOX 8<br>OAKDALE, CA 95361 | Claim Number: 4395<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $6,142.10 | Scheduled: | $20,796.02 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| SWARD TRUCKING INC<br>P.O. BOX 8<br>OAKDALE, CA 95361 | | Claim Number: 4396<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $2,030.80 | | |

---

| | | | | |
|---|---|---|---|---|
| SWARD TRUCKING INC<br>P.O. BOX 8<br>OAKDALE, CA 95361 | | Claim Number: 4397<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $12,049.60 | | |

---

| | | | | |
|---|---|---|---|---|
| SWARD TRUCKING, INC.<br>PO BOX 8<br>OAKDALE, CA 95361 | | Claim Number: 193<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $12,395.20 | | |

---

| | | | | |
|---|---|---|---|---|
| SWARD TRUCKING, INC.<br>PO BOX 8<br>OAKDALE, CA 95361 | | Claim Number: 194<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $2,709.00 | | |

---

| | | | | |
|---|---|---|---|---|
| SWARD TRUCKING, INC.<br>PO BOX 8<br>OAKDALE, CA 95361 | | Claim Number: 195<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $6,828.30 | | |

---

| | | | | |
|---|---|---|---|---|
| SWEENEY, ROBERT WILFRED<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 12963<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | |
| PRIORITY | Claimed: | $1,638.60 | | |
| UNSECURED | Claimed: | $13,060.28 | Scheduled: | $14,698.68 |

---

| | | | | |
|---|---|---|---|---|
| SWEET PEA SEWER & SEPTIC INC<br>9424 FUTURITY DRIVE<br>MISSOULA, MT 59808 | | Claim Number: 5142<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $2,223.00 | Scheduled: | $2,394.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SWEET, CHARLOTTE<br>PO BOX 519<br>PATRICKSBURG, IN 47455 | | Claim Number: 7631<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| SWICK, MICHAEL D<br>320 W. JEFFERSON<br>CLARKSVILLE, IA 50619 | | Claim Number: 9554<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

| SWIFCO<br>924 TONY LAMA<br>EL PASO, TX 79915 | | Claim Number: 4333<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| SWIFCO<br>924 TONY LAMA<br>EL PASO, TX 79915 | | Claim Number: 4334<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $1,920.41 |

| SWIFT AIR INC.<br>2717 W. SIXTH STREET<br>SIOUX FALLS, SD 57104 | | Claim Number: 802<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,429.66 | | |

| SWIFT AIR INC.<br>2717 W. SIXTH STREET<br>SIOUX FALLS, SD 57104 | | Claim Number: 1107<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,429.66 | | |

| SWIFT FIRST AID SERVICE<br>PO BOX 6221<br>AKRON, OH 44312 | | Claim Number: 4565<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $171.15 | Scheduled: | $171.15 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SWIFT TRANSPORTATION CO INC<br>PO BOX 29243<br>PHOENIX, AZ 85043 | Claim Number: 10109<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $876,008.19 | Scheduled: | $1,402,953.45  UNLIQ |

| SWING TRANSPORT INC<br>1405 NORTH SALISBURY AVENUE<br>SALISBURY, NC 28144 | Claim Number: 3910<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $197,813.88 | Scheduled: | $197,813.88 |

| SWISH MAINTENANCE LIMITED<br>ATTN: WENDY COLP<br>PO BOX 3000<br>2060 FISHER DRIVE<br>PETERBOROUGH, ON K9J 8N4<br>CANADA | Claim Number: 12989<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $583.11 | Scheduled: | $428.58 |

| SWISHER HYGIENE FRANCHISEE TRUST<br>4725 PIEDMONT ROW DR SUITE 400<br>CHARLOTTE, NC 28210 | Claim Number: 4426<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,145.56 | Scheduled: | $8,297.16 |

| SWITCH LIBERATE YOUR BRAND<br>1120 SOUTH SIXTH STREET<br>SUITE 500<br>ST. LOUIS, MO 63104 | Claim Number: 5660<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,331.81 | Scheduled: | $1,650.00 |

| SYLVITE TRANSPORTATION GROUP LTD.<br>ATTN: BRUCE SMITH<br>3221 NORTH SERVICE ROAD<br>SUITE 200<br>BURLINGTON, ON L7N 3G2<br>CANADA | Claim Number: 13211<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,395.44 | Scheduled: | $10,360.93 |

| SYNDICAT CANADIEN DES COMMUNICATIONS DE L'ENERGIE ET DU PAPIER, SECTION LOCALE 530<br>545, BOUL. CREMAZIE EST, BUREAU 1101<br>MONTREAL, QC H2M 2V1<br>CANADA | Claim Number: 12839<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SYNDICAT CANADIEN DES COMMUNICATIONS DE L'ENERGIE ET DU PAPIER, SECTION LOCALE 27Q 545, BOUL. CREMAZIE EST, BUREAU 1101 MONTREAL, QC H2M 2V1 CANADA | | Claim Number: 12843 Claim Date: 08/26/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |

---

| SYNDICAT DES EMPLOYEES PROFESSIONNELS-LES ET DE BUREAU QUEBEC, SEC. LOCAL 447 ATTN: SIMON BERLIN 1200 AVEUE PAPINEAU, BUREAU 250 MONTREAL, QC H2K 4R5 CANADA | | Claim Number: 12953 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |

---

| SYNDICAT DES EMPLOYEES PROFESSIONNELS-LES ET DE BUREAU QUEBEC, SEC. LOCAL 447 ATTN: SIMON BERLIN 1200 AVEUE PAPINEAU, BUREAU 250 MONTREAL, QC H2K 4R5 CANADA | | Claim Number: 12954 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |

---

| SYNDICAT DES EMPLOYEES PROFESSIONNELS-LES ET DE BUREAU QUEBEC, SEC. LOCAL 447 ATTN: SIMON BERLIN 1200 AVEUE PAPINEAU, BUREAU 250 MONTREAL, QC H2K 4R5 CANADA | | Claim Number: 12955 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |

---

| SYNERGY 5300 WHEELER ST FORT SMITH, AR 72901-8396 | | Claim Number: 487 Claim Date: 02/17/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,382.34 | Scheduled: | $2,557.50 |

---

| SYSTEC CORPORATION 10010 CONVEYOR DRIVE INDIANAPOLIS, IN 46235 | | Claim Number: 260-01 Claim Date: 02/11/2009 Debtor: CALPINE CORRUGATED, LLC Comments: ALLOWED DOCKET: 7917 (06/08/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $675,969.86 | Scheduled: | $47,593.58 |

---

| SYSTEC CORPORATION 10010 CONVEYOR DRIVE INDIANAPOLIS, IN 46235 | | Claim Number: 260-02 Claim Date: 02/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: ALLOWED DOCKET: 7917 (06/08/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $265,831.64 | Scheduled: | $7,901.41 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| SYSTECH ENVIRONMENTAL CORPORATION<br>ATTN: T. MOORE<br>3085 WOODMAN DR., SUITE 300<br>DAYTON, OH 45420 | Claim Number: 2735<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,633.06 | Scheduled: | $1,633.06 |
|---|---|---|---|---|

---

| SYSTEM COMPONENTS CORP<br>7731 SE 59TH COURT SUITE 100<br>OCALA, FL 34472 | Claim Number: 7017<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,177.70 | Scheduled: | $1,570.30 |
|---|---|---|---|---|

---

| SYSTEM FREIGHT, INC.<br>C/O MORTON R. BRANZBURG, ESQ. - KLEHR,<br>HARRISON, HARVEY, BRANZBURG & ELLERS<br>260 S. BROAD STREET<br>PHILADELPHIA, PA 19102-5003 | Claim Number: 2971<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13921<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $124,655.43 |

---

| SYSTEM FREIGHT, INC.<br>C/O MORTON R. BRANZBURG, ESQ. - KLEHR<br>HARRISON HARVEY BRANZBURG LLP<br>1835 MARKET STREET, SUITE 1400<br>PHILADELPHIA, PA 19103 | Claim Number: 13921<br>Claim Date: 03/23/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8554 (09/17/2010) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $538,417.43 |

---

| SYSTEM SCALE CORP.<br>8400 WOLF LAKE DRIVE<br>SUITE 110<br>MEMPHIS, TN 38133 | Claim Number: 2412<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $300.00 | Scheduled: | $3,910.43 |
|---|---|---|---|---|

---

| SYSTEMES APM INC<br>806 ROUTE HARWOOD<br>VAUDREUIL-DORION, QC J7V 8P2<br>CANADA | Claim Number: 13794<br>Claim Date: 02/01/2010<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $455.63 | Scheduled: | $386.92 |
|---|---|---|---|---|

---

| SYSTEMES B.C.B.F INC<br>ATTN: PATRICK DESFORGES<br>1960, RUE LE CHATELIER<br>LAVAL, QC H7L 5B4<br>CANADA | Claim Number: 12846<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $3,158.60 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

T BUCK INC
715 SW BRIM STREET
PER VENDOR USE # 485557
LAKE CITY, FL 32024

Claim Number: 3898
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | Claimed: | | | |
|---|---|---|---|---|
| PRIORITY | | $10,590.86 | | |

---

T BUCK INC
715 SW BRIM STREET
PER VENDOR USE # 485557
LAKE CITY, FL 32024

Claim Number: 4019
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6353 (03/29/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $10,590.86 | | $10,590.86 |

---

T R C  ENTERPRISES
308 GREEN VALLEY DR
NAPERVILLE, IL 60540

Claim Number: 4245
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| | Claimed: | | | |
|---|---|---|---|---|
| UNSECURED | | $2,395.94 | | |

---

T RYAN II LLC
2501 W HAMPTON AVENUE
MILWAUKEE, WI 53209

Claim Number: 4010
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $4,500.00 | | |
| UNSECURED | | $19,927.90 | | $24,427.90 |

---

T&C RECYCLING INC
1230 W. JEFFERSON ST
ORLANDO, FL 32805

Claim Number: 645
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $7,023.70 | | $7,064.25 |

---

T&S FIRE & SECURITY INC
3025 RANDLEMAN ROAD
GREENSBORO, NC 27406

Claim Number: 13381
Claim Date: 09/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $30,870.00 | | $31,408.00 |

---

T- BUCK, INC.
715 SW BRIM ST
LAKE CITY, FL 32024

Claim Number: 2054
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | Claimed: | | | |
|---|---|---|---|---|
| PRIORITY | | $10,590.86 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| T-MOBILE USA INC.<br>P.O. BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 1788<br>Claim Date: 03/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,332.22 | | |
| T. ENVIRONMENTAL CONSULTING (TEC)<br>FRED G. TROPPE<br>39 E. MARKET STREET<br>AKRON, OH 44308 | | Claim Number: 7697<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $3,756.00 | Scheduled: | $6,016.55 |
| T. ROWE PRICE<br>4515 PAINTERS MILL ROAD<br>OWINGS MILLS, MD 21117 | | Claim Number: 99009<br>Claim Date: 06/29/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED | | |
| UNSECURED | Claimed: | $4,923.72 | | |
| T.A. NETWORKS INC.<br>6750 DAVAND DRIVE, UNIT 9<br>MISSISSAUGA, ON L5T 2L8<br>CANADA | | Claim Number: 1921<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $8,299.03 | | |
| T.A. NETWORKS INC.<br>6750 DAVAND DRIVE, UNIT 9<br>MISSISSAUGA, ON L5T 2L8<br>CANADA | | Claim Number: 1922<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $8,109.85 | Scheduled: | $8,469.86 |
| T.A. NETWORKS INC.<br>6750 DAVAND DRIVE, UNIT 9<br>MISSISSAUGA, ON L5T 2L8<br>CANADA | | Claim Number: 1923<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $1,158.07 | | |
| T.A. NETWORKS INC.<br>6750 DAVAND DRIVE, UNIT 9<br>MISSISSAUGA, ON L5T 2L8<br>CANADA | | Claim Number: 1924<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $858.78 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

T.A. NETWORKS INC.
6750 DAVAND DRIVE, UNIT 9
MISSISSAUGA, ON L5T 2L8
CANADA

Claim Number: 2663
Claim Date: 05/01/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $141.25 | | |
| --- | --- | --- | --- | --- |

---

T.W. BYRD'S SONS INC
10203 SE CR 405
BRANFORD, FL 32008

Claim Number: 509
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)

| UNSECURED | Claimed: | $12,818.92 | | |
| --- | --- | --- | --- | --- |

---

T.W. BYRD'S SONS INC
10203 SE CR 405
BRANFORD, FL 32008

Claim Number: 512
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)

| UNSECURED | Claimed: | $15,159.80 | | |
| --- | --- | --- | --- | --- |

---

TACOMA RUBBER STAMP
PO BOX 1398
TACOMA, WA 98401-1398

Claim Number: 3979
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $620.00 | Scheduled: | $797.11 |
| --- | --- | --- | --- | --- |

---

TAFT STETTINIUS & HOLLISTER LLP
C/O RICHARD L. FERRELL
425 WALNUT ST, SUITE 1800
CINCINNATI, OH 45202

Claim Number: 7137
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $7,044.55 | Scheduled: | $7,974.21 |
| --- | --- | --- | --- | --- |

---

TAGGART, P R
360 ST. EDWARD LANE
FLORISSANT, MO 63033

Claim Number: 10650
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| --- | --- | --- | --- | --- |

---

TALEM, INC.
PO BOX 670
FORT WORTH, TX 76101-0670

Claim Number: 3348
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $452.58 | Scheduled: | $452.58 |
| --- | --- | --- | --- | --- |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TALL TIMBERS OF LOUISIANA LLC<br>479 ROCKSHOP ROAD<br>DUBACH, LA 71235 | Claim Number: 6138<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $19,658.52 | Scheduled: $39,317.05 UNLIQ |

| TALLAPOOSA RIVER FOREST PRODCTS INC<br>PO BOX 4<br>FRUITHURST, AL 36262 | Claim Number: 4112<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $26,410.97 | |

| TALLAPOOSA RIVER FOREST PRODCTS INC<br>PO BOX 4<br>FRUITHURST, AL 36262 | Claim Number: 4113<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $13,205.48 | Scheduled: $26,410.97 UNLIQ |

| TALLER EL PROGRESO MACHINE SHOP<br>CALLE FENIX 61 LA MARINA<br>CAROLINA, PR 00979 | Claim Number: 5853<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET: 7552 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $9,670.00 | Scheduled: $12,074.10 |

| TALX CORPORATION<br>11432 LACK LAND RD<br>ST LOUIS, MO 63146 | Claim Number: 3182<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,189.34 | Scheduled: $5,927.58 |

| TALX CORPORATION<br>11432 LACK LAND RD<br>ST LOUIS, MO 63146 | Claim Number: 3183<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,698.00 | |

| TAMALDAIS COMMUNITY SERVICES DISTRICT<br>305 BELL LANE<br>MILL VALLEY, CA 94941 | Claim Number: 2070<br>Claim Date: 04/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,071.46 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| TAMKIN, STANLEY B.<br>180 E. PEARSON ST<br>APT. 6801<br>CHICAGO, IL 60611 | | Claim Number: 990<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) | | |
| UNSECURED | Claimed: | $139,200.00 | | |
| TAMPA ARMATURE WORKS, INC.<br>6312  78TH STREET<br>RIVERVIEW, FL 33578 | | Claim Number: 3436<br>Claim Date: 06/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $125,463.79 | Scheduled: | $126,606.85 |
| TANAKA AND COMPANY<br>81 TANGELO<br>IRVINE, CA 92618 | | Claim Number: 6662<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $753.17 | Scheduled: | $753.17 |
| TANG, SANG N<br>7921 50TH AVE SO<br>SEATTLE, WA 98118 | | Claim Number: 10591<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | |
| PRIORITY | Claimed: | $5,815.43 | | |
| TANKSLEY MACHINE & TOOL, INC.<br>PO BOX 1552<br>DECATUR, AL 35602 | | Claim Number: 474<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $31,875.27 | | |
| TANNER, BRENDA<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10715<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $12,771.63 | | |
| TANTONE INDUSTRIES, INC.<br>1629 E. STATE HWY 76<br>BRANSON, MO 65616 | | Claim Number: 2560<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $2,592.00 | Scheduled: | $4,168.50 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TAPE, INC.<br>8750 EXCHANGE DR., SUITE # 5<br>ORLANDO, FL 32809 | Claim Number: 627<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $326.88 | |

| TAPE, INC.<br>8750 EXCHANGE DR., SUITE # 5<br>ORLANDO, FL 32809 | Claim Number: 6036<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $326.88 | |

| TAPESWITCH CORPORATION<br>100 SCHMITT BLVD<br>FARMINGDALE, NY 11735 | Claim Number: 6347<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $792.60 | Scheduled: | $792.60 |

| TAPIA, FRANCISCO<br>5970 ROSARIO STREET<br>CHINO, CA 91710 | Claim Number: 12196<br>Claim Date: 09/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $25,500.00 | |

| TAPPERO, DENICE L<br>7013 MARTIN'S POINT RD<br>KITTY HAWK, NC 27949 | Claim Number: 6880<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | |

| TARGET CORPORATION<br>7000 TARGET PARKWAY NORTH<br>NCB-355<br>BROOKLYN PARK, MN 55445-4301 | Claim Number: 1782<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $21,889.72 | Scheduled: | $30,964.00 |

| TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 632<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | |
| SECURED | Claimed: | $545,188.68   UNLIQ | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 1117<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $545,188.68  UNLIQ |

---

| TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 1403<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $545,188.68  UNLIQ |

---

| TARRANT COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 13957<br>Claim Date: 04/05/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $287,769.91  UNLIQ |

---

| TARRANT COUNTY<br>ELIZABETH WELLER/LAURIE SPINDLER HUFFMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 13960<br>Claim Date: 04/05/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8038 (06/16/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $387,563.68  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |

---

| TARRANT COUNTY ADVISOR<br>100 EAST WEATHERFORD ST #506<br>FORT WORTH, TX 76196-0103 | Claim Number: 6526<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $959.75 |

---

| TATMAN MULCH TRANSPORT, INC.<br>16777 CHARLESTON PIKE<br>KINGSTON, OH 45644 | Claim Number: 11025<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $2,174.25 | Scheduled: | $5,694.00  UNLIQ |

---

| TATUM, RUSSELL<br>5301 PLAZA DR APT 146<br>HOPEWELL, VA 23860-7341 | Claim Number: 3991<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TAX COLLECTOR, HILLSBOROUGH COUNTY<br>ATTN: DOUG BELDEN<br>PO BOX 172920<br>601 E KENNEDY 14TH FLOOR<br>TAMPA, FL 33672-2920 | Claim Number: 6898<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| SECURED | Claimed: | $42,062.77 | | |
|---|---|---|---|---|

---

| TAYLOR & TAYLOR PC<br>2445 HUGUENOT TRAIL<br>POWHATAN, VA 23139 | Claim Number: 7699<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,344.00 | Scheduled: | $1,344.00 |
|---|---|---|---|---|

---

| TAYLOR INSULATION COMPANY, INC.<br>PO BOX 436<br>1601 CHAMPAGNE ST<br>MERRILL, WI 54452 | Claim Number: 344<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $6,255.00 | | |
|---|---|---|---|---|

---

| TAYLOR LOGISTICS INC<br>31485 NORTHFIELD BLVD<br>NORTHFIELD, MN 55057 | Claim Number: 9235<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7480 (05/06/2010) |
|---|---|

| UNSECURED | Claimed: | $5,810.23 | | |
|---|---|---|---|---|

---

| TAYLOR MADE LABELS INC<br>PO BOX 2189<br>UNIT 22<br>LAKE OSWEGO, OR 97035-0056 | Claim Number: 6076<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $9,957.01 | Scheduled: | $19,991.17 |
|---|---|---|---|---|

---

| TAYLOR TRUCK LINE INC<br>31485 NORTHFIELD BLVD<br>NORTHFIELD, MN 55057 | Claim Number: 9234<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $117,889.89 | Scheduled: | $126,536.49 |
|---|---|---|---|---|

---

| TAYLOR WAREHOUSE CORPORATION<br>2875 EAST SHARON ROAD<br>CINCINNATI, OH 45241 | Claim Number: 7701<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $19,912.36 | Scheduled: | $41,472.26  UNLIQ |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TAYLOR, BETTY<br>2532 CIRCLEWOOD ROAD NE<br>ATLANTA, GA 30345 | Claim Number: 5558<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| PRIORITY                    Claimed: | $2,490.82 |

| TAYLOR, CHRISTOPHER JAMES<br>157 JOYNER LANE<br>BREWTON, AL 36426 | Claim Number: 10065<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|
| UNSECURED                    Claimed: | $0.00   UNDET |

| TAYLOR, JOHN<br>1926 FRANCE ST<br>NEW ORLEANS, LA 70117-4554 | Claim Number: 6057<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| PRIORITY                    Claimed: | $0.00   UNDET |

| TAYLOR, LEONARD M<br>11541 OLD KINGS RD<br>JACKSONVILLE, FL 32219 | Claim Number: 6548<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| PRIORITY                    Claimed: | $0.00   UNLIQ |

| TAYLOR, MABEL J<br>P.O. BOX 4<br>FAYETTEVILLE, OH 45118 | Claim Number: 6310<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| UNSECURED                    Claimed: | $0.00   UNLIQ |

| TAYLOR, MICHAEL J<br>3317 ATHLONE<br>SIOUX CITY, IA 51105 | Claim Number: 7003<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|
| SECURED                    Claimed: | $0.00   UNDET |

| TAYLOR, MICHAEL J.<br>3317 ATHLONE AVE.<br>SIOUX CITY, IA 51105 | Claim Number: 2516<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|
| UNSECURED                    Claimed: | $0.00   UNDET |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

TAYLOR, OSCAR
ATTN: JAMES SORENSON, ESQ
WILLIAMS GAUTIER GWYNN DELOACH &SORENSON
PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10662
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $11,859.00 |
|---|---|---|

---

TAYLOR, ROBEY
518 AUDUBON VILLAGE SPUR
WILDWOOD, MO 63040

Claim Number: 7857
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

TAYLOR, SAM J
1906 FOREST PARK AVENUE
PORT ST. JOE, FL 32456

Claim Number: 3681
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| PRIORITY | Claimed: | $35,115.00 |
|---|---|---|

---

TAYLOR, TIM
100 FOX RUN LANE
PELL CITY, AL 35215

Claim Number: 13832
Claim Date: 02/16/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 9229 (05/15/2012)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

TC INC
TRUCKING DIVISION
P.O.BOX 1329
HEMINGWAY, SC 29554

Claim Number: 9638
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $29,302.57 | Scheduled: | $29,297.57 |
|---|---|---|---|---|

---

TC INDUSTRIAL TIRE LTD
6112 30 STREET SE
CALGARY, AB T2C 2A6
CANADA

Claim Number: 4915
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $1,643.04 | Scheduled: | $1,341.43 |
|---|---|---|---|---|

---

TC RIDGEWAY, INC. (TCRI)
1255 MERTON RD.
CHARLESTON, SC 29407

Claim Number: 269
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $5,626.58 | Scheduled: | $5,950.00 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| TCF EQUIPMENT FINANCE, INC.<br>(VIA PARTIAL ASSIGNMENT)<br>11100 WAYZATA BLVD.<br>STE. 801<br>MINNETONKA, MN 55305 | | Claim Number: 6362<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $6,971.67 | | | |
| TEAM AIR EXPRESS<br>PO BOX 668<br>WINNSBORO, TX 75494 | | Claim Number: 1992<br>Claim Date: 03/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED | Claimed: | $1,729.40 | Scheduled: | $1,729.40 | |
| TEAM CARIBOU INC<br>3740 PEBBLE CREEK DR<br>CADILLAC, MI 49601 | | Claim Number: 4145-01<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $15,355.95 | Scheduled: | $15,911.16 | |
| TEAM CARIBOU INC<br>3740 PEBBLE CREEK DR<br>CADILLAC, MI 49601 | | Claim Number: 4145-02<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $2,916.81 | | | |
| TEAM CARIBOU INC<br>3740 PEBBLE CREEK DR<br>CADILLAC, MI 49601 | | Claim Number: 6145<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $2,361.60 | Scheduled: | $2,361.60 | |
| TEAM INDUSTRIAL SERVICES, INC<br>ATTN: RANDY ROBINSON<br>200 HERMANN DRIVE<br>ALVIN, TX 77511 | | Claim Number: 2972<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $17,418.68 | Scheduled: | $16,726.98 | |
| TEAM LOGISTICS<br>35 CONTINENTAL DRIVE<br>WAYNE, NJ 07470 | | Claim Number: 8083<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | | |
| UNSECURED | Claimed: | $16,947.30 | Scheduled: | $33,394.54 | UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TEAM LOGISTICS<br>35 CONTINENTAL DRIVE<br>WAYNE, NJ 07470 | Claim Number: 12512<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $34,056.04 | | |
|---|---|---|---|---|

| TEAM POWER FORKLIFTS<br>8111 FRUITRIDGE ROAD<br>SACRAMENTO, CA 95826 | Claim Number: 4684<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $14,396.89 | Scheduled: | $15,212.81 |
|---|---|---|---|---|

| TEAM WORK JANITORIAL<br>405 ASHWOOD AVENUE<br>LEWISBURG, TN 37091 | Claim Number: 2531<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $6,720.00 | Scheduled: | $6,720.00 |
|---|---|---|---|---|

| TEAMSTERS DISTRICT COUNCIL NO. 2<br>C/O CHRISTIAN L. RAISNER<br>WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PARKWAY STE 200<br>ALAMEDA, CA 94501-1091 | Claim Number: 10797<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8758 (11/15/2010) |
|---|---|

| PRIORITY | Claimed: | $4,000,000.00   UNLIQ | | |
|---|---|---|---|---|

| TEAMSTERS DISTRICT COUNCIL NO. 2<br>C/O CHRISTIAN L. RAISNER<br>WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PARKWAY STE 200<br>ALAMEDA, CA 94501-1091 | Claim Number: 10809<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8996 (03/22/2011) |
|---|---|

| PRIORITY | Claimed: | $4,000,000.00   UNLIQ | | |
|---|---|---|---|---|

| TEAR IT UP LLC<br>PO BOX 40<br>THREE FORKS, MT 59752 | Claim Number: 6010<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $822.84 | Scheduled: | $822.84 |
|---|---|---|---|---|

| TEASTER, MARSHALL<br>87002 RADDIN RD<br>YULEE, FL 32097 | Claim Number: 7101<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $150,000.00 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

TEASTER, MARSHALL
C/O JAMES E. SORENSON, ESQ.
WILLIAMS, GAUTIER, GWYNN, DELOACH &
SORENSON P.A., PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10667
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $14,785.44 |
|---|---|---|

---

TEASTER, MARSHALL W
87002 RADDIN RD
YULEE, FL 32097

Claim Number: 7102
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $150,000.00 |
|---|---|---|

---

TEC COMPOSITES INC
10615 NEW KINGS ROAD
JACKSONVILLE, FL 32219

Claim Number: 4231
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| UNSECURED | Claimed: | $7,100.00 |
|---|---|---|

---

TECH PACKAGING, INC.
13241 BARTRAM PARK BLVD UNIT 601
JACKSONVILLE, FL 32258-5214

Claim Number: 723
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| UNSECURED | Claimed: | $913.75 | Scheduled: | $847.10 |
|---|---|---|---|---|

---

TECH PACKAGING, INC.
PO BOX 550587
JACKSONVILLE, FL 32255-0587

Claim Number: 724
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| UNSECURED | Claimed: | $759.10 |
|---|---|---|

---

TECHNEAULOGIC
10 9675 PAPINEAU
MONTREAL, QC H2B 3C8
CANADA

Claim Number: 6210
Claim Date: 07/23/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $801.13 | Scheduled: | $801.13 |
|---|---|---|---|---|

---

TECHNICAL ASSOCIATES OF GEORGIA, INC.
C/O MOORE, CLARKE, DUVALL & RODGERS, PC
PO DRAWER 71727
ALBANY, GA 31708-1727

Claim Number: 10755
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $77,407.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

TECHNICAL BOILERS CORPORATION
URB. EL VALLE 197 CALLE POMARROSAS
CAGUAS, PR 00727-3215

Claim Number: 1000
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $4,000.00 | Scheduled: | $4,000.00 |
|---|---|---|---|---|

TECHNICON ENGINEERING INC
ATTN: J. DAVID ROBINSON
3365 CYPRESS MILL RD.
SUITE 11
BRUNSWICK, GA 31520

Claim Number: 5892
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $7,803.00 | Scheduled: | $7,803.00 |
|---|---|---|---|---|

TECHNICON ENGINEERING INC
3365 CYPRESS MILL RD.
SUITE 11
BRUNSWICK, GA 31520

Claim Number: 5894
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $7,803.00 |
|---|---|---|

TECHNICON ENGINEERING, INC
3365 CYPRESS MILL ROAD, SUITE 11
BRUNSWICK, GA 31520

Claim Number: 309
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,803.00 |
|---|---|---|

TECHNICON ENGINEERING, INC
ATTN: J. DAVID ROBINSON
3365 CYPRESS MILL ROAD, SUITE 11
BRUNSWICK, GA 31520

Claim Number: 5893
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $7,803.00 |
|---|---|---|

TECHNO CONTACT INC
2291 GUENETTE
ST LAURENT, QC H4R 2E9
CANADA

Claim Number: 5070
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $2,987.56 | Scheduled: | $2,453.06 |
|---|---|---|---|---|

TECHNOPLAS INC
1662 WILLIAMS ROAD
COLUMBUS, OH 43207

Claim Number: 4353
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $967.00 | Scheduled: | $966.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TECK AMERICAN INCORPORATED<br>501 N RIVERPOINT BLVD - STE 300<br>SPOKANE, WA 99202 | Claim Number: 2664<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $143,497.40 | Scheduled: | $143,497.40 |
|---|---|---|---|---|

| TEDESCO, JOHN<br>SMITHVALERIOTE LAW FIRM LLP<br>C/O RICHARD A. GAZZOLA<br>PO BOX 1240<br>GUELPH, ON N1H 6N6<br>CANADA | Claim Number: 14114<br>Claim Date: 08/13/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8996 (03/22/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| TEDRICK SERVICES INC.<br>D/B/A ANSWER MIDWEST INC.<br>307 HENRY STREET, SUITE 207<br>ALTON, IL 62002-6326 | Claim Number: 3318<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $2,487.36 | Scheduled: | $1,282.69 |
|---|---|---|---|---|

| TEEL TOOLING & MFG INC<br>765 KELLY FRITZPATRICK RD<br>WETUMPKA, AL 36092 | Claim Number: 5068-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $3,940.00 | Scheduled: | $4,210.00 |
|---|---|---|---|---|

| TEEL TOOLING & MFG INC<br>765 KELLY FRITZPATRICK RD<br>WETUMPKA, AL 36092 | Claim Number: 5068-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $270.00 |
|---|---|---|

| TEEM SPRINKLER CO., INC.<br>ATTN: MICHAEL HOWINGTON<br>3645 REED STREET<br>WINSTON SALEM, NC 27107 | Claim Number: 2059<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Claim not signed |
|---|---|

| UNSECURED | Claimed: | $4,144.09 | Scheduled: | $4,060.00 |
|---|---|---|---|---|

| TEGLAND, DESSIE<br>980 SE OAK ST<br>DUNDEE, OR 97115 | Claim Number: 6599<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| TELEBEC S.E.C.<br>625 AVENUE GODEFROY<br>BECANCOUR, QC G9H 1S3<br>CANADA | | Claim Number: 13133<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) | | | |
| UNSECURED | Claimed: | $2,560.60 | Scheduled: | $781.48 |

---

| | | |
|---|---|---|
| TELEBEC S.E.C.<br>625 AVENUE GODEFROY<br>BECANCOUR, QC G9H 1S3<br>CANADA | | Claim Number: 13134<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| UNSECURED | Claimed: | $475.24 |

---

| | | |
|---|---|---|
| TELEBEC SEC<br>625 AVENUE GODEFROY<br>BECANOUR, QC G9H 1S3<br>CANADA | | Claim Number: 8179<br>Claim Date: 04/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>4447.01 canadian Claim out of balance |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | | | | |
|---|---|---|---|---|---|
| TELECOMMUNICATIONS DE L'EST<br>143 BOUL. DION<br>ATTN: CHRISTIEN BOVEHAID<br>MANTANE, QC G4W 3L8<br>CANADA | | Claim Number: 9478<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $8,800.31 |

---

| | | | | | |
|---|---|---|---|---|---|
| TELESOURCE SERVICES LLC<br>1450 HIGHWOOD EAST<br>PONTIAC, MI 48340 | | Claim Number: 6358<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $356.20 | Scheduled: | $665.20 |

---

| | | |
|---|---|---|
| TELSA ELECTRIC ARMATURE & MACHINE INC.<br>735 LANE AVE<br>ATTN: DONALD A. AMES<br>JACKSONVILLE, FL 32254 | | Claim Number: 12342<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $32,409.00 |

---

| | | | | | |
|---|---|---|---|---|---|
| TELUS COMMUNICATIONS COMPANY<br>INSOLVENCY DESK<br>ATTN: SHARON CUSICK<br>PO BOX 2099 STN T<br>VANCOUVER, BC V6B 5H5<br>CANADA | | Claim Number: 12701<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | | |
| UNSECURED | Claimed: | $15,246.45 | Scheduled: | $10,408.80 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

TELUS- QUEBEC
CP 2070
DEPARTMENT R0712
RIMOUSKI, QC G5L 7E4
CANADA

Claim Number: 8703
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $1,252.90 | | |

---

TEMCO ENGR
1865 CORPORATE DRIVE #220
NORCROSS, GA 30093

Claim Number: 4537
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $6,435.00 | Scheduled: | $6,435.00 |

---

TEMPACO INC
PO BOX 547667
ORLANDO, FL 32854-7667

Claim Number: 3676
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $589.65 | Scheduled: | $589.65 |

---

TEMPEL, R B
1207 OREGON STREET
WATERLOO, IA 50702

Claim Number: 9278
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

TEMPLE IRON & METAL
PO BOX 805
TEMPLE, TX 76503

Claim Number: 13100
Claim Date: 09/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $2,805.00 | | |

---

TEN PENNY COMPANY LTD, THE
BOX 35029 SARCEE POSTAL OUTLET
CALGARY, AB T3E 7C7
CANADA

Claim Number: 12246
Claim Date: 09/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $109.69 | | |

---

TEN PENNY COMPANY LTD., THE
BOX 35029, SCARCEE RPO
CALGARY, AB T3E 7C7
CANADA

Claim Number: 13463
Claim Date: 09/15/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $109.69 | Scheduled: | $110.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TENAN MACHINE & FABRICATING INC<br>6002 STATE RD<br>BLDG A<br>ASHTABULA, OH 44004 | Claim Number: 11426<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $7,463.61 | Scheduled: | $7,463.61 |
|---|---|---|---|---|

| TENCARVA MACHINERY COMPANY<br>C/O KATHLEEN M. MILLER / ETTA R. WOLFE<br>SMITH KATZENSTEIN & FURLOW LLP<br>800 DELAWARE AVE. 10TH FL - CORP PLZ<br>WILMINGTON, DE 19899 | Claim Number: 3218-01<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $203.83 |
|---|---|---|

| TENCARVA MACHINERY COMPANY<br>C/O KATHLEEN M. MILLER / ETTA R. WOLFE<br>SMITH KATZENSTEIN & FURLOW LLP<br>800 DELAWARE AVE. 10TH FL - CORP PLZ<br>WILMINGTON, DE 19899 | Claim Number: 3218-02<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $8,807.30 |
|---|---|---|

| TENMET INC<br>PO BOX 100746<br>NASHVILLE, TN 37224 | Claim Number: 4861<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,665.17 | Scheduled: | $2,566.15 |
|---|---|---|---|---|

| TENNANT SALES AND SERVICE CO.<br>PO BOX 1452<br>MINNEAPOLIS, MN 55440 | Claim Number: 6878<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $313.38 | Scheduled: | $430.01 |
|---|---|---|---|---|

| TENNANT SALES AND SERVICE CO.<br>PO BOX 1452<br>MINNEAPOLIS, MN 55440 | Claim Number: 6931<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $13,711.57 | Scheduled: | $13,255.33 |
|---|---|---|---|---|

| TENNESSEE BELTING CO.<br>PO BOX 105774<br>ATLANTA, GA 30348 | Claim Number: 7139<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,866.00 | Scheduled: | $4,445.46 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

TENNESSEE DEPARTMENT OF REVENUE
C/O ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202-0207

Claim Number: 1795
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $519,191.35 |
|---|---|---|

---

TENNESSEE DEPARTMENT OF REVENUE
C/O ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202-0207

Claim Number: 1796
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| PRIORITY | Claimed: | $168,174.62 |
|---|---|---|
| UNSECURED | Claimed: | $11,851.82 |

---

TENNESSEE DEPARTMENT OF REVENUE
C/O ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202-0207

Claim Number: 12266
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| PRIORITY | Claimed: | $117,278.40 |
|---|---|---|
| UNSECURED | Claimed: | $7,517.57 |

---

TENNESSEE DEPARTMENT OF REVENUE
TAX ENFORCEMENT DIVISION
C/O ATTORNEY GENERAL
PO BOX 20207
NASHVILLE, TN 37202-0207

Claim Number: 12267
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| ADMINISTRATIVE | Claimed: | $561,566.52 |
|---|---|---|

---

TENNESSEE DEPARTMENT OF REVENUE
C/O ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202-0207

Claim Number: 13972
Claim Date: 04/12/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8662 (10/18/2010)

| PRIORITY | Claimed: | $63,381.06 |
|---|---|---|
| UNSECURED | Claimed: | $7,517.57 |

---

TENNESSEE DEPARTMENT OF REVENUE
C/O ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202-0207

Claim Number: 13973
Claim Date: 04/12/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8662 (10/18/2010)

| PRIORITY | Claimed: | $381,548.52 |
|---|---|---|

---

TENNESSEE DEPARTMENT OF REVENUE
C/O ATTORNEY GENERAL
P.O. BOX 20207
NASHVILLE, TN 37202-0207

Claim Number: 14091
Claim Date: 08/11/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 9054 (05/05/2011)

| PRIORITY | Claimed: | $60,549.99 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>WILBUR E. HOOKS, DIRECTOR<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | | Claim Number: 14092<br>Claim Date: 08/11/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9054 (05/05/2011) | | |
| ADMINISTRATIVE | Claimed: | $1,289,856.79 | | |
| TENNESSEE DEPT. OF LABOR & WORKFORCE<br>DEV-UNEMPLOYMENT INSURANCE<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION, PO BOX 20207<br>NASHVILLE, TN 37202-0207 | | Claim Number: 14116<br>Claim Date: 08/16/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8661 (10/18/2010) | | |
| ADMINISTRATIVE | Claimed: | $60,243.84 | | |
| TENNESSEE MILLS<br>PO BOX 349<br>CELINA, TN 38551 | | Claim Number: 6976<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | |
| UNSECURED | Claimed: | $4,021.44 | Scheduled: | $9,021.44 |
| TENNESSEE-AMERICAN WATER COMPANY<br>C/O KENNETH C. JONES<br>CORPORATE COUNSEL<br>727 CRAIG ROAD<br>ST. LOUIS, MO 63141 | | Claim Number: 7207<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,321.47 | Scheduled: | $664.57 |
| TENNGA POWER<br>P.O. BOX 391<br>574 TENNGA RD.<br>TENNGA, GA 30751 | | Claim Number: 14096<br>Claim Date: 08/12/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8662 (10/18/2010) | | |
| SECURED | Claimed: | $14,641.14 | | |
| TENOLD TRANSPORTATION INC<br>19470  94 AVENUE<br>SURREY, BC V4N 4E5<br>CANADA | | Claim Number: 5221<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>2607.16 CANADIAN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| TERASEN GAS<br>PO BOX 48230 BENTALL CENTRE<br>VANCOUVER, BC V7X-1N8<br>CANADA | | Claim Number: 8788<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $21,148.23 | Scheduled: | $12,905.79 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| TERASEN GAS<br>PO BOX 48230<br>BENTALL CENTRE<br>VANCOUVER, BC V7X-1N8<br>CANADA | | Claim Number: 12458<br>Claim Date: 07/30/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD. | | |
| UNSECURED | Claimed: | $16,682.77 | Scheduled: | $10,096.81 |

| | | | | |
|---|---|---|---|---|
| TERASEN GAS INC.<br>ATTN: DAN LUM<br>16705 FRASER HIGHWAY<br>3RD FLOOR<br>SURREY, BC V4N 0E8<br>CANADA | | Claim Number: 13160<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010) | | |
| UNSECURED | Claimed: | $9,775.68 | | |

| | | | | |
|---|---|---|---|---|
| TEREXCAVATION GRANT INC.<br>170, ROUTE 132<br>MATANE, QC G4W 7C4<br>CANADA | | Claim Number: 12771<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $16,192.80 | Scheduled: | $16,054.01 |

| | | | | |
|---|---|---|---|---|
| TERMINAL RAILROAD ASOC OF ST. LOUIS<br>PO BOX 14958F<br>SAINT LOUIS, MO 63150 | | Claim Number: 12173<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $7,401.00 | Scheduled: | $7,290.00 |

| | | | | |
|---|---|---|---|---|
| TERMINAL TRUCKING COMPANY LLC<br>PO BOX 1623<br>CONCORD, NC 28026 | | Claim Number: 1146<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $3,297.05 | Scheduled: | $304.20 |

| | | | | |
|---|---|---|---|---|
| TERRA SERVICES, INC.<br>1000 SE EVERETT MALL WAY<br>SUITE 301<br>EVERETT, WA 98208 | | Claim Number: 2441<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $15,667.54 | | |

| | | | | |
|---|---|---|---|---|
| TERRELL, TERRY W.<br>609 MOUNT OLIVE RD.<br>QUITMAN, LA 71268 | | Claim Number: 10282<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

TERRY, CHARLES
77182 PARKER RD
YULEE, FL 32097

Claim Number: 6761
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $150,000.00 |
|---|---|---|

---

TERRY, CHARLES R
77182 PARKER RD
YULEE, FL 32097

Claim Number: 6759
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $150,000.00 |
|---|---|---|

---

TERRY, CHARLES R.
C/O JAMES E. SORENSON, ESQ.
WILLIAMS, GAUTIER, GWYNN, DELOACH &
SORENSON P.A. PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10686
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $22,231.93 |
|---|---|---|

---

TESCH, BRIAN D
154 LA COSTA DRIVE
MONTGOMERY, TX 77356

Claim Number: 4282
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

TESLA ELEC ARMATURE & MCH INC
735 LANE AVE N
JACKSONVILLE, FL 32254

Claim Number: 8372
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $409.00 |
|---|---|---|

---

TESLA ELEC ARMATURE & MCH INC
735 LANE AVE N
JACKSONVILLE, FL 32254

Claim Number: 8831
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $409.00 |
|---|---|---|

---

TESLA ELECTRIC ARMATURE & MACHINE INC
ATTN: DONALD A. AMES
735 LANE AVE
JACKSONVILLE, FL 32254

Claim Number: 12463
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $409.00 | Scheduled: | $32,409.00 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TESTAMERICA LABORATORIES, INC.<br>ATTN: MARSHA HEMMERICH<br>4101 SHUFFEL STREET NW<br>NORTH CANTON, OH 44720 | Claim Number: 3554<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $9,453.00 | Scheduled: | $9,103.00 |
|---|---|---|---|---|

| TESTING MACHINES INC<br>40 MCCULLOUGH DR<br>NEW CASTLE, DE 19720-2066 | Claim Number: 4091<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,473.48 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,062.40 | Scheduled: | $6,111.11 |

| TESTING MACHINES INC<br>40 MCCULLOUGH DR<br>NEW CASTLE, DE 19720-2066 | Claim Number: 4238<br>Claim Date: 07/09/2009<br>Debtor: CALPINE CORRUGATED, LLC |
|---|---|

| UNSECURED | Claimed: | $3,662.32 | Scheduled: | $3,662.32 |
|---|---|---|---|---|

| TESTING MACHINES, INC.<br>ATTN: JOHN BIALECKI<br>12 W. PERIWINKLE LANE<br>NEWARK, DE 19711 | Claim Number: 1942<br>Claim Date: 04/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7553 (05/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,473.48 |
|---|---|---|
| UNSECURED | Claimed: | $5,066.40 |

| TETER MACHINE PRODUCTS, INC.<br>PO BOX 523<br>EDWARDSBURG, MI 49112 | Claim Number: 14<br>Claim Date: 01/30/2009<br>Debtor: CAMEO CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $980.00 | Scheduled: | $980.00 |
|---|---|---|---|---|

| TEWS TECHNOLOGIES LLC<br>9190 DOUBLE DIAMOND PARKWAY<br>SUITE 127<br>RENO, NV 89521 | Claim Number: 2561<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $1,187.85 | Scheduled: | $1,187.85 |
|---|---|---|---|---|

| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY - COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | Claim Number: 1395<br>Claim Date: 03/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) |
|---|---|

| PRIORITY | Claimed: | $909,066.59 |
|---|---|---|
| UNSECURED | Claimed: | $76,187.59 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS OFFICE OF THE ATTORNEY GENERAL BANKRUPTCY - COLLECTIONS DIVISION P.O. BOX 12548 AUSTIN, TX 78711-2548 | | Claim Number: 3484 Claim Date: 06/23/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 4132 (01/14/2010) | | |
| PRIORITY | Claimed: | $607,466.34 | | |
| TEXAS GAS SERVICE PO BOX 31458 EL PASO, TX 79930 | | Claim Number: 5646 Claim Date: 07/14/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $5,533.13 | Scheduled: | $2,942.10 |
| TEXIER, ARTHUR L 1966 HIGHWAY KK OSAGE BEACH, MO 65065 | | Claim Number: 4512 Claim Date: 07/10/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| THAMES, WILLIE G 16359 CALIFORNIA AVE MARKHAM, IL 60426 | | Claim Number: 13340 Claim Date: 09/24/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| THARPE COMPANY INC, THE P.O. BOX 1719 STATESVILLE, NC 28687 | | Claim Number: 11770 Claim Date: 08/28/2009 Debtor: CAMEO CONTAINER CORPORATION | | |
| UNSECURED | Claimed: | $2,932.30 | Scheduled: | $2,932.30 |
| THARPE COMPANY INC, THE P.O. BOX 1719 ATTN: KATHY TROUTMAN STATESVILLE, NC 28687 | | Claim Number: 12868 Claim Date: 08/26/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $13,918.21 | Scheduled: | $7,523.75 |
| THARPE COMPANY INC, THE ATTN: KATHY TROUTMAN P.O. BOX 1719 STATESVILLE, NC 28687 | | Claim Number: 13228 Claim Date: 08/26/2009 Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $5,120.23 | Scheduled: | $11,955.63 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| THATCHER COMPANY OF MONTANA<br>PO BOX 4707<br>MISSOULA, MT 59806 | | Claim Number: 6625-01<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5768 (03/11/2010) | | |
| ADMINISTRATIVE | Claimed: | $37,444.38 | | |
| THATCHER COMPANY OF MONTANA<br>14377 PULP MILL RD<br>MISSCULA, MT 598089602 | | Claim Number: 6625-02<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $82,288.52 | Scheduled: | $120,192.90 |
| THE HACKETT GROUP<br>PO BOX 116525<br>ATLANTA, GA 30368-6525 | | Claim Number: 13651<br>Claim Date: 12/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $2,417.13 | Scheduled: | $2,417.13 |
| THE NATIONAL UNION FIRE INSURANCE CO.<br>TRANSFEROR: H. B. FULLER COMPANY<br>A. ROSEN, C/O SILVERMANACAMPORA LLP<br>100 JERICHO QUADRANGLE, SUITE 300<br>JERICHO, NY 11753 | | Claim Number: 7922-01<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $28,279.89 | Scheduled: | $40,179.44 |
| THE NATIONAL UNION FIRE INSURANCE CO.<br>TRANSFEROR: H. B. FULLER COMPANY<br>A. ROSEN, C/O SILVERMANACAMPORA, LLP<br>100 JERICHO QUADRANGLE, SUITE 300<br>JERICHO, NY 11753 | | Claim Number: 7922-02<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2205 (10/09/2009) | | |
| ADMINISTRATIVE | Claimed: | $11,899.55 | | |
| THE NATIONAL UNION FIRE INSURANCE CO.<br>TRANSFEROR: ALL TRUCK TRANSPORTATION CO.<br>C/O SILVERMANACAMPORA, LLP<br>100 JERICHO QUADRANGLE, SUITE 300<br>JERICHO, NY 11753 | | Claim Number: 11714<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010) | | |
| UNSECURED | Claimed: | $196,059.47 | Scheduled: | $651,968.91  UNLIQ |
| THE NATIONAL UNION FIRE INSURANCE COMP.<br>TRANSFEROR: COMPASS ENERGY GAS SERVICES,<br>A. ROSEN, C/O SILVERMANACAMPORA, LLP<br>100 JERICHO QUADRANGLE, SUITE 300<br>JERICHO, NY 11753 | | Claim Number: 1714<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | | |
| UNSECURED | Claimed: | $213,987.45 | Scheduled: | $37,579.85 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

THE SEAPORT GROUP
TRANSFEROR: AIRGAS SOUTH, INC.
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 600-01
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8127 (06/23/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $316.26 |

---

THE SEAPORT GROUP
TRANSFEROR: AIRGAS SOUTH, INC.
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 600-02
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8127 (06/23/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,635.28 |

---

THE SEAPORT GROUP
TRANSFEROR: FAIR HARBOR CAPITAL, LLC
ATTN: JONATHAN SILVERMAN
360 MADISON AVENUE
NEW YORK, NY 10017

Claim Number: 1956
Claim Date: 04/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8127 (06/23/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $27,091.94 |

---

THE SEAPORT GROUP LLC
TRANSFEROR: RAVEN TRANSPORT
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 231
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8127 (06/23/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $166,614.71 | Scheduled: | $166,614.71 |

---

THE SEAPORT GROUP LLC
TRANSFEROR: NUSSBAUM TRUCKING INC
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 475
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8127 (06/23/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,243.21 | Scheduled: | $27,290.57 |

---

THE SEAPORT GROUP LLC
TRANSFEROR: SOUTHERN CRANE & ELEVATOR
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 1849
Claim Date: 03/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8127 (06/23/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $90,172.36 | Scheduled: | $124,256.47 |

---

THE SEAPORT GROUP LLC
TRANSFEROR: CORRUGATED REPLACEMENTS, INC
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 2447-01
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8127 (06/23/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $92,596.34 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

THE SEAPORT GROUP LLC
TRANSFEROR: CORRUGATED REPLACEMENTS, INC
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 2447-03
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8127 (06/23/2010)

| UNSECURED | Claimed: | $191,088.20 | Scheduled: | $275,544.24 |
|---|---|---|---|---|

---

THE SEAPORT GROUP LLC
TRANSFEROR: CORRUGATED REPLACEMENTS, INC
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 2447-04
Claim Date: 04/24/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8127 (06/23/2010)

| UNSECURED | Claimed: | $10,775.10 |
|---|---|---|

---

THE SEAPORT GROUP LLC
TRANSFEROR: FAIR HARBOR CAPITAL, LLC
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 6029
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8127 (06/23/2010)

| UNSECURED | Claimed: | $110,577.89 | Scheduled: | $154,370.62 |
|---|---|---|---|---|

---

THE SEAPORT GROUP LLC
TRANSFEROR: BNSF RAILWAY COMPANY
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 9972
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8127 (06/23/2010)

| UNSECURED | Claimed: | $671,532.00 | Scheduled: | $93,439.77 |
|---|---|---|---|---|

---

THE SEAPORT GROUP LLC
TRANSFEROR: BNSF RAILWAY COMPANY
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 10081
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $10,988.16 | Scheduled: | $125,541.46 |
|---|---|---|---|---|

---

THE SEAPORT GROUP LLC
TRANSFEROR: MOORE WALLACE N AMERICA INC
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 11051
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8127 (06/23/2010)

| UNSECURED | Claimed: | $292,605.00 | Scheduled: | $37,935.70 |
|---|---|---|---|---|

---

THE SEAPORT GROUP, LLC
TRANSFEROR: FAIR HARBOR CAPITAL, LLC
360 MADISON AVENUE
NEW YORK, NY 10017

Claim Number: 1055
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8127 (06/23/2010)

| UNSECURED | Claimed: | $49,197.40 | Scheduled: | $51,185.17 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| THEILSCH ENGINEERING | | Claim Number: 808 |
|---|---|---|
| 195 FRANCES AVE | | Claim Date: 02/17/2009 |
| CRANSTON, RI 02910 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | | Comments: EXPUNGED |
| | | DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $1,500.00 |

---

| THEILSCH ENGINEERING | | Claim Number: 1828 |
|---|---|---|
| 195 FRANCES AVE | | Claim Date: 03/23/2009 |
| CRANSTON, RI 02910 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | | Comments: EXPUNGED |
| | | DOCKET: 2343 (10/20/2009) |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $1,500.00 |

---

| THERMO ENVIRONMNTAL INSTRUMENTS INC | | Claim Number: 3683 |
|---|---|---|
| 27 FORGE PARKWAY | | Claim Date: 07/06/2009 |
| FRANKLIN, MA 02038-3136 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | | Comments: DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $11,100.00 |

---

| THIELE TECHNOLOGIES, INC. | | Claim Number: 6451 |
|---|---|---|
| 1949 E MANNING AVE | | Claim Date: 07/27/2009 |
| REEDLEY, CA 93654 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | | Comments: DOCKET: 4966 (02/12/2010) |
| UNSECURED | Claimed: | $676.44 |

---

| THIRD DIMENSION, INC | | Claim Number: 10006 |
|---|---|---|
| C/O JEFFREY COXON, WARREN AND YOUNG PLL | | Claim Date: 08/25/2009 |
| 134 WEST 46TH STREET | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| PO BOX 2300 | | Comments: EXPUNGED |
| ASHTABULA, OH 44005-2300 | | DOCKET: 6649 (04/07/2010) |
| ADMINISTRATIVE | Claimed: | $34,596.87 |

---

| THIRLWELL, EMMIE C | | Claim Number: 6665 |
|---|---|---|
| 1246 MCGILL POND LANE | | Claim Date: 07/28/2009 |
| ROCK HILL, SC 29732 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | | Comments: EXPUNGED |
| | | DOCKET: 6647 (04/07/2010) |
| UNSECURED | Claimed: | $16,133.88 |

---

| THOMAS AND BETTS POWER SOLUTIONS | | Claim Number: 7848 |
|---|---|---|
| PO BOX 98392 | | Claim Date: 08/14/2009 |
| CHICAGO, IL 60693 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | | Comments: DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $1,500.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| THOMAS J. MCGUIRE AND CATHERINE MCGUIRE<br>TRANSFEROR: PLATEWORKS INC<br>11104 BLAZINGSTAR COURT<br>CHAMPLIN, MN 55316 | Claim Number: 7453-01<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $31,992.50 | Scheduled: | $35,145.98 |
|---|---|---|---|---|

| THOMAS J. MCGUIRE AND CATHERINE MCGUIRE<br>TRANSFEROR: PLATEWORKS INC<br>11104 BLAZINGSTAR COURT<br>CHAMPLIN, MN 55316 | Claim Number: 7453-02<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13731<br>DOCKET: 1911 (09/11/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,997.00 |
|---|---|---|

| THOMAS JACKSON, ESQ.<br>BAKER BOTTS<br>THE WARNER, 1299 PENNSYLVANIA AVE., NW<br>COUNSEL FOR UNILEVER<br>WASHINGTON, DC 20004-2400 | Claim Number: 13583<br>Claim Date: 11/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8985 (03/16/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ CONT | Scheduled: | $0.00   UNLIQ DISP |
|---|---|---|---|---|

| THOMAS M TULLY AND ASSOC<br>33 N DEARBORN ST STE 2450<br>CHICAGO, IL 60602-3111 | Claim Number: 6934<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $17,000.00 |
|---|---|---|

| THOMAS PIPE AND SUPPLY CO<br>PO BOX 20007<br>PHOENIX, AZ 85036-0007 | Claim Number: 4433<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,800.51 | Scheduled: | $2,800.51 |
|---|---|---|---|---|

| THOMAS, ANTHONY L<br>4904 PINE STREET #3<br>CINCINNATI, OH 45212 | Claim Number: 9716<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| PRIORITY | Claimed: | $12,000.00 |
|---|---|---|

| THOMAS, ANTHONY LYNN<br>4904 PINE STREET # 3<br>CINCINNATI, OH 45212 | Claim Number: 9717<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $3,000.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| THOMAS, ASWIN<br>1225 AVONLEA ROAD<br>CAMBRIDGE, ON N3H 4Z7<br>CANADA | Claim Number: 13125<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $0.00  UNLIQ | |

| THOMAS, ASWIN<br>1225 AVONLEA ROAD<br>CAMBRIDGE, ON N3H 4Z7<br>CANADA | Claim Number: 13126<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | |

| THOMAS, CHRISTOPHE E<br>2410 PRESTON DRIVE<br>FORT WAYNE, IN 46815 | Claim Number: 5798<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET | |

| THOMAS, NANCY<br>7217 MT ASH SE<br>GRAND RAPIDS, MI 49546 | Claim Number: 7250<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ | |

| THOMPSON APPALACHIAN HARDWOODS INC<br>PO BOX 160<br>HUNTLAND, TN 37345 | Claim Number: 8129<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $11,004.11 | Scheduled: | $22,008.23  UNLIQ |

| THOMPSON EQUIPMENT COMPANY, INC.<br>TODD C. THOMPSON, ESQ.<br>125 INDUSTRIAL AVE.<br>JEFFERSON, LA 70121 | Claim Number: 154<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,838.96 | Scheduled: | $15,272.89 |

| THOMPSON EQUIPMENT COMPANY, INC.<br>TODD C. THOMPSON, ESQ.<br>125 INDUSTRIAL AVE.<br>JEFFERSON, LA 70121 | Claim Number: 158<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,433.93 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| THOMPSON MANUFACTURING INC<br>1350 ALABAMA HWY 71<br>SECTION, AL 35771-7143 | | Claim Number: 3573<br>Claim Date: 06/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,571.01 | | |

---

| THOMPSON MANUFACTURING INC<br>1350 ALABAMA HWY 71<br>SECTION, AL 35771-7143 | | Claim Number: 9565-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7189 (04/22/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,546.56 | Scheduled: | $13,004.11 |

---

| THOMPSON MANUFACTURING INC<br>1350 ALABAMA HWY 71<br>SECTION, AL 35771-7143 | | Claim Number: 9565-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7189 (04/22/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,024.45 | | |

---

| THOMPSON MANUFACTURING INC<br>1350 ALABAMA HWY 71<br>SECTION, AL 35771-7143 | | Claim Number: 9566<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,337.10 | | |
| UNSECURED | Claimed: | $12,233.91 | | |

---

| THOMPSON, ASWIN<br>1225 AVONLEA ROAD<br>CAMBRIDGE, ON N3H 4Z7<br>CANADA | | Claim Number: 8211<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $13,157.16 | UNLIQ |

---

| THOMPSON, CURTIS<br>23708 HWY 71 SOUTH<br>HUNTINGTON, AR 72940 | | Claim Number: 9996<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| THOMPSON, EARL<br>1204 VAN BUREN DR.<br>JONESBORO, LA 71251 | | Claim Number: 10283<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| THOMPSON, FRED J.<br>C/O GREGORY A. CADE<br>ENVIRONMENTAL LITIGATION GROUP P.C.<br>3529 7TH AVE. SOUTH<br>BIRMINGHAM, AL 35222 | | Claim Number: 11527<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $65,000.00 |

---

| | | |
|---|---|---|
| THOMPSON, JOYCE K<br>3833 SILVER BLUFF RD<br>JACKSON, SC 29831 | | Claim Number: 5781<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $117.30    UNLIQ |

---

| | | |
|---|---|---|
| THOMPSON, LARRY<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10967<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) |
| UNSECURED | Claimed: | $50,000.00 |

---

| | | |
|---|---|---|
| THOMPSON, PIERRETTE<br>8 WOODLAND DRIVE RR 2<br>ORANGEVILLE, ON L9W 2Y9<br>CANADA | | Claim Number: 13220<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $176.80 |

---

| | | |
|---|---|---|
| THOMPSON, RILEY JAMES<br>PO BOX 73<br>JONESBORO, LA 71251 | | Claim Number: 10284<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $0.00    UNLIQ |

---

| | | |
|---|---|---|
| THOMPSON, STEPHEN W.<br>12492 GRAINWOOD WAY<br>SAN DIEGO, CA 92131 | | Claim Number: 9163<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $113.22 |

---

| | | |
|---|---|---|
| THOMPSON, THOMAS LEE<br>255 MADDEN SMITH LOOP<br>BREWTON, AL 36426 | | Claim Number: 10457<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
| UNSECURED | Claimed: | $9,473.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| THOMSON GORDON LTD<br>3225 MAINWAY<br>BURLINGTON, ON L7M 1A6<br>CANADA | | Claim Number: 8321<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |

| UNSECURED | Claimed: | $6,437.95 |
|---|---|---|

---

| THOMSON, BARBARA<br>2132 HOLLY LANE<br>SOLVANG, CA 93463 | | Claim Number: 7484<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|---|

| PRIORITY | Claimed: | $647.99   UNLIQ |
|---|---|---|

---

| THOMSON, BARBARA<br>2132 HOLLY LANE<br>SOLVANG, CA 93463 | | Claim Number: 7734<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| THORKELSON, M<br>5220 S BLACKSTONE AVENUE<br>CHICAGO, IL 60615 | | Claim Number: 4220<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|---|

| UNSECURED | Claimed: | $922.44   UNLIQ |
|---|---|---|

---

| THORKELSON, M<br>5220 S BLACKSTONE AVENUE<br>CHICAGO, IL 60615 | | Claim Number: 9190<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| THORKELSON, M<br>5220 S BLACKSTONE AVENUE<br>CHICAGO, IL 60615 | | Claim Number: 9540<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| THORNTON & COMPANY<br>PO BOX 69<br>EAGLE LAKE, FL 33839-0069 | | Claim Number: 11620<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|---|

| UNSECURED | Claimed: | $45.61 | Scheduled: | $44.24 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| THORNTON, CHARLES<br>C/O THOMAS ALBRITTON<br>ALBRITTON CLIFTON ALVERSON MOODY ET AL<br>PO BOX 880<br>ANDALUSIA, AL 36420 | Claim Number: 11495<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $100,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| THRACIA, LLC<br>TRANSFEROR: GATEWAY 75, LLC<br>1350 AVE. OF THE AMERICAS, 21ST FLOOR<br>NEW YORK, NY 10019 | Claim Number: 13368<br>Claim Date: 09/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $839,847.19 | Scheduled: | $95,229.73 |
|---|---|---|---|---|

| THRACIA, LLC<br>TRANSFEROR: GATEWAY 75, LLC<br>1350 AVE. OF THE AMERICAS, 21ST FLOOR<br>NEW YORK, NY 10019 | Claim Number: 13369<br>Claim Date: 09/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) |
|---|---|

| UNSECURED | Claimed: | $1,274,022.19 |
|---|---|---|

| THRASHER, EARL N<br>4079 RANDALL DRIVE<br>BRUNSWICK, OH 44212 | Claim Number: 7964<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|

| THRASHER, RANDY A<br>2807 LOBELIA CIRCLE<br>NAPERVILLE, IL 60564 | Claim Number: 9794<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| THRASHER, RANDY A<br>2807 LOBELIA CIRCLE<br>NAPERVILLE, IL 60564 | Claim Number: 9962<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| THRASHER, RANDY A<br>2807 LOBELIA CIRCLE<br>NAPERVILLE, IL 60564 | Claim Number: 10067<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| THULL, ERIC W<br>1114 MANCHESTER COURT<br>SOUTH ELGIN, IL 60177 | | Claim Number: 8004<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| PRIORITY | Claimed: | $0.00    UNDET | | |
| THYSSEN KRUPP<br>ATTN: DIANE LAUZON<br>4700 BOIS FRANC<br>ST-LAURENT, QC H4S 1A7<br>CANADA | | Claim Number: 13128<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) | | |
| UNSECURED | Claimed: | $2,489.36 | Scheduled: | $1,676.15 |
| THYSSENKRUPP ELEVATOR<br>2726 E.KEMPER RD.<br>ATTN: BONNIE KELLER<br>CINCINNATI, OH 45241 | | Claim Number: 3111<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $730.06 | Scheduled: | $1,460.12 |
| TI GROUP INC<br>115 THORNCLIFFE PARK DRIVE<br>TORONTO, ON M4H 1M1<br>CANADA | | Claim Number: 1765<br>Claim Date: 03/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
| UNSECURED | Claimed: | $0.00    UNDET | | |
| TI GROUP INC<br>115 THORNCLIFFE PARK DRIVE<br>TORONTO, ON M4H 1M1<br>CANADA | | Claim Number: 8259<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $91,501.87 | Scheduled: | $90,424.27 |
| TIBEN ENTERPRISE<br>PO BOX 370<br>CANBY, OR 97013 | | Claim Number: 5588<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $11,875.00 | | |
| TICICH, DAVID P<br>40203 ODESSA DRIVE<br>TEMECULA, CA 92591 | | Claim Number: 7589<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8559 (09/17/2010)<br>Amends claim 4719 | | |
| PRIORITY | Claimed: | $42,159.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TICICH, DAVID P.<br>40203 ODESSA DRIVE<br>TEMECULA, CA 92591 | Claim Number: 4719<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8758 (11/15/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $23,678.32 | |

---

| TIDEWATER AIR FILTER FABRICATION CO<br>228 PENNSYLVANIA AVE<br>VIRGINIA BEACH, VA 23462 | Claim Number: 4451<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $403.81 | Scheduled: $403.81 |

---

| TIDEWATER AIR FILTER FABRICATION CO.<br>ATTN: VIKKI MILAM<br>228 PENNSYLVANIA AVE<br>VIRGINIA BEACH, VA 23462 | Claim Number: 8371<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $403.81 | |

---

| TIDEWATER LAND & TIMBER<br>PO BOX 757<br>KINGSTREE, SC 29556 | Claim Number: 13643<br>Claim Date: 12/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $24,562.28 | |
| UNSECURED | Claimed: | $49,125.36 | Scheduled: $49,125.36 UNLIQ |
| TOTAL | Claimed: | $49,125.36 | |

---

| TIERNEY INDUSTRIAL WAREHOUSE<br>PO BOX 442<br>LOGANSPORT, IN 46947 | Claim Number: 4957<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $194.00 | Scheduled: $194.00 |

---

| TIERNEY, MICHAEL E<br>10 TWIN SPRINGS LANE<br>ST. LOUIS, MO 63124 | Claim Number: 11163<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9033 (04/25/2011) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $663,742.75 | |

---

| TIETO ENATOR MAJIQ INC<br>8520 154TH AVENUE N E<br>REDMOND, WA 98052-3500 | Claim Number: 11045<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,439.16 | Scheduled: $34,281.87 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| TIETO ENATOR MAJIQ INC<br>8520 154TH AVENUE N E<br>REDMOND, WA 98052-3500 | | Claim Number: 11046<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $13,197.00 | Scheduled: | $12,160.00 |
| TIGER LINES INC<br>PO BOX 1120<br>LODI, CA 95241 | | Claim Number: 6074<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
| UNSECURED | Claimed: | $320.00 | Scheduled: | $2,900.00 |
| TIGER SERVICES<br>8106 EAST BAILEY WAY<br>ANAHEIM, CA 92808 | | Claim Number: 3146<br>Claim Date: 05/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $8,232.17 | Scheduled: | $58,183.00 |
| TIGERPOLY MFG, INC.<br>6331 ENTERPRISE PARKWAY<br>GROVE CITY, OH 43123 | | Claim Number: 12206<br>Claim Date: 09/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $12,383.80 | | |
| TIGERPOLY MFG., INC.<br>ATTN: MARK D. BOBULSKI<br>6231 ENTERPRISE PARKWAY<br>GROVE CITY, OH 43123-9271 | | Claim Number: 13478<br>Claim Date: 09/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>Amends Claim 12206 | | |
| UNSECURED | Claimed: | $9,101.40 | | |
| TILLEY CHEMICAL CO INC<br>501 CHESAPEAKE PARK PLAZA<br>BALTIMORE, MD 21220 | | Claim Number: 896<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
| UNSECURED | Claimed: | $2,183.66 | Scheduled: | $2,209.10 |
| TILLIS, BARBARA J<br>926 MUSCOGEE RD<br>CANTONMENT, FL 32533 | | Claim Number: 7602<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| SECURED | Claimed: | $0.00  UNDET | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| TILSNER CARTON CO.<br>C/O KURT M. ANDERSON<br>PO BOX 2434<br>MINNEAPOLIS, MN 55402-2434 | | Claim Number: 7744-01<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $21,483.38 | Scheduled: | $41,887.70 |

| | | | | |
|---|---|---|---|---|
| TILSNER CARTON CO.<br>C/O KURT M. ANDERSON<br>PO BOX 2434<br>MINNEAPOLIS, MN 55402-2434 | | Claim Number: 7744-02<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009) | | |
| ADMINISTRATIVE | Claimed: | $24,404.32 | | |

| | | | | |
|---|---|---|---|---|
| TILSNER CARTON CO.<br>C/O BRIAN E. FARNAN, ESQ.<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 NORTH BROOM STREET<br>WILMINGTON, DE 19806 | | Claim Number: 12033<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $24,404.32 | | |

| | | | | |
|---|---|---|---|---|
| TIM BORNSTEIN ESQUIRE<br>58 BEAVER POND ROAD<br>LINCOLN, MA 01773 | | Claim Number: 5128<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $4,250.00 | | |

| | | | | |
|---|---|---|---|---|
| TIM JEN MILLER PAINTING INC DBA<br>NEW LIFE PAINTING<br>5294 BONNY DOON ROAD<br>SANTA CRUZ, CA 95060 | | Claim Number: 1934<br>Claim Date: 04/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $9,895.00 | | |

| | | | | |
|---|---|---|---|---|
| TIMBERKING WOOD COMPANY LLC<br>12408 HIGHWAY 507<br>SIMSBORO, LA 71275-2938 | | Claim Number: 28<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | |
| UNSECURED | Claimed: | $21,403.08 | Scheduled: | $42,806.16  UNLIQ |

| | | | | |
|---|---|---|---|---|
| TIMBERLAND CONTAINER LLC<br>PO BOX 266<br>SAREPTA, LA 71071 | | Claim Number: 11553<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $7,627.50 | Scheduled: | $7,627.50 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

TIMBERLAND SERVICES INC
PO BOX 25
TAYLOR, LA 71080

Claim Number: 3752-01
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1329 (07/28/2009)

| ADMINISTRATIVE UNSECURED | Claimed: | $37,871.21 | Scheduled: | $75,742.43 UNLIQ |
|---|---|---|---|---|

---

TIMBERLAND SERVICES INC
PO BOX 25
TAYLOR, LA 71080

Claim Number: 3752-02
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $37,871.22 |
|---|---|---|

---

TIMBERLANDS II, LLC
6200 THE CORNERS PARKWAY
NORCROSS, GA 30092-3365

Claim Number: 8087
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $14,133.46 |
|---|---|---|

---

TIMBERWOLF LOG & LUMBER CO
844 COUNTRY ROAD
SAXE, VA 23967

Claim Number: 5379
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $5,443.12 | Scheduled: | $10,886.24 UNLIQ |
|---|---|---|---|---|

---

TIMCO INDUSTRIES INC
PO BOX 689
NEW ALBANY, IN 47151-0689

Claim Number: 5027-01
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)

| UNSECURED | Claimed: | $95.62 | Scheduled: | $384.72 |
|---|---|---|---|---|

---

TIMCO INDUSTRIES INC
PO BOX 689
NEW ALBANY, IN 47151-0689

Claim Number: 5027-02
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| ADMINISTRATIVE | Claimed: | $289.10 |
|---|---|---|

---

TIMMONS, LILLIAN
PO BOX 410
SELBY, SD 57472

Claim Number: 7013
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| TINAJERO, JUAN<br>527 W. SOUTH ST<br>ANAHEIM, CA 92805 | | Claim Number: 11024<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| PRIORITY | Claimed: | $16,000.00 | | |
| SECURED | Claimed: | $16,000.00 | | |
| UNSECURED | Claimed: | $16,000.00 | | |
| TOTAL | Claimed: | $16,000.00 | | |
| TINAJERO, JUAN<br>527 W. SOUTH ST<br>ANAHEIM, CA 92805 | | Claim Number: 11567<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| PRIORITY | Claimed: | $16,000.00 | | |
| SECURED | Claimed: | $16,000.00 | | |
| UNSECURED | Claimed: | $16,000.00 | | |
| TOTAL | Claimed: | $16,000.00 | | |
| TIRE CENTERS, LLC<br>PO BOX 218<br>DUNCAN, SC 29334 | | Claim Number: 10765<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $14,945.84 | Scheduled: | $22,476.59 |
| TISDALE, JAMES R<br>1855 TROSSACHS BLVD SE #101<br>SAMMAMISH, WA 98075 | | Claim Number: 3965<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $36,456.00 | Scheduled: | $36,456.00 |
| TITAN DISTRIBUTION SERVICES<br>5026 PENBROOK DRIVE<br>FRANKLIN, TN 37069 | | Claim Number: 6353<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,912.00 | Scheduled: | $3,412.00 |
| TITAN ENTERPRISES<br>180 EAST MAIN<br>SMITHTOWN, NY 11787 | | Claim Number: 11853<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $775.50 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

TITAN ENTERPRISES(LITTLE ROCK)
PO BOX 413
SMITHTOWN, NY 11787

Claim Number: 11354
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $940.00 | | |
|---|---|---|---|---|

---

TITAN LOGISTICS OF OHIO LLC
PO BOX 65
ASHVILLE, OH 43103

Claim Number: 11847
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
Claim out of balance

| UNSECURED | Claimed: | $12,507.00 | Scheduled: | $11,142.00 |
|---|---|---|---|---|

---

TITLETOWN EXPRESS INC
PO BOX 10507
GREEN BAY, WI 54307-0507

Claim Number: 6674
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $5,978.14 | Scheduled: | $5,739.61 |
|---|---|---|---|---|

---

TITUS MAINTENANCE & INSTALLATION SERVICE
94 RAMONA ROAD
DANVILLE, CA 94526

Claim Number: 3434
Claim Date: 06/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $18,443.04 | Scheduled: | $15,817.04 |
|---|---|---|---|---|

---

TITUS MAINTENANCE & INSTALLATION SERVICE
94 RAMONA ROAD
DANVILLE, CA 94526

Claim Number: 5008
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $18,443.04 | | |
|---|---|---|---|---|

---

TJ VIDEO PRODUCTIONS
1004 SMITHFIELD AVE
HOPEWELL, VA 23860

Claim Number: 1880
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $8,350.00 | Scheduled: | $7,950.00 |
|---|---|---|---|---|

---

TM GE AUTOMATION SYSTEMS, LLC
C/O MICHAEL R. ENRIGHT
ROBINSON & COLE LLP
280 TRUMBULL STREET
HARTFORD, CT 06103

Claim Number: 1450
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6333 (03/29/2010)

| UNSECURED | Claimed: | $351,354.40 | Scheduled: | $307,782.22 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| TM GE AUTOMATION SYSTEMS, LLC<br>C/O MICHAEL R. ENRIGHT<br>ROBINSON & COLE LLP<br>280 TRUMBULL STREET<br>HARTFORD, CT 06103 | Claim Number: 1451<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,208.32 |

---

| | | |
|---|---|---|
| TN DEPT. OF ENVIRONMENT AND CONSERVATION<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 14061<br>Claim Date: 07/06/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8898 (01/20/2011) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,162.14 |

---

| | | |
|---|---|---|
| TN DEPT. OF HUMAN SERVICES<br>C/O TN ATTY GENERAL, BANKRUPTCY DIV.<br>(MURFREESBORO TN REHAB CENTER)<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 3515<br>Claim Date: 06/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,096.48 | Scheduled: | $13,152.48 |

---

| | | |
|---|---|---|
| TN DEPT. OF LABOR & WORKFORCE<br>DEVELOPMENT-BOILER/ELEVATOR DIV.<br>C/O TN ATTY GENERAL, BANKRUPTCY DIV.<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 2897<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $127.50 |

---

| | | |
|---|---|---|
| TN DEPT. OF LABOR & WORKFORCE<br>DEV-BOILER/ELEVATOR DIV.<br>C/O TN ATTY GENERAL, BANKRUPTCY DIV.<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 9197<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $135.00 |

---

| | | |
|---|---|---|
| TN DEPT. OF LABOR & WORKFORCE DEV-<br>UNEMPLOYMENT INSURANCE<br>C/O TN ATTY GENERAL, BANKRUPTCY DIV.<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 13805<br>Claim Date: 02/04/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLY AMENDED BY 14116<br>DOCKET: 6280 (03/26/2010) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $12,379.35 |
| SECURED | Claimed: | $0.00 |

---

| | | |
|---|---|---|
| TN DEPT. OF LABOR & WORKFORCE DEV-<br>UNEMPLOYMENT INSURANCE<br>C/O TN ATTY GENERAL, BANKRUPTCY DIV.<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 13806<br>Claim Date: 02/04/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLY AMENDED BY 14116<br>DOCKET: 6280 (03/26/2010) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $41,305.93   UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| TNT CRANE AND RIGGING LP<br>P O BOX 300587<br>HOUSTON, TX 77230-0857 | | Claim Number: 4904<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $0.00 | | |
| TOBIN, AUDREY R<br>HILLSBOROUGH POINT<br>142 MERRY LANE<br>HILLSBOROUGH, NJ 08844 | | Claim Number: 7747<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| TOC HOLDINGS CO.<br>2737 WEST COMMODORE WAY<br>SEATTLE, WA 98199-1233 | | Claim Number: 11750<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8879 (01/06/2011) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| TOC HOLDINGS CO.<br>2737 WEST COMMODORE WAY<br>SEATTLE, WA 98199-1233 | | Claim Number: 11762<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8879 (01/06/2011) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| TOC HOLDINGS CO.<br>2737 WEST COMMODORE WAY<br>SEATTLE, WA 98199-1233 | | Claim Number: 13984<br>Claim Date: 04/14/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8879 (01/06/2011) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| TOLEDO CAROLINA INC<br>PO BOX 12366<br>ATTN:BRET GREER<br>FLORENCE, SC 29504-2366 | | Claim Number: 4706<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $13,621.65 | Scheduled: | $13,621.65 |
| TOLERANCE MANUFACTURING<br>1435 TENTH STREET<br>WAUKEGAN, IL 60085 | | Claim Number: 4154<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $1,440.00 | Scheduled: | $1,440.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| TOLLESON LUMBER COMPANY<br>ATTN: GARY BREWER VP FINANCE<br>PO BOX 970<br>PERRY, GA 31069 | Claim Number: 7966<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $13,781.79 | Scheduled: | $27,563.58 UNLIQ |
|---|---|---|---|---|

| TOMBIGBEE ELECTRIC POWER ASSOC-TUPELO<br>P.O. BOX 1789<br>TUPELO, MS 38802 | Claim Number: 5511<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $38,079.93 |
|---|---|---|

| TONY'S TIRE SERVICE INC<br>7200 S 28TH ST<br>FORT SMITH, AR 72908 | Claim Number: 4716<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,110.06 | Scheduled: | $2,353.83 |
|---|---|---|---|---|

| TOPS ENGINEERING CORPORATION<br>275 W CAMPBELL RD SUITE 600<br>RICHARDSON, TX 75080 | Claim Number: 6959<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010) |
|---|---|

| UNSECURED | Claimed: | $450.00 | Scheduled: | $450.00 |
|---|---|---|---|---|

| TORBRAM ELECTRIC SUPPLY<br>10 PERDUE COURT UNIT 6<br>CALEDON, ON L0N 1E0<br>CANADA | Claim Number: 4567<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLE DUPLICATE OF 8262 |
|---|---|

| UNSECURED | Claimed: | $16,215.17 |
|---|---|---|

| TORBRAM ELECTRIC SUPPLY<br>10 PERDUE COURT UNIT 6<br>CALEDON, ON L0N 1E0<br>CANADA | Claim Number: 8262<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $16,215.17 | Scheduled: | $18,651.09 |
|---|---|---|---|---|

| TORBRAM ELECTRIC SUPPLY<br>10 PERDUE COURT UNIT 6<br>CALEDON, ON L7C 3M6<br>CANADA | Claim Number: 8275<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | |
|---|---|---|
| TORBRAM ELECTRIC SUPPLY<br>10 PERDUE COURT, UNIT 6<br>ATTN: CHERYL LITTLER<br>CALDEON, ON L7C 3M6<br>CANADA | Claim Number: 12325<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | |
| UNSECURED          Claimed: | $16,215.17 | |
| TORBRAM ELECTRIC SUPPLY CORPORATION<br>C/O FLUXGOLD IZSAK JAEGER LLP<br>ATTN: BRUCE R. JAEGER<br>100 YORK BLVD., SUITE 220<br>RICHMOND HILL, ON L4B 1J8<br>CANADA | Claim Number: 8832<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-MBI | |
| SECURED          Claimed: | $15,840.62 | |
| TORBRAM ELECTRIC SUPPLY CORPORATION<br>C/O FLUXGOLD IZSAK JAEGER LLP<br>ATTN: BRUCE R. JAEGER<br>100 YORK BLVD., SUITE 220<br>RICHMOND HILL, ON L4B 1J8<br>CANADA | Claim Number: 8833<br>Claim Date: 07/31/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |
| SECURED          Claimed: | $15,840.62 | |
| TORONTO HYDRO<br>PO BOX 4490<br>TORONTO, ON M5W 4H3<br>CANADA | Claim Number: 4590<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | |
| UNSECURED          Claimed: | $72,824.56 | |
| TOROSIAN TECH SERVICES INC<br>PO BOX 5123<br>PORTSMOUTH, NH 03802-5123 | Claim Number: 4880<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>amends claim 308 | |
| UNSECURED          Claimed: | $37,267.13          Scheduled: | $47,033.53 |
| TOROSIAN TECH SERVICES, INC.<br>P.O. BOX 5123<br>PORTSMOUTH, NH 03802 | Claim Number: 308<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | |
| UNSECURED          Claimed: | $43,573.08 | |
| TORRES, ALEK J<br>345 S. SIESTA AVE.<br>LA PUENTE, CA 91746 | Claim Number: 9544<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | |
| PRIORITY          Claimed: | $10,950.00 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TORRES, BERNARDO<br>217 EDISON GLEN TERRACE<br>EDISON, NJ 08837 | Claim Number: 7134<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | |
|---|---|---|---|---|

| TORSPEC INTERNATIONAL INC<br>650 HARDWICK RD<br>BOLTON, ON L7E 5R5<br>CANADA | Claim Number: 8465-01<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $830.00 | | |
|---|---|---|---|---|

| TORSPEC INTERNATIONAL INC<br>650 HARDWICK RD<br>BOLTON, ON L7E 5R5<br>CANADA | Claim Number: 8465-02<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $261.14 | Scheduled: | $830.00 |
|---|---|---|---|---|

| TORSPEC INTERNATIONAL INC<br>650 HARDWICK RD<br>ATTN: RHONDA MERGOI<br>BOLTON, ON L7E 5R5<br>CANADA | Claim Number: 12360<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,091.14 | | |
|---|---|---|---|---|

| TOSBEC INC<br>12 885B RUE JEAN GROU<br>MONTREAL, QC H1A 3N6<br>CANADA | Claim Number: 8322<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $767.55 | Scheduled: | $767.55 |
|---|---|---|---|---|

| TOTAL FILTRATION SERVICES<br>5775 - 12TH AVENUE EAST, SUITE 130<br>SHAKOPEE, MN 55379 | Claim Number: 6624<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $459.72 | Scheduled: | $459.72 |
|---|---|---|---|---|

| TOTAL QUALITY LOGISTICS<br>1701 EDDISON DRIVER<br>MILFORD, OH 45150 | Claim Number: 4899<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $12,464.00 | Scheduled: | $12,464.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| TOUFAS, JOHN<br>133 SHERIDAN AVE<br>MEDFORD, MA 02155 | Claim Number: 6307<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | |
|---|---|---|
| TOUGH GO LOGGING INC<br>695 LORE LAKE ROAD<br>KALISPELL, MT 59901 | Claim Number: 13471<br>Claim Date: 10/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $9,996.64 | Scheduled: | $9,996.64  UNLIQ |

---

| | | |
|---|---|---|
| TOUGHSTUFF INDUSTRIAL FLOORS INC<br>PO BOX 52<br>BEAVERTON, OR 97075 | Claim Number: 5632<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,030.00 | Scheduled: | $6,030.00 |

---

| | | |
|---|---|---|
| TOUGHSTUFF INDUSTRIAL FLOORS INC<br>PO BOX 52<br>BEAVERTON, OR 97075 | Claim Number: 5633<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,593.48 | | |

---

| | | |
|---|---|---|
| TOWER PALLET COMPANY, INC.<br>P.O. BOX 5006<br>DE PERE, WI 54115 | Claim Number: 1501<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,196.00 | Scheduled: | $20,196.00 |

---

| | | |
|---|---|---|
| TOWERS PERRIN FORSTER & CROSBY, INC.<br>DBA TOWERS PERRIN<br>1500 MARKET ST. CENTRE SQUARE EAST<br>PHILADELPHIA, PA 19102-4790 | Claim Number: 11543<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,440.49 | Scheduled: | $37,441.33 |

---

| | | |
|---|---|---|
| TOWERS PERRIN, INC.<br>ATTN: MARYBETH PIO<br>PO BOX 4615<br>POSTAL STATION A<br>TORONTO, ON M5W 5A2<br>CANADA | Claim Number: 13261<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,755.90 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

TOWN OF CARTHAGE
PO BOX 26
CARTHAGE, IN 46115

Claim Number: 5159
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $493.83 | Scheduled: | $555.73 |

TOWN OF COLLIERVILLE
500 POPLAR VIEW PKWY
COLLIERVILLE, TN 38017

Claim Number: 536
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,264.83 |
| SECURED | Claimed: | $2,264.83 |
| TOTAL | Claimed: | $2,264.83 |

TOWN OF COLLIERVILLE
500 POPLAR VIEW PKWY
COLLIERVILLE, TN 38017

Claim Number: 788
Claim Date: 02/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $254.79 | Scheduled: | $12,349.70 |

TOWN OF COLLIERVILLE
500 POPLAR VIEW PKWY
COLLIERVILLE, TN 38017

Claim Number: 2409
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,264.83 |
| SECURED | Claimed: | $2,264.83 |
| TOTAL | Claimed: | $2,264.83 |

TOWN OF COLLIERVILLE
500 POPLAR VIEW PKWY
COLLIERVILLE, TN 38017

Claim Number: 4484
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

TOWN OF COLLIERVILLE
500 POPLAR VIEW PKWY
COLLIERVILLE, TN 38017

Claim Number: 13919
Claim Date: 03/22/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,084.87 |

TOWN OF COLLIERVILLE, TN
500 POPLAR VIEW PKWY
COLLIERVILLE, TN 38017

Claim Number: 4486
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,264.83 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TOWN OF MONTVILLE<br>ATTN: THERESA FAFARD, FINANCE DIRECTOR<br>310 NORWICH NL TNPK<br>UNCASVILLE, CT 06382 | Claim Number: 5928<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 3287 (12/18/2009) |
|---|---|

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $65,861.48 | | |
| SECURED | Claimed: | $65,861.48 | | |
| UNSECURED | | | Scheduled: | $59,407.66 |
| TOTAL | Claimed: | $65,861.48 | | |

| TOWN OF PORTLAND, CT<br>WATER & SEWER DEPARTMENT<br>PO BOX 71<br>PORTLAND, CT 06480-0071 | Claim Number: 4272<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8120 (06/22/2010) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,642.85 |

| TOWN OF PORTLAND, CT WATER & SEWER DEPT.<br>P.O. BOX 71<br>PORTLAND, CT 06480-0071 | Claim Number: 13388<br>Claim Date: 10/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 4132 (01/14/2010) |
|---|---|

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,642.85 |
| SECURED | Claimed: | $3,642.85 |
| TOTAL | Claimed: | $3,642.85 |

| TOWN OF WAKEFIELD WATER DEPT<br>1 LAFAYETTE ST<br>WAKEFIELD, MA 01880 | Claim Number: 11689<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7552 (05/10/2010) |
|---|---|

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $71,013.20 | Scheduled: | $44,775.36 |

| TOWNSEND WELDING CO INC<br>815 WOBURN STREET<br>WILMINGTON, MA 01887 | Claim Number: 877<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 3287 (12/18/2009) |
|---|---|

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,280.00 |

| TOWNSEND WELDING CO INC<br>815 WOBURN STREET<br>WILMINGTON, MA 01887 | Claim Number: 3854<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>amends claim 877 |
|---|---|

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,280.00 | Scheduled: | $2,280.00 |

| TOYOTA FORKLIFTS OF ATLANTA<br>3111 E PONCE DE LEON AVE<br>SCOTTDALE, GA 30079 | Claim Number: 5742<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) |
|---|---|

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,366.29 | Scheduled: | $3,366.29 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TOYOTA MOTOR CREDIT CORPORATION / TOYOTA FINANCIAL SERVICES / LEXUS FINANCIAL SERVICES<br>19001 S. WESTERN AVENUE WF21<br>TORRANCE, CA 90501 | Claim Number: 13737<br>Claim Date: 12/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $11,404.98 |

---

| TOYOTA MOTOR CREDIT CORPORATION/ TOYOTA FINANCIAL SERVICES/ LEXUS FINANCIAL SVCS<br>19001 S. WESTERN AVENUE, WF21<br>TORRANCE, CA 90509 | Claim Number: 13792<br>Claim Date: 01/25/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 |
| UNSECURED | Claimed: | $13,939.42 |

---

| TOYOTA MOTOR CREDIT CORPORATION/TOYOTA FINANCIAL SERVICES / LEXUS FINANCIAL SERVICES<br>19001 S. WESTERN AVENUE WF21<br>TORRANCE, CA 90501 | Claim Number: 13736<br>Claim Date: 12/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $12,806.02 |

---

| TPC TRAINING SYSTEMS<br>750 LAKE-COOK ROAD STE 250<br>BUFFALO GROVE, IL 60089 | Claim Number: 6370<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $32,545.54 | Scheduled: | $32,545.54 |

---

| TR CAPITAL, LLC<br>TRANSFEROR: PCE PACIFIC INC.<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE, SUITE 302<br>EAST ROCKAWAY, NY 11518 | Claim Number: 1775<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8408 (08/18/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $29,054.95 | | |
| UNSECURED | Claimed: | $1,262.73 | Scheduled: | $31,200.20 |

---

| TR CAPITAL, LLC<br>336 ATLANTIC AVE STE 303<br>EAST ROCKAWAY, NY 11518-1124 | Claim Number: 8492<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $6,244.68 | Scheduled: | $6,244.68 |

---

| TR CAPITAL, LLC<br>TRANSFEROR: BOCKS BOARD PACKAGING<br>ATTN: TERREL ROSS<br>265 SUNRISE HIGHWAY, SUITE 42<br>ROCKVILLE CENTRE, NY 11570 | Claim Number: 9471-01<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $6,244.68 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TR CAPITAL, LLC<br>TRANSFEROR: BOCKS BOARD PACKAGING<br>ATTN: TERREL ROSS<br>265 SUNRISE HIGHWAY, SUITE 42<br>ROCKVILLE CENTRE, NY 11570 | Claim Number: 9471-02<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 2032 (09/24/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $6,244.68 | | |
|---|---|---|---|---|

| TR CAPITAL, LLC<br>TRANSFEROR: COASTAL TIMBER CO INC<br>ATTN: TERREL ROSS<br>265 SUNRISE HIGHWAY, SUITE 42<br>ROCKVILLE CENTRE, NY 11570 | Claim Number: 13640-01<br>Claim Date: 12/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 8120 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $20,408.32 | | |
|---|---|---|---|---|

| TR CAPITAL, LLC<br>TRANSFEROR: COASTAL TIMBER CO INC<br>ATTN: TERREL ROSS<br>265 SUNRISE HIGHWAY, SUITE 42<br>ROCKVILLE CENTRE, NY 11570 | Claim Number: 13640-02<br>Claim Date: 12/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3397 (12/23/2009)<br>Amends claim 4403. |
|---|---|

| ADMINISTRATIVE | Claimed: | $20,408.32 | | |
|---|---|---|---|---|

| TRAC-PRO INC<br>ATTN: JEAN-ROCK VEILLETTE<br>3 BOURGEOIS<br>LA TUQUE, QC G9X 4H5<br>CANADA | Claim Number: 8243<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET 7432 (05/04/2010) |
|---|---|

| UNSECURED | Claimed: | $4,671.65 | Scheduled: | $229,496.65 |
|---|---|---|---|---|

| TRACHTENBERG, ED<br>C/O ALFRED GORDON<br>PYLE, ROME, LICHTEN, EHRENBERG ET AL<br>PC, 18 TREMONT ST STE 500<br>BOSTON, MA 02108 | Claim Number: 11704<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8391 (08/16/2010) |
|---|---|

| UNSECURED | Claimed: | $1,100,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| TRACTOR & EQUIPMENT CO., INC.<br>5336 MESSER AIRPORT HWY<br>BIRMINGHAM, AL 35212 | Claim Number: 663<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $6,492.09 | Scheduled: | $6,407.62 |
|---|---|---|---|---|

| TRACY ALLEN COMBS<br>2466 BOIES STREET<br>SIOUX CITY, IA 51109 | Claim Number: 6718<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $350,000.00 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TRADEPAK INTERNACIONAL SA DE CV<br>AVLAZARO CARDENAS 329-6<br>GARZA GARCIA, NL 66269<br>MEXICO | Claim Number: 9092<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5047 (02/16/2010) |

| UNSECURED | Claimed: | $44,384.89 | Scheduled: | $2,161.44 |

---

| TRAGS MARKET<br>303 BALDWIN AVE<br>SAN MATEO, CA 94401 | Claim Number: 5752<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010) |

| UNSECURED | Claimed: | $367.62 | Scheduled: | $367.62 UNLIQ |

---

| TRAILER FLEET INTERNATIONAL CORP<br>PO BOX 413<br>WAYNE, PA 19087 | Claim Number: 5487<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $28,534.26 | Scheduled: | $17,596.08 |

---

| TRAINA, WILLIAM C.<br>116 TRAINA ROAD<br>JONESBORO, LA 71251 | Claim Number: 10285<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |

| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| TRANE U S INC<br>3600 PAMMEL CREEK ROAD<br>LA CROSSE, WI 54601 | Claim Number: 4797-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8117 (06/22/2010) |

| SECURED | Claimed: | $73,512.05 | | |
| UNSECURED | | | Scheduled: | $33,401.94 |

---

| TRANE U S INC<br>3600 PAMMEL CREEK ROAD<br>LA CROSSE, WI 54601 | Claim Number: 4797-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET 8117 (06/22/2010) |

| UNSECURED | Claimed: | $6,866.11 | Scheduled: | $7,116.56 |

---

| TRANE US, INC<br>3600 PAMMEL CREEK RD.<br>LA CROSSE, WI 54601 | Claim Number: 3543<br>Claim Date: 06/29/2009<br>Debtor: CALPINE CORRUGATED, LLC |

| UNSECURED | Claimed: | $2,390.33 | Scheduled: | $2,390.33 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TRANE US, INC.<br>C/O WAGNER, FALCONER & JUDD, LTD.<br>1700 IDS CENTER<br>80 SOUTH EIGTH STREET<br>MINNEAPOLIS, MN 55402 | Claim Number: 2162<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| SECURED | Claimed: | $76,171.14 | | |
|---|---|---|---|---|

| TRANS CARRIERS INC<br>5135 HWY 78<br>MEMPHIS, TN 38118 | Claim Number: 4878<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $3,951.01 | Scheduled: | $2,699.38 |
|---|---|---|---|---|

| TRANS DYNAMICS INC<br>EULER HERMES ACI<br>AGENT OF TRANS DYNAMICS INC<br>800 RED BROOK BOULEVARD<br>OWINGS MILLS, MD 21117 | Claim Number: 789<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,877.89 | | |
|---|---|---|---|---|

| TRANS DYNAMICS INC<br>PO BOX 956968<br>DULUTH, GA 30095 | Claim Number: 5412<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $5,642.44 | Scheduled: | $5,761.44 |
|---|---|---|---|---|

| TRANS DYNAMICS, INC.<br>4275 SHACKLEFORD RD # 120<br>NORCROSS, GA 30093 | Claim Number: 3259<br>Claim Date: 06/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $5,642.44 | | |
|---|---|---|---|---|

| TRANS-ANALYSTE INC.<br>3925 GERMAIN<br>TERREBONNE, QC J6X-2N3<br>CANADA | Claim Number: 12745<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010) |
|---|---|

| UNSECURED | Claimed: | $68,417.39 | Scheduled: | $45,234.21 |
|---|---|---|---|---|

| TRANSERV LLC<br>95 LEGGETT ST<br>EAST HARTFORD, CT 06108 | Claim Number: 7968<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,440.00 | Scheduled: | $1,440.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

TRANSFOBEC MAURICIE 9141-2189 QUEBEC INC
752 RUE SAINT ANTOINE
LA TUQUE, QC G9X 2Z4
CANADA

Claim Number: 12772
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $7,659.59 | Scheduled: | $7,659.59 |
|---|---|---|---|---|

TRANSFOBEC MAURICIE 9141-2189 QUEBEC INC
ATTN: NICOLAS POTVIN
752 RUE SAINT ANTOINE
LA TUQUE, QC G9X 2Z4
CANADA

Claim Number: 12773
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $7,659.59 | | |
|---|---|---|---|---|

TRANSP. GUY-PAUL DUROCHER
ATTN: JEAN-YVES DUROCHER
125 RANG SUD
PROULXVILLE, QC G0X 2B0
CANADA

Claim Number: 8522
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 5769 (03/11/2010)

| UNSECURED | Claimed: | $63,566.00 | Scheduled: | $53,345.51 |
|---|---|---|---|---|

TRANSPHASE TECHNOLOGY LTD
578 ARTISAN LANE BOX AL 16
BOWEN ISLAND, BC V0N 1G0
CANADA

Claim Number: 10001
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 7554 (05/10/2010)

| UNSECURED | Claimed: | $22,020.15 | | |
|---|---|---|---|---|

TRANSPLACE TEXAS
509 ENTERPRISE DRIVE
LOWELL, AR 72745

Claim Number: 2252
Claim Date: 04/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $3,459.36 | | |
|---|---|---|---|---|

TRANSPLACE TEXAS
509 ENTERPRISE DR.
LOWELL, AR 72745

Claim Number: 3225
Claim Date: 06/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,533.63 | Scheduled: | $9,178.60 |
|---|---|---|---|---|

TRANSPO SERVICE, LIMITED
D/B/A TRANSPO TRUCKING SERVICES, LTD
ATTN: MIKE HITE
11901 CARTWRIGHT AVENUE
GRANDVIEW, MO 64030

Claim Number: 1044
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $4,175.00 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TRANSPO SERVICE, LIMITED<br>D/B/A TRANSPO TRUCKING SERVICES, LTD<br>11901 CARTWRIGHT AVENUE<br>ATTN: MIKE HITE<br>GRANDVIEW, MO 64030 | Claim Number: 1307<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $4,175.00 | | |
|---|---|---|---|---|

| TRANSPORT BAIE-COMEAU INC<br>ATTN: JEAN-PIERRE FOURNIER<br>62 WILLIAM-DOBELL<br>BAIE-COMEAU, QC G4Z 1T7<br>CANADA | Claim Number: 8482<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $9,049.96 | | |
|---|---|---|---|---|

| TRANSPORT BERNIERES<br>1721 AR DECARY<br>QUEBEC, QC G1N 3Z7<br>CANADA | Claim Number: 8766<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $18,609.91 | | |
|---|---|---|---|---|

| TRANSPORT BERNIERES INC.<br>1721 A.R. DECARY<br>ATTN: KARL MCLELLAN<br>QUEBEC, QC G1N 3Z7<br>CANADA | Claim Number: 8652<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $18,609.91 | Scheduled: | $2,867.94 |
|---|---|---|---|---|

| TRANSPORT CORPORATION OF AMERICA<br>1715 YANKEE DOODLE ROAD<br>EAGAN, MN 55121 | Claim Number: 1459<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $40,867.61 | | |
|---|---|---|---|---|

| TRANSPORT DES SAULTS INC<br>485 RUE PRINCIPALE<br>STE - BRIGITTE - DES - SAULTS<br>ATTN: DENIS DESROSIENS<br>QUEBEC, QC J0C 1E0<br>CANADA | Claim Number: 8676<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| PRIORITY | Claimed: | $15,215.56 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $15,028.84 |

| TRANSPORT DISTRIBUTION CO<br>PO BOX 306<br>JOPLIN, MO 64802 | Claim Number: 6078<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $86,013.34 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| TRANSPORT DISTRIBUTION CO<br>PO BOX 306<br>JOPLIN, MO 64802 | | Claim Number: 6107<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $86,013.34 | Scheduled: | $130,643.42 |
| TRANSPORT ET ENT. PARADIS INC<br>1300, AVENUE LE NEUF<br>BECANCOUR, QC G9H 2E4<br>CANADA | | Claim Number: 8296<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $124,718.71 | Scheduled: | $123,197.32 |
| TRANSPORT GUILBAULT ATLANTIC INC<br>435 FARADAY<br>QUEBEC, QC G1N 4G6<br>CANADA | | Claim Number: 8297<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $3,235.08 | | |
| TRANSPORT GUILBAULT INC<br>435 RUE FARADAY<br>QUEBEC, QC G1N 4G6<br>CANADA | | Claim Number: 8295<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $7,612.87 | Scheduled: | $12,083.91 |
| TRANSPORT GUILBAULT INC<br>435 FARADAY<br>QUEBEC, QC G1N 4G6<br>CANADA | | Claim Number: 8306<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $467.62 | Scheduled: | $408.31 |
| TRANSPORT IDEAL INC<br>ATTN: SOPHIE COTE<br>277 RUE ST-PAUL<br>QUEBEC CITY, QC G1K 3W6<br>CANADA | | Claim Number: 13140<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $1,196.02 | | |
| TRANSPORT INTERNATIONAL POOL, INC.<br>STACY LEUTZE<br>530 E. SWEDESFORD ROAD<br>WAYNE, PA 19087 | | Claim Number: 11156<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $11,960.39 | Scheduled: | $12,471.75 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

TRANSPORT INTERNATIONAL POOL, INC.
STACY LEUTZE
530 E. SWEDESFORD ROAD
WAYNE, PA 19087

Claim Number: 11169
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8408 (08/18/2010)

| UNSECURED | Claimed: | $1,587.80 | | |
|---|---|---|---|---|

---

TRANSPORT INTERNATIONAL POOL, INC.
STACY LEUTZE
530 E. SWEDESFORD ROAD
WAYNE, PA 19087

Claim Number: 11170
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8193 (07/06/2010)

| UNSECURED | Claimed: | $5,346.33 | | |
|---|---|---|---|---|

---

TRANSPORT INTERNATIONAL POOL, INC.
STACY LEUTZE
530 E. SWEDESFORD ROAD
WAYNE, PA 19087

Claim Number: 11171
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $9,220.81 | Scheduled: | $7,510.22 |
|---|---|---|---|---|

---

TRANSPORT INTERNATIONAL POOL, INC.
STACY LEUTZE
530 E. SWEDESFORD ROAD
WAYNE, PA 19087

Claim Number: 11175
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8193 (07/06/2010)

| UNSECURED | Claimed: | $822.00 | | |
|---|---|---|---|---|

---

TRANSPORT INTERNATIONAL POOL, INC.
STACY LEUTZE
530 E. SWEDESFORD ROAD
WAYNE, PA 19087

Claim Number: 11559
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8396 (08/17/2010)

| UNSECURED | Claimed: | $10,624.21 | | |
|---|---|---|---|---|

---

TRANSPORT INTERNATIONAL POOL, INC.
DILWORTH PAXSON LLP
C/O MARTIN J. WEIS, ONE CUSTOMS HOUSE -
STE 500, 704 KING ST., P.O. BOX 1031
WILMINGTON, DE 19801

Claim Number: 14100
Claim Date: 08/11/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 8717 (11/05/2010)

| ADMINISTRATIVE | Claimed: | $46,193.21 | | |
|---|---|---|---|---|

---

TRANSPORT J.M. GIGNAC INC
1437 A BOUL. DUCHARME
LA TUQUE, QC G9X 4R7
CANADA

Claim Number: 2923
Claim Date: 05/14/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
72,037.82 CDN

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $58,456.31 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TRANSPORT RICHARD CHAREST INC<br>3339 RUE DANDURAND<br>ATTN: REJEAN BOUCHARD<br>MONTREAL, QC H1X 1M7<br>CANADA | Claim Number: 8665<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $125,401.62 | | |
|---|---|---|---|---|

| TRANSPORT ROUTIER JEAN FRANCOIS<br>1596 RUE LUC<br>ST MICHEL, QC J0L 2J0<br>CANADA | Claim Number: 8933<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $43,461.02 | Scheduled: | $43,778.98 |
|---|---|---|---|---|

| TRANSPORT ROUTIER JEAN-FRANCOIS MILLETTE<br>INC.<br>1596 RUE LUC<br>ST. MICHEL, QC J0L 2J0<br>CANADA | Claim Number: 8932<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $43,461.02 | | |
|---|---|---|---|---|

| TRANSPORT SERVITANK INC<br>3450 BOUL GENE H KRUGER<br>TROIS RIVIERES, QC G9A 5G1<br>CANADA | Claim Number: 6857<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $338,729.52 | Scheduled: | $338,729.52 |
|---|---|---|---|---|

| TRANSPORT SYLVESTER & FORGET INC.<br>320 ROUTE 201<br>ST-STANISVAS-DE- KOSTKA, QC J0S 1W0<br>CANADA | Claim Number: 8913<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $39,144.52 | Scheduled: | $50,758.91 |
|---|---|---|---|---|

| TRANSPORT TERMINAL SERVICES INC.<br>101 CLAIREVILLE DRIVE<br>ETOBICOKE, ON M9W 6K9<br>CANADA | Claim Number: 6377-01<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $7,778.05 | Scheduled: | $7,061.06 |
|---|---|---|---|---|

| TRANSPORT TERMINAL SERVICES INC.<br>101 CLAIREVILLE DRIVE<br>ETOBICOKE, ON M9W 6K9<br>CANADA | Claim Number: 6377-02<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $6,088.53 | Scheduled: | $6,039.47 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| TRANSPORT TFI 1, S.E.C.<br>J.C. GERMAIN<br>1200, PERE DANIEL<br>TROIS-RIVIERES, QC G9A 5R6<br>CANADA | | Claim Number: 3245<br>Claim Date: 06/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>Claim for 194,353.73 Canadian Dollars. | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| TRANSPORTATION SOLUTIONS GROUP, LLC<br>400 N NOBLE ST. SUITE 210<br>CHICAGO, IL 60622 | | Claim Number: 1569<br>Claim Date: 03/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $62,899.87 | Scheduled: | $67,843.87 |
| TRANSX GROUP OF COMPANIES<br>2595 INKSTER BLVD<br>WINNIPEG, MB R3C 2E6<br>CANADA | | Claim Number: 1760<br>Claim Date: 03/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8909 (01/25/2011) | | |
| UNSECURED | Claimed: | $8,453.01 | | |
| TRANSX LTD<br>PO BX 36 GRP 200 RR2<br>WINNIPEG, MB R3C 2E6<br>CANADA | | Claim Number: 12455<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $2,706.03 |
| TRANSX LTD.<br>2595 INKSTER BLVD<br>ATTN: LEIGH ANN LESAGE<br>WINNIPEG, MB R3C 2E6<br>CANADA | | Claim Number: 8817<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $7,119.15 | | |
| TRANZACT TECHNOLOGIES INC<br>360 W  BUTTERFIELD RD STE 400<br>ELMHURST, IL 60126 | | Claim Number: 4525<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $929.19 | Scheduled: | $929.19 |
| TRANZONIC COMPANIES<br>26301 CURTISS WRIGHT PKWY<br>RICHMOND HTS, OH 44143 | | Claim Number: 9572<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $350.92 | Scheduled: | $331.05 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | |
|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, ET AL.<br>ROBERT L. SCANLON<br>ONE TOWER SQUARE, S202A<br>HARTFORD, CT 06183 | Claim Number: 889<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |

UNSECURED          Claimed:          $8,004,108.00    UNLIQ CONT

| | |
|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, ET AL.<br>ROBERT L. SCANLON<br>ONE TOWER SQUARE, S202A<br>HARTFORD, CT 06183 | Claim Number: 890<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |

UNSECURED          Claimed:          $8,004,108.00    UNLIQ CONT

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY & ET-AL, THE<br>ATTN: CAROL PINKSTON<br>THE TRAVELERS<br>ONE TOWER SQUARE, 8FP<br>HARTFORD, CT 06183 | Claim Number: 11557<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9149 (11/22/2011) |

UNSECURED          Claimed:          $0.00    UNLIQ

| | |
|---|---|
| TRAVER ELECTRIC MOTOR CO INC<br>151 HOMER ST<br>WATERBURY, CT 06704 | Claim Number: 4624<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

UNSECURED          Claimed:          $11,722.00          Scheduled:          $9,989.15

| | |
|---|---|
| TRAVIS PETERSON ENVIRONMENTAL  INC<br>329 2ND STREET<br>FAIRBANKS, AK 99701 | Claim Number: 7225<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

UNSECURED          Claimed:          $800.00          Scheduled:          $800.00

| | |
|---|---|
| TRAVIS, RONALD W<br>P. O. BOX 2311<br>EAST BREWTON, AL 36427 | Claim Number: 6980<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |

UNSECURED          Claimed:          $0.00    UNDET

| | |
|---|---|
| TRAVIS/PETERSON ENVIRONMENTAL CONSULTING INC<br>329 SECOND STREET<br>FAIRBANKS, AK 99701 | Claim Number: 714<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

UNSECURED          Claimed:          $800.00

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TRAYLOR GROUP INC<br>260 DILBECK ROAD<br>RAINSVILLE, AL 35986 | | Claim Number: 5821-01<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $102,359.35 |
| TRAYLOR GROUP INC<br>260 DILBECK ROAD<br>RAINSVILLE, AL 35986 | | Claim Number: 5821-02<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| UNSECURED | Claimed: | $80,537.22 |
| TRC ENTERPRISES<br>308 S. GREEN VALLEY DR<br>NAPERVILLE, IL 60540 | | Claim Number: 2148<br>Claim Date: 04/13/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $2,395.94 |
| TRC OPTIMUM FUND LLC<br>TRANSFEROR: SEMMATERIALS, LP<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE, SUITE 302<br>EAST ROCKAWAY, NY 11518 | | Claim Number: 2253-01<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010) |
| UNSECURED | Claimed: | $703.20 |
| TRC OPTIMUM FUND LLC<br>TRANSFEROR: SEMMATERIALS, LP<br>ATTN: TERREL ROSS<br>366 ATLANTIC AVE, SUITE 302<br>EAST ROCKAWAY, NY 11518 | | Claim Number: 2253-02<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) |
| ADMINISTRATIVE | Claimed: | $288,674.31 |
| TRC OPTIMUM FUND LLC<br>TRANSFEROR: NORTHSTAR PULP & PAPER CO.,<br>ATTN: TERREL ROSS<br>265 SUNRISE HIGHWAY, SUITE 42<br>ROCKVILLE CENTRE, NY 11570 | | Claim Number: 2659-01<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $950.57   UNLIQ |
| TRC OPTIMUM FUND LLC<br>TRANSFEROR: NORTHSTAR PULP & PAPER CO.,<br>ATTN: TERREL ROSS<br>265 SUNRISE HIGHWAY, SUITE 42<br>ROCKVILLE CENTRE, NY 11570 | | Claim Number: 2659-02<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) |
| ADMINISTRATIVE | Claimed: | $27,500.68   UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| TRC OPTIMUM FUND LLC<br>TRANSFEROR: TAYLOR-MADE LABELS, INC.<br>ATTN: TERREL ROSS<br>265 SUNRISE HIGHWAY, SUITE 42<br>ROCKVILLE CENTRE, NY 11570 | Claim Number: 6283<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2032 (09/24/2009) | |

| ADMINISTRATIVE | Claimed: | $10,118.69 | | |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| TRC OPTIMUM FUND LLC<br>TRANSFEROR: KELLER LUMBER & LOGGING INC<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE, SUITE 302<br>EAST ROCKAWAY, NY 11518 | Claim Number: 8006<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1974 (09/18/2009) | |

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $85,424.17 | Scheduled: | $171,388.35 UNLIQ |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| TREADWAY, DIXIE S<br>607 LAKE SHORE DR.<br>LEESBURG, FL 34748 | Claim Number: 4709<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | |

| PRIORITY | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| TREADWAY, EDDIE W.<br>P.O. BOX 454<br>JONESBORO, LA 71251 | Claim Number: 10286<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | |

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| TREADWAY, WOODROW LYNN<br>505 FIFTH STREET<br>JONESBORO, LA 71251 | Claim Number: 10287<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| TREADWELL, MICHAEL D<br>515 LUTHER ROAD<br>HIGHLAND SPRINGS, VA 23075 | Claim Number: 11679<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | |

| PRIORITY | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

---

| | | |
|---|---|---|
| TREASURER MICHELLE DARNER<br>349 MAIN STREET<br>COSHOCTON, OH 43812 | Claim Number: 9692<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 3287 (12/18/2009) | |

| PRIORITY | Claimed: | $83,215.58 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $83,215.58 | Scheduled: | $41,607.79 |
| TOTAL | Claimed: | $83,215.58 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TREASURER'S OFFICE, UNCLAIMED PROPERTY DIV<br>341 SOUTH MAIN ST., 5TH FLOOR<br>SALT LAKE CITY, UT 84111 | Claim Number: 5823<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ |

---

| TREEN GLOVES & SAFETY PRODUCTS LTD.<br>704 ALEXANDER STREET<br>VANCOUVER, BC U6A 1E3<br>CANADA | Claim Number: 12582<br>Claim Date: 07/13/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD. | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $138.90 | Scheduled: | $127.56 |

---

| TREMBLAY, CAROL<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | Claim Number: 12965<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | |
| UNSECURED | Claimed: | $121,906.92 | Scheduled: | $64,510.86 |

---

| TREY MAXWELL TRUCKING LLC<br>PO BOX 537<br>SAREPTA, LA 71071-0537 | Claim Number: 6553<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,924.64 | Scheduled: | $11,849.28  UNLIQ |

---

| TRI STATE COMPRESSED AIR SYSTEM INC<br>1608 EISENHOWER DRIVE SOUTH<br>GOSHEN, IN 46526 | Claim Number: 3689<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,125.29 | Scheduled: | $1,125.29 |

---

| TRI STATE CONTRACTRS OF FLORIDA INC<br>PO BOX 26308<br>JACKSONVILLE, FL 32218 | Claim Number: 8513<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,475.00 | Scheduled: | $17,475.00 |

---

| TRI-CITY ECONOMIC DEVELOPMENT CORP.<br>DBA TRI-CED COMMUNITY RECYCLING<br>ATTN: GREGORY SANBORN, G.M./CONTROLLER<br>33377 WESTERN AVENUE<br>UNION CITY, CA 94587 | Claim Number: 2234<br>Claim Date: 04/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,620.50 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| TRI-K SUPPLIES<br>2259 BELL ROAD<br>MINOOKA, IL 60447 | | Claim Number: 2809<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $5,806.29 | | |
| TRI-STATE CONTRACTORS OF FLORIDA, INC.<br>PO BOX 26308<br>JACKSONVILLE, FL 32226 | | Claim Number: 12391<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $17,475.00 | | |
| TRIAD ELECTRIC LTD<br>ATTN: GLENN CARUK OR ELEANOR MCALLISTER<br>15371 - 117 AVE<br>EDMONTON, AB T5M 3X4<br>CANADA | | Claim Number: 13182<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010) | | |
| UNSECURED | Claimed: | $18,512.73 | | |
| TRIAD ELECTRIC LTD<br>15371  117 AVENUE<br>EDMONTON, AB T5M 3X4<br>CANADA | | Claim Number: 13183<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>22,595.79 CDN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $18,294.75 |
| TRIAD ELECTRIC LTD<br>ATTN: GLENN CARUK OR ELEANOR MCALLISTER<br>15371 - 117 AVE<br>EDMONTON, AB T5M 3X4<br>CANADA | | Claim Number: 13186<br>Claim Date: 08/21/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: EXPUNGED<br>DOCKET: 8758 (11/15/2010) | | |
| UNSECURED | Claimed: | $612.50 | | |
| TRIAD ELECTRIC LTD.<br>15371 - 117 AVENUE<br>EDMONTON, AB T5M 3X4<br>CANADA | | Claim Number: 13185<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>747.60 CDN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $599.04 |
| TRIANGLE DIES AND SUPPLIES INC.<br>1436 LOUIS BORK DRIVE<br>BATAVIA, IL 60510 | | Claim Number: 852<br>Claim Date: 02/26/2009<br>Debtor: CAMEO CONTAINER CORPORATION | | |
| UNSECURED | Claimed: | $82,814.04 | Scheduled: | $76,894.85 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TRIDENT SUPPLY CO., INC.<br>1180 N. LANE AVENUE<br>JACKSONVILLE, FL 32254 | Claim Number: 212<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $2,151.66 | Scheduled: | $1,984.93 |
|---|---|---|---|---|

| TRIEST, INC.<br>PO BOX 33190<br>ATTN: ACCOUNTS RECEIVABLE<br>RALEIGH, NC 27636 | Claim Number: 1991<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $204.00 |
|---|---|---|

| TRILOGY LEASING CO LLC<br>PO BOX 574<br>CRANBURY, NJ 08512 | Claim Number: 10563<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8119 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $38,361.55   UNDET | Scheduled: | $28,402.28 |
|---|---|---|---|---|

| TRILOGY LEASING CO., (COPIER LEASES)<br>PO BOX 574<br>CRANBURY, NJ 08512 | Claim Number: 10562<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| TRILOGY LEASING CO., LLC<br>PO BOX 574<br>CRANBURY, NJ 08512 | Claim Number: 10561<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| TRINITY CONSULTANTS HOLDINGS, INC<br>DBA TRINITY CONSULTANTS, INC<br>12770 MERIT DRIVE, SUITE 900<br>DALLAS, TX 75251 | Claim Number: 1002<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $1,057.50 | Scheduled: | $1,057.50 |
|---|---|---|---|---|

| TRINITY EPISCOPAL CHURCH<br>844 W FOURTH ST<br>WILLIAMSPORT, PA 17701 | Claim Number: 6319<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,043.00 | Scheduled: | $1,043.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TRINITY HEATING & AIR CONDITIONING CO.<br>PO BOX 240785<br>ELECTRIC, AL 36024 | | Claim Number: 3927<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,053.58 | Scheduled: | $3,053.58 |

| TRINOVA INC<br>PO BOX 2806<br>MOBILE, AL 36601 | | Claim Number: 12293<br>Claim Date: 09/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|---|
| UNSECURED | Claimed: | $6,665.77 |

| TRINOVA, INC.<br>PO BOX 2806<br>MOBILE, AL 36601 | | Claim Number: 13493<br>Claim Date: 09/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,665.77 |
| UNSECURED | Claimed: | $6,665.77 |
| TOTAL | Claimed: | $6,665.77 |

| TRIPLE A. CONTAINERS, INC.<br>16069 SHOEMAKER AVENUE<br>CERRITOS, CA 90703 | | Claim Number: 3288<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $46,431.88 | Scheduled: | $46,431.88 |

| TRIPLE B TRUCKING<br>57978 WRIGHT RD<br>BARNESVILLE, OH 43713 | | Claim Number: 10610<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,390.03 | Scheduled: | $28,780.05 UNLIQ |

| TRIPLE CROWN SERVICES<br>PO BOX 10221<br>FORT WAYNE, IN 46851-0221 | | Claim Number: 9991<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|---|
| UNSECURED | Claimed: | $230,949.40 |

| TRIPLE H SPECIALTY CO INC<br>PO BOX 818<br>HAZLEHURST, GA 31539 | | Claim Number: 5875-01<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $988.08 | | |
| UNSECURED | | | Scheduled: | $19,815.34 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TRIPLE H SPECIALTY CO INC<br>PO BOX 818<br>HAZLEHURST, GA 31539 | | Claim Number: 5875-02<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,869.56 | | |

| TRIPLE J LOGGING<br>PO BOX 1172<br>CONDON, MT 59826 | | Claim Number: 13250<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,936.46 | Scheduled: | $8,936.46 |

| TRIPLE J LOGGING INC<br>664 JOHN JONES ROAD<br>SUMMERVILLE, GA 30747 | | Claim Number: 4456<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,559.69 | Scheduled: | $39,119.38 UNLIQ |

| TRIPLE J LOGGING INC<br>664 JOHN JONES ROAD<br>SUMMERVILLE, GA 30747 | | Claim Number: 4457<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $39,119.38 | | |

| TRIPLE J LOGGING, INC.<br>ATTN: JAMES WEBB<br>PO BOX 1172<br>CONDON, MT 59826 | | Claim Number: 13249<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $3,936.46 | | |
| UNSECURED | Claimed: | $3,936.46 | | |
| TOTAL | Claimed: | $3,936.46 | | |

| TRIPLE J. LOGGING<br>664 JOHN JONES ROAD<br>SUMMERVILLE, GA 30747 | | Claim Number: 946<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $39,119.38 | | |

| TRIPLE OAK LAND AND TIMBER INC<br>1634 KILLDEER ROAD<br>ROCHELLE, GA 31079 | | Claim Number: 7590<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,329.50 | Scheduled: | $10,659.00 UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TRIPLE S STEEL<br>PO BOX 21119<br>HOUSTON, TX 77226 | | Claim Number: 6523<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,276.15 | Scheduled: | $1,547.00 |

| TRITZ PALLET INC<br>PO BOX 6<br>LE MARS, IA 51031 | | Claim Number: 7475<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 2343 (10/20/2009) |
|---|---|---|
| UNSECURED | Claimed: | $75,966.50 |

| TRODELLA, MARIANNINA<br>56 PARIS ST.<br>EVERETT, MA 02149 | | Claim Number: 5987<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| TROIA, SALVATORE A<br>5624 AVENUE N<br>BROOKLYN, NY 11234 | | Claim Number: 6917<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

| TROIANI, PETER J<br>433 SOUTH ST<br>PHOENIXVILLE, PA 19460 | | Claim Number: 11172<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

| TROJAN LABOR<br>1111 LOCHSHYRE WAY<br>LAWRENCEVILLE, GA 30043 | | Claim Number: 1409<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|---|
| UNSECURED | Claimed: | $13,358.70 |

| TROSCLAIR, ROBERT MATTHEW SR.<br>P.O. BOX 164<br>JONESBORO, LA 71251 | | Claim Number: 10288<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TROY RUBBER ENGRAVING CO.<br>P.O. BOX 556<br>WEST PATERSON, NJ 07424 | | Claim Number: 3186<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |
| TRS FIELDBUS SYSTEMS INC<br>PO BOX 4210<br>TROY, MI 48099 | | Claim Number: 12423<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $871.80 | Scheduled: | $871.80 |
| TRS FIELDBUS SYSTEMS INC.<br>666 BALDWIN CT<br>BIRMINGHAM, MI 48009 | | Claim Number: 8714<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>Claim out of balance | | |
| ADMINISTRATIVE | Claimed: | $846.00 | | |
| UNSECURED | Claimed: | $871.80 | | |
| TOTAL | Claimed: | $871.80 | | |
| TRUCK SERVICE, INC.<br>3140 W. MORRIS STREET<br>INDIANAPOLIS, IN 46241 | | Claim Number: 6706<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $613.70 | Scheduled: | $604.63 |
| TRUELINE VALVE CORP.<br>ATTN: EILEEN WILLS<br>20201 CLARK GRAHAM<br>COIE D'URFE, QC H9X 3I5<br>CANADA | | Claim Number: 12647-01<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $6,351.30 | Scheduled: | $7,772.43 |
| TRUELINE VALVE CORP.<br>ATTN: EILEEN WILLS<br>20201 CLARK GRAHAM<br>COIE D'URFE, QC H9X 3I5<br>CANADA | | Claim Number: 12647-02<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 2813 (11/18/2009) | | |
| ADMINISTRATIVE | Claimed: | $1,421.13 | | |
| TRUMBALL BOTTLED WATER DBA CULLIGAN<br>BOTTLED WATER<br>P.O. BOX 35339<br>PANAMA CITY, FL 32412 | | Claim Number: 8918<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8093 (06/21/2010) | | |
| SECURED | Claimed: | $496.00 | | |
| UNSECURED | Claimed: | $919.16 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| TRUMBULL BOTTLED WATER | Claim Number: 8919 |
|---|---|
| DBA CULLIGAN BOTTLED WATER | Claim Date: 08/05/2009 |
| JAY TRUMBULL | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| P.O. BOX 35339 | Comments: EXPUNGED |
| PANAMA CITY, FL 32412 | DOCKET: 8093 (06/21/2010) |

| SECURED | Claimed: | $276.00 |
|---|---|---|
| UNSECURED | Claimed: | $220.25 |

---

| TRUMBULL BOTTLED WATER | Claim Number: 8920 |
|---|---|
| DBA CULLIGAN BOTTLED WATER | Claim Date: 08/05/2009 |
| JAY TRUMBULL | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| P.O. BOX 35339 | Comments: EXPUNGED |
| PANAMA CITY, FL 32412 | DOCKET: 8093 (06/21/2010) |

| SECURED | Claimed: | $140.00 |
|---|---|---|
| UNSECURED | Claimed: | $152.65 |

---

| TRUMBULL BOTTLED WATER | Claim Number: 8921 |
|---|---|
| DBA CULLIGAN BOTTLED WATER | Claim Date: 08/05/2009 |
| JAY TRUMBULL | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| P.O. BOX 35339 | Comments: EXPUNGED |
| PANAMA CITY, FL 32412 | DOCKET: 8093 (06/21/2010) |

| SECURED | Claimed: | $645.30 |
|---|---|---|
| UNSECURED | Claimed: | $154.23 |

---

| TRUMBULL BOTTLED WATER | Claim Number: 8922 |
|---|---|
| DBA CULLIGAN BOTTLED WATER | Claim Date: 08/05/2009 |
| JAY TRUMBULL | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| P.O. BOX 35339 | Comments: EXPUNGED |
| PANAMA CITY, FL 32412 | DOCKET: 8093 (06/21/2010) |

| SECURED | Claimed: | $524.00 |
|---|---|---|
| UNSECURED | Claimed: | $298.50 |

---

| TRUMBULL BOTTLED WATER | Claim Number: 8923 |
|---|---|
| DBA CULLIGAN BOTTLED WATER | Claim Date: 08/05/2009 |
| JAY TRUMBULL | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| P.O. BOX 35339 | Comments: EXPUNGED |
| PANAMA CITY, FL 32412 | DOCKET: 8093 (06/21/2010) |

| SECURED | Claimed: | $177.00 |
|---|---|---|
| UNSECURED | Claimed: | $684.93 |

---

| TRUMBULL BOTTLED WATER | Claim Number: 8924 |
|---|---|
| DBA CULLIGAN BOTTLED WATER | Claim Date: 08/05/2009 |
| JAY TRUMBULL | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| P.O. BOX 35339 | Comments: EXPUNGED |
| PANAMA CITY, FL 32412 | DOCKET: 8093 (06/21/2010) |

| SECURED | Claimed: | $124.00 |
|---|---|---|
| UNSECURED | Claimed: | $785.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

TRUST KREDIET BEHEER B.V.
POSTBUS 117
AMSTERDAM, 1000 AC
NETHERLANDS

Claim Number: 3084
Claim Date: 04/22/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,762.67 | | |

---

TSRC INC
PO BOX 1810
ASHLAND, VA 23005

Claim Number: 5410
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,178.45 | Scheduled: | $21,300.18 |

---

TT MULLINS
250 OUTER DRIVE
OAK RIDGE, TN 37830

Claim Number: 3885
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $480.00 | | |

---

TUCKER, BETTY J
6643 WASHINGTON CIRCLE
FRANKLIN, OH 45005

Claim Number: 5175
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |

---

TUCKER, THADDEUS T
717 FLEMING ST.
WILSON, NC 27893

Claim Number: 4668
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,150.00 | | |

---

TUCKER, THADDEUS T.
717 FLEMING ST.
WILSON, NC 27893

Claim Number: 8396
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,150.00 | | |

---

TUCSON CONTAINER CORPORATION
6601 S. PALO VERDE ROAD
TUCSON, AZ 85756

Claim Number: 2647
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,735.77 | Scheduled: | $23,735.77 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| TULARE COUNTY TAX COLLECTOR<br>ATTN: MELISSA QUINN<br>221 S. MOONEY BLVD ROOM 104-E<br>VISALIA, CA 93291-4593 | | Claim Number: 6620<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |

| | | |
|---|---|---|
| SECURED | Claimed: | $11,139.47 |

| | | |
|---|---|---|
| TULSA COUNTY TREASURER<br>J. DENNIS SEMLER<br>500 S DENVER<br>TULSA, OK 74103 | | Claim Number: 2684<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $16,254.15 |

| | | |
|---|---|---|
| TUNSTALL, BEVERLY A<br>P.O. BOX 326<br>REPTON, AL 36475 | | Claim Number: 12096<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| TUPELO WATER & LIGHT DEPT<br>P.O. BOX 588<br>TUPELO, MS 38802-0588 | | Claim Number: 5961<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,401.51 |
| UNSECURED | Claimed: | $3,401.51 |
| TOTAL | Claimed: | $3,401.51 |

| | | |
|---|---|---|
| TUREK, JOHN R<br>218 VALLEY VIEW ST SW<br>NEW PRAGUE, MN 56071 | | Claim Number: 11598<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| TURFCARE AND SPECIALITY PRODUCTS IN<br>5450 HOLIDAY AVENUE<br>BILLINGS, MT 59101-6310 | | Claim Number: 4722<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,479.51 | Scheduled: | $3,505.85 |

| | | |
|---|---|---|
| TURNAGE, JAMES<br>C/O JAMES E. SORENSON, ESQ.<br>WILLIAMS, GAUTIER, GWYNN, DELOACH &<br>SORENSON P.A. PO BOX 4128<br>TALLAHASSEE, FL 32315 | | Claim Number: 10751<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $87,954.23 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

TURNBULL SPECIALTIES LTD.
PO BOX 303
COWANSVILLE, QC J2K 3S7
CANADA

Claim Number: 13490
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,984.16 | | |
| UNSECURED | Claimed: | $5,984.16 | Scheduled: | $6,675.08 |
| TOTAL | Claimed: | $5,984.16 | | |

---

TURNER FORESTRY OPERATIONS LLC
891 KENTS MILL ROAD
LOUISA, VA 23093

Claim Number: 14006
Claim Date: 04/26/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $24,537.47 |
| TOTAL | Claimed: | $49,074.94 |

---

TURNER INDUSTRIES GROUP LLC
KIRK A. PATRICK III
P.O. BOX 1629
BATON ROUGE, LA 70821

Claim Number: 7267
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $197,420.81 | Scheduled: | $189,502.13 |

---

TURNER SPECIALTY SERVICES, LLC
KIRK A. PATRICK III
P.O. BOX 1629
BATON ROUGE, LA 70821

Claim Number: 7268
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $145,610.00 | Scheduled: | $134,777.00 |

---

TURNER SUPPLY COMPANY
PO BOX 1428
MOBILE, AL 36633-1428

Claim Number: 5590
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34,157.73 | Scheduled: | $31,605.67 |

---

TURNER, BILLY RAY
C/O GREGORY A. CADE
ENVIRONMENTAL LITIGATION GROUP, P.C.
3529  7TH AVE SOUTH
BIRMINGHAM, AL 35222

Claim Number: 11522
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $41,000.00 |

---

TURNER, JAMES
P.O. BOX 482
JONESBORO, LA 71251

Claim Number: 10289
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| TURNER, JAMES S<br>2196 OIL WELL ROAD<br>FLOMATON, AL 36441 | | Claim Number: 9344<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| TURNER, PADGET, GRAHAM & LANEY, P.A.<br>ATTN:  RICHARD HINSON<br>P.O. BOX 5478<br>FLORENCE, SC 29502-5478 | | Claim Number: 4210<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $1,052.62 | | |
| TURNER, PIERCE<br>4965 BRANCHVILLE ROAD<br>TRUSSVILLE, AL 35173 | | Claim Number: 6146<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| TURNER, WILLIAM IAN MACKENZIE<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 12966<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | |
| PRIORITY | Claimed: | $1,638.60 | | |
| UNSECURED | Claimed: | $2,081,851.10 | Scheduled: | $1,697,697.21 |
| TURPINS BUY RITE<br>PO BOX 712<br>JONESBORO, LA 71251 | | Claim Number: 5206<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,352.00 | Scheduled: | $2,350.23 |
| TUYAU MEC INC<br>2360 RUE BAUMAN<br>JONQUIERE, QC G7S 4S4<br>CANADA | | Claim Number: 12418<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| SECURED | Claimed: | $15,445.97 | | |
| UNSECURED | | | Scheduled: | $12,513.94 |
| TUYAU-MEC INC.<br>2360, RUE BAUMAN<br>JOHNQUIERE, QC G7S 4S4<br>CANADA | | Claim Number: 8685<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| SECURED | Claimed: | $12,654.88 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| TXU ENERGY RETAIL COMPANY LLC<br>CO BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS, TX 75265-0393 | | Claim Number: 1996<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $4,081.81 | Scheduled: | $2,791.69 | |
| TYCO SIGN GRAPHICS<br>2025 D SIGMAN RD.<br>CONYERS, GA 30012 | | Claim Number: 993<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED | Claimed: | $560.00 | | | |
| TYCO SIGNS GRAPHICS<br>2025 D SIGMAN RD<br>CONYERS, GA 30012 | | Claim Number: 5094<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $560.00 | Scheduled: | $560.00 | |
| TYLER INDEPENDENT SCHOOL DISTRICT<br>TAB BEALL<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>PO BOX 2007<br>TYLER, TX 75710-2007 | | Claim Number: 3194<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | | |
| SECURED | Claimed: | $173.90 | | | |
| TYLER, CHARLES EGAN<br>306 HALBROOK ROAD<br>JONESBORO, LA 71251 | | Claim Number: 10290<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| TYLER, LEONARD<br>PO BOX 30416<br>COLUMBIA, SC 29230-0416 | | Claim Number: 5177<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| TYLER, LEONARD<br>PO BOX 30416<br>COLUMBIA, SC 29230 | | Claim Number: 8397<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| TYNER, THOMAS WILLIAM<br>906 MASTERS WAY<br>HUMBLE, TX 77339 | | Claim Number: 9733<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |

---

| UNSECURED | Claimed: | $326.42 | Scheduled: | $326.42 |
|---|---|---|---|---|

---

| U-PAK RECYCLING LIMITED<br>15 TIDEMORE AVENUE<br>ETOBICOKE, ON M9W 7E9<br>CANADA | Claim Number: 3019<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

---

| UNSECURED | Claimed: | $9,919.20 |
|---|---|---|

---

| U.S. BANK N.A. DBA MULTI SERVICE<br>AVIATION<br>8600 W 110TH STREET<br>OVERLAND PARK, KS 66210 | Claim Number: 2132<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8408 (08/18/2010) |
|---|---|

---

| UNSECURED | Claimed: | $10,527.63 |
|---|---|---|

---

| U.S. BANK TRUST NATIONAL ASSOC AS IND TT<br>FOR VILLAGE OF HODGE LA COMBINED UTILITY<br>SYS BOND C/O D.S. BLOCK, I.A. HAMMEL<br>MINTZ LEVIN ET AL, ONE FINANCIAL CENTER<br>BOSTON, MA 02111 | Claim Number: 2448<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7517 (05/07/2010) |
|---|---|

---

| ADMINISTRATIVE | Claimed: | $17,599,249.23   UNLIQ |
|---|---|---|

---

| U.S. BANK TRUST NATIONAL ASSOCIATION<br>DANIEL S BLEC,IAN A HAMMEL,CHARLES AZANO<br>MINTZ LEVIN COHN FERRIS GLOVSKY POPEO PC<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111 | Claim Number: 3151<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7517 (05/07/2010) |
|---|---|

---

| ADMINISTRATIVE | Claimed: | $17,599,249.23   UNLIQ |
|---|---|---|

---

| U.S. BANK TRUST NATIONAL ASSOCIATION, AS<br>INDENTURE TRUSTEE<br>C/O DANIEL S. BLECK, ESQ MINTZ LEVIN<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111 | Claim Number: 7479<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7517 (05/07/2010) |
|---|---|

---

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT | | |
|---|---|---|---|---|
| SECURED | Claimed: | $59,839,973.74   UNLIQ CONT | | |
| UNSECURED | | | Scheduled: | $59,827,953.35 |

---

| U.S. EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION-SANDRA GILL, ENFORCEMENT MGR<br>ATLANTA DISTRICT OFFICE<br>100 ALABAMA STREET, SW, SUITE 4R30<br>ATLANTA, GA 30303 | Claim Number: 13873<br>Claim Date: 03/09/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9081 (06/14/2011) |
|---|---|

---

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION-SANDRA GILL, ENFORCEMENT MGR ATLANTA DISTRICT OFFICE 100 ALABAMA STREET, SW, SUITE 4R30 ATLANTA, GA 30303 | Claim Number: 13874 Claim Date: 03/09/2010 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 9081 (06/14/2011) |

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION-SANDRA GILL, ENFORCEMENT MGR ATLANTA DISTRICT OFFICE 100 ALABAMA STREET, SW, SUITE 4R30 ATLANTA, GA 30303 | Claim Number: 13875 Claim Date: 03/09/2010 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 9081 (06/14/2011) |

| PRIORITY | Claimed: | $0.00  UNLIQ |

---

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION - ATLANTA DISTRICT OFFICE SANDRA GILL, ENFORCEMENT MANAGER 100 ALABAMA STREET, SW, SUITE 4R30 ATLANTA, GA 30303 | Claim Number: 13911 Claim Date: 03/11/2010 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 9081 (06/14/2011) |

| PRIORITY | Claimed: | $0.00  UNLIQ |

---

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION - ATLANTA DISTRICT OFFICE SANDRA GILL, ENFORCEMENT MANAGER 100 ALABAMA STREET, SW, SUITE 4R30 ATLANTA, GA 30303 | Claim Number: 13912 Claim Date: 03/11/2010 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 9081 (06/14/2011) |

| PRIORITY | Claimed: | $0.00  UNLIQ |

---

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMM U.S. EEOC - TAMPA FIELD OFFICE 501 E. POLK ST., 10TH FLOOR TAMPA, FL 33602 | Claim Number: 3589 Claim Date: 06/23/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8535 (09/14/2010) |

| UNSECURED | Claimed: | $300,000.00 |

---

| UAP INC 7025 ONTARIO STREET EAST MONTREAL, QC H1N 2B3 CANADA | Claim Number: 8486 Claim Date: 07/16/2009 Debtor: SMURFIT-MBI |

| UNSECURED | Claimed: | $184.97 | Scheduled: | $173.94 |

---

| UDC CORPORATION 1041 N. KRAEMER PLACE ANAHEIM, CA 92806 | Claim Number: 2357 Claim Date: 04/22/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 2343 (10/20/2009) |

| UNSECURED | Claimed: | $104,243.37 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| UGI ENERGY SERVICES, INC.<br>1 MERIDIAN BLVD.<br>SUITE 2CO1<br>WYOMISSING, PA 19610 | | Claim Number: 6407<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $22,316.12 | | |
| UNSECURED | Claimed: | $6,694.83 | | |
| UGI PENN NATURAL GAS, INC.<br>ONE UGI CENTER<br>WILKES BARRE, PA 18711 | | Claim Number: 1306<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| UNSECURED | Claimed: | $17,358.77 | | |
| UHY ADVISORS<br>15 SUNNEN DRIVE<br>SUITE 100<br>ST. LOUIS, MO 63143 | | Claim Number: 6764<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $4,940.00 | | |
| UKEN, HAROLD L<br>9600 HARMONY RD.<br>SHERIDAN, OR 97378-9563 | | Claim Number: 6352<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| ULINE SHIPPING SUPPLIES<br>2200 S. LAKESIDE DR<br>WAUKEGAN, IL 60085 | | Claim Number: 7284-01<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5768 (03/11/2010) | | |
| ADMINISTRATIVE | Claimed: | $233.28 | | |
| ULINE SHIPPING SUPPLIES<br>2200 S. LAKESIDE DR<br>WAUKEGAN, IL 60085 | | Claim Number: 7284-02<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $14,813.76 | Scheduled: | $14,758.49 |
| ULTRAMAR LTEE<br>2200 AVENUE MC GILL COLLEGE<br>MONTREAL, QC H3A 3L3<br>CANADA | | Claim Number: 8487<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $67,657.74 | Scheduled: | $67,337.49 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| ULTRASHED<br>PO BOX 49246<br>JACKSONVILLE, FL 32240 | | Claim Number: 11231<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $18,635.10 | Scheduled: | $13,980.15 |
| ULTRATEK SERVICES INC<br>17155 HAWKS LOOKOUT LANE<br>STRONGSVILLE, OH 44136 | | Claim Number: 5194<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
| UNSECURED | Claimed: | $26,850.00 | | |
| ULYSSES PARTNERS, L.P.<br>TRANSFEROR:HUSTON PATTERSON PRINTERSCORP<br>C/O COHANZICK MGMT LLC, DAVID SHERMAN<br>427 BEDFORD ROAD, SUITE 170<br>PLEASANTVILLE, NY 10570 | | Claim Number: 5619-01<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $102,372.84 | Scheduled: | $117,508.10 |
| ULYSSES PARTNERS, L.P.<br>TRANSFEROR:HUSTON PATTERSON PRINTERSCORP<br>C/O COHANZICK MGMT LLC, DAVID SHERMAN<br>427 BEDFORD ROAD, SUITE 170<br>PLEASANTVILLE, NY 10570 | | Claim Number: 5619-02<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| ADMINISTRATIVE | Claimed: | $6,328.04 | | |
| UMB BANK, N.A.<br>C/O THOMPSON HINE, LLP<br>ATTN: ROBERT FOLLAND, ESQ.<br>3900 KEY CENTER, 127 PUBLIC SQ<br>CLEVELAND, OH 44114 | | Claim Number: 7821<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8758 (11/15/2010) | | |
| UNSECURED | Claimed: | $123,355,251.91 | Scheduled: | $1,995.43 |
| UMB BANK, N.A.<br>C/O THOMPSON HINE, LLP<br>ATTN: ROBERT FOLLAND, ESQ.<br>3900 KEY CENTER, 127 PUBLIC SQ<br>CLEVELAND, OH 44114 | | Claim Number: 13965<br>Claim Date: 04/06/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim no. 7821 | | |
| UNSECURED | Claimed: | $107,704,749.29 | Scheduled: | $76,955,509.00 |
| UNDERWOD, LOGAN<br>6703 RUTH HILL DR<br>CHURCH ROAD, VA 23833 | | Claim Number: 11648<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| SECURED | Claimed: | $610.82 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| UNDERWOOD INDUSTRIAL CONTRACTORS<br>3116 N. RITTER AVE.<br>INDIANAPOLIS, IN 46218 | Claim Number: 330<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $41,759.00 | |

---

| UNDERWOOD INDUSTRIAL CONTRACTORS<br>3116 N. RITTER AVE.<br>INDIANAPOLIS, IN 46218 | Claim Number: 2402<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $43,114.21 | Scheduled: $33,644.00 |

---

| UNI-SELECT USA<br>PO BOX 12148<br>2177 DALE AVE SE<br>ROANOKE, VA 24013 | Claim Number: 3470<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,539.21 | |

---

| UNI-SELECT USA<br>PO BOX 12148<br>2177 DALE AVE SE<br>ROANOKE, VA 24013 | Claim Number: 14024<br>Claim Date: 05/12/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8661 (10/18/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,539.21 | |

---

| UNICO INC<br>BIN NO 88 403<br>1213 BAKERS WAY<br>MILWAUKEE, WI 53288-0403 | Claim Number: 9441<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $603.71 | Scheduled: $603.71 |

---

| UNICO INC<br>PO BOX 88 403<br>MILWAUKEE, WI 53288-0403 | Claim Number: 9448-01<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $17,184.19 | Scheduled: $23,773.25 |

---

| UNICO INC<br>PO BOX 88 403<br>MILWAUKEE, WI 53288-0403 | Claim Number: 9448-02<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,465.62 | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | | |
|---|---|---|---|---|---|
| UNIFIRST<br>68 JONSPIN RD<br>WILMINGTON, MA 01887 | | Claim Number: 7974<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $18,342.71 | | | |
| UNIFIRST CANADA<br>ATTN: ALLIE BALENDRAN<br>2290 DUNWIN DRIVE<br>MISSISSAUGA, ON L7A 3J9<br>CANADA | | Claim Number: 8720<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>22096.52 canadian | | | |
| UNSECURED | Claimed: | $18,103.67 | | | |
| UNIFIRST CANADA<br>ATTN: ALLIE BALENDRAN<br>2290 DUNWIN DRIVE<br>MISSISSAUGA, ON L7A 3J9<br>CANADA | | Claim Number: 8733<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>22,096.52 CAD | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| UNIFIRST CANADA<br>ATTN: ALLIE BALENDRAN<br>2290 DUNWIN DRIVE<br>MISSISSAUGA, ON L7A 3J9<br>CANADA | | Claim Number: 12598<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLE DUPLICATE OF 8720 | | | |
| UNSECURED | Claimed: | $18,103.68 | | | |
| UNIFIRST CANADA LTD.<br>2290 DUNWIN DRIVE<br>MISSISSAUGA, ON L5L 1C7<br>CANADA | | Claim Number: 6376<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $22,096.52 | Scheduled: | | $802.99 |
| UNIFIRST CORPORATION<br>317 NE 2ND STREET<br>OCALA, FL 34470-5851 | | Claim Number: 4990<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $1,046.32 | | | |
| UNIFIRST HOLDINGS, INC.<br>9019 RAILWOOD AVE<br>HOUSTON, TX 77078 | | Claim Number: 739<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | | |
| UNSECURED | Claimed: | $1,488.55 | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| UNION GAS LIMITED<br>ATTN: LUCIAN BRATU<br>PO BOX 2001<br>50 KEIL DRIVE NORTH<br>CHATHAM, ON N7M 5M1<br>CANADA | | Claim Number: 12811<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $160,751.37 | Scheduled: | $19,715.55 |
| UNION LEVEL LAND & TIMBER, LLC<br>C/O RICHARD D. SCOTT,<br>LE CLAIR RYAN<br>1800 WACHIVIA TOWER, DRAWER 1200<br>ROANOKE, VA 24006 | | Claim Number: 3107-01<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $467.08 | Scheduled: | $60,890.70 |
| UNION LEVEL LAND & TIMBER, LLC<br>C/O RICHARD D. SCOTT,<br>LE CLAIR RYAN<br>1800 WACHIVIA TOWER, DRAWER 1200<br>ROANOKE, VA 24006 | | Claim Number: 3107-02<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) | | |
| ADMINISTRATIVE | Claimed: | $60,423.62 | | |
| UNION PACIFIC RAILROAD COMPANY<br>ATTN: MARY ANN KILGORE<br>1400 DOUGLAS STREET, STOP 1580<br>OMAHA, NE 68164 | | Claim Number: 9165<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | | |
| UNSECURED | Claimed: | $471,467.02 | | |
| UNION PACIFIC RAILROAD COMPANY<br>ATTN: MARY ANN KILGORE<br>1400 DOUGLAS STREET<br>STOP 1580<br>OMAHA, NE 68179 | | Claim Number: 9166<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | | |
| UNSECURED | Claimed: | $66,257.00 | Scheduled: | $184,778.72 |
| UNION PACIFIC RAILROAD COMPANY<br>ATTN: MARY ANN KILGORE<br>1400 DOUGLAS ST., STOP 1580<br>OMAHA, NE 68179 | | Claim Number: 14037<br>Claim Date: 06/03/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>AMENDS CLAIM 9165 AND 9166 | | |
| UNSECURED | Claimed: | $329,063.98 | | |
| UNION ROOFING INCORPORATED<br>2407 MTN SPRINGS CHURCH ROAD<br>MONROE, NC 28112 | | Claim Number: 6444<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $14,461.16 | Scheduled: | $14,461.16 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| UNION SEVENTY CENTER<br>3901 UNION BLVD STE 104A<br>SAINT LOUIS, MO 63115-1130 | Claim Number: 5196<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $21,508.54 | Scheduled: | $14,724.79 |

| UNITEC YORK INC<br>61 VILLARBOIT CRESCENT<br>CONCORD, ON L4K 4R2<br>CANADA | Claim Number: 6058<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $237.15 | Scheduled: | $196.08 |

| UNITECH ENGINEERING SALES CO<br>PO BOX 510<br>PELHAM, AL 35124 | Claim Number: 4647<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $971.29 | Scheduled: | $971.29 |

| UNITED BUIDERS SUPPLY CO INC<br>PO BOX 1728<br>WESTERLY, RI 02891 | Claim Number: 3996<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $280.96 | Scheduled: | $280.96 |

| UNITED CONVEYOR CORPORATION<br>23858 NETWORK PLACE<br>CHICAGO, IL 60673 | Claim Number: 4988<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,477.90 | Scheduled: | $5,477.90 |

| UNITED DIVIDERS, INC.<br>108 STEPHENS PLACE<br>ELMIRA, NY 14901-1539 | Claim Number: 5313<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,129.86 | Scheduled: | $3,129.86 |

| UNITED FOREST PRODUCTS INC<br>PO BOX 551<br>INMAN, SC 29349 | Claim Number: 5419<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,409.92 | Scheduled: | $7,563.52 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| UNITED LABORATORIES, INC.<br>320 37TH AVE.<br>SAINT CHARLES, IL 60174 | Claim Number: 364<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $2,165.30 | Scheduled: | $2,165.30 |
|---|---|---|---|---|

| UNITED LIFT TRUCK L.P.<br>1100 S. 25TH AVENUE<br>BELLWOOD, IL 60104 | Claim Number: 3327-01<br>Claim Date: 06/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $18,687.11 | Scheduled: | $18,330.11 |
|---|---|---|---|---|

| UNITED LIFT TRUCK L.P.<br>1100 S. 25TH AVENUE<br>BELLWOOD, IL 60104 | Claim Number: 3327-02<br>Claim Date: 06/09/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $1,668.81 |
|---|---|---|

| UNITED MAINTENANCE INC<br>3687 MCELROY ROAD<br>ATLANTA, GA 30340 | Claim Number: 5521<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,131.66 | Scheduled: | $1,131.66 |
|---|---|---|---|---|

| UNITED PARCEL SERVICE<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 1385<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $1,437,087.95 |
|---|---|---|

| UNITED PARCEL SERVICE<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | Claim Number: 1386<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $28,044.97 |
|---|---|---|

| UNITED PARCEL SERVICE<br>C/O RMS RECEIVABLE MANAGEMENT SERVICES<br>P.O. BOX 4396<br>TIMONIUM, MD 21094 | Claim Number: 5407<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $16,422.64 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

UNITED PARCEL SERVICE
C/O RECEIVABLE MANAGEMENT SERVICES
P.O. BOX 4396
TIMONIUM, MD 21094

Claim Number: 5437
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $1,448,090.54 | | |

---

UNITED PUMPING SERVICE, INC.
14000 E. VALLEY BLVD.
CITY OF INDUSTRY, CA 91746

Claim Number: 9993
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $86,180.26 | | |

---

UNITED PUMPING SERVICE, INC.
ATTN: BOB JONAS
14000 E. VALLEY BOULEVARD
CITY OF INDUSTRY, CA 91746

Claim Number: 13219
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $86,180.26 | Scheduled: | $85,237.99 |

---

UNITED RADIO COMM INC
9200 S OKETO AVE
BRIDGEVIEW, IL 60455

Claim Number: 7735
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $4,535.60 | Scheduled: | $4,269.60 |

---

UNITED RENTALS, INC.
ATTN: STACEY LUNA
6125 LAKEVIEW ROAD #300
CHARLOTTE, NC 28269

Claim Number: 1797
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $5,631.35 | | |

---

UNITED RENTALS, INC.
ATTN: PAMELA HARRIS
525 JULIE RIVERS DR., SUITE 200
SUGAR LAND, TX 77478

Claim Number: 13697
Claim Date: 12/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8377 (08/16/2010)

| UNSECURED | Claimed: | $128,505.39 | Scheduled: | $16,335.07 |

---

UNITED RIGGING INC
351 ZOO PARKWAY
JACKSONVILLE, FL 32226

Claim Number: 5691-01
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $7,700.90 | Scheduled: | $8,179.40 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| UNITED RIGGING INC<br>351 ZOO PARKWAY<br>JACKSONVILLE, FL 32226 | Claim Number: 5691-02<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1866 (09/04/2009) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $478.50 | |

| UNITED RUBBER DIE SERVICE, INC.<br>784 MISSISSIPPI BLVD.<br>MEMPHIS, TN 38126 | Claim Number: 64<br>Claim Date: 02/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $76,994.26 | Scheduled: $67,503.31 |

| UNITED RUBBER DIE SERVICE, INC.<br>784 MISSISSIPPI BLVD.<br>MEMPHIS, TN 38126 | Claim Number: 14018<br>Claim Date: 05/03/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $76,994.26 | |

| UNITED SERVICES, INC.<br>ATTN: STEVEN K. BOWLING, ESQ<br>KELLI B. GUINN, ESQ. HOWARD & HOWARD, PC<br>4820 OLD KINGSTON PIKE<br>KNOXVILLE, TN 37919 | Claim Number: 3657<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,366.37 | Scheduled: $6,083.76 |

| UNITED STATES DEBT RECOVERY II, LLC<br>TRANSFEROR: DOLPHIN CARTAGE, INC.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 93<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4663 (02/03/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $295,252.75 | Scheduled: $294,655.66 |

| UNITED STATES DEBT RECOVERY II, LLC<br>TRANSFEROR: AMERIPRIDE LINEN AND APPAREL<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 5712<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,376.37 | Scheduled: $1,376.38 |

| UNITED STATES DEBT RECOVERY II, LLC<br>TRANSFEROR: ALLSTAR SERVICES INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 7694<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,032.88 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY II, LLC<br>TRANSFEROR: ALLSTAR SERVICES, INC.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 9491<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $3,032.88 | | | |
| UNITED STATES DEBT RECOVERY IIA, LLC<br>TRANSFEROR: ST CLOUD REFRIGERATION INC<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 3744<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $833.60 | Scheduled: | | $833.60 |
| UNITED STATES DEBT RECOVERY IIA, LLC<br>TRANSFEROR: WESTERN FIRST AID & SAFETY,<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 4714-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>Amends Claim 310 | | | |
| UNSECURED | Claimed: | $359.07 | Scheduled: | | $547.60 |
| UNITED STATES DEBT RECOVERY IIA, LLC<br>TRANSFEROR: WESTERN FIRST AID & SAFETY,<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 4714-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $88.09 | | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: APM PROPERTY MAINTENANCE, IN<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 258<br>Claim Date: 02/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $2,155.00 | Scheduled: | | $2,925.00 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: RILEY POWER INC.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 579<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010) | | | |
| UNSECURED | Claimed: | $85,798.95 | Scheduled: | | $85,798.95 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CELADON LOGISTICS SERVICES,<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 819<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $66,920.41 | Scheduled: | | $47,177.94 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: EAGLE WEB PRESS<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 824<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $10,361.87 | Scheduled: | $14,751.87 |
|---|---|---|---|---|

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: AERO FUND FINANCIAL INC.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 844<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $17,529.00 | Scheduled: | $17,529.00 |
|---|---|---|---|---|

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: BAUM MACHINE INC.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 865<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $48,065.00 | Scheduled: | $48,065.00 |
|---|---|---|---|---|

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: COMER S.P.A.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 951<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $35,376.60 |

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: FACETS PRODUCTIONS, INC.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1001<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $2,100.00 | Scheduled: | $2,100.00 |
|---|---|---|---|---|

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: C&C ENTERPRISES<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1090<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $7,656.64 | Scheduled: | $8,071.00 |
|---|---|---|---|---|

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: J&V TRAILER REPAIR<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 1343<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $32,051.61 | Scheduled: | $31,799.73 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: EXTREME INDUSTRIAL COATINGS,
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 1484
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 4663 (02/03/2010)

| UNSECURED | Claimed: | $14,757.00 | Scheduled: | $14,757.00 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: ALL CORR SPECIALTIES, INC.
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 1500
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 3286 (12/18/2009)

| UNSECURED | Claimed: | $41,850.00 | Scheduled: | $41,850.00 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: FOGEL, JEFFREY AND CAREN
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 1670
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $6,000.00 | Scheduled: | $6,000.00 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: ASSOCIATED WESTERN SALES CO,
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 1798
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7550 (05/10/2010)

| UNSECURED | Claimed: | $3,755.85 | Scheduled: | $3,755.85 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: DDLC COMMERCIAL FUELS
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 2110
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET 4661 (02/03/2010)

| UNSECURED | Claimed: | $2,112.83 | Scheduled: | $2,896.81 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: DDLC COMMERCIAL FUELS
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 2111
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $783.98 | | |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: AMERICAN COMPRESSOR AND IND.
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 2361
Claim Date: 04/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7552 (05/10/2010)

| UNSECURED | Claimed: | $25,388.38 | Scheduled: | $25,388.38 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: BRUNER, COOPER & ZUCK, INC.
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 2393
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7550 (05/10/2010)

| UNSECURED | Claimed: | $3,500.00 | Scheduled: | $3,500.00 |
|---|---|---|---|---|

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: COVENANT TRANSPORT SOLUTIONS
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 2543
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 6647 (04/07/2010)

| UNSECURED | Claimed: | $45,992.71 | | |
|---|---|---|---|---|

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: AEROPOWER VAC, INC.
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 2718
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $37,914.87 | Scheduled: | $32,541.83 |
|---|---|---|---|---|

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: CAMLANE GROUP, THE
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 2731
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $2,000.00 | | |
|---|---|---|---|---|

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: DRESSER ROOTS, DRESSER INC.
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 3310
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $77,783.96 | Scheduled: | $8,745.32 |
|---|---|---|---|---|

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: COLDWATER SEALS, INC
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 3528
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $100,249.00 | Scheduled: | $100,249.00 |
|---|---|---|---|---|

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: CENTRAL WHOLESALE ELECTRICAL
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 3557
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $920.44 | Scheduled: | $876.76 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: EXPRESS 60 MINUTES DELIVERY<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3620<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $5,336.67 | Scheduled: | $5,115.80 |

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: BUCKEYE LUBRICANTS INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3738<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $796.35 | Scheduled: | $796.35 |

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: AMERIPRIDE LINEN<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3815<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $3,017.56 | Scheduled: | $3,017.56 |

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: ACME ABRASIVE ACME HOLDING C<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3825<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7516 (05/07/2010) |

| UNSECURED | Claimed: | $1,480.77 | Scheduled: | $1,480.77 |

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: STAR TRANSPORTATION, INC.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3892<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $74,093.13 | Scheduled: | $33,600.48 |

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: AVANGARD ENGINEERING INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4020-01<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |

| UNSECURED | Claimed: | $12,185.00 | Scheduled: | $35,381.59 |

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CORRTECH INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4096<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $17,851.24 | Scheduled: | $17,726.24 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: DIVERSIFIED FLOORING SERVICE<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4213<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $360.00 | Scheduled: | $1,080.00 |
|---|---|---|---|---|

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: PAUL MURRAY OIL INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4406<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $36,696.12 | Scheduled: | $41,658.36 |
|---|---|---|---|---|

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: BOLLARI-DAVIS CORP.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4439<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $957.00 | Scheduled: | $957.00 |
|---|---|---|---|---|

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: DATA DISCOUNT CORP<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4443<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,563.00 | Scheduled: | $2,563.00 |
|---|---|---|---|---|

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: ALLIED CRANE<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4508<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| PRIORITY | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,262.30 | Scheduled: | $1,262.30 |

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: AIRTEMP ALASKA LLC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4511<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $806.25 | Scheduled: | $806.25 |
|---|---|---|---|---|

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: BAXTER MECHANICAL CONTRACTOR<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4669<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,399.86 | Scheduled: | $1,399.86 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: AMERICAN BEARING SERVICE
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 4715
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,558.23 | Scheduled: | $1,558.23 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: FAYETTE COUNTY MEMORIAL HOSP
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 4859
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $856.75 | Scheduled: | $856.75 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: GTL TRANSPORTATION INC
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 4975
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,285.20 | Scheduled: | $1,285.20 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: GREAT LAKES ENVIRONMENTAL CT
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 5121
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $550.00 | Scheduled: | $550.00 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: CONTROL PRODUCTS INC
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 5189
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $10,690.84 | Scheduled: | $8,878.99 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: CENTRAL SERVICES INC
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 5333
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $675.00 | Scheduled: | $675.00 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: COLONIAL GRAPHICS
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 5459
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)

| UNSECURED | Claimed: | $1,093.25 | Scheduled: | $1,093.25 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CAMLANE GROUP INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 5522<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,000.00 | Scheduled: | $2,000.00 |
|---|---|---|---|---|

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: GENE V PIRA<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 5535<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $611.21 | Scheduled: | $542.12 |
|---|---|---|---|---|

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: SAFEWARE INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 5614<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $299,047.77 | Scheduled: | $285,100.97 |
|---|---|---|---|---|

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: COMER S.P.A.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 5627<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $39,526.60 | | |
|---|---|---|---|---|

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: COMER SPA<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 5628<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $39,526.60 | Scheduled: | $43,676.60 |
|---|---|---|---|---|

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: DEARBORN CRANE & ENGINEERING<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 5789<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $8,794.88 | Scheduled: | $8,794.88 |
|---|---|---|---|---|

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: EAGLE PAPER<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 5808<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $960.60 | Scheduled: | $960.60 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: CHESTERFIELD TRADING CO INC
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 6234
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $17,041.28 | Scheduled: | $17,699.77 |
|-----------|----------|------------|------------|------------|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: ALLSOUTH ENVIRONMENTAL
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 6295
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $3,136.80 | Scheduled: | $3,136.80 |
|-----------|----------|-----------|------------|-----------|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: AIR COMFORT SERVICE INC
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 6417
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,620.35 | Scheduled: | $2,971.77 |
|-----------|----------|-----------|------------|-----------|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: DEH TRUCKING INC
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 6551
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $24,622.48 | Scheduled: | $24,622.48 |
|-----------|----------|------------|------------|------------|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: NATIONAL FREIGHT INC
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 6746
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $65,664.74 | Scheduled: | $53,339.08 |
|-----------|----------|------------|------------|------------|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: TANKSLEY MACHINE & TOOL CO
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 7111
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $31,875.27 | Scheduled: | $31,875.27 |
|-----------|----------|------------|------------|------------|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: NORMAN PESTKA CONSTRUCTION I
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 7647
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $259,994.45 | Scheduled: | $255,789.01 |
|-----------|----------|-------------|------------|-------------|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: ACC PLANNED SERVICE INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 8023<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010) | | | |
| UNSECURED | Claimed: | $68,930.00 | Scheduled: | $156,016.00 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: DELOM SERVICES INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 8288<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $81,612.70 | Scheduled: | $54,990.02 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: TOSBEC INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 8291<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | | |
| UNSECURED | Claimed: | $116,589.38 | Scheduled: | $116,589.38 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: ABB INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 8559<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $134,968.79 | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: BETONNIERE LA TUQUE INC.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 8653<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $107,956.71 | Scheduled: | $88,349.98 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CONSTRUCTION REGIONALE LA TU<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 8655<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $118,773.21 | Scheduled: | $121,022.74 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, L.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 8903<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $167,279.56 | Scheduled: | $166,188.64 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: CORRE OPPORTUNITIES FUND, L.
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 9050
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| PRIORITY | Claimed: | $189,542.57 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $189,651.41 |

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: BOONE TRUCKING SERVICE LLC
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 9375
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7552 (05/10/2010)

| UNSECURED | Claimed: | $31,971.20 | Scheduled: | $31,971.20 |
|---|---|---|---|---|

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: R AND D INCORPORATED
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 9757-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $77,668.00 | Scheduled: | $92,383.45 |
|---|---|---|---|---|

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: R AND D, INCORPORATED
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 9835
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 7550 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $14,897.33 | | |
|---|---|---|---|---|

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: CARD QUEST INC
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 10095
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,119.48 | Scheduled: | $553.49 |
|---|---|---|---|---|

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: UNITED SCAFFOLDING, INC.
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 10555
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 5047 (02/16/2010)

| UNSECURED | Claimed: | $84,928.00   UNLIQ | Scheduled: | $100,300.00 |
|---|---|---|---|---|

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: BROCK SPECIALTY SERVICES LTD
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 10556
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4663 (02/03/2010)

| UNSECURED | Claimed: | $262,719.96 | Scheduled: | $269,008.29 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, L.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 10675<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $82,520.95 | Scheduled: | $86,249.87 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: JOHN CLAES, S.A.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 10746<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7944 (06/09/2010) | | |
| UNSECURED | Claimed: | $771,013.38 | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CONSTELLATION NEWENERGY, INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 11251<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8596 (10/01/2010) | | |
| ADMINISTRATIVE | Claimed: | $57,106.72 | | |
| UNSECURED | Claimed: | $1,667,962.88 | Scheduled: | $1,611,889.68 UNLIQ |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CONSTELLATION NEWENERGY-GAS<br>DIVISION LLC<br>940 SOUTHWOOD BL. SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 11252<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8596 (10/01/2010) | | |
| ADMINISTRATIVE | Claimed: | $123,633.48 | | |
| UNSECURED | Claimed: | $215,788.65 | Scheduled: | $197,550.77 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CONSTELLATION NEWENERGY-GAS<br>DIVISION LLC<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 11253-01<br>Claim Date: 08/27/2009<br>Debtor: CALPINE CORRUGATED, LLC | | |
| UNSECURED | Claimed: | $26,001.29 | Scheduled: | $44,190.10 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CONSTELLATION NEWENERGY-GAS<br>DIVISION LLC<br>940 SOUTHWOOD BLVD., SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 11253-02<br>Claim Date: 08/27/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: ALLOWED<br>DOCKET: 2401 (10/22/2009) | | |
| ADMINISTRATIVE | Claimed: | $13,669.02 | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CANYON STATE BOX INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 11379<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $1,392.60 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: INDUSTRIAL TECH<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 12240<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7186 (04/22/2010) | | |
| UNSECURED | Claimed: | $61,312.14 | Scheduled: | $72,971.13 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, L.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 12927<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| PRIORITY<br>UNSECURED | Claimed: | $55,891.41 | Scheduled: | $55,891.41 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: DECOUPAGE M.P.S. INC.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 12940<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $131,705.09 | Scheduled: | $127,629.71 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: DOMTAR INC.<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 13020<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $71,979.43 | Scheduled: | $71,642.69 |
| UNITED STATES DEBT RECOVERY III, LP<br>TRANSFEROR: AL THEISEN<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 5552-03<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $2,250.00 | Scheduled: | $4,500.00 |
| UNITED STATES DEBT RECOVERY III, LP<br>TRANSFEROR: AL THEISEN<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 5552-04<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>Claim out of balance | | |
| UNSECURED | Claimed: | $2,250.00 | | |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: TETER MACHINE PRODUCTS, INC.<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 15<br>Claim Date: 01/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $4,888.00 | Scheduled: | $5,203.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: TETER MACHINE PRODUCTS, INC.
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 16
Claim Date: 01/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $315.00 | | |

---

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: PRIME SYSTEMS INDUSTRIAL AUT
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 375
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,550.00 | Scheduled: | $1,550.00 |

---

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: CURRAN TRANSFER INC.
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 591
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,316.00 | Scheduled: | $1,316.00 |

---

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: TROIKA TRANSPORTATION
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 1342
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,803.20 | Scheduled: | $1,751.60 |

---

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: JOHNNY'S JEWELRY
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 1621
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $667.75 | Scheduled: | $667.75 |

---

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: HOLT SUPPLY COMPANY
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 2048
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,499.86 | Scheduled: | $1,499.86 |

---

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: JAN PRO CLEANING SYSTEMS INC
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 2197
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,335.00 | Scheduled: | $1,335.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: SM LAWRENCE COMPANY, INC.
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 2509
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,806.26 | Scheduled: | $2,806.26 |

---

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: R.B.R. TRUCKING, INC
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 2521
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,516.95 | |

---

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: GREEN VALLEY INDUSTRIAL SUPPLY
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 2545
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,412.98 | Scheduled: | $3,419.88 |

---

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: JOHN G. SHELLEY CO., INC.
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 2894
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $821.86 | Scheduled: | $821.86 |

---

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: AIR MAC, INC.
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 2914
Claim Date: 05/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,580.50 | Scheduled: | $3,580.50 |

---

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: SOUTHEAST CONTRACTORS OF RIC
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 2982
Claim Date: 05/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $20,450.00 | |

---

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: INDUSTRIAL STEEL & SUPPLY
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 3076
Claim Date: 05/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,323.92 | Scheduled: | $1,323.92 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: UNITED SITE SERVICES OF NEVA<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3124<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $580.00 | Scheduled: | $540.88 |
|---|---|---|---|---|

| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: CONCENTRA MEDICAL CENTERS<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3278<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $93.50 | Scheduled: | $12,027.96 |
|---|---|---|---|---|

| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: GENERAL SERVICES OF VA, INC<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3535<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $3,166.00 | Scheduled: | $3,166.00 |
|---|---|---|---|---|

| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: HUTHER BROTHERS INC (01)<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3769<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $857.51 | Scheduled: | $857.51 |
|---|---|---|---|---|

| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: TURNKEY SOLUTIONS INC<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 3951<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,833.00 | Scheduled: | $2,833.00 |
|---|---|---|---|---|

| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: JM TEST SYSTEMS<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4066<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,452.13 | Scheduled: | $1,428.13 |
|---|---|---|---|---|

| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: L&K FIRE PROTECTION INC<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4182<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $566.00 | Scheduled: | $566.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: RBR TRUCKING INC<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4258<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $2,516.65 | Scheduled: | $2,516.65 |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: INDIAN MOUNTAIN MACHINE SHOP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4388<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $900.00 | Scheduled: | $900.00 |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: VALLEY SCALE<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4416<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $623.00 | Scheduled: | $623.00 |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: INDUSTRIAL FURNACE COMPANY I<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 4698<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $4,175.00 | Scheduled: | $4,175.00 |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: ZEE MEDICAL<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 5003<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $918.17 | Scheduled: | $918.17 |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: CLEANING COMPANY INC, THE<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 5282<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | | |
| UNSECURED | Claimed: | $1,950.00 | Scheduled: | $1,831.54 |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: JOHNSTONE SUPPLY<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 5607-01<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010) | | | |
| ADMINISTRATIVE | Claimed: | $582.00 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: JOHNSTONE SUPPLY<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 5607-02<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $1,390.65 | | |
|---|---|---|---|---|

---

| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: JOHNSTONE SUPPLY<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 5608<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,972.65 | Scheduled: | $1,953.91 |
|---|---|---|---|---|

---

| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: JEFFRIES BROTHERS CORP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 5720<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $971.78 | Scheduled: | $913.21 |
|---|---|---|---|---|

---

| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: BOLT & ANCHOR SUPPLY INC<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 5884<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $13,879.30 | | |
|---|---|---|---|---|

---

| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: BOLT & ANCHOR SUPPLY INC<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 5885<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $13,879.30 | Scheduled: | $13,918.08 |
|---|---|---|---|---|

---

| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: ROLLERCOAT INDUSTRIES INC<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 6314<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $590.55 | Scheduled: | $590.55 |
|---|---|---|---|---|

---

| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: KENNETH C PAIR OD<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | Claim Number: 6399<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,049.27 | Scheduled: | $557.53 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: FISTER ELECTRIC INC
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 6527
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,215.23 | Scheduled: | $7,215.23 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: LH BASS AND SONS ELECTRICAL
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 6579
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $523.52 | Scheduled: | $523.52 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: INTEGRITY PKG LLC
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 7058
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $940.80 | Scheduled: | $940.80 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: J LANCASTER ROSE JR OD
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 7955
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $383.11 | Scheduled: | $383.11 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: L BACON
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 8010
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,026.00 | Scheduled: | $1,026.00 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: RBR TRUCKING, INC.
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 8302
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $2,516.65 | | |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: ROY METIVIER ROBERGE INC.
940 SOUTHWOOD BL, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 8684
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $288,415.18 | Scheduled: | $225,920.34 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: KIMERY LAWN SERVICE<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 8910<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| PRIORITY | Claimed: | $675.00 | | |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: W H HEARN MECHANICAL OF TALL<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 9496<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 9497<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $805.84 | | |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: WH HEARN MECHANICAL<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 9497<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $805.84 | Scheduled: | $805.84 |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: TERDECA CMG GROUP INC<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 10060<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,622.48 | Scheduled: | $2,622.48 |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: RUTHERFORD PUBLISHING INC<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 11159<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $1,292.37 | Scheduled: | $1,292.37 |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: DICK LUCIER EXCAVATION<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 11214<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7189 (04/22/2010) | | |
| UNSECURED | Claimed: | $63,377.92 | Scheduled: | $68,237.03 |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: PETCO INC<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 11626<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $1,031.46 | Scheduled: | $997.67 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: KIMERY LAWN SERVICE<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 12470<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $675.00 | Scheduled: | $675.00 |
| UNITED STATES DEBT RECOVERY LLC<br>TRANSFEROR: EXPRESS 60 MINUTES A DBA OF<br>940 SOUTHWOOD BL. SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 2634<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $5,336.67 | | |
| UNITED STATES DEBT RECOVERY LLC<br>TRANSFEROR: FLSMIDTH DORR-OLIVER EIMCO,<br>940 SOUTHWOOD BL. SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 2771<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $89,578.56 | Scheduled: | $86,009.91 |
| UNITED STATES DEBT RECOVERY LLC<br>TRANSFEROR: DRUG TRANSPORT INC<br>940 SOUTHWOOD BL. SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 2949<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $56,273.14 | | |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: SMALL, NORTON<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 2415<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010) | | |
| UNSECURED | Claimed: | $1,024,447.00   UNLIQ | Scheduled: | $1,024,447.00 |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: ALBANY INTERNATIONAL<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 8150-01<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010) | | |
| ADMINISTRATIVE | Claimed: | $180,866.87 | | |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: ALBANY INTERNATIONAL<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 8150-02<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $1,154,977.93 | Scheduled: | $813,155.27  UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: ALBANY INTERNATIONAL CORP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 8151-01<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5769 (03/11/2010) | | |
| ADMINISTRATIVE | Claimed: | $63,895.50 | | |
| UNSECURED | | | Scheduled: | $811,661.22 |

---

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: ALBANY INTERNATIONAL CORP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 8151-02<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5769 (03/11/2010) | | |
| UNSECURED | Claimed: | $106,478.44 | | |

---

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: ALBANY INTERNATIONAL CORP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 8152<br>Claim Date: 08/18/2009<br>Debtor: CAMEO CONTAINER CORPORATION | | |
| UNSECURED | Claimed: | $2,126.88 | Scheduled: | $2,126.88 |

---

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: ALBANY INTERNATIONAL CORP<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 12710<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $207.28 | Scheduled: | $207.28 |

---

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE<br>FOREST SERVICE, VINCE VUKELICH<br>USDA OFFICE OF GENERAL COUNSEL<br>626 E. WISCONSIN AVE., SUITE 600<br>MILWAUKEE, WI 53202 | | Claim Number: 13882<br>Claim Date: 03/15/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8883 (01/10/2011) |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $152,954.79 |

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ELLIOT ROCKLER<br>US DEPT OF JUSTICE,ENRD/EES<br>PO BOX 7611<br>WASHINGTON, DC 20044-7611 | | Claim Number: 11430<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ELLIOT ROCKLER<br>US DEPT OF JUSTICE,ENRD/EES<br>PO BOX 7611<br>WASHINGTON, DC 20044-7611 | | Claim Number: 11431<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8880 (01/06/2011) |
| UNSECURED | Claimed: | $0.00   UNDET |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| UNITED STATES OF AMERICA<br>U.S. DEPT. OF JUSTICE/ENRD/EES<br>ELLIOT ROCKLER<br>PO BOX 7611<br>WASHINGTON, DC 20044-7611 | Claim Number: 13789<br>Claim Date: 01/27/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8880 (01/06/2011) |
|---|---|

| UNSECURED | Claimed: | $1,000,000,000.00   UNLIQ | | |
|---|---|---|---|---|

| UNITED STATES POSTAL SERVICE<br>ERIC MULCH, ESQ, USPS<br>475 L'ENFANT PLAZA SW<br>WASHINGTON, DC 20260-1127 | Claim Number: 10453<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8512 (09/10/2010) |
|---|---|

| UNSECURED | Claimed: | $13,421.85 | Scheduled: | $1,973.33 |
|---|---|---|---|---|

| UNITED STEELWORKERS<br>ATTENTION: DAVID R. JURY<br>FIVE GATEWAY CENTER, ROOM 807<br>PITTSBURGH, PA 15222 | Claim Number: 10998<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 9014 (03/31/2011) |
|---|---|

| PRIORITY | Claimed: | $3,186,610.63 |
|---|---|---|
| UNSECURED | Claimed: | $49,999,400.00 |

| UNITED STEELWORKERS LOCAL 1-830<br>ATTENTION PAULA TURTLE, CANADIAN COUNSEL<br>234 EGLINTON AVE EAST, SUITE 800<br>TORONTO, ON M4P 1K7<br>CANADA | Claim Number: 13178<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

| UNITED STEELWORKERS-INDUSTRIAL WOOD &<br>ALLIED WORKERS LOCAL 1-500<br>ATTN: PAULA TURTLE<br>234 EGLINTON AVE. EAST, SUITE 800<br>TORONTO, ON M4P 1K7<br>CANADA | Claim Number: 13170<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $128,500.00 |
|---|---|---|

| UNITED WASTE SERVICE<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11145<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $7,417.07 | Scheduled: | $7,401.01 |
|---|---|---|---|---|

| UNITED WAY OF ASHTABULA<br>2801 COURT<br>ASHTABULA, OH 44004 | Claim Number: 4744<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $438.18 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

UNITED WAY OF FAYETTE COUNTY, INC.
132 1/2 E. COURT STREET #204
WASHINGTON COURT HOUSE, OH 43160

Claim Number: 550
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 8953 (02/22/2011)

| PRIORITY | Claimed: | $13.00 | | |
|---|---|---|---|---|

---

UNITED WAY OF FRESNO COUNTY
PO BOX 8036
FRESNO, CA 93747

Claim Number: 5957
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 7554 (05/10/2010)

| UNSECURED | Claimed: | $4,021.50 | | |
|---|---|---|---|---|

---

UNITHERM INC
PO BOX 60670
CHARLOTTE, NC 28260

Claim Number: 4800
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
amends claim 1086

| UNSECURED | Claimed: | $72,075.50 | Scheduled: | $66,199.26 |
|---|---|---|---|---|

---

UNITHERM, INC.
ATTN: R.L. STEWART
POST OFFICE BOX 667547
CHARLOTTE, NC 28266

Claim Number: 1086
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $58,289.68 | | |
|---|---|---|---|---|

---

UNITHERM, INC.
ATTN: R.L. STEWART
POST OFFICE BOX 667547
CHARLOTTE, NC 28266

Claim Number: 5638
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $72,615.50 | | |
|---|---|---|---|---|

---

UNIVAR (FORMERLY VOPAK)
C/O MERRILEE MACLEAN
KARR TUTTLE CAMPBELL
1201 THIRD AVENUE, SUITE 2900
SEATTLE, WA 98101

Claim Number: 10835-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 7188 (04/22/2010)

| ADMINISTRATIVE | Claimed: | $89,498.56 | | |
|---|---|---|---|---|

---

UNIVAR (FORMERLY VOPAK)
C/O MERRILEE MACLEAN
KARR TUTTLE CAMPBELL
1201 THIRD AVENUE, SUITE 2900
SEATTLE, WA 98101

Claim Number: 10835-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $190,102.24 | Scheduled: | $404,900.15 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| UNIVAR CANADA LTD<br>ATTN: ROBERT POLLACK (CREDIT MANAGER)<br>4220 78TH AVE SE<br>CALGARY, AB T2C 2Z5<br>CANADA | Claim Number: 12810<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI |

| UNSECURED | Claimed: | $12,056.04 | Scheduled: | $13,523.36 |

---

| UNIVAR CANADA LTEE<br>ATTN: MICHELE COSSETTE<br>2200 CHEMIN ST-FRANCOIS<br>DORVAL, QC H9P 1K2<br>CANADA | Claim Number: 13139<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) |

| UNSECURED | Claimed: | $40,494.53 | Scheduled: | $40,494.53 |

---

| UNIVERSAL AM-CAN LTD<br>ATTN: REBECCA C. JOHNSON, ESQ<br>12755 E. NINE MILE ROAD<br>WARREN, MI 48089 | Claim Number: 6232<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $12,053.82 | Scheduled: | $27,482.38 |

---

| UNIVERSAL CORRUGATED BV<br>KONIGWEG 8<br>CX ALMELO, NL-7602<br>THE NETHERLANDS | Claim Number: 2383<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8898 (01/20/2011) |

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| UNIVERSAL FOREST PRODUCTS INC.<br>2801 E. BELTLINE NE<br>GRAND RAPIDS, MI 49525 | Claim Number: 1207<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |

| UNSECURED | Claimed: | $377.10 | Scheduled: | $377.10 |

---

| UNIVERSAL MACHINE COMPANY<br>PO BOX 501<br>835 HIGHWAY #275<br>DALLAS, NC 28034 | Claim Number: 6419<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $2,498.60 | Scheduled: | $3,299.36 |

---

| UNIVERSAL MACHINE SHOP<br>10190 HAZELBRAND RD<br>COVINGTON, GA 30014-1508 | Claim Number: 6774<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $9,678.14 | Scheduled: | $9,678.14 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| UNIVERSAL METRICS INC<br>PO BOX 889<br>N60 W16590 KOHLER LANE<br>MENOMONEE FALLS, WI 53051 | Claim Number: 8098<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 4966 (02/12/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $227.16 | Scheduled: | $227.16 |

| UNIVERSAL PACKAGING, INC.<br>16 STENERSEN LANE, SUITE 4B<br>HUNT VALLEY, MD 21030 | Claim Number: 793<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,545.00 | Scheduled: | $11,127.24 |

| UNIVERSAL SILENCER, LLC<br>1925 HWY 51/138 PO BOX 411<br>STOUGHTON, WI 53589 | Claim Number: 1975<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 3287 (12/18/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $647.24 | Scheduled: | $647.24 |

| UNIVERSAL TRANSPORTATION SERVICES, LLC<br>7777 WASHINGTON AVE SOUTH<br>EDINA, MN 55376 | Claim Number: 3020<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7555 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $187.50 | | |

| UNIVEYOR B C LTD<br>JOANNE DANCER<br>2252 ALPHA AVENUE<br>BURNABY, BC V5C 5L6<br>CANADA | Claim Number: 8937-01<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET 7188 (04/22/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $329.14 | Scheduled: | $406.03 |

| UNIVEYOR B C LTD<br>JOANNE DANCER<br>2252 ALPHA AVENUE<br>BURNABY, BC V5C 5L6<br>CANADA | Claim Number: 8937-02<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET 7188 (04/22/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $134.18 | | |

| UPCHURCH, ROBERT<br>17 HERTY AVENUE<br>GARDEN CITY, GA 31408 | Claim Number: 4199<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

UPIU 941
625 MCCURDY ST
FLOMATON, AL 36441-5495

Claim Number: 12146
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

UPPER PENNINSULA POWER COMPANY
GRETA G. WEATHERSBY, ESQUIRE
INTEGRYS BUSINESS SUPPORT, LLC
130 E. RANDOLPH DRIVE
CHICAGO, IL 60601

Claim Number: 13827
Claim Date: 02/12/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9050 (05/02/2011)

| UNSECURED | Claimed: | $1,957,670.00 |
|---|---|---|

---

UPPER PENNINSULA POWER COMPANY - UPPCO
ATTN: JODI PINEAU
PO BOX 19001
GREEN BAY, WI 54307-9001

Claim Number: 8730
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $192,297.95 | Scheduled: | $180,137.40 |
|---|---|---|---|---|

---

UPS CANADA LTD
900 HANWELL ROAD
FREDERICTON, NB E3B 6A2
CANADA

Claim Number: 6891
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $5,685.47 |
|---|---|---|

---

UPS GROUND FREIGHT
DBA UPS FREIGHT TRUCKLOAD
ATTN: LAUREN NACHINSON
300 N LASALLE STREET, SUITE 4000
CHICAGO, IL 60654

Claim Number: 10792
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8757 (11/15/2010)

| UNSECURED | Claimed: | $1,892,367.16  UNLIQ | Scheduled: | $4,247.04 |
|---|---|---|---|---|

---

UPS GROUND FREIGHT, INC.
ATTN: LAUREN N. NACHINSON
QUARLES & BRADY LLP
300 N. LASALLE STREET, STE 4000
CHICAGO, IL 60654

Claim Number: 13981
Claim Date: 04/07/2010
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8997 (03/22/2011)

| ADMINISTRATIVE | Claimed: | $2,885.32 |
|---|---|---|

---

UPS GROUND FREIGHT, INC.
ATTN: LAUREN N. NACHINSON
QUARLES & BRADY LLP
300 N. LASALLE STREET, STE 4000
CHICAGO, IL 60654

Claim Number: 13982
Claim Date: 04/07/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9048 (05/02/2011)

| ADMINISTRATIVE | Claimed: | $313,613.17 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | |
|---|---|
| UPS GROUND FREIGHT, INC.<br>ATTN: LAUREN N. NACHINSON<br>QUARLES & BRADY LLP<br>300 N. LASALLE STREET, STE 4000<br>CHICAGO, IL 60654 | Claim Number: 13983<br>Claim Date: 04/07/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8997 (03/22/2011) |

ADMINISTRATIVE          Claimed:          $309,796.94

---

| | |
|---|---|
| UPS GROUND FREIGHT, INC. D/B/A UPS<br>FREIGHT TRUCKLOAD, ATTN: LAUREN N.<br>NACHINSON, ESQ., QUARLES & BRADY LLP<br>300 N. LASALLE STREET, STE 4000<br>CHICAGO, IL 60654 | Claim Number: 10793<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) |

UNSECURED          Claimed:          $1,892,367.16   UNLIQ

---

| | |
|---|---|
| UPS GROUND FREIGHT, INC. D/B/A UPS<br>FREIGHT TRUCKLOAD, ATTN: LAUREN N.<br>NACHINSON, ESQ., QUARLES & BRADY LLP<br>300 N. LASALLE STREET, STE 4000<br>CHICAGO, IL 60654 | Claim Number: 10794<br>Claim Date: 08/27/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

UNSECURED          Claimed:          $1,892,367.16   UNLIQ

---

| | |
|---|---|
| UPS GROUND FREIGHT, INC. D/B/A UPS<br>FREIGHT TRUCKLOAD, ATTN: LAUREN N.<br>NACHINSON, ESQ., QUARLES & BRADY LLP<br>300 N. LASALLE STREET, STE 4000<br>CHICAGO, IL 60654 | Claim Number: 10795<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5044 (02/16/2010) |

UNSECURED          Claimed:          $1,892,367.16   UNLIQ

---

| | |
|---|---|
| UPS SMALL PACKAGE, A DIVISION OF<br>UNITED PARCEL SERVICES, INC., OHIO<br>ATTN: LAUREN NACHINSON<br>300 N LASALLE STREET, SUITE 4000<br>CHICAGO, IL 60654 | Claim Number: 10790<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

UNSECURED          Claimed:          $34,859.38   UNLIQ

---

| | |
|---|---|
| UPS SMALL PACKAGE, A DIVISION OF<br>UNITED PARCEL SERVICES, INC., OHIO<br>ATTN: LAUREN NACHINSON, ESQ<br>300 N LASALLE STREET, SUITE 4000<br>CHICAGO, IL 60654 | Claim Number: 10791<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) |

UNSECURED          Claimed:          $8,060.09   UNLIQ

---

| | |
|---|---|
| UPS SMALL PACKAGE, A DIVISION OF UNITED<br>PARCEL SERVICE, INC., OHIO, LAUREN N.<br>NACHINSON, ESQ., QUARLES & BRADY LLP<br>300 N. LASALLE STREET, SUITE 4000<br>CHICAGO, IL 60654 | Claim Number: 13735<br>Claim Date: 01/08/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) |

UNSECURED          Claimed:          $201,029.74   UNLIQ

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | |
|---|---|---|---|
| UQAQLIA, ANGELINA<br>80 CLEARVIEW AVE<br>TORRINGTON, CT 06790 | Claim Number: 14137<br>Claim Date: 08/27/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8662 (10/18/2010) | | |
| UNSECURED          Claimed: | $100.00 | | |
| URBACON DESIGN BUILD CORP.<br>ATTN: HARVEY G. CHAITON<br>750 LAKE SHORE BOULEVARD EAST<br>TORONTO, ON M4M 3M3<br>CANADA | Claim Number: 13210<br>Claim Date: 08/25/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| SECURED          Claimed: | $956,046.64 | | |
| URBACON DESIGN BUILD CORP.<br>ATTN: HARVEY G. CHAITON<br>750 LAKE SHORE BOULEVARD EAST<br>TORONTO, ON M4M 3M3<br>CANADA | Claim Number: 13212<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
| SECURED          Claimed: | $956,046.64 | | |
| URBAN FORESTRY<br>306 MADISON STREET<br>THOMPSON FALLS, MT 59873 | Claim Number: 4248<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED          Claimed: | $4,663.79 | Scheduled: | $9,663.79  UNLIQ |
| URBAN JUNGLE MANITOBA INC.<br>39 MORNING GLORY CRESCENT<br>WINNIPEG, MB R2J 3Y7<br>CANADA | Claim Number: 1629<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED          Claimed: | $746.06 | Scheduled: | $607.08 |
| URBEN AND SON CONSTRUCTION<br>8123 S CARR CT<br>LITTLETON, CO 80128 | Claim Number: 7645<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED          Claimed: | $1,210.00 | Scheduled: | $1,210.00 |
| URIE & BLANTON WELDING SUPPLIES<br>138 KEYSTONE ROAD<br>CHESTER, PA 19014 | Claim Number: 12164<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | | Scheduled: | $1,721.24 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| URPS, INC.- ASSIGNOR | Claim Number: 9177 |
| C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE & ATTORNEY-IN-FACT | Claim Date: 08/20/2009 |
| 2699 WHITE ROAD SUITE 255 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| IRVINE, CA 92614 | |

| UNSECURED | Claimed: | $10,092.58 | Scheduled: | $23,947.58 |

---

| URS CORPORATION | Claim Number: 10089 |
| PO BOX 121028 DEPT 1028 | Claim Date: 08/25/2009 |
| DALLAS, TX 75312-1028 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: DOCKET: 4966 (02/12/2010) |

| UNSECURED | Claimed: | $10,381.59 | Scheduled: | $10,381.59 |

---

| US BANCORP BUSINESS EQUIPMENT FINANCE GROUP | Claim Number: 13732 |
| ATTN: CORPORATE ATTORNEY | Claim Date: 12/28/2009 |
| 1310 MADRID STREET, SUITE 100 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| MARSHALL, MN 56258 | Comments: EXPUNGED |
| | DOCKET: 5738 (03/10/2010) |

| SECURED | Claimed: | $1,275.42 |

---

| US BEARINGS & DRIVE | Claim Number: 4554 |
| P.O. BOX 489 | Claim Date: 07/10/2009 |
| BILLING, MT 59103-0489 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $2,582.12 | Scheduled: | $3,403.88 |

---

| US BLADES | Claim Number: 2094 |
| 2205 ENTERPRISE DR, SUITE A | Claim Date: 04/09/2009 |
| FLORENCE, SC 29501 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: DOCKET: 3287 (12/18/2009) |

| UNSECURED | Claimed: | $1,283.90 |

---

| US BLADES | Claim Number: 2282 |
| 600 GRANTHAM AVE. | Claim Date: 04/20/2009 |
| WEST MONROE, LA 71292 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: DOCKET: 3287 (12/18/2009) |

| UNSECURED | Claimed: | $24,860.72 |

---

| US BLADES LLC | Claim Number: 1990 |
| 2205 ENTERPRISE DRIVE, SUITE A | Claim Date: 04/06/2009 |
| FLORENCE, SC 29501 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: DOCKET: 3287 (12/18/2009) |

| UNSECURED | Claimed: | $22,553.01 | Scheduled: | $47,268.36 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| US CUSTOM AND BORDER PROTECTION<br>ATTN: REVENUE DIVISION, BANKRUPTCY TEAM<br>6650 TELECOM DR., SUITE 100<br>INDIANAPOLIS, IN 46278 | Claim Number: 6253<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8996 (03/22/2011) | | |
|---|---|---|---|
| PRIORITY<br>UNSECURED | Claimed: | $0.00   UNLIQ CONT | |

---

| US ENCON SYSTEMS, INC. D/B/A<br>LAW & COMPANY<br>100 ARNOLD MILL WAY, SUITE A<br>WOODSTOCK, GA 30188 | Claim Number: 2785<br>Claim Date: 05/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,260.00 | Scheduled: | $4,770.00 |

---

| US LAWNS OF SOUTH<br>207 RIVER HILLS DR STE 105<br>NASHVILLE, TN 37210 | Claim Number: 4976<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,104.80 | Scheduled: | $1,104.80 |

---

| US SPECIAL DELIVERY INC<br>PO BOX 207<br>IRON MOUNTAIN, MI 49801 | Claim Number: 5135<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,661.02 | Scheduled: | $2,474.34 |

---

| US WASTE INC<br>PO BOX 2326<br>WALTERBORO, SC 29488 | Claim Number: 7285<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $12,029.00 | Scheduled: | $14,699.00 |

---

| US XPRESS ENTERPRISES INC<br>ATTN.: DENISE, WARE<br>4080 JENKINS ROAD<br>CHATTANOOGA, TN 37421 | Claim Number: 8071<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $38,272.13 | |

---

| USA BLUE BOOK<br>PO BOX 9004<br>GURNEE, IL 60031-9004 | Claim Number: 4540<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,347.61 | Scheduled: | $1,327.94 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| USA ENVIRONMENT, LP<br>P.O. BOX 4986<br>HOUSTON, TX 77210 | | Claim Number: 854<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | |
| UNSECURED | Claimed: | $28,822.50 | | |

---

| | | | | |
|---|---|---|---|---|
| USA MGMT SYSTEMS INC<br>PO BOX 2772<br>LODI, CA 95241-1772 | | Claim Number: 6075<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $13,405.99 | Scheduled: | $13,769.00 |

---

| | | | | |
|---|---|---|---|---|
| USA MOBILITY WIRELESS INC<br>USE  475718<br>3000 TECHNOLOGY DRIVE, SUITE 400<br>PLANO, TX 75074 | | Claim Number: 9423<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $19.26 | | |

---

| | | | | |
|---|---|---|---|---|
| USA MOBILITY WIRELESS, INC.<br>USE 475718<br>3000 TECHNOLOGY DRIVE, SUITE 400<br>PLANO, TX 75074 | | Claim Number: 9424<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $412.72 | Scheduled: | $1,807.03 |

---

| | | | | |
|---|---|---|---|---|
| USF GLEN MOORE INC<br>C/O CONTRARIAN CAPITAL MANAGEMENT, LLC<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 856<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8554 (09/17/2010) | | |
| UNSECURED | Claimed: | $240,758.13 | Scheduled: | $176,737.59 |

---

| | | | | |
|---|---|---|---|---|
| USW 286 PENSION FUND<br>C/O SPEAR WILDERMAN, P.C.<br>230 S. BROAD STREET, SUITE 1400<br>PHILADELPHIA, PA 19102 | | Claim Number: 11002<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8651 (10/15/2010) | | |
| UNSECURED | Claimed: | $360,113.77 | | |

---

| | | | | |
|---|---|---|---|---|
| USW 286 PENSION FUND<br>C/O SPEAR WILDERMAN, P.C.<br>230 S. BROAD STREET, SUITE 1400<br>PHILADELPHIA, PA 19102 | | Claim Number: 11003<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $360,113.77 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| UTILITY BILLING SERVICES-AR<br>P.O. BOX 8100<br>LITTLE ROCK, AR 72203-8100 | Claim Number: 6863<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $357.61 | | |
|---|---|---|---|---|

---

| UTILITY TRAILER SALES TN INC<br>PO BOX 400<br>LEBANON, TN 37088 | Claim Number: 6769<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,243.00 | Scheduled: | $1,243.00 |
|---|---|---|---|---|

---

| UWHARRIE ENVIRONMENT<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11328<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $5,391.20   UNLIQ | Scheduled: | $5,406.00 |
|---|---|---|---|---|

---

| V-TECH HEATING & AIR CONDITIONING SERV.<br>ATTN: ELIZABETH BOGDANSKI<br>608 BEVINGTON PLACE NW<br>EDMONTON, AB T5T 6G5<br>CANADA | Claim Number: 13159<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $3,052.60 | Scheduled: | $3,061.26 |
|---|---|---|---|---|

---

| VA / JAMES A HALEY VETERANS HOSPITAL<br>13000 BRUCE B DOWNS BOULEVARD<br>TAMPA, FL 33612 | Claim Number: 10651<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $872.00 | Scheduled: | $845.00 |
|---|---|---|---|---|

---

| VAIL, JEFFIE JR.<br>405 KEPPLER CREEK ROAD<br>QUITMAN, LA 71268 | Claim Number: 10291<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

| VAL'S PLUMBING & HEATING, INC.<br>413 FRONT STREET<br>SALINAS, CA 93901 | Claim Number: 2419<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $644.84 | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| VALAB SUPPLY CORP.<br>PO BOX 9870<br>RICHMOND, VA 23228 | | Claim Number: 1594<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $5,890.72 | | |

| VALCO CINCINNATI, INC<br>1244 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1002 | | Claim Number: 9201-01<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $122,970.58 | Scheduled: | $144,994.34 |

| VALCO CINCINNATI, INC<br>1244 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1002 | | Claim Number: 9201-02<br>Claim Date: 08/20/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 5738 (03/10/2010) | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $4,145.44 | Scheduled: | $5,745.44 |

| VALCO CINCINNATI, INC<br>1244 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1002 | | Claim Number: 9201-03<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5738 (03/10/2010) | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $15,070.56 | | |

| VALDIVIA, EMILIO<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10976<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $50,000.00 | | |

| VALE, KATHERINE E<br>5310 WILMINGTON CIR<br>LAFAYETTE, IN 47905 | | Claim Number: 4831<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| --- | --- | --- | --- | --- |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

| VALENTIN, CARLOS R<br>2680 W. HIDDEN GLENN<br>WAUKEGAN, IL 60085 | | Claim Number: 5833<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| --- | --- | --- | --- | --- |
| PRIORITY | Claimed: | $0.00   UNDET | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

VALENTINE LANDSCAPING SERVICE
1046 PISGAH VIEW DR.
KERNERSVILLE, NC 27284

Claim Number: 6963
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,890.25 | Scheduled: | $2,890.25 |

VALLEY FIRE PROTECTION
101 N RADDANT RD
BATAVIA, IL 60510

Claim Number: 5325
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 7651 (05/18/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $46,904.00 | Scheduled: | $46,904.00 |

VALLEY GRINDING SERVICE & SUPPLY, INC.
PO BOX 246
LITTLE CHUTE, WI 54140

Claim Number: 6547
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,837.94 | Scheduled: | $10,837.94 |

VALLEY MACHINE AND WELDING INC
4500 FAGAN STREET
CHATTANOOGA, TN 37410

Claim Number: 9247
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $980.00 | Scheduled: | $980.00 |

VALLEY MACHINE WORKS, INC.
701 W JACKSON STREET
PHOENIX, AZ 85007

Claim Number: 796
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $25,045.30 |

VALLEY NATIONAL GASES LLC
PO BOX 6628
WHEELING, WV 26003

Claim Number: 2157
Claim Date: 04/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,740.18 | Scheduled: | $4,427.48 |

VALLEY ROLLER CO INC
N257 STONEY BROOK ROAD
APPLETON, WI 54915-9444

Claim Number: 3838
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,026.00 | Scheduled: | $2,026.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| VALLEY RUBBER & GASKET CO., INC.<br>10182 CROYDON WAY<br>SACRAMENTO, CA 95828 | Claim Number: 3201<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $582.45 | Scheduled: | $582.45 |

| VALLEY RUBBER & GASKET CO., INC.<br>10182 CROYDON WAY<br>SACRAMENTO, CA 95827 | Claim Number: 3202<br>Claim Date: 06/01/2009<br>Debtor: CALPINE CORRUGATED, LLC | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,642.79 | Scheduled: | $1,642.79 |

| VALLEY TIMBER INC<br>PO BOX 680896<br>FORT PAYNE, AL 35968-1609 | Claim Number: 7385<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,893.00 | Scheduled: | $7,893.00 UNLIQ |

| VALLEY WOOD INC<br>PO BOX 12004<br>COLUMBUS, GA 31917 | Claim Number: 4194<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $887.52 | Scheduled: | $5,887.52 |

| VALLEY WOOD INC<br>PO BOX 12004<br>COLUMBUS, GA 31917 | Claim Number: 13540<br>Claim Date: 11/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $887.52 | | |

| VALLEYCREST LANDSCAPE MAINTENANCE<br>ASHLEY WILSON, ESQ.<br>24151 VENTURA BOULEVARD<br>CALABASAS, CA 91302 | Claim Number: 1742<br>Claim Date: 03/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,510.00 | Scheduled: | $2,535.00 |

| VALS PLUMBING AND HEATING<br>413 FRONT STREET<br>SALINAS, CA 93901 | Claim Number: 6298<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $644.84 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

VALS PLUMBING AND HEATING
413 FRONT STREET
SALINAS, CA 93901

Claim Number: 6612
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $644.84 | Scheduled: | $644.84 |
|---|---|---|---|---|

VAN EMBURGH, LOUISE
2719 KINGSWOOD DR
SEBRING, FL 33872-4336

Claim Number: 7982
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

VAN HOUTLE COFFEE SERVICES
265 FROBISHER DR
UNIT 3
WATERLOO, ON N2V 2G4
CANADA

Claim Number: 8485
Claim Date: 07/16/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $3,830.01 | Scheduled: | $7,512.18 |
|---|---|---|---|---|

VAN, ANDA J.
C/O JAMES E. SORENSON, ESQ.
WILLIAMS, GAUTIER, GWYNN, DELOACH, &
SORENSON P.A. PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10683
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $73,953.10 |
|---|---|---|

VAN, MICHAEL E
MATAWAN AVE.
APT. # 203
MATAWAN, NJ 07747

Claim Number: 10584
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

VANAERNAM TIMBER MANAGEMENT, INC.
PO BOX 2189
CROSS CITY, FL 32628

Claim Number: 3263
Claim Date: 06/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $12,873.63 |
|---|---|---|

VANCE, HAROLD C. FOR HAROLD LEVOY VANCE
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10948
Claim Date: 08/27/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: WITHDRAWN
DOCKET: 8391 (08/16/2010)

| UNSECURED | Claimed: | $300,000.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| VANCOUVER FIRE-SECURITY<br>22131 FRASERWOOD WAY<br>RICHMOND, BC V6W 1J5<br>CANADA | Claim Number: 8353<br>Claim Date: 07/13/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD. |
|---|---|

| UNSECURED | Claimed: | $254.73 | Scheduled: | $249.13 |
|---|---|---|---|---|

| VANDALIA DISTRIBUTION WAREHOUSE<br>P.O. BOX 9<br>VANDALIA, IL 62471 | Claim Number: 206<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| PRIORITY | Claimed: | $2,918.25 |
|---|---|---|
| SECURED | Claimed: | $2,918.25 |
| TOTAL | Claimed: | $2,918.25 |

| VANDALIA DISTRIBUTION WAREHOUSE INC<br>PO BOX 9<br>VANDALIA, IL 62471 | Claim Number: 6379<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>amends claim 6379 |
|---|---|

| UNSECURED | Claimed: | $2,902.00 | Scheduled: | $2,902.00 |
|---|---|---|---|---|

| VANDENHOED, RUUT<br>19175 DE HAVILLAND DR<br>SARATOGA, CA 95070 | Claim Number: 11101<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| VANDERBILT, RONALD A<br>137 CENTER ROAD<br>PHILLIPSBURG, NJ 08865-3508 | Claim Number: 4494<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| VANDERLOOP'S SHOES, INC<br>PO BOX 346<br>400 MOASIS DR<br>LITTLE CHUTE, WI 54140 | Claim Number: 967<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $2,377.89 |
|---|---|---|

| VANDERLOOP'S SHOES, INC<br>PO BOX 346<br>400 MOASIS DR<br>LITTLE CHUTE, WI 54140 | Claim Number: 968<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $1,911.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| VANDERLOOP'S SHOES, INC<br>PO BOX 346<br>400 MOASIS DR<br>LITTLE CHUTE, WI 54140 | | Claim Number: 969<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $557.55 | | |
| VANDERLOOP'S SHOES, INC<br>PO BOX 346<br>400 MOASIS DR<br>LITTLE CHUTE, WI 54140 | | Claim Number: 970<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $2,554.04 | Scheduled: | $7,522.48 |
| VANDEYAR, GUY TERRANCE<br>67 LAMBERT LODGE AVE<br>TORONTO, ON M6G 3Z1<br>CANADA | | Claim Number: 9097<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $57,560.58 | | |
| VANDEYAR, GUY TERRANCE<br>580 CHRISTIE STREET<br>SUITE 580<br>TORONTO, ON M6G 3E3<br>CANADA | | Claim Number: 12648<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: POSSIBLE DUPLICATE OF 9097<br>DOCKET: 5769 (03/11/2010) | | |
| UNSECURED | Claimed: | $57,560.58 | | |
| VANDIVER GROUP, INC., THE<br>COFACE NORTH AMERICA, INC.<br>PO BOX 2102<br>CRANBURY, NJ 08512 | | Claim Number: 2896<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $10,000.00 | | |
| VANE LINE BUNKERING INC<br>PO BOX 630476<br>BALTIMORE, MD 21263-0476 | | Claim Number: 6266<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $155,309.00 | Scheduled: | $157,718.75 |
| VANFAX SPEEDY<br>8288 PIE-IX BLVD.<br>MONTREAL, QC H1Z 3T6<br>CANADA | | Claim Number: 12578<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | |
| UNSECURED | Claimed: | $333.17 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| VANFLEET, SHARON D<br>275 N. DOS CAMINOS AVE.<br>VENTURA, CA 93003 | Claim Number: 5043<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | |
| VANSCO PRECISION ADHESIVE PLACEMENT<br>2652 LASHBROOK AVENUE<br>SOUTH EL MONTE, CA 91733 | Claim Number: 9273<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | | |
| UNSECURED | Claimed: | $1,009.90  UNDET | Scheduled: | $1,009.90 |
| VAPOR POWER INTERNATIONAL, LLC<br>9 ROYAL CREST ROAD, UNIT 6 AND 7<br>REXDALE, ON M9V 2L6<br>CANADA | Claim Number: 12735-01<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010) | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,207.07 | Scheduled: | $1,281.92 |
| VAPOR POWER INTERNATIONAL, LLC<br>9 ROYAL CREST ROAD, UNIT 6 AND 7<br>REXDALE, ON M9V 2L6<br>CANADA | Claim Number: 12735-02<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010) | | | |
| UNSECURED | Claimed: | $90.13 | | |
| VARGO, GAYLE<br>503 LAKE ROYALE<br>LOUISBURG, NC 27549-9572 | Claim Number: 9362<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $50,000.00  UNLIQ | | |
| VARIOUS PAINTING AND DECORATION<br># 304 - 7060 ELWELL STR.<br>BARNABY P.C., BC V5E 1KC<br>CANADA | Claim Number: 1080<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8530 (09/13/2010) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $1,981.00 | Scheduled: | $1,680.76 |
| VARN TRADING COMPANY<br>PO BOX 40965<br>JACKSONVILLE, FL 32203 | Claim Number: 2328<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) | | | |
| UNSECURED | Claimed: | $23,437.76 | Scheduled: | $46,875.51  UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| VARN WOOD PRODUCTS, LLC<br>P.O. BOX 128<br>HOBOKEN, GA 31542 | Claim Number: 2316<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $38,838.84 | Scheduled: | $77,677.69 UNLIQ |
|---|---|---|---|---|

| VARN, INC.<br>P.O. BOX 10<br>HOBOKEN, GA 31542 | Claim Number: 2329<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $10,819.62 | Scheduled: | $21,639.22 UNLIQ |
|---|---|---|---|---|

| VASQUEZ, NICHOLAS<br>8250 VINEYARD AVE APT 106<br>RCH CUCAMONGA, CA 91730-8708 | Claim Number: 12075<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| VATEX AMERICA INC<br>2395 HERMITAGE<br>RICHMOND, VA 23220 | Claim Number: 5236<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $799.00 | Scheduled: | $799.00 |
|---|---|---|---|---|

| VAUGHA, GARY<br>320 S CENTER ST APT 113<br>GRAND PRAIRIE, TX 75051-1780 | Claim Number: 8508<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|

| VAUGHAN, GARY L<br>513 W DICKEY RD<br>APT 228<br>GRAND PRAIRIE, TX 75051 | Claim Number: 5466<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| VAUGHN BELTING CO<br>2251 S. PINE ST.<br>PO BOX 5505<br>SPARTANBURG, SC 29304 | Claim Number: 4307<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $9,126.42 | Scheduled: | $9,126.42 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| VAUGHN BELTING CO., INC.<br>PO BOX 5505<br>SPARTANBURG, SC 29304 | Claim Number: 2071<br>Claim Date: 04/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|
| UNSECURED          Claimed: | $9,126.42 |

| VBS INC.<br>MATERIAL HANDLING EQUIPMENT<br>5808 MIDLOTHIAN TURNPIKE<br>PO BOX 13326<br>RICHMOND, VA 23225 | Claim Number: 11063<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5047 (02/16/2010) |
|---|---|
| UNSECURED          Claimed: | $150,035.75 |

| VECTREN ENERGY DELIVERY<br>ATTENTION BANKRUPTCY<br>P.O. BOX 209<br>EVANSVILLE, IN 47702 | Claim Number: 11483<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|
| UNSECURED          Claimed: | $12.79 |

| VECTREN ENERGY DELIVERY<br>PO BOX 6250<br>INDIANAPOLIS, IN 46206-6250 | Claim Number: 11484<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|
| UNSECURED          Claimed:          $6,445.93          Scheduled:          $5,170.34 | |

| VECTREN ENERGY DELIVERY<br>ATTENTION BANKRUPTCY<br>P.O. BOX 209<br>EVANSVILLE, IN 47702 | Claim Number: 11485<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|
| UNSECURED          Claimed: | $2,136.67 |

| VECTREN ENERGY DELIVERY/NORTH 6248<br>P.O. BOX 6248<br>INDIANAPOLIS, IN 46206-6248 | Claim Number: 11488<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|
| UNSECURED          Claimed: | $4,028.24 |

| VECTREN ENERGY DELIVERY/OHIO 6262<br>P.O. BOX 6262<br>INDIANAPOLIS, IN 46206-6262 | Claim Number: 11487<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|
| UNSECURED          Claimed: | $5,222.60 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| VECTREN ENERGY DELIVERY/SOUTH 6250<br>P.O. BOX 6250<br>INDIANAPOLIS, IN 46206-6250 | Claim Number: 11486<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $23.27 |
|---|---|---|

---

| VEENSCHOTEN & COMPANY, INC.- ASSIGNOR<br>C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE<br>& ATTORNEY-IN-FACT<br>2699 WHITE ROAD SUITE 255<br>IRVINE, CA 92614 | Claim Number: 9182<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $4,406.00 |
|---|---|---|
| PRIORITY | Claimed: | $4,406.00 |
| TOTAL | Claimed: | $4,406.00 |

---

| VEENSHCOTEN & COMPANY, INC.- ASSIGNOR<br>C/O SIERRA LIQUIDITY FUND, LLC- ASSIGNEE<br>& ATTORNEY<br>2699 WHITE ROAD SUITE 255<br>IRVINE, CA 92614 | Claim Number: 9185<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $5,250.00 |
|---|---|---|

---

| VEGA, DORIS<br>URB ALTURAS DEL MAR<br>196 CALLE FARO<br>ISABELA, PR 00662 | Claim Number: 7748<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $13,960.87 |
|---|---|---|

---

| VEGA, LORENZO<br>175 EAST 12TH STREET<br>HIALEAH, FL 33010 | Claim Number: 9559<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| VEND A MATIC INC<br>PO BOX 949<br>SOCIAL CIRCLE, GA 30025 | Claim Number: 5477<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $527.60 | Scheduled: | $583.22 |
|---|---|---|---|---|

---

| VENETOR EQUIPMENT RENTAL INC.<br>45 ORIOLE AVENUE<br>STONEY CREEK, ON L8E 5E4<br>CANADA | Claim Number: 2816<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $1,331.40 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

VENETOR EQUIPMENT RENTAL INC.
45 ORIOLE AVENUE
STONEY CREEK, ON L8E 5E4
CANADA

Claim Number: 8305
Claim Date: 07/10/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $1,090.82 |
|---|---|---|

---

VENETOR EQUIPMENT RENTAL INC.
45 ORIOLE AVENUE
STONEY CREEK, ON L8E 5E4
CANADA

Claim Number: 12330
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $1,331.40 |
|---|---|---|

---

VENTES CENTECH INC
ATTN: ALAIN GEMME/SPIRO DERMATIS
645, CURE-BOVIN, SUITE 203
BOISBRIAND, QC J7G 2J2
CANADA

Claim Number: 8468-02
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 2205 (10/09/2009)

| ADMINISTRATIVE | Claimed: | $6,232.76 |
|---|---|---|

---

VENTES PESCO LTEE
ATTN: DAVID FROST
3260 SARTELON
MONTREAL, QC H4R 1E3
CANADA

Claim Number: 8986-01
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: POSSIBLE DUPLICATE OF 7664
DOCKET: 5769 (03/11/2010)

| ADMINISTRATIVE | Claimed: | $1,805.19 |
|---|---|---|

---

VENTES PESCO LTEE
ATTN: DAVID FROST
3260 SARTELON
MONTREAL, QC H4R 1E3
CANADA

Claim Number: 8986-02
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: POSSIBLE DUPLICATE OF 7664
DOCKET: 5769 (03/11/2010)

| UNSECURED | Claimed: | $680.36 |
|---|---|---|

---

VENTES PESCO LTEE (LES)
3260 RUE SARTELON
MONTREAL, QC H4R 1E3
CANADA

Claim Number: 7664
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $2,485.55 | Scheduled: | $854.19 |
|---|---|---|---|---|

---

VENTILATION POWER CLEANING INC
3914 LEARY WAY NORTHWEST
SEATTLE, WA 98107-5042

Claim Number: 6695
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $738.42 | Scheduled: | $667.63 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| VENTO INC.<br>1310 CONSHOHOCKEN RD.<br>CONSHOHOCKEN, PA 19428 | Claim Number: 3002<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $13,686.46 | | |
|---|---|---|---|---|

| VENTO, INC.<br>1310 CONSHOHOCKEN ROAD<br>CONSHOHOCKEN, PA 19428 | Claim Number: 13774<br>Claim Date: 01/14/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>amends claim 3002. |
|---|---|

| UNSECURED | Claimed: | $15,057.08 | Scheduled: | $10,912.00 |
|---|---|---|---|---|

| VENTURA COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>800 S. VICTORIA AVE<br>VENTURA, CA 93009-1290 | Claim Number: 12184<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| PRIORITY | Claimed: | $770.69 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| VEOLIA ES TECHNICAL SOLUTIONS L.L.C.<br>1275 MINERAL SPRINGS DR<br>PORT WASHINGTON, WI 53074 | Claim Number: 1740<br>Claim Date: 03/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,754.93 | Scheduled: | $1,238.00 |
|---|---|---|---|---|

| VEOLIA ES TECHNICAL SOLUTIONS LLC<br>1275 MINERAL SPRINGS DR<br>PORT WASHINGTON, WI 53074 | Claim Number: 13397<br>Claim Date: 10/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

| VERDUGO, EULAGIO T.<br>741 W HUGHES ST<br>NOGALES, AZ 85621-1869 | Claim Number: 4909<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,000.00 | Scheduled: | $1,000.00 |
|---|---|---|---|---|

| VERHOLTZ, KARRIE L<br>P.O. BOX 26872<br>SALT LAKE CITY, UT 84126 | Claim Number: 6865<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

VERIZON
404 BROCK DRIVE
BLOOMINGTON, IL 61701

Claim Number: 14011
Claim Date: 04/23/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $4,497.88 |
|---|---|---|

VERIZON
PO BOX 3037
BLOOMINGTON, IL 61702-3037

Claim Number: 14013
Claim Date: 04/23/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $55,009.08 |
|---|---|---|

VERIZON ONLINE
AFNI/VERIZON ONLINE
PO BOX 3243
BLOOMINGTON, IL 61702-3243

Claim Number: 13425
Claim Date: 09/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $1,126.33 |
|---|---|---|

VERIZON WIRELESS
P.O. BOX 3397
BLOOMINGTON, IL 61702

Claim Number: 14012
Claim Date: 04/23/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8530 (09/13/2010)

| UNSECURED | Claimed: | $80,590.30 | Scheduled: | $89,137.28 |
|---|---|---|---|---|

VERIZON WIRELESS NORTH
PO BOX 3397
BLOOMINGTON, IL 61702

Claim Number: 2686
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| UNSECURED | Claimed: | $74,084.52 |
|---|---|---|

VERMEYS, PAMELA
C/O JAY E. DENNE, ATTORNEY AT LAW
PO BOX 912
SIOUX CITY, IA 51102

Claim Number: 927
Claim Date: 02/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $4,000.00 |
|---|---|---|

VERMEYS, PAMELA
C/O JAY E. DENNE, ATTORNEY AT LAW
PO BOX 912
SIOUX CITY, IA 51102

Claim Number: 6947
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $250,000.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| VERMEYS, PAMELA<br>C/O JAY E. DENNE, ATTORNEY AT LAW<br>PO BOX 912<br>SIOUX CITY, IA 51102 | | Claim Number: 7788<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $250,000.00 | | |

---

| | | | | |
|---|---|---|---|---|
| VERN'S PLUMBING<br>3505 W ASHLAN AVE<br>FRESNO, CA 93722 | | Claim Number: 8423<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $1,346.60 | Scheduled: | $2,280.89 |

---

| | | | | |
|---|---|---|---|---|
| VERN'S PLUMBING<br>3505 W ASHLAN AVE<br>ATTN: RICHARD ADOMITZ<br>FRESNO, CA 93722 | | Claim Number: 12352<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $1,346.60 | | |

---

| | | | | |
|---|---|---|---|---|
| VERN'S PLUMBING, HEATING & AIR<br>CONDITIONING<br>3505 W. ASHLAN<br>FRESNO, CA 93722 | | Claim Number: 564<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $2,280.89 | | |

---

| | | | | |
|---|---|---|---|---|
| VERNON COMPANY, THE<br>ONE PROMOTIONAL PLACE<br>NEWTON, IA 50208 | | Claim Number: 948<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $1,819.59 | Scheduled: | $1,152.89 |

---

| | | | | |
|---|---|---|---|---|
| VERST GROUP LOGISTICS<br>VERST GROUP LOGISTICS, INC.<br>300 SHORLAND DRIVE<br>WALTON, KY 41094 | | Claim Number: 5246<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $11,320.64 | Scheduled: | $29,738.26  UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| VERTIS, INC.<br>ATTN: JERRY HUNT<br>250 W. PRATT STREET<br>BALTIMORE, MD 21201 | | Claim Number: 11605-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $27,804.93 | Scheduled: | $37,569.72 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

VERTIS, INC.
ATTN: JERRY HUNT
250 W. PRATT STREET
BALTIMORE, MD 21201

Claim Number: 11605-02
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 2813 (11/18/2009)

| ADMINISTRATIVE | Claimed: | $9,764.79 | | |
|---|---|---|---|---|

---

VES COMPANY INC
PO BOX 60157
SEATTLE, WA 98160

Claim Number: 6294
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $920.00 | Scheduled: | $920.00 |
|---|---|---|---|---|

---

VES COMPANY INC
PO BOX 60157
SEATTLE, WA 98160

Claim Number: 12427
Claim Date: 07/27/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $2,400.00 | Scheduled: | $2,400.00 |
|---|---|---|---|---|

---

VES COMPANY, INC.
P.O. BOX 60157
SEATTLE, WA 98160

Claim Number: 8749
Claim Date: 07/27/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $2,400.00 | | |
|---|---|---|---|---|

---

VESPER PALLET CO INC
6584 CAMERON AVE
PO BOXX 126
VESPER, WI 54489

Claim Number: 2476
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $13,333.74 | Scheduled: | $13,333.74 |
|---|---|---|---|---|

---

VESUVIUS CANADA INC.
C/O VESUVIUS USA CORPORATION
ATTN: STEVEN DEL COTTO
250 PARK WEST DRIVE
PITTSBURGH, PA 15275

Claim Number: 13270
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $51,787.95 | Scheduled: | $51,178.04 |
|---|---|---|---|---|

---

VETERAN'S TRUCKING
7222 W CERMAK RD
RIVERSIDE, IL 60546-1423

Claim Number: 5818
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)

| UNSECURED | Claimed: | $13,781.25 | Scheduled: | $12,031.25 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

VETERAN'S TRUCKING CORP
7222 CERMAK SUITE 511
NORTH RIVERSIDE, IL 60456

Claim Number: 1418
Claim Date: 03/12/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $13,781.25 |

---

VGM PROPERTIES LLC
560 PLANTATION ROAD
MARTINSVILLE, VA 24112

Claim Number: 4894
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,483.08 | Scheduled: | $11,483.08 |

---

VICK COMPANIES, INC.
ATTN: W. WAYNE VICK
T/A INFRALOGIX
POST OFFICE BOX 444
WILLIAMSBURG, VA 23185

Claim Number: 12651
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $22,445.00 |

---

VIDEO INDUSTRIAL SERVICE INC
113 SHERIDAN ROAD
BIRMINGHAM, AL 35214

Claim Number: 7119
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $214,836.51 | Scheduled: | $170,135.46 |

---

VIDEO SECURITY SOLUTIONS
231 E CHARLOTTE AVENUE
ANAHEIM, CA 92805

Claim Number: 6231
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,276.00 |
| UNSECURED | Claimed: | $862.00 |

---

VIDIOLA, FRANKIE A. JR
35122 SUNNYSIDE DRIVE
YUCAIPA, CA 92399

Claim Number: 13223
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

VIKING FIRE PROTECTION INC
PO BOX 527
HIGH POINT, NC 27261

Claim Number: 4158
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $52,096.62 | Scheduled: | $57,036.62 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| VIKING INDUSTRIES, INC.<br>P.O. BOX 249<br>89 S. OHIOVILLE RD.<br>NEW PALTZ, NY 12561 | Claim Number: 1981<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $12,639.23 | Scheduled: | $12,437.63 |
|---|---|---|---|---|

| VILLA, EMIL L<br>708 BIGLER STREET<br>PHILADELPHIA, PA 19148 | Claim Number: 4052<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| VILLA, EMIL L<br>708 BIGLER STREET<br>PHILADELPHIA, PA 19148 | Claim Number: 8370<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| VILLAGE OF NEW LENOX, IL<br>1 VETERANS PARKWAY<br>NEW LENOX, IL 60451 | Claim Number: 4642<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $4,193.45 | Scheduled: | $200.00 |
|---|---|---|---|---|

| VILLAGE OPTICAL<br>1079 ST. MARY'S ROAD<br>WINNIPEG, MB R2M 3T2<br>CANADA | Claim Number: 12226<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $1,611.00 |
|---|---|---|

| VILLE DE LA TUQUE<br>375, RUE SAINT-JOSEPH<br>ATTN: PIERRE BOUCHARD<br>LA TUQUE, QC G9X 1L5<br>CANADA | Claim Number: 9047<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| SECURED | Claimed: | $29,539.04 |
|---|---|---|

| VILLE DE LA TUQUE<br>375, RUE SAINT-JOSEPH<br>ATTN: PIERRE BOUCHARD<br>LA TUQUE, QC G9X 1L5<br>CANADA | Claim Number: 9048<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $286.97 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| VILLE DE MONTREAL<br>ATTN: DIEVVY SYLFRARD<br>155 EST NOTRE-DAME BUR: 121<br>MONTREAL, QC H2Y 1B5<br>CANADA | Claim Number: 12671<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION |
|---|---|

| PRIORITY | Claimed: | $1,072.31 |
| UNSECURED | Claimed: | $3,889.90 |

---

| VILLE DE MONTREAL<br>ATTN: DIEVVY SYLFRARD<br>155 EST NOTRE DAME BUR 121<br>MONTREAL, QC H2Y 1B5<br>CANADA | Claim Number: 12678<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $5,878.25 |

---

| VILLE DE MONTREAL<br>ATTN: DIEUVY SYLFRARD<br>155 EST NOTRE-DAME<br>BUR: 121<br>MONTREAL, QC H2Y 1B5<br>CANADA | Claim Number: 13153<br>Claim Date: 08/12/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) |
|---|---|

| SECURED | Claimed: | $5,847.20 |

---

| VINCENT, V<br>842 WEST EVELYN AVENUE<br>LOUISVILLE, KY 40215 | Claim Number: 4666<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |

---

| VINDIOLA, FRANKIE<br>35122 SUNNYSIDE DR<br>YUCAIPA, CA 92399 | Claim Number: 13222<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

---

| VINSON, DORA B.<br>C/O SCOTT P. HOLWITT, ESQ.<br>5017 WASHINGTON PLACE - 3RD FLOOR<br>SAINT LOUIS, MO 63108 | Claim Number: 895<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $250,000.00 |

---

| VINSON, DORA B.<br>C/O SCOTT P. HOLWITT, ESQ.<br>5017 WASHINGTON PLACE - 3RD FLOOR<br>SAINT LOUIS, MO 63108 | Claim Number: 1193<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $250,000.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| VINSON, EDITH F<br>240 CR 1567<br>MOOREVILLE, MS 38857 | Claim Number: 10455<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $154,234.08 | |

| VIPER PROTECTION SERVICES, INC.<br>PO BOX 327<br>ETNA, OH 43018-0327 | Claim Number: 11162<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,323.34 | Scheduled: $2,323.34 |

| VIRGINIA CAROLINA BELTING INC<br>PO BOX 114<br>ROANOKE, VA 24002-0114 | Claim Number: 3848<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $32,580.56 | Scheduled: $24,946.72 |

| VIRGINIA CAROLINA FOREST PRODUCTS I<br>PO BOX 668<br>LAWRENCEVILLE, VA 23868 | Claim Number: 9861<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,387.08 |

| VIRGINIA CAROLINA FOREST PRODUCTS, INC.<br>ATTN: OWEN STRICKLER<br>P.O. BOX 668<br>LAWRENCEVILLE, VA 23868 | Claim Number: 9860<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2205 (10/09/2009) | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,387.08 |

| VIRGINIA CAROLINA TIMBER INC<br>P.O. BOX 668<br>LAWRENCEVILLE, VA 23868 | Claim Number: 9869<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $74,477.74 |

| VIRGINIA CAROLINA TIMBER, INC.<br>ATTN: TERRY GRECH<br>P.O. 668<br>LAWRENCEVILLE, VA 23868 | Claim Number: 9868<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8528 (09/13/2010) | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $57,089.88 |
| UNSECURED | Claimed: | $17,387.86 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| VIRGINIA CARTRIDGE RECYCLERS<br>PO BOX 2476<br>CHESTER, VA 23831 | Claim Number: 3989-01<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $372.30 | Scheduled: | $1,779.00 |
|---|---|---|---|---|

| VIRGINIA CARTRIDGE RECYCLERS<br>PO BOX 2476<br>CHESTER, VA 23831 | Claim Number: 3989-02<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1974 (09/18/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,032.24 |
|---|---|---|

| VIRGINIA DEPARTMENT OF TAXATION<br>TAXING AUTHORITY CONSULTING SERVICES, PC<br>BANKRUPTCY COUNSEL<br>PO BOX 2156<br>RICHMOND, VA 23215-2156 | Claim Number: 5482<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
|---|---|

| PRIORITY | Claimed: | $33,799.82 |
|---|---|---|
| UNSECURED | Claimed: | $10.00 |

| VIRGINIA DEPARTMENT OF TAXATION<br>TAXING AUTHORITY CONSULTING SERVICES, PC<br>BANKRUPTCY COUNSEL<br>P.O. BOX 2156<br>RICHMOND, VA 23218-2156 | Claim Number: 13917<br>Claim Date: 03/22/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8954 (02/22/2011)<br>Amends Claim 5482 |
|---|---|

| PRIORITY | Claimed: | $330,627.09 |
|---|---|---|
| UNSECURED | Claimed: | $90,451.67 |

| VIRGINIA DEPT OF ENVIRONMENTAL QUALITY<br>ATTN: MELANIE D. DAVENPORT<br>629 E. MAIN STREET<br>RICHMOND, VA 23210 | Claim Number: 99020<br>Claim Date: 08/25/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8445 (08/25/2010) |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

| VIRGINIA DIVERSIFIED<br>PO BOX 7<br>SKIPPERS, VA 23879 | Claim Number: 12295<br>Claim Date: 09/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $5,500.00 | Scheduled: | $5,500.00 |
|---|---|---|---|---|

| VIRGINIA ELEVATOR CO INC<br>2110 TOMLYNN ST<br>RICHMOND, VA 23230 | Claim Number: 9437<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $14,817.89 | Scheduled: | $16,691.16 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

VIRGINIA ELEVATOR CO INC
2110 TOMLYNN STREET
RICHMOND, VA 23230

Claim Number: 9438
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,817.89 | | |

---

VIRGINIA ELEVATOR CO INC
2110 TOMLYNN ST
RICHMOND, VA 23230

Claim Number: 9439
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,817.89 | | |

---

VIRGINIA ELEVATOR CO., INC.
2110 TOMLYNN STREET
RICHMOND, VA 23230

Claim Number: 845
Claim Date: 02/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,269.58 | | |

---

VIRGINIA FIRE PROTECTION
10343 B KINGS ACRES ROAD
ASHLAND, VA 23005

Claim Number: 6131
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,171.00 | Scheduled: | $4,171.00 |

---

VIRGINIA LAB SUPPLY CORP
PO BOX 9870
RICHMOND, VA 23228

Claim Number: 13419
Claim Date: 10/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
Amends Claim 1594

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,890.72 | Scheduled: | $5,550.37 |

---

VIRGINIA SPRINKLER COMPANY, INC.
C/O MICHAEL P. FALZONE, ESQ.
HIRSCHLER FLEISCHER, P.C.
P.O. BOX 500
RICHMOND, VA 23218-0500

Claim Number: 6681-01
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4964 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $62,806.01 | Scheduled: | $126,916.77 |

---

VIRGINIA SPRINKLER COMPANY, INC.
C/O MICHAEL P. FALZONE, ESQ.
HIRSCHLER FLEISCHER, P.C.
P.O. BOX 500
RICHMOND, VA 23218-0500

Claim Number: 6681-02
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4964 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $64,821.80 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| VIRGINIA-AMERICAN WATER COMPANY<br>C/O KENNETH C. JONES<br>CORPORATE COUNSEL<br>727 CRAIG ROAD<br>ST. LOUIS, MO 63141 | Claim Number: 7208<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $195,868.92 | Scheduled: | $195,868.92 |
|---|---|---|---|---|

| VISION INSTRUMENTATION INC.<br>ATTN: ANDRE VOIZARD<br>358, MCARTHUR<br>ST-LAURENT, QC H4T 1X8<br>CANADA | Claim Number: 12847-02<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 2534 (10/30/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $307.38 |
|---|---|---|

| VISION INTEGRATED GRAPHICS LLC<br>208 S JEFFERSON STREET  3RD FLOOR<br>CHICAGO, IL 60661 | Claim Number: 6264<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $15,307.62 | Scheduled: | $13,670.61 |
|---|---|---|---|---|

| VISION INTEGRATED GRAPHICS LLC<br>208 S JEFFERSON STREET  3RD FLOOR<br>CHICAGO, IL 60661 | Claim Number: 6265<br>Claim Date: 07/24/2009<br>Debtor: CAMEO CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $1,265.00 | Scheduled: | $1,265.00 |
|---|---|---|---|---|

| VISUAL COMMUNICATIONS CO INC<br>PO BOX 7757<br>ROANOKE, VA 24019 | Claim Number: 3843<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $1,168.35 | Scheduled: | $1,168.35 |
|---|---|---|---|---|

| VISUAL PLANNING CORP.<br>6805 DECARIE BLVD.<br>ATTN: SAMI AOUN (ACCOUNTANT)<br>MONTREAL, QC H3W 3E4<br>CANADA | Claim Number: 2822<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $1,081.34 |
|---|---|---|

| VISVYDAS, PRANAS<br>847-6TH ST APT G<br>SANTA MONICA, CA 90403-1428 | Claim Number: 6336<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| UNSECURED | Claimed: | $691.78   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| VISVYDAS, PRANAS<br>847-6TH ST APT G<br>SANTA MONICA, CA 90403-2867 | Claim Number: 8805<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | |
|---|---|---|
| VISY RECYCLING/PRATT INDUSTRIES USA<br>ATTN: BRIAN THOMAS<br>1800 C SARASOTA BUSINESS PARK<br>CONYERS, GA 30013 | Claim Number: 81<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $49,333.49 |

---

| | | |
|---|---|---|
| VITEC INC<br>24755 HIGHPOINT ROAD<br>CLEVELAND, OH 44122-6050 | Claim Number: 7804<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,604.86 | Scheduled: | $2,604.86 |

---

| | | |
|---|---|---|
| VITEZNIK, S F<br>2765 S.W. GLENHAVEN<br>LAKE OSWEGO, OR 97034 | Claim Number: 6287<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

---

| | | |
|---|---|---|
| VLAHOVLJAK, MIRSAD<br>4002 BATES STREET<br>SAINT LOUIS, MO 63116 | Claim Number: 7897<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,000,000.00 |

---

| | | |
|---|---|---|
| VLASATY LAW FIRM LLC, THE<br>7711 BONHOMME AVE STE 740<br>SAINT LOUIS, MO 63105-1974 | Claim Number: 8013<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,415.00 | Scheduled: | $1,415.00 |

---

| | | |
|---|---|---|
| VOCATIONAL SERVICES, INC.<br>935 KENT STREET<br>LIBERTY, MO 64068 | Claim Number: 1059<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,208.88 | Scheduled: | $18,683.72 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

VOCATIONAL TRAINING CENTER
424 9TH AVE S
FARGO, ND 58102

Claim Number: 610
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $4,280.20 | Scheduled: | $3,234.80 |
|---|---|---|---|---|

VOGEL LUBRICATION INC
2115 ALUMINUM DR
HAMPTON, VA 23661-1224

Claim Number: 6021
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 1354 (08/03/2009)

| ADMINISTRATIVE | Claimed: | $396.00 | | |
|---|---|---|---|---|

VOICE OF GOD
PO BOX 950
JEFFERSONVILLE, IN 47131

Claim Number: 12302
Claim Date: 09/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,955.83 | Scheduled: | $1,747.00 |
|---|---|---|---|---|

VOITH CANADA INC.
ATTN: STEPHANIE VINCENT
2200 N. ROEMER ROAD
APPLETON, WI 54911

Claim Number: 13233
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 6350 (03/29/2010)

| ADMINISTRATIVE UNSECURED | Claimed: | $41,933.13 | Scheduled: | $43,153.43 |
|---|---|---|---|---|

VOITH PAPER FABRICS US SALES INC
ATTN: STEPHANIE VINCENT
2200 N. ROEMER ROAD
APPLETON, WI 54911

Claim Number: 11042-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 6350 (03/29/2010)

| ADMINISTRATIVE UNSECURED | Claimed: | $718,482.89 | Scheduled: | $30,435.33 |
|---|---|---|---|---|

VOITH PAPER FABRICS WAYCROSS, INC.
ATTN: STEPHANIE VINCENT
2200 N. ROEMER ROAD
APPLETON, WI 54911

Claim Number: 11038-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 6350 (03/29/2010)

| ADMINISTRATIVE | Claimed: | $2,317.10 | | |
|---|---|---|---|---|

VOITH PAPER INC
ATTN: STEPHANIE VINCENT
2200 N. ROEMER ROAD
APPLETON, WI 54911

Claim Number: 11041
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 6350 (03/29/2010)

| ADMINISTRATIVE UNSECURED | Claimed: | $112,863.00 | Scheduled: | $150,319.59 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

VOITH PAPER ROLLS SOUTH INC
ATTN: STEPHANIE VINCENT
2200 N. ROEMER ROAD
APPLETON, WI 54911

Claim Number: 11039-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 6350 (03/29/2010)

| ADMINISTRATIVE | Claimed: | $65,823.12 | | |
|---|---|---|---|---|

---

VOITH PAPER ROLLS WEST INC
ATTN: STEPHANIE VINCENT
2200 N. ROEMER ROAD
APPLETON, WI 54911

Claim Number: 11040-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 6350 (03/29/2010)

| ADMINISTRATIVE | Claimed: | $307.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $824.10 |

---

VOLLAND, R K
139 DUBONNET ROAD
TAVERNIER, FL 33070

Claim Number: 11546
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6779 (04/09/2010)

| PRIORITY | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50,178.00 | | |

---

VOLLAND, R K
139 DUBONNET ROAD
TAVERNIER, FL 33070

Claim Number: 11547
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9033 (04/25/2011)

| PRIORITY | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,059,200.00 | | |

---

VOLLAND, R K
139 DUBONNET ROAD
TAVERNIER, FL 33070

Claim Number: 11548
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6779 (04/09/2010)

| PRIORITY | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $46,915.00 | | |

---

VOLUCK, ALLAN
901 EAST CAMINO REAL
BOCA RATON, FL 33432

Claim Number: 13701
Claim Date: 12/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| PRIORITY | Claimed: | $5,530.05 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $5,530.05 UNLIQ |

---

VOLUNTEER EXPRESS, INC
P.O. BOX 100886
NASHVILLE, TN 37224

Claim Number: 2228
Claim Date: 04/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $23,710.14 | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| VOLUNTEER MACHINE & TOOL LLC<br>PO BOX 366<br>HUMBOLDT, TN 38343 | Claim Number: 3262<br>Claim Date: 06/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $10,069.00 | | |
| VOLUNTEER MACHINE AND TOOL LLC<br>PO BOX 366<br>HUMBOLDT, TN 38343 | Claim Number: 4812<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $10,069.00 | Scheduled: | $8,919.00 |
| VONWIN CAPITAL MANAGEMENT, L.P.<br>TRANSFEROR: MQ OPERATING COMPANY DBA CMI<br>ROGER VON SPIEGEL, MANAGING DIRECTOR<br>261 FIFTH AVENUE, 22ND FLOOR<br>NEW YORK, NY 10016 | Claim Number: 1165<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $20,360.00 | | |
| VONWIN CAPITAL MANAGEMENT, L.P.<br>TRANSFEROR: BULLET TRANSPORTATION CO INC<br>ROGER VON SPIEGEL, MANAGING DIRECTOR<br>261 FIFTH AVENUE, 22ND FLOOR<br>NEW YORK, NY 10016 | Claim Number: 1537<br>Claim Date: 03/17/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: EXPUNGED<br>DOCKET: 8758 (11/15/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| VONWIN CAPITAL MANAGEMENT, L.P.<br>TRANSFEROR: TIMCO PRODUCTS INC<br>ROGER VON SPIEGEL, MANAGING DIRECTOR<br>261 FIFTH AVENUE, 22ND FLOOR<br>NEW YORK, NY 10016 | Claim Number: 3701<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $33,993.41 | Scheduled: | $33,993.41 |
| VONWIN CAPITAL MANAGEMENT, L.P.<br>TRANSFEROR: PFS WASTE CONTROL SERVICES<br>ROGER VON SPIEGEL, MANAGING DIRECTOR<br>261 FIFTH AVENUE, 22ND FLOOR<br>NEW YORK, NY 10016 | Claim Number: 3925<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | | |
| UNSECURED | Claimed: | $26,942.16 | Scheduled: | $28,509.00 |
| VONWIN CAPITAL MANAGEMENT, L.P.<br>TRANSFEROR: OREGON PALLET<br>ROGER VON SPIEGEL, MANAGING DIRECTOR<br>261 FIFTH AVENUE, 22ND FLOOR<br>NEW YORK, NY 10016 | Claim Number: 4436<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $18,081.50 | Scheduled: | $17,997.50 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| VONWIN CAPITAL MANAGEMENT, L.P. | Claim Number: 4520 |
|---|---|
| TRANSFEROR: ARKANSAS OKLAHOMA GAS ASOC | Claim Date: 07/10/2009 |
| ROGER VON SPIEGEL, MANAGING DIRECTOR | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 261 FIFTH AVENUE, 22ND FLOOR | |
| NEW YORK, NY 10016 | |

| UNSECURED | Claimed: | $15,361.61 | Scheduled: | $15,361.61 |
|---|---|---|---|---|

---

| VONWIN CAPITAL MANAGEMENT, L.P. | Claim Number: 5870-01 |
|---|---|
| TRANSFEROR: W&W FARMS | Claim Date: 07/20/2009 |
| ROGER VON SPIEGEL, MANAGING DIRECTOR | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 261 FIFTH AVENUE, 22ND FLOOR | |
| NEW YORK, NY 10016 | |

| UNSECURED | Claimed: | $23,436.00 | Scheduled: | $25,776.00 |
|---|---|---|---|---|

---

| VONWIN CAPITAL MANAGEMENT, L.P. | Claim Number: 5870-02 |
|---|---|
| TRANSFEROR: W&W FARMS | Claim Date: 07/20/2009 |
| ROGER VON SPIEGEL, MANAGING DIRECTOR | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 261 FIFTH AVENUE, 22ND FLOOR | Comments: DOCKET: 1866 (09/04/2009) |
| NEW YORK, NY 10016 | |

| ADMINISTRATIVE | Claimed: | $2,340.00 |
|---|---|---|

---

| VONWIN CAPITAL MANAGEMENT, L.P. | Claim Number: 6229 |
|---|---|
| TRANSFEROR: CW TRANSPORTATION | Claim Date: 07/24/2009 |
| ROGER VON SPIEGEL, MANAGING DIRECTOR | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 261 FIFTH AVENUE, 22ND FLOOR | |
| NEW YORK, NY 10016 | |

| UNSECURED | Claimed: | $41,608.82 | Scheduled: | $42,958.82 |
|---|---|---|---|---|

---

| VONWIN CAPITAL MANAGEMENT, L.P. | Claim Number: 6261 |
|---|---|
| TRANSFEROR: BULLET TRANSPORTATION | Claim Date: 07/24/2009 |
| ROGER VON SPIEGEL, MANAGING DIRECTOR | Debtor: SMURFIT-MBI |
| 261 FIFTH AVENUE, 22ND FLOOR | Comments: |
| NEW YORK, NY 10016 | Claimant asserts 27,026.73 CDN. Amends claim 1537. |

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $22,172.72 |
|---|---|---|---|---|

---

| VONWIN CAPITAL MANAGEMENT, L.P. | Claim Number: 6262 |
|---|---|
| TRANSFEROR: BULLET TRANSPORTATION COMPAN | Claim Date: 07/24/2009 |
| ROGER VON SPIEGEL, MANAGING DIRECTOR | Debtor: SMURFIT-MBI |
| 261 FIFTH AVENUE, 22ND FLOOR | Comments: POSSIBLE DUPLICATE OF 6261 |
| NEW YORK, NY 10016 | CLAIM AMOUNT IS 27,026.73 CANADIAN |

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

| VONWIN CAPITAL MANAGEMENT, L.P. | Claim Number: 6263 |
|---|---|
| TRANSFEROR: BULLET TRANSPORTATION CO INC | Claim Date: 07/24/2009 |
| ROGER VON SPIEGEL, MANAGING DIRECTOR | Debtor: SMURFIT-MBI |
| 261 FIFTH AVENUE, 22ND FLOOR | Comments: POSSIBLE DUPLICATE OF 6261 |
| NEW YORK, NY 10016 | CLAIM AMOUNT IS 27,026.73 CANADIAN |

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| VONWIN CAPITAL MANAGEMENT, L.P.<br>TRANSFEROR: CALUMET MACHINE<br>ROGER VON SPIEGEL, MANAGING DIRECTOR<br>261 FIFTH AVENUE, 22ND FLOOR<br>NEW YORK, NY 10016 | | Claim Number: 6337<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |

| UNSECURED | Claimed: | $20,360.00 | Scheduled: | $20,360.00 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| VONWIN CAPITAL MANAGEMENT, L.P.<br>TRANSFEROR: CITY OF SHELBY UTILITIES<br>ROGER VON SPIEGEL, MANAGING DIRECTOR<br>261 FIFTH AVENUE, 22ND FLOOR<br>NEW YORK, NY 10016 | | Claim Number: 7079<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |

| UNSECURED | Claimed: | $43,473.11 | Scheduled: | $42,873.11 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| VONWIN CAPITAL MANAGEMENT, L.P.<br>TRANSFEROR: PALMETTO SPLICE SERVICE INC<br>ROGER VON SPIEGEL, MANAGING DIRECTOR<br>261 FIFTH AVENUE, 22ND FLOOR<br>NEW YORK, NY 10016 | | Claim Number: 7080-01<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |

| UNSECURED | Claimed: | $45,861.24 | Scheduled: | $47,990.47 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| VONWIN CAPITAL MANAGEMENT, L.P.<br>TRANSFEROR: PALMETTO SPLICE SERVICE INC<br>ROGER VON SPIEGEL, MANAGING DIRECTOR<br>261 FIFTH AVENUE, 22ND FLOOR<br>NEW YORK, NY 10016 | | Claim Number: 7080-02<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009) | | |

| ADMINISTRATIVE | Claimed: | $1,897.20 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| VONWIN CAPITAL MANAGEMENT, L.P.<br>TRANSFEROR: MITSUBISHI HEAVY INDUSTRIES<br>ROGER VON SPIEGEL, MANAGING DIRECTOR<br>261 FIFTH AVENUE, 22ND FLOOR<br>NEW YORK, NY 10016 | | Claim Number: 7412<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |

| UNSECURED | Claimed: | $491,303.67 | Scheduled: | $38,943.15 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| VONWIN CAPITAL MANAGEMENT, L.P.<br>TRANSFEROR: WESTERN STATES EQUIPMENT<br>ROGER VON SPIEGEL, MANAGING DIRECTOR<br>261 FIFTH AVENUE, 22ND FLOOR<br>NEW YORK, NY 10016 | | Claim Number: 7417<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8408 (08/18/2010) | | |

| SECURED | Claimed: | $128,500.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50,548.62 | Scheduled: | $186,029.87 |

| | | | | |
|---|---|---|---|---|
| VONWIN CAPITAL MANAGEMENT, L.P.<br>TRANSFEROR: FLEXOPLATE INC<br>ROGER VON SPIEGEL, MANAGING DIRECTOR<br>261 FIFTH AVENUE, 22ND FLOOR<br>NEW YORK, NY 10016 | | Claim Number: 7665<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |

| UNSECURED | Claimed: | $24,745.73 | Scheduled: | $24,669.31 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: SERVICE ROOFING CO INC
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 7713
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $18,569.00 | Scheduled: | $18,569.00 |
|---|---|---|---|---|

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: SERVICE ONE PROFESSIONAL GRO
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 7803
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)

| UNSECURED | Claimed: | $126,368.04 | Scheduled: | $126,368.04 |
|---|---|---|---|---|

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: GENESIS SECURITY GROUP
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 8187
Claim Date: 07/06/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $8,628.55 | | |
|---|---|---|---|---|

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: MQ OPERATING COMPANY DBA CMI
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 8323
Claim Date: 07/12/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: YOH SERVICES, LLC
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 9808
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $136,058.00 | Scheduled: | $136,058.00 |
|---|---|---|---|---|

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: PRISM SYSTEMS INC
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 10097
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $46,898.50 | Scheduled: | $42,344.50 |
|---|---|---|---|---|

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: HISCO PUMP INCORPORATED
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 10749
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7450 (05/06/2010)

| UNSECURED | Claimed: | $6,671.07 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: HISCO PUMP INCORPORATED
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 10750
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7450 (05/06/2010)

| UNSECURED | Claimed: | $37,932.57 | Scheduled: | $40,776.03 |
|---|---|---|---|---|

---

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: ATLANTA GEAR WORKS INC
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 10764
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $89,384.00 | Scheduled: | $89,384.00 |
|---|---|---|---|---|

---

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: CANADA WAX CORP.
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 12631
Claim Date: 08/18/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $9,849.59 | Scheduled: | $10,276.64 |
|---|---|---|---|---|

---

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: BIRD PACKAGING LTD
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 13215
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8898 (01/20/2011)

| UNSECURED | Claimed: | $32,860.60 | | |
|---|---|---|---|---|

---

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: PAZAZZ IMPRIMERIE
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 13414
Claim Date: 10/08/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $33,095.70 | Scheduled: | $27,675.60 |
|---|---|---|---|---|

---

VORNE INDUSTRIES INC
1445 INDUSTRIAL DR
ITASCA, IL 60143-1849

Claim Number: 4518
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $3,498.24 | Scheduled: | $3,498.24 |
|---|---|---|---|---|

---

VOSS EQUIPMENT
PO BOX 757
BEDFORD PARK, IL 60499-0757

Claim Number: 6874
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $5,951.70 | Scheduled: | $5,951.70 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| VRIEZEN CONSTRUCTION LTD<br>6075 154A STREET<br>SURREY, BC V3S 7H6<br>CANADA | | Claim Number: 13151<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-MBI | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $64,209.26 |

| | | |
|---|---|---|
| VRIEZEN CONTRUCTION LTD.<br>ATTN: TERRY VRIEZEN<br>6075 - 154A STREET<br>SURREY, BC V3S 7H6<br>CANADA | | Claim Number: 13152<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-MBI |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $64,974.47 |

| | | |
|---|---|---|
| VSP TECHNOLOGIES<br>JEFFREY R. WAXMAN<br>MORRIS JAMES LLP<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON, DE 19801 | | Claim Number: 1606-01<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,614.25 |

| | | |
|---|---|---|
| VSP TECHNOLOGIES<br>JEFFREY R. WAXMAN<br>MORRIS JAMES LLP<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON, DE 19801 | | Claim Number: 1606-02<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,108.04 |

| | | |
|---|---|---|
| VT GRAPHICS, INC<br>P.O. BOX 5334<br>465 PENN ST<br>YEADON, PA 19050 | | Claim Number: 220<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| VT GRAPHICS, INC<br>P.O. BOX 5334<br>465 PENN ST<br>YEADON, PA 19050 | | Claim Number: 786<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $96,250.00 |

| | | |
|---|---|---|
| VT GRAPHICS, INC<br>P.O. BOX 5334<br>465 PENN ST<br>YEADON, PA 19050 | | Claim Number: 867<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $106,642.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| VT GRAPHICS, INC<br>465 PENN ST.<br>P.O. BOX 5334<br>YEADON, PA 19050 | Claim Number: 2061<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $112,682.00 | |

| VULCAN CONSTRUCTION MATERIALS LP<br>DRAWER 0344<br>P.O.BOX 11407<br>BIRMINGHAM, AL 35246-0344 | Claim Number: 4655<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,839.78 | Scheduled: | $6,365.35 |

| VULCAN HEATING & AIR CON SRV INC<br>255 RIVERCHASE PKWY E<br>BIRMINGHAM, AL 35244 | Claim Number: 7904<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,606.23 | Scheduled: | $7,606.23 |

| VULCAN MATERIALS<br>ATTN: TIM DUNLEAVY<br>PO BOX 385016<br>BIRMINGHAM, AL 35238-5016 | Claim Number: 8390<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,839.78 | |

| VULCAN SPRING AND MANUFACTURING CO<br>501 SCHOOLHOUSE ROAD<br>TELFORD, PA 18969 | Claim Number: 3747<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $19,157.57 | Scheduled: | $19,175.57 |

| VWR INTERNATIONAL<br>1775 THE EXCHANGE, STE 310<br>ATLANTA, GA 30339 | Claim Number: 6392<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,303.62 | Scheduled: | $10,086.67 |

| W C TIMBER<br>5 WOODCLIFFE DR N E<br>ROME, GA 30161 | Claim Number: 5125<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $12,211.56 | Scheduled: | $24,423.12  UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| W R MARTIN COMPANY<br>1204 W MAIN STREET<br>LOUISVILLE, KY 40203 | Claim Number: 4528<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $16,368.04 | Scheduled: | $16,368.04 |
|---|---|---|---|---|

---

| W&W FARMS<br>PO BOX 195<br>NETTLETON, MS 38858 | Claim Number: 5868<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $592.79 |
|---|---|---|

---

| W. HERBERT WILSON INC.<br>656 PINE GROVE RD<br>SAINT MARYS, WV 26170-7155 | Claim Number: 12784<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $18,856.75 | Scheduled: | $18,975.13 |
|---|---|---|---|---|

---

| W. HERBERT WILSON INC.<br>ATTN: LISA WILSON LAMP<br>656 PINE GROVE ROAD<br>SAINT MARYS, WV 26170 | Claim Number: 12785<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $18,856.75 |
|---|---|---|

---

| W.B. THOMPSON COMPANY, INC.<br>P.O. BOX 709<br>IRON MOUNTAIN, MI 49801 | Claim Number: 12239<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 5738 (03/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $143.68 |
|---|---|---|

---

| W.C.&D. ENTERPRISES D/B/A WALTER KNOLL<br>FLORIST OR HAROLD'S WHOLESALE<br>2765 LASALLE STREET<br>SAINT LOUIS, MO 63104-1917 | Claim Number: 3572<br>Claim Date: 06/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $82.42 | Scheduled: | $82.42 |
|---|---|---|---|---|

---

| W.E. PLEMONS MACHINERY SERVICES INC.<br>PO BOX 787<br>PARLIER, CA 93648 | Claim Number: 192<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $22,864.07 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| W.G. YATES & SONS CONSTRUCTION CO.<br>P.O. BOX 456<br>PHILADELPHIA, MS 39350 | Claim Number: 6856<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $591,535.08 | | |
| UNSECURED | Claimed: | $44,105.91 | Scheduled: | $480,097.89 |
| TOTAL | Claimed: | $635,641.79 | | |

| W.H. BRISTOW, INC.<br>309 N. MAIN STREEET<br>DARLINGTON, SC 29532 | Claim Number: 2315<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $59,294.59 |

| W.J. RAPP COMPANY, INC.<br>C/O ADAM R. NELSON, ESQ.<br>THOMPSONMCMULLAN, PC<br>100 SHOCKOE SLIP<br>RICHMOND, VA 23219 | Claim Number: 6754<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $15,004.28 | | |
| UNSECURED | | | Scheduled: | $14,867.64 |

| W.J. SAPP & SON, INC.<br>370 US HIGHWAY 90, WEST<br>BALDWIN, FL 32234 | Claim Number: 9118<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $46,818.00 | Scheduled: | $65,748.00 |

| W.J. SAPP & SON, INC.<br>370 US HIGHWAY 90, WEST<br>BALDWIN, FL 32234 | Claim Number: 9119<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |

| | | |
|---|---|---|
| SECURED | Claimed: | $71,305.00 |

| W.S. OSHEA CO INC<br>490 LONG POINT RD.<br>MT PLEASANT, SC 29464 | Claim Number: 7501<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $194.43 |

| W.W. GAY MECHANICAL CONTRACTOR, INC.<br>524 STOCKTON STREET<br>JACKSONVILLE, FL 32204 | Claim Number: 9229<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $54,007.99 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| W.W. GAY MECHANICAL CONTRACTOR, INC.<br>524 STOCKTON STREET<br>JACKSONVILLE, FL 32204 | Claim Number: 9230<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | |
| SECURED          Claimed: | $249,568.39 | |
| W.W. GAY MECHANICAL CONTRACTOR, INC.<br>524 STOCKTON STREET<br>JACKSONVILLE, FL 32204 | Claim Number: 11913<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | |
| UNSECURED          Claimed: | $42,515.98 | |
| W.W. GAY MECHANICAL CONTRACTOR, INC.<br>524 STOCKTON STREET<br>JACKSONVILLE, FL 32204 | Claim Number: 99025<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | |
| UNSECURED          Claimed: | $42,515.98 | |
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7287<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |
| UNSECURED          Claimed: | $921,225.49 | |
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7288<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |
| UNSECURED          Claimed: | $921,225.49          Scheduled: | $15,353.81 |
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7289<br>Claim Date: 08/07/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |
| UNSECURED          Claimed: | $921,225.49 | |
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7290<br>Claim Date: 08/07/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |
| UNSECURED          Claimed: | $921,225.49 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7291<br>Claim Date: 08/07/2009<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|
| UNSECURED        Claimed: | $921,225.49 |

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7292<br>Claim Date: 08/07/2009<br>Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|
| UNSECURED        Claimed: | $921,225.49 |

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7293<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|
| UNSECURED        Claimed: | $921,225.49 |

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7294<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|
| UNSECURED        Claimed: | $921,225.49 |

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7295<br>Claim Date: 08/07/2009<br>Debtor: STONE INTERNATIONAL SERVICES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|
| UNSECURED        Claimed: | $921,225.49 |

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7296<br>Claim Date: 08/07/2009<br>Debtor: STONE GLOBAL, INC.<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|
| UNSECURED        Claimed: | $921,225.49 |

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7297<br>Claim Date: 08/07/2009<br>Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|
| UNSECURED        Claimed: | $921,225.49 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7298<br>Claim Date: 08/07/2009<br>Debtor: SMBI INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $921,225.49   UNLIQ |
|---|---|---|

---

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7299<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $921,225.49   UNLIQ |
|---|---|---|

---

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7300<br>Claim Date: 08/07/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $921,225.49   UNLIQ |
|---|---|---|

---

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7301<br>Claim Date: 08/07/2009<br>Debtor: 3083527 NOVA SCOTIA COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $921,225.49   UNLIQ |
|---|---|---|

---

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7302<br>Claim Date: 08/07/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $921,225.49   UNLIQ |
|---|---|---|

---

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7303<br>Claim Date: 08/07/2009<br>Debtor: SLP FINANCE II, INC.<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $921,225.49 |
|---|---|---|

---

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7304<br>Claim Date: 08/07/2009<br>Debtor: SLP FINANCE I, INC.<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $921,225.49 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7305<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $921,225.49   UNLIQ |
|---|---|---|

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7306<br>Claim Date: 08/07/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $921,225.49   UNLIQ |
|---|---|---|

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7307<br>Claim Date: 08/07/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $921,225.49   UNLIQ |
|---|---|---|

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7308<br>Claim Date: 08/07/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $921,225.49   UNLIQ |
|---|---|---|

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7309<br>Claim Date: 08/07/2009<br>Debtor: SLP FINANCE GENERAL PARTNERSHIP<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $921,225.49   UNLIQ |
|---|---|---|

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7310<br>Claim Date: 08/07/2009<br>Debtor: FRANCOBEC COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $921,225.49   UNLIQ |
|---|---|---|

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7311<br>Claim Date: 08/07/2009<br>Debtor: 605681 N.B. INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $921,225.49   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 13343<br>Claim Date: 09/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $372,250.25  UNLIQ |
| UNSECURED | Claimed: | $548,975.24  UNLIQ |

---

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 13344<br>Claim Date: 09/25/2009<br>Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $372,250.25  UNLIQ |
| UNSECURED | Claimed: | $548,975.24  UNLIQ |

---

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 13345<br>Claim Date: 09/25/2009<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $372,250.25  UNLIQ |
| UNSECURED | Claimed: | $548,975.24  UNLIQ |

---

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 13346<br>Claim Date: 09/25/2009<br>Debtor: FRANCOBEC COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $372,250.25  UNLIQ |
| UNSECURED | Claimed: | $548,975.24  UNLIQ |

---

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 13347<br>Claim Date: 09/25/2009<br>Debtor: SLP FINANCE GENERAL PARTNERSHIP<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $372,250.25  UNLIQ |
| UNSECURED | Claimed: | $548,975.24  UNLIQ |

---

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 13348<br>Claim Date: 09/25/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $372,250.25  UNLIQ |
| UNSECURED | Claimed: | $548,975.24  UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| W.W. GRAINGER, INC. | Claim Number: 13349 |
| MCDERMOTT WILL & EMERY LLP | Claim Date: 09/25/2009 |
| ATTN: NATHAN F. COCO, EMILY K. HARRING | Debtor: CAMEO CONTAINER CORPORATION |
| 227 W. MONROE STREET | Comments: EXPUNGED |
| CHICAGO, IL 60606 | DOCKET: 8530 (09/13/2010) |

| ADMINISTRATIVE | Claimed: | $372,250.25  UNLIQ |
| UNSECURED | Claimed: | $548,975.24  UNLIQ |

---

| W.W. GRAINGER, INC. | Claim Number: 13350 |
| MCDERMOTT WILL & EMERY LLP | Claim Date: 09/25/2009 |
| ATTN: NATHAN F. COCO, EMILY K. HARRING | Debtor: CALPINE CORRUGATED, LLC |
| 227 W. MONROE STREET | Comments: EXPUNGED |
| CHICAGO, IL 60606 | DOCKET: 4132 (01/14/2010) |

| ADMINISTRATIVE | Claimed: | $372,250.25  UNLIQ |
| UNSECURED | Claimed: | $548,975.24  UNLIQ |

---

| W.W. GRAINGER, INC. | Claim Number: 13351 |
| MCDERMOTT WILL & EMERY LLP | Claim Date: 09/25/2009 |
| ATTN: NATHAN F. COCO, EMILY K. HARRING | Debtor: B.C. SHIPPER SUPPLIES LTD. |
| 227 W. MONROE STREET | Comments: EXPUNGED |
| CHICAGO, IL 60606 | DOCKET: 4132 (01/14/2010) |

| ADMINISTRATIVE | Claimed: | $372,250.25  UNLIQ |
| UNSECURED | Claimed: | $548,975.24  UNLIQ |

---

| W.W. GRAINGER, INC. | Claim Number: 13352 |
| MCDERMOTT WILL & EMERY LLP | Claim Date: 09/25/2009 |
| ATTN: NATHAN F. COCO, EMILY K. HARRING | Debtor: SMURFIT-MBI |
| 227 W. MONROE STREET | Comments: EXPUNGED |
| CHICAGO, IL 60606 | DOCKET: 4132 (01/14/2010) |

| ADMINISTRATIVE | Claimed: | $372,250.25  UNLIQ |
| UNSECURED | Claimed: | $548,975.24  UNLIQ |

---

| W.W. GRAINGER, INC. | Claim Number: 13353 |
| MCDERMOTT WILL & EMERY LLP | Claim Date: 09/25/2009 |
| ATTN: NATHAN F. COCO, EMILY K. HARRING | Debtor: MBI LIMITED/LIMITEE |
| 227 W. MONROE STREET | Comments: EXPUNGED |
| CHICAGO, IL 60606 | DOCKET: 4132 (01/14/2010) |

| ADMINISTRATIVE | Claimed: | $372,250.25  UNLIQ |
| UNSECURED | Claimed: | $548,975.24  UNLIQ |

---

| W.W. GRAINGER, INC. | Claim Number: 13354 |
| MCDERMOTT WILL & EMERY LLP | Claim Date: 09/25/2009 |
| ATTN: NATHAN F. COCO, EMILY K. HARRING | Debtor: 3083527 NOVA SCOTIA COMPANY |
| 227 W. MONROE STREET | Comments: EXPUNGED |
| CHICAGO, IL 60606 | DOCKET: 4132 (01/14/2010) |

| ADMINISTRATIVE | Claimed: | $372,250.25  UNLIQ |
| UNSECURED | Claimed: | $548,975.24  UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13355<br>Claim Date: 09/25/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $372,250.25   UNLIQ |
| UNSECURED | Claimed: | $548,975.24   UNLIQ |

---

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13356<br>Claim Date: 09/25/2009<br>Debtor: 605681 N.B. INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $372,250.25   UNLIQ |
| UNSECURED | Claimed: | $548,975.24   UNLIQ |

---

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13357<br>Claim Date: 09/25/2009<br>Debtor: STONE GLOBAL, INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $372,250.25   UNLIQ |
| UNSECURED | Claimed: | $548,975.24   UNLIQ |

---

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13358<br>Claim Date: 09/25/2009<br>Debtor: SLP FINANCE II, INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $372,250.25   UNLIQ |
| UNSECURED | Claimed: | $548,975.24   UNLIQ |

---

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13359<br>Claim Date: 09/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $372,250.25   UNLIQ |
| UNSECURED | Claimed: | $548,975.24   UNLIQ |

---

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13360<br>Claim Date: 09/25/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $372,250.25   UNLIQ |
| UNSECURED | Claimed: | $548,975.24   UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 13361<br>Claim Date: 09/25/2009<br>Debtor: SMBI INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $372,250.25  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $548,975.24  UNLIQ |

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 13362<br>Claim Date: 09/25/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $372,250.25  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $548,975.24  UNLIQ |

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 13363<br>Claim Date: 09/25/2009<br>Debtor: SLP FINANCE I, INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $372,250.25  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $548,975.24  UNLIQ |

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 13364<br>Claim Date: 09/25/2009<br>Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $372,250.25  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $548,975.24  UNLIQ |

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 13365<br>Claim Date: 09/25/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $372,250.25  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $548,975.24  UNLIQ |

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 13366<br>Claim Date: 09/25/2009<br>Debtor: STONE INTERNATIONAL SERVICES CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $372,250.25  UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $548,975.24  UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

W.W. GRAINGER, INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K. HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13367-01
Claim Date: 09/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8117 (06/22/2010)

| ADMINISTRATIVE | Claimed: | $372,250.25 UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $85.52 |

---

W.W. GRAINGER, INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K. HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13367-02
Claim Date: 09/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8595 (10/01/2010)

| UNSECURED | Claimed: | $796,075.27 UNLIQ | Scheduled: | $76.52 |
|---|---|---|---|---|

---

WABASH IRON & METAL
1908 TROOST AVE.
KANSAS CITY, MO 64108

Claim Number: 6899
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $21,287.26 | Scheduled: | $21,182.00 |
|---|---|---|---|---|

---

WACCAMAW LUMBER COMPANY
PO BOX 37
TABOR CITY, NC 28463

Claim Number: 6945
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1866 (09/04/2009)

| ADMINISTRATIVE | Claimed: | $14,978.04 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $29,956.08 UNLIQ |

---

WACHMAN, ERIK
1538 OLD SPAR COURT
MISSISSAUGA, ON L5J 1B3
CANADA

Claim Number: 9291
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8996 (03/22/2011)

| PRIORITY | Claimed: | $308.52 |
|---|---|---|

---

WACOSA
PO BOX 757
WAITE PARK, MN 56387

Claim Number: 2218
Claim Date: 04/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $24,688.10 | Scheduled: | $25,961.50 |
|---|---|---|---|---|

---

WADDELL, O., JR.
5805 HORNBEAM LANE
LOUISVILLE, KY 40258-2013

Claim Number: 8120
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

WADDLE, ROBERT D.
P.O. BOX 499
CAMPTI, LA 71411

Claim Number: 10329
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

WAGG, TIMOTHY J.
C/O KOSKIE MINSKY LLP
BARRISTERS AND SOLICITORS
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 12967
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED

| PRIORITY | Claimed: | $1,638.60 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $831,794.32 | Scheduled: | $626,326.96 |

WAGNER DIE SUPPLY, INC.
2041 ELM CT.
ONTARIO, CA 91761

Claim Number: 757
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $12,040.34 | Scheduled: | $8,878.39 |
|---|---|---|---|---|

WAGNER PROCESS EQUIPMENT INC
PO BOX 634277
CINCINNATI, OH 45263

Claim Number: 5540
Claim Date: 07/17/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $1,153.41 |
|---|---|---|---|---|

WAGNER, FREDRICK J
2461 ELIZABETH AVE
LOT D-9
TEMPLE, PA 19560

Claim Number: 9547
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

WAHLERT, MARY I
1728 E 22ND STREET
DES MOINES, IA 50317

Claim Number: 6297
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

WAINBEE LTD
ATTN: ANDY MYSZAKOWSKI
5789 COOPERS AVE
MISSISSAUGA, ON L4Z 3S6
CANADA

Claim Number: 8561-01
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $278.24 | Scheduled: | $276.20 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

WAINBEE LTD
ATTN: ANDY MYSZAKOWSKI
5789 COOPERS AVE
MISSISSAUGA, ON L4Z 3S6
CANADA

Claim Number: 8561-02
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 2032 (09/24/2009)

| ADMINISTRATIVE | Claimed: | $193.32 | | |
|---|---|---|---|---|

---

WAINBEE LTD
ATTN:ANDY MYSZAKOWSKI
5789 COOPERS AVE
MISSISSAGUA, ON L4Z 3S6
CANADA

Claim Number: 8574
Claim Date: 07/20/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $859.47 | Scheduled: | $849.35 |
|---|---|---|---|---|

---

WAINBEE LTD
ATTN: ANDY MYSZAKOWSKI
5789 COOPERS AVE
MISSISSAGUA, ON L4Z 3S6
CANADA

Claim Number: 9473
Claim Date: 07/20/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $919.58 | | |
|---|---|---|---|---|

---

WAJAX INDUSTRIES
1100 NORMAN
LACHINE, QC H8S 1A6
CANADA

Claim Number: 8242-01
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8759 (11/15/2010)
Claim out of Balance

| ADMINISTRATIVE | Claimed: | $133,530.71 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,321.87 | Scheduled: | $136,293.82 |

---

WAJAX INDUSTRIES
1100 NORMAN
LACHINE, QC H8S 1A6
CANADA

Claim Number: 8242-02
Claim Date: 07/09/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8759 (11/15/2010)
Claim out of Balance

| UNSECURED | Claimed: | $148.71 | | |
|---|---|---|---|---|

---

WAKE COUNTY REVENUE DEPT
PO BOX 2331
RALEIGH, NC 27602

Claim Number: 7610
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| PRIORITY | Claimed: | $1,551.13 | | |
|---|---|---|---|---|

---

WALDEN SECURITY
C/O BRUCE C. BAILEY, ESQ.
CHAMBLISS BAHNER & STOPHEL PC
TWO UNION SQ., 1000 TALLAN BLDG.
CHATTANOOGA, TN 37402

Claim Number: 775
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $71,458.90 | Scheduled: | $71,458.90 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

WALDINGER CORPORATION, THE
PO BOX 1612
DES MOINES, IA 50306

Claim Number: 4804
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 5738 (03/10/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $48,224.85 | | $48,224.85 |

---

WALKER INDUSTRIAL PRODUCTS INC.
DBA EMO OPTIMA
117 MT. PLEASANT ROAD
PO BOX 499
NEWTOWN, CT 06470

Claim Number: 2587
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7553 (05/10/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $765.12 | | $765.12 |

---

WALKER JR, JOHN
4301 CT RD 204
ALVARADO, TX 76009

Claim Number: 12085
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00   UNDET |

---

WALKER TOWEL AND UNIFORM
2601 E. TRUMAN RD.
KANSAS CITY, MO 64127

Claim Number: 935
Claim Date: 02/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 6649 (04/07/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $4,763.22 |

---

WALKER TOWEL AND UNIFORM
2601 TRUMAN ROAD
KANSAS CITY, MO 64127

Claim Number: 7027
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $223.45 | | $4,909.32 |

---

WALKER, BRENDA
C/O DOUGLAS M. LAMB
P.O. BOX 34275
LOUISVILLE, KY 40232

Claim Number: 11166
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $15,000.00   UNLIQ |

---

WALKER, BRENDA
C/O DOUGLAS M. LAMB
P.O. BOX 34275
LOUISVILLE, KY 40232

Claim Number: 11167
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $15,000.00   UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WALKER, GARY DEAN<br>130 HARVEY ROAD<br>QUITMAN, LA 71268 | Claim Number: 10292<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| WALKER, JAMES ROYCE, SR.<br>P.O. BOX 123<br>QUITMAN, LA 71268 | Claim Number: 10293<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| WALKER, MARTIN LEE<br>1091 HWY 505<br>JONESBORO, LA 71251 | Claim Number: 10365<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| WALKER, MICHAEL D<br>12622 MAGNOLIA DRIVE<br>MORENO VALLEY, CA 92555 | Claim Number: 9274<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $8,000.00 |
|---|---|---|

---

| WALKER, RANDY LEE<br>PO BOX 183<br>JONESBORO, LA 71251 | Claim Number: 10366<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| WALKER, RICKY LYNN<br>3384 BEECH SPRINGS RD.<br>QUITMAN, LA 71268 | Claim Number: 10367<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| WALKER-JR., CHARLES<br>180 FULTON ST.<br>NEW BRUNSWICK, NJ 08901 | Claim Number: 6134<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $25,000.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WALL TIMBER PRODUCTS INC<br>PO BOX 1050<br>FAIRFAX, SC 29827 | Claim Number: 10982<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $274,277.58 | Scheduled: | $315,898.49 UNLIQ |
|---|---|---|---|---|

| WALL, DONALD<br>6819 DONNAHA RD<br>TOBACCOVILLE, NC 27050 | Claim Number: 8169<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,260.00 | Scheduled: | $2,520.00 |
|---|---|---|---|---|

| WALLA WALLA ENVIRONMENTAL - NATL<br>PO BOX 1298<br>WALLA WALLA, WA 99362 | Claim Number: 11262<br>Claim Date: 08/20/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $12,127.22 | Scheduled: | $12,127.22 |
|---|---|---|---|---|

| WALLA WALLA ENVIRONMENTAL INC<br>PO BOX 1298<br>WALLA WALLA, WA 99362 | Claim Number: 11260-01<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $21,674.69 | Scheduled: | $59,212.48 |
|---|---|---|---|---|

| WALLA WALLA ENVIRONMENTAL INC<br>PO BOX 1298<br>WALLA WALLA, WA 99362 | Claim Number: 11260-02<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $350.00 |
|---|---|---|

| WALLA WALLA ENVIRONMENTAL INC<br>PO BOX 1298<br>WALLA WALLA, WA 99362 | Claim Number: 11261<br>Claim Date: 08/20/2009<br>Debtor: CAMEO CONTAINER CORPORATION |
|---|---|

| UNSECURED | Claimed: | $688.80 | Scheduled: | $688.80 |
|---|---|---|---|---|

| WALLA WALLA ENVIRONMENTAL INC<br>PO BOX 1298<br>WALLA WALLA, WA 99362 | Claim Number: 11263<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WALLA WALLA ENVIRONMENTAL, INC.<br>4 WEST REES AVENUE<br>WALLA WALLA, WA 99362 | | Claim Number: 2275<br>Claim Date: 04/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|---|
| UNSECURED | Claimed: | $28,598.28 |

---

| WALLA WALLA ENVIRONMENTAL, INC.<br>4 WEST REES AVENUE<br>WALLA WALLA, WA 99362 | | Claim Number: 11257<br>Claim Date: 04/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|---|
| UNSECURED | Claimed: | $28,598.28 |

---

| WALLA WALLA ENVIRONMENTAL, INC.<br>4 WEST REES AVENUE<br>WALLA WALLA, WA 99362 | | Claim Number: 11259<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|---|
| UNSECURED | Claimed: | $27,180.78 |

---

| WALLA WALLA ENVIRONMENTAL, INC.<br>4 WEST REES AVENUE<br>WALLA WALLA, WA 99362 | | Claim Number: 13942<br>Claim Date: 03/29/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>Amends claim no. 11259 |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $21,738.11 |
| UNSECURED | Claimed: | $5,442.67 |

---

| WALLACE, LEABERT L<br>16345 GOLDEN TREE AVE<br>FONTANA, CA 92337 | | Claim Number: 11690<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|---|
| PRIORITY | Claimed: | $15,000.00 |
| SECURED | Claimed: | $15,000.00 |
| TOTAL | Claimed: | $15,000.00 |

---

| WALLI, ZEHRABAI<br>#8 1391 ROYAL YORK RD.<br>ISLINGTON, ON M9A 4Y9<br>CANADA | | Claim Number: 12731<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
| PRIORITY | Claimed: | $0.00  UNDET |
| SECURED | Claimed: | $0.00  UNDET |

---

| WALLI, ZEHRABAI<br>#8 1391 ROYAL YORK RD.<br>ISLINGTON, ON M9A 4Y9<br>CANADA | | Claim Number: 12732<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNDET |
| SECURED | Claimed: | $0.00  UNDET |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WALLIS LUBRICANT LLC C/O COFACE COLLECTIONS NORTH AMERICA 3001 DIVISION STREET METAIRIE, LA 70002 | Claim Number: 2159 Claim Date: 04/03/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 5738 (03/10/2010) |
|---|---|

| PRIORITY | Claimed: | $5,811.21 | | |
|---|---|---|---|---|

| WALLY'S FIRE & SAFETY EQUIPMENT CO P.O. BOX 1023 MULLINS, SC 29574 | Claim Number: 4030 Claim Date: 07/08/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $5,496.78 | Scheduled: | $5,496.78 |
|---|---|---|---|---|

| WALPOLE TIRE SERVICE, LLC 511 EAST GEORGIA AVE. RUSTON, LA 71270 | Claim Number: 1330 Claim Date: 03/09/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $9,263.22 | | |
|---|---|---|---|---|

| WALPOLE'S TIRE SERVICE PO BOX 398 RUSTON, LA 71273-0398 | Claim Number: 4673 Claim Date: 07/13/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $9,263.22 | | |
|---|---|---|---|---|

| WALPOLE'S TIRE SERVICE PO BOX 398 RUSTON, LA 71273-0398 | Claim Number: 4674 Claim Date: 07/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: amends claim 4674 |
|---|---|

| UNSECURED | Claimed: | $9,263.22 | Scheduled: | $7,700.91 |
|---|---|---|---|---|

| WALSH CARGO INC. N2791 COUNTY RD N LYNDON STATION, WI 53944 | Claim Number: 13455 Claim Date: 09/04/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| WALSH CARGO, INC. N2791 COUNTY RD N LYNDON STATION, WI 53944 | Claim Number: 1960 Claim Date: 04/02/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $21,319.56 | Scheduled: | $20,585.64 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WALSWORTH, GARLAND<br>BOX 745<br>HODGE, LA 71247 | Claim Number: 10330<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

| WALSWORTH, SHELBY EVIT<br>1233 FIREWOOD RD.<br>JONESBORO, LA 71251 | Claim Number: 10368<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

| WALTER A WOOD SUPPLY<br>PO BOX 72847<br>CHATTANOOGA, TN 37407 | Claim Number: 9592<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $7,222.05 | Scheduled: | $3,098.87 |
|---|---|---|---|---|

---

| WALTERS WAREHOUSING INC<br>PO BOX 1021<br>NEENAH, WI 54957 | Claim Number: 5927<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $45,858.60 | Scheduled: | $45,858.60 |
|---|---|---|---|---|

---

| WALTON, CHARLES F<br>26402 VERACRUZ LANE<br>MISSION VIEJO, CA 92691 | Claim Number: 7758<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $921,523.20 | | |
|---|---|---|---|---|

---

| WALTON, JEFFREY<br>DBA A & J RECYCLING & DISPOSAL<br>6361 MARKLEY WAY<br>CARMICHAEL, CA 95603 | Claim Number: 349<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $9,739.66 | Scheduled: | $13,289.00 |
|---|---|---|---|---|

---

| WALTZ, THOMAS M<br>6792 DAWNWOOD RD<br>ROANOKE, VA 24018 | Claim Number: 7737<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| SECURED | Claimed: | $100.00 | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

WANDMACHER, WILLIAM N
4634 CARLTON DUNES DR
FERNANDINA BEACH, FL 32034

Claim Number: 9476
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9033 (04/25/2011)

| UNSECURED | Claimed: | $4,097,999.00 |
|-----------|----------|---------------|

---

WANDMACHER, WILLIAM N.
4634 CARLTON DUNES DR, UNIT 9
FERNANDINA BEACH, FL 32034

Claim Number: 1600
Claim Date: 03/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $502,811.58 |
|-----------|----------|-------------|

---

WANDMACHER, WILLIAM N.
4634 CARLTON DUNES DR, UNIT 9
FERNANDINA BEACH, FL 32034

Claim Number: 1874
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $5,503,576.34 |
|-----------|----------|---------------|

---

WANDMACHER, WILLIAM N.
4634 CARLTON DUNES DR., UNIT 9
FERNANDINA BEACH, FL 32034

Claim Number: 8074
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Amends claim 1600

| SECURED | Claimed: | $505,813.02 |
|---------|----------|-------------|

---

WARCO ENTERPRISES INC
PO BOX 1267
WINSTON SALEM, NC 27102

Claim Number: 4269
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $2,714.11 |
|-----------|----------|-----------|

---

WARD, RICKIE JOE
819 DESOTA PL
BENTON, AR 72015

Claim Number: 10616
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|-----------|----------|---------------|

---

WARD, WENDELL W.
3569 BRADLEY RD
BREWTON, AL 36426

Claim Number: 12116
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| WARDROP, ROBERT CALEB<br>97 SHADOWOOD DRIVE<br>ATMORE, AL 36502 | | Claim Number: 10023<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
| UNSECURED | Claimed: | $4,680.00 |

| | | |
|---|---|---|
| WARNER, PATRICIA A<br>118 WEST 5TH STREET<br>BRIDGEPORT, PA 19405 | | Claim Number: 9095<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| WARNOCK, BOBBY D<br>10816 OLD HARBOR RD<br>APT 2<br>FORT SMITH, AR 72903 | | Claim Number: 6685<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $204.60   UNLIQ |

| | | |
|---|---|---|
| WARNOCK, MICHAEL<br>2605 REYNOLDS ROAD<br>BARTOW, FL 33830 | | Claim Number: 13533<br>Claim Date: 10/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $50,000.00 |

| | | | | |
|---|---|---|---|---|
| WARREN PUMP INC<br>PO BOX 502944<br>SAINT LOUIS, MO 63150 | | Claim Number: 5303<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $3,456.80 | Scheduled: | $3,449.37 |

| | | |
|---|---|---|
| WARREN, DONNIE PAUL<br>544 FIREWOOD RD.<br>JONESBORO, LA 71251 | | Claim Number: 10369<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| WARREN, EDNA J<br>139 SHUMAN DRIVE<br>BLOOMINGDALE, GA 31302 | | Claim Number: 7878<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNDET |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

WARREN, TONY L
2154 TULLIS DRIVE
MONTGOMERY, AL 36111

Claim Number: 5699
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |

---

WARREN, VEGA
821 HOOKE ROAD
EDMONTON, AB T5A4K5
CANADA

Claim Number: 8167
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ | | |

---

WARREN, VEGA J.
ATTN: WARREN VEGA OR CATHERINE HRISTOW
821 HOOKE RD
EDMONTON, AB T5A 4K5
CANADA

Claim Number: 12629
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $651,871.65 | | |

---

WARRIOR AUTO WORKS LLC
8171 MULLAN ROAD
MISSOULA, MT 59808

Claim Number: 4239
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $298.00 | Scheduled: | $149.00 |

---

WASHINGTON GAS ENERGY SERVICES INC
13865 SUNRISE VALLEY DR STE 200
HERNDON, VA 20171-4661

Claim Number: 5644
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $37,887.99 | Scheduled: | $37,887.99 |

---

WASHINGTON GAS ENERGY SERVICES, INC.
1 TEXAS STATION COURT
SUITE 230
TIMONIUM, MD 21093

Claim Number: 2685
Claim Date: 04/27/2009
Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $37,887.99 | | |

---

WASHINGTON III, LUKE
P O BOX 140
SHACKLEFORDS, VA 23156

Claim Number: 9734
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| WASIKOWSKI, DALE L<br>26066 BROADWAY AVE<br>OAKWOOD VILLAGE, OH 44146 | | Claim Number: 9573<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| WASSON, NANCY<br>PO BOX 1985<br>SAUSALITO, CA 94966 | | Claim Number: 9594<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| WASTE INDUSTRIES<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 2987<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $44,655.11 |

| | | |
|---|---|---|
| WASTE INDUSTRIES<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 5647<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $47,259.93 |

| | | |
|---|---|---|
| WASTE MANAGEMENT<br>C/O JACQUOLYN E. MILLS<br>1001 FANNIN ST. STE. 4000<br>HOUSTON, TX 77002 | | Claim Number: 2922<br>Claim Date: 05/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $377,332.85 |

| | | |
|---|---|---|
| WASTE MANAGEMENT<br>C/O JACQUOLYN E. MILLS<br>1001 FANNIN ST. STE. 4000<br>HOUSTON, TX 77002 | | Claim Number: 2969<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $377,332.85 |

| | | |
|---|---|---|
| WASTE MANAGEMENT<br>C/O JACQUOLYN E. MILLS<br>1001 FANNIN ST., STE 4000<br>HOUSTON, TX 77002 | | Claim Number: 3519<br>Claim Date: 06/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) |
| UNSECURED | Claimed: | $395,932.85 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| WASTE MANAGEMENT<br>C/O JACQUOLYN E. MILLS<br>1001 FANNIN ST. STE. 4000<br>HOUSTON, TX 77002 | | Claim Number: 3565<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | |
| UNSECURED | Claimed: | $395,932.85 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| WASTE MANAGEMENT - RMC<br>2625 W GRANDVIEW STE # 150<br>PHOENIX, AZ 85023 | | Claim Number: 14120<br>Claim Date: 08/16/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8953 (02/22/2011) | | | |
| ADMINISTRATIVE | Claimed: | $37,522.72 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| WASTE MANAGEMENT RECYCLE AMERICA<br>C/O JACQUOLYN E. MILLS<br>1001 FANNIN ST. STE. 4000<br>HOUSTON, TX 77002 | | Claim Number: 3324<br>Claim Date: 06/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED | Claimed: | $1,424,177.85 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| WASTE PROCESSING EQUIPMENT INC<br>PO BOX 1047<br>RAINSVILLE, AL 35986 | | Claim Number: 5820<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $17,970.00 | Scheduled: | $17,970.00 | |

---

| | | | | | |
|---|---|---|---|---|---|
| WASTELESS ENVIRONMENTAL SERVICES INC.<br>SUITE 604<br>9925 - 109 STREET<br>EDMONTON, AB T5K 2J8<br>CANADA | | Claim Number: 3205<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | | |
| UNSECURED | Claimed: | $55,070.87 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| WASTELESS ENVIRONMENTAL SERVICES INC.<br>9925 - 109 STREET<br>SUITE 604<br>EDMONTON, AB T5K 2J8<br>CANADA | | Claim Number: 13161<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | | |
| UNSECURED | Claimed: | $55,070.87 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| WASTELESS ENVIRONMENTAL SERVICES INC.<br>ATTN: KIMBERLEY BARRETT<br>4925 109 STREET<br>SUITE 604<br>EDMONTON, AB T5K 2J8<br>CANADA | | Claim Number: 13162<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $9,335.49 | | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

WASTELESS ENVIRONMENTAL SERVICES INC.
ATTN: KIMBERLEY BARRETT
9925 109 STREET
SUITE 604
EDMONTON, AB T5K 2J8
CANADA

Claim Number: 13163
Claim Date: 08/18/2009
Debtor: SMURFIT-MBI
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $32,268.92 | | |

---

WATCH OVER ME SECURITY
9932 SOUTH MAPLE AVE
OAKLAWN, IL 60453

Claim Number: 4634
Claim Date: 07/13/2009
Debtor: CAMEO CONTAINER CORPORATION

| UNSECURED | Claimed: | $800.00 | Scheduled: | $800.00 |

---

WATCO COMPANIES, INC
CRYSTANNA V. COX, ESQ.
2345 GRAND BLVD., STE 2800
KANSAS CITY, MO 64108

Claim Number: 9725
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $3,520.00 | | |

---

WATER GUARD INC
PO BOX 2226
WILSON, NC 27894

Claim Number: 6292
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $7,483.50 | Scheduled: | $7,458.50 |

---

WATER MAN, THE
115 SOUTH EUCLID ST
LA HABRA, CA 90631

Claim Number: 4291
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $791.96 | Scheduled: | $2,383.23 |

---

WATER SPIGOT, THE
5806 E HWY 22
PANAMA CITY, FL 32404

Claim Number: 7006
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $6,380.00 | Scheduled: | $6,380.00 |

---

WATER TREATMENT & CONTROLS CO
9900A NORTH PALAFOX STREET
PENSACOLA, FL 32534-1227

Claim Number: 2411
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $1,734.51 | Scheduled: | $1,734.51 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| WATER WORKS & SANITARY SEWER BOARD OF THE CITY OF MONTGOMERY (ALABAMA), THE PATRICK L. W. SEFTON, ESQ. P.O. BOX 242127 MONTGOMERY, AL 36124-2127 | | Claim Number: 1675 Claim Date: 03/23/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $10,494.34 | | |
| WATERS, ANDREW 1710 MILLSIDE TERRACE DACULA, GA 30019 | | Claim Number: 11577 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $25,000.00 | | |
| WATERS, ERIC 119 BRUCE STREET JONESBORO, LA 71251 | | Claim Number: 12156 Claim Date: 08/31/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 7554 (05/10/2010) | | |
| TOTAL | Claimed: | $0.00   UNDET | | |
| WATERS, ERIC MONTEZ 119 N BRUCE ST. JONESBORO, LA 71251 | | Claim Number: 10370 Claim Date: 08/26/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| WATERTOWN BOX CORP PO BOX 6 WATERTOWN, SD 57201 | | Claim Number: 11009-01 Claim Date: 08/27/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $21,604.70 | Scheduled: | $21,604.70 |
| WATERTOWN BOX CORP PO BOX 6 WATERTOWN, SD 57201 | | Claim Number: 11009-02 Claim Date: 08/27/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 2407 (10/22/2009) | | |
| ADMINISTRATIVE | Claimed: | $4,008.75 | | |
| WATKINS, BOBBY JOE 234 FLETCHER RD. JONESBORO, LA 71251 | | Claim Number: 10373 Claim Date: 08/26/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WATSON ELECTRICAL CONSTRUCTION CO. LLC<br>P.O. BOX 3105<br>WILSON, NC 27895-3105 | Claim Number: 3005<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $15,140.06 | Scheduled: | $15,140.06 |
|---|---|---|---|---|

| WATSON SECURITY<br>151 RAINIER AVE. S.<br>RENTON, WA 98055 | Claim Number: 1652<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $808.42 |
|---|---|---|

| WATSON SECURITY CORP<br>151 RAINIER AVE SOUTH<br>RENTON, WA 98055 | Claim Number: 3962<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $808.42 | Scheduled: | $808.42 |
|---|---|---|---|---|

| WATSON, JIM<br>C/O PAUL M. ANDERSON<br>ANDERSON & ASSOCIATES<br>1584 METROPOLITAN BLVD.<br>TALLAHASSEE, FL 32308 | Claim Number: 5406<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $100,000.00 | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

| WATSON, LUCILLE<br>106 CR 832<br>HENDERSON, AR 72544-0947 | Claim Number: 5384<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| WATSON, SAMUEL A<br>106 CR 832<br>HENDERSON, AR 72544-0947 | Claim Number: 5385<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| WATTS COPY SYSTEMS INC<br>2860 STANTON AVE<br>SPRINGFIELD, IL 62703 | Claim Number: 4999<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $239.70 | Scheduled: | $239.70 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| WATTS COPY SYSTEMS, INC.<br>2860 STANTON<br>SPRINGFIELD, IL 62703 | Claim Number: 2498<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |

| UNSECURED | Claimed: | $239.70 |

---

| WATTS COPY SYSTEMS, INC.<br>2860 STANTON<br>SPRINGFIELD, IL 62703 | Claim Number: 5289<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |

| UNSECURED | Claimed: | $239.70 |

---

| WAWRZYN, MICHAEL J<br>101 S. SCHUYLER STREET<br>NEOSHO, WI 53059 | Claim Number: 9254<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $0.00   UNDET |

---

| WAX TRANS INC<br>820 PARK ROW<br>SALINAS, CA 93901 | Claim Number: 7413<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $20,940.68 | Scheduled: | $20,165.43 |

---

| WAX TRANS INC / PRUMO TRUCKING<br>820 PARK ROW<br>SUITE 645<br>SALINAS, CA 93901 | Claim Number: 7685<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| WAXIE SANITARY SUPPLY<br>PO BOX 81006<br>SAN DIEGO, CA 92138-1006 | Claim Number: 3917<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $6,877.75 | Scheduled: | $6,356.79 |

---

| WAY, SEAN<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10711<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $2,544.01 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| WAYBACK FORESTRY, INC.<br>PO BOX 305<br>CUTHBERT, GA 39840 | Claim Number: 7855-01<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,618.70 | | |
|---|---|---|---|---|

| WAYBACK FORESTRY, INC.<br>PO BOX 305<br>CUTHBERT, GA 39840 | Claim Number: 7855-02<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $5,000.00 | | |
|---|---|---|---|---|

| WAYMIRE, THOMAS J<br>1110 TROPICANA CT.<br>ONTARIO, CA 91762 | Claim Number: 6991<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| WAYNE GARAGE DOOR SALES & SERVICE<br>PO BOX 98<br>DOVER, OH 44622 | Claim Number: 11795<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $832.50 | Scheduled: | $3,402.20 |
|---|---|---|---|---|

| WAYNE GARRETT LOGGING<br>2022 SUNKEN MEADOW ROAD<br>ATTN: WAYNE GARRETT<br>SPRING GROVE, VA 23881 | Claim Number: 11243<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $10,373.52 | | |
|---|---|---|---|---|

| WAYNE GARRETT LOGGING INC<br>2022 SUNKEN MEADOW RD<br>SPRING GROVE, VA 23881 | Claim Number: 11244<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $10,373.52 | Scheduled: | $20,295.29  UNLIQ |
|---|---|---|---|---|

| WBES LLC<br>P.O. BOX 6920<br>SHREVEPORT, LA 71136 | Claim Number: 3331<br>Claim Date: 06/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $6,104.00 | Scheduled: | $6,104.00 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

WCA WASTE CORPORATION
24461 OAK GROVE LN
SEDALIA, MO 65301-9513

Claim Number: 3196
Claim Date: 06/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $497.26 | Scheduled: | $500.00 |

WE CARE RECYCLING
RICHARD E. LOUNSBURY, PRES, BD OF DIR.
P.O. BOX 133
CARLINVILLE, IL 62626

Claim Number: 3102
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,153.00 | Scheduled: | $976.20 |

WE CARLSON CORPORATION
1128 PAGNI DRIVE
ELK GROVE, IL 60007-6685

Claim Number: 3999
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $7,723.07 | | |
| UNSECURED | | | Scheduled: | $7,473.78 |

WEARTEK
PO BOX 665
PELL CITY, AL 35125

Claim Number: 6965
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $35,079.43 | Scheduled: | $35,079.43 |

WEATHERALL PRINTING COMPANY INC.
P.O. BOX 677
TUPELO, MS 38802-0677

Claim Number: 2387
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $138.00 | | |

WEBB ENTERPRISE INC
PO BOX 509
WALLBURG, NC 27373

Claim Number: 872
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

WEBER SUPPLY CO.
PO BOX 1418
KITCHENER, ON N2G 4H6
CANADA

Claim Number: 8909
Claim Date: 08/05/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,761.73 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| WEBSTER, LOREN<br>PO BOX 447<br>SHERIDAN, OR 97378 | | Claim Number: 8128<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $6,376.00 | | |
| WEDDING, DAVID L<br>2145 CEDARVILLE ROAD<br>GOSHEN, OH 45122 | | Claim Number: 9744<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| WEE HAUL DELIVERY<br>PO BOX 27008<br>REGINA, SK S4R 8R8<br>CANADA | | Claim Number: 4051<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $154.88 | Scheduled: | $125.41 |
| WEEKS, KENNETH C<br>2309 CHAPEL ROAD<br>OKEANA, OH 45053 | | Claim Number: 7040<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| WEIGH- TRONIX CANADA<br>ATTENTION JOSIANE MOLLIEX<br>217 BRUNSWICK BOULEVARD<br>POINTE-CLAIRE, QC H9R 4R7<br>CANADA | | Claim Number: 9028<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $189.35 | Scheduled: | $189.89 |
| WEIGH-TRONIX CANADA<br>217 BRUNSWICK BOULEVARD<br>POINTE-CLAIRE, QC H9R 4R7<br>CANADA | | Claim Number: 12543<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | |
| UNSECURED | Claimed: | $256.91 | | |
| WEINAUG, RAYMOND J, JR<br>5200 IVEY RD NW<br>ACWORTH, GA 30101 | | Claim Number: 4471<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| WEINEL, WILMA L<br>9 GREENWOOD AVE<br>FORT THOMAS, KY 41075-2000 | | Claim Number: 11586<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| WEIR SLURRY GROUP, INC<br>ATTN: LINDA WOOLDRIDGE<br>PO BOX 7610<br>MADISON, WI 53707 | | Claim Number: 1875<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010) | | |
| UNSECURED | Claimed: | $37,823.70 | Scheduled: | $37,823.70 |

---

| | | | | |
|---|---|---|---|---|
| WEIR VALVES AND CONTROLS INC<br>PO BOX 13557<br>NEWARK, NJ 07188-0557 | | Claim Number: 6114<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $9,100.97 | Scheduled: | $9,100.97 |

---

| | | | | |
|---|---|---|---|---|
| WEIS MARKETS, INC.<br>ATTN: THOMAS FREDERICK<br>1000 S. SECOND ST.<br>P.O. BOX 471<br>SUNBURY, PA 17801-0471 | | Claim Number: 879<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| UNSECURED | Claimed: | $104,776.81 | Scheduled: | $96,383.00 |

---

| | | | | |
|---|---|---|---|---|
| WEISEL, ROBERT A<br>112 CHURCH RD<br>MILFORD, NJ 08848 | | Claim Number: 3953<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00 | | |
| SECURED | | $104.92 | | |

---

| | | | | |
|---|---|---|---|---|
| WEISHEIMERS SALES AND SERVICE INC<br>235 NORTH 4TH ST<br>COLUMBUS, OH 43215 | | Claim Number: 3862<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $280.74 | Scheduled: | $280.74 |

---

| | | | | |
|---|---|---|---|---|
| WEK INC<br>PO BOX 21018<br>FORT LAUDERDALE, FL 33335 | | Claim Number: 6921<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $11,024.00 | Scheduled: | $11,024.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WELD TECH<br>670 SWANSON LANE<br>POTOMAC, MT 59823 | | Claim Number: 1868<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,889.41 | | |

| WELD TECH LLP<br>670 SWANSON LANE<br>BONNER, MT 59823 | | Claim Number: 4065<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>amends claim 1868 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,889.41 | Scheduled: | $14,165.41 |

| WELDCO MECHANICAL SERVICES<br>2201 NORTH EAST AVE<br>PANAMA CITY, FL 32405 | | Claim Number: 9252<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 1852 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $218,560.22 | Scheduled: | $216,159.97 |

| WELDEX SALES CORPORATION<br>PO BOX 1<br>THAXTON, VA 24174 | | Claim Number: 4344<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $900.00 | Scheduled: | $950.00 |

| WELDING TECHNOLOGIES, INC.<br>2330 CENTENNIAL DR<br>GAINESVILLE, GA 30504 | | Claim Number: 776<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,939.01 | | |

| WELDON, G.W.<br>C/O GREGORY A. CADE<br>ENVIRONMENTAL LITIGATION GROUP P.C.<br>3529 7TH AVE. SOUTH<br>BIRMINGHAM, AL 35222 | | Claim Number: 11521<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $41,000.00 | | |

| WELLERS PLUMBING & HEATING<br>429 S WASHINGTON ST<br>GREENFIELD, OH 45123 | | Claim Number: 9791<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,654.54 | Scheduled: | $8,654.54 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

WELLING, BETTY E
1411 DENMAN AVE
COSHOCTON, OH 43812-2629

Claim Number: 5765
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $149.12 | | |

---

WELLINGTON ELECTRIC INC
5425 N FRY RD UNIT 4
KATY, TX 77449-5783

Claim Number: 3694
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $480.00 | Scheduled: | $480.00 |

---

WELLS FARGO BUSINESS CREDIT
(ASIGNEE FOR GENERAL SECURITY SERVICES
CORPORATION)
2010 CORPORATE RIDGE, SUITE 900
MC LEAN, VA 22102

Claim Number: 1697
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $10,734.20 | | |

---

WELLS FARGO BUSINESS CREDIT
(ASIGNEE FOR GENERAL SECURITY SERVICES
CORPORATION)
2010 CORPORATE RIDGE, SUITE 900
MC LEAN, VA 22102

Claim Number: 5768
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
amends claim 1697

| UNSECURED | Claimed: | $10,734.20 | Scheduled: | $15,952.88 |

---

WELLS FARGO EQUIPMENT FINANCE, INC
C/O LAWRENCE JONES
1540 W FOUNTAINHEAD PARKWAY
TEMPE, AZ 85282

Claim Number: 11439
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8407 (08/18/2010)

| UNSECURED | Claimed: | $6,974.30 | | |

---

WELLS FARGO FINANCIAL LEASING INC
MAC F4031-050
800 WALNUT STREET
DES MOINES, IA 50309

Claim Number: 72
Claim Date: 02/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $2,919.75 | Scheduled: | $7,107.77 |

---

WELLSERVE INC
110 WOOLWICH ST
ATTN: KATHERINE ANN MILLMAN
GUELPH, ON N7H 3V2
CANADA

Claim Number: 9055
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $32.77 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | | |
|---|---|---|---|---|---|
| WELLSERVE INC<br>ATTN: KATHERINE ANN MILLMAN<br>110 WOOLWICH ST<br>GUELPH, ON N7H 3V2<br>CANADA | | Claim Number: 12654<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | | |
| UNSECURED | Claimed: | $32.77 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| WELSH, TERRY P<br>1400 K ST<br>ANCHORAGE, AK 99501 | | Claim Number: 3978<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET 8535 (09/14/2010) | | | |
| UNSECURED | Claimed: | $625.00 | Scheduled: | $625.00 | |

---

| | | | | | |
|---|---|---|---|---|---|
| WENDEL, KARRY<br>DBA CLEAN CUT LANDSCAPE<br>8406 N. ARMSTRONG AVE.<br>CLOVIS, CA 93619 | | Claim Number: 1945<br>Claim Date: 04/01/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 8116 (06/22/2010) | | | |
| UNSECURED | Claimed: | $6,023.75 | Scheduled: | $6,023.75 | |

---

| | | | | | |
|---|---|---|---|---|---|
| WERNECK, PATSY I<br>417 WEST DAVIS DRIVE<br>SHERIDAN, AR 72150-6067 | | Claim Number: 4502<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| WERNER ELECTRIC SUPPLY<br>P.O. BOX 1170<br>MILWAUKEE, WI 53201 | | Claim Number: 12112<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | | |
| UNSECURED | Claimed: | $43,203.33 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| WERNER ELECTRIC SUPPLY CO<br>240 33RD AVE SW<br>CEDAR RAPIDS, IA 52404-4646 | | Claim Number: 11562<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | | |
| UNSECURED | Claimed: | $4,063.33 | Scheduled: | $47,786.51 | |

---

| | | | | | |
|---|---|---|---|---|---|
| WERNER ENTERPRISES INC.<br>14507 FRONTIER ROAD<br>OMAHA, NE 68138 | | Claim Number: 2166<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010) | | | |
| UNSECURED | Claimed: | $218,168.80 | Scheduled: | $201,711.97 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| WESA ENVIR-EAU<br>160, BOUL. DE L'HôPITAL<br>SUITE 204<br>GATINEAU, QC J8T 8JI<br>CANADA | Claim Number: 3157<br>Claim Date: 05/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| PRIORITY | Claimed: | $7,640.52 |
|---|---|---|

---

| WESA ENVIR-EAU<br>160, BOUL. DE L'HôPITAL<br>SUITE 204<br>GATINEAU, QC J8T 8JI<br>CANADA | Claim Number: 8456<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
|---|---|

| PRIORITY | Claimed: | $7,640.52 |
|---|---|---|

---

| WESA ENVIR-EAV<br>ATTN: LIETTE COTE<br>160 BOUL. DE LI HOPITAL, SUITE 204<br>GATINEAU, QC J8T 8JI<br>CANADA | Claim Number: 8445<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
|---|---|

| PRIORITY | Claimed: | $6,259.88 |
|---|---|---|

---

| WESCO CHEMICALS<br>PO BOX 2506<br>WAXAHACHIE, TX 75168 | Claim Number: 4418<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,012.27 | Scheduled: | $2,007.60 |
|---|---|---|---|---|

---

| WESCO DIST. (CONSOLIDATED DIVS: WESCO. ENGLEWOOD, CCA, MURCO, BROWN WHOLESALE BRANCH)<br>100 BRANCH ROAD<br>WEST COLUMBIA, SC 29170 | Claim Number: 2806<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010) |
|---|---|

| SECURED | Claimed: | $65,220.51 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $196,524.72 | Scheduled: | $288,570.97 |

---

| WESCO MACHINE CO<br>5753 WESTWOOD DRIVE<br>ST CHARLES, MO 63304 | Claim Number: 7197<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $27,917.90 | Scheduled: | $27,917.90 |
|---|---|---|---|---|

---

| WESCO MACHINE CO<br>5793 WESTWOOD DRIVE<br>ST CHARLES, MO 63304 | Claim Number: 7198<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $27,917.90 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| WESCO MACHINE CO (01)<br>5793 WESTWOOD DRIVE<br>ST CHARLES, MO 63304 | Claim Number: 7199<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | |
| UNSECURED | Claimed: | $27,917.90 | | |
| WESCO MACHINE CO (CHESTERFIELD)<br>5753 WESTWOOD DRIVE<br>ST CHARLES, MO 63304 | Claim Number: 7200<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $27,917.90 | | |
| WESKAY LLC<br>PO BOX 13797<br>FLORENCE, SC 29504 | Claim Number: 4331<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $45,201.73 | Scheduled: | $94,409.23 UNLIQ |
| WESSELMAN'S NATURE SOCIETY<br>551 NORTH BOEKE RD<br>EVANSVILLE, IN 47711 | Claim Number: 10443<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $589.00 | Scheduled: | $589.00 |
| WEST FLORIDA ELECTRIC CORP<br>PO BOX 127<br>GRACEVILLE, FL 32440-0127 | Claim Number: 4577<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $501.16 | Scheduled: | $246.90 |
| WEST FLORIDA WIRE ROPE<br>1901 EAST AVENUE<br>PANAMA CITY, FL 32405 | Claim Number: 6151<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $48.72 | Scheduled: | $46.62 |
| WEST FRASER INC<br>PO BOX 934303<br>ATLANTA, GA 31193-4303 | Claim Number: 7354<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1911 (09/11/2009) | | | |
| ADMINISTRATIVE | Claimed: | $3,411.03 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

WEST FRASER INC
PO BOX 934303
ATLANTA, GA 31193-4303

Claim Number: 13385-01
Claim Date: 10/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE UNSECURED | Claimed: | $24,559.41 | Scheduled: | $27,970.44 |

---

WEST FRASER INC
PO BOX 934303
ATLANTA, GA 31193-4303

Claim Number: 13385-02
Claim Date: 10/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,411.03 |

---

WEST PENETONE INC
10900 SECANT
ANJOU, QC H1J 1S5
CANADA

Claim Number: 5359
Claim Date: 07/16/2009
Debtor: SMURFIT-MBI

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,872.70 | Scheduled: | $4,872.70 |

---

WEST PENETONE INC
ATTN: ANTOINE ALONZO
10900 SECANT
MONTREAL, QC H1J 1S5
CANADA

Claim Number: 8344
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,872.70 |

---

WEST PENETONE INC.
10900 RUE SECANT
ANJOU, QC H1S 1S5
CANADA

Claim Number: 1194
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,863.39 |

---

WEST POINT CHIPS INC
PO BOX 536
MONTICELLO, AR 71657-0536

Claim Number: 10423
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $55,456.21 | Scheduled: | $110,912.42 |

---

WEST POINT GLASS
PO BOX 524
WEST POINT, VA 23181

Claim Number: 6129
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $587.95 | Scheduled: | $662.95 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

WEST SALEM MACHINERY CO
PO BOX 5288
SALEM, OR 97304

Claim Number: 3930
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $2,473.39 | Scheduled: | $2,473.39 |
|---|---|---|---|---|

WEST SIDE TRACTOR SALES CO
1400 WEST OGDEN AVE
NAPERVILLE, IL 60563

Claim Number: 481
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $6,888.52 | Scheduled: | $7,701.61 |
|---|---|---|---|---|

WEST SIDE TRANSPORT, INC.
4201 16TH AVENUE SW
CEDAR RAPIDS, IA 52404

Claim Number: 132
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $90,451.04 | Scheduled: | $84,463.93 |
|---|---|---|---|---|

WEST TENNESSEE RAILROAD, LLC
11 E CHURCH STREET
SEA BRIGHT, NJ 07760

Claim Number: 2563
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $2,807.50 | Scheduled: | $690.00 |
|---|---|---|---|---|

WEST TEXAS CONTAINER
12345 ROJAS DRIVE
EL PASO, TX 79928

Claim Number: 2646
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $45,911.08 | Scheduled: | $47,675.96 |
|---|---|---|---|---|

WEST VIRGINIA CASHIN RECYCLABLES, INC.
P.O. BOX 336
NITRO, WV 25143

Claim Number: 3206
Claim Date: 06/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $3,810.70 | Scheduled: | $4,018.00 |
|---|---|---|---|---|

WEST VIRGINIA STATE TAX DEPARTMENT
BANKRUPTCY DIVISION
P.O. BOX 766
CHARLESTON, WV 25323-0766

Claim Number: 1826
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $290.40 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WEST VIRGINIA STATE TREASURER'S OFFICE<br>C/O CAROLYN ATKINSON, ASST GEN. COUNSEL<br>ONE PLAYERS CLUB DRIVE<br>CHARLESTON, WV 25311 | Claim Number: 3193<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

| WEST, ALVIS D<br>10023 BRANWOOD DRIVE<br>RIVERVIEW, FL 33578 | Claim Number: 12134<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

---

| WEST, GARY<br>16174 WILSON MANOR DRIVE<br>CHESTERFIELD, MO 63005 | Claim Number: 9562<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $49,000.03 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

| WEST, GARY L<br>16174 WILSON MANOR DRIVE<br>CHESTERFIELD, MO 63005 | Claim Number: 11416<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $649,459.06 | Scheduled: | $649,459.06 |
|---|---|---|---|---|

---

| WESTAFF (USA) INC.<br>3820 STATE STREET<br>SANTA BARBARA, CA 93105 | Claim Number: 9990<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $52,986.88 | | |
|---|---|---|---|---|

---

| WESTBROOK SERVICE CORPORATION<br>C/O SHANE CRAIN, TREASURER<br>1411 S ORANGE BLOSSOM TRAIL<br>ORLANDO, FL 32805 | Claim Number: 2278<br>Claim Date: 04/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,030.00 | Scheduled: | $1,355.00 |
|---|---|---|---|---|

---

| WESTBROOK, RUBY J<br>3115 N GRANDVIEW DRIVE<br>FLAGSTAFF, AZ 86004 | Claim Number: 6485<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WESTBURNE ELECTRIC SUPPLY<br>ATTN: MOHAMMED KHAN<br>3724 8TH ST SE<br>CALGARY, AB T2G 3A7<br>CANADA | Claim Number: 8573<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 8496 (09/08/2010) |
|---|---|

| UNSECURED | Claimed: | $27,750.08 | Scheduled: | $27,802.18 |
|---|---|---|---|---|

---

| WESTBURNE ELECTRIC SUPPLY (MIDWEST)<br>DIVISION OF REXEL CANADA ELECTRIC INC<br>ATTN: ROBERT T. BALINGER<br>UNIT 1 - 1650 NOTRE DAME AVE.<br>WINNIPEG, MB R3H 0Y7<br>CANADA | Claim Number: 13129-01<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 8496 (09/08/2010) |
|---|---|

| UNSECURED | Claimed: | $4,951.01 |
|---|---|---|

---

| WESTBURNE ELECTRIC SUPPLY (MIDWEST)<br>DIVISION OF REXEL CANADA ELECTRIC INC<br>ATTN: ROBERT T. BALINGER<br>UNIT 1 - 1650 NOTRE DAME AVE.<br>WINNIPEG, MB R3H 0Y7<br>CANADA | Claim Number: 13129-02<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 2534 (10/30/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $840.72 |
|---|---|---|

---

| WESTBURNE, DIVISION DE REXEL CANADA<br>ELECTRIQUE, INC.<br>ATTN: MARIO MARTELLINO<br>505, RUE LOCKE - BUREAU 200<br>ST-LAURENT, QC H4T 1X7<br>CANADA | Claim Number: 8571<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 8496 (09/08/2010) |
|---|---|

| UNSECURED | Claimed: | $4,426.10 | Scheduled: | $4,570.20 |
|---|---|---|---|---|

---

| WESTBURNE/ RUDDY<br>ATTNL YVON BESSELLE<br>5600 KEATON CRES<br>MISSISSAUGA, ON L5R 3G3<br>CANADA | Claim Number: 8347<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 8496 (09/08/2010) |
|---|---|

| UNSECURED | Claimed: | $20,159.04 | Scheduled: | $20,930.97 |
|---|---|---|---|---|

---

| WESTCHEM MFG. LTD.<br>ATTN: CARL COOKE<br>5862 - 248 ST.<br>ALDERGROVE, BC V4W 1B9<br>CANADA | Claim Number: 12599<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $1,339.74 |
|---|---|---|

---

| WESTCHEM MFG. LTD.<br>UNIT #16<br>31550 SOUTH FRASER WAY<br>CLEARBROOK, BC V2T 4C6<br>CANADA | Claim Number: 13431<br>Claim Date: 07/27/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments:<br>1,635.22 IN CANADAIAN FUNDS |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $1,310.27 |
|---|---|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| WESTCO STORAGE<br>1555 CHEVRIER BLVD<br>WINNIPEG, MB R3T 1Y7<br>CANADA | | Claim Number: 13755<br>Claim Date: 01/21/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $5,675.01 | | |
| WESTECH INDUSTRIAL LTD<br>5636 BURBANK CRESCENT SE<br>CALGARY, AB T2H 1Z6<br>CANADA | | Claim Number: 8481<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $971.02 | Scheduled: | $959.59 |
| WESTECH INDUSTRIAL LTD<br>5636 BURBANK CRESENT SE<br>CALGARY, AB T2H 1Z6<br>CANADA | | Claim Number: 12376<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
| UNSECURED | Claimed: | $1,185.19 | | |
| WESTERN BUSINESS EQUIP INC<br>1245 WEST BROADWAY<br>MISSOULA, MT 59802 | | Claim Number: 4090<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $801.58 | Scheduled: | $801.58 |
| WESTERN CANADA FIRE & FIRST AID<br>9519 - 58 AVE. N.W.<br>EDMONTON, AB T6E 0B8<br>CANADA | | Claim Number: 2777<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $2,425.50 | Scheduled: | $1,841.89 |
| WESTERN CONFERENCE OF TEAMSTERS PENSION<br>TRUST FUND, C/O RUSSELL J. REID<br>REID, PEDERSEN, MCCARTHY & BALLEW, LLP<br>101 ELLIOTT AVE. W., SUITE 550<br>SEATTLE, WA 98119 | | Claim Number: 3071<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| PRIORITY | Claimed: | $10,563.48 | | |
| WESTERN CONFERENCE OF TEAMSTERS PENSION<br>TRUST FUND, C/O RUSSELL J. REID<br>REID, PEDERSEN, MCCARTHY & BALLEW, LLP<br>101 ELLIOTT AVE. W., SUITE 550<br>SEATTLE, WA 98119 | | Claim Number: 5867<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8996 (03/22/2011) | | |
| UNSECURED | Claimed: | $0.00   CONT | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WESTERN EXTRALITE COMPANY<br>1470 LIBERTY STREET<br>KANSAS CITY, MO 64102 | Claim Number: 3115<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|
| SECURED            Claimed: | $3,097.72 |

---

| WESTERN EXTRALITE COMPANY<br>1470 LIBERTY STREET<br>KANSAS CITY, MO 64102 | Claim Number: 3116<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|
| SECURED            Claimed: | $5,338.09    UNLIQ |

---

| WESTERN EXTRALITE COMPANY<br>1470 LIBERTY STREET<br>KANSAS CITY, MO 64102 | Claim Number: 3118<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|
| SECURED            Claimed: | $9,736.25    UNLIQ |

---

| WESTERN EXTRALITE COMPANY<br>ATTN: TIM CARPENTER<br>1470 LIBERTY STREET<br>KANSAS CITY, MO 64102 | Claim Number: 3178<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|
| SECURED            Claimed: | $5,338.09 |

---

| WESTERN EXTRALITE COMPANY<br>ATTN: TIM CARPENTER<br>1470 LIBERTY STREET<br>KANSAS CITY, MO 64102 | Claim Number: 3179<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|
| SECURED            Claimed: | $3,097.72 |

---

| WESTERN EXTRALITE COMPANY<br>ATTN: TIM CARPENTER<br>1470 LIBERTY STREET<br>KANSAS CITY, MO 64102 | Claim Number: 3292<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) |
|---|---|
| SECURED            Claimed: | $9,736.25 |

---

| WESTERN EXTRALITE COMPANY<br>ATTN: TIM CARPENTER<br>1470 LIBERTY STREET<br>KANSAS CITY, MO 64102 | Claim Number: 3293<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) |
|---|---|
| SECURED            Claimed: | $5,338.09 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| WESTERN EXTRALITE COMPANY<br>ATTN: TIM CARPENTER<br>1470 LIBERTY STREET<br>KANSAS CITY, MO 64102 | | Claim Number: 3294<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) | | |
| SECURED | Claimed: | $3,097.72 | | |
| WESTERN FIRST AID & SAFETY, LLC<br>357 S PATTIE<br>WICHITA, KS 67211 | | Claim Number: 310<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $424.91 | | |
| WESTERN KANE COUTNY<br>PO BOX 36<br>KANAB, UT 84741 | | Claim Number: 4663<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,207.94 | | |
| WESTERN MASS CLIMATE CONTROL<br>269 PONDERS HOLLOW ROAD<br>WESTFIELD, MA 01085 | | Claim Number: 7182<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $4,584.05 | Scheduled: | $4,545.52 |
| WESTERN MASSACHUSETTS ELECTRIC COMPANY<br>NORTHERN UTILITIES - CCC<br>PO BOX 2899<br>HARTFORD, CT 06101-8307 | | Claim Number: 3390<br>Claim Date: 06/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $22,584.00 | Scheduled: | $22,020.89 |
| WESTERN MEDICAL GROUP<br>21081 S WESTERN AVE STE 150<br>TORRANCE, CA 90501-1800 | | Claim Number: 3733<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $65.00 | Scheduled: | $65.00 |
| WESTERN OILFIELDS SUPPLY CO.<br>DBA RAIN FOR RENT<br>P.O. BOX 2248<br>BAKERSFIELD, CA 93303-2248 | | Claim Number: 2216<br>Claim Date: 04/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $156,460.19 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WESTERN OILFIELDS SUPPLY CO.<br>DBA RAIN FOR RENT<br>PO BOX 2248<br>BAKERSFIELD, CA 93303-2248 | Claim Number: 2913<br>Claim Date: 05/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
|---|---|---|
| UNSECURED          Claimed: | $156,460.19 | |

---

| WESTERN OILFIELDS SUPPLY CO. INC.<br>DBA RAIN FOR RENT<br>PO BOX 2248<br>BAKERSFIELD, CA 93303-2248 | Claim Number: 276<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
|---|---|---|
| PRIORITY          Claimed:<br>UNSECURED          Claimed: | $0.00<br>$110,450.10 | |

---

| WESTERN OILFIELDS SUPPLY CO. INC.<br>DBA RAIN FOR RENT<br>PO BOX 2248<br>BAKERSFIELD, CA 93303-2248 | Claim Number: 2461<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
|---|---|---|
| UNSECURED          Claimed: | $156,460.19 | |

---

| WESTERN OILFIELDS SUPPLY CO. INC.<br>DBA RAIN FOR RENT<br>PO BOX 2248<br>BAKERSFIELD, CA 93303-2248 | Claim Number: 3381<br>Claim Date: 04/18/2009<br>Debtor: CALPINE CORRUGATED, LLC | |
|---|---|---|
| UNSECURED          Claimed: | $15,199.08 | Scheduled:          $14,942.73 |

---

| WESTERN OILFIELDS SUPPLY CO. INC.<br>DBA RAIN FOR RENT<br>PO BOX 2248<br>BAKERSFIELD, CA 93303-2248 | Claim Number: 7683<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |
|---|---|---|
| SECURED          Claimed: | $156,460.19 | |

---

| WESTERN OILFIELDS SUPPLY CO. INC.<br>DBA RAIN FOR RENT<br>ATTN: KATHARINE L. MAYER, ESQ.<br>405 N KING ST, 8TH FLOOR<br>WILMINGTON, DE 19801 | Claim Number: 13776<br>Claim Date: 01/25/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8536 (09/14/2010) | |
|---|---|---|
| SECURED          Claimed:<br>UNSECURED | $156,460.19<br>Scheduled:          $33,933.21 | |

---

| WESTERN POLYMER CORP<br>32 ROAD R SE<br>MOSES LAKE, WA 98837 | Claim Number: 1464<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
|---|---|---|
| UNSECURED          Claimed: | $44,550.58 | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

WESTERN PROCESS COMPUTERS, INC.
2033 W NORTH LN # 14
PHOENIX, AZ 85021-1900

Claim Number: 1858
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,083.89 | Scheduled: | $4,083.89 |

WESTERN PROPERTY CONSULTING, INC
P.O. BOX 2475
LIVINGSTON, MT 59047

Claim Number: 13631
Claim Date: 11/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,907.18 | | |

WESTERN RECYCLING
C/O RICK GILLIHAN
1990 NORTH COLE ROAD
BOISE, ID 83709

Claim Number: 3299
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $28,881.18 | Scheduled: | $45,130.00 |

WESTERN REFING WHOLESALE
1250 W WASHINGTON STREET #101
TEMPE, AZ 85281

Claim Number: 3347
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $290.90 | | |

WESTERN RESERVE FARM CO OP
161 E JEFFERSON ST
JEFFERSON, OH 44047

Claim Number: 5028
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $40.26 | Scheduled: | $40.26 |

WESTERN SOLID WASTE
PO BOX 254
FRIANT, CA 93626

Claim Number: 5943
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7651 (05/18/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,272.95 | Scheduled: | $2,181.00 |

WESTERN TRAILER SERVICE INC
3550 FAIRBANKS ROAD
KANSAS CITY, KS 66106

Claim Number: 9618
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,123.91 | |

Epiq Bankruptcy Solutions, LLC

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WESTERN WEED & TREE CARE LTD.<br>P.O. BOX 91575<br>WEST VANCOUVER, BC V7V 3P3<br>CANADA | Claim Number: 2901<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $1,785.00 | | |
|---|---|---|---|---|

| WEXXAR CORPORATION<br>10101 NORDEL COURT<br>DELTA, BC V4G 1J8<br>CANADA | Claim Number: 1384<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $3,614.54 | | |
|---|---|---|---|---|

| WEXXAR PACKAGING INCORPORATED<br>10101 NORDEL COURT<br>DELTA, BC V4G 1J8<br>CANADA | Claim Number: 1383<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $9,823.66 | Scheduled: | $9,731.25 |
|---|---|---|---|---|

| WEYERHAEUSER COMPANY<br>MONIQUEKA THROWER<br>33663 WEYERHAEUSER WAY S.<br>FEDERAL WAY, WA 98003 | Claim Number: 1200<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $113,984.06 | | |
|---|---|---|---|---|

| WEYERHAEUSER COMPANY<br>33633 WEYERHAEUSER WAY S.<br>FEDERAL WAY, WA 98003 | Claim Number: 7702-01<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $1,681.55 | Scheduled: | $141,288.13 |
|---|---|---|---|---|

| WEYERHAEUSER COMPANY<br>33633 WEYERHAEUSER WAY S.<br>FEDERAL WAY, WA 98003 | Claim Number: 7702-02<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $113,007.47 | | |
|---|---|---|---|---|

| WGC INC./WHITE GLOVE BUILDING SERVICES<br>PO BOX 83651<br>PORTLAND, OR 97283 | Claim Number: 3017<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $9,519.32 | Scheduled: | $7,354.75 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WGM GROUP<br>1111 EAST BROADWAY<br>MISSOULA, MT 59802 | Claim Number: 10013<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $18,094.60 | Scheduled: | $20,754.68 |
|---|---|---|---|---|

| WH BRISTOW INC<br>309 NORTH MAIN STREET<br>DARLINGTON, SC 29532 | Claim Number: 5119<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $59,294.29 | Scheduled: | $59,294.29 |
|---|---|---|---|---|

| WHALEN, CHARLES E<br>89 DRENDEL LANE<br>NAPERVILLE, IL 60565 | Claim Number: 11206<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| WHALEY COMPANY, THE<br>(AKA GILPIN'S IMPACT, INC.)<br>1015 ATLANTIC BLVD 258<br>ATLANTIC BEACH, FL 32233 | Claim Number: 7594<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $15,012.00 | Scheduled: | $15,012.00 |
|---|---|---|---|---|

| WHALON, PETER G<br>P.O. BOX 3093<br>KENNEBUNKPORT, ME 04046 | Claim Number: 7757<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| WHEELDON, MILTON S<br>10000 BABCOCK HILL RD.<br>PO BOX 25<br>BRIDGEWATER, NY 13313 | Claim Number: 4882<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| WHEELER TECHNOLOGIES INC<br>ATTN: DONALD WHEELER<br>8213 CLAY STREET<br>MERRILLVILLE, TN 46410 | Claim Number: 9191-01<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $25.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $18,631.87 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

WHEELER TECHNOLOGIES INC
ATTN: DONALD WHEELER
8213 CLAY STREET
MERRILLVILLE, TN 46410

Claim Number: 9191-02
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)

| UNSECURED | Claimed: | $11,119.00 | | |
|---|---|---|---|---|

WHEELER, GARY L.
NAMED PLAINTIFF IN ERICKSON, ROY D.,
ET AL., C/O TOM L. LEWIS - LEWIS SLOVAK
& KOVACICH, P.C. - P.O. BOX 2325
GREAT FALLS, MT 59403

Claim Number: 6642
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,000.00 | | |
|---|---|---|---|---|

WHEELS INTERNATIONAL FREIGHT
5090 ORBITOR DRIVE STE 1
MISSISSAUGA, ON L4W 5B5
CANADA

Claim Number: 6800
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $463.55 | Scheduled: | $463.55 |
|---|---|---|---|---|

WHELAN SECURITY
1750 SOUTH HANLEY ROAD
SAINT LOUIS, MO 63144

Claim Number: 2187
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $4,080.00 | Scheduled: | $80,818.74 |
|---|---|---|---|---|

WHELAN SECURITY
1750 SOUTH HANLEY ROAD
SAINT LOUIS, MO 63144

Claim Number: 2188
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $2,752.00 | | |
|---|---|---|---|---|

WHELAN SECURITY
1750 SOUTH HANLEY ROAD
SAINT LOUIS, MO 63144

Claim Number: 2189
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $6,193.92 | | |
|---|---|---|---|---|

WHELAN SECURITY
1750 SOUTH HANLEY ROAD
SAINT LOUIS, MO 63144

Claim Number: 2190
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $4,572.48 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

WHIPPIT JANITORIAL SERVICE CORP
PO BOX 431
BLOOMINGTON, IL 61701

Claim Number: 4119
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,016.61 | Scheduled: | $2,006.61 |

WHIPPIT JANITORIAL SERVICES
P.O. BOX 431
BLOOMINGTON, IL 61701

Claim Number: 4118
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,016.61 |

WHITAKER FORESTRY L.L.C.
4134 HIDEAWAY DRIVE
GUNTERSVILLE, AL 35976

Claim Number: 863
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $38,132.30 |

WHITAKER FORESTRY SERVICES LLC
4134 HIDEAWAY DRIVE
GUNTERSVILLE, AL 35976

Claim Number: 7103
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $19,066.15 |

WHITAKER FORESTRY SERVICES LLC
4134 HIDEAWAY DRIVE
GUNTERSVILLE, AL 35976

Claim Number: 13399
Claim Date: 10/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2813 (11/18/2009)
Amends Claim 7103

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $19,066.15 |

WHITAKER, CAROL A
820 FRANKFORT PLACE CT
FRANKFORT, IN 46041

Claim Number: 7067
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

WHITAKER, MARILYN A
111 RISING SUN COURT
OLD HICKORY, TN 37138

Claim Number: 9543
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00  UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| WHITBY HYDRO ELECTRIC CORP<br>ATTN: AVRIL WHYTE<br>100 TAUNTON RD. E<br>PO BOX 59<br>WHITBY, ON L1N 5R8<br>CANADA | Claim Number: 8450<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,076.38 |

---

| | | |
|---|---|---|
| WHITE COUNTY LUMBER CO., INC.<br>2025 SULLIVAN KNOWLES ROAD<br>SPARTA, TN 38583 | Claim Number: 1050<br>Claim Date: 03/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7652 (05/18/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,239.83 |

---

| | | |
|---|---|---|
| WHITE GLOVE JANITORIAL & BLDG. MAINT., INC.<br>PO BOX 3643<br>JOLIET, IL 60434 | Claim Number: 106<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 3287 (12/18/2009) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,462.26 |

---

| | | |
|---|---|---|
| WHITE GLOVE JANITORIAL & BLDG. MAINT., INC.<br>PO BOX 3643<br>JOLIET, IL 60434 | Claim Number: 1380<br>Claim Date: 03/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,974.24 |

---

| | | | | |
|---|---|---|---|---|
| WHITE GLOVE JANITORIAL & BLDG. MAINT., INC.<br>PO BOX 3643<br>JOLIET, IL 60434 | Claim Number: 2330<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) | | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,462.26 | Scheduled: | $5,436.50 |

---

| | | | | |
|---|---|---|---|---|
| WHITE OAK LOGISTICS<br>2205 HWY 20 WEST<br>DECATUR, AL 35601 | Claim Number: 6467<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $29,552.39 | Scheduled: | $29,552.39 |

---

| | | | | |
|---|---|---|---|---|
| WHITE OAK TRANSPORTATION<br>PO BOX 876<br>2205 HWY 20 WEST<br>DECATUR, AL 35602 | Claim Number: 6468<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $176,830.00 | Scheduled: | $176,830.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WHITE OAK TRANSPORTATION INC<br>2205 HWY 20 WEST<br>DECATUR, AL 35601 | Claim Number: 6387<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $449,414.40 | Scheduled: | $451,442.68 |
|---|---|---|---|---|

---

| WHITE WATER ASSOCIATES, INC.<br>P.O. BOX 27, 429 RIVER LANE<br>AMASA, MI 49903 | Claim Number: 311<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $408.55 |
|---|---|---|

---

| WHITE, CHARLIE L.<br>1207 LEON DRIVE<br>JONESBORO, LA 71251 | Claim Number: 10372<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| WHITE, DIXIE<br>2147 RIVERSTONE WAY<br>MONROE, OH 45050-1753 | Claim Number: 7049<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| WHITE, GEORGE, JR.<br>240 MT. CALM ROAD<br>SIMSBORO, LA 71275 | Claim Number: 10374<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| WHITE, LEE A.<br>PO BOX 246<br>CENTURY, FL 32535 | Claim Number: 12101<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| WHITE, ROBERT A.<br>11163 LEO COLLINS<br>EL PASO, TX 79936 | Claim Number: 7255<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $32,713.00 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WHITE, STELLA<br>681 TALBERT WHITE RD.<br>SIMSBORO, LA 71275 | Claim Number: 10375<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | |
|---|---|---|---|

| WHITE, TEMEKO CARDELL<br>PO BOX 536<br>SIMSBORO, LA 71275 | Claim Number: 10376<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | |
|---|---|---|---|

| WHITE, TERRY<br>1201 AMITY DRIVE<br>GREENSBORO, NC 27406 | Claim Number: 7362<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET | |
|---|---|---|---|

| WHITE, WILLIE LEE, JR.<br>681 TALBERT WHITE ROAD<br>SIMSBORO, LA 71275 | Claim Number: 10377<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | |
|---|---|---|---|

| WHITEHALL PRINTING COMPANY<br>4244 CORPORATE SQUARE<br>NAPLES, FL 34104 | Claim Number: 558<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $10,364.70 | Scheduled: | $10,362.00 |
|---|---|---|---|---|

| WHITEHEAD, JUANITA F<br>550 W. HARRISON AVE.<br>WABASH, IN 46992 | Claim Number: 9268<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | |
|---|---|---|---|

| WHITEWOOD INC<br>PO BOX 380<br>WALTERBORO, SC 29488 | Claim Number: 4658<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| UNSECURED | Claimed: | $10,425.12 | |
|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

WHITEWOOD INC.
ATTN: RANDY L. WHITE
POST OFFICE BOX 380
WALTERBORO, SC 29488

Claim Number: 8422
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $10,425.12 | Scheduled: | $20,850.24 UNLIQ |
|---|---|---|---|---|

WHITFIELD TIMBER CO INC
PO BOX 674
WEWAHITCHKA, FL 32465

Claim Number: 3680
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,268.98 | Scheduled: | $8,198.50 UNLIQ |
|---|---|---|---|---|

WHITLEY, FRANK H., III
T/A GRIDWORKS
PO BOX 247
SANDSTON, VA 23150

Claim Number: 149
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $8,151.00 | Scheduled: | $8,151.00 |
|---|---|---|---|---|

WHITLEY, W B
1037 CO.RD. 295
HIGDON, AL 35979

Claim Number: 7828
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ | | |

WHITLOCK, THELMA J
10938 ST RD 38E
MULBERRY, IN 46058

Claim Number: 9667
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

WHITMAN, ALBERT B., SR.
695 LOUVERA LANE
JONESBORO, LA 71251

Claim Number: 10378
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

WHITMAN, JOHN K.
PO BOX 733
HODGE, LA 71247

Claim Number: 10379
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WHITMORE CHEVROLET<br>PO BOX 192<br>WEST POINT, VA 23181 | Claim Number: 6786<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $5,827.91 | Scheduled: | $146.96 |
|---|---|---|---|---|

| WHITSON, JOHN L<br>1739 PINE HILL ROAD<br>SOMERSET, KY 42503-5044 | Claim Number: 5428<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| WHITSON, W A<br>364 GREENMORE DRIVE<br>BALLWIN, MO 63011 | Claim Number: 4597<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| WHITTINGHILL DISPOSAL SERVICE INC<br>6000 S. CHEROKEE ST.<br>MUSKOGEE, OK 74403 | Claim Number: 1856<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $5,174.00 |
|---|---|---|

| WHYTE HIRSCHBOECK DUDEK S.C<br>DANIEL J. MCGARRY, ESQ<br>COUNSEL FOR CR MEYER AND SONS COMPANY<br>33 E. MAIN STREET, SUITE 300<br>MADISON, WI 53703-7138 | Claim Number: 7256<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) |
|---|---|

| SECURED | Claimed: | $1,198,459.75 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,202,768.95  UNLIQ |

| WIESELER, MELVIN<br>MEL & KATHY JANITORIAL SERVICE<br>2932 S. ST. MARY'S ST.<br>SIOUX CITY, IA 51106 | Claim Number: 102<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $882.75 |
|---|---|---|

| WIGGINS, RICHARD L<br>122 MOULTON ROAD<br>WING, AL 36483 | Claim Number: 12126<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $17,052.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

WIGINTON FIRE SYSTEMS
699 AERO LANE
SANFORD, FL 32771

Claim Number: 1092
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)

| UNSECURED | Claimed: | $1,253.20 | Scheduled: | $91.00 |
|-----------|----------|-----------|------------|--------|

WIL-KIL PEST CONTROL
2803 CAPITOL DR.
STE 3
SUN PRAIRIE, WI 53590

Claim Number: 3487
Claim Date: 06/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $3,626.00 | Scheduled: | $4,528.05 |
|-----------|----------|-----------|------------|-----------|

WILCOXON RESEARCH LOCKBOX
PO BOX 100720
ATLANTA, GA 30384-0720

Claim Number: 7949
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,275.70 | Scheduled: | $1,275.70 |
|-----------|----------|-----------|------------|-----------|

WILDER, HOMER
3350 S MAIN ST - LOT 10
MIDDLETOWN, OH 45044-7837

Claim Number: 13111
Claim Date: 09/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

WILEMON, JAMES K
7853 COUNTY HIGHWAY 36
ALTOONA, AL 35952

Claim Number: 7160
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|----------|----------|---------------|

WILEY, W R
1909 KNOLLTON RD
TIMONIUM, MD 21093-5248

Claim Number: 3960
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

WILEY, WILL E.
101 MOFFETT DR.
JONESBORO, LA 71251

Claim Number: 10371
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|-----------|----------|---------------|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

WILHELM BAHMAULLER GMBH
POSTLACH 280
PLUDENHAUSEN 11, 73652
GERMANY

Claim Number: 7802
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $15,648.82 |
|---|---|---|

---

WILHELM BAHMUELLER GMBH
WILHELM-BAHMUELLER-STRASSE 34
PLUEDERHAUSEN, 73655
GERMANY

Claim Number: 2945
Claim Date: 05/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $15,648.82 |
|---|---|---|

---

WILHELM BAHMULLER GMBH
WILHELM-BAHMULLER - STR. 34
PLUDERHAUSEN, 73655
GERMANY

Claim Number: 1879
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $21,736.82 |
|---|---|---|

---

WILHELMSEN, SHIRLEY
69493 WILDWOOD ROAD
NORTH BEND, OR 97459

Claim Number: 6606
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

WILHELMSEN, SHIRLEY ANN
69493 WILDWOOD ROAD
NORTH BEND, OR 97459

Claim Number: 6724
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

WILHELMSEN, SHIRLEY ANN
69493 WILDWOOD ROAD
NORTH BEND, OR 97459

Claim Number: 8739
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

WILHITE LANDSCAPING & LAWN CARE, LTD
PO BOX 1409
TYLER, TX 75710-1409

Claim Number: 5922
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $4,081.89 | Scheduled: | $3,933.80 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| WILKEN, STEPHANIE D.<br>310 REID AVE<br>APT A<br>TROY, IL 62294-2177 | | Claim Number: 3441<br>Claim Date: 06/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $10,000.00 |

| | | |
|---|---|---|
| WILKINSON, GEORGE<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10940<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $50,000.00 |

| | | |
|---|---|---|
| WILKS, MARY<br>156 N MAIN ST<br>EDWARDSVILLE, IL 62025-1972 | | Claim Number: 6220<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $0.00   UNDET      Scheduled:      $0.00 UNLIQ |

| | | |
|---|---|---|
| WILKS, MARY (FRANK L. WILKS, DECEASED)<br>156 N MAIN ST<br>EDWARDSVILLE, IL 62025-1972 | | Claim Number: 6221<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| WILLARD LIMBACH COMPANY LLC<br>175 TITUS AVENUE<br>WARRINGTON, PA 18976 | | Claim Number: 6744<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $38,223.00      Scheduled:      $38,223.00 |

| | | |
|---|---|---|
| WILLIAM ALBERT INC<br>1300 CASSINGHAM HOLLOW DR.<br>COSHOCTON, OH 43812 | | Claim Number: 33<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $184,181.73 |

| | | |
|---|---|---|
| WILLIAM EDWARDS INC<br>PO BOX 938<br>VERONA, VA 24482 | | Claim Number: 5197<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $29,527.45      Scheduled:      $26,876.75 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WILLIAM KENYON & SONS INC<br>90 ETHEL ROAD WEST<br>PISCATAWAY, NJ 08854 | Claim Number: 9411<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $131,698.17 | Scheduled: | $138,499.24 |
|---|---|---|---|---|

| WILLIAM KENYON INC<br>585 CABANA<br>GRANBY, QC J2G 1P8<br>CANADA | Claim Number: 9409<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $2,052.05 | Scheduled: | $2,138.80 |
|---|---|---|---|---|

| WILLIAM KENYON INC<br>585 CABANA<br>GRANDBY, QC J2G 1P8<br>CANADA | Claim Number: 9410<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $5,605.00 |
|---|---|---|

| WILLIAM NISKER CO<br>2951 WALKERS LINE<br>BURLINGTON, ON L7M 4Y1<br>CANADA | Claim Number: 4593<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>2,730 CANADIAN |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $345.10 |
|---|---|---|---|---|

| WILLIAMS BROTHERS TRUCKING, INC.<br>SHIRLEY MALEY, SEC. TREASURER<br>PO BOX 188<br>HAZLEHURST, GA 31539-0188 | Claim Number: 14088<br>Claim Date: 08/09/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $28,689.80 |
|---|---|---|

| WILLIAMS BROTHERS TRUCKING, INC.<br>P.O. BOX 188<br>HAZLEHURST, GA 31539 | Claim Number: 14186<br>Claim Date: 01/25/2011<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8997 (03/22/2011) |
|---|---|

| UNSECURED | Claimed: | $57,379.60 |
|---|---|---|

| WILLIAMS JR., LOVIE<br>6069 QUITMAN HWY.<br>QUITMAN, LA 71268 | Claim Number: 10381<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WILLIAMS SCOTSMAN, INC.<br>8211 TOWN CENTER DR<br>BALTIMORE, MD 21236 | Claim Number: 910<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $295.73 | Scheduled: | $2,436.36 |
|---|---|---|---|---|

| WILLIAMS SCOTSMAN, INC.<br>8211 TOWN CENTER DR<br>BALTIMORE, MD 21236 | Claim Number: 13967<br>Claim Date: 04/05/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|

| UNSECURED | Claimed: | $294.95 |
|---|---|---|

| WILLIAMS SUPPLY, INC<br>PO BOX 2766<br>ROANOKE, VA 24001-2766 | Claim Number: 8369<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $7,497.87 | Scheduled: | $7,477.16 |
|---|---|---|---|---|

| WILLIAMS SUPPLY, INC<br>PO BOX 2766<br>ATTN: KELLY PHLEGAR<br>ROANOKE, VA 24001-2766 | Claim Number: 12341<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $7,497.87 |
|---|---|---|

| WILLIAMS TURBINE SERVICES INC<br>PO BOX 1363<br>MONROE, GA 30655 | Claim Number: 3828<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $372.76 | Scheduled: | $372.76 |
|---|---|---|---|---|

| WILLIAMS, ANTHONY G.<br>10434 COUNTY ROAD 29<br>EVERGREEN, AL 36401 | Claim Number: 12110<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| WILLIAMS, CECIL<br>739 SUNKEN MEADOW LN<br>JACKSONVILLE, FL 32218 | Claim Number: 7751<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WILLIAMS, CHARLES E. | | Claim Number: 10331 |
| P.O. BOX 182 | | Claim Date: 08/26/2009 |
| JONESBORO, LA 71251 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | | Comments: WITHDRAWN |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| WILLIAMS, DEWAYNE E | | Claim Number: 9586 |
| 128 WHITE ST. | | Claim Date: 08/24/2009 |
| ST. BREWTON, AL 36426 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | | Comments: EXPUNGED |
| | | DOCKET: 5732 (03/10/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| WILLIAMS, EDDIE L. | | Claim Number: 10380 |
| P.O. BOX 988 | | Claim Date: 08/26/2009 |
| HODGE, LA 71247 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | | Comments: WITHDRAWN |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| WILLIAMS, JAMES J. | | Claim Number: 7087 |
| PO BOX 3456 | | Claim Date: 08/03/2009 |
| SPOKANE, WA 99220 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | | Comments: DOCKET: 6647 (04/07/2010) |

| UNSECURED | Claimed: | $11,904.73 | Scheduled: | $11,904.74 |

---

| WILLIAMS, MARY L | | Claim Number: 7601 |
| 348 E DEER CREEK LANE | | Claim Date: 08/10/2009 |
| FRESNO, CA 93720 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | | Comments: EXPUNGED |
| | | DOCKET: 8673 (10/19/2010) |

| PRIORITY | Claimed: | $1,057.69 |

---

| WILLIAMS, QUIRIDA B. | | Claim Number: 10382 |
| P.O. BOX 584 | | Claim Date: 08/26/2009 |
| HODGE, LA 71247 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | | Comments: WITHDRAWN |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| WILLIAMS, REGGIE | | Claim Number: 10332 |
| 2812 HWY 1228 | | Claim Date: 08/26/2009 |
| WINNFIELD, LA 71483 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

WILLIAMS, RODERICK
12231 N 16TH ST APT 209E
TAMPA, FL 33612-4924

Claim Number: 5416
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| SECURED | Claimed: | $10,950.00 |
| TOTAL | Claimed: | $10,950.00 |

---

WILLIAMS, RODERICK
12215 N 16TH ST APT 101D
TAMPA, FL 33612-4923

Claim Number: 8506
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

---

WILLIAMS, RODERICK
12231 N 16TH ST #209
TAMPA, FL 33612-4962

Claim Number: 12368
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| SECURED | Claimed: | $0.08 |
| TOTAL | Claimed: | $0.08 |

---

WILLIAMS, ROGER DALE
6244 QUITMAN HWY
QUITMAN, LA 71268

Claim Number: 10383
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

WILLIAMS, STEPHEN M.
267 SEYMORE RD
JONESBORO, LA 71251

Claim Number: 10384
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

WILLIAMS, VIRGINIA L
65 BILLY CIRCLE
FAUFIELD, OH 45014-2037

Claim Number: 6359
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

WILLIAMS, WANDA
2681 COLE DRIVE
HUMBOLDT, TN 38343

Claim Number: 4617
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WILLIAMSBURG POTTERY<br>P.O. BOX 123<br>ROUTE 60 WEST<br>LIGHTFOOT, VA 23090 | Claim Number: 12091<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $2,413.00 | Scheduled: | $461.00 |
|---|---|---|---|---|

| WILLIAMSON PRINTING MATERIALS LIMITED<br>269 SOUTH SERVICE ROAD WEST<br>ATTN: HEATHER BROWN<br>ACCOUNTS RECEIVABLE COORDINATOR<br>GRIMSBY, ON L3M 1Y6<br>CANADA | Claim Number: 8855<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $3,166.49 | Scheduled: | $6,079.85 |
|---|---|---|---|---|

| WILLIAMSON PRINTING MATERIALS LIMITED<br>269 SOUTH SERVICE ROAD WEST<br>ATTN: HEATHER BROWN<br>ACCOUNTS RECEIVABLE COORDINATOR<br>GRIMSBY, ON L3M 1Y6<br>CANADA | Claim Number: 8856<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-MBI |
|---|---|

| UNSECURED | Claimed: | $459.15 |
|---|---|---|

| WILLIAMSON, MARK A<br>2750 SEQUOYAH DRIVE<br>ROGERS, AR 72758 | Claim Number: 9782<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| WILLIAMSON, ZENA H<br>3201 ANDRADE AVENUE<br>RICHMOND, CA 94804-1111 | Claim Number: 8085<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $43,666.00 |
|---|---|---|
| UNSECURED | Claimed: | $43,666.00 |
| TOTAL | Claimed: | $43,666.00 |

| WILLIAMSON, ZENA HARDY, JR<br>3201 ANDRADE AVENUE<br>RICHMOND, CA 94804 | Claim Number: 13465<br>Claim Date: 09/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $43,666.00 |
|---|---|---|

| WILLIS, HURLEY G<br>3875 LEWIS B. PULLER MEM. HWY.<br>SHACKLEFORDS, VA 23156 | Claim Number: 9619<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $163,801.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| WILLIS, INC. DBA THE SCALE CENTER<br>2900 W. RUSSELL ST.<br>SIOUX FALLS, SD 57107 | Claim Number: 3046<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 6864<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $996.83 | |

| WILLIS, SAMUEL SHANE<br>2646 MOLINO RD<br>MOLINO, FL 32577 | Claim Number: 12078<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | |

| WILLIS, VICTOR DARRELL<br>6287 QUITMAN HWY.<br>QUITMAN, LA 71268 | Claim Number: 10385<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

| WILLIS, WILLIAM & SUSAN F.<br>2940 O.D.I. STREET<br>WEST POINT, VA 23181 | Claim Number: 7679<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $500,000.00 | |

| WILLS CATTLE CO<br>26255 MT HIGHWAY 200<br>BONNER, MT 59823 | Claim Number: 6067<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $740.22 | Scheduled: $5,740.22 UNLIQ |

| WILLS CATTLE COMPANY<br>26255 MT HWY 200<br>BONNER, MT 59823 | Claim Number: 235<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,165.90 | |

| WILMINGTON PAPER CORP. & RECYCLING<br>MANAGEMENT SYSTEMS ASSOCIATES, INC.<br>SEAN MACK - PASHMAN STEIN, P.C.<br>21 MAIN ST, SUITE 100<br>HACKENSACK, NJ 07601 | Claim Number: 1173-01<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,075.56 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WILMINGTON TRUST COMPANY | Claim Number: 9877 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: 605681 N.B. INC. |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY | Claim Number: 9878 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: FRANCOBEC COMPANY |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY | Claim Number: 9879 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: SLP FINANCE GENERAL PARTNERSHIP |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY | Claim Number: 9880 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: SPECIALTY CONTAINERS INC. |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY | Claim Number: 9881 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: B.C. SHIPPER SUPPLIES LTD. |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY | Claim Number: 9882 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: 639647 BRITISH COLUMBIA LTD. |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 | UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9883<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 | UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9884<br>Claim Date: 08/25/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 | UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9885<br>Claim Date: 08/25/2009<br>Debtor: 3083527 NOVA SCOTIA COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 | UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9886<br>Claim Date: 08/25/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 | UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9887<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 | UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9888<br>Claim Date: 08/25/2009<br>Debtor: SMBI INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 | UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9889<br>Claim Date: 08/25/2009<br>Debtor: SLP FINANCE II, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9890<br>Claim Date: 08/25/2009<br>Debtor: SLP FINANCE I, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9891<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9892<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9893<br>Claim Date: 08/25/2009<br>Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9894<br>Claim Date: 08/25/2009<br>Debtor: STONE GLOBAL, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY | | Claim Number: 9895 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | | Debtor: STONE INTERNATIONAL SERVICES CORPORATION |
| 1100 NORTH MARKET STREET | | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00   UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY | | Claim Number: 9896 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | | Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY |
| 1100 NORTH MARKET STREET | | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00   UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY | | Claim Number: 9897 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | | Debtor: LOT 24D REDEVELOPMENT CORPORATION |
| 1100 NORTH MARKET STREET | | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00   UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY | | Claim Number: 9898 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | | Debtor: CAMEO CONTAINER CORPORATION |
| 1100 NORTH MARKET STREET | | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00   UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY | | Claim Number: 9899 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | | Debtor: CALPINE CORRUGATED, LLC |
| 1100 NORTH MARKET STREET | | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00   UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| WILMINGTON TRUST COMPANY | | Claim Number: 9900 | | |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 | | |
| RODNEY SQUARE NORTH | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| 1100 NORTH MARKET STREET | | Comments: ALLOWED | | |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) | | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
| UNSECURED | Claimed: | $675,000,000.00   UNLIQ | Scheduled: | $694,650,000.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9901<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00   UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9902<br>Claim Date: 08/25/2009<br>Debtor: 605681 N.B. INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00   UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9903<br>Claim Date: 08/25/2009<br>Debtor: FRANCOBEC COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00   UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9904<br>Claim Date: 08/25/2009<br>Debtor: SLP FINANCE GENERAL PARTNERSHIP<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00   UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9905<br>Claim Date: 08/25/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00   UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9906<br>Claim Date: 08/25/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00   UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9907<br>Claim Date: 08/25/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9908<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9909<br>Claim Date: 08/25/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9910<br>Claim Date: 08/25/2009<br>Debtor: 3083527 NOVA SCOTIA COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9911<br>Claim Date: 08/25/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9912<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9913<br>Claim Date: 08/25/2009<br>Debtor: SMBI INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9914<br>Claim Date: 08/25/2009<br>Debtor: SLP FINANCE II, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9915<br>Claim Date: 08/25/2009<br>Debtor: SLP FINANCE I, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9916<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9917<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9918<br>Claim Date: 08/25/2009<br>Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9919<br>Claim Date: 08/25/2009<br>Debtor: STONE GLOBAL, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9920<br>Claim Date: 08/25/2009<br>Debtor: STONE INTERNATIONAL SERVICES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9921<br>Claim Date: 08/25/2009<br>Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9922<br>Claim Date: 08/25/2009<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9923<br>Claim Date: 08/25/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9924<br>Claim Date: 08/25/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WILMINGTON TRUST COMPANY | Claim Number: 9925 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 1100 NORTH MARKET STREET | Comments: ALLOWED |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ | | |
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ | Scheduled: | $402,326,388.88 |

---

| WILMINGTON TRUST COMPANY | Claim Number: 9926 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY | Claim Number: 9927 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: 605681 N.B. INC. |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY | Claim Number: 9928 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: FRANCOBEC COMPANY |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY | Claim Number: 9929 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: SLP FINANCE GENERAL PARTNERSHIP |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY | Claim Number: 9930 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: SPECIALTY CONTAINERS INC. |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9931<br>Claim Date: 08/25/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9932<br>Claim Date: 08/25/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9933<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9934<br>Claim Date: 08/25/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9935<br>Claim Date: 08/25/2009<br>Debtor: 3083527 NOVA SCOTIA COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9936<br>Claim Date: 08/25/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9937<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00    UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00    UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9938<br>Claim Date: 08/25/2009<br>Debtor: SMBI INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00    UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00    UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9939<br>Claim Date: 08/25/2009<br>Debtor: SLP FINANCE II, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00    UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00    UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9940<br>Claim Date: 08/25/2009<br>Debtor: SLP FINANCE I, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00    UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00    UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9941<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00    UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00    UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9942<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00    UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00    UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9943<br>Claim Date: 08/25/2009<br>Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9944<br>Claim Date: 08/25/2009<br>Debtor: STONE GLOBAL, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9945<br>Claim Date: 08/25/2009<br>Debtor: STONE INTERNATIONAL SERVICES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9946<br>Claim Date: 08/25/2009<br>Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9947<br>Claim Date: 08/25/2009<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9948<br>Claim Date: 08/25/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WILMINGTON TRUST COMPANY | Claim Number: 9949 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: CALPINE CORRUGATED, LLC |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 UNLIQ |

---

| WILMINGTON TRUST COMPANY | Claim Number: 9950 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 1100 NORTH MARKET STREET | Comments: ALLOWED |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | | |
| UNSECURED | Claimed: | $300,000,000.00 UNLIQ | Scheduled: | $303,437,500.00 |

---

| WILMINGTON TRUST COMPANY | Claim Number: 9951 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 UNLIQ |

---

| WILMINGTON TRUST COMPANY | Claim Number: 10861 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: SLP FINANCE II, INC. |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 UNLIQ |

---

| WILMINGTON TRUST COMPANY | Claim Number: 10862 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: SLP FINANCE I, INC. |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 UNLIQ |

---

| WILMINGTON TRUST COMPANY | Claim Number: 10863 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: SMURFIT NEWSPRINT CORPORATION |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 10864<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $700,000,000.00 UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 10865<br>Claim Date: 08/25/2009<br>Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $700,000,000.00 UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 10866<br>Claim Date: 08/25/2009<br>Debtor: STONE GLOBAL, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $700,000,000.00 UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 10867<br>Claim Date: 08/25/2009<br>Debtor: STONE INTERNATIONAL SERVICES CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $700,000,000.00 UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 10868<br>Claim Date: 08/25/2009<br>Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $700,000,000.00 UNLIQ |

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 10869<br>Claim Date: 08/25/2009<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $700,000,000.00 UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WILMINGTON TRUST COMPANY | Claim Number: 10870 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: CAMEO CONTAINER CORPORATION |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY | Claim Number: 10871 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: CALPINE CORRUGATED, LLC |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY | Claim Number: 10872 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 1100 NORTH MARKET STREET | Comments: ALLOWED |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ | | |
| UNSECURED | Claimed: | $700,000,000.00 | UNLIQ | Scheduled: | $718,447,916.67 |

---

| WILMINGTON TRUST COMPANY | Claim Number: 10873 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY | Claim Number: 10874 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: MBI LIMITED/LIMITEE |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 | UNLIQ |

---

| WILMINGTON TRUST COMPANY | Claim Number: 10875 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: 3083527 NOVA SCOTIA COMPANY |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 | UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY | | Claim Number: 10876 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | | Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II |
| 1100 NORTH MARKET STREET | | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) |
| | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00   UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY | | Claim Number: 10877 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
| 1100 NORTH MARKET STREET | | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) |
| | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00   UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY | | Claim Number: 10878 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | | Debtor: SMBI INC. |
| 1100 NORTH MARKET STREET | | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) |
| | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00   UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY | | Claim Number: 10879 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | | Debtor: 605681 N.B. INC. |
| 1100 NORTH MARKET STREET | | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) |
| | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00   UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY | | Claim Number: 10880 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | | Debtor: FRANCOBEC COMPANY |
| 1100 NORTH MARKET STREET | | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) |
| | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00   UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY | | Claim Number: 10881 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | | Debtor: SLP FINANCE GENERAL PARTNERSHIP |
| 1100 NORTH MARKET STREET | | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) |
| | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00   UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL
CASES)

---

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 10882<br>Claim Date: 08/25/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $700,000,000.00  UNLIQ | |

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 10883<br>Claim Date: 08/25/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $700,000,000.00  UNLIQ | |

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 10884<br>Claim Date: 08/25/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $700,000,000.00  UNLIQ | |

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 10885<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $700,000,000.00  UNLIQ | |

| WILSON COUNTY TAX DEPARTMENT<br>P.O. BOX 1162<br>WILSON, NC 27894 | Claim Number: 3847<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $108,145.38 | Scheduled: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 | | |

| WILSON MACHINE CO LTD<br>2299 LAPIERRE<br>LASALLE, QC H8N 1B7<br>CANADA | Claim Number: 7168<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $47,220.12 | Scheduled: | $38,234.25 |

| WILSON MACHINE SHOP<br>7780 WEST COUNTY ROAD 800 N<br>ELIZABETHTOWN, IN 47232 | Claim Number: 4685<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,867.15 | Scheduled: | $2,867.15 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| WILSON, COHN B JR<br>872 RANGE CEMETERY ROAD<br>REPTON, AL 36475 | | Claim Number: 10015<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
| UNSECURED | Claimed: | $5,499.20 |
| WILSON, JOHN<br>279 SANDHILL RD<br>QUITMAN, LA 71268 | | Claim Number: 10386<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| WILSON, KATHY L<br>1100 SQUIRE COURT<br>GREENSBORO, NC 27405 | | Claim Number: 7243<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $97.10 |
| WILSON, WILLIAM C<br>5715 W SWEET DR<br>VISALIA, CA 93291 | | Claim Number: 3725<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $35,445.00 |
| WILSON, WILLIAM W SR.<br>306 FRONT STREET<br>CENTURY, FL 32535 | | Claim Number: 11010<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
| UNSECURED | Claimed: | $14,864.80 |
| WINDELS, WILLIAM F<br>5152 EAST POWERHOUSE DRIVE<br>IDAHO FALLS, ID 83406 | | Claim Number: 12095<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $2,796.86   UNLIQ |
| WINDER, ROBERT A<br>216 GAYLE ST.<br>WATERLOO, IA 50701 | | Claim Number: 7369<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

WINDWARD PETROLEUM, INC.
P.O. BOX 5568
JACKSON, MS 39288-5568

Claim Number: 2374
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $16,611.49 | Scheduled: | $22,803.23 |

---

WINGENBACK INC.
4626 - 90 A AVENUE
EDMONTON, AB T5T 1T4
CANADA

Claim Number: 303
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION

| UNSECURED | Claimed: | $388.50 |

---

WINN-DIXIE STORES INC
P O BOX 40805
JACKSONVILLE, FL 32203

Claim Number: 9538
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $189,830.78   UNLIQ |

---

WINN-DIXIE STORES INC
PO BOX 40805
JACKSONVILLE, FL 32203

Claim Number: 12089
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| UNSECURED | Claimed: | $189,830.78   UNLIQ |

---

WINNEBAGO COLOR PRESS
1233 MIDWAY ROAD
PO BOX 528
MENASHA, WI 54952

Claim Number: 4806
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $22,449.15 | Scheduled: | $22,038.95 |

---

WINONA O R C INDUSTRIES INC
1053 EAST MARK STREET
WINONA, MN 55987

Claim Number: 9979
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| UNSECURED | Claimed: | $53,299.00 | Scheduled: | $115,955.55 |

---

WINSTON & STRAWN
ATTN: JOSEPH A. WALSH, JR.
35 W WACKER DRIVE
CHICAGO, IL 60601

Claim Number: 9210
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $61,749.00 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

WINSTON, JOHNNIE TYRONE
P.O. BOX 418
HODGE, LA 71247

Claim Number: 10387
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

WINSTON-SALEM INVESTORS, LLC
ATTN: JACKSON WARD
5730 SW 74TH STREET, SUITE 300
SOUTH MIAMI, FL 33143

Claim Number: 10640
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $375,720.21 UNLIQ |
|---|---|---|

---

WINSTON-SALEM INVESTORS, LLC
ATTN: JACKSON WARD
6100 SW 76TH STREET
SOUTH MIAMI, FL 33143

Claim Number: 10642
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $123,295.00 |
|---|---|---|

---

WINSTON-SALEM INVESTORS, LLC
ATTENTION: JACKSON WARD
5730 SW 74TH ST.
SOUTH MIAMI, FL 33143

Claim Number: 14135
Claim Date: 08/26/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8661 (10/18/2010)

| UNSECURED | Claimed: | $375,720.21 |
|---|---|---|

---

WINSTON-SALEM INVESTORS, LLC
ATTENTION: JACKSON WARD
5730 SW 74TH ST.
SOUTH MIAMI, FL 33143

Claim Number: 14136
Claim Date: 08/26/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8673 (10/19/2010)

| UNSECURED | Claimed: | $123,295.00 |
|---|---|---|

---

WINTER JR, HAROLD
3017 HERMITAGE AVE
EASTON, PA 18045-2430

Claim Number: 4997
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

WINZER, LARRY
785 SALINE RIDGE ROAD
ARCADIA, LA 71001

Claim Number: 6567
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

WIREGRASS WOOD INC
PO BOX 366
COLUMBIA, AL 36319

Claim Number: 11518
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $6,002.87 | Scheduled: | $12,005.74 UNLIQ |
|---|---|---|---|---|

---

WIRELESS VENTURES DBA AMERIZON WIRELESS
1211 IRELAND DRIVE - SUITE 1
FAYETTEVILLE, NC 28304

Claim Number: 544
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $3,132.11 |
|---|---|---|

---

WIRELESS VENTURES DBA AMERIZON WIRELESS
1211 IRELAND DRIVE - SUITE 1
FAYETTEVILLE, NC 28304

Claim Number: 3864
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $3,132.11 |
|---|---|---|

---

WISCO SUPPLY INC
PO BOX 214
EL PASO, TX 79942

Claim Number: 8512
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,405.00 | Scheduled: | $3,405.00 |
|---|---|---|---|---|

---

WISCONSIN COMPRESSED AIR CORP
12855 W. SILVER SPRING DR.
BUTLER, WI 53007

Claim Number: 5567
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $1,753.19 | Scheduled: | $579.52 |
|---|---|---|---|---|

---

WISCONSIN LIFT TRUCK CORP.
ATTN: ALISSA CAREY
3125 INTERTECH DR.
BROOKFIELD, WI 53045

Claim Number: 1556
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)

| UNSECURED | Claimed: | $9,415.13 | Scheduled: | $9,757.83 |
|---|---|---|---|---|

---

WISCONSIN METALS
PO BOX 149
REEDSBURG, WI 53959-0149

Claim Number: 4226
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 1329 (07/28/2009)

| ADMINISTRATIVE | Claimed: | $330.00 |
|---|---|---|

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| WISDOM, CYRIL<br>935 PACE DRIVE N.W.<br>PALM BAY, FL 32907 | | Claim Number: 6966<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| WISER LUMBER COMPANY LLC<br>270 PROSPECT ROAD<br>FAYETTEVILLE, TN 37334 | | Claim Number: 4083<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009) | | |
| UNSECURED | Claimed: | $933.83 | Scheduled: | $5,933.83 UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| WISHART, G. EVERETT<br>ATTN: JOANNE BONAZZA<br>#116, 114 FAIRFAX DRIVE<br>HALIFAX, NS B3S 1J5<br>CANADA | | Claim Number: 12775<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| WISHTISCHIN, ROBERT F<br>3812 JUNGLE PLUM DRIVE EAST<br>NAPLES, FL 34114 | | Claim Number: 4234<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

---

| | | | | |
|---|---|---|---|---|
| WJ MALONE ASSOCIATES INC<br>780 NORTH RIVERVIEW DRIVE<br>TOTOWA, NJ 07512-1700 | | Claim Number: 3986<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $2,428.90 | Scheduled: | $2,428.90 |

---

| | | | | |
|---|---|---|---|---|
| WOLFDALE ELECTRIC LTD<br>C/O SPEIGEL NICHOLS FOX LLP<br>BARRISTERS & SOLICITORS<br>30 EGLINTON AVE. WEST, SUITE 400<br>MISSISSAUGA, ON L5R 3E7<br>CANADA | | Claim Number: 13448<br>Claim Date: 09/01/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: EXPUNGED<br>DOCKET: 8758 (11/15/2010) | | |
| UNSECURED | Claimed: | $15,566.70 | | |

---

| | | | | |
|---|---|---|---|---|
| WOLFDALE ELECTRIC LTD<br>C/O SPEIGEL NICHOLS FOX LLP<br>BARRISTERS & SOLICITORS<br>30 EGLINTON AVE. WEST, SUITE 400<br>MISSISSAUGA, ON L5R 3E7<br>CANADA | | Claim Number: 13450<br>Claim Date: 09/01/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $15,566.70 | | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| WOLLENWEBER'S<br>1954 HALETHORPE FARMS ROAD<br>BALTIMORE, MD 21227 | | Claim Number: 5968<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $28,327.25 | Scheduled: | $28,327.25 |
| WOLSELEY CANADA<br>ATTN: ANTONIO CIAMBRONE<br>4200 RUE HICKMORE<br>VILLE ST LAURENT, PQ H4T 1K2<br>CANADA | | Claim Number: 12774<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $25,149.08 | Scheduled: | $38,577.97 |
| WOLSELEY INDUSTRIAL PRODUCTS GROUP INC<br>O/A MERIDIA<br>ATTN: MIKE BELAIRE<br>3780-98 STREET<br>EDMONTON, AB T6E 6B4<br>CANADA | | Claim Number: 8459<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $5,700.79 | | |
| WOLYNIEC CONSTRUCTION, INC.<br>294 FREEDOM ROAD<br>WILLIAMSPORT, PA 17701 | | Claim Number: 13707<br>Claim Date: 12/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $27,132.50 | | |
| WOMACK, JASON<br>151 HIGHWAY 6<br>NATCHITOCHES, LA 71457-7379 | | Claim Number: 10388<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| WONG PARTNERSHIP LLP<br>ONE GEORGE STREET # 20-01<br>SINGAPORE, 049145<br>SINGAPORE | | Claim Number: 1746<br>Claim Date: 03/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| WONG, TONY<br>C/O KOSKIE MINSKY LLP<br>ATTN: ANDREA MCKINNON<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 12968<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | |
| PRIORITY | Claimed: | $1,638.60 | | |
| UNSECURED | Claimed: | $243,028.95 | Scheduled: | $120,039.20 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WOOD BROKERS CO INC<br>4001 HERITAGE DRIVE<br>CHESTER, VA 23831 | | Claim Number: 13681<br>Claim Date: 12/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,872.22   UNDET | Scheduled: | $17,744.43  UNLIQ |

| WOOD BROKERS CO INC<br>4001 HERITAGE DRIVE<br>CHESTER, VA 23831 | | Claim Number: 13682<br>Claim Date: 12/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 5738 (03/10/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $8,872.22 | | |
| UNSECURED | Claimed: | $8,872.22 | | |
| TOTAL | Claimed: | $8,872.22 | | |

| WOOD REEVE INDUSTRIES<br>310 CONCORD RD.<br>BETHEL, OH 45106 | | Claim Number: 673<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,519.04 | Scheduled: | $15,519.04 |

| WOOD, DAVID R.<br>3017 HWY 29<br>BREWTON, AL 36426 | | Claim Number: 12099<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 5732 (03/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| WOOD, FRANK CRAIG<br>439 JOHN WATTS ROAD<br>JONESBORO, LA 71251 | | Claim Number: 10333<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| WOOD, RITA M<br>3164 S QUINCY AVE<br>MILWAUKEE, WI 53207 | | Claim Number: 9552<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| WOODBURY COUNTY TREASURER<br>WOODBURY COUNTY COURTHOUSE<br>620 DOUGLAS ST, ROOM 102<br>SIOUX CITY, IA 51101 | | Claim Number: 9778<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $229,416.00 | Scheduled: | $0.00  UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

WOODLAND TRUCK LINE INC
PO BOX 1808
WOODLAND, WA 98674

Claim Number: 4522
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
Claim out of balance

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $222.39 | |
| TOTAL | Claimed: | $222.36 | |

---

WOODLANDS ENTERPRISES INC
650 HENDERSON DRIVE, #306
CARTERSVILLE, GA 30120

Claim Number: 5126-01
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,539.21 | Scheduled: | $19,078.42  UNLIQ |

---

WOODLANDS ENTERPRISES INC
PO BOX 3093
CARTERSVILLE, GA 30120-3093

Claim Number: 5126-02
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $9,539.21 |

---

WOODS, ANTONIO JR.
97 WOODS LANE
EVERGREEN, AL 36401

Claim Number: 13820
Claim Date: 02/11/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8758 (11/15/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,730.76 |

---

WOODS, JOHN W. JR
170 SPEARS CIRCLE
BREWTON, AL 36426

Claim Number: 13523
Claim Date: 10/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET |

---

WOODS, LESTER
11450 HWY 501
SALINE, LA 71070

Claim Number: 10389
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

WOODSIDE, EARL
PO BOX 402407
HESPERIA, CA 92340

Claim Number: 6304
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 8723 (11/08/2010)
Claimed Amount is $126.00/month

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| WOODWAY INC.<br>3473 NO PONE RD<br>GEORGETOWN, TN 37336 | Claim Number: 62<br>Claim Date: 02/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |

| UNSECURED | Claimed: | $614.23 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| WORKCARE RESOURCES INC<br>49 OLD HICKORY BLVD<br>JACKSON, TN 38305 | Claim Number: 5733<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | |

| UNSECURED | Claimed: | $343.00 | Scheduled: | $343.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| WORKERS' COMPENSATION BOARD OF BRITISH<br>COLUMBIA<br>ATTN: COLLECTIONS<br>6951 WESTMINSTER HIGHWAY<br>RICHMOND, BC V7C 1C6<br>CANADA | Claim Number: 8173<br>Claim Date: 02/25/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments:<br>2018.15 canadian | |

| UNSECURED | Claimed: | $2,018.15 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| WORKERS' COMPENSATION BOARD OF BRITISH<br>COLUMBIA<br>ATTN: COLLECTIONS<br>6951 WESTMINSTER HIGHWAY<br>RICHMOND, BC V7C 1C6<br>CANADA | Claim Number: 8175<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>1808.12 canadian | |

| UNSECURED | Claimed: | $1,808.12 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| WORKFLOWONE<br>220 E MONUMENT AVE<br>DAYTON, OH 45402 | Claim Number: 2044<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010) | |

| UNSECURED | Claimed: | $2,889.50 | Scheduled: | $1,599.25 |
|---|---|---|---|---|

| | | |
|---|---|---|
| WORKPLACE OCCUPATIONAL & WELLNESS, INC.<br>2329 N MARR ROAD<br>COLUMBUS, IN 47203 | Claim Number: 2391<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |

| UNSECURED | Claimed: | $187.20 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| WORKPLACE SAFETY AND INSURANCE BOARD<br>ATTN: ERIC KUPKA<br>200 FRONT STREET WEST, 22ND FLOOR<br>TORONTO, ON M5V 3J1<br>CANADA | Claim Number: 12976<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI | |

| UNSECURED | Claimed: | $23,333.61 | Scheduled: | $80,780.62 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| WORLD COURIER GROUND, INC.<br>ATTN: NANCY EGITA, COLLECTIONS MANAGER<br>125 WHIPPLE STREET 2ND FL<br>PROVIDENCE, RI 02908 | Claim Number: 2983<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $26,028.86 | Scheduled: | $20,988.68 |
|---|---|---|---|---|

| WOULFE, MELISSA<br>4914 PARIS DRIVE<br>GODFREY, IL 62035 | Claim Number: 7876<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $12,322.00 |
|---|---|---|

| WOULFE, MELISSA A<br>4914 PARIS DRIVE<br>GODFREY, IL 62035 | Claim Number: 7881<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| WRIGHT ECONOMICS<br>2398 BITTERROOT LANE<br>GOLDEN, CO 80401 | Claim Number: 3736<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $375.00 | Scheduled: | $375.00 |
|---|---|---|---|---|

| WRIGHT'S LAND & TIMBER MANAGEMENT<br>C/O LATHAM, MOFFATT & WISE, P.C.<br>POST OFFICE BOX 770<br>ATHENS, AL 35612 | Claim Number: 7644<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $5,943.70 |
|---|---|---|

| WRIGHT'S TRUCKING & LOGGING, INC.<br>159 POPLAR GROVE CIRCLE<br>AMHERST, VA 24521 | Claim Number: 1075<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $21,388.14 |
|---|---|---|

| WRIGHT'S TRUCKING & LOGGING, INC.<br>159 POPLAR GROVE CIRCLE<br>AMHERST, VA 24521 | Claim Number: 5248<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $21,388.14 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

WRIGHT, BARBARA J
328 N SEMINARY ST
GALESBURG, IL 61401

Claim Number: 6213
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

---

WRIGHTS TRUCKING & LOGGING INC
159 POPLAR GROVE CIRCLE
AMHERST, VA 24521

Claim Number: 5249
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
Amends claim 5248

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,694.07 | Scheduled: | $21,388.14  UNLIQ |

---

WS OSHEA CO INC
490 LONG POINT ROAD
MOUNT PLEASANT, SC 29464

Claim Number: 4430
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $264.58 | Scheduled: | $118.30 |

---

WUNDERLICH DOORS, INC.
300 W. ALLEN ST.
JOLIET, IL 60436

Claim Number: 1754
Claim Date: 03/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,059.50 | Scheduled: | $12,059.50 |

---

WYANDOTTE COUNTY TREASURER
710 N SEVENTH STREET
SUITE 240
KANSAS CITY, KS 66101

Claim Number: 4774
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $15,686.77 | Scheduled: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $15,686.77 | | |
| TOTAL | Claimed: | $15,686.77 | | |

---

WYATT, JASON E.
106 ASHTOR STREET
EAST BREWTON, AL 36426

Claim Number: 10064
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,039.20 | | |

---

WYNHAUSEN WATER CONDITIONING INC
16176  BEAVER  ROAD
ADELANTO, CA 92301

Claim Number: 4760
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,233.06 | Scheduled: | $15,233.06 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | | | |
|---|---|---|---|---|
| WYSINGER JR, CLINTON<br>867 DANVILLE ROAD<br>JONESBORO, LA 71251 | | Claim Number: 7046<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | |
| UNSECURED | Claimed: | $17,553.19 | | |

---

| | | | | |
|---|---|---|---|---|
| WYSINGER JR., CLINTON H.<br>867 DANVILLE RD<br>JONESBORO, LA 71251 | | Claim Number: 10390<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| X-ERGON<br>P.O. BOX 152102<br>IRVING, TX 75015-2102 | | Claim Number: 1598<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010) | | |
| UNSECURED | Claimed: | $5,585.84 | Scheduled: | $6,841.25 |

---

| | | | | |
|---|---|---|---|---|
| X-TREME PACKAGING SERVICES INC.<br>ATTN: DARREN EXNER<br>7910 - 51ST STREET S.E.<br>CALGARY, AB T2C 4R2<br>CANADA | | Claim Number: 12851<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) | | |
| UNSECURED | Claimed: | $84,509.14 | | |

---

| | | | | |
|---|---|---|---|---|
| XERIUM TECHNOLOGIES, INC.<br>KAREN C. BIFFERATO & MARC J. PHILLIPS<br>CONNOLY BOVE LODGE & HUTZ LLP<br>NEMOURS BLDG-1007 N. ORANGE, PO BOX 2207<br>WILMINGTON, DE 19801 | | Claim Number: 2225<br>Claim Date: 04/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 1735 (08/25/2009) | | |
| ADMINISTRATIVE | Claimed: | $101,519.66 | | |

---

| | | | | |
|---|---|---|---|---|
| XERIUM TECHNOLOGIES, INC.<br>KAREN C. BIFFERATO & MARC J. PHILLIPS<br>CONNOLY BOVE LODGE & HUTZ LLP<br>NEMOURS BLDG-1007 N. ORANGE, PO BOX 2207<br>WILMINGTON, DE 19801 | | Claim Number: 2251<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 1735 (08/25/2009) | | |
| ADMINISTRATIVE | Claimed: | $101,519.66 | | |

---

| | | | | |
|---|---|---|---|---|
| XEROX CANADA LTEE<br>ATTN: MELISSA COTE<br>3400 DE MAISONNEUVE OEUST<br>SUITE 900<br>MONTREAL, QC H3Z 3G1<br>CANADA | | Claim Number: 12969<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $7,870.38 | Scheduled: | $11,729.72 |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| XEROX CANADA LTEE<br>ATTN: MELISSA COTE<br>3400 DE MAISONNEUVE OUEST<br>SUITE 900<br>MONTREAL, QC H3Z 3G1<br>CANADA | Claim Number: 12977<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,734.83 | Scheduled: | $7,902.15 |

| XEROX CAPITAL SERVICES LLC<br>ATTN: VANESSA ADAMS<br>1301 RIDGEVIEW DRIVE-450<br>LEWISVILLE, TX 75057 | Claim Number: 2268-01<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $23,964.57 | Scheduled: | $15,120.85 |

| XEROX CAPITAL SERVICES LLC<br>ATTN: VANESSA ADAMS<br>1301 RIDGEVIEW DRIVE-450<br>LEWISVILLE, TX 75057 | Claim Number: 2268-02<br>Claim Date: 04/13/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 8117 (06/22/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $961.92 | | |

| XEROX CAPITAL SERVICES LLC<br>ATTN: VANESSA ADAMS<br>1301 RIDGEVIEW DRIVE-450<br>LEWISVILLE, TX 75057 | Claim Number: 2268-03<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET: 8117 (06/22/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,144.33 | Scheduled: | $1,144.33 |

| XEROX, CORP.<br>1301 RIDGEVIEW DR<br>BUILDING 300<br>LEWISVILLE, TX 75057-6018 | Claim Number: 7592<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,305.68 | | |

| XTRA LEASE LLC<br>JOSEPH J. TRAD<br>LEWIS, RICE & FINGERSH, L.C.<br>500 N. BROADWAY, SUITE 2000<br>SAINT LOUIS, MO 63102-2147 | Claim Number: 13614<br>Claim Date: 11/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|
| UNSECURED | Claimed: | $17,055.50 | Scheduled: | $20,064.69 |

| XTRA LEASE LLC<br>DRINKER BIDDLE & REATH LLP<br>TODD C. SCHILTZ<br>1100 N. MARKET STREET, SUITE 1000<br>WILMINGTON, DE 19801 | Claim Number: 13621<br>Claim Date: 11/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 4750 (02/05/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $12,017.27 | | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

YACEYKO, METRO
4609 - 42 ST
ST PAUL, AB T0A 3A2
CANADA

Claim Number: 13439
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments:
$375.95 PER MONTH

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

YANKEE GAS
NORTHEAST UTILITIES - CCC
PO BOX 2899
HARTFORD, CT 06101-8307

Claim Number: 3386
Claim Date: 06/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $961.84 | Scheduled: | $691.00 |
|---|---|---|---|---|

YANT, HELEN J
4450 KEKIONGA DR
FORT WAYNE, IN 46809

Claim Number: 9507
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

YANT, HELEN J
4450 KEKIONGA DR APT 1
FORT WAYNE, IN 46809

Claim Number: 9511
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

YARBROUGH'S MACHINE SHOP
514 N FREMONT AVE
SPRINGFIELD, MO 65802

Claim Number: 2938
Claim Date: 05/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $365.00 | Scheduled: | $365.00 |
|---|---|---|---|---|

YATES ELECTRIC CO., INC.
1401 BURLINGTON
NORTH KANSAS CITY, MO 64116

Claim Number: 3209
Claim Date: 06/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $13,655.02 | Scheduled: | $13,940.34 |
|---|---|---|---|---|

YELLOW TRANSPORTATION
C/O RMS BANKRUPTCY RECOVERY SERVICES
PO BOX 5126
TIMONIUM, MD 21094

Claim Number: 5649
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8190 (07/06/2010)

| UNSECURED | Claimed: | $8,362.12 | | |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

YESCO SCAFFOLDING, LLC
2500 MINNESOTA AVE, STE A
LYNN HAVEN, FL 32444

Claim Number: 2075
Claim Date: 04/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,867.36 | Scheduled: | $10,777.84 |

YESCO SCAFFOLDING, LLC
2500 MINNESOTA AVE, STE A
LYNN HAVEN, FL 32444

Claim Number: 2076
Claim Date: 04/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,830.30 |

YNOT RECYCLE, LLC
PO BOX 1445
RANCHO CORDOVA, CA 95742

Claim Number: 1857
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $388.20 | Scheduled: | $748.20 |

YODER LUMBER CO., INC
4515 TR 367
MILLERSBURG, OH 44654

Claim Number: 10515
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,131.96 | Scheduled: | $24,263.92 UNLIQ |

YONKE, EDWARD C
14810 KENNERDOWN
MAPLE HEIGHTS, OH 44137

Claim Number: 4745
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $168,000.00 |
| SECURED | Claimed: | $168,000.00 |
| TOTAL | Claimed: | $168,000.00 |

YORK DISPOSAL SERVICE LTD
E. MARTINHO
650 CREDITSTONE ROAD
CONCORD, ON L4K 5C8
CANADA

Claim Number: 8748
Claim Date: 07/27/2009
Debtor: SMURFIT-MBI

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,654.99 | Scheduled: | $15,684.76 |

YORK RIVER NDE INC
3780 BRIARWOOD LANE
WEST POINT, VA 23181

Claim Number: 3627
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6353 (03/29/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,019.56 | Scheduled: | $49,095.96 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| YORK RIVER NDE, INC.<br>3780 BRIARWOOD LANE<br>WEST POINT, VA 23181-9384 | Claim Number: 265<br>Claim Date: 02/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $2,973.57 |

---

| YORK RIVER NDE, INC.<br>3780 BRIARWOOD LANE<br>WEST POINT, VA 23181-9384 | Claim Number: 478<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $25,069.56 |

---

| YOUNG, ALICE<br>5430 NORMA DRIVE<br>INDIANAPOLIS, IN 46236 | Claim Number: 6683<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>Claimed Amount is $256.87/month |
|---|---|

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

| YOUNG, DEBRA E<br>4017 OLD BETHLEHEM PIKE<br>TELFORD, PA 18969 | Claim Number: 10585<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 UNDET |
|---|---|---|

---

| YOUNG, IVOR W<br>33371 SEA BRIGHT DR<br>DANA POINT, CA 92629 | Claim Number: 7925<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $400,000.00 |
|---|---|---|

---

| YOUNG, JEREMIAH<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | Claim Number: 10941<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

---

| YOUNG, KATHERINE A<br>215 OUACHITA 164<br>CAMDEN, AR 71701 | Claim Number: 9154<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $15,720.00 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| | | |
|---|---|---|
| YOUNG, KATHERINE A.<br>215 OUACHITA ROAD 164<br>CAMDEN, AR 71701 | | Claim Number: 12746<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $15,720.00 |
| YOUNG, ROGER D<br>385 SCENIC DRIVE<br>SECTION, AL 35771 | | Claim Number: 9742<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
| PRIORITY | Claimed: | $10,680.28 |
| YOUNG, SYLVIA FOR CARLSON YOUNG<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10946<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $150,000.00 |
| YOUNT, JR., H<br>903 BENTLEY DR.<br>MONROE, MI 48162 | | Claim Number: 9623<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| YOUR ENVIRONMENTAL SOLUTION LLC<br>6524 ILEX CIR<br>NAPLES, FL 34109-6855 | | Claim Number: 3138<br>Claim Date: 05/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| SECURED | Claimed: | $180.00 |
| YOUR ENVIRONMENTAL SOLUTION LLC<br>6524 ILEX CIR<br>NAPLES, FL 34109-6855 | | Claim Number: 3139<br>Claim Date: 05/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| SECURED | Claimed: | $180.00 |
| YOUR ENVIRONMENTAL SOLUTION LLC<br>3144 COPPERTREE DR<br>BLOOMINGTON, IN 47401 | | Claim Number: 3140<br>Claim Date: 05/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| SECURED | Claimed: | $180.00 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

| | | | | |
|---|---|---|---|---|
| YOUR ENVIRONMENTAL SOLUTION LLC<br>3144 COPPERTREE DR<br>BLOOMINGTON, IN 47401 | | Claim Number: 3141<br>Claim Date: 05/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7553 (05/10/2010) | | |
| SECURED | Claimed: | $180.00 | | |
| UNSECURED | | | Scheduled: | $720.00 |
| YRC INC., FKA ROADWAY EXPRESS, INC.<br>C/O FRANTZ WARD LLP<br>ATTN: JOHN F. KOSTELNIK, ESQ.<br>2500 KEY CENTER, 127 PUBLIC SQUARE<br>CLEVELAND, OH 44114 | | Claim Number: 1980<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8408 (08/18/2010) | | |
| UNSECURED | Claimed: | $8,775.15 | | |
| YRC INC., SUCCESSOR-IN-INTEREST TO<br>YELLOW TRANSPORTATION, INC., C/O FRANTZ<br>WARD LLP, ATTN: JOHNF. KOSTELNIK, ESQ.<br>2500 KEY CENTER, 127 PUBLIC SQUARE<br>CLEVELAND, OH 44114 | | Claim Number: 2823<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8190 (07/06/2010) | | |
| UNSECURED | Claimed: | $15,822.54 | Scheduled: | $1,111.06 |
| ZAMPELL REFRACTORIES, INC.<br>C/O SUZANNE TAYLOR GRAHAM GRIGG, ESQ.<br>NEXSEN PRUET, LLC<br>PO BOX 2426<br>COLUMBIA, SC 29202 | | Claim Number: 9417<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 8120 (06/22/2010) | | |
| SECURED | Claimed: | $149,451.27 | | |
| ZARAGOZA, SATORNINA<br>PO BOX 23507<br>LOS ANGELES, CA 90023-0409 | | Claim Number: 1928<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| ZCC MEDICAL INC.<br>P.O. BOX 781494<br>INDIANAPOLIS, IN 46278 | | Claim Number: 1376<br>Claim Date: 03/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3286 (12/18/2009) | | |
| UNSECURED | Claimed: | $814.68 | | |
| ZEE MEDICAL<br>PO BOX 45761<br>OMAHA, NE 68145-0761 | | Claim Number: 4755<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,142.87 | Scheduled: | $1,142.87 |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ZEE MEDICAL INC<br>19700 E. BUSINESS PKWY<br>INDUSTRY, CA 91789 | Claim Number: 1779<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010) |

| UNSECURED | Claimed: | $722.54 | Scheduled: | $5,927.94 |

---

| ZEE MEDICAL INC<br>PO BOX 781553<br>INDIANAPOLIS, IN 46278-8553 | Claim Number: 4281<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $155.89 | Scheduled: | $85.93 |

---

| ZEE MEDICAL INC<br>PO BOX 781523<br>INDIANAPOLIS, IN 46278-8523 | Claim Number: 6400<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $1,263.50 |

---

| ZEE MEDICAL INC<br>PO BOX 781523<br>INDIANAPOLIS, IN 46278-8523 | Claim Number: 6476<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $675.10 |

---

| ZEE MEDICAL SERVICE<br>378 UPLAND DRIVE<br>SEATTLE, WA 98188 | Claim Number: 1487<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 5738 (03/10/2010) |

| UNSECURED | Claimed: | $6,377.94 |

---

| ZEE MEDICAL SERVICE CO. #52<br>2745B LEISCZ'S BRIDGE ROAD<br>READING, PA 19605 | Claim Number: 3088<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 2343 (10/20/2009) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| ZEE MEDICAL SERVICE CO. #52<br>2745B LEISCZ'S BRIDGE ROAD<br>READING, PA 19605 | Claim Number: 3089<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET 3286 (12/18/2009) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ZEE MEDICAL SERVICE COMPANY<br>4221 W SIERRA MADRE 104<br>FRESNO, CA 93722-3978 | Claim Number: 12204<br>Claim Date: 09/01/2009<br>Debtor: CALPINE CORRUGATED, LLC |
|---|---|

| UNSECURED | Claimed: | $201.86 | Scheduled: | $201.86 |
|---|---|---|---|---|

| ZEE MEDICAL SERVICE COMPANY<br>4221 W SIERRA MADRE 104<br>FRESNO, CA 93722-3978 | Claim Number: 12205<br>Claim Date: 09/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $100.36 | Scheduled: | $100.36 |
|---|---|---|---|---|

| ZEESE, HOLLY<br>4632 PLEASANT COLONY LN<br>HAYES, VA 23072 | Claim Number: 5653<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ZELCORR<br>P.O. BOX 1266<br>DOWNEY, CA 90240-0266 | Claim Number: 1427<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| ZELCORR<br>P.O. BOX 1266<br>DOWNEY, CA 90240-0266 | Claim Number: 13101<br>Claim Date: 09/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| SECURED | Claimed: | $7,784.24 |
|---|---|---|

| ZELCORR<br>PO BOX 1266<br>DOWNEY, CA 90241-0266 | Claim Number: 13102<br>Claim Date: 09/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $7,784.24 | Scheduled: | $7,784.24 |
|---|---|---|---|---|

| ZELLER TECHNOLOGIES, INC.<br>4250 HOFFMEISTER AVE.<br>SAINT LOUIS, MO 63125 | Claim Number: 755<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $7,034.31 | Scheduled: | $7,034.31 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ZENCAR INC<br>PO BOX 9265<br>SANTURCE, PR 00907-9265 | Claim Number: 9680<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC. |
|---|---|

| UNSECURED | Claimed: | $3,480.00 | Scheduled: | $3,946.20 |
|---|---|---|---|---|

| ZENCAR, INC.<br>P.O. BOX 9265<br>SAN JUAN, PR 00908-9265 | Claim Number: 2706<br>Claim Date: 04/08/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $3,480.00 |
|---|---|---|

| ZEP MANUFACTURING COMPANY<br>ATTN: JONATHAN E. RAULSTON<br>ENGEL, HAIRSTON & JOHANSON, P.C.<br>P.O. BOX 11405<br>BIRMINGHAM, AL 35202 | Claim Number: 2266<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $11,032.36 | Scheduled: | $37,987.59 |
|---|---|---|---|---|

| ZEP MANUFACTURING COMPANY OF CANADA<br>11627 178 ST<br>EDMONTON, AB T5S 1N6<br>CANADA | Claim Number: 8325<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $6,432.01 |
|---|---|---|

| ZHORNE, KEVIN<br>RR 1 BOX 169<br>PARKERSBURG, IA 50665 | Claim Number: 9555<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

| ZIMCO GAUGE & VALVES LTD<br>5631 BURBANK ROAD S.E.<br>CALGARY, AB T2H 1Z5<br>CANADA | Claim Number: 2757<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>691.30 Canadian Dollars |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| ZIMMERMAN, KENNETH<br>3000 VILLARD AVE.<br>#199<br>HELENA, MT 59601 | Claim Number: 12111<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $11,057.40 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

---

| ZIMMERMAN, KENNETH<br>3000 VILLARD AVE.<br>NO. 199<br>HELENA, MT 59601 | | Claim Number: 13451<br>Claim Date: 09/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $11,057.40 | |

---

| ZIMMERMAN, STEVEN A<br>433 JOYCE DRIVE<br>BENTON, AR 72019 | | Claim Number: 5462<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

---

| ZIROLI, ARNOLD<br>4024 FOX MEADOW DR<br>MEDINA, OH 44256 | | Claim Number: 6141<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | |

---

| ZUBER, LOIS J<br>917 S 8TH AVE<br>WINTERSET, IA 50273 | | Claim Number: 12243<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

---

| ZUCKERMAN COMPANY<br>PO BOX 3275<br>WINCHESTER, VA 22604 | | Claim Number: 7587<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,271.20 | Scheduled: | $3,596.00 |

---

| ZURCHER, GREGORY J<br>310 RICHFIELD LANE<br>GENEVA, IN 46740 | | Claim Number: 7364<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | |

---

| ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK<br>9TH FLOOR, TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | | Claim Number: 1159<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9149 (11/22/2011) | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

---

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (ALL CASES)

## Summary Page

Total Number of Filed Claims:          14903

|  | Claimed Amount |  |
|---|---|---|
| Administrative: | $1,843,206,558.12 |  |
| Priority: | $119,691,493.69 |  |
| Secured: | $3,457,667,129.23 |  |
| Unsecured: | $57,316,844,022.23 |  |
| Total: | $62,737,409,203.27 |  |