**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SMURFIT-STONE CONTAINER CORPORATION, and | Case No. 09-10235 (BLS) |
| SMURFIT-STONE CONTAINER ENTERPRISES, INC., | Jointly Administered |
| Debtors.[1] | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 28, 2013 AT 9:15 A.M. (ET)**

**\*\*AS NO MATTERS ARE GOING FORWARD, THIS HEARING**
**HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT\*\***

## ADJOURNED/RESOLVED MATTERS

1.  Debtors' Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 4177, 1/15/10]

    Response Deadline:    February 9, 2010 at 4:00 p.m. (ET)

    Responses/Objections Received:    See Exhibit A attached hereto

    Related Documents:

    A.    Order Sustaining, In Part, Debtors' Eighth Omnibus (Substantive) Objection To Claims [Docket No. 5047, 2/16/10]

    B.    Certification of Counsel on Consent Order Respecting the Debtors' Eighth Omnibus Objection to Claim No. 1125 [Docket No. 6014, 3/17/10]

    C.    Notice of Partial Withdraw [Docket No. 6858, 4/13/10]

    Status:    An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the outstanding responses, this matter is adjourned as provided for on Exhibit A hereto.

---

[1] The Debtors in this proceeding, along with the last four digits of its tax identification number, are as follows: Smurfit-Stone Container Corporation (1401) and Smurfit-Stone Container Enterprises, Inc. (1256), each with a mailing address of c/o Rock-Tenn Company, 504 Thrasher Street, Norcross, GA 30071.

2.    Debtors' Twelfth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 5460, 2/26/10]

    <u>Response Deadline</u>:     March 22, 2010 at 4:00 p.m. (ET)

    <u>Responses/Objections Received</u>:     See <u>Exhibit B</u> attached hereto

    <u>Related Documents</u>:

        A.     Notice of Partial Withdrawal [Docket No. 6280, 3/26/10]

        B.     Notice of Partial Withdrawal [Docket No. 6334, 3/29/10]

        C.     Notice of Partial Withdrawal [Docket No. 6550, 4/1/10]

        D.     Order Sustaining, In Part, Debtors' Twelfth Omnibus (Substantive) Objection To Claims [Docket No. 6647, 4/7/10]

        E.     Notice of Partial Withdrawal [Docket No. 6784, 4/9/10]

        F.     Notice of Partial Withdrawal [Docket No. 7450, 5/6/10]

        G.     Notice of Partial Withdrawal [Docket No. 7588, 5/12/10]

        H.     Notice of Partial Withdrawal [Docket No. 7745, 5/25/10]

        I.     Notice of Partial Withdrawal [Docket No. 8190, 7/6/10]

        J.     Second Order Sustaining, In Part, Debtors' Twelfth Omnibus (Substantive) Objection To Claims [Docket No. 7944, 6/10/10]

        K.     Third Order Sustaining, In Part, Debtors' Twelfth Omnibus (Substantive) Objection To Claims [Docket No. 8492, 9/7/10]

        L.     Notice of Partial Withdrawal [Docket No. 8552, 9/16/10]

        M.     Order Approving Settlement Agreement and Release By and Between Pape Material Handling, Inc. and Smurfit-Stone Container Corporation [Docket No. 8669, 10/18/10]

        N.     Order Approving Stipulation Resolving Claim 2790 of ASM Blue, LLC [Docket No. 8897, 1/20/11]

    <u>Status</u>:     Orders have been entered that partially sustain or resolve the Objection. With respect to the remainder of the relief requested and the outstanding response, this matter is adjourned as provided for on <u>Exhibit B</u> hereto.

01:14028460.1

3. Debtors' Nineteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 6779, 4/9/10]

    <u>Response Deadline</u>:    May 3, 2010 at 4:00 p.m. (ET) [Extended for LE Sauer]

    <u>Responses/Objections Received</u>:    See <u>Exhibit C</u> attached hereto

    <u>Related Documents</u>:

    A.    Notice of Partial Withdrawal [Docket No. 7453, 5/6/10]

    B.    Order Sustaining, In Part, Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 7555, 5/10/10]

    C.    Notice of Partial Withdrawal [Docket No. 7576, 5/11/10]

    D.    Notice of Partial Withdrawal [Docket No. 7584, 5/12/10]

    E.    Notice of Partial Withdrawal [Docket No. 7589, 5/12/10]

    F.    Notice of Partial Withdrawal [Docket No. 7747, 5/25/10]

    G.    Notice of Partial Withdrawal [Docket No. 7771, 5/27/10]

    H.    Notice of Partial Withdrawal [Docket No. 7854, 6/2/10]

    I.    Second Order Sustaining, In Part, Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 7943, 6/10/10]

    J.    Notice of Partial Withdrawal [Docket No. 8055, 6/18/10]

    K.    Order Vacating, In Part, that Certain Order Sustaining, In Part, Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 8121, 6/22/10]

    L.    Notice of Partial Withdrawal [Docket No. 8193, 7/6/10]

    M.    Notice of Partial Withdrawal [Docket No. 8228, 7/15/10]

    N.    Third Order Sustaining, In Part, Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 8312, 8/5/10]

    O.    Order Approving Stipulation Resolving the Claims of L.E. Sauer Machine Co. [Docket No. 8333, 8/10/10]

    P.    Order Approving Stipulation Resolving the Claims of Atmos Energy/Mississippi Division [Docket No. 8444, 8/25/10]

01:14028460.1

    Q.    Fourth Order Sustaining, In Part, Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 8513, 9/10/10]

    R.    Fifth Order Sustaining, In Part, Debtors' Nineteenth Omnibus (Substantive) Objection to Claims [Docket No. 8580, 9/23/10]

    S.    Order Approving Stipulation Resolving Claim #9232 of Henkel Corporation [Docket No. 8658, 10/18/10]

    T.    Order Approving Stipulation Resolving Claim 7457 of Shell Energy North America (U.S.), L.P. [Docket No. 8694, 10/28/10]

    U.    Order Approving Stipulation Resolving the Claims of Certain Beneficiaries of the Jefferson Smurfit Corporation Supplemental Income Pension Plan [Docket No. 9033, 4/25/11]

    V.    Order Approving Stipulation Resolving the Claims of Certain Beneficiaries of (i) the Jefferson Smurfit Corporation Supplemental Income Pension Plan and (ii) a Deferred Compensation Agreement [Docket No. 9034, 4/25/11]

    W.    Order Approving Stipulation Resolving Claim 13827 of Upper Peninsula Power Company [Docket No. 9050, 5/2/11]

    X.    Order Approving Stipulation Resolving Certain Claims of Richard K. Volland [Docket No. 9295, 12/19/12]

Status:    Orders have been entered that partially sustain or resolve the Objection. With respect to the remainder of the relief requested and the outstanding response, this matter is adjourned as provided for on Exhibit C hereto.

4. Debtors' Twenty-Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 8391, 8/16/10]

    Response Deadline:    September 8, 2010 at 4:00 p.m. (ET)

    Responses/Objections Received:    See Exhibit D attached hereto

    Related Documents:

    A.    Order Sustaining, In Part, Debtors' Twenty-Eighth Omnibus (Substantive) Objection To Claims [Docket No. 8535, 9/14/10]

    B.    Order Approving Stipulation Providing For Relief From Stay and Plan Injunction To Allow State Court Litigation To Proceed [Docket No. 8538, 9/14/10]

01:14028460.1

    C.    Order Approving Stipulation Providing Relief From Stay and Plan Injunction to Allow State Court Litigation to Proceed [Docket No. 8578, 9/23/10]

Status:    An Order has been entered that partially sustains the Objection. With respect to the remainder of the relief requested and the outstanding responses, this matter is adjourned as provided for on Exhibit D hereto.

5. Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 8559, 9/17/10]

    Response Deadline:    October 12, 2010 at 4:00 p.m. (ET)

    Responses/Objections Received:    See Exhibit E attached hereto

    Related Documents:

    A.    Order Sustaining, In Part, Debtors' Thirty-First Omnibus (Substantive) Objection To Claims [Docket No. 8673, 10/19/10]

    B.    Order (Second) Sustaining, In Part, Debtors' Thirty-First Omnibus (Substantive) Objection To Claims [Docket No. 8790, 11/23/10]

    C.    Order Approving Stipulation Resolving the Claims of Jerome H. Stone [Docket No. 9170, 1/11/12]

    D.    Order Approving Stipulation Resolving the Claims of John H. Freund [Docket No. 9275, 9/26/12]

Status:    Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the outstanding responses, this matter is adjourned as provided for on Exhibit E hereto.

6. Combined Motion of Swift Transportation Services, LLC, for Leave to Allow Late Filing of a Proof of Claim and for Relief From the Automatic Stay [Docket No. 8178, 6/30/10]

    Response Deadline:    July 15, 2013 [Extended for the Reorganized Debtors and Creditor Representative only]

    Related Documents:

    A.    Re-Notice of Combined Motion [Docket No. 9365, 6/28/13]

    Responses/Objections Received:

        B.    Debtors' Omnibus Objection to (I) Combined Motion of Swift Transportation Services, LLC, for Leave to Allow Late Filing of a Proof of Claim and for Relief From the Automatic Stay, (II) Angel Urrutia and Alicia Urrutia's Motion for Leave to File Late Proof of Claim and for Relief From the Automatic Stay and (III) Angel Urrutia and Alicia Urrutia's Supplement to Motion for Leave to File Late Proof of Claim and for Relief from the Automatic Stay [Docket No. 9373, 7/15/13]

        C.    Joinder of Ocean Ridge Capital Advisors, LLC, as Creditor Representative, to the Debtors' Omnibus Objection [Docket No. 9374, 7/15/13]

    Status:    This matter is adjourned until September 25, 2013 at 9:15 a.m. (ET).

7.    Angel Urrutia and Alicia Urrutia's Motion for Leave to File Late Proof of Claim and for Relief From the Automatic Stay [Docket No. 8463, 8/31/10]

    Response Deadline:    July 15, 2013 [Extended for the Reorganized Debtors and Creditor Representative only]

    Related Documents:

        A.    Joinder of Ace Insurance Company [Docket No. 8606, 10/7/10]

        B.    Joinder of Ace American Insurance Company [Docket No. 8727, 11/8/10]

        C.    Notice of Continued Hearing [Docket No. 9359, 6/11/13]

        D.    Angel Urrutia and Alicia Urrutia's Supplement to Motion [Docket No. 9369, 7/5/13]

        E.    Joinder of Ace American Insurance Company [Docket No. 9370, 7/5/13]

    Responses/Objections Received:

        F.    Omnibus Objection to (I) Combined Motion of Swift Transportation Services, LLC, for Leave to Allow Late Filing of a Proof of Claim and for Relief From the Automatic Stay, (II) Angel Urrutia and Alicia Urrutia's Motion for Leave to File Late Proof of Claim and for Relief From the Automatic Stay and (III) Angel Urrutia and Alicia Urrutia's Supplement to Motion for Leave to File Late Proof of Claim and for Relief from the Automatic Stay [Docket No. 9373, 7/15/13]

        G.    Joinder of Ocean Ridge Capital Advisors, LLC, as Creditor Representative, to the Debtors' Omnibus Objection [Docket No. 9374, 7/15/13]

    Status:    This matter is adjourned until September 25, 2013 at 9:15 a.m. (ET).

01:14028460.1

8. Debtors' Forty-First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 8937, 2/16/11]

   Response Deadline:            March 11, 2011 at 4:00 p.m. (ET)

   Responses/Objections Received:   See Exhibit F attached hereto

   Related Documents:

   A. Order Sustaining, In Part, Debtors' Forty-First Omnibus (Non-Substantive) Objection to Claims [Docket No. 8997, 3/22/11]

   B. Second Order Sustaining, In Part, Debtors' Forty-First Omnibus (Non-Substantive) Objection to Claims [Docket No. 9246, 6/26/12]

   Status:   Orders have been entered that partially sustain the Objection. With respect to the remainder of the relief requested and the outstanding response, this matter is adjourned as provided for on Exhibit F hereto.

9. Debtors' Forty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 8938, 2/16/11]

   Response Deadline:            March 11, 2011 at 4:00 p.m. (ET)

   Responses/Objections Received:   See Exhibit G attached hereto

   Related Documents:

   A. Order Sustaining, In Part, Debtors' Forty-Second Omnibus (Substantive) Objection to Claims [Docket No. 8996, 3/22/11]

   B. Order Vacating, In Part, That Certain Order Sustaining, In Part, Debtors' Forty-Second Omnibus (Substantive) Objection to Claims [Docket No. 9014, 3/31/11]

   C. Order Approving Stipulation Withdrawing Claims 14091 and 14092 of the Tennessee Department of Revenue [Docket No. 9054, 5/5/11]

   D. Order Approving Stipulation Withdrawing Claim 10998 of the United Steelworkers [Docket No. 9307, 2/1/13]

   Status:   Orders have been entered that partially sustain or vacate the Objection. With respect to the remainder of the relief requested and the outstanding responses, this matter is adjourned as provided for on Exhibit G hereto.

10. Motion of Debtors Smurfit-Stone Container Corp. and Smurfit Stone Container Enterprises, Inc. and their Predecessors, Subsidiaries, and/or Operating Divisions JSCE, Inc., Jefferson Smurfit Corp., Stone Container Corp., Container Corp. of America, Smurfit Stone Boxboard Mill Division, Smurfit Stone Recycling Co., Smurfit Recycling Co., and Stone Corrguard, Inc. d/b/a Stone Container Corp. to Enforce the Confirmation Order and Confirmed Plan and for Damages Arising from Violation of Injunction Provisions [Docket No. 9364, 6/26/13]

    Response Deadline:    July 22, 2013 at 4:00 p.m. (ET)

    Responses/Objections Received:

        A.    Objection of Rhoads Industries, Inc. and Rhoads Metal Fabrications, Inc. [Docket No. 9378, 7/22/13]

        B.    Joinder of James Bogle in Objection of Rhoads Industries, Inc. and Rhoads Metal Fabrications, Inc. [Docket No. 9379, 7/22/13]

    Related Documents:    None.

    Status:    This matter is adjourned until September 25, 2013 at 9:15 a.m. (ET).

11. Eleventh Motion of the Debtors For Entry of an Order Extending the Deadline for the Debtors to File Notices of Removal of Claims and Causes of Action Related to the Debtors' Chapter 11 Cases [Docket No. 9384, 7/31/13]

    Response Deadline:    August 14, 2013 at 4:00 p.m. (ET)

    Responses/Objections Received:    None.

    Related Documents:

        A.    Certificate of No Objection [Docket No. 9392, 8/21/13]

        B.    Order Extending the Deadline for the Debtors to File Notices of Removal of Claims and Causes of Action Related to the Debtors' Chapter 11 Cases [Docket No. 9394, 8/23/13]

    Status:    An order has been entered.

12. Motion of Rhoads Industries, Inc. and Rhoads Metal Fabrications, Inc. Seeking Modification of the Discharge Injunction in Order to Proceed Nominally Against Discharged Parties for Purposes of Establishing Liability Against Insurance [Docket No. 9385, 8/2/13]

    Response Deadline:    August 21, 2013 at 4:00 p.m. (ET) [Extended for Debtors]

    Responses/Objections Received:    None.

01:14028460.1

Related Documents:

A. Reservation of Rights of Zurich American Insurance Company [Docket No. 9393, 8/21/13]

Status: This matter is adjourned until September 25, 2013 at 9:15 a.m. (ET).

Dated: Wilmington, Delaware  
August 26, 2013

SIDLEY AUSTIN LLP  
James F. Conlan  
Matthew A. Clemente  
Dennis M. Twomey  
Matthew G. Martinez  
One South Dearborn Street  
Chicago, Illinois 60603  
Telephone: (312) 853-7000  
Facsimile: (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert F. Poppiti, Jr.*  
Robert S. Brady (No. 2847)  
Edmon L. Morton (No. 3856)  
Matthew B. Lunn (No. 4119)  
Robert F. Poppiti, Jr. (No. 5052)  
Rodney Square, 1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253

Attorneys for the Debtors

9

**EXHIBIT A – Eighth (Substantive) Omnibus Objection to Claims**

|    | **Claimant** | **Docket No./ Date Filed** | **Status** |
|----|---|---|---|
| 1. | W. David South | Docket No. 4784, 2/8/10 | Adjourned until September 25, 2013 at 9:15 a.m. (ET) |
| 2. | Fred W. Klatt | Docket No. 4851, 2/8/10 | Adjourned until September 25, 2013 at 9:15 a.m. (ET) |

**EXHIBIT B – Twelfth (Substantive) Omnibus Objection to Claims**

|    | **Claimant** | **Docket No./ Date Filed** | **Status** |
|----|---|---|---|
| 1. | Rebuts Solides Canadiens Inc. | Docket No. 6615, 4/6/10<br>Docket No. 6866, 4/13/10 | Adjourned until September 25, 2013 at 9:15 a.m. (ET) |

**EXHIBIT C – Nineteenth (Substantive) Omnibus Objection to Claims**

|    | **Claimant** | **Docket No./ Date Filed** | **Status** |
|----|---|---|---|
| 1. | GeoLearning, Inc. | Docket No. 7490, 4/30/10 | Adjourned until September 25, 2013 at 9:15 a.m. (ET) |

**EXHIBIT D – Twenty-Eighth (Substantive) Omnibus Objection to Claims**

|    | **Claimant** | **Docket No./ Date Filed** | **Status** |
|----|---|---|---|
| 1. | Cheryl L. Reynolds | Docket No. 8460, 8/31/10 | Adjourned until September 25, 2013 at 9:15 a.m. (ET) |
| 2. | Edward Trachtenberg | Docket No. 8494, 9/8/10 | Adjourned until September 25, 2013 at 9:15 a.m. (ET) |
| 3. | Pamela Morris-Thornton | Docket No. 8505, 9/8/10 | Adjourned until September 25, 2013 at 9:15 a.m. (ET) |
| 4. | Robert L. Keeney | Docket No. 8511 9/10/10 | Adjourned until September 25, 2013 at 9:15 a.m. (ET) |

2

### **EXHIBIT E – Thirty-First (Substantive) Omnibus Objection to Claims**

|    | **Claimant** | **Docket No./ Date Filed** | **Status** |
|----|--------------|----------------------------|------------|
| 1. | Ronald Palmer | Docket No. 8639, 10/12/10 | Adjourned until September 25, 2013 at 9:15 a.m. (ET) |
| 2. | James Laurence | Docket No. 8642, 10/12/10 | Adjourned until September 25, 2013 at 9:15 a.m. (ET) |

### **EXHIBIT F – Forty-First (Non-Substantive) Omnibus Objection to Claims**

|    | **Claimant** | **Docket No./ Date Filed** | **Status** |
|----|--------------|----------------------------|------------|
| 1. | E&A Pallet, Inc. | Docket No. 8982, 3/11/11 | Adjourned until September 25, 2013 at 9:15 a.m. (ET) |

### **EXHIBIT G – Forty-Second (Substantive) Omnibus Objection to Claims**

|    | **Claimant** | **Docket No./ Date Filed** | **Status** |
|----|--------------|----------------------------|------------|
| 1. | The National Labor Relations Board | Docket No. 8974, 3/10/11 | Adjourned until September 25, 2013 at 9:15 a.m. (ET) |
| 2. | Bond Safeguard Insurance Co. | Docket No. 8977, 3/11/11 | Adjourned until September 25, 2013 at 9:15 a.m. (ET) |