| | | |
|---|---|---|
| 100 SOUTH AVENUE, LLC<br>ZIMMER COMPANIES, INC., MANAGER<br>C/O MICHAEL K. MCVEY<br>1220 WASHINGTON, THIRD FLOOR<br>KANSAS CITY, MO 64105-2245 | | Claim Number: 964<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| UNSECURED | Claimed: | $18,565.84 |
| 168 INDUSTRIES, LLC DBA<br>O'NEAL ELECTRIC SERVICE<br>3073 MERRIAM LANE<br>KANSAS CITY, KS 66106 | | Claim Number: 3180<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| SECURED | Claimed: | $257,348.73 |
| 3001 SFB, LLC<br>STEVE BARK<br>3334 BURTON AVENUE<br>BURBANK, CA 91504 | | Claim Number: 2581<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $25,190.93 |
| 3M COMPANY<br>CATHERINE BARNETT WILSON, ESQ.<br>OFFICE OF THE GENERAL COUNSEL<br>3M CENTER, BUILDING 220-9E-02<br>SAINT PAUL, MN 55144-1000 | | Claim Number: 1611<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
| UNSECURED | Claimed: | $17,087.29 |
| A & J WOOD PRODUCTS LLC<br>PO BOX 194<br>PLEASANT SHADE, TN 37145 | | Claim Number: 583<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
| UNSECURED | Claimed: | $338.98 |

| A.R.C.S. DIV PNJ INDUSTRIES<br>PO BOX 429<br>HATFIELD, PA 19440 | | Claim Number: 136<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,875.00 | | |

| AB&B MANUFACTURING, INC.<br>836 MAMIE ROAD<br>JACKSONVILLE, FL 32205 | | Claim Number: 3531-01<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,911.44 | Allowed: | $4,911.44 |

| ABSOLUTE MACHINE ENTERPRISES<br>2191 GREEN HILL DRIVE<br>MARTINSVILLE, VA 24112 | | Claim Number: 7177-02<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1866 (09/04/2009)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $160.00 | Allowed: | $160.00 |

| ACCURATE WASTE<br>6141 SIESTA LN<br>PORT RICHEY, FL 34668 | | Claim Number: 2841<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,091.40 | | |

| ACE AMERICAN INSURANCE CO. & PACIFIC<br>EMPLOYERS INSURANCE CO - CHRISTINA REGER<br>BAZELON LESS & FELDMAN, P.C.<br>1515 MARKET STREET, SUITE 700<br>PHILADELPHIA, PA 19102 | | Claim Number: 7820<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9021 (04/07/2011) | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | | |
| SECURED | Claimed: | $0.00  UNLIQ | | |

| | | |
|---|---|---|
| ACE PAPER RECYCLING, INC.<br>P.O. BOX 963<br>MCMURRAY, PA 15317-0963 | Claim Number: 321<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| UNSECURED          Claimed: | $3,248.85 | |
| ACTION CARTING ENVIRONMENTAL SERVICES<br>451 FRELINGHUYSEN AVE.<br>NEWARK, NJ 07114 | Claim Number: 3453<br>Claim Date: 06/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| UNSECURED          Claimed: | $955.28 | |
| ACTION CARTING ENVIRONMENTAL SERVICES<br>451 FRELINGHUYSEN AVE.<br>NEWARK, NJ 07114 | Claim Number: 3454<br>Claim Date: 06/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| UNSECURED          Claimed: | $665.25 | |
| ACTION FLEXO GRAPHICS CO., INC.<br>P.O. BOX 162<br>5215 PARK AVENUE, WEST<br>SEVILLE, OH 44273 | Claim Number: 3600<br>Claim Date: 07/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN | |
| UNSECURED          Claimed: | $85,312.50 | |
| ADKINS JANITORIAL SERVICE<br>JOHN O. ADKINS<br>765 KATE PORTER RD<br>HUMBOLDT, TN 38343 | Claim Number: 228<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| UNSECURED          Claimed: | $2,250.00 | |

| | | |
|---|---|---|
| ADOLF, KATHLEEN A<br>2 WINDING WAY<br>LANCASTER, NY 14086 | Claim Number: 7981<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| UNSECURED      Claimed: | $80.83   UNLIQ | |
| ADT SECURITY SERVICE<br>MORRIS JAMES LLP<br>C/O BRETT D. FALLON<br>500 DELAWARE AVE., STE 1500 PO BOX 2306<br>WILMINGTON, DE 19899-2306 | Claim Number: 14098<br>Claim Date: 08/11/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8729 (11/09/2010) | |
| ADMINISTRATIVE      Claimed: | $5,952.19 | |
| ADT SECURITY SERVICES INC.<br>14200 E EXPOSITION AVENUE<br>AURORA, CO 80012 | Claim Number: 2994<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
| UNSECURED      Claimed: | $264,771.91 | |
| ADT SECURITY SERVICES INC.<br>14200 E EXPOSITION AVENUE<br>AURORA, CO 80012 | Claim Number: 2995<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
| UNSECURED      Claimed: | $189,287.69 | |
| ADT SECURITY SERVICES, INC.<br>14200 E EXPOSITION AVENUE<br>AURORA, CO 80012 | Claim Number: 5357<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9018 (04/06/2011) | |
| UNSECURED      Claimed: | $189,287.69 | |

| AGUILERA, JESSE<br>20902 CANTERBURY<br>SHOREWOOD, IL 60404 | Claim Number: 2010<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) |
|---|---|

| PRIORITY | Claimed: | $884.23 |
|---|---|---|

| AIB INTERNATIONAL, INC<br>1213 BAKERS WAY<br>MANHATTAN, KS 66502 | Claim Number: 751<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| SECURED | Claimed: | $12,562.09 |
|---|---|---|
| UNSECURED | Claimed: | $12,562.09 |
| TOTAL | Claimed: | $12,562.09 |

| AIB INTERNATIONAL-CANADA<br>1213 BAKERS WAY<br>MANHATTAN, KS 66502 | Claim Number: 752<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
|---|---|

| SECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| AICCO, INC.<br>IMPERIAL A.I. CREDIT COMPANIES, INC.<br>101 HUDSON STREET, 34TH FLOOR<br>JERSEY CITY, NJ 07302 | Claim Number: 4973<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| SECURED | Claimed: | $114,490.00 | UNLIQ |
|---|---|---|---|

| AIG CASUALTY COMPANY, ET. AL.<br>C/O MICHELLE LEVITT<br>CHARTIS US<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | Claim Number: 10788<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9022 (04/07/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| | | |
|---|---|---|
| AIKEN & AUGUSTA SHREDDING, LLC<br>3205 EASY ST.<br>AUGUSTA, GA 30904 | | Claim Number: 649<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $2,662.80 |
| AIR CONVEYING CORPORATION<br>2196 E. PERSON AVE<br>MEMPHIS, TN 38114 | | Claim Number: 578<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4136 (01/14/2010) |
| UNSECURED | Claimed: | $16,000.00 |
| AIR LIQUIDE INDUSTRIAL U.S. LP<br>GWENDOLYN YOUNG SMITHHEART<br>2700 POST OAK BOULEVARD<br>HOUSTON, TX 77056 | | Claim Number: 9754-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
| ADMINISTRATIVE | Claimed: | $12,045.25 |
| AIR LIQUIDE INDUSTRIAL U.S. LP<br>GWENDOLYN YOUNG SMITHHEART<br>2700 POST OAK BOULEVARD<br>HOUSTON, TX 77056 | | Claim Number: 9754-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
| UNSECURED | Claimed: | $454,207.36 |
| AIR PRODUCTS<br>7201 HAMILTON BLVD<br>ALLENTOWN, PA 18195 | | Claim Number: 10113-01<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID |
| ADMINISTRATIVE | Claimed: | $2,864.01 |

---

ALAMEDA COUNTY TAX COLLECTOR
1221 OAK STREET, ROOM 131
OAKLAND, CA 94612

Claim Number: 14078
Claim Date: 08/02/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8537 (09/14/2010)

| ADMINISTRATIVE | Claimed: | $69,852.36 |
|---|---|---|

---

ALAR CHEMICAL SALES, INC.
9651 W. 196TH STREET
MOKENA, IL 60448

Claim Number: 108
Claim Date: 02/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $53,285.03 |
|---|---|---|

---

ALAR ENGINEERING CORPORATION
9651 W. 196TH STREET
MOKENA, IL 60448

Claim Number: 109
Claim Date: 02/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $14,975.57 |
|---|---|---|

---

ALDINE INDEPENDENT SCHOOL DISTRICT
TAX OFFICE
14909 ALDINE WESTFIELD ROAD
HOUSTON, TX 77032

Claim Number: 2192
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| SECURED | Claimed: | $467.16   UNLIQ |
|---|---|---|

---

ALDINE INDEPENDENT SCHOOL DISTRICT
TAX OFFICE
14909 ALDINE WESTFIELD RD.
HOUSTON, TX 77032

Claim Number: 2260
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| SECURED | Claimed: | $467.16   UNLIQ |
|---|---|---|

---

---

ALDINE INDEPENDENT SCHOOL DISTRICT
TAX OFFICE
14909 ALDINE WESTFIELD ROAD
HOUSTON, TX 77032

Claim Number: 3027
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $197.60 | UNLIQ |

---

ALEXANDER'S MACHINE SHOP INC
ATTN: J. ALEXANDER
P.O. BOX 1925
JONESBORO, AR 72403

Claim Number: 9469
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,075.00 |
| UNSECURED | Claimed: | $2,075.00 |
| TOTAL | Claimed: | $2,075.00 |

---

ALFORD, JACK
C/O MARGIE ALFORD-NEWTON
11039 RIOS RD
BOCA RATON, FL 33498

Claim Number: 14222
Claim Date: 11/08/2016
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 9572 (03/13/2017)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |

---

ALL-STATE INDUSTRIES INC
520 S. 18TH STREET
WEST DES MOINES, IA 50265

Claim Number: 3260
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $17,098.25 |

---

ALLEGHENY INDUSTRIAL ASSOCIATES, INC.
D/B/A TOTALLY IN DEMAND ENTERPRISES
C/O JESSEE COOK-DUBIN, ESQ.
52 E GAY ST - PO BOX 1008
COLUMBUS, OH 43216-1008

Claim Number: 11806-01
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $69,432.90 |

---

| | | |
|---|---|---|
| ALLEGHENY INDUSTRIAL ASSOCIATES, INC.<br>D/B/A TOTALLY IN DEMAND ENTERPRISES<br>C/O JESSEE COOK-DUBIN, ESQ.<br>52 E GAY ST - PO BOX 1008<br>COLUMBUS, OH 43216-1008 | | Claim Number: 11806-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $220,066.75 |
| ALLEGHENY POWER<br>P.O. BOX 1392<br>FAIRMONT, WV 26555-1392 | | Claim Number: 9755<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| UNSECURED | Claimed: | $10,503.11 |
| ALLEGIANCE SECURITY GROUP LLC<br>ATTN: RICH FRYE<br>2900 ARENDELL ST., #18<br>MOREHEAD CITY, NC 28557 | | Claim Number: 1338<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $189,988.03 |
| ALLEN, JEAN D<br>203 DAWSON STREET<br>BREWTON, AL 36426 | | Claim Number: 11610<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
| UNSECURED | Claimed: | $21,250.00 |
| ALLENFIELD CO., INC.<br>320 BROADHOLLOW RD<br>FARMINGDALE, NY 11735 | | Claim Number: 176<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $389.90 |

| | | |
|---|---|---|
| ALLIED WASTE SERVICES (CHATTANOOGA)<br>PO BOX 9001099<br>LOUISVILLE, KY 40290-1099 | | Claim Number: 6148<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
| UNSECURED | Claimed: | $15,016.01 |
| ALMER, DEAN D.<br>441 N. MERINO<br>MESA, AZ 85205 | | Claim Number: 1171<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| ALPHAGRAPHICS<br>111 PROSPECT AVE SUITE 100<br>ST. LOUIS, MO 63122 | | Claim Number: 657<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $1,063.38 |
| AMA INDUSTRIAL SERVICES, LLC<br>3053 HART ROAD<br>LEBANON, OH 45036 | | Claim Number: 95<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $15,329.00 |
| AMERENCIPS<br>CREDIT & COLLECTIONS<br>2105 E. STATE ROUTE 104<br>PAWNEE, IL 62558 | | Claim Number: 932<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| UNSECURED | Claimed: | $1,823.53 |

| | | |
|---|---|---|
| AMERICAN BOX COMPANY<br>PO BOX 469<br>SHAWNEE MISSION, KS 66201 | Claim Number: 1452<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |
| UNSECURED          Claimed: | $33,480.38 | |
| AMERICAN BUSINESS SYSTEMS<br>9637 HOOD ROAD<br>JACKSONVILLE, FL 32257 | Claim Number: 1017<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
| UNSECURED          Claimed: | $175.00 | |
| AMERICAN BUSINESS SYSTEMS<br>9637 HOOD ROAD<br>JACKSONVILLE, FL 32257 | Claim Number: 1020<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4136 (01/14/2010) | |
| UNSECURED          Claimed: | $175.00 | |
| AMERICAN OSMENT EQUIPMENT CO.<br>2923 5TH AVE. SOUTH<br>BIRMINGHAM, AL 35233 | Claim Number: 2123<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| UNSECURED          Claimed: | $490.00 | |
| AMERICAN OSMENT EQUIPMENT CO.<br>AMERICAN OSMENT<br>3004 6TH AVE. SOUTH<br>BIRMINGHAM, AL 35233 | Claim Number: 5105-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1354 (08/03/2009)<br>THIS CLAIM IS PAID | |
| ADMINISTRATIVE          Claimed: | $245.00 | Allowed:          $245.00 |

| | | |
|---|---|---|
| AMERICAN OSMENT EQUIPMENT CO.<br>AMERICAN OSMENT<br>3004 6TH AVE. SOUTH<br>BIRMINGHAM, AL 35233 | | Claim Number: 13754<br>Claim Date: 01/04/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| ADMINISTRATIVE | Claimed: | $245.00 |
| UNSECURED | Claimed: | $245.00 |
| AMERICAN OVERHEAD DOOR<br>S. DAGNAL ROWE, WILMER & LEE, P.A.<br>P.O. BOX 2168<br>HUNTSVILLE, AL 35804 | | Claim Number: 1016<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $26,834.37 |
| AMERICAN OVERHEAD DOOR<br>S. DAGNAL ROWE, WILMER & LEE, P.A.<br>P.O. BOX 2168<br>HUNTSVILLE, AL 35804 | | Claim Number: 1109<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $26,834.37 |
| AMERICAN PREMIER UNDERWRITERS, INC.<br>C/O BENJAMIN G. STONELAKE, JR., ESQ.<br>BLANK ROME LLP<br>130 N. 18TH STREET, ONE LOGAN SQUARE<br>PHILADEPHIA, PA 19103 | | Claim Number: 11774<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8985 (03/16/2011) |
| UNSECURED | Claimed: | $1,190,368.59   UNLIQ |
| AMERIGAS PROPANE, L.P.<br>FOX ROTHSCHILD LLP<br>SHELDON K. RENNIE<br>919 NORTH MARKET STREET SUITE 1300<br>WILMINGTON, DE 19801-3046 | | Claim Number: 6285<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
| ADMINISTRATIVE | Claimed: | $12,031.00 |

---

| | | | | |
|---|---|---|---|---|
| AMERIGAS PROPANE, LP<br>C/O FOX ROTHCHILD LLP<br>ATTN: SHELDON K. RENNIE (ED ID NO.3772)<br>919 NORTH MARKET STREET, SUITE 1300<br>WILMINGTON, DE 19801-3046 | Claim Number: 6654-02<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4964 (02/12/2010) | | | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $36,226.90 | Allowed: | $36,226.90 |

| | | |
|---|---|---|
| AMGEN MANUFACTURING LIMITED<br>C/O PRUDENTIAL INVESTMENT MGMT., INC.<br>ATTN: TERENCE DUNN<br>P.O. BOX 32339, 2 GATEWAY CENTER<br>NEWARK, NJ 07102 | Claim Number: 11310<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,804.69 |

| | | |
|---|---|---|
| AMGEN MANUFACTURING LIMITED<br>C/O PRUDENTIAL INVESTMENT MGMT., INC.<br>ATTN: TERENCE DUNN<br>P.O. BOX 32339, 2 GATEWAY CENTER<br>NEWARK, NJ 07102 | Claim Number: 11311<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $6,804.69 |

| | | |
|---|---|---|
| AMMONS JR, JAMES T<br>608 UPLAND AVE<br>MARION, SC 29571 | Claim Number: 10098-01<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $96,833.28 | UNLIQ |
| SECURED | Claimed: | $96,833.28 | UNLIQ |
| TOTAL | Claimed: | $96,833.28 | UNLIQ |

| | | |
|---|---|---|
| AMMONS JR, JAMES T<br>608 UPLAND AVE<br>MARION, SC 29571 | Claim Number: 10098-02<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| | | |
|---|---|---|
| ANA-LAB CORPORATION<br>PO BOX 9000<br>KILGORE, TX 75663-9000 | | Claim Number: 170<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $4,105.00 |
| ANDERS, MARION J.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE.<br>DALLAS, TX 75219 | | Claim Number: 11816<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $0.00  UNDET |
| ANDRE, DESTINA<br>ATTN: SAPHIRA ANDRE<br>21 TUDOR CT<br>SPRINGFIELD, NJ 07081 | | Claim Number: 12898<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00  UNLIQ |
| ANDREWS JR., THOMAS L.<br>11281 HWY 84<br>EVERGREEN, AL 36401 | | Claim Number: 12142<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
| SECURED | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |
| ANNE ARUNDEL COUNTY, MARYLAND<br>ANNE ARUNDEL COUNTY FINANCE OFFICE<br>ATTN: BANKRUPTCY ADMINISTRATOR<br>P.O. BOX 2700, M.S. 1103<br>ANNAPOLIS, MD 21404 | | Claim Number: 11509<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| SECURED | Claimed: | $1,386.52 |

ANTHONY FOREST PRODUCTS COMPANY
ATTN: RONNIE CLAY
P.O. BOX 1877
EL DORADO, AR 71731-1877

Claim Number: 637
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $35,902.27 |
|---|---|---|

AQUAPURE / LEAF
P.O. BOX 644006
CINCINNATI, OH 45264

Claim Number: 298
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $881.61 |
|---|---|---|

AQUAPURE WATER / DOLPHIN CAPITAL
PO BOX 644006
CINCINNATI, OH 45264

Claim Number: 290
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8378 (08/16/2010)

| UNSECURED | Claimed: | $25,207.49 |
|---|---|---|

AQUAPURE/DOLPHIN CAPITAL
PO BOX  644006
CINCINNATI, OH 45264

Claim Number: 13104
Claim Date: 09/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $23,037.45 |
|---|---|---|

AQUILA, INC.
P.O. BOX 11690
KANSAS CITY, MO 64138

Claim Number: 209
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $18,149.86 |
|---|---|---|

---

ARAIZA, RICARDO JR.
1213 N 37TH AVE
MELROSE PARK, IL 60160

Claim Number: 728
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

ARK-LA-TEX VALVE LLC
7574 HWY. 507
BIENVILLE, LA 71008

Claim Number: 358
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $18,780.00 |
|---|---|---|

---

ARKANSAS DEPT. OF FINANCE AND ADMIN.
TIMBER SEVERANCE TAX
C/O OFFICE OF REVENUE LEGAL COUNSEL
P.O. BOX 1272, ROOM 2380
LITTLE ROCK, AR 72203-1272

Claim Number: 1810
Claim Date: 03/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| PRIORITY | Claimed: | $301.01 |
|---|---|---|

---

ARKANSAS DEPT. OF FINANCE AND ADMIN.
TIMBER SEVERANCE TAX
C/O OFFICE OF REVENUE LEGAL COUNSEL
P.O. BOX 1272, ROOM 2380
LITTLE ROCK, AR 72203-1272

Claim Number: 6893
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| PRIORITY | Claimed: | $765.60 |
|---|---|---|

---

ARKEMA INC., C/O LEGACY SITE SERVICES
LLC ( AGENT FOR ARKEMA )
468 THOMAS JONES WAY- SUITE 150
EXTON, PA 19341

Claim Number: 11898
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8879 (01/06/2011)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

---

ARKEMA INC., C/O LEGACY SITE SERVICES
LLC (AGENT FOR ARKEMA INC.)
ATTN: KAREN TRAEGER, OF COUNSEL
468 THOMAS JONES WAY-SUITE 150
EXTON, PA 19341-2528

Claim Number: 13969
Claim Date: 04/09/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8879 (01/06/2011)

| UNSECURED | Claimed: | $8,042,960.00   UNLIQ |
|---|---|---|

---

ARLINGTON INDEPENDENT SCHOOL DISTRICT
ELIZABETH BANDA
PERDUE BRANDON FIELDER COLLINS MOTT LLP
P.O. BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 57
Claim Date: 02/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| SECURED | Claimed: | $215,011.54 |
|---|---|---|

---

ARLINGTON INDEPENDENT SCHOOL DISTRICT
ELIZABETH BANDA
PERDUE BRANDON FIELDER COLLINS MOTT LLP
P.O. BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 1100
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| SECURED | Claimed: | $215,011.54 |
|---|---|---|

---

ARLINGTON INDEPENDENT SCHOOL DISTRICT
ELIZABETH BANDA
PERDUE BRANDON FIELDER COLLINS MOTT LLP
P.O. BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 1101
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| SECURED | Claimed: | $1,530.15 |
|---|---|---|

---

ARLINGTON INDEPENDENT SCHOOL DISTRICT
C/O ELIZABETH BANDA, PERDUE, BRANDON,
FIELDER, COLLINS & MOTT, L.L.P.
PO BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 2824
Claim Date: 05/08/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8537 (09/14/2010)

| SECURED | Claimed: | $351,658.33 |
|---|---|---|

---

---

ARLINGTON INDEPENDENT SCHOOL DISTRICT
BANDA, ELIZABETH
PERDUE BRANDON FIELDER COLLINS MOTT LLP
P.O. BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 3038
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| SECURED | Claimed: | $351,658.33 |
|---|---|---|

---

ARMSTRONG, BILLIE U
423 EAST AVE A
WAURIKA, OK 73573

Claim Number: 6288
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

ARNOLD INDUSTRIES SOUTH, INC.
1601 N.E. 6TH AVE.
OCALA, FL 34470-3642

Claim Number: 2124
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $850.00 |
|---|---|---|

---

ARROYO, VICTOR M
95 OHIO AVE
BRIDGEPORT, CT 06610

Claim Number: 5936
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

ASHLAND, INC.
C/O REGINALD W. JACKSON, ESQ.
VORYS, SATER, SEYMOUR AND PEASE LLP
52 EAST GAY STREET
COLUMBUS, OH 43215

Claim Number: 10668
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $128,040.30 |
|---|---|---|
| UNSECURED | Claimed: | $421,101.01 |

---

| ASHLEY LOGGING COMPANY, LLC<br>24126 THE TRAIL<br>MATTAPONI, VA 23110 | Claim Number: 756<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|
| UNSECURED     Claimed: | $26,184.65 | | |

| ASHTABULA COUNTY TREASURER<br>25 W JEFFERSON ST.<br>JEFFERSON, OH 44047 | Claim Number: 9115<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
|---|---|---|---|
| SECURED     Claimed: | $46,454.28 | | |

| ASM BLUE, LLC<br>TRANSFEROR: EXXONMOBIL OIL CORPORATION<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 2368-02<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 3397 (12/23/2009)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| ADMINISTRATIVE     Claimed: | $146,206.56 | Allowed: | $146,206.56 |

| ASM BLUE, LLC<br>TRANSFEROR: R.W. GRIFFIN INDUSTRIES, LLC<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 3442<br>Claim Date: 06/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1329 (07/28/2009)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| ADMINISTRATIVE     Claimed: | $12,088.80 | Allowed: | $12,088.80 |

| ASM BLUE, LLC<br>TRANSFEROR: VSP TECHNOLOGIES<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 13772<br>Claim Date: 01/22/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE     Claimed:<br>UNSECURED     Claimed: | $17,976.37<br>$108,183.54 | | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: HARTT TRANSPORTATION<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 180<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $4,257.30 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: ASM CAPITAL III, L.P.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1660<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $9,100.00 | Scheduled: | $9,100.00 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: RMA ENTERPRISES, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 89<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $126,475.01 | | |
| ASSIST FINANCIAL SERVICES INC<br>PO BOX 347<br>MADISON, SD 57042 | | Claim Number: 6040<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
| UNSECURED | Claimed: | $7,210.50 | | |
| ASSOCIATION OF WESTERN PULP & PAPER<br>WORKERS - C/O THOMAS K. DOYLE<br>BENNETT, HARTMAN, MORRIS & KAPLAN<br>111 SW 5TH AVE., STE. 1650<br>PORTLAND, OR 97204 | | Claim Number: 11666<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
| PRIORITY | Claimed: | $10,000,000.00   UNLIQ | | |

| | | |
|---|---|---|
| ASSOCIATION OF WESTERN PULP & PAPER<br>WORKERS - C/O THOMAS K. DOYLE<br>BENNETT, HARTMAN, MORRIS & KAPLAN<br>111 SW 5TH AVE., STE. 1650<br>PORTLAND, OR 97204 | | Claim Number: 11737<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
| PRIORITY | Claimed: | $10,000,000.00   UNLIQ |
| AT&T<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>AT&T INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921-0752 | | Claim Number: 2297<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| UNSECURED | Claimed: | $98,691.55 |
| AT&T<br>AT&T DBA BELLSOUTH ADVERTISING &<br>PUBLISHING<br>600 N POINT PKWY<br>ALPHARETTA, GA 30005 | | Claim Number: 2298<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
| UNSECURED | Claimed: | $50.00 |
| AT&T<br>C/O ARCHER & GREINER PC<br>CHARLES J. BROWN, III ESQ<br>300 DELAWARE AVENUE, SUITE 1370<br>WILMINGTON, DE 19801 | | Claim Number: 14108<br>Claim Date: 08/13/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9191 (02/24/2012) |
| ADMINISTRATIVE | Claimed: | $509,354.10 |
| ATLANTECH DISTRIBUTION, INC.<br>ATTN: R.L. STEWART<br>PO BOX 667547<br>CHARLOTTE, NC 28266 | | Claim Number: 701<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $29,466.16 |

| | | |
|---|---|---|
| ATLANTIC COAST ENVIRONMENTAL, INC.<br>1751 S.W. 43RD TERRACE<br>ATTN: JOE PEPITONE<br>DEERFIELD BEACH, FL 33442 | | Claim Number: 12513<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
| UNSECURED | Claimed: | $1,414.00 |
| ATLANTIC RECYCLING, LLC<br>AYESHA S. CHACKO<br>CAMPBELL & LEVINE, LLC<br>800 NORTH KING STREET, SUITE 300<br>WILMINGTON, DE 19801 | | Claim Number: 2134<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 1679 (08/21/2009) |
| ADMINISTRATIVE | Claimed: | $23,057.65 |
| ATLANTIC RECYCLING, LLC<br>AYESHA S. CHACKO<br>CAMPBELL & LEVINE, LLC<br>800 NORTH KING STREET, SUITE 300<br>WILMINGTON, DE 19801 | | Claim Number: 2153<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 1679 (08/21/2009) |
| ADMINISTRATIVE | Claimed: | $23,057.65 |
| ATMOS ENERGY CORPORATION<br>C/O DANIEL K. ASTIN, ANTHONY M. SACCULLO<br>& MARY E. AUGUSTINE, CIARDI CIARDI & AST<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE 19801 | | Claim Number: 3105<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5046 (02/16/2010) |
| ADMINISTRATIVE | Claimed: | $96,713.74 |
| ATS WAREHOUSE, INC<br>2465 AIR PARK ROAD<br>CHARLESTON, SC 29406 | | Claim Number: 10654<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
| UNSECURED | Claimed: | $12,137.45 |

| | | |
|---|---|---|
| AURIEMMA, DANIEL & LAURA<br>2313 NE 107TH TER<br>KANSAS CITY, MO 64155-8515 | | Claim Number: 10653<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8559 (09/17/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $675,851.24 |
| AUTO ELECTRIC<br>PO BOX 16023<br>MISSOULA, MT 59808 | | Claim Number: 13913<br>Claim Date: 03/12/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| PRIORITY | Claimed: | $980.75 |
| AUTOMATED CONTROL SYSTEM INC<br>2932 ROSS CLARK CIRCLE 264<br>DOTHAN, AL 36301 | | Claim Number: 9514<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $62,841.00 |
| AUTOMATED CONTROL SYSTEMS, INC.<br>122 WOODBURN DRIVE<br>DOTHAN, AL 36305 | | Claim Number: 2826<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $67,106.00 |
| AUTOMATED MATERIAL HANDLING<br>15 MULLEN RD<br>ENFIELD, CT 06082 | | Claim Number: 3394<br>Claim Date: 06/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
| UNSECURED | Claimed: | $34,130.10 |

| | | |
|---|---|---|
| AVAILABILITY, INC.<br>235 EAST CENTER DRIVE<br>P.O. BOX 562<br>ALTON, IL 62002 | | Claim Number: 549<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $6,510.70 |
|---|---|---|

| | | |
|---|---|---|
| AVERITT EXPRESS, INC.<br>PO BOX 3166<br>COOKEVILLE, TN 38502 | | Claim Number: 1831<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $4,356.02 |
|---|---|---|

| | | |
|---|---|---|
| AVERY DENNISON CORPORATION<br>JEREMY M. CAMPANA, ESQ.<br>THOMPSON HINE LLP<br>3900 KEY CENTER, 127 PUBLIC SQUARE<br>CLEVELAND, OH 44114-1291 | | Claim Number: 1694-01<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |

| UNSECURED | Claimed: | $13,528.80 |
|---|---|---|

| | | |
|---|---|---|
| AVERY DENNISON CORPORATION<br>JEREMY M. CAMPANA, ESQ.<br>THOMPSON HINE LLP<br>3900 KEY CENTER, 127 PUBLIC SQUARE<br>CLEVELAND, OH 44114-1291 | | Claim Number: 1694-02<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |

| ADMINISTRATIVE | Claimed: | $171,364.80 | Allowed: | $171,364.80 |
|---|---|---|---|---|

| | | |
|---|---|---|
| AVERY DENNISON CORPORATION<br>JEREMY M. CAMPANA, ESQ.<br>THOMPSON HINE LLP<br>3900 KEY CENTER, 127 PUBLIC SQUARE<br>CLEVELAND, OH 44114-1291 | | Claim Number: 12024<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |

| UNSECURED | Claimed: | $607,868.72 |
|---|---|---|

| | | |
|---|---|---|
| AXILROD, NANCY<br>C/O BERNARD W. GERDELMAN, ESQ.<br>PAULE, CAMAZINE & BLUMENTHAL, PC<br>165 N. MERAMEC AVE., 6TH FLOOR<br>SAINT LOUIS, MO 63105-3789 | | Claim Number: 9766<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $1,622,797.54   UNLIQ |
| AYALA, CARLOS A<br>3211 SETTLERS TRL.<br>SAINT CLOUD, FL 34772-8840 | | Claim Number: 10055<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $21,432.00 |
| B & J SANITATION INC<br>PO BOX 9001779<br>LOUISVILLE, KY 40290-1779 | | Claim Number: 5658<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| UNSECURED | Claimed: | $545.62 |
| B C SALES CO., INC.<br>PO BOX 1028<br>FRUITLAND, ID 83619 | | Claim Number: 242<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| PRIORITY | Claimed: | $9,861.93 |
| UNSECURED | Claimed: | $9,861.93 |
| TOTAL | Claimed: | $9,861.93 |
| B&E OF MISSOULA INC<br>ATTN: RON MAKI<br>2100 STEPHENS AVE #122<br>MISSOULA, MT 59801 | | Claim Number: 12413<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $1,912.41 |

| | | | | |
|---|---|---|---|---|
| B.R. PRODUCTS LLC<br>PO BOX 1673<br>GLOUCESTER, VA 23061 | | Claim Number: 1511<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1175 (07/06/2009)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $28,845.00 | Allowed: | $28,845.00 |
| BACA, WILLIAM<br>D. AARON BROCK/ELLEN E. COHEN<br>LAW OFFICES OF JOSEPH M. LOVRETOVICH<br>5941 VARIEL AVENUE<br>WOODLAND HILLS, CA 91367 | | Claim Number: 1566<br>Claim Date: 03/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $1,000,000.00   UNLIQ | | |
| BAKER OFFICE SOLUTIONS LLP<br>P.O. BOX 12369<br>FLORENCE, SC 29504 | | Claim Number: 527<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| SECURED | Claimed: | $2,564.57 | | |
| BANCIELLA, RICARDO G<br>11821 S.W. 206 TERRACE<br>MIAMI, FL 33177 | | Claim Number: 11475<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| BANK OF AMERICA, N.A.<br>ATTN: ERIC SICKE, ASST. GEN. COUNSEL<br>CA9-193-24-01<br>333 SOUTH HOPE STREET, 24TH FLOOR<br>LOS ANGELES, CA 90071 | | Claim Number: 10553<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
| SECURED | Claimed: | $7,242,387.29   UNLIQ | | |

| | | |
|---|---|---|
| BANK OF NOVA SCOTIA, THE<br>ATTN: DIANE EMANUEL<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | | Claim Number: 9849<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |

| | | |
|---|---|---|
| SECURED | Claimed: | $2,622,229.00   UNLIQ |

| | | |
|---|---|---|
| BANKHEAD LAND & TIMBER CO., INC.<br>ALYSSA ROSS<br>JONES, MILWEE & ROSS, LLC<br>2305 WORTH STREET<br>GUNTERSVILLE, AL 35976 | | Claim Number: 1134-01<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,961.46 |

| | | |
|---|---|---|
| BANKHEAD LAND & TIMBER CO., INC.<br>ALYSSA ROSS<br>JONES, MILWEE & ROSS, LLC<br>2305 WORTH STREET<br>GUNTERSVILLE, AL 35976 | | Claim Number: 1134-02<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $15,961.46 | Allowed: | $15,961.46 |

| | | |
|---|---|---|
| BANKHEAD LAND & TIMBER CO., INC.<br>JONES, MILWEE & ROSS, LLC<br>ATTORNEYS AT LAW<br>P.O. BOX 940<br>GUNTERSVILLE, AL 35976 | | Claim Number: 6064<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $15,961.46 |
| UNSECURED | Claimed: | $15,961.46 |

| | | |
|---|---|---|
| BAR T TIMBER INC<br>4651 N KOLIN RD<br>MOCCASIN, MT 59462 | | Claim Number: 1855<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,325.21 |

| | | | | | |
|---|---|---|---|---|---|
| BARBOZA, JOSE<br>422 E. KING ST.<br>RIALTO, CA 92376 | | Claim Number: 11650<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | |
| PRIORITY | Claimed: | $19,000.00 | | | |
| SECURED | Claimed: | $19,000.00 | | | |
| UNSECURED | Claimed: | $19,000.00 | | | |
| TOTAL | Claimed: | $19,000.00 | | | |
| BARKSDALE OILS, INC.<br>ATTN: LASH BARKSDALE<br>1041 E BANK STREET<br>PO BOX 910<br>PETERSBURG, VA 23804 | | Claim Number: 10115-01<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | | |
| UNSECURED | Claimed: | $2,940.81 | | | |
| BARKSDALE OILS, INC.<br>ATTN: LASH BARKSDALE<br>1041 E BANK STREET<br>PO BOX 910<br>PETERSBURG, VA 23804 | | Claim Number: 10115-02<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4964 (02/12/2010) | | | |
| ADMINISTRATIVE | Claimed: | $14,773.66 | | Allowed: | $14,773.66 |
| BARNES & THORNBURG LLC CLIENTS<br>SEGREGATED FUND<br>C/O BRUCE WHITE<br>ONE NORTH WACKER DRIVE, SUITE 4400<br>CHICAGO, IL 60606 | | Claim Number: 99030<br>Claim Date: 10/24/2013<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED | | | |
| UNSECURED | Claimed: | $43,526.98 | | Allowed: | $43,526.98 |
| BARNETTE, JAMES A<br>178 COTTON HILL ROAD<br>EUFAULA, AL 36027 | | Claim Number: 7281<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

| | | | | |
|---|---|---|---|---|
| BARRON, BARTT W<br>113 LEW BARRON ROAD<br>MERRYVILLE, LA 70653 | Claim Number: 7539<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED    Claimed: | $0.00   UNLIQ | | | |
| BARRY STEEL FABRICATION, INC.<br>JEFFREY R. WAXMAN, ESQUIRE<br>MORRIS JAMES LLP<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON, DE 19801 | Claim Number: 11880<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 9629 (10/25/2017) | | | |
| SECURED    Claimed: | $27,702.72 | | Allowed: | $11,735.95 |
| BARTHOLOMEW COUNTY TREASURER<br>P.O. BOX 1986<br>COLUMBUS, IN 47202-1986 | Claim Number: 4901<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | |
| PRIORITY    Claimed: | $39,529.18 | | | |
| BAUMGARDNER, RICHARD ET AL<br>C/O THOMAS DOYLE<br>BENNETT, HARTMAN MORRIS KAPLAN<br>111 SW 5TH AVE, STE 1650<br>PORTLAND, OR 97204 | Claim Number: 11670<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | |
| PRIORITY    Claimed: | $1,000,000.00 | | | |
| BAX GLOBAL<br>440 EXCHANGE<br>IRVINE, CA 92623-9571 | Claim Number: 275<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | |
| UNSECURED    Claimed: | $345.87 | | | |

| BAY BROKERAGE INC.<br>P.O. BOX 472<br>STITTSVILLE, ON K2S 1A6<br>CANADA | Claim Number: 1028<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
|---|---|

| PRIORITY | Claimed: | $1,599.69 |
|---|---|---|
| UNSECURED | Claimed: | $907.58 |

| BAY COUNTY FLORIDA<br>ARCHER & GREINER, P.C.<br>CHARLES J. BROWN, III<br>300 DELAWARE AVENUE, SUITE 1370<br>WILMINGTON, DE 19801 | Claim Number: 2122<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $25,942.05 |
|---|---|---|

| BAY COUNTY FLORIDA<br>C/O ARCHER & GREINER, P.C.<br>300 DELAWARE AVENUE, SUITE 1370<br>WILMINGTON, DE 19801 | Claim Number: 2794<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $25,942.05 |
|---|---|---|
| UNSECURED | Claimed: | $906,370.53 |

| BEARD EQUIPMENT COMPANY<br>4625 HWY. 231 N.<br>PANAMA CITY, FL 32404 | Claim Number: 565<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $16,183.67 |
|---|---|---|

| BECKART ENVIRONMENTAL, INC.<br>JEFFERY J. MOLINSKI<br>DEMARK, KOLBE AND BRODEK S.C.<br>6216 WASHINGTON AVE., P.O. BOX 085009<br>RACINE, WI 53408-5009 | Claim Number: 14070<br>Claim Date: 07/16/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8836 (12/09/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $16,715.40 |
|---|---|---|

| | | |
|---|---|---|
| BECKELMAN, SARA, AS EXECUTRIX OF<br>THE ESTATE OF JON BECKELMAN<br>2705 PENNINGTON ST.<br>IRVING, TX 75062-4124 | | Claim Number: 11466<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| PRIORITY | Claimed: | $886.30 |
| BEFIT HEALTH SERVICES, INC.<br>P.O. BOX 1495<br>O FALLON, MO 63366 | | Claim Number: 903<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $2,190.00 |
| BELCO SAFETY PRODUCTS LTD.<br>1515 MATHESON BLVD. UNIT C13<br>MISSISSAUGA, ON L4W 2P5<br>CANADA | | Claim Number: 14076<br>Claim Date: 07/30/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
| UNSECURED | Claimed: | $6,737.50 |
| BELL, DOLORES I<br>2670 ELLENDALE PLACE #4<br>LOS ANGELES, CA 90007 | | Claim Number: 9280<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| BELL, GORDON WILLIAM<br>181 CROWN POINTE DRIVE<br>YORK, PA 17402 | | Claim Number: 11701<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $73,980.48 |

| | | |
|---|---|---|
| BELL, LARRY<br>P.O. BOX 122<br>LAUDERDALE, MS 39335 | | Claim Number: 4555<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNDET |
| BELLINGHAM COLD STORAGE<br>2825 ROEDER AVE.<br>BELLINGHAM, WA 98225 | | Claim Number: 731<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) |
| UNSECURED | Claimed: | $270.00 |
| BELOIT BOX BOARD COMPANY, INC.<br>801 SECOND STREET<br>PO BOX 386<br>BELOIT, WI 53512-0386 | | Claim Number: 2416<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $1,184.00 |
| BERGER BROTHERS, INC.<br>1176 N. CHERRY AVE<br>CHICAGO, IL 60642 | | Claim Number: 2758<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $10,762.00 |
| BERGERON, PAULINE<br>2475 RUE O'ALGEZ APP 5<br>QUEBEC, QC G1P 3K1<br>CANADA | | Claim Number: 8965<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $342.91 |

| | | |
|---|---|---|
| BERMAN PRINTING COMPANY<br>DONALD F. BATY, JR. & ADAM K. KEITH<br>HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>2290 FIRST NAT. BLDG., 600 WOODWARD AVE.<br>DETROIT, MI 48226 | Claim Number: 1138-01<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | |

| UNSECURED | Claimed: | $9,669.87 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| BERMAN PRINTING COMPANY<br>DONALD F. BATY, JR. & ADAM K. KEITH<br>HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>2290 FIRST NAT. BLDG., 600 WOODWARD AVE.<br>DETROIT, MI 48226 | Claim Number: 1138-02<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) | |

| ADMINISTRATIVE | Claimed: | $84,636.76 | Allowed: | $84,636.76 |
|---|---|---|---|---|

| | | |
|---|---|---|
| BERNRITTER, JOHN R<br>27406 - 219TH PLACE S.E.<br>MAPLE VALLEY, WA 98038 | Claim Number: 1172<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| UNSECURED | Claimed: | $1,254.88   UNLIQ | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| BESTWAY TRANSPORT, INC<br>4900 HOLABIRD AVE<br>PO BOX 5271<br>BALTIMORE, MD 21224 | Claim Number: 107<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |

| UNSECURED | Claimed: | $17,918.21 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| BETHEA, ANDREW E<br>2761 SMITH ROAD<br>CASTLEBERRY, AL 36432 | Claim Number: 10024<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| UNSECURED | Claimed: | $22,000.00 | | |
|---|---|---|---|---|

---

| BHS CORRUGATED NORTH AMERICA, INC. ET AL<br>ADAM HILLER<br>ATLANTIC LAW GROUP LLC<br>1500 NORTH FRENCH STREET, 2ND FLOOR<br>WILMINGTON, DE 19801 | Claim Number: 11675<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |

| SECURED | Claimed: | $5,548,868.81 |

---

| BIRD, TRACEY K<br>3930 TURKEY HILL COURT NE<br>ORANGEBURG, SC 29118 | Claim Number: 11406<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13551<br>Claim Date: 11/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8555 (09/17/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| BLAIR, STEVEN<br>608 DAYTON<br>MONETT, MO 65708 | Claim Number: 3090<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |

| UNSECURED | Claimed: | $3,881.28 |

---

| BLAKE GROUP HOLDINGS<br>D/B/A JW STEVENS<br>61 W. DUDLEY TOWN RD<br>BLOOMFIELD, CT 06002 | Claim Number: 800<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $1,456.90 |

---

| BLI TRANSPORTATION<br>PO BOX 1261<br>SAINT CHARLES, MO 63302 | Claim Number: 2195<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|
| UNSECURED          Claimed: | $264,815.14 |
| BLOWER APPLICATION COMPANY<br>PO BOX 279<br>GERMANTOWN, WI 53022 | Claim Number: 9812<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| UNSECURED          Claimed: | $39,910.02 |
| BLOWER APPLICATION COMPANY (01)<br>PO BOX 279<br>GERMANTOWN, WI 53022 | Claim Number: 9811<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| UNSECURED          Claimed: | $39,910.02 |
| BLOWER APPLICATION COMPANY (02)<br>PO BOX 279<br>GERMANTOWN, WI 53022 | Claim Number: 9813<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED          Claimed: | $39,910.02 |
| BLOWER APPLICATION COMPANY, INC<br>PO BOX 279<br>GERMANTOWN, WI 53022 | Claim Number: 2535<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED          Claimed: | $39,910.02 |

| | |
|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: DUST BUSTERS, THE<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 587<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |

UNSECURED          Claimed:                    $7,430.60

| | |
|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: SANTURCE JANITORIAL SUPPLY C<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 922<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |

UNSECURED          Claimed:                    $1,016.98

| | |
|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: WW ELECTRIC, LLC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 12495<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |

PRIORITY          Claimed:                    $2,730.00

| | |
|---|---|
| BLUE HERON PAPER COMPANY<br>JORDAN SCHRADER RAMIS, PC<br>ATTN: CHRIS L. REIVE<br>TWO CENTERPOINTE DR., 6TH FLR.<br>LAKE OSWEGO, OR 97035 | Claim Number: 13597<br>Claim Date: 11/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8758 (11/15/2010) |

UNSECURED          Claimed:                    $0.00          Scheduled:               $0.00  UNLIQ DISP

| | |
|---|---|
| BLUE HERON PAPER COMPANY<br>JORDAN SCHRADER RAMIS PC<br>ATTN: CHRISTOPHER L. REIVE<br>TWO CENTERPOINTE DR. 6TH FLR<br>LAKE OSWEGO, OR 97034 | Claim Number: 13939<br>Claim Date: 03/26/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8932 (02/15/2011) |

UNSECURED          Claimed:                    $2,500,000.00

| | | |
|---|---|---|
| BMG METALS, INC.<br>ATTN: NEIL E. MCCULLAGH, ESQUIRE<br>SPOTTS FAIN, PC<br>P.O. BOX 1555<br>RICHMOND, VA 23218 | | Claim Number: 9800<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |

| ADMINISTRATIVE | Claimed: | $19,129.06 |
|---|---|---|
| UNSECURED | Claimed: | $27,336.28 |

| | | |
|---|---|---|
| BMG METALS, INC.<br>ATTN: NEIL E. MCCULLAGH, ESQUIRE<br>SPOTTS FAIN, PC<br>P.O. BOX 1555<br>RICHMOND, VA 23218 | | Claim Number: 11914<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |

| ADMINISTRATIVE | Claimed: | $19,129.06 |
|---|---|---|
| UNSECURED | Claimed: | $46,465.34 |
| TOTAL | Claimed: | $46,465.34 |

| | | |
|---|---|---|
| BOARD OF PUBLIC UTILITIES<br>540 MINNESOTA AVENUE<br>KANSAS CITY, KS 66101 | | Claim Number: 936<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |

| UNSECURED | Claimed: | $8,897.62 |
|---|---|---|

| | | |
|---|---|---|
| BOARD OF PUBLIC UTILITIES<br>540 MINNESOTA AVENUE<br>KANSAS CITY, KS 66101 | | Claim Number: 937<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |

| UNSECURED | Claimed: | $2,091.31 |
|---|---|---|

| | | |
|---|---|---|
| BOARD OF PUBLIC UTILITIES<br>540 MINNESOTA AVENUE<br>KANSAS CITY, KS 66101 | | Claim Number: 938<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5047 (02/16/2010) |

| UNSECURED | Claimed: | $674.27 |
|---|---|---|

| | | |
|---|---|---|
| BOARD OF PUBLIC UTILITIES<br>540 MINNESOTA AVENUE<br>KANSAS CITY, KS 66101 | | Claim Number: 939<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| UNSECURED | Claimed: | $407.09 |
| BOARD OF PUBLIC UTILITIES<br>540 MINNESOTA AVENUE<br>KANSAS CITY, KS 66101 | | Claim Number: 940<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| UNSECURED | Claimed: | $8,439.57 |
| BOARD OF PUBLIC UTILITIES<br>540 MINNESOTA AVENUE<br>KANSAS CITY, KS 66101 | | Claim Number: 941<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| UNSECURED | Claimed: | $174.84 |
| BOARD OF PUBLIC UTILITIES<br>540 MINNESOTA AVENUE<br>KANSAS CITY, KS 66101 | | Claim Number: 942<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| UNSECURED | Claimed: | $61.69 |
| BOARD OF PUBLIC UTILITIES<br>540 MINNESOTA AVENUE<br>KANSAS CITY, KS 66101 | | Claim Number: 943<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
| UNSECURED | Claimed: | $2,089.20 |

| | | |
|---|---|---|
| BOBBETT, HERMAN<br>THE LAW OFFICES OF STEVEN J. COOPER<br>21515 HAWTHORNE BLVD. SUITE 1150<br>TORRANCE, CA 90503 | | Claim Number: 6044<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| PRIORITY | Claimed: | $85,000.00 |
| UNSECURED | Claimed: | $165,000.00 |
| BOBBETT, HERMAN<br>THE LAW OFFICES OF STEVEN J. COOPER<br>21515 HAWTHORNE BLVD. SUITE 1150<br>TORRANCE, CA 90503 | | Claim Number: 6895<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| PRIORITY | Claimed: | $85,000.00 |
| UNSECURED | Claimed: | $165,000.00 |
| BOIVIN, ALAIN<br>9000 CROISSART RUBENS<br>BROSSARD, QC J4X 2H9<br>CANADA | | Claim Number: 14183<br>Claim Date: 12/22/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>CLAIM AMOUNT IS 174,504 CANADIAN |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| BOIVIN, ALAIN<br>9000 CROISSART RUBENS<br>BROSSARD, QC J4X 2H9<br>CANADA | | Claim Number: 14184<br>Claim Date: 12/21/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| BOMGAARS SUPPLY<br>1805 ZENITH DRIVE<br>SIOUX CITY, IA 51103 | | Claim Number: 7141-01<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID |
| ADMINISTRATIVE | Claimed: | $1,997.83 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | | | |
|---|---|---|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10476<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) | | | |
| UNSECURED          Claimed:              $5,000.00 | | | | |
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10477<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) | | | |
| UNSECURED          Claimed:              $500.00 | | | | |
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10478<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) | | | |
| UNSECURED          Claimed:              $2,000.00 | | | | |
| BOND SAFEGUARD INSURANCE COMPANY<br>CONTRARIAN CAPITAL MANAGEMENT LLC<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 10479<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8695 (10/28/2010) | | | |
| UNSECURED          Claimed:              $15,000.00 | | | Allowed: | $3,592.88 |
| BOND SAFEGUARD INSURANCE COMPANY<br>CONTRARIAN CAPITAL MANAGEMENT LLC<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 10480<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8695 (10/28/2010) | | | |
| UNSECURED          Claimed:              $84,600.00 | | | Allowed: | $37,550.90 |

| | | | | |
|---|---|---|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>CONTRARIAN CAPITAL MANAGEMENT LLC<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 10481<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8695 (10/28/2010) | | |
| UNSECURED | Claimed: | $6,200.00 | Allowed: | $4,353.60 |
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | | Claim Number: 10482<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) | | |
| UNSECURED | Claimed: | $150,000.00 | | |
| BOND SAFEGUARD INSURANCE COMPANY<br>CONTRARIAN CAPITAL MANAGEMENT, LLC<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 10489<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8695 (10/28/2010) | | |
| UNSECURED | Claimed: | $20,000.00 | Allowed: | $6,691.83 |
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | | Claim Number: 10490<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) | | |
| UNSECURED | Claimed: | $10,750.00 | | |
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | | Claim Number: 10491<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) | | |
| UNSECURED | Claimed: | $16,000.00 | | |

| | | | | |
|---|---|---|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>CONTRARIAN CAPITAL MANAGEMENT LLC<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 10492<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8695 (10/28/2010) | | |
| UNSECURED | Claimed: | $49,000.00 | Allowed: | $42,041.05 |
| BOND SAFEGUARD INSURANCE COMPANY<br>CONTRARIAN CAPITAL MANAGEMENT LLC<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 10493<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8695 (10/28/2010) | | |
| UNSECURED | Claimed: | $99,500.00 | Allowed: | $27,135.85 |
| BOND SAFEGUARD INSURANCE COMPANY<br>CONTRARIAN CAPITAL MANAGEMENT LLC<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 10494<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8695 (10/28/2010) | | |
| UNSECURED | Claimed: | $7,000.00 | Allowed: | $5,189.40 |
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | | Claim Number: 10498<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) | | |
| UNSECURED | Claimed: | $119,000.00 | | |
| BOND SAFEGUARD INSURANCE COMPANY<br>ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS<br>BEACH PLLC, ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | | Claim Number: 14150<br>Claim Date: 10/19/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) | | |
| UNSECURED | Claimed: | $119,000.00 | | |

| | | |
|---|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS<br>BEACH PLLC, ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | | Claim Number: 14157<br>Claim Date: 10/19/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) |
| UNSECURED | Claimed: | $16,000.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS<br>BEACH PLLC, ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | | Claim Number: 14158<br>Claim Date: 10/19/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) |
| UNSECURED | Claimed: | $10,750.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS<br>BEACH PLLC, ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | | Claim Number: 14164<br>Claim Date: 10/19/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) |
| UNSECURED | Claimed: | $150,000.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS<br>BEACH PLLC, ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | | Claim Number: 14165<br>Claim Date: 10/19/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) |
| UNSECURED | Claimed: | $2,000.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS<br>BEACH PLLC, ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | | Claim Number: 14166<br>Claim Date: 10/19/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) |
| UNSECURED | Claimed: | $500.00 |

| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14198<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) |
|---|---|
| UNSECURED          Claimed: | $16,000.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14199<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) |
| UNSECURED          Claimed: | $10,750.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14205<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) |
| UNSECURED          Claimed: | $150,000.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14206<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) |
| UNSECURED          Claimed: | $2,000.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14207<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) |
| UNSECURED          Claimed: | $500.00 |

---

BOND SAFEGUARD INSURANCE COMPANY
C/O HARRIS BEACH, PLLC
ATTN: KELLY C. GRIFFITH, ESQ.
ONE PARK PLACE, 4TH FL-300 S. STATE ST.
SYRACUSE, NY 13202

Claim Number: 14208
Claim Date: 04/14/2011
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 9479 (12/09/2014)

| UNSECURED | Claimed: | $5,000.00 |
|---|---|---|

---

BONGARDE HOLDINGS, INC
PO BOX 423
OROVILLE, WA 98844-0428

Claim Number: 8172
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3286 (12/18/2009)

| UNSECURED | Claimed: | $9,995.00 |
|---|---|---|

---

BONGARDE HOLDINGS, INC
102-501 MAIN STREET
PENTICTON, BC V2A 9A6
CANADA

Claim Number: 8520
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8407 (08/18/2010)

| UNSECURED | Claimed: | $9,995.00 |
|---|---|---|

---

BOONE JR, THOMAS C
1440 W BITTERS RD APT 723
SAN ANTONIO, TX 78248

Claim Number: 4992
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $10,000.00 |
|---|---|---|

---

BOORAEM, JOHN V
8810 WALTHER BLVD
APT # 1611
BALTIMORE, MD 21234

Claim Number: 9113
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| BORDELON, RANDALL D<br>1890 OLD ARCADIA ROAD<br>MINDEN, LA 71055 | | Claim Number: 4437<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| | | |
|---|---|---|
| SECURED | Claimed: | $10,000.00 |
| UNSECURED | Claimed: | $10,000.00 |
| TOTAL | Claimed: | $10,000.00 |

| | | |
|---|---|---|
| BORGES, BENITO ARMANDO SR.<br>BARON & BUDD P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE.<br>DALLAS, TX 75219 | | Claim Number: 11817<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| BOUCHER, LINDA D<br>PO BOX 1623<br>ELLIJAY, GA 30540 | | Claim Number: 7507<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| BOUTWELL, STEVEN A<br>741 OLD HWY 31<br>FLOMATON, AL 36441 | | Claim Number: 13925<br>Claim Date: 03/25/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $11,367.20 |

| | | |
|---|---|---|
| BOWATER INCORPORATED<br>55 E. CAMPERDOWN WAY<br>GREENVILLE, SC 29602 | | Claim Number: 99005<br>Claim Date: 06/29/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $29,410.35 |

BOWMAN, JAMES
3209 LA VEL LN
LOUISVILLE, KY 40216

Claim Number: 12501
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $382.85 |
|---|---|---|

BP CANADA ENERGY MARKETING CORP.
KELLEY DRYE & WARREN LLP
JAMES S CARR, ESQ - GABRIELLE ROHWER ESQ
101 PARK AVENUE
NEW YORK, NY 10178

Claim Number: 2775-02
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 3195 (12/16/2009)

| ADMINISTRATIVE | Claimed: | $80,297.41  UNLIQ | Allowed: | $80,297.00 |
|---|---|---|---|---|

BRADY, BOBBY
BARON & BUDD, P.C.
THE CENTRUM SUITE 1100
3102 OAK LAWN AVE.
DALLAS, TX 75219

Claim Number: 11818
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

BRANCH GROUP, INC., THE
D/B/A REXEL, INC.
SILVERMAN & ASSOCIATES, CHTD.
11200 ROCKVILLE PIKE, SUITE 300
ROCKVILLE, MD 20852

Claim Number: 13337
Claim Date: 09/22/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $18,351.12 |
|---|---|---|

BRASWELL, REGINALD
9114 THRASH STREET
COVINGTON, GA 30016

Claim Number: 6839
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| PRIORITY | Claimed: | $14,000.00 |
|---|---|---|
| SECURED | Claimed: | $300,000.00 |
| TOTAL | Claimed: | $300,000.00 |

| BRENNTAG SOUTHEAST<br>2000 E PETTIGREW STREET<br>DURHAM, NC 27703 | | Claim Number: 9550-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|---|
| UNSECURED | Claimed: | $5,310.06 |

| BRENNY TRANSPORTATION, INC.<br>PO BOX 7155<br>ST CLOUD, MN 56303 | | Claim Number: 725<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|---|
| UNSECURED | Claimed: | $4,430.00 |

| BRIELTZ, B J<br>1033 TURKINGTON TERRACE<br>ROCHELLE, IL 61068 | | Claim Number: 6042<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| PRIORITY | Claimed: | $50,000.00   UNLIQ |
| UNSECURED | Claimed: | $205.23   UNLIQ |

| BROADSPIRE SERVICES, INC. (2)<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JEFFREY CHANG<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 10834<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9303 (01/29/2013) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| BROWARD COUNTY RECORDS, TAXES & TREASURY<br>DIV., TAX COLLECTOR - GOVERNMENT CENTER<br>ANNEX., ATTN: LITIGATION SECTION<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 13801<br>Claim Date: 01/26/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
|---|---|---|
| SECURED | Claimed: | $89,024.92   UNLIQ |

| | | |
|---|---|---|
| BROWARD COUNTY REVENUE COLLECTOR<br>REVENUE COLLECTION DIVISION<br>GOV. CENTER ANNEX-ATTN: LITIGATION DEPT<br>115 S ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | Claim Number: 3170<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |

| SECURED | Claimed: | $41,867.33   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| BROWN'S GARAGE & TRUCKING INC<br>P.O. BOX 1090<br>HODGE, LA 71247 | Claim Number: 4<br>Claim Date: 01/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |

| UNSECURED | Claimed: | $22,546.90 |
|---|---|---|

| | | |
|---|---|---|
| BROWN'S GARAGE & TRUCKING INC<br>P.O. BOX 1090<br>HODGE, LA 71247 | Claim Number: 736<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |

| UNSECURED | Claimed: | $5,044.00 |
|---|---|---|

| | | |
|---|---|---|
| BRYANT, BEVERLY A<br>812 DOUGLAS AVENUE<br>BREWTON, AL 36426 | Claim Number: 9671<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | |

| UNSECURED | Claimed: | $42,749.06 |
|---|---|---|

| | | |
|---|---|---|
| BUDNICK CONVERTING, INC.<br>C/O MARY E. LOPINOT<br>MATHIS, MARIFIAN, RICHTER & GRANDY, LTD.<br>23 PUBLIC SQUARE, SUITE 300 P.O. BOX 307<br>BELLEVILLE, IL 62220 | Claim Number: 10523<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2407 (10/22/2009)<br>THIS CLAIM IS PAID | |

| ADMINISTRATIVE | Claimed: | $15,108.32 | Allowed: | $15,108.32 |
|---|---|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | |
|---|---|---|
| BURBANK, MARGARET<br>1469 MARINA ROAD<br>MURPHYSBORO, IL 62966 | | Claim Number: 11649<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $121.18 |
| BURNS, SUZAN<br>580 RIDGESIDE DRIVE<br>GOLDEN, CO 80401 | | Claim Number: 11458<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $70,000.00   UNLIQ |
| BUSSELL, CURTIS A<br>3505 TIPPECANOE<br>MONROE, MI 48162 | | Claim Number: 7695<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| BUTLER PAPER RECYCLING, INC.<br>AYESHA S. CHACKO<br>CAMPBELL & LEVINE, LLC<br>800 NORTH KING STREET, SUITE 300<br>WILMINGTON, DE 19801 | | Claim Number: 2133<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 1680 (08/21/2009) |
| ADMINISTRATIVE | Claimed: | $30,660.95 |
| BUTLER PAPER RECYCLING, INC.<br>AYESHA S. CHACKO<br>CAMPBELL & LEVINE, LLC<br>800 NORTH KING STREET, SUITE 300<br>WILMINGTON, DE 19801 | | Claim Number: 2152<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 1680 (08/21/2009) |
| ADMINISTRATIVE | Claimed: | $30,660.95 |

| | | |
|---|---|---|
| C ANDERSEN ELECTRIC<br>ATTN: DEBORAH ANDERSEN<br>910 FACTORY OUTLET BLVD.<br>NIAGARA FALLS, NY 14304 | | Claim Number: 8188<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $192.74 |
| CALHOUN, JOHN<br>P.O. BOX 664<br>GOULDSBORO, PA 18424 | | Claim Number: 5739<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $316,808.64 |
| CALIFORNIA SELF INSURERS' SECURITY FUND<br>LOUIS J. CISZ & GINA M. FORNARIO<br>NIXON PEABODY LLP<br>ONE EMBARCADERO CTR., 18TH FL.<br>SAN FRANCISCO, CA 94111 | | Claim Number: 1406<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
| PRIORITY | Claimed: | $0.00   UNDET |
| CALKINS, SHARON<br>6B EAST FARMS ROAD<br>TORRINGTON, CT 06790 | | Claim Number: 8165<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| CALLAHAN, PATRICIA<br>13524 E 52ND DRIVE<br>YUMA, AZ 85367 | | Claim Number: 7283<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| CALPINE CONTAINERS, INC. | | Claim Number: 10771 |
| ATTN: KEN SOMMERS, VICE PRESIDENT, CFO | | Claim Date: 08/27/2009 |
| 9499 N. FORT WASHINGTON, STE 103 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| FRESNO, CA 93730 | | Comments: EXPUNGED |
| | | DOCKET: 8120 (06/22/2010) |

| ADMINISTRATIVE | Claimed: | $24,881.60 |
| UNSECURED | Claimed: | $15,411.60 |

---

| CANADA STEEL SERVICE CENTRE INC. | | Claim Number: 322 |
| 25 CUDDY BLVD | | Claim Date: 02/12/2009 |
| LONDON, ON N5V 3Y3 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| CANADA | | Comments: EXPUNGED |
| | | DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $1,062.71 |

---

| CANADIAN NATIONAL RAILWAY COMPANY | | Claim Number: 10981 |
| 935 DE LA GAUCHETIERE STREET WEST | | Claim Date: 08/27/2009 |
| FLOOR 4 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| MONTREAL, QC H3B 2M9 | | Comments: EXPUNGED |
| CANADA | | DOCKET: 8120 (06/22/2010) |

| UNSECURED | Claimed: | $289,663.21 |

---

| CANAL, RAUL | | Claim Number: 12141 |
| 24738 COVEY RD | | Claim Date: 08/31/2009 |
| MORENO VALLEY, CA 92557-4219 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | | Comments: EXPUNGED |
| | | DOCKET: 7554 (05/10/2010) |

| PRIORITY | Claimed: | $15,500.00 |
| SECURED | Claimed: | $15,500.00 |
| UNSECURED | Claimed: | $15,500.00 |
| TOTAL | Claimed: | $15,500.00 |

---

| CANAS, CONCEPCION G | | Claim Number: 10061 |
| 24411 35TH PL. SO. | | Claim Date: 08/25/2009 |
| KENT, WA 98032 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | | Comments: EXPUNGED |
| | | DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $440.00 |

---

---

| CANNON HYGIENE, INC | Claim Number: 1661 |
| PO BOX 4172 | Claim Date: 03/23/2009 |
| DULUTH, GA 30096-0065 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 7550 (05/10/2010) |

| PRIORITY | Claimed: | $946.20 |
| UNSECURED | Claimed: | $946.20 |
| TOTAL | Claimed: | $946.20 |

---

| CANUSA HERSHMAN RECYCLING, LLC | Claim Number: 1811 |
| EULER HERMES ACI | Claim Date: 03/17/2009 |
| AGENT OF CANUSA HERSHMAN RECYCLING, LLC | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 800 RED BROOK BOULEVARD | Comments: EXPUNGED |
| OWINGS MILLS, MD 21117 | DOCKET: 3287 (12/18/2009) |

| UNSECURED | Claimed: | $168,554.06 |

---

| CAPITAL LIGHTING AND SUPPLY, INC | Claim Number: 12038-01 |
| C/ KEVIN A GUERKE/SEITZ VANOGTROP & GRN. | Claim Date: 08/28/2009 |
| 222 DELAWARE AVENUE, STE. 1500 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| P.O. BOX 68 | Comments: DOCKET: 7188 (04/22/2010) |
| WILMINGTON, DE 19899 | THIS CLAIM IS PAID |

| ADMINISTRATIVE | Claimed: | $6,408.45 |

---

| CAPPO, DOMINIC D. | Claim Number: 11819 |
| BARON & BUDD, P.C. | Claim Date: 08/28/2009 |
| THE CENTRUM SUITE 1100 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 3102 OAK LAWN AVE | Comments: WITHDRAWN |
| DALLAS, TX 75219 | DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| CAR-MIN CONSTRUCTION CO., INC. | Claim Number: 530 |
| 1000 LOW AVENUE | Claim Date: 02/17/2009 |
| WAUKEGAN, IL 60085 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 7553 (05/10/2010) |

| UNSECURED | Claimed: | $1,842.75 |

---

CARAUSTAR INDUSTRIES, INC.
TYBOUT REDFEARN & PELL
SHERRY RUGGIERO FALLON
750 SHIPYARD DR STE 400 - PO BOX 2092
WILMINGTON, DE 19899-2092

Claim Number: 3527-01
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $13,381.78 | | |
|---|---|---|---|---|

CARAUSTAR INDUSTRIES, INC.
TYBOUT REDFEARN & PELL
SHERRY RUGGIERO FALLON
750 SHIPYARD DR STE 400 - PO BOX 2092
WILMINGTON, DE 19899-2092

Claim Number: 3527-02
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 3195 (12/16/2009)

| ADMINISTRATIVE | Claimed: | $592,467.22 | Allowed: | $592,467.22 |
|---|---|---|---|---|

CARDINAL HEALTH 200, LLC
GREENBERG TRAURIG. LLP
C/O DENNIS A. MELORO
1007 NORTH ORANGE STREET, SUITE 1200
WILMINGTON, DE 19801

Claim Number: 14111
Claim Date: 08/13/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 8672 (10/19/2010)

| ADMINISTRATIVE | Claimed: | $602,340.10 | Allowed: | $602,340.10 |
|---|---|---|---|---|

CAREFUSION CORPORATION ET AL.
(ATTN: KEVIN BARRY)
3750 TORREY VIEW COURT
SAN DIEGO, CA 92130

Claim Number: 11771
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| UNSECURED | Claimed: | $200,785.00 | | |
|---|---|---|---|---|

CARITHERS WALLACE COURTENAY
PO BOX 116278
ATLANTA, GA 30368

Claim Number: 8586
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $4,018.82 | | |
|---|---|---|---|---|

---

CARLTON FIELDS, P.A.
P.O. BOX 3239
ATTN: HYWEL LEONARD
TAMPA, FL 33601-3239

Claim Number: 2255
Claim Date: 04/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $120,643.96 |
|---|---|---|

---

CAROLINA NATIONAL TRANSPORTATION
950 HOUSTON NORTHCUT BLVD, STE 100
MOUNT PLEASANT, SC 29464

Claim Number: 557
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $4,223.84 |
|---|---|---|

---

CAROLINA POWER & LIGHT COMPANY D/B/A
PROGRESS ENERGY CAROLINAS, INC.
ANNA B. OSTERHOUT, ESQ. - SMITH ANDERSON
PO BOX 2611
RALEIGH, NC 27602-2611

Claim Number: 13553
Claim Date: 11/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 8880 (01/06/2011)

| UNSECURED | Claimed: | $34,547.67 |
|---|---|---|

---

CAROLINA TRACTOR & EQUIPMENT COMPANY DBA
LIFTONE
PO BOX 1095
ATTN: JAMES NHAN - CREDIT DEPT
CHARLOTTE, NC 28201

Claim Number: 12504
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $13,578.82 |
|---|---|---|

---

CARROLL, RICHARD
C/O MARK RUBIN
3413 WHITE PLAINS ROAD
BRONX, NY 10467

Claim Number: 5341
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 8391 (08/16/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,100,000.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $1,500,000.00 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| CARTER, CINDY J<br>6901 PLEASANT VALLEY ROAD<br>CAMDEN, OH 45311 | | Claim Number: 11223<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| CARTER, PATRICIA<br>8244 GREENBUSH RD<br>SOMERVILLE, OH 45064 | | Claim Number: 9612<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| CARTER, STEVEN WAYNE<br>C/O GREGORY A. CADE<br>ENVIRONMENTAL LITIGATION GROUP P.C.<br>3529 7TH AVE. SOUTH<br>BIRMINGHAM, AL 35222 | | Claim Number: 11529<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $41,000.00 |
| CASMALIA RESOURCES SITE STEERING<br>COMMITTEE - C/O MILISSA MURRAY, ESQ.<br>BINGHAM MCCUTCHEN LLP<br>2020 K STREET, NW<br>WASHINGTON, DC 20006 | | Claim Number: 13556<br>Claim Date: 11/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8917 (02/01/2011) |
| UNSECURED | Claimed: | $271,900,000.00   UNLIQ |
| CASWELL, MARVIN C., SR.<br>816 MONTCLAIR RD<br>LEESBURG, FL 34748 | | Claim Number: 14139<br>Claim Date: 08/16/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9246 (06/26/2012) |
| PRIORITY | Claimed: | $40,000.00 |

| | | |
|---|---|---|
| CATERPILLAR FINANCIAL SERVICES CORP.<br>PETER J. DUHIG, ESQUIRE<br>BUCHANAN, INGERSOLL & ROONEY, P.C.<br>THE BRANDYWINE BLDG., 1000 WEST ST,14 FL<br>WILMINGTON, DE 19801-1054 | | Claim Number: 10083<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| SECURED | Claimed: | $4,934,680.03 |
| CAVALRY LOGISTICS, LLC<br>COFACE NORTH AMERICA, INC.<br>PO BOX 2102<br>CRANBURY, NJ 08512 | | Claim Number: 1341<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $69,727.38 |
| CDL PROPERTIES, LLC<br>C/O M. CRAIG SMITH<br>MILLER & MARTIN PLLC - VOLUNTEER BLDG<br>832 GEORGIA AVENUE, SUITE 1000<br>CHATTANOOGA, TN 37402 | | Claim Number: 9413<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| ADMINISTRATIVE | Claimed: | $62,130.48 |
| CE PRINT SOLUTIONS, INC,<br>PO BOX 1229<br>LEXINGTON, NC 27293-1229 | | Claim Number: 3597<br>Claim Date: 06/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $2,601.57 |
| CEDAR BAY GENERATING COMPANY<br>LIMITED PARTNERSHIP<br>PO BOX 26324<br>ATTN: CHIEF FINANCIAL OFFICER<br>JACKSONVILLE, FL 32226 | | Claim Number: 11059<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 4115 (01/13/2010) |
| SECURED | Claimed: | $2,724,682.00   UNLIQ |

| | |
|---|---|
| CELL PAK<br>850 UNION AVENUE<br>BRIDGEPORT, CT 06607 | Claim Number: 189<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $34,990.42 |
|---|---|---|

| | |
|---|---|
| CENTRAL CONSTRUCTION CORPORATION<br>P.O. BOX 8337<br>SOUTHPORT, FL 32409 | Claim Number: 238<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |

| UNSECURED | Claimed: | $34,345.00 |
|---|---|---|

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9381<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |

| UNSECURED | Claimed: | $3,632,243.95   CONT |
|---|---|---|

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9389<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |

| UNSECURED | Claimed: | $1,569,422.14 |
|---|---|---|

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13907<br>Claim Date: 03/15/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |

| UNSECURED | Claimed: | $1,679,317.34 |
|---|---|---|

| | | |
|---|---|---|
| CERTIFIED AD SERVICES<br>P.O. BOX 12025<br>FRESNO, CA 93776-2025 | | Claim Number: 98<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| ADMINISTRATIVE | Claimed: | $3,215.94 |
| UNSECURED | Claimed: | $3,330.00 |
| CHAMBLISS, BAHNER & STOPHEL, P.C.<br>ATTENTION: HUGH J. MOORE, JR.<br>1000 TALLAN BUILDING, TWO UNION SQUARE<br>CHATTANOOGA, TN 37402 | | Claim Number: 3463<br>Claim Date: 06/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
| UNSECURED | Claimed: | $1,439.51 |
| CHAN, THOMAS D<br>1500 NOTTING HILL RD<br>ALGONQUIN, IL 60102 | | Claim Number: 6978<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| CHARLES CITY LAND & TIMBER, INC.<br>C/O DARVIN E. SATTERWHITE, ESQ., R.A.<br>P.O. BOX 325<br>3013 RIVER ROAD WEST<br>GOOCHLAND, VA 23063 | | Claim Number: 900<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $22,947.84 |
| CHARMICHAEL, R J<br>5204 HIGHWAY V-37<br>LAPORTE CITY, IA 50651 | | Claim Number: 6979<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) |
| PRIORITY | Claimed: | $15,188.65 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | |
|---|---|---|
| CHASE PARTITIONS, INC<br>3250 WALTER AVE<br>SAINT LOUIS, MO 63143 | | Claim Number: 355<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $28,487.60 |
| CHASE PARTITIONS, INC<br>3250 WALTER AVE<br>SAINT LOUIS, MO 63143 | | Claim Number: 6960-01<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID |
| ADMINISTRATIVE | Claimed: | $11,539.94 |
| CHECKER LOGISTICS, INC.<br>P.O. BOX 2525<br>GREEN BAY, WI 54306 | | Claim Number: 613<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $55,933.30 |
| CHEM-PRUF DOOR CO., LTD.<br>PO BOX 4560<br>BROWNSVILLE, TX 78523 | | Claim Number: 1528<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $1,084.51 |
| CHEMSTATION OF EL PASO<br>4731 RIPLEY DR., STE. "C"<br>EL PASO, TX 79922 | | Claim Number: 229<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $6,240.00 |

---

CIBA CORPORATION, F/K/A CIBA SPECIALTY
CHEMICALS CORP, ATTN: MICHAEL L. SCHEIN
C/O VEDDER PRICE P.C.
1633 BROADWAY 47TH FLOOR
NEW YORK, NY 10019

Claim Number: 6846-01
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4136 (01/14/2010)

| UNSECURED | Claimed: | $393,710.20 |
|---|---|---|

---

CIBA CORPORATION, F/K/A CIBA SPECIALTY
CHEMICALS CORP, ATTN: MICHAEL L. SCHEIN
C/O VEDDER PRICE P.C.
1633 BROADWAY 47TH FLOOR
NEW YORK, NY 10019

Claim Number: 6846-02
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4136 (01/14/2010)

| ADMINISTRATIVE | Claimed: | $161,966.74 |
|---|---|---|

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE ST - ROOM 107A
CHICAGO, IL 60602

Claim Number: 1682
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| PRIORITY | Claimed: | $1,481.63 |
|---|---|---|
| UNSECURED | Claimed: | $261.00 |

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE ST - ROOM 107A
CHICAGO, IL 60602

Claim Number: 1685
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| PRIORITY | Claimed: | $402.34 |
|---|---|---|

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE ST - ROOM 107A
CHICAGO, IL 60602

Claim Number: 1687
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| PRIORITY | Claimed: | $5,996.91 |
|---|---|---|
| UNSECURED | Claimed: | $640.20 |

---

| | | |
|---|---|---|
| CITY OF CHICAGO | Claim Number: 1691 | |
| DEPARTMENT OF REVENUE | Claim Date: 03/23/2009 | |
| BUSINESS BANKRUPTCY UNIT | Debtor: SMURFIT-STONE CONTAINER CORPORATION | |
| 121 N. LASALLE ST - ROOM 107A | Comments: EXPUNGED | |
| CHICAGO, IL 60602 | DOCKET: 7650 (05/18/2010) | |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,922.56 |

| | | |
|---|---|---|
| CITY OF EL PASO | Claim Number: 813 | |
| DAVID G. AELVOET | Claim Date: 02/17/2009 | |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Debtor: SMURFIT-STONE CONTAINER CORPORATION | |
| 711 NAVARRO, SUITE 300 | Comments: EXPUNGED | |
| SAN ANTONIO, TX 78205 | DOCKET: 2760 (11/16/2009) | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $294,427.96 | UNLIQ |

| | | |
|---|---|---|
| CITY OF EL PASO | Claim Number: 1129 | |
| DAVID G. AELVOET | Claim Date: 03/06/2009 | |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Debtor: SMURFIT-STONE CONTAINER CORPORATION | |
| 711 NAVARRO, SUITE 300 | Comments: EXPUNGED | |
| SAN ANTONIO, TX 78205 | DOCKET: 3287 (12/18/2009) | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $294,427.96 | UNLIQ |

| | | |
|---|---|---|
| CITY OF EL PASO | Claim Number: 13473 | |
| DAVID G. AELVOET | Claim Date: 10/13/2009 | |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Debtor: SMURFIT-STONE CONTAINER CORPORATION | |
| 711 NAVARRO, SUITE 300 | Comments: EXPUNGED | |
| SAN ANTONIO, TX 78205 | DOCKET: 6649 (04/07/2010) | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $333,731.40 | UNLIQ |

| | | |
|---|---|---|
| CITY OF EL PASO | Claim Number: 13812 | |
| DAVID G. AELVOET | Claim Date: 02/08/2010 | |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Debtor: SMURFIT-STONE CONTAINER CORPORATION | |
| 711 NAVARRO, SUITE 300 | Comments: EXPUNGED | |
| SAN ANTONIO, TX 78205 | DOCKET: 8120 (06/22/2010) | |

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $262,554.09 | UNLIQ |

| | | |
|---|---|---|
| CITY OF EL PASO<br>DAVID G. AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO, TX 78205 | | Claim Number: 13941<br>Claim Date: 03/29/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8210 (07/12/2010) |
| ADMINISTRATIVE | Claimed: | $284,403.63   UNLIQ |
| CITY OF FORT LAUDERDALE<br>ATTN: CITY ATTORNEY'S OFFICE<br>100 N. ANDREWS AVENUE, 7TH FLOOR<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 14118<br>Claim Date: 08/11/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8980 (03/11/2011) |
| ADMINISTRATIVE | Claimed: | $4,200.00 |
| CITY OF FORT WORTH<br>ATTN: CHRISTOPHER B. MOSLEY<br>1000 THROCKMORTON STREET<br>FORT WORTH, TX 76102 | | Claim Number: 1118<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $14,918.38 |
| CITY OF GLENDALE, ARIZONA<br>ATTN: COLLECTIONS - ATTN: TAMMY JOINER<br>5850 W. GLENDALE AVE<br>GLENDALE, AZ 85301 | | Claim Number: 3281<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $726.45 |
| CITY OF HOPEWELL, VIRGINIA, THE<br>C/O WILLIAM A. GRAY, ESQUIRE<br>SANDS ANDERSON MARKS & MILLER, PC<br>801 E. MAIN STREET (23219), PO BOX 1998<br>RICHMOND, VA 23218-1998 | | Claim Number: 10897<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| PRIORITY | Claimed: | $248,443.79 |
| SECURED | Claimed: | $248,443.79 |
| TOTAL | Claimed: | $248,443.79 |

| CITY OF HOPEWELL, VIRGINIA, THE | Claim Number: 10898 |
| C/O WILLIAM A. GRAY, ESQUIRE | Claim Date: 08/27/2009 |
| SANDS ANDERSON MARKS & MILLER, PC | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 801 E. MAIN STREET (23219), PO BOX 1998 | Comments: EXPUNGED |
| RICHMOND, VA 23218-1998 | DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $495,675.13 |
| SECURED | Claimed: | $495,675.13 |
| TOTAL | Claimed: | $495,675.13 |

| CITY OF HOPEWELL, VIRGINIA, THE | Claim Number: 10899 |
| C/O WILLIAM A. GRAY, ESQUIRE | Claim Date: 08/27/2009 |
| SANDS ANDERSON MARKS & MILLER, PC | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 801 E. MAIN STREET (23219), PO BOX 1998 | Comments: EXPUNGED |
| RICHMOND, VA 23218-1998 | DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $81,180.00 |
| SECURED | Claimed: | $81,180.00 |
| TOTAL | Claimed: | $81,180.00 |

| CITY OF HOPEWELL, VIRGINIA, THE | Claim Number: 10900 |
| C/O WILLIAM A. GRAY, ESQUIRE | Claim Date: 08/27/2009 |
| SANDS ANDERSON MARKS & MILLER, PC | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 801 E. MAIN STREET (23219), PO BOX 1998 | Comments: EXPUNGED |
| RICHMOND, VA 23218-1998 | DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $40.17 |
| SECURED | Claimed: | $40.17 |
| TOTAL | Claimed: | $40.17 |

| CITY OF HOPEWELL, VIRGINIA, THE | Claim Number: 10901 |
| C/O WILLIAM A. GRAY, ESQUIRE | Claim Date: 08/27/2009 |
| SANDS ANDERSON MARKS & MILLER, PC | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 801 E. MAIN STREET (23219), PO BOX 1998 | Comments: EXPUNGED |
| RICHMOND, VA 23218-1998 | DOCKET: 7650 (05/18/2010) |

| UNSECURED | Claimed: | $546,264.93 |

| | | |
|---|---|---|
| CITY OF LEWISVILLE<br>SAWKO & BURROUGHS, P.C.<br>1100 DALLAS DRIVE<br>SUITE 100<br>DENTON, TX 76205 | | Claim Number: 13628<br>Claim Date: 11/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9600 (08/25/2017) |
| SECURED | Claimed: | $90.34 |
| CITY OF LEWISVILLE<br>SAWKO & BURROUGHS, P.C.<br>1100 DALLAS DRIVE<br>SUITE 100<br>DENTON, TX 76205 | | Claim Number: 13633<br>Claim Date: 11/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| SECURED | Claimed: | $90.34 |
| CITY OF MIDDLETOWN<br>DIVISION OF TAXATION<br>P.O. BOX 428739<br>MIDDLETOWN, OH 45042-8739 | | Claim Number: 12248<br>Claim Date: 09/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| PRIORITY | Claimed: | $669.21 |
| CITY OF MILWAUKEE<br>CITY TREASURER - WAYNE F. WHITTOW<br>200 E. WELLS - ROOM 103<br>MILWAUKEE, WI 53202 | | Claim Number: 7791<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| SECURED | Claimed: | $44,201.86 |
| CITY OF MILWAUKEE<br>CITY TREASURER - WAYNE F. WHITTOW<br>200 E. WELLS - ROOM 103<br>MILWAUKEE, WI 53202 | | Claim Number: 14015<br>Claim Date: 04/26/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| SECURED | Claimed: | $5,347.18   UNLIQ |

| CITY OF MILWAUKEE<br>CITY TREASURER - WAYNE F. WHITTOW<br>200 E. WELLS - ROOM 103<br>MILWAUKEE, WI 53202 | Claim Number: 14057<br>Claim Date: 06/21/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
|---|---|
| SECURED          Claimed: | $0.00 |
| CITY OF PHILADELPHIA<br>C/O ASHELY M. CHAN, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 2ND FLOOR<br>PHILADELPHIA, PA 19103 | Claim Number: 722<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| PRIORITY          Claimed: | $231,540.58   UNLIQ |
| CITY OF PHILADELPHIA<br>C/O ASHELY M. CHAN, ESQUIRE<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQUARE, 2ND FLOOR<br>PHILADELPHIA, PA 19103 | Claim Number: 1112<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8745 (11/12/2010) |
| PRIORITY          Claimed: | $231,540.58   UNLIQ |
| CITY OF RICHMOND<br>DEPARTMENT OF PUBLIC UTILITIES<br>730 E. BROAD STREET, 5TH FLOOR<br>RICHMOND, VA 23219 | Claim Number: 3298<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| SECURED          Claimed: | $101,757.73 |
| CITY OF RICHMOND<br>DEPARTMENT OF PUBLIC UTILITIES<br>730 E. BROAD STREET, 5TH FLOOR<br>RICHMOND, VA 23219 | Claim Number: 3382<br>Claim Date: 06/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
| SECURED          Claimed: | $101,757.73 |

---

| CITY OF SULPHUR SPRINGS<br>C/O ELIZABETH WELLER - LINEBERGER GOGGAN<br>BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 2631<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| SECURED | Claimed: | $1,053.00 |
|---|---|---|

---

| CITY OF SULPHUR SPRINGS<br>C/O ELIZABETH WELLER - LINEBARGER GOGGAN<br>BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 13955<br>Claim Date: 04/05/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $558.02 | UNLIQ |

---

| CITY OF SULPHUR SPRINGS<br>ELIZABETH WELLER/LAURIE SPINDLER HUFFMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 13959<br>Claim Date: 04/05/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8038 (06/16/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $526.50 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |

---

| CITY OF VERSAILLES<br>PO BOX 625<br>VERSAILLES, KY 40383 | Claim Number: 13618<br>Claim Date: 11/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $39.27 |
|---|---|---|

---

| CITY OF WINONA, TEXAS<br>C/O CHARLES B. HENDRICKS<br>CAVAZOS, HENDRICKS, POIROT & SMITHAM, PC<br>900 JACKSON ST., SUITE 570, FOUNDERS SQ.<br>DALLAS, TX 75202 | Claim Number: 12031<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| ADMINISTRATIVE | Claimed: | $24,234.94 |
|---|---|---|

---

| | |
|---|---|
| CITY UTILITIES OF SPRINGFIELD, MISSOURI<br>REX C. MCCALL, ASST. ATTORNEY GENERAL<br>301 E. CENTRAL<br>SPRINGFIELD, MO 65802 | Claim Number: 1835<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $62,221.11 |
|---|---|---|

| | |
|---|---|
| CITY UTILITIES OF SPRINGFIELD, MISSOURI<br>ATTN:KELLY ROBERTS<br>301 E. CENTRAL<br>SPRINGFIELD, MO 65802 | Claim Number: 4569<br>Claim Date: 07/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $59,397.71 |
|---|---|---|

| | |
|---|---|
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR:DCO ENVIRONMENTAL & RECYCLING<br>C/O CRG FINANCIAL LLC<br>100 UNION AVENUE, SUITE 240<br>CRESSKILL, NJ 07626 | Claim Number: 11467<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $8,763.99 |
|---|---|---|

| | |
|---|---|
| CLARK, ROBERT A<br>203 BRENTWOOD DRIVE<br>CEDAR FALLS, IA 50613 | Claim Number: 10600<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

| | |
|---|---|
| CLARKSTOWN LANDFILL JOINT DEFENSE GROUP<br>C/O GARY JUSTIS<br>WAGSTAFF & CARTMELL LLP<br>4740 GRAND AVENUE, SUITE 300<br>KANSAS CITY, MO 64112 | Claim Number: 10026<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6952 (04/14/2010) |

| UNSECURED | Claimed: | $24,000,000.00   UNLIQ |
|---|---|---|

---

| CLIFTON-BROAD NORTH, LLC | Claim Number: 5415 |
| C/O DRAPER & GOLDBERG, PLLC | Claim Date: 06/26/2009 |
| ATTN: ADAM HILLER ET AL. | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 1500 NORTH FRENCH STREET | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 7652 (05/18/2010) |

| ADMINISTRATIVE | Claimed: | $25,842.81   UNLIQ |

---

| CLINTON COUNTY TREASURER | Claim Number: 3393 |
| 220 COURTHOUSE SQUARE | Claim Date: 06/09/2009 |
| FRANKFORT, IN 46041 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 8120 (06/22/2010) |

| PRIORITY | Claimed: | $157.19 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $157.19 |
| TOTAL | Claimed: | $157.19 |

---

| CNH CAPITAL | Claim Number: 14124 |
| P.O. BOX 1083 | Claim Date: 08/23/2010 |
| EVANSVILLE, IN 47706-1083 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 8662 (10/18/2010) |

| UNSECURED | Claimed: | $90.04 |

---

| COADY, MICHAEL | Claim Number: 1671 |
| 1312 BIG BEND CROSSING | Claim Date: 03/23/2009 |
| VALLEY PARK, MO 63088 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 8757 (11/15/2010) |

| PRIORITY | Claimed: | $0.00   UNLIQ |

---

| COASTAL TIMBERLANDS COMPANY | Claim Number: 86 |
| PO BOX 1128 | Claim Date: 02/05/2009 |
| HAVANA, FL 32333 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 2343 (10/20/2009) |

| UNSECURED | Claimed: | $6,116.04 |

---

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

---

COFACE NORTH AMERICA INSURANCE COMPANY
AGENT FOR ANCHOR BAY PACKAGING CORP.
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

Claim Number: 12030
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| ADMINISTRATIVE | Claimed: | $39,764.14 |
| --- | --- | --- |

COFACE NORTH AMERICA INSURANCE COMPANY
AGENT FOR SOUTHERN IMPERIAL, INC.
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

Claim Number: 12041
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| ADMINISTRATIVE | Claimed: | $1,193.68 |
| --- | --- | --- |

COFACE NORTH AMERICA INSURANCE COMPANY
AGENT FOR CONTINENTAL CASUALTY COMPANY
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

Claim Number: 12042
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $6,211.50 |
| --- | --- | --- |

COFACE NORTH AMERICA INSURANCE COMPANY
AGENT FOR KLENZOID EQUIPMENT COMPANY
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

Claim Number: 12043
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $11,863.00 |
| --- | --- | --- |

COFACE NORTH AMERICA INSURANCE COMPANY
AGENT FOR THE PRI GROUP
EDWARDS ANGELL PALMER & DODGE LLP
919 NORTH MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

Claim Number: 12044
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| ADMINISTRATIVE | Claimed: | $17,575.39 |
| --- | --- | --- |

| COFACE NORTH AMERICA INSURANCE COMPANY AGENT FOR KEYSTONE PAPER & BOX CO., INC. EDWARDS ANGELL PALMER & DODGE LLP 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | Claim Number: 12045 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 6649 (04/07/2010) |
|---|---|
| ADMINISTRATIVE        Claimed: | $34,701.00 |

| COFACE NORTH AMERICA INSURANCE COMPANY AGENT FOR DICAR - C. MARTIN/CYNTHIA MOH EDWARDS ANGELL PALMER & DODGE LLP 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | Claim Number: 12046 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 6649 (04/07/2010) |
|---|---|
| ADMINISTRATIVE        Claimed: | $32,407.14 |

| COFACE NORTH AMERICA INSURANCE COMPANY AGENT FOR CONSOLIDATED SCRAP RESOURCES EDWARDS ANGELL PALMER & DODGE LLP 919 NORTH MARKET STREET, SUITE 1500 WILMINGTON, DE 19801 | Claim Number: 12047 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 7550 (05/10/2010) |
|---|---|
| ADMINISTRATIVE        Claimed: | $12,176.50 |

| COFIELD, NANCY L P.O. BOX 93 FLOMATON, AL 36441 | Claim Number: 9583 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 5732 (03/10/2010) |
|---|---|
| UNSECURED        Claimed: | $22,834.80 |

| COHANZICK ABSOLUTE RETURN MASTER FUND TRANSFEROR: BARRY-WEHMILLER COMPANIES MARQUIPWARD UNITED 427 BEDFORD ROAD, SUITE 170 PLEASANTVILLE, NY 10570 | Claim Number: 7275 Claim Date: 08/06/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 2760 (11/16/2009) |
|---|---|
| UNSECURED        Claimed: | $1,280,790.33 |

| | | | | |
|---|---|---|---|---|
| COHANZICK CREDIT OPPORTUNITY MASTER FUND<br>TRANSFEROR: GRAPHIC SCIENCES, INC.<br>ATTN: JONATHAN BARKOE<br>427 BEDFORD ROAD, SUITE 170<br>PLEASANTVILLE, NY 10570 | Claim Number: 1608<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 1007 (06/01/2009) | | | |
| ADMINISTRATIVE        Claimed: | $548,119.13 | | Allowed: | $330,012.10 |
| COHANZICK CREDIT OPPORTUNITY MASTER FUND<br>TRANSFEROR: RE TRANSPORTATION, INC.<br>ATTN: DAVID SHERMAN<br>427 BEDFORD ROAD, SUITE 170<br>PLEASANTVILLE, NY 10570 | Claim Number: 3540<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED        Claimed: | $187,357.15 | | | |
| COKINOS ENERGY CORPORATION<br>C/O CRAIG E. POWER AND LISA M. NORMAN<br>COKINOS, BOSIEN & YOUNG<br>4 HOUSTON CENTER, 1221 LAMAR ST, 16TH FL<br>HOUSTON, TX 77010 | Claim Number: 3312<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | |
| ADMINISTRATIVE        Claimed: | $14,753.27 | | | |
| UNSECURED        Claimed: | $28,576.60 | | | |
| COKINOS NATURAL GAS COMPANY<br>C/O PETER J DUHIG<br>BUCHANAN INGERSOLL & ROONEY PC<br>1000 WEST STREET, 14TH FLOOR<br>WILMINGTON, DE 19801-1054 | Claim Number: 12039<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | |
| ADMINISTRATIVE        Claimed: | $16,388.60 | | | |
| COLLECTOR OF REVENUE<br>TOWN OF PORTLAND<br>PO BOX 71<br>PORTLAND, CT 06480 | Claim Number: 4271<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | |
| PRIORITY        Claimed: | $42,818.53 | | | |

| COLLECTOR OF REVENUE<br>PO BOX 71<br>PORTLAND, CT 06480 | Claim Number: 13387<br>Claim Date: 10/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $42,818.53 | | |
| SECURED | Claimed: | $42,818.53 | | |
| TOTAL | Claimed: | $42,818.53 | | |

| COLLIER COUNTY TAX COLLECTOR<br>3301 EAST TAMIAMI TRAIL<br>COURTHOUSE BUILDING C-1<br>NAPLES, FL 34112 | Claim Number: 1144<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $1,487.07 | | |

| COLONIAL OIL INDUSTRIES INC<br>PO BOX 576<br>SAVANNAH, GA 31402-0576 | Claim Number: 4380-02<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $234,994.05 | Allowed: | $234,994.05 |

| COMMAND TRANSPORTATION, LLC<br>EULER HERMES ACI<br>AGENT OF COMMAND TRANSPORTATION, LLC<br>800 RED BROOK BOULEVARD<br>OWINGS MILLS, MD 21117 | Claim Number: 790<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,410.08 | | |

| COMMONWEALTH TECHNOLOGY GROUP, INC<br>PO BOX 1612<br>HOPEWELL, VA 23860 | Claim Number: 307<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,782.25 | | |

CONGER INDUSTRIES, INC.
2290 S. ASHLAND AVE.
P.O. BOX 13507
GREEN BAY, WI 54307-3507

Claim Number: 488
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $4,134.97 |
|---|---|---|

CONGOLEUM CORPORATION
1945 E STATE STREET
TRENTON, NJ 08619-0127

Claim Number: 6578
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $7,200.00 |
|---|---|---|

CONNECTICUT LIGHT & POWER COMPANY, THE
NORTHEAST UTILITIES - CCC
PO BOX 2899
HARTFORD, CT 06101-8307

Claim Number: 3389
Claim Date: 06/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $471,897.01 |
|---|---|---|

CONNECTICUT NATURAL GAS CORPORATION
ATTN: JULIETTE MORLE
76 MEADOW STREET
EAST HARTFORD, CT 06108

Claim Number: 2681
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $13,169.79 |
|---|---|---|

CONOCOPHILLIPS COMPANY
ATTN: PAUL I. HAMADA, SENIOR COUNSEL
2080 MCLEAN, 600 NORTH DAIRY ASHFORD
HOUSTON, TX 77079

Claim Number: 11768
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8879 (01/06/2011)

| UNSECURED | Claimed: | $0.00   UNLIQ CONT |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| CONSOLIDATED ELECTRICAL DISTRIBUTORS INC<br>ASHLEY B. STITZER & JUSTIN R. ALBERTO<br>BAYARD, P.A.<br>222 DELAWARE AVENUE, SUITE 900<br>WILMINGTON, DE 19801 | Claim Number: 1609-02<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) | | | | |
| ADMINISTRATIVE        Claimed: | $4,932.00 | | | Allowed: | $4,932.00 |
| CONSOLIDATION COAL COMPANY<br>C/O DANIEL M. DARRAGH, ESQ<br>COHEN & GRIGSBY, PC<br>625 LIBERTY AVE<br>PITTSBURGH, PA 15222-3152 | Claim Number: 13592<br>Claim Date: 11/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8880 (01/06/2011) | | | | |
| UNSECURED        Claimed: | $0.00   UNLIQ | | | | |
| CONTAINER GRAPHICS CORPORATION<br>KAREN C. BIFFERATO & MARC J. PHILLIPS<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>NEMOURS BLDG - 1007 NORTH ORANGE STREET<br>WILMINGTON, DE 19801 | Claim Number: 1753<br>Claim Date: 03/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | | | |
| UNSECURED        Claimed: | $379,298.16 | | | | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: NATIONAL RECYCLING CORPORATI<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 199<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | | |
| PRIORITY        Claimed: | $22,513.50 | | | | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: DMX, LLC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 215<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | |
| UNSECURED        Claimed: | $30,804.42 | Scheduled: | $24,816.59 | | |

| | | | | | |
|---|---|---|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: NPP PACKAGING GRAPHICS SPECI<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 489<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | | |
| UNSECURED | Claimed: | $279,446.60 | | | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: GRAIN PROCESSING CORPORATION<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 704<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | |
| UNSECURED | Claimed: | $1,796,650.20 | Scheduled: | $1,556,814.18 UNLIQ | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: TRIANGLE-T CORPORATION<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 773<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | | |
| UNSECURED | Claimed: | $19,890.24 | | | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: TRIANGLE-T CORPORATION<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 774<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | | |
| UNSECURED | Claimed: | $14,873.04 | | | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: PERFECT COMMERCE, LLC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 826<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | | |
| UNSECURED | Claimed: | $92,000.00 | | | |

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: DIAMOND HEATING & COOLING SE<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 2221<br>Claim Date: 04/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |

UNSECURED          Claimed:               $81,898.23

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HUNT, GUILLOT & ASSOC., LLC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 2538<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

UNSECURED          Claimed:               $44,803.06

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: SONOCO PRODUCTS COMPANY<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 2928<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |

UNSECURED          Claimed:               $101,965.22

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HAYES MANUFACTURING GROUP, I<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 2929<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

UNSECURED          Claimed:               $37,305.20

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: PERFECT COMMERCE, LLC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 5320<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |

UNSECURED          Claimed:               $103,290.32

---

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC | | Claim Number: 6916 |
| TRANSFEROR: SAIBER LLC | | Claim Date: 07/31/2009 |
| ATTN: ALISA MUMOLA | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 411 WEST PUTNAM AVENUE, SUITE 425 | | Comments: EXPUNGED |
| GREENWICH, CT 06830 | | DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $45,425.70 | Scheduled: | $43,910.44 |
|---|---|---|---|---|

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC | | Claim Number: 9483 |
| TRANSFEROR: MEGA GULF COAST LINES, INC. | | Claim Date: 08/14/2009 |
| ATTN: ALISA MUMOLA | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 411 WEST PUTNAM AVENUE, SUITE 425 | | Comments: EXPUNGED |
| GREENWICH, CT 06830 | | DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $400,053.00 |
|---|---|---|

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC | | Claim Number: 13624 |
| TRANSFEROR: PERFECT COMMERCE, LLC | | Claim Date: 11/17/2009 |
| ATTN: ALISA MUMOLA | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 411 WEST PUTNAM AVENUE, SUITE 425 | | Comments: EXPUNGED |
| GREENWICH, CT 06830 | | DOCKET: 4966 (02/12/2010) |

| UNSECURED | Claimed: | $103,290.32 |
|---|---|---|

| | | |
|---|---|---|
| CONTROL DYNAMICS, INC | | Claim Number: 7762 |
| RONALD PAGE, PLC | | Claim Date: 08/13/2009 |
| ATTN: RONALD A. PAGE, JR. | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 4860 COX ROAD, SUITE 200 | | Comments: EXPUNGED |
| GLEN ALLEN, VA 23060 | | DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $50,049.35 |
|---|---|---|

| | | |
|---|---|---|
| CONTROL DYNAMICS, INC | | Claim Number: 7779 |
| RONALD PAGE, PLC | | Claim Date: 08/13/2009 |
| ATTN: RONALD A. PAGE, JR. | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 4860 COX ROAD, SUITE 200 | | Comments: EXPUNGED |
| GLEN ALLEN, VA 23060 | | DOCKET: 5768 (03/11/2010) |

| UNSECURED | Claimed: | $239,862.09 |
|---|---|---|

| | | |
|---|---|---|
| CONTROL SOUTHERN, INC.<br>3850 LAKEFIELD DRIVE<br>SUWANEE, GA 30024 | | Claim Number: 334<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $39,661.66 |
| COOK COUNTY TREASURER<br>LEGAL DEPARTMENT<br>118 NORTH CLARK STREET, ROOM 112<br>CHICAGO, IL 60602 | | Claim Number: 14017<br>Claim Date: 04/27/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8535 (09/14/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $14,846.20 |
| COPELAND ELECTRIC CO.<br>P.O. BOX 4051<br>MONROE, LA 71211-4051 | | Claim Number: 677<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $33,184.98 |
| COR PAK INC<br>1306 JEFFERSON DAVIS HIGHWAY<br>RICHMOND, VA 23224 | | Claim Number: 317<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $48,597.02 |
| CORCORAN, DWIGHT A.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | | Claim Number: 11820<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| CORLEY, JAMES G.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | Claim Number: 11821<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | | | |
|---|---|---|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CRISTINI NORTH AMERICA INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 10907<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $58,839.73 | | | |
|---|---|---|---|---|---|

| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: OFFICE PAPER SYSTEMS<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12037-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) |
|---|---|

| UNSECURED | Claimed: | $376,558.53 | | Allowed: | $376,558.53 |
|---|---|---|---|---|---|

| CORROSION TECHNOLOGY, INC.<br>ROBERT M. GALLOWAY<br>P.O. BOX 16629<br>MOBILE, AL 36616 | Claim Number: 3598<br>Claim Date: 06/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) |
|---|---|

| SECURED | Claimed: | $103,591.50 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $103,591.50 | |

| CORSE, SHIRLEY<br>ATTORNEY PETER L. HATEM<br>258 U.S. ROUTE ONE<br>SCARBOROUGH, ME 04074-8904 | Claim Number: 9672<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $162,916.80 | | | |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| COSSEY, OLIVER W<br>17801 COL GLENN ROAD<br>LITTLE ROCK, AR 72210 | | Claim Number: 7169<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| PRIORITY | Claimed: | $0.00   UNLIQ | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| COUNTY OF SAN BERNARDINO<br>OFFICE OF THE TAX COLLECTOR<br>172 WEST THIRD STREET<br>SAN BERNARDINO, CA 92415 | | Claim Number: 7183<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | |
| SECURED | Claimed: | $2,993.30 | |
| COUNTY OF SANTA CLARA<br>TAX COLLECTOR, TAX COLLECTIONS DIVISION<br>70 WEST HEDDING STREET<br>COUNTY GOVERNMENT CENTER, EAST WING<br>SAN JOSE, CA 95110 | | Claim Number: 3510<br>Claim Date: 06/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | |
| UNSECURED | Claimed: | $119,047.61   UNLIQ | |
| COVINGTON, WILLIE<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | | Claim Number: 11822<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: BENDLER MECHANICAL COMPANY,<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | | Claim Number: 134<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| UNSECURED | Claimed: | $7,242.67 | |

| | | |
|---|---|---|
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: GENERAL MONITORS INC<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | | Claim Number: 503<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $4,621.23 |
| CRESSET POWERS, LTD<br>64 W. BELLEVUE DRIVE<br>PASADENA, CA 91105 | | Claim Number: 491<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $5,238.20 |
| CRIMSON CLEAN JANITORIAL SERVICES<br>107 DUNN DRIVE<br>MONTGOMERY, AL 36109 | | Claim Number: 1449<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $16,585.80 |
| CRIMSON CLEAN JANITORIAL SERVICES<br>107 DUNN DRIVE<br>MONTGOMERY, AL 36109 | | Claim Number: 1461<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $16,585.80 |
| CRISLER, OSCAR M.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE.<br>DALLAS, TX 75219 | | Claim Number: 11823<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| CRYSTAL GYSER SPARKLING WATER,<br>CALISTOGA, CA<br>501 WASHINGTON DRIVE<br>CALISTOGA, CA 94515 | | Claim Number: 99006<br>Claim Date: 06/29/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $1,022.00 |
| CSX CORPORATION<br>ATTN RUTH SALTER J-220<br>500 WATER STREET<br>JACKSONVILLE, FL 32202 | | Claim Number: 11491<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
| UNSECURED | Claimed: | $565,670.38 |
| CURRY, QUENTIN L<br>2012 RIDGE ROAD<br>BREWTON, AL 36426 | | Claim Number: 4169<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
| UNSECURED | Claimed: | $1,000,000.00 |
| CUSTOM PROTECT EAR INC.<br>#681-7789 134TH STREET<br>SURREY, BC V3W 9E9<br>CANADA | | Claim Number: 616<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| CUYAHOGA COUNTY TREASURER<br>1219 ONTARIO ST., ROOM 112<br>CLEVELAND, OH 44113-1697 | | Claim Number: 794<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| PRIORITY | Claimed: | $37,660.46 |
| UNSECURED | Claimed: | $6,629.23 |

| CUYAHOGA COUNTY TREASURER<br>1219 ONTARIO ST., ROOM 112<br>CLEVELAND, OH 44113-1697 | | Claim Number: 1106<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $37,660.46 | |
| UNSECURED | Claimed: | $6,629.23 | |

| D&S FACTORS<br>P.O. BOX 1210<br>FRUITLAND, ID 83619 | | Claim Number: 2011<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | |
|---|---|---|---|
| UNSECURED | Claimed: | $54,745.00 | |

| D-BIER PACKAGING, INC.<br>DOUGLAS R. BIER BOWER, PRESIDENT<br>P.O. BOX 931<br>BEL AIR, MD 21014-6914 | | Claim Number: 623<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | |
|---|---|---|---|
| PRIORITY | Claimed: | $3,624.31 | |

| DABNEY & CROOKS, INC.<br>P.O. BOX 7783<br>FREDERICKSBURG, VA 22404 | | Claim Number: 323<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,200.00 | |

| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 633<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $359,377.94 | UNLIQ |

---

| DALLAS COUNTY | | Claim Number: 1116 |
| ELIZABETH WELLER | | Claim Date: 03/06/2009 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 2323 BRYAN STREET SUITE 1600 | | Comments: EXPUNGED |
| DALLAS, TX 75201 | | DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $0.00 | |
| SECURED | Claimed: | $359,377.94 | |

---

| DALLAS COUNTY | | Claim Number: 1312 |
| ELIZABETH WELLER | | Claim Date: 03/03/2009 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 2323 BRYAN STREET SUITE 1600 | | Comments: EXPUNGED |
| DALLAS, TX 75201 | | DOCKET: 8120 (06/22/2010) |

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $359,377.94 | UNLIQ |

---

| DALLAS COUNTY | | Claim Number: 13952 |
| ELIZABETH WELLER | | Claim Date: 04/05/2010 |
| LINEBARGER GOGGAN BLIAR & SAMPSON, LLP | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 2323 BRYAN STREET SUITE 1600 | | Comments: EXPUNGED |
| DALLAS, TX 75201 | | DOCKET: 8120 (06/22/2010) |

| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $290,261.08 | UNLIQ |

---

| DALLAS COUNTY | | Claim Number: 13961 |
| ELIZABETH WELLER/LAURIE SPINDLER HUFFMAN | | Claim Date: 04/05/2010 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 2323 BRYAN STREET SUITE 1600 | | Comments: WITHDRAWN |
| DALLAS, TX 75201 | | DOCKET: 8038 (06/16/2010) |

| ADMINISTRATIVE | Claimed: | $115,141.04 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |

---

| DALLAS RECYCLING | | Claim Number: 99007 |
| 3303 PLUTO STREET | | Claim Date: 06/29/2010 |
| DALLAS, TX 75212 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | | Comments: |
| | | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $797.00 | |

---

---

| | | |
|---|---|---|
| DAN SIDERIUS CONTRUCTION, INC.<br>TANKO LAW OFFICE<br>392 1ST AVENUE, E.N.<br>KALISPELL, MT 59901 | | Claim Number: 14121<br>Claim Date: 08/18/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8662 (10/18/2010) |
| UNSECURED | Claimed: | $27,500.00 |
| DANCOR TRANSIT INC.<br>P.O. BOX 849<br>VAN BUREN, AR 72957 | | Claim Number: 3114<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $14,508.26 |
| DANIELS, MIKE<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | | Claim Number: 11824<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| DAPA PRODUCTS, INC.<br>3130 INDUSTRIAL DRIVE<br>JASPER, AL 35501 | | Claim Number: 664<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| UNSECURED | Claimed: | $201.31 |
| DAVIS, MARK S<br>1868 AKERSWOOD COVE<br>GERMANTOWN, TN 38138 | | Claim Number: 10020<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) |
| UNSECURED | Claimed: | $250,000.00 |

| | | | | |
|---|---|---|---|---|
| DAVIS, STEVE A<br>1805 VINSON ROAD<br>GOLDEN, MS 38847 | | Claim Number: 9830<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| DAY INTERNATIONAL<br>LAWRENCE P VONCKX - BAKER & MCKENZIE LLP<br>ONE PRUDENTIAL PLAZA, SUITE 3500<br>130 E. RANDOLPH DRIVE<br>CHICAGO, IL 60601 | | Claim Number: 2119-02<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $107,598.46 | Allowed: | $107,598.46 |
| DAY-TIMERS, INC<br>ATTN: DANETTE M. GERBINO<br>ONE WILLOW LANE<br>EAST TEXAS, PA 18046 | | Claim Number: 9492<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $1,295.32 | | |
| UNSECURED | Claimed: | $4,888.05 | | |
| TOTAL | Claimed: | $4,888.05 | | |
| DCP MIDSTREAM MARKETING, LLC<br>FKA DUKE ENERGY FIELD SERVICES MARKETING<br>MICHAEL J. JOYCE, CROSS & SIMON, LLC<br>913 N MARKET ST 11 FL - PO BOX 1380<br>WILMINGTON, DE 19899 | | Claim Number: 3465<br>Claim Date: 06/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2205 (10/09/2009)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $809,940.45 | Allowed: | $809,940.45 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC<br>ATTN: PETER OCHROCH<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | | Claim Number: 10836<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 7893 (06/07/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
| UNSECURED | Claimed: | $24,027,045.00   UNLIQ | | |

| | | |
|---|---|---|
| DEALERS ELECTRICAL SUPPLY<br>PO BOX 2535<br>WACO, TX 76702-2535 | | Claim Number: 4290<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
| UNSECURED | Claimed: | $4,397.88 |
| DEAN, MARTHA B<br>8785 SONNYBOY LANE<br>PENSACOLA, FL 32514 | | Claim Number: 8887<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| DEFENSE COMMISSARY AGENCY (DECA)<br>CONTRACTING BUSINESS UNIT (CICDE)<br>1300 E AVENUE<br>FORT LEE, VA 23801-1800 | | Claim Number: 11776<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5047 (02/16/2010) |
| ADMINISTRATIVE | Claimed: | $3,695.05 |
| DEGRAER, ROBERT H<br>1555 HOLLYWOOD DRIVE<br>MONROE, MI 48162-3105 | | Claim Number: 7637<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| DEKALB FOREST PRODUCTS, INC<br>2152 CO RD 537<br>CROSSVILLE, AL 35962 | | Claim Number: 745<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| UNSECURED | Claimed: | $46,994.52 |

| DEMASI, DOUGLAS P<br>97466 CUTLASS WAY<br>YULEE, FL 32097 | | Claim Number: 6345<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|---|
| UNSECURED | Claimed: | $150,000.00 |
| DEMASI, DOUGLAS P.<br>97466 CUTLASS WAY<br>YULEE, FL 32097 | | Claim Number: 6952<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
| UNSECURED | Claimed: | $150,000.00 |
| DEPARTMENT OF INDUSTRIAL RELATIONS<br>STATE OF ALABAMA<br>649 MONROE STREET<br>MONTGOMERY, AL 36131 | | Claim Number: 6475<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| PRIORITY | Claimed: | $56.00 |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 1615<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| PRIORITY | Claimed: | $8,240,734.00 |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 2978<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| PRIORITY | Claimed: | $8,240,734.00 |

| | | |
|---|---|---|
| DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 13850<br>Claim Date: 02/25/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | |
| UNSECURED          Claimed: | $0.00 | |
| DESJARDINS TRUST<br>ATTN: MICHELE BERNIER<br>1 COMPLEXE DESJARDINS, C.P. 34<br>SUCCURSALE DESJARDINS<br>MONTREAL, QB H5B 1E4<br>CANADA | Claim Number: 14112<br>Claim Date: 08/14/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8662 (10/18/2010) | |
| UNSECURED          Claimed: | $143,948.59 | |
| DIESEL SERVICES UNIT COMPANY<br>C/O GORDON & REES<br>JEFFREY BILANKO<br>701 5TH AVE SUITE 2130<br>SEATTLE, WA 98104 | Claim Number: 11799<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8985 (03/16/2011) | |
| UNSECURED          Claimed: | $0.00    UNLIQ CONT | |
| DILL, BRIAN L<br>16307 HIDDEN VALLEY TRAIL<br>LITTLE ROCK, AR 72206 | Claim Number: 9965<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| UNSECURED          Claimed: | $621.19    UNLIQ | |
| DISTRIBUTION TRANSPORTATION SERVICES<br>ATTN: CHERYL FORTENBERRY<br>P.O. BOX 7<br>WENTZVILLE, MO 63385 | Claim Number: 2996<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| UNSECURED          Claimed: | $35,340.52 | |

DIV OF UNEMPLOYMENT ASSISTANCE
BANKRUPTCY UNIT, 5TH FLOOR
19 STANIFORD STREET
ATTN: CHUCK HURST, BANKRUPTCY ANALYST
BOSTON, MA 02114-2502

Claim Number: 1997
Claim Date: 03/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| PRIORITY | Claimed: | $264.66 |
| --- | --- | --- |

DIVERSIFIED ENERGY, INC.
8874 KINGSTON PIKE, SUITE 200
KNOXVILLE, TN 37923

Claim Number: 1497
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $296,729.86 |
| --- | --- | --- |

DIVERSIFIED ENERGY, INC.
BLANK ROME LLP
MICHAEL D. DEBAECKE
1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801

Claim Number: 3397-02
Claim Date: 06/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 3195 (12/16/2009)

| ADMINISTRATIVE | Claimed: | $292,068.29 | Allowed: | $292,068.29 |
| --- | --- | --- | --- | --- |

DOLLAR, ALICE FAYE
C/O RITCHESON, LAUFFER, VINCENT & DUKES
821 ESE LOOP 323, STE 530
TYLER, TX 75701

Claim Number: 9328
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $3,578.40 |
| --- | --- | --- |

DOMINGUEZ SHEET METAL WORKS, INC.
3128 ALAMEDA AVE.
EL PASO, TX 79905

Claim Number: 155
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $8,430.94 |
| --- | --- | --- |

| | | |
|---|---|---|
| DOMINION EAST OHIO GAS<br>P.O. BOX 26666<br>ATTN: REVENUE RECOVERY - 10TH FLOOR<br>RICHMOND, VA 23261 | | Claim Number: 6411<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $18,798.96 |

| | | |
|---|---|---|
| DOMINION-VIRGINIA POWER<br>P.O. BOX 26666<br>ATTN: CUSTOMER CREDIT SERVICES- 10TH FL<br>RICHMOND, VA 23261 | | Claim Number: 6410<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,974,946.42 |

| | | |
|---|---|---|
| DONAHUE & ASSOCIATES INTL. INC<br>WHOLLY OWNED SUBSIDIARIES:<br>STEAM SCIENCE & TECHNOLOGIES LLC<br>2002 FORD CIRCLE, STE H<br>MILFORD, OH 45150 | | Claim Number: 3532<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $163,720.48 |

| | | |
|---|---|---|
| DONALD GRONDIN<br>7889 LEMELIN ST.<br>BROSSARD, QC J4Y 0C1<br>CANADA | | Claim Number: 99027<br>Claim Date: 12/05/2012<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,787.00 | Allowed: | $7,787.00 |

| | | |
|---|---|---|
| DONNELLY, LAVERNE B<br>2069 MISSOURI STATE ROAD<br>ARNOLD, MO 63010 | | Claim Number: 5434<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

---

DOORNBOSCH, SCOTT
9006 W 178TH STREET
TINLEY PARK, IL 60487

Claim Number: 12630
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $33,319.20 |
|---|---|---|

---

DOTY, ALLAN DEAN
C/O RUSSELL L. COOK, JR.
RUSSELL L. COOK, JR. & ASSOC.
1401 MCKINNEY, SUITE 1800
HOUSTON, TX 77010

Claim Number: 9711
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| UNSECURED | Claimed: | $2,500,000.00 |
|---|---|---|

---

DOTY, ALLAN DEAN
C/O RUSSELL L. COOK, JR.
RUSSELL L. COOK, JR. & ASSOC.
1401 MCKINNEY, SUITE 1800
HOUSTON, TX 77010

Claim Number: 9845
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| UNSECURED | Claimed: | $2,500,000.00 |
|---|---|---|

---

DOUGHAN, JAMES
7685 E. OLD PAINT TRAIL
SCOTTSDALE, AZ 85262

Claim Number: 283
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

DOUGLAS, HILDA L
9725 W. PROVIDENCE R
RICHMOND, VA 23236

Claim Number: 5469
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | | |
|---|---|---|
| DOW CHEMICAL COMPANY, THE<br>MARTIN J. WEIS, ESQUIRE<br>DILWORTH PAXSON LLP,<br>1500 MARKET ST., 3500 E.<br>PHILADELPHIA, PA 19102 | | Claim Number: 11505<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 7201 (04/23/2010) |
| ADMINISTRATIVE | Claimed: | $688,976.63 |
| SECURED | Claimed: | $804,656.78 |
| TOTAL | Claimed: | $804,656.78 |
| DREFS, ALFRED<br>500 JACKSON TAVERN WAY<br>GREAT FALLS, VA 22066 | | Claim Number: 7525<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00  UNLIQ |
| DREW FOAM<br>3050 BARRY DRIVE<br>PORTLAND, TN 37148 | | Claim Number: 99008<br>Claim Date: 06/29/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $54.00 |
| DRISCOLL, ADELE M<br>CLARENDON HILL TOWERS<br>APT #10L<br>1374 BROADWAY<br>SOMERVILLE, MA 02144-1740 | | Claim Number: 6758<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00  UNLIQ |
| DRYDEN HIGH YIELD FUND, INC.<br>C/O PRUDENTIAL INVESTMENT MGMT., INC.<br>ATTN: TERENCE DUNN<br>P.O. BOX 32339, 2 GATEWAY CENTER<br>NEWARK, NJ 07102 | | Claim Number: 11315<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $6,145.83 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | |
|---|---|
| DRYDEN HIGH YIELD FUND, INC.<br>C/O PRUDENTIAL INVESTMENT MGMT., INC.<br>ATTN: TERENCE DUNN<br>P.O. BOX 32339, 2 GATEWAY CENTER<br>NEWARK, NJ 07102 | Claim Number: 11316<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8898 (01/20/2011) |

| UNSECURED | Claimed: | $2,213,306.94 |
|---|---|---|

| | |
|---|---|
| DRYDEN HIGH YIELD FUND, INC.<br>C/O PRUDENTIAL INVESTMENT MGMT., INC.<br>ATTN: TERENCE DUNN<br>P.O. BOX 32339, 2 GATEWAY CENTER<br>NEWARK, NJ 07102 | Claim Number: 11317<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8898 (01/20/2011) |

| UNSECURED | Claimed: | $2,258,483.33 |
|---|---|---|

| | |
|---|---|
| DRYDEN VII - LEVERAGED LOAN CDO 2004<br>C/O PRUDENTIAL INVESTMENT MGMT., INC.<br>ATTN: TERENCE DUNN<br>P.O. BOX 32339, 2 GATEWAY CENTER<br>NEWARK, NJ 07102 | Claim Number: 11294<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |

| SECURED | Claimed: | $929,144.13 |
|---|---|---|

| | |
|---|---|
| DTS TRUCK DIVISION<br>ATTN: CHERYL FORTENBERRY<br>P.O. BOX 7<br>WENTZVILLE, MO 63385 | Claim Number: 2988<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $5,954.56 |
|---|---|---|

| | |
|---|---|
| DUANE MORRIS LLP<br>C/O LAUREN LONERGAN TAYLOR, ESQ.<br>30 SOUTH 17TH STREET<br>PHILADELPHIA, PA 19103-4196 | Claim Number: 10780<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |

| UNSECURED | Claimed: | $28,192.89 |
|---|---|---|

---

DUKE, ARCHIE A. SR.
BARON & BUDD, P.C.
THE CENTRUM SUITE 1100
3102 OAK LAWN AVE
DALLAS, TX 75219

Claim Number: 11825
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

DUN & BRADSTREET
C/O RMS BANKRUPTCY RECOVERY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 468
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $136,554.00 |
|---|---|---|

---

DUNAGAN & SONS INC
12 MEADOWOOD DR NW
ROME, GA 30165

Claim Number: 742
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7651 (05/18/2010)

| UNSECURED | Claimed: | $3,794.24 |
|---|---|---|

---

DUNBAR MILBY WILLIAMS PITTMAN & VAUGHAN
720 MOOREFIELD PARK DRIVE SUITE 301
RICHMOND, VA 23236

Claim Number: 151
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $7,693.75 |
|---|---|---|

---

DUNLAP, JAMES
1754 DUMONT DRIVE
MINERAL RIDGE, OH 44440

Claim Number: 4730
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

---

| | | |
|---|---|---|
| DUPONT COMPANY (01)<br>PO BOX 93244<br>CHICAGO, IL 60673-3244 | | Claim Number: 9307-01<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID |

ADMINISTRATIVE          Claimed:                    $4,199.00

---

| | | |
|---|---|---|
| DURA BAR METAL SERVICES<br>2100 W. LAKE SHORE DRIVE<br>WOODSTOCK, IL 60098 | | Claim Number: 2880<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

UNSECURED          Claimed:                    $319.62

---

| | | |
|---|---|---|
| DURANE CHISENALL LOGGING<br>5757 AL HIGHWAY 117<br>FLAT ROCK, AL 35966 | | Claim Number: 2320<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

ADMINISTRATIVE          Claimed:                    $12,006.89

---

| | | |
|---|---|---|
| DUVAL COUNTY TAX COLLECTOR<br>HOGAN, MIKE C/O TANNEN, EDWARD C.<br>ASSISTANT GENERAL COUNSEL<br>117 W. DUVAL ST, 480 CITY HALL<br>JACKSONVILLE, FL 32202 | | Claim Number: 3033<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |

SECURED          Claimed:                    $617,851.02   UNLIQ

---

| | | |
|---|---|---|
| DWYER, JOHN M<br>1584 MARBY MILL DRIVE SW<br>NORTH CANTON, OH 44709 | | Claim Number: 9267<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

UNSECURED          Claimed:                    $0.00   UNLIQ

---

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | |
|---|---|---|
| DYNAMIC ELECTRIC, INC.<br>12800 S. CICERO AVENUE<br>ALSIP, IL 60803 | | Claim Number: 2515<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $723.20 |
| DYNAMIC ELECTRIC, INC.<br>12800 S. CICERO AVENUE<br>ALSIP, IL 60803 | | Claim Number: 7536<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5047 (02/16/2010) |
| UNSECURED | Claimed: | $723.20 |
| E & A PALLETS<br>PO BOX 3927<br>MODESTO, CA 95352 | | Claim Number: 14185<br>Claim Date: 01/31/2011<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9462 (07/08/2014) |
| UNSECURED | Claimed: | $474,914.00 |
| E. SMITH BOX, INC.<br>P.O. BOX 1507<br>CONYERS, GA 30012-7607 | | Claim Number: 712<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $10,178.28 |
| E.E.U. INC.<br>C/O MICHAEL ROBL<br>104 CAMBRIDGE AVE<br>DECATUR, GA 30084 | | Claim Number: 11957<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| SECURED | Claimed: | $198,000.00   UNLIQ |

| | | |
|---|---|---|
| E.E.U., INC.<br>FRANCESCA MACCHIAVERNA, ESQ.<br>PO BOX 8472<br>SAVANNAH, GA 31412 | | Claim Number: 2020<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $201,000.16 |
| EAGLE MOUNTAIN - SAGINAW<br>ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | | Claim Number: 9<br>Claim Date: 02/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) |
| SECURED | Claimed: | $1,530.15 |
| EAST PENN RAILROAD, LLC<br>505 SOUTH BROAD ST<br>KENNETT SQUARE, PA 19348 | | Claim Number: 2404<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $38,320.00 |
| ED ABBOTT LOGGING<br>32100 HOOKSET LANE<br>BONNER, MT 59823 | | Claim Number: 525<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
| UNSECURED | Claimed: | $2,594.81 |
| EDITING INK LLC<br>PRINCIPAL<br>CYNTHIA L. WAGNER<br>4866 THEISS RD<br>SAINT LOUIS, MO 63128 | | Claim Number: 837<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
| PRIORITY | Claimed: | $1,788.75 |

---

EISELEIN LOGGING, INC.
PO BOX 91
ROUNDUP, MT 59072

Claim Number: 78
Claim Date: 02/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $13,584.24 |
|---|---|---|

EKA CHEMICALS, INC.
C/O THOMPSON HINE LLP
LAWRENCE T. BURICK, ESQ.
P.O. BOX 8801
DAYTON, OH 45401-8801

Claim Number: 2876
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $294,680.50 |
|---|---|---|

EKA CHEMICALS, INC.
C/O SUE GAUMER
1775 WEST OAK COMMONS COURT
MARIETTA, GA 30062

Claim Number: 4041
Claim Date: 05/08/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 1866 (09/04/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $64,201.00 | Allowed: | $64,201.00 |
|---|---|---|---|---|

ELECTRIC SERVICE AND SALES CO.
P.O. BOX 21605
GREENSBORO, NC 27420

Claim Number: 2749
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $1,953.02 |
|---|---|---|

ELECTRIC SUPPLY CO.
105 N. FAIRFAX AVE.
SIOUX FALLS, SD 57104

Claim Number: 2981
Claim Date: 05/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $2,893.14 |
|---|---|---|
| UNSECURED | Claimed: | $1,970.64 |

| | | |
|---|---|---|
| ELKHART COUNTY TREASURER<br>117 N. SECOND ST., RM 201<br>GOSHEN, IN 46526 | | Claim Number: 917<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| PRIORITY | Claimed: | $791.46 |
| ELLIOTT, CHARLES L<br>303 FERNWOOD CT.<br>WESTMONT, IL 60559 | | Claim Number: 5418<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| ELLIS, BARRY WAYNE<br>29700 HWY. 31<br>BREWTON, AL 36426 | | Claim Number: 14081<br>Claim Date: 08/06/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
| PRIORITY | Claimed: | $10,950.00 |
| EMPLOYER - LOCAL NO. 375 PENSION PLAN<br>C/O SPEAR WILDERMAN, P.C.<br>230 S. BROAD STREET, SUITE 1400<br>PHILADELPHIA, PA 19102 | | Claim Number: 11005<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9298 (01/14/2013) |
| UNSECURED | Claimed: | $10,655,926.00 |
| ENTERGY LOUISIANA LLC<br>MAIL UNIT L JEF 359<br>PO BOX 6008<br>NEW ORLEANS, LA 70174-6008 | | Claim Number: 2246<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| UNSECURED | Claimed: | $692,736.11 |

| | | |
|---|---|---|
| ENVIROSAFE TECHNOLOGIES, INC<br>11201 SAINT JOHNS INDUSTRIAL PARKWAY W<br>JACKSONVILLE, FL 32246 | Claim Number: 998<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |
| UNSECURED          Claimed: | $416.00 | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1327<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1333<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1334<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1335<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) | |
| UNSECURED          Claimed: | $0.00   UNDET | |

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | Claim Number: 1336 |
| SALLY RAMSEY, ESQ. | Claim Date: 03/09/2009 |
| EEOC, 50 VANTAGE WAY, SUITE 202 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| NASHVILLE, TN 37228 | Comments: WITHDRAWN |
| | DOCKET: 6649 (04/07/2010) |

UNSECURED            Claimed:                    $0.00   UNDET

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | Claim Number: 1698 |
| SALLY RAMSEY, ESQ. | Claim Date: 03/23/2009 |
| EEOC, 50 VANTAGE WAY, SUITE 202 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| NASHVILLE, TN 37228 | Comments: WITHDRAWN |
| | DOCKET: 6649 (04/07/2010) |

UNSECURED            Claimed:                    $0.00   UNDET

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | Claim Number: 1701 |
| SALLY RAMSEY, ESQ. | Claim Date: 03/23/2009 |
| EEOC, 50 VANTAGE WAY, SUITE 202 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| NASHVILLE, TN 37228 | Comments: WITHDRAWN |
| | DOCKET: 6649 (04/07/2010) |

UNSECURED            Claimed:                    $0.00   UNDET

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | Claim Number: 1702 |
| SALLY RAMSEY, ESQ. | Claim Date: 03/23/2009 |
| EEOC, 50 VANTAGE WAY, SUITE 202 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| NASHVILLE, TN 37228 | Comments: WITHDRAWN |
| | DOCKET: 6649 (04/07/2010) |

UNSECURED            Claimed:                    $0.00   UNDET

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | Claim Number: 1703 |
| SALLY RAMSEY, ESQ. | Claim Date: 03/23/2009 |
| EEOC, 50 VANTAGE WAY, SUITE 202 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| NASHVILLE, TN 37228 | Comments: WITHDRAWN |
| | DOCKET: 6649 (04/07/2010) |

UNSECURED            Claimed:                    $0.00   UNDET

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1704<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |

UNSECURED              Claimed:                    $0.00   UNDET

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1706<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |

UNSECURED              Claimed:                    $0.00   UNDET

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1707<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |

UNSECURED              Claimed:                    $0.00   UNDET

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1708<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |

UNSECURED              Claimed:                    $0.00   UNDET

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>SALLY RAMSEY, ESQ.<br>EEOC, 50 VANTAGE WAY, SUITE 202<br>NASHVILLE, TN 37228 | Claim Number: 1709<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |

UNSECURED              Claimed:                    $0.00   UNDET

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | Claim Number: 1710 |
| SALLY RAMSEY, ESQ. | Claim Date: 03/23/2009 |
| EEOC, 50 VANTAGE WAY, SUITE 202 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| NASHVILLE, TN 37228 | Comments: WITHDRAWN |
| | DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | Claim Number: 1711 |
| SALLY RAMSEY, ESQ. | Claim Date: 03/23/2009 |
| EEOC, 50 VANTAGE WAY, SUITE 202 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| NASHVILLE, TN 37228 | Comments: WITHDRAWN |
| | DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | Claim Number: 1712 |
| SALLY RAMSEY, ESQ. | Claim Date: 03/23/2009 |
| EEOC, 50 VANTAGE WAY, SUITE 202 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| NASHVILLE, TN 37228 | Comments: WITHDRAWN |
| | DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |

| EQUILON ENTERPRISES LLC | Claim Number: 11451 |
| ANNA HATHAWAY - SHELL OIL COMPANY | Claim Date: 08/28/2009 |
| 1162 ONE SHELL PLAZA | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 910 LOUISIANA | Comments: EXPUNGED |
| HOUSTON, TX 77002 | DOCKET: 8879 (01/06/2011) |

| UNSECURED | Claimed: | $0.00   UNLIQ |

| EQUIPMENT DEPOT OHIO, INC. | Claim Number: 13486 |
| 4310 ROSSPLAIN ROAD | Claim Date: 10/19/2009 |
| CINCINNATI, OH 45236 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $99,184.97 |

---

ERCO WORLDWIDE (USA) INC.
C/O 302 THE EAST MALL
SUITE 200
TORONTO, ON M9B 6C7
CANADA

Claim Number: 10984
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $122,533.52 |
|---|---|---|

ERDMANN, DONALD E
PO BOX 711
CUT BANK, MT 59427

Claim Number: 7379
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8723 (11/08/2010)

| SECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

ESCANABA & LAKE SUPERIOR RAILROAD CO
ATTN: JOHN LARKIN
ONE LARKIN PLAZA
WELLS, MI 49894

Claim Number: 10110
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 5644 (03/05/2010)

| ADMINISTRATIVE | Claimed: | $503,133.54   UNLIQ |
|---|---|---|

ESR MOTOR SYSTEMS, LLC
BRIAN M. DOUGHERTY - GOLDSTINE,
SKRODSKI, RUSSIAN, NEMEE AND HOFF, LTD.
835 MCCLINTOCK DRIVE, SECOND FLOOR
BURR RIDGE, IL 60527

Claim Number: 2946-01
Claim Date: 05/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 1175 (07/06/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $11,611.31 | Allowed: | $11,611.31 |
|---|---|---|---|---|

EVANS ENTERPRISES INC
P.O. BOX 2617
ROGERS, AR 72757-2617

Claim Number: 248
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $4,540.00 |
|---|---|---|

| | | |
|---|---|---|
| EVER-READY PACKAGING & ASSEMBLY SVC CORP<br>225 BELLEVILLE AVENUE<br>BLOOMFIELD, NJ 07003 | | Claim Number: 230<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $96,314.85 |
| EVERGREEN RECYCLING<br>5491 ACCURATE DRIVE<br>LAS VEGAS, NV 89156 | | Claim Number: 3265<br>Claim Date: 06/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $18,223.65 |
| EVRAZ, INC. N.A.<br>1440 N. RIVERGATE BLVD.<br>PORTLAND, OR 97203 | | Claim Number: 11699<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8879 (01/06/2011) |
| UNSECURED | Claimed: | $0.00   UNDET |
| EXPRESS SERVICES, INC. D/B/A EXPRESS<br>EMPLOYMENT PROFESSIONALS<br>KRIK D. AUSTON<br>8516 N.W. EXPRESSWAY<br>OKLAHOMA CITY, OK 73162 | | Claim Number: 2457<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
| UNSECURED | Claimed: | $52,092.00 |
| EXPRESS-1<br>429 POST RD<br>BUCHANAN, MI 49107 | | Claim Number: 2548<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $3,110.66 |

| | | |
|---|---|---|
| F & P ENTERPRISES, INC.<br>PO BOX 559<br>15961 GOODES BRIDGE RD<br>AMELIA, VA 23002 | | Claim Number: 263<br>Claim Date: 02/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| FABCO INDUSTRIAL SERVICES<br>1060 BREEZEWOOD LANE, STE 6<br>NEENAH, WI 54956 | | Claim Number: 335<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
| UNSECURED | Claimed: | $1,317.10 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: DIGITAL IMPACT, LLC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 219<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: JML SERVICES<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 241<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| PRIORITY | Claimed: | $17,988.80 |
| UNSECURED | Claimed: | $17,988.80 |
| TOTAL | Claimed: | $17,988.80 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MOODY-PRICE, L.L.C.<br>ANSONIA FINANCE STATION; PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 978<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $88,989.38 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: JENSSEN SCALES, INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1399
Claim Date: 03/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $4,875.42 | Scheduled: | $4,875.42 |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: HEALTHY ACHIEVERS
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2455
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $2,064.75 |
|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MOTOR TECHNOLOGY INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3588
Claim Date: 07/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $4,493.69 | Scheduled: | $4,493.69 |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: PNUE FORCE
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4073
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $2,622.47 |
|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: HISCO, INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8500
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $9,204.48 |
|---|---|---|

---

| FAIR LIQUIDITY PARTNERS, LLC | Claim Number: 476 |
| TRANSFEROR: GAM GEAR L.L.C. | Claim Date: 02/17/2009 |
| 1777 SARATOGA AVE, SUITE #106 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| SAN JOSE, CA 95129 | Comments: EXPUNGED |
| | DOCKET: 5738 (03/10/2010) |

UNSECURED          Claimed:              $7,893.49

---

| FASTENAL COMPANY | Claim Number: 1495 |
| PATRICK BARR | Claim Date: 03/16/2009 |
| 1209 HARRISON AVE. | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| PANAMA CITY, FL 32401 | Comments: EXPUNGED |
| | DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:              $16,401.32

---

| FASTENAL COMPANY | Claim Number: 7106-01 |
| ATTN: LEGAL | Claim Date: 08/03/2009 |
| PO BOX 978 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| WINONA, MN 55987 | Comments: DOCKET: 7188 (04/22/2010) |
| | THIS CLAIM IS PAID |

ADMINISTRATIVE          Claimed:              $44,775.39

---

| FAYETT GROUP LLC | Claim Number: 464 |
| TRANSFEROR: MATTHEWS DUE DIVISION LLC | Claim Date: 02/16/2009 |
| C/O TROOB CAPITAL MGMT. LLC, S. WOLFORD | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 777 WESTCHESTER AVENUE, SUITE 203 | Comments: EXPUNGED |
| WHITE PLAINS, NY 10604 | DOCKET: 6649 (04/07/2010) |

UNSECURED          Claimed:              $141,986.86

---

| FEDERAL EXPRESS CORPORATION | Claim Number: 14097 |
| FILARDI LAW OFFICES LLC | Claim Date: 08/11/2010 |
| C/O CHARLES J. FILARDI, JR. | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 65 TRUMBULL STREET, 2ND FLOOR | Comments: ALLOWED |
| NEW HAVEN, CT 06510 | DOCKET: 9118 (08/31/2011) |

ADMINISTRATIVE          Claimed:              $60,896.27                    Allowed:          $10,000.00

---

| | | |
|---|---|---|
| FERGUSON COMPANY<br>2121 N COLUMBIA BLVD<br>PORTLAND, OR 97217 | | Claim Number: 11282<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $74,480.62 |
| FERGUSON COMPANY<br>ATTN: JAY COUGHENOUR<br>12500 JEFFERSON AVE<br>NEWPORT NEWS, VA 23602 | | Claim Number: 11302-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID |
| ADMINISTRATIVE | Claimed: | $51,028.40 |
| FERGUSON COMPANY<br>2121 N. COLUMBIA BLVD.<br>PORTLAND, OR 97217 | | Claim Number: 13254<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| ADMINISTRATIVE | Claimed: | $49,351.00 |
| UNSECURED | Claimed: | $422,538.14 |
| FERGUSON COMPANY<br>2121 N. COLUMBIA BLVD.<br>PORTLAND, OR 97217 | | Claim Number: 13256<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| ADMINISTRATIVE | Claimed: | $115,872.87 |
| UNSECURED | Claimed: | $267,476.59 |
| FERGUSON COMPANY<br>2121 N. COLUMBIA BLVD.<br>PORTLAND, OR 97217 | | Claim Number: 13260<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $74,480.62 |

---

FERRER, MELCHOR M
2392 COTTAGE RIDGE AVE
LAUGHLIN, NV 89029

Claim Number: 11682
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $325,000.00 |
|---|---|---|

---

FIETZ, KEN
30520 RANCHO CALIFORNIA ROAD # 107
PMB 132
TEMECULA, CA 92591

Claim Number: 13613
Claim Date: 11/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8758 (11/15/2010)

| PRIORITY | Claimed: | $3,980.07 |
|---|---|---|

---

FIRST AMERICAN TITLE INS CO OF NY
633 THIRD AVENUE
NEW YORK, NY 10017-8112

Claim Number: 2678
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $1,612.36 |
|---|---|---|

---

FISHER SCIENTIFIC
GARY BARNES
REGIONAL CREDIT MANAGER
2000 PARK LANE
PITTSBURGH, PA 15275

Claim Number: 1185
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| PRIORITY | Claimed: | $5,732.10 |
|---|---|---|
| UNSECURED | Claimed: | $15,346.44 |

---

FKI INDUSTRIES INC
VARNUM RIDDERING SCHMIDT HOWLETT
EMILY J. BRODERICK
BRIDGEWATER PLACE - PO BOX 352
GRAND RAPIDS, MI 49501-0352

Claim Number: 3444
Claim Date: 06/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $35,913.20 |
|---|---|---|

---

| FLEETWOOD LOGISTICS, INC. | Claim Number: 604 |
| P.O. BOX 430 | Claim Date: 02/19/2009 |
| ATTN: RONNIE KING | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| DIBOLL, TX 75941 | Comments: EXPUNGED |
| | DOCKET: 7652 (05/18/2010) |

| PRIORITY | Claimed: | $660.66 |
| --- | --- | --- |

---

| FLEXO MECHANICAL SERVICES INC. | Claim Number: 360 |
| 1884 PROSPECT ROAD | Claim Date: 02/13/2009 |
| NEW LONDON, OH 44851 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $4,946.79 |
| --- | --- | --- |

---

| FLEXO MECHANICAL SERVICES INC. | Claim Number: 361 |
| 1884 PROSPECT ROAD | Claim Date: 02/13/2009 |
| NEW LONDON, OH 44851 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $241.70 |
| --- | --- | --- |

---

| FLINT GROUP NORTH AMERICA CORPORATION | Claim Number: 2117-01 |
| LAWRENCE P VONCKX - BAKER & MCKENZIE LLC | Claim Date: 04/10/2009 |
| ONE PRUDENTIAL PLAZA, SUITE 3500 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 130 E. RANDOLPH DRIVE | Comments: EXPUNGED |
| CHICAGO, IL 60601 | DOCKET: 8684 (10/25/2010) |

| UNSECURED | Claimed: | $1,721.97   UNLIQ |
| --- | --- | --- |

---

| FLIPPO LUMBER CORP. | Claim Number: 11779 |
| C/O PAUL J. FEINMAN, PETTY, LIVINGSTON, | Claim Date: 08/28/2009 |
| DAWSON & RICHARDS | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| P.O. BOX 1080 | Comments: DOCKET: 2813 (11/18/2009) |
| LYNCHBURG, VA 24505 | THIS CLAIM IS PAID |

| ADMINISTRATIVE | Claimed: | $16,761.46 | | | Allowed: | $16,761.46 |
| --- | --- | --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $33,522.92 | | |

---

| FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION JONATHAN H. ALDEN 3900 COMMONWEALTH BLVD. MS 35 TALLAHASSEE, FL 32399-3000 | Claim Number: 11676 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: WITHDRAWN DOCKET: 8202 (07/07/2010) |

| UNSECURED | Claimed: | $0.00 UNDET |

---

| FLORIDA HOSE & RUBBER, LLC CHARLES J. BROWN, III ARCHER & GREINER, P.C. 300 DELAWARE AVENUE, SUITE 1370 WILMINGTON, DE 19801 | Claim Number: 1610-01 Claim Date: 03/20/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: ALLOWED DOCKET: 4131 (01/14/2010) |

| ADMINISTRATIVE | Claimed: | $3,653.66 | Allowed: | $3,653.66 |

---

| FLORIDA HOSE & RUBBER, LLC CHARLES J. BROWN ARCHER & GREINER, P.C. 300 DELAWARE AVENUE, SUITE 1370 WILMINGTON, DE 19801 | Claim Number: 1653 Claim Date: 03/23/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 2760 (11/16/2009) |

| ADMINISTRATIVE | Claimed: | $3,843.41 |
| UNSECURED | Claimed: | $17,688.80 |

---

| FLORIDA HOSE & RUBBER, LLC CHARLES J. BROWN, III ARCHER & GREINER, P.C. 300 DELAWARE AVENUE, SUITE 1370 WILMINGTON, DE 19801 | Claim Number: 1657 Claim Date: 03/23/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 2760 (11/16/2009) |

| ADMINISTRATIVE | Claimed: | $3,843.41 |
| UNSECURED | Claimed: | $17,688.80 |

---

| FLOW INTERNATIONAL CORP. 23500 64TH AVE SO. KENT, WA 98032 | Claim Number: 3387 Claim Date: 06/09/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 3287 (12/18/2009) |

| UNSECURED | Claimed: | $28,770.00 |

---

---

FLUID POWERS SERVICES, INC.
5217 AUGUSTA HIGHWAY
LEESVILLE, SC 29070

Claim Number: 2690
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $6,142.40 |
| --- | --- | --- |

---

FMC WYOMING CORPORATION
C/O CURTIN & HEEFNER LLP
ATTN: ROBERT SZWAJKOS, ESQ.
250 N PENNSYLVANIA AVE
MORRISVILLE, PA 19067

Claim Number: 10671
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $277,540.14 |
| --- | --- | --- |

---

FORD, FRANK
C/O R. DAVID BOYER
927 S HARRISON STREET
FORT WAYNE, IN 46802

Claim Number: 9597
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

FOREST AND FARM RESOURCES, LLC
PO BOX 351
SPENCER, TN 38585

Claim Number: 611
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $39,070.01 |
| --- | --- | --- |

---

FORT WORTH INDEPENDENT SCHOOL DISTRICT
ELIZABETH BANDA
PERDUE BRANDON FIELDER COLLINS MOTT LLP
P.O. BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 3
Claim Date: 02/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| SECURED | Claimed: | $366,482.06 |
| --- | --- | --- |

---

| | | |
|---|---|---|
| FORT WORTH INDEPENDENT SCHOOL DISTRICT<br>ELIZABETH BANDA<br>PERDUE BRANDON FIELDER COLLINS MOTT LLP<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | | Claim Number: 1099<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
| SECURED | Claimed: | $366,482.06 |
| FOX VALLEY FIRE & SAFETY<br>2730 PINNACLE DR.<br>ELGIN, IL 60124 | | Claim Number: 495<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| UNSECURED | Claimed: | $335.75 |
| FOX VALLEY STEEL RULE DIE, INC.<br>850 DECLARATION DRIVE<br>NEENAH, WI 54956 | | Claim Number: 2307<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| UNSECURED | Claimed: | $5,938.00 |
| FRAME & MATSUMOTO<br>PO BOX 895<br>COALINGA, CA 93210 | | Claim Number: 5490<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7453 (05/06/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $1,209.44 |
| FRANKLIN COUNTY, OHIO TREASURER<br>373 S HIGH ST, 17TH FLOOR<br>COLUMBUS, OH 43215 | | Claim Number: 13872<br>Claim Date: 03/04/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8954 (02/22/2011)<br>THIS CLAIM IS PAID |
| PRIORITY | Claimed: | $76,563.45 |
| UNSECURED | Claimed: | $11,588.92 |

| | | |
|---|---|---|
| FREIGHT EXPEDITORS INC<br>P.O. BOX 84041<br>SEATTLE, WA 98124 | | Claim Number: 666<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $23,207.50 |
| FROM DUST TILL DAWN CLEANING<br>PO BOX 2281<br>POWDER SPRINGS, GA 30127 | | Claim Number: 1345<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $790.99 |
| FUENTES, GERMAN M.<br>JAHNKE & TOOLIS, LLC<br>ALLISON A. KOTARBA<br>9031 W 151ST STREET, SUITE 203<br>ORLAND PARK, IL 60462 | | Claim Number: 11274<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $94,035.60 |
| FUENTES, GERMAN M.<br>JAHNKE & TOOLIS, LLC<br>ALLISON A. KOTARBA<br>9031 W 151ST STREET, SUITE 203<br>ORLAND PARK, IL 60462 | | Claim Number: 11275<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $221,097.60 |
| FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA 30303 | | Claim Number: 930<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| PRIORITY | Claimed: | $31,607.52   UNLIQ CONT |

| | | |
|---|---|---|
| FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA 30303 | | Claim Number: 1127<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| PRIORITY | Claimed: | $31,607.52   UNLIQ CONT |
| FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA 30303 | | Claim Number: 13519<br>Claim Date: 10/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| PRIORITY | Claimed: | $15,078.75   UNLIQ |
| FULTON COUNTY TAX COMMISSIONER<br>141 PRYOR ST SUITE 1113<br>ATLANTA, GA 30303 | | Claim Number: 13604<br>Claim Date: 11/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| PRIORITY | Claimed: | $15,078.75   UNLIQ |
| G3 ENTERPRISES, INC.<br>ATTN: DON FREDERICK<br>502 E. WHITMORE AVE<br>MODESTO, CA 95358 | | Claim Number: 13971<br>Claim Date: 04/09/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| PRIORITY | Claimed: | $1,158.50 |
| GAMBLE, GEORGE<br>6425 PARKLYNN DR<br>RANCHO PALOS VERDES<br>R PALOS VERDES, CA 90275 | | Claim Number: 5505<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $60,144.77 |

---

GANN, JAMES LARRY
C/O GREGORY A. CADE
ENVIRONMENTAL LITIGATION GROUP P.C.
3529 7TH AVE. SOUTH
BIRMINGHAM, AL 35222

Claim Number: 11530
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $41,000.00 |
|---|---|---|

---

GCC/ IBT- NATIONAL PENSION FUND
455 KEHOE BLVD, SUITE 101
CAROL STREAM, IL 60188

Claim Number: 11551
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8673 (10/19/2010)

| UNSECURED | Claimed: | $1,292,963.58 |
|---|---|---|

---

GCI
PASKVAN, BONNIE J.(CORP. COUNSEL)
2550 DENALI STREET, SUITE 1000
ANCHORAGE, AK 99503

Claim Number: 7477
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $1,396.56 |
|---|---|---|

---

GENERAL CHEMICAL PERFORMANCE PRODUCTS,
LLC - ATTN: WILLIAM E. REDMOND
90 EAST HASLEY ROAD
PARSIPPANY, NJ 07054

Claim Number: 1141-01
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 559 (03/20/2009)

| ADMINISTRATIVE | Claimed: | $154,407.72 | Allowed: | $154,407.72 |
|---|---|---|---|---|

---

GENERAL CHEMICAL PERFORMANCE PRODUCTS,
LLC - FREDERICK B. ROSNER
MESSANA ROSNER & STERN, LLP
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DE 19801

Claim Number: 1141-02
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $585,431.46 |
|---|---|---|

---

| | | |
|---|---|---|
| GEORGE A. CLANTON CONSTRUCTION<br>2621 LEAH CIRCLE<br>COLUMBIA, TN 38401 | | Claim Number: 538<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $6,963.00 |
| GEORGE, ELMER G.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | | Claim Number: 11826<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| GEORGIA DEPARTMENT OF LABOR<br>148 ANDREW YOUNG INTERNATIONAL BLVD,<br>SUITE 826<br>ATLANTA, GA 30303-1751 | | Claim Number: 2984<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| PRIORITY | Claimed: | $9,691.08 |
| GINN, ALAN AND LAURIE<br>MATTHEW P. WARD<br>WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>222 DELAWARE AVENUE, SUITE 1501<br>WILMINGTON, DE 19801 | | Claim Number: 14215<br>Claim Date: 07/20/2012<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: POSSIBLE DUPLICATE OF 14216<br>DOCKET: 9247 (06/28/2012) |
| UNSECURED | Claimed: | $2,500,000.00 |
| GL&V USA INC.<br>MORRIS JAMES LLP<br>JEFFREY R. WAXMAN<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON, DE 19801 | | Claim Number: 2848<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5845 (03/15/2010) |
| ADMINISTRATIVE | Claimed: | $92,700.14 |

| | | |
|---|---|---|
| GOBER, DOUGLAS RAY<br>C/O GREGORY A. CADE<br>ENVIRONMENTAL LITIGATION GROUP P.C.<br>3529 7TH AVE. SOUTH<br>BIRMINGHAM, AL 35222 | Claim Number: 11528<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | |
| UNSECURED | Claimed: | $41,000.00 |
| GOODRICH, CAROL L.<br>24918 NE 98TH PL.<br>BATTLE GROUND, WA 98604 | Claim Number: 9988<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |
| UNSECURED | Claimed: | $10,000.00 |
| GOODWILL INDUSTRIES OF MIDDLE TENNESSEE<br>1015 HERMAN STREET<br>NASHVILLE, TN 37208 | Claim Number: 2518<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | |
| UNSECURED | Claimed: | $2,750.00 |
| GOODWILL INDUSTRIES OF SO. CALIFORNIA<br>342 N. SAN FERNANDO ROAD<br>3RD FLOOR BUSINESS OFFICE<br>LOS ANGELES, CA 90031 | Claim Number: 333<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | |
| UNSECURED | Claimed: | $1,622.24 |
| GORDON BROS. STEEL WAREHOUSE SERVICE<br>CENTER<br>1340 WEST 43RD STREET<br>CHICAGO, IL 60609-3308 | Claim Number: 14068<br>Claim Date: 07/19/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | |
| UNSECURED | Claimed: | $810.66 |

| | | |
|---|---|---|
| GOUKER, HARRIET L<br>3201 E. MARKET ST<br>APT 210<br>YORK, PA 17402 | | Claim Number: 7700<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $3,056.40 |
| GRANGER, BILLY<br>1232 DUDLEY LN<br>BOSSIER CITY, LA 71112 | | Claim Number: 9295<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00  UNDET |
| GRAPHIC SCIENCES, INC.<br>JOHN CASEY MILLS<br>JEANNE KALLAGE SINNOTT - MILLER NASH LLP<br>3400 U.S. BANCORP TOWER, 111 SW 5TH AVE<br>PORTLAND, OR 97204-3699 | | Claim Number: 1596<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 1007 (06/01/2009) |
| ADMINISTRATIVE | Claimed: | $548,119.13 |
| GRAY, JIMMY G<br>129 WEST LOMA VISTA DRIVE<br>104<br>TEMPE, AZ 85282 | | Claim Number: 6801<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| GREAT LAKES CONCRETE PRODUCTS, LLC<br>PATRICIA GILLEN, ESQ.<br>DUKE HOLZMAN PHOTIADIS & GRESENS LLP<br>350 MAIN STREET, 1800 MAIN PLACE TOWER<br>BUFFALO, NY 14202 | | Claim Number: 11179<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
| SECURED | Claimed: | $888.30 |

| | | |
|---|---|---|
| GREAT PEOPLE PERSONNEL LTD<br>#502 5945 KATHLEEN AVE<br>BURNABY, BC V5H 4J7<br>CANADA | | Claim Number: 542<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| PRIORITY | Claimed: | $1,843.81 |
| GREAT PEOPLE PERSONNEL LTD<br>#502 5945 KATHLEEN AVE<br>BURNABY, BC V5H 4J7<br>CANADA | | Claim Number: 621<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
| PRIORITY | Claimed: | $1,843.81 |
| GREATAMERICA LEASING CORPORATION<br>PO BOX 609<br>CEDAR RAPIDS, IA 52406 | | Claim Number: 931<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| SECURED | Claimed: | $16,156.32 |
| GRECO, JOSEPH J.<br>N74W15994 STONEWOOD DR.<br>MENOMONEE FALLS, WI 53051 | | Claim Number: 122<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| GREEN LOGGING, LLC<br>3311 SR 56<br>TRACY CITY, TN 37387 | | Claim Number: 145<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $14,328.63 |

---

| GREEN, DANIEL L | Claim Number: 9960 |
| 1629 RED MAPLE ROAD | Claim Date: 08/25/2009 |
| BIG SANDY, TX 75755 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $0.00  UNLIQ |

---

| GREGG COUNTY | Claim Number: 1119 |
| ELIZABETH WELLER | Claim Date: 03/06/2009 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 2323 BRYAN STREET, SUITE 1600 | Comments: EXPUNGED |
| DALLAS, TX 75201 | DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $3,305.40  UNLIQ |

---

| GREGG COUNTY | Claim Number: 1205 |
| ELIZABETH WELLER | Claim Date: 03/03/2009 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 2323 BRYAN STREET, SUITE 1600 | Comments: EXPUNGED |
| DALLAS, TX 75201 | DOCKET: 8120 (06/22/2010) |

| PRIORITY | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $3,305.40  UNLIQ |

---

| GREGG COUNTY | Claim Number: 13953 |
| ELIZABETH WELLER | Claim Date: 04/05/2010 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 2323 BRYAN STREET, SUITE 1600 | Comments: EXPUNGED |
| DALLAS, TX 75201 | DOCKET: 8120 (06/22/2010) |

| PRIORITY | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $1,652.70  UNLIQ |

---

| GREGG COUNTY | Claim Number: 13958 |
| ELIZABETH WELLER/LAURIE SPINDLER HUFFMAN | Claim Date: 04/05/2010 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 2323 BRYAN STREET, SUITE 1600 | Comments: WITHDRAWN |
| DALLAS, TX 75201 | DOCKET: 8038 (06/16/2010) |

| ADMINISTRATIVE | Claimed: | $2,411.83  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |

---

---

GRESHAM, JAMES LEANDER SR.
809 W. WASHINGTON STREET
HIGHLAND SPRINGS, VA 23075

Claim Number: 14115
Claim Date: 08/13/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8997 (03/22/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $42,750.00 |

---

GREYSTONE COMMERCIAL SERVICES LP, AS
ASSIGNEE
ATTN: JEFF KASSING
8144 WALNUT HILL LANE, SUITE 900
DALLAS, TX 75231-4388

Claim Number: 1396
Claim Date: 03/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,143.92 |

---

GRIFFITH, JOYCE
40 ROSEWOOD DRIVE
SPRINGBORO, OH 45066

Claim Number: 7854
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8673 (10/19/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $20,018.24 |
| SECURED | Claimed: | $20,018.24 |
| TOTAL | Claimed: | $20,018.24 |

---

GRIFFITH, ROBERT L
N7942 553RD ST
MENOMONIE, WI 54751

Claim Number: 5229
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

GRIMES, J. W
5444 WOLFPEN PLEASANT HILL
LOT 102
MILFORD, OH 45150

Claim Number: 7332
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

---

| | | |
|---|---|---|
| GROSSMAN ENVIRONMENTAL RECYCLING INC<br>5040 A PINE CREEK DR<br>WESTERVILLE, OH 43081 | Claim Number: 182<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| GULLA, PETER J (DECEASED)<br>GULLA, JUNE<br>5189 WENATCHEE WAY<br>RIVERSIDE, CA 92509 | Claim Number: 5404<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

---

| GUSTAFSON, JENNIFER<br>1931 PORT TRINITY PLACE<br>NEWPORT BEACH, CA 92660 | Claim Number: 7088<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
|---|---|---|

| PRIORITY | Claimed: | $129,621.41 |
|---|---|---|

---

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: FURMANITE AMERICA, INC.<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, FLOOR 7<br>RUTHERFORD, NJ 07070 | Claim Number: 1053<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |
|---|---|---|

| SECURED | Claimed: | $406,502.46 |
|---|---|---|

---

| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: BRENNTAG PACIFIC, INC.<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | Claim Number: 2140-02<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | |
|---|---|---|

| ADMINISTRATIVE | Claimed: | $3,442.50 | Allowed: | $3,442.50 |
|---|---|---|---|---|

---

---

| HAIN CAPITAL HOLDINGS, LTD | | Claim Number: 2141-02 | | |
|---|---|---|---|---|
| TRANSFEROR: BRENNTAG MID-SOUTH, INC. | | Claim Date: 04/13/2009 | | |
| ATTN: GANNA LIBERCHUK | | Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| 301 ROUTE 17, 7TH FLOOR | | Comments: ALLOWED | | |
| RUTHERFORD, NJ 07070 | | DOCKET: 4131 (01/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $4,111.02 | Allowed: | $4,111.02 |

| HAIN CAPITAL HOLDINGS, LTD | | Claim Number: 9412 | | |
|---|---|---|---|---|
| TRANSFEROR: CARDIN FOREST PRODUCTS, LLC | | Claim Date: 08/21/2009 | | |
| ATTN: GANNA LIBERCHUK | | Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| 301 ROUTE 17, 7TH FLOOR | | Comments: DOCKET: 2205 (10/09/2009) | | |
| RUTHERFORD, NJ 07070 | | THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $15,205.08 | Allowed: | $15,205.08 |

| HAIN CAPITAL HOLDINGS, LTD | | Claim Number: 9550-01 | | |
|---|---|---|---|---|
| TRANSFEROR: BRENNTAG SOUTHEAST, INC. | | Claim Date: 08/24/2009 | | |
| ATTN: GANNA LIBERCHUK | | Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| 301 ROUTE 17, 7TH FLOOR | | Comments: DOCKET: 5769 (03/11/2010) | | |
| RUTHERFORD, NJ 07070 | | THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $23,353.20 | | |

| HAIN CAPITAL HOLDINGS, LTD | | Claim Number: 10431 | | |
|---|---|---|---|---|
| TRANSFEROR: SEB IMMOBILIEN-INVESTMENT GM | | Claim Date: 08/10/2009 | | |
| ATTN: GANNA LIBERCHUK | | Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| 301 ROUTE 17, 7TH FLOOR | | Comments: EXPUNGED | | |
| RUTHERFORD, NJ 07070 | | DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $2,815,286.39 | | |

| HAIN CAPITAL HOLDINGS, LTD | | Claim Number: 10853-02 | | |
|---|---|---|---|---|
| TRANSFEROR: TENCARVA MACHINERY COMPANY | | Claim Date: 08/27/2009 | | |
| ATTN: GANNA LIBERCHUK | | Debtor: SMURFIT-STONE CONTAINER CORPORATION | | |
| 301 ROUTE 17, 7TH FLOOR | | Comments: DOCKET: 2407 (10/22/2009) | | |
| RUTHERFORD, NJ 07070 | | THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $278.80 | Allowed: | $278.80 |

---

| | | | | |
|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: CITY OF WINONA, THE<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 11700<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2993 (12/04/2009)<br>THIS CLAIM IS PAID | | |

| ADMINISTRATIVE | Claimed: | $24,234.94 | Allowed: | $24,234.94 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| HAINCO, LLC<br>TRANSFEROR: WILMINGTON PAPER CORP. & REC<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 6TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 1173-02<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) | | |

| ADMINISTRATIVE | Claimed: | $12,154.09 | Allowed: | $12,154.09 |
|---|---|---|---|---|

| | | |
|---|---|---|
| HAINCO, LLC<br>TRANSFEROR: WILLIS CONSTRUCTION CO., INC<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 1878<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $203,533.23 |
|---|---|---|

| | | |
|---|---|---|
| HAINCO, LLC<br>TRANSFEROR: MICHELMAN, INC.<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 6TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 2032-02<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) |

| ADMINISTRATIVE | Claimed: | $79,738.88 | Allowed: | $79,738.88 |
|---|---|---|---|---|

| | | |
|---|---|---|
| HAINCO, LLC<br>TRANSFEROR: INDUSTRIAL PALLET, LLC<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 6TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 2348<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $229,301.80 |
|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

---

| | | | | |
|---|---|---|---|---|
| HAINCO, LLC<br>TRANSFEROR: INDUSTRIAL PALLET, LLC<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 6TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 3521<br>Claim Date: 06/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2407 (10/22/2009)<br>THIS CLAIM IS PAID | | |

| ADMINISTRATIVE | Claimed: | $39,498.80 | Allowed: | $39,498.80 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| HALL SEPTIC TANK SERVICE<br>3634 US HWY 231<br>PANAMA CITY, FL 32404-9231 | | Claim Number: 6279<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |

| UNSECURED | Claimed: | $14,596.71 |
|---|---|---|

| | | | |
|---|---|---|---|
| HALL SEPTIC TANK SERVICE<br>ATTENTION: JANICE GORDON<br>3634 HIGHWAY 231<br>PANAMA CITY, FL 32404-9231 | | Claim Number: 8698<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |

| UNSECURED | Claimed: | $14,596.71 |
|---|---|---|

| | | | |
|---|---|---|---|
| HALL SEPTIC TANK SERVICE, INC.<br>3634 HIGHWAY 231<br>PANAMA CITY, FL 32404 | | Claim Number: 2955<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |

| UNSECURED | Claimed: | $14,596.71 |
|---|---|---|

| | | | |
|---|---|---|---|
| HALL SEPTIC TANK SERVICE, INC.<br>3634 US HWY 231<br>PANAMA CITY, FL 32404-9231 | | Claim Number: 6276<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |

| UNSECURED | Claimed: | $14,596.71 |
|---|---|---|

| | | |
|---|---|---|
| HALL SHEET METAL WORKS INC<br>11 RIVER STREET - SUITE #1<br>MIDDLETON, MA 01949 | | Claim Number: 1498<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $5,554.00 |
| HALPER, DAVID W.<br>770 TONKAWA RD.<br>ORONO, MN 55356 | | Claim Number: 681<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| HAMBY TRUCK & EQUIPMENT, INC.<br>1024 TALLAPOOSA HWY<br>CEDARTOWN, GA 30125 | | Claim Number: 1061<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
| UNSECURED | Claimed: | $2,228.45 |
| HAMILTON COUNTY<br>2875 E SHARON ROAD<br>CINCINNATI, OH 45241 | | Claim Number: 7703<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| SECURED | Claimed: | $19,912.36 |
| HAMILTON PRESS, LLC<br>PO BOX 6105<br>FERNANDINA BEACH, FL 32035 | | Claim Number: 1866<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $10,619.07 |

| | | |
|---|---|---|
| HAMMONS, LESTER<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | | Claim Number: 11827<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| HAMON RESEARCH-COTTRELL, INC.<br>P.O. BOX 1500<br>SOMERVILLE, NJ 08876 | | Claim Number: 911<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $6,885.01 |
| HAMRICK, HARLEY E<br>PO BOX 92<br>GILA BEND, AZ 85337-0092 | | Claim Number: 10914<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8996 (03/22/2011) |
| UNSECURED | Claimed: | $5,511.00 |
| HAND, DAVID V.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | | Claim Number: 11828<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| HANSEN, PETER HARLOW<br>289 SOUTH LONGYARD RD<br>SOUTHWICK, MA 01077 | | Claim Number: 12652<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |

| HANSON TRUCKING INC.<br>BOX 218<br>COLUMBIA FALLS, MT 59912 | Claim Number: 705<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| --- | --- |
| UNSECURED            Claimed: | $26,004.95 |
| HARDWICK, KENNETH<br>645 SKYRAIDER DRIVE<br>INDEPENDENCE, OR 97351 | Claim Number: 11736<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY            Claimed: | $20,000.00 |
| HARPER/LOVE ADHESIVES CORPORATION<br>HILLARY B. CRABTREE<br>MOORE & VAN ALLEN PLLC<br>100 NORTH TRYON STREET, FLOOR 47<br>CHARLOTTE, NC 28202 | Claim Number: 1705<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| ADMINISTRATIVE            Claimed: | $219,437.81 |
| HARPER/LOVE ADHESIVES CORPORATION<br>HILLARY B. CRABTREE<br>MOORE & VAN ALLEN PLLC<br>100 NORTH TRYON STREET, FLOOR 47<br>CHARLOTTE, NC 28240 | Claim Number: 2556<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| ADMINISTRATIVE            Claimed: | $335,928.03 |
| HARRINGTON PLASTICS<br>10151 BUNSEN WAY<br>LOUISVILLE, KY 40299 | Claim Number: 11438-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID |
| ADMINISTRATIVE            Claimed: | $11,651.84 |

| HARRIS COUNTY, ET AL | Claim Number: 1564 |
| JOHN P. DILLMAN | Claim Date: 03/10/2009 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| PO BOX 3064 | Comments: EXPUNGED |
| HOUSTON, TX 77253-3064 | DOCKET: 2760 (11/16/2009) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $53,305.10 UNLIQ |

| HARRIS COUNTY, ET AL | Claim Number: 2979 |
| JOHN P. DILLMAN | Claim Date: 03/31/2009 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| PO BOX 3064 | Comments: EXPUNGED |
| HOUSTON, TX 77253-3064 | DOCKET: 4966 (02/12/2010) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $53,305.10 UNLIQ |

| HARRIS COUNTY, ET AL | Claim Number: 13669 |
| ATTN: JOHN P. DILLMAN | Claim Date: 12/08/2009 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| P.O. BOX 3064 | Comments: EXPUNGED |
| HOUSTON, TX 77253-3064 | DOCKET: 4966 (02/12/2010) |

| SECURED | Claimed: | $48,258.84 |

| HARRIS COUNTY, ET AL | Claim Number: 13672 |
| ATTN: JOHN P. DILLMAN | Claim Date: 12/11/2009 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| P.O. BOX 3064 | Comments: EXPUNGED |
| HOUSTON, TX 77253-3064 | DOCKET: 8120 (06/22/2010) |

| SECURED | Claimed: | $48,258.84 |

| HARRIS COUNTY, ET AL | Claim Number: 13945 |
| JOHN P. DILLMAN | Claim Date: 03/30/2010 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| PO BOX 3064 | Comments: EXPUNGED |
| HOUSTON, TX 77253-3064 | DOCKET: 8120 (06/22/2010) |

| SECURED | Claimed: | $26,583.43 UNLIQ |

---

HARRIS COUNTY, ET AL
JOHN P. DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 13946
Claim Date: 03/30/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 8038 (06/16/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $21,885.81 | UNLIQ |

---

HARRIS COUNTY, ET AL.
JOHN P. DILLMAN
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO BOX 3064
HOUSTON, TX 77253-3064

Claim Number: 1372
Claim Date: 03/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $53,305.10 | UNLIQ |

---

HARRIS MECHANICAL SERVICES, INC.
P.O. BOX 28271
RICHMOND, VA 23228

Claim Number: 1567
Claim Date: 03/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,959.81 |

---

HARRIS WASTE MANAGEMENT GROUP, INC.
C/O VARNUM LLP
BRIDGEWATER PLACE
PO BOX 352
GRAND RAPIDS, MI 49501-0352

Claim Number: 5533
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 1866 (09/04/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $35,913.20 |

---

HARTFORD FINANCIAL SERVICES GROUP, INC.,
C/O WILMER CUTLER PICKERING HALE & DORR
ATTN: NANCY MANZER
1875 PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20006

Claim Number: 11394
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8996 (03/22/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

| HARVEY, JAN E<br>5150 APPLETON AVE.<br>JACKSONVILLE, FL 32210 | Claim Number: 10768<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| HASTINGS LOGGING CO, INC.<br>113 SHERWOOD DRIVE<br>SCOTTSBORO, AL 35769 | Claim Number: 116<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
|---|---|

| UNSECURED | Claimed: | $4,635.67 |
|---|---|---|

| HAYES ENTERPRISES, INC.<br>878 S. MORRISON LANE<br>POTOMAC, MT 59823-9511 | Claim Number: 103<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,340.00 |
|---|---|---|

| HAYES MANUFACTURING GROUP, INC.<br>C/O TARA E. NAUFUL, ESQUIRE<br>HAYNSWORTH SINKLER BOYD, PA<br>POST OFFICE BOX 11889<br>COLUMBIA, SC 29211-1889 | Claim Number: 2933<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1175 (07/06/2009)<br>THIS CLAIM IS PAID |
|---|---|

| ADMINISTRATIVE | Claimed: | $6,374.76 | Allowed: | $6,374.76 |
|---|---|---|---|---|

| HAZCHEM ENVIRONMENTAL CORPORATION<br>1115 W. NATIONAL AVE.<br>ADDISON, IL 60101-3128 | Claim Number: 2752<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $677.25 |
|---|---|---|

| HD SUPPLY, PLUMBING/HVAC, LTD<br>PO BOX 907998<br>GAINESVILLE, GA 30501 | Claim Number: 2150<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $18,585.39 |
|---|---|---|

| HEACOCK, DONALD G.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | Claim Number: 11830<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

| HEDRICK, JEANETTE G<br>18 GREBE ROAD<br>SCHWENKSVILLE, PA 19473 | Claim Number: 9571<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNDET |
|---|---|---|

| HEFNER, JAMES E.<br>15803 LAMMER RD<br>OREGON CITY, OR 97045 | Claim Number: 1792<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00  UNLIQ |
|---|---|---|

| HEIDEMAN, WAYNE<br>26 NORWALK AVE.<br>WHITING, NJ 08759 | Claim Number: 5324<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $29,402.53 |
|---|---|---|

| | | |
|---|---|---|
| HELMOLD, LLC<br>2505 MILLENNIUM DRIVE<br>ELGIN, IL 60124 | Claim Number: 376<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | |
| UNSECURED          Claimed: | $599.20 | |
| HENEGHEN, ERNEST J.<br>12914 W GALAXY DR<br>SUN CITY WEST, AZ 85375 | Claim Number: 1545<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |
| HENEGHEN, JACQUELINE K.<br>12914 W GALAXY DR<br>SUN CITY WEST, AZ 85375 | Claim Number: 1544<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| UNSECURED          Claimed: | $0.00   UNLIQ | |
| HENKEL CORPORATION<br>ORDER TO CASH COMPETENCY CENTER<br>1001 TROUT BROOK CROSSING<br>ROCKY HILL, CT 06067 | Claim Number: 787<br>Claim Date: 02/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| ADMINISTRATIVE          Claimed: | $109,967.29 | |
| HENKEL CORPORATION<br>ORDER TO CASH COMPETENCY CENTER<br>1001 TROUT BROOK CROSSING<br>ROCKY HILL, CT 06067 | Claim Number: 1133-02<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) | |
| ADMINISTRATIVE          Claimed: | $80,509.63 | Allowed:          $80,509.63 |

| | | |
|---|---|---|
| HENKEL CORPORATION<br>SCOTT M. MILLER, DIRECTOR OF FINANCE<br>1001 TROUT BROOK CROSSING<br>ROCKY HILL, CT 06067 | | Claim Number: 11152<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| ADMINISTRATIVE | Claimed: | $7,229.73 |
| HENRICO COUNTY, VA<br>RHYSA GRIFFITH SOUTH, ASSISTANT COUNTY<br>ATTORNEY<br>PO BOX 90775<br>HENRICO, VA 23273-0775 | | Claim Number: 13743<br>Claim Date: 01/12/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5042 (02/16/2010) |
| UNSECURED | Claimed: | $10,059.05 |
| HENRICO COUNTY, VIRGINIA<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>P.O. BOX 90775<br>HENRICO, VA 23273-0775 | | Claim Number: 3447<br>Claim Date: 06/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
| SECURED | Claimed: | $50,036.74 |
| HENRICO COUNTY, VIRGINIA<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>P.O. BOX 90775<br>HENRICO, VA 23273-0775 | | Claim Number: 3448<br>Claim Date: 06/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5042 (02/16/2010) |
| UNSECURED | Claimed: | $10,179.97 |
| HENRICO COUNTY, VIRGINIA (S0803100)<br>RHYSA GRIFFITH SOUTH<br>ASSISTANT COUNTY ATTORNEY<br>P.O. BOX 90775<br>HENRICO, VA 23273-0775 | | Claim Number: 13829<br>Claim Date: 02/16/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $1,904.11 |

---

HERB'S GATOR SERVICE, INC.
12300 MANOR ROAD
GLEN ARM, MD 21057

Claim Number: 528
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,303.00 |

---

HERRING, SAM MOSES
C/O GREGORY A. CADE
ENVIRONMENTAL LITIGATION GROUP, P.C.
3529 7TH AVE SOUTH
BIRMINGHAM, AL 35222

Claim Number: 11499
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $58,000.00 |

---

HESS, ANDREW S
1215 SOMERVILLE WEST ELKTON RD
SOMERVILLE, OH 45064

Claim Number: 9731
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $589.00   UNLIQ |

---

HI-TECH TESTING SERVICE, INC
DUDLEY SHANKLES
PO BOX 12568
LONGVIEW, TX 75607

Claim Number: 2546
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,141.92 |
| UNSECURED | Claimed: | $17,024.00 |
| TOTAL | Claimed: | $17,024.00 |

---

HIGH MOUNTAIN ENTERPRISES, INC.
HIGH MOUNTAIN LOGGING
P.O. BOX 143
VICTOR, MT 59875

Claim Number: 244
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,689.41 |

---

| | | |
|---|---|---|
| HILGER, M J<br>3626 PANTHER LANE<br>CEDAR FALLS, IA 50613 | | Claim Number: 11369<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNDET |
| HILL, ROBERT K<br>30 MACEY LANE<br>TOWNSEND, DE 19734 | | Claim Number: 10035<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| HILLSBOROUGH COUNTY TAX COLLECTOR<br>ATTN: DOUG BELEN<br>601 E. KENNEDY BLVD., 14TH FLOOR<br>TAMPA, FL 33602-4931 | | Claim Number: 13642<br>Claim Date: 11/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 4836 (02/09/2010) |
| SECURED | Claimed: | $41,865.41   UNLIQ |
| HILSCHER-CLARKE ELECTRIC COMPANY<br>519 - 4TH STREET NW<br>CANTON, OH 44703 | | Claim Number: 3315<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $30,029.00 |
| HITEX TOOL & DIE<br>P.O. BOX 5667<br>LONGVIEW, TX 75608 | | Claim Number: 347<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $10,051.00 |

| | | | | |
|---|---|---|---|---|
| HMH TRANSPORTATION, INC.<br>514 N. MAIN STREET<br>P.O. BOX 126<br>BALTIMORE, OH 43105 | | Claim Number: 25<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $106,326.50 | | |
| HOERNER BOXES<br>PO BOX 2382<br>TUPELO, MS 38803 | | Claim Number: 5665-02<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $6,968.05 | Allowed: | $6,968.05 |
| HOFFMANN, HEIDI B<br>2330 FRANCIS STREET<br>S ST PAUL, MN 55075 | | Claim Number: 6524<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00    UNLIQ | | |
| HOLDER ELECTRIC SUPPLY INC<br>P.O. BOX 2368<br>GREENVILLE, SC 29602 | | Claim Number: 1818<br>Claim Date: 03/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $445.85 | | |
| HOLIAN INSULATION COMPANY, INC.<br>11 E ADAMS - SUITE 800<br>CHICAGO, IL 60603 | | Claim Number: 7206<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| PRIORITY | Claimed: | $29,390.00 | | |
| SECURED | Claimed: | $29,390.00 | | |
| TOTAL | Claimed: | $29,390.00 | | |

| | | |
|---|---|---|
| HOLLENBECK, HORACE<br>1594 S NUGENT RD<br>LUMMI ISLAND, WA 98262 | | Claim Number: 6313<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00    UNLIQ |
| HOME INSURANCE COMPANY IN LIQUIDATION,<br>THE - KAREN TISDELL<br>55 SOUTH COMMERCIAL STREET<br>MANCHESTER, NH 03101 | | Claim Number: 13999<br>Claim Date: 04/15/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) |
| UNSECURED | Claimed: | $1,508,179.00 |
| HOME INSURANCE COMPANY INC., THE<br>LIQUIDATION- KAREN TISDELL<br>55 SOUTH COMMERCIAL STREET<br>MANCHESTER, NH 03101 | | Claim Number: 3715<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8758 (11/15/2010) |
| UNSECURED | Claimed: | $0.00    UNLIQ |
| HONEY CELL, INC.<br>850 UNION AVENUE<br>BRIDGEPORT, CT 06607 | | Claim Number: 188<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $29,875.98 |
| HOOPER, ROBERT<br>P.O. BOX 841<br>WEST POINT, VA 23181 | | Claim Number: 11657<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $500,000.00 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | |
|---|---|---|
| HORIZONS CONSULTING, INC.<br>ATTN: JOHN H. RUCKER, PRESIDENT<br>25521 SAINT FRANCIS ROAD<br>JERSEYVILLE, IL 62052 | | Claim Number: 49<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $90,399.00 |
| HORIZONS CONSULTING, INC.<br>ATTN: JOHN H. RUCKER, PRESIDENT<br>25521 SAINT FRANCIS ROAD<br>JERSEYVILLE, IL 62052 | | Claim Number: 124<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $60,662.25 |
| HORIZONS CONSULTING, INC.<br>ATTN: JOHN H. RUCKER, PRESIDENT<br>25521 SAINT FRANCIS ROAD<br>JERSEYVILLE, IL 62052 | | Claim Number: 284<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $60,662.25 |
| HOWARD ROOFING CO., INC.<br>C/O BUXBAUM & CHAKMAK<br>414 YALE AVENUE<br>CLAREMONT, CA 91711 | | Claim Number: 3328<br>Claim Date: 06/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $77,048.10 |
| HOWCHICK, CAROLYN<br>56 HOWARD DRIVE<br>PENSACOLA, FL 32503 | | Claim Number: 11357<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | |
|---|---|---|
| HUCKABY, ALTON R.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | | Claim Number: 11831<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| HURRICANE PUMP DISTRIBUTION INC<br>134 ROMINA DRIVE, UNIT 2<br>CONCORD, ON L4K 4Z7<br>CANADA | | Claim Number: 2756<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
| UNSECURED | Claimed: | $5,201.28 |
| HUTHER BROS., INC.<br>P.O. BOX 10457<br>ROCHESTER, NY 14610 | | Claim Number: 532<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| UNSECURED | Claimed: | $94.86 |
| HUTHER BROS., INC.<br>P.O. BOX 10457<br>ROCHESTER, NY 14610 | | Claim Number: 533<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| UNSECURED | Claimed: | $762.65 |
| HYDRAULIC SPECIALISTS, INC.<br>PO BOX 500<br>5655 GUNDY DRIVE<br>MIDVALE, OH 44653 | | Claim Number: 2539<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| UNSECURED | Claimed: | $2,906.57 |

---

HYSTER NEW ENGLAND, INC
6 JONSPIN RD
WILMINGTON, MA 18874408

Claim Number: 22
Claim Date: 02/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $31,269.37 |

---

I-95 INDUSTRIAL PARK
C/O MID-ATLANTIC MANAGEMENT CORPORATION
90 S. NEWTOWN STREET RD., NEWTOWN SQUARE
NEWTOWN SQUARE, PA 19073-4035

Claim Number: 5306
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $4,100.00 |

---

IBC CREDITORS TRUST AS ASSIGNEE OF IBC
POLSINELLI SHUGHART PC
C/O ANDREW NAZAR, ESQ
120 WEST 12TH STREET
KANSAS CITY, MO 64105-1929

Claim Number: 6303
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments:
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $101,303.34 |

---

IBC CREDITORS TRUST AS ASSIGNEE OF IBC
C/O ANDREW NAZAR, ESQ.
POLSINELLI SHUGHART PC
120 WEST 12TH STREET
KANSAS CITY, MO 64105-1929

Claim Number: 6896
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8758 (11/15/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $101,303.34 |

---

IBM CORPORATION
B.H. SHIDELER
TWO LINCOLN CENTRE
OAKBROOK TERRACE, IL 60181

Claim Number: 795
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $204,702.88 |
| UNSECURED | Claimed: | $184,169.05 |

| | | |
|---|---|---|
| IBM CREDIT, LLC<br>B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | | Claim Number: 1158<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7432 (05/04/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $31,076.16 |
| ICHIKAWA NORTH AMERICAN CORP<br>11097 HOUZE ROAD STE 200<br>ROSWELL, GA 30076 | | Claim Number: 11164<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $300,353.00 |
| ICHIKAWA NORTH AMERICAN CORP.<br>11097 HOUZE ROAD<br>SUITE 200<br>ROSWELL, GA 30076 | | Claim Number: 13252<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
| UNSECURED | Claimed: | $300,353.00 |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | | Claim Number: 13918<br>Claim Date: 03/22/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
| PRIORITY<br>SECURED<br>UNSECURED | Claimed:<br>Claimed:<br>Claimed: | $2,664.14<br>$0.00<br>$5,737.00 |
| IMAGE WAVE CORP<br>PO BOX 4504<br>LAGO VISTA, TX 78645 | | Claim Number: 8884<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $2,980.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| IMAGEWAVE CORPORATION<br>P.O. BOX 4504<br>ATTN: STACY PATEK<br>LAGO VISTA, TX 78645 | | Claim Number: 12499<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | | |
| ADMINISTRATIVE | Claimed: | $2,980.00 | | | | |
| UNSECURED | Claimed: | $2,980.00 | | | | |
| TOTAL | Claimed: | $2,980.00 | | | | |
| INDEPENDENT TIMBER, INC.<br>425 TOBACCO ROAD<br>DRY FORK, VA 24549 | | Claim Number: 2783<br>Claim Date: 05/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1175 (07/06/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $39,261.49 | | | Allowed: | $39,261.49 |
| INDSPEC CHEMICAL CORPORATION<br>KATHARINE L. MAYER & KATE ROGGIO BUCK<br>MCCARTER & ENGLISH, LLP<br>RENAISSANCE CTR - 405 N KING ST, 8TH FL<br>WILMINGTON, DE 19801 | | Claim Number: 1770<br>Claim Date: 03/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1175 (07/06/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $20,633.25 | | | Allowed: | $20,633.25 |
| INDUSTRIAL CONVEYOR BELT SYSTEMS, LLC<br>C/O C JAMES MCCALLAR, JR.<br>P.O. BOX 9026<br>SAVANNAH, GA 31412 | | Claim Number: 8024<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | | |
| SECURED | Claimed: | $70,624.42 | | | | |
| INDUSTRIAL ELECTRONICS GROUP, INC.<br>P.O. BOX 1870<br>YULEE, FL 32041 | | Claim Number: 653<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 6353 (03/29/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $66,926.04 | Scheduled: | $66,926.04 | | |

| | | |
|---|---|---|
| INDUSTRIAL MAINTENANCE<br>1185 LOW VALLEY COURT<br>RURAL HALL, NC 27045 | | Claim Number: 1091<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| UNSECURED | Claimed: | $127,929.03 |
| INDUSTRIAL RUBBER AND GASKET<br>PO BOX 6116<br>ALEXANDRIA, LA 71307-6116 | | Claim Number: 7761-01<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID |
| ADMINISTRATIVE | Claimed: | $12,546.50 |
| INFOMAT CORPORATION<br>620 W. NURSERY RD.<br>ATTN: LARRY WOOLARD<br>ROGERS, AR 72758 | | Claim Number: 372<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
| UNSECURED | Claimed: | $13,108.00 |
| INGRAM, PATRICIA G<br>196 COMMUNITY RD<br>EVERGREEN, AL 36401 | | Claim Number: 9581<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
| PRIORITY | Claimed: | $10,920.00 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $10,920.00 |
| TOTAL | Claimed: | $10,920.00 |
| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | | Claim Number: 11930<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $28,904.50 |

---

| INTERNATIONAL BALER CORPORATION<br>C/O STEPHEN M. GROSS, ESQ.<br>MCDONALD HOPKINS PLC<br>39533 WOODWARD AVE., STE. 318<br>BLOOMFIELD HILLS, MI 48044 | Claim Number: 799<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed: | $68,870.00 | | |

| INTERNATIONAL BALER CORPORATION<br>C/O STEPHEN M. GROSS, SEAN D. MALLOY &<br>JAYSON B. RUFF - MCDONALD HOPKINS PLC<br>39533 WOODWARD AVE., SUITE 318<br>BLOOMFIELD HILLS, MI 48304 | Claim Number: 1137-02<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed: | $60,570.00 | Allowed: | $60,570.00 |

| IRONS, STEPHEN E<br>103 FAIRWAY DRIVE<br>BREWTON, AL 36426 | Claim Number: 11609<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $36,003.36 | | |

| J CRISP ENTERPRISES LLC<br>PO BOX 16<br>ANDERSONVILLE, GA 31711 | Claim Number: 9687<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $64.50 | | |

| J&L FIBER SERVICES, INC.<br>C/O ROBERT SZWAJKOS, ESQ. & DANIEL P.<br>MAZO, ESQ.<br>205 N. PENNSYLVANIA AVE<br>MORRISVILLE, PA 19067 | Claim Number: 10669<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
|---|---|---|---|
| ADMINISTRATIVE          Claimed: | $131,081.13 | | |

| | | |
|---|---|---|
| J. ARON & COMPANY<br>ATTN: STEVEN M. BUNKIN<br>85 BROAD STREET<br>NEW YORK, NY 10004 | | Claim Number: 12561<br>Claim Date: 09/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
| SECURED | Claimed: | $774,705.35   UNLIQ |
| J. B. NASE CO., INC.<br>2124 EDISON AVE<br>JACKSONVILLE, FL 32204 | | Claim Number: 7402<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $1,872.20 |
| J.B. HUNT TRANSPORT, INC.<br>GARY F. SEITZ<br>RAWLE & HENDERSON LLP<br>300 DELAWARE AVENUE, SUITE 1015<br>WILMINGTON, DE 19801 | | Claim Number: 6282<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
| ADMINISTRATIVE | Claimed: | $307,563.93 |
| J.G. TRUCKING LLC<br>267 OTROBANDO AVENUE<br>NORWICH, CT 06360 | | Claim Number: 67<br>Claim Date: 02/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4130 (01/14/2010) |
| UNSECURED | Claimed: | $120,626.72 |
| J.M.F. COMPANY, INC.<br>318 HIGHLAND DRIVE<br>SAINT MARIES, ID 83861-2042 | | Claim Number: 1019<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $2,504.87 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | |
|---|---|
| JACKSON COUNTY COLLECTOR<br>COLLECTION DEPT. - ATTN: BANKRUPTCY<br>415 E 12TH ST. ROOM 100<br>KANSAS CITY, MO 64106 | Claim Number: 2977<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |

PRIORITY                 Claimed:                    $1,703.99

| | |
|---|---|
| JACQUES WHITFORD STANTEC LIMITED<br>8170 MONTVIEW ROAD<br>MONT-ROYAL, QC H4P 2L7<br>CANADA | Claim Number: 1584<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |

UNSECURED              Claimed:              $0.00   UNLIQ

| | |
|---|---|
| JACQUES WHITFORD STANTEC LIMITED<br>8170 MONTVIEW ROAD<br>MONT-ROYAL, QC H4P 2L7<br>CANADA | Claim Number: 13056<br>Claim Date: 08/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |

UNSECURED              Claimed:              $0.00   UNLIQ

| | |
|---|---|
| JAMES, BERNICE - TREASURER-TAX COLLECTOR<br>PO BOX 579<br>PO BOX 579<br>SANTA BARBARA, CA 93102 | Claim Number: 5972<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |

PRIORITY                 Claimed:                    $1,692.18

| | |
|---|---|
| JAMISON STEETL RULE DIE, INC<br>ATTN: SARAH JAMISON<br>PO BOX 447<br>MURFREESBORO, TN 37133 | Claim Number: 10094<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |

ADMINISTRATIVE        Claimed:                    $8,474.00

---

JANES, CHARLES J.
BARON & BUDD, P.C.
THE CENTRUM SUITE 1100
3102 OAK LAWN AVE
DALLAS, TX 75219

Claim Number: 11833
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 6649 (04/07/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

JARAMILLO, GUSTAVO J
196 PARKSTONE WAY
MARIETTA, GA 30066

Claim Number: 7719
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

---

JDS INDUSTRIES INC.
1800 E 57TH STREET NORTH
SIOUX FALLS, SD 57104

Claim Number: 318
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $697.19 |

---

JEA
C/O RICHARD R. THAMES, ESQ.
STUTSMAN THAMES & MARKEY, P.A.
50 NORTH LAURA STREET, SUITE 1600
JACKSONVILLE, FL 32202

Claim Number: 3095
Claim Date: 05/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $16,335.51 |
| UNSECURED | Claimed: | $7,474.07 |
| TOTAL | Claimed: | $23,809.38 |

---

JEA
C/O RICHARD R. THAMES, ESQ.
SUTSMAN THAMES & MARKEY, P.A.
50 NORTH LAURA STREET, SUITE 1600
JACKSONVILLE, FL 32202

Claim Number: 3096
Claim Date: 05/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $284.70 |
| UNSECURED | Claimed: | $25,430.08 |

---

---

| JEA<br>C/O RICHARD R. THAMES, ESQ.<br>STUTSMAN THAMES & MARKEY, P.A.<br>50 NORTH LAURA STREET, SUITE 1600<br>JACKSONVILLE, FL 32202 | Claim Number: 3097<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
|---|---|---|---|
| SECURED | Claimed: | $33.03 | |
| UNSECURED | Claimed: | $1,863.65 | |

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: HARRIS TECHNOLOGIES, INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 555<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $57,636.09 | Scheduled: | $59,254.09 |

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: STICKLE STEAM SPECIALTIES CO<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 690<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $52,866.00 | Scheduled: | $52,620.35 |

---

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: ANDRITZ INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 10938<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $377,811.72 | |

---

| JEFFERSON COUNTY SEWER SERVICE<br>716 RICHARD ARRINGTON BLVD #800<br>BIRMINGHAM, AL 35203 | Claim Number: 2833<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|
| PRIORITY | Claimed: | $8,540.33 | |

---

---

JEFFERSON COUNTY, ALABAMA
C/O A. ALLEN RAMSEY, P.C.
P.O. BOX 100247
BIRMINGHAM, AL 35210

Claim Number: 3219
Claim Date: 06/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| PRIORITY | Claimed: | $600.00 |
|---|---|---|

---

JEFFERSON COUNTY, ALABAMA
C/O A. ALLEN RAMSEY, P.C.
P.O. BOX 100247
BIRMINGHAM, AL 35210

Claim Number: 3220
Claim Date: 06/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| PRIORITY | Claimed: | $3,900.00 |
|---|---|---|

---

JEFFERSON COUNTY, ALABAMA
C/O A. ALLEN RAMSEY, P.C.
P.O. BOX 100247
BIRMINGHAM, AL 35210

Claim Number: 3221
Claim Date: 06/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| PRIORITY | Claimed: | $9,081.00 |
|---|---|---|

---

JEFFERSON COUNTY, ALABAMA
C/O A. ALLEN RAMSEY, P.C.
P.O. BOX 100247
BIRMINGHAM, AL 35210

Claim Number: 3222
Claim Date: 06/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| PRIORITY | Claimed: | $3,900.00 |
|---|---|---|

---

JEFFERSON COUNTY, ALABAMA
C/O A. ALLEN RAMSEY, P.C.
P.O. BOX 100247
BIRMINGHAM, AL 35210

Claim Number: 3223
Claim Date: 06/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| PRIORITY | Claimed: | $9,081.00 |
|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| JERKE CONSTRUCTION CO.<br>2808 W. 6TH STREET<br>SIOUX FALLS, SD 57104 | | Claim Number: 368<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $5,665.71 | | |
| JERNIGAN, DAMON<br>810 BEACON LANE<br>ATMORE, AL 36502 | | Claim Number: 9630<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) | | |
| UNSECURED | Claimed: | $5,520.00 | | |
| JH KNIGHTON LUMBER CO INC<br>PO BOX 536<br>RUTHER GLEN, VA 22546 | | Claim Number: 10579-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| UNSECURED | Claimed: | $18,063.47 | | |
| JH KNIGHTON LUMBER CO INC<br>PO BOX 536<br>RUTHER GLEN, VA 22546 | | Claim Number: 10579-02<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2534 (10/30/2009)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $18,063.47 | Allowed: | $18,063.47 |
| JKM LOGGING, INC.<br>PO BOX 987<br>WINNFIELD, LA 71483 | | Claim Number: 198<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| SECURED | Claimed: | $67,476.46 | | |

| | | |
|---|---|---|
| JOHN DREW, NASSAU COUNTY TAX COLLECTOR<br>C/O RICHARD R. THAMES, ESQ.<br>STUTSMAN THAMES & MARKEY, P.A.<br>50 NORTH LAURA STREET, SUITE 1600<br>JACKSONVILLE, FL 32202 | Claim Number: 5504<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| SECURED | Claimed: | $4,924,978.56 |
| JOHN JUMP TRUCKING<br>P.O. BOX 5040<br>KALISPELL, MT 59903 | Claim Number: 63<br>Claim Date: 02/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| UNSECURED | Claimed: | $42,861.04 |
| JOHNSON BROTHERS CONTRACTING INC<br>3757 N, RESERVE ST. SITE. A<br>MISSOULA, MT 59808 | Claim Number: 6098<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| UNSECURED | Claimed: | $90,187.60 |
| JOHNSON'S GIANT FOOD INC<br>1720 EAST MEIGHAN BLVD.<br>ATTN: CARMEN JOHNSON<br>GADSDEN, AL 35903 | Claim Number: 761<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $2,418.85 |
| JOHNSON'S GIANT FOOD, INC<br>1720 EAST MEIGHAN BLVD.<br>ATTN: CARMEN JOHNSON<br>GADSDEN, AL 35903 | Claim Number: 352<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $2,388.80 |

---

| JOHNSON'S PLUMBING & HEATING COMPANY<br>1840 OTSEGO AVENUE<br>COSHOCTON, OH 43812 | Claim Number: 643<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|
| UNSECURED          Claimed: | $59,300.36 |

| JOHNSON, CEDRIC JORDAN<br>1033 NORTH CACTUS AVE APT D # 29<br>RIALTO, CA 92376 | Claim Number: 12832<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) |
|---|---|
| PRIORITY          Claimed: | $19,000.00 |

| JOHNSON, HAROLD<br>C/O BOYD & KENTER<br>1150 GRAND # 700<br>KANSAS CITY, MO 64106 | Claim Number: 9337<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|
| UNSECURED          Claimed: | $0.00    UNLIQ |

| JONCO DIE COMPANY, INC<br>MATTHEW A. SWANSON<br>LEONARD, STREET AND DEINARD, P.C.<br>150 SOUTH FIFTH STREET, SUITE 2300<br>MINNEAPOLIS, MN 55402 | Claim Number: 1713<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 1175 (07/06/2009) |
|---|---|
| ADMINISTRATIVE          Claimed: | $93,894.51 |

| JONCO DIE COMPANY, INC<br>5201 PROGRAM AVENUE<br>MOUNDS VIEW, MN 55112 | Claim Number: 1938<br>Claim Date: 04/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|
| UNSECURED          Claimed: | $482,964.52 |

| | | |
|---|---|---|
| JONES, DELIA A<br>P O BOX 1322<br>YULEE, FL 32041 | | Claim Number: 7228<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $150,000.00 |
| JONES, ROGER<br>PO BOX 1322<br>YULEE, FL 32041 | | Claim Number: 7229<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $150,000.00 |
| JOYMER, HOWARD J.<br>1503 DAILEY STREET<br>EAST BREWTON, AL 36426 | | Claim Number: 11600<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
| UNSECURED | Claimed: | $12,144.00 |
| JPMORGAN CHASE BANK, N.A.<br>ATTN: ANN C KURINSKAS, MANAGING DIRECTOR<br>277 PARK AVENUE, FLOOR 08F<br>NEW YORK, NY 10172-0003 | | Claim Number: 11154<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
| SECURED | Claimed: | $19,410,605.00 |
| JPS INDUSTRIES, INC.<br>PO BOX 500<br>BRISTOL, NH 03222 | | Claim Number: 96<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| PRIORITY | Claimed: | $8,505.00 |
| UNSECURED | Claimed: | $17,010.00 |
| TOTAL | Claimed: | $17,010.00 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | |
|---|---|---|
| JT BROWN ENTERPRISES<br>302 BIRD<br>HANNIBAL, MO 63401 | | Claim Number: 11565<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5047 (02/16/2010) |
| UNSECURED | Claimed: | $178.00 |
| JV MANUFACTURING<br>THERESA<br>701 BATTLEFIELD COACH RD<br>SPRINGDALE, AR 72764-0224 | | Claim Number: 568<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) |
| UNSECURED | Claimed: | $144,737.71 |
| KACMARSKI, JAMES<br>9725 W PROVIDENCE RD<br>RICHMOND, VA 23236 | | Claim Number: 5481<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNDET |
| KASPARIAN'S PAINT CENTER<br>4635 N. CEDAR AVE.<br>FRESNO, CA 93726 | | Claim Number: 545<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| UNSECURED | Claimed: | $65.17 |
| KASPARIAN'S PAINT CENTER<br>4635 N. CEDAR AVE.<br>FRESNO, CA 93726 | | Claim Number: 546<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| UNSECURED | Claimed: | $110.45 |

---

| | | |
|---|---|---|
| KC LANDSCAPE & IRRIATION<br>WT SKIP LEAKE, ATTORNEY/COUNSELOR AT LAW<br>LANDMARK BLDG, 2201 N COLLINS ST STE 110<br>P.O. BOX 201786<br>ARLINGTON, TX 76006-1786 | | Claim Number: 3080<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,045.40 |

| | | |
|---|---|---|
| KELLEY, BARRY J<br>1617 LOCKE STREET<br>SALEM, VA 24153 | | Claim Number: 5973<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| KELLEY, LEWIS D<br>2331 CORNER ROCK ROAD<br>MIDLOTHIAN, VA 23113 | | Claim Number: 6967<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00   UNLIQ |
| UNSECURED | Claimed: | $9,573.60   UNLIQ |

| | | |
|---|---|---|
| KELLY, DOROTHY<br>4 TRURO CT.<br>LOUISVILLE, KY 40216 | | Claim Number: 12500<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $506.25   UNLIQ |

| | | |
|---|---|---|
| KELLY, THOMAS S. C/O ALMA KELLY<br>2006 UPPER HUNTERS TRACE RD.<br>LOUISVILLE, KY 40216 | | Claim Number: 12498<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

---

| KEMPER INSURANCE COMPANIES<br>VIKI STEUER<br>MANAGED ACCOUNTS, 13NW0351<br>ONE KEMPER DRIVE<br>LONG GROVE, IL 60049 | Claim Number: 3176<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |

---

| KEMPER INSURANCE COMPANIES<br>ATTN: VIKI STEUER<br>ONE KEMPER DRIVE<br>LONG GROVE, IL 60049 | Claim Number: 3671<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8996 (03/22/2011) |

| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |

---

| KENTUCKY CUMBERLAND COAL COMPANY<br>MARLA R. ESKIN & KATHLEEN CAMPBELL DAVIS<br>CAMPBELL & LEVINE, LLC<br>800 N. KING STREET, SUITE 300<br>WILMINGTON, DE 19801 | Claim Number: 1136<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 780 (04/16/2009) |

| ADMINISTRATIVE | Claimed: | $972,877.54 | Allowed: | $972,877.54 |

---

| KENTUCKY UTILITIES CO<br>ONE QUALITY STREET<br>LEXINGTON, KY 40507 | Claim Number: 5172<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $14,905.14 |

---

| KENTUCKY UTILITIES COMPANY<br>ONE QUALITY STREET<br>LEXINGTON, KY 40507 | Claim Number: 12335<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |

| UNSECURED | Claimed: | $14,905.14 |

| KERN COUNTY TREASURER - TAX COLLECTOR<br>PO BOX 579<br>BAKERSFIELD, CA 93302-0579 | Claim Number: 13426<br>Claim Date: 09/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|

| PRIORITY | Claimed: | $1,458.48 |
| SECURED | Claimed: | $8,881.41 |

| KERN COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 579<br>BAKERSFIELD, CA 93302-0579 | Claim Number: 7597<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $3,225.83 |
| SECURED | Claimed: | $8,632.27 |

| KERN COUNTY TREASURER AND TAX COLLECTOR<br>P.O. BOX 579<br>BAKERSFIELD, CA 93302-0579 | Claim Number: 10050<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| PRIORITY | Claimed: | $3,225.83 |
| SECURED | Claimed: | $8,632.27 |

| KERN COUNTY TREASURER AND TAX COLLECTOR<br>P.O. BOX 579<br>BAKERSFIELD, CA 93302-0579 | Claim Number: 13373<br>Claim Date: 09/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| PRIORITY | Claimed: | $1,458.48 |
| SECURED | Claimed: | $8,881.41 |

| KERN COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 579<br>BAKERSFIELD, CA 93302-0579 | Claim Number: 7794<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $3,225.83 |
| SECURED | Claimed: | $8,632.27 |

---

KILCREASE, WOODY L.
3299 STAWLY ROAD
BREWTON, AL 36426

Claim Number: 11589
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3286 (12/18/2009)

| UNSECURED | Claimed: | $8,500.00 |
|---|---|---|

---

KING COUNTY TREASURY OPERATIONS
KING COUNTY ADMINISTRATION BLDG
500 FOURTH AVENUE, ROOM # 600
SEATTLE, WA 98104-2387

Claim Number: 2057
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| SECURED | Claimed: | $17,245.66 |
|---|---|---|

---

KIROVAC, RENE
C/O KOSKIE MINSKY LLP
BARRISTERS AND SOLICITORS
20 QUEEN ST. WEST SUITE 900
TOROTO, ON M5H 3R3
CANADA

Claim Number: 11964
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $292,518.77   UNLIQ |
|---|---|---|

---

KLENZOLD CO. LIMITED
25 WATLINE AVE. SUITE 500
MISSISSAUGA, ON L4Z 2Z1
CANADA

Claim Number: 210
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $7,377.00 |
|---|---|---|

---

KLINGER, STEVEN J
C/O JAMES PARDO, JR.
KING & SPALDING
1180 PEACHTREE STREET, NE
ATLANTA, GA 30309

Claim Number: 7879
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 8709 (11/04/2010)

| PRIORITY | Claimed: | $416,326.00   UNLIQ CONT |
|---|---|---|
| UNSECURED | Claimed: | $416,326.00   UNLIQ CONT |
| TOTAL | Claimed: | $416,326.00   UNLIQ CONT |

---

| | | |
|---|---|---|
| KNOX COUNTY TRUSTEE<br>P.O. BOX 70<br>KNOXVILLE, TN 37901 | | Claim Number: 1794<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| SECURED | Claimed: | $17,535.00 |
| KOPCO, INC.<br>5730 NORTH 6TH STREET<br>FORT SMITH, AR 72904 | | Claim Number: 12487<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| ADMINISTRATIVE | Claimed: | $728.07 |
| UNSECURED | Claimed: | $7,765.48 |
| TOTAL | Claimed: | $7,765.48 |
| KPA/WITT PLASTICS, INC<br>KLOCKNER PENTAPLAST OF AMERICA INC<br>ATTN: KATE SHOTTS<br>PO BOX 500<br>GORDONSVILLE, VA 22942 | | Claim Number: 561<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $2,037.50 |
| KRAFT POWER CORP.<br>199 WILDWOOD AVE<br>WOBURN, MA 01888 | | Claim Number: 13947<br>Claim Date: 03/29/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $22,003.58 |
| KRECHNYAK, ROBERT F<br>9493 200TH AVE<br>REED CITY, MI 49677 | | Claim Number: 7867<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| KUMPE, DANIEL<br>2410 POSTBRIDGE<br>GRAND PRAIRIE, TX 75050 | Claim Number: 6340<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 31<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| SECURED | Claimed: | $178,671.51 |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 221<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| PRIORITY | Claimed: | $123,399.55 |
| SECURED | Claimed: | $2,423.43 |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 1102<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |
| SECURED | Claimed: | $178,671.51 |
| L.A. COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 1103<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | |
| PRIORITY | Claimed: | $123,399.55 |
| SECURED | Claimed: | $2,423.43 |

---

L.E. SAUER MACHINE COMPANY
MARK T HURFORD (DE NO 3299)
AYESHA S CHACKO (DE NO 4994)
800 NORTH KING STREET, SUITE 300
WILMINGTON, DE 19801

Claim Number: 1898
Claim Date: 03/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8333 (08/10/2010)

| ADMINISTRATIVE | Claimed: | $24,181.57 |
|---|---|---|

LABEL-IT, INC.
2880 BIG OAK DRIVE
PO BOX 1780
KING, NC 27021

Claim Number: 482
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $4,729.25 |

LABEL-IT, INC.
2880 BIG OAK DRIVE
KING, NC 27021

Claim Number: 484
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $5,799.25 |

LACHNEY, EDWIN JR.
BARON & BUDD, P.C.
THE CENTRUM SUITE 1100
3102 OAK LAWN AVE
DALLAS, TX 75219

Claim Number: 11835
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

LACLEDE TRAINING CONSULTANTS, LLC
CRAIG VARNER
4579 LACLEDE AVE. STE. 140
ST. LOUIS, MO 63108

Claim Number: 92
Claim Date: 02/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| PRIORITY | Claimed: | $10,950.00 |
|---|---|---|
| UNSECURED | Claimed: | $9,210.00 |

| | | |
|---|---|---|
| LACLEDE TRAINING CONSULTANTS, LLC<br>C/O BRUCE E. HOPSON<br>THE LAW OFFICE OF BRUCE E. HOPSON, LLC<br>1221 LOCUST ST., SUITE 800<br>ST. LOUIS, MO 63103-2380 | Claim Number: 173<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | |
| PRIORITY | Claimed: | $3,200.00 |
| LACLEDE TRAINING CONSULTANTS, LLC<br>C/O BRUCE E. HOPSON<br>THE LAW OFFICE OF BRUCE E. HOPSON, LLC<br>1221 LOCUST ST., SUITE 800<br>ST. LOUIS, MO 63103-2380 | Claim Number: 174<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | |
| PRIORITY | Claimed: | $10,240.00 |
| LACLEDE TRAINING CONSULTANTS, LLC<br>C/O BRUCE E. HOPSON<br>THE LAW OFFICE OF BRUCE E. HOPSON, LLC<br>1221 LOCUST ST., STE 80<br>SAINT LOUIS, MO 63103-2380 | Claim Number: 175<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | |
| PRIORITY | Claimed: | $3,520.00 |
| LACTALIS AMERICAN GROUP, INC.<br>DANIEL E. SARZYNSKI, ESQ. - RUPP BAASE<br>PFALZGRAF CUNNINGHAM & COPPOLA LLC<br>1600 LIBERTY BUILDING<br>BUFFALO, NY 14202 | Claim Number: 10570<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) | |
| UNSECURED | Claimed: | $26,280.00 |
| LAFARGE BUILDING MATERIALS, INC.<br>C/O PAUL A. WILSON, ESQUIRE<br>LITVAK, BEASLEY & WILSON, LLP<br>226 EAST GOVERNMENT STREET<br>PENSACOLA, FL 32502 | Claim Number: 2012<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| UNSECURED | Claimed: | $13,221.00   UNLIQ |

| | | | | |
|---|---|---|---|---|
| LAFAYETTE COAL CO.<br>MICHAEL J. BRANDT, EXECUTIVE V.P.<br>15 SALT CREEK LANE<br>SUITE 321<br>HINSDALE, IL 60521 | | Claim Number: 3001<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 1175 (07/06/2009)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $148,331.22 | Allowed: | $148,331.22 |
| LANCO MANUFACTURING CORP.<br>URB APONTE #5<br>SAN LORENZO, PR 00754 | | Claim Number: 8498<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $3,960.25 | | |
| LATHAM, JACK E.<br>C/O GREGORY A. CADE<br>ENVIRONMENTAL LITIGATION GROUP, P.C.<br>3529 7TH AVE SOUTH<br>BIRMINGHAM, AL 35222 | | Claim Number: 11500<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
| UNSECURED | Claimed: | $41,000.00 | | |
| LATHROP COMPANY, THE<br>460 WEST DUSSEL<br>MAUMEE, OH 43537 | | Claim Number: 378<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
| UNSECURED | Claimed: | $2,891.28 | | |
| LATTIN, MARILYN ANN<br>200 PINE FOREST DR APT A6<br>MAUEMELLE, AR 72113 | | Claim Number: 8877<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

| | | |
|---|---|---|
| LAWSON PRODUCTS, INC.<br>1666 E. TOUHY AVE.<br>DES PLAINES, IL 60018 | | Claim Number: 2454<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $193.51 |
| LAWSON PRODUCTS, INC.<br>1666 E. TOUHY AVE.<br>DES PLAINES, IL 60018 | | Claim Number: 2467<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $1,292.95 |
| LAWSON PRODUCTS, INC.<br>1666 E. TOUHY AVE.<br>DES PLAINES, IL 60018 | | Claim Number: 2468<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $4,272.23 |
| LAWSON PRODUCTS, INC., GEORGIA<br>C/O LAWSON PRODUCTS, INC.<br>1666 E. TOUHY AVE.<br>DES PLAINES, IL 60018 | | Claim Number: 2469<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $7,152.58 |
| LEE COUNTY TAX COLLECTOR<br>PO BOX 271<br>TUPELO, MS 38802 | | Claim Number: 9007<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5659 (03/05/2010) |
| PRIORITY | Claimed: | $243,143.55 |

---

LEE COUNTY TAX COLLECTOR
C/O JOHN A. CRAWFORD, JR.
PO BOX 6010
RIDGELAND, MS 39158-6016

Claim Number: 13606
Claim Date: 11/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (05/18/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $243,143.55 |
| SECURED | Claimed: | $243,143.55 |
| TOTAL | Claimed: | $243,143.55 |

LEE, CAROL S.
2502 W. 33 ST.
PANAMA CITY, FL 32405

Claim Number: 9614
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,038.00 |
| UNSECURED | Claimed: | $6,038.00 |
| TOTAL | Claimed: | $6,038.00 |

LEFLER, DOTTIE D
1448 EBINPORT RD
ROCK HILL, SC 29732

Claim Number: 10991
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $70,097.76 |

LEFLER, WILLIAM S. SR.
186 JACK SHOOK LANE
TAYLORSVILLE, NC 28681

Claim Number: 10992
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $112,824.60   UNLIQ CONT |

LES SCHWAB TIRE CENTERS OF MONTANA, INC.
PO BOX 5350
BEND, OR 97708

Claim Number: 2993
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| SECURED | Claimed: | $15,889.80 |
| UNSECURED | Claimed: | $16,331.83 |

| | | |
|---|---|---|
| LESLEY P. RIGSBY LUMBER CO., LLC<br>378 BUENA VISTA RD.<br>SALUDA, VA 23149 | Claim Number: 1199<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
| UNSECURED | Claimed: | $6,158.33 |
| LESLIE P. RIGSBY LUMBER CO., LLC<br>378 BUENA VISTA RD.<br>SALUDA, VA 23149 | Claim Number: 1771<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |
| UNSECURED | Claimed: | $6,158.33 |
| LEXISNEXIS A DIVISIOM OF REED ELSEVIER<br>KIM CRAMER<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 1840<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | |
| UNSECURED | Claimed: | $3,703.21 |
| LEXISNEXIS A DIVISIOM OF REED ELSEVIER<br>KIM CRAMER<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 1844<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | |
| UNSECURED | Claimed: | $32,584.28 |
| LEXISNEXIS A DIVISIOM OF REED ELSEVIER<br>KIM CRAMER<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | Claim Number: 1845<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | |
| UNSECURED | Claimed: | $9,874.78 |

| | | | | |
|---|---|---|---|---|
| LEXISNEXIS A DIVISIOM OF REED ELSEVIER<br>KIM CRAMER<br>9443 SPRINGBORO PIKE<br>MIAMISBURG, OH 45342 | | Claim Number: 1846<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | |
| UNSECURED | Claimed: | $2,703.00 | | |
| LEYMASTER, H N<br>5018 SOUTH MAIN ST<br>APT. #4<br>CEDAR FALLS, IA 50613 | | Claim Number: 3956<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) | | |
| UNSECURED | Claimed: | $10,000.00 | | |
| LINDE LLC<br>ATTN: ED HYLAND - REV. MGT. 1E<br>575 MOUNTAIN AVE.<br>MURRAY HILL, NJ 07974 | | Claim Number: 3173-02<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
| ADMINISTRATIVE | Claimed: | $13,193.64 | Allowed: | $13,193.64 |
| LION RAISINS, INC., A CALIFORNIA CORP.<br>WESLEY T. GREEN, JD MBA, CORP. COUNSEL<br>P.O. BOX 1350<br>SELMA, CA 93662 | | Claim Number: 1140<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $1,803.27 | | |
| LION RAISINS, INC., A CALIFORNIA CORP.<br>WESLEY T. GREEN, JD MBA, CORP. COUNSEL<br>P.O. BOX 1350<br>SELMA, CA 93662 | | Claim Number: 1142<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $1,803.27 | | |

---

LION RAISINS, INC., A CALIFORNIA CORP.
WESLEY T. GREEN, JD MBA, CORP. COUNSEL
P.O. BOX 1350
SELMA, CA 93662

Claim Number: 1143
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $1,803.27 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: RUDCO PRODUCTS INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 38
Claim Date: 02/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $8,520.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: JIM'S LEASING INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 40
Claim Date: 02/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $1,200.00 |
| UNSECURED | | $4,000.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: A.R.C.S. DIV PNJ INDUSTRIES
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 146
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $2,068.25 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STAFFORD CUTTING DIES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 356
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $36,973.92 | | $35,258.72 |

---

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HIGH PLAINS LOGISTICS CONSUL<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 609<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $17,446.33 |

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PRINTLINK LTD.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 697<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,490.15 |

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ACCURATE PAPER RECYCLING, IN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 3237-02<br>Claim Date: 06/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $28,005.94 | Allowed: | $28,005.94 |

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MEYER LABORATORY, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 4928-03<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $12,215.95 |

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: E&C CHEMICALS, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 6409-01<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $47,758.20 |

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KADANT BLACK CLAWSON INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 12809-02<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2534 (10/30/2009)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $9,021.00 | Allowed: | $9,021.00 |
| LITHTEX, INC.<br>6770 NW CENTURY BLVD<br>HILLSBORO, OR 97124 | | Claim Number: 1809<br>Claim Date: 03/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $7,083.00 | | |
| LOAN FUNDING V, LLC<br>ATTENTION TERENCE DUNN<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT INC<br>P.O. BOX 32339, 2 GATEWAY CTR.<br>NEWARK, NJ 07102 | | Claim Number: 11300<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| SECURED | Claimed: | $4,828,277.80 | | |
| LOCAL 6-505M, GCC/ IBT<br>ATTN: CHICO HUMES, PRESIDENT<br>105 PROGRESS PARKWAY<br>MARYLAND HEIGHTS, MO 63034 | | Claim Number: 9297<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| LOFTIS STEEL & ALUMINUM, INC.<br>4204 CHARLOTTE AVE.<br>PO BOX 90473<br>NASHVILLE, TN 37209 | | Claim Number: 537<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $479.00 | | |

| | | |
|---|---|---|
| LOGAN COMPANY, LLC<br>PO BOX 38<br>LARSEN, WI 54947 | | Claim Number: 105<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $13,227.68 |
|---|---|---|

| | | |
|---|---|---|
| LOGAN SAWMILL, INC<br>154 PLEASANT GROVE ROAD<br>ELLIJAY, GA 30540 | | Claim Number: 69<br>Claim Date: 02/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) |

| UNSECURED | Claimed: | $3,966.03 |
|---|---|---|

| | | |
|---|---|---|
| LONG, JAMES L.<br>3207 S. WILLOW RD.<br>JONESBORO, AR 72401 | | Claim Number: 5202<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: CSW, INC.<br>1325 AVE OF THE AMERICAS 28TH FL<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | | Claim Number: 1319-02<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) |

| ADMINISTRATIVE | Claimed: | $79,800.20 | Allowed: | $79,800.20 |
|---|---|---|---|---|

| | | |
|---|---|---|
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: ALSTROM POWER INC.<br>1325 AVE OF THE AMERICAS 28TH FL<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | | Claim Number: 5678-01<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID |

| ADMINISTRATIVE | Claimed: | $48,298.99 |
|---|---|---|

| LOPEZ, RICARDO | Claim Number: 9359 |
| 715 PEMBERTON AVE | Claim Date: 08/21/2009 |
| PLAINFIELD, NJ 07060-2720 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 8833 (12/09/2010) |

UNSECURED          Claimed:              $0.00   UNDET

| LOS ANGELES COUNTY TREASURER & | Claim Number: 13593 |
| TAX COLLECTOR | Claim Date: 11/09/2009 |
| PO BOX 54110 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| LOS ANGELES, CA 90054-0110 | Comments: EXPUNGED |
| | DOCKET: 8120 (06/22/2010) |

SECURED          Claimed:              $527,497.11

| LOS ANGELES COUNTY TREASURER & | Claim Number: 13594 |
| TAX COLLECTOR | Claim Date: 11/09/2009 |
| PO BOX 54110 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| LOS ANGELES, CA 90054-0110 | Comments: EXPUNGED |
| | DOCKET: 8378 (08/16/2010) |

SECURED          Claimed:              $93,545.04

| LOS ANGELES COUNTY TREASURER & | Claim Number: 13595 |
| TAX COLLECTOR | Claim Date: 11/09/2009 |
| PO BOX 54110 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| LOS ANGELES, CA 90054-0110 | Comments: EXPUNGED |
| | DOCKET: 4132 (01/14/2010) |

PRIORITY          Claimed:              $2,455.98

| LOS ANGELES COUNTY TREASURER & | Claim Number: 13809 |
| TAX COLLECTOR | Claim Date: 02/05/2010 |
| PO BOX 54110 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| LOS ANGELES, CA 90054-0110 | Comments: POSSIBLY AMENDED BY 14043 |
| | DOCKET: 8434 (08/24/2010) |

ADMINISTRATIVE          Claimed:              $50,679.87

| LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 14043<br>Claim Date: 06/08/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8661 (10/18/2010) |
|---|---|
| ADMINISTRATIVE          Claimed: | $45,913.34   UNLIQ |

| LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | Claim Number: 14044<br>Claim Date: 06/08/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
|---|---|
| UNSECURED          Claimed: | $2,812.54   UNLIQ |

| LOUDENSLAGER, KENNETH W<br>221 EAST FOURTH STREET<br>LEWISTOWN, PA 17044 | Claim Number: 3755<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| PRIORITY          Claimed: | $0.00   UNLIQ |

| LOUISIANA FORESTRY SERVICES, INC.<br>3079 HIGHWAY 4<br>RINGGOLD, LA 71068-2935 | Claim Number: 1197<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|
| SECURED          Claimed: | $27,529.34 |

| LOUISVILLE GAS AND ELECTRIC COMPANY<br>820 WEST BROADWAY<br>LOUISVILLE, KY 40202 | Claim Number: 1180<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|
| UNSECURED          Claimed: | $10,172.83 |

| | | |
|---|---|---|
| LOWENSTEIN SANDLER PC<br>WILLIAM B. FARRELL III, CFO<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | | Claim Number: 3514<br>Claim Date: 06/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
| UNSECURED | Claimed: | $21,420.12 |
| LOWERY, LINDA L<br>235 LEWIS ROAD<br>CIRCLEVILLE, OH 43113 | | Claim Number: 6351<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| LUCK STONE CORP.<br>PO BOX 29682<br>RICHMOND, VA 23242-0682 | | Claim Number: 1148<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) |
| UNSECURED | Claimed: | $5,658.03 |
| LUZENAC AMERICA, INC<br>THOMAS C. BELL<br>DAVIS GRAHAM & STUBBS LLP<br>1550  15TH STREET, SUITE 500<br>DENVER, CO 80202 | | Claim Number: 11659-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID |
| ADMINISTRATIVE | Claimed: | $11,120.79 |
| LUZENAC AMERICA, INC<br>THOMAS C. BELL<br>DAVIS GRAHAM & STUBBS LLP<br>1550  15TH STREET, SUITE 500<br>DENVER, CO 80202 | | Claim Number: 11659-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8898 (01/20/2011) |
| UNSECURED | Claimed: | $431.37 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

---

| LUZENAC AMERICA, INC<br>THOMAS C. BELL,ESQ.<br>DAVIS GRAHAM & STUBBS LLP<br>1550 17TH STREET, SUITE 500<br>DENVER, CO 80202 | Claim Number: 11661<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $11,552.16 |
|---|---|---|
| UNSECURED | Claimed: | $149,030.53 |

---

| LYONS, DOWNARD J. C/O BETTY H. LYONS<br>5227 MERCURY DR.<br>LOUISVILLE, KY 40258 | Claim Number: 12510<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| M&C LANDSCAPING INC. ENT.<br>ATTN: MICHAEL DRAVICZKY<br>PO BOX 349<br>LIMA, PA 19037 | Claim Number: 505<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $27,822.90 |
|---|---|---|

---

| M&C LANDSCAPING INC.ENT.<br>ATTN: MICHAEL DRAVICZKY<br>PO BOX 349<br>LIMA, PA 19037 | Claim Number: 4839<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $27,822.90 |
|---|---|---|

---

| MAASEN, JOHN J. JR.<br>1604 N.E. ROSEWOOD DR.<br>GLADSTONE, MO 64118 | Claim Number: 718<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| | | |
|---|---|---|
| MADISON COUNTY TREASURER<br>PO BOX 729<br>EDWARDSVILLE, IL 62025 | | Claim Number: 13860<br>Claim Date: 03/02/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
| SECURED | Claimed: | $81,884.83 |
| MAGNOLIA STATE DIE<br>P.O. 338<br>235 INDUSTRIAL DRIVE<br>SENATOBIA, MS 38668 | | Claim Number: 359<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $30,104.51 |
| MALLOY, JAMES K.<br>C/O BERNARD W. GERDELMAN, ESQ.<br>PAULE, CAMAZINE & BLUMENTHAL, PC<br>165 N. MERAMEC AVE., 6TH FLOOR<br>SAINT LOUIS, MO 63105-3789 | | Claim Number: 9763<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $1,484,193.19   UNLIQ |
| MALLOY, JOHN B.<br>C/O BERNARD W. GERDELMAN, ESQ.<br>PAULE, CAMAZINE & BLUMENTHAL, PC<br>165 N. MERAMEC AVE., 6TH FLOOR<br>SAINT LOUIS, MO 63105-3789 | | Claim Number: 9764<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $1,512,359.95   UNLIQ |
| MANAGEMENT CONSULTANT SERVICES, INC.<br>509 JULIAN R. ALLSBROOK HWY.<br>PO BOX 234<br>ROANOKE RAPIDS, NC 27870 | | Claim Number: 13864<br>Claim Date: 03/05/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $6,847.45 |

| | | |
|---|---|---|
| MANATEE COUNTY TAX COLLECTOR<br>KEN BURTON, JR., CFC<br>POST OFFICE BOX 25300<br>BRADENTON, FL 34206-5300 | | Claim Number: 791<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID |
| SECURED | Claimed: | $67,683.38   UNLIQ |
| MANNING EXPRESS TRUCKING<br>P.O. BOX 1405<br>COLTON, CA 92324 | | Claim Number: 12538<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $20,709.00 |
| MANTELL, JAMES R<br>7827 E MENDOZA AVE<br>MESA, AZ 85209 | | Claim Number: 7569<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| MARINE SALVAGE CONSORTIUM, INC, THE<br>DBA FRED DEVINE DIVING & SALVAGE CO<br>6211 E ENSIGN STREET<br>PORTLAND, OR 97217 | | Claim Number: 11472<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8985 (03/16/2011) |
| UNSECURED | Claimed: | $0.00   UNDET |
| MARINE VACUUM SERVICES, INC.<br>C/O GORDON & REES<br>JEFFREY BILANKO<br>701 5TH AVE SUITE 2130<br>SEATTLE, WA 98104 | | Claim Number: 11800<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8985 (03/16/2011) |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT |

| | | |
|---|---|---|
| MARKETRESEARCH.COM<br>11200 ROCKVILLE PIKE<br>SUITE 504<br>ROCKVILLE, MD 20852 | | Claim Number: 1356<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $20,000.00 |
| MARLIN LEASING CORPORATION<br>300 FELLOWSHIP RD<br>MT LAUREL, NJ 08054 | | Claim Number: 12800<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| UNSECURED | Claimed: | $3,555.16 |
| MARRA, JOAN<br>C/O BERNARD W. GERDELMAN, ESQ.<br>PAULE, CAMAZINE & BLUMENTHAL, PC<br>165 N. MERAMEC AVE., 6TH FLOOR<br>SAINT LOUIS, MO 63105-3789 | | Claim Number: 9765<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $1,567,883.57   UNLIQ |
| MARSHALL, LONNIE E<br>11113 BENJAMIN PLACE<br>RICHMOND, VA 23233 | | Claim Number: 10680<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $19,155.60   UNLIQ |
| MARSHAN AND STEVENS, INC<br>ATTN: W. CLINE<br>355 S. GRAND AVE<br>STE 1750<br>LOS ANGELES, CA 90071 | | Claim Number: 13632<br>Claim Date: 11/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $10,433.79 |

| | | |
|---|---|---|
| MARTCO LIMITED PARTNERSHIP<br>P.O. BOX 1110<br>ALEXANDRIA, LA 71309-1110 | Claim Number: 328<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | |
| UNSECURED | Claimed: | $4,793.76 |
| MARTIN LUMBER COMPANY, INC.<br>DANNY MARTIN<br>7001 MOSS RD.<br>BAXTER, TN 38544 | Claim Number: 933<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| UNSECURED | Claimed: | $3,139.54 |
| MARTIN, WESLEY M.<br>C/O GREGORY A. CADE<br>ENVIRONMENTAL LITIGATION GROUP, P.C.<br>3529 7TH AVE SOUTH<br>BIRMINGHAM, AL 35222 | Claim Number: 11501<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | |
| UNSECURED | Claimed: | $41,000.00 |
| MARTINEZ TORRES, FABIAN AND<br>CRUET GONZALEZ, BRUNILDA S.<br>R. FIGUEROA-CARRASQUILLO LAW OFFICE PSC<br>PO BOX 186<br>CAGUAS, PR 00726 | Claim Number: 3456<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | |
| UNSECURED | Claimed: | $2,530,000.00 |
| MARY KAY INC.<br>2800 FORBS AVE.<br>HOFFMAN ESTATES, IL 60192 | Claim Number: 2761<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | |
| UNSECURED | Claimed: | $60.95 |

---

MASON, MICHELLE,  L
7940 KEISTER RD.
MIDDLETOWN, OH 45042

Claim Number: 13842
Claim Date: 02/23/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

MATTHEWS, MARK A
8297 GLENMILL CT
CINCINNATI, OH 45249-2264

Claim Number: 6697
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $9,544.97 |
|---|---|---|

MATTICE ENTERPRISES
2701 YELLOWSTONE TRL.
DEER LODGE, MT 59722

Claim Number: 114
Claim Date: 02/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| UNSECURED | Claimed: | $944.98 |
|---|---|---|

MATTISON, J M
8 DUVALL CT.
WILMINGTON, DE 19808-2143

Claim Number: 10778
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $65,508.00 |
|---|---|---|

MAYER ELECTRIC SUPPLY COMPANY INC
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
FRANCIS A. MONACO, THOMAS M. HORAN &
ERICKA JOHNSON-222 DELAWARE AVE,STE 1501
WILMINGTON, DE 19801

Claim Number: 4039-02
Claim Date: 07/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 3195 (12/16/2009)

| ADMINISTRATIVE | Claimed: | $23,480.07 | Allowed: | $23,480.07 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| MCCORMICK & COMPANY,<br>DANIEL J. CARRIGAN, ESQ.<br>MCKENNA LONG & ALDRIDGE LLP<br>1900 K STREET NW, SUITE 100<br>WASHINGTON, DC 20036 | | Claim Number: 11803<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | |
| SECURED | Claimed: | $0.00 UNDET | |
| UNSECURED | Claimed: | $0.00 UNDET | |
| MCCRARY, ELTON D.<br>C/O GREGORY A. CADE<br>ENVIRONMENTAL LITIGATION GROUP, P.C.<br>3529 7TH AVE SOUTH<br>BIRMINGHAM, AL 35222 | | Claim Number: 11502<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | |
| UNSECURED | Claimed: | $41,000.00 | |
| MCGUIRE, THOMAS J. AND CATHERINE MCGUIRE<br>ASSIGNEE OF PLATEWORKS, INC.<br>11104 BLAZINGSTAR COURT<br>CHAMPLIN, MN 55316 | | Claim Number: 13731<br>Claim Date: 12/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $34,989.50 | |
| MCMAHON, PAUL JOSEPH<br>304 CHESTNUT AVE<br>SAINT CHARLES, IL 60174 | | Claim Number: 13286<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| UNSECURED | Claimed: | $73,420.00 | |
| MCMAHON, PAUL JOSEPH<br>304 CHESTNUT AVE<br>SAINT CHARLES, IL 60174 | | Claim Number: 13287<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| UNSECURED | Claimed: | $600,000.00 | |

---

MCMANUS, CHARLES C.
C/O GREGORY A. CADE
ENVIRONMENTAL LITIGATION GROUP, P.C.
3529 7TH AVE SOUTH
BIRMINGHAM, AL 35222

Claim Number: 11503
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $41,000.00 |

---

MCPHERSON, DAVE C/O MILLER, LANCE R.
MITCHELL, WILLIAMS, SELIG, GATES
& WOODYARD, PLLC
425 WEST CAPITOL AVE, SUITE 1800
LITTLE ROCK, AR 72201

Claim Number: 7078
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

MCVAY, FRED S. JR.
BARON & BUDD, P.C.
THE CENTRUM SUITE 1100
3102 OAK LAWN AVE
DALLAS, TX 75219

Claim Number: 11836
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 6649 (04/07/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

MECHANICAL INDUSTRIAL CONTRACTORS, INC.
11863 SOLZMAN RD.
CINCINNATI, OH 45249

Claim Number: 1559-01
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8537 (09/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,151.43 |

---

MECHANICAL INDUSTRIAL CONTRACTORS, INC.
11863 SOLZMAN RD.
CINCINNATI, OH 45249

Claim Number: 6299
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,858.41 |
| SECURED | Claimed: | $110,536.00 |
| UNSECURED | Claimed: | $133,804.16 |

---

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | |
|---|---|---|
| MEDINA, MARTIN D.<br>3333 W. THUNDERBIRD RD<br>APT # 1161 A<br>PHOENIX, AZ 85053 | | Claim Number: 14127<br>Claim Date: 08/16/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8980 (03/11/2011) |
| PRIORITY | Claimed: | $15,000.00 |
| MEDLOCK, EVELYN<br>5325 SUTTON STREET<br>INDIANAPOLIS, IN 46218 | | Claim Number: 7346<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| MEEDS, CHARLES S.<br>C/O GREGORY A. CADE<br>ENVIRONMENTAL LITIGATION GROUP, P.C.<br>3529 7TH AVE. SOUTH<br>BIRMINGHAM, AL 35222 | | Claim Number: 11523<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $58,000.00 |
| MEJIA, JACOB<br>600 MONROE AVENUE, 1ST FLOOR<br>ELIZABETH, NJ 07201 | | Claim Number: 10542<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| MEL & KATHY JANITORIAL SERVICE<br>MELVIN WIESELER<br>2932 S. ST. MARY'S ST.<br>SIOUX CITY, IA 51106 | | Claim Number: 1071<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| UNSECURED | Claimed: | $489.95 |

| | | |
|---|---|---|
| MEMPHIS LIGHT, GAS & WATER DIVISION<br>PO BOX 430<br>MEMPHIS, TN 38101-0430 | | Claim Number: 815<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $47,159.71 |
| MEMPHIS LIGHT, GAS & WATER DIVISION<br>PO BOX 430<br>MEMPHIS, TN 38101-0430 | | Claim Number: 2174<br>Claim Date: 04/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
| UNSECURED | Claimed: | $48,525.82 |
| MENDEZ, MARLENE<br>137-60 45TH AVE APT 2M<br>FLUSHING, NY 11355 | | Claim Number: 7089<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| MERCER (US) INC. AND MERCER (CANADA)<br>LIMITED - C/O AARON L. HAMMER<br>FREEBORN & PETERS LLP<br>311 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606-6677 | | Claim Number: 14168<br>Claim Date: 08/16/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8682 (10/25/2010) |
| ADMINISTRATIVE | Claimed: | $39,920.50 |
| MERCURY PLASTICS, INC.<br>C/O HOLLAND & KNIGHT LLP<br>ATTN: JOI M. THOMAS ET AL.<br>195 BROADWAY<br>NEW YORK, NY 10007 | | Claim Number: 5288<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2205 (10/09/2009)<br>THIS CLAIM IS PAID |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $39,729.26 | Allowed: | $39,729.26 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

---

MERCURY PRINTING COMPANY, INC.
4650 SHELBY AIR DRIVE
MEMPHIS, TN 38118

Claim Number: 11766-02
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 2534 (10/30/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,016.00 | Allowed: | $5,016.00 |

METALWORKS OF MONTANA, INC.
P.O. BOX 10
MISSOULA, MT 59806

Claim Number: 650
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,844.00 |

METROPOLITAN GOVERNMENT TRUSTEE
C/O METROPOLITAN DEPARTMENT OF LAW
P.O. BOX 196300
NASHVILLE, TN 37219-6300

Claim Number: 13778
Claim Date: 01/25/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $29,087.79 |
| SECURED | Claimed: | $29,087.79 |
| TOTAL | Claimed: | $29,087.79 |

MF GARDNER OIL CO INC
P.O. BOX 218
SCOTTSBORO, AL 35768

Claim Number: 8497-01
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,112.40 |

MH EQUIPMENT
P.O. BOX 50
MOSSVILLE, IL 61552

Claim Number: 552
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $35,544.31 |

---

MHF LOGISTICAL SOLUTIONS
C/O SL LIQUIDATION FUND LP
ATTN: CLAUDIA BORG
555 FIFTH AVENUE, 18TH FLOOR
NEW YORK, NY 10017

Claim Number: 472
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| UNSECURED | Claimed: | $76,000.00 |
|-----------|----------|------------|

---

MICHAEL, CONNIE L
9500 E PONDEROSADR
LOT 15
NORTH WEBSTER, IN 46555

Claim Number: 6402
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|-----------|----------|---------------|

---

MICKES, CAROLINE W
26100 N.E. 3RD ST.
CAMAS, WA 98607

Claim Number: 6574
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|-----------|----------|---------------|

---

MID-STATE SUPPLY, LLC
ATTN: JONATHAN DEAN
PO BOX 5525
ALEXANDRIA, LA 71307

Claim Number: 2643
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $1,296.57 |
|-----------|----------|-----------|

---

MIDWEST GRAPHICS, INC. & MIDWEST STEEL
RULE CUTTING DIE INC-MICHAEL L. LALONDE
PETER DUHIG - BUCHANAN INGERSOLL
1000 N WEST STE #1410 - BRANDYWINE BLDG
WILMINGTON, DE 19801

Claim Number: 1752-01
Claim Date: 03/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| UNSECURED | Claimed: | $12,401.71 |
|-----------|----------|------------|

---

---

| | | | | |
|---|---|---|---|---|
| MIDWEST GRAPHICS, INC. & MIDWEST STEEL RULE CUTTING DIE INC-MICHAEL L. LALONDE PETER DUHIG - BUCHANAN INGERSOLL 1000 N WEST STE #1410 - BRANDYWINE BLDG WILMINGTON, DE 19801 | | Claim Number: 1752-02 Claim Date: 03/25/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8120 (06/22/2010) | | |
| ADMINISTRATIVE | Claimed: | $217,252.10 | Allowed: | $217,252.10 |
| MILAM LOGGING INC. 1147 MCMULLEN RD GURLEY, AL 35748 | | Claim Number: 765 Claim Date: 02/23/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $14,593.78 | | |
| MILLER ELECTRIC CO. POST OFFICE BOX 1799 JACKSONVILLE, FL 32201 | | Claim Number: 13993 Claim Date: 04/15/2010 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $265,678.47 | | |
| MILLER'S TRUCKING, INC. PO BOX 6 JUDITH GAP, MT 59453 | | Claim Number: 380 Claim Date: 02/13/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $85,656.03 | | |
| MILLER, PETER J. ATTN: ED MILLER BOX 2332 STRATHMORE, AB T1P 1K3 CANADA | | Claim Number: 12619 Claim Date: 08/10/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $18,270.00 | | |

MILWAUKEE METROPOLITAN SEWER DISTRICT
260 W. SEEBOTH STREET
MILWAUKEE, WI 53204

Claim Number: 13549
Claim Date: 11/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $2,044.00 | | $0.00 UNLIQ DISP |

MISSOULA MOTOR PARTS
P.O. BOX 2640
MISSOULA, MT 59806

Claim Number: 120
Claim Date: 02/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6647 (04/07/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $16,366.35 |

MODIS INC
1 INDEPENDENT DRIVE
SUITE 800
JACKSONVILLE, FL 32202

Claim Number: 272
Claim Date: 02/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $91,757.23 |

MONARCH BUILDING SERVICES
PO BOX 26952
EL PASO, TX 79926

Claim Number: 541
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $8,201.85 |

MONARCH CHESTERFIELD LEVEE DISTRICT
17627 WILD HORSE CREEK ROAD
CHESTERFIELD, MO 63005

Claim Number: 6709
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $11,000.14 |
| SECURED | | $11,000.14 |
| UNSECURED | | $11,000.14 |
| TOTAL | | $11,000.14 |

| | | |
|---|---|---|
| MONARCH ENVIRONMENTAL INC<br>PO BOX 9001828<br>LOUISVILLE, KY 40290-1828 | | Claim Number: 5657<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
| UNSECURED | Claimed: | $333.99 |
| MONTANA DEPARTMENT OF ENVIRONMENTAL<br>QUALITY<br>ATTENTION: KIRSTEN H. BOWERS, ESQ.<br>PO BOX 200901<br>HELENA, MT 59620-0901 | | Claim Number: 11644<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8878 (01/06/2011) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ CONT |
| UNSECURED | Claimed: | $75,000.00   UNLIQ CONT |
| MONTANA RAIL LINK, INC.<br>WASHINGTON BUSINESS SVCS - KARL SWANSON<br>101 INTERNATIONAL DRIVE<br>MISSOULA, MT 59808 | | Claim Number: 13639<br>Claim Date: 12/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| UNSECURED | Claimed: | $4,003,250.00 |
| MONTANEZ, LAWRENCE<br>4397 BEDFORD AVENUE<br>BROOKLYN, NY 11229 | | Claim Number: 10008<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $569,000.00   UNLIQ |
| MONTGOMERY, GEORGE W.<br>1862 COLONIAL DRIVE<br>SAVANNAH, GA 31406 | | Claim Number: 3392<br>Claim Date: 06/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| MOODY, RUSSELL S.<br>2302 POSTOFFICE ST, STE 702<br>GALVESTON, TX 77550-1981 | Claim Number: 4267<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |

| UNSECURED | Claimed: | $15,000.00 |
|---|---|---|

| | | |
|---|---|---|
| MOODY-DAHLBERG, FRANCES A.<br>2302 POSTOFFICE ST, STE 702<br>GALVESTON, TX 77550-1981 | Claim Number: 4266<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |

| UNSECURED | Claimed: | $15,000.00 |
|---|---|---|

| | | |
|---|---|---|
| MOORE, PATRICK J<br>10412 LITZSINGER ROAD<br>FRONTENAC, MO 63131 | Claim Number: 8005<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN | |

| UNSECURED | Claimed: | $9,528,908.59   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| MOREAU, DAVID R<br>82 REYNOLDS AVE<br>REHOBOTH, MA 02769 | Claim Number: 7809<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| PRIORITY | Claimed: | $0.00   UNDET |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| MORGAN LUMBER CO., INC.<br>C/O PAUL J. FEINMAN, PETTY, LIVINGSTON,<br>DAWSON & RICHARDS<br>P.O. BOX 1080<br>LYNCHBURG, VA 24505 | Claim Number: 11778<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2813 (11/18/2009)<br>THIS CLAIM IS PAID | | | |

| ADMINISTRATIVE | Claimed: | $28,426.08 | Allowed: | $28,426.08 |
|---|---|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | |
|---|---|---|
| MORGAN STANLEY CAPITAL SERVICES, INC.<br>ATTN: ANDREW WILLIAMS & RYAN COMERFORD<br>1585 BROADWAY<br>NEW YORK, NY 10036 | | Claim Number: 9123<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 9306 (01/31/2013)<br>THIS CLAIM IS PAID |

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $23,488,072.41 | UNLIQ |

| | | |
|---|---|---|
| MORROW, EUGENE F.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | | Claim Number: 11837<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

| | | |
|---|---|---|
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1195<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,085.69 |

| | | |
|---|---|---|
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1196<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,440.06 |

| | | |
|---|---|---|
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1202<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,575.22 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | |
|---|---|---|
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1208<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $853.06 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1209<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $591.56 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1210<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $12,962.95 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1211<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $5,508.74 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1212<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $2,919.39 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1213<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED            Claimed: | $2,850.02 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1214<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED            Claimed: | $4,386.82 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1215<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED            Claimed: | $177.30 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1218<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED            Claimed: | $2,867.32 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1219<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED            Claimed: | $60.17 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | |
|---|---|---|
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1220<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $879.83 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1221<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $1,114.77 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1222<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $3,416.48 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1223<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $948.07 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1224<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $202.40 |

| | | |
|---|---|---|
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1225<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $3,395.53 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1226<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $352.64 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1227<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $1,344.86 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1228<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $1,656.59 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1229<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $153.78 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1230<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|
| UNSECURED             Claimed: | $1,628.49 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1231<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED             Claimed: | $38.40 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1232<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED             Claimed: | $1,107.44 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1233<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED             Claimed: | $1,675.53 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1234<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED             Claimed: | $2,106.54 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | |
|---|---|---|
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1235<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $2,727.54 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1236<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $65.86 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1237<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $1,528.51 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1238<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $1,533.45 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1239<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $1,850.94 |

| | | |
|---|---|---|
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1240<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $3,189.79 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1241<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $640.19 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1242<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $143.86 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1243<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $1,753.20 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1244<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $381.99 |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1245<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $884.45 |
|---|---|---|

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1246<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $152.62 |
|---|---|---|

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1247<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $712.24 |
|---|---|---|

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1248<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $43.74 |
|---|---|---|

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1249<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $461.51 |
|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | |
|---|---|---|
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1250<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED              Claimed: | $3,235.19 | |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1251<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED              Claimed: | $422.96 | |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1252<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED              Claimed: | $11.96 | |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1253<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED              Claimed: | $889.96 | |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1254<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED              Claimed: | $29.58 | |

| | | |
|---|---|---|
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1255<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $133.89 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1256<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $228.24 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1257<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $746.38 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1258<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $305.51 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1259<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $1,490.08 |

| | | |
|---|---|---|
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1260<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $2,628.81 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1261<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $882.58 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1262<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $1,253.06 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1263<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $1,658.92 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1264<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $947.33 |

| | | |
|---|---|---|
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1265<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $307.67 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1266<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $909.85 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1267<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $336.17 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1268<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $980.94 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1269<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $506.49 |

| | | |
|---|---|---|
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1270<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $661.63 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1271<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $219.17 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1272<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $4,058.57 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1273<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $1,037.05 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1274<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $1,037.55 |

| | | |
|---|---|---|
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1275<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $1,391.67 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1276<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $922.17 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1277<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $3,925.68 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1278<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $3,673.37 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1279<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $2,529.57 |

| | | |
|---|---|---|
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1280<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $246.66 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1281<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $1,774.35 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1282<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $4,092.69 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1283<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $1,174.50 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1284<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $1,562.70 |

| | | |
|---|---|---|
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1285<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $2,783.29 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1286<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $1,616.55 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1287<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $253.03 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1288<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $1,139.49 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1289<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $1,351.21 |

SMURFIT-STONE CONTAINER CORPORATION    Case 09-10235-BLS    Doc 9663    Filed 07/16/18    Page 213 of 2463
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

Date: 07/03/2018

| | | |
|---|---|---|
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1290<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $668.45 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1291<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $4,182.05 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1292<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $3,367.82 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1293<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $275.00 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1294<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $6,507.67 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | |
|---|---|---|
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1295<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $6,447.47 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1296<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $43.74 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1299<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $1,654.78 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1300<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $1,140.17 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1302<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED | Claimed: | $330,679.18 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | |
|---|---|---|
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1303<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED            Claimed: | $78,676.91 | |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1309<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED            Claimed: | $7,408.21 | |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1310<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED            Claimed: | $5,398.94 | |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1313<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED            Claimed: | $13,126.47 | |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | Claim Number: 1314<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED            Claimed: | $5,801.90 | |

| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1316<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
|---|---|---|
| UNSECURED | Claimed: | $5,227.45 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1317<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $9,323.21 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 1637<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $9,964.42 |
| MSC INDUSTRIAL SUPPLY COMPANY<br>75 MAXESS ROAD<br>MELVILLE, NY 11747 | | Claim Number: 13641<br>Claim Date: 11/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $164.58 |
| MURPAC OF NEW MEXICO<br>P.O. BOX 516<br>12 GILBERTSON DRIVE<br>SIMCOE, ON N3Y 4L5<br>CANADA | | Claim Number: 12566<br>Claim Date: 09/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $33,451.27 |

| MURPHY RIGGING & ERECTING<br>701 24TH AVE S.E.<br>MINNEAPOLIS, MN 55414 | | Claim Number: 880<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|---|
| SECURED | Claimed: | $75,903.90 |
| UNSECURED | Claimed: | $10,393.63 |
| MURPHY RIGGING & ERECTING, INC.<br>701 24TH AVE S.E.<br>MINNEAPOLIS, MN 55414 | | Claim Number: 3432<br>Claim Date: 06/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) |
| SECURED | Claimed: | $75,903.90 |
| UNSECURED | Claimed: | $10,393.63 |
| MURPHY RIGGING AND ERECTING<br>701 24TH AVE S.E.<br>MINNEAPOLIS, MN 55414 | | Claim Number: 949<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| SECURED | Claimed: | $75,903.90 |
| UNSECURED | Claimed: | $10,393.63 |
| TOTAL | Claimed: | $86,247.53 |
| MX ENERGY<br>P.O. BOX 4911<br>HOUSTON, TX 77210-4911 | | Claim Number: 556<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
| UNSECURED | Claimed: | $16,388.77 |
| NATIONAL BOILER SERVICE, INC.<br>C/O DAVID DUPLISSEY<br>P.O. BOX 279<br>176 NORTH INDUSTRIAL DRIVE<br>TRENTON, GA 30752 | | Claim Number: 9719<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
| SECURED | Claimed: | $603,064.04   UNLIQ |

---

| NATIONAL COMPUTER SERVICES, INC.<br>1941 CITRONA DRIVE<br>FERNANDINA BEACH, FL 32034 | Claim Number: 522<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |

| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $8,355.28 |

---

| NATIONAL ENGINEERING PRODUCTS<br>5110 RIDGEFIELD ROAD SUITE 411<br>BETHESDA, MD 20816 | Claim Number: 8016-01<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID |

| ADMINISTRATIVE | Claimed: | $186.00 |

---

| NATIONAL INDUSTRIAL PARK, INC.<br>C/O AARON DAUTCH STERNBERG & LAWSON LLP<br>730 CONVENTION TOWER<br>BUFFALO, NY 14202 | Claim Number: 2820<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $9,769.52 |

---

| NATIONAL LABOR RELATIONS BOARD, THE<br>ALAN B. REICHARD, REGIONAL DIRECTOR<br>1301 CLAY STREET ROOM 300N<br>OAKLAND, CA 94612-5211 | Claim Number: 14089<br>Claim Date: 08/10/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9504 (05/18/2015) |

| ADMINISTRATIVE | Claimed: | $0.00   CONT |

---

| NATURE'S SECOND CHANCE HAULING, LLC<br>2410 STATE STREET<br>ALTON, IL 62002 | Claim Number: 14125<br>Claim Date: 05/05/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8431 (08/23/2010) |

| ADMINISTRATIVE | Claimed: | $50,273.00 |

---

| | | |
|---|---|---|
| NC OWNER LLC<br>C/O JACOB A. BROWN, ESQ.<br>AKERMAN SENTERFITT<br>50 NORTH LAURA STREET, SUITE 2500<br>JACKSONVILLE, FL 32202 | | Claim Number: 3337<br>Claim Date: 06/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $42,309.49 |
|---|---|---|

| | | |
|---|---|---|
| NECESSARY, SCOTT A<br>2916 BURCHWOOD<br>BENTON, AR 72019 | | Claim Number: 6974<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $65,000.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| NELSON, GRADY<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | | Claim Number: 11838<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| NET IQ CORP<br>1233 WEST LOOP SOUTH STE # 810<br>HOUSTON, TX 77027 | | Claim Number: 13771<br>Claim Date: 01/20/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |

| ADMINISTRATIVE | Claimed: | $5,948.78 |
|---|---|---|

| | | |
|---|---|---|
| NEWARK GROUP, INC., THE<br>ATTN: JESSICA JABLON<br>20 JACKSON DRIVE<br>CRANFORD, NJ 07016 | | Claim Number: 13673-02<br>Claim Date: 12/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 3397 (12/23/2009)<br>THIS CLAIM IS PAID |

| ADMINISTRATIVE | Claimed: | $58,622.26 | Allowed: | $58,622.26 |
|---|---|---|---|---|

| | | |
|---|---|---|
| NEWCORR PACKAGING LIMITED PARTNERSHIP | | Claim Number: 1607 |
| GREGORY A. TAYLOR & BENJAMIN W. KEENAN | | Claim Date: 03/12/2009 |
| ASHBY & GEDDES, P.A. | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 500 DELAWARE AVENUE, 8TH FL, PO BOX 1150 | | Comments: WITHDRAWN |
| WILMINGTON, DE 19899 | | DOCKET: 800 (04/20/2009) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $218,689.58 |

| | | |
|---|---|---|
| NEWMAN, ROBERTA | | Claim Number: 6274 |
| MILES LAW FIRM | | Claim Date: 07/24/2009 |
| 15 S. MAIN ST. | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| PO BOX 2687 | | Comments: EXPUNGED |
| SUMTER, SC 29150 | | DOCKET: 2343 (10/20/2009) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,108.40 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $2,108.40 |
| TOTAL | Claimed: | $2,108.40 |

| | | |
|---|---|---|
| NEWMAN, ROBERTA | | Claim Number: 6507 |
| MILES LAW FIRM | | Claim Date: 07/27/2009 |
| 15 S. MAIN ST. | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| PO BOX 2687 | | Comments: EXPUNGED |
| SUMTER, SC 29150 | | DOCKET: 8833 (12/09/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,108.40 |
| UNSECURED | Claimed: | $2,108.40 |
| TOTAL | Claimed: | $2,108.40 |

| | | |
|---|---|---|
| NICHOLS, HILERY V. | | Claim Number: 11839 |
| BARON & BUDD, P.C. | | Claim Date: 08/28/2009 |
| THE CENTRUM SUITE 1100 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 3102 OAK LAWN AVE | | Comments: WITHDRAWN |
| DALLAS, TX 75219 | | DOCKET: 6649 (04/07/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| NICOLET, ROBERT C | | Claim Number: 9598 |
| C/O R. DAVID BOYER | | Claim Date: 08/24/2009 |
| 927 S HARRISON STREET | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| FORT WAYNE, IN 46802 | | Comments: EXPUNGED |
| | | DOCKET: 8833 (12/09/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| NOLAND COMPANY<br>P.O. BOX 672<br>MARTINSVILLE, VA 241140672 | | Claim Number: 14032<br>Claim Date: 05/24/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) |
| UNSECURED | Claimed: | $1,749.91 |
| NOR CAL DESIGN INC.<br>WILLIAM F. SIMON<br>625 SUNRISE ROAD<br>COPPEROPOLIS, CA 95228 | | Claim Number: 13859<br>Claim Date: 03/02/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $19,517.19 |
| NORFALCO, INC<br>6000 LOMBARDO CENTER, SUITE 650<br>SEVEN HILLS, OH 44131 | | Claim Number: 45<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $162,076.71 |
| NORFOLK SOUTHERN RAILWAY COMPANY<br>WILLIAM H. JOHNSON, ESQ.<br>THREE COMMERCIAL PLACE<br>NORFOLK, VA 23510-2191 | | Claim Number: 14119<br>Claim Date: 08/13/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |
| ADMINISTRATIVE | Claimed: | $2,141,988.48 |
| NORFOLK SOUTHERN RAILWAY COMPANY<br>WILLIAM H. JOHNSON, ESQ.<br>THREE COMMERCIAL PLACE<br>NORFOLK, VA 23510-2191 | | Claim Number: 14140<br>Claim Date: 09/07/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8944 (02/18/2011) |
| ADMINISTRATIVE | Claimed: | $3,005.48 |

NORTHEAST MOTORS & CONTROLS
PO BOX 45919
PHILADELPHIA, PA 19149

Claim Number: 129
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $18,721.54 |
|-----------|----------|------------|

NORTHERN CALIFORNIA PAPER RECYCLERS, INC
1609 WHIPPLE ROAD
HAYWARD, CA 94544-7928

Claim Number: 494
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $555.45 |
|-----------|----------|---------|

NORTHERN ILLINOIS STEEL SUPPLY CO.
P.O. BOX 2146
JOLIET, IL 60434-2146

Claim Number: 2722
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $4,075.50 |
|-----------|----------|-----------|

NORTHWEST MANAGEMENT, INC.
PO BOX 9748
MOSCOW, ID 83843

Claim Number: 87
Claim Date: 02/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $66,560.20 |
|-----------|----------|------------|

NORTHWEST PIPE COMPANY
5721 SE COLUMBIA WAY, SUITE 200
VANCOUVER, WA 98661

Claim Number: 11901
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8879 (01/06/2011)

| UNSECURED | Claimed: | $5,000,000.00   UNLIQ CONT |
|-----------|----------|------------|

| | | |
|---|---|---|
| NOVAK, DOROTHY H.<br>13800 MCCABE DR.<br>ORLAND PARK, IL 60467-6818 | | Claim Number: 9602<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $164.40 |
| NPP PACKAGING GRAPHICS SPECIALISTS, INC.<br>1415 SOUTH DROVER STREET<br>INDIANAPOLIS, IN 46221 | | Claim Number: 12289<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| ADMINISTRATIVE | Claimed: | $50,038.03 |
| NPP PACKAGING GRAPHICS SPECIALISTS, INC.<br>1415 SOUTH DROVER STREET<br>INDIANAPOLIS, IN 46221 | | Claim Number: 12306<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| ADMINISTRATIVE | Claimed: | $50,038.03 |
| NURRY PROPERTIES, LLC<br>1401 BEACON STREET<br>MUSKOGEE, OK 74403 | | Claim Number: 2458<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
| UNSECURED | Claimed: | $13,020.00 |
| NW NATURAL<br>220 NW SECOND AVENUE<br>PORTLAND, OR 97209 | | Claim Number: 11767<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8879 (01/06/2011) |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| O'BERNIER, PAUL J.<br>940 HIDDENRIDGE DRIVE<br>MILFORD, OH 45150 | | Claim Number: 7642<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| O'BREE, MICHAEL<br>11 KIRKWOOD DRIVE<br>BEACONSFIELD,<br>CANADA | | Claim Number: 99002<br>Claim Date: 06/17/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8980 (03/11/2011) |
| UNSECURED | Claimed: | $1,388.21 |
| O'PAC PACKAGING<br>CHRIS PACE<br>5315 DARTMOOR ST<br>WINSTON SALEM, NC 27106 | | Claim Number: 110<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| ADMINISTRATIVE | Claimed: | $1,153.52 |
| UNSECURED | Claimed: | $1,730.00 |
| OCALA RECYCLING LLC<br>2402 NW 6TH ST<br>OCALA, FL 34475-5769 | | Claim Number: 779<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
| UNSECURED | Claimed: | $13,148.80 |
| OFFICE MAX INC.<br>C/O GUY BROWN<br>263 SHUMAN BLVD.<br>ATTN: ANESTIS DERAKIS<br>NAPERVILLE, IL 60563 | | Claim Number: 287<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3286 (12/18/2009) |
| UNSECURED | Claimed: | $7,033.26 |

| | | | | |
|---|---|---|---|---|
| OGLE, DORA<br>108 E. CENTRAL TRLR #65<br>JEFFERSON, IA 50129 | | Claim Number: 9317<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $85.33   UNLIQ | | |
| OGLES, ARTHUR<br>C/O J. WILLIAM LEWIS<br>ENVIRONMENTAL LITIGATION GROUP, PC<br>3529 7TH AVENUE, SOUTH P.O. BOX 550219<br>BIRMINGHAM, AL 35255 | | Claim Number: 11525<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
| UNSECURED | Claimed: | $58,000.00 | Scheduled: | $0.00  UNLIQ |
| OHIO ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: MICHELLE T. SUTTER<br>30 EAST BROAD STREET, 25TH FL<br>COLUMBUS, OH 43215 | | Claim Number: 9087<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 7615 (05/13/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| OLD LADDER LITIGATION CO., LLC, AS THE<br>LITIGATION DESIGNEE OBO THE LIQUIDATION<br>TRUST., ATTN: CARL D. NEFF., CIARDI<br>CIARDI & AUSTIN., 919 MARKET ST, STE 700<br>WILMINGTON, DE 19801 | | Claim Number: 14133<br>Claim Date: 08/26/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8888 (01/11/2011) | | |
| UNSECURED | Claimed: | $10,281.57   UNLIQ CONT | | |
| OLSON, RUBY P<br>10849 COUNTY ROAD 212<br>TYLER, TX 75707-3408 | | Claim Number: 9690<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| | | |
|---|---|---|
| ONTONAGON TOWNSHIP<br>ATTN: PENNY L. SAARI, TREASURER<br>311 N. STEEL STREET<br>ONTONAGON, MI 49953-1131 | | Claim Number: 2472<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $93,741.85 |
| UNSECURED | Claimed: | $93,741.85 |
| TOTAL | Claimed: | $93,741.85 |

| | | |
|---|---|---|
| OPEN TEXT INC. C/O<br>OPEN TEXT CORPORATION<br>275 FRANK TOMPA DRIVE<br>WATERLOO, ON N2L 0A1<br>CANADA | | Claim Number: 785<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $346,346.95 |

| | | |
|---|---|---|
| ORANGE COUNTY LOCKSMITH SERVICE<br>PO BOX 785<br>ORANGE, CA 92856 | | Claim Number: 160<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,463.84 |

| | | |
|---|---|---|
| ORANGE COUNTY TAX COLLECTOR<br>EARL K. WOOD<br>200 SOUTH ORANGE AVENUE<br>PO BOX 2551<br>ORLANDO, FL 32802 | | Claim Number: 3560<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |

| | | |
|---|---|---|
| SECURED | Claimed: | $1,958.04   UNLIQ |

| | | |
|---|---|---|
| ORANGE COUNTY TAX COLLECTOR<br>EARL K. WOOD<br>200 SOUTH ORANGE AVENUE<br>PO BOX 2551<br>ORLANDO, FL 32802 | | Claim Number: 3561<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |

| | | |
|---|---|---|
| SECURED | Claimed: | $1,873.72   UNLIQ |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | |
|---|---|---|
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>ATTN: BANKRUPTCY UNIT<br>SANTA ANA, CA 92702-1438 | Claim Number: 9786<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| PRIORITY | Claimed: | $41,917.45 |
| SECURED | Claimed: | $0.00 |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>ATTN: BANKRUPTCY UNIT<br>SANTA ANA, CA 92702-1438 | Claim Number: 11267<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| PRIORITY | Claimed: | $41,917.45 |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | Claim Number: 11534<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | |
| PRIORITY | Claimed: | $41,917.45 |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92702-1438 | Claim Number: 13920<br>Claim Date: 03/22/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | |
| ADMINISTRATIVE | Claimed: | $4,227.59   UNLIQ |
| ORANGE COUNTY TREASURER-TAX COLLECTOR<br>CHRISS W. STREET<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92702-1438 | Claim Number: 14040<br>Claim Date: 06/07/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | |
| ADMINISTRATIVE | Claimed: | $10,062.68 |

| | | |
|---|---|---|
| OSTIS, ALGRID R<br>UNIT P3N<br>5 OAK BROOK CLUB DR.<br>OAK BROOK, IL 60523 | | Claim Number: 9617<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| PACE INDUSTRY UNION-MANAGEMENT PENSION<br>FUND<br>3320 PERIMETER HILL DRIVE<br>NASHVILLE, TN 37211-4123 | | Claim Number: 11150<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 9115 (08/24/2011)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $36,821.57 |
| PACE INDUSTRY-UNION MANAGEMENT PENSION<br>FUND - ATTN: ALEXANDRA TSIROS, ESQ.<br>1625 MASSACHUSETTS AVE, NW<br>WASHINGTON, DC 20052 | | Claim Number: 14144<br>Claim Date: 09/23/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9116 (08/24/2011) |
| PRIORITY | Claimed: | $40.07 |
| UNSECURED | Claimed: | $39,461.68 |
| PACKAGEONE INC.<br>DBA AMERICAN RIVER PACKAGEONE<br>4225 PELL DRIVE<br>SACRAMENTO, CA 95838 | | Claim Number: 460<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| SECURED | Claimed: | $246,315.68 |
| PACKAGEONE INC.<br>DBA AMERICAN RIVER PACKAGEONE<br>4225 PELL DRIVE<br>SACRAMENTO, CA 95838 | | Claim Number: 797<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) |
| SECURED | Claimed: | $246,315.68 |

| | | |
|---|---|---|
| PACKAGING CORPORATION OF AMERICA<br>BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>BRADFORD J. SANDLER<br>222 DELAWARE AVE., SUITE 801<br>WILMINGTON, DE 19801 | | Claim Number: 2849<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $256,438.04 |

| | | |
|---|---|---|
| PACKAGING CORPORATION OF AMERICA<br>C/O DAWN BARKER FLOYD<br>128 S. TRYON ST. - SUITE 1800<br>CHARLOTTE, NC 28202 | | Claim Number: 2871<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |

| | | |
|---|---|---|
| SECURED | Claimed: | $75,673.22 |
| UNSECURED | Claimed: | $428,140.00 |

| | | |
|---|---|---|
| PAETEC (FORMERLY MCLEOD USA)<br>ATTN. SHANNON SULLIVAN<br>P.O. BOX 3177<br>CEDAR RAPIDS, IA 52406-3177 | | Claim Number: 1121<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,194.72 |

| | | |
|---|---|---|
| PAETEC (FORMERLY MCLEOD USA)<br>ATTN. SHANNON SULLIVAN<br>P.O. BOX 3177<br>CEDAR RAPIDS, IA 52406-3177 | | Claim Number: 1298<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,194.72 |

| | | |
|---|---|---|
| PAGE, NITA<br>1617 BALTIMORE COURT<br>DERBY, KS 67037-2202 | | Claim Number: 4907<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| PALLET DIRECT INC.<br>PO BOX 255<br>PAW PAW, MI 49079-0255 | Claim Number: 324<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |
| UNSECURED | Claimed: | $17,705.60 |
| PALMETTO FOREST PRODUCT, INC.<br>C/O BB&T<br>ATTN: STEVEN B. LICATA<br>PO BOX 23407<br>COLUMBIA, SC 29224 | Claim Number: 9982<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| UNSECURED | Claimed: | $265,852.23 |
| PANHANDLE FORESTRY SERVICES, INC.<br>P.O. BOX 935<br>CHIPLEY, FL 32428 | Claim Number: 211<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |
| UNSECURED | Claimed: | $20,013.25 |
| PAPCO, INC.<br>301 BENDIX RD STE 500<br>VIRGINIA BCH, VA 23452-1388 | Claim Number: 2985<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| UNSECURED | Claimed: | $394,847.99 |
| PAPE MACHINERY INC<br>3607 20TH ST. E.<br>TACOMA, WA 9824 | Claim Number: 1315<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
| UNSECURED | Claimed: | $7,764.77 |

| | | |
|---|---|---|
| PAPE MACHINERY INC<br>3607 20TH ST. E.<br>TACOMA, WA 9824 | Claim Number: 9661<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |
| UNSECURED          Claimed: | $7,764.77 | |
| PARAVATI, KARL, GREEN & DEBELLA<br>VINCENT M. DEBELLA ESQ.<br>COUNSEL, NYS TEAM CONFERENCE PENSION &<br>RETIREMENT FUND  -  12 STEUBEN PARK<br>UTICA, NY 13501 | Claim Number: 7765<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9146 (11/14/2011) | |
| UNSECURED          Claimed: | $335,109.64 | |
| PARISE MECHANICAL, INC.<br>C/O MELISSA A. TOCHA, ESQ.<br>10 JOHN JAMES AUDUBON PARKWAY<br>SUITE 108<br>AMHERST, NY 14228 | Claim Number: 6365<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 8732 (11/10/2010)<br>THIS CLAIM IS PAID | |
| SECURED          Claimed: | $65,618.00 | |
| PARTIN OIL CO. INC.<br>P.O. BOX 690<br>HOPEWELL, VA 23860 | Claim Number: 746<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |
| UNSECURED          Claimed: | $52,331.46 | |
| PATRIOT FREIGHT SERVICES, INC.<br>COFACE NORTH AMERICA, INC.<br>PO BOX 2102<br>CRANBURY, NJ 08512 | Claim Number: 955<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED          Claimed: | $1,040.00 | |

---

PAXTON COMPANY
ATTN: CHERISS PISANI
PO BOX 12103
NORFOLK, VA 23503

Claim Number: 8190
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $557.31 | |
| PRIORITY | Claimed: | $574.03 | |
| TOTAL | Claimed: | $574.03 | |

PAYNE, INC.
1101 INTERNATIONAL PARKWAY
SUITE 103
FREDERICKSBURG, VA 22406

Claim Number: 70
Claim Date: 02/04/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

PRIORITY          Claimed:          $233,783.34

---

PCS PHOSPHATE COMPANY, INC.
WARD TRANSFORMER REMOVAL ACTION PARTIES
DANIEL DARRAGH, ESQ. - COHEN & GRIGSBY
625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

Claim Number: 13585
Claim Date: 11/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 8880 (01/06/2011)

UNSECURED          Claimed:          $0.00   UNLIQ          Scheduled:          $0.00  UNLIQ DISP

---

PDME, INC.
1120 TORO GRANDE BLVD. STE 208
CEDAR PARK, TX 78613

Claim Number: 1066
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

UNSECURED          Claimed:          $80,691.55

---

PDME, INC.
1120 TORO GRANDE BLVD. STE 208
CEDAR PARK, TX 78613

Claim Number: 1067
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

UNSECURED          Claimed:          $7,312.66

---

| | | |
|---|---|---|
| PDME, INC.<br>1120 TORO GRANDE BLVD. STE 208<br>CEDAR PARK, TX 78613 | | Claim Number: 1068<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| UNSECURED | Claimed: | $2,277.92 |
| PEAK TECHNOLOGIES, INC<br>C/O RICHARD M. BECK (DE BAR NO.3370)<br>919 MARKET STREET, SUITE 1000<br>WILMINGTON, DE 19801-9192 | | Claim Number: 5287-01<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
| ADMINISTRATIVE | Claimed: | $7,740.60   UNLIQ |
| PEAK TECHNOLOGIES, INC<br>C/O RICHARD M. BECK (DE BAR NO.3370)<br>919 MARKET STREET, SUITE 1000<br>WILMINGTON, DE 19801-9192 | | Claim Number: 5287-02<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
| UNSECURED | Claimed: | $3,297.32   UNLIQ |
| PEAK TECHNOLOGIES, INC.<br>ATTN: LEGAL DEPARTMENT<br>10330 OLD COLUMBIA ROAD<br>COLUMBIA, MD 21046 | | Claim Number: 13712<br>Claim Date: 12/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| UNSECURED | Claimed: | $140,914.10 |
| PEARLMAN, JERRY K.<br>21 LINDEN AVENUE<br>WILMETTE, IL 60091 | | Claim Number: 5959<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $687,803.88 |

| | | | | |
|---|---|---|---|---|
| PEARLMAN, JERRY K.<br>21 LINDEN AVENUE<br>WILMETTE, IL 60091 | | Claim Number: 7722<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $715,652.67  UNLIQ | Allowed: | $72,566.00 |
| PEARSON LOGGING<br>ATTN TOM PEARSON<br>4412 HOOVER LANE<br>STEVENSVILLE, MT 59870 | | Claim Number: 184<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | |
| PRIORITY | Claimed: | $1,959.64 | | |
| PELICAN PRODUCTS INC<br>23215 EARLY AVE<br>TORRANCE, CA 90505 | | Claim Number: 4742<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | |
| UNSECURED | Claimed: | $6,882.60 | | |
| PEMBELTON FOREST PRODUCTS, INC.<br>P.O. BOX 561<br>15961 GOODES BRIDGE RD<br>AMELIA, VA 23002 | | Claim Number: 256<br>Claim Date: 02/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | |
| UNSECURED | Claimed: | $448.16 | | |
| PENSION BENEFIT GUARANTY CORPORATION<br>NATHANIEL RAYLE, ESQ.<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, NW SUITE 340<br>WASHINGTON, DC 20005-4026 | | Claim Number: 9059<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8931 (02/15/2011) | | |
| ADMINISTRATIVE | Claimed: | $844,000,000.00  UNLIQ CONT | | |
| PRIORITY | Claimed: | $0.00  UNLIQ CONT | | |

---

PENSION BENEFIT GUARANTY CORPORATION
NATHANIEL RAYLE, ESQ.
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 9060
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 8931 (02/15/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $648,400,000.00 | UNLIQ CONT |
| PRIORITY | Claimed: | $0.00 | UNLIQ CONT |

---

PENSION BENEFIT GUARANTY CORPORATION
NATHANIEL RAYLE, ESQ.
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 9061
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 8931 (02/15/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| PRIORITY | Claimed: | $0.00 | UNLIQ |

---

PENSION BENEFIT GUARANTY CORPORATION
NATHANIEL RAYLE, ESQ.
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 9062
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 8931 (02/15/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| PRIORITY | Claimed: | $0.00 | UNLIQ |

---

PENSION BENEFIT GUARANTY CORPORATION
NATHANIEL RAYLE, ESQ.
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 9063
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 8931 (02/15/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $153,626,250.00 | UNLIQ |
| PRIORITY | Claimed: | $0.00 | UNLIQ |

---

PENSION BENEFIT GUARANTY CORPORATION
NATHANIEL RAYLE, ESQ.
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW SUITE 340
WASHINGTON, DC 20005-4026

Claim Number: 9064
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 8931 (02/15/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $74,985,000.00 | UNLIQ |
| PRIORITY | Claimed: | $0.00 | UNLIQ |

---

---

PFS WASTE CONTROL SERVICES
P.O. BOX 80101
BAKERSFIELD, CA 93380

Claim Number: 2414
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $40,869.66 |
|---|---|---|

---

PHILIPS MEDICAL SYSTEMS
C/O COMMERCIAL COLLECTION CONSULTANTS
16830 VENTURA BLVD, SUITE 620
ENCINO, CA 91436

Claim Number: 2173
Claim Date: 04/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $4,941.18 |
|---|---|---|

---

PHILLIPS, LARNELL L
8500 WEST TOWNSEND ST.
MILWAUKEE, WI 53222

Claim Number: 6302
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

PIEDMONT NATURAL GAS COMPANY
ATTN: CBO/BANKRUPTCY
4339 S. TRYON STREET
CHARLOTTE, NC 28217-1733

Claim Number: 2248-02
Claim Date: 04/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| ADMINISTRATIVE | Claimed: | $24,778.57 | Allowed: | $24,778.57 |
|---|---|---|---|---|

---

PIEDMONT PLASTICS, INC.
5010 WEST W.T. HARRIS BLVD.
CHARLOTTE, NC 28269

Claim Number: 2016
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| UNSECURED | Claimed: | $472.79 |
|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| PIERCE TIMBER COMPANY, INC.<br>FREDERICK B. ROSNER/KENNETH L. DORSNEY<br>MESSANA ROSNER & STERN LLP<br>1000 N WEST STREET, SUITE 1200<br>WILMINGTON, DE 19801 | Claim Number: 6284-02<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4964 (02/12/2010) | | | |
| ADMINISTRATIVE          Claimed: | $153,927.31 | | Allowed: | $153,927.31 |
| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: ANCHOR BAY PACKAGING CORPORA<br>GREELEY SQUARE STATION, P.O. BOX 20188<br>39 W. 31ST STREET<br>NEW YORK, NY 10001 | Claim Number: 10786-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 2813 (11/18/2009)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE          Claimed: | $39,764.14 | | Allowed: | $39,764.14 |
| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: KLENZOID EQUIPMENT COMPANY<br>GREELEY SQUARE STATION, P.O. BOX 20188<br>39 W. 31ST STREET<br>NEW YORK, NY 10001 | Claim Number: 10856-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE          Claimed: | $11,500.00 | | | |
| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: DICAR INC.<br>GREELEY SQUARE STATION, P.O. BOX 20188<br>39 W. 31ST STREET<br>NEW YORK, NY 10001 | Claim Number: 10858-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE          Claimed: | $24,157.72 | | | |
| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: PRI GROUP, THE<br>GREELEY SQUARE STATION, P.O. BOX 20188<br>39 W. 31ST STREET<br>NEW YORK, NY 10001 | Claim Number: 10859-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE          Claimed: | $15,924.25 | | | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | |
|---|---|---|
| PITNEY BOWES CREDIT CORP<br>ATTN: RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 13668<br>Claim Date: 12/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | |
| UNSECURED          Claimed: | $1,164.84 | |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 13424<br>Claim Date: 09/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | |
| UNSECURED          Claimed: | $1,717.34 | |
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | Claim Number: 13467<br>Claim Date: 09/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | |
| UNSECURED          Claimed: | $2,205.30 | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 1098<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | |
| UNSECURED          Claimed: | $6,150.54 | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 1169<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |
| UNSECURED          Claimed: | $6,150.54 | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | |
|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 2449<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $8,206.77 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | Claim Number: 2839<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
| PRIORITY | Claimed: | $815.61 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>27 WATERVIEW DRIVE<br>ATTN: RECOVERY DEPT.<br>SHELTON, CT 06484-4361 | Claim Number: 3592<br>Claim Date: 06/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | |
| UNSECURED | Claimed: | $7,652.97 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 10051<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |
| UNSECURED | Claimed: | $3,071.72 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | Claim Number: 11264<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| ADMINISTRATIVE | Claimed: | $499.50 |

| | | |
|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 11265<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |
| UNSECURED | Claimed: | $4,119.72 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 11268<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
| UNSECURED | Claimed: | $1,247.41 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 13103<br>Claim Date: 09/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | |
| UNSECURED | Claimed: | $1,159.72 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 14014<br>Claim Date: 04/26/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $7,724.36 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | Claim Number: 14019<br>Claim Date: 04/30/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | |
| PRIORITY | Claimed: | $1,517.04 |

| | | |
|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 14020<br>Claim Date: 04/30/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) | |
| UNSECURED | Claimed: | $3,577.76 |
| PITNEY BOWES INCORPORATED<br>ATTN: BANKRUPTCY DEPT.<br>4901 BELFORT RD, STE 120<br>JACKSONVILLE, FL 32256 | Claim Number: 14046<br>Claim Date: 06/02/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | |
| UNSECURED | Claimed: | $4,712.50   UNLIQ |
| PLAINTIFFS IN US DISTRICT COURT<br>3:04-CV-730 - C/O THOMAS K. DOYLE<br>BENNETT HARTMAN MORRIS & KAPLAN<br>111 SW 5TH AVE., STE. 1650<br>PORTLAND, OR 97204 | Claim Number: 11669<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
| PRIORITY | Claimed: | $1,000,000.00 |
| PLAINTIFFS IN US DISTRICT COURT<br>3:04-CV-730 - C/O THOMAS K. DOYLE<br>BENNETT HARTMAN MORRIS & KAPLAN<br>111 SW 5TH AVE., STE. 1650<br>PORTLAND, OR 97204 | Claim Number: 11739<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | |
| PRIORITY | Claimed: | $1,000,000.00 |
| PLASMA COATINGS OF TN A DIV. OF AMERICAN<br>ROLLER CO. LLC<br>PO BOX 10006<br>WATERBURY, CT 06725 | Claim Number: 12219<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| UNSECURED | Claimed: | $15,785.29 |

| | |
|---|---|
| PLASMA COATINGS OF TN A DIV. OF AMERICAN ROLLER CO. LLC<br>PO BOX 10006<br>ATTN: MARIE SANDERSON<br>WATERBURY, CT 06725 | Claim Number: 12514<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $15,785.29 |
|---|---|---|

| | |
|---|---|
| PLASMA COATINGS OF TN, A DIV. OF AMERICAN ROLLER CO LLC<br>P.O. BOX 10006<br>ATTN: MARIE SANDERSON<br>WATERBURY, CT 06725 | Claim Number: 9240<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $23,847.06 |
|---|---|---|

| | |
|---|---|
| PLASTIPAK PACKAGING, INC.<br>ZACHARY J. ESKAU, ESQ.<br>DAWDA, MANN, MULCAHY & SADLER, PLC<br>39533 WOODWARD AVE., SUITE 200<br>BLOOMFIELD HILLS, MI 48304 | Claim Number: 13428<br>Claim Date: 10/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) |

| UNSECURED | Claimed: | $39,479.00 |
|---|---|---|

| | |
|---|---|
| PLUM CREEK MARKETING, INC.<br>C/O JOHN R. KNAPP, JR.<br>CAIRNCROSS & HEMPELMANN, P.S.<br>524 2ND AVENUE, SUITE 500<br>SEATTLE, WA 98104-2323 | Claim Number: 9306<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |

| ADMINISTRATIVE | Claimed: | $107,371.91 |
|---|---|---|

| | |
|---|---|
| PLUM CREEK MARKETING, INC.<br>C/O JOHN R. KNAPP, JR.,<br>CAIRNCROSS & HEMPELMANN, P.S.<br>524 2ND AVENUE, SUITE 500<br>SEATTLE, WA 98104-2323 | Claim Number: 10681<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |

| ADMINISTRATIVE | Claimed: | $11,911.68 |
|---|---|---|

PLUM CREEK MARKETING, INC.
C/O JOHN R. KNAPP, JR.
CAIRNCROSS & HEMPELMANN, P.S.
524 2ND AVENUE, SUITE 500
SEATTLE, WA 98104-2323

Claim Number: 10739-01
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $283,999.88 |

PLUM CREEK MARKETING, INC.
C/O JOHN R. KNAPP, JR.
CAIRNCROSS & HEMPELMANN, P.S.
524 2ND AVENUE, SUITE 500
SEATTLE, WA 98104-2323

Claim Number: 10739-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $283,999.88 |

PLUM CREEK MARKETING, INC.
C/O JOHN R. KNAPP, JR.
CAIRNCROSS & HEMPELMANN, P.S.
524 2ND AVENUE, SUITE 500
SEATTLE, WA 98104-2323

Claim Number: 13378
Claim Date: 09/29/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $283,999.88 |
| SECURED | Claimed: | $283,999.88 |
| TOTAL | Claimed: | $283,999.88 |

PLYLER PAPER, INC.
800 GESCO STREET
CHARLOTTE, NC 28208

Claim Number: 6549
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $37,706.03 |

POLK COUNTY TREASURER - MARY MALONEY
111 COURT AVENUE
DES MOINES, IA 50309-2298

Claim Number: 6580
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $32,737.00 |

| | | |
|---|---|---|
| POLYTRON, INC.<br>A. KEITH LOGUE<br>3423 WEYMOUTH COURT<br>MARIETTA, GA 30062 | | Claim Number: 2164<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| SECURED | Claimed: | $89,599.81 |
| PORT OF PORTLAND<br>ATTN: DAVID ASHTON<br>P.O. BOX 3529<br>PORTLAND, OR 97208-3529 | | Claim Number: 11878<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8879 (01/06/2011) |
| UNSECURED | Claimed: | $0.00   UNDET |
| POWER & INDUSTRIAL AIR SYSTEMS, INC.<br>5281 HAMILTON BLVD.<br>ALLENTOWN, PA 18106 | | Claim Number: 370<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) |
| UNSECURED | Claimed: | $3,370.00 |
| PPG INDUSTRIES, INC.<br>C/O JOHN J. WINTER, ESQ.<br>THE CHARTWELL LAW OFFICES, LLP<br>970 RITTENHOUSE ROAD, SUITE 300<br>EAGLEVILLE, PA 19403 | | Claim Number: 3106<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| UNSECURED | Claimed: | $725,618.42 |
| PPG INDUSTRIES, INC.,<br>THE CHARTWELL LAW OFFICES, LLP<br>ONE PPG PLACE<br>PITTSBURGH, PA 15272 | | Claim Number: 11532<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
| ADMINISTRATIVE | Claimed: | $725,618.42 |
| UNSECURED | Claimed: | $200,244.43 |

| | | |
|---|---|---|
| PPL ELECTRIC UTILITIES<br>827 HAUSMAN RD.<br>ALLENTOWN, PA 18104 | | Claim Number: 3174<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $43,763.80 |
| PRAXAIR DISTRIBUTION INC.<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 2677<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| PRIORITY | Claimed: | $21,750.00 |
| UNSECURED | Claimed: | $52,352.38 |
| PRECISION DESIGN MACHINERY, INC.<br>1509 BETHEL DRIVE<br>HIGH POINT, NC 27260 | | Claim Number: 639<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $601.62 |
| PRECISION DESIGN MACHINERY, INC.<br>1509 BETHEL DRIVE<br>HIGH POINT, NC 27260 | | Claim Number: 641<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $1,873.64 |
| PRESA-PRODUCTOS RECICLADOS SA DE CV<br>1455 CASSATT PL<br>EL PASO, TX 79936 | | Claim Number: 1642<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $48,543.10 |

| PRESTO-X LLC | | Claim Number: 2463 |
| 4521 LEAVENWORTH ST. | | Claim Date: 04/21/2009 |
| OMAHA, NE 68103 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | | Comments: EXPUNGED |
| | | DOCKET: 6649 (04/07/2010) |
| **UNSECURED** | **Claimed:** | **$34,122.28** |

| PRIESTAP, EDWARD | | Claim Number: 11517 |
| 410 JACK NICKLAUS DR | | Claim Date: 08/28/2009 |
| AUSTIN, TX 78738-1728 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | | Comments: EXPUNGED |
| | | DOCKET: 8833 (12/09/2010) |
| **SECURED** | **Claimed:** | **$0.00  UNDET** |

| PRINE, REGGIE | | Claim Number: 11841 |
| BARON & BUDD, P.C. | | Claim Date: 08/28/2009 |
| THE CENTRUM SUITE 1100 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 3102 OAK LAWN AVE | | Comments: WITHDRAWN |
| DALLAS, TX 75219 | | DOCKET: 6649 (04/07/2010) |
| **UNSECURED** | **Claimed:** | **$0.00  UNDET** |

| PRINTING SPECIALTIES & PAPER PRODUCTS | | Claim Number: 3395 |
| JOINT EMPLOYER & UNION HEALTH & WELFARE | | Claim Date: 06/09/2009 |
| FUND-THOMAS BRADY, DONALDSON & CORNWELL | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 1525 PARADAY AVENUE, SUITE 150 | | Comments: EXPUNGED |
| CARLSBAD, CA 92008 | | DOCKET: 6649 (04/07/2010) |
| **UNSECURED** | **Claimed:** | **$2,935.77** |

| PROF'S INC. | | Claim Number: 274 |
| RONALD PROFITT, PRESIDENT | | Claim Date: 02/09/2009 |
| P.O. BOX 7608 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| KALISPELL, MT 59904 | | Comments: EXPUNGED |
| | | DOCKET: 4966 (02/12/2010) |
| **UNSECURED** | **Claimed:** | **$3,229.14** |

| | | |
|---|---|---|
| PROFESSIONAL FULFILLMENT INC.<br>4600 CENTRAL AVE<br>CHATTANOOGA, TN 37410 | | Claim Number: 835<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
| UNSECURED | Claimed: | $27,409.31 |
| PROGRESSIVE PIPING LLC<br>P.O. BOX 794<br>DAYVILLE, CT 06241 | | Claim Number: 262<br>Claim Date: 02/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $11,074.10 |
| PRUCO LIFE OF ARIZONA<br>C/O PRUDENTIAL INVESTMENT MGMR., INC.<br>ATTN: TERENCE DUNN<br>P.O. BOX 32339, 2 GATEWAY CENTER<br>NEWARK, NJ 07102 | | Claim Number: 11305<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $1,006,048.61 |
| PRUCO LIFE OF ARIZONA<br>C/O PRUDENTIAL INVESTMENT MGMT., INC.<br>ATTN: TERENCE DUNN<br>P.O. BOX 32339, 2 GATEWAY CENTER<br>NEWARK, NJ 07102 | | Claim Number: 11318<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8898 (01/20/2011) |
| UNSECURED | Claimed: | $1,557,708.33 |
| PRUCO LIFE OF NEW JERSEY<br>C/O PRUDENTIAL INVESTMENT MGMT., INC.<br>ATTN: TERENCE DUNN<br>P.O. BOX 32339, 2 GATEWAY CENTER<br>NEWARK, NJ 07102 | | Claim Number: 11309<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $357,812.50 |

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT INC<br>ATTENTION: TERENCE DUNN<br>P.O. BOX 32339, 2 GATEWAY CENTER<br>NEWARK, NJ 07102 | Claim Number: 11297<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |

| SECURED | Claimed: | $2,497,258.29 |
|---|---|---|

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT INC<br>ATTENTION: TERENCE DUNN<br>P.O. BOX 32339, 2 GATEWAY CENTER<br>NEWARK, NJ 07102 | Claim Number: 11306<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $1,515,121.53 |
|---|---|---|

| | |
|---|---|
| PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT INC<br>ATTN: TERENCE DUNN<br>P.O. BOX 32339, 2 GATEWAY CENTER<br>NEWARK, NJ 07102 | Claim Number: 11307<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $6,790,858.32 |
|---|---|---|

| | |
|---|---|
| PRUDENTIAL LIFE INSURANCE COMPANY, LTD.<br>C/O PRUDENTIAL INVESTMENT MGMT., INC.<br>ATTN: TERENCE DUNN<br>P.O. BOX 32339, 2 GATEWAY CENTER<br>NEWARK, NJ 07102 | Claim Number: 11303<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $6,048.61 |
|---|---|---|

| | |
|---|---|
| PRUDENTIAL LIFE INSURANCE COMPANY, LTD.<br>C/O PRUDENTIAL INVESTMENT MGMT., INC.<br>ATTN: TERENCE DUNN<br>2 GATEWAY CENTER, P.O. BOX 32339<br>NEWARK, NJ 07102 | Claim Number: 11304<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $26,583.33 |
|---|---|---|

---

| PRUDENTIAL RETIREMENT INSURANCE AND | Claim Number: 11313 |
| ANNUITY COMPANY - C/O PRUDENTIAL INVSTMT | Claim Date: 08/28/2009 |
| ATTN: TERENCE DUNN | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| P.O. BOX 32339, 2 GATEWAY CENTER | Comments: EXPUNGED |
| NEWARK, NJ 07102 | DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $2,012,097.23 |

---

| PRUDENTIAL SERIES FUND (HIGH YIELD) | Claim Number: 11312 |
| C/O PRUDENTIAL INVESTMENT MGMT., INC. | Claim Date: 08/28/2009 |
| ATTN: TERENCE DUNN | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| P.O. BOX 32339, 2 GATEWAY CENTER | Comments: EXPUNGED |
| NEWARK, NJ 07102 | DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $3,822,984.72 |

---

| PRUDENTIAL SERIES FUND (HIGH YIELD) | Claim Number: 11314 |
| C/O PRUDENTIAL INVESTMENT MGMT., INC. | Claim Date: 08/28/2009 |
| ATTN: TERENCE DUNN | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| P.O. BOX 32339, 2 GATEWAY CENTER | Comments: EXPUNGED |
| NEWARK, NJ 07102 | DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $3,356,927.50 |

---

| PULP AND PAPER PRODUCTS COUNCIL | Claim Number: 2666 |
| 1200 MCGILL COLLEGE AVE., SUITE 1000 | Claim Date: 05/01/2009 |
| MONTREAL, QC H3B 4G7 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| CANADA | Comments: EXPUNGED |
| | DOCKET: 4966 (02/12/2010) |

| UNSECURED | Claimed: | $3,427.82 |

---

| PUMP ENGINEERING SALES & SERVICE | Claim Number: 713 |
| 40 STONE CASTLE RD | Claim Date: 02/23/2009 |
| ROCK TAVERN, NY 12575 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 4966 (02/12/2010) |

| PRIORITY | Claimed: | $36,797.25 |
| UNSECURED | Claimed: | $71,702.38 |

---

| | | |
|---|---|---|
| PURITAN CLEANING PROFESSIONALS<br>PO BOX 4012<br>MISSOULA, MT 59806-4012 | | Claim Number: 245<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $4,930.00 |
| PVS MINIBULK<br>5644 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-5644 | | Claim Number: 9209-01<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID |
| ADMINISTRATIVE | Claimed: | $34,139.97 |
| QUALITY CARTON & CONVERTING LLC<br>175 WARD HILL AVENUE<br>BRADFORD, MA 01835 | | Claim Number: 365<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| UNSECURED | Claimed: | $72,783.50 |
| QUENCH / LEAF<br>PO BOX 644006<br>CINCINNATI, OH 45264 | | Claim Number: 296<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
| UNSECURED | Claimed: | $1,521.65 |
| QUENCH / LEAF DEALER<br>PO BOX 644006<br>CINCINNATI, OH 45264 | | Claim Number: 289<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7432 (05/04/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $4,881.90 |

| QUENCH / LEAF DEALER<br>PO BOX 644006<br>CINCINNATI, OH 45264 | | Claim Number: 293<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8407 (08/18/2010) |
|---|---|---|
| UNSECURED | Claimed: | $1,087.38 |

| QUENCH / LEAF DEALER<br>PO BOX 644006<br>CINCINNATI, OH 45264 | | Claim Number: 294<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8407 (08/18/2010) |
|---|---|---|
| UNSECURED | Claimed: | $15,462.65 |

| QUENCH / LEAF DEALER<br>PO BOX 644006<br>CINCINNATI, OH 45264 | | Claim Number: 295<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
|---|---|---|
| UNSECURED | Claimed: | $1,239.98 |

| QUEST GRAPHICS, LLC<br>2423 NORTHLINE INDUSTRIAL DRIVE<br>SAINT LOUIS, MO 63043 | | Claim Number: 2247<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $299,117.42 |
| UNSECURED | Claimed: | $263,341.96 |

| QUICK SAND BLASTING LLC<br>107 JEROME ROAD<br>UNCASVILLE, CT 06382 | | Claim Number: 14059<br>Claim Date: 06/24/2010<br>Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) |
|---|---|---|
| UNSECURED | Claimed: | $13,910.61 |

| R Y TIMBER, INC | Claim Number: 10032 |
| C/O MICHAEL D. DEBAECKE | Claim Date: 08/25/2009 |
| 1201 MARKET STREET, STE 800 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| WILMINGTON, DE 19801 | Comments: EXPUNGED |
| | DOCKET: 2760 (11/16/2009) |

| ADMINISTRATIVE | Claimed: | $59,362.95 |
| UNSECURED | Claimed: | $2,713.85 |

| R&R TIMBER MANAGEMENT, INC. | Claim Number: 56 |
| PO BOX 694 | Claim Date: 02/03/2009 |
| JONESBORO, LA 71251 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 3287 (12/18/2009) |

| UNSECURED | Claimed: | $66,357.74 |

| R. S. HARRITAN & COMPANY, INC. | Claim Number: 2935 |
| 3280 FORMEX ROAD - P.O. BOX 24157 | Claim Date: 05/14/2009 |
| RICHMOND, VA 23224 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 3287 (12/18/2009) |

| UNSECURED | Claimed: | $1,777,827.99 |

| R.F. MACDONALD CO., INC. | Claim Number: 508 |
| 25920 EDEN LANDING ROAD | Claim Date: 02/17/2009 |
| HAYWARD, CA 94545 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $158,786.88 |

| RAINES JR, BERNIE C | Claim Number: 10018 |
| 636 GEORGIA LANE | Claim Date: 08/25/2009 |
| BREWTON, AL 36426 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 5732 (03/10/2010) |

| UNSECURED | Claimed: | $24,860.00 |

| RANDSTAD US<br>2015 SOUTH PARK PLACE<br>ATLANTA, GA 30339 | Claim Number: 1546<br>Claim Date: 03/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|
| UNSECURED          Claimed: | $0.00   UNDET |
| RAPPAHANNOCK ELECTRIC COOPERATIVE<br>PO BOX 7388<br>FREDERICKSBURG, VA 22404-7388 | Claim Number: 1473<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED          Claimed: | $349.92 |
| RAPPAHANNOCK ELECTRIC COOPERATIVE<br>PO BOX 7388<br>FREDERICKSBURG, VA 22404-7388 | Claim Number: 1804<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED          Claimed: | $349.92 |
| RATLIFF, JEFFREY E<br>P.O. BOX 29<br>PIPESTEM, WV 25979 | Claim Number: 12053<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED          Claimed: | $62,842.50 |
| RCR SERVICES, INC.<br>RONALD H. MILLS, ESQ.<br>22255 CENTER RIDGE ROAD, #106<br>ROCKY RIVER, OH 44116 | Claim Number: 14179<br>Claim Date: 12/06/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8952 (02/22/2011) |
| UNSECURED          Claimed: | $28,337.62 |

| | | |
|---|---|---|
| REALTY ASSOCIATES FUND VI, L.P., THE<br>TA ASSOCIATES REALTY<br>1301 DOVE STREET, SUITE 860<br>NEWPORT, CA 92660-2440 | | Claim Number: 11239<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5941 (03/17/2010) |
| UNSECURED | Claimed: | $43,821.92    UNLIQ |
| REALTY ASSOCIATES FUND VIII, L.P., THE<br>TA ASSOCIATES REALTY<br>1301 DOVE STREET, SUITE 860<br>NEWPORT, CA 92660-2440 | | Claim Number: 11240<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) |
| UNSECURED | Claimed: | $53,936.46    UNLIQ |
| REALTY SOUTHWEST LIMITED PARTNERSHIP<br>C/O BRIAN E. FARNAN, ESQUIRE<br>PHILLIPS GOLDMAN & SPENCE, P.A.<br>1200 NORTH BROOM STREET<br>WILMINGTON, DE 19806 | | Claim Number: 9954<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6359 (03/29/2010) |
| UNSECURED | Claimed: | $1,761,239.63 |
| REALTY SOUTHWEST LIMITED PARTNERSHIP<br>C/O BRIAN E. FARNAN, ESQUIRE<br>PHILLIPS GOLDMAN & SPENCE, P.A.<br>1200 NORTH BROOM STREET<br>WILMINGTON, DE 19806 | | Claim Number: 13082<br>Claim Date: 09/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6351 (03/29/2010) |
| UNSECURED | Claimed: | $1,135,774.65 |
| RED WING SHOE STORE<br>5408 NE ANTIOCH RD<br>KANSAS CITY, MO 64119 | | Claim Number: 2831<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $204.14 |

| | | | |
|---|---|---|---|
| REDDINGTON, LYNDA<br>795 CENTRAL AVE<br>LEBANON, OR 97355 | | Claim Number: 6286<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| PRIORITY | Claimed: | $150.11 | UNLIQ |
| UNSECURED | Claimed: | $150.11 | UNLIQ |
| TOTAL | Claimed: | $150.11 | UNLIQ |
| REDWING SHOE STORE<br>1222 BRONSON WY.<br>SUITE 120<br>RENTON, WA 98057 | | Claim Number: 2291<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
| UNSECURED | Claimed: | $865.91 | |
| REECE, GARY L.<br>REECE LANDSCAPING<br>126 KERRA LANE<br>MCDONALD, TN 37353 | | Claim Number: 55<br>Claim Date: 02/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |
| PRIORITY | Claimed: | $5,082.50 | |
| REED SMITH LLP<br>JOHN P. HOOPER<br>599 LEXINGTON<br>NEW YORK, NY 10022 | | Claim Number: 11713<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | |
| UNSECURED | Claimed: | $10,562.24 | |
| REILLY, EILEEN D<br>8800 WISSAHICKON AVE<br>PHILADELPHIA, PA 19128-1126 | | Claim Number: 11393<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| PRIORITY | Claimed: | $41,550.00 | |

| REM SERVICES, INC. F/K/A REM DATA, INC.<br>C/O SUZANNE TAYLOR GRAHAM GRIGG, ESQ.<br>NEXSEN PRUET, LLC<br>PO BOX 2426<br>COLUMBIA, SC 29202 | | Claim Number: 9418<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|---|
| SECURED | Claimed: | $52,944.89 |
| REXEL CONSOLIDATED INC<br>BUDDY WHITESELL, REXEL<br>8110 ANDERSON RD., SUITE 100<br>TAMPA, FL 33634 | | Claim Number: 7817<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| ADMINISTRATIVE | Claimed: | $26,703.15 |
| SECURED | Claimed: | $93,911.52 |
| TOTAL | Claimed: | $93,911.52 |
| RGM OF GEORGIA LTD<br>EULER HERMES ACI<br>AGENT OF RGM OF GEORGIA LTD<br>800 RED BROOK BOULEVARD<br>OWINGS MILLS, MD 21117 | | Claim Number: 1188<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $89,487.05 |
| RGM OF GEORGIA LTD<br>EULER HERMES ACI<br>AGENT OF RGM OF GEORGIA LTD<br>800 RED BROOK BOULEVARD<br>OWINGS MILLS, MD 21117 | | Claim Number: 1189<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
| UNSECURED | Claimed: | $89,487.05 |
| RGT LOGISTICS LLC<br>900 NORTH D STREET<br>P.O. BOX 103<br>ELWOOD, IN 46036-0103 | | Claim Number: 1135<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $14,502.10 |

RGT LOGISTICS LLC
ATTN: JOHN PAFFEN
POST OFFICE BOX 83
ELWOOD, IN 46036

Claim Number: 1815
Claim Date: 03/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $49,046.61 |
|---|---|---|

RHODE ISLAND RESOURCE RECOVERY CORP.
65 SHUN PIKE
JOHNSTON, RI 02919-4512

Claim Number: 608
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $6,051.19 |
|---|---|---|

RICHARD BARTON ENTERPRISES
C/O BRIAN C. PEARCY
LAW OFFICES OF BRIAN C. PEARCY
P.O. BOX 1583
RIVERSIDE, CA 92502

Claim Number: 13674
Claim Date: 12/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $175,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

RICHARD BARTON ENTERPRISES
C/O BRIAN C. PEARCY
LAW OFFICES OF BRIAN C. PEARCY
P.O. BOX 1583
RIVERSIDE, CA 92502

Claim Number: 13678
Claim Date: 12/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $200,000.00 |
|---|---|---|

RICHBURG, SANDRA
12120 HWY 29
BREWTON, AL 36426

Claim Number: 10607
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $13,042.34 |
|---|---|---|

---

| | | |
|---|---|---|
| RITTER, CHRISTINE<br>47 CHAMBERLAIN STREET<br>TORRINGTON, CT 06790 | | Claim Number: 9807<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| RITZ, JUANITA<br>6070 HIGHWAY 52 NORTH<br>CHERAW, SC 29520 | | Claim Number: 13120<br>Claim Date: 09/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|---|

| PRIORITY | Claimed: | $4,335.00 |
|---|---|---|

| RIVERSIDE COUNTY TAX COLLECTOR<br>ATTN: ISMAEL O. VARGAS<br>4080 LEMON ST, 4TH FLOOR<br>RIVERSIDE, CA 92501 | | Claim Number: 7395<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|---|

| SECURED | Claimed: | $328,363.04   UNLIQ |
|---|---|---|

| RIVERSIDE COUNTY TAX COLLECTOR<br>ATTN: ISMAEL O. VARGAS<br>4080 LEMON ST, 4TH FLOOR<br>RIVERSIDE, CA 92501 | | Claim Number: 7658<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|---|

| SECURED | Claimed: | $328,363.04   UNLIQ |
|---|---|---|

| RIVERSIDE COUNTY TAX COLLECTOR<br>ATTN: ISMAEL O. VARGAS<br>4080 LEMON ST, 4TH FLOOR<br>RIVERSIDE, CA 92501 | | Claim Number: 7785<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|---|

| SECURED | Claimed: | $328,363.04   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| RIVERSIDE COUNTY TAX COLLECTOR<br>ATTN: ISMAEL O. VARGAS<br>4080 LEMON ST, 4TH FLOOR<br>RIVERSIDE, CA 92501 | | Claim Number: 7789<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
| UNSECURED | Claimed: | $210,437.93   UNLIQ |
| ROBBINS, LONNIE R<br>1138 FAWN COURT<br>GRAND MARSH, WI 53936 | | Claim Number: 9505<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| ROBBINS, LONNIE R<br>1138 FAWN COURT<br>GRAND MARSH, WI 53936 | | Claim Number: 12520<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| ROBERT A. GOERING<br>TREASURER OF HAMILTON COUNTY<br>138 EAST COURT STREET<br>CINCINNATI, OH 45202 | | Claim Number: 13802<br>Claim Date: 01/27/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
| SECURED | Claimed: | $163,041.32 |
| ROBERT E CARROLL LOGGING INC<br>PO BOX 5<br>EBONY, VA 23845 | | Claim Number: 14084<br>Claim Date: 08/09/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8790 (11/23/2010) |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $71,629.24<br>Scheduled:    $71,629.24  UNLIQ |

| | | |
|---|---|---|
| ROBERT E. MASON & ASSOCIATES, INC.<br>C/O SUZANNE TAYLOR GRAHAM GRIGG, ESQ.<br>NEXSEN PRUET, LLC<br>PO BOX 2426<br>COLUMBIA, SC 29202 | | Claim Number: 9419<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| SECURED | Claimed: | $30,545.64 |
| ROBINSON, PHYLLIS<br>1628 CIRCLEWOOD DRIVE<br>BIRMINGHAM, AL 35214 | | Claim Number: 13811<br>Claim Date: 01/29/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) |
| UNSECURED | Claimed: | $10,000.00 |
| ROBY, ISSAC<br>3915 OLIVE STREET #301<br>SAINT LOUIS, MO 63108 | | Claim Number: 12431<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $0.00   UNLIQ<br>$0.00   UNLIQ |
| ROCCUS LOGISTICS, LLC<br>3700 FOREST DR STE 430<br>COLUMBIA, SC 29204-4045 | | Claim Number: 112<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $56,034.89 |
| ROHM & HAAS CANADA LP<br>MARTIN J. WEIS, ESQUIRE<br>DILWORTH PAXSON LLP<br>1500 MARKET ST., 3500 E<br>PHILADELPHIA, PA 19102 | | Claim Number: 11504<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 7200 (04/23/2010) |
| ADMINISTRATIVE<br>UNSECURED | Claimed:<br>Claimed: | $40,395.34<br>$164,665.87 |

| | | |
|---|---|---|
| ROLLERCOAT INDUSTRIES<br>10135 US HWY 92 E<br>TAMPA, FL 33610 | | Claim Number: 682<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $590.55 |
| ROMANIELLO, JUDITH C<br>1229 WINSTED RD #40<br>TORRINGTON, CT 06790 | | Claim Number: 9521<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| ROMANIELLO, JUDITH C<br>1229 WINSTED RD #40<br>TORRINGTON, CT 06790 | | Claim Number: 9522<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| ROMEO, JOE<br>538 CANDLEBARK DRIVE<br>JACKSONVILLE, FL 32225 | | Claim Number: 11236<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $51,092.95 |
| ROMEO, JOE EDWIN<br>538 CANDLEBARK DRIVE<br>JACKSONVILLE, FL 32225 | | Claim Number: 11235<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
| UNSECURED | Claimed: | $1,051.79 |

| | | |
|---|---|---|
| RONAN ENGINEERING COMPANY<br>28209 AVENUE STANFORD<br>VALENCIA, CA 91355-3984 | Claim Number: 858<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
| UNSECURED          Claimed: | $6,850.34 | |
| RONAN ENGINEERING COMPANY<br>PO BOX 129<br>28209 AVENUE STANFORD<br>VALENCIA, CA 91355 | Claim Number: 13852<br>Claim Date: 03/01/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED          Claimed: | $6,850.34 | |
| ROOF MASTERS OF N. AMERICA, LLC<br>357 FONTANA ROAD<br>MONROE, LA 71203 | Claim Number: 470<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
| UNSECURED          Claimed: | $235,563.07 | |
| ROOF MASTERS OF N. AMERICA, LLC<br>357 FONTANA ROAD<br>MONROE, LA 71203 | Claim Number: 588<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
| UNSECURED          Claimed: | $235,563.07 | |
| ROSEMOUNT INC.<br>CONTRARIAN CAPITAL MANAGEMENT, LLC<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 2625-01<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) | |
| ADMINISTRATIVE          Claimed: | $17,991.09 | Allowed:          $17,991.09 |

| ROSEMOUNT INC. | Claim Number: 2625-02 |
| CONTRARIAN CAPITAL MANAGEMENT, LLC | Claim Date: 04/30/2009 |
| 411 WEST PUTNAM AVENUE, SUITE 425 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| GREENWICH, CT 06830 | Comments: DOCKET: 8116 (06/22/2010) |
| | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $6,740.26 |

| ROTARY OFFSET PRESS, INC | Claim Number: 988 |
| ATT: JOYCE DAVIS | Claim Date: 03/02/2009 |
| 6600 S. 231ST ST | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| KENT, WA 98032 | Comments: EXPUNGED |
| | DOCKET: 7653 (03/10/2010) |

| UNSECURED | Claimed: | $6,384.30 | Scheduled: | $4,207.00 |

| ROTO ROOTER | Claim Number: 1514 |
| 1215 BLOUNT AVE | Claim Date: 03/16/2009 |
| GUNTERSVILLE, AL 35976 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $157.00 |

| ROWE DRILLING COMPANY, INC. | Claim Number: 2453 |
| KIM HARRIS. ELLIS, PAINTER, RATTERREE & | Claim Date: 04/20/2009 |
| ADAMS, LLP | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| PO BOX 9946 | Comments: EXPUNGED |
| SAVANNAH, GA 31412 | DOCKET: 2343 (10/20/2009) |

| UNSECURED | Claimed: | $47,154.60 |

| ROWS HAULING LLC | Claim Number: 270 |
| C/O ROLAND FARLEY | Claim Date: 02/05/2009 |
| P.O. BOX 63 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| VILLA RIDGE, MO 63089 | Comments: EXPUNGED |
| | DOCKET: 4966 (02/12/2010) |

| UNSECURED | Claimed: | $3,755.01 |

| ROYCE TONEY SHERIFF & TAX COLLECTOR<br>P.O. BOX 1803<br>MONROE, LA 71210-1803 | Claim Number: 286<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |

| PRIORITY | Claimed: | $2,245.31 |
| UNSECURED | Claimed: | $2,245.31 |
| TOTAL | Claimed: | $2,245.31 |

| RRR EXPRESS<br>445 W. NORTH BEND RD<br>CINCINNATI, OH 45216 | Claim Number: 670<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | |

| UNSECURED | Claimed: | $964.25 |

| RSW DALLAS LIMITED PARTNERSHIP<br>C/O BRIAN E. FARNAN, ESQUIRE<br>PHILLIPS GOLDMAN & SPENCE, P.A.<br>1200 NORTH BROOM STREET<br>WILMINGTON, DE 19806 | Claim Number: 9956<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6351 (03/29/2010) | | |

| UNSECURED | Claimed: | $726,666.41 |

| RUCKER, BENJAMIN G.<br>1500 COKER AVE<br>KNOXVILLE, TN 37917-4644 | Claim Number: 11358<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |

| UNSECURED | Claimed: | $7,817.99 |

| RUSSELL L. COOK JR, TRUSTEE<br>C/O RUSSELL L. COOK, JR.<br>919 CONGRESS AVENUE, SUITE 1145<br>AUSTIN, TX 78731 | Claim Number: 99028<br>Claim Date: 02/21/2013<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | |

| ADMINISTRATIVE | Claimed: | $200,413.16 | Allowed: | $200,413.16 |

| | | |
|---|---|---|
| RUTHERFORD COUNTY TRUSTEE<br>P.O. BOX 1316<br>MURFREESBORO, TN 37133-1316 | | Claim Number: 12265<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| PRIORITY | Claimed: | $30,476.00 |
| RUTHERFORD COUNTY TRUSTEE<br>P.O. BOX 1316<br>MURFREESBORO, TN 37133-1316 | | Claim Number: 14147<br>Claim Date: 09/29/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8834 (12/09/2010) |
| PRIORITY | Claimed: | $18,814.00 |
| RUTHERFORD COUNTY TRUSTEE<br>P.O. BOX 1316<br>MURFREESBORO, TN 37133-1316 | | Claim Number: 14148<br>Claim Date: 09/29/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8834 (12/09/2010) |
| PRIORITY | Claimed: | $878.00 |
| RYERSON<br>125 CARSON ROAD<br>BIRMINGHAM, AL 35215 | | Claim Number: 10537<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $1,101.00 |
| S&J REED INC<br>2268 ASHLAND ST.<br>ASHLAND, OR 97520 | | Claim Number: 710<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
| UNSECURED | Claimed: | $2,930.00 |

| | | |
|---|---|---|
| S.C. DEPARTMENT OF REVENUE<br>P.O BOX 12265<br>COLUMBIA, SC 29211 | | Claim Number: 14022<br>Claim Date: 05/10/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8898 (01/20/2011) |
| UNSECURED | Claimed: | $24,035.16 |
| SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | | Claim Number: 13336<br>Claim Date: 09/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| PRIORITY | Claimed: | $12,558.04 |
| SACRAMENTO COUNTY TAX COLLECTOR<br>ATTN: BANKRUPTCY<br>700 H STREET, ROOM 1710<br>SACRAMENTO, CA 95814 | | Claim Number: 13775<br>Claim Date: 01/19/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID |
| PRIORITY | Claimed: | $12,558.04   UNLIQ |
| SAF-T-FLO WATER SERVICES, INC.<br>4071-L EAST LA PALMA AVE<br>ANAHEIM, CA 92807 | | Claim Number: 675<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $2,285.32 |
| SAFEWAY INC<br>20427 N. 27 AVE<br>M56081 TBYERS<br>PHOENIX, AZ 85027 | | Claim Number: 79<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $37,120.70 |

---

SALA INDUSTRIAL SALES CORP
4876-118 PRINCESS ANNE RD PMB 335
VIRGINIA BEACH, VA 23462

Claim Number: 2154
Claim Date: 03/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $787.00 |
|---|---|---|

---

SALINAS WINDUSTRIAL CO.
CORINNE FONTES
1080 HARKINS ROAD
SALINAS, CA 93901

Claim Number: 8973-02
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 4964 (02/12/2010)

| ADMINISTRATIVE | Claimed: | $2,529.20 | Allowed: | $2,529.20 |
|---|---|---|---|---|

---

SAM'L BERESFORD PLUMBING CO., INC.
6225 MONTGOMERY RD.
CINCINNATI, OH 45213

Claim Number: 584
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $1,775.00 |
|---|---|---|

---

SAND MOUNTAIN LAND & TIMBER
CHAD BLACKWELL
867 COUNTY ROAD 93
CROSSVILLE, AL 35962

Claim Number: 140
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,415.43 |
|---|---|---|

---

SAND SPRINGS HOME
15 WEST 2ND STREET
SAND SPIRNGS, OK 74063

Claim Number: 10779
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $12,842.96   UNLIQ |
|---|---|---|

---

| | | |
|---|---|---|
| SANDAR INDUSTRIES, INC.<br>PO BOX 330106<br>ATLANTIC BEACH, FL 32233 | | Claim Number: 181<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $78,819.65 |
| SANDS, BILLY C.<br>1610 UNIVERSITY DRIVE<br>RICHARDSON, TX 75081 | | Claim Number: 7248<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $69,325.92 |
| SANDY BRAE LABORATORIES, INC.<br>119A SANDY DRIVE<br>NEWARK, DE 19713 | | Claim Number: 492<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| UNSECURED | Claimed: | $578.65 |
| SANTA CRUZ RECYCLING ALLIANCE PROGRAM,<br>INC. - (SCRAP)<br>2710 CHANTICLEER AVENUE<br>SANTA CRUZ, CA 95065 | | Claim Number: 2780<br>Claim Date: 05/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |
| UNSECURED | Claimed: | $5,700.00 |
| SAP AMERICA, INC.<br>C/O BROWN & CONNERY, LLP<br>DONALD K. LUDMAN, ESQUIRE<br>6 N. BROAD ST., SUITE 100<br>WOODBURY, NJ 08096 | | Claim Number: 11796<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) |
| UNSECURED | Claimed: | $4,103,253.79 |

| | |
|---|---|
| SAP GOVERNANCE RISK AND COMPLIANCE, INC.<br>C/O DONALD K. KUDMAN, ESQUIRE<br>BROWN & CONNERY, LLP<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096 | Claim Number: 11849<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |

| UNSECURED | Claimed: | $4,433.03 |
|---|---|---|

| | |
|---|---|
| SAXON JR., LOUIS L.<br>C/O SUZANNE TAYLOR GRAHAM GRIGG, ESQ.<br>NEXSEN PRUET, LLC<br>PO DRAWER 2426<br>COLUMBIA, SC 29202 | Claim Number: 9303<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| SCHINDLER, STELLA<br>63 EAST 83<br>NEW YORK, NY 10003 | Claim Number: 9984<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

| UNSECURED | Claimed: | $10,220.35 |
|---|---|---|

| | |
|---|---|
| SCHNITZER INVESTMENT CORP.<br>C/O GREG A. CHRISTIANSON<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVENUE, SUITE 4400<br>LOS ANGELES, CA 90071 | Claim Number: 11382<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: N/A (03/24/2017) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | |
|---|---|
| SCHNITZER STEEL INDUSTRIES, INC.<br>C/O GREG A. CHRISTIANSON<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVENUE, SUITE 4400<br>LOS ANGELES, CA 90071 | Claim Number: 11381<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: N/A (03/24/2017) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

SCHWOTZER, CARL
90 S 2ND ST. PAGE PARK
FT MYERS, FL 33907

Claim Number: 8105
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $111,720.00 |
|---|---|---|

SCM CORRUGATING MACHINERY
619 SILVER ST. PO BOX 405
AGAWAM, MA 01001-0405

Claim Number: 1821
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| SECURED | Claimed: | $39,735.15 |
|---|---|---|

SCOTT, RICHARD L.
BARON & BUDD, P.C.
THE CENTRUM SUITE 1100
3102 OAK LAWN AVE
DALLAS, TX 75219

Claim Number: 11842
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

SCOTTSBORO FOREST PRODUCTS INC.
P.O. BOX 176
SCOTTSBORO, AL 35768

Claim Number: 743
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $28,651.63 |
|---|---|---|

SCUDIERI, SHEILA K
13125 PASS ME BY RD
STRASBURG, CO 80136-8907

Claim Number: 7994
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $7,301.00   UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $7,301.00   UNLIQ |
| TOTAL | Claimed: | $7,301.00   UNLIQ |

| | | |
|---|---|---|
| SEA CONSULTING<br>MICHAEL P. COTTER, ESQ.<br>VANDEVENTER BLACK LLP<br>101 W. MAIN ST., STE 500<br>NORFOLK, VA 23510 | | Claim Number: 2688<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $10,575.00 |
| SEBASTIAN COUNTY TAX COLLECTOR<br>P O BOX 1358<br>FORT SMITH, AR 72902 | | Claim Number: 13862<br>Claim Date: 03/04/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| PRIORITY | Claimed: | $1,763.89 |
| UNSECURED | Claimed: | $12,797.61 |
| SEBRING, PAUL H<br>1406 EAST BLVD<br>ALPHA, NJ 08865 | | Claim Number: 7690<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SEMCO ENERGY, INC.<br>MILLER CANFIELD PADDOCK & STONE, PLC<br>MARC N. SWANSON<br>150 WEST JEFFERSON AVE., SUITE 2500<br>DETROIT, MI 48226 | | Claim Number: 3144<br>Claim Date: 05/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $332,069.47 |
| SEMCO ENERGY, INC.<br>MILLER CANFIELD PADDOCK & STONE, PLC<br>MARC N. SWANSON<br>150 WEST JEFFERSON, SUITE 2500<br>DETROIT, MI 48226 | | Claim Number: 3150<br>Claim Date: 05/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| ADMINISTRATIVE | Claimed: | $81,595.12 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | |
|---|---|---|
| SEMMATERIALS, LP<br>C/O IAN CONNER BIFFERATO & KEVIN CONNERS<br>BIFFERATO LLC<br>800 NORTH KING STREET, 1ST FLOOR<br>WILMINGTON, DE 19801 | Claim Number: 2442<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| ADMINISTRATIVE        Claimed: | $289,377.51 | |
| SEQUACHEE VALLEY ELECTRIC COOPERATIVE<br>PO BOX 31<br>SOUTH PITTSBURG, TN 37380-0031 | Claim Number: 1604<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| UNSECURED        Claimed: | $1,520.87 | |
| SERVICE FREIGHT SYSTEMS INC.<br>2201 BRANT STREET, UNITS 111, 112<br>BURLINGTON, ON L7P 3N8<br>CANADA | Claim Number: 2143<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| UNSECURED        Claimed: | $0.00    UNLIQ | |
| SERVICES UNLIMITED<br>PO BOX 15027<br>FLORENCE, SC 29506-0027 | Claim Number: 721<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |
| UNSECURED        Claimed: | $43,837.98 | |
| SHARKEY MACHINE SERVICES, INC.<br>1010 LONGLEY PLACE<br>LAGRANGE, GA 30240 | Claim Number: 5<br>Claim Date: 01/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |
| UNSECURED        Claimed: | $88,124.21 | |

| | | |
|---|---|---|
| SHEET METAL SOLUTIONS, INC.<br>10700 S GARFIELD AVE.<br>SOUTH GATE, CA 90280 | | Claim Number: 1699<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |

| UNSECURED | Claimed: | $15,873.05 |
|---|---|---|

| | | |
|---|---|---|
| SHELBY COMPANY, THE<br>865 CANTERBURY ROAD<br>WESTLAKE, OH 44145 | | Claim Number: 1412<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $33,898.62 |
|---|---|---|

| | | |
|---|---|---|
| SHELL ENERGY NORTH AMERICA (US) INC.<br>ATTN: JENNIFER M. GORE, ESQ.<br>909 FANNIN ST., PLAZA LEVEL 1<br>HOUSTON, TX 77010 | | Claim Number: 7576-01<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |

| UNSECURED | Claimed: | $20,044.35 |
|---|---|---|

| | | |
|---|---|---|
| SHELL ENERGY NORTH AMERICA (US) INC.<br>ATTN: JENNIFER M. GORE, ESQ.<br>909 FANNIN ST., PLAZA LEVEL 1<br>HOUSTON, TX 77010 | | Claim Number: 7576-02<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4964 (02/12/2010) |

| ADMINISTRATIVE | Claimed: | $150,197.15 | Allowed: | $150,197.15 |
|---|---|---|---|---|

| | | |
|---|---|---|
| SHELL OIL COMPANY<br>ANNA HATHAWAY<br>1162 ONE SHELL PLAZA<br>910 LOUISIANA<br>HOUSTON, TX 77002 | | Claim Number: 11450<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8879 (01/06/2011) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| SHIPPING UTILITIES, INC.<br>10515 LIBERTY AVE.<br>ST. LOUIS, MO 63132 | | Claim Number: 1087<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $9,222.08 |
| SHIVELEY, LISA ANN<br>4708 VILVENS RD<br>MT. ORAB, OH 45154 | | Claim Number: 9788<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) |
| UNSECURED | Claimed: | $10,000.00 |
| SHIVELEY, ROYCE A<br>4708 VILVENS RD<br>MT. ORAB, OH 45154 | | Claim Number: 9746<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| SHIVELEY, ROYCE A<br>4708 VILVENS RD<br>MT. ORAB, OH 45154 | | Claim Number: 9787<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| SHRED-IT<br>19670 SW 118TH AVENUE<br>TUALATIN, OR 97062 | | Claim Number: 152<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $2,273.68 |

| SHRED-IT<br>19670 SW 118TH AVENUE<br>TUALATIN, OR 97062 | | Claim Number: 1164<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4136 (01/14/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $409.00 | | |
| SHRED-IT<br>19670 SW 118TH AVENUE<br>TUALATIN, OR 97062 | | Claim Number: 1814<br>Claim Date: 03/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4136 (01/14/2010) | | |
| UNSECURED | Claimed: | $2,273.68 | | |
| SHREDEX, LLC<br>4862 WILLOW DR.<br>BOCA RATON, FL 33487 | | Claim Number: 747<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7516 (05/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $245.00 | Scheduled: | $770.00 |
| SHREDEX, LLC<br>4862 WILLOW DR.<br>BOCA RATON, FL 33487 | | Claim Number: 748<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7516 (05/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $234.60 | | |
| SHREDEX, LLC<br>4862 WILLOW DR.<br>BOCA RATON, FL 33487 | | Claim Number: 749<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| PRIORITY | Claimed: | $307.80 | | |

---

SHREDEX, LLC
4862 WILLOW DR.
BOCA RATON, FL 33487

Claim Number: 750
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 8116 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $325.80 |
|---|---|---|

---

SIBLEY, ROBERT C.
BARON & BUDD, P.C.
THE CENTRUM SUITE 1100
3102 OAK LAWN AVE
DALLAS, TX 75219

Claim Number: 11843
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: H.E. WISDOM & SONS / WISDOM
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 2
Claim Date: 01/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $60,800.05 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: ATLAS NORTH LLC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 20
Claim Date: 01/30/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $39,039.44 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: ALLEN FIELD CO., INC.
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 172
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| PRIORITY | Claimed: | $115.76 |
|---|---|---|
| SECURED | Claimed: | $0.00 |

---

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: ALLENFIELD CO., INC.<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 177<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $171.98 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: ALLENFIELD CO., INC.<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 178<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $260.25 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: CIMARRON OFFICE FURNITURE SE<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 247<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| PRIORITY | Claimed: | $155.00 | | |
| SECURED | Claimed: | $2,000.00 | | |
| UNSECURED | Claimed: | $1,232.00 | Scheduled: | $3,387.00 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: DAVID CUTLER INDUSTRIES, LTD<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 250-02<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | |
| UNSECURED | Claimed: | $163,923.50 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: G.L. PACKAGING PRODUCTS,INC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 559<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $7,907.40 | | |

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: W.E. ROE INDUSTRIES, INC.<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 585<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $40,041.21 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: PRECISION DESIGN MACHINERY,<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 642<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $563.13 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: BLACK EQUIPMENT CO., INC.<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 646<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $1,961.42 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: PUMPS, PARTS & SERVICE, INC.<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 915<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $8,342.67 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: W.E. ROE INDUSTRIES, INC.<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 1769<br>Claim Date: 03/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $33,522.45 |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: PROCESS SENSORS CORPORATION<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 2033<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| SECURED | Claimed: | $0.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,990.00 | Scheduled: | $3,900.00 |
| TOTAL | Claimed: | $3,900.00 | | |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: HUMBOLDT INDUSTRIAL SUPPLY<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 2155<br>Claim Date: 04/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $7,274.16 |
|---|---|---|

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: TRANSCAT<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 2165<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: PRESTO-X LLC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 2306<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $34,122.28 |
|---|---|---|

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: SOLIDBOSS WORLDWIDE, INC.<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 2413<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $945.56 |
|---|---|---|

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: VORTEX INDUSTRIES, INC.<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 2791<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| PRIORITY | Claimed: | $445.95 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: PHOENIX PROCESS EQUIP CO<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 5192<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $16,872.03 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &<br>ATTORNEY-IN-FACT FOR AA ELECTRIC SE,<br>INC. ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 1465-01<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID |
| ADMINISTRATIVE | Claimed: | $1,468.40 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &<br>ATTORNEY-IN-FACT FOR DRIVES & CONVEYORS,<br>INC. - ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 1638-01<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID |
| ADMINISTRATIVE | Claimed: | $300.20 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &<br>ATTORNEY-IN-FACT FOR INTERMOUNTAIN<br>SAFETY SHOES - ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 1639-01<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID |
| ADMINISTRATIVE | Claimed: | $1,056.10 |

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR INTERMOUNTAIN SAFETY SHOES - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 1639-02 Claim Date: 03/20/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8120 (06/22/2010) | | | |
| UNSECURED | Claimed: | $120.13 | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ASHLOCK SIGNS, INC. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 1640-01 Claim Date: 03/20/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET: 7189 (04/22/2010) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $25.27 | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ALTERNATIVE SOLUTIONS INT'L - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 1641-01 Claim Date: 03/20/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET: 7189 (04/22/2010) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $2,075.00 | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR BLACK EQUIPMENT CO. INC. ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 1727 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET: 1175 (07/06/2009) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $555.95 | Allowed: | $555.95 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ALLIED ROOFING & SHEET METAL CO-ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 1728 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $500.00 | | |

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DIANSUPLY, INC - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 1729-01 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET: 7189 (04/22/2010) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE          Claimed: | $1,232.26 | | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR COAST TO COAST HYDRAULICS - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 1730-01 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET: 7189 (04/22/2010) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE          Claimed: | $530.35 | | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DEPENDABLE ACME THREAD PROD. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 1731-01 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET: 7189 (04/22/2010) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE          Claimed: | $171.00 | | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR FOAM CONCEPTS & DESIGN - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 1732 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET: 1175 (07/06/2009) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE          Claimed: | $1,136.00 | | Allowed: | $1,136.00 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DEATON'S MAILING SYSTEMS, ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 1734-01 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET: 7189 (04/22/2010) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE          Claimed: | $87.09 | | | |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR EAGLE HARDWOODS,
INC., ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 1735
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 1175 (07/06/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $996.54 | Allowed: | $996.54 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR TITAN ENTERPRISES -
ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 1736-01
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 7189 (04/22/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $5,789.50 | | |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR ALMOND BROTHERS
LUMBER CO., ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 1738
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 1075 (07/06/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $1,084.62 | Allowed: | $1,084.62 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR A-1 COUPLING &
HOSE - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 1739
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 1175 (07/06/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $207.80 | Allowed: | $207.80 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR HENDERSON COFFEE
CORP - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 2219
Claim Date: 04/15/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 7719 (05/21/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $135.45 | Allowed: | $135.45 |
|---|---|---|---|---|

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR K & J CONTAINERS - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2912 Claim Date: 05/12/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 2760 (11/16/2009) |

| ADMINISTRATIVE | Claimed: | $8,369.16 |
|---|---|---|

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTY-IN-FACT FOR NORTHLAND WILLETTE, INC 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 7886 Claim Date: 08/17/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $1,127.88 |
|---|---|---|

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTY-IN-FACT FOR IPS BALERS MFG, INC. 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 7887 Claim Date: 08/17/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $9,483.00 |
|---|---|---|

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTY-IN-FACT FOR WAYNE GARAGE DOOR SALES 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 7888 Claim Date: 08/17/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $1,145.00 |
|---|---|---|

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTY-IN-FACT FOR CULLUM & BROWN, INC. 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 7889 Claim Date: 08/17/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $3,911.83 |
|---|---|---|

---

SIMMONS, AVERY L
3308 SOWELL ROAD
BREWTON, AL 36426

Claim Number: 9658
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $2,207.00 |
| --- | --- | --- |

---

SIMPLEXGRINNELL
ATTN BANKRUPTCY
50 TECHNOLOGY  DRIVE
WESTMINSTER, MA 01441

Claim Number: 3716
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $152,770.59 |
| --- | --- | --- |

---

SIMPLEXGRINNELL LP
MORRIS JAMES LLP
C/O BRETT D. FALLON
500 DELAWARE AVE., STE 1500 PO BOX 2306
WILMINGTON, DE 19899-2306

Claim Number: 14099
Claim Date: 08/11/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 8730 (11/09/2010)

| ADMINISTRATIVE | Claimed: | $53,662.21 |
| --- | --- | --- |

---

SIMPSON, MILLARD S.
C/O GREGORY A. CADE
ENVIRONMENTAL LITIGATION GROUP P.C.
3529 7TH AVE. SOUTH
BIRMINGHAM, AL 35222

Claim Number: 11526
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $41,000.00 |
| --- | --- | --- |

---

SISKIN STEEL & SUPPLY CO.
C/O SPEARS, MOORE, REBMAN & WILLIAMS, PC
ATTN: THOMAS S. KALE, ESQ.
P.O. BOX 1749
CHATTANOOGA, TN 37401-1749

Claim Number: 973-02
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 3195 (12/16/2009)

| ADMINISTRATIVE | Claimed: | $22,643.35 | Allowed: | $22,643.35 |
| --- | --- | --- | --- | --- |

| | | |
|---|---|---|
| SISKIN STEEL & SUPPLY CO.<br>C/O SPEARS, MOORE, REBMAN & WILLIAMS, PC<br>ATTN: THOMAS S. KALE, ESQ.<br>P.O. BOX 1749<br>CHATTANOOGA, TN 37401-1749 | Claim Number: 11481<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| ADMINISTRATIVE          Claimed: | $23,160.26 | |
| SJM LOGISTICS<br>8 TRACEY BLVD.<br>BRAMPTON, ON L6T 5R9<br>CANADA | Claim Number: 130<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| UNSECURED          Claimed: | $33,075.01 | |
| SKYLINE DISPOSAL COMPANY, INCORPORATED<br>66 E. 24TH ST.<br>CHICAGO HEIGHTS, IL 60411 | Claim Number: 1174<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | |
| UNSECURED          Claimed: | $1,035.22 | |
| SKYLINE DISPOSAL COMPANY, INCORPORATED<br>66 E. 24TH ST.<br>CHICAGO HEIGHTS, IL 60411 | Claim Number: 1175<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | |
| UNSECURED          Claimed: | $795.00 | |
| SKYLINE DISPOSAL COMPANY, INCORPORATED<br>66 E. 24TH ST.<br>CHICAGO HEIGHTS, IL 60411 | Claim Number: 1176<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | |
| UNSECURED          Claimed: | $1,060.00 | |

| | | |
|---|---|---|
| SKYLINE DISPOSAL COMPANY, INCORPORATED<br>66 E. 24TH ST.<br>CHICAGO HEIGHTS, IL 60411 | Claim Number: 1177<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | |
| UNSECURED | Claimed: | $694.77 |
| SMITH COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 1681<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $145,571.18   UNLIQ |
| SMITH COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 1842<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $145,571.18   UNLIQ |
| SMITH COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 2633<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| SECURED | Claimed: | $235,896.96 |
| SMITH COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 2980<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $145,571.18   UNLIQ |

SMITH COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 3029
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $235,896.96 | UNLIQ |

SMITH COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 13954
Claim Date: 04/05/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 8120 (06/22/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $117,948.48 | UNLIQ |

SMITH COUNTY
ELIZABETH WELLER/LAURIE SPINDLER HUFFMAN
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 13963
Claim Date: 04/05/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 8038 (06/16/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $119,087.64 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |

SMITH, JAMES B.
BARON & BUDD, P.C.
THE CENTRUM SUITE 1100
3102 OAK LAWN AVE
DALLAS, TX 75219

Claim Number: 11844
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 6649 (04/07/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

SMITH, JOHN T.
1380 - 14TH STREET
GRAND-MERE,
CANADA

Claim Number: 99004
Claim Date: 06/17/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments:
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $117,589.42 | |

---

| | | |
|---|---|---|
| SMITH, ROY L.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | | Claim Number: 11845<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| SMITH, WILLIE M.<br>LOUISE GARCIA<br>EEOC, ROOM 1000<br>501 E. POLK STREET<br>TAMPA, FL 33602 | | Claim Number: 3167<br>Claim Date: 05/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $104,000.00 |

| | | |
|---|---|---|
| SMURFIT INTERNATIONAL BV<br>ATTN: MICHAEL O'RIORDAN, MANAGING DIR.<br>ZWAANSTRAAT 1<br>5651 CA EINDHOVEN<br><br>NETHERLANDS | | Claim Number: 10436<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| SNODGRASS, JEROME S<br>2201 SO. PATTERSON<br>SIOUX CITY, IA 51106 | | Claim Number: 5923<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| SOIL TECH INC.<br>3149 HWY 93<br>DARBY, MT 59829 | | Claim Number: 101<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $1,374.18 |

| | |
|---|---|
| SOLVAY CHEMICALS, INC.<br>C/O SHARON M. BEAUSOLEIL/FULBRIGHT &<br>JAWORSKI L.L.P. - FULBRIGHT TOWER<br>1301 MCKINNEY, SUITE 5100<br>HOUSTON, TX 77010 | Claim Number: 12035<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

ADMINISTRATIVE          Claimed:                    $231,164.49

| | |
|---|---|
| SOLVAY SOLEXIS, INC.<br>C/O SHARON M. BEAUSOLEIL<br>FULBRIGHT & JAWORSKI LLP<br>FULBRIGHT TOWER, 1301 MCKINNEY, STE 5100<br>HOUSTON, TX 77010 | Claim Number: 12034<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |

ADMINISTRATIVE          Claimed:                    $243,000.00

| | |
|---|---|
| SONOCO CANADA, CORP.<br>C/O TARA E. NAUFUL, ESQUIRE<br>HAYNSWORTH SINKLER BOYD, PA<br>POST OFFICE DRAWER 11889<br>COLUMBIA, SC 29211-1889 | Claim Number: 2930<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) |

UNSECURED          Claimed:                    $15,900.75

| | |
|---|---|
| SONOCO PRODUCTS COMPANY<br>C/O TARA E. NAUFUL, ESQUIRE<br>HAYNSWORTH SINKLER BOYD, PA<br>POST OFFICE BOX 11889<br>COLUMBIA, SC 29211-1889 | Claim Number: 2932-01<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID |

ADMINISTRATIVE          Claimed:                    $23,733.27

| | |
|---|---|
| SONOCO RECYCLING, INC.<br>C/O TARA E. NAUFUL, ESQUIRE<br>HAYNSWORTH SINKLER BOYD, PA<br>POST OFFICE BOX 11889<br>COLUMBIA, SC 29211-1889 | Claim Number: 2927<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 6465 (03/31/2010) |

ADMINISTRATIVE          Claimed:                    $204,211.12

SONOCO RECYCLING, INC.
C/O TARA E. NAUFUL, ESQUIRE
HAYNSWORTH SINKLER BOYD, PA
POST OFFICE DRAWER 11889
COLUMBIA, SC 29211-1889

Claim Number: 2934
Claim Date: 05/14/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $155,650.88 |
|---|---|---|

SORBENT RECYCLERS INC. DBA
CIRCLE ENVIRONMENTAL
P.O. BOX 262
LANCASTER, SC 29720

Claim Number: 2689
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $1,420.40 |
|---|---|---|

SORBENT RECYCLERS INC. DBA
CIRCLE ENVIRONMENTAL
P.O. BOX 262
LANCASTER, SC 29720

Claim Number: 3028
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $1,420.40 |
|---|---|---|

SOUTHERN APPALACHIAN TIMBER, INC.
JOSHUA JOHNS
651 OLD MILL WHITE RD. EXT.
JASPER, GA 30143

Claim Number: 809
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $16,918.20 |
|---|---|---|

SOUTHERN FASTENERS & SUPPLY, INC.
ASHLEY S. RUSHER
BLANCO TACKABERY & MATAMOROS, P.A.
110 S STRATFORD RD 5 FL, PO DRAWER 25008
WINSTON-SALEM, NC 27114-5008

Claim Number: 3412
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $24,426.88 |
|---|---|---|

| | | |
|---|---|---|
| SOUTHERN FASTENERS AND SUPPLY INC<br>ATTN: GENE B TARR<br>BLANCO TACKABERY & MATAMOROS, PA<br>PO DRAWER 25008<br>WINSTON SALEM, NC 27114-5008 | Claim Number: 5263<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| ADMINISTRATIVE          Claimed: | $24,426.88 | |
| SOUTHERN FASTENERS AND SUPPLY INC<br>P.O. BOX 890507<br>CHARLOTTE, NC 28289-0507 | Claim Number: 13112<br>Claim Date: 09/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| ADMINISTRATIVE          Claimed: | $24,815.35   UNLIQ | |
| SOUTHERN FASTENERS AND SUPPLY INC<br>P.O. BOX 890507<br>CHARLOTTE, NC 28289-0507 | Claim Number: 13119<br>Claim Date: 09/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| ADMINISTRATIVE          Claimed: | $24,815.35   UNLIQ | |
| SOUTHERN GRAPHIC SYSTEMS<br>ATTN: AMIE GILBERT<br>626 W. MAIN ST. SUITE 500<br>LOUISVILLE, KY 40202 | Claim Number: 636<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |
| UNSECURED          Claimed: | $109,798.61 | |
| SOUTHERN GRAPHIC SYSTEMS<br>ATTN: AMIE GILBERT<br>626 W. MAIN ST. SUITE 500<br>LOUISVILLE, KY 40202 | Claim Number: 1853<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |
| UNSECURED          Claimed: | $125,430.09 | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | |
|---|---|---|
| SOUTHERN GRAPHIC SYSTEMS<br>626 W MAIN ST SUITE 500<br>LOUISVILLE, KY 40202-4269 | Claim Number: 7783<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | |

| UNSECURED | Claimed: | $104,272.90 | |
|---|---|---|---|

| | | |
|---|---|---|
| SOUTHERN GRAPHICS SYSTEMS, INC.<br>C/O MICHAEL V. BRODARICK<br>LLOYD & MCDANIEL, PLC<br>11405 PARK ROAD, STE 200 - PO BOX 23200<br>LOUISVILLE, KY 40223-0200 | Claim Number: 1717-02<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) | |

| ADMINISTRATIVE | Claimed: | $7,787.41 | Allowed: | $7,787.41 |
|---|---|---|---|---|

| | | |
|---|---|---|
| SOUTHERN PLUG AND MANUFACTURING, INC.<br>C/O TARA E. NAUFUL, ESQUIRE<br>HAYNSWORTH SINKLER BOYD, PA<br>POST OFFICE DRAWER 11889<br>COLUMBIA, SC 29211-1889 | Claim Number: 2931<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |

| UNSECURED | Claimed: | $2,962.66 | |
|---|---|---|---|

| | | |
|---|---|---|
| SOUTHERN STATES PACKAGING COMPANY<br>C/O KOGER M. BRADFORD, ESQ.<br>PO BOX 1897<br>SPARTANBURG, SC 29304-1897 | Claim Number: 1494<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |

| UNSECURED | Claimed: | $71,099.52 | |
|---|---|---|---|

| | | |
|---|---|---|
| SOUTHWEST DELAWARE COUNTY MUNICIPAL AUTH<br>FRANCIS T. SBANDI, ESQUIRE<br>300 WEST STATE STREET<br>SUITE 301<br>MEDIA, PA 19063-2639 | Claim Number: 9462<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |

| UNSECURED | Claimed: | $95,682.78 | |
|---|---|---|---|

---

SOUTHWEST DELAWARE COUNTY MUNICIPAL AUTH | Claim Number: 10049
FRANCIS T. SBANDI, ESQUIRE
300 WEST STATE STREET
SUITE 301
MEDIA, PA 19063-2639

Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $95,682.78 |
|-----------|----------|------------|

---

SOUTHWESTERN VIRGINIA GAS COMPANY
JAMES H. JOSEPH
SPILMAN THOMAS & BATTLE, PLLC
1 OXFORD CENTRE, STE 3440, 301 GRANT ST.
PITTSBURGH, PA 15219

Claim Number: 3398
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5047 (02/16/2010)

| ADMINISTRATIVE | Claimed: | $53,915.46 |
|----------------|----------|------------|

---

SOUTHWESTERN VIRGINIA GAS COMPANY
JAMES H. JOSEPH
SPILMAN THOMAS & BATTLE, PLLC
1 OXFORD CENTRE, STE 3440, 301 GRANT ST.
PITTSBURGH, PA 15219

Claim Number: 3411
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $53,915.46 |
|----------------|----------|------------|

---

SP RECYCLING CORPORATION
139 INDUSTRIAL BLVD
LA VERGNE, TN 37086

Claim Number: 13282
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $11,830.50 |
|-----------|----------|------------|

---

SP RECYCLING CORPORATION
709 PAPERMILL ROAD
DUBLIN, GA 31027

Claim Number: 13284
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $5,444.25 |
|-----------|----------|-----------|

---

| | | |
|---|---|---|
| SPACE SCIENCE SERVICES, INC.<br>ATTN: THOMAS GEIGER<br>470 SOUTHGATE RD.<br>DOTHAN, AL 35301 | Claim Number: 1558<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN | |
| UNSECURED          Claimed: | $324,788.78 | |
| SPARC ENTERPRISES, INC.<br>1990 NW WASHINGTON BLVD.<br>GRANTS PASS, OR 97526 | Claim Number: 4870<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | |
| UNSECURED          Claimed: | $3,898.25 | |
| SPARC ENTERPRISES, INC.<br>1990 NW WASHINGTON BLVD.<br>GRANTS PASS, OR 97526 | Claim Number: 4871<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | |
| UNSECURED          Claimed: | $7,596.45 | |
| SPARC ENTERPRISES, INC.<br>1990 NW WASHINGTON BLVD.<br>GRANTS PASS, OR 97526 | Claim Number: 4872<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | |
| UNSECURED          Claimed: | $8,903.25 | |
| SPARTAN SUPPLY COMPANY<br>C/O GARVAN F. MCDANIEL<br>BIFFERATO GENTILOTTI LLC<br>800 N. KING STREET - PLAZA LEVEL<br>WILMINGTON, DE 19801 | Claim Number: 12036-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | |
| ADMINISTRATIVE          Claimed: | $8,190.00 | |

SPARTAN SUPPLY COMPANY
C/O GARVAN F. MCDANIEL
BIFFERATO GENTILOTTI LLC
800 N. KING STREET - PLAZA LEVEL
WILMINGTON, DE 19801

Claim Number: 12216
Claim Date: 09/02/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $8,290.00 |
|---|---|---|

SPECIALTY VALVE & CONTROLS CO.
3001 GRIFFITH STREET
CHARLOTTE, NC 28203-5431

Claim Number: 2084
Claim Date: 04/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $26,120.34 |
|---|---|---|

SPEIGEL, DORIS G
950 SW 138 AVE B108
PEMBROKE PINES, FL 33027

Claim Number: 10917
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

SPEIGEL, DORIS G
950 SW 138 AVE B108
PEMBROKE PINES, FL 33027

Claim Number: 13095
Claim Date: 09/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

SPEQTRUM
DANIEL K. ASTIN/ANTHONY M. SACCULLO
MARY E. AUGUSTINE / CARL D NEFF
919 MARKET ST STE 700 - CIARDI CIARDI
WILMINGTON, DE 19803

Claim Number: 3282-01
Claim Date: 06/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 7189 (04/22/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $126,320.46   UNLIQ |
|---|---|---|

---

| SPEQTRUM | Claim Number: 10730 |
| MICHAEL D. WARNER/DAVID T COHEN | Claim Date: 08/26/2009 |
| WARNER STEVENS, L.L.P. | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 301 COMMERCE STREET, SUITE 1700 | Comments: EXPUNGED |
| FORT WORTH, TX 76102 | DOCKET: 6649 (04/07/2010) |

| ADMINISTRATIVE | Claimed: | $144,691.89 |
| UNSECURED | Claimed: | $558,383.23 |

---

| SPEQTRUM | Claim Number: 11385 |
| MICHAEL D. WARNER / DAVID T. COHEN | Claim Date: 08/28/2009 |
| WARNERSTEVENS, LLP | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 301 COMMERCE STREET, SUITE 1700 | Comments: EXPUNGED |
| FORT WORTH, TX 76102 | DOCKET: 6649 (04/07/2010) |

| ADMINISTRATIVE | Claimed: | $144,691.89 |
| UNSECURED | Claimed: | $558,383.23 |

---

| SPHERION CORP | Claim Number: 46 |
| 2050 SPECTRUM BLVD | Claim Date: 02/02/2009 |
| FT LAUDERDALE, FL 33309 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $13,485.00 |

---

| SPRINGER LANDSCAPING INC. | Claim Number: 153 |
| PO BOX 86 | Claim Date: 02/09/2009 |
| SANDSTON, VA 23150 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 4132 (01/14/2010) |

| UNSECURED | Claimed: | $3,228.96 |

---

| SPRINT NEXTEL - CORRESPONDENCE | Claim Number: 1499 |
| ATTN: BANKRUPTCY DEPT | Claim Date: 03/16/2009 |
| P.O. BOX 7949 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| OVERLAND PARK, KS 66207-0949 | Comments: EXPUNGED |
| | DOCKET: 3287 (12/18/2009) |

| UNSECURED | Claimed: | $149,083.45 |

| | | |
|---|---|---|
| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | Claim Number: 1986<br>Claim Date: 04/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| UNSECURED | Claimed: | $240,960.74 |
| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | Claim Number: 2292<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |
| UNSECURED | Claimed: | $193,191.62 |
| SPRINT NEXTEL - CORRESPONDENCE<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 7949<br>OVERLAND PARK, KS 66207-0949 | Claim Number: 2811<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |
| UNSECURED | Claimed: | $273,845.55 |
| SQUAD ONE, INC.<br>P.O. BOX 343<br>TULLAHOMA, TN 37388 | Claim Number: 526<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| UNSECURED | Claimed: | $469.00 |
| SRM, LLC DBA: HOLLOWAY AMERICA<br>720 N CEDARBROOK AVE<br>SPRINGFIELD, MO 65802 | Claim Number: 13530<br>Claim Date: 10/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |
| UNSECURED | Claimed: | $8,295.12 |

---

ST HELENA'S CHURCH
C/O RAY BANKER
602 PHILADELPHIA PIKE
WILMINGTON, DE 19809

Claim Number: 8230
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| PRIORITY | Claimed: | $126.25 |
|---|---|---|

---

ST LOUIS CO
COLLECTOR OF REVENUE
41 S CENTRAL AVENUE
SAINT LOUIS, MO 63105

Claim Number: 1151
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| PRIORITY | Claimed: | $50,781.80 |
|---|---|---|

---

ST LOUIS CO
COLLECTOR OF REVENUE
41 S CENTRAL AVENUE
SAINT LOUIS, MO 63105

Claim Number: 1152
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| PRIORITY | Claimed: | $21,956.36 |
|---|---|---|

---

ST LOUIS CO
COLLECTOR OF REVENUE
41 S CENTRAL AVENUE
SAINT LOUIS, MO 63105

Claim Number: 1153
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| PRIORITY | Claimed: | $48,950.44 |
|---|---|---|

---

ST LOUIS CO
COLLECTOR OF REVENUE
41 S CENTRAL AVENUE
SAINT LOUIS, MO 63105

Claim Number: 1154
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| UNSECURED | Claimed: | $3,558.97 |
|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | |
|---|---|---|
| ST LOUIS CO<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>SAINT LOUIS, MO 63105 | | Claim Number: 1155<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
| PRIORITY | Claimed: | $3,418.23 |
| ST LOUIS CO<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>SAINT LOUIS, MO 63105 | | Claim Number: 1156<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
| PRIORITY | Claimed: | $3,304.32 |
| ST LOUIS CO<br>COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | | Claim Number: 1157<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
| PRIORITY | Claimed: | $161,056.16   UNLIQ |
| ST LOUIS COUNTY COLLECTOR OF REVENUE<br>41 S CENTRAL AVENUE<br>CLAYTON, MO 63105 | | Claim Number: 13733<br>Claim Date: 12/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
| SECURED | Claimed: | $312,909.35 |
| STAFFING SOLUTIONS<br>222 WEST LAS COLINAS BLVD<br>SUITE 250E<br>IRVING, TX 75039 | | Claim Number: 9551<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| UNSECURED | Claimed: | $30,061.98 |

| | |
|---|---|
| STAFFING SOLUTIONS<br>SMU BDN 06-25-2009<br>222 W. LAS COLINAS BLVD # 250E<br>IRVING, TX 75039 | Claim Number: 13741<br>Claim Date: 01/12/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |

UNSECURED             Claimed:             $11,157.45

| | |
|---|---|
| STAMM CONTRACTING CO., INC.<br>4566 ORCHARD ST.<br>P.O. BOX 450<br>MANTUA, OH 44255 | Claim Number: 267<br>Claim Date: 02/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |

UNSECURED             Claimed:             $9,119.67

| | |
|---|---|
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: METSO AUTOMATION USA, INC<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 11181-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID |

ADMINISTRATIVE             Claimed:             $627.18

| | |
|---|---|
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: METSO PAPER USA, INC<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 11182-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID |

ADMINISTRATIVE             Claimed:             $149,806.40

| | |
|---|---|
| STAR LEASING CO. - JAMES H. GORDON, ESQ.<br>GORDON LAW FIRM CO., LPA<br>FIFTH THIRD CENTER<br>21 E. STATE STREET, SUITE 1700<br>COLUMBUS, OH 43215 | Claim Number: 12225<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

UNSECURED             Claimed:             $216.53

| STATE DISTRIBUTING CORPORATION | Claim Number: 12040 |
|---|---|
| C/O JOANNE P. PINCKNEY | Claim Date: 08/28/2009 |
| PINCKNEY, HARRIS & WEIDINGER, LLC | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 1220 NORTH MARKET STREET, SUITE 950 | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 2760 (11/16/2009) |

| ADMINISTRATIVE | Claimed: | $4,103.55 |
|---|---|---|

| STATE DISTRIBUTING CORPORATION | Claim Number: 14138 |
|---|---|
| PINCKNEY, HARRIS & WEIDINGER, LLC | Claim Date: 08/27/2010 |
| JOANNE P. PINCKNEY | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 1220 NORTH MARKET STREET, SUITE 950 | Comments: DOCKET: 8509 (09/09/2010) |
| WILMINGTON, DE 19801 | Amends Claim 12040 |

| ADMINISTRATIVE | Claimed: | $4,103.55 |
|---|---|---|

| STATE INSURANCE FUND | Claim Number: 1325 |
|---|---|
| WALLY DE LA ROSA VIDAL, ESQ. | Claim Date: 03/09/2009 |
| PO BOX 365028 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| SAN JUAN, PR 00936-5028 | Comments: EXPUNGED |
| | DOCKET: 4966 (02/12/2010) |

| UNSECURED | Claimed: | $42,956.91 |
|---|---|---|

| STATE OF CONNECTICUT | Claim Number: 6461 |
|---|---|
| 1111 COUNTRY CLUB ROAD | Claim Date: 07/27/2009 |
| MIDDLETOWN, CT 06457-9294 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | Comments: EXPUNGED |
| | DOCKET: 7652 (05/18/2010) |

| UNSECURED | Claimed: | $40.00 |
|---|---|---|

| STATE OF LOUISIANA | Claim Number: 1570 |
|---|---|
| LOUISIANA DEPARTMENT OF REVENUE | Claim Date: 03/18/2009 |
| P.O. BOX 66658 | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| BATON ROUGE, LA 70896 | Comments: EXPUNGED |
| | DOCKET: 2760 (11/16/2009) |

| UNSECURED | Claimed: | $6,375.37 |
|---|---|---|

| | | |
|---|---|---|
| STATE OF LOUISIANA<br>LOUISIANA DEPARTMENT OF REVENUE<br>P.O. BOX 66658<br>BATON ROUGE, LA 70896 | | Claim Number: 3518<br>Claim Date: 06/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $33,770.58 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $6,385.08 |

| | | |
|---|---|---|
| STATE OF LOUISIANA<br>LOUISIANA DEPARTMENT OF REVENUE<br>P.O. BOX 666658<br>BATON ROUGE, LA 70896 | | Claim Number: 13608<br>Claim Date: 11/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $33,780.29 |

| | | |
|---|---|---|
| STATE OF MINNESOTA<br>DEPARTMENT OF REVENUE, COLLECTION<br>DIVISION, BANKRUPTCY SECTION<br>PO BOX 64447 - BKY<br>ST. PAUL, MN 55164-0447 | | Claim Number: 13070<br>Claim Date: 09/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $3,289.00 |

| | | |
|---|---|---|
| STATE OF MONTANA DEPT. OF ENVIRONMENTAL<br>QUALITY, CIARDI CIARDI & ASTIN, DANIEL K<br>ASTIN, JOHN D. MCLAUGHLIN, CARL D. NEFF<br>919 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE 19801 | | Claim Number: 14110<br>Claim Date: 08/13/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8878 (01/06/2011) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $75,000.00   UNDET |

| | | |
|---|---|---|
| STATE OF NC OFFICE TREASURER<br>325 NORTH SALSBURY STREET<br>RALEIGH, NC 27603-1385 | | Claim Number: 8170<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $996.00 |

---

STATE PAPER & METAL COMPANY, INC.
ATTN: BARRY GUDELMAN
1118 WEST CENTRAL AVENUE
TOLEDO, OH 43610

Claim Number: 11102-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7651 (05/18/2010)

| ADMINISTRATIVE | Claimed: | $20,579.28 |
|---|---|---|

STATE PAPER & METAL COMPANY, INC.
ATTN: BARRY GUDELMAN
1118 WEST CENTRAL AVENUE
TOLEDO, OH 43610

Claim Number: 11102-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7651 (05/18/2010)

| UNSECURED | Claimed: | $28,887.88 |
|---|---|---|

STEED TIMBER CO. INC.
PO BOX 215
LINCOLN, AL 35096

Claim Number: 590
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| PRIORITY | Claimed: | $155,109.56 |
|---|---|---|

STELLAR INDUSTRIAL SALES LTD
ATTN: LINDA LAGERE
520 WINDMILL ROAD
DARTMOUTH, NS B3B 1B3
CANADA

Claim Number: 8475
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,210.99 |
|---|---|---|

STEVENS, CHARLES GEORGE
BARON & BUDD, P.C.
THE CENTRUM SUITE 1100
3102 OAK LAWN AVE.
DALLAS, TX 75219

Claim Number: 11815
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | |
|---|---|---|
| STOLKI, MARK W<br>PO BOX 241301<br>LITTLE ROCK, AR 72223 | | Claim Number: 4756<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $71,613.36 |
| STONE TIMBER CO., INC.<br>TIM A. WOMACK, ATTORNEY<br>P.O. BOX 683<br>CAMDEN, AR 71711-0683 | | Claim Number: 1150<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $7,155.57 |
| STURMER, DAVID E.<br>4888 N. GLENN AVE. #A<br>FRESNO, CA 93704 | | Claim Number: 7786<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $29,400.00 |
| SUBER, JAMES<br>3284 COLLEGE<br>NEWBERRY, SC 29108 | | Claim Number: 13484<br>Claim Date: 10/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SULLIVAN, RICHARD<br>C/O LAWRENCE BALL & BRUCE J. HIGHMAN<br>HIGHMAN, HIGHMAN & BALL<br>870 MARKET STREET, SUITE 467<br>SAN FRANCISCO, CA 94102 | | Claim Number: 14087<br>Claim Date: 08/09/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| SULPHUR SPRINGS ISD<br>C/O ELIZABETH WELLER - LINEBERGER GOGGAN<br>BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 2632<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | |

| SECURED | Claimed: | $3,022.93 |
|---|---|---|

| | | |
|---|---|---|
| SULPHUR SPRINGS ISD<br>C/O ELIZABETH WELLER - LINEBARGER GOGGAN<br>BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 13956<br>Claim Date: 04/05/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | |

| PRIORITY | Claimed: | $0.00 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $1,570.46 UNLIQ |

| | | |
|---|---|---|
| SULPHUR SPRINGS ISD<br>ELIZABETH WELLER/LAURIE SPINDLER HUFFMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | Claim Number: 13962<br>Claim Date: 04/05/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8038 (06/16/2010) | |

| ADMINISTRATIVE | Claimed: | $1,355.83 UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00 UNLIQ |

| | | |
|---|---|---|
| SUN AUTOMATION, INC.<br>SHELDON K. RENNIE, ESQUIRE<br>FOX ROTHSCHILD LLP<br>919 NORTH MARKET STREET, SUITE 1300<br>WILMINGTON, DE 19801-3046 | Claim Number: 1318-01<br>Claim Date: 03/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | |

| UNSECURED | Claimed: | $54,974.97 |
|---|---|---|

| | | |
|---|---|---|
| SUN CHEMICAL CORPORATION<br>35 WATERVIEW BLVD.<br>PARSIPPANY, NJ 07054 | Claim Number: 11278<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |

| ADMINISTRATIVE | Claimed: | $418,469.41 |
|---|---|---|

---

| | | |
|---|---|---|
| SUN MACHINERY COMPANY | | Claim Number: 9040 |
| PO BOX 789 | | Claim Date: 08/17/2009 |
| ATTN: SAM CALDWELL | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| LEXINGTON, SC 29071 | | Comments: EXPUNGED |
| | | DOCKET: 8093 (06/21/2010) |
| PRIORITY | Claimed: | $180,495.30 |
| UNSECURED | Claimed: | $23,308.36 |

---

| | | |
|---|---|---|
| SUN MOUNTAIN LUMBER, INC. | | Claim Number: 1018 |
| P.O. BOX 389 | | Claim Date: 03/02/2009 |
| DEER LODGE, MT 59722 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | | Comments: EXPUNGED |
| | | DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $43,580.13 |

---

| | | |
|---|---|---|
| SUNGARD AVAILABILITY SERVICES LP | | Claim Number: 1128 |
| MAUREEN A. MCGREEVEY, ESQUIRE | | Claim Date: 03/06/2009 |
| 680 E. SWEDESFORD ROAD | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| WAYNE, PA 19087 | | Comments: EXPUNGED |
| | | DOCKET: 7553 (05/10/2010) |
| PRIORITY | Claimed: | $3,450.45 |
| UNSECURED | Claimed: | $5,987.55 |

---

| | | |
|---|---|---|
| SUNGARD AVAILABILITY SERVICES LP | | Claim Number: 1183 |
| MAUREEN A. MCGREEVEY, ESQUIRE | | Claim Date: 02/26/2009 |
| 680 E. SWEDESFORD ROAD | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| WAYNE, PA 19087 | | Comments: EXPUNGED |
| | | DOCKET: 7553 (05/10/2010) |
| PRIORITY | Claimed: | $3,450.45 |
| UNSECURED | Claimed: | $5,987.55 |

---

| | | |
|---|---|---|
| SUNSHINE RECYCLING INC | | Claim Number: 981 |
| 1263 LANDSTREET RD | | Claim Date: 03/02/2009 |
| ORLANDO, FL 32824 | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| | | Comments: EXPUNGED |
| | | DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $34,709.00 |

---

| | | |
|---|---|---|
| SUNSHINE RECYCLING INC<br>1263 LANDSTREET RD<br>ORLANDO, FL 32824 | | Claim Number: 982<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $39,508.58 |
| SUPERMARKET SERVICES LLC<br>ATTN: ANGELA G. JOHNSON<br>4100 SW 47TH AVE<br>DAVIE, FL 33314 | | Claim Number: 12704<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $1,846.20 |
| SUPERVALU INC.<br>LEGAL DEPT. KIMBERLY J. MYRDAHL<br>11840 VALLEY VIEW ROAD<br>EDEN PRAIRIE, MN 55344 | | Claim Number: 2452<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
| UNSECURED | Claimed: | $2,633.82 |
| SWARD TRUCKING, INC.<br>PO BOX 8<br>OAKDALE, CA 95361 | | Claim Number: 193<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $12,395.20 |
| SWARD TRUCKING, INC.<br>PO BOX 8<br>OAKDALE, CA 95361 | | Claim Number: 194<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $2,709.00 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | |
|---|---|---|
| SWARD TRUCKING, INC.<br>PO BOX 8<br>OAKDALE, CA 95361 | | Claim Number: 195<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $6,828.30 |
| T-MOBILE USA INC.<br>P.O. BOX 53410<br>BELLEVUE, WA 98015 | | Claim Number: 1788<br>Claim Date: 03/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| UNSECURED | Claimed: | $1,332.22 |
| T. ROWE PRICE<br>4515 PAINTERS MILL ROAD<br>OWINGS MILLS, MD 21117 | | Claim Number: 99009<br>Claim Date: 06/29/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $4,923.72 |
| TANKSLEY MACHINE & TOOL, INC.<br>PO BOX 1552<br>DECATUR, AL 35602 | | Claim Number: 474<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $31,875.27 |
| TAPE, INC.<br>8750 EXCHANGE DR., SUITE # 5<br>ORLANDO, FL 32809 | | Claim Number: 627<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $326.88 |

---

TARRANT COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 632
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $545,188.68 | UNLIQ |

---

TARRANT COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 1117
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $545,188.68 | UNLIQ |

---

TARRANT COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 1403
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $545,188.68 | UNLIQ |

---

TARRANT COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 13957
Claim Date: 04/05/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $287,769.91 | UNLIQ |

---

TARRANT COUNTY
ELIZABETH WELLER/LAURIE SPINDLER HUFFMAN
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 13960
Claim Date: 04/05/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 8038 (06/16/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $387,563.68 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |

---

---

| TATUM, RUSSELL<br>5301 PLAZA DR APT 146<br>HOPEWELL, VA 23860-7341 | Claim Number: 3991<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| TAX COLLECTOR, HILLSBOROUGH COUNTY<br>ATTN: DOUG BELDEN<br>PO BOX 172920<br>601 E KENNEDY 14TH FLOOR<br>TAMPA, FL 33672-2920 | Claim Number: 6898<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |

| SECURED | Claimed: | $42,062.77 |

---

| TAYLOR INSULATION COMPANY, INC.<br>PO BOX 436<br>1601 CHAMPAGNE ST<br>MERRILL, WI 54452 | Claim Number: 344<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $6,255.00 |

---

| TEAMSTERS DISTRICT COUNCIL NO. 2<br>C/O CHRISTIAN L. RAISNER<br>WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PARKWAY STE 200<br>ALAMEDA, CA 94501-1091 | Claim Number: 10797<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8758 (11/15/2010) |

| PRIORITY | Claimed: | $4,000,000.00   UNLIQ |

---

| TEASTER, MARSHALL<br>87002 RADDIN RD<br>YULEE, FL 32097 | Claim Number: 7101<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $150,000.00 |

| | | |
|---|---|---|
| TEASTER, MARSHALL W<br>87002 RADDIN RD<br>YULEE, FL 32097 | Claim Number: 7102<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| UNSECURED          Claimed: | $150,000.00 | |
| TECHNICAL ASSOCIATES OF GEORGIA, INC.<br>C/O MOORE, CLARKE, DUVALL & RODGERS, PC<br>PO DRAWER 71727<br>ALBANY, GA 31708-1727 | Claim Number: 10755<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| UNSECURED          Claimed: | $77,407.00 | |
| TEDESCO, JOHN<br>SMITHVALERIOTE LAW FIRM LLP<br>C/O RICHARD A. GAZZOLA<br>PO BOX 1240<br>GUELPH, ON N1H 6N6<br>CANADA | Claim Number: 14114<br>Claim Date: 08/13/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8996 (03/22/2011) | |
| UNSECURED          Claimed: | $0.00   UNDET | |
| TENCARVA MACHINERY COMPANY<br>C/O KATHLEEN M. MILLER / ETTA R. WOLFE<br>SMITH KATZENSTEIN & FURLOW LLP<br>800 DELAWARE AVE. 10TH FL - CORP PLZ<br>WILMINGTON, DE 19899 | Claim Number: 3218-01<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | |
| UNSECURED          Claimed: | $203.83 | |
| TENCARVA MACHINERY COMPANY<br>C/O KATHLEEN M. MILLER / ETTA R. WOLFE<br>SMITH KATZENSTEIN & FURLOW LLP<br>800 DELAWARE AVE. 10TH FL - CORP PLZ<br>WILMINGTON, DE 19899 | Claim Number: 3218-02<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) | |
| ADMINISTRATIVE          Claimed: | $8,807.30 | Allowed:          $8,807.30 |

| | | |
|---|---|---|
| TENNESSEE DEPARTMENT OF REVENUE<br>TAX ENFORCEMENT DIVISION<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 12267<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| ADMINISTRATIVE | Claimed: | $561,566.52 |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 13972<br>Claim Date: 04/12/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8662 (10/18/2010) | |
| PRIORITY | Claimed: | $63,381.06 |
| UNSECURED | Claimed: | $7,517.57 |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 13973<br>Claim Date: 04/12/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8662 (10/18/2010) | |
| PRIORITY | Claimed: | $381,548.52 |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 14091<br>Claim Date: 08/11/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9054 (05/05/2011) | |
| PRIORITY | Claimed: | $60,549.99 |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>WILBUR E. HOOKS, DIRECTOR<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 14092<br>Claim Date: 08/11/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9054 (05/05/2011) | |
| ADMINISTRATIVE | Claimed: | $1,289,856.79 |

| | | |
|---|---|---|
| TENNESSEE DEPT. OF LABOR & WORKFORCE DEV-UNEMPLOYMENT INSURANCE C/O TN ATTORNEY GENERAL'S OFFICE BANKRUPTCY DIVISION, PO BOX 20207 NASHVILLE, TN 37202-0207 | | Claim Number: 14116 Claim Date: 08/16/2010 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8661 (10/18/2010) |
| ADMINISTRATIVE | Claimed: | $60,243.84 |
| TERRY, CHARLES 77182 PARKER RD YULEE, FL 32097 | | Claim Number: 6761 Claim Date: 07/30/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $150,000.00 |
| TERRY, CHARLES R 77182 PARKER RD YULEE, FL 32097 | | Claim Number: 6759 Claim Date: 07/30/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $150,000.00 |
| TESTING MACHINES, INC. ATTN: JOHN BIALECKI 12 W. PERIWINKLE LANE NEWARK, DE 19711 | | Claim Number: 1942 Claim Date: 04/01/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 7553 (05/10/2010) |
| ADMINISTRATIVE | Claimed: | $2,473.48 |
| UNSECURED | Claimed: | $5,066.40 |
| THEILSCH ENGINEERING 195 FRANCES AVE CRANSTON, RI 02910 | | Claim Number: 808 Claim Date: 02/17/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $1,500.00 |

| | | |
|---|---|---|
| THEILSCH ENGINEERING<br>195 FRANCES AVE<br>CRANSTON, RI 02910 | | Claim Number: 1828<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $1,500.00 |
| THIRD DIMENSION, INC<br>C/O JEFFREY COXON, WARREN AND YOUNG PLL<br>134 WEST 46TH STREET<br>PO BOX 2300<br>ASHTABULA, OH 44005-2300 | | Claim Number: 10006<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| ADMINISTRATIVE | Claimed: | $34,596.87 |
| THOMAS JACKSON, ESQ.<br>BAKER BOTTS<br>THE WARNER, 1299 PENNSYLVANIA AVE., NW<br>COUNSEL FOR UNILEVER<br>WASHINGTON, DC 20004-2400 | | Claim Number: 13583<br>Claim Date: 11/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8985 (03/16/2011) |
| UNSECURED | Claimed: | $0.00  UNLIQ CONT    Scheduled:    $0.00  UNLIQ DISP |
| THOMPSON, ASWIN<br>1225 AVONLEA ROAD<br>CAMBRIDGE, ON N3H 4Z7<br>CANADA | | Claim Number: 8211<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| PRIORITY | Claimed: | $0.00  UNLIQ |
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $13,157.16  UNLIQ |
| THOMPSON, FRED J.<br>C/O GREGORY A. CADE<br>ENVIRONMENTAL LITIGATION GROUP P.C.<br>3529 7TH AVE. SOUTH<br>BIRMINGHAM, AL 35222 | | Claim Number: 11527<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $65,000.00 |

| | | |
|---|---|---|
| THOMSON, BARBARA<br>2132 HOLLY LANE<br>SOLVANG, CA 93463 | | Claim Number: 7484<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| PRIORITY | Claimed: | $647.99   UNLIQ |
| THOMSON, BARBARA<br>2132 HOLLY LANE<br>SOLVANG, CA 93463 | | Claim Number: 7734<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| THORKELSON, M<br>5220 S BLACKSTONE AVENUE<br>CHICAGO, IL 60615 | | Claim Number: 4220<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $922.44   UNLIQ |
| THORKELSON, M<br>5220 S BLACKSTONE AVENUE<br>CHICAGO, IL 60615 | | Claim Number: 9190<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| THORKELSON, M<br>5220 S BLACKSTONE AVENUE<br>CHICAGO, IL 60615 | | Claim Number: 9540<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | |
|---|---|
| THRACIA, LLC<br>TRANSFEROR: GATEWAY 75, LLC<br>1350 AVE. OF THE AMERICAS, 21ST FLOOR<br>NEW YORK, NY 10019 | Claim Number: 13369<br>Claim Date: 09/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) |

UNSECURED          Claimed:          $1,274,022.19

| | |
|---|---|
| TILSNER CARTON CO.<br>C/O BRIAN E. FARNAN, ESQ.<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 NORTH BROOM STREET<br>WILMINGTON, DE 19806 | Claim Number: 12033<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |

ADMINISTRATIVE          Claimed:          $24,404.32

| | |
|---|---|
| TIMMONS, LILLIAN<br>PO BOX 410<br>SELBY, SD 57472 | Claim Number: 7013<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

UNSECURED          Claimed:          $0.00   UNLIQ

| | |
|---|---|
| TN DEPT. OF ENVIRONMENT AND CONSERVATION<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 14061<br>Claim Date: 07/06/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8898 (01/20/2011) |

ADMINISTRATIVE          Claimed:          $1,162.14

| | |
|---|---|
| TN DEPT. OF LABOR & WORKFORCE<br>DEVELOPMENT-BOLLER/ELEVATOR DIV.<br>C/O TN ATTY GENERAL, BANKRUPTCY DIV.<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | Claim Number: 2897<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) |

UNSECURED          Claimed:          $127.50

| | | |
|---|---|---|
| TN DEPT. OF LABOR & WORKFORCE DEV-BOILER/ELEVATOR DIV. C/O TN ATTY GENERAL, BANKRUPTCY DIV. PO BOX 20207 NASHVILLE, TN 37202-0207 | Claim Number: 9197 Claim Date: 08/20/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 7650 (05/18/2010) | |
| ADMINISTRATIVE | Claimed: | $135.00 |
| TN DEPT. OF LABOR & WORKFORCE DEV-UNEMPLOYMENT INSURANCE C/O TN ATTY GENERAL, BANKRUPTCY DIV. PO BOX 20207 NASHVILLE, TN 37202-0207 | Claim Number: 13805 Claim Date: 02/04/2010 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: POSSIBLY AMENDED BY 14116 DOCKET: 6280 (03/26/2010) | |
| PRIORITY | Claimed: | $12,379.35 |
| SECURED | Claimed: | $0.00 |
| TN DEPT. OF LABOR & WORKFORCE DEV-UNEMPLOYMENT INSURANCE C/O TN ATTY GENERAL, BANKRUPTCY DIV. PO BOX 20207 NASHVILLE, TN 37202-0207 | Claim Number: 13806 Claim Date: 02/04/2010 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: POSSIBLY AMENDED BY 14116 DOCKET: 6280 (03/26/2010) | |
| ADMINISTRATIVE | Claimed: | $41,305.93   UNLIQ |
| TOC HOLDINGS CO. 2737 WEST COMMODORE WAY SEATTLE, WA 98199-1233 | Claim Number: 11762 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8879 (01/06/2011) | |
| UNSECURED | Claimed: | $0.00   UNDET |
| TOROSIAN TECH SERVICES, INC. P.O. BOX 5123 PORTSMOUTH, NH 03802 | Claim Number: 308 Claim Date: 02/12/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 4966 (02/12/2010) | |
| UNSECURED | Claimed: | $43,573.08 |

| | | |
|---|---|---|
| TORRES, ALEK J<br>345 S. SIESTA AVE.<br>LA PUENTE, CA 91746 | | Claim Number: 9544<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| PRIORITY | Claimed: | $10,950.00 |
| TORRES, BERNARDO<br>217 EDISON GLEN TERRACE<br>EDISON, NJ 08837 | | Claim Number: 7134<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| TOUGHSTUFF INDUSTRIAL FLOORS INC<br>PO BOX 52<br>BEAVERTON, OR 97075 | | Claim Number: 5633<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $6,593.48 |
| TOWN OF COLLIERVILLE<br>500 POPLAR VIEW PKWY<br>COLLIERVILLE, TN 38017 | | Claim Number: 536<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| PRIORITY | Claimed: | $2,264.83 |
| SECURED | Claimed: | $2,264.83 |
| TOTAL | Claimed: | $2,264.83 |
| TOWN OF PORTLAND, CT<br>WATER & SEWER DEPARTMENT<br>PO BOX 71<br>PORTLAND, CT 06480-0071 | | Claim Number: 4272<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| PRIORITY | Claimed: | $3,642.85 |

| TOWN OF PORTLAND, CT WATER & SEWER DEPT.<br>P.O. BOX 71<br>PORTLAND, CT 06480-0071 | Claim Number: 13388<br>Claim Date: 10/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| PRIORITY | Claimed: | $3,642.85 |
|---|---|---|
| SECURED | Claimed: | $3,642.85 |
| TOTAL | Claimed: | $3,642.85 |

| TOWNSEND WELDING CO INC<br>815 WOBURN STREET<br>WILMINGTON, MA 01887 | Claim Number: 877<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $2,280.00 |
|---|---|---|

| TRANS DYNAMICS INC<br>EULER HERMES ACI<br>AGENT OF TRANS DYNAMICS INC<br>800 RED BROOK BOULEVARD<br>OWINGS MILLS, MD 21117 | Claim Number: 789<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
|---|---|

| UNSECURED | Claimed: | $1,877.89 |
|---|---|---|

| TRANSPORT CORPORATION OF AMERICA<br>1715 YANKEE DOODLE ROAD<br>EAGAN, MN 55121 | Claim Number: 1459<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $40,867.61 |
|---|---|---|

| TRANSPORT INTERNATIONAL POOL, INC.<br>DILWORTH PAXSON LLP<br>C/O MARTIN J. WEIS, ONE CUSTOMS HOUSE -<br>STE 500, 704 KING ST., P.O. BOX 1031<br>WILMINGTON, DE 19801 | Claim Number: 14100<br>Claim Date: 08/11/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8717 (11/05/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $46,193.21 | Allowed: | $6,913.84 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, ET AL. ROBERT L. SCANLON ONE TOWER SQUARE, S202A HARTFORD, CT 06183 | | Claim Number: 890 Claim Date: 02/27/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8120 (06/22/2010) | | |
| UNSECURED | Claimed: | $8,004,108.00   UNLIQ CONT | | |
| TRAVELERS INDEMNITY COMPANY & ET-AL, THE ATTN: CAROL PINKSTON THE TRAVELERS ONE TOWER SQUARE, 8FP HARTFORD, CT 06183 | | Claim Number: 11557 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: WITHDRAWN DOCKET: 9149 (11/22/2011) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| TRAVIS/PETERSON ENVIRONMENTAL CONSULTING INC 329 SECOND STREET FAIRBANKS, AK 99701 | | Claim Number: 714 Claim Date: 02/23/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $800.00 | | |
| TRC OPTIMUM FUND LLC TRANSFEROR: NORTHSTAR PULP & PAPER CO., ATTN: TERREL ROSS 265 SUNRISE HIGHWAY, SUITE 42 ROCKVILLE CENTRE, NY 11570 | | Claim Number: 2659-02 Claim Date: 05/01/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: ALLOWED DOCKET: 4131 (01/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $27,500.68   UNLIQ | Allowed: | $27,500.68 |
| TRC OPTIMUM FUND LLC TRANSFEROR: TAYLOR-MADE LABELS, INC. ATTN: TERREL ROSS 265 SUNRISE HIGHWAY, SUITE 42 ROCKVILLE CENTRE, NY 11570 | | Claim Number: 6283 Claim Date: 07/20/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET: 2032 (09/24/2009) THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $10,118.69 | Allowed: | $10,118.69 |

| | | | |
|---|---|---|---|
| TREADWELL, MICHAEL D<br>515 LUTHER ROAD<br>HIGHLAND SPRINGS, VA 23075 | | Claim Number: 11679<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| PRIORITY | Claimed: | $0.00   UNDET | |
| TRIPLE J. LOGGING<br>664 JOHN JONES ROAD<br>SUMMERVILLE, GA 30747 | | Claim Number: 946<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| UNSECURED | Claimed: | $39,119.38 | |
| TRODELLA, MARIANNINA<br>56 PARIS ST.<br>EVERETT, MA 02149 | | Claim Number: 5987<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |
| TROIA, SALVATORE A<br>5624 AVENUE N<br>BROOKLYN, NY 11234 | | Claim Number: 6917<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| PRIORITY | Claimed: | $0.00   UNDET | |
| TROIANI, PETER J<br>433 SOUTH ST<br>PHOENIXVILLE, PA 19460 | | Claim Number: 11172<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| PRIORITY | Claimed: | $0.00   UNLIQ | |

| | | |
|---|---|---|
| TUCKER, BETTY J<br>6643 WASHINGTON CIRCLE<br>FRANKLIN, OH 45005 | | Claim Number: 5175<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |

| | | |
|---|---|---|
| TULARE COUNTY TAX COLLECTOR<br>ATTN: MELISSA QUINN<br>221 S. MOONEY BLVD ROOM 104-E<br>VISALIA, CA 93291-4593 | | Claim Number: 6620<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |

| | | |
|---|---|---|
| SECURED | Claimed: | $11,139.47 |

| | | |
|---|---|---|
| TULSA COUNTY TREASURER<br>J. DENNIS SEMLER<br>500 S DENVER<br>TULSA, OK 74103 | | Claim Number: 2684<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $16,254.15 |

| | | |
|---|---|---|
| TURNER, BILLY RAY<br>C/O GREGORY A. CADE<br>ENVIRONMENTAL LITIGATION GROUP, P.C.<br>3529  7TH AVE SOUTH<br>BIRMINGHAM, AL 35222 | | Claim Number: 11522<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $41,000.00 |

| | | |
|---|---|---|
| U.S DEPARTMENT OF JUSTICE<br>C/O EES CASE MANAGEMENT UNIT<br>ENVIRONTMENT AND NATURAL RESOURCES DIVI.<br>PO BOX 7611<br>WASHINGTON, DC 20044-7611 | | Claim Number: 99034<br>Claim Date: 01/19/2017<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: PAID |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,800,000.00 | Allowed: | $1,602,877.46 |

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOC AS IND TT<br>FOR VILLAGE OF HODGE LA COMBINED UTILITY<br>SYS BOND C/O D.S. BLOCK, I.A. HAMMEL<br>MINTZ LEVIN ET AL, ONE FINANCIAL CENTER<br>BOSTON, MA 02111 | Claim Number: 2448<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7517 (05/07/2010) |

ADMINISTRATIVE         Claimed:                    $17,599,249.23   UNLIQ

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION-SANDRA GILL, ENFORCEMENT MGR<br>ATLANTA DISTRICT OFFICE<br>100 ALABAMA STREET, SW, SUITE 4R30<br>ATLANTA, GA 30303 | Claim Number: 13873<br>Claim Date: 03/09/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9081 (06/14/2011) |

PRIORITY              Claimed:                         $0.00   UNLIQ

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION-SANDRA GILL, ENFORCEMENT MGR<br>ATLANTA DISTRICT OFFICE<br>100 ALABAMA STREET, SW, SUITE 4R30<br>ATLANTA, GA 30303 | Claim Number: 13874<br>Claim Date: 03/09/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9081 (06/14/2011) |

UNSECURED            Claimed:                         $0.00   UNLIQ

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION-SANDRA GILL, ENFORCEMENT MGR<br>ATLANTA DISTRICT OFFICE<br>100 ALABAMA STREET, SW, SUITE 4R30<br>ATLANTA, GA 30303 | Claim Number: 13875<br>Claim Date: 03/09/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9081 (06/14/2011) |

PRIORITY              Claimed:                         $0.00   UNLIQ

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION - ATLANTA DISTRICT OFFICE<br>SANDRA GILL, ENFORCEMENT MANAGER<br>100 ALABAMA STREET, SW, SUITE 4R30<br>ATLANTA, GA 30303 | Claim Number: 13911<br>Claim Date: 03/11/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9081 (06/14/2011) |

PRIORITY              Claimed:                         $0.00   UNLIQ

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION - ATLANTA DISTRICT OFFICE SANDRA GILL, ENFORCEMENT MANAGER 100 ALABAMA STREET, SW, SUITE 4R30 ATLANTA, GA 30303 | Claim Number: 13912 Claim Date: 03/11/2010 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 9081 (06/14/2011) |
|---|---|

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

| UDC CORPORATION 1041 N. KRAEMER PLACE ANAHEIM, CA 92806 | Claim Number: 2357 Claim Date: 04/22/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 2343 (10/20/2009) |
|---|---|

| UNSECURED | Claimed: | $104,243.37 |
|---|---|---|

| UGI PENN NATURAL GAS, INC. ONE UGI CENTER WILKES BARRE, PA 18711 | Claim Number: 1306 Claim Date: 03/03/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $17,358.77 |
|---|---|---|

| UNDERWOOD INDUSTRIAL CONTRACTORS 3116 N. RITTER AVE. INDIANAPOLIS, IN 46218 | Claim Number: 330 Claim Date: 02/13/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $41,759.00 |
|---|---|---|

| UNION PACIFIC RAILROAD COMPANY ATTN: MARY ANN KILGORE 1400 DOUGLAS STREET, STOP 1580 OMAHA, NE 68164 | Claim Number: 9165 Claim Date: 08/20/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8408 (08/18/2010) |
|---|---|

| UNSECURED | Claimed: | $471,467.02 |
|---|---|---|

| | | |
|---|---|---|
| UNITED PARCEL SERVICE<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 1385<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $1,437,087.95 |
| UNITED PARCEL SERVICE<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 1386<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $28,044.97 |
| UNITED PARCEL SERVICE<br>C/O RMS RECEIVABLE MANAGEMENT SERVICES<br>P.O. BOX 4396<br>TIMONIUM, MD 21094 | | Claim Number: 5407<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) |
| UNSECURED | Claimed: | $16,422.64 |
| UNITED PARCEL SERVICE<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>P.O. BOX 4396<br>TIMONIUM, MD 21094 | | Claim Number: 5437<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $1,448,090.54 |
| UNITED RENTALS, INC.<br>ATTN: STACEY LUNA<br>6125 LAKEVIEW ROAD #300<br>CHARLOTTE, NC 28269 | | Claim Number: 1797<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $5,631.35 |

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: DDLC COMMERCIAL FUELS<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 2110<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 4661 (02/03/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,112.83 | Scheduled: | $2,896.81 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: DDLC COMMERCIAL FUELS<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 2111<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $783.98 | | |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: ALBANY INTERNATIONAL<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 8150-01<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $180,866.87 | | |
| UNITED STATES DEPARTMENT OF AGRICULTURE<br>FOREST SERVICE, VINCE VUKELICH<br>USDA OFFICE OF GENERAL COUNSEL<br>626 E. WISCONSIN AVE., SUITE 600<br>MILWAUKEE, WI 53202 | | Claim Number: 13882<br>Claim Date: 03/15/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8883 (01/10/2011) | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $152,954.79 | | |
| UNITED STEELWORKERS<br>ATTENTION: DAVID R. JURY<br>FIVE GATEWAY CENTER, ROOM 807<br>PITTSBURGH, PA 15222 | | Claim Number: 10998<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9307 (02/01/2013) | | |
| PRIORITY | Claimed: | $3,186,610.63 | | |
| UNSECURED | Claimed: | $49,999,400.00 | | |

---

UNITED WAY OF FAYETTE COUNTY, INC.
132 1/2 E. COURT STREET #204
WASHINGTON COURT HOUSE, OH 43160

Claim Number: 550
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 8953 (02/22/2011)
THIS CLAIM IS PAID

| PRIORITY | Claimed: | $13.00 |
|---|---|---|

---

UNITHERM, INC.
ATTN: R.L. STEWART
POST OFFICE BOX 667547
CHARLOTTE, NC 28266

Claim Number: 5638
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $72,615.50 |
|---|---|---|

---

UNIVAR (FORMERLY VOPAK)
C/O MERRILEE MACLEAN
KARR TUTTLE CAMPBELL
1201 THIRD AVENUE, SUITE 2900
SEATTLE, WA 98101

Claim Number: 10835-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $89,498.56 |
|---|---|---|

---

UNIVERSAL TRANSPORTATION SERVICES, LLC
7777 WASHINGTON AVE SOUTH
EDINA, MN 55376

Claim Number: 3020
Claim Date: 05/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $187.50 |
|---|---|---|

---

UPS GROUND FREIGHT, INC.
ATTN: LAUREN N. NACHINSON
QUARLES & BRADY LLP
300 N. LASALLE STREET, STE 4000
CHICAGO, IL 60654

Claim Number: 13983
Claim Date: 04/07/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8997 (03/22/2011)

| ADMINISTRATIVE | Claimed: | $309,796.94 |
|---|---|---|

---

| | |
|---|---|
| UPS GROUND FREIGHT, INC. D/B/A UPS FREIGHT TRUCKLOAD, ATTN: LAUREN N. NACHINSON, ESQ., QUARLES & BRADY LLP 300 N. LASALLE STREET, STE 4000 CHICAGO, IL 60654 | Claim Number: 10793 Claim Date: 08/27/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8757 (11/15/2010) |

UNSECURED          Claimed:          $1,892,367.16   UNLIQ

| | |
|---|---|
| UPS SMALL PACKAGE, A DIVISION OF UNITED PARCEL SERVICES, INC., OHIO ATTN: LAUREN NACHINSON 300 N LASALLE STREET, SUITE 4000 CHICAGO, IL 60654 | Claim Number: 10790 Claim Date: 08/27/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 5738 (03/10/2010) |

UNSECURED          Claimed:          $34,859.38   UNLIQ

| | |
|---|---|
| UPS SMALL PACKAGE, A DIVISION OF UNITED PARCEL SERVICE, INC., OHIO, LAUREN N. NACHINSON, ESQ., QUARLES & BRADY LLP 300 N. LASALLE STREET, SUITE 4000 CHICAGO, IL 60654 | Claim Number: 13735 Claim Date: 01/08/2010 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 8757 (11/15/2010) |

UNSECURED          Claimed:          $201,029.74   UNLIQ

| | |
|---|---|
| US BANCORP BUSINESS EQUIPMENT FINANCE GROUP ATTN: CORPORATE ATTORNEY 1310 MADRID STREET, SUITE 100 MARSHALL, MN 56258 | Claim Number: 13732 Claim Date: 12/28/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 5738 (03/10/2010) |

SECURED          Claimed:          $1,275.42

| | |
|---|---|
| USW 286 PENSION FUND C/O SPEAR WILDERMAN, P.C. 230 S. BROAD STREET, SUITE 1400 PHILADELPHIA, PA 19102 | Claim Number: 11002 Claim Date: 08/27/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 9298 (01/14/2013) |

UNSECURED          Claimed:          $360,113.77

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

| | | |
|---|---|---|
| VALAB SUPPLY CORP.<br>PO BOX 9870<br>RICHMOND, VA 23228 | | Claim Number: 1594<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $5,890.72 |
| VALLEY MACHINE WORKS, INC.<br>701 W JACKSON STREET<br>PHOENIX, AZ 85007 | | Claim Number: 796<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $25,045.30 |
| VANDALIA DISTRIBUTION WAREHOUSE<br>P.O. BOX 9<br>VANDALIA, IL 62471 | | Claim Number: 206<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| PRIORITY | Claimed: | $2,918.25 |
| SECURED | Claimed: | $2,918.25 |
| TOTAL | Claimed: | $2,918.25 |
| VANDENHOED, RUUT<br>19175 DE HAVILLAND DR<br>SARATOGA, CA 95070 | | Claim Number: 11101<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| VANDIVER GROUP, INC., THE<br>COFACE NORTH AMERICA, INC.<br>PO BOX 2102<br>CRANBURY, NJ 08512 | | Claim Number: 2896<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $10,000.00 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

---

| | |
|---|---|
| VARGO, GAYLE<br>503 LAKE ROYALE<br>LOUISBURG, NC 27549-9572 | Claim Number: 9362<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $50,000.00   UNLIQ |
|---|---|---|

| | |
|---|---|
| VEOLIA ES TECHNICAL SOLUTIONS LLC<br>1275 MINERAL SPRINGS DR<br>PORT WASHINGTON, WI 53074 | Claim Number: 13397<br>Claim Date: 10/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | |
|---|---|
| VERIZON<br>404 BROCK DRIVE<br>BLOOMINGTON, IL 61701 | Claim Number: 14011<br>Claim Date: 04/23/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $4,497.88 |
|---|---|---|

| | |
|---|---|
| VERIZON<br>PO BOX 3037<br>BLOOMINGTON, IL 61702-3037 | Claim Number: 14013<br>Claim Date: 04/23/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $55,009.08 |
|---|---|---|

| | |
|---|---|
| VERIZON ONLINE<br>AFNI/VERIZON ONLINE<br>PO BOX 3243<br>BLOOMINGTON, IL 61702-3243 | Claim Number: 13425<br>Claim Date: 09/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $1,126.33 |
|---|---|---|

---

VERIZON WIRELESS NORTH
PO BOX 3397
BLOOMINGTON, IL 61702

Claim Number: 2686
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $74,084.52 |

---

VERN'S PLUMBING, HEATING & AIR
CONDITIONING
3505 W. ASHLAN
FRESNO, CA 93722

Claim Number: 564
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,280.89 |

---

VIRGINIA DEPARTMENT OF TAXATION
TAXING AUTHORITY CONSULTING SERVICES, PC
BANKRUPTCY COUNSEL
PO BOX 2156
RICHMOND, VA 23215-2156

Claim Number: 5482
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $33,799.82 |
| UNSECURED | Claimed: | $10.00 |

---

VIRGINIA DEPARTMENT OF TAXATION
TAXING AUTHORITY CONSULTING SERVICES, PC
BANKRUPTCY COUNSEL
P.O. BOX 2156
RICHMOND, VA 23218-2156

Claim Number: 13917
Claim Date: 03/22/2010
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: DOCKET: 8954 (02/22/2011)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| PRIORITY | Claimed: | $330,627.09 |
| UNSECURED | Claimed: | $90,451.67 |

---

VISY RECYCLING/PRATT INDUSTRIES USA
ATTN: BRIAN THOMAS
1800 C SARASOTA BUSINESS PARK
CONYERS, GA 30013

Claim Number: 81
Claim Date: 02/05/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8117 (06/22/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $49,333.49 |

---

| | | |
|---|---|---|
| VONWIN CAPITAL MANAGEMENT, L.P.<br>TRANSFEROR: MQ OPERATING COMPANY DBA CMI<br>ROGER VON SPIEGEL, MANAGING DIRECTOR<br>261 FIFTH AVENUE, 22ND FLOOR<br>NEW YORK, NY 10016 | Claim Number: 1165<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |

| UNSECURED | Claimed: | $20,360.00 | |

| | | |
|---|---|---|
| VSP TECHNOLOGIES<br>JEFFREY R. WAXMAN<br>MORRIS JAMES LLP<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON, DE 19801 | Claim Number: 1606-02<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | |

| ADMINISTRATIVE | Claimed: | $11,108.04 | Allowed: | $11,108.04 |

| | | |
|---|---|---|
| VT GRAPHICS, INC<br>P.O. BOX 5334<br>465 PENN ST<br>YEADON, PA 19050 | Claim Number: 220<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | |

| UNSECURED | Claimed: | $0.00   UNDET | |

| | | |
|---|---|---|
| VT GRAPHICS, INC<br>P.O. BOX 5334<br>465 PENN ST<br>YEADON, PA 19050 | Claim Number: 786<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | |

| UNSECURED | Claimed: | $96,250.00 | |

| | | |
|---|---|---|
| VT GRAPHICS, INC<br>P.O. BOX 5334<br>465 PENN ST<br>YEADON, PA 19050 | Claim Number: 867<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | |

| UNSECURED | Claimed: | $106,642.00 | |

| | | |
|---|---|---|
| VT GRAPHICS, INC<br>465 PENN ST.<br>P.O. BOX 5334<br>YEADON, PA 19050 | | Claim Number: 2061<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| UNSECURED | Claimed: | $112,682.00 |
| W.E. PLEMONS MACHINERY SERVICES INC.<br>PO BOX 787<br>PARLIER, CA 93648 | | Claim Number: 192<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $22,864.07 |
| W.H. BRISTOW, INC.<br>309 N. MAIN STREEET<br>DARLINGTON, SC 29532 | | Claim Number: 2315<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $59,294.59 |
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 7287<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $921,225.49 |
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13343<br>Claim Date: 09/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| ADMINISTRATIVE | Claimed: | $372,250.25   UNLIQ |
| UNSECURED | Claimed: | $548,975.24   UNLIQ |

| | | |
|---|---|---|
| WACHMAN, ERIK<br>1538 OLD SPAR COURT<br>MISSISSAUGA, ON L5J 1B3<br>CANADA | | Claim Number: 9291<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8996 (03/22/2011) |
| PRIORITY | Claimed: | $308.52 |
| WALLA WALLA ENVIRONMENTAL, INC.<br>4 WEST REES AVENUE<br>WALLA WALLA, WA 99362 | | Claim Number: 2275<br>Claim Date: 04/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $28,598.28 |
| WALLA WALLA ENVIRONMENTAL, INC.<br>4 WEST REES AVENUE<br>WALLA WALLA, WA 99362 | | Claim Number: 11257<br>Claim Date: 04/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $28,598.28 |
| WALTZ, THOMAS M<br>6792 DAWNWOOD RD<br>ROANOKE, VA 24018 | | Claim Number: 7737<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| SECURED | Claimed: | $100.00 |
| WARD, RICKIE JOE<br>819 DESOTA PL<br>BENTON, AR 72015 | | Claim Number: 10616<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| WARNER, PATRICIA A<br>118 WEST 5TH STREET<br>BRIDGEPORT, PA 19405 | | Claim Number: 9095<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

| WARNOCK, BOBBY D<br>10816 OLD HARBOR RD<br>APT 2<br>FORT SMITH, AR 72903 | | Claim Number: 6685<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $204.60   UNLIQ | | |

| WARNOCK, MICHAEL<br>2605 REYNOLDS ROAD<br>BARTOW, FL 33830 | | Claim Number: 13533<br>Claim Date: 10/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 5738 (03/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50,000.00 | Allowed: | $50,000.00 |

| WARREN, EDNA J<br>139 SHUMAN DRIVE<br>BLOOMINGDALE, GA 31302 | | Claim Number: 7878<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET | | |

| WASTE INDUSTRIES<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 2987<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $44,655.11 | | |

| | | |
|---|---|---|
| WASTE INDUSTRIES<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 5647<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $47,259.93 |
| WASTE MANAGEMENT<br>C/O JACQUOLYN E. MILLS<br>1001 FANNIN ST. STE. 4000<br>HOUSTON, TX 77002 | | Claim Number: 2922<br>Claim Date: 05/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED |
| UNSECURED | Claimed: | $377,332.85 |
| WASTE MANAGEMENT<br>C/O JACQUOLYN E. MILLS<br>1001 FANNIN ST. STE. 4000<br>HOUSTON, TX 77002 | | Claim Number: 2969<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $377,332.85 |
| WASTE MANAGEMENT<br>C/O JACQUOLYN E. MILLS<br>1001 FANNIN ST., STE 4000<br>HOUSTON, TX 77002 | | Claim Number: 3519<br>Claim Date: 06/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) |
| UNSECURED | Claimed: | $395,932.85 |
| WASTE MANAGEMENT<br>C/O JACQUOLYN E. MILLS<br>1001 FANNIN ST. STE. 4000<br>HOUSTON, TX 77002 | | Claim Number: 3565<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $395,932.85 |

| | | |
|---|---|---|
| WASTE MANAGEMENT - RMC<br>2625 W GRANDVIEW STE # 150<br>PHOENIX, AZ 85023 | | Claim Number: 14120<br>Claim Date: 08/16/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8953 (02/22/2011) |
| ADMINISTRATIVE | Claimed: | $37,522.72 |
| WASTE MANAGEMENT RECYCLE AMERICA<br>C/O JACQUOLYN E. MILLS<br>1001 FANNIN ST. STE. 4000<br>HOUSTON, TX 77002 | | Claim Number: 3324<br>Claim Date: 06/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $1,424,177.85 |
| WATCO COMPANIES, INC<br>CRYSTANNA V. COX, ESQ.<br>2345 GRAND BLVD., STE 2800<br>KANSAS CITY, MO 64108 | | Claim Number: 9725<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
| UNSECURED | Claimed: | $3,520.00 |
| WATER WORKS & SANITARY SEWER BOARD OF<br>THE CITY OF MONTGOMERY (ALABAMA), THE<br>PATRICK L. W. SEFTON, ESQ.<br>P.O. BOX 242127<br>MONTGOMERY, AL 36124-2127 | | Claim Number: 1675<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $10,494.34 |
| WATSON SECURITY<br>151 RAINIER AVE. S.<br>RENTON, WA 98055 | | Claim Number: 1652<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $808.42 |

| | | |
|---|---|---|
| WAWRZYN, MICHAEL J<br>101 S. SCHUYLER STREET<br>NEOSHO, WI 53059 | | Claim Number: 9254<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNDET |
| WEBSTER, LOREN<br>PO BOX 447<br>SHERIDAN, OR 97378 | | Claim Number: 8128<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $6,376.00 |
| WELDON, G.W.<br>C/O GREGORY A. CADE<br>ENVIRONMENTAL LITIGATION GROUP P.C.<br>3529 7TH AVE. SOUTH<br>BIRMINGHAM, AL 35222 | | Claim Number: 11521<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $41,000.00 |
| WELLS FARGO BUSINESS CREDIT<br>(ASIGNEE FOR GENERAL SECURITY SERVICES<br>CORPORATION)<br>2010 CORPORATE RIDGE, SUITE 900<br>MC LEAN, VA 22102 | | Claim Number: 1697<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $10,734.20 |
| WEST PENETONE INC.<br>10900 RUE SECANT<br>ANJOU, QC H1S 1S5<br>CANADA | | Claim Number: 1194<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $5,863.39 |

| | | |
|---|---|---|
| WEST VIRGINIA STATE TREASURER'S OFFICE<br>C/O CAROLYN ATKINSON, ASST GEN. COUNSEL<br>ONE PLAYERS CLUB DRIVE<br>CHARLESTON, WV 25311 | | Claim Number: 3193<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| WESTAFF (USA) INC.<br>3820 STATE STREET<br>SANTA BARBARA, CA 93105 | | Claim Number: 9990<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| UNSECURED | Claimed: | $52,986.88 |
| WESTBROOK, RUBY J<br>3115 N GRANDVIEW DRIVE<br>FLAGSTAFF, AZ 86004 | | Claim Number: 6485<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| WESTERN CONFERENCE OF TEAMSTERS PENSION<br>TRUST FUND, C/O RUSSELL J. REID<br>REID, PEDERSEN, MCCARTHY & BALLEW, LLP<br>101 ELLIOTT AVE. W., SUITE 550<br>SEATTLE, WA 98119 | | Claim Number: 3071<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9458 (06/20/2014) |
| PRIORITY | Claimed: | $10,563.48 |
| WESTERN CONFERENCE OF TEAMSTERS PENSION<br>TRUST FUND, C/O RUSSELL J. REID<br>REID, PEDERSEN, MCCARTHY & BALLEW, LLP<br>101 ELLIOTT AVE. W., SUITE 550<br>SEATTLE, WA 98119 | | Claim Number: 5867<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8996 (03/22/2011) |
| UNSECURED | Claimed: | $0.00   CONT |

| | | |
|---|---|---|
| WESTERN EXTRALITE COMPANY<br>1470 LIBERTY STREET<br>KANSAS CITY, MO 64102 | | Claim Number: 3115<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| SECURED | Claimed: | $3,097.72 |
| WESTERN EXTRALITE COMPANY<br>1470 LIBERTY STREET<br>KANSAS CITY, MO 64102 | | Claim Number: 3116<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| SECURED | Claimed: | $5,338.09   UNLIQ |
| WESTERN EXTRALITE COMPANY<br>1470 LIBERTY STREET<br>KANSAS CITY, MO 64102 | | Claim Number: 3118<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| SECURED | Claimed: | $9,736.25   UNLIQ |
| WESTERN EXTRALITE COMPANY<br>ATTN: TIM CARPENTER<br>1470 LIBERTY STREET<br>KANSAS CITY, MO 64102 | | Claim Number: 3178<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| SECURED | Claimed: | $5,338.09 |
| WESTERN EXTRALITE COMPANY<br>ATTN: TIM CARPENTER<br>1470 LIBERTY STREET<br>KANSAS CITY, MO 64102 | | Claim Number: 3179<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| SECURED | Claimed: | $3,097.72 |

| | | |
|---|---|---|
| WESTERN EXTRALITE COMPANY<br>ATTN: TIM CARPENTER<br>1470 LIBERTY STREET<br>KANSAS CITY, MO 64102 | | Claim Number: 3292<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) |
| SECURED | Claimed: | $9,736.25 |
| WESTERN EXTRALITE COMPANY<br>ATTN: TIM CARPENTER<br>1470 LIBERTY STREET<br>KANSAS CITY, MO 64102 | | Claim Number: 3293<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) |
| SECURED | Claimed: | $5,338.09 |
| WESTERN EXTRALITE COMPANY<br>ATTN: TIM CARPENTER<br>1470 LIBERTY STREET<br>KANSAS CITY, MO 64102 | | Claim Number: 3294<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) |
| SECURED | Claimed: | $3,097.72 |
| WESTERN FIRST AID & SAFETY, LLC<br>357 S PATTIE<br>WICHITA, KS 67211 | | Claim Number: 310<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| UNSECURED | Claimed: | $424.91 |
| WESTERN OILFIELDS SUPPLY CO.<br>DBA RAIN FOR RENT<br>PO BOX 2248<br>BAKERSFIELD, CA 93303-2248 | | Claim Number: 2913<br>Claim Date: 05/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $156,460.19 |

---

WESTERN OILFIELDS SUPPLY CO. INC.
DBA RAIN FOR RENT
PO BOX 2248
BAKERSFIELD, CA 93303-2248

Claim Number: 276
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | Claimed: | |
|---|---|---|
| PRIORITY | | $0.00 |
| UNSECURED | Claimed: | $110,450.10 |

---

WESTERN OILFIELDS SUPPLY CO. INC.
DBA RAIN FOR RENT
PO BOX 2248
BAKERSFIELD, CA 93303-2248

Claim Number: 7683
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| SECURED | Claimed: | $156,460.19 |
|---|---|---|

---

WEYERHAEUSER COMPANY
MONIQUEKA THROWER
33663 WEYERHAEUSER WAY S.
FEDERAL WAY, WA 98003

Claim Number: 1200
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $113,984.06 |
|---|---|---|

---

WEYERHAEUSER COMPANY
33633 WEYERHAEUSER WAY S.
FEDERAL WAY, WA 98003

Claim Number: 7702-02
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 3195 (12/16/2009)

| ADMINISTRATIVE | Claimed: | $113,007.47 | Allowed: | $113,007.47 |
|---|---|---|---|---|

---

WHITAKER FORESTRY L.L.C.
4134 HIDEAWAY DRIVE
GUNTERSVILLE, AL 35976

Claim Number: 863
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $38,132.30 |
|---|---|---|

WHITAKER FORESTRY SERVICES LLC
4134 HIDEAWAY DRIVE
GUNTERSVILLE, AL 35976

Claim Number: 7103
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $19,066.15 |

WHITE GLOVE JANITORIAL & BLDG. MAINT., INC.
PO BOX 3643
JOLIET, IL 60434

Claim Number: 106
Claim Date: 02/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $3,462.26 |

WHITE WATER ASSOCIATES, INC.
P.O. BOX 27, 429 RIVER LANE
AMASA, MI 49903

Claim Number: 311
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $408.55 |

WHITE, ROBERT A.
11163 LEO COLLINS
EL PASO, TX 79936

Claim Number: 7255
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8757 (11/15/2010)

| UNSECURED | Claimed: | $32,713.00 |

WIESELER, MELVIN
MEL & KATHY JANITORIAL SERVICE
2932 S. ST. MARY'S ST.
SIOUX CITY, IA 51106

Claim Number: 102
Claim Date: 02/06/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $882.75 |

| | | |
|---|---|---|
| WILHELM BAHMUELLER GMBH<br>WILHELM-BAHMUELLER-STRASSE 34<br>PLUEDERHAUSEN, 73655<br>GERMANY | Claim Number: 2945<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
| UNSECURED | Claimed: | $15,648.82 |
| WILHELM BAHMULLER GMBH<br>WILHELM-BAHMULLER - STR. 34<br>PLUDERHAUSEN, 73655<br>GERMANY | Claim Number: 1879<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| UNSECURED | Claimed: | $21,736.82 |
| WILLIAM ALBERT INC<br>1300 CASSINGHAM HOLLOW DR.<br>COSHOCTON, OH 43812 | Claim Number: 33<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
| UNSECURED | Claimed: | $184,181.73 |
| WILLIAMS BROTHERS TRUCKING, INC.<br>SHIRLEY MALEY, SEC. TREASURER<br>PO BOX 188<br>HAZLEHURST, GA 31539-0188 | Claim Number: 14088<br>Claim Date: 08/09/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | |
| ADMINISTRATIVE | Claimed: | $28,689.80 |
| WILLIAMS BROTHERS TRUCKING, INC.<br>P.O. BOX 188<br>HAZELHURST, GA 31539 | Claim Number: 14186<br>Claim Date: 01/25/2011<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8997 (03/22/2011) | |
| UNSECURED | Claimed: | $57,379.60 |

| | | |
|---|---|---|
| WILLIAMS SCOTSMAN, INC.<br>8211 TOWN CENTER DR<br>BALTIMORE, MD 21236 | | Claim Number: 13967<br>Claim Date: 04/05/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $294.95 |
| WILLIAMS, RODERICK<br>12231 N 16TH ST APT 209E<br>TAMPA, FL 33612-4924 | | Claim Number: 5416<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
| PRIORITY | Claimed: | $10,950.00 |
| SECURED | Claimed: | $10,950.00 |
| TOTAL | Claimed: | $10,950.00 |
| WILLS CATTLE COMPANY<br>26255 MT HWY 200<br>BONNER, MT 59823 | | Claim Number: 235<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |
| UNSECURED | Claimed: | $7,165.90 |
| WILMINGTON PAPER CORP. & RECYCLING<br>MANAGEMENT SYSTEMS ASSOCIATES, INC.<br>SEAN MACK - PASHMAN STEIN, P.C.<br>21 MAIN ST, SUITE 100<br>HACKENSACK, NJ 07601 | | Claim Number: 1173-01<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| UNSECURED | Claimed: | $2,075.56 |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9901<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00   UNLIQ |

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9926
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9951
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 10873
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 | UNLIQ |

WINGENBACK INC.
4626 - 90 A AVENUE
EDMONTON, AB T5T 1T4
CANADA

Claim Number: 303
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments:
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $388.50 |

WINSTON-SALEM INVESTORS, LLC
ATTN: JACKSON WARD
6100 SW 76TH STREET
SOUTH MIAMI, FL 33143

Claim Number: 10642
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 6647 (04/07/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $123,295.00 |

| | | |
|---|---|---|
| WINSTON-SALEM INVESTORS, LLC<br>ATTENTION: JACKSON WARD<br>5730 SW 74TH ST.<br>SOUTH MIAMI, FL 33143 | Claim Number: 14135<br>Claim Date: 08/26/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8661 (10/18/2010) | |
| UNSECURED | Claimed: | $375,720.21 |
| WINSTON-SALEM INVESTORS, LLC<br>ATTENTION: JACKSON WARD<br>5730 SW 74TH ST.<br>SOUTH MIAMI, FL 33143 | Claim Number: 14136<br>Claim Date: 08/26/2010<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) | |
| UNSECURED | Claimed: | $123,295.00 |
| WIRELESS VENTURES DBA AMERIZON WIRELESS<br>1211 IRELAND DRIVE - SUITE 1<br>FAYETTEVILLE, NC 28304 | Claim Number: 544<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |
| UNSECURED | Claimed: | $3,132.11 |
| WOODWAY INC.<br>3473 NO PONE RD<br>GEORGETOWN, TN 37336 | Claim Number: 62<br>Claim Date: 02/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| UNSECURED | Claimed: | $614.23 |
| WRIGHT'S TRUCKING & LOGGING, INC.<br>159 POPLAR GROVE CIRCLE<br>AMHERST, VA 24521 | Claim Number: 1075<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
| UNSECURED | Claimed: | $21,388.14 |

| | | |
|---|---|---|
| WRIGHT'S TRUCKING & LOGGING, INC.<br>159 POPLAR GROVE CIRCLE<br>AMHERST, VA 24521 | | Claim Number: 5248<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $21,388.14 |
| WYATT, JASON E.<br>106 ASHTOR STREET<br>EAST BREWTON, AL 36426 | | Claim Number: 10064<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
| UNSECURED | Claimed: | $4,039.20 |
| XTRA LEASE LLC<br>DRINKER BIDDLE & REATH LLP<br>TODD C. SCHILTZ<br>1100 N. MARKET STREET, SUITE 1000<br>WILMINGTON, DE 19801 | | Claim Number: 13621<br>Claim Date: 11/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 4750 (02/05/2010) |
| ADMINISTRATIVE | Claimed: | $12,017.27 |
| YOUNG, ROGER D<br>385 SCENIC DRIVE<br>SECTION, AL 35771 | | Claim Number: 9742<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
| PRIORITY | Claimed: | $10,680.28 |
| ZAMPELL REFRACTORIES, INC.<br>C/O SUZANNE TAYLOR GRAHAM GRIGG, ESQ.<br>NEXSEN PRUET, LLC<br>PO BOX 2426<br>COLUMBIA, SC 29202 | | Claim Number: 9417<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| SECURED | Claimed: | $149,451.27 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10235)

---

ZIMMERMAN, KENNETH
3000 VILLARD AVE.
#199
HELENA, MT 59601

Claim Number: 12111
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $11,057.40 |
|---|---|---|

ZIROLI, ARNOLD
4024 FOX MEADOW DR
MEDINA, OH 44256

Claim Number: 6141
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

ZURCHER, GREGORY J
310 RICHFIELD LANE
GENEVA, IN 46740

Claim Number: 7364
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

ZURICH AMERICAN INSURANCE COMPANY
ATTENTION MARY PERLICK
9TH FLOOR, TOWER 2
1400 AMERICAN LANE
SCHAUMBURG, IL 60196

Claim Number: 1159
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 9149 (11/22/2011)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

## Summary Page

Total Number of Filed Claims:                1748

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $1,762,081,608.23 | $6,682,217.35 |
| Priority: | $54,324,290.99 | $0.00 |
| Secured: | $78,989,147.00 | $11,735.95 |
| Unsecured: | $2,659,920,350.19 | $3,779,871.48 |
| Total: | $4,555,315,396.41 | $10,473,824.78 |

---

100 SOUTH AVENUE, LLC
ZIMMER COMPANIES, INC., MANAGER
C/O MICHAEL K. MCVEY
1220 WASHINGTON, THIRD FLOOR
KANSAS CITY, MO 64105-2245

Claim Number: 1120
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $16,068.85 | Scheduled: | $25,000.00 | Allowed: | $16,068.85 |
| --- | --- | --- | --- | --- | --- | --- |

168 INDUSTRIES, LLC DBA
O'NEAL ELECTRIC SERVICE
3073 MERRIAM LANE
KANSAS CITY, KS 66106

Claim Number: 3083
Claim Date: 05/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| SECURED | Claimed: | $257,348.73 | | | | |
| --- | --- | --- | --- | --- | --- | --- |

168 INDUSTRIES, LLC DBA
O'NEAL ELECTRIC SERVICE
3073 MERRIAM LANE
KANSAS CITY, KS 66106

Claim Number: 3291
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| SECURED | Claimed: | $257,348.73 | | | | |
| --- | --- | --- | --- | --- | --- | --- |

1ST CHOICE COURIER & DISTRIBUTION, INC.
PO BOX 66980
SAINT LOUIS, MO 63166-6980

Claim Number: 13709
Claim Date: 12/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $360.40 | Scheduled: | $279.31 | | |
| --- | --- | --- | --- | --- | --- | --- |

200 HOLLISTER ASSOCIATES, LLC
C/O SEAGIS PROPERTY GROUP LP
ATTN: CHARLES C. LEE, JR.
100 FRONT STREET, SUITE 1370
CONSHOHOCKEN, PA 19428

Claim Number: 99021
Claim Date: 09/30/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8594 (09/30/2010)

| UNSECURED | Claimed: | $825,000.00 | | | Allowed: | $825,000.00 |
| --- | --- | --- | --- | --- | --- | --- |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3001 SFB LLC<br>3334 BURTON AVENUE<br>BURBANK, CA 91504 | | Claim Number: 6480<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) | | | | |
| UNSECURED | Claimed: | $25,190.93 | Scheduled: | $25,190.93 | | |
| 3M<br>C/O RECEIVABLES CONTROL CORP<br>P.O. BOX 9658<br>MINNEAPOLIS, MN 55440 | | Claim Number: 1547<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) | | | | |
| UNSECURED | Claimed: | $2,534.63 | Scheduled: | $18,567.97 | | |
| 4 G PLUMBING & HEATING CORP<br>PO BOX 17140<br>MISSOULA, MT 59808 | | Claim Number: 5475<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $600.00 | | | | |
| 510 HERON ASSOCIATES LP<br>1 BELMONT AVE STE 300<br>BALA CYNWYD, PA 19004-1604 | | Claim Number: 7684<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) | | | | |
| UNSECURED | Claimed: | $25,262.24   UNDET | | | | |
| 700 COWAN DON LLC AND 700 COWAN TOM<br>30 WEST MONROE STREET SUITE 1000<br>CHICAGO, IL 60603 | | Claim Number: 11663<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $242,929.50 | Scheduled: | $17,023.32 | Allowed: | $242,929.50 |

A & H FLUID TECHNOLOGIES, INC.
ONE APPLIED PLAZA
EAST 36TH STREET & EUCLID AVENUE
ATTN: BETH ARVAI
CLEVELAND, OH 44155-5056

Claim Number: 10516
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $58,111.19 | Scheduled: | $58,113.38 | Allowed: | $58,111.19 |
|---|---|---|---|---|---|---|

A 1 COMPLETE REMODELING INC
7333 TIMBERNOLL DR
WEST CHESTER, OH 45069

Claim Number: 11398
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,762.00 | Scheduled: | $13,762.00 | | |
|---|---|---|---|---|---|---|

A AND W OIL COMPANY INC
PO BOX 1027
WAYNESBORO, GA 30830

Claim Number: 6850
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,269.68 | Scheduled: | $3,269.68 | | |
|---|---|---|---|---|---|---|

A E EHRKE AND CO
P O BOX 39610
SOLON, OH 44139

Claim Number: 3698
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,987.00 | Scheduled: | $4,894.46 | | |
|---|---|---|---|---|---|---|

A E S THAMES LLC
ATTN: BOB PRICE
141 DEPOT ROAD
UNCASVILLE, CT 06382

Claim Number: 9994
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $307,450.03 | Scheduled: | $307,450.03 | Allowed: | $307,450.03 |
|---|---|---|---|---|---|---|

---

A SHRED AHEAD
5409 LUMLEY RD STE 106
DURHAM, NC 27703

Claim Number: 3901-01
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,638.15 | Scheduled: | $3,110.00 | | |

A SHRED AHEAD
5409 LUMLEY RD STE 106
DURHAM, NC 27703

Claim Number: 3901-02
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1866 (09/04/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $513.50 | | | Allowed: | $513.50 |

A TO Z COATINGS & INSULATION, INC.
2251 SALEM ROAD
SCRANTON, SC 29591

Claim Number: 3358
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,083.49 | Scheduled: | $51,659.36 | | |

A TO Z COATINGS & INSULATION, INC.
2251 SALEM ROAD
SCRANTON, SC 29591

Claim Number: 3359
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,000.00 | |

A TO Z COATINGS & INSULATION, INC.
2251 SALEM ROAD
SCRANTON, SC 29591

Claim Number: 3360
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $839.20 | |

| | | |
|---|---|---|
| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | | Claim Number: 3361<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $2,343.10 |
| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | | Claim Number: 3362<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $2,298.00 |
| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | | Claim Number: 3363<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $1,195.00 |
| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | | Claim Number: 3364<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $9,630.20 |
| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | | Claim Number: 3365<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $1,400.00 |

| | | |
|---|---|---|
| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | | Claim Number: 3366<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $1,736.00 |
| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | | Claim Number: 3368<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $3,619.05 |
| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | | Claim Number: 3369<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $5,698.64 |
| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | | Claim Number: 3370<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $1,400.00 |
| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | | Claim Number: 3371<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $1,936.00 |

| | | |
|---|---|---|
| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | Claim Number: 3372<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $719.60 |
| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | Claim Number: 3373<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $1,363.70 |
| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | Claim Number: 3374<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $1,485.00 |
| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | Claim Number: 3375<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $1,700.00 |
| A TO Z COATINGS & INSULATION, INC.<br>2251 SALEM ROAD<br>SCRANTON, SC 29591 | Claim Number: 3376<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $4,575.00 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

| A&D ENVIRONMENT SERVICES, INC<br>P.O. BOX 484<br>HIGH POINT, NC 27261 | Claim Number: 3729<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $473.00 | Scheduled: | $2,969.90 |
|---|---|---|---|---|

---

| A&K MACHINE & FAB SHOP, INC.<br>3451 W BEAVER ST<br>JACKSONVILLE, FL 32254-3709 | Claim Number: 1483<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $1,873.92 | Scheduled: | $1,760.50 |
|---|---|---|---|---|

---

| A&M COMPRESSED AIR PRODUCTS INC.<br>40 INDUSTRIAL DRIVE<br>UXBRIDGE, MA 01569 | Claim Number: 2222<br>Claim Date: 04/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $3,238.34 | Scheduled: | $3,636.10 |
|---|---|---|---|---|

---

| A-1 FORKLIFT SERVICE INC.<br>5800 BEACH BLVD., STE 203-405<br>JACKSONVILLE, FL 32207 | Claim Number: 14212<br>Claim Date: 07/11/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9145 (11/14/2011) |
|---|---|

| UNSECURED | Claimed: | $3,560.59 | | | Allowed: | $2,848.47 |
|---|---|---|---|---|---|---|

---

| A-1 LOCKSMITHS, INC.- ASSIGNOR<br>C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE<br>& ATTORNEY-IN-FACT<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 9184<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $1,498.40 | Scheduled: | $2,384.96 |
|---|---|---|---|---|

---

| A-1 LOCKSMITHS, INC.- ASSIGNOR<br>C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE<br>& ATTORNEY-IN-FACT<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 9189<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7189 (04/22/2010) | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $803.99 | | | Allowed: | $803.99 |
| PRIORITY | Claimed: | $803.99 | | | | |
| TOTAL | Claimed: | $803.99 | | | | $0.00 |
| A.K. KRAUSSEL TOOL<br>8633 W LYNX AVE<br>MILWAUKEE, WI 53225 | | Claim Number: 4207<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $4,219.00 | | | | |
| UNSECURED | Claimed: | $4,880.00 | Scheduled: | $8,126.06 | | |
| A.T.M. TRUCKING, INC.<br>DANNY MARTIN<br>7001 MOSS RD.<br>BAXTER, TN 38544 | | Claim Number: 934<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $463.60 | | | | |
| A.W. CHESTERTON COMPANY<br>500 UNICORN PARK DRIVE, SUITE 501<br>WOBURN, MA 01801-3304 | | Claim Number: 264<br>Claim Date: 02/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $103,371.88 | Scheduled: | $165,801.05 | Allowed: | $103,371.88 |
| A1 AIR COMPRESSOR CORP<br>679 W WINTHROP AVE<br>ADDISON, IL 60101 | | Claim Number: 4297<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $283.70 | Scheduled: | $283.70 | | |

---

AA ELECTRIC
ATTN: EDWARD DIXON
3600 W. 69TH ST
LITTLE ROCK, AR 72209

Claim Number: 7397
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $279.84 | Scheduled: | $242.72 | | |
|---|---|---|---|---|---|---|

AA ELECTRIC SE, INC
2011 SOUTH COMBEE ROAD
LAKELAND, FL 33801

Claim Number: 9644
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,612.96 | Scheduled: | $6,682.97 | | |
|---|---|---|---|---|---|---|

AA LAND & TIMBER CO INC
159 HWY 160 EAST
HERMITAGE, AR 71647

Claim Number: 7672
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $37,069.42 | Scheduled: | $77,385.45  UNLIQ | Allowed: | $37,069.42 |
|---|---|---|---|---|---|---|

AAA GOLD COAST M&S
6825 NW 16TH TERRACE
FORT LAUDERDALE, FL 33309

Claim Number: 9100
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $267.20 | | | | |
|---|---|---|---|---|---|---|

AAG ELECTRIC MOTORS & PUMPS, INC.
2340 INDUSTRIAL DRIVE
PANAMA CITY, FL 32405

Claim Number: 2696
Claim Date: 04/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $82,994.39 | Scheduled: | $83,497.39 | Allowed: | $82,994.39 |
|---|---|---|---|---|---|---|

| AAT SALT & DISTRIBUTION<br>PO BOX 11962<br>MILWAUKEE, WI 53211 | Claim Number: 8094<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,259.30 | Scheduled: | $2,259.30 | |
| AAXIS ENGRAVERS, INC.<br>230A WILLIAMS ST.<br>BENSENVILLE, IL 60106 | Claim Number: 986<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $10,675.25 | Scheduled: | $10,675.25 | |
| AB&B MANUFACTURING, INC.<br>836 MAMIE ROAD<br>JACKSONVILLE, FL 32205 | Claim Number: 3531-02<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $88,416.02 | Scheduled: | $94,970.94 | Allowed: $88,416.02 |
| ABC CONTAINER LLC<br>PO BOX 27935<br>TUCSON, AZ 85726 | Claim Number: 7850<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,366.00 | Scheduled: | $3,366.00 | |
| ABC FIRE EXTINGUISHER CO., INC<br>719 COURT ST.<br>UTICA, NY 13502 | Claim Number: 3950<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 4131 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $656.01 | Scheduled: | $656.01 | |

---

ABC SIGN AND DISPLAY
3300 101ST ST
URBANDALE, IA 50322

Claim Number: 5681
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,359.71 | Scheduled: | $3,260.71 | | | |

---

ABC WIRE SALES CO
1522 WEST 25TH STREET
MINNEAPOLIS, MN 55405-2533

Claim Number: 6094
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,002.50 | Scheduled: | $2,002.50 | | | |

---

ABCO WELDING & INDUSTRIAL SUPPLY IN
PO BOX 620
WATERFORD, CT 06385

Claim Number: 5060
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,551.00 | Scheduled: | $1,993.76 | | | |

---

ABERCROMBIE, DONALD R.
126 ABERDON RD
JONESBORO, LA 71251

Claim Number: 10391
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00  UNLIQ | | | | | |

---

ABF FREIGHT SYSTEM, INC.
ATTN: BANKRUPTCY CLERK
P.O. BOX 10048
FORT SMITH, AR 72917-0048

Claim Number: 1550
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $21,047.36 | Scheduled: | $20,473.40  UNLIQ | Allowed: | $21,047.36 |

---

**ABITIBI-CONSOLIDATED CORP.**
15600 JOHN F KENNEDY BLVD  STE 600
HOUSTON, TX 77032-2344

Claim Number: 11061
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $19,838.60 | | | Allowed: | $19,007.30 |
| SECURED | Claimed: | $142,293.35 | | | | |
| UNSECURED | | | Scheduled: | $135,330.49 | Allowed: | $123,286.05 |
| TOTAL | Claimed: | $142,293.35 | | | | $0.00 |

**ABM SCALE CO.**
16890 CHURCH ST BLDG 13
MORGAN HILL, CA 95037-5152

Claim Number: 2050
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,283.89 | Scheduled: | $1,889.42 |

**ABOVE PAR COURER SERVICE, INC.**
6278 N FEDERAL HIGHWAY, # 121
FT. LAUDERDALE, FL 33308

Claim Number: 2712
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $421.20 | Scheduled: | $24.00 |

**ABSOLUTE MACHINE ENTERPRISES**
2191 GREEN HILL DRIVE
MARTINSVILLE, VA 24112

Claim Number: 7177-01
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,824.78 | Scheduled: | $12,988.78 | Allowed: | $12,824.78 |

**ABSOLUTE SECURED SHREDDING**
PO BOX 727
FAIR OAKS, CA 95628

Claim Number: 4463
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,527.15 | Scheduled: | $1,199.00 |

---

ABSOLUTE SECURED SHREDDING, INC.
P.O. BOX 727
FAIR OAKS, CA 95628

Claim Number: 709
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $1,527.15 | | |
|---|---|---|---|---|

AC CONTROLS CO INC
PO BOX 691000
CHARLOTTE, NC 28227-7017

Claim Number: 5171
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,433.64 | Scheduled: | $5,433.64 |
|---|---|---|---|---|

ACCESS INFORMATION MANAGEMENT
5785 LAS POSITAS ROAD
LIVERMORE, CA 94550

Claim Number: 9693
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,509.22 | Scheduled: | $3,509.22 |
|---|---|---|---|---|

ACCESS INFORMATION MGMT
4501 PELL DRIVE
SACRAMENTO, CA 95838-2153

Claim Number: 9694
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,491.00 | Scheduled: | $1,491.00 |
|---|---|---|---|---|

ACCESS SYSTEMS INTL INC.
65 COURT ST STE 18
WHITE PLAINS, NY 10601-4221

Claim Number: 259
Claim Date: 02/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $240.00 | Scheduled: | $240.00 |
|---|---|---|---|---|

---

ACCO WASTE PAPER OF SAN ANTONIO
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11320
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $11,068.00   UNLIQ | | | | |

---

ACCOUNTEMPS
DIV. OF ROBERT HALF INTERNATIONAL
ATTN: MICHELE CABRAL
5720 STONERIDGE DRIVE, SUITE THREE
PLEASANTON, CA 94588

Claim Number: 2700
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,904.40 | Scheduled: | $3,403.60 | | |

---

ACCOUNTEMPS
DIV. OF ROBERT HALF INTERNATIONAL
ATTN: MICHELE CABRAL
5720 STONERIDGE DRIVE, SUITE THREE
PLEASANTON, CA 94588

Claim Number: 2701
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,196.91 | Scheduled: | $11,483.31 | Allowed: | $10,196.91 |

---

ACCOUNTEMPS DIV. OF ROBERT HALF
INTERNATIONAL
ATTN: MARY GONZALEZ
PO BOX 5024
SAN RAMON, CA 94583-9128

Claim Number: 14128
Claim Date: 08/24/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8662 (10/18/2010)

| UNSECURED | Claimed: | $4,904.40 | | | | |

---

ACCOUNTEMPS DIV. OF ROBERT HALF
INTERNATIONAL
ATTN: MARY GONZALEZ
PO BOX 5024
SAN RAMON, CA 94583-9128

Claim Number: 14129
Claim Date: 08/24/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8662 (10/18/2010)

| UNSECURED | Claimed: | $10,196.91 | | | | |

---

| | | | | |
|---|---|---|---|---|
| ACCOUNTEMPS DIV. OF ROBERT HALF INTERNATIONAL ATTN: MARY GONZALEZ PO BOX 5024 SAN RAMON, CA 94583-9128 | | Claim Number: 14130 Claim Date: 08/24/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8661 (10/18/2010) | | |
| UNSECURED | Claimed: | $4,949.22 | | |
| ACCUMARK INC PO BOX 1656 MECHANICSVILLE, VA 23116 | | Claim Number: 8882 Claim Date: 08/10/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $500.00 | | |
| ACCUMARK INC PO BOX 1656 MECHANICSVILLE, VA 23116 | | Claim Number: 8890 Claim Date: 08/10/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |
| ACCURATE COURT REPORTERS INC 818 JENKS AVENUE PANAMA CITY, FL 32401 | | Claim Number: 4953 Claim Date: 07/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $396.80 | Scheduled: | $396.80 |
| ACCURATE EXCAVATING INC. BILL KIERSTYN, OWNER/OPERATOR PO BOX 916 ADAMS, WI 53910-0916 | | Claim Number: 3317 Claim Date: 06/08/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,311.55 | Scheduled: | $6,351.11 |

---

ACCURATE MACHINE REPAIR
7270 BUCKBOARD CV
OLIVE BRANCH, MS 38654

Claim Number: 6335
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,118.28 | Scheduled: | $2,118.28 | |

ACCURATE WASTE
6141 SIESTA LN
PORT RICHEY, FL 34668

Claim Number: 4378
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,091.40 | Scheduled: | $484.00 | |

ACCUTECH INSTRUMENTATION INC
11101 SOUTH CROWN WAY SUITE 4
WELLINGTON, FL 33414

Claim Number: 3931
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $997.85 | Scheduled: | $997.85 | |

ACE HARDWARE
43146 US HWY 72
STEVENSON, AL 35772

Claim Number: 4935
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,466.31 | Scheduled: | $3,198.12 | |

ACE INDUSTRIES, INC./CRANES-HOISTS
CHERYL ROSSBOROUGH
6295 MCDONOUGH DR.
NORCROSS, GA 30093

Claim Number: 8928
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $20,162.87 | Scheduled: | $20,162.87 | Allowed: | $20,162.87 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACE MACHINE SHOP SERVICES<br>ATTN GENE WAGNER<br>447393 HIGHWAY 301<br>CALLAHAN, FL 32011 | | Claim Number: 179<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $24,711.00 | Scheduled: | $36,113.00 | Allowed: | $24,711.00 |
| ACE METAL SUPPLY, INC.<br>5221 G STREET<br>CHINO, CA 91710-5145 | | Claim Number: 12163<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $7,136.95 | Scheduled: | $7,213.88 | | |
| ACE WHOLESALE INC<br>PO BOX 1651<br>CONWAY, SC 29526 | | Claim Number: 5771<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $9,400.32 | Scheduled: | $9,400.32 | | |
| ACG LOGISTICS INC<br>PO BOX 1200<br>DOYLESTOWN, PA 18901-0078 | | Claim Number: 6924<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $12,650.00 | Scheduled: | $44,376.00 | | |
| ACL SERVICES LTD.<br>1550 ALBERNI STREET<br>VANCOUVER, BC V6G 1A5<br>CANADA | | Claim Number: 726<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $393.90 | Scheduled: | $6,144.90 | | |

---

ACME JANITOR EQUIPMENT CO.- ASSIGNOR
C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE
& ATTORNEY-IN-FACT
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 9178
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $202.73 | Scheduled: | $928.68 |
|---|---|---|---|---|

ACN - RICHMOND, LLC
7664 PLAZA CT
WILLOWBROOK, IL 60527-5607

Claim Number: 529
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $151.00 | Scheduled: | $151.00 |
|---|---|---|---|---|

ACOPIAN TECHNICAL COMPANY
PO BOX 638
EASTON, PA 18044

Claim Number: 4072
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $270.69 | Scheduled: | $270.69 |
|---|---|---|---|---|

ACORS LOGGING COMPANY
6128 MARYE ROAD
WOODFORD, VA 22580

Claim Number: 7269
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,006.03 | Scheduled: | $20,012.06  UNLIQ |
|---|---|---|---|---|

ACOUSTIC TECHNOLOGY INC
30 JEFFRIES STREET
EAST BOSTON, MA 02128

Claim Number: 3768
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,275.03 | Scheduled: | $1,275.03 |
|---|---|---|---|---|

ACR PROCESS EQUIPMENT INC.
PO BOX 950819
LAKE MARY, FL 32795-0819

Claim Number: 4068
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,852.35 | Scheduled: | $1,852.35 |
|---|---|---|---|---|

ACROWOOD CORP
PO BOX 1028
EVERETT, WA 98206

Claim Number: 12395-02
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,711.84 | Scheduled: | $3,538.84 |
|---|---|---|---|---|

ACS
600 TELEPHONE AVENUE
ANCHORAGE, AK 99503

Claim Number: 11641
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $849.24 | Scheduled: | $1,103.67 |
|---|---|---|---|---|

ACTION CLEANING SYSTEMS INC
PO BOX 4910
TYLER, TX 75702

Claim Number: 5032
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,095.03 | Scheduled: | $1,081.84 |
|---|---|---|---|---|

ACTION FLEXO GRAPHICS CO., INC.
P.O. BOX 162
5215 PARK AVENUE, WEST
SEVILLE, OH 44273

Claim Number: 2360
Claim Date: 04/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $85,312.50 | Scheduled: | $88,047.02 | Allowed: | $85,312.50 |
|---|---|---|---|---|---|---|

---

ACTIVE RECYCLING COMPANY INC
2000 WEST SLAUSON AVENUE
LOS ANGELES, CA 90047

Claim Number: 12187
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,617.89 | Scheduled: | $2,536.00 | | |
|---|---|---|---|---|---|---|

AD LIFT TRUCK
5434 NATURAL LIFT TRUCK
SAINT LOUIS, MO 63120

Claim Number: 9158
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,702.92 | Scheduled: | $3,243.79 | | |
|---|---|---|---|---|---|---|

ADALIS CORPORATION
C/O HB FULLER COMPANY
ATTN.: CREDIT DEPARTMENT
P.O. BOX 64683
SAINT PAUL, MN 55164-0683

Claim Number: 7921-01
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8408 (08/18/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $279,945.60 | | | Allowed: | $279,945.60 |
|---|---|---|---|---|---|---|

ADALIS CORPORATION
C/O HB FULLER COMPANY
ATTN.: CREDIT DEPARTMENT
P.O. BOX 64683
SAINT PAUL, MN 55164-0683

Claim Number: 7921-02
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8408 (08/18/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $112,695.60 | | | Allowed: | $112,695.60 |
|---|---|---|---|---|---|---|

ADALIS CORPORATION
ATTN: CREDIT DEPT.
P.O. BOX 65492
SAINT PAUL, MN 55165-0492

Claim Number: 13623
Claim Date: 11/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5047 (02/16/2010)

| UNSECURED | Claimed: | $1,400,000.00 | Scheduled: | $404,779.09 | | |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADAMS AIR & HYDRAULICS INC<br>7209 E ADAMO DR<br>TAMPA, FL 33619 | | Claim Number: 3367<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $76,001.67 | Scheduled: | $75,990.21 | | | |
| ADAMS KEEGAN, INC.<br>6055 PRIMACY PKWY, STE 300<br>MEMPHIS, TN 38119 | | Claim Number: 17<br>Claim Date: 01/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $4,229.89 | Scheduled: | $4,374.89 | | | |
| ADAMS, KEVIN C.<br>155 BEAUFORT CIRCLE<br>MADISON, MS 39110 | | Claim Number: 1397<br>Claim Date: 03/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | | | |
| PRIORITY | Claimed: | $1,831.14 | | | | | |
| ADCOCK, ROYCE LENARD<br>1255 MT. OLIVE ROAD<br>QUITMAN, LA 71268 | | Claim Number: 10392<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |
| ADCRAFT, INC.<br>PO BOX 7737<br>SAINT LOUIS, MO 63106 | | Claim Number: 2310<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $13,001.80 | Scheduled: | $13,001.08 | Allowed: | $13,001.80 | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

| ADDISON, WILLIE | | Claim Number: 10693 | | |
| C/O JAMES E. SORENSON, ESQ. | | Claim Date: 08/26/2009 | | |
| WILLIAMS, GAUTIER, GWYNN, DELOACH & | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| SORENSON P.A. PO BOX 4128 | | Comments: EXPUNGED | | |
| TALLAHASSEE, FL 32315-4128 | | DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $53,143.64 | | |

---

| ADKINS JANITORIAL | | Claim Number: 5478 | | |
| 765 KATE PORTER RD. | | Claim Date: 07/16/2009 | | |
| HUMBOLDT, TN 38343 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| | | Comments: DOCKET: 6353 (03/29/2010) | | |
| | | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,800.00 | Scheduled: | $1,806.50 |

---

| ADMAR SUPPLY CO | | Claim Number: 3954 | | |
| 1950 BRIGHTON HENRIETTA ROAD | | Claim Date: 07/08/2009 | | |
| ROCHESTER, NY 14623 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| | | Comments: | | |
| | | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $842.81 | Scheduled: | $842.81 |

---

| ADP SCREENING & SELECTION SVCS (TUPELO) | | Claim Number: 8144 | | |
| 36307 TREASURY CENTER | | Claim Date: 08/18/2009 | | |
| CHICAGO, IL 60694 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| | | Comments: DOCKET: 9602 (08/25/2017) | | |
| | | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $17,209.20 | Scheduled: | $7,256.01 |

---

| ADP SCREENING (ARCADIA) | | Claim Number: 8143 | | |
| 36307 TREASURY CENTER | | Claim Date: 08/18/2009 | | |
| MSC-410369 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| CHICAGO, IL 60694 | | Comments: DOCKET: 8093 (06/21/2010) | | |
| | | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,720.83 | | |

---

ADP SCREENING AND SELECTION (CORP)
36307 TREASURY CENTER
CHICAGO, IL 60694

Claim Number: 8142
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $523.67 | Scheduled: | $9,702.85 | | | |

ADT SECURITY SERVICES, INC.
14200 E EXPOSITION AVENUE
AURORA, CO 80012

Claim Number: 5356
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $264,771.91 | Scheduled: | $302,607.35 | Allowed: | $264,771.91 |

ADVANCE ELECTRIC
PO BOX 1360
DOVER, FL 33527

Claim Number: 5005
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,186.00 | Scheduled: | $2,186.00 | | | |

ADVANCE FIRE PROTECTION CO INC
1451 WEST LAMBERT ROAD
LA HABRA, CA 90631

Claim Number: 4377
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $912.00 | Scheduled: | $912.00 | | | |

ADVANCE NOTICE, INC.
P.O. BOX 593
PEABODY, MA 01960

Claim Number: 2149
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,258.00 | | | | | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | | |
|---|---|---|---|---|---|
| ADVANCE WATER ENGINEERING INC<br>807 N 2ND STREET<br>SAN JOSE, CA 95112 | | Claim Number: 3721<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $956.28 | Scheduled: | $956.28 | |
| ADVANCED AIR TECHNOLOGY<br>5 REVERE DRIVE SUITE 200<br>NORTHBROOK, IL 60062 | | Claim Number: 10759<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $13,031.41 | |
| ADVANCED ANALYTICAL LABS LLC<br>PO BOX 760<br>WHITEHOUSE, TX 75791-0760 | | Claim Number: 5702<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $288.00 | Scheduled: | $288.00 | |
| ADVANCED DISPOSAL SERVICES INC<br>PO BOX 791404<br>BALTIMORE, MD 21279-1404 | | Claim Number: 11875<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | | |
| UNSECURED | Claimed: | $79,919.05 | Scheduled: | $398,707.99 | |
| ADVANCED DISPOSAL SERVICES LLC<br>5734 COLUMBIA ROAD<br>GROVETOWN, GA 30813 | | Claim Number: 4505<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | | |
| UNSECURED | Claimed: | $1,320.86 | Scheduled: | $482.00  UNLIQ | |

ADVANCED ENTERPRISES INC
508 S CHURCH STREET
MURFREESBORO, TN 37130

Claim Number: 9626
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,790.00 | Scheduled: | $12,790.00 | Allowed: | $12,790.00 |

ADVANCED FLUID POWER INC
5780 I 10 INDUSTRIAL PARK
P.O.BOX 628
THEODORE, AL 36590

Claim Number: 4100-01
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $893.15 | Scheduled: | $1,301.90 |

ADVANCED FLUID POWER INC
5780 I 10 INDUSTRIAL PARK
P.O.BOX 628
THEODORE, AL 36590

Claim Number: 4100-02
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $408.75 | | Allowed: | $408.75 |

ADVANCED IMAGING SYSTEMS
8011 CYPRESS POINTE
MONROE, GA 30656

Claim Number: 4980
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $894.00 |

ADVANCED PACKAGING TECHNOLGY LABS INC
200 LARKIN DRIVE UNIT H
WHEELING, IL 60090

Claim Number: 6641
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $950.00 | Scheduled: | $950.00 |

| | | | | |
|---|---|---|---|---|
| ADVANCED POLYMER RECYCLING<br>2742 HANCOCK STREET<br>KNOXVILLE, TN 37917 | Claim Number: 3626<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |

| UNSECURED | Claimed: | $15,808.35 | Scheduled: | $15,274.00 | | |
|---|---|---|---|---|---|---|

| ADVANCED WASTE SERVICES<br>1126 SOUTH 70TH STREET<br>SUITE N 408B<br>MILWAUKEE, WI 53214 | Claim Number: 957<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $14,886.20 | Scheduled: | $14,386.20 | Allowed: | $14,886.20 |
|---|---|---|---|---|---|---|

| ADVANCED WEIGH TECHNOLOGIES INC<br>PO BOX 924873<br>HOUSTON, TX 77292-4873 | Claim Number: 6608<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $246.27 | Scheduled: | $227.50 | | |
|---|---|---|---|---|---|---|

| ADVANTAGE TRANSPORT INC<br>PO BOX 16006<br>PHOENIX, AZ 85011 | Claim Number: 10682<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $69,296.10 | Scheduled: | $142,514.65  UNLIQ | | |
|---|---|---|---|---|---|---|

| AE FOUNDATION<br>1529 DAVIS ROAD<br>OTTAWA, KS 66067 | Claim Number: 7835<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $27,895.26 | Scheduled: | $27,895.26 | Allowed: | $27,895.26 |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| AEARO TECHNOLOGIES<br>90 MECHANIC STREET<br>SOUTHBRIDGE, MA 01550 | | Claim Number: 9283<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,636.23 | Scheduled: | $5,036.23 | |
| AERC RECYCLING SOLUTIONS<br>3 GOLD MINE ROAD<br>SUITE 106<br>FLANDERS, NJ 07836 | | Claim Number: 5140<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,260.78 | Scheduled: | $2,774.27 | |
| AERIAL EQUIPMENT SERVICES, INC.<br>PO BOX 176<br>HICKORY, NC 28603 | | Claim Number: 3132<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $457.04 | Scheduled: | $457.04 | |
| AFFCO INC<br>1015 E 6TH ST<br>ANACONDA, MT 59711-2658 | | Claim Number: 13403<br>Claim Date: 10/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8953 (02/22/2011)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,197.05 | Scheduled: | $8,113.05 | |
| AFP CORPORATION<br>DBA ASSOCIATED FIRE PROTECTION<br>2316 SO. 24TH STREET<br>OMAHA, NE 68108 | | Claim Number: 702<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $19,124.48 | Scheduled: | $3,576.48 | |

AFP INDUSTRIES INC
PO BOX 490
CHESTERFIELD, VA 23832

Claim Number: 4796
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $25,993.09 | Scheduled: | $24,002.16 | Allowed: | $25,993.09 |

AG MACHINE INC.
P.O. BOX 237
WEYERS CAVE, VA 24486

Claim Number: 10629-01
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE UNSECURED | Claimed: | $1,714.30 | Scheduled: | $5,423.53 |

AG MACHINE INC.
P.O. BOX 237
WEYERS CAVE, VA 24486

Claim Number: 10629-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $963.08 |

AG STACKER INC.
P.O. BOX 237
WEYERS CAVE, VA 24486

Claim Number: 10630-01
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE UNSECURED | Claimed: | $1,800.00 | Scheduled: | $17,119.52 |

AG STACKER INC.
P.O. BOX 237
WEYERS CAVE, VA 24486

Claim Number: 10630-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,087.20 | Allowed: | $15,087.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| AGE INDUSTRIES INC<br>PO BOX 539<br>CLEBURNE, TX 76033-0539 | | Claim Number: 4509<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,016.88 | Scheduled: | $3,016.88 | | |
| AGE INDUSTRIES, LTD<br>410 COMMERCE<br>CONWAY, AR 72032 | | Claim Number: 1876<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | | |
| UNSECURED | Claimed: | $2,984.08 | | | | |
| AGENCY<br>STEPHEN K. DEXTER<br>LATHROP & GAGE LLP<br>370 17TH STREET, SUITE 4650<br>DENVER, CO 80202-5607 | | Claim Number: 11160<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9076 (06/03/2011) | | | | |
| UNSECURED | Claimed: | $72,916.67 | | | Allowed: | $67,000.00 |
| AGGREGATE PRODUCTS, INC.<br>C/O ROBERT AGUILAR, ESQ<br>PO BOX 855<br>ORANGE PARK, FL 32067-8055 | | Claim Number: 2490<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $9,264.59 | Scheduled: | $7,282.53 | | |
| AGGREKO LLC<br>PO BOX 972562<br>DALLAS, TX 75397-2562 | | Claim Number: 5664<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $125,778.75 | Scheduled: | $129,984.96 | Allowed: | $125,778.75 |

---

AGM CONTAINER CONTROLS INC
PO BOX 40020
TUCSON, AZ 85717

Claim Number: 7032
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,124.27 | Scheduled: | $5,124.27 | | |

AIB INTERNATIONAL INC
PO BOX 3999
MANHATTAN, KS 66505-3999

Claim Number: 4932
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,912.69 | Scheduled: | $14,000.97 | Allowed: | $13,912.69 |

AIG CASUALTY COMPANY, ET. AL.
C/O MICHELLE LEVITT
CHARTIS US
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10784
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ | | | |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ | | | |
| UNSECURED | Claimed: | $0.00 | UNLIQ | | | |

AIG COMMERCIAL EQUIPMENT FINANCE, INC.
C/L JOSEPH GENSOR
5700 GRANITE PARKWAY, SUITE 850
PLANO, TX 75024

Claim Number: 7676
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,725.75 | UNLIQ | | | |
| UNSECURED | Claimed: | $4,944.69 | UNLIQ | | | |

AIG COMMERCIAL EQUIPMENT FINANCE, INC.
C/O JOSEPH GENSOR
5700 GRANITE PARKWAY, SUITE 850
PLANO, TX 75024

Claim Number: 99023
Claim Date: 10/04/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | | | Allowed: | $10,000.00 |

AIKEN & AUGUSTA SHREDDING, LLC
3205 EASY ST.
AUGUSTA, GA 30904

Claim Number: 920
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7651 (05/18/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,662.80 | | | | | |

AIR CAPITAL DELIVERY & WAREHOUSE, LLC
5841 N. PROSPECT RD.
WICHITA, KS 67204

Claim Number: 1462
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5732 (03/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $21,980.62 | Scheduled: | $62,550.08 | Allowed: | $21,980.62 |

AIR COMPLIANCE TESTING INC.
C/O FINLEY & CO., L.P.A.
45 W. PROSPECT AVE. #1650-GH
CLEVELAND, OH 44115

Claim Number: 3103
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,640.00 | | | | | |

AIR COMPLIANCE TESTING INC.
C/O FINLEY & CO., L.P.A.
45 W. PROSPECT AVE. #1650-GH
CLEVELAND, OH 44115

Claim Number: 3295
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,640.00 | | | | | |

AIR CONSULTING ENGINEERS INC
2123 OLD SPARTANBURG ROAD
GREER, SC 29650

Claim Number: 5274
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,534.55 | Scheduled: | $4,534.55 | | | |

---

AIR CONVEYING CORPORATION
2196 E. PERSON AVE
MEMPHIS, TN 38114

Claim Number: 576
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,900.00 | Scheduled: | $13,422.21 |
|---|---|---|---|---|

---

AIR CONVEYING CORPORATION
2196 E. PERSON AVE
MEMPHIS, TN 38114

Claim Number: 577
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $522.21 | | |
|---|---|---|---|---|

---

AIR FLOW INC
203 AERO COURT
GREENSBORO, NC 27409

Claim Number: 3891
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $296.50 | Scheduled: | $296.50 |
|---|---|---|---|---|

---

AIR POWER OF NEBRASKA INC
5401 SO 72ND STREET
PO BOX 27009
OMAHA, NE 68127

Claim Number: 351
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,922.77 | Scheduled: | $1,922.77 |
|---|---|---|---|---|

---

AIR PRODUCTS
7201 HAMILTON BLVD
ALLENTOWN, PA 18195

Claim Number: 10112
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,864.81 | Scheduled: | $3,864.81 |
|---|---|---|---|---|

---

| | | | | | | |
|---|---|---|---|---|---|---|
| AIR PRODUCTS<br>7201 HAMILTON BLVD<br>ALLENTOWN, PA 18195 | | Claim Number: 10113-02<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,714.50 | Scheduled: | $8,012.38 | | |
| AIR SYSTEMS COMPONENTS INC<br>885 E. COLLINS BLVD, #10<br>RICHARDSON, TX 75081 | | Claim Number: 5014<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $179.84 | Scheduled: | $286.00 | | |
| AIR TECHNOLOGIES INC<br>PO BOX 474452<br>CLEVELAND, OH 44193 | | Claim Number: 7873<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,254.97 | | | | |
| AIR TECHNOLOGIES, INC.<br>PO BOX 73278<br>CLEVELAND, OH 44193 | | Claim Number: 7872<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $10,854.99 | Scheduled: | $26,504.66 | Allowed: | $10,854.99 |
| AIRCO COMMERCIAL SERVICES, INC<br>5725 ALDER AVENUE<br>SACRAMENTO, CA 95828 | | Claim Number: 869<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,391.00 | Scheduled: | $2,391.00 | | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

AIRGAS EAST
C/O KEVIN SHEA
27 NORTHWESTERN DRIVE
SALEM, NH 03079-4809

Claim Number: 644
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,243.73 | Scheduled: | $18,250.74 | Allowed: | $15,243.73 |
|---|---|---|---|---|---|---|

AIRGAS GREAT LAKES INC
6055 ROCKSIDE WOODS BLVD.
CLEVELAND, OH 44131

Claim Number: 11403
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $347.71 | Scheduled: | $919.32 | | |
|---|---|---|---|---|---|---|

AIRGAS NOR PAC INC
PO BOX 7427
PASADENA, CA 91109-7427

Claim Number: 9780
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,318.10 | Scheduled: | $1,199.16 | | |
|---|---|---|---|---|---|---|

AIROYAL DIV OF DELTA SALES CO. INC.
1355 ROUTE 23
BUTLER, NJ 07405

Claim Number: 2740
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $711.55 | | | | |
|---|---|---|---|---|---|---|

AIROYAL DIVISION INC
1355 ROUTE 23
BUTLER, NJ 07405

Claim Number: 3811
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $696.00 | Scheduled: | $696.00 | | |
|---|---|---|---|---|---|---|

---

| AIRTEK CONSTRUCTION, INC. | Claim Number: 11096 |
| MARY E. AUGUSTINE, ESQUIRE | Claim Date: 08/27/2009 |
| CIARDI CIARDI & ASTIN | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 919 NORTH MARKET STREET, SUITE 700 | Comments: EXPUNGED |
| WILMINGTON, DE 19801 | DOCKET: 5731 (03/10/2010) |

| SECURED | Claimed: | $1,892,765.94 | | |
|---|---|---|---|---|

| AITCHISON RICHMOND SUPPLY CO | Claim Number: 5744 |
| 502 SYLVANIE STREET | Claim Date: 07/20/2009 |
| SAINT JOSEPH, MO 64501 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: |
| | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $2,603.83 | Scheduled: | $2,545.46 |
|---|---|---|---|---|

| AJILON PROFESSIONAL STAFFING, LLC | Claim Number: 7398 |
| 175 BROADHOLLOW ROAD | Claim Date: 07/30/2009 |
| MELVILLE, NY 11747 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: DOCKET: 7555 (05/10/2010) |
| | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $4,887.75 | Scheduled: | $4,887.75 |
|---|---|---|---|---|

| AK INDUSTRIAL HARDWARE | Claim Number: 4184 |
| 2192 VIKING DRIVE | Claim Date: 07/09/2009 |
| ANCHORAGE, AK 99501 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: |
| | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $3,591.61 | Scheduled: | $3,591.61 |
|---|---|---|---|---|

| AKHURST MACHINERY INC | Claim Number: 7184 |
| 1669 FOSTERS WAY ANNACIS | Claim Date: 08/05/2009 |
| DELTA, BC V3M 6S7 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| CANADA | Comments: |
| | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $822.45 | Scheduled: | $822.45 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| AKINS OVERHEAD DOOR<br>3395 VESTA ROAD<br>LEBANON, TN 37090 | | Claim Number: 13285<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $12,065.00 | Scheduled: | $12,065.00 |
| AKRON BEARING CO. INC.<br>1965 S. ARLINGTON RD<br>P.O. BOX 7159<br>AKRON, OH 44306 | | Claim Number: 8281-02<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $882.30 | | |
| AKRON BEARING COMPANY INC<br>PO BOX 7159<br>AKRON, OH 44306 | | Claim Number: 4363<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | | |
| UNSECURED | Claimed: | $662.59 | Scheduled: | $662.59 |
| AL JOHNSON TRANSPORT INC<br>81 ST ANTHONY PARKWAY<br>MINNEAPOLIS, MN 55418 | | Claim Number: 5326<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,583.57 | Scheduled: | $7,597.67 |
| ALA RECYCLING INDUSTRIES<br>29 AUDUBON DR<br>CHESTNUT HILL, MA 02467-2620 | | Claim Number: 316<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,640.90 | Scheduled: | $1,333.00 |

ALABAMA DUMPSTER SERVICE
PO BOX 279
HOPE HULL, AL 36043

Claim Number: 5114
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,799.00 | Scheduled: | $2,833.01 | |

ALABAMA GAS CORPORATION
ATTN: NANCY ROLAND (205) 326-8173
605 RICHARD ARRINGTON, JR. BLVD. NORTH
BIRMINGHAM, AL 35203-2707

Claim Number: 5895
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,766.85 | | |

ALABAMA GAS CORPORATION
ATTN: NANCY ROLAND
605 RICHARD ARRINGTON, JR. BLVD. NORTH
BIRMINGHAM, AL 35203-2707

Claim Number: 5896
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26,115.49 | Allowed: | $26,115.49 |

ALABAMA GAS CORPORATION
ATTN: NANCY ROLAND
605 RICHARD ARRINGTON, JR. BLVD. NORTH
BIRMINGHAM, AL 35203-2707

Claim Number: 5897
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,018.79 | | |

ALABAMA GAS CORPORATION
ATTN: NANCY ROLAND
605 RICHARD ARRINGTON, JR. BLVD. NORTH
BIRMINGHAM, AL 35203-2707

Claim Number: 5898
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $31,381.56 | Allowed: | $31,381.56 |

ALABAMA GAS CORPORATION
605 RICHARD ARRINGTON JR. BOULEVARD N.
BIRMINGHAM, AL 35203-2707

Claim Number: 5899
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,647.50 | | | | |
|---|---|---|---|---|---|---|

ALABAMA INDUSTRIAL LLC
PO BOX 610246
BIRMINGHAM, AL 35261

Claim Number: 4977
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $804.65 | Scheduled: | $574.05 | | |
|---|---|---|---|---|---|---|

ALABAMA POWER COMPANY
ERIC T. RAY
BALCH & BINGHAM LLP
P.O. BOX 306
BIRMINGHAM, AL 35201

Claim Number: 2081
Claim Date: 04/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7432 (05/04/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $94,679.20 | Scheduled: | $66,559.75 | Allowed: | $94,679.20 |
|---|---|---|---|---|---|---|

ALABAMA STATE PORT AUTHORITY
PO BOX 1588
MOBILE, AL 36633

Claim Number: 4542
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,760.80 | Scheduled: | $5,760.80 | | |
|---|---|---|---|---|---|---|

ALAR CHEMICAL SALES, INC.
9651 W. 196TH STREET
MOKENA, IL 60448

Claim Number: 8027
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $399.42 | | | | |
|---|---|---|---|---|---|---|

| ALAR CHEMICAL SALES, INC.<br>9651 W 196TH STREET<br>MOKENA, IL 604489 | Claim Number: 8036<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|
| UNSECURED          Claimed: | $12,830.95 |

| ALAR CHEMICAL SALES, INC.<br>9651 W 196TH STREET<br>MOKENA, IL 604489 | Claim Number: 8037<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|
| UNSECURED          Claimed: | $3,913.65 |

| ALAR CHEMICAL SALES, INC.<br>9651 W 196TH STREET<br>MOKENA, IL 604489 | Claim Number: 8038<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|
| UNSECURED          Claimed: | $374.44 |

| ALAR CHEMICAL SALES, INC.<br>9651 W 196TH STREET<br>MOKENA, IL 604489 | Claim Number: 8039<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID |
|---|---|
| UNSECURED          Claimed: | $4,335.55 |

| ALAR CHEMICAL SALES, INC.<br>9651 W 196TH STREET<br>MOKENA, IL 604489 | Claim Number: 8040<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|
| UNSECURED          Claimed: | $3,349.64 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | |
|---|---|---|
| ALAR CHEMICAL SALES, INC.<br>9651 W 196TH STREET<br>MOKENA, IL 604489 | | Claim Number: 8041<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $7,345.24 |
| ALAR CHEMICAL SALES, INC.<br>9651 W 196TH STREET<br>MOKENA, IL 604489 | | Claim Number: 8042<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $7,185.48 |
| ALAR CHEMICAL SALES, INC.<br>9651 W 196TH STREET<br>MOKENA, IL 604489 | | Claim Number: 8043<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $3,606.90 |
| ALAR CHEMICAL SALES, INC.<br>9651 W 196TH STREET<br>MOKENA, IL 604489 | | Claim Number: 8044<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $8.00 |
| ALAR CHEMICAL SALES, INC.<br>9651 W 196TH STREET<br>MOKENA, IL 604489 | | Claim Number: 8045<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $6,698.64 |

---

ALAR CHEMICAL SALES, INC.
9651 W 196TH STREET
MOKENA, IL 604489

Claim Number: 8046
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,566.31 | | |

---

ALAR ENGINEERING CORPORATION
9651 W. 196TH STREET
MOKENA, IL 60448

Claim Number: 8026
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $529.83 | Scheduled: | $61,652.43 |

---

ALAR ENGINEERING CORPORATION
9651 WEST 196TH STREET
MOKENA, IL 60448

Claim Number: 8028
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,067.09 | | |

---

ALAR ENGINEERING CORPORATION
9651 WEST 196TH STREET
MOKENA, IL 60448

Claim Number: 8029
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $132.88 | | |

---

ALAR ENGINEERING CORPORATION
9651 WEST 196TH STREET
MOKENA, IL 60448

Claim Number: 8030
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $582.54 | | |

---

| | | | | |
|---|---|---|---|---|
| ALAR ENGINEERING CORPORATION<br>9651 WEST 196TH STREET<br>MOKENA, IL 60448 | | Claim Number: 8031<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $16.66 | | |
| ALAR ENGINEERING CORPORATION<br>9651 WEST 196TH STREET<br>MOKENA, IL 60448 | | Claim Number: 8032<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,193.64 | Scheduled: | $8,193.64 |
| ALAR ENGINEERING CORPORATION<br>9651 WEST 196TH STREET<br>MOKENA, IL 60448 | | Claim Number: 8033<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $93.31 | | |
| ALAR ENGINEERING CORPORATION<br>9651 WEST 196TH STREET<br>MOKENA, IL 60448 | | Claim Number: 8034<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $697.48 | | |
| ALAR ENGINEERING CORPORATION<br>9651 WEST 196TH STREET<br>MOKENA, IL 60448 | | Claim Number: 8035<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $662.14 | | |

---

ALAR ENGINEERING CORPORATION
9651 W 196TH STREET
MOKENA, IL 60448

Claim Number: 8047
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5.64 | | |
|---|---|---|---|---|

---

ALBANY SCALE COMPANY INC
PO BOX 871
ALBANY, GA 31702-0871

Claim Number: 4470
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,972.69 | Scheduled: | $1,824.15 |
|---|---|---|---|---|

---

ALBERT LEA PUBLIC WAREHOUSE
2301 MYERS ROAD
ALBERT LEA, MN 56007

Claim Number: 10571
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,788.66 | Scheduled: | $5,577.31 UNLIQ |
|---|---|---|---|---|

---

ALBERT, FRED, NAMED PLAINTIFF IN
ERICKSON, ROY D., ET AL.
C/O TOM L. LEWIS: LEWIS, SLOVAK &
KOVACICH, PC, P.O. BOX 2325
GREAT FALLS, MT 59403

Claim Number: 6653
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,000.00 | | |
|---|---|---|---|---|

---

ALBERTSON'S, LLC
SUPERVALU INC.
LEGAL DEPT. KIMBERLY J. MARSHALL
11840 VALLEY VIEW ROAD
EDEN PRAIRIE, MN 55341

Claim Number: 1993
Claim Date: 03/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $50,613.35 | Scheduled: | $49,373.85 |
|---|---|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| ALBUQUERQUE INDUSTRIAL<br>139-15 83RD AVE. #634<br>BRIARWOOD, NY 11435 | | Claim Number: 1628<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,022.00 | Scheduled: | $2,022.00 |
| ALCA CORP<br>593 N FAIRVIEW<br>ST PAUL, MN 55104 | | Claim Number: 4781<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $616.25 | Scheduled: | $616.25 |
| ALDERMANS SAW SHOP INC<br>PO BOX 1205<br>WARSAW, VA 22572 | | Claim Number: 6171<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $921.19 | Scheduled: | $958.93 |
| ALDI, INC.<br>2651 STATE  ROAD 17 S<br>HAINES CITY, FL 338441503 | | Claim Number: 4329<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,600.00 | Scheduled: | $8,990.00 |
| ALDON COMPUTER GROUP CORP<br>6001 SHELLMOUND ST STE 600<br>EMERYVILLE, CA 94608-1901 | | Claim Number: 7238<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $675.35 | Scheduled: | $675.35 |

---

ALDY, TONY DALE
905 FIRETIRE ROAD
JONESBORO, LA 71251

Claim Number: 10294
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

ALEXIS OIL CO
219 GLIDER CIRCLE
CORONA, CA 91720

Claim Number: 4757
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,784.96 | Scheduled: | $4,954.97 |
|---|---|---|---|---|

ALL BRAND SUPPLY
170 N BLACK HORSE PIKE
MOUNT EPHRAIM, NJ 08059

Claim Number: 4202
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,175.44 | Scheduled: | $2,175.44 |
|---|---|---|---|---|

ALL CONTROL ENTERPRISES
1644 CAMBRIDGE DRIVE
ELGIN, IL 60123

Claim Number: 4517
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $216.94 | Scheduled: | $216.94 |
|---|---|---|---|---|

ALL HAUL
PO BOX 14049
FORT PIERCE, FL 34979

Claim Number: 9664
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $533.29 | Scheduled: | $489.00 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| ALL PHASE ELECTRIC SUPPLY CO<br>PO BOX 450<br>LIMA, OH 45802 | | Claim Number: 6563<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $386.13 | Scheduled: | $386.13 | | |
| ALL POINTS RECYCLING, LLC<br>BRENDA FLETCHER, OWNER<br>1603 MAIN ST.<br>CASSVILLE, MO 65625 | | Claim Number: 1885<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $393.94 | | | | |
| ALL PRINTING RESOURCES<br>140 W. LAKE DRIVE<br>GLENDALE HEIGHTS, IL 60139 | | Claim Number: 11000-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $14,692.00 | Scheduled: | $16,764.84 | Allowed: | $14,692.00 |
| ALL PRINTING RESOURCES INC<br>140 W LAKE DRIVE<br>GLENDALE HEIGHTS, IL 60139 | | Claim Number: 10999<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $198.19 | Scheduled: | $198.19 | | |
| ALL SOURCE SECURITY CONTAINERS<br>C/O HOUSE OF ADJUSTMENTS, INC.<br>715 MAMARONECK AVENUE, P.O. BOX 780<br>MAMARONECK, NY 10543 | | Claim Number: 1806<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | | |
| UNSECURED | Claimed: | $11,412.60 | | | | |

---

ALL STAR MACHINE & WELDING INC
PO BOX 850123
MESQUITE, TX 75185

Claim Number: 9696
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,763.90 | Scheduled: | $4,763.90 |
|---|---|---|---|---|

ALL STAR TRUCKING INC
1606 PROGRESS WAY, SUITE B
CLARKSVILLE, IN 47129

Claim Number: 4058
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,350.25 | Scheduled: | $580.25 |
|---|---|---|---|---|

ALL STATE INDUSTRIES INC
520 S 18TH ST
WEST DES MOINES, IA 50265-5532

Claim Number: 4140
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,232.57 | Scheduled: | $15,232.57 |
|---|---|---|---|---|

ALL STATE TRANSPORTATION OF NYC INC
PO BOX 141021
STATEN ISLAND, NY 10314

Claim Number: 9057
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $139,697.13 | Scheduled: | $96,670.78 |
|---|---|---|---|---|

ALL STATES RENTALS INC
PO BOX 900
NORTH SCITUATE, RI 02857

Claim Number: 3994
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,356.72 | Scheduled: | $1,809.13 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| ALL WASTE INC<br>PO BOX 2472<br>HARTFORD, CT 06146 | | Claim Number: 8413<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,771.51 | Scheduled: | $3,053.16 | | |
| ALL WEST CONTAINER CO<br>30 TANFORAN AVE<br>S SAN FRANCISCO, CA 94080 | | Claim Number: 3717<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $73,147.79 | Scheduled: | $73,147.79 | | |
| ALL-FAST, INC.<br>8690 HACKS CROSS RD.<br>OLIVE BRANCH, MS 38654 | | Claim Number: 3168<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,400.98 | Scheduled: | $1,345.00 | | |
| ALL4 INC.<br>PO BOX 299<br>KIMBERTON, PA 19442-0299 | | Claim Number: 1988<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5460 (02/26/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $65,576.14 | Scheduled: | $77,018.65 | Allowed: | $65,576.14 |
| ALLEGHENY PLANT SERVICES, INC.<br>PO BOX 525<br>1204 FIFTH ST.<br>WEST ELIZABETH, PA 15088 | | Claim Number: 3548<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $95,433.70 | Scheduled: | $356,919.92 UNLIQ | Allowed: | $95,433.70 |

ALLEGIANT GLOBAL SERVICES
3719 W 96TH STREET
INDIANAPOLIS, IN 46268

Claim Number: 11441
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $521.90 | Scheduled: | $521.90 UNLIQ | | |

ALLEGIANT GLOBAL SERVICES LLC
3719 W 96TH STREET
INDIANAPOLIS, IN 46268-3100

Claim Number: 11440
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,708.73 | Scheduled: | $19,290.80 | | |

ALLEGIS GROUP SERVICES INC.
7301 PARKWAY DRIVE
ATTN: JAMES L. MANN, VICE PRESIDENT
HANOVER, MD 21076

Claim Number: 7812
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4111 (01/13/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $98,212.23 | | | Allowed: | $98,212.23 |

ALLEGIS GROUP SERVICES INC.
7301 PARKWAY DRIVE
ATTN: JAMES L. MANN, VICE PRESIDENT
HANOVER, MD 21076

Claim Number: 7813
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4111 (01/13/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $560,640.94 | Scheduled: | $945,415.61 UNLIQ | Allowed: | $560,640.94 |

ALLEN & GRAHAM, INC.
106 ALLEN-GRAHAM BLVD.
BRUNSWICK, GA 31520

Claim Number: 2781
Claim Date: 05/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $122,166.04 | Scheduled: | $122,166.04 | Allowed: | $122,166.04 |

ALLEN ORTON
PO BOX 102643
ATLANTA, GA 30368-2643

Claim Number: 5696
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,231.29 | Scheduled: | $2,214.25 |

ALLEN SPECIALTY HARDWARE, INC.
135 CHELSEA
EL PASO, TX 79905

Claim Number: 6710
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,815.00 | Scheduled: | $2,815.00 |

ALLGOOD, JOHN F
FORD & HARRISON LLP
271 17TH STREET, NW
STE 1900
ATLANTA, GA 30363

Claim Number: 6565
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,662.50 | Scheduled: | $1,662.50 |

ALLIANCE ROOFING & SHEET METAL, INC.
4215 EASTERN AVE
BALTIMORE, MD 21224

Claim Number: 1369
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,074.80 | Scheduled: | $2,074.80 |

ALLIANCE SHIPPERS, INC.
C/O RONALD HOROWITZ, ESQ.
14 TINDALL ROAD
MIDDLETOWN, NJ 07748

Claim Number: 6361
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32,486.36 | Scheduled: | $25,463.00 |

| | | | | | |
|---|---|---|---|---|---|
| ALLIANT ENERGY WP&L<br>PO BOX 3068<br>CEDAR RAPIDS, IA 52406-3068 | | Claim Number: 4858<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $58,544.80 | Scheduled: | $31,944.15 | |
| ALLIANT SYSTEMS LLC<br>ATTN: RENEE MCNANNAY<br>1600 NW 167TH PLACE, STE 330<br>BEAVERTON, OR 97006 | | Claim Number: 7884<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $9,743.64 | Scheduled: | $9,743.64 | |
| ALLIED AUTO PARTS INC<br>P.O. BOX 519<br>226 EAST POYTHRESS ST<br>HOPEWELL, VA 23860 | | Claim Number: 647<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $8,438.75 | Scheduled: | $8,430.75 | |
| ALLIED ELECTRIC MOTOR SERVICE<br>4690 E JENSEN AVENUE<br>FRESNO, CA 93725 | | Claim Number: 7424<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $842.26 | Scheduled: | $842.26 | |
| ALLIED ELECTRONICS<br>PO BOX 2325<br>FORT WORTH, TX 76113-2325 | | Claim Number: 4044<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,198.65 | Scheduled: | $1,081.60 | |

| | | | | | |
|---|---|---|---|---|---|
| ALLIED HYDRAULIC SERVICE CO<br>105 NORTH BROAD STREET<br>HELLAM, PA 17406 | | Claim Number: 3635<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $11,190.31 | Scheduled: | $11,177.68 | |
| ALLIED PRINTERS CREDIT UNION<br>1740 DAYTON BLVD<br>CHATTANOOGA, TN 37405 | | Claim Number: 6218<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $225.00 | |
| ALLIED ROOFING & SHEET METAL CO., INC.<br>PO BOX 280744<br>EAST HARTFORD, CT 06128 | | Claim Number: 11728<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,500.00 | Scheduled: | $2,500.00 | |
| ALLIED SECURITY<br>PO BOX 828854<br>PHILADELPHIA, PA 19182-8854 | | Claim Number: 7663<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $43,991.54 | Scheduled: | $50,318.57 | |
| ALLIED WASTE HOUSTON SERVICES GROUP<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | | Claim Number: 11339<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | | |
| UNSECURED | Claimed: | $2,450.79 | | | |

| ALLIED WASTE SERVICE (710)<br>C/O BRYAN ALBUE<br>FENNEMORE CRAIG, PC<br>3003 N CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11435<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|
| UNSECURED          Claimed: | $3,172.21 |

| ALLIED WASTE SERVICES #208<br>FENNEMORE CRIAG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11337<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|
| UNSECURED          Claimed: | $3,100.07 |

| ALLIED WASTE SERVICES (176 & 183)<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-5000 | Claim Number: 11347<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|
| UNSECURED          Claimed: | $10,354.26 |

| ALLIED WASTE SERVICES (264)<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ABLUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11342<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|
| UNSECURED          Claimed: | $2,281.49 |

| ALLIED WASTE SERVICES (455, 469 & 472)<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11326<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
|---|---|
| UNSECURED          Claimed: | $33,638.12   UNLIQ |

| | |
|---|---|
| ALLIED WASTE SERVICES (753)<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012 | Claim Number: 11283<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
| UNSECURED          Claimed: | $5,625.95 |
| ALLIED WASTE SERVICES (821 & 986)<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ | Claim Number: 11345<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
| UNSECURED          Claimed: | $3,816.32 |
| ALLIED WASTE SERVICES OF ATLANTA<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11146<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
| UNSECURED          Claimed: | $2,951.59 |
| ALLIED WASTE SERVICES OF BELLEVIEW (172)<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012 | Claim Number: 11287<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
| UNSECURED          Claimed: | $26,760.25 |
| ALLIED WASTE SERVICES OF BRIDGETON<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11335<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
| UNSECURED          Claimed: | $14,816.21   UNLIQ |

| | |
|---|---|
| ALLIED WASTE SERVICES OF BUFFALO<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11353<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |

| UNSECURED | Claimed: | $3,758.24 |
|---|---|---|

| | |
|---|---|
| ALLIED WASTE SERVICES OF ELKHART<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11351<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |

| UNSECURED | Claimed: | $2,675.05 |
|---|---|---|

| | |
|---|---|
| ALLIED WASTE SERVICES OF HOUSTON<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11340<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |

| UNSECURED | Claimed: | $1,114.45 |
|---|---|---|

| | |
|---|---|
| ALLIED WASTE SERVICES OF HUNTSVILLE<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11333<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |

| UNSECURED | Claimed: | $18,030.15   UNLIQ |
|---|---|---|

| | |
|---|---|
| ALLIED WASTE SERVICES OF KANSAS CITY<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11327<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |

| UNSECURED | Claimed: | $18,873.54   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| ALLIED WASTE SERVICES OF KILGORE<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11144<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | |
| UNSECURED          Claimed: | $6,039.44 | |
| ALLIED WASTE SERVICES OF MEMPHIS<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012 | Claim Number: 11286<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | |
| UNSECURED          Claimed: | $4,085.98   UNLIQ | |
| ALLIED WASTE SERVICES OF MISSOULA<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11148<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | |
| UNSECURED          Claimed: | $25,320.53 | |
| ALLIED WASTE SERVICES OF MONTGOMERY<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11343<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | |
| UNSECURED          Claimed: | $475.00 | |
| ALLIED WASTE SERVICES OF PENSACOLA<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11142<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | |
| UNSECURED          Claimed: | $471.74 | |

| | |
|---|---|
| ALLIED WASTE SERVICES OF RICHMOND<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>300 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 12273<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |

| UNSECURED | Claimed: | $8,556.44 |
|---|---|---|

| | |
|---|---|
| ALLIED WASTE SERVICES OF RICHMOND<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 12277<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |

| UNSECURED | Claimed: | $8,556.44 |
|---|---|---|

| | |
|---|---|
| ALLIED WASTE SERVICES OF SALINAS<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11352<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |

| UNSECURED | Claimed: | $6,649.67 |
|---|---|---|

| | |
|---|---|
| ALLIED WASTE SERVICES OF SAN JOAQUIN<br>VALLEY - FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11330<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |

| UNSECURED | Claimed: | $2,986.07   UNLIQ |
|---|---|---|

| | |
|---|---|
| ALLIED WASTE SERVICES OF SPRINGFIELD<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11344<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |

| UNSECURED | Claimed: | $2,817.22 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| ALLIED WASTE SERVICES OF THE TWIN CITIES -EDEN PRAIRIE<br>FENNEMORE CRAIG P.C., C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11349<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | | |
| UNSECURED | Claimed: | $2,828.01 | | |
| ALLIED WASTE SERVICES OF WEST HOUSTON<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11325<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | | |
| UNSECURED | Claimed: | $3,382.22   UNLIQ | | |
| ALLIED WASTE SERVICES OF WILLIAMSBURG - YORKTOWN - FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 12278<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | | |
| UNSECURED | Claimed: | $942.94 | | |
| ALLISON SYSTEMS CORPORATION (01)<br>220 ADAMS ST.<br>RIVERSIDE, NJ 08075 | Claim Number: 3798-01<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $36.16 | Scheduled: | $2,884.91 |
| ALLSECTOR TECHNOLOGY GROUP INC<br>345 HUDSON STREET<br>NEW YORK, NY 10014 | Claim Number: 11095<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $36,209.65 | Scheduled: | $24,303.40 |

| ALLSTAR SERVICES INC<br>7041 CYPRESS BRIDGE DRIVE S<br>PONTE VEDRA, FL 32082 | Claim Number: 7693<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $1,926.84 | | |
| ALLSTATE LAND & TIMBER INC<br>PO BOX 328<br>HAUGHTON, LA 71037 | Claim Number: 3711<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | | | |
| UNSECURED | Claimed: | $33,427.65 | Scheduled: | $33,427.65 UNLIQ | | |
| ALLSTATE TRANSPORT SERVICE INC<br>1390 WARRENTON RD<br>FREDERICKSBURG, VA 22406 | Claim Number: 6848<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $23,543.50 | Scheduled: | $19,015.90 | Allowed: | $23,543.50 |
| ALOHA FAB AND DOCKWORKS INC<br>1193 N BLUE GUM STREET<br>ANAHEIM, CA 92806 | Claim Number: 5794<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $3,290.59 | Scheduled: | $3,290.59 | | |
| ALP INC<br>PO BOX 414441<br>BOSTON, MA 02241-4441 | Claim Number: 4965<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $7,370.85 | Scheduled: | $7,370.85 | | |

| | | | | | |
|---|---|---|---|---|---|
| ALPAR<br>PO BOX 200393<br>ANCHORAGE, AK 99520 | | Claim Number: 6012<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7770 (05/27/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,766.01 | Scheduled: | $59,648.97  UNLIQ | |
| ALPHA LIBERTY CO, THE<br>PO BOX 276<br>WEST CHESTER, OH 45071-0276 | | Claim Number: 4208<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $311.00 | Scheduled: | $311.00 | |
| ALPHA RECYCLING INC<br>13314 SATICOY STREET<br>NORTH HOLLYWOOD, CA 91605 | | Claim Number: 3983<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $16,121.71 | Scheduled: | $15,542.00 | |
| ALPHABET SHOP INC., THE<br>300 E. ELGIN AVE.<br>ELGIN, IL 60120 | | Claim Number: 4654<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $120.99 | Scheduled: | $110.66 | |
| ALPHAGRAPHICS<br>111 PROSPECT AVE SUITE 100<br>ST. LOUIS, MO 63122 | | Claim Number: 4250<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,063.38 | Scheduled: | $1,439.03 | |

ALRO METALS
DRAWER 641005
P.O.BOX 64000
DETROIT, MI 48264-1005

Claim Number: 9535
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $20,384.95 | Scheduled: | $19,960.97 | Allowed: | $20,384.95 |

ALTERNATIVE REPAIRS/BELZONA
PO BOX 1717
BOONE, NC 28607

Claim Number: 4009
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $45,420.00 | Scheduled: | $45,420.00 | Allowed: | $45,420.00 |

ALTERNATIVE SOLUTIONS INTERNATIONAL INC.
-ASSIGNOR, C/O SIERRA LIQUIDITY FUND,
LLC, ASSIGNEE & ATTORNEY-IN-FACT
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 9175
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $624.78 | Scheduled: | $2,699.78 |

ALTHOFF INDUSTRIES
8001 SO. ROUTE 31
CRYSTAL LAKE, IL 60014

Claim Number: 7136-01
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $631.03 | | |
| UNSECURED | | | Scheduled: | $15,885.52 |

ALTHOFF INDUSTRIES
8001 SO. ROUTE 31
CRYSTAL LAKE, IL 60014

Claim Number: 7136-02
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,862.49 | | Allowed: | $14,862.49 |

---

ALVAREZ, ROBERT A.
C/O KOCH & MCCANN S.C.
342 NORTH WATER STREET, SUITE 830
MILWAUKEE, WI 53202

Claim Number: 99029
Claim Date: 06/14/2013
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)

| UNSECURED | Claimed: | $15,000.00 | | Allowed: | $15,000.00 |
|---|---|---|---|---|---|

AM LITHOGRAPHY CORPORATION
694 CENTER STREET
CHICOPEE, MA 01013

Claim Number: 4809
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,618.14 | Scheduled: | $8,618.14 |
|---|---|---|---|---|

AM METAL FINISHING
RICK HUNTER
7594 CHANCELLOR DRIVE
ORLANDO, FL 32809

Claim Number: 8760
Claim Date: 06/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,917.61 | Scheduled: | $4,829.25 |
|---|---|---|---|---|

AM TECH
PO BOX 906
GLEN ROCK, NJ 07452

Claim Number: 7829
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,830.70 | Scheduled: | $13,830.70 |
|---|---|---|---|---|

AM WAX INC
1761 BARCELONA CIRCLE
PLACENTIA, CA 92870

Claim Number: 5634
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $21,224.00 | Scheduled: | $18,700.00 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| AM WAX INC<br>1761 BARCELONA CIRCLE<br>PLACENTIA, CA 92870 | | Claim Number: 5635<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | |
| UNSECURED | Claimed: | $21,224.00 | | | | |
| AM WAX INC<br>1761 BARCELONA CIRCLE<br>PLACENTIA, CA 92870 | | Claim Number: 5636<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | |
| UNSECURED | Claimed: | $21,224.00 | | | | |
| AM WAX INC<br>1761 BARCELONA CIRCLE<br>PLACENTIA, CA 92870 | | Claim Number: 8515<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $21,224.00 | | | | |
| AMA SERVICES, LLC<br>3053 HART ROAD<br>LEBANON, OH 45036 | | Claim Number: 2898<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 0<br>DOCKET: 6649 (04/07/2010) | | | | |
| UNSECURED | Claimed: | $15,329.00 | Scheduled: | $15,329.00 | Allowed: | $15,329.00 |
| AMB PROPERTY II, L.P<br>JOEL H. SHAPIRO<br>KAMENEAR KADISON SHAPIRO & CRAIG<br>20 NORTH CLARK STREET, SUITE 2200<br>CHICAGO, IL 60602 | | Claim Number: 5579<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8597 (10/01/2010) | | | | |
| UNSECURED | Claimed: | $1,082,333.60 | Scheduled: | $90,728.38 UNLIQ | Allowed: | $982,000.00 |

---

| | | | | | |
|---|---|---|---|---|---|
| AMEC E&C SERVICES, INC.<br>ATTN: LEGAL DEPT<br>1979 LAKESIDE PARKWAY, SUITE 400<br>TUCKER, GA 30084 | | Claim Number: 12271<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 6004 (03/18/2010) | | | |
| SECURED | Claimed: | $406,340.58 | | | |
| UNSECURED | Claimed: | $18,559.00 | Scheduled: | $414,865.08 | |

| | | | | | |
|---|---|---|---|---|---|
| AMELIA LUMBER CO INC<br>PO BOX 727<br>AMELIA, VA 23002 | | Claim Number: 6590<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $7,010.37 | Scheduled: | $14,020.75  UNLIQ | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AMEREN UE<br>P.O. BOX 66881 - MAIL CODE 310<br>SAINT LOUIS, MO 63166 | | Claim Number: 1163<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $21,804.99 | Scheduled: | $14,507.41 | Allowed: | $21,804.99 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AMERENIP AKA ILLINOIS POWER COMPANY<br>ATTN: COLLECTIONS A-10<br>PO BOX 2543<br>DECATUR, IL 62525 | | Claim Number: 8012<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $19,505.84 | Scheduled: | $2,557.97 | Allowed: | $19,505.84 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AMERICAN BOX COMPANY<br>PO BOX 469<br>SHAWNEE MISSION, KS 66201-0469 | | Claim Number: 4061<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $33,480.38 | Scheduled: | $33,480.38 | Allowed: | $33,480.38 |

---

AMERICAN CHEMICAL TECHNOLOGIES INC
485 E VAN RIPER ROAD
FOWLERVILLE, MI 48836

Claim Number: 4601
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,703.91 | Scheduled: | $4,703.91 |
|---|---|---|---|---|

---

AMERICAN CONTAINERS INC
2526 WESTERN AVE
PLYMOUTH, IN 46563-1050

Claim Number: 4883
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,745.40 | Scheduled: | $9,745.40 |
|---|---|---|---|---|

---

AMERICAN CONVEYOR SYSTEMS
1601 HARMER STREET, BLDG. C
LEVITTOWN, PA 19057

Claim Number: 619
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,339.50 | Scheduled: | $6,339.50 |
|---|---|---|---|---|

---

AMERICAN DOCUMENT DESTRUCTION
10600 KAHLMEYER DRIVE
SAINT LOUIS, MO 63132

Claim Number: 864
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $19,201.33 | Scheduled: | $17,035.90 |
|---|---|---|---|---|

---

AMERICAN ELECTRIC COMPANY
PO BOX 978
COLUMBIA, MO 65205

Claim Number: 7150
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $260.56 | Scheduled: | $226.80 |
|---|---|---|---|---|

---

AMERICAN ELECTRIC POWER
PO BOX 2021
ROANOKE, VA 24022-2121

Claim Number: 1349
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $794,672.84 | Scheduled: | $788,244.58 UNLIQ | Allowed: | $794,672.84 |

AMERICAN EXPRESS TRAVEL RELATED
SERVICES CO, INC
C/O BECKET & LEE LLP-AGENTS FOR CREDITOR
POB 3001
MALVERN, PA 19355-0701

Claim Number: 5620
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,636.99 | Scheduled: | $56,557.85 |

AMERICAN FIELD MAINTENANCE, INC.
70 PIPER ROAD
BUILDING 1
BAY 4
COVINGTON, GA 30014

Claim Number: 2808
Claim Date: 05/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $24,014.79 | Scheduled: | $31,427.27 | Allowed: | $24,014.79 |

AMERICAN FIRE PROTECTION INC
PO BOX 2123
MANSFIELD, TX 76063-2123

Claim Number: 6072
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,110.42 | Scheduled: | $796.25 |

AMERICAN HOIST & MANLIFT INC
15811 S ANNICO DRIVE UNIT 5
HOMER GLEN, IL 60491

Claim Number: 5237
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8537 (09/14/2010)

| UNSECURED | Claimed: | $6,738.82 | Scheduled: | $899.99 |

| | | | | |
|---|---|---|---|---|
| AMERICAN INDUSTRIAL SUPPLY CO<br>PO BOX 1642<br>MUSKOGEE, OK 74402 | | Claim Number: 4628<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,404.96 | Scheduled: | $2,404.96 |
| AMERICAN INSTITUTE OF BAKING<br>PO BOX 3999<br>1213 BAKER'S WAY<br>MANHATTAN, KS 66505-3999 | | Claim Number: 4931<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,309.68 | Scheduled: | $1,116.10 |
| AMERICAN LIFTRUCK SERVICE LTD<br>9910 WEST 190TH STREET<br>MOKENA, IL 60448 | | Claim Number: 4527<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $996.65 | Scheduled: | $996.65 |
| AMERICAN LINEN (ALSCO)<br>PO BOX 240048<br>ANCHORAGE, AK 99524 | | Claim Number: 4017<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,867.12 | Scheduled: | $2,561.30 |
| AMERICAN MACHINE & GEAR INC<br>2770 NW INDUSTRIAL STREET<br>PORTLAND, OR 97210 | | Claim Number: 3922<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,379.00 | Scheduled: | $6,374.00 |

AMERICAN MACHINING & WELDING CO., INC.
6009 S. NEW ENGLAND AVE.
CHICAGO, IL 60638

Claim Number: 213
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $16,225.00 | Scheduled: | $16,225.00 | Allowed: | $16,225.00 |

AMERICAN MOBILE SHREDDING
4391 PELL DR D
SACRAMENTO, CA 95838

Claim Number: 3881
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,155.00 | Scheduled: | $7,155.00 |

AMERICAN OSMENT EQUIPMENT CO.
AMERICAN OSMENT
3004 6TH AVE. SOUTH
BIRMINGHAM, AL 35233

Claim Number: 5105-01
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13754
DOCKET: 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $245.00 | Scheduled: | $490.00 |

AMERICAN OVERHEAD DOOR
S. DAGNAL ROWE, WILMER & LEE, P.A.
P.O. BOX 2168
HUNTSVILLE, AL 35804

Claim Number: 1301
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26,334.37 | Scheduled: | $24,479.37 |

AMERICAN PAPER CONVERTING, INC.
1845 HOWARD WAY
WOODLAND, WA 98674

Claim Number: 2973
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,378.29 | Scheduled: | $10,351.15 |

| | | | |
|---|---|---|---|
| AMERICAN PAPER RECYCLING CORP.<br>100 COPELAND DR. SUITE # 8<br>MANSFIELD, MA 02048 | Claim Number: 254<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED    Claimed: | $32,049.38 | | |
| AMERICAN PAPER RECYCLING CORP.<br>100 COPELAND DR. SUITE # 8<br>MANSFIELD, MA 02048 | Claim Number: 606<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED    Claimed: | $75.26 | Scheduled: | $12,246.00 |
| AMERICAN PAPER ROLL PROTECTORS INC<br>PO BOX 1062<br>JOHNS ISLAND, SC 29457 | Claim Number: 3724<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED    Claimed: | $2,291.00 | Scheduled: | $1,937.00 |
| AMERICAN PEST MANAGEMENT<br>403 EAST FIREWEED LANE<br>ANCHORAGE, AK 99503 | Claim Number: 4060<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED    Claimed: | $210.00 | Scheduled: | $210.00 |
| AMERICAN PRECISION SURVEYING<br>450 S 4TH ST<br>COSHOCTON, OH 43812-2023 | Claim Number: 3861<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED    Claimed: | $775.00 | Scheduled: | $775.00 |

AMERICAN PREMIER UNDERWRITERS, INC.
C/O BENJAMIN G. STONELAKE, JR., ESQ.
BLANK ROME LLP
130 N. 18TH STREET, ONE LOGAN SQUARE
PHILADEPHIA, PA 19103

Claim Number: 11775
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8985 (03/16/2011)

| UNSECURED | Claimed: | $1,190,368.59 UNLIQ | | |
|---|---|---|---|---|

AMERICAN RECYCLING OF SOUTH CAROLINA,LLC
ATTN: RON MOORE
1240 WHITE HORSE RD
GREENVILLE, SC 29605

Claim Number: 3330
Claim Date: 06/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,151.20 | Scheduled: | $12,290.00 |
|---|---|---|---|---|

AMERICAN RED CROSS
245 NORTH FOURTH STREET
COSHOCTON, OH 43812

Claim Number: 4750
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $539.00 | Scheduled: | $584.00 |
|---|---|---|---|---|

AMERICAN SOLUTIONS FOR BUSINESS
PO BOX 218
GLENWOOD, MN 56334

Claim Number: 2319
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,363.06 | Scheduled: | $3,245.30 |
|---|---|---|---|---|

AMERICAN STAINLESS & SUPPLY LLC
PO BOX 890238
CHARLOTTE, NC 28289-0238

Claim Number: 5491
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $631.80 | Scheduled: | $631.80 |
|---|---|---|---|---|

---

AMERICAN WASTE CONTROL
PO BOX 1396
FORT LAUDERDALE, FL 33302

Claim Number: 6488
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $996.60 | Scheduled: | $995.00 |
|---|---|---|---|---|

AMERICAN WELDING
PO BOX 816
GLEN ALLEN, VA 23060

Claim Number: 7586
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,736.80 | Scheduled: | $1,736.80 |
|---|---|---|---|---|

AMERICRAFT CARTON INC.
164 MEADOWCROFT ST.
LOWELL, MA 01852

Claim Number: 14030
Claim Date: 05/26/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| UNSECURED | Claimed: | $3,555.11 | | |
|---|---|---|---|---|

AMERICRAFT CARTON, INC.
164 MEADOWCROFT ST.
LOWELL, MA 01852

Claim Number: 3057
Claim Date: 05/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,555.11 | Scheduled: | $3,555.11 |
|---|---|---|---|---|

AMERIGAS PROPANE
P.O. BOX 965
VALLEY FORGE, PA 19482

Claim Number: 5351-01
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $73,621.56 | Scheduled: | $125,438.66 | Allowed: | $73,621.56 |
|---|---|---|---|---|---|---|

---

AMERIGAS PROPANE, LP
C/O FOX ROTHCHILD LLP
ATTN: SHELDON K. RENNIE (ED ID NO.3772)
919 NORTH MARKET STREET, SUITE 1300
WILMINGTON, DE 19801-3046

Claim Number: 6654-01
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,474.95 | | | | |
|---|---|---|---|---|---|---|

AMETEK DREXELBROOK
PO BOX 8500 S3680
PHILADELPHIA, PA 19178

Claim Number: 5780
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,576.45 | Scheduled: | $8,576.45 | | |
|---|---|---|---|---|---|---|

AMETEK INC.
ATTN: CREDIT MANAGER
150 FREEPORT ROAD
PITTSBURGH, PA 15238

Claim Number: 13
Claim Date: 01/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,175.30 | Scheduled: | $12,300.89 | Allowed: | $12,175.30 |
|---|---|---|---|---|---|---|

AMETEK/ROCHESTER INSTRUMENT SYSTEMS
PO BOX 90296
CHICAGO, IL 60696-0296

Claim Number: 5007
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $751.09 | Scheduled: | $751.09 | | |
|---|---|---|---|---|---|---|

AMMERAAL BELTECH, INC.
7501 N. ST. LOUIS AVE.
SKOKIE, IL 60076

Claim Number: 6239
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $41,082.24 | Scheduled: | $39,560.75 | | |
|---|---|---|---|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

AMOS, CHARLOTTE RENEE
248 COLLIN RD
JONESBORO, LA 71251

Claim Number: 10393
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

AMOS, EARL L.
233 CHURCH ROAD
ATHENS, LA 71003

Claim Number: 10296
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

AMOS, NORMAN A.
248 COLLIN ROAD
JONESBORO, LA 71251

Claim Number: 10295
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

AMTECH
515 PENNSYLVANIA AVENUE, SUITE 100
FORT WASHINGTON, PA 19034-3317

Claim Number: 9691
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $18,752.54 | Scheduled: | $18,752.54 | Allowed: | $18,752.54 |
|---|---|---|---|---|---|---|

AMTECH LIGHTING SERVICES
1085 N MAIN ST STE C
ORANGE, CA 92867-5458

Claim Number: 9422
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $109,000.00 | Scheduled: | $109,000.00 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| AN/WRI PARTNERSHIP, LTD.<br>ATTN: JENNY J. HYUN, ESQ.<br>C/O WEINGARTEN REALTY INVESTORS<br>2600 CITADEL PLAZA DRIVE, SUITE 125<br>HOUSTON, TX 77008 | | Claim Number: 11672<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | | |
| UNSECURED | Claimed: | $521,641.70 | Scheduled: | $22,977.39 | | |
| AN/WRI PARTNERSHIP, LTD.<br>ATTN: JENNY J. HYUN, ESQ.<br>C/O WEINGARTEN REALTY INVESTORS<br>2600 CITADEL PLAZA DRIVE, SUITE 125<br>HOUSTON, TX 77008 | | Claim Number: 13914<br>Claim Date: 03/18/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $542,000.00 | | | Allowed: | $542,000.00 |
| ANA LAB CORP<br>PO BOX 9000<br>KILGORE, TX 75663-9000 | | Claim Number: 5970<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,105.00 | Scheduled: | $5,905.00 | | |
| ANASTASI TRUCKING, INC.<br>DBA ANASTASI TRUCKING & PAVING CO.<br>ATTN: JAMES W. GRESENS, ESQ<br>1800 MAIN PLACE TOWER 350 MAIN ST<br>BUFFALO, NY 14202 | | Claim Number: 3674<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | | |
| SECURED | Claimed: | $55,887.76 | | | | |
| ANCHOR PAPER COMPANY<br>PO BOX 65648<br>ST. PAUL, MN 55165-0648 | | Claim Number: 7012<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,034.00 | Scheduled: | $1,886.64 | | |

ANCHORAGE DAILY NEWS
1001 NORTHWAY DRIVE
ANCHORAGE, AK 99504

Claim Number: 3995
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,646.00 | Scheduled: | $1,646.00 |
|---|---|---|---|---|

ANDERSEN ELECTRIC SUPPLY INC
910 FACTORY OUTLET BLVD
NIAGARA FALLS, NY 14304

Claim Number: 3800
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $192.83 | Scheduled: | $192.83 |
|---|---|---|---|---|

ANDERSON & VREELAND, INC.
PO BOX 1246
WEST CALDWELL, NJ 07007

Claim Number: 9654-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8407 (08/18/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $116,810.56 | Scheduled: | $113,830.31 | Allowed: | $116,810.56 |
|---|---|---|---|---|---|---|

ANDERSON PUMP & PROCESS
P.O. BOX 523
BROOKFIELD, WI 53008-0523

Claim Number: 2540
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,770.89 | Scheduled: | $8,653.25 |
|---|---|---|---|---|

ANDERSON TIMBER CO INC
910 N CALHOUN STREET
PERRY, FL 32347-1905

Claim Number: 3867
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $16,016.37 | Scheduled: | $33,540.70 UNLIQ |
|---|---|---|---|---|

---

ANDERSON, GREGORY ALLEN
1515 EVERS STREET
JONESBORO, LA 71251

Claim Number: 10297
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

ANDERSON, ROBERT ANTHONY
P.O. BOX 71
HODGE, LA 71247

Claim Number: 10298
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

ANDERSON, ROLAND
THE LAW OFFICES OF STEVEN J. COOPER
21515 HAWTHORNE BLVD., SUITE 1150
TORRANCE, CA 90503

Claim Number: 6943
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

---

ANDREW COUNTY OIL, INC,
PO BOX 296
SAVANNAH, MO 64485

Claim Number: 3320
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,453.91 | Scheduled: | $3,149.03 |
|---|---|---|---|---|

---

ANDREW COUNTY OIL, INC.
PO BOX 296
SAVANNAH, MO 64485

Claim Number: 14047
Claim Date: 06/10/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| UNSECURED | Claimed: | $4,453.91 |
|---|---|---|

---

ANDREW, JOHN DAVID
C/O KOSKIE MINSKY LLP
BARRISTERS & SOLICITORS
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 13036
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $111,039.72 | Scheduled: | $106,157.11 | Allowed: | $108,781.00 |

ANDREWS, THOMAS III
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10969
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8391 (08/16/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $75,000.00 |

ANDRITZ INC
ATTN: DEBORAH B ZINK, SENIOR COUNSEL
1115 NORTHMEADOW PARKWAY
ROSWELL, GA 30076

Claim Number: 13393
Claim Date: 10/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,308.48 |

ANDRITZ INC.
MARC S. CASARINO / JAMES S. YODER
WHITE AND WILLIAMS LLP
824 N MARKET ST STE 902 - PO BOX 709
WILMINGTON, DE 19899-0709

Claim Number: 3520
Claim Date: 06/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8136 (06/23/2010)

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $276,993.07 | UNLIQ | Allowed: | $110,845.50 |
| UNSECURED | | | | Allowed: | $121,491.63 |

ANDRITZ INC.
C/O MARC S. CASARINO & JAMES S. YODER
WHITE AND WILLIAMS LLP
824 NORTH MARKET ST.,STE 902, PO BOX 709
WILMINGTON, DE 19899-0709

Claim Number: 12032
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8136 (06/23/2010)

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,462.10 | | Allowed: | $7,255.60 |
| UNSECURED | | | | Allowed: | $206.50 |

---

ANIXTER
ATTN: TOM WUICH
2301 PATRIOT BOULEVARD
GLENVIEW, IL 60026

Claim Number: 5363
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $77,679.35 | Scheduled: | $74,106.08 | Allowed: | $77,679.35 |
|---|---|---|---|---|---|---|

ANNE ARUNDEL COUNTY, MARYLAND
ANNE ARUNDEL COUNTY FINANCE OFFICE
ATTN: BANKRUPTCY ADMINISTRATOR
P.O. BOX 2700, M.S. 1103
ANNAPOLIS, MD 21404

Claim Number: 11508
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| SECURED | Claimed: | $3,347.99 |
|---|---|---|

ANNE ARUNDEL COUNTY, MARYLAND
ANNE ARUNDEL COUNTY FINANCE OFFICE
ATTN: BANKRUPTCY ADMINISTRATOR
P.O. BOX 2700, M.S. 1103
ANNAPOLIS, MD 21404

Claim Number: 11510
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8378 (08/16/2010)

| UNSECURED | Claimed: | $3,603.55 |
|---|---|---|

ANTHONY FOREST PROD
PO BOX 1877
EL DORADO, AR 71730

Claim Number: 5661
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $17,951.13 | Scheduled: | $35,902.27 |
|---|---|---|---|---|

ANYTIME LABOR KANSAS
DBA LABOR MAX STAFFING
218 SOUTH ST., #201
EXCELSIOR SPRINGS, MO 64024

Claim Number: 1572
Claim Date: 03/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,240.33 |
|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| APEX SYSTEMS, INC.<br>440 COX RD. SUITE # 200<br>GLEN ALLEN, VA 23060 | | Claim Number: 5694<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | | |
| UNSECURED | Claimed: | $5,416.00 | Scheduled: | $5,416.00 | | | | |
| API SUPPLY INC.<br>624 ARTHUR ST. NE<br>MINNEAPOLIS, MN 55413 | | Claim Number: 2052<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | | | |
| UNSECURED | Claimed: | $886.06 | Scheduled: | $886.06 | | | | |
| APOLLO ELECTRIC<br>330 N BASSE LN<br>BREA, CA 92821 | | Claim Number: 12254<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 13177<br>THIS CLAIM IS PAID | | | | | | |
| UNSECURED | Claimed: | $12,305.00 | Scheduled: | $12,305.00 | Allowed: | $12,305.00 | | |
| APOLLO ELECTRIC, INC<br>C/O HALLSTROM KLEIN & WARD, LLP<br>DAVID T WARD, ATTORNEY<br>15615 ALTON PKWY SUITE 175<br>IRVINE, CA 92618 | | Claim Number: 13177<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | | | | |
| UNSECURED | Claimed: | $12,305.00 | | | | | | |
| APPERTAIN CORP.<br>P.O. BOX 1010<br>PULASKI, TN 38478 | | Claim Number: 1394<br>Claim Date: 03/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | | | |
| UNSECURED | Claimed: | $8,751.68 | | | | | | |

---

APPERTAIN CORPORATION
302 NORTH 8TH STREET
PULASKI, TN 38478

Claim Number: 7542
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,637.13 | Scheduled: | $4,126.45 | | |
|---|---|---|---|---|---|---|

APPLE CORRUGATED PACKAGING INC.
1346 N. MAIN
DUNCANVILLE, TX 75116

Claim Number: 12608
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,385.16 | Scheduled: | $46,919.90 | Allowed: | $12,385.16 |
|---|---|---|---|---|---|---|

APPLE DOOR SYSTEMS
2700 POCOSHOCK BLVD
RICHMOND, VA 23235

Claim Number: 4653
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,323.81 | Scheduled: | $1,323.81 | | |
|---|---|---|---|---|---|---|

APPLETON PRODUCTIVE  SOLUTIONS INC
PO BOX 618
NEENAH, WI 54957-0618

Claim Number: 6255
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $29,351.94 | Scheduled: | $36,660.93 | | |
|---|---|---|---|---|---|---|

APPLICHEM, INC
5710 F ST
OMAHA, NE 68117

Claim Number: 2715
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,640.88 | Scheduled: | $6,640.88 | | |
|---|---|---|---|---|---|---|

APPLIED - MICHIGAN, LTD.
ONE APPLIED PLAZA
EAST 36TH STREET & EUCLID AVE.
ATTN: BETH ARVAI
CLEVELAND, OH 44115-5056

Claim Number: 10520
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,185.89 | | | | |
|---|---|---|---|---|---|---|

APPLIED CONTROL TECHNOLOGIES, INC.
810 DUTCH SQUARE BLVD, SUITE 395
COLUMBIA, SC 29210

Claim Number: 2142
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,251.00 | Scheduled: | $12,251.00 | | |
|---|---|---|---|---|---|---|

APPLIED INDUSTRIAL TECHNOLOGIES (07)
ONE APPLIED PLAZA
EAST 36TH STREET & EUCLID AVE.
ATTN: BETH ARVAI
CLEVELAND, OH 44115-5056

Claim Number: 10521
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $129,436.70 | Scheduled: | $5,926.55 | Allowed: | $129,436.70 |
|---|---|---|---|---|---|---|

APPLIED INDUSTRIAL TECHNOLOGIES (09)
-DIXIE, INC. ONE APPLIED PLAZA
EAST 36TH STREET & EUCLID AVENUE
ATTN: BETH ARVAI
CLEVELAND, OH 44115-5056

Claim Number: 10522
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,054.68 | Scheduled: | $16,694.36 | | |
|---|---|---|---|---|---|---|

APPLIED INDUSTRIAL TECHNOLOGIES -PA LLC
ONE APPLIED PLAZA
EAST 36TH STREET & EUCLID AVENUE
ATTN: BETH ARVAI
CLEVELAND, OH 44115-5056

Claim Number: 10518
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $33,139.92 | Scheduled: | $166,472.88 | Allowed: | $33,139.92 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| APPLIED INDUSTRIAL TECHNOLOGIES CA- LLC<br>ONE APPLIED PLAZA<br>EAST 36TH STREET & EUCLID AVENUE<br>ATTN: BETH ARVAI<br>CLEVELAND, OH 44115-5056 | Claim Number: 10517<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $2,550.88 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| APPLIED INDUSTRIAL TECHNOLOGIES-DBB INC.<br>ONE APPLIED PLAZA<br>EAST 36TH STREET & EUCLID AVE.<br>ATTN: BETH ARVAI<br>CLEVELAND, OH 44115-5056 | Claim Number: 10519<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $9,589.84 | Scheduled: | $950.62 |
|---|---|---|---|---|

| | | |
|---|---|---|
| AQUA DRILL INTERNATIONAL<br>1300 FM 646 EAST<br>DICKINSON, TX 77539 | Claim Number: 994<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $14,011.00 | Scheduled: | $14,011.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| AQUA PURE / DOLPHIN CAPITAL<br>PO BOX 56<br>MOBERLY, MO 65270 | Claim Number: 1297<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010)<br>THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $554.31 | Scheduled: | $1,108.23 |
|---|---|---|---|---|

| | | |
|---|---|---|
| AQUAPURE / LEAF<br>P.O. BOX 644006<br>CINCINNATI, OH 45264 | Claim Number: 300<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010)<br>THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $318.24 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| AQUILA, INC.<br>P.O. BOX 11690<br>KANSAS CITY, MO 64138 | | Claim Number: 207<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $13,998.58 | | |
| AQUILA, INC.<br>P.O. BOX 11690<br>KANSAS CITY, MO 64138 | | Claim Number: 208<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,158.16 | | |
| AQUILA, INC.<br>P.O. BOX 11690<br>KANSAS CITY, MO 64138 | | Claim Number: 1700<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,574.54 | | |
| ARAMARK REFRESHMENT<br>8723 FLORIDA MINING BLVD<br>TAMPA, FL 33634-1259 | | Claim Number: 4193<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,523.95 | | |
| ARAMARK REFRESHMENT SERVICES<br>2885 SOUTH 171ST STREET<br>NEW BERLIN, WI 53151 | | Claim Number: 1522<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,729.14 | Scheduled: | $2,811.99 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ARAMARK REFRESHMENT SERVICES<br>11118 - 117TH PLACE NE<br>KIRKLAND, WA 98033 | | Claim Number: 2420<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,380.46 | Scheduled: | $1,184.82 | | | |
| ARAMARK UNIFORM & CAREER APPAREL, LLC<br>FKA ARAMARK UNIFORM & CAREER APPAREL INC<br>C/O SHEILA R. SHWAGER - HAWLEY TROXELL<br>PO BOX 1617<br>BOISE, ID 83701 | | Claim Number: 11151<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $21,392.42 | Scheduled: | $27,232.72 | Allowed: | $21,392.42 | |
| ARBORTECH FOREST PRODUCTS INC<br>500 DEARING AVENUE<br>BLACKSTONE, VA 23824 | | Claim Number: 10613-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | | | | |
| ADMINISTRATIVE | Claimed: | $95,336.64 | | | | | |
| ARBORTECH FOREST PRODUCTS INC<br>500 DEARING AVENUE<br>BLACKSTONE, VA 23824 | | Claim Number: 10613-02<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | | | |
| UNSECURED | Claimed: | $95,336.64 | | | | | |
| ARC SURVEYING AND MAPPING INC<br>5202 SAN JUAN AVENUE<br>JACKSONVILLE, FL 32234 | | Claim Number: 12836<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8530 (09/13/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $6,804.50 | | | | | |

ARCADIS GERAGHTY & MILLER INC
PO BOX 547
DENVER, CO 80291

Claim Number: 7165
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,958.10 | Scheduled: | $9,958.10 |
|---|---|---|---|---|

ARCH TRAILER FINANCING INC
4800 BULWER AVE
SAINT LOUIS, MO 63147

Claim Number: 2089
Claim Date: 04/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8408 (08/18/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,026.66 |
|---|---|---|

ARCH TRAILER SALES, INC
4800 BULWER AVE
SAINT LOUIS, MO 63147

Claim Number: 2090
Claim Date: 04/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8408 (08/18/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,000.00 | Scheduled: | $9,790.00 | Allowed: | $11,000.00 |
|---|---|---|---|---|---|---|

ARCH WIRELESS (NASHVILLE)
PO BOX 4062
WOBURN, MA 01888-4062

Claim Number: 9425
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $117.60 |
|---|---|---|

ARCH WIRELESS (SOLON)
PO BOX 4062
WOBURN, MA 01888-4062

Claim Number: 9426
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $125.09 |
|---|---|---|

---

ARCHER DANIELS MIDLAND COMPANY
68 ANNEX
P.O. BOX 102007
ATLANTA, GA 30368

Claim Number: 13923-01
Claim Date: 03/24/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $536,114.28 | | | | |
| UNSECURED | Claimed: | $440,631.69 | Scheduled: | $192,829.49 | Allowed: | $440,631.69 |

ARCHIE P HAIRSTON & SONS
1230 COLUMBUS DR
BASSETT, VA 24055

Claim Number: 7174
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,031.00 | Scheduled: | $6,031.00 |

ARD TRUCKING COMPANY, INC.
C. ALLEN ARD, PRESIDENT
1702 N. GOVERNOR WILLIAMS HWY.
DARLINGTON, SC 29540

Claim Number: 14056
Claim Date: 06/21/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8408 (08/18/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $188,738.00 | Scheduled: | $4,259.60 | Allowed: | $188,738.00 |

AREA DISPOSAL SERVICE, INC.
ATTN: KIM DIEGEL
PO BOX 9071
PEORIA, IL 61612-9071

Claim Number: 1588
Claim Date: 03/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,360.07 | Scheduled: | $1,338.58 |

ARGO PARTNERS
TRANSFEROR: FISHNET SECURITY, INC.
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 667
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $52,748.60 | Scheduled: | $52,748.60 |

---

| ARGO PARTNERS | Claim Number: 1077 |
| TRANSFEROR: TOTAL LOGISTICS GROUP OF COM | Claim Date: 03/06/2009 |
| 12 WEST 37TH ST, 9TH FLOOR | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| NEW YORK, NY 10018 | Comments: DOCKET: 7550 (05/10/2010) |
| | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $30,223.98 | Scheduled: | $29,576.07 |

---

| ARGO PARTNERS | Claim Number: 2576-01 |
| TRANSFEROR: TRANSPORT PAPINEAU INTERNATI | Claim Date: 04/29/2009 |
| 12 WEST 37TH ST, 9TH FLOOR | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| NEW YORK, NY 10018 | Comments: DOCKET: 8093 (06/21/2010) |
| | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $7,803.00 |

---

| ARGO PARTNERS | Claim Number: 2577 |
| TRANSFEROR: TRANSPORT PAPINEAU INTERNATI | Claim Date: 04/29/2009 |
| 12 WEST 37TH ST, 9TH FLOOR | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| NEW YORK, NY 10018 | Comments: DOCKET: 6649 (04/07/2010) |
| | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $20,693.04 | Scheduled: | $30,718.40 |

---

| ARGO PARTNERS | Claim Number: 2578 |
| TRANSFEROR: TRANSPORT PAPINEAU INTERNATI | Claim Date: 04/29/2009 |
| 12 WEST 37TH ST, 9TH FLOOR | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| NEW YORK, NY 10018 | Comments: DOCKET: 6649 (04/07/2010) |
| | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $1,824.00 |

---

| ARGO PARTNERS | Claim Number: 2579 |
| TRANSFEROR: TRANSPORT PAPINEAU INTERNATI | Claim Date: 04/29/2009 |
| 12 WEST 37TH ST, 9TH FLOOR | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| NEW YORK, NY 10018 | Comments: DOCKET: 6649 (04/07/2010) |
| | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $1,982.44 |

---

ARGO PARTNERS
TRANSFEROR: S.G.T. 2000 INC.
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3241
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,078.33 | Scheduled: | $10,631.10 |
|---|---|---|---|---|

ARGO PARTNERS
TRANSFEROR: TRANSPORT TFI 1, S.E.C.
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3242
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $20,250.59 | Scheduled: | $26,374.22 |
|---|---|---|---|---|

ARGO PARTNERS
TRANSFEROR: MAG-TROL LONG BEACH, INC.
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3656
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $23,510.26 | Scheduled: | $23,252.07 |
|---|---|---|---|---|

ARGO PARTNERS
TRANSFEROR: NORTHLAND ELECTRIC
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3830
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $20,352.54 | Scheduled: | $20,352.54 |
|---|---|---|---|---|

ARGO PARTNERS
TRANSFEROR: PALMETTO PULPWOOD & TIMBER C
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 4368
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $35,611.93 | Scheduled: | $71,223.86 UNLIQ |
|---|---|---|---|---|

---

ARGO PARTNERS
TRANSFEROR: C & B ENTERPRISES INC
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 4640
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,893.60 | Scheduled: | $12,893.60 | | |

ARGO PARTNERS
TRANSFEROR: PLANT SERVICES INC
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 5109
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $24,478.00 | Scheduled: | $24,478.00 | | |

ARGO PARTNERS
TRANSFEROR: NQP STARCH & CHEMICALS
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 5355-01
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3195 (12/16/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $102,548.75 | Scheduled: | $173,979.75 | | |

ARGO PARTNERS
TRANSFEROR: NQP STARCH & CHEMICALS
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 5355-02
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 3195 (12/16/2009)

| ADMINISTRATIVE | Claimed: | $71,431.00 | | | Allowed: | $71,431.00 |

ARGO PARTNERS
TRANSFEROR: SERVICE MATREC INC
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 6089
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,183.68 | Scheduled: | $5,940.00 | Allowed: | $11,183.68 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ARGO PARTNERS<br>TRANSFEROR: DEFENDER SERVICES, INC.<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | | Claim Number: 9831<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $56,033.08 | Scheduled: | $55,943.40 | | |
| ARGO PARTNERS<br>TRANSFEROR: SCULLY DISTRIBUTION<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | | Claim Number: 12530<br>Claim Date: 09/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | | |
| UNSECURED | Claimed: | $151,068.00 | Scheduled: | $408,034.70 | | |
| TOTAL | Claimed: | $408,034.70 | | | | |
| ARGO PARTNERS<br>TRANSFEROR: SCULLY DISTRIBUTION<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | | Claim Number: 12570<br>Claim Date: 09/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $135,034.70  UNLIQ | | | Allowed: | $135,034.70 |
| ARGO PARTNERS<br>TRANSFEROR: PALMETTO PULPWOOD & TIMBER C<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | | Claim Number: 13638<br>Claim Date: 11/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3397 (12/23/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $35,611.93 | | | Allowed: | $35,611.93 |
| ARGONAUT BIOFUELS LLC<br>1376 FREDERICKS HALL ROAD<br>BUMPASS, VA 23024 | | Claim Number: 8134<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $38,946.60 | Scheduled: | $66,662.10  UNLIQ | | |

---

ARI MECHANICAL SERVICES INC
9201 E BLOOMINGTON FREEWAY
BLOOMINGTON, MN 55420

Claim Number: 5426
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $740.50 | Scheduled: | $740.50 | | |

---

ARIVEC PRP GROUP
C/O KING & SPALDING LLP
ATTN: CHARLES H. TISDALE JR.
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309-3521

Claim Number: 9415
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8445 (08/25/2010)

| UNSECURED | Claimed: | $0.00  UNDET | | | Allowed: | $95,000.00 |

---

ARIZONA CHEMICAL CO
2 SOUTH EVERITT AVENUE
PANAMA CITY, FL 32401

Claim Number: 1542
Claim Date: 03/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $50,541.55 | Scheduled: | $50,632.55 | Allowed: | $50,541.55 |

---

ARK-LA-TEX PUMP AND VALVE CO
7574 HWY 507 WEST
BIENVILLE, LA 71008

Claim Number: 3691
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $18,780.00 | Scheduled: | $18,780.00 | | |

---

ARKANSAS PULPWOOD CO INC
PO BOX 752
CAMDEN, AR 71701

Claim Number: 7526
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,749.04 | Scheduled: | $19,498.09  UNLIQ | | |

---

| ARKEMA INC., C/O LEGACY SITE SERVICES LLC (AGENT FOR ARKEMA INC.) ATTN: KAREN TRAEGER, OF COUNSEL 468 THOMAS JONES WAY - SUITE 150 EXTON, PA 19341-2528 | Claim Number: 11899 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8879 (01/06/2011) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00   UNDET |
|---|---|---|

| ARKEMA INC., C/O LEGACY SITE SERVICES LLC (AGENT FOR ARKEMA INC.) ATTN: KAREN TRAEGER, OF COUNSEL 468 THOMAS JONES WAY-SUITE 150 EXTON, PA 19341-2528 | Claim Number: 13970 Claim Date: 04/09/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8879 (01/06/2011) |
|---|---|

| UNSECURED | Claimed: | $8,042,960.00   UNLIQ |
|---|---|---|

| ARMORY MASTER FUND LTD TRANSFEROR: SEAPORT LOAN PRODUCTS LLC 360 MADISON AVE. 22ND FLOOR NEW YORK, NY 10017 | Claim Number: 2893 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: ALLOWED DOCKET: 8127 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $483,170.44 | Scheduled: | $485,670.44 | Allowed: | $483,170.44 |
|---|---|---|---|---|---|---|

| ARMS TRUCKING CO INC PO BOX 369 EAST CLARIDON, OH 44033 | Claim Number: 8104 Claim Date: 08/17/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $7,274.25 | Scheduled: | $7,274.22 |
|---|---|---|---|---|

| ARNOLD MACHINERY CO PO BOX 30020 SALT LAKE CITY, UT 84130 | Claim Number: 5358 Claim Date: 07/16/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 6649 (04/07/2010) THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $28,044.92 | Scheduled: | $27,958.11 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION     Case 09-10235-BLS     Doc 9663     Filed 07/16/18     Page 445 of 2463
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

Date: 07/03/2018

| ARODAL<br>PO BOX 58344<br>TUKWILA, WA 98138 | | Claim Number: 6350<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,872.93 | Scheduled: | $1,035.00 |
| ARRANT, LESSIE C.<br>1023 BEAR CREEK ROAD<br>QUITMAN, LA 71268 | | Claim Number: 10299<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| ARROCHEM, INC.<br>P.O. BOX 5<br>MOUNT HOLLY, NC 28120 | | Claim Number: 1005<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,123.13 | Scheduled: | $4,123.13 |
| ARROWHEAD ENVIRONMENTAL SERVICES, LLC<br>MICHAEL D. LUTER, PRESIDENT<br>P.O. BOX 217<br>WINDSOR, VA 23487 | | Claim Number: 3471<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $21,340.00 | Scheduled: | $18,840.00 |
| ARRUDA, CHRISTOPHER<br>1764 SHAMROCK CIRCLE<br>MINDEN, NV 89423 | | Claim Number: 11008<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

ARS MARKETING INC
309 HUNTERS RIDGE
DILLON, SC 29536

Claim Number: 4043
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $475.79 | Scheduled: | $475.79 | | | |
|---|---|---|---|---|---|---|---|

ARS SERVICE EXPRESS
PO BOX 40505
NASHVILLE, TN 37204

Claim Number: 6062
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,889.75 | Scheduled: | $8,889.75 | | | |
|---|---|---|---|---|---|---|---|

ART SAYLOR LOGGING
343 SLAB HILL ROAD
OAK HILL, OH 45656

Claim Number: 10454-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $16,246.88 | Scheduled: | $68,296.60 UNLIQ | Allowed: | $16,246.88 |
|---|---|---|---|---|---|---|

ARTHUR LOUIS STEEL COMPANY, THE
505 WEST 51ST STREET
ASHTABULA, OH 44004

Claim Number: 615
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $849.70 | Scheduled: | $849.70 | | | |
|---|---|---|---|---|---|---|---|

ARTLOW SYSTEMS INC
170 S GARY AVENUE
CAROL STREAM, IL 60188

Claim Number: 12227
Claim Date: 09/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $25,600.00 | Scheduled: | $25,600.00 | | | |
|---|---|---|---|---|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | |
|---|---|---|---|---|
| ASAP TRAINING INC<br>105 SHEILA DRIVE<br>WEST MONROE, LA 71291 | | Claim Number: 11180<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,535.00 | Scheduled: | $2,535.00 |
| ASBELL TRUCK CENTER<br>PO BOX 1089<br>MIDDLEBURG, FL 32050-1089 | | Claim Number: 4645<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,823.80 | Scheduled: | $2,777.42 |
| ASC CONSTRUCTION EQUIPMENT INC<br>PO BOX 534366<br>ATLANTA, GA 30353-4366 | | Claim Number: 6471<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $124.70 | Scheduled: | $124.70 |
| ASC CONSTRUCTION EQUIPMENT USA INC<br>PO BOX 534366<br>4025 MIKE PADGETT HIGHWAY<br>ATLANTA, GA 30353 | | Claim Number: 6472<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $7,820.84 | Scheduled: | $7,166.86 |
| ASC CONSTRUCTION EQUIPMENT USA, INC<br>PO BOX 534366<br>ATLANTA, GA 30353-4366 | | Claim Number: 6929<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,112.84 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ASHCRAFT, TRACI M. & STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ZEEHANDELAR, SABATINO & ASSOCIATES LLC 471 EAST BROAD ST STE 1200 COLUMBUS, OH 43215 | | Claim Number: 3788 Claim Date: 07/06/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: ALLOWED | | | | |
| UNSECURED | Claimed: | $20,873.45 | | | Allowed: | $12,400.00 |
| ASHLAND INC. COLLECTION DEPT P O BOX 2219 COLUMBUS, OH 43216 | | Claim Number: 2989-01 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 3195 (12/16/2009) THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $421,353.01 | Scheduled: | $275,290.91 | Allowed: | $421,353.01 |
| ASHLAND INC. COLLECTION DEPT P O BOX 2219 COLUMBUS, OH 43216 | | Claim Number: 2989-02 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: ALLOWED DOCKET: 3195 (12/16/2009) | | | | |
| ADMINISTRATIVE | Claimed: | $127,788.30 | | | Allowed: | $127,788.30 |
| ASHLEY LOGGING COMPANY, LLC 24126 THE TRAIL MATTAPONI, VA 23110 | | Claim Number: 1346 Claim Date: 03/09/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 9656 (06/15/2018) THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $11,766.68 | Scheduled: | $23,533.37  UNLIQ | | |
| ASHLEY, JAMES E. JR. 3007 W MARTINS GRANT CIRCLE RICHMOND, VA 23235 | | Claim Number: 9272 Claim Date: 08/21/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 5047 (02/16/2010) THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $159,560.00 | Scheduled: | $159,560.00 | | |

---

ASM BLUE LLC
TRANSFEROR: ASTEN JOHNSON INC.
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 11662
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5045 (02/16/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $508,533.78 | Scheduled: | $148,712.81 | Allowed: | $508,533.78 |

ASM BLUE, LLC
TRANSFEROR: AMERICAN DIE CO., INC.
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 161
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $71,087.80 | Scheduled: | $67,418.05 | Allowed: | $71,087.80 |

ASM BLUE, LLC
TRANSFEROR: AIR RELIEF, INC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 471
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $53,797.90 | Scheduled: | $55,036.23 | Allowed: | $53,797.90 |

ASM BLUE, LLC
TRANSFEROR: ESTABROOK CORP., THE
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 622
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $99,604.05 | Scheduled: | $100,875.17 | Allowed: | $99,604.05 |

ASM BLUE, LLC
TRANSFEROR: NATIONAL WIRE FABRIC INC
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 717
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $91,546.96 | Scheduled: | $90,346.96 | Allowed: | $91,546.96 |

---

ASM BLUE, LLC
TRANSFEROR: JOHN H. COOPER ELECTRICAL CO
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 767
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | | |
|---|---|---|---|---|---|---|
| SECURED | | $252,414.41 | | | | |
| UNSECURED | | | Scheduled: | $212,114.35 | | |

---

ASM BLUE, LLC
TRANSFEROR: TRIANGLE DIES AND SUPPLIES
INC
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 851
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $77,404.81 | | $73,042.30 | | $77,404.81 |

---

ASM BLUE, LLC
TRANSFEROR: D.K. SERVICES, INC.
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1032
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $336,159.05 | | $336,159.05 | | $336,159.05 |

---

ASM BLUE, LLC
TRANSFEROR: CAPITAL FIRE PROTECTION CO.
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1058
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $76,704.99 | | $70,883.57 | | $76,704.99 |

---

ASM BLUE, LLC
TRANSFEROR: COASTAL SALES, INC.
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1643
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $98,000.17 | | $188,945.17 | | $98,000.17 |

---

ASM BLUE, LLC
TRANSFEROR: FLUKE TRANSPORTATION GROUP
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1725
Claim Date: 03/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $62,656.23 | Scheduled: | $63,539.62 | Allowed: | $62,656.23 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: JONCO DIE COMPANY, INC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1939
Claim Date: 04/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $389,070.01 | Scheduled: | $484,383.93 | Allowed: | $389,070.01 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: EAGLE LOGISTICS, INC.
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2087
Claim Date: 04/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5734 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $45,252.00 | Scheduled: | $103,126.50 UNLIQ | Allowed: | $45,252.00 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: D & A PALLETS, INC.
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2193
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $152,197.00 | Scheduled: | $131,171.63 | Allowed: | $152,197.00 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: EXXONMOBIL OIL CORPORATION
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2368-01
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $555,894.39 | Scheduled: | $851,918.70 UNLIQ | Allowed: | $555,894.39 |
|---|---|---|---|---|---|---|

---

ASM BLUE, LLC
TRANSFEROR: HARMAC INC.
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2462
Claim Date: 04/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $106,231.00 | Scheduled: | $103,881.00 | Allowed: | $106,231.00 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: SEC EQUIPMENT CORPORATION
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2499
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $68,797.29 | Scheduled: | $68,855.25 | Allowed: | $68,797.29 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: FAB EXPRESS, INC.
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2564
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $164,860.35 | Scheduled: | $508,009.44 UNLIQ | Allowed: | $164,860.35 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: CONVOY SYSTEMS, LLC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2759
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $131,527.92 | Scheduled: | $130,289.95 | Allowed: | $131,527.92 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: EAM-MOSCA CORP.
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2790-01
Claim Date: 05/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8897 (01/20/2011)

| UNSECURED | Claimed: | $741,626.82 | Scheduled: | $733,386.83 UNLIQ | Allowed: | $741,626.82 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: VHI TRANSPORT
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2800
Claim Date: 05/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $53,629.85 | | | Allowed: | $53,629.85 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: JOHN H. DZWIL MASONRY CONTRA
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2802
Claim Date: 05/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)
THIS CLAIM IS PAID

| SECURED | Claimed: | $35,409.27 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $62,908.98 | | |

ASM BLUE, LLC
TRANSFEROR: JOHN H. DZWIL MASONRY CONTRA
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2803
Claim Date: 05/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)
THIS CLAIM IS PAID

| SECURED | Claimed: | $27,876.94 | | | | |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: RUSCO PACKAGING, INC.
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2906
Claim Date: 05/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $72,990.93 | Scheduled: | $73,127.62 | Allowed: | $72,990.93 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: PREMIER STAFFING, INC.
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3264
Claim Date: 06/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $59,906.95 | Scheduled: | $60,361.35 | Allowed: | $59,906.95 |
|---|---|---|---|---|---|---|

---

ASM BLUE, LLC
TRANSFEROR: TMI COOLING TOWERS, LLC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3388
Claim Date: 06/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $112,509.54 | Scheduled: | $112,509.54 | Allowed: | $112,509.54 |

ASM BLUE, LLC
TRANSFEROR: MCLEOD EXPRESS, LLC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3503
Claim Date: 06/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $61,578.98 | Scheduled: | $130,497.16 UNLIQ | Allowed: | $61,578.98 |

ASM BLUE, LLC
TRANSFEROR: ALLIANCE MACHINE SYSTEMS INT
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3506-01
Claim Date: 06/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $562,768.35 | Scheduled: | $30,085.77 | Allowed: | $562,768.35 |

ASM BLUE, LLC
TRANSFEROR: INTEGRATED POWER SERVICES
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3570
Claim Date: 06/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $340,835.31 | Scheduled: | $229,189.78 | Allowed: | $340,835.31 |

ASM BLUE, LLC
TRANSFEROR: MRO INC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3638
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $122,746.00 | Scheduled: | $122,746.00 | Allowed: | $122,746.00 |

ASM BLUE, LLC
TRANSFEROR: UNITED LIGHTING AND SUPPLY C
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3669
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $66,348.51 | Scheduled: | $66,267.01 | Allowed: | $66,348.51 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: ROCCUS LOGISTICS, LLC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3840
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $56,034.89 | Scheduled: | $54,302.56 | Allowed: | $56,034.89 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: ALLIED GRAPHICS (CHESTERFIEL
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 4148
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $33,868.55 | Scheduled: | $33,868.55 | Allowed: | $33,868.55 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: CLOSE TRUCKING LTD
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 4216
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $43,491.24 | Scheduled: | $131,991.24 UNLIQ | Allowed: | $43,491.24 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: BRIAN THOMAS INDUSTRIES INC
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 4316
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $27,890.63 | Scheduled: | $27,890.63 | Allowed: | $27,890.63 |
|---|---|---|---|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

ASM BLUE, LLC
TRANSFEROR: BREWTON CHIPS OF WINN PARISH
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 4318
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $22,266.34 | Scheduled: | $44,532.69  UNLIQ | Allowed: | $22,266.34 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: WESTSIDE ELECTRIC INC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 4404
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $129,092.86 | Scheduled: | $129,092.86 | Allowed: | $129,092.86 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: SHARKEY MACHINE SERVICES INC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 4672
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $85,754.21 | Scheduled: | $85,754.21 | Allowed: | $85,754.21 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: SHARPER IMAGE ENGRAVERS INC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 4917
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $71,192.50 | Scheduled: | $71,962.50 | Allowed: | $71,192.50 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: DTS TRUCK DIVISION
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 5065
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,954.56 | Scheduled: | $26,222.88 | | | |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: DISTRIBUTION TRANSPORTATION SERVICE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 5066
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $35,340.52 | Scheduled: | $22,685.94 | Allowed: | $35,340.52 |

ASM BLUE, LLC
TRANSFEROR: LIMEHOUSE AND SONS INC
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 5747
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $49,586.56 | Scheduled: | $59,586.56 | Allowed: | $49,586.56 |

ASM BLUE, LLC
TRANSFEROR: FLS TRANSPORTATION SERVICES
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 6038
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $133,126.60 | Scheduled: | $113,422.72 | Allowed: | $133,126.60 |

ASM BLUE, LLC
TRANSFEROR: HOGAN TRANSPORTS INC
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 6085
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $226,968.88 | Scheduled: | $235,174.82 | Allowed: | $226,968.88 |

ASM BLUE, LLC
TRANSFEROR: HOGAN LOGISTICS INC
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 6086
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,709.54 | Scheduled: | $12,004.38 |

---

ASM BLUE, LLC
TRANSFEROR: R.W GRIFFIN INDUSTRIES, LLC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 6093
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $49,051.49 | Scheduled: | $59,229.22 | Allowed: | $49,051.49 |

ASM BLUE, LLC
TRANSFEROR: SMITH SERVICES INC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 6254
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $451,397.12 | Scheduled: | $456,981.12 | Allowed: | $451,397.12 |

ASM BLUE, LLC
TRANSFEROR: CV LOGISTICS INC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 7204
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $118,177.39 | Scheduled: | $206,720.40  UNLIQ | Allowed: | $118,177.39 |

ASM BLUE, LLC
TRANSFEROR: PROFERO SYSTEMS INC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 7343
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $67,241.82 | Scheduled: | $108,869.82 | Allowed: | $67,241.82 |

ASM BLUE, LLC
TRANSFEROR: SPRAGUE ENERGY CORP
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 7355
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $132,424.12 | Scheduled: | $92,301.55 | Allowed: | $132,424.12 |

ASM BLUE, LLC
TRANSFEROR: AICOMP CONSULTING, INC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 7472
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $324,066.55 | Scheduled: | $300,918.94 | Allowed: | $324,066.55 |

ASM BLUE, LLC
TRANSFEROR: D AND D MECHANICAL INC
7600 JERICHO TURNPIKE  SUITE 302
WOODBURY, NY 11797

Claim Number: 7822
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $220,176.47 | Scheduled: | $261,213.03 | Allowed: | $220,176.47 |

ASM BLUE, LLC
TRANSFEROR: HOGAN MOTOR LEASING INC
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 8025
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $31,694.77 | Scheduled: | $8,921.08 | Allowed: | $31,694.77 |

ASM BLUE, LLC
TRANSFEROR: MARRLIN TRANSIT INC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 8140
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $227,494.81 | Scheduled: | $232,150.90 | Allowed: | $227,494.81 |

ASM BLUE, LLC
TRANSFEROR: ITW SHIPPERS PRODUCTS
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 9192
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6353 (03/29/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $152,131.69 | Scheduled: | $152,087.19 | Allowed: | $152,131.69 |

---

ASM BLUE, LLC
TRANSFEROR: NORFALCO, INC. F/K/A NORFALC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 9674-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4964 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $48,610.11 | Scheduled: | $101,626.99 | Allowed: | $48,610.11 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: NORFALCO LLC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 9674-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4964 (02/12/2010)

| ADMINISTRATIVE | Claimed: | $54,691.60 | | | Allowed: | $53,016.88 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: HUMBOLDT UTILITIES
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 9723
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $134,710.62 | | | | |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: TRU FIT STEEL RULE DIES
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 9799-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $5,863.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $56,497.00 | | |

ASM BLUE, LLC
TRANSFEROR: TRU FIT STEEL RULE DIES
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 9799-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $49,855.00 | | | Allowed: | $49,855.00 |
|---|---|---|---|---|---|---|

---

ASM BLUE, LLC
TRANSFEROR: SLT SERVICES INC
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 9853
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $104,186.00 | Scheduled: | $104,186.00 | Allowed: | $104,186.00 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: A & S STEEL GROUP
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 9971
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $64,754.77 | Scheduled: | $67,772.27 | Allowed: | $64,754.77 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: NU WAY TRANSPORTATION SRV.
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 10618
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $99,747.24 | Scheduled: | $359,747.24 UNLIQ | Allowed: | $99,747.24 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: TECHNICAL ASSOCIATES OF GEOR
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 10754
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $77,407.00 | Scheduled: | $104,959.00 | Allowed: | $77,407.00 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: SOUTHERN WIRE
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 10996
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $229,333.33 | Scheduled: | $193,521.30 | Allowed: | $229,333.33 |
|---|---|---|---|---|---|---|

---

ASM BLUE, LLC
TRANSFEROR: TRIPLE CROWN SERVICS
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 11052
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $230,949.40 | Scheduled: | $205,760.69 | Allowed: | $230,949.40 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: LOGAN CONTRACTING GROUP INC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 11493
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $157,074.00 | | | Allowed: | $157,074.00 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: VSP TECHNOLOGIES
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 11879
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $90,207.17 | Scheduled: | $104,144.82 | Allowed: | $90,207.17 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: RMR MECHANICAL, INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 12264
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $209,927.20 | Scheduled: | $214,785.47 | Allowed: | $209,927.20 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: MIGHTY TRANSPORTATION
SERVICES
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 13544
Claim Date: 11/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $139,173.75 | Scheduled: | $199,173.75  UNLIQ | Allowed: | $139,173.75 |
|---|---|---|---|---|---|---|

ASM BLUE, LLC
TRANSFEROR: HUMBOLDT UTILITIES
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 13711
Claim Date: 12/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $134,710.62 | Scheduled: | $86,365.02 | Allowed: | $134,710.62 |

ASM BLUE, LLC
TRANSFEROR: SOUTHERN WIRE, A DIVISION OF
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 13817
Claim Date: 02/11/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $39,777.51 | Scheduled: | $50,495.31 | Allowed: | $39,777.51 |

ASM BLUE, LLC
TRANSFEROR: SOUTHERN WIRE, A DIVISION OF
SOUTHERN SPECIALTY SERVICE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 13819
Claim Date: 02/11/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $1,069.53 | Scheduled: | $1,069.53 | | |

ASM BLUE, LLC
TRANSFEROR: ELECTRICAL EQUIPMENT CO
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 13840
Claim Date: 02/22/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $387,873.35 | Scheduled: | $24,744.38 | Allowed: | $387,873.35 |

ASM BLUE, LLC
TRANSFEROR: EXXONMOBIL OIL CORPORATION
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 13938
Claim Date: 03/26/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| ADMINISTRATIVE | Claimed: | $146,206.56 |
| UNSECURED | Claimed: | $602,327.41 |

---

ASM CAPITAL
7600 JERICHO TURNPIKE
SUITE 302
WOODBURY, NY 11797

Claim Number: 3595-02
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,100.10 | Scheduled: | $89,375.95 | Allowed: | $13,100.10 |
|---|---|---|---|---|---|---|

ASM CAPITAL
7600 JERICHO TURNPIKE
SUITE 302
WOODBURY, NY 11797

Claim Number: 5642
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $129,178.19 | Scheduled: | $127,078.15 | Allowed: | $129,178.19 |
|---|---|---|---|---|---|---|

ASM CAPITAL
7600 JERICHO TURNPIKE
SUITE 302
WOODBURY, NY 11797

Claim Number: 13758
Claim Date: 01/08/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,119.00 | | | | |
|---|---|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: COYNE MOTOR SERVICE INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 480
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,854.91 | Scheduled: | $7,854.91 | | |
|---|---|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: F & P ENTERPRISES, INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 596
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $170,195.12 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $341,219.82 UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: AVAILABILITY, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 711<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,283.60 | Scheduled: | $7,283.60 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: HARRIS PAINTING<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 770<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,979.91 | Scheduled: | $5,903.00 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: ALBRIGHT MACHINE & GRINDING,<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 828<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,955.00 | Scheduled: | $3,955.00 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: PBE<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 841<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,184.75 | Scheduled: | $3,065.47 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: PBE<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 842<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $880.72 | | |

---

ASM CAPITAL III, L.P.
TRANSFEROR: SADLER PAPER COMPANY, INC
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 985
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,065.35 | Scheduled: | $4,027.35 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: KELLY, ROBERT J.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 992
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8537 (09/14/2010)

| PRIORITY | Claimed: | $8,939.34 | | |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: MIDWEST ELECTRICAL TESTING
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1073
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,980.38 | Scheduled: | $2,980.38 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: HARTT TRANSPORTATION
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1617
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,257.30 | Scheduled: | $7,419.75 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: HARTT TRANSPORTATION
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 1620
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,162.45 | | |
|---|---|---|---|---|

| ASM CAPITAL III, L.P.<br>TRANSFEROR: PAPERTECH INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 1784<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,464.37 | Scheduled: | $8,164.37 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: HARTRIDGE SERVICES, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 2199<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,925.00 | Scheduled: | $5,925.00 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: CHRISTIAN & BARTON, L.L.P.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 2399<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,727.99 | Scheduled: | $9,727.99 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: HERB SURKS ASSOCIATES, INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 3430<br>Claim Date: 06/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,046.37 | Scheduled: | $6,046.37 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: TAYLOR INDUSTRIAL MILL SUPPL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 3696<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,346.55 | Scheduled: | $6,346.55 |

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: NEW ENGLAND PALLETS & SKIDS<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 3753<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,100.00 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: PIRTEK KENT<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 3961<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,963.64 | Scheduled: | $2,963.94 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: CAPECO<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4081<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,650.00 | Scheduled: | $2,650.00 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: MONARCH BUILDING SERVICES<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4209<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6353 (03/29/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,447.85 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: BUNN PACKAGING INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 4818<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,729.19 | Scheduled: | $6,729.19 |

---

ASM CAPITAL III, L.P.
TRANSFEROR: PRIME AIR PRODUCTS CO
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 5442
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,740.19 | Scheduled: | $3,740.19 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: MOHAWK VALLEY BUILDING SERVI
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 5467
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,788.25 | Scheduled: | $7,788.25 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: MISSOURI POWER TRANSMISSION
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 5953
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,035.34 | Scheduled: | $5,619.34 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: MICHIANA DELIVERY SERVICE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 5989
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,038.63 | Scheduled: | $2,801.13 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: FLECK BEARING CO INC
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 5996
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,175.70 | Scheduled: | $1,175.70 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: POOLEY INC
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 6100
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,047.13 | Scheduled: | $8,924.07 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: JAMES R ERNST INC
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 6155
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,482.70 | Scheduled: | $2,482.70 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: WOLFF, DR TERRY L
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 6241
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,125.00 | Scheduled: | $4,125.00 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: CORR A BOX PACKAGING LTD
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 6381
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,320.61 | Scheduled: | $3,318.00 |
|---|---|---|---|---|

ASM CAPITAL III, L.P.
TRANSFEROR: ALLEGRA PRINT & IMAGING
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 6570
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,024.50 | Scheduled: | $6,024.50 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: MONARCH BUILDING SERVICES<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6600<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| PRIORITY | Claimed: | $8,447.95 | | |
| UNSECURED | | | Scheduled: | $8,447.85 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: COMMODITY CARRIERS INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6780-01<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,112.40 | Scheduled: | $6,112.40 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: LAIDLAW CARRIERS<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 7680<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,187.00 | Scheduled: | $9,298.00 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: OCCUPATIONAL DEVELOPMENT CEN<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 8523<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,752.55 | Scheduled: | $3,752.55 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: CULLIGAN<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 9676<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,624.65 | Scheduled: | $7,189.65 |

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: RANGER CONSTRUCTION LLC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 10921<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,224.00 | Scheduled: | $6,224.00 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: RK ENVIRONMENTAL SERVICES IN<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 11702<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,922.46 | Scheduled: | $5,920.18 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: G&D WAREHOUSING & LOGISTICS<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 34<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,945.00 | Scheduled: | $9,385.00 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: FLORIDA ALIGNBORING, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 138<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,606.80 | Scheduled: | $5,606.80 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: S.O. KINES JR INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 350<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,112.05 | Scheduled: | $8,515.95 |

ASM CAPITAL, L.P.
TRANSFEROR: GM LOGISTICS TRUCKING
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 371
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,700.00 | Scheduled: | $7,295.00 | | | |

ASM CAPITAL, L.P.
TRANSFEROR: CONDITION AND ENERGY MONITOR
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 589-01
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $59,500.00 | Scheduled: | $64,700.00 | Allowed: | $59,500.00 | |

ASM CAPITAL, L.P.
TRANSFEROR: FLEETWOOD LOGISTICS, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 624
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,367.19 | Scheduled: | $3,403.90 | |

ASM CAPITAL, L.P.
TRANSFEROR: FLEETWOOD LOGISTICS, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 625
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,036.71 | |

ASM CAPITAL, L.P.
TRANSFEROR: SNEAD HYDRAULICS & SUPPLY
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 734
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,869.42 | Scheduled: | $6,900.01 | |

ASM CAPITAL, L.P.
TRANSFEROR: ICSE, INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 735
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,550.00 | Scheduled: | $9,550.00 |

ASM CAPITAL, L.P.
TRANSFEROR: WORK WEAR SAFETY SHOES
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 905
Claim Date: 02/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,399.40 | Scheduled: | $9,993.34 |

ASM CAPITAL, L.P.
TRANSFEROR: JOHNSON CONSTRUCTION
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1014
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,700.00 | Scheduled: | $5,700.00 |

ASM CAPITAL, L.P.
TRANSFEROR: GM LOGISTICS, LC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 1520
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,360.00 |

ASM CAPITAL, L.P.
TRANSFEROR: DUVAL PAINT AND DECORATING I
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3012
Claim Date: 05/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,068.85 | Scheduled: | $5,622.17 |

---

ASM CAPITAL, L.P.
TRANSFEROR: TIM PARTIN L.A. INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3066
Claim Date: 05/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8535 (09/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,238.81 | Scheduled: | $8,477.62 | | |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: METROPOLITAN PIPE & SUPPLY C
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3653
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,856.75 | Scheduled: | $3,877.43 | | |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: ALL ELECTRIC MOTOR REPAIR IN
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3822-01
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,618.63 | Scheduled: | $7,217.26 | | |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: ALL ELECTRIC MOTOR REPAIR IN
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3822-02
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| ADMINISTRATIVE | Claimed: | $1,598.63 | | | Allowed: | $1,598.63 |
|---|---|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: ELOGIC LEARNING LLC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 3875
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,763.50 | Scheduled: | $6,763.50 | | |
|---|---|---|---|---|---|---|

| ASM CAPITAL, L.P. | | Claim Number: 3972 | | |
|---|---|---|---|---|
| TRANSFEROR: HOSEPOWER USA | | Claim Date: 07/08/2009 | | |
| ATTN: ADAM MOSKOWITZ | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| 7600 JERICHO TURNPIKE, SUITE 302 | | Comments: | | |
| WOODBURY, NY 11797 | | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,599.37 | Scheduled: | $5,948.96 |

| ASM CAPITAL, L.P. | | Claim Number: 4131 | | |
|---|---|---|---|---|
| TRANSFEROR: BRENNY TRANSPORTATION, INC. | | Claim Date: 07/09/2009 | | |
| ATTN: ADAM MOSKOWITZ | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| 7600 JERICHO TURNPIKE, SUITE 302 | | Comments: DOCKET: 3287 (12/18/2009) | | |
| WOODBURY, NY 11797 | | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,430.00 | Scheduled: | $4,430.00 |

| ASM CAPITAL, L.P. | | Claim Number: 4478 | | |
|---|---|---|---|---|
| TRANSFEROR: SAFEWAY ELECTRIC CO INC | | Claim Date: 07/10/2009 | | |
| ATTN: ADAM MOSKOWITZ | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| 7600 JERICHO TURNPIKE, SUITE 302 | | Comments: | | |
| WOODBURY, NY 11797 | | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,597.00 | Scheduled: | $7,597.00 |

| ASM CAPITAL, L.P. | | Claim Number: 4711 | | |
|---|---|---|---|---|
| TRANSFEROR: RHODE ISLAND RESOURCE RECOVE | | Claim Date: 07/13/2009 | | |
| ATTN: ADAM MOSKOWITZ | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| 7600 JERICHO TURNPIKE, SUITE 302 | | Comments: DOCKET: 7550 (05/10/2010) | | |
| WOODBURY, NY 11797 | | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,051.19 | Scheduled: | $5,642.00 |

| ASM CAPITAL, L.P. | | Claim Number: 4741 | | |
|---|---|---|---|---|
| TRANSFEROR: OHIO TEC | | Claim Date: 07/13/2009 | | |
| ATTN: ADAM MOSKOWITZ | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| 7600 JERICHO TURNPIKE, SUITE 302 | | Comments: | | |
| WOODBURY, NY 11797 | | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,040.00 | Scheduled: | $5,040.00 |

---

ASM CAPITAL, L.P.
TRANSFEROR: HORSEPOWER CONTROL SYSTEM (0
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 4759
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,073.01 | Scheduled: | $4,073.01 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: AIR & ELECTRIC EQUIPMENT CO
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 4795
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,151.98 | Scheduled: | $5,120.60 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: HITEX TOOL AND DIE CO
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 5085
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,051.00 | Scheduled: | $9,191.00 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: CROWN SHREDDING
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 5205
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $5,119.00 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: KBZ ELECTRIC INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 5695
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,634.38 | Scheduled: | $5,634.38 |
|---|---|---|---|---|

---

ASM CAPITAL, L.P.
TRANSFEROR: REECE, GARY
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 5710
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,082.50 | Scheduled: | $5,082.50 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: MOBILE BORING SOLUTIONS
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 5778
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,200.00 | Scheduled: | $3,200.00 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: ELIJAH TECHNOLOGIES
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 5909
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,606.08 | Scheduled: | $9,606.08 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: HYDRAULIC COMPONENT SERVICE
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 5986
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,375.48 | Scheduled: | $5,312.93 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: GLAUBER EQUIPMENT CORP
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 6349
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,738.48 | Scheduled: | $6,517.25 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: LAMBASICO INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6555<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,709.76 | Scheduled: | $7,709.76 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ERVIN BROTHERS JANITORIAL<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 7035<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,050.00 | Scheduled: | $4,050.00 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: WORLD ENERGY SOLUTIONS, INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 7388<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,460.00 | Scheduled: | $3,460.00 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: HAWLEY LUMBER CO<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 7549<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,303.01 | Scheduled: | $6,351.97 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: NORTHEASTERN RESOURCE RECOVE<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 9293<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,665.00 | Scheduled: | $5,665.00 |

ASM CAPITAL, L.P.
TRANSFEROR: LUDECA INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 11225
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,462.20 | Scheduled: | $3,462.20 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: TOMMY JONES CONTRACTING
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 12175
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,700.91 | Scheduled: | $5,700.91 |
|---|---|---|---|---|

ASPEN WASTE SYSTEMS
13710 GREEN ASH COURT
EARTH CITY, MO 63045-1225

Claim Number: 6418
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,182.50 | Scheduled: | $4,182.50 |
|---|---|---|---|---|

ASSEMBLERS. INC.
2850 W. COLUMBUS AVE
CHICAGO, IL 60652

Claim Number: 187
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,422.23 | Scheduled: | $9,421.68 |
|---|---|---|---|---|

ASSOCIATED BAG COMPANY
PO BOX 3036
MILWAUKEE, WI 53201

Claim Number: 5802
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,091.63 | Scheduled: | $5,065.83 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| ASSOCIATED SERVICES CO<br>893 AMES AVENUE<br>MILPITAS, CA 95035 | | Claim Number: 5687<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,843.88 | Scheduled: | $3,027.80 | | |
| ASTEN JOHNSON INC<br>PO BOX 751985<br>CHARLOTTE, NC 28275-1985 | | Claim Number: 4244<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | | |
| UNSECURED | Claimed: | $528,207.64 | Scheduled: | $562,048.48 | | |
| ASTRO PACKAGING<br>3845 E. MIRALOMA AVE. UNIT A<br>ANAHEIM, CA 92806 | | Claim Number: 6519<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,317.95 | Scheduled: | $7,926.81 | | |
| AT&T<br>ONE AT&T WAY, ROOM 3A218<br>ATTN: JAMES GRUDUS, ESQ.<br>BEDMINSTER, NJ 07921-0752 | | Claim Number: 5598<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $56,834.36 | Scheduled: | $98,715.00 | Allowed: | $56,834.36 |
| AT&T CORP.<br>JAMES GRUDUS, ESQ.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 1623<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $246,326.91 | Scheduled: | $409,711.21 | Allowed: | $246,326.91 |

| | | | | |
|---|---|---|---|---|
| ATC GROUP SERVICES INC. D/B/A ATC ASSOCIATES INC. 600 W. CUMMING PARK, SUITE 5500 WOBURN, MA 01801 | | Claim Number: 5393 Claim Date: 07/16/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $699.80 | | |
| ATC GROUP SERVICES, INC. DBA ATC ASSOCIATES INC. 600 W. CUMMINGS PARK, SUITE 5500 WOBURN, MA 01801 | | Claim Number: 5392 Claim Date: 07/16/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,337.88 | Scheduled: | $9,337.88 |
| ATHENS DISPOSAL CO INC PO BOX 60009 CITY OF INDUSTRY, CA 91716-0009 | | Claim Number: 4465 Claim Date: 07/10/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7550 (05/10/2010) THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,107.99 | Scheduled: | $4,990.35 |
| ATHENS DISPOSAL CO INC PO BOX 60009 CITY OF INDUSTRY, CA 91716-0009 | | Claim Number: 4466 Claim Date: 07/10/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,228.57 | Scheduled: | $399.66 |
| ATI ARCHITECTS AND ENGINEERS 3860 BLACKHAWK ROAD DANVILLE, CA 94568 | | Claim Number: 892 Claim Date: 02/27/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7550 (05/10/2010) THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $12,162.31 | Scheduled: | $12,332.56 |

ATLANTA BELTING COMPANY
PO BOX 105774
ATLANTA, GA 30348

Claim Number: 7130
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,700.18 | Scheduled: | $6,700.18 | | |

ATLANTA GAS/CHATTANOOGA GAS
150 W. MAIN ST.
SUITE 1510
NORFOLK, VA 23510

Claim Number: 1800
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,768.45 | |

ATLANTECH DISTRIBUTION INC
PO BOX 60838
CHARLOTTE, NC 28215

Claim Number: 5079
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $30,442.34 | Scheduled: | $31,929.84 | |

ATLANTECH DISTRIBUTION, INC.
ATTN: R.L. STEWART
PO BOX 667547
CHARLOTTE, NC 28266

Claim Number: 5641
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,442.34 | Allowed: | $30,442.34 |

ATLANTIC CITY ELECTRIC
BANKRUPTCY DIVISION, MAIL STOP: 84CP42
5 COLLINS DRIVE, SUITE 2133
CARNEYS POINT, NJ 08069-3600

Claim Number: 1832
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,986.94 | |

---

ATLANTIC COAST ENVIRONMENTAL
1751 SW 43 TERRACE
DEERFIELD BEACH, FL 33442

Claim Number: 8092
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,414.00 | Scheduled: | $1,414.00 | | |

---

ATLANTIC CONSTRUCTORS INC
1401 BATTERY BROOKE PKWY
RICHMOND, VA 23237

Claim Number: 3007
Claim Date: 05/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $27,823.00 | Scheduled: | $27,823.00 | | |

---

ATLANTIC CONSTRUCTORS INC
1401 BATTERY BROOKE PKWY
RICHMOND, VA 23237

Claim Number: 4652
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $27,823.00 | | | Allowed: | $27,823.00 |

---

ATLANTIC CORPORATION
806 NORTH 23RD STREET
WILMINGTON, NC 28405

Claim Number: 1460
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $42,059.51 | Scheduled: | $41,243.37 | Allowed: | $42,059.51 |

---

ATLANTIC CORRUGATED BOX CO., INC.
1701 RUFFIN ROAD
RICHMOND, VA 23234

Claim Number: 1010
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $794.45 | Scheduled: | $793.70 | | |

---

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | |
|---|---|---|---|---|
| ATLANTIC DETROIT DIESEL ALLISON INC<br>ATTN: JOHN C. DEANE<br>180 RT 17 SOUTH<br>PO BOX 950<br>LODI, NJ 07644 | | Claim Number: 5453<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,160.01 | Scheduled: | $575.00 |
| ATLANTIC INDUSTRIAL SERVICES INC<br>13331 RAMBLEWOOD DR<br>CHESTER, VA 23836 | | Claim Number: 4507<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,410.05 | Scheduled: | $8,410.05 |
| ATLANTIC MACHINERY & EQUIPMENT INC<br>ATTN: M.ROOKE<br>8351 BROOK ROAD<br>RICHMOND, VA 23227 | | Claim Number: 6096<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $136.92 | Scheduled: | $130.40 |
| ATLANTIC POLY INC<br>86 MORSE ST<br>NORWOOD, MA 02062 | | Claim Number: 7366<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,880.00 | Scheduled: | $2,880.00 |
| ATLANTIC VENTILATING & EQUIPMENT CO<br>25 SEBETHE DRIVE<br>CROMWELL, CT 06416 | | Claim Number: 10578<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,150.00 | Scheduled: | $3,150.00 |

| ATLAS COPCO COMPRESSORS LLC<br>75 REMITTANCE DRIVE<br>SUITE 3009<br>CHICAGO, IL 60675-3009 | | Claim Number: 3485<br>Claim Date: 06/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $79,932.76 | Scheduled: | $95,599.87 | | | |
| ATLAS DISPOSAL INDUSTRIES<br>3000 POWER INN RD.<br>SACRAMENTO, CA 95826 | | Claim Number: 836<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8093 (06/21/2010) | | | | | |
| UNSECURED | Claimed: | $35,460.85 | Scheduled: | $26,235.00 | Allowed: | $35,460.85 |
| ATLAS SCIENTIFIC TECHNOLOGIES INC<br>2430 UNIVERSITY BLVD<br>JACKSONVILLE, FL 32217 | | Claim Number: 4236<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,325.00 | Scheduled: | $2,300.00 | | | |
| ATLAS TRUCKING INC<br>PO BOX 219<br>PORT ANGELES, WA 98362 | | Claim Number: 13557<br>Claim Date: 11/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | | |
| UNSECURED | Claimed: | $181.15 | | | | | |
| ATLAS WASTE PAPER CORPORATION<br>2329 WHARTON STREET<br>PITTSBURGH, PA 15203 | | Claim Number: 2668<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $5,217.50 | Scheduled: | $5,212.00 | | | |

| | | |
|---|---|---|
| ATMOS ENERGY MARKETING, LLC<br>13430 NORTHWEST FREEWAY, STE 700<br>HOUSTON, TX 77040 | Claim Number: 1693<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | |
| UNSECURED            Claimed: | $18,714.46 | |
| ATMOS ENERGY MARKETING, LLC<br>13430 NORTHWEST FREEWAY, STE 700<br>HOUSTON, TX 77040 | Claim Number: 13627<br>Claim Date: 11/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5046 (02/16/2010)<br>THIS CLAIM IS PAID | |
| ADMINISTRATIVE            Claimed: | $52,919.67 | |
| ATMOS ENERGY/LOUISIANA DIVISION<br>ATTN: BANKRUPTCY GROUP<br>ATMOS ENERGY CORPORATION<br>P.O. BOX 650205<br>DALLAS, TX 75265-0205 | Claim Number: 3043<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED            Claimed: | $730.23 | |
| ATMOS ENERGY/LOUISIANA DIVISIONS (25)<br>A DIVISION OF ATMOS ENERGY CORPORATION<br>ATTN: BANKRUPTCY GROUP<br>P.O. BOX 650205<br>DALLAS, TX 75265-0205 | Claim Number: 2267<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
| UNSECURED            Claimed: | $730.23 | |
| ATMOS ENERGY/MID-STATES DIVISION<br>A DIVISION OF ATMOS ENERGY CORPORATION<br>ATTN: BANKRUPTCY GROUP<br>P.O. BOX 650205<br>DALLAS, TX 75265-0205 | Claim Number: 2269<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
| UNSECURED            Claimed: | $12,766.31 | |

| | | | | |
|---|---|---|---|---|
| ATMOS ENERGY/MID-STATES DIVISION<br>ATTN: BANKRUPTCY GROUP<br>ATMOS ENERGY CORPORATION<br>P.O. BOX 650205<br>DALLAS, TX 75265-0205 | Claim Number: 3042<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,959.12 | | |
| ATMOS ENERGY/MID-TEX DIVISION<br>A DIVISION OF ATMOS ENERGY CORPORATION<br>ATTN: BANKRUPTCY GROUP<br>P.O. BOX 650205<br>DALLAS, TX 75265-0205 | Claim Number: 1552<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $14.19 | | |
| ATMOS ENERGY/MISSISSIPPI DIVISION<br>A DIVISION OF ATMOS ENERGY CORPORATION<br>ATTN: BANKRUPTCY GROUP<br>P.O. BOX 650205<br>DALLAS, TX 75265-0205 | Claim Number: 2270<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | |
| UNSECURED | Claimed: | $74,158.19 | | |
| ATMOS ENERGY/MISSISSIPPI DIVISION<br>ATTN: BANKRUPTCY GROUP<br>ATMOS ENERGY CORPORATION<br>P.O. BOX 650205<br>DALLAS, TX 75265-0205 | Claim Number: 3041<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8444 (08/25/2010) | | | |
| UNSECURED | Claimed: | $74,158.19 | Allowed: | $44,138.81 |
| ATMOS ENERGY/PIPELINE DIVISION<br>ATTN: BANKRUPTCY GROUP<br>P.O. BOX 650205<br>DALLAS, TX 75265-0205 | Claim Number: 1217<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $10,872.62 | Allowed: | $10,872.62 |

---

ATWOOD'S PRINTING
PO BOX 802
SANDSTON, VA 23150

Claim Number: 3774
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $167.67 | Scheduled: | $176.05 |
|---|---|---|---|---|

AUGUST WINTER & SONS INC.
GERALD HIETPAS
2323 N ROEMER ROAD
APPLETON, WI 54911

Claim Number: 575
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $25,789.94 | Scheduled: | $18,259.94 |
|---|---|---|---|---|

AURORA PICTURES INC
5249 CHICAGO AVE
MINNEAPOLIS, MN 55417

Claim Number: 6877
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $384.50 | | |
|---|---|---|---|---|

AUSTIN FOAM PLASTICS INC
2933 AW GRIMES BLVD
PFLUGERVILLE, TX 78660

Claim Number: 9705
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,486.00 | Scheduled: | $2,486.00 |
|---|---|---|---|---|

AUTO ELECTRIC SERVICE COMPANY
ATTN: LARRY MCGRAW
PO BOX 16023
MISSOULA, MT 59808

Claim Number: 12945
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,323.25 | Scheduled: | $1,323.25 |
|---|---|---|---|---|

---

AUTO FLETERA DE CHIHUAHUA S.A. DE C.V.
C/O SUSAN J. KLEIN, ESQ.
GORDON FEINBLATT, ET AL.
233 EAST REDWOOD STREET
BALTIMORE, MD 21202

Claim Number: 10627
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $49,275.25 | Scheduled: | $89,275.25 UNLIQ | Allowed: | $49,275.25 |
|---|---|---|---|---|---|---|

AUTO ID SOLUTIONS CORP
701 DECATUR
SUITE 106
MINNEAPOLIS, MN 55427

Claim Number: 3908
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,435.20 | Scheduled: | $7,309.26 | | |
|---|---|---|---|---|---|---|

AUTO SAN INC
PO BOX 171415
MEMPHIS, TN 38187

Claim Number: 8117
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $405.00 | Scheduled: | $405.00 | | |
|---|---|---|---|---|---|---|

AUTOFLETES CHIHUHUA, S.A. DE C.V.
C/O SUSAN J. KLEIN, ESQ.
GORDON FEINBLATT, ET AL.
233 EAST REDWOOD STREET
BALTIMORE, MD 21202

Claim Number: 10643
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $33,047.65 | Scheduled: | $51,547.65 UNLIQ | Allowed: | $33,047.65 |
|---|---|---|---|---|---|---|

AUTOMATED CONTROL SYSTEM INC
2932 ROSS CLARK CIRCLE 264
DOTHAN, AL 36301

Claim Number: 9513
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $62,841.00 | Scheduled: | $65,421.00 | | |
|---|---|---|---|---|---|---|

AUTOMATION PROJECT GROUP LTD
ATTN: SHEILA PRZEKLASA
A-855 TRILLIUM DRIVE
KITCHENER, ON N2R 1J9
CANADA

Claim Number: 13175
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $41,005.97 | | | | | |

AUTOMATION PROJECT GROUP LTD
ATTN: SHEILA PRZEKLASA
A-855 TRILLIUM DRIVE
KITCHENER, ON N2R 1J9
CANADA

Claim Number: 13176
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $41,005.97 | | | | | |

AUTOMATION SERVICE
PO BOX 790056
ST LOUIS, MO 63179

Claim Number: 13504
Claim Date: 09/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $25,636.46 | Scheduled: | $25,636.46 | Allowed: | $25,636.46 |

AUTOMATION SERVICES & CONTROLS, INC.
16765 PARK CIRCLE DRIVE
CHAGRIN FALLS, OH 44023

Claim Number: 9351
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,294.57 | Scheduled: | $3,294.57 | |

AV FLEXOLOGIC B.V.
H. KAMERLINGH ONNESWEB 2
POSTBUS 252
AG ALPHEN AAN DEN RIJN, NL 2400
THE NETHERLANDS

Claim Number: 11804
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,670.78 | Scheduled: | $10,204.33 | |

AVALON PETROLEUM CO INC
ATTN: JOHN ECKENSTEIN - VP
200 E COURT ST STE 720
KANKAKEE, IL 609013856

Claim Number: 4393
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,574.86 | Scheduled: | $14,203.08 | Allowed: | $11,574.86 |

AVANGARD ENGINEERING INC
82 SEAVIEW AVENUE
MONMOUTH BEACH, NJ 07750

Claim Number: 4020-02
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $23,482.59 | | | Allowed: | $23,482.59 |

AVAYA INC
PO BOX 1379
RAYMOND, MS 39154

Claim Number: 3851
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8119 (06/22/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,899.25 | Scheduled: | $38,071.34 |

AVAYA INC.
C/O RMS BANKRUPTCY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 975
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,615.02 |

AVAYA INC.
C/O RMS BANKRUPTCY RECOVERY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 2281
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,391.60 |
| UNSECURED | Claimed: | $6,374.78 |

---

AVAYA INC.
C/O RMS BANKRUPTCY SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 3059
Claim Date: 05/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8119 (06/22/2010)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $12,022.41 | | $17,222.82 | | $12,022.41 |

AVERITT EXPRESS, INC.
PO BOX 3166
COOKEVILLE, TN 38502

Claim Number: 13394
Claim Date: 10/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $4,431.02 | | $6,355.85 |
| TOTAL | | $4,356.02 | | |

AVERY DENNISON CORPORATION
C/O JEREMY M. CAMPANA, ESQ.
THOMPSON HINE LLP
3900 KEY CENTER, 127 PUBLIC SQUARE
CLEVELAND, OH 44114-1291

Claim Number: 12023
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $234,499.20 | | $835,035.60  UNLIQ |

AVI FOODSYSTEMS, INC.
2590 ELM ROAD NE
WARREN, OH 44483

Claim Number: 511
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $21,963.50 | | $15,150.19 | | $21,963.50 |

AWARD EQUIPMENT CO INC
1774 BRANT RD
NORTH COLLINS, NY 14111

Claim Number: 3776
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $3,112.95 | | $2,147.45 |

AWARE ENVIRONMENTAL INC
ATTN: BEVERLY SINGLE, ACCOUNTANT
P.O. BOX 2669
MATTHEWS, NC 28106

Claim Number: 6049
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $732.50 | Scheduled: | $732.50 |
|---|---|---|---|---|

AWC INC
PO BOX 974800
DALLAS, TX 75397

Claim Number: 5861
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $94,425.32 | Scheduled: | $98,662.22 |
|---|---|---|---|---|

AXILROD, NANCY
C/O BERNARD W. GERDELMAN, ESQ.
PAULE, CAMAZINE & BLUMENTHAL, PC
165 N. MERAMEC AVE., 6TH FLOOR
SAINT LOUIS, MO 63105-3789

Claim Number: 9762
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9034 (04/25/2011)

| UNSECURED | Claimed: | $1,622,797.54  UNLIQ | | | Allowed: | $1,186,028.00 |
|---|---|---|---|---|---|---|

AXSON TIMBER CO INC
PO BOX 178
HOMERVILLE, GA 31634

Claim Number: 5762
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $58,744.35 | Scheduled: | $117,488.71  UNLIQ |
|---|---|---|---|---|

B & B ENTERPRISES
5605 BIG TEXAS VALLEY RD
ROME, GA 30165

Claim Number: 313
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,613.25 | Scheduled: | $6,613.25  UNLIQ |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| B & B WOODYARD<br>PO BOX 122<br>TRACY CITY, TN 37387 | | Claim Number: 10463<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,445.66 | Scheduled: | $20,231.43 |
| B AND G TRAILER REPAIR LLC<br>112 SPANGLE WAY<br>O'FALLON, MO 63366 | | Claim Number: 6416<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,387.00 | Scheduled: | $2,346.50 |
| B C SALES CO., INC.<br>PO BOX 1028<br>FRUITLAND, ID 83619 | | Claim Number: 6022<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,861.93 | Scheduled: | $10,209.96 |
| B G PRODUCTS, INC<br>ATTN: MIKE HOWARD<br>P.O. BOX 1282<br>WICHITA, KS 67201 | | Claim Number: 659<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,372.00 | Scheduled: | $2,372.40 |
| B&D MOTORS INC<br>300S PARK STREET<br>MERRILL, WI 54452 | | Claim Number: 7796<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,082.74 | Scheduled: | $6,458.00 |

---

B&D SERVICE CENTER INC
C/O U.S. BANK CORPORATE TRUST SERVICES
ATTN: BRIDGET GREIBER
60 LIVINGSTON AVENUE; EP-MN-WS3T
SAINT PAUL, MN 55107-2292

Claim Number: 11417
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8109 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $214,275.02 | Scheduled: | $77,283.62 | Allowed: | $214,275.02 |

B&K ELECTRIC WHOLESALE
PO BOX 3080
LA PUENTE, CA 91744

Claim Number: 3878
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $16,156.51 | Scheduled: | $13,086.73 | Allowed: | $16,156.51 |

B&S PIPING INC
160 STEWART PARKWAY
GREENSBORO, GA 30014

Claim Number: 4327
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $92,669.58 | Scheduled: | $69,624.89 | Allowed: | $92,669.58 |

B. KELLEY ENTERPRISES, INC.
C/O RACHEL SCOTT DECKER
CARRUTHERS & ROTH, P.A.
235 NORTH EDGEWORTH STREET
GREENSBORO, NC 27402

Claim Number: 7276
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $20,640.00 | Scheduled: | $0.00 UNLIQ |

B.E. DELIVERY SERVICE
DBA BOBTAIL EXPRESS
P.O. BOX 41073
HOUSTON, TX 77241

Claim Number: 466
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,055.76 | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | |
|---|---|---|---|---|
| B.E. DELIVERY SERVICE<br>DBA BOBTAIL EXPRESS<br>P.O. BOX 41073<br>HOUSTON, TX 77241 | | Claim Number: 467<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $781.00 | | |
| B.L. HOUCHINS, INC.<br>T/A HOUCHINS PEST CONTROL<br>PO BOX 1542<br>PETERSBURG, VA 23805 | | Claim Number: 1747<br>Claim Date: 03/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $855.00 | Scheduled: | $855.00 |
| B.R. PRODUCTS LLC<br>PO BOX 1673<br>GLOUCESTER, VA 23061 | | Claim Number: 66<br>Claim Date: 02/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8535 (09/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,925.00 | Scheduled: | $30,770.00 |
| B2B DIRECT<br>PO BOX 1130<br>NIWOT, CO 80544-1130 | | Claim Number: 5011<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,525.90 | Scheduled: | $839.30 |
| BACA, WILLIAM<br>D. AARON BROCK/ELLEN E. COHEN<br>LAW OFFICES OF JOSEPH M. LOVRETOVICH<br>5941 VARIEL AVENUE<br>WOODLAND HILLS, CA 91367 | | Claim Number: 2112<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,000,000.00   UNLIQ | | |

BACHKNIVES
50 SEAVIEW BOULEVARD
PORT WASHINGTON, NY 11050

Claim Number: 620
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $474.05 | Scheduled: | $474.05 |
|---|---|---|---|---|

BACHLE WELDING AND MACHINE INC.
1685 TURKEY BOTTOM ROAD
MUNCY, PA 17756

Claim Number: 1192
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,630.98 | Scheduled: | $7,630.98 |
|---|---|---|---|---|

BACT PROCESS SYSTEMS, INC.
3345 N ARLINGTON HEIGHTS
SUITE E
ARLINGTON HEIGHTS, IL 60004-1591

Claim Number: 11237
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,919.14 | Scheduled: | $1,919.14 |
|---|---|---|---|---|

BADGER DISTRIBUTION INC
2100 AIRPORT ROAD
WAUKESHA, WI 53188

Claim Number: 4732
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $194.40 | Scheduled: | $194.40 |
|---|---|---|---|---|

BADGER TOYOTA LIFT
P.O. BOX 510041
NEW BERLIN, WI 53151

Claim Number: 1802
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,181.73 | Scheduled: | $8,181.73 |
|---|---|---|---|---|

BAGGIE FARMS EXPRESS, INC.
C/O HAGOP T. BEDOYAN, ESQ.
KLEIN, DENATALE, GOLDER, ET AL.
5260 N. PALM AVE., STE 217
FRESNO, CA 93704

Claim Number: 2763
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $22,263.28 | Scheduled: | $27,767.78 | Allowed: | $22,263.28 |

BAHMUELLER TECHNOLOGIES, INC
2321-A DISTRIBUTION ST.
CHARLOTTE, NC 28203

Claim Number: 150
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,736.62 | Scheduled: | $22,669.82 |

BAILEY, ROBERT G
UNIVERSITY OF MISSOURI
217 HULSTON HALL
COLUMBIA, MO 65211-4300

Claim Number: 4553
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $610.00 | Scheduled: | $1,830.00 |

BAKER & MCKENZIE
130 E RANDOLPH DRIVE
ATTN: GREGG D. LEMEIN
CHICAGO, IL 60601

Claim Number: 4427
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,656.56 | Scheduled: | $8,656.56 |

BAKER OFFICE SOLUTIONS
PO BOX 12369
FLORENCE, SC 29504

Claim Number: 7600
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,564.57 | Scheduled: | $2,564.57 |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| BALDWIN FILTERS, INC.<br>ATTN: ROB DUSKY<br>4400 EASTE HWY 30<br>KEARNEY, NE 68848 | | Claim Number: 11807<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | | | |
| SECURED | Claimed: | $0.00 UNDET | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| BALEMASTER- ASSIGNOR<br>C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE<br>& ATTORNEY-IN-FACT<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 9179<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $16,878.64 | Scheduled: | $33,567.15 | Allowed: | $16,878.64 |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| BALFOUR TIMBER COMPANY<br>JOHN TURNER HOLT<br>ALEXANDER & VANN, LLP<br>411 GORDON AVENUE<br>THOMASVILLE, GA 31792 | | Claim Number: 1139<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $32,833.21 | | | | |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| BALFOUR TIMBER COMPANY, INC.<br>JOHN TURNER HOLT, ESQ.<br>ALEXANDER & VANN, LLP<br>411 GORDON AVENUE<br>THOMASVILLE, GA 31792 | | Claim Number: 2028<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 6649 (04/07/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $32,833.21 | | | Allowed: | $32,833.21 |
| UNSECURED | | | Scheduled: | $65,666.42 UNLIQ | | |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| BALTIMORE BELTING CO. INC.<br>766 E. 25TH STREET<br>BALTIMORE, MD 21218 | | Claim Number: 3902<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $11,364.23 | Scheduled: | $10,186.49 | | |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| BANA INC<br>PO BOX 79290<br>SAGINAW, TX 76179 | | Claim Number: 6568<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,840.03 | Scheduled: | $5,840.03 | | |
| BANK OF AMERICA, N.A.<br>ATTN: ERIC SICKE, ASST. GEN. COUNSEL<br>CA9-193-24-01<br>333 SOUTH HOPE STREET, 24TH FLOOR<br>LOS ANGELES, CA 90071 | | Claim Number: 10554<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| SECURED | Claimed: | $7,242,387.29   UNLIQ | | | | |
| BANK OF NEW YORK, THE<br>ATTN: BRIDGET SCHESSLER<br>DEFAULT ADMINISTRATION GROUP<br>525 WILLIAM PENN PLACE, 38TH FLOOR<br>PITTSBURGH, PA 15259 | | Claim Number: 8153<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,500.00 | | | | |
| BANK OF NOVA SCOTIA, THE<br>ATTN: DIANE EMANUEL<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | | Claim Number: 9850<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| SECURED | Claimed: | $2,622,229.00   UNLIQ | | | | |
| BAR CODE INTEGRATORS INC<br>11 N STOKIE HWY<br>LAKE BLUFF, IL 60044 | | Claim Number: 4769<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | | | |
| UNSECURED | Claimed: | $2,075.97 | Scheduled: | $2,075.97 | Allowed: | $2,075.97 |

| | | | | |
|---|---|---|---|---|
| BAR T TIMBER INC<br>4651 N KOLIN ROAD<br>MOCCASIN, MT 59462 | | Claim Number: 6615<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $3,192.68 | Scheduled: | $8,142.68  UNLIQ |
| BARBER PRINTING<br>811A VARSITY DR<br>TUPELO, MS 38801-4615 | | Claim Number: 6589<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,187.43 | Scheduled: | $4,187.43 |
| BARBOUR, ALEX V<br>14012 FRANCESCA COVE<br>HUNTLEY, IL 60142 | | Claim Number: 3685<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,947.50 | Scheduled: | $2,947.50 |
| BARCHART COM INC<br>330 S WELLS STREET SUITE 618<br>ETOBICOKE POSTAL STN A<br>CHICAGO, IL 60606 | | Claim Number: 13376<br>Claim Date: 09/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $2,500.00 | Scheduled: | $1,903.23 |
| BARCHART.COM<br>330 S. WELLS ST. SUITE 618<br>CHICAGO, IL 60606-7103 | | Claim Number: 1006<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,500.00 | | |

BARKSDALE OILS, INC.
ATTN: LASH BARKSDALE
1041 E BANK STREET
PO BOX 910
PETERSBURG, VA 23804

Claim Number: 9339
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $23,330.90 | Scheduled: | $26,754.35 | Allowed: | $23,330.90 |
|---|---|---|---|---|---|---|

BARLOW, WAYNE S.
116 FOUNDERS DRIVE
FLAT ROCK, NC 28731

Claim Number: 2878
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $210,510.00 | Scheduled: | $210,510.00 | | |
|---|---|---|---|---|---|---|

BARNES WOOD & LUMBER CO INC
619 BRUCEVILLE RD
MEHERRIN, VA 23954

Claim Number: 6575
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,303.72 | Scheduled: | $11,303.72 | | |
|---|---|---|---|---|---|---|

BARNEY'S PUMPS INC.
PO BOX 3529
LAKELAND, FL 33802-3529

Claim Number: 4582
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,627.66 | Scheduled: | $15,627.66 | | |
|---|---|---|---|---|---|---|

BARNICKLE, WILLIAM A
PO BOX 1071
WEST CHESTER, OH 45071

Claim Number: 5947
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | | | |
|---|---|---|---|---|---|---|

BARON & BUDD, P.C.
ATTN: BRUCE W. STECKLER
3102 OAKLAWN AVENUE, SUITE 1100
DALLAS, TX 75219

Claim Number: 99022
Claim Date: 09/30/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $3,030,000.00 | | | Allowed: | $3,030,000.00 |
|---|---|---|---|---|---|---|

BARRETT DIRECT LINE DELIVERY
PO BOX 1819
LOWELL, AR 72745

Claim Number: 9605
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,150.00 | Scheduled: | $1,150.00 |
|---|---|---|---|---|

BARRON & CO INC
415 N TYNDALL PARKWAY
PANAMA CITY, FL 32404

Claim Number: 868
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $380.00 |
|---|---|---|

BARRON, ARTHUR W.
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10709
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $21,192.99 |
|---|---|---|

BARRON, WAYNE
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10705
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $28,157.28 |
|---|---|---|

---

BARRY'S BATTERY WAREHOUSE
1410 JUNE AVE
PANAMA CITY, FL 32401

Claim Number: 9269
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $19,045.96 | Scheduled: | $19,045.96 |
| --- | --- | --- | --- | --- |

BARTHOLOMEW CONCRETE INC
PO BOX 509
COLMAR, PA 18915

Claim Number: 3750
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,200.00 | Scheduled: | $12,200.00 |
| --- | --- | --- | --- | --- |

BARTLESON TRANSPORT INC
2917 MERIDIAN AVE E
EDGEWOOD, WA 98371-2110

Claim Number: 12304
Claim Date: 09/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $104,677.79 | Scheduled: | $143,127.46 | Allowed: | $104,677.79 |
| --- | --- | --- | --- | --- | --- | --- |

BASF CORPORATION, BRISTOL-MYERS SQUIBB
CO., ET AL
C/ MARY W KOKS - MUNSCH HARDT KOPF HARR
700 LOUISIANA, SUITE 4600
HOUSTON, TX 77002

Claim Number: 11671
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8880 (01/06/2011)

| SECURED | Claimed: | $1,453,021.00   UNLIQ CONT | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| UNSECURED | | | | | Allowed: | $750,000.00 |

BASKERVILLE DONOVAN INC
449 WEST MAIN STREET
PENSACOLA, FL 32502

Claim Number: 6680
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| SECURED | Claimed: | $3,650.00 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $3,650.00 |

---

BATES EXPRESS INC
55 INDUSTRIAL PARK
MONTEVALLO, AL 35115

Claim Number: 4656
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,871.24 | Scheduled: | $2,871.24 |
|---|---|---|---|---|

BATES SALES COMPANY
5211 NORTHRUP AVENUE
SAINT LOUIS, MO 63110

Claim Number: 554
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,856.06 | Scheduled: | $3,923.82 |
|---|---|---|---|---|

BATES SALES COMPANY
5211 NORTHRUP AVENUE
SAINT LOUIS, MO 63110

Claim Number: 566
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,080.17 | | |
|---|---|---|---|---|

BATES TRANSPORTATION SERVICES INC.
DBA TENMET
ATTN: JULIE LATHER OR MIKE BATES
125 N. SPENCE LANE
NASHVILLE, TN 37210

Claim Number: 8407-02
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,604.80 | | |
|---|---|---|---|---|

BATTERIES PLUS
2100 STEPHENS 122
MISSOULA, MT 59801-6607

Claim Number: 8622
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,912.41 | Scheduled: | $1,469.29 |
|---|---|---|---|---|

BATZNER
16948 W. VICTOR ROAD
NEW BERLIN, WI 53151

Claim Number: 7083
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,119.29 | Scheduled: | $1,911.39 |

BAUMAN PAINTING
2729 LAFAYETTE
SAINT JOSEPH, MO 64507

Claim Number: 929
Claim Date: 02/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,338.00 | Scheduled: | $6,338.00 |

BAUMER HHS CORPORATION
10570 SUCCESS LANE
DAYTON, OH 45458

Claim Number: 1925
Claim Date: 03/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $95,115.01 | Scheduled: | $77,392.58 |

BAUMGARDNER, RICHARD ET AL.
C/O THOMAS DOYLE
BENNETT, HARTMAN MORRIS KAPLAN
111 SW 5TH AVE, STE 1650
PORTLAND, OR 97204

Claim Number: 11738
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,000,000.00 | | |
| UNSECURED | | | Scheduled: | $0.00 UNLIQ |

BAWCO, INC.
C/O WILLIAM A. GRAY, ESQUIRE
SANDS ANDERSON MARKS & MILLER, PC
POST OFFICE BOX 1998
RICHMOND, VA 23218-1998

Claim Number: 3575
Claim Date: 07/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $17,000.00 UNLIQ | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $17,000.00 |

| | | | | |
|---|---|---|---|---|
| BAY AREA INTERMODAL SERVICES INC<br>PO BOX 1537<br>DANVILLE, CA 94526 | | Claim Number: 4564<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,000.00 | Scheduled: | $4,000.00 UNLIQ |
| BAY BOLT & INDUSTRIAL SUPPLY, INC.<br>2013 N. EAST AVENUE<br>PANAMA CITY, FL 32405 | | Claim Number: 592<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,418.67 | Scheduled: | $9,321.53 |
| BAY CITIES CONTAINER<br>PO BOX 22594<br>PASADENA, CA 91185 | | Claim Number: 4670<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $13,178.68 | Scheduled: | $6,558.72 |
| BAY CITIES CONTAINER<br>5138 INDUSTRY AVENUE<br>PICO RIVERA, CA 90660 | | Claim Number: 4671<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $13,241.68 | | |
| BAY CO., FL<br>PEGGY C. BRANNON, TAX COLL.<br>C/O JERRY W. GERDE, ESQ.<br>239 E 4TH ST.<br>PANAMA CITY, FL 32401 | | Claim Number: 2725<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| PRIORITY | Claimed: | $406,961.77 | | |

BAY CO., FL
PEGGY C. BRANNON, TAX COLL.
C/O JERRY W. GERDE, ESQ.
239 E 4TH ST.
PANAMA CITY, FL 32401

Claim Number: 2726
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| PRIORITY | Claimed: | $1,924.08 | | | | | |
|---|---|---|---|---|---|---|---|

BAY ELECTRIC INC
500 MAIN STREET
BAY, AR 72411

Claim Number: 5925
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $334.88 | Scheduled: | $334.88 | | | |
|---|---|---|---|---|---|---|---|

BAY SHORE FLUID POWER INC
3701 GOVERNMENT BLVD
MOBILE, AL 36693

Claim Number: 6559
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,033.24 | Scheduled: | $1,033.24 | | | |
|---|---|---|---|---|---|---|---|

BAY STATE GAS COMPANY
ATTN: BANKRUPTCY DEPT.
PO BOX 2025
SPRINGFIELD, MA 01102-2025

Claim Number: 5787
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $60,655.55 | Scheduled: | $13,748.35 | Allowed: | $60,655.55 |
|---|---|---|---|---|---|---|

BAY STATE GAS/NORTHERN UTILITIES
ATTN: BANKRUPTCY DEPT.
P.O. BOX 2025
SPRINGFIELD, MA 01102-2025

Claim Number: 1191
Claim Date: 02/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $60,361.14 | | | | | |
|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| BAY VALVE SERVICE INC<br>4385 S 133RD<br>SEATTLE, WA 98168 | | Claim Number: 6453<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $33,225.68 | Scheduled: | $25,939.93 |
| BAYLINE RAILROAD L.L.C.<br>1200-C SCOTTSVILLE ROAD<br>SUITE 200<br>ROCHESTER, NY 14624 | | Claim Number: 2769<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $163,569.04 | Scheduled: | $108,642.29 |
| BAYLISS MACHINE & WELDING COMPANY<br>PO BOX 10847<br>BIRMINGHAM, AL 35202 | | Claim Number: 2573<br>Claim Date: 04/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,647.67 | | |
| BAYSIDE OIL II INC<br>210 ENCINAL ST<br>SANTA CRUZ, CA 95060 | | Claim Number: 5556<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $548.25 | Scheduled: | $510.00 |
| BCM INKS<br>11400 DEERFIELD ROAD<br>CINCINNATI, OH 45242 | | Claim Number: 7455-01<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $1,068.75 | | |
| UNSECURED | | | Scheduled: | $2,162.25 |

BCM INKS
11400 DEERFIELD ROAD
CINCINNATI, OH 45242

Claim Number: 7455-02
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,093.50 | | | | | |

BCM SERVICE & ENGINEERING, INC.
2203 N. MACARTHUR DRIVE
TRACY, CA 95376

Claim Number: 11573
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,151.85 | Scheduled: | $21,675.86 | Allowed: | $13,151.85 |

BCMINKS
11400 DEERFIELD RD
CINCINNATI, OH 45242

Claim Number: 7459
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $35,960.76 | | | | | |
| UNSECURED | Claimed: | $112,292.64 | Scheduled: | $148,924.79 | Allowed: | $112,292.64 |

BDS MACHINE, INC.
P.O. BOX 1765
1800 CHILDRESS ROAD
LEWISBURG, TN 37091

Claim Number: 3078
Claim Date: 05/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $21,390.92 | Scheduled: | $21,390.92 | | | |

BE CROWLEY INC
PO BOX 3066
SPRINGFIELD, MA 01101

Claim Number: 8052
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,370.81 | Scheduled: | $8,370.81 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BE&K CONSTRUCTION COMPANY, LLC<br>601 JEFFERSON ST STE 100<br>HOUSTON, TX 77002-7911 | | Claim Number: 10886<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $554,787.44 | Scheduled: | $285,742.93 | | | |
| BE&K ENGINEERING COMPANY, LLC<br>C/O KELLOGG BROWN & ROOT LLC<br>ATTN: KEVIN B. CRAWFORD<br>4100 CLINTON DRIVE<br>HOUSTON, TX 77020 | | Claim Number: 10887<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $108,540.58 | Scheduled: | $369,190.09 | | | |
| BEARD EQUIPMENT CO<br>4625 HIGHWAY 231 NORTH<br>PANAMA CITY, FL 32404 | | Claim Number: 6455<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | | | |
| UNSECURED | Claimed: | $16,121.03 | Scheduled: | $16,167.45 | | | |
| BEARDEN THOMPSON ELECTRIC CO INC<br>4630 FREDERICK DRIVE SW STE D<br>ATLANTA, GA 30336-1835 | | Claim Number: 9842<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,400.92 | Scheduled: | $2,276.78 | | | |
| BEARDSELL, WILLIAM WALLACE<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS & SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 13038<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | | | | |
| PRIORITY | Claimed: | $1,638.60 | | | | | |
| UNSECURED | Claimed: | $75,861.44 | Scheduled: | $67,777.23 | Allowed: | $74,859.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| BEARING ENGINEERING CO INC<br>667 MCCORMICK STREET<br>SAN LEANDRO, CA 94577 | | Claim Number: 5131<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,337.23 | Scheduled: | $5,337.23 | | |
| BEARINGS INCORPORATED<br>N96 W15506 COUNTY LINE ROAD<br>GERMANTOWN, WI 53022 | | Claim Number: 737<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,198.82 | Scheduled: | $2,173.84 | | |
| BECKART ENVIRONMENTAL<br>6900 46TH ST.<br>KENOSHA, WI 53144 | | Claim Number: 6914<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| SECURED | Claimed: | $97,167.61 | | | | |
| UNSECURED | Claimed: | $91,807.40 | Scheduled: | $184,238.29 | Allowed: | $91,807.40 |
| BECKER TRANSPORTATION INC<br>209 WEST BEECH<br>SUTTON, NE 68979 | | Claim Number: 4014<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $24,087.29 | Scheduled: | $20,155.06 | Allowed: | $24,087.29 |
| BECKER WAREHOUSE INC<br>1501 S BURLINGTON AVE<br>HASTINGS, NE 68901 | | Claim Number: 4013<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,587.29 | Scheduled: | $16,587.29  UNLIQ | | |

BECO INC.
PO BOX 2023
HIGHPOINT, NC 27261

Claim Number: 1947
Claim Date: 04/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $146,484.00 | | | | | |
|---|---|---|---|---|---|---|---|

BECO INC.
PO BOX 2023
HIGHPOINT, NC 27261

Claim Number: 3145
Claim Date: 05/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $149,604.00 | Scheduled: | $142,876.73 | Allowed: | $149,604.00 |
|---|---|---|---|---|---|---|

BEDARD, PIERRE
C/O KOSKIE MINSKY LLP
BARRISTERS & SOLICITORS
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 13035
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| PRIORITY | Claimed: | $1,638.60 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $48,990.18 | Scheduled: | $50,628.78 | Allowed: | $50,629.00 |

BEFIT HEALTH SERVICES, INC.
P.O. BOX 1495
O FALLON, MO 63366

Claim Number: 2881
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,190.00 | Scheduled: | $2,190.00 | |
|---|---|---|---|---|---|

BELCO TECHNOLOGIES CORPORATION
9 ENTIN ROAD
PARSIPPANY, NJ 07054

Claim Number: 1084
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,540.51 | Scheduled: | $3,540.51 | |
|---|---|---|---|---|---|

---

BELGER CARTAGE SERVICE INC
2100 WALNUT ST
KANSAS CITY, MO 64108

Claim Number: 3805
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,509.69 | Scheduled: | $10,509.69 |
|---|---|---|---|---|

---

BELIN LAMSON MCCORMICK ZUMBACH FLYNN
ATTN: JEREMY C. SHARPE
THE FINANCIAL CENTER, SUITE 2000
DES MOINES, IA 50309

Claim Number: 5199
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $394,446.30 |
|---|---|---|

---

BELL PIPE & SUPPLY CO.
PO BOX 151
ANAHEIM, CA 92815-0151

Claim Number: 13071
Claim Date: 09/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,056.65 |
|---|---|---|

---

BELL, ALFRED
309 BELL LANE
QUITMAN, LA 71268

Claim Number: 10300
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

BELL, HOWARD TRACY
1103 VANBUREN DRIVE
JONESBORO, LA 71251

Claim Number: 10301
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BELL-PAK<br>6881 SCHUYLER ROAD<br>EAST SYRACUSE, NY 13057 | | Claim Number: 3992<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $42,573.33 | | Scheduled: | $42,080.25 | | |
| BELLEHUMEUR, GERALD<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS & SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 13034<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | | | | |
| PRIORITY | Claimed: | $1,638.60 | | | | | |
| UNSECURED | Claimed: | $40,007.65 | | Scheduled: | $41,646.25 | Allowed: | $41,646.00 |
| BELLISIO FOODS, INC<br>525 LAKE AVE SOUTH<br>DULUTH, MN 55802 | | Claim Number: 13411<br>Claim Date: 10/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $6,555.00 | | | | | |
| BELLISIO FOODS, INC., DBA MID-CONTINENT<br>WAREHOUSE-SOUTH<br>525 LAKE AVENUE SOUTH<br>DULUTH, MN 55802 | | Claim Number: 13410<br>Claim Date: 10/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $26,155.75 | | Scheduled: | $32,378.00 | Allowed: | $26,155.75 |
| BELLISSIMO FOODS<br>1777 N CALIFORNIA BLVD STE 305<br>WALNUT CREEK, CA 94596 | | Claim Number: 5483<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | Scheduled: | $88,998.54  UNLIQ | | |

---

BELLWETHER FOREST PRODUCTS, LLC
ATTN: WILL MCKENZIE
5 BLACKGUM ROAD
COLUMBIA, SC 29209

Claim Number: 14187
Claim Date: 08/02/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8938 (02/16/2011)

| ADMINISTRATIVE | Claimed: | $11,343.10 | | | |
| UNSECURED | | | | Allowed: | $7,071.78 |

BELOIT BOX BOARD COMPANY, INC.
801 SECOND STREET
PO BOX 386
BELOIT, WI 53512-0386

Claim Number: 4181
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,184.00 | Scheduled: | $1,184.00 |

BELT PRO SALES & SERVICE INC
PO BOX 673
CROSSETT, AR 71635

Claim Number: 6516
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,080.84 | Scheduled: | $5,080.84 |

BELTON, MARY
P.O. BOX 696
HODGE, LA 71247

Claim Number: 10394
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00  UNLIQ |

BELTON, NORMA CHERRYL
PO BOX 363
JONESBORO, LA 71251-0363

Claim Number: 10302
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| BELTON, RONALD<br>426 NORTHEAST ST<br>JONESBORO, LA 71251 | | Claim Number: 10395<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| BELZONA NORTH ALABAMA INC<br>303 D BELTLINE PL<br>DECATUR, AL 35603 | | Claim Number: 7235<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $678.95 | Scheduled: | $678.95 |
| BELZONA NORTH FLORIDA INC<br>PO BOX 115<br>GULF BREEZE, FL 32562-0115 | | Claim Number: 4444<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $745.95 | Scheduled: | $745.95 |
| BEN MEADOWS COMPANY<br>PO BOX 5275<br>JANESVILLE, WI 53547-5277 | | Claim Number: 6045<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $137.92 | Scheduled: | $137.92 |
| BEN STAR PACKAGING<br>3108 LINE DR<br>SIOUX CITY, IA 51106 | | Claim Number: 4159<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,365.58 | Scheduled: | $6,365.58 |

---

BENESCH, FRIEDLANDER, COPLAN & ARONOFF
ATTN: RAYMOND H. LEMISCH, ESQ.
222 DELAWARE AVENUE, SUITE 801
WILMINGTON, DE 19801

Claim Number: 2714
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,174.50 | Scheduled: | $2,093.92 |
|---|---|---|---|---|

---

BENITZ ELECTRIC INC
ATTN: DIANE BENITZ
P. O. BOX 39
GLENCOE, MO 63038-0039

Claim Number: 9467
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $650.38 | Scheduled: | $650.38 |
|---|---|---|---|---|

---

BENNETT MOTOR EXPRESS
1001 INDUSTRIAL PRAKWAY
P.O. BOX 529
MCDONOUGH, GA 30253

Claim Number: 10505
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8493 (09/07/2010)

| UNSECURED | Claimed: | $4,942.00 | | |
|---|---|---|---|---|

---

BEREAU VERITAS CERTIFACATION
COFACE COLLECTIONS NORTH AMERICA
3001 DIVISION STREET
METAIRE, LA 70001

Claim Number: 7396
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,550.00 | Scheduled: | $1,550.00 |
|---|---|---|---|---|

---

BERENDSEN FLUID POWER INC
STE 1200
401 SOUTH BOSTON
TULSA, OK 74103

Claim Number: 5398
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,786.24 | Scheduled: | $10,786.24 |
|---|---|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| BERGE'S AUTOMATION<br>ATTN: GEORGE JOHNSON<br>16145 SE 5TH ST<br>BELLEVUE, WA 98008 | | Claim Number: 7181<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7461 (05/06/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,812.41 | Scheduled: | $2,812.41 |
| BERGER & COMPANY<br>126 FRONT ST<br>PAWTUCKET, RI 02860 | | Claim Number: 4687<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $10,778.10 | Scheduled: | $9,356.00 |
| BERGER BROTHERS<br>1176 NORTH CHERRY AVENUE<br>CHICAGO, IL 60622 | | Claim Number: 4561<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $10,762.00 | Scheduled: | $10,762.00 |
| BERKLEY MACHINE WORKS LLC<br>PO BOX 7070<br>SUFFOLK, VA 23437 | | Claim Number: 6315<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,303.00 | Scheduled: | $14,488.00 |
| BERMAN BROTHERS, INC.<br>PO BOX 3065<br>JACKSONVILLE, FL 32206 | | Claim Number: 6572<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,094.41 | Scheduled: | $4,022.14 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

BERMAN PRINTING COMPANY, INC.
C/O ADAM K KEITH
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 FIRST NAT. BLDG., 600 WOODWARD AVE.
DETROIT, MI 48226

Claim Number: 11691
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $44,634.05 | Scheduled: | $44,941.90 | Allowed: | $44,634.05 |
|---|---|---|---|---|---|---|

BESSE FOREST PRODUCTS
PO BOX 352
GLADSTONE, MI 49837

Claim Number: 4280
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| UNSECURED | Claimed: | $2,511.81 | Scheduled: | $2,511.81 | | |
|---|---|---|---|---|---|---|

BEST EXPRESS, INC.
5392 SHETLAND TRAIL COVE
ARLINGTON, TN 38002

Claim Number: 224
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $36,667.62 | Scheduled: | $39,090.67 | | |
|---|---|---|---|---|---|---|

BEST MESSENGER SERVICE INC
671 EXECUTIVE DRIVE
WILLOWBROOK, IL 60527

Claim Number: 5729
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $68.74 | Scheduled: | $68.74 | | |
|---|---|---|---|---|---|---|

BEST WAY CARRIERS INC.
3395 PORT UNION RD.
FAIRFIELD, OH 45014

Claim Number: 329
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $69,893.09 | Scheduled: | $81,829.28 | | |
|---|---|---|---|---|---|---|

BESTWAY TRANSPORT, INC
4900 HOLABIRD AVE
PO BOX 5271
BALTIMORE, MD 21224

Claim Number: 1861
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,918.21 | Scheduled: | $15,744.00  UNLIQ |
|-----------|----------|------------|------------|-------------------|

BETHLEHEM PACKAGING
ATTN: JOHN D.
1606 B DUTCH LANE
JEFFERSONVILLE, IN 47130

Claim Number: 8443
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,603.15 | Scheduled: | $5,929.54 |
|-----------|----------|-----------|------------|-----------|

BEUGEN, SARA
1050 N GARDNER ST 1
WEST HOLLYWOOD, CA 90046

Claim Number: 7947
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6353 (03/29/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,020.00 | Scheduled: | $2,020.00 |
|-----------|----------|-----------|------------|-----------|

BEVCO SERVICES INC
1805 BRIDGEBORO ROAD
EDGEWATER PARK, NJ 08010

Claim Number: 10559
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,806.66 | Scheduled: | $1,736.20 |
|-----------|----------|-----------|------------|-----------|

BEVERAGE RECYCLERS OF OREGON, LLC
135 N. CLEVELAND STREET
EUGENE, OR 97402

Claim Number: 2428
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,091.36 | Scheduled: | $3,606.00 |
|-----------|----------|-----------|------------|-----------|

---

BFI BROCKTON RECYCLERY
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012

Claim Number: 11285
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $2,485.07 |
| --- | --- | --- |

---

BFI BROCKTON RECYCLERY
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11348
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $2,485.07 |
| --- | --- | --- |

---

BFI HOUSTON SORT CENTER
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11338
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $6,049.50 |
| --- | --- | --- |

---

BFI WASTE SYSTEMS OF NORTH AMERICA, LLC
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 12276
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3161 (12/15/2009)

| UNSECURED | Claimed: | $5,401.61 |
| --- | --- | --- |

---

BFI WASTE SYSTEMS OF NORTH AMERICA, LLC
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 12279
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8537 (09/14/2010)

| UNSECURED | Claimed: | $5,718.06 |
| --- | --- | --- |

---

| | |
|---|---|
| BFI WASTE SYSTEMS OF NORTH AMERICA, LLC<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 12280<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) |

| UNSECURED | Claimed: | $76,848.09 |
|---|---|---|

| | |
|---|---|
| BFI WASTE SYSTEMS OF NORTH AMERICA, LLC<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 12281<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) |

| UNSECURED | Claimed: | $12,429.91 |
|---|---|---|

| | |
|---|---|
| BFI WASTE SYSTEMS OF NORTH AMERICA, LLC<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 12282<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) |

| UNSECURED | Claimed: | $15,332.91 |
|---|---|---|

| | |
|---|---|
| BFI WASTE SYSTEMS OF NORTH AMERICA, LLC<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 12283<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3161 (12/15/2009) |

| UNSECURED | Claimed: | $9,918.27 |
|---|---|---|

| | |
|---|---|
| BFI-KING OF PRUSSIA RECYCLERY<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | Claim Number: 11321<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |

| UNSECURED | Claimed: | $10,957.73   UNLIQ |
|---|---|---|

BFPE INTERNATIONAL INC
PO BOX 630067
BALTIMORE, MD 21263

Claim Number: 14045
Claim Date: 06/09/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8396 (08/17/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,430.70 | Scheduled: | $2,430.70 | | |

BGE
PO BOX 1475
BALTIMORE, MD 21201

Claim Number: 2836
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $40,232.75 | Scheduled: | $40,012.08 | Allowed: | $40,232.75 |

BH COOK CONSTRUCTION INC
PO BOX 2075
LYNN HAVEN, FL 32444

Claim Number: 6655
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $96,203.01 | Scheduled: | $105,151.83 | Allowed: | $96,203.01 |

BH FRANKLIN LOGGING INC
462 WOODLAWN TRAIL
APPOMATTOX, VA 24522

Claim Number: 5233
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $24,536.31 | Scheduled: | $49,072.63  UNLIQ | |

BIBB CONTROL SYSTEMS
2909 LANIER HEIGHTS RD
MACON, GA 31217

Claim Number: 13482
Claim Date: 10/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,854.96 | Scheduled: | $6,081.12 | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

BICK GROUP INC.
ATTN: FRANK X. BICK
12969 MANCHESTER RD.
SAINT LOUIS, MO 63131

Claim Number: 2868
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,804.25 | Scheduled: | $4,134.40 |
|---|---|---|---|---|

BICYCLE WORLD
2519 WEST PALMETTO STREET
FLORENCE, SC 29501

Claim Number: 2819
Claim Date: 05/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $701.90 | Scheduled: | $637.91 |
|---|---|---|---|---|

BIG SKY TRACTOR INC
7550 THORNTON DRIVE
MISSOULA, MT 59808

Claim Number: 5167
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $126.50 | Scheduled: | $126.50 |
|---|---|---|---|---|

BIGGS SAFE & LOCK MOBILE SRVC
333 EDGEBROOK
SUN VALLEY # 856
HOUSTON, TX 77034

Claim Number: 7843
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $639.72 | Scheduled: | $639.72 |
|---|---|---|---|---|

BIGHORN ENVIRONMENTAL AIR QUALITY, LLC
858 RIVER HILLS DRIVE
SPRINGFIELD, OR 97477

Claim Number: 648
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $32,337.00 | Scheduled: | $32,339.00 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| BILL PLUID LOGGING INC<br>5865 HWY 93 N<br>EUREKA, MT 59917 | | Claim Number: 8007<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $6,468.07 | Scheduled: $12,936.15 UNLIQ |
| BIRCHFIELD & HUMPHREY, P.A.<br>1031 LASALLE STREET<br>JACKSONVILLE, FL 32207 | | Claim Number: 1167<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $13,352.50 | Scheduled: $13,352.50 |
| BIRD INCORPORATED<br>ATTN: JOHN PETTIBONE, ESQ.<br>750 E. SWEDESFORD ROAD<br>VALLEY FORGE, PA 19482 | | Claim Number: 11628<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8985 (03/16/2011) | |
| UNSECURED | Claimed: | $0.00 UNDET | |
| BIRKEL ELECTRIC<br>178 CHESTERFIELD IND. BLVD.<br>CHESTERFIELD, MO 63005 | | Claim Number: 1664<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $19,131.00 | Scheduled: $19,131.00 |
| BIRMINGHAM RAIL & LOCOMOTIVE<br>PO BOX 530157<br>BIRMINGHAM, AL 35253 | | Claim Number: 2325<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $1,241.28 | Scheduled: $1,241.28 |

| | | | | |
|---|---|---|---|---|
| BIS FRUCON ENGINEERING INC<br>15933 CLAYTON ROAD<br>SUITE 305<br>BALLWIN, MO 63011 | | Claim Number: 9159<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,300.00 | Scheduled: | $4,300.00 |
| BISH, PHILLIP<br>116 TUCKER<br>SAINT JOSEPH, MO 64504 | | Claim Number: 9577<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $25,000.00  UNLIQ | | |
| BISON ENGINEERING INC.<br>1400 11TH AVENUE<br>HELENA, MT 59601 | | Claim Number: 2554<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,012.08 | Scheduled: | $5,292.08 |
| BIVINS CLEANING SERVICE<br>2731 BALLPARK RD<br>LAWNDALE, NC 28090 | | Claim Number: 6992<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,100.00 | Scheduled: | $4,696.78 |
| BJ PARTNERSHIP<br>808 N MAIN<br>EDWARDSVILLE, IL 62025 | | Claim Number: 1359<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,278.45 | Scheduled: | $1,154.00 |

---

BKK JOINT DEFENSE GROUP
C/O JAMES J. DRAGNA
BINGHAM MCCUTCHEN LLP
355 SOUTH GRAND AVE., STE. 4400
LOS ANGELES, CA 90071

Claim Number: 13558
Claim Date: 11/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8555 (09/17/2010)

| UNSECURED | Claimed: | $0.00  UNDET | | | Allowed: | $375,000.00 |

BLACK BOX CORPORATION
BART DALDOSSO, CREDIT MANAGER
1000 PARK DRIVE
LAWRENCE, PA 15055

Claim Number: 9595
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,214.35 | Scheduled: | $1,239.85 | | |

BLACK BROS CO
PO BOX 410
MENDOTA, IL 61342-0410

Claim Number: 4049
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,839.16 | Scheduled: | $1,839.16 | | |

BLACKBURN, MARCEL
C/O KOSKIE MINSKY LLP
BARRISTERS & SOLICITORS
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 13032
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $115,134.22 | Scheduled: | $116,772.82 | Allowed: | $116,773.00 |

BLACKHAWK EQUIPMENT CORP
6250 W 55TH AVE
ARVADA, CO 80002

Claim Number: 3912
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,680.87 | Scheduled: | $11,680.87 | | |

| BLACKTAIL CONSULTING INC | | Claim Number: 9089 | | |
| PO BOX 4692 | | Claim Date: 08/19/2009 | | |
| BUTTE, MT 59702 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| | | Comments: | | |
| | | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,932.00 | Scheduled: | $1,932.00 |

| BLAIR ADHESIVES | | Claim Number: 6280 | | |
| 11034 LOCKPORT PLACE | | Claim Date: 07/24/2009 | | |
| SANTA FE SPRINGS, CA 90670 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| | | Comments: | | |
| | | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,178.78 | Scheduled: | $2,279.45 |

| BLAKE GROUP HOLDINGS | | Claim Number: 5911 | | |
| D/B/A JW STEVENS | | Claim Date: 07/20/2009 | | |
| 61 W. DUDLEY TOWN RD | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| BLOOMFIELD, CT 06002 | | Comments: DOCKET: 4132 (01/14/2010) | | |
| | | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,861.74 | Scheduled: | $1,451.97 |

| BLAKE, BUNNY EDMOND | | Claim Number: 9730 | | |
| 1780 TAYLORS ROAD | | Claim Date: 08/24/2009 | | |
| SHACKLEFORD, VA 23156 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| | | Comments: EXPUNGED | | |
| | | DOCKET: 8535 (09/14/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| BLAKESLEE EQUIPMENT CO | | Claim Number: 6902 | | |
| 27352 CENTER RIDGE RD | | Claim Date: 07/31/2009 | | |
| CLEVELAND, OH 44145-3957 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| | | Comments: | | |
| | | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $156.00 | Scheduled: | $156.00 |

| | | | | | |
|---|---|---|---|---|---|
| BLANCHARD MACHINERY COMPANY<br>POB 7517<br>COLUMBIA, SC 29202-7517 | | Claim Number: 1825<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $9,669.06 | Scheduled: | $14,335.56 | |
| BLANCHARD MACHINERY COMPANY<br>POB 7517<br>COLUMBIA, SC 29202-7517 | | Claim Number: 1827<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,566.96 | | | |
| BLAZEK, LARRY M.<br>302 CLARION COURT<br>OSWEGO, IL 60543 | | Claim Number: 9793<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $900.00 | Scheduled: | $900.00 | |
| BLOCK, JULIE<br>29109 HWY 10 W<br>HUSON, MT 59846 | | Claim Number: 2778<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $578.06 | Scheduled: | $578.06 | |
| BLOOD, PAUL C.<br>179 PHIL ST.<br>JONESBORO, LA 71251 | | Claim Number: 10116<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |

BLOOMBERG, L.P.
731 LEXINGTON AVENUE
NEW YORK, NY 10022

Claim Number: 2522
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,194.93 | Scheduled: | $5,869.01 | | |
|---|---|---|---|---|---|---|

BLOW, LEROY JR.
P.O. BOX 1715
HODGE, LA 71247

Claim Number: 10117
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
|---|---|---|---|---|---|---|

BLOWER APPLICATION COMPANY
PO BOX 279
GERMANTOWN, WI 53022

Claim Number: 9809
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $39,910.02 | Scheduled: | $39,910.02 | Allowed: | $39,910.02 |
|---|---|---|---|---|---|---|

BLUE ANGEL CLAIMS LLC
TRANSFEROR: MATTHEWS INTERNATIONAL CORP.
ATTN: ANTHONY YOSELOFF, MANAGER
65 EAST 55TH STREET, 19TH FLOOR
NEW YORK, NY 10022

Claim Number: 7189
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $216,398.00 | Scheduled: | $209,947.23 | Allowed: | $216,398.00 |
|---|---|---|---|---|---|---|

BLUE DOG PROPERTIES TRUST
C/O REIT MANAGEMENT AND RESEARCH LLC
400 CENTRE STREET
NEWTON, MA 02458-2076

Claim Number: 2224
Claim Date: 04/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6334 (03/29/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $717,416.95 | Scheduled: | $51,503.33 | Allowed: | $717,416.95 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: COMPLETE RENTAL, INC.<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 148<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,760.00 | Scheduled: | $1,760.00 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: ANDERS BUSINESS SOLUTIONS<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 243<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $400.00 | Scheduled: | $561.25 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: SMITH FILTER CORPORATION<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 366<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $654.52 | Scheduled: | $654.52 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: AMERICAN INDUSTRIES, INC.<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 504<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,032.61 | Scheduled: | $823.33 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: TERMINIX<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 548<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $213.00 | Scheduled: | $7,097.59 |

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: MEMPHIS SCALE WORKS, INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 665
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $160.00 | Scheduled: | $320.00 |
|-----------|----------|---------|------------|---------|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: ELLIOTT'S TN BOOT CO. LLC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 672
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,244.00 | Scheduled: | $889.95 |
|-----------|----------|-----------|------------|---------|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: FLEXO CONCEPTS
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 707
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $695.81 | Scheduled: | $650.16 |
|-----------|----------|---------|------------|---------|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: BOYER-KANSAS, INC.
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 719
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $185.00 | Scheduled: | $125.00 |
|-----------|----------|---------|------------|---------|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: WALTS DRIVE AWAY SERVICE INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 859
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLE DUPLICATE OF 4192
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $375.00 | | |
|-----------|----------|---------|--|--|

---

| | | | | | |
|---|---|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: NWL<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | | Claim Number: 1329<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $14,730.47 | Scheduled: | $13,536.35 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: C&S SERVICES<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | | Claim Number: 1355<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,190.00 | Scheduled: | $1,190.00 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: EXPRESS TOWING & RECOVERY IN<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | | Claim Number: 1398<br>Claim Date: 03/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $125.00 | Scheduled: | $125.00 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: STATE ELECTRIC SUPPLY CO. IN<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | | Claim Number: 1423<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $265.44 | Scheduled: | $248.08 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: M&M ROGNESS EQUIPMENT COMPAN<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | | Claim Number: 1432<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,044.79 | Scheduled: | $1,034.26 | |

| | | | | |
|---|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: WINDY HILL FOLIAGE, INC.<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 1659<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $663.58 | Scheduled: | $663.00 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: GUARANTEE ROOFING & SIDING C<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 1829<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $345.10 | Scheduled: | $340.00 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: BERT C. HOGG PROF LAW CORP.<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 2051<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $573.50 | Scheduled: | $573.50 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: SECURITY FIRE PROTECTION<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 2272<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $410.00 | Scheduled: | $410.00 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: LEXINGTON URGENT TREATMENT A<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 2392<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,005.00 | Scheduled: | $1,005.00 |

| | | | | | |
|---|---|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: FAN GROUP INC.<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 2484<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $564.00 | Scheduled: | $564.00 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: WEATHERALL'S, INC.<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 2505<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $230.00 | Scheduled: | $230.00 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: THIELSCH ENGINEERING<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 2642<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $1,500.00 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: CRYSTAL ICE CO., INC.<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 2903<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $235.55 | Scheduled: | $235.55 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: PEACH CHEVROLET<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 2915<br>Claim Date: 05/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $900.51 | Scheduled: | $900.51 | |

| | | | | |
|---|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: CLARK & RUSH MECHANICAL<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 2991<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $326.45 | Scheduled: | $318.00 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: SIGMA MARKETING<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3015<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $545.97 | Scheduled: | $489.27 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: AQUFLOW<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3025<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $387.88 | Scheduled: | $360.00 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: FSI PRINTING AND GRAPHICS<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3063<br>Claim Date: 05/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $574.42 | Scheduled: | $574.42 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: CINCINNATI BELL TECHNOLOGY<br>SOLUTIONS INC.<br>CLAIMS PROCESSING DEPT, P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3112<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $128.87 | Scheduled: | $128.87 |

| | |
|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: ARK SAFETY<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3129<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $616.31 | Scheduled: | $616.31 |
|---|---|---|---|---|

| | |
|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: MYRON L COMPANY<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3399<br>Claim Date: 06/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 6034<br>DOCKET: 7553 (05/10/2010) |

| UNSECURED | Claimed: | $309.16 |
|---|---|---|

| | |
|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: MYRON L COMPANY<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3422<br>Claim Date: 06/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 6034<br>DOCKET: 7553 (05/10/2010) |

| UNSECURED | Claimed: | $203.27 |
|---|---|---|

| | |
|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: ARDENT DISPLAYS & PACKAGING<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3558<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $381.01 | Scheduled: | $561.20 |
|---|---|---|---|---|

| | |
|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: ARDENT DISPLAYS & PACKAGING<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3559<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $226.61 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: BAUM'S CASTORINE CO INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3605<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $570.00 | Scheduled: | $595.12 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: R&M LOGISTICS INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3608<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,846.50 | Scheduled: | $1,846.50 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: BARRONS AND CO INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3707<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | | | |
| UNSECURED | Claimed: | $390.00 | Scheduled: | $390.00 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: LYCOMING VALLEY RAILROAD CO<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3760<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $270.00 | Scheduled: | $270.00 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: IDC SERVICES INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3762<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $693.54 | Scheduled: | $619.92 | |

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: SHENCORP INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 3794
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,887.95 | Scheduled: | $1,887.95 |
|---|---|---|---|---|

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: DYNAMIC DOCK & DOOR INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 3807
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $559.50 | Scheduled: | $559.50 |
|---|---|---|---|---|

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: POWER INN ALLIANCE
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 3809
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $345.00 | Scheduled: | $345.00 |
|---|---|---|---|---|

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: C&M SCALE COMPANY
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 3833
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $497.03 | Scheduled: | $497.03 |
|---|---|---|---|---|

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: OVERHEAD DOOR CO OF TULSA IN
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 3839
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $598.10 | Scheduled: | $598.10 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | Claim Number: 3871 | | | |
| TRANSFEROR: GOODWILL INDUST. OF NORTHWES | Claim Date: 07/06/2009 | | | |
| ATTN: CLAIMS PROCESSING DEPARTMENT | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| P.O. BOX 14610 | Comments: | | | |
| SURFSIDE BEACH, SC 29587 | THIS CLAIM IS PAID | | | |

| UNSECURED | Claimed: | $457.14 | Scheduled: | $457.14 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | Claim Number: 3882 | | | |
| TRANSFEROR: RILEY CORPORATION SALES INC | Claim Date: 07/06/2009 | | | |
| ATTN: CLAIMS PROCESSING DEPARTMENT | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| P.O. BOX 14610 | Comments: | | | |
| SURFSIDE BEACH, SC 29587 | THIS CLAIM IS PAID | | | |

| UNSECURED | Claimed: | $461.61 | Scheduled: | $461.61 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | Claim Number: 3888 | | | |
| TRANSFEROR: DSA FINANCE CORPORATION | Claim Date: 07/06/2009 | | | |
| ATTN: CLAIMS PROCESSING DEPARTMENT | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| P.O. BOX 14610 | Comments: | | | |
| SURFSIDE BEACH, SC 29587 | THIS CLAIM IS PAID | | | |

| UNSECURED | Claimed: | $401.99 | Scheduled: | $401.99 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | Claim Number: 3939 | | | |
| TRANSFEROR: COOPER FORESTRY INC | Claim Date: 07/07/2009 | | | |
| ATTN: CLAIMS PROCESSING DEPARTMENT | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| P.O. BOX 14610 | Comments: | | | |
| SURFSIDE BEACH, SC 29587 | THIS CLAIM IS PAID | | | |

| UNSECURED | Claimed: | $974.12 | Scheduled: | $709.12 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP | Claim Number: 3980 | | | |
| TRANSFEROR: ROYAL BRASS INC | Claim Date: 07/08/2009 | | | |
| ATTN: CLAIMS PROCESSING DEPARTMENT | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| P.O. BOX 14610 | Comments: | | | |
| SURFSIDE BEACH, SC 29587 | THIS CLAIM IS PAID | | | |

| UNSECURED | Claimed: | $319.63 | Scheduled: | $319.63 |
|---|---|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: SHOE & BOOT OUTLET, THE
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4053
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $484.95 | Scheduled: | $484.95 | | |

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: CINTAS FIRST AID & SAFETY
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4087
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7844 (06/02/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,822.06 | Scheduled: | $1,126.10 | Allowed: | $1,822.06 |

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: CYBOR FIRE PROTECTION CO.
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4098
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $825.00 | Scheduled: | $825.00 | | |

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: CENTRAL MCGOWAN, INC.
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4172
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $497.38 | Scheduled: | $413.74 | | |

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: ST JOHNS UNITED CHURCH OF
CHRIST    ATTN: CLAIMS PROCESSING DEPT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4177
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $772.60 | Scheduled: | $772.60 | | |

SMURFIT-STONE CONTAINER CORPORATION    Case 09-10235-BLS    Doc 9663    Filed 07/16/18    Page 544 of 2463
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

Date: 07/03/2018

| | | | | |
|---|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: INDUSTRIAL RUBBER & GASKET<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 4178<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $154.88 | Scheduled: | $154.88 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: WALTS DRIVE A WAY INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 4192<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $375.00 | Scheduled: | $375.00 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: KNOX COUNTY ASSOCIATION<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 4382<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $145.80 | Scheduled: | $145.80 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: PANAMA CITY GOLFCARTS LLC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 4417<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $668.67 | Scheduled: | $668.67 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: NU TOWEL COMPANY, THE<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 4538<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $338.25 | Scheduled: | $1,034.16 |

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: MARSHALL COUNTY CHAMBER
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4563
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $400.00 | Scheduled: | $400.00 |
|---|---|---|---|---|

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: SIGN WORKS
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4604
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $456.78 | Scheduled: | $456.78 |
|---|---|---|---|---|

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: FLOWERS OF CLAYTON
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4632
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,684.88 | Scheduled: | $1,638.38 |
|---|---|---|---|---|

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: US PLASTIC CORPORATION
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4770
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $316.67 | Scheduled: | $667.52 |
|---|---|---|---|---|

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: CITY OF PERRY
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4823
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $203.88 | Scheduled: | $203.88 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: BENEFITSLINK.COM INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4828
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $275.00 | Scheduled: | $275.00 |
|---|---|---|---|---|

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: CRESCENT MOBILE POWER
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4829
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $175.00 | Scheduled: | $175.00 |
|---|---|---|---|---|

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: DAVIS AUTO PARTS CORP
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4970
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $112.15 | Scheduled: | $112.15 |
|---|---|---|---|---|

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: SUTHERLAND FIBER
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 5000
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,722.60 | Scheduled: | $1,721.00 |
|---|---|---|---|---|

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: CLEAN SOURCE INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 5025
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,064.67 | Scheduled: | $991.36 |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: MINUTEMAN PRESS<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5048<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $224.86 | Scheduled: | $224.86 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: OWENS OPTICAL<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5097<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $280.00 | Scheduled: | $370.00 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: HY TECH<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5148<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $236.25 | Scheduled: | $236.25 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: XACT SUPPLY COMPANY INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5193<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 8389<br>DOCKET: 6649 (04/07/2010) | | | | |
| UNSECURED | Claimed: | $1,246.43 | Scheduled: | $1,246.43 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: SEAMAN AND SCHUSKE METAL<br>WORKS ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5218<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $255.00 | Scheduled: | $255.00 | |

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: CDI INDUSTRIAL AND MECHANICA
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 5224
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $883.20 | Scheduled: | $883.20 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: ZIEGLER TOOLS INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 5261
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,268.05 | Scheduled: | $1,929.12 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: PHOENIX EXPRESS COURIER INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 5479
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $749.00 | Scheduled: | $749.00 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: SOUTH ALABAMA ELECTRIC COOP
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 5493
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $177.52 | Scheduled: | $177.52 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: BONDURANT LUMBER & HARDWARE
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 5498
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $126.51 | Scheduled: | $126.51 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: WILLIAMS TURBINE SERVICES IN
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 5506
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $372.76 | | |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: LOBEE PUMP & MACHINERY COMPA
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 5793
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,275.84 | Scheduled: | $1,275.84 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: PAL STEEL
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 5809
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $209.69 | Scheduled: | $209.69 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: WILLCO INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 5845
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $484.87 | Scheduled: | $484.87 |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: WORKPLACE OCCUPATIONAL
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 5851
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $187.20 | Scheduled: | $180.00 |
|---|---|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: BAY CORP INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5887<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $165.00 | Scheduled: | $165.00 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: DURA BAR METAL SERVICES INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 5982<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $319.62 | Scheduled: | $319.62 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: MYRON L COMPANY<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 6034<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $512.43 | Scheduled: | $512.43 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: COOKS INDUSTRIAL REPAIR<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 6147<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $379.30 | Scheduled: | $379.30 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: WASTE PRO USA PALM COAST<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 6206<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $705.32 | Scheduled: | $705.32 |

| | | | | |
|---|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: CALDWELL OPPORTUNITIES INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 6273<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $440.00 | Scheduled: | $534.00 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: WHITEWATER ASSOCIATES INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 6318<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $370.00 | Scheduled: | $119.00 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: AHBL INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 6449<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $589.75 | Scheduled: | $589.75 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: JOHNCO<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 6509<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $116.56 | Scheduled: | $166.56 |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: MERLO PLUMBING CO INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 6531<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $262.78 | Scheduled: | $262.78 |

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: FRONTIER POWER COMPANY
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 6592
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $188.79 | Scheduled: | $188.79 |
|---|---|---|---|---|

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: MATERN METAL WORKS INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 6961
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $360.00 | Scheduled: | $360.00 |
|---|---|---|---|---|

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: ARNOLD INDUSTRIES SOUTH INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 7030
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $850.00 | Scheduled: | $850.00 |
|---|---|---|---|---|

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: CONTROL CONCEPTS INC
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 7247
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $862.44 | Scheduled: | $1,279.94 |
|---|---|---|---|---|

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: SMITHS LAWN & TREE SERVICE
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 7420
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $270.00 | Scheduled: | $270.00 |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: GENERAL BEARING INDUS INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 7433<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $435.44 | Scheduled: | $435.44 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: DIVERSIFIED PLASTICS INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 7438<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $855.00 | Scheduled: | $855.00 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: PRO TECH ENVIRONMENTAL SERVI<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 7508<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $749.00 | Scheduled: | $909.50 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: PURE PAINTING INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 7870<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $515.50 | Scheduled: | $515.50 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: SEASIDE LIONS<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 8121<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $336.00 | Scheduled: | $336.00 | |

| | | | |
|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: CDI INDUSTRIAL & MECHANICAL<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 8408-02<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED          Claimed:          $605.57 | | | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: ELLIOT LEWIS CORPORATION<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 8618<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED          Claimed:          $663.00 | | Scheduled:          $663.00 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: WW ELECTRIC LLC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 8888<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED          Claimed:          $2,730.00 | | Scheduled:          $2,730.00 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: GEAR TECH SERVICES LLC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 9236<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED          Claimed:          $1,636.20 | | Scheduled:          $1,636.20 | |
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: PBM SERVICES COMPANY LLC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 9603<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED          Claimed:          $465.00 | | Scheduled:          $465.00 | |

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: BURNETT'S LANDSCAPING<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 9636<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $2,542.00 | Scheduled: | $2,542.00 |

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: BONUS BUILDING CARE<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 9708<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6353 (03/29/2010)<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $2,173.00 | Scheduled: | $2,173.00 |

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: ROSE METAL PRODUCTS<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 11232<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $576.24 | Scheduled: | $576.24 |

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: SCHUETZ CLEAN INC (LIBERTY)<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 13192<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $645.00 | Scheduled: | $645.00 |

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: DREXEL TECHNOLOGIES<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 13814<br>Claim Date: 02/08/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $395.00 | Scheduled: | $395.00 |

BLUE OPPORTUNITIES FUND, LP
TRANSFEROR: TAG AND LABEL CO
ATTN: CLAIMS PROCESSING DEPT.
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4309
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $110.05 | Scheduled: | $158.05 |
|---|---|---|---|---|

BLUE RIBBON CONTAINER & DISPLAY
11106 SHOEMAKER AVE.
SANTA FE SPRINGS, CA 90670

Claim Number: 11542
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $22,904.33 | Scheduled: | $17,416.72 |
|---|---|---|---|---|

BLUE RIDGE MOUNTAIN WATER
P.O. BOX 211329
MONTGOMERY, AL 31212

Claim Number: 6115
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $602.25 | Scheduled: | $41.95 |
|---|---|---|---|---|

BLUE RIDGE PACKAGING CORP
PO BOX 4027
MARTINSVILLE, VA 24115

Claim Number: 5431
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8257 (07/23/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,000.00 | Scheduled: | $8,126.00  UNLIQ |
|---|---|---|---|---|

BLUE RIDGE PACKAGING CORP
P.O. BOX 4027
MARTINSVILLE, VA 24115

Claim Number: 6363
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $425.50 |
|---|---|---|

---

BLUE STAR PRINTING CO LLC
3550 WESTWAY STREET SUITE B
TYLER, TX 75703

Claim Number: 11593
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $535.83 | Scheduled: | $495.00 | | |

---

BLUE STREAK COURIER SERVICE, INC.
PO BOX 993
VALLEY FORGE, PA 19482

Claim Number: 3313
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $608.00 | |

---

BLUEGRASS INDUSTRIES INC
4320 15TH STREET E
BRADENTON, FL 34208

Claim Number: 9699
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLE DUPLICATE OF 1396
DOCKET: 7553 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,143.92 | Scheduled: | $5,143.92 |

---

BLW VENTURES INC
105 SPRING STREET
ZIONSVILLE, IN 46077

Claim Number: 9349
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,042.00 | Scheduled: | $13,042.00 |

---

BLYTH, JEAN M.
C/O KOSKIE MINSKY LLP
BARRISTERS AND SOLICITORS
20 QUEEN ST. WEST SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 13031
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $10,610.30 | Scheduled: | $12,248.90 | Allowed: | $12,249.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BM&M PARTNERSHIP<br>9377 193RD ST<br>SURREY, BC V4N 4E7<br>CANADA | | Claim Number: 5804<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $2,498.50 | | |
| BMC ROCK INC<br>301 SUNRISE LN<br>DRAKES BRANCH, VA 23937 | | Claim Number: 3770<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,023.35 | Scheduled: | $1,023.35 | | |
| BMG METALS, INC.<br>ATTN: NEIL E. MCCULLAGH, ESQUIRE<br>SPOTTS FAIN, PC<br>P.O. BOX 1555<br>RICHMOND, VA 23218 | | Claim Number: 9851<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | | |
| ADMINISTRATIVE | Claimed: | $19,129.06 | | | | |
| UNSECURED | Claimed: | $27,336.28 | | | | |
| BMG METALS, INC.<br>ATTN: NEIL E. MCCULLAGH, ESQUIRE<br>SPOTTS FAIN, PC<br>411 EAST FRANKLIN STREET, SUITE 600<br>RICHMOND, VA 232198 | | Claim Number: 12027-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $18,328.61 | | | | |
| BMG METALS, INC.<br>ATTN: NEIL E. MCCULLAGH, ESQUIRE<br>SPOTTS FAIN, PC<br>411 EAST FRANKLIN STREET, SUITE 600<br>RICHMOND, VA 232198 | | Claim Number: 12027-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $28,136.73 | Scheduled: | $48,127.42 | Allowed: | $28,136.73 |

| | | |
|---|---|---|
| BNSF RAILWAY COMPANY<br>ATTN: QUINCY CHUMLEY<br>3001 LOU MENK DRIVE<br>FORT WORTH, TX 76131 | | Claim Number: 12766<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 7550 (05/10/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,100.00 |

| | | |
|---|---|---|
| BOATNER, CLINT<br>698 MADDEN ROAD<br>SIMSBORO, LA 71247 | | Claim Number: 10118<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

| | | |
|---|---|---|
| BOATROCK ENTERPRISES<br>1627 PEACHTREE ST., NE<br>ATLANTA, GA 30309 | | Claim Number: 12189<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $54,673.52 |

| | | |
|---|---|---|
| BOB AND DAVES LAWN & LANDSCAPE<br>MAINTENANCE, INC.<br>PO BOX 828<br>KAUKAUNA, WI 54130 | | Claim Number: 4295<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $467.81 | Scheduled: | $314.80 |

| | | |
|---|---|---|
| BOBBETT, HERMAN<br>THE LAW OFFICES OF STEVEN J. COOPER<br>21515 HAWTHORNE BLVD. SUITE 1150<br>TORRANCE, CA 90503 | | Claim Number: 2261<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,000.00 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | | |
|---|---|---|---|---|---|
| BOBBY BELEW, DBA BOB'S CLEANING SERVICE<br>517 THURMAN DR<br>LEXINGTON, KY 40505-1536 | | Claim Number: 13441<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,390.00 | Scheduled: | $2,390.00 | |
| BOBTAIL EXPRESS INC<br>PO BOX 41073<br>HOUSTON, TX 77241-1073 | | Claim Number: 4776<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,376.75 | Scheduled: | $2,376.75 | |
| BOCA RATON COMMUNITY HOSPITAL<br>800 MEADOWS ROAD<br>BOCA RATON, FL 33486 | | Claim Number: 3134<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $253.09 | Scheduled: | $505.09 | |
| BOCKS BOARD PACKAGING INC<br>2431 OSBORNE ROAD<br>SAINT MARYS, GA 31558 | | Claim Number: 7393<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $166.00 | Scheduled: | $166.00 | |
| BOHL EQUIPMENT COMPANY<br>ATTN: JEREMY COAKLEY<br>534 W LASKEY RD.<br>TOLEDO, OH 43612 | | Claim Number: 6882<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,178.00 | Scheduled: | $7,813.75 | |

BOILER EQUIPMENT CO INC
1443 SIXTH AVENUE
KNOXVILLE, TN 37917

Claim Number: 5120
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,308.65 | Scheduled: | $5,076.22 |
|-----------|----------|-----------|------------|-----------|

BOILER ROOM SERVICE
15 DORCHESTER DRIVE
SIOUX CITY, IA 51106

Claim Number: 3998
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,925.47 | Scheduled: | $2,734.08 |
|-----------|----------|-----------|------------|-----------|

BOILER SPECIALISTS, INC.
1669 MERWIN AVE.
CLEVELAND, OH 44113-2421

Claim Number: 5881
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $14,400.37 | Scheduled: | $14,136.85 |
|-----------|----------|------------|------------|------------|

BOILER SUPPLY COMPANY
PO BOX 40225
NASHVILLE, TN 37204-0225

Claim Number: 6939
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $20,337.10 |
|-----------|----------|------------|

BOILER SUPPLY COMPANY (02)
PO BOX 40225
NASHVILLE, TN 37204-0225

Claim Number: 6938
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $14,780.60 | Scheduled: | $4,511.76 |
|-----------|----------|------------|------------|-----------|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

| | | | | | |
|---|---|---|---|---|---|
| BOILER SYSTEM SPECIALTIES INC<br>PO BOX 29208<br>RICHMOND, VA 23242 | | Claim Number: 5308<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $7,205.66 | Scheduled: | $6,811.26 | |
| BOILER TECH INC<br>7030 HUNTLEY RD<br>COLUMBUS, OH 43229-1053 | | Claim Number: 12103<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,941.57 | Scheduled: | $2,941.57 | |
| BOILER TUBE COMPANY OF AMERICA<br>506 CHARLOTTE HIGHWAY<br>LYMAN, SC 29365 | | Claim Number: 336<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $9,583.12 | Scheduled: | $9,574.44 | |
| BOLDS, M.L.<br>422 SLASH PINE DR<br>QUITMAN, LA 71268 | | Claim Number: 10396<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $0.00    UNLIQ | | | |
| BOLLA CLEANING<br>919 QUIET POINT RD<br>CASEYVILLE, IL 62232 | | Claim Number: 3675<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,051.50 | Scheduled: | $5,400.00 | |

| | | | | | |
|---|---|---|---|---|---|
| BOLTON, CARL D.<br>D.B.A. MESERVE ASSOCIATES ENGINEERS<br>835 BLOSSOM HILL RD., STE 204<br>SAN JOSE, CA 95123 | | Claim Number: 1959<br>Claim Date: 04/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | |
| UNSECURED | Claimed: | $5,193.66 | | | |
| BOLTON, CARL D.<br>D.B.A. MESERVE ASSOCIATES ENGINEERS<br>835 BLOSSOM HILL RD., STE 204<br>SAN JOSE, CA 95123 | | Claim Number: 8061<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | |
| UNSECURED | Claimed: | $5,193.66 | | | |
| BOM SERVICE & ENGINEERING, INC.<br>2203 N. MACARTHUR DR.<br>TRACY, CA 95376 | | Claim Number: 11572<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $8,450.86 | | | |
| BOMGAARS SUPPLY<br>1805 ZENITH DRIVE<br>SIOUX CITY, IA 51103 | | Claim Number: 7141-02<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $6,670.84 | Scheduled: | $6,859.96 | |
| BOND SAFEGUARD INSURANCE COMPANY<br>CONTRARIAN CAPITAL MANAGEMENT<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 10475<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8695 (10/28/2010) | | | |
| UNSECURED | Claimed: | $650,000.00 | | Allowed: | $650,000.00 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10483<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |

UNSECURED          Claimed:          $65,000.00

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10484<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |

UNSECURED          Claimed:          $22,000.00

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10485<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |

UNSECURED          Claimed:          $6,000.00

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>CONTRARIAN CAPITAL MANAGEMENT LLC<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 10486<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8695 (10/28/2010) |

UNSECURED          Claimed:          $12,500.00                    Allowed:          $12,500.00

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10487<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |

UNSECURED          Claimed:          $9,000.00

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10488<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |

UNSECURED          Claimed:                  $50,000.00

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10495<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |

UNSECURED          Claimed:                  $50,000.00

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC, KELLY GRIFFITH<br>ONE PARK PLACE, 4TH FL.<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | Claim Number: 10496<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |

UNSECURED          Claimed:                  $373,176.00

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10497<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |

UNSECURED          Claimed:                  $80,000.00

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10499<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |

UNSECURED          Claimed:                  $10,000.00

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10500<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |

| UNSECURED | Claimed: | $24,150.00 |
|---|---|---|

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10501<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |

| UNSECURED | Claimed: | $38,000.00 |
|---|---|---|

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10502<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |

| UNSECURED | Claimed: | $105,000.00 |
|---|---|---|

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH PLLC<br>ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET ATTN: KELLY GRIFFITH<br>SYRACUSE, NY 13202 | Claim Number: 10503<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8695 (10/28/2010) |

| UNSECURED | Claimed: | $2,079,376.00 |
|---|---|---|

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS<br>BEACH PLLC, ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | Claim Number: 14151<br>Claim Date: 10/19/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) |

| UNSECURED | Claimed: | $24,150.00 |
|---|---|---|

| | | |
|---|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS<br>BEACH PLLC, ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | Claim Number: 14152<br>Claim Date: 10/19/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) | |
| UNSECURED | Claimed: | $38,000.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS<br>BEACH PLLC, ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | Claim Number: 14153<br>Claim Date: 10/19/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) | |
| UNSECURED | Claimed: | $10,000.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS<br>BEACH PLLC, ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | Claim Number: 14154<br>Claim Date: 10/19/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) | |
| UNSECURED | Claimed: | $80,000.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS<br>BEACH PLLC, ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | Claim Number: 14155<br>Claim Date: 10/19/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) | |
| UNSECURED | Claimed: | $373,176.00 |
| BOND SAFEGUARD INSURANCE COMPANY<br>ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS<br>BEACH PLLC, ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | Claim Number: 14156<br>Claim Date: 10/19/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) | |
| UNSECURED | Claimed: | $50,000.00 |

| | | |
|---|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS<br>BEACH PLLC, ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | Claim Number: 14159<br>Claim Date: 10/19/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) | |
| UNSECURED          Claimed: | $9,000.00 | |
| BOND SAFEGUARD INSURANCE COMPANY<br>ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS<br>BEACH PLLC, ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | Claim Number: 14160<br>Claim Date: 10/19/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) | |
| UNSECURED          Claimed: | $50,000.00 | |
| BOND SAFEGUARD INSURANCE COMPANY<br>ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS<br>BEACH PLLC, ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | Claim Number: 14161<br>Claim Date: 10/19/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) | |
| UNSECURED          Claimed: | $22,000.00 | |
| BOND SAFEGUARD INSURANCE COMPANY<br>ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS<br>BEACH PLLC, ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | Claim Number: 14162<br>Claim Date: 10/19/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) | |
| UNSECURED          Claimed: | $6,000.00 | |
| BOND SAFEGUARD INSURANCE COMPANY<br>ATTN: KELLY C. GRIFFITH, ESQ. C/O HARRIS<br>BEACH PLLC, ONE PARK PLACE, 4TH FLOOR<br>300 S. STATE STREET<br>SYRACUSE, NY 13202 | Claim Number: 14163<br>Claim Date: 10/19/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) | |
| UNSECURED          Claimed: | $65,000.00 | |

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C GRIFFITH, ESQ.<br>333 WEST WASHINGTON ST STE 200<br>SYRACUSE, NY 13202 | Claim Number: 14191<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9479 (12/09/2014) |

UNSECURED          Claimed:               $119,000.00                                                    Allowed:          $20,000.00

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14192<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) |

UNSECURED          Claimed:               $38,000.00

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14193<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) |

UNSECURED          Claimed:               $24,150.00

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14194<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) |

UNSECURED          Claimed:               $10,000.00

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14195<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) |

UNSECURED          Claimed:               $80,000.00

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14196<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) |

UNSECURED          Claimed:                    $373,176.00

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14197<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) |

UNSECURED          Claimed:                    $50,000.00

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14200<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) |

UNSECURED          Claimed:                    $9,000.00

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14201<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) |

UNSECURED          Claimed:                    $50,000.00

| | |
|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | Claim Number: 14202<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) |

UNSECURED          Claimed:                    $22,000.00

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | |
|---|---|---|---|---|
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | | Claim Number: 14203<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) | | |
| UNSECURED | Claimed: | $6,000.00 | | |
| BOND SAFEGUARD INSURANCE COMPANY<br>C/O HARRIS BEACH, PLLC<br>ATTN: KELLY C. GRIFFITH, ESQ.<br>ONE PARK PLACE, 4TH FL-300 S. STATE ST.<br>SYRACUSE, NY 13202 | | Claim Number: 14204<br>Claim Date: 04/14/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9479 (12/09/2014) | | |
| UNSECURED | Claimed: | $65,000.00 | | |
| BONNER, QUINN<br>P. O. BOX 4412<br>EASTMAN, GA 31023 | | Claim Number: 5040<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| BONUS BUILDING CARE<br>810 DIVISION STREET<br>NASHVILLE, TN 37203 | | Claim Number: 2512<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,561.66 | Scheduled: | $8,983.56 |
| BOOK CONCERN PRINTERS<br>PO BOX 330<br>HANCOCK, MI 49930 | | Claim Number: 13803<br>Claim Date: 02/04/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $3,817.15 | | |

---

BOOK CONCERN PRINTERS
PO BOX 330
HANCOCK, MI 49930

Claim Number: 13804
Claim Date: 02/04/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,355.63 | Scheduled: | $2,355.63 |

---

BORDER STATES ELECTRIC SUPPLY
DEPT 1105
DENVER, CO 80291-1105

Claim Number: 12183
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,592.19 |
| UNSECURED | Claimed: | $34,167.88 |

---

BOST, INC.
PO BOX 11495
FORT SMITH, AR 72917

Claim Number: 11882
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,865.69 | Scheduled: | $2,865.69 |

---

BOSTON GAS COMPANY D/B/A KEYSPAN ENERGY
DELIVERY NEW ENGLAND
ELISA M. PUGLIESE, ESQ.
175 E. OLD COUNTRY ROAD
HICKSVILLE, NY 11801

Claim Number: 1824
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $140,299.20 |

---

BOSTON, BOBBY JOE
28990 HWY 9
CASTOR, LA 71016

Claim Number: 10119
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| | | | | |
|---|---|---|---|---|
| BOSTON, DENNIS WAYNE<br>P.O. BOX 102<br>BIENVILLE, LA 71008 | | Claim Number: 10120<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| BOSTON, JIMMIE LEE<br>26614 STATE HIGHWAY 9<br>BIENVILLE, LA 71008 | | Claim Number: 10397<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| BOUFFARD SANITAIRE INC<br>75 RUE SAVARD CP 114<br>MATANE, QC G4W 3M9<br>CANADA | | Claim Number: 8057<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $24,707.89 | Scheduled: | $24,707.00 |
| BOWEN EXCAVATING & DRILLING<br>45251 USR 36<br>COSHOCTON, OH 43812 | | Claim Number: 5917-01<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $208.00 | Scheduled: | $1,664.00 |
| BOWEN EXCAVATING & DRILLING<br>45251 USR 36<br>COSHOCTON, OH 43812 | | Claim Number: 5917-02<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,872.00 | | |

BOWERS, CYNTHIA S
458 LYNWOOD FOREST
MANCHESTER, MO 63021

Claim Number: 5436
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8757 (11/15/2010)

| | Claimed: | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | | $8,876.00 | | | | |

BOX & CONTAINER CO., THE
170 SOUTH MAPLE AVE
SOUTH SAN FRANCISCO, CA 94080

Claim Number: 980
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | $8,440.00 | | $16,880.00 | | |

BOX SHOP
800 HWY 463 SOUTH
TRUMANN, AR 72472

Claim Number: 6431-02
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $36,859.63 | | $44,847.58 | | $36,859.63 |

BOYD COFFEE COMPANY
19730 N.E. SANDY BLVD.
ATTN: BECKY ERILES, CREDIT MANAGER
PORTLAND, OR 97230

Claim Number: 5052
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | $241.26 | | $241.26 | | |

BP CANADA ENERGY MARKETING CORP.
KELLEY DRYE & WARREN LLP
JAMES S CARR, ESQ - GABRIELLE ROHWER ESQ
101 PARK AVENUE
NEW YORK, NY 10178

Claim Number: 2775-01
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $13,646.14  UNLIQ | | $62,050.46 | | $13,646.14 |

BP NORTH AMERICA PETROLEUM, ET AL.
KELLEY DRYE & WARREN LLP
JAMES S. CARR & GABRIELLE ROHWER, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

Claim Number: 9975
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ | | | | |
| UNSECURED | Claimed: | $3,033,252.00  UNLIQ | Scheduled: | $1,104,495.00  UNLIQ | Allowed: | $3,033,252.00 |

BRACK HUNTER CORPORATION
12725 MAPLE STREET
OVERLAND PARK, KS 66209

Claim Number: 10459
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $23,750.00 | |

BRADFORD, ARTHUR DEAN
P.O. BOX 111
HODGE, LA 71247

Claim Number: 10121
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | |

BRADFORD, EDDIE JAMES
193 COWBOYS ROAD
JONESBORO, LA 71251

Claim Number: 10122
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | | Allowed: | $7,750.00 |

BRADFORD, EVA QUALLS
P.O. BOX 583
HODGE, LA 71247

Claim Number: 10123
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | |

| | | | | |
|---|---|---|---|---|
| BRADFORD, EZZARD CHARLES<br>351 ED BARNES ROAD<br>JONESBORO, LA 71251 | | Claim Number: 10124<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| BRADLEY, CARL W.<br>175 BRADLEY ROAD<br>JONESBORO, LA 71251 | | Claim Number: 10125<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| BRADLEY, JOHN WAYNE<br>866 DANVILLE ROAD<br>JONESBORO, LA 71251 | | Claim Number: 10126<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| BRAKE & EQUIPMENT WAREHOUSE<br>455 HARRISON ST NE<br>MINNEAPOLIS, MN 55413 | | Claim Number: 6389<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,595.02 | | |
| BRAKE & EQUIPMENT WAREHOUSE (ST. CLOUD)<br>455 HARRISON ST NE<br>MINNEAPOLIS, MN 55413 | | Claim Number: 6388<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,609.55 | Scheduled: | $2,205.55 |

BRANAN CHEMICAL ENTERPRISES
PO BOX 368
AGAWAM, MA 01001-0368

Claim Number: 4777
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,036.00 | | |

BRAMAN CHEMICAL ENTERPRISES INC
PO BOX 368
AGAWAM, MA 01001-0368

Claim Number: 4778
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $976.00 | Scheduled: | $2,012.00 |

BRANDIES ACE HARDWARE INC.
PO BOX 97
CALLAHAN, FL 32011

Claim Number: 3697
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $56.54 | Scheduled: | $56.54 |

BRANDSMART
3200 SW 42 STREET
HOLLYWOOD, FL 33312

Claim Number: 5480
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,066.00 | Scheduled: | $6,832.00 |

BRANOM INSTRUMENT SALES CO,INC
PO BOX 80307
SEATTLE, WA 98108-0307

Claim Number: 5503
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,892.74 | Scheduled: | $3,593.32 |

---

BRASHEAR, BURL
159 PHIL STREET
JONESBORO, LA 71251

Claim Number: 10334
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

BRAZILL, JACK R
BOX 335
ARLEE, MT 59821

Claim Number: 9534
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

BRECHBUHLER SCALES INC
1424 SCALE STREET SW
CANTON, OH 44706

Claim Number: 7392
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,400.34 | Scheduled: | $3,400.34 |

BREHOB CORPORATION
1334 S. MERIDIAN ST.
INDIANAPOLIS, IN 46225

Claim Number: 10
Claim Date: 01/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,700.50 | Scheduled: | $4,700.50 |

BREIMEIER, ROBERT P
318 VALLEY FORGE CT.
CHESTERFIELD, MO 63017

Claim Number: 10448
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9033 (04/25/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $910,504.00 | Allowed: | $887,415.00 |

BRENNTAG MID-SOUTH, INC.
CHAD MASSIE, VP FINANCE & MATERIAL MGMT.
1405 HIGHWAY 136 WEST
PO BOX 20
HENDERSON, KY 42419-0029

Claim Number: 2141-01
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,035.00 | Scheduled: | $80,274.75 | | |
|---|---|---|---|---|---|---|

BRENNTAG NORTHEAST, INC
81 WEST HULLER LANE
READING, PA 19605

Claim Number: 9525
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,773.63 | | | | |
|---|---|---|---|---|---|---|

BREST, MIKE
7811 CAPE CHARLES DRIVE
RALEIGH, NC 27617

Claim Number: 9256
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8996 (03/22/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $312.97 | Allowed: | $312.97 |
|---|---|---|---|---|---|---|

BRET BRADFORD AND ASSOCIATES
3755 PENNSYLVANIA AVE
CINCINNATI, OH 45226

Claim Number: 9352
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,160.00 | Scheduled: | $1,160.00 | | |
|---|---|---|---|---|---|---|

BREWER, JACK M.
PO BOX 1356
TYLER, TX 75708

Claim Number: 12288
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8757 (11/15/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | | | |
|---|---|---|---|---|---|---|

---

BRIDGEPORT LOGISTICS LLC
16520 SW 72ND AVE 7
PORTLAND, OR 97224

Claim Number: 5783
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,100.00 | Scheduled: | $2,150.00 |
|---|---|---|---|---|

BRIDGEPORT TRANSPORTATION
P.O. BOX 23733
OAKLAND, CA 94623

Claim Number: 13807
Claim Date: 02/04/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| SECURED | Claimed: | $0.00 |
|---|---|---|

BRIDGES, BETTY
531 KIRKLAND RD
APPT 9221
COVINGTON, GA 30016

Claim Number: 13225
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| PRIORITY | Claimed: | $43,000.00 |
|---|---|---|

BRIDGES, BETTY A
164 FLAT ROCK ROAD
OXFORD, GA 30054

Claim Number: 13226
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8673 (10/19/2010)

| UNSECURED | Claimed: | $43,000.00 |
|---|---|---|

BRIGGS CO., THE
PO BOX 11446
WILMINGTON, DE 19850-1446

Claim Number: 7957
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $255.63 | Scheduled: | $255.63 |
|---|---|---|---|---|

| BRIGGS EQUIPMENT<br>LOCKBOX 841272<br>DALLAS, TX 75284 | | Claim Number: 5966<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $3,974.15 |
| BRINSON, BOBBY C. SR.<br>112 MICAH<br>QUITMAN, LA 71268 | | Claim Number: 10127<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| BRISBIN, LOURDES C.<br>1109 ELM<br>ATTN: TIMOTHY M. ALVAREZ<br>PLEASANT HILL, MO 64080 | | Claim Number: 9795<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $68,206.40 | | |
| BRITE WAY WINDOW CLEANING INC<br>325 7TH ST S<br>FARGO, ND 58103 | | Claim Number: 5053<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $295.00 | Scheduled: | $295.00 |
| BROADSPIRE SERVICES, INC. (2)<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JEFFREY CHANG<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 10833<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 9303 (01/29/2013) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
| SECURED | Claimed: | $0.00   UNLIQ | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $68,915.15 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BROADWAY SERVICES INC.<br>ATTN: SHARON HARBARGER<br>3709 E. MONUMENT ST.<br>BALTIMORE, MD 21205 | | Claim Number: 730<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $10,349.84 | Scheduled: | $7,957.69 | | |
| BROCKS INC<br>370 DOUGLAS AVENUE<br>CHILLICOTHE, OH 45601 | | Claim Number: 4638<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,700.00 | Scheduled: | $1,700.00 | | |
| BROOKSTONE, ARNOLD<br>950 N. MICHIGAN AVENUE<br>APT. #2502<br>CHICAGO, IL 60611 | | Claim Number: 7705<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $210,843.00 | Scheduled: | $210,843.00 | | |
| BROOKSTONE, ARNOLD F<br>950 N. MICHIGAN AVENUE<br>APT. #2502<br>CHICAGO, IL 60611 | | Claim Number: 7706<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $598,593.00 | Scheduled: | $598,593.00 | Allowed: | $598,593.00 |
| BROWN AND MORRISON LLP<br>PO BOX 240827<br>CHARLOTTE, NC 28224-0827 | | Claim Number: 6883<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $153.68 | Scheduled: | $153.68 | | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

| | | | | | | |
|---|---|---|---|---|---|---|
| BROWN CONTRACTORS, INC.<br>1478 BEAR KNOLL DRIVE<br>QUITMAN, LA 71268 | | Claim Number: 3204<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $15,650.00 | Scheduled: | $23,450.00 | | |
| BROWN DISTRIBUTION COMPANY<br>51 SWANS ROAD NE<br>NEWARK, OH 43055 | | Claim Number: 6084<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,393.26 | Scheduled: | $8,437.98 | | |
| BROWN LOGISTICS INC<br>2525 E EUCLID AVE, STE 214<br>DES MOINES, IA 50317-6064 | | Claim Number: 9655<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $42,206.55 | Scheduled: | $42,206.55 | Allowed: | $42,206.55 |
| BROWN SPRINKLER SERVICE INC<br>PO BOX 8<br>P O BOX 8<br>DORSET, OH 44032 | | Claim Number: 13066<br>Claim Date: 09/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $22,367.34 | Scheduled: | $22,367.34 | Allowed: | $22,367.34 |
| BROWN'S GARAGE & TRUCKING INC<br>PO BOX 1090<br>HODGE, LA 71247 | | Claim Number: 7510<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $11,048.65 | Scheduled: | $27,548.65 | | |

| | | |
|---|---|---|
| BROWN, ANDREW L.<br>3758 HWY 146<br>CHATHAM, LA 71226 | | Claim Number: 10128<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| BROWN, DAVID L.<br>102 RED FOX LANE<br>JONESBORO, LA 71251 | | Claim Number: 10398<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| BROWN, GARY D. SR.<br>242 BROWN HILL ROAD<br>QUITMAN, LA 71268 | | Claim Number: 10129<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| BROWN, JAMES LARRY<br>P.O. BOX 884<br>HODGE, LA 71247 | | Claim Number: 10130<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| BROWN, JAYSON<br>C/O JEFFREY B. MORRIS<br>LAW OFFICES OF JEFFERY B. MORRIS, P.A.<br>2064 PARK STREET<br>JACKSONVILLE, FL 32204 | | Claim Number: 5756<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 4714 (02/02/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ         Scheduled:            $0.00  UNLIQ |

| | | | | |
|---|---|---|---|---|
| BROWN, JIMMY VAN<br>4074 GLADWAY ROAD.<br>JONESBORO, LA 71251 | | Claim Number: 10131<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| BROWN, RUBEN EARNEST<br>251 BROWN HILL RD<br>QUITMAN, LA 71268 | | Claim Number: 10132<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| BROWN, THEODIS<br>P.O. BOX 1745<br>HODGE, LA 71247 | | Claim Number: 10133<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| BROWNLEE MORROW COMPANY<br>PO BOX 380008<br>BIRMINGHAM, AL 35238 | | Claim Number: 2492<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $10,830.39 | Scheduled: | $10,187.53 |
| BRUBAKER & ASSOC INC<br>PO BOX 412000<br>SAINT LOUIS, MO 63141-2000 | | Claim Number: 10648<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $11,001.27 | Scheduled: | $10,415.27 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | |
|---|---|---|---|
| BRUKS ROCKWOOD INC<br>5975 SHILOH ROAD SUITE 109<br>ALPHARETTA, GA 30005 | Claim Number: 7050<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,869.46 | Scheduled: | $421,658.31 |

| | | | |
|---|---|---|---|
| BRUSKE PRODUCTS<br>7447 DUVAN DRIVE<br>PO BOX 669<br>TINLEY PARK, IL 60477-0669 | Claim Number: 6130<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,787.86 | Scheduled: | $1,683.52 |

| | | | |
|---|---|---|---|
| BRYANT JR., LOUIE ELLIS<br>260 BRYANT RD<br>JONESBORO, LA 71251 | Claim Number: 10399<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |

| | | | |
|---|---|---|---|
| BRYANT TRANSPORT<br>801 SOUTHAMPTON RD APT 73<br>BENICIA, CA 94510-1927 | Claim Number: 4105<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,299.82 | Scheduled: | $6,286.22 |

| | | | |
|---|---|---|---|
| BRYANT, IRENE LEONARD<br>612 HAMILTON<br>JONESBORO, LA 71251 | Claim Number: 10134<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |

| | | | | | |
|---|---|---|---|---|---|
| BRYCE, MR. CLYDE S., JR.<br>ENGINEERING CONSULTANTS, INC.<br>PO BOX 3994<br>FLORENCE, SC 29502 | | Claim Number: 3480<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $12,000.00 | Scheduled: | $12,000.00 | |
| BRYDET DEVELOPMENT CORP<br>PO BOX 199<br>CONESVILLE, OH 43811 | | Claim Number: 3859<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $8,389.84 | Scheduled: | $8,389.84 | |
| BSSD REALTY, LLC<br>C/O NANCY FOLEY<br>17 OVERLOOK DRIVE<br>WILBRAHAM, MA 01095 | | Claim Number: 2096<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) | | | |
| UNSECURED | Claimed: | $26,999.81 | | | |
| BSSD REALTY, LLC<br>C/O NANCY FOLEY<br>17 OVERLOOK DRIVE<br>WILBRAHAM, MA 01095 | | Claim Number: 2098<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) | | | |
| UNSECURED | Claimed: | $29,127.50   UNLIQ | Scheduled: | $29,127.50 | |
| BUCHAN, JERRY GLEN<br>416 LENWIL RD<br>WEST MONROE, LA 71292-5832 | | Claim Number: 10135<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| BUCHAN, ROGER<br>2694 SWEET HOME ROAD<br>QUITMAN, LA 71268 | | Claim Number: 10136<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| BUCKLEY, CHARLES HAROLD<br>1326 FIREWOOD RD<br>JONESBORO, LA 71251 | | Claim Number: 10400<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| BUD'S SEWER SERVICE<br>906 MONTEREY<br>ST JOSEPH, MO 64503 | | Claim Number: 5452<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $704.50 | Scheduled: | $1,079.50 | | |
| BUDNICK CONVERTING, INC.<br>C/O MARY E. LOPINOT<br>MATHIS, MARIFIAN, RICHTER & GRANDY, LTD.<br>23 PUBLIC SQUARE, SUITE 300<br>BELLEVILLE, IL 62220 | | Claim Number: 10524<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $61,931.13 | Scheduled: | $76,965.18 | Allowed: | $61,931.13 |
| BUDZAR INDUSTRIES, INC.<br>38241 WILLOUGHBY PARKWAY<br>WILLOUGHBY, OH 44094 | | Claim Number: 2003<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,513.66 | Scheduled: | $1,513.66 | | |

---

BUFFALO EXPORT LLC
99 SOUTH SPOKANE ST
SEATTLE, WA 98134

Claim Number: 535
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8530 (09/13/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,013.36 | Scheduled: | $1,446.00 | | |

---

BUFFALO PUMPS, INC.
874 OLIVER STREET
NORTH TONAWANDA, NY 14120

Claim Number: 1488
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,092.80 | Scheduled: | $1,092.80 | | |

---

BUFFALO ROCK COMPANY
LEGAL DEPARTMENT
103 OXMOOR ROAD
ATTN: EMILY ASHFORD
BIRMINGHAM, AL 35209

Claim Number: 8801
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17,742.45 | Scheduled: | $17,518.65 | Allowed: | $17,742.45 |

---

BUFFALO SHOOK CO INC
PO BOX 627
FARMVILLE, VA 23901

Claim Number: 5164
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $717.44 | Scheduled: | $717.44 | | |

---

BUG FORCE PEST CONTROL
PO BOX 466
MORENO VALLEY, CA 92556

Claim Number: 11197
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,420.00 | Scheduled: | $4,420.00 | | |

---

| | | | | | |
|---|---|---|---|---|---|
| BUGMAN EXTERMINATORS INC<br>94307 WINTERBERRY AVENUE<br>FERNANDINA BEACH, FL 32034 | | Claim Number: 6300<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 | |
| BUILDING SPRINKLER INC<br>PO BOX 1750<br>SIOUX FALLS, SD 57101 | | Claim Number: 5158<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $923.85 | Scheduled: | $923.85 | |
| BUILDINGSTARS CHICAGO, INC.<br>1401 BRANDING AVENUE<br>SUITE 275<br>DOWNERS GROVE, IL 60515 | | Claim Number: 3512<br>Claim Date: 06/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $16,577.28 | | | |
| BUILDINGSTARS INC<br>11489 PAGE SERVICE DRIVE<br>SAINT LOUIS, MO 63146-3529 | | Claim Number: 6675<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $12,157.81 | |
| BUILDINGSTARS STL OPERATIONS, INC.<br>11489 PAGE SERVICE DRIVE<br>ST. LOUIS,, MO 63146-3529 | | Claim Number: 6676-01<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,974.98 | Scheduled: | $7,045.24 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| BUILDINGSTARS STL OPERATIONS, INC.<br>11489 PAGE SERVICE DRIVE<br>ST. LOUIS,, MO 63146-3529 | | Claim Number: 6676-02<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $688.26 | | | Allowed: | $688.26 |
| BULBS.COM<br>243 STAFFORD ST<br>WORCESTER, MA 01603-1168 | | Claim Number: 5381<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $715.14 | Scheduled: | $476.76 | | |
| BULLOCH COUNTY CORRECTIONAL<br>17315 HWY 301 N<br>STATESBORO, GA 30458 | | Claim Number: 6667<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $7,595.25 | Scheduled: | $7,789.00 | | |
| BUNNELL LAMMONS ENGINEERING INC<br>6004 PONDERS COURT<br>GREENVILLE, SC 29615 | | Claim Number: 5457<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $280.25 | Scheduled: | $280.25 | | |
| BURBANK WATER AND POWER<br>PO BOX 631<br>BURBANK, CA 91503-0631 | | Claim Number: 14042<br>Claim Date: 06/08/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | | | | |
| UNSECURED | Claimed: | $1,481.68 | | | | |

---

| BURCH, SHELDON<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10726<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $123,050.12 | | |
|---|---|---|---|---|

| BURKES MECHANICAL, INC.<br>2 INDUSTRIAL ROAD<br>BRENT, AL 35034 | Claim Number: 10557<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID |
|---|---|

| SECURED | Claimed: | $100,403.71  UNLIQ | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $100,403.71 |

| BURKS, STEPHEN L.<br>408 CENTRAL ST<br>JONESBORO, LA 71251 | Claim Number: 10137<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00  UNLIQ | | |
|---|---|---|---|---|

| BURNHAM, WALTER<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10714<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $5,475.85 | | |
|---|---|---|---|---|

| BURNS FOREST PRODUCTS INC<br>PO BOX 638<br>JONESBORO, LA 71251 | Claim Number: 4688<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $86,024.63 | Scheduled: | $172,049.26  UNLIQ | Allowed: | $86,024.63 |
|---|---|---|---|---|---|---|

BURNS, BILL
11675 CENTURY DRIVE SUITE B
ALPHARETTA, GA 30004

Claim Number: 7861
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $2,225.00  UNLIQ | | |
|---|---|---|---|---|---|---|

BURNUM, JOEL
791 BEAR CREEK ROAD
QUITMAN, LA 71268

Claim Number: 10335
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
|---|---|---|---|---|---|---|

BURR & FORMAN LLP
C/O JOHN J. COLEMAN
420 N 20TH STREET, SUITE 3400
BIRMINGHAM, AL 35203

Claim Number: 353
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $28,123.42 | Scheduled: | $28,123.42 | | |
|---|---|---|---|---|---|---|

BURROWS PAPER COPORATION
C/O BOND, SCHOENECK & KING, PLLC
ATTN: CHARLES J. SULLIVAN, ESQ.
ONE LINCOLN CENTER
SYRACUSE, NY 13202

Claim Number: 3311
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $20,776.24 | Scheduled: | $20,776.24 | Allowed: | $20,776.24 |
|---|---|---|---|---|---|---|

BURT'S TERMITE & PEST CONTROL INC
1441 LAFAYETTE AVENUE
COLUMBUS, IN 47201

Claim Number: 9818
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,266.67 | Scheduled: | $2,266.67 | | |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| BUSCH & THIEM INC., THE<br>PO BOX 1088<br>SANDUSKY, OH 44870 | Claim Number: 3739<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $540.75 | Scheduled: | $540.75 |
| BUSCHMAN CORPORATION<br>4100 PAYNE AVENUE<br>CLEVELAND, OH 44103 | Claim Number: 7577<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $13,053.55 | Scheduled: | $13,053.55 |
| BUSINESS CARD EXPRESS<br>14000 63RD WAY N<br>CLEARWATER, FL 33760 | Claim Number: 4099<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,150.00 | Scheduled: | $1,155.00 |
| BUSINESS INNOVATIONS<br>6579 PEACHTREE INDUSTRIAL BLVD<br>NORCROSS, GA 30092 | Claim Number: 6538<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,860.44 | Scheduled: | $3,860.44 |
| BUSINESS RECORDS MANAGEMENT IN<br>1125 ELDRIDGE ST<br>CLEARWATER, FL 33755 | Claim Number: 5071<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,885.00 | Scheduled: | $3,912.00 |

| BUSINESS RECORDS SERVICES<br>1314 CHATTAHOOCHEE AVENUE NW<br>ATLANTA, GA 30318 | Claim Number: 1994<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $929.35 | Scheduled: | $1,179.91 |
| BUTCH BARBER TRUCKING INC<br>PO BOX 748<br>LAKESIDE, MT 59922 | Claim Number: 6972<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,057.71 | Scheduled: | $10,115.43  UNLIQ |
| BUTLER JR., BATISTE<br>P.O. BOX 148<br>HODGE, LA 71247 | Claim Number: 10401<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| BUTLER MACHINERY COMPANY<br>ATTN: TROY DEWITZ<br>PO BOX 9559<br>FARGO, ND 58106 | Claim Number: 562<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,296.90 | Scheduled: | $2,296.90 |
| BUTLER'S SNOW PLOWING<br>18202 RAVISLOE TERRACE<br>COUNTRY CLUB HILLS, IL 60478 | Claim Number: 4986<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $1,500.00 |

---

BUTLERS PANTRY INC., THE
1414 PARK AVE
SAINT LOUIS, MO 63104-3032

Claim Number: 5185
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $218.01 | Scheduled: | $218.01 |

BW CLARK INC
PO BOX 41
COLUMBIA, SC 29202

Claim Number: 3655
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,911.89 | Scheduled: | $12,911.89 |

BW JOHNSON MANUFACTURING CO INC
PO BOX 1282
JOPLIN, MO 64802

Claim Number: 4308
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $70,970.52 | Scheduled: | $92,010.15 |

BWI LLC
3775 S. PACKARD AVE.
SUITE A
ST. FRANCIS, WI 53235

Claim Number: 13113
Claim Date: 09/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $826.95 | Scheduled: | $826.95 |

BYRD INDUSTRIAL SERVICES INC
600 PEDDYCORD ROAD
KERNERSVILLE, NC 27284

Claim Number: 10528
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $325,474.37   UNLIQ | | |
| UNSECURED | | | Scheduled: | $321,211.82 |

C & J LOGGING
JARRON BARRETT
750 SOLDIER RD
ALTAMONT, TN 37301

Claim Number: 882
Claim Date: 02/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,923.91 | Scheduled: | $11,847.83 |
|---|---|---|---|---|

C AND C SPORTS IN
1013 KNIGHT AVENUE
LOUISVILLE, GA 31501

Claim Number: 8095
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,816.95 | Scheduled: | $13,790.95 |
|---|---|---|---|---|

C AND M RECYCLING
1600 MORROW AVENUE
NORTH CHICAGO, IL 60064

Claim Number: 5981
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $779.80 | Scheduled: | $777.00 |
|---|---|---|---|---|

C H ROBINSON CO
14701 CHARLSON ROAD
EDEN PRAIRIE, MN 55347

Claim Number: 9211-01
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| SECURED | | | Scheduled: | $0.00 UNLIQ | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $620,145.49 | Scheduled: | $1,661,338.90 UNLIQ | Allowed: | $620,145.49 |

C I A LABS INC
P.O. BOX 3022
1717 COMMERCIAL
SAINT JOSEPH, MO 64503

Claim Number: 1425
Claim Date: 03/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,000.00 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| C QUALITY CLEANING INC<br>9707 LYRIC LANE<br>LOUISVILLE, KY 40299 | | Claim Number: 7391<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,700.00 | Scheduled: | $1,700.00 |
| C R GEARY TRUCKING<br>334 LITTELL LAKE DRIVE<br>TRACY CITY, TN 37387 | | Claim Number: 9822<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $23,058.37 | Scheduled: | $23,058.37 UNLIQ |
| C&D TECHNOLOGIES, INC.<br>ATTN: CREDIT DEPT<br>1400 UNION MEETING RD.<br>BLUE BELL, PA 19422-0858 | | Claim Number: 2676<br>Claim Date: 04/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,091.49 | Scheduled: | $5,091.49 |
| C&L REFRIGERATION CORPORATION<br>479 NIBUS STREET<br>BREA, CA 92821-3204 | | Claim Number: 3893<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,928.55 | Scheduled: | $8,928.55 |
| C&M INDUSTRIES INC<br>121 REPUBLIC ROAD<br>CHESAPEAKE, VA 23324 | | Claim Number: 4002<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $77,072.68 | Scheduled: | $225,977.89 |

| | | | | |
|---|---|---|---|---|
| C&M INDUSTRIES INC<br>121 REPUBLIC ROAD<br>CHESAPEAKE, VA 23324 | | Claim Number: 4003<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $77,072.68 | | |
| C.A. SHORT COMPANY, INC.<br>PO BOX 310<br>SHELBY, NC 28152 | | Claim Number: 13599<br>Claim Date: 11/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,000.00 | Scheduled: | $2,000.00 |
| C.H. MURPHY/CLARK-ULLMAN<br>ATTN: VICKIE GENTRY<br>5565 N. DOLPHIN STREET<br>PORTLAND, OR 97217 | | Claim Number: 11470<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,726.16 | Scheduled: | $7,726.16 |
| C.L. FELTS AND COMPANY, INC.<br>4721 LINE ROAD<br>WHITEFORD, MD 21160 | | Claim Number: 1081<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,892.21 | | |
| C.P. TECHNOLOGIES, INC<br>64 INDUSTRIAL PARK RD<br>SACO, ME 04072 | | Claim Number: 156<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,091.48 | Scheduled: | $6,068.90 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C.W. BROWN LOGGING INC<br>372 FORGE RD<br>ST. STEPHENS CH, VA 23148 | | Claim Number: 652<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $8,614.58 | Scheduled: | $17,229.16 UNLIQ | | | |
| C3 CORPORATION<br>3300 EAST VENTURE DRIVE<br>APPLETON, WI 54911-8602 | | Claim Number: 6546<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $12,638.62 | Scheduled: | $12,638.62 | | | |
| CABOT ACQUISITION, LLC<br>C/O JOHN F. POLLICK<br>MCGUIREWOODS LLP<br>77 W. WACKER DRIVE, SUITE 4100<br>CHICAGO, IL 60601-1815 | | Claim Number: 11065<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8552 (09/16/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $470,790.60 | | | | Allowed: | $470,790.60 |
| CADE WOOD INC<br>1614 MCCLELLAND DR<br>NATCHITOCHES, LA 71457 | | Claim Number: 4435<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $14,726.56 | Scheduled: | $29,453.13 UNLIQ | | Allowed: | $14,726.56 |
| CAL BY-PRODUCTS<br>PO BOX 9247<br>FRESNO, CA 93791-9247 | | Claim Number: 2889<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $397.60 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CAL PLATE INC<br>17110 JERSEY AVE<br>ARTESIA, CA 90701 | | Claim Number: 11292<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $82,100.73 | Scheduled: | $80,385.15 | Allowed: | | $82,100.73 |
| CALAHAN, LEON GLEN<br>1105 TELTON ST<br>JONESBORO, LA 71251 | | Claim Number: 10138<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |
| CALEP, RAYMOND LEE<br>220 BROOKS LOOP<br>CASTOR, LA 71016 | | Claim Number: 10402<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |
| CALHOUN ENTERPRISES INC<br>7740 BOYDTON PLANK ROAD<br>ALBERTA, VA 23821 | | Claim Number: 6534<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $14,030.57 | Scheduled: | $28,061.15 | Allowed: | | $14,030.57 |
| CALIFORNIA BOX CO II<br>8949 TORONTO AVE.<br>RANCHO CUCAMONGA, CA 91730-5412 | | Claim Number: 3199<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $16,809.60 | | | Allowed: | | $16,809.60 |

CALIFORNIA BOX CO.
13901 CARMENITA RD.
SANTA FE SPRINGS, CA 90670

Claim Number: 3191
Claim Date: 06/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $19,441.13 | Scheduled: | $41,616.06 | Allowed: | $19,441.13 |

CALIFORNIA DOOR COMPANY
1160 N VAN HORNE WAY
ANAHEIM, CA 92806

Claim Number: 13488
Claim Date: 10/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,755.00 |

CALIFORNIA MULTIMODAL INC
24125 W RIVERSIDE DRIVE
CHANNAHON, IL 60410

Claim Number: 10622
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,403.20 | Scheduled: | $7,179.00 |

CALIFORNIA RESOURCE RECOVERY ASSOC
PO BOX 607
CLOVIS, CA 93613

Claim Number: 9564
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $500.00 | Scheduled: | $500.00 |

CALIFORNIA SELF INSURERS' SECURITY FUND
LOUIS J. CISZ & GINA M. FORNARIO
NIXON PEABODY LLP
ONE EMBARCADERO CTR., 18TH FL.
SAN FRANCISCO, CA 94111

Claim Number: 2774
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| PRIORITY | Claimed: | $0.00   UNDET |

---

| | | | | | |
|---|---|---|---|---|---|
| CALIFORNIA SELF INSURERS' SECURITY FUND<br>CISZ, LOUIS J. & FORNARIO, GINA M.<br>NIXON PEABODY LLP<br>ONE EMBARCADER CTR., 18TH FL.<br>SAN FRANCISCO, CA 94111 | | Claim Number: 3031<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | | |
| PRIORITY | Claimed: | $0.00  UNDET | | | |
| CALIFORNIA SELF-INSURERS' SECURITY FUND<br>LOUIS J. CISZ \ GINA M. FORNARIO<br>NIXON PEABODY LLP<br>ONE EMBARCADERO CTR., 18TH FL.<br>SAN FRANCISCO, CA 94111 | | Claim Number: 1946<br>Claim Date: 04/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | | |
| PRIORITY | Claimed: | $0.00  UNDET | | | |
| CALLAGHAN AND ASSOCIATES INC<br>80 ATLAS ST SAULT STE MARIE<br>ONTARIO, ON P6A 4Z4<br>CANADA | | Claim Number: 10564<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,836.87 | Scheduled: | $1,836.87 | |
| CALLAHAN TIMBER CO INC<br>PO BOX 87<br>CALLAHAN, FL 32011 | | Claim Number: 4678<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $148,121.23 | Scheduled: | $296,242.47  UNLIQ | |
| CALLISTO COMMUNICATIONS LLC<br>18075 EDISON AVE<br>CHESTERFIELD, MO 63005 | | Claim Number: 4694<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,304.90 | Scheduled: | $5,151.29 | |

| | | | | |
|---|---|---|---|---|
| CALOCOCCI, THOMAS AND VIRGINIA<br>C/O HOWARD H. SWARTZ, ESQUIRE<br>3 SUMMER STREET<br>CHELMSFORD, MA 01824 | | Claim Number: 14209<br>Claim Date: 05/04/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 9049 (05/02/2011) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| CALUMET CARTON COMPANY<br>16920 STATE STREET<br>PO BOX 405<br>SOUTH HOLLAND, IL 60473 | | Claim Number: 2470<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,241.25 | Scheduled: | $8,241.25 |
| CALVIN K TRANSPORTATION LLC<br>8600 GATEWAY BLVD EAST<br>EL PASO, TX 79907-1702 | | Claim Number: 6940<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $30,561.80 | Scheduled: | $53,517.05  UNLIQ |
| CAMCO COMMODITY CHEMICALS<br>5731 BROAD STREET<br>GREENDALE, WI 53129 | | Claim Number: 7359<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,532.40 | Scheduled: | $3,557.10 |
| CAMMANN INC<br>7105 STATE ROUTE 60<br>P.O.BOX 219<br>BIRMINGHAM, OH 44816-0219 | | Claim Number: 3793<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $565.00 | Scheduled: | $565.00 |

CAMMANN INC
7105 STATE ROUTE 60
P.O.BOX 219
BIRMINGHAM, OH 44816-0219

Claim Number: 3981
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $565.00 | | | | |

CAMPBELL SEVEY INC
15350 MINNETONKA BLVD
MINNETONKA, MN 55345

Claim Number: 8439
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $83.67 | Scheduled: | $83.67 | | |

CAMPBELL WOODYARD INC
PO BOX 75
PINEY RIVER, VA 22964

Claim Number: 6006-01
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,774.23 | | | | |

CAMPBELL WOODYARD INC
PO BOX 75
PINEY RIVER, VA 22964

Claim Number: 6006-02
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,774.22 | | | Allowed: | $7,774.22 |

CAMPBELL, PETER
C/O KOSKIE MINSKY LLP
900-20 QUEEN ST. W.
BOX 52
TORONTO, ON M5H 3R3
CANADA

Claim Number: 13029
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $18,776.23 | Scheduled: | $20,414.83 | Allowed: | $20,415.00 |

| CANADIAN NATIONAL RAILWAY COMPANY<br>935 DE LA GAUCHETIERE STREET WEST<br>FLOOR 4<br>MONTREAL, QC H3B 2M9<br>CANADA | | Claim Number: 10980<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,722.92 | Scheduled: | $6,493.72 |

| CANADIAN PACIFIC RAILWAY COMPANY<br>PO BOX 6502<br>WINNIPEG, MB R3C 4N6<br>CANADA | | Claim Number: 11632<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,494.40 | Scheduled: | $7,841.00 |

| CANNON HYGIENE, INC.<br>2840 SIMPSON CIRCLE, STE A<br>NORCROSS, GA 30071 | | Claim Number: 2019<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $946.20 | Scheduled: | $946.20 |

| CANON FINANCIAL SERVICES, INC.<br>SCOTT H. MARCUS, ESQUIRE<br>(SCOTT H. MARCUS & ASSOCIATES)<br>121 JOHNSON ROAD<br>TURNERSVILLE, NJ 08012 | | Claim Number: 1848<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| SECURED | Claimed: | $4,926.59 | | |
| UNSECURED | | | Scheduled: | $2,642.75 |

| CANTALICIAN CENTER WORKSHOP<br>665 HERTEL AVENUE<br>BUFFALO, NY 14207 | | Claim Number: 6502<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,945.93 | Scheduled: | $1,945.93 |

CANTEEN COFFEE SERVICE
201 MAYNARD ST
WILLIAMSPORT, PA 17701

Claim Number: 3792
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $412.00 | Scheduled: | $412.00 |
|---|---|---|---|---|

CANTEEN VENDING SERVICES
2401 BELLWOOD RD
RICHMOND, VA 23237

Claim Number: 7031
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,530.63 | Scheduled: | $1,309.90 |
|---|---|---|---|---|

CANTWELL CLEARY CO INC
2100 BEAVER RD
LANDOVER, MD 20785

Claim Number: 9604
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,987.20 | Scheduled: | $1,987.20 |
|---|---|---|---|---|

CANTWELL MACHINERY INCORPORATED
PO BOX 44130
COLUMBUS, OH 43204

Claim Number: 6627
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,741.79 | Scheduled: | $4,961.29 |
|---|---|---|---|---|

CANYON STATE BOX INC
1230 WEST SOUTHERN AVE
#102
TEMPE, AZ 85282

Claim Number: 4586
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $1,392.60 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| CAP SERVICE INC<br>34910 S BRAMBLIN RD<br>GARDEN CITY, MO 64747 | | Claim Number: 3346<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,925.53 | Scheduled: | $1,925.53 |
| CAPE CO<br>1119 MCNICHOL LANE<br>CHATTANOOGA, TN 37421 | | Claim Number: 2233<br>Claim Date: 04/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $2,047.70 | | |
| CAPITAL COMPRESSOR, INC.<br>9154 EDGEWORTH DRIVE<br>CAPITOL HEIGHTS, MD 20743 | | Claim Number: 1860<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,152.35 | Scheduled: | $3,174.35 |
| CAPITAL EQUIPMENT & HANDLING, INC.<br>1100 COTTONWOOD AVENUE<br>HARTLAND, WI 53029 | | Claim Number: 1538<br>Claim Date: 03/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $13,045.10 | Scheduled: | $14,284.54 |
| CAPITAL GRINDING (FULLERT & SANT FE)<br>12950 LAKELAND ROAD<br>SANTA FE SPRINGS, CA 90670 | | Claim Number: 4042<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,654.78 | Scheduled: | $9,590.98 |

| | | | | |
|---|---|---|---|---|
| CAPITAL LIGHTING AND SUPPLY, INC<br>C/ KEVIN A GUERKE/SEITZ VANOGTROP & GRN.<br>222 DELAWARE AVENUE, STE. 1500<br>P.O. BOX 68<br>WILMINGTON, DE 19899 | | Claim Number: 12038-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $516.30 | | |
| CAPITAL SWEEPER SERVICE<br>PO BOX 1110<br>RANCHO MURIETA, CA 95683 | | Claim Number: 9281<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $110.00 | Scheduled: | $110.00 |
| CAPPS SUTTON<br>P.O. BOX 520<br>YULEE, FL 32041 | | Claim Number: 1413<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $84,220.14 | Scheduled: | $84,220.14 |
| CAPURRO, DONNA FOR EDWARD GARDNER<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10947<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) | | |
| UNSECURED | Claimed: | $50,000.00 | | |
| CAR-MIN CONSTRUCTION CO., INC.<br>1000 LOW AVENUE<br>WAUKEGAN, IL 60085 | | Claim Number: 4095<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,842.75 | Scheduled: | $1,842.75 |

| | | |
|---|---|---|
| CARDEN, JIMMY D.<br>3501 COUNTY ROAD 138<br>SCOTTSBORO, AL 35768 | | Claim Number: 10634<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| CARDEN, JIMMY ERIC<br>3501 COUNTY ROAD 138<br>SCOTTSBORO, AL 35768 | | Claim Number: 10632<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| CARDEN, JOHN ROBERT<br>3501 COUNTY ROAD 138<br>SCOTTSBORO, AL 35768 | | Claim Number: 10636<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| CARDEN, MARY DARLENE<br>3501 COUNTY ROAD 138<br>SCOTTSBORO, AL 35768 | | Claim Number: 10633<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| CARDIN FOREST PRODUCTS, LLC<br>C/O M. CRAIG SMITH<br>MILLER & MARTIN PLLC<br>832 GEORGIA AVENUE, SUITE 1000<br>CHATTANOOGA, TN 37402 | | Claim Number: 9302<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| ADMINISTRATIVE | Claimed: | $15,205.08 |

CARDINAL HEALTH 200, LLC
ATTENTION: SHARI L. HEYEN
GREENBERG TRAURIG, LLP
1000 LOUSIANA, SUITE 1700
HOUSTON, TX 77002

Claim Number: 10990
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
| UNSECURED | Claimed: | $541,996.00   UNLIQ | Scheduled: | $698.70 |

CARDINAL LOGISTICS MANAGEMENT CORP.
5333 DAVIDSON HWY.
CONCORD, NC 28027

Claim Number: 760
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,223.10 | Scheduled: | $20,918.36 |

CARDINAL RECYCLING CO
2600 BEYER ROAD
ATTN: MIKE REINERT
MORRIS, IL 60450

Claim Number: 10550-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,282.93 | Scheduled: | $6,583.00 |

CARE ADVANTAGE INC.
DBA NURSE ADVANTAGE
10041 MIDLOTHIAN TURNPIKE
ATTN: MICHELLE JOHNSTON
RICHMOND, VA 23235

Claim Number: 2191
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $28,253.29 | Scheduled: | $22,337.27 |

CARE SAFETY, LLC
2948 KRAFT DRIVE
NASHVILLE, TN 37204

Claim Number: 2403
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $19,769.97 | Scheduled: | $19,732.21 |

CAREER BUILDER, LLC
ATTN: GARRETT GERMON
13047 COLLECTION CENTER DR.
CHICAGO, IL 60693

Claim Number: 6871
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $37,550.95 | | | | | |

CAREER CENTER INC
2184 MORRIS AVENUE
UNION, NJ 07083

Claim Number: 5337
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $33,984.13 | Scheduled: | $33,984.13 | Allowed: | $33,984.13 |

CAREERBUILDER, LLC.
200 N LASALLE ST, SUITE 1100
CHICAGO, IL 60601

Claim Number: 1995
Claim Date: 03/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,754.05 | Scheduled: | $45,305.02 | | |

CAREW INTERNATIONAL INC
PO BOX 706149
CINCINNATI, OH 45270-6149

Claim Number: 5411
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,840.00 | Scheduled: | $7,840.00 | | |

CARGILL (EXCEL CORPORATION)
3555 W ARROW ST
MARSHALL, MO 65340-9718

Claim Number: 12073
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,136.97 | Scheduled: | $9,545.97 | | |

---

| | | | | |
|---|---|---|---|---|
| CARITHERS-WALLACE-COURTENAY, LLC<br>AKA: C-W-C, LLC<br>4343 N.E. EXPRESSWAY<br>ATLANTA, GA 30340 | | Claim Number: 12396<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,018.82 | Scheduled: | $4,018.82 |
| CARL ERIC JOHNSON INC<br>1725Q MACLEOD DRIVE<br>LAWRENCEVILLE, GA 30043 | | Claim Number: 5056<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,261.49 | Scheduled: | $2,201.83 |
| CARL R GEARY TRUCKING<br>334 LITTELL LAKE ROAD<br>TRACY CITY, TN 37387 | | Claim Number: 9503-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,882.47 | | |
| CARL'S SHOE STORE<br>408 CUMBERLAND ST<br>CALDWELL, OH 43724 | | Claim Number: 3858<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,040.04 | Scheduled: | $995.94 |
| CARLISLE, CARL<br>C/O JERRY JACKO<br>8000 MARYLAND AVENUE<br>CLAYTON, MO 63105 | | Claim Number: 11362<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

CARLONS FIRE EXTINGUISHER
PO BOX 4548
SALINAS, CA 93912

Claim Number: 4516-01
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,657.25 | Scheduled: | $4,989.35 | | |
|---|---|---|---|---|---|---|

CARLONS FIRE EXTINGUISHER
PO BOX 4548
SALINAS, CA 93912

Claim Number: 4516-02
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| ADMINISTRATIVE | Claimed: | $91.05 | | | Allowed: | $91.05 |
|---|---|---|---|---|---|---|

CARLSON, CRAIG A
34145 CANOE CT
BRIGHTON, IL 62012

Claim Number: 7986
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $250,000.00   UNLIQ | | | | |
|---|---|---|---|---|---|---|

CARLTON & EDWARDS LUMBER CO LLC
ATTN: W D EDWARDS
PO BOX 458
SALUDA, VA 23149

Claim Number: 4027
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,602.10 | Scheduled: | $6,602.10  UNLIQ | | |
|---|---|---|---|---|---|---|

CARLTON FIELDS, P.A.
P.O. BOX 3239
ATTN: HYWEL LEONARD
TAMPA, FL 33601-3239

Claim Number: 3663
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $120,643.96 | Scheduled: | $120,643.96 | | |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| CARLTON SCALE<br>120 LANDMARK DRIVE<br>GREENSBORO, NC 27409 | | Claim Number: 190<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13702<br>DOCKET: 3286 (12/18/2009) | | |
| UNSECURED | Claimed: | $7,978.80 | Scheduled: | $725.70 |
| CARLTON SCALE<br>120 LANDMARK DRIVE<br>GREENSBORO, NC 27409 | | Claim Number: 13702<br>Claim Date: 12/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $8,873.30 | Scheduled: | $7,253.10 |
| CAROLINA ENVELOPE & PRINTING INC<br>PO BOX 1229<br>LEXINGTON, NC 27293 | | Claim Number: 5871<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,601.57 | Scheduled: | $2,275.00 |
| CAROLINA FIBRE CORP.<br>PO BOX 16727<br>GREENSBORO, NC 27406 | | Claim Number: 6847<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $64,124.00 | Scheduled: | $64,124.00 |
| CAROLINA GRATING COMPANY<br>PO BOX 10726<br>ROCK HILL, SC 29731 | | Claim Number: 6584<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $850.00 | Scheduled: | $850.00 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CAROLINA INDUSRIAL SERVICES OF SUMTER INC<br>P O BOX 10<br>SUMTER, SC 29151 | | Claim Number: 899<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $32,645.00 | Scheduled: | $32,645.00 | Allowed: | $32,645.00 |
| CAROLINA LIFT TRUCK SERVICE INC<br>PO BOX 13228<br>FLORENCE, SC 29504 | | Claim Number: 4256<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $83,253.90 | Scheduled: | $83,253.90 | Allowed: | $83,253.90 |
| CAROLINA NATIONAL TRANSPORTATION<br>950 HOUSTON NORTHCUT BLVD, STE 100<br>MOUNT PLEASANT, SC 29464 | | Claim Number: 3695<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $4,223.84 | | | | |
| CAROLINA POWER & LIGHT COMPANY D/B/A<br>PROGRESS ENERGY CAROLINAS, INC.<br>ANNA B. OSTERHOUT, ESQ. - SMITH ANDERSON<br>PO BOX 2611<br>RALEIGH, NC 27602-2611 | | Claim Number: 13554<br>Claim Date: 11/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8880 (01/06/2011) | | | | | |
| UNSECURED | Claimed: | $5,850.28 | | | Allowed: | $10,000.00 |
| CAROLINA SUPPLY HOUSE INC<br>218 W  SECOND LOOP ROAD<br>FLORENCE, SC 29505 | | Claim Number: 4314<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $5,026.10 | Scheduled: | $5,146.76 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| CAROLINA TELEPHONE AND TELEGRAPH CO.,LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | | Claim Number: 1507<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,696.44 | | | | |
| CAROLINA WOOD PRODUCTS CO<br>PO BOX 523<br>MARSHVILLE, NC 28103 | | Claim Number: 4438<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,419.08 | Scheduled: | $6,419.08 | | |
| CAROPLAST INC<br>PO BOX 668405<br>CHARLOTTE, NC 28266 | | Claim Number: 6446<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $556.67 | Scheduled: | $636.67 | | |
| CARRAWAY GLASS CO INC<br>500 CITY POINT ROAD<br>HOPEWELL, VA 23860 | | Claim Number: 3775<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $534.55 | Scheduled: | $534.55 | | |
| CARRIER, JEAN-JAQUES<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS & SOLLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 13028<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | | | |
| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $628,713.61 | Scheduled: | $445,043.28 | Allowed: | $542,330.00 |

CARROLL, JOHN D.
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10724
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $27,500.00 | | | | | |

CARROLL, JOHN M.
703 HEATHERY LANE
NAPLES, FL 34108

Claim Number: 11027
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $30,853.42 | Scheduled: | $30,853.42 | Allowed: | $30,853.42 |

CARROLL, JOHN M.
703 HEATHERY LANE
NAPLES, FL 34108

Claim Number: 11028
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $45,233.19 | Scheduled: | $45,233.19 | Allowed: | $45,233.19 |

CARTER CHAMBERS
PO BOX 62848
NEW ORLEANS, LA 70162-2848

Claim Number: 7352
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,766.00 | Scheduled: | $1,575.56 |

CARTER MACHINERY CO INC
PO BOX 751053
CHARLOTTE, NC 28275

Claim Number: 5674-02
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $95,517.62 | Scheduled: | $83,824.92 |

| | | |
|---|---|---|
| CARTER, LOUISE HARGROVE<br>1112 CHANDLER RD<br>RUSTON, LA 71270 | | Claim Number: 10403<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| CARTER, PAMELA SUE<br>P.O. BOX 1457<br>WEST POINT, VA 23181 | | Claim Number: 11034<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| CARTER, SAMUEL J.<br>212 ROME RD<br>JONESBORO, LA 71251 | | Claim Number: 10404<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| CARTON CRAFT CORP<br>2549 CHARLESTOWN RD.<br>NEW ALBANY, IN 47150-2575 | | Claim Number: 10085-01<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $4,839.30<br>Scheduled:            $14,728.00 |
| CARTON CRAFT CORP<br>2549 CHARLESTOWN RD.<br>NEW ALBANY, IN 47150-2575 | | Claim Number: 10085-02<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $8,027.55 |

---

CARTON CRAFT SUPPLY, INC.
210 CURIE DRIVE
ALPHARETTA, GA 30005

Claim Number: 572
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,448.73 | Scheduled: | $13,376.83 |
|-----------|----------|------------|------------|------------|

CARTON SERVICE CO CORP
1145 ANDOVER PARK W # C
TUKWILA, WA 98188-3910

Claim Number: 4523
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,215.50 | Scheduled: | $3,215.50 |
|-----------|----------|-----------|------------|-----------|

CARTWRIGHT INTERNATIONAL VAN LINES, INC.
11901 CARTWRIGHT AVENUE
ATTN: MIKE HITE
GRANDVIEW, MO 64030

Claim Number: 100
Claim Date: 02/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,436.00 |
|-----------|----------|-----------|

CARVER PUMP COMPANY
2415 PARK AVENUE
MUSCATINE, IA 52761

Claim Number: 8440
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| PRIORITY | Claimed: | $0.00 | | |
|----------|----------|-------|------------|---------|
| UNSECURED | Claimed: | $1,762.18 | Scheduled: | $934.85 |

CASA LIMPIA LLC
1417 SADLER ROAD #108
FERNANDINA BEACH, FL 32034

Claim Number: 12238
Claim Date: 09/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,444.50 | Scheduled: | $1,444.50 |
|-----------|----------|-----------|------------|-----------|

---

CASCADE FIRE EQUIPMENT
PO BOX 4248
MEDFORD, OR 97501

Claim Number: 162
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,245.58 | Scheduled: | $1,245.58 | | |
|---|---|---|---|---|---|---|

CASCO USA
370 MEADOWLANDS BLVD
WASHINGTON, PA 15301

Claim Number: 5776
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,296.75 | Scheduled: | $1,296.75 | | |
|---|---|---|---|---|---|---|

CASCO USA
370 MEADOWLANDS BOULEVARD
WASHINGTON, PA 15301

Claim Number: 5873-01
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $435.75 | | | | |
|---|---|---|---|---|---|---|

CASE ELECTRICAL CONSULTING
2451 HARRISON POINT DR.
CHARLES CITY, VA 23030

Claim Number: 1322
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $40,360.00 | Scheduled: | $40,364.00 | Allowed: | $40,360.00 |
|---|---|---|---|---|---|---|

CASHCO INC
PO BOX 414949
KANSAS CITY, MO 64141-4949

Claim Number: 4529
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $682.64 | Scheduled: | $682.64 | | |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| CASKEY, JAMES DAVID<br>279 ED PEEVY RD<br>JONESBORO, LA 71251 | Claim Number: 10139<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| CASMALIA RESOURCES SITE STEERING<br>COMMITTEE - C/O MILISSA MURRAY, ESQ.<br>BINGHAM MCCUTCHEN LLP<br>2020 K STREET, NW<br>WASHINGTON, DC 20006 | Claim Number: 13555<br>Claim Date: 11/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8917 (02/01/2011) | |

| UNSECURED | Claimed: | $271,900,000.00  UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| CASS INFORMATION SYSTEMS, INC.<br>13001 HOLLENBERG<br>BRIDGETON, MO 63044 | Claim Number: 3475<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $271.41 |
|---|---|---|

| | | |
|---|---|---|
| CASTLE, CHARLES E.<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10701<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| UNSECURED | Claimed: | $87,794.47 |
|---|---|---|

| | | |
|---|---|---|
| CATALYST PAPER (SNOWFLAKE) INC.<br>C/O CATALYST PAPER CORPORATION<br>ATTN: CORPORATE SECRETARY<br>3600 LYSANDER LANE, SECOND FLOOR<br>RICHMOND, BC V7B 1C3<br>CANADA | Claim Number: 13753<br>Claim Date: 01/14/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9221 (04/18/2012) | |

| UNSECURED | Claimed: | $898,014.78  UNLIQ | Allowed: | $653,138.48 |
|---|---|---|---|---|

---

CATALYST PAPER CORPORATION
2 PARK PLZ STE 400
IRVINE, CA 92614-8514

Claim Number: 11387
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $127,405.78 | Scheduled: | $87,294.61 |
|---|---|---|---|---|

CATALYST PAPER CORPORATION
2 PARK PLZ STE 400
IRVINE, CA 92614-8514

Claim Number: 11388
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $331,484.84 |
|---|---|---|

CATALYST PAPER CORPORATION
SCOTT E. BLAKELEY
BLAKELEY & BLAKELEY LLP
4685 MACARTHUR COURT, SUITE 421
NEWPORT BEACH, CA 92660

Claim Number: 11389
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9205 (03/15/2012)

| ADMINISTRATIVE | Claimed: | $7,012,000.00 | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,691.25 | | Allowed: | $60,000.00 |

CATER, TOM H.
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10708
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $159,355.59 |
|---|---|---|

CATERPILLAR FINANCIAL SERVICES CORP.
PETER J. DUHIG, ESQUIRE
BUCHANAN, INGERSOLL & ROONEY, P.C.
THE BRANDYWINE BLDG., 1000 WEST ST,14 FL
WILMINGTON, DE 19801-1054

Claim Number: 10084
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $198,034.26 | Scheduled: | $277,990.13 |
|---|---|---|---|---|

CATONS PLUMBING HEATING & COOLING
1667 KNECHT AVE - SUITE J
BALTIMORE, MD 21227

Claim Number: 2947
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,243.56 | Scheduled: | $1,607.09 | | |

CATTARAUGUS CONTAINERS INC
21 ELM STREET
FRANKLINVILLE, NY 14737-1052

Claim Number: 3632
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $25,335.61 | Scheduled: | $25,195.19 | Allowed: | $25,335.61 |

CATTRON THEIMEG INC
PO BOX 200477
PITTSBURGH, PA 15251-0477

Claim Number: 6571
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $657.46 | Scheduled: | $1,727.46 |

CAUGHLIN, THOMAS LYNN
3027 WALKER RD
JONESBORO, LA 71251

Claim Number: 10140
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

CAUSEY, DWAIN
9109 HWY. 4
CASTER, LA 71016

Claim Number: 10141
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | | | | | |
|---|---|---|---|---|---|---|
| CAVALRY LOGISTICS LLC<br>COFACE NORTH AMERICA, INC.<br>PO BOX 2102<br>CRANBURY, NJ 08512 | | Claim Number: 10855<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $39,727.28 | | Allowed: | | $39,727.28 |
| CB MURPHY LAWN SERVICE<br>1417 SADLER ROAD, #341<br>FERNANDINA BEACH, FL 32034 | | Claim Number: 10509<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $51,734.26 | Scheduled: | $51,734.26 | | |
| CBP MACHINE SHOP<br>508 W GILLIAM STREET<br>COVINGTON, VA 24426 | | Claim Number: 4110<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | | |
| UNSECURED | Claimed: | $4,280.75 | Scheduled: | $4,161.00 | | |
| CBP MACHINE SHOP<br>508 W GILLIAM STREET<br>COVINGTON, VA 24426 | | Claim Number: 4111<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 4110<br>DOCKET: 7553 (05/10/2010) | | | | |
| UNSECURED | Claimed: | $4,280.75 | | | | |
| CBS PERSONNEL SERVICES<br>LOCATION 00464<br>CINCINNATI, OH 45264-0464 | | Claim Number: 5087<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $172,601.73 | Scheduled: | $181,938.62 | | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

CC DICKSON CO
PO BOX 13501
ATTN: CINDI EVANS
ROCK HILL, SC 29731

Claim Number: 4237
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $60.28 | Scheduled: | $60.28 | | |

---

CC LYNCH & ASSOCIATES INC
PO BOX 836
PASS CHRISTIAN, MS 39571

Claim Number: 4939
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,587.68 | Scheduled: | $2,587.68 | | |

---

CC WAGNER & COMPANY
6401 ARCHER ROAD
ARGO, IL 60501

Claim Number: 4432
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $981.00 | Scheduled: | $981.00 | | |

---

CCA FINANCIAL
7275 GLEN FOREST DRIVE
SUITE 100
RICHMOND, VA 23226

Claim Number: 9101
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8673 (10/19/2010)

| UNSECURED | Claimed: | $60,000.00 | Scheduled: | $111,422.70 | Allowed: | $60,000.00 |

---

CCM WELDING INC
895 MOE DRIVE STE D8
AKRON, OH 44310

Claim Number: 7978
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,615.00 | Scheduled: | $3,615.00 | | |

---

---

| | | | | |
|---|---|---|---|---|
| CD A METALS<br>PO BOX 2610<br>SPOKANE, WA 99220-2610 | | Claim Number: 4863<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $16,953.88 | Scheduled: | $24,091.32 |

---

| | | | | |
|---|---|---|---|---|
| CDL RECYCLE<br>7201 E MARGINAL WAY S<br>SEATTLE, WA 98108-3511 | | Claim Number: 4995<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $247.00 | Scheduled: | $149.00 |

---

| | | | | |
|---|---|---|---|---|
| CDW CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 1663<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| PRIORITY | Claimed: | $1,371.82 | | |
| UNSECURED | Claimed: | $1,264.87 | Scheduled: | $10,953.96 |

---

| | | | | |
|---|---|---|---|---|
| CDW CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 1666<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $10,479.58 | | |

---

| | | | | |
|---|---|---|---|---|
| CDW CORPORATION<br>C/O RECEIVABLE MANAGEMENT SERVICES (RMS)<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 1822<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $822.37 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| CEDAR GROVE OF NOTTOWAY LLC<br>301 49TH STREET<br>VIRGINIA BEACH, VA 23451-2415 | | Claim Number: 4966<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,640.16 | Scheduled: | $6,640.16 | | |
| CELESCO TRANSDUCERS INC<br>ATTN: JESSICA BELL<br>20630 PLUMMER ST<br>CHATSWORTH, CA 91311 | | Claim Number: 12531<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,135.11 | Scheduled: | $1,135.11 | | |
| CELL PAK<br>850 UNION AVENUE<br>BRIDGEPORT, CT 06607 | | Claim Number: 1648<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $35,188.42 | Scheduled: | $35,328.78 | Allowed: | $35,188.42 |
| CELLWOOD MACHINERY AB<br>STORGATAN 53<br>999 99<br>SWEDEN | | Claim Number: 7952<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $15,235.00 | Scheduled: | $15,235.00 | | |
| CEM SERVICES, INC.<br>281 SANDER SPUR RD.<br>SLOCOMB, AL 36375 | | Claim Number: 3229<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $28,448.59 | Scheduled: | $13,184.70 | | |

CENTENNIAL AIR CONDITIONING
1822 S BANNOCK
DENVER, CO 80223

Claim Number: 12203
Claim Date: 09/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,021.25 | Scheduled: | $2,021.25 |
|---|---|---|---|---|

CENTERPOINT ENERGY
LINDA F. HULSEY, CREDIT MANAGER
P.O. BOX 1700
HOUSTON, TX 77251

Claim Number: 817
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $29,503.55 | Scheduled: | $13,760.52 |
|---|---|---|---|---|

CENTERPOINT ENERGY
LINDA F. HULSEY, CREDIT MANAGER
P.O. BOX 1700
HOUSTON, TX 77251

Claim Number: 818
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $52,465.59 | | |
|---|---|---|---|---|

CENTERS TECH SERVICES INC
3852 SHAKER ROAD
FRANKLIN, OH 45005

Claim Number: 5264
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,645.60 | Scheduled: | $8,645.60 |
|---|---|---|---|---|

CENTIMARK CORP
PO BOX 360093
PITTSBURGH, PA 15251-6093

Claim Number: 6097
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $21,034.17 | Scheduled: | $23,155.47 |
|---|---|---|---|---|

---

CENTRACARE CLINIC
1200 6TH AVE NO
SAINT CLOUD, MN 56303

Claim Number: 5811
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $344.25 | Scheduled: | $225.75 | | |

---

CENTRAL CONSTRUCTION CORP
PO BOX 8337
SOUTHPORT, FL 32409

Claim Number: 3963
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $34,645.00 | Scheduled: | $34,645.00 | Allowed: | $34,645.00 |

---

CENTRAL CONTAINER CORP
3901 85TH AVE N
MINNEAPOLIS, MN 55443-1907

Claim Number: 9360
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,816.57 | Scheduled: | $5,816.57 | | |

---

CENTRAL FREIGHT LINES, INC.
P.O. BOX 2638
WACO, TX 76702-2638

Claim Number: 47
Claim Date: 02/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,763.59 | | | | |

---

CENTRAL INDUSTRIAL SHEET
1615 W 9TH ST
KANSAS CITY, MO 64101-1192

Claim Number: 4116
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,950.00 | | | Allowed: | $10,950.00 |

---

CENTRAL INDUSTRIAL SUPPLY
PO BOX 1339
WINNFIELD, LA 71483

Claim Number: 7252
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $895.38 | Scheduled: | $895.38 |
|---|---|---|---|---|

CENTRAL KENTUCKY FIBER
PO BOX 22251
LEXINGTON, KY 40522-2251

Claim Number: 6566
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,059.15 | Scheduled: | $7,059.00 |
|---|---|---|---|---|

CENTRAL MIDLAND RAILWAY
PO BOX 1277
LAKEVILLE, MN 55044-1277

Claim Number: 4782
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $7,980.00 |
|---|---|---|---|---|

CENTRAL OREGON BEVERAGE RECYCLERS, LLC
135 N. CLEVELAND STREET
EUGENE, OR 97402

Claim Number: 2429
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,659.10 | Scheduled: | $9,052.90 |
|---|---|---|---|---|

CENTRAL PENN TRUCKING
PO BOX 64861
BALTIMORE, MD 21264-4861

Claim Number: 9093
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $18,824.70 | Scheduled: | $17,109.00 |
|---|---|---|---|---|

---

CENTRAL SHEET METAL CO INC
925 S MARR RD
COLUMBUS, IN 47201

Claim Number: 4356
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,754.00 | Scheduled: | $2,754.00 |
|---|---|---|---|---|

---

CENTRAL STATES, SOUTHEAST AND SOUTHWEST
AREAS PENSION FUND
ATTN: PETER PRIEDE
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018

Claim Number: 9380
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 9223 (04/20/2012)

| UNSECURED | Claimed: | $3,632,243.95   CONT |
|---|---|---|

---

CENTRAL STATES, SOUTHEAST AND SOUTHWEST
AREAS PENSION FUND
ATTN: PETER PRIEDE
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018

Claim Number: 9435
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13906
DOCKET: 9223 (04/20/2012)

| UNSECURED | Claimed: | $1,569,422.14 | Allowed: | $1,569,422.14 |
|---|---|---|---|---|

---

CENTRAL STATES, SOUTHEAST AND SOUTHWEST
AREAS PENSION FUND
ATTN: PETER PRIEDE
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018

Claim Number: 13906
Claim Date: 03/15/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8938 (02/16/2011)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,679,317.34 | Allowed: | $1,679,317.34 |
|---|---|---|---|---|

---

CENTRAL TELEPHONE COMPANY OF VIRGINIA
PO BOX 7971
SHAWNEE MISSION, KS 66207-0971

Claim Number: 1506
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,334.56 | Scheduled: | $3,560.43 |
|---|---|---|---|---|

---

---

CENTRE FOREST PRODUCTS
902 COUNTY ROAD 163
CENTRE, AL 35960-8647

Claim Number: 5865
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,293.06 | Scheduled: | $24,586.12 UNLIQ | |

---

CENTURY CONSTRUCTION INC
PO BOX 18670
ERLANGER, KY 41018

Claim Number: 11624
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $16,075.51 | | |
| UNSECURED | | | Scheduled: | $16,075.51 |

---

CENTURYTEL
C/O REX D. RAINACH, APLC
3622 GOVERNMENT STREET
BATON ROUGE, LA 70806-5720

Claim Number: 2001
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,562.83 | Scheduled: | $1,395.11 |

---

CERAMIC & METAL COATINGS CORPORATION
345 JOHN PRICE DRIVE
MCDONOUGH, GA 30253

Claim Number: 7546
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,557.00 | Scheduled: | $18,519.00 |

---

CERTAINTEED CORPORATION
ATTN: JOHN PETTIBONE, ESQ.
750 E. SWDESFORD ROAD
VALLEY FORGE, PA 19482

Claim Number: 11629
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8985 (03/16/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | |

---

| | | | | |
|---|---|---|---|---|
| CERTEX USA INC<br>1721 W. CULVER STREET<br>PHOENIX, AZ 85007 | | Claim Number: 4846<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $13,171.62 | | |
| CERTEX USA INC<br>P.O. BOX 201553<br>DALLAS, TX 75320-1553 | | Claim Number: 6395<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $13,171.62 | Scheduled: | $11,348.80 |
| CERTIFIED AD SERVICES<br>P.O. BOX 12025<br>FRESNO, CA 93776-2025 | | Claim Number: 1097<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $3,215.94 | | |
| UNSECURED | Claimed: | $3,330.00 | Scheduled: | $6,469.00 |
| CERTIFIED POWER<br>4035 FEE FEE ROAD<br>BRIDGETON, MO 63044 | | Claim Number: 6007<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,826.20 | Scheduled: | $3,826.20 |
| CESSNA AIRCRAFT COMPANY<br>23260 NETWORK PLACE<br>CHICAGO, IL 60673 | | Claim Number: 10014<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,309.37 | Scheduled: | $9,454.46 |

---

CGR PRODUCTS INC
4655 US 29 NORTH
GREENSBORO, NC 27405-9446

Claim Number: 4191
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $134.95 | Scheduled: | $134.95 |
|---|---|---|---|---|

CH REED INC
PO BOX 524
HANOVER, PA 17331

Claim Number: 6583
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,432.88 | Scheduled: | $1,432.88 |
|---|---|---|---|---|

CHALLENGER MOTOR FREIGHT INC
50 GROH AVENUE
CAMBRIDGE, ON N3E 1B7
CANADA

Claim Number: 5383
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8898 (01/20/2011)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

CHAMPION CHARTER SALES & SERVICE
P.O. BOX 490
IRON MOUNTAIN, MI 49801

Claim Number: 5147
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,126.06 | Scheduled: | $3,119.53 |
|---|---|---|---|---|

CHANTLAND COMPANY, THE
PO BOX 69
HUMBOLDT, IA 50548

Claim Number: 6672
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,652.97 | Scheduled: | $3,652.97 |
|---|---|---|---|---|

CHARLES CITY LAND & TIMBER, INC.
C/O DARVIN E. SATTERWHITE, ESQ., R.A.
P.O. BOX 325
3013 RIVER ROAD WEST
GOOCHLAND, VA 23063-0325

Claim Number: 3801
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $11,473.92 | | $22,947.84 UNLIQ | | $11,473.92 |

CHARLES DONALD PULPWOOD INC
PO BOX 398
PORT GIBSON, MS 39150

Claim Number: 6900
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $7,658.10 | | $15,316.21 UNLIQ |

CHARLES INGRAM LBR CO INC
4930 PLANER RD
EFFINGHAM, SC 29541

Claim Number: 5352-01
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $131,172.56 | | $262,345.11 UNLIQ |

CHARLES INGRAM LBR CO INC
4930 PLANER RD
EFFINGHAM, SC 29541

Claim Number: 5352-02
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1436 (08/06/2009)
THIS CLAIM IS PAID

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| ADMINISTRATIVE | | $131,172.55 | | $131,172.55 |

CHASE PARTITIONS, INC
3250 WALTER AVE
SAINT LOUIS, MO 63143

Claim Number: 6960-02
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $17,599.32 | | $22,363.89 | | $17,599.32 |

CHATMAN, CURTIS RAY
1526 CYNTHIA ST
JONESBORO, LA 71251

Claim Number: 10142
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |

CHATMAN, DERRIC TYRONE
2453 HWY. 146
CHATHAM, LA 71226

Claim Number: 10143
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |

CHATTANOOGA GAS
VIRGINIA NATURAL GAS
150 W MAIN ST SUITE 1510
NORFOLK, VA 23510

Claim Number: 1801
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $23,172.60 | Scheduled: | $30,895.02 | Allowed: | $23,172.60 |

CHECK PRINTERS, INC.
1530 ANTIOCH PIKE
ANTIOCH, TN 37013

Claim Number: 956
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18,867.94 | Scheduled: | $15,882.00 | | |

CHECKER LOGISTICS, INC.
P.O. BOX 2525
GREEN BAY, WI 54306

Claim Number: 1974
Claim Date: 04/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $66,573.15 | Scheduled: | $51,343.66 | Allowed: | $66,573.15 |

CHEM CHEK
1701 NORTH GREENVILLE
RICHARDSON, TX 75081

Claim Number: 8802
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $450.00 | Scheduled: | $450.00 | | |

CHEM-PRUF DOOR CO.
PO BOX 4560
BROWNSVILLE, TX 78523

Claim Number: 5740
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,084.51 | Scheduled: | $1,084.51 | | |

CHEMICAL LIME CO.
3700 HULEN ST
FORT WORTH, TX 76107

Claim Number: 6948
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $82,196.71 | Scheduled: | $75,891.57 | Allowed: | $82,196.71 |

CHEMICALS AND SOLVENTS
PO BOX 13847
ROANOKE, VA 24037

Claim Number: 8103
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $966.06 | Scheduled: | $1,779.00 | | |

CHEMINEER INC
PO BOX 713113
COLUMBUS, OH 43271

Claim Number: 6919
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,575.67 | Scheduled: | $3,575.67 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| CHEMRON STARCH & SUPPLY CO INC<br>PO BOX 307<br>LILBURN, GA 30048 | | Claim Number: 11378-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $142,275.00 | Scheduled: | $333,517.50 | | |
| CHEMRON STARCH & SUPPLY CO INC<br>PO BOX 307<br>LILBURN, GA 30048 | | Claim Number: 11378-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $191,242.50 | | | Allowed: | $191,242.50 |
| CHEMSTATION INT'L. (SANTA CLARA)<br>3400 ENCRETE LANE<br>DAYTON, OH 45439 | | Claim Number: 4729<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,040.00 | Scheduled: | $1,040.00 | | |
| CHEMSTATION OF FLORIDA<br>11210 PHILLIPS INDUSTRIAL BLVD E #11<br>JACKSONVILLE, FL 32256 | | Claim Number: 2464<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,222.70 | Scheduled: | $3,720.70 | | |
| CHEMSTONE INC.<br>PO BOX 17735<br>GREENVILLE, SC 29606 | | Claim Number: 2585<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $50,904.00 | Scheduled: | $50,904.00 | Allowed: | $50,904.00 |

CHEMTEK PRODUCTS, INC
7575 TYLER BLVD STE C44
MENTOR, OH 44060-4894

Claim Number: 2040
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $440.25 | Scheduled: | $418.80 | | |

CHENEY LIME & CEMENT COMPANY
BRETT D. FALLON / MICHAEL J. CUSTER
MORRIS JAMES LLP
500 DELAWARE AVE STE 1500 - PO BOX 2306
WILMINGTON, DE 19899-2306

Claim Number: 3283-02
Claim Date: 06/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 6649 (04/07/2010)

| ADMINISTRATIVE | Claimed: | $64,769.56 | | | Allowed: | $64,769.56 |

CHEROKEE TIMBER COMPANY LLC
1545 CO RD 31
PIEDMONT, AL 36272

Claim Number: 6660
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $40,899.42 | | | | |

CHERRY, JAMES
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10978
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $50,000.00 | | | | |

CHERRY, JOHN
C/O RONALD LEE RIGGLE
HOUCK & RIGGLE
301 S. BONNER ST, PO BOX 1958
RUSHTON, LA 71270

Claim Number: 10748
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $2,000,000.00 | Scheduled: | $0.00  UNLIQ | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| CHESAPEAKE PACKAGING PRODUCTS<br>14311 SOMMERVILLE COURT<br>MIDLOTHIAN, VA 23113 | | Claim Number: 7350-01<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $50,256.00 | Scheduled: | $39,552.00 | | |
| CHESAPEAKE PACKAGING PRODUCTS<br>14311 SOMMERVILLE COURT<br>MIDLOTHIAN, VA 23113 | | Claim Number: 7350-02<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $10,617.60 | | | Allowed: | $10,617.60 |
| CHESAPEAKE VALLEY WATER CO<br>P O BOX 10841<br>SPRINGFIELD, MO 65808 | | Claim Number: 5046<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $114.46 | Scheduled: | $123.30 | | |
| CHESTER WATER AUTHORITY<br>PO BOX 467<br>CHESTER, PA 19016 | | Claim Number: 792<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,938.39 | Scheduled: | $2,384.20 | | |
| CHESTNUT CONSTRUCTION, INC<br>C/O DOUGLAS L. SMITH, ESQ<br>BURKE BLUE<br>221 MCKENZIE AVE<br>PANAMA CITY, FL 32401 | | Claim Number: 2005<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $142,932.82 | Scheduled: | $142,932.82 | Allowed: | $142,932.82 |

CHICAGO LOGISTIC SERVICE INC.
1700 BIG TIMBER RD
ELGIN, IL 60123-1704

Claim Number: 3119
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,838.35 | Scheduled: | $15,838.35 |
|---|---|---|---|---|

CHICAGO POP
DEPT 20-1066
PO BOX 5940
CAROL STREAM, IL 60197-5940

Claim Number: 10777
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| UNSECURED | Claimed: | $47,563.30 | Scheduled: | $47,561.56 |
|---|---|---|---|---|

CHILLICOTHE FIRE & SECURITY
1071 MARIETTA ROAD
CHILLICOTHE, OH 45601

Claim Number: 688
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,888.63 | Scheduled: | $3,553.21 |
|---|---|---|---|---|

CHIPS INC
26 ZION PARK ROAD
TROY, VA 22974

Claim Number: 10464-01
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7189 (04/22/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $20,580.77 |
|---|---|---|

CHIPS INC
26 ZION PARK ROAD
TROY, VA 22974

Claim Number: 10464-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $20,580.77 |
|---|---|---|

---

CHOAT ENGINEEERING CORP
PO BOX 547
HELENA, AL 35080

Claim Number: 9678
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,704.00 | Scheduled: | $10,704.00 | |

---

CHRIS LAWN CARE & LANDSCAPE
17320 ENDICOTT RD
KEARNEY, MO 64060

Claim Number: 11361
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,547.50 | Scheduled: | $6,547.50 | |

---

CHRIS' LAWN CARE & LANDSCAPE LLC
17320 ENDICOTT RD.
KEARNEY, MO 64060

Claim Number: 2551
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $7,437.50 |

---

CHURCH'S TIRE & SERVICE CENTER INC
PO BOX 511
SOUTH PITTSBURG, TN 37380

Claim Number: 3938
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $173.51 | Scheduled: | $173.51 | |

---

CIBA CORPORATION
F/K/A CIBA SPECIALTY CHEMICALS CORP.
ATTN: MICHAEL L SCHEIN - VEDDER PRICE
1633 BROADWAY 47TH FLOOR
NEW YORK, NY 10019

Claim Number: 11813
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4136 (01/14/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $161,966.74 | | | | Allowed: | $161,966.74 |
| UNSECURED | Claimed: | $393,710.20 | Scheduled: | $664,236.20 | | Allowed: | $393,710.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CIC SCAFFOLD<br>924 LANE AVENUE NORTH<br>JACKSONVILLE, FL 32254 | | Claim Number: 7651<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $15,300.00 | Scheduled: | $3,500.00 | | |
| CIDRA CHEMICAL MANAGEMENT INC.<br>ATTN: FRANCES LEPPARD<br>50 BARNES PARK NORTH<br>WALLINGFORD, CT 06492 | | Claim Number: 7547<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,141.28 | Scheduled: | $5,141.28 | | |
| CINCINNATI BELL TELEPHONE<br>ML347-200<br>221 E 4TH STREET<br>CINCINNATI, OH 45202 | | Claim Number: 3522<br>Claim Date: 06/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,095.25 | Scheduled: | $4,376.78 | | |
| CINTAS CORP.<br>74 DOWNING IND<br>PITTSFIELD, MA 01201 | | Claim Number: 764<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7844 (06/02/2010) | | | | |
| UNSECURED | Claimed: | $758.45 | Scheduled: | $3,708.82 | | |
| CINTAS CORPORATION<br>C/O JASON V. STITT<br>KEATING MUETHING & KLEKAMP PLL<br>ONE EAST 4TH ST., 14TH FLOOR<br>CINCINNATI, OH 45202 | | Claim Number: 11677-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7844 (06/02/2010) | | | | |
| UNSECURED | Claimed: | $300,298.98 | Scheduled: | $30,067.83 | Allowed: | $300,298.98 |

---

CINTAS FIRST AID & SAFETY INC
10611 IRON BRIDGE ROAD  SUITE K
JESSUP, MD 20794

Claim Number: 3767
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7844 (06/02/2010)

| UNSECURED | Claimed: | $67.35 | Scheduled: | $1,015.64 |
|---|---|---|---|---|

CIRCLE ENVIRONMENTAL
PO BOX 262
LANCASTER, SC 29721-0262

Claim Number: 12381
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,000.40 | Scheduled: | $735.40 |
|---|---|---|---|---|

CIT GROUP/EQUIPMENT FINANCING, INC., THE
C/O RICHARD ROBINSON, ESQUIRE
REED SMITH, LLP
1201 N. MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

Claim Number: 11781
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 2755 (11/16/2009)

| UNSECURED | Claimed: | $4,344,547.60   UNLIQ |
|---|---|---|

CIT TECHNOLOGY FINANCING SERVICES, INC.
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 810
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,472.83 | Scheduled: | $153.15 |
|---|---|---|---|---|

CIT TECHNOLOGY FINANCING SERVICES, INC.
BANKRUPTCY PROCESSING SOLUTIONS, INC.
800 E SONTERRA BLVD., SUITE 240
SAN ANTONIO, TX 78258

Claim Number: 811
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $33,900.00 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 812<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,971.87 | | |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>BANKRUPTCY PROCESSING SOLUTIONS, INC.<br>800 E SONTERRA BLVD., SUITE 240<br>SAN ANTONIO, TX 78258 | | Claim Number: 814<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,938.95 | Scheduled: | $6,568.87 |
| CITGO PETROLEUM CORPORATION<br>1293 ELDRIDGE PARKWAY<br>HOUSTON, TX 77077 | | Claim Number: 821<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| UNSECURED | Claimed: | $34,019.62 | Scheduled: | $445.28 |
| CITIBANK N.A., C/O<br>ROBERT C. FOLLAND, THOMPSON HINE, LLP<br>3900 KEY CENTER, 137 PUBLIC SQUARE<br>CLEVELAND, OH 44114 | | Claim Number: 10745<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 14074<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $30,000.00 | | |
| CITIBANK N.A., C/O<br>ROBERT C. FOLLAND, THOMPSON HINE, LLP<br>3900 KEY CENTER, 137 PUBLIC SQUARE<br>CLEVELAND, OH 44114 | | Claim Number: 14074<br>Claim Date: 07/26/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9070 (05/20/2011) | | |
| UNSECURED | Claimed: | $101,288.72 | | |

---

| CITY AND COUNTY OF DENVER / TREASURY<br>MCNICHOLS CIVIC CENTER BUILDING<br>144 W. COLFAX AVENUE, ROOM 384<br>ATTN: KAREN KATROS, BANKRUPTCY ANALYST<br>DENVER, CO 80202-5391 | Claim Number: 1373<br>Claim Date: 03/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |

| PRIORITY | Claimed: | $119,981.48 |
| SECURED | Claimed: | $255,934.87 |
| TOTAL | Claimed: | $280,948.54 |

---

| CITY CARTING OF WEST CHESTER<br>PO BOX 4383<br>STAMFORD, CT 06906 | Claim Number: 6160<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $2,404.60 | Scheduled: | $2,404.00 |

---

| CITY OF ANAHEIM<br>200 SOUTH ANAHEIM BOULEVARD<br>THIRD FLOOR, ROOM 334<br>ANAHEIM, CA 92805 | Claim Number: 5872<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $140.95 | Scheduled: | $138.03 |

---

| CITY OF CHATTANOOGA<br>101 EAST 11TH STREET<br>ROOM 100<br>CHATTANOOGA, TN 37402 | Claim Number: 1305<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |

| SECURED | Claimed: | $18,528.57 |

---

| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>BUSINESS BANKRUPTCY UNIT<br>121 N. LASALLE ST - ROOM 107A<br>CHICAGO, IL 60602 | Claim Number: 2285<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $80.00 | Scheduled: | $150.00 |

---

CITY OF COLUMBUS
DEPARTMENT OF PUBLIC UTILITIES
910 DUBLIN ROAD
COLUMBUS, OH 43215

Claim Number: 2465
Claim Date: 04/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,544.16 | | | Allowed: | $11,544.16 |

CITY OF CORONA, CA
PO BOX 950
CORONA, CA 92878-0950

Claim Number: 5978
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,732.34 | | | | |

CITY OF COVINGTON
PO BOX 1527
COVINGTON, GA 30015

Claim Number: 7836
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $35,394.34 | Scheduled: | $37,115.67 | Allowed: | $35,394.34 |

CITY OF FERNANDINA BEACH
204 ASH STREET
FERNANDINA BEACH, FL 32034

Claim Number: 1785
Claim Date: 03/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $543.90 | Scheduled: | $807.27  UNLIQ | |

CITY OF FERNANDINA BEACH UTILITY
PO BOX 1146
FERNANDINA BEACH, FL 32035-1146

Claim Number: 5683
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,652.41 | Scheduled: | $7,643.42 | |

| | | | | |
|---|---|---|---|---|
| CITY OF FOLSOM DEPT OF PUBLIC WORKS<br>50 NATOMA STREET<br>FOLSOM, CA 95630 | | Claim Number: 7619<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,561.37 | Scheduled: | $3,625.07 |
| CITY OF FORT LAUDERDALE<br>ATTN: CITY ATTORNEY'S OFFICE<br>100 N. ANDREWS AVENUE, 7TH FLOOR<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 11958<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,522.25 | Scheduled: | $2,520.67 |
| CITY OF FORT LAUDERDALE<br>ATTN: CITY ATTORNEY'S OFFICE<br>100 N. ANDREWS AVENUE, 7TH FLOOR<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 11960<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $212.25 | Scheduled: | $150.00 |
| CITY OF FORT LAUDERDALE<br>ATTN: CITY ATTORNEY'S OFFICE<br>100 N. ANDREWS AVENUE, 7TH FLOOR<br>FORT LAUDERDALE, FL 33301 | | Claim Number: 11962<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7928 (06/09/2010)<br>THIS CLAIM IS PAID | | |
| SECURED | Claimed: | $3,950.00 | | |
| UNSECURED | Claimed: | $450.00 | | |
| CITY OF FORT WORTH<br>ATTN: CHRISTOPHER B. MOSLEY<br>1000 THROCKMORTON STREET<br>FORT WORTH, TX 76102 | | Claim Number: 1198<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $14,918.38 | | |

---

CITY OF FRESNO
PO BOX 2069
FRESNO, CA 93718-2069

Claim Number: 4631
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $375.16 | | |
|---|---|---|---|---|

CITY OF HALLANDALE BEACH
ATTN:ATTORNEY'S OFFICE
400 S FEDERAL HIGHWAY
HALLANDALE BEACH, FL 33009

Claim Number: 4570
Claim Date: 07/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,509.94 | Scheduled: | $3,624.94 |
|---|---|---|---|---|

CITY OF HIGHLAND, ILLINOIS, A MUNICIPAL
CORPORATION
ATTN: CITY ATTORNEY
P.O. BOX 218
HIGHLAND, IL 62249

Claim Number: 2837
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $51,387.52 | Allowed: | $51,387.52 |
|---|---|---|---|---|

CITY OF HOPEWELL, VIRGINIA, THE
C/O WILLIAM A. GRAY, ESQUIRE
SANDS ANDERSON MARKS & MILLER, PC
801 E. MAIN STREET (23219), PO BOX 1998
RICHMOND, VA 23218-1998

Claim Number: 11108
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $546,264.93 | | |
|---|---|---|---|---|

CITY OF HOPEWELL, VIRGINIA, THE
C/O WILLIAM A. GRAY, ESQUIRE
SANDS ANDERSON MARKS & MILLER, PC
801 E. MAIN STREET (23219), PO BOX 1998
RICHMOND, VA 23218-1998

Claim Number: 11109
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| PRIORITY | Claimed: | $40.17 |
|---|---|---|
| SECURED | Claimed: | $40.17 |
| TOTAL | Claimed: | $40.17 |

| CITY OF HOPEWELL, VIRGINIA, THE | | Claim Number: 11110 |
|---|---|---|
| C/O WILLIAM A. GRAY, ESQUIRE | | Claim Date: 08/27/2009 |
| SANDS ANDERSON MARKS & MILLER, PC | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 801 E. MAIN STREET (23219), PO BOX 1998 | | Comments: EXPUNGED |
| RICHMOND, VA 23218-1998 | | DOCKET: 3287 (12/18/2009) |

| PRIORITY | Claimed: | $495,675.13 |
|---|---|---|
| SECURED | Claimed: | $495,675.13 |
| TOTAL | Claimed: | $495,675.13 |

| CITY OF HOPEWELL, VIRGINIA, THE | | Claim Number: 11111 |
|---|---|---|
| C/O WILLIAM A. GRAY, ESQUIRE | | Claim Date: 08/27/2009 |
| SANDS ANDERSON MARKS & MILLER, PC | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 801 E. MAIN STREET (23219), PO BOX 1998 | | Comments: EXPUNGED |
| RICHMOND, VA 23218-1998 | | DOCKET: 4132 (01/14/2010) |

| PRIORITY | Claimed: | $81,180.00 |
|---|---|---|
| SECURED | Claimed: | $81,180.00 |
| TOTAL | Claimed: | $81,180.00 |

| CITY OF HOPEWELL, VIRGINIA, THE | | Claim Number: 11112 |
|---|---|---|
| C/O WILLIAM A. GRAY, ESQUIRE | | Claim Date: 08/27/2009 |
| SANDS ANDERSON MARKS & MILLER, PC | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 801 E. MAIN STREET (23219), PO BOX 1998 | | Comments: EXPUNGED |
| RICHMOND, VA 23218-1998 | | DOCKET: 7652 (05/18/2010) |

| PRIORITY | Claimed: | $248,443.79 |
|---|---|---|
| SECURED | Claimed: | $248,443.79 |
| TOTAL | Claimed: | $248,443.79 |

| CITY OF HOUSTON, TEXAS | | Claim Number: 1304 |
|---|---|---|
| P.W.E. | | Claim Date: 03/03/2009 |
| ATTN: EFFIE GREEN | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 4200 LEELAND | | Comments: DOCKET: 5738 (03/10/2010) |
| HOUSTON, TX 77023 | | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $63.38 | Scheduled: | $75.00 |
|---|---|---|---|---|

---

CITY OF HOUSTON, TEXAS
P.W.E.
ATTN: EFFIE GREEN
4200 LEELAND
HOUSTON, TX 77023

Claim Number: 1308
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $84.45 | | $183.56 |

CITY OF KNOXVILLE
DOUGLAS GORDON, ATTORNEY FOR THE CITY OF
KNOXVILLE
PO BOX 1028
KNOXVILLE, TN 37901

Claim Number: 1328
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | Claimed: | |
|---|---|---|
| SECURED | | $43,381.71   UNLIQ |

CITY OF KNOXVILLE
DOUGLAS GORDON, ATTORNEY FOR THE CITY OF
KNOXVILLE
PO BOX 1028
KNOXVILLE, TN 37901

Claim Number: 13089
Claim Date: 09/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8378 (08/16/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| SECURED | | $43,381.71 | | |
| UNSECURED | | | | $53,260.55 |

CITY OF LEWISBURG
PO BOX 1968
LEWISBURG, TN 37091

Claim Number: 13099
Claim Date: 09/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| PRIORITY | | $15,829.00 | | |
| UNSECURED | | | | $29,836.00 |

CITY OF LEXINGTON, NC
28 WEST CENTER STREET
LEXINGTON, NC 27292

Claim Number: 7951
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $138,047.67 | | $62,576.87 | | $138,047.67 |

| | | | | |
|---|---|---|---|---|
| CITY OF MEMPHIS (TN)<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 631<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| SECURED | Claimed: | $31,846.42   UNLIQ | | |
| CITY OF MEMPHIS (TN)<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 1115<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| SECURED | Claimed: | $31,846.42   UNLIQ | | |
| CITY OF MEMPHIS (TN)<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 1402<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| SECURED | Claimed: | $31,846.42   UNLIQ | | |
| CITY OF MURFREESBORO<br>LEGAL DEPT.<br>PO BOX 1044<br>MURFREESBORO, TN 37130 | | Claim Number: 674<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| PRIORITY | Claimed: | $11,149.00 | | |
| CITY OF PORTLAND<br>ATTN: LINDA LAW, DEPUTY CITY ATTORNEY<br>OFFICE OF CITY ATTORNEY<br>1221 SW FOURTH AVENUE, RM 430<br>PORTLAND, OR 97204 | | Claim Number: 6861<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,905.00 | Scheduled: | $2,905.00 |

---

CITY OF PORTLAND
OFFICE OF CITY ATTORNEY
ATTN: LINDA LAW, DEPUTY CITY ATTORNEY
1221 SW FOURTH AVENUE, RM 430
PORTLAND, OR 97204

Claim Number: 6941
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,208.92 | |

---

CITY OF REDDING
ATTORNEY'S OFFICE
LYNETTE M FREDIANI, ASST. CITY ATTY.
777 CYPRESS AVE., THIRD FLOOR
REDDING, CA 96001

Claim Number: 3404
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $510.48 |

---

CITY OF RENTON
C/O LAWRENCE J. WARREN, CITY ATTORNEY
PO BOX 626
RENTON, WA 98057

Claim Number: 3379
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | Scheduled: | $301.43 |

---

CITY OF ST. CHARLES, IL
2 EAST MAIN STREET ST.
CHARLES, IL 60174

Claim Number: 11401
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,702.86 | |

---

CITY OF ST. CLOUD
MN PUBLIC UTILITIES DEPARTMENT
ST. CLOUD CITY HALL
400 2ND ST. SOUTH
ST. CLOUD, MN 56301

Claim Number: 13609
Claim Date: 11/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,120.10 | Scheduled: | $3,792.10  UNLIQ DISP |

---

---

CITY OF ST. PETERS
PO BOX 9
SAINT PETERS, MO 63376

Claim Number: 3538
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $60,425.81 | Scheduled: | $51,960.10 |
|---|---|---|---|---|

CITY OF STARKE, THE
209 NORTH THOMPSON STREET
STARKE, FL 32091

Claim Number: 7249
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $725.59 | Scheduled: | $715.59 |
|---|---|---|---|---|

CITY OF TEMPLE, TX
PO BOX 878
TEMPLE, TX 76503-0878

Claim Number: 5539
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $57.92 |
|---|---|---|

CITY OF TORRANCE
ATTN: TATIA Y. STRADER, DEPUTY CITY ATTY
3031 TORRANCE BLVD.
TORRANCE, CA 90503

Claim Number: 9821
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $43,602.00 | Scheduled: | $43,602.00 | Allowed: | $43,602.00 |
|---|---|---|---|---|---|---|

CITY OF VALLEY PARK, MO
320 BENTON STREET
VALLEY PARK, MO 63088

Claim Number: 2494
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $578.60 | Scheduled: | $578.60  UNLIQ |
|---|---|---|---|---|

CITY OF WASHINGTON
ATTN: PAN GILDEHAUS
405 JEFFERSON ST.
WASHINGTON, MO 63090

Claim Number: 3121
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,012.45 | Scheduled: | $5,012.00 | | |
|---|---|---|---|---|---|---|

CITY OF WAYCROSS
PO DRAWER 99
WAYCROSS, GA 31502

Claim Number: 4472
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $46.99 | Scheduled: | $36.99 | | |
|---|---|---|---|---|---|---|

CITY UTILITIES OF SPRINGFIELD, MO
P.O. BOX 551
SPRINGFIELD, MO 65801-0551

Claim Number: 5075
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $59,397.71 | Scheduled: | $63,797.09 | Allowed: | $59,397.71 |
|---|---|---|---|---|---|---|

CITY WATER AND LIGHT
P O BOX 1289
JONESBORO, AR 72403-1289

Claim Number: 4303
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,215.17 | Scheduled: | $3,606.49 | | |
|---|---|---|---|---|---|---|

CL FELTS & CO INC
4721 LINE RD
WHITEFORD, MD 21160

Claim Number: 8436
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $3,892.21 | Scheduled: | $3,892.21 | | |
|---|---|---|---|---|---|---|

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: CUSTOM LAWN CARE & LANDSCAPI
C/O CRG FINANCIAL LLC
100 UNION AVENUE, SUITE 240
CRESSKILL, NJ 07626

Claim Number: 912
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,784.45 | Scheduled: | $11,496.50 | | |

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: PROFESSIONAL AND RELIABLE ON
C/O CRG FINANCIAL LLC
100 UNION AVENUE, SUITE 240
CRESSKILL, NJ 07626

Claim Number: 1004
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,019.25 | Scheduled: | $1,018.00 | | |

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: A-L-L EQUIPMENT
C/O CRG FINANCIAL LLC
100 UNION AVENUE, SUITE 240
CRESSKILL, NJ 07626

Claim Number: 1486-01
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,566.00 | Scheduled: | $3,566.00 | | |

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: MIDAMERICA DOOR COMPANY
C/O CRG FINANCIAL LLC
100 UNION AVENUE, SUITE 240
CRESSKILL, NJ 07626

Claim Number: 1632
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,595.50 | Scheduled: | $1,595.50 | | |

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: GRUNAU COMPANY, INC.
C/O CRG FINANCIAL LLC
100 UNION AVENUE, SUITE 240
CRESSKILL, NJ 07626

Claim Number: 2178
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $25,715.30 | Scheduled: | $50,636.46 | Allowed: | $25,715.30 |

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: RIVIERA FINANCE, ASSIGNEE OF
C/O CRG FINANCIAL LLC
100 UNION AVENUE, SUITE 240
CRESSKILL, NJ 07626

Claim Number: 2313
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,330.00 | Scheduled: | $3,335.00 |

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: RIVIERA FINANCE
C/O CRG FINANCIAL LLC
100 UNION AVENUE, SUITE 240
CRESSKILL, NJ 07626

Claim Number: 3104
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,148.50 | Scheduled: | $9,478.50 |

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: MISSOULA TEXTILE SERVICES
C/O CRG FINANCIAL LLC
100 UNION AVENUE, SUITE 240
CRESSKILL, NJ 07626

Claim Number: 4240
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,009.59 | Scheduled: | $4,553.02 |

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: FLORENCE CARPET & TILE INC
C/O CRG FINANCIAL LLC
100 UNION AVENUE, SUITE 240
CRESSKILL, NJ 07626

Claim Number: 4423
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,419.04 | Scheduled: | $2,219.30 |

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: DXP ENTERPRISES INC
C/O CRG FINANCIAL LLC
100 UNION AVENUE, SUITE 240
CRESSKILL, NJ 07626

Claim Number: 4464
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,765.42 | Scheduled: | $1,729.24 |

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: VOLUNTEER EXPRESS INC
C/O CRG FINANCIAL LLC
100 UNION AVENUE, SUITE 240
CRESSKILL, NJ 07626

Claim Number: 5864
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8491 (09/07/2010)

| UNSECURED | Claimed: | $8,596.72 | Scheduled: | $8,596.72 | Allowed: | $6,233.05 |

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: VIDEO SECURITY SOLUTIONS
C/O CRG FINANCIAL LLC
100 UNION AVENUE, SUITE 240
CRESSKILL, NJ 07626

Claim Number: 6230-01
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $1,212.00 | | | | |
| UNSECURED | | | Scheduled: | $2,138.00 | | |

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: VIDEO SECURITY SOLUTIONS
C/O CRG FINANCIAL LLC
100 UNION AVENUE, SUITE 240
CRESSKILL, NJ 07626

Claim Number: 6230-02
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $926.00 | | | | |

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: INTEGRATED SERVICES COMPANY
C/O CRG FINANCIAL LLC
100 UNION AVENUE, SUITE 240
CRESSKILL, NJ 07626

Claim Number: 6748
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,608.33 | Scheduled: | $3,588.85 | | |

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: AVC SPECIALISTS INC
C/O CRG FINANCIAL LLC
100 UNION AVENUE, SUITE 240
CRESSKILL, NJ 07626

Claim Number: 6912
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,507.69 | Scheduled: | $1,056.62 | | |

---

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: SAWYER INDUSTRIAL PLASTICS
C/O CRG FINANCIAL LLC
100 UNION AVENUE, SUITE 240
CRESSKILL, NJ 07626

Claim Number: 8053
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17,427.50 | Scheduled: | $17,262.25 | Allowed: | $17,427.50 |

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: DOCUMENT DISINTEGRATION INC
C/O CRG FINANCIAL LLC
100 UNION AVENUE, SUITE 240
CRESSKILL, NJ 07626

Claim Number: 8084-01
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7432 (05/04/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,500.00 | Scheduled: | $2,499.00 | Allowed: | $2,500.00 |

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: DOCUMENT DISINTEGRATION INC
C/O CRG FINANCIAL LLC
100 UNION AVENUE, SUITE 240
CRESSKILL, NJ 07626

Claim Number: 8084-02
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8537 (09/14/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $709.60 | |

CLARAGE
5959 TRENTON LANE
MINNEAPOLIS, MN 55442

Claim Number: 2395
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,764.07 | Scheduled: | $2,125.98 |

CLARCOR AIR FILTRATION PRODUCTS
12995 COLLECTIONS CENTER DRIVE
P.O.BOX 404201
ATLANTA, GA 30384-4201

Claim Number: 7991
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,777.02 | Scheduled: | $1,777.02 |

| | | | | |
|---|---|---|---|---|
| CLARIANT CORP<br>3618 COLLECTION CENTER DR<br>CHICAGO, IL 60693 | | Claim Number: 11399<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,063.02 | | |
| CLARK INDUSTRIAL SUPPLY INC<br>PO BOX 611115<br>SAN JOSE, CA 95161 | | Claim Number: 4596<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $276.35 | Scheduled: | $240.85 |
| CLARK PEST CONTROL<br>PO BOX 1480<br>LODI, CA 95241-1480 | | Claim Number: 6372<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $608.56 | Scheduled: | $1,716.75 |
| CLARK PEST CONTROL INC<br>PO BOX 1480<br>LODI, CA 95241-1480 | | Claim Number: 3625<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,389.02 | | |
| CLARK PRODUCTS INC<br>PO BOX 1141<br>SPRINGFIELD, MO 65801-1141 | | Claim Number: 9253<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,378.30 | Scheduled: | $3,378.30 |

CLARY, JAMES DENNIS
156 PINE HILL RD
QUITMAN, LA 71268

Claim Number: 10144
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |
|---|---|---|---|---|---|---|

CLASSIC CONTROLS INC
PO BOX 6187
LAKELAND, FL 33807

Claim Number: 5962
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,678.22 | Scheduled: | $4,678.22 | | |
|---|---|---|---|---|---|---|

CLAUSEN MILLER PC
JOHN T. GROARK -
GEORGE K. FLYNN
10 S. LASALLE ST.
CHICAGO, IL 60603-1098

Claim Number: 7345
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,778.45 | | | | |
|---|---|---|---|---|---|---|

CLAUSEN SUPPLY CO, INC
C/O TERRY GIEBELSTEIN
LANE & WATERMAN LLP
220 N MAIN STREET, STE 600
DAVENPORT, IA 52801

Claim Number: 8130
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $22,420.57 | Scheduled: | $51,619.60 UNLIQ | Allowed: | $22,420.57 |
|---|---|---|---|---|---|---|

CLAY BARTON WOODYARD INC
3497 BETHEL CHURCH RD.
GREEN BAY, VA 23942

Claim Number: 99019
Claim Date: 08/10/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $22,038.15 | | | Allowed: | $22,038.15 |
|---|---|---|---|---|---|---|

---

CLAYBOURN WALTERS LOGGING CO INC
PO BOX 26
PROCTORVILLE, NC 28375

Claim Number: 11578
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $31,286.11 | Scheduled: | $62,572.21 UNLIQ | Allowed: | $31,286.11 |
|---|---|---|---|---|---|---|

CLAYBOURN WALTERS LOGGING CO INC.
PO BOX 26
PROCTORVILLE, NC 28375

Claim Number: 14067
Claim Date: 07/16/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| UNSECURED | Claimed: | $31,286.11 | | | | |
|---|---|---|---|---|---|---|

CLAYTON WARD CO
119 E ALBANY
KENNEWICK, WA 99336

Claim Number: 9071
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,121.70 | Scheduled: | $5,821.45 | | |
|---|---|---|---|---|---|---|

CLAYTON WARD RECYCLING
PO BOX 494369
REDDING, CA 96049

Claim Number: 9072
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,147.96 | Scheduled: | $6,147.00 | | |
|---|---|---|---|---|---|---|

CLAYTON WEAVER TRUCKING, LLC
TRANSFEROR: FAIR HARBOR CAPITAL, LLC
PO BOX 18281
FAIRFIELD, OH 45014

Claim Number: 862
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $18,737.39 | Scheduled: | $18,201.39 | | |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| CLAYTON-WARD CO.<br>PO BOX 494369<br>REDDING, CA 96049 | | Claim Number: 3563<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | | |
| UNSECURED | Claimed: | $6,147.96 | | | | |
| CLAYTON-WARD CO.<br>119 E. ALBANY<br>KENNEWICK, WA 99336 | | Claim Number: 3564<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | | |
| UNSECURED | Claimed: | $5,121.70 | | | | |
| CLEAN AIR ENGINEERING<br>500 W WOOD STREET<br>PALATINE, IL 60067 | | Claim Number: 11685<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $821.67 | Scheduled: | $821.67 | | |
| CLEAN EARTH RECYCLING<br>PO BOX 1625<br>FRANKLIN, TN 37065 | | Claim Number: 1790<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $66,183.90 | Scheduled: | $62,228.48 | Allowed: | $66,183.90 |
| CLEAN HARBORS ENVIRONMENTAL SERVICES<br>42 LONG WATER DRIVE<br>NORWELL, MA 02061 | | Claim Number: 2308<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $184,322.28 | Scheduled: | $108,626.32 | Allowed: | $184,322.28 |

CLEAN MANAGEMENT
ATTENTION WALTER VALENCIA
PO BOX 519
PAWTUCKET, RI 02862

Claim Number: 9033
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,946.80 | Scheduled: | $2,639.80 |

CLEANCO SNOWPLOWING
2211 WEST COUNTY RD C2
SAINT PAUL, MN 55113

Claim Number: 5424
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,608.25 | Scheduled: | $3,259.81 |

CLEANSCAPES
5939 FOURTH AVENUE S
SEATTLE, WA 98108

Claim Number: 5572
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,350.25 | Scheduled: | $2,637.00 |

CLEARPOINTT
808 134TH ST SW  STE 209
EVERETT, WA 98204

Claim Number: 3782
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,470.00 | Scheduled: | $8,470.00 |

CLEARY GOTTLIEB
ATTN: LISA M. SCHWEITZER, ESQ.
ONE LIBERY PLAZA
NEW YORK, NY 10006

Claim Number: 10090
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,115.66   UNLIQ |

CLEAVER-BROOKS, INC.
C/O THEODORE J. TACCONELLI, ESQUIRE
FERRY, JOSEPH & PEARCE, P.A.
PO BOX 1351
WILMINGTON, DE 19899

Claim Number: 2210
Claim Date: 04/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| SECURED | Claimed: | $22,219.20   UNLIQ | | | | | |

CLEVELAND METAL WORKS, INC
625 MIMOSA DR NW
CLEVELAND, TN 37312-3939

Claim Number: 1390
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $25,202.45 | Scheduled: | $24,242.20 | Allowed: | $25,202.45 |

CLEVENGER, GARY L.
C/O JASON S. RANDOLPH
PO BOX 828
DANDRIDGE, TN 37725

Claim Number: 11029
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8996 (03/22/2011)

| PRIORITY | Claimed: | $0.00   UNDET | | | |

CLINCO
1205 W GRAND
CAMERON, MO 64429

Claim Number: 7715-01
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $1,221.88 | | |
| UNSECURED | | | Scheduled: | $4,141.00 |

CLINCO
1205 W GRAND
CAMERON, MO 64429

Claim Number: 7715-02
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,927.20 | |

CLINGERMAN, ROGER W
42 MANOR ROAD
PATTERSON, NY 12563

Claim Number: 11273
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $125,155.00 | Scheduled: | $125,155.00 | | | |

CLINTON ELECTRICAL PLUMBING
PO BOX 748
WILMINGTON, OH 45177

Claim Number: 4414
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,090.81 | Scheduled: | $14,136.18 | Allowed: | $14,090.81 |

CMC FLEET MAINT
2550 GLENDALE DRIVE
DRAWER 5738
FORT WORTH, TX 76106

Claim Number: 10438
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8980 (03/11/2011)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | | | |

CMI ENGINEERING
PO BOX 532
LEBANON, IN 46052

Claim Number: 4679
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $423.33 | Scheduled: | $423.33 | | | |

CNJ SUPPLY CORPORATION
20 W. 021 PLEASANTDALE DR
LEMONT, IL 60439

Claim Number: 36
Claim Date: 02/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,335.00 | Scheduled: | $3,335.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| COAST TO COAST COMPUTR PRODUCTS INC<br>4277 VALLEY FAIR STREET<br>SIMI VALLEY, CA 93063 | | Claim Number: 3863<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,714.50 | Scheduled: | $994.52 | |
| COAST TO COAST HYDRAULICS<br>1700 METOYER CT STE F<br>WEST CHICAGO, IL 60185-6427 | | Claim Number: 11730<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $981.70 | Scheduled: | $981.70 | |
| COASTAL PLYWOOD COMPANY<br>P.O. BOX 1128<br>HAVANA, FL 32333 | | Claim Number: 288<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,264.86 | Scheduled: | $7,264.86  UNLIQ | |
| COASTAL PROCESS LLC<br>PO BOX 789<br>DENHAM SPRINGS, LA 70727 | | Claim Number: 5178<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,503.50 | Scheduled: | $2,503.50 | |
| COASTAL TIMBER CO INC<br>PO BOX 62<br>CONWAY, SC 29526 | | Claim Number: 4403<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | |
| UNSECURED | Claimed: | $20,408.32 | Scheduled: | $40,816.64  UNLIQ | |

| | | | | |
|---|---|---|---|---|
| COASTAL TIMBERLANDS COMPANY<br>PO BOX 1128<br>HAVANA, FL 32333 | | Claim Number: 271<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,116.04 | Scheduled: | $6,116.04 |
| COASTLINE EQUIPMENT<br>ATTN: DAVE THOMAS<br>6188 PARAMOUNT BLVD.<br>LONG BEACH, CA 90805 | | Claim Number: 6412<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,779.44 | Scheduled: | $4,779.44 |
| COASTLINE EQUIPMENT<br>PO BOX 22732<br>LONG BEACH, CA 90801 | | Claim Number: 6459<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,392.16 | Scheduled: | $6,392.16 |
| COASTLINE EQUIPMENT<br>PO BOX 22732<br>LONG BEACH, CA 90801 | | Claim Number: 6460<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,250.00 | | |
| COATS-WARNER CORPORATION<br>14731 KESWICK STREET<br>VAN NUYS, CA 91405 | | Claim Number: 12479<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,000.00 | Scheduled: | $1,000.00 |

---

COCA COLA ENTERPRISES INC.
521 LAKE KATHY DRIVE
BRANDON, FL 33510

Claim Number: 3469
Claim Date: 06/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,155.10 | Scheduled: | $6,078.59 |

COCKRELL DISTRIBUTION SYSTEMS
PO BOX 24597
RICHMOND, VA 23224-0597

Claim Number: 5311
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7854 (06/02/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,840.46 | Scheduled: | $51,375.54  UNLIQ |

COFACE COLLECTIONS NORTH AMERICA
3001 DIVISION ST.
METAIRIE, LA 70002

Claim Number: 2939
Claim Date: 05/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,811.21 | Scheduled: | $5,811.21 |

COFFEE BREW SERVICES
4712 91ST AVE
EDMONTON, AB T6B 2L1
CANADA

Claim Number: 3120
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $849.14 | |

COFFEE TIME/KECKS WATER
55645 CURRENT ROAD #4
MISHAWAKA, IN 46545

Claim Number: 2327
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $243.95   UNDET | Scheduled: | $243.95 |

COGBURN BROS., INC.
ATTN: RON COGBURN
3300 FAYE ROAD
JACKSONVILLE, FL 32226

Claim Number: 3568
Claim Date: 06/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $46,015.00 | Scheduled: | $44,025.00 | Allowed: | $46,015.00 |
|---|---|---|---|---|---|---|

COHANZICK ABSOLUTE RETURN MASTER FUND
TRANSFEROR: PAPER CONSTR. & MAINTENANCE
427 BEDFORD ROAD, SUITE 170
ATTN: JONATHAN BARKOE
PLEASANTVILLE, NY 10570

Claim Number: 1961
Claim Date: 04/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $141,800.00 | Scheduled: | $141,800.00 | | |
|---|---|---|---|---|---|---|

COHANZICK ABSOLUTE RETURN MASTER FUND
TRANSFEROR: MARQUIPWARDUNITED, INC
427 BEDFORD ROAD, SUITE 170
ATTN. JONATHAN BARKOE
PLEASANTVILLE, NY 10570

Claim Number: 7877
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,280,790.33 | Scheduled: | $2,767,905.34 UNLIQ | | |
|---|---|---|---|---|---|---|

COHANZICK CREDIT OPPORTUNITIES MASTER
FUND, AS ASSIGNEE FOR GRAPHIC SCIENCES
427 BEDFORD ROAD, SUITE 170
PLEASANTVILLE, NY 10570

Claim Number: 9332
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,559,012.63 | Scheduled: | $1,934,898.39 UNLIQ | | |
|---|---|---|---|---|---|---|

COKER PUMP & EQUIPMENT CORP
PO BOX 12308
OAKLAND, CA 94604

Claim Number: 4007
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $786.29 | Scheduled: | $857.19 | | |
|---|---|---|---|---|---|---|

---

COKINOS NATURAL GAS COMPANY
ATTN: MICHAEL COKINOS
5718 WESTHEIMER ST SUITE 900
HOUSTON, TX 77057

Claim Number: 11696-01
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $26,941.27 | Scheduled: | $20,723.80 | Allowed: | $26,941.27 |
|---|---|---|---|---|---|---|

COKINOS NATURAL GAS COMPANY
ATTN: ARGO GEORGANDIS
5718 WESTHEIMER
SUITE 900
HOUSTON, TX 77057

Claim Number: 11696-02
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2993 (12/04/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $16,388.60 | | | Allowed: | $16,388.60 |
|---|---|---|---|---|---|---|

COLE ELECTRIC CO INC
3980 MLK JR DR
ATLANTA, GA 30336

Claim Number: 4176
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,971.47 | Scheduled: | $3,971.47 | | |
|---|---|---|---|---|---|---|

COLE INDUSTRIES INC
PO BOX 1982
WHITTIER, CA 90609

Claim Number: 5174
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7554 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,449.95   UNDET | Scheduled: | $14,039.95 | | |
|---|---|---|---|---|---|---|

COLE OIL & TIRE CO., INC
PO BOX 791
WINNFIELD, LA 71483

Claim Number: 4317
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $85,632.08 | Scheduled: | $85,341.87 | | |
|---|---|---|---|---|---|---|

---

COLE OIL & TIRE CO., INC.
P.O. BOX 791
WINNFIELD, LA 71483

Claim Number: 1773
Claim Date: 03/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $82,394.08 | | | Allowed: | $82,394.08 |
|---|---|---|---|---|---|---|

COLEMAN, JAMES DANIEL
229 GIMBER AVENUE
JONESBORO, LA 71251

Claim Number: 10145
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

COLEMAN, RACHEL OCIE
P.O. BOX 807
HODGE, LA 71247

Claim Number: 10146
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

COLEPAK INC
PO BOX 650
URBANA, OH 43078

Claim Number: 9449
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $27,188.16 | Scheduled: | $27,188.16 |
|---|---|---|---|---|

COLEY ELECTRIC & PLUMBING SUPPLY
1760 MEMORIAL DR.
WAYCROSS, GA 31501-1091

Claim Number: 9290
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $730.33 | Scheduled: | $730.33 |
|---|---|---|---|---|

---

COLFAX TREATING COMPANY, L.L.C.
P.O. BOX 1110
ALEXANDRIA, LA 71309-1110

Claim Number: 327
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,133.76 | | | | |
|---|---|---|---|---|---|---|

COLLECTOR OF REVENUE
TOWN OF PORTLAND
PO BOX 71
PORTLAND, CT 06480

Claim Number: 4277
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| PRIORITY | Claimed: | $16,016.65 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $54,333.82 | | |

COLLECTOR OF REVENUE
PO BOX 71
PORTLAND, CT 06480

Claim Number: 13390
Claim Date: 10/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| PRIORITY | Claimed: | $16,016.65 | | | | |
|---|---|---|---|---|---|---|

COLLING SWIFT AND HYNES
1156 15TH ST NW STE 1020
WASHINGTON, DC 20005-1754

Claim Number: 9697
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $19,984.65 | Scheduled: | $19,984.65 | Allowed: | $19,984.65 |
|---|---|---|---|---|---|---|

COLONIAL CHEMICAL SOLUTIONS, INC.
PO BOX 576
SAVANNAH, GA 31402

Claim Number: 6403-02
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8530 (09/13/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $142,788.63 | Scheduled: | $185,818.92 | Allowed: | $142,788.63 |
|---|---|---|---|---|---|---|

| COLONIAL OIL INDUSTRIES INC<br>PO BOX 576<br>SAVANNAH, GA 31402-0576 | | Claim Number: 4380-01<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $741.84 | | |
| COLONIAL WEBB CONTRACTORS<br>2820 ACKLEY ROAD<br>RICHMOND, VA 23228 | | Claim Number: 8828<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $142,081.74 | Scheduled: | $106,213.39 |
| COLOR PROCESS COMPANY, THE<br>4000 FEE FEE ROAD<br>BRIDGETON, MO 63044 | | Claim Number: 5950<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $584.98 | | |
| COLOR TECHNOLOGY INC<br>2455 NW NICOLAI STREET<br>PORTLAND, OR 97210 | | Claim Number: 3693<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,325.93 | Scheduled: | $1,325.93 |
| COLT ATLANTIC SERVICES, INC.<br>1845 SOUTH LEE COURT, SUITE C<br>BUFORD, GA 30518 | | Claim Number: 2342<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $49,631.15 | Scheduled: | $49,631.15 |

---

COLT INTERNATIONAL INC
PO BOX 203189
HOUSTON, TX 77216-3189

Claim Number: 6140
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $394.93 | Scheduled: | $394.93 | | |
|---|---|---|---|---|---|---|

COLTON EQUIPMENT, INC.
STEVE COLTON
PO BOX 2334
TEMECULA, CA 92593

Claim Number: 8751
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLE DUPLICATE OF 6727
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $1,388.23 | | | | |
|---|---|---|---|---|---|---|

COLUMBIA CORRUGATED BOX CO.
12777 SW TUALATIN - SHERWOOD RD.
TUALATIN, OR 97062-8051

Claim Number: 3467
Claim Date: 06/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $19,366.79 | Scheduled: | $19,366.79 | Allowed: | $19,366.79 |
|---|---|---|---|---|---|---|

COLUMBIA GAS OF KENTUCKY, INC.
200 CIVIC CENTER DRIVE, 11TH FLOOR
COLUMBUS, OH 43215

Claim Number: 2168
Claim Date: 04/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $14,035.48 | | | Allowed: | $14,035.48 |
|---|---|---|---|---|---|---|

COLUMBIA GAS OF OHIO, INC.
200 CIVIC CENTER CENTER DR, 11TH FLOOR
COLUMBUS, OH 43215

Claim Number: 2171
Claim Date: 04/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $16,836.72 | Scheduled: | $10,627.51 | Allowed: | $16,836.72 |
|---|---|---|---|---|---|---|

---

COLUMBIA MACHINE WORKS INC
PO BOX 1018
COLUMBIA, TN 38402

Claim Number: 4786
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,393.50 | | |
|---|---|---|---|---|

COLUMBIA PIPE & SUPPLY CO
1803 MOEN AVE
ATTN:JIM WELSER
ROCKDALE, IL 60436

Claim Number: 4615
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,489.50 | Scheduled: | $4,750.10 |
|---|---|---|---|---|

COLUMBUS CITY UTILITIES
P.O. BOX 1987
COLUMBUS, IN 47202-1987

Claim Number: 4902
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,551.57 | | |
|---|---|---|---|---|

COLUMBUS GLOVE & SAFETY COMPANY
100 E MEMCO ST.
WEST LAFAYETTE, OH 43845

Claim Number: 3578
Claim Date: 07/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $14,895.03 | Scheduled: | $12,177.71 |
|---|---|---|---|---|

COLUMBUS INDUSTRIAL ELECTRIC
1625 INDIANAPOLIS RD
COLUMBUS, IN 47201

Claim Number: 6004
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,951.98 | Scheduled: | $5,951.98 |
|---|---|---|---|---|

COMBI PACKAGING SYSTEMS LLC
5365 EAST CENTER DR NE
CANTON, OH 44721

Claim Number: 4342
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $993.18 | Scheduled: | $37,385.89 |
|---|---|---|---|---|

COMBS, ETHEL D.
604 ROBINSON STREET
JONESBORO, LA 71251

Claim Number: 10147
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

COMBS, GLENNIE T.
604 ROBINSON STREET
JONESBORO, LA 71251

Claim Number: 10148
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

COMBS, JONATHAN
129 REBECCA DRIVE
JONESBORO, LA 71251

Claim Number: 10149
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

COMBS, SHERMAN B., SR.
P.O. BOX 369
JONESBORO, LA 71251

Claim Number: 10150
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

COMBUSTION & CONTROL
P.O. BOX 23393
CHATTANOOGA, TN 37422

Claim Number: 8619
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $53,928.61 | Scheduled: | $57,395.17 | | |

---

COMED
ATTN: BANKRUPTCY SECTION/REVENUE MGMT.
2100 SWIFT DRIVE
OAK BROOK, IL 60523

Claim Number: 1206-01
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $62,067.27 | Scheduled: | $24,533.00 | Allowed: | $62,067.27 |

---

COMED LEGAL
ATTN: LASHONDA A. HUNT,
ASSISTANT GENERAL COUNSEL
10 SOUTH DEARBORN STREET, 49TH FLOOR
CHICAGO, IL 60603

Claim Number: 7595
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $23,292.92 | |

---

COMFORT SYSTEMS USA (SYRACUSE), INC.
D/B/A ABJ FIRE PROTECTION CO.
6500 NEW VENTURE GEAR DRIVE
EAST SYRACUSE, NY 13057

Claim Number: 11053
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $22,519.62 | |

---

COMMAND TRANSPORTATION, LLC
EULER HERMES ACI
AGENT OF COMMAND TRANSPORTATION, LLC
800 RED BROOK BOULEVARD
OWINGS MILLS, MD 21117

Claim Number: 1813
Claim Date: 03/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8497 (09/08/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $36,975.84 | | Allowed: | $36,975.84 |

---

COMMANDER PACKAGING WEST INC
602 S ROCKEFELLER AVE STE D
ONTARIO, CA 91761

Claim Number: 6918
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $34,591.60 | Scheduled: | $27,291.60 | Allowed: | $34,591.60 |

COMMERCIAL & INDUSTRIAL PIPING, INC.
P.O. BOX 53
EFFINGHAM, SC 29541

Claim Number: 1414
Claim Date: 03/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $858,975.73 | Scheduled: | $855,276.85 UNLIQ | Allowed: | $858,975.73 |

COMMERCIAL CARRIER CORP
C/O LOGISTICS, LLC
LEGAL DEPARTMENT
P.O. DRAWER 67
AUBURNDALE, FL 33823

Claim Number: 7213
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $24,501.95 | Scheduled: | $35,753.12 UNLIQ | Allowed: | $24,501.95 |

COMMERCIAL CUTTING & DIE MFG., INC.
3814 TALLEYRAND AVE.
JACKSONVILLE, FL 32206

Claim Number: 9094
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,938.40 | Scheduled: | $14,123.56 |

COMMERCIAL FACTORS OF ATLANTA, INC.
TRANSFEROR: PRECISION PLANT SERVICES INC
5064 ROSWELL ROAD, STE A200
ATLANTA, GA 30342-2252

Claim Number: 1568
Claim Date: 03/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $219,092.54 | Scheduled: | $219,092.54 | Allowed: | $219,092.54 |

| COMMERCIAL FYR-FYTERS INC<br>PO BOX 2037<br>MARTINSVILLE, VA 24113 | Claim Number: 3849<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8953 (02/22/2011)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $556.37 | Scheduled: | $556.37 | |

| COMMERCIAL INSULATION CO INC<br>207 LANE AVENUE SOUTH<br>JACKSONVILLE, FL 32254 | Claim Number: 7650<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | Scheduled: | $9,549.00 | |

| COMMERCIAL MACHINE INC.<br>ATTN: NEIL E. MCCULLAGH, ESQ.<br>411 EAST FRANKLIN STREET, SUITE 600<br>RICHMOND, VA 23219 | Claim Number: 12029<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $13,754.00 | | | |
| UNSECURED | Claimed: | $34,513.25 | | | |

| COMMERCIAL MACHINE, INC.<br>ATTN: NEIL E. MCCULLAGH, ESQ.<br>411 EAST FRANKLIN STREET, SUITE 600<br>RICHMOND, VA 23219 | Claim Number: 9874-01<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $34,513.25 | Scheduled: | $48,267.25 | Allowed: | $34,513.25 |

| COMMERCIAL MACHINE, INC.<br>ATTN: NEIL E. MCCULLAGH, ESQ.<br>411 EAST FRANKLIN STREET, SUITE 600<br>RICHMOND, VA 23219 | Claim Number: 9874-02<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2534 (10/30/2009)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $13,754.00 | | | Allowed: | $13,754.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| COMMERCIAL PLASTICS RECYCLING INC.<br>1920 TAMPA EAST BLVD<br>TAMPA, FL 33619 | | Claim Number: 4379<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $201.02 | Scheduled: | $175.00 | | | |
| COMMERCIAL POWER SWEEPING & SERVICE<br>PO BOX 6005<br>SUFFOLK, VA 23433 | | Claim Number: 5019<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $19,337.85 | Scheduled: | $10,226.00 | Allowed: | $19,337.85 | |
| COMMERCIAL SHEET METAL SYSTEMS, INC.<br>C/O MARK C. BRYAN, ESQ.<br>LIPPES & BRYAN, P.A.<br>800 W. MONROE ST.<br>JACKSONVILLE, FL 32202 | | Claim Number: 3216<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $82,031.89 | Scheduled: | $82,031.89 | | | |
| COMMODITY CARRIERS INC<br>PO BOX 205<br>BOZRAH, CT 06334 | | Claim Number: 6780-02<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | | | |
| UNSECURED | Claimed: | $3,000.00 | | | | | |
| COMMONWEALTH INDUSTRIAL SERVICES<br>PO BOX 479<br>HOPEWELL, VA 23860-0479 | | Claim Number: 6734<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $6,213.00 | Scheduled: | $8,744.70 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| COMMONWEALTH OF VIRGINIA, DEPT OF TREASURY, DIV OF UNCLAIMED PROPERTY P.O. BOX 2478 RICHMOND, VA 23218-2478 | | Claim Number: 11954 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ | | |
| COMMONWEALTH TECHNOLOGY GROUP PO BOX 1612 HOPEWELL, VA 23860 | | Claim Number: 4700 Claim Date: 07/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $24,782.25 | Scheduled: | $25,613.10 | Allowed: | $24,782.25 |
| COMMUNITY CLEAN SWEEP PO BOX 2072 BAKERSFIELD, CA 93303 | | Claim Number: 6511 Claim Date: 07/27/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,616.04 | Scheduled: | $991.00 | | |
| COMMUNITY RECYCLING 16505A SE 1ST ST 266 VANCOUVER, WA 98684 | | Claim Number: 7330 Claim Date: 08/07/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 4966 (02/12/2010) | | | | |
| UNSECURED | Claimed: | $2,687.11 | Scheduled: | $2,504.11 | | |
| COMPASS ENERGY GAS SERVICES, L.L.C. A. ROSEN C/O SILVERMAN ACAMPORA, LLP 100 JERICHO QUADRANGLE, SUITE 300 JERICHO, NY 11753 | | Claim Number: 14036 Claim Date: 06/02/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $189,788.81 | | | Allowed: | $189,788.81 |

COMPLETE MECHANICAL SERVICES INC
11415 GROOMS ROAD
BLUE ASH, OH 45242

Claim Number: 5587
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,540.00 | | |
|---|---|---|---|---|

COMPLETE PACKAGING II LLC
PO BOX 2089
TEMPLE, TX 76563

Claim Number: 9329
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,133.90 | Scheduled: | $5,275.10 |
|---|---|---|---|---|

COMPREHENSIVE CLAIM SERVICES INC
PO BOX 70097
VANCOUVER, WA 98665-0036

Claim Number: 6149
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,134.00 | | |
|---|---|---|---|---|

COMPRESS AIR INC
1758 GENESIS DRIVE, SUITE A
LA PORTE, IN 46350

Claim Number: 12127
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,008.34 | Scheduled: | $5,008.34 |
|---|---|---|---|---|

COMTRAK LOGISTICS, INC.
C/O HUB GROUP,INC.
3050 HIGHLAND PARKWAY
SUITE 100
DOWNERS GROVE, IL 60515

Claim Number: 6670
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $65,449.25 | Scheduled: | $68,401.00 |
|---|---|---|---|---|

---

CON-WAY TRUCKLOAD INC.
ATTN: LEGAL DEPT
4701 EAST 32ND STREET
P.O. BOX 2547
JOPLIN, MO 64803

Claim Number: 10504
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $88,453.75 | Scheduled: | $178,304.87 | Allowed: | $88,453.75 |

CONAM INSPECTION & ENGINEERING SERVICES
195 CLARKSVILLE ROAD
PRINCETON JUNCTION, NJ 08550-5303

Claim Number: 4163
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,100.00 | Scheduled: | $8,100.00 |

CONCENTRA MED CTRS NORCROSS
ATTN: SHARON HUNTER
PO BOX 82549
HAPEVILLE, GA 30354

Claim Number: 5703
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,435.25 |

CONCRETE IMPROVEMENT
1005 S HILLSIDE DR
SIOUX FALLS, SD 57110

Claim Number: 3737
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $466.23 | Scheduled: | $466.23 |

CONGER INDUSTRIES, INC.
2290 S. ASHLAND AVE.
P.O. BOX 13507
GREEN BAY, WI 54307-3507

Claim Number: 4675
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,898.43 | Scheduled: | $4,594.36 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CONKLIN, TODD E<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10720<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | | |
| UNSECURED | Claimed: | $30,476.52 | | | | | |
| CONN-WELD INDUSTRIES, INC.<br>P.O. BOX 5329<br>PRINCETON, WV 24740 | | Claim Number: 3455<br>Claim Date: 06/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $36,320.84 | Scheduled: | $36,320.84 | | | |
| CONNECTICUT LIGHT & POWER COMPANY, THE<br>NORTHEAST UTILITIES - CCC<br>PO BOX 2899<br>HARTFORD, CT 06101-8307 | | Claim Number: 4571<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $490,452.67 | Scheduled: | $303,118.30 | Allowed: | $490,452.67 | |
| CONNECTICUT NATURAL GAS CORPORATION<br>ATTN: JULIETTE MORLE<br>76 MEADOW STREET<br>EAST HARTFORD, CT 06108 | | Claim Number: 5929<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $13,169.79 | | | Allowed: | $13,169.79 | |
| CONOCOPHILLIPS COMPANY<br>ATTN: PAUL I. HAMADA, SENIOR COUNSEL<br>2080 MCLEAN, 600 NORTH DAIRY ASHFORD<br>HOUSTON, TX 77079 | | Claim Number: 11769<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8879 (01/06/2011) | | | | | |
| UNSECURED | Claimed: | $0.00    UNLIQ CONT | | | | | |

| | | | | |
|---|---|---|---|---|
| CONSOLIDATED CONSTRUCTION<br>4300 N RICHMOND<br>APPLETON, WI 54913-9704 | | Claim Number: 6614<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $786.00 | Scheduled: | $825.30 |
| CONSOLIDATED DISPOSAL SERVICE, INC.<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | | Claim Number: 11341<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
| UNSECURED | Claimed: | $1,358.00 | Scheduled: | $697.20 |
| CONSOLIDATED DISPOSAL SERVICE,INC<br>C/O BRYAN ALBUE<br>FENNEMORE CRAIG PC<br>3003 N CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012 | | Claim Number: 11436<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
| UNSECURED | Claimed: | $20,997.32 | | |
| CONSOLIDATED ELECTRICAL DIST INC<br>PO BOX 2552<br>HARRISBURG, PA 17105-2552 | | Claim Number: 3756<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $11,222.23 | Scheduled: | $29,379.95 |
| CONSOLIDATED ELECTRICAL DISTRIBUTORS INC<br>ASHLEY B. STITZER & JUSTIN R. ALBERTO<br>BAYARD, P.A.<br>222 DELAWARE AVENUE, SUITE 900<br>WILMINGTON, DE 19801 | | Claim Number: 1609-01<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $246.60 | | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | |
|---|---|---|---|---|
| CONSOLIDATED ELECTRICAL DSTRIBUTORS<br>PO BOX 5580<br>KENT, WA 98064 | | Claim Number: 5151-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,592.52 | | |
| CONSOLIDATED FIRE & SAFETY<br>PO BOX 131<br>NEW CARLISLE, IN 46552 | | Claim Number: 4683<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,978.24 | Scheduled: | $1,892.00 |
| CONSOLIDATED PRESS<br>600 S SPOKANE STREET<br>SEATTLE, WA 98134 | | Claim Number: 7858<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,669.95 | Scheduled: | $6,669.00 |
| CONSOLIDATED PRINTING INC<br>PO BOX 626<br>VAN BUREN, AR 72957-0626 | | Claim Number: 8076<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $862.80 | Scheduled: | $862.80 |
| CONSOLIDATED PRODUCTS, INC<br>C/O PIONEER FUNDING GROUP, LLC<br>GREELEY SQUARE STATION, BOX 20188<br>NEW YORK, NY 10001 | | Claim Number: 2083<br>Claim Date: 04/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $83,899.64 | Scheduled: | $82,924.64 |

| | | | | |
|---|---|---|---|---|
| CONSOLIDATED SCRAP RESOURCES, INC.<br>PO BOX 389<br>YORK, PA 17405 | | Claim Number: 6430<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $30,159.80 | Scheduled: | $30,281.00 |
| CONSOLIDATED SCRAP RESOURCES, INC.<br>P.O. BOX 389<br>YORK, PA 17405 | | Claim Number: 9102<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $0.00 | | |
| CONSOLIDATED SCRAP RESOURCES, INC.<br>P.O. BOX 389<br>YORK, PA 17405 | | Claim Number: 9103<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $0.00 | | |
| CONSOLIDATED TOOL CO<br>PO BOX 4115<br>ST JOSEPH, MO 64504 | | Claim Number: 9286<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,274.00 | Scheduled: | $4,274.00 |
| CONSOLIDATED WASTE SYSTEMS INC<br>PO BOX 60173<br>FORT MYERS, FL 33906 | | Claim Number: 5155<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,338.75 | | |

---

CONSOLIDATED WASTE SYSTEMS INC
PO BOX 60173
FORT MYERS, FL 33906

Claim Number: 5156
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,327.61 | Scheduled: | $6,271.00 UNLIQ | | |
|---|---|---|---|---|---|---|

CONSOLIDATION COAL COMPANY
C/O DANIEL M. DARRAGH, ESQ
COHEN & GRIGSBY, PC
625 LIBERTY AVE
PITTSBURGH, PA 15222-3152

Claim Number: 13591
Claim Date: 11/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8880 (01/06/2011)

| UNSECURED | Claimed: | $0.00 UNLIQ | | | Allowed: | $10,000.00 |
|---|---|---|---|---|---|---|

CONSTAR INC
ONE CROWN WAY
PHILADELPHIA, PA 19154

Claim Number: 1645
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,163.50 | Scheduled: | $3,163.50 | | |
|---|---|---|---|---|---|---|

CONSTELLATION NEWENERGY, INC.
C/O HEATHER M. FORREST
JACKSON WALKER L.L.P.
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202

Claim Number: 11256
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| ADMINISTRATIVE | Claimed: | $57,106.72 | | | | |
|---|---|---|---|---|---|---|

CONSTELLATION NEWENERGY-GAS DIVISION LLC
C/O HEATHER M. FORREST
JACKSON WALKER L.L.P
901 MAIN STREET, SUITE 6000
DALLAS, TX 75202

Claim Number: 11255
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| ADMINISTRATIVE | Claimed: | $123,633.48 | | | | |
|---|---|---|---|---|---|---|

CONSTRUCTION PARTNERS, INC.
8910 W. 47TH STREET
BROOKFIELD, IL 60513

Claim Number: 26
Claim Date: 02/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $25,990.00 | Scheduled: | $25,990.00 | Allowed: | $25,990.00 |

CONSUMERS INTERSTATE CORP
2 CONSUMERS AVE
NORWICH, CT 06360-1568

Claim Number: 3777
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,836.34 | Scheduled: | $1,835.26 |

CONTAINER GRAPHICS CORP
PO BOX 890794
CHARLOTTE, NC 28289-0794

Claim Number: 7123
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $1,135,905.77 | Scheduled: | $1,470,085.26  UNLIQ |

CONTINENTAL BRAKE EQUIPMENT CO
501 PUTTER LN
LONGBOAT KEY, FL 34228

Claim Number: 6069
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $520.26 | | |
| UNSECURED | Claimed: | $1,560.45 | Scheduled: | $2,080.71 |

CONTINENTAL NET TRUCKING
PO BOX 190
NEWARK, CA 94560

Claim Number: 12123
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6353 (03/29/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $62,407.00 | Scheduled: | $62,407.00 |

---

CONTINENTAL WESTERN INSURANCE CO.
TROY D. SISUM, ESQUIRE -
NELSON LEVINE DE LUCA & HORST, LLC
518 TOWNSHIP LINE ROAD, SUITE 300
BLUE BELL, PA 19422

Claim Number: 7670
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $75,560.01 | | | | |

CONTRARIAN FUNDS, LLC
TRANSFEROR: MARK TRECE, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 68-01
Claim Date: 02/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $309,449.32 | Scheduled: | $315,472.82 | Allowed: | $309,449.32 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: HATHAWAY, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 218
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $55,212.00 | Scheduled: | $54,612.00 | Allowed: | $55,212.00 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: MID SOUTH ROLLER
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 233
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $21,685.41 | Scheduled: | $21,099.93 | Allowed: | $21,685.41 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 381
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $286.96 | | | | |

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 382<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:          $1,709.81

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 383<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:          $600.09

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 384<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:          $2,185.86

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 385<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:          $586.00

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 386<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:          $288.46

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 387<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:              $185.42

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 388<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:              $545.10

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 389<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:              $327.37

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 390<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:              $135.50

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 391<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:              $775.86

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 392<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $438.26 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 393<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $498.85 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 394<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $607.55 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 395<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $3,099.23 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 396<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $164.62 |

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 397<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $297.60 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 398<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $1,413.14 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 399<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $641.72 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 400<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $4,632.04 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 401<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $372.39 |

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 402<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:              $1,131.50

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 403<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:              $75.99

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 404<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:              $125.92

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 405<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:              $89.81

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 406<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:              $3,240.92

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 407<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED          Claimed: | $347.31 | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 408<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED          Claimed: | $165.58 | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 409<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED          Claimed: | $114.31 | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 410<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED          Claimed: | $48.62 | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 411<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED          Claimed: | $141.81 | |

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 412<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:               $94.67

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 413<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:               $1,447.37

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 414<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:               $1,368.64

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 415<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:               $1,706.05

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 416<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED          Claimed:               $254.48

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 417<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED          Claimed: | $339.18 | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 418<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED          Claimed: | $1,321.10 | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 419<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED          Claimed: | $893.45 | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 420<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED          Claimed: | $346.56 | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 421<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED          Claimed: | $91.52 | |

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 422
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $406.08 |
|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 423
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $584.00 |
|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 424
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,578.00 |
|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 425
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,327.23 |
|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 426
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $391.95 |
|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 428
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $2,120.00 |
|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 429
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $6,075.69 |
|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 430
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $9,908.78 |
|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 431
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $6,327.23 |
|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 432
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $14,616.48 |
|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 433
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,605.00 |
|-----------|----------|-----------|

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 434
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $4,022.76 |
|-----------|----------|-----------|

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 435
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $3,968.87 |
|-----------|----------|-----------|

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 436
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $5,055.01 |
|-----------|----------|-----------|

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 437
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,800.00 |
|-----------|----------|-----------|

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 438<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $131.54 |
|---|---|---|

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 439<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $68.63 |
|---|---|---|

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 440<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $1,186.55 |
|---|---|---|

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 441<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $83.54 |
|---|---|---|

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 442<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $300.44 |
|---|---|---|

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 443<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED            Claimed:              $80.14

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 444<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED            Claimed:              $1,371.16

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 445<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED            Claimed:              $674.95

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 446<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED            Claimed:              $139.91

| | |
|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 447<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |

UNSECURED            Claimed:              $3,096.78

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 448<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED          Claimed: | $135.75 | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 449<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED          Claimed: | $613.81 | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 450<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED          Claimed: | $232.32 | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 451<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED          Claimed: | $106.92 | |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 452<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED          Claimed: | $626.23 | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 453<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED          Claimed: | $1,186.25 |

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 454<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED          Claimed: | $1,663.06 |

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 455<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED          Claimed: | $779.23 |

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 456<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED          Claimed: | $345.59 |

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 458<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
|---|---|
| UNSECURED          Claimed: | $1,267.90 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: ENVIROVAC HOLDINGS, LLC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 501
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $225,095.00 | Scheduled: | $199,777.75 | Allowed: | $225,095.00 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: FUSS & O'NEILL, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 1069
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $104,080.79 | Scheduled: | $104,080.79 | Allowed: | $104,080.79 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: ELECTRIC MOTOR SHOP OF WAKE
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 1187
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $110,242.00 | | | | |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: INLAND SYSTEMS INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 1321
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $48,364.72 | Scheduled: | $48,364.72 | Allowed: | $48,364.72 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: BANNER MOULDED PRODUCTS CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 1447
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $41,785.61 | Scheduled: | $41,785.61 | Allowed: | $41,785.61 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: SITTON MOTOR LINES, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 1466
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $129,016.05 | Scheduled: | $129,607.80 | Allowed: | $129,016.05 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: EXECUTIVE SECURITY SPECIALIS
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 1535
Claim Date: 03/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $19,563.30 | Scheduled: | $20,974.50 | Allowed: | $19,563.30 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: JIT CYLINDERS
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 1636
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $20,584.91 | Scheduled: | $20,584.91 | Allowed: | $20,584.91 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: REED MAINTENANCE SERVICES IN
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 1696
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $252,375.02 | Scheduled: | $273,180.51 | Allowed: | $252,375.02 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: M & M COMPUTING
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 1897
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $35,233.80 | Scheduled: | $35,233.80 | Allowed: | $35,233.80 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: REED MAINTENANCE SERVICES IN
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 1952
Claim Date: 04/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,553.15 | Scheduled: | $3,856.00 | Allowed: | $19,553.15 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: GENERAL CHEMICAL INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 1977
Claim Date: 04/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $16,184.00 | Scheduled: | $290,652.79 | Allowed: | $16,184.00 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: HANEY TRUCK LINE, LLC ET AL
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2107
Claim Date: 04/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $150,740.94 | Scheduled: | $149,434.05 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: MACHINECO, LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2177
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $29,277.67 | Scheduled: | $28,937.67 | Allowed: | $29,277.67 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: BOLTON EMERSON AMERICAS, INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2183
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $93,703.03 | Scheduled: | $62,896.03 | Allowed: | $93,703.03 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: DISTRIBUTION CONCEPTS COMPAN
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2185
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $27,785.04 | Scheduled: | $39,382.34 | Allowed: | $27,785.04 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: WILLIAM ALBERT INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2202
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $184,181.73 | Scheduled: | $188,608.12 | Allowed: | $184,181.73 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: JCI JONES CHEMICALS, INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2558
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13871
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $26,602.30 | Scheduled: | $26,602.30 | Allowed: | $26,602.30 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: VALUE TRANSPORT, LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2569
Claim Date: 04/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $42,900.00 | Scheduled: | $56,935.00 | Allowed: | $42,900.00 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: BRIDGEPORT TRANSPORTATION
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2675
Claim Date: 05/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $23,195.00 | Scheduled: | $22,585.00 | Allowed: | $23,195.00 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: NPP PACKAGING GRAPHICS SPECI
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2737
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $503.36 | | | | |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: CANAL WOOD, LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2807
Claim Date: 05/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $151,255.44 | | | Allowed: | $151,255.44 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: SOUTHERN MAINTENANCE CONTRAC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2873
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $313,980.00 | Scheduled: | $313,980.00 | Allowed: | $313,980.00 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: AMERICAN REFRACTORY COMPANY
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2883
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $39,100.00 | Scheduled: | $39,100.00 | Allowed: | $39,100.00 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: EGAN COMPANY
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3008
Claim Date: 05/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $22,065.25 | Scheduled: | $22,065.25 | Allowed: | $22,065.25 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: MUHLEN SOHN, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3014
Claim Date: 05/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $238,989.12 | Scheduled: | $234,912.12 | | |

CONTRARIAN FUNDS, LLC
TRANSFEROR: ROWE DRILLING COMPANY, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3034
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $47,154.60 | Scheduled: | $47,154.60 | Allowed: | $47,154.60 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: EQUIPMENT DEPOT OHIO, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3045
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $99,184.97 | Scheduled: | $90,182.05 | Allowed: | $99,184.97 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: AUTOMATED CONVEYOR SYSTEMS,
INC.; ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3377
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,001,043.00 | Scheduled: | $711,673.11  UNLIQ | Allowed: | $1,001,043.00 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: PAPER MACHINE SERVICES, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3425
Claim Date: 06/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 139
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $155,064.00 | Scheduled: | $105,934.21 | Allowed: | $155,064.00 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: DYNASTY TRANSPORTATION, LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3452
Claim Date: 06/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $234,897.36 | Scheduled: | $215,989.50 | Allowed: | $234,897.36 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: BYRD, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3486
Claim Date: 06/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $183,564.75 | Scheduled: | $170,134.75 | Allowed: | $183,564.75 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: NOLAN BATTERY COMPANY
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3546
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $40,658.44 | Scheduled: | $40,658.44 | Allowed: | $40,658.44 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: PUMP ENGINEERING SALES &
SERVICE; ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3584
Claim Date: 07/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4176 (01/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $108,499.63 | Scheduled: | $76,235.16 | Allowed: | $108,499.63 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: BOILER THERMAL SERVICES
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3667
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,850.00 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: BOILER THERMAL SERVICES, LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3668
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18,478.00 | Scheduled: | $24,328.00 | Allowed: | $18,478.00 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: BC WOOD PRODUCTS INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3673-01
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $22,420.77 | Scheduled: | $32,817.23 | Allowed: | $22,420.77 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: BC WOOD PRODUCTS INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3673-02
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1354 (08/03/2009)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,446.10 | | Allowed: | $6,446.10 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: DCM TRANSPORT INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 3919
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $179,568.80 | Scheduled: | $179,548.80 | Allowed: | $179,568.80 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: THOMPSON INDUSTRIAL SERVICES
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 4156
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $223,660.93 | Scheduled: | $223,660.93 | Allowed: | $223,660.93 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: GULF GREAT LAKES PKG - MISC
FINISH, ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 4348
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $94,487.05 | Scheduled: | $100,730.30 | Allowed: | $94,487.05 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: CONNEY SAFETY LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 4350-03
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $311,014.59 | Scheduled: | $382,779.87 | Allowed: | $311,014.59 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: DIRECT SERVICE TRANSPORT INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 4357
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $25,269.60 | Scheduled: | $26,657.54 | Allowed: | $25,269.60 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: ADEC INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 4410
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $25,839.30 | Scheduled: | $25,830.30 | Allowed: | $25,839.30 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: DICK IRVIN TRUCKING INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 4691
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $44,898.78 | Scheduled: | $41,859.92 | Allowed: | $44,898.78 |
|---|---|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: ST JUDE PACKAGING INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 4708
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $50,130.52 | Scheduled: | $50,130.52 | Allowed: | | $50,130.52 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: METSO MINERALS INDUSTRIES
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 4739
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $41,456.04 | Scheduled: | $41,903.15 | Allowed: | | $41,456.04 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: CENTRO INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 4798
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,367.36 |
| UNSECURED | Claimed: | $22,667.57 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: THORO CARE INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 5212
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $20,928.34 | Scheduled: | $28,786.53 | Allowed: | | $20,928.34 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: AVID PALLET SERVICES INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 5291
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $51,839.50 | Scheduled: | $51,839.50 | Allowed: | | $51,839.50 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: JACKSON LEWIS LLP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 5328
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $198,311.26 | Scheduled: | $160,846.40 | Allowed: | $198,311.26 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: SMITH HUGHES COMPANY
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 5599
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $32,612.70 | Scheduled: | $32,310.38 | Allowed: | $32,612.70 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: QUALITY CARTON & CONVERTING
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 5626
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $72,094.21 | Scheduled: | $72,094.21 | Allowed: | $72,094.21 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: MASTER TRANSFER CO INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 5863
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $37,142.66 | Scheduled: | $38,040.42 | Allowed: | $37,142.66 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: INTERSPAN RESOURCES INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 6088
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $181,198.76 | Scheduled: | $201,181.29 | Allowed: | $181,198.76 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: JC WITHERSPOON JR INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 6169
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $38,719.76 | Scheduled: | $77,439.52 UNLIQ | Allowed: | $38,719.76 |
|-----------|----------|-----------|-----------|------------------|----------|-----------|

CONTRARIAN FUNDS, LLC
TRANSFEROR: HYDRO THERMAL CORPORATION
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 6228
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $31,068.99 | Scheduled: | $31,068.99 | Allowed: | $31,068.99 |
|-----------|----------|-----------|-----------|-----------|----------|-----------|

CONTRARIAN FUNDS, LLC
TRANSFEROR: TRAFFIC TECH
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 6306
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $80,173.34 | Scheduled: | $78,572.79 | Allowed: | $80,173.34 |
|-----------|----------|-----------|-----------|-----------|----------|-----------|

CONTRARIAN FUNDS, LLC
TRANSFEROR: DC PRUETT CONTRACTING CO
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 6656
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $153,882.38 | Scheduled: | $158,882.38 | Allowed: | $153,882.38 |
|-----------|----------|------------|-----------|------------|----------|------------|

CONTRARIAN FUNDS, LLC
TRANSFEROR: UNIVERSAL LIMITED INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 6658
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $81,359.17 | Scheduled: | $81,359.17 | Allowed: | $81,359.17 |
|-----------|----------|-----------|-----------|-----------|----------|-----------|

CONTRARIAN FUNDS, LLC
TRANSFEROR: EAST PENN RAILROAD, LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 6698
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $38,320.00 | Scheduled: | $26,662.00 UNLIQ | Allowed: | $38,320.00 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: JAMES BROWN TRUCKING CO
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 6708
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $749,934.20 | Scheduled: | $2,312,426.96 UNLIQ | Allowed: | $749,934.20 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: GEO SPECIALTY CHEMICALS INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 6776-01
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $21,220.62 | Scheduled: | $32,728.92 | Allowed: | $21,220.62 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: GEO SPECIALTY CHEMICALS INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 6776-02
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2205 (10/09/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $11,508.30 | | | Allowed: | $11,508.30 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: RECYCLAGE DE PAPIER MD INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 6923
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $69,815.81 | Scheduled: | $67,096.00 | Allowed: | $69,815.81 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: SOUTHERN TIMBER PRODUCTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 6930
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $53,761.38 | Scheduled: | $111,036.03 UNLIQ | Allowed: | $53,761.38 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: KEELS LAND & TIMBER CO INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7110
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $37,689.02 | Scheduled: | $75,378.05 UNLIQ | | |

CONTRARIAN FUNDS, LLC
TRANSFEROR: LILY TRANSPORTATION CORP.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7146
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $187,978.16 | Scheduled: | $638,740.08 UNLIQ | Allowed: | $187,978.16 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: NATIONAL RECYCLE
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7173
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7516 (05/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $22,513.50 | Scheduled: | $22,497.00 | Allowed: | $22,513.50 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: P&J TRUCKING INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7488
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $50,813.15 | Scheduled: | $50,813.15 | Allowed: | $50,813.15 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: DIAMOND HEATING & COOLING
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7578
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $83,112.23 | Scheduled: | $104,312.23 | Allowed: | $83,112.23 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: FLORIDA PUBLIC UTILITIES
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7611
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7432 (05/04/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $61.60 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: FLORIDA PUBLIC UTILITIES CO
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7612
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7432 (05/04/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $170.89 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: FLORIDA PUBLIC UTILITIES CO
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7613
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,170.16 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: FLORIDA PUBLIC UTILITIES CO
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7614
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7432 (05/04/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,103.81 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: FLORIDA PUBLIC UTILITIES CO
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7615
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7432 (05/04/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $126.28 |
| --- | --- | --- |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: FLORIDA PUBLIC UTILITIES
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7616
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7432 (05/04/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $293.80 |
| --- | --- | --- |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: FLORIDA PUBLIC UTILITIES
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7617
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7432 (05/04/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,656.31 |
| --- | --- | --- |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: FLORIDA PUBLIC UTILITIES CO
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7618
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $173,712.27 | Scheduled: | $175,959.99 | Allowed: | $173,712.27 |
| --- | --- | --- | --- | --- | --- | --- |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: STEAM SCIENCE & TECHNOLOGIES
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7648
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $17,834.99 | Scheduled: | $17,745.81 | Allowed: | $17,834.99 |
| --- | --- | --- | --- | --- | --- | --- |

CONTRARIAN FUNDS, LLC
TRANSFEROR: DONAHUE & ASSOC. INTERNATION
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7649
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8376 (08/16/2010)

| UNSECURED | Claimed: | $145,885.49 | Scheduled: | $98,870.57 | Allowed: | $140,000.00 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: MTG LOGISTICS INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7782
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $45,446.43 | Scheduled: | $137,446.43 | Allowed: | $45,446.43 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAGNUM LTL CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7912
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $56,078.46 | Scheduled: | $469.56 | | |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAGNUM LOGISTICS
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7913
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $68,347.80 | Scheduled: | $86,601.92 UNLIQ | | |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAGNUM LTD CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 7914
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $18,238.43 | Scheduled: | $18,238.43 UNLIQ | | |
|---|---|---|---|---|---|---|

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: MAGNUM DEDICATED INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 7915<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $303,426.43 | Scheduled: | $303,426.43 UNLIQ | | |

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: MAGNUM WHSE<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 7916<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $22,093.69 | Scheduled: | $22,093.69 UNLIQ | | |

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: MERCURY PLASTICS INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 7930<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $259,407.89 | Scheduled: | $299,884.75 | Allowed: | $259,407.89 |

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: SULZER PUMPS (CANADA) INC.<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 8018<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $35,908.43 | Scheduled: | $35,932.43 | Allowed: | $35,908.43 |

| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: EVANS ADHESIVES<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 8059<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $34,020.01 | Scheduled: | $35,392.20 | Allowed: | $34,020.01 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: WATKINS & SHEPARD TRUCKING
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9111
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $192,070.02 | Scheduled: | $412,070.02 UNLIQ | Allowed: | $192,070.02 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: EGM, LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9128
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $29,896.74 | Scheduled: | $33,706.42 | Allowed: | $29,896.74 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: T AND T RECYCLING INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9223
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $44,768.45 | Scheduled: | $39,021.91 | Allowed: | $44,768.45 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: JEFFERSON ENERGY TRADING, LL
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9319-01
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,628,729.18 | Scheduled: | $1,813,124.72 UNLIQ | Allowed: | $2,628,729.18 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: WOLYNIEC CONSTRUCTION INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9330
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $27,132.50 | Scheduled: | $27,132.50 | Allowed: | $27,132.50 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: AIM NATIONAL LEASE, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9353
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $115,087.57 | Scheduled: | $330,087.57 UNLIQ | Allowed: | $115,087.57 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAGNUM LTL
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9489
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $65,808.87 UNLIQ | | |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: MARFRED INDUSTRIES
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9679
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $79,772.83 | Scheduled: | $57,981.00 UNLIQ | Allowed: | $79,772.83 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: MERCER HR CONSULTING
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9704
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $126,990.00 | Scheduled: | $159,282.00 | Allowed: | $126,990.00 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: WEAVER LOGGING LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9790
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $107,044.26 | Scheduled: | $214,088.52 | Allowed: | $107,044.26 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: HMH TRANSPORTATION
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9815
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $77,816.28 | Scheduled: | $111,373.11 UNLIQ | Allowed: | $77,816.28 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: THIRD DIMENSION INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9856
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8528 (09/13/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $113,705.41 | Scheduled: | $282,824.30 | Allowed: | $113,705.41 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: POLYCHEM CORPORATION
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 10044-03
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13869
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $303,498.17 | | | Allowed: | $303,498.17 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: BERMAN PRINTING COMP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 10424
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $630,189.31 | Scheduled: | $709,877.79 UNLIQ | Allowed: | $630,189.31 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: FIBRE BOX ASSOCIATION
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 10569
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $84,054.74 | Scheduled: | $84,212.67 UNLIQ | Allowed: | $84,054.74 |
|---|---|---|---|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: WINMAR CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 10577
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $24,960.00 | Scheduled: | $24,960.00 | Allowed: | $24,960.00 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: LEDBETTER INDUSTRIAL LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 10766
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $51,672.24 UNLIQ | | | | |
| UNSECURED | Claimed: | $206,651.10 UNLIQ | Scheduled: | $253,833.85 | Allowed: | $206,651.10 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: FPR HOLDINGS LTD PARTNERSHIP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 10774
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $232,686.86 | Scheduled: | $43,216.24 | Allowed: | $232,686.86 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: VOITH PAPER FABRICS WAYCROSS
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11038-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 6350 (03/29/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $40,642.62 | | | Allowed: | $40,642.42 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: VOITH PAPER ROLLS SOUTH INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11039-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 6350 (03/29/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $270,644.00 | Scheduled: | $651,367.45 | Allowed: | $270,644.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: VOITH PAPER ROLLS WEST INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 11040-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 6350 (03/29/2010) | | | | |
| UNSECURED | Claimed: | $517.10 | | | Allowed: | $517.10 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: VOITH PAPER INC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 11041-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 6350 (03/29/2010) | | | | |
| UNSECURED | Claimed: | $66,987.10 | | | Allowed: | $66,987.10 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: VOITH PAPER FABRICS US SALES<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 11042-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 6350 (03/29/2010) | | | | |
| UNSECURED | Claimed: | $2,526,489.19 | Scheduled: | $6,069.11 | Allowed: | $2,526,489.19 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: VOITH PAPER FABRICS APPLETON<br>INC ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 11043<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6350 (03/29/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $115,790.00 | Scheduled: | $394,867.83 | Allowed: | $115,790.00 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: VOITH PAPER ROLLS CENTRAL<br>INC ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 11044<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 6350 (03/29/2010) | | | | |
| UNSECURED | Claimed: | $152,263.48 | Scheduled: | $152,263.48 | Allowed: | $152,263.48 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: SEVEN OAKS CAPITAL ASSOCIATE
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11067
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $40,336.68 | Scheduled: | $40,336.68 | Allowed: | $40,336.68 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: FLINT PACKAGING PRODUCTS LTD
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11071-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $66,567.57 | Scheduled: | $82,548.28 | Allowed: | $66,567.57 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: SONOCO PRODUCTS COMPANY
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11117
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $99,031.00 | Scheduled: | $166,548.52 | Allowed: | $99,031.00 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR:HAYES MANUFACTURING GROUP INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11119
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $37,305.20 | Scheduled: | $43,679.96 | Allowed: | $37,305.20 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: POWERWASH SERVICES, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11123
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $164,588.80 | Scheduled: | $165,980.44 | Allowed: | $164,588.80 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: CLEARCREEK CONSTRUCTION
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11131
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $189,065.00 | Scheduled: | $190,815.00 | Allowed: | $189,065.00 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: THOMAS J. WEAVER, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11132
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $42,287.50 | Scheduled: | $43,587.50 | Allowed: | $42,287.50 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: STATE TAX SOLUTIONS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11157
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $353,549.00 | Scheduled: | $353,549.00 | Allowed: | $353,549.00 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: CONTRACT TRANSPORT SVCS INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11646
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7189 (04/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $92,229.69 | Scheduled: | $92,142.78 | Allowed: | $92,229.69 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: DOMTAR INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11715
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $759,065.36 | Scheduled: | $806,989.00 UNLIQ | Allowed: | $759,065.36 |
|---|---|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: ESKO GRAPHICS, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11793-03
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $178,596.95 | Scheduled: | $320,808.06 | Allowed: | $178,596.95 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: MOVENTAS INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11805
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $22,605.00 | Scheduled: | $22,605.00 | Allowed: | $22,605.00 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: THARPE COMPANY INC, THE
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11956
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $82,400.17 | Scheduled: | $72,108.68 | Allowed: | $82,400.17 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAGNUM LOGISTICS, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 12644
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,610.71   DISP | Scheduled: | $195.00 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: CONNEY SAFETY PRODUCTS LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13383
Claim Date: 10/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| ADMINISTRATIVE | Claimed: | $63,569.69 |
| UNSECURED | Claimed: | $310,191.59 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: GENERAL CHEMICAL CORP.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13389
Claim Date: 10/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $16,184.00 | Scheduled: | $16,184.00 | | |
|-----------|----------|------------|------------|------------|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: MEGA GULF COAST LINES INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13524
Claim Date: 10/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6353 (03/29/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $62,019.00 | Scheduled: | $2,309.78 | Allowed: | $62,019.00 |
|-----------|----------|------------|------------|-----------|----------|------------|

CONTRARIAN FUNDS, LLC
TRANSFEROR: MEGA GULF COAST LINES INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13536
Claim Date: 10/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5732 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $249,799.26 | | | Allowed: | $249,799.26 |
|-----------|----------|-------------|---|---|----------|-------------|

CONTRARIAN FUNDS, LLC
TRANSFEROR: WESTERN EXPRESS, INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13596
Claim Date: 11/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8580 (09/23/2010)

| UNSECURED | Claimed: | $327,104.61 | Scheduled: | $4,300.00 | Allowed: | $361,691.52 |
|-----------|----------|-------------|------------|-----------|----------|-------------|

CONTRARIAN FUNDS, LLC
TRANSFEROR: NPP PACKAGING GRAPHICS SPECI
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13603
Claim Date: 11/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $279,446.60 | | | | |
|-----------|----------|-------------|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: CARTONES PONDEROSA S.A. DE C
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13607
Claim Date: 11/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $131,120.18 | | | Allowed: | $131,120.18 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: NPP PACKAGING GRAPHICS SPECI
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13616
Claim Date: 11/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $229,408.57 | Scheduled: | $275,915.92 | Allowed: | $229,408.57 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: PERFECT COMMERCE, LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13644
Claim Date: 12/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $103,290.32 | Scheduled: | $103,290.32 | Allowed: | $103,290.32 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: TRIANGLE-T CORPORATION
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13646
Claim Date: 12/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $14,873.04 | | | Allowed: | $14,873.04 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: TRIANGLE-T CORPORATION
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13647
Claim Date: 12/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $19,890.24 | Scheduled: | $34,763.28 | Allowed: | $19,890.24 |
|---|---|---|---|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: KEELS LAND & TIMBER CO INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13648
Claim Date: 12/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $37,689.02 | | | | |
| SECURED | Claimed: | $0.00 | | | | |

CONTRARIAN FUNDS, LLC
TRANSFEROR: VALLEY FORGE CONTAINERS
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13670
Claim Date: 12/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,427.53 | Scheduled: | $14,961.53 | Allowed: | $14,427.53 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: METSO MINERALS INDUSTRIES, I
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13671
Claim Date: 12/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $116,380.40 | Scheduled: | $214,581.30 | Allowed: | $116,380.40 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAIERS TRANSPORT & WAREHOUSE
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13683
Claim Date: 12/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $91,722.66 | | Allowed: | $91,722.66 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: SAIBER LLC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13699
Claim Date: 12/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $45,525.70 | | Allowed: | $45,525.70 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: GRAIN PROCESSING CORPORATION<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 13705<br>Claim Date: 12/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8685 (10/25/2010) | | | | |
| UNSECURED | Claimed: | $1,796,650.20 | | | Allowed: | $1,616,862.63 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: DMX, LLC<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 13706<br>Claim Date: 12/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $29,814.42 | | | Allowed: | $29,814.42 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: HARPER MACHINERY CORP.<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 13715<br>Claim Date: 12/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7451 (05/06/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $107,014.39 | Scheduled: | $175,146.60 | Allowed: | $107,014.39 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: MAGNUM WAREHOUSING<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 13718<br>Claim Date: 12/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $13,243.69 | | | Allowed: | $13,243.69 |
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: MAGNUM LTL CORP.<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 13719<br>Claim Date: 12/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $18,703.58 | | | Allowed: | $18,703.58 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: MAGNUM LTL<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 13720<br>Claim Date: 12/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $3,058.41 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: MAGNUM LTD<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 13721<br>Claim Date: 12/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $6,238.43 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: MAGNUM LOGISTICS<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 13722<br>Claim Date: 12/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $21,783.56 | Allowed: | $21,783.56 |
|---|---|---|---|---|

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: MAGNUM DEDICATED<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 13723<br>Claim Date: 12/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $111,365.55 | Allowed: | $111,365.55 |
|---|---|---|---|---|

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: CENTRO, INC.<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 13727<br>Claim Date: 01/04/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $22,709.96 | Allowed: | $22,709.96 |
|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: HUNT, GUILLOT & ASSOCIATES,
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13734
Claim Date: 01/08/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $44,803.06 | Scheduled: | $39,688.06 | Allowed: | $44,803.06 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: ELECTRIC MOTOR SHOP OF WAKE
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13757
Claim Date: 01/08/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $110,242.00 | Scheduled: | $95,142.00 | Allowed: | $110,242.00 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: MUHLEN SOHN, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13768
Claim Date: 01/19/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $238,989.12 | | | Allowed: | $238,989.12 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: CRANE ENGINEERING SALES, INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13769
Claim Date: 01/19/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $55,719.14 | Scheduled: | $53,659.59 | Allowed: | $55,719.14 |
|---|---|---|---|---|---|---|

CONTRARIAN FUNDS, LLC
TRANSFEROR: BRIDGEPORT TRANSPORTATION
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13807-01
Claim Date: 02/04/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| UNSECURED | Claimed: | $23,195.00 | | | | |
|---|---|---|---|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

| | | |
|---|---|---|
| CONTRARIAN FUNDS, LLC<br>TRANSFEROR: EVANS ADHESIVE CORPORATION<br>ATTN: ALISA MUMOLA<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | Claim Number: 13813<br>Claim Date: 02/08/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |

| UNSECURED | Claimed: | $34,020.01 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: POLYCHEM CORPORATION
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13869
Claim Date: 03/09/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| ADMINISTRATIVE | Claimed: | $74,672.05 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $265,607.01 | Scheduled: | $382,038.70 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: PAPER MACHINE SERVICES INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13968
Claim Date: 04/08/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $155,064.00 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC AS ASSIGNEE OF
JCI JONES CHEMICALS, INC.
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13871
Claim Date: 03/09/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $26,602.30 |
|---|---|---|

---

CONTRARIAN FUNDS, LLC AS ASSIGNEE OF
PACKAGING GRAPHICS, INC.
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 14177
Claim Date: 11/24/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8996 (03/22/2011)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $25,340.00 | Allowed: | $25,340.00 |
|---|---|---|---|---|

---

---

CONTROL CONCEPTS INC
6925 ARAGON CIRCLE STE 2
BUENA PARK, CA 90620

Claim Number: 9584
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $366.80 | Scheduled: | $366.80 | |

---

CONTROL DYNAMICS, INC
RONALD PAGE, PLC
ATTN: RONALD A. PAGE, JR.
4860 COX ROAD, SUITE 200
GLEN ALLEN, VA 23060

Claim Number: 7121
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5768 (03/11/2010)

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $50,049.35 | | | |
| UNSECURED | Claimed: | $181,071.12 | Scheduled: | $242,932.57 | |

---

CONTROL DYNAMICS, INC
RONALD PAGE, PLC
ATTN: RONALD A. PAGE, JR.
4860 COX ROAD, SUITE 200
GLEN ALLEN, VA 23060

Claim Number: 8902
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $50,049.35 | |

---

CONTROL EQUIPMENT SALES, INC.
605 COMMERCE PARK DRIVE
MARIETTA, GA 30060

Claim Number: 8056-01
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,476.14 | | | |
| UNSECURED | | | Scheduled: | $78,042.74 | |

---

CONTROL EQUIPMENT SALES, INC.
605 COMMERCE PARK DRIVE
MARIETTA, GA 30060

Claim Number: 8056-02
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $75,566.15 | | Allowed: | $75,566.15 |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CONTROL SOUTHERN, INC.<br>3850 LAKEFIELD DRIVE<br>SUWANEE, GA 30024 | | Claim Number: 13665<br>Claim Date: 12/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | | |
| UNSECURED | Claimed: | $44,266.30 | | | | | |
| CONTROL SOUTHERN, INC.<br>3850 LAKEFIELD DRIVE<br>SUWANEE, GA 30024 | | Claim Number: 13695<br>Claim Date: 12/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | | |
| UNSECURED | Claimed: | $44,266.30 | | | | | |
| CONTROLLED MOTION SOLUTIONS INC<br>911 POINSETTIA STREET<br>SANTA ANA, CA 92701 | | Claim Number: 5208<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $820.26 | Scheduled: | $820.26 | | | |
| CONTROLWORX, INC.<br>C/O RICKY PASTOR<br>17630 PERKINS ROAD<br>BATON ROUGE, LA 70810 | | Claim Number: 3072-01<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3195 (12/16/2009)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $34,500.95 | Scheduled: | $34,814.74 | Allowed: | $34,500.95 |
| CONTROLWORX, INC.<br>C/O RICKY PASTOR<br>17630 PERKINS ROAD<br>BATON ROUGE, LA 70810 | | Claim Number: 3072-02<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) | | | | | |
| ADMINISTRATIVE | Claimed: | $3,442.00 | | | Allowed: | $3,442.00 |

| | | | | | |
|---|---|---|---|---|---|
| CONTROLWORX, INC.<br>C/O RICKY PASTOR<br>17630 PERKINS ROAD<br>BATON ROUGE, LA 70810 | | Claim Number: 13476<br>Claim Date: 10/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| ADMINISTRATIVE | Claimed: | $3,442.00 | | | |
| UNSECURED | Claimed: | $34,500.95 | | | |
| CONVAL, INC.<br>P.O. BOX 1049<br>265 FIELD RD<br>SOMERS, CT 06071 | | Claim Number: 1962<br>Claim Date: 04/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,517.21 | Scheduled: | $5,517.21 | |
| CONVERTING MACHINES, INC<br>PO BOX 55187<br>PORTLAND, OR 97238-5187 | | Claim Number: 7377<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $402.03 | Scheduled: | $402.03 | |
| CONVERTING SOLUTIONS<br>105 COMMERCE DRIVE<br>ASTON, PA 19014 | | Claim Number: 8528<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED | Claimed: | $3,788.33 | Scheduled: | $3,788.33 | |
| CONVEYOR BELTING SUPPLY INC<br>23230 HIGHWAY 55 # 202<br>LORETTO, MN 55357 | | Claim Number: 8086<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,661.27 | Scheduled: | $2,492.10 | |

---

CONVILLE, JOHN ROBERT
321 NAPOLEON AVENUE
JONESBORO, LA 71251

Claim Number: 10151
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

COOK, FREDDY W.
951 COUNTRY RD.
JONESBORO, LA 71251

Claim Number: 10152
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

COOKS, ANTONE M.
17105 FM 2767
TYLER, TX 75705

Claim Number: 5295
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $120.00 | Scheduled: | $120.00 |
|---|---|---|---|---|

COOLEY, DARLENE, DERRICK & JORDAN
BENEF. OF COOLEY, JERRY LYNN
C/O IAN P. CLOUD, ROBINS CLOUD LLP
2000 WEST LOOP SOUTH, 22ND FLOOR
HOUSTON, TX 77027

Claim Number: 6066
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8938 (02/16/2011)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,000,000.00 |
|---|---|---|

COOPER, DAN J.
8094 183RD ST
CHIPPEWA FALLS,, WI 54729

Claim Number: 13415
Claim Date: 10/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| PRIORITY | Claimed: | $115,239.00 |
|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | | | |
|---|---|---|---|---|---|---|
| COOPER, DWIGHT E.<br>2624 OKALOOSA RD<br>EROS, LA 71238 | | Claim Number: 10405<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| COOPER, JOHN SCOTT<br>351 SANDY ACRES DR.<br>QUITMAN, LA 71268 | | Claim Number: 10153<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| COOPERBELL INC<br>PO BOX 545<br>GLEN ROCK, NJ 07452 | | Claim Number: 7856<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $7,694.35 | Scheduled: | $5,374.88 | | |
| COPELAND ELECTRIC COMPANY, INC.<br>D. BRIAN ALLEN<br>HUDSON, POTTS & BERNSTEIN, LLP<br>P.O. DRAWER 3008<br>MONROE, LA 71210-3008 | | Claim Number: 3464<br>Claim Date: 06/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $33,184.98 | Scheduled: | $30,086.65 | | |
| COPELAND HOLDINGS LLC<br>8305 DUNWOODY PL STE 30<br>ATLANTA, GA 30350-3368 | | Claim Number: 6014<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $29,896.88 | Scheduled: | $26,815.88 | Allowed: | $29,896.88 |

---

COR PAK INC.
1306 JEFFERSON DAVIS HWY
RICHMOND, VA 23224

Claim Number: 3542
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $30,540.65 | Scheduled: | $56,130.90 UNLIQ | Allowed: | $30,540.65 |
|---|---|---|---|---|---|---|

CORCORAN ENVIRONMENTAL SERVICES, INC.
9 HIGH STREET
KENNEBUNK, ME 04043

Claim Number: 2817
Claim Date: 05/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,234.00 | | | | |
|---|---|---|---|---|---|---|

CORCORAN ENVIRONMENTAL SERVICES, INC.
9 HIGH STREET
KENNEBUNK, ME 04043

Claim Number: 2818
Claim Date: 05/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $162.00 | Scheduled: | $17,803.00 | | |
|---|---|---|---|---|---|---|

CORE LINK INC
N922 TOWER VIEW DRIVE    UNIT C
GREENVILLE, WI 54942

Claim Number: 13472
Claim Date: 10/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $334.00 | Scheduled: | $334.00 | | |
|---|---|---|---|---|---|---|

CORFU MACHINE COMPANY INC
1977 GENESEE ST
CORFU, NY 14036

Claim Number: 12149
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,342.00 | Scheduled: | $2,342.00 | | |
|---|---|---|---|---|---|---|

CORNERSTONE SERVICES, INC.
777 JOYCE ROAD
JOLIET, IL 60436

Claim Number: 2121
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,707.86 | Scheduled: | $974.10 | | |

COROPLAST INC.
5001 SPRING VALLEY RD STE 400
DALLAS, TX 75244-3947

Claim Number: 2473
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,445.55 | Scheduled: | $1,445.55 | | |

COROTECH ACQUISITION CO.
5136 CASCADE RD SE STE 2B
GRAND RAPIDS, MI 49546-3728

Claim Number: 3451
Claim Date: 06/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $679,092.00 | | | | |
| UNSECURED | | | Scheduled: | $571,102.00 UNLIQ | | |

COROVAN PT RICHMOND
12375 KERRAN ST.
POWAY, CA 92064

Claim Number: 6039
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,375.17 | Scheduled: | $1,375.00 | | |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: M.S. GONZALES TRUCKING COMPA
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 19
Claim Date: 01/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6353 (03/29/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $39,555.84 | Scheduled: | $74,959.07 | Allowed: | $39,555.84 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: PHASE APPLICATIONS,INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 85<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $260.00 | | | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: PHASE APPLICATIONS, INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 88<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $10,160.00 | Scheduled: | $12,960.00 | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: PHASE APPLICATIONS,INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 113<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,800.00 | | | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: SIGN INDUSTRIES, INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 147<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $11,445.00 | Scheduled: | $11,858.88 | Allowed: | $11,445.00 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ACUCAL INCORPORATED<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 167<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,576.74 | Scheduled: | $2,454.04 | | |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: HYDROVAC SERVICES, INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 331
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $25,041.00 | Scheduled: | $25,041.00 | | |
|---|---|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: SCHWARTZ BROTHERS MFG CO
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 343
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,346.56 | Scheduled: | $8,346.56 | | |
|---|---|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: FALCO LIME
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 597
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $119,682.77 | Scheduled: | $118,843.74 | Allowed: | $119,682.77 |
|---|---|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: INDEPENDENT WELDER REPAIR,
INC. ATTN CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 671
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $25,909.36 | Scheduled: | $25,880.80 | Allowed: | $25,909.36 |
|---|---|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:BLUE HERON MICRO OPPRTNTS FND
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 740
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $945.81 | Scheduled: | $940.78 | | |
|---|---|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: ENVIRONMENTAL SOURCE SAMPLER
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 875
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $58,250.00 | Scheduled: | $58,250.00 | Allowed: | $58,250.00 |
|---|---|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: NORTH AMERICAN CONSTRUCTION
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 965
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $141,285.19 | Scheduled: | $138,985.19 | Allowed: | $141,285.19 |
|---|---|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: WILLIAMS TIMBER INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 1374
Claim Date: 03/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,319.50 | Scheduled: | $9,319.59 | | |
|---|---|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GREGORY POOLE EQUIPMENT COMP
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 1533
Claim Date: 03/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $50,786.15 | Scheduled: | $50,263.92 | Allowed: | $50,786.15 |
|---|---|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: KLC TRANSPORTATION, INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 1548
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $64,668.85 | Scheduled: | $63,103.46 | Allowed: | $64,668.85 |
|---|---|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPORTUNITI
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 1744
Claim Date: 03/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,430.94 | Scheduled: | $8,236.74 | | |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: ELLIS CERTIFIED WELDING
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 1976
Claim Date: 04/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $23,187.25 | Scheduled: | $23,923.75 | Allowed: | $23,187.25 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: TEK GLOBAL SERVICES, INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 2138
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $69,857.71 | Scheduled: | $118,640.83 | Allowed: | $69,857.71 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: TEKSYSTYEMS, INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 2179
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $54,625.34 | | | Allowed: | $54,625.34 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:BLUE HERON MICRO OPPRTNTS FND
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 2236
Claim Date: 04/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,180.47 | Scheduled: | $1,308.80 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: BARNES TRANSPORTATION SERVIC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2382<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $233,205.88 | Scheduled: | $233,205.88 | Allowed: | $233,205.88 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ALLIED FINANCIAL CORPORATION<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2432<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $31,019.59 | Scheduled: | $31,071.53 | Allowed: | $31,019.59 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPORTUNITI<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2517<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,642.86 | Scheduled: | $1,549.09 | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: OSBORN TRANSPORTATION INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2575<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $87,026.73 | Scheduled: | $198,891.32 | Allowed: | $87,026.73 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: VENTYX INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2637<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $359,443.19 | Scheduled: | $359,443.19 | Allowed: | $359,443.19 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GOMEZ PALLETS
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 2693
Claim Date: 04/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $12,850.00 | | | | |
| UNSECURED | Claimed: | $44,286.00 | Scheduled: | $57,136.00 | Allowed: | $44,286.00 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BRUCE SIEMER SERVICES
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 2812
Claim Date: 05/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| SECURED | Claimed: | $94,990.00 | | |
| UNSECURED | | | Scheduled: | $94,990.00 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BEAR TRANSPORTATION SERVICES
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 3344
Claim Date: 06/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $134,074.00 | Scheduled: | $107,960.77 | Allowed: | $134,074.00 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GENERAL TRANSPORTATION SRVC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 3611
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $75,337.33 | Scheduled: | $74,269.78 | Allowed: | $75,337.33 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:BLUE HERON MICRO OPPRTNTS FND
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 3723
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $226.00 | Scheduled: | $226.00 |

| | | | | | |
|---|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPORTUNITI<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3732<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $490.47 | Scheduled: | $475.00 | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: RICHARDSON ELECTRICAL<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3824<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $15,800.00 | Scheduled: | $15,800.00 | Allowed: $15,800.00 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPORTUNITI<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3829<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $450.00 | Scheduled: | $450.00 | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPORTUNITI<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3857<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $966.81 | Scheduled: | $960.00 | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: BLUE HERON MICRO OPPORTUNITI<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3876<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,899.60 | Scheduled: | $1,817.41 | |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: COCHRANE COMPRESSOR LP
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 3905
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,588.32 | Scheduled: | $7,588.32 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPORTUNITI
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4028
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $207.50 | Scheduled: | $207.50 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:BLUE HERON MICRO OPPRTNTS FND
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4079
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $527.51 | Scheduled: | $493.00 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:BLUE HERON MICRO OPPRTNTS FND
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4157
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,959.67 | Scheduled: | $5,959.67 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:BLUE HERON MICRO OPPRTNTS FND
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4170
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1329 (07/28/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $595.77 | | | Allowed: | $595.77 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $595.77 | | |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: PRECISION SCALE CO INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4187
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $737.00 | Scheduled: | $737.00 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPORTUNITI
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4195
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $518.94 | Scheduled: | $518.94 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPORTUNITI
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4221
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $850.00 | Scheduled: | $850.00 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:BLUE HERON MICRO OPPRTNTS FND
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4260
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $209.49 | Scheduled: | $209.49 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GENERAL GRAPHICS CORP
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4370-01
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $171,934.60 | Scheduled: | $204,140.74 | Allowed: | $171,934.60 |
|---|---|---|---|---|---|---|

---

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:UNIVERSAL MACHINING & SERVICE
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4629
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00 UNDET | | | | |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPORTUNITI
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4764
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $198.82 | Scheduled: | $212.24 | | |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: FREIGHT EXPEDITORS INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4814
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $23,207.50 | Scheduled: | $22,566.00 | Allowed: | $23,207.50 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CR&R INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4815
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,862.58 | Scheduled: | $562.64 | | |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: RM TUGWELL & ASSOCIATES INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4821
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $53,035.75 | Scheduled: | $53,035.75 | Allowed: | $53,035.75 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: PROWOLFE PARTNERS INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4825
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $26,397.05 | Scheduled: | $26,397.05 | Allowed: | $26,397.05 |
|---|---|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPORTUNITI
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4884
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $675.14 | Scheduled: | $675.14 | | |
|---|---|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: WHITTINGHILL DISPOSAL SERV
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4979
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,174.00 | Scheduled: | $5,519.50 | | |
|---|---|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:BLUE HERON MICRO OPPRTNTS FND
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 5116
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $204.00 | Scheduled: | $204.00 | | |
|---|---|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: INDUSTRIAL DIESEL POWER
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 5529
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,087.44 | Scheduled: | $2,087.44 | | |
|---|---|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION    Case 09-10235-BLS    Doc 9663    Filed 07/16/18    Page 759 of 2463
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

Date: 07/03/2018

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: ALLEN FREIGHT SERVICES INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 5672
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $279,224.51 DISP | Scheduled: | $267,328.52 | Allowed: | $279,224.51 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: ELECTRICAL REPAIR TECHNOLOGY
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 5692
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $23,396.16 | Scheduled: | $23,396.16 | Allowed: | $23,396.16 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BORDER STATES ELECTRIC (SIOU
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 6113
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,770.09 | | Allowed: | $11,770.09 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPORTUNITI
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 6281
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,444.88 | Scheduled: | $2,444.88 | |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: SEA BREEZE PACKAGING INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 6293
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $26,969.28 | Scheduled: | $26,969.28 | Allowed: | $26,969.28 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPORTUNITI
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 7091
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,522.60 | Scheduled: | $5,522.60 | | |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: LILLY TRUCKING OF VIRGINIA
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 7315
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00  UNDET | | | | |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: OMAHONY AND SONS ELECTRICAL
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 7356
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $26,078.75 | Scheduled: | $22,912.37 | Allowed: | $26,078.75 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPORTUNITI
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 7657
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,371.78 | Scheduled: | $7,052.46 | | |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: AVALON EXPRESS INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 7830
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $60,463.80 | Scheduled: | $60,319.80 | Allowed: | $60,463.80 |

SMURFIT-STONE CONTAINER CORPORATION    Case 09-10235-BLS    Doc 9663    Filed 07/16/18    Page 761 of 2463
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

Date: 07/03/2018

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: JENCO MICROEDGE INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8100-01
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $372.54 | | | | | |
| UNSECURED | | | Scheduled: | $6,177.70 | | | |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: JENCO MICROEDGE INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8100-02
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,171.66 | | | | | |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:BLUE HERON MICRO OPPRTNTS FND
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8284
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,340.29 | Scheduled: | $1,701.86 | | | |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CREATIVE PACKAGING INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 9083
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $27,710.84 | Scheduled: | $27,187.72 | Allowed: | $27,710.84 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: NORTHSTAR PULP & PAPER CO.,
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 9208
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $61,809.35 | Scheduled: | $81,105.00 | | | |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: UNIVERSAL DIE SERVICES INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 9224
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $31,084.00 | Scheduled: | $32,117.00 | Allowed: | $31,084.00 |
|---|---|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: JSM ELECTRIC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 9590
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,050.00 | Scheduled: | $11,400.00 | Allowed: | $10,050.00 |
|---|---|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPORTUNITI
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 9824
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,246.34 | Scheduled: | $1,246.34 | | |
|---|---|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: RENSENHOUSE ELECTRIC SUPPLY
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 10088
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $17,729.56 | Scheduled: | $17,508.24 | Allowed: | $17,729.56 |
|---|---|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: IES INDUSTRIAL DBA MURRAY EL
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 10444
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| SECURED | Claimed: | $323,214.72   UNLIQ | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $329,094.86 | | |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: JB HUNT TRANSPORTATION CO
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 10469
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $141,627.61 | Scheduled: | $518,643.85 | Allowed: | $141,627.61 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CRISTINI NORTH AMERICA INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 10906
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $24,470.62 | Scheduled: | $24,470.62 | Allowed: | $24,470.62 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: DISCOUNT PALLET
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 11048
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $138,706.25 | | | Allowed: | $138,706.25 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: OFFICE PAPER SYSTEMS
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12037-02
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8537 (09/14/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $186,050.09 | Scheduled: | $369,724.00 | | |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CONTROL SOUTHERN, INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12180
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $44,266.30 | Scheduled: | $44,273.20 | Allowed: | $44,266.30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR:BLUE HERON MICRO OPPRTNTS FND<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 12482<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $469.00 | Scheduled: | $469.00 | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CYTEC INDUSTRIES INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 13843-02<br>Claim Date: 02/23/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $38,286.44 | | | Allowed: | $38,286.44 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: DPC ENTERPRISES LP<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 13949<br>Claim Date: 04/02/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $48,634.66 | Scheduled: | $50,368.21 | Allowed: | $48,634.66 |
| CORROSION FLUID PRODUCTS CORP<br>DEPT 78278<br>P.O.BOX 78000<br>DETROIT, MI 48278-0278 | | Claim Number: 4664<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,823.47 | Scheduled: | $1,823.47 | | |
| CORRUGATED CHEMICALS INC<br>5410 HOMBERG DRIVE<br>SUITE 20<br>KNOXVILLE, TN 37919 | | Claim Number: 7517-01<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $24,871.99 | Scheduled: | $239,968.63 | | |

CORRUGATED CHEMICALS INC
5410 HOMBERG DRIVE
SUITE 20
KNOXVILLE, TN 37919

Claim Number: 7517-02
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $219,279.36 | | | Allowed: | $219,279.36 |
|---|---|---|---|---|---|---|

CORRUGATED CONTAINERS INC
P O BOX 10
PINEY FLATS, TN 37686

Claim Number: 4550
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $445.50 | Scheduled: | $445.50 | | |
|---|---|---|---|---|---|---|

CORRUGATED GEAR SERVICES, INC.
JOSEPH J. BURTON, JR., ESQUIRE
BURTON & ARMSTRONG, LLP
2 RAVINIA DRIVE, SUITE 1750
ATLANTA, GA 30346

Claim Number: 2997-01
Claim Date: 05/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $163,913.25 | Scheduled: | $255,084.41  UNLIQ | Allowed: | $163,913.25 |
|---|---|---|---|---|---|---|

CORRUGATED MACHINERY SPECIALIST, INC.
2310 N GLASSELL STREET
ORANGE, CA 92865

Claim Number: 3271
Claim Date: 06/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $145,940.68 | Scheduled: | $146,137.68 | Allowed: | $145,940.68 |
|---|---|---|---|---|---|---|

CORRUGATED MAINTENANCE SERVICE INC
PO BOX 190
LITHONIA, GA 30058

Claim Number: 5586
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $225,440.00 | Scheduled: | $84,680.00 | | |
|---|---|---|---|---|---|---|

---

COSHOCTON BRAKE & SUPPLY CO
PO BOX 665
COSHOCTON, OH 43812

Claim Number: 6500
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,565.74 | Scheduled: | $2,581.88 |

---

COSHOCTON LUMBER CO., INC.
PO BOX 939
COSHOCTON, OH 43812

Claim Number: 13831
Claim Date: 02/16/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,576.71 | Scheduled: | $3,561.31 |

---

COSHOCTON WATER DEPARTMENT
760 CHESTNUT STREET
COSHOCTON, OH 43812

Claim Number: 2888
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $137,543.61 | | |
| UNSECURED | | | Scheduled: | $136,964.03 |

---

COTRAILER REPAIR
1860 NW 125 TERRACE
PEMBROKE PINES, FL 33028

Claim Number: 2384
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,712.00 | Scheduled: | $2,369.67 |

---

COTTON, ELBERT RAY
855 COULEE CREEK DR
JONESBORO, LA 71251

Claim Number: 10154
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| | | | | |
|---|---|---|---|---|
| COUNTRY SIDE PROPANE<br>1601 TURKEY CREEK ROAD<br>PLANT CITY, FL 33566 | | Claim Number: 2755<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $174.15 | Scheduled: | $174.15 |
| COUNTY OF MADISON<br>KAY PACE<br>TAX COLLECTOR<br>PO BOX 113<br>CANTON, MS 39046 | | Claim Number: 14102<br>Claim Date: 08/12/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,174.77 | Scheduled: | $2,174.77 |
| COURIER-JOURNAL, THE<br>525 W. BROADWAY<br>LOUISVILLE, KY 40202 | | Claim Number: 1517<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,321.40 | Scheduled: | $9,121.00 |
| COURT HOUSE RENT ALL<br>P O BOX 747<br>WASHINGTON COURT HOUSE, OH 43160 | | Claim Number: 9270<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $757.78 | Scheduled: | $757.78 |
| COWANS, TERRY LORENZO<br>909 TALTON ST.<br>JONESBORO, LA 71251 | | Claim Number: 10155<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

COX ELECTRONICS OF PERRY INC
PO BOX 1457
PERRY, FL 32348

Claim Number: 9343
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $97.87 | Scheduled: | $97.87 | | |
|---|---|---|---|---|---|---|

COX, DAVID
1831 N CARSON STREET
CARSON CITY, NV 89701

Claim Number: 3957
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $358.00 | Scheduled: | $358.00 | | |
|---|---|---|---|---|---|---|

CP RESCUE
2021 CAROUSEL DRIVE
HOLLISTER, CA 95023

Claim Number: 11400
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,221.31 | Scheduled: | $4,221.31 | | |
|---|---|---|---|---|---|---|

CRAFTSMAN CUTTING DIES INC
2273 E. VIA BURTON
ANAHEIM, CA 92801

Claim Number: 9995
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8407 (08/18/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $39,636.48 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $110,248.90 | Scheduled: | $172,517.79 | Allowed: | $110,248.90 |

CRAIGHEAD COUNTY TAX COLLECTOR
511 UNION ST
SUITE 511
JONESBORO, AR 72401

Claim Number: 5163
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| PRIORITY | Claimed: | $10,217.76 | Scheduled: | $0.00  UNLIQ | | |
|---|---|---|---|---|---|---|

CRAMER, MICHAEL
3625 N. 82ND STREET
MILWAUKEE, WI 53222

Claim Number: 11062
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,000.00 UNDET | | |

CRANE TESTING SERVICES INC
2700 GOOLSBY AVENUE
RICHMOND, VA 23234

Claim Number: 7518
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,250.00 | Scheduled: | $1,250.00 |

CRANEMASTERS INC
PO BOX 7780
RICHMOND, VA 23231

Claim Number: 11887
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $616.06 | Scheduled: | $616.06 |

CRANEMASTERS, INC.
3001 WILLIAMSBURG ROAD
RICHMOND, VA 23231

Claim Number: 11886
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,168.10 | | |

CRAPO LTD
1908 E 500 N
SAINT ANTHONY, ID 83445

Claim Number: 7995
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,226.00 | Scheduled: | $8,615.00 |

CRAWFORD'S ENGINE SERVICE
2047 PLEASANT HILLS RD
WILLIAMSPORT, PA 17701

Claim Number: 9961
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $347.50 | Scheduled: | $347.50 | | |

CREATIVE PACKAGING ASOC INC
PO BOX 686
MILAN, IL 61264

Claim Number: 3823
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $344.00 | Scheduled: | $344.00 | | |

CREATIVE PATTERNS, INC.
DAVID CUMMINS, PRES.
PO BOX 5549
NEWARK, NJ 07105

Claim Number: 3082
Claim Date: 05/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,525.00 | Scheduled: | $9,150.00 | Allowed: | $10,525.00 |

CREATIVE SOUND CONCEPTS INC
1491 NORTHSIDE DRIVE SUITE B
ATLANTA, GA 30318

Claim Number: 4188
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $290.00 | Scheduled: | $290.00 | | |

CREDIT INTERNATIONAL CORPORATION
PO BOX 1268
BOTHELL, WA 98041-1268

Claim Number: 11477
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,066.36 | Scheduled: | $1,066.36 | | |

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: SEAL RYT CORP
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 520
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13932
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $6,264.77 | Scheduled: | $6,264.77 |

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: GAMS DEVELOPMENT CORPORATION
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 2146
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,400.00 | Scheduled: | $8,400.00 |

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: BURCKHARDT COMPRESSION US IN
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 2916
Claim Date: 05/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,989.64 | Scheduled: | $10,989.64 |

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: SCHAUL'S SIGNATURE
GOURMET FOODS
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 2954
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13930
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $3,088.47 | Scheduled: | $3,088.47 |

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: SINFLEX PAPER COMPANY, INC.
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 3391
Claim Date: 06/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13928
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $1,235.75 | Scheduled: | $1,235.75 |

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: LEROY HANSON CO INC, THE
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 3678
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,723.59 | Scheduled: | $1,723.59 |

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: SIERRA INTERNATIONAL MACHINE
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 3959
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,073.32 | Scheduled: | $1,073.32 |

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: BGR INC
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 4086
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,025.26 | Scheduled: | $3,316.09 |

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: G&K SERVICES - 484315
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 4093
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13926
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $2,719.24 | Scheduled: | $2,719.24 |

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: PRODUCTIVE TRANSPORTATION
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 4103
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,959.25 | Scheduled: | $2,959.25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: MID-FLORIDA GOLF CARS DISTRI<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | | Claim Number: 4421-01<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,060.82 | Scheduled: | $1,089.30 | | |
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: MID-FLORIDA GOLF CARS DISTRI<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | | Claim Number: 4421-02<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $38.56 | | | Allowed: | $38.56 |
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: VENTURE TAPE CORP<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | | Claim Number: 4559<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13929<br>DOCKET: 7550 (05/10/2010) | | | | |
| UNSECURED | Claimed: | $5,206.06 | Scheduled: | $5,407.69 | | |
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: BENDLER MECHANICAL COMPANY,<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | | Claim Number: 5083<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $7,242.67 | Scheduled: | $7,242.67 | | |
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: WESTERN PACIFIC PULP & PAPER<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | | Claim Number: 5825<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13933<br>DOCKET: 7553 (05/10/2010) | | | | |
| UNSECURED | Claimed: | $8,003.45 | Scheduled: | $6,829.00 | | |

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: DYNAMEX INC
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 6237
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13931
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $2,349.28 | Scheduled: | $3,275.01 |
|---|---|---|---|---|

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: DON THOMAS PETROLEUM INC
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 6490
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,586.24 | Scheduled: | $4,586.24 |
|---|---|---|---|---|

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: RC SALES AND MANUFACTURING I
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 9356
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,103.50 | Scheduled: | $1,103.50 |
|---|---|---|---|---|

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: UTXL INC
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 10997
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,942.22 | Scheduled: | $3,598.56 |
|---|---|---|---|---|

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: BLUE CHIP 2000 COMMERCIAL CL
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 12412
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,973.62 | Scheduled: | $3,973.62 |
|---|---|---|---|---|

| | |
|---|---|
| CREDITOR LIQUIDITY, LP AS ASSIGNEE OF "G&K SERVICES - 484315" 200 BUSINESS PARK DRIVE, SUITE 200 ARMONK, NY 10504 | Claim Number: 13926 Claim Date: 03/25/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $2,719.24 |
|---|---|---|

| | |
|---|---|
| CREDITOR LIQUIDITY, LP AS ASSIGNEE OF "ASSURANCE HEATING AND AIR" 200 BUSINESS PARK DRIVE, SUITE 200 ARMONK, NY 10504 | Claim Number: 13927 Claim Date: 03/25/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $8,010.00 |
|---|---|---|

| | |
|---|---|
| CREDITOR LIQUIDITY, LP AS ASSIGNEE OF "SINFLEX PAPER CO INC" 200 BUSINESS PARK DRIVE, SUITE 200 ARMONK, NY 10504 | Claim Number: 13928 Claim Date: 03/25/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $1,235.75 |
|---|---|---|

| | |
|---|---|
| CREDITOR LIQUIDITY, LP AS ASSIGNEE OF "VENTURE TAPE CORP." 200 BUSINESS PARK DRIVE, SUITE 200 ARMONK, NY 10504 | Claim Number: 13929 Claim Date: 03/25/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $5,206.06 |
|---|---|---|

| | |
|---|---|
| CREDITOR LIQUIDITY, LP AS ASSIGNEE OF "SCHAULS SIGNATURE CUISINE AND EVENT" 200 BUSINESS PARK DRIVE, SUITE 200 ARMONK, NY 10504 | Claim Number: 13930 Claim Date: 03/25/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8093 (06/21/2010) |

| UNSECURED | Claimed: | $3,088.47 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| CREDITOR LIQUIDITY, LP AS ASSIGNEE OF "DYNAMEX INC." 200 BUSINESS PARK DRIVE, SUITE 200 ARMONK, NY 10504 | | Claim Number: 13931 Claim Date: 03/25/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $2,349.28 | | |
| CREDITOR LIQUIDITY, LP AS ASSIGNEE OF "SEAL RYT CORP" 200 BUSINESS PARK DRIVE, SUITE 200 ARMONK, NY 10504 | | Claim Number: 13932 Claim Date: 03/25/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $6,264.77 | | |
| CREDITOR LIQUIDITY, LP AS ASSIGNEE OF "WESTERN PACIFIC PULP AND PAPER" 200 BUSINESS PARK DRIVE, SUITE 200 ARMONK, NY 10504 | | Claim Number: 13933 Claim Date: 03/25/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $8,003.45 | | |
| CRENSHAW MACHINE SYSTEMS, INC. 700 WILLIAMS STREET BAY MINETTE, AL 36507 | | Claim Number: 1422 Claim Date: 03/12/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7552 (05/10/2010) THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,100.00 | Scheduled: | $1,100.00 |
| CRENSHAW'S CLEAN CUT 640 JUDGE RD HOPE HULL, AL 36043 | | Claim Number: 4384 Claim Date: 07/10/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7550 (05/10/2010) THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,235.00 | Scheduled: | $5,235.00 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

CRESCENT PAPERTUBE CO
7325 INDUSTRIAL ROAD
FLORENCE, KY 41042

Claim Number: 4763
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,383.34 | Scheduled: | $2,383.34 |
|---|---|---|---|---|

CRESSET POWERS LTD
64 WEST BELLEVUE DR
PASADENA, CA 91105

Claim Number: 5107
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,238.20 | Scheduled: | $5,238.00 |
|---|---|---|---|---|

CRETE CARRIER
PO BOX 81228
LINCOLN, NE 68501

Claim Number: 6766
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $566.90 | Scheduled: | $644.00 |
|---|---|---|---|---|

CREWS, RODNEY C.
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10700
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $91,585.24 |
|---|---|---|

CRIMSON SHIPPING COMPANY
150 VIADUCT ROAD
CHICKASAW, AL 36611

Claim Number: 8155-01
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,925.86 |
|---|---|---|

CRIMSON SHIPPING COMPANY
150 VIADUCT ROAD
CHICKASAW, AL 36611

Claim Number: 8155-02
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $67,129.14 | | |

CRIST CO INC
201 BELL PLACE SUITE F
WOODSTOCK, GA 30188

Claim Number: 13452
Claim Date: 09/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,420.55 | Scheduled: | $1,420.55 |

CRISTO REY WORK STUDY PROGRAM INC
1852 W 22ND PLACE
CHICAGO, IL 60608

Claim Number: 5455
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,193.55 | Scheduled: | $5,750.00 |

CRITICAL POWER SERVICES, INC
4732 LEBANON ROAD
CHARLOTTE, NC 28227

Claim Number: 7240
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,480.00 | Scheduled: | $10,580.00 |

CRITTENDEN CONVERSION CORP
PO BOX 719
30380 S.E. HIGH POINT WAY
PRESTON, WA 98050

Claim Number: 4016
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,385.38 | Scheduled: | $6,385.38 |

---

CROLL-REYNOLDS CO., INC.
SIX CAMPUS DRIVE
PARSIPPANY, NJ 07054

Claim Number: 5302
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,299.02 | Scheduled: | $19,299.02 | Allowed: | $19,299.02 |

CROP PRODUCTION SERVICES, INC.
ERIN KESSEL, ESQ.
C/O SPOTTS FAIN PC
P.O. BOX 1555
RICHMOND, VA 23218-1555

Claim Number: 3581
Claim Date: 07/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $211,105.60 | Scheduled: | $211,112.16 | Allowed: | $211,105.60 |

CROWLEY CARIBBEAN SERVICES LLC
ATTN: COLLECTIONS DEPT
9487 REGENCY SQUARE BLVD.
JACKSONVILLE, FL 32225

Claim Number: 7810
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $450.03 |

CROWN BUILDING MAINTENANCE CO
D/B/A ABLE BUILDING MAINTENANCE COMPANY
868 FOLSOM STREET
SAN FRANCISCO, CA 94107

Claim Number: 11161
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,163.11 | Scheduled: | $3,177.55 |

CROWN CONTROLS INC
2316 CROWNPOINT EXEC DR
CHARLOTTE, NC 28227

Claim Number: 9533-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,411.00 | | |
| UNSECURED | | | Scheduled: | $2,423.82 |
| TOTAL | Claimed: | $2,423.82 | | |

CROWN CONTROLS INC
2316 CROWNPOINT EXEC DR
CHARLOTTE, NC 28227

Claim Number: 9533-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2032 (09/24/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $2,411.00 | | | Allowed: | $2,411.00 |
|---|---|---|---|---|---|---|

CROWN ENTERPRISES LTD
OPERATING AS SECURESHRED
P.O. BOX 1850, 332 INDUSTRIAL DRIVE
REGINA, SK S4P 3E1
CANADA

Claim Number: 679
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,700.50 | Scheduled: | $4,496.30 |
|---|---|---|---|---|

CROWN PACKAGING CORP.
17854 CHESTERFIELD AIRPORT ROAD
CHESTERFIELD, MO 63005

Claim Number: 1536
Claim Date: 03/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,195.60 | Scheduled: | $1,195.60 |
|---|---|---|---|---|

CROWN SERVICES INC
ATTN: KEVIN MCCLUER
777 BUSCH COURT
COLUMBUS, OH 43229

Claim Number: 7209
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $30,952.21 | Scheduled: | $30,952.21 |
|---|---|---|---|---|

CROWN SERVICES INC
777 BUSCH COURT
COLUMBUS, OH 43229

Claim Number: 7210
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,462.81 | Scheduled: | $7,462.81 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| CROWN SERVICES INC<br>777 BUSCH CT<br>COLUMBUS, OH 43229 | | Claim Number: 7211<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,709.75 | Scheduled: | $5,404.33 |
| CROWN SHREDDING, LLC<br>P.O. BOX 971<br>WINTER HAVEN, FL 33882 | | Claim Number: 1021<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| CRST VAN EXPEDITED INC<br>PO BOX 71573<br>CHICAGO, IL 60694-1573 | | Claim Number: 10620<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $307.19 | Scheduled: | $307.19 |
| CRUM, DENNIS<br>C/O JAMES E. SORENSON, ESQ.<br>WILLIAMS, GAUTIER, GWYNN, DELOACH &<br>SORENSON P.A. PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10692<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $92,812.26 | | |
| CRUZ, NICHOLAS<br>C/O JAMES E. SORENSON, ESQ.<br>WILLIAMS, GAUTIER, GWYNN, DELOACH, &<br>SORENSON P.A. PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10684<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $2,758.92 | | |

| CRYSTAL COMMUNICATION, INC.<br>1601 NEPTUNE DRIVE<br>SAN LEANDRO, CA 94577 | | Claim Number: 2776<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $453.03 | Scheduled: | $415.53 | | |
| CRYSTAL MOTOR EXPRESS INC<br>10 KIMBALL LANE<br>LYNNFIELD, MA 01940 | | Claim Number: 315<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $39,299.63 | Scheduled: | $38,616.78 | Allowed: | $39,299.63 |
| CSC OF SALINAS<br>721B ABBOTT STREET<br>SALINAS, CA 93901 | | Claim Number: 3672<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,498.21 | Scheduled: | $1,498.21 | | |
| CSI WASTE SERVICES<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012 | | Claim Number: 11284<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | | | |
| UNSECURED | Claimed: | $3,453.82 | Scheduled: | $3,408.13 | | |
| CTR ELECTRONICS RECYCLING INC<br>525 KING AVE<br>GALION, OH 44833 | | Claim Number: 6167<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $5,907.00 | Scheduled: | $5,907.00 | Allowed: | $5,907.00 |

| | | | | |
|---|---|---|---|---|
| CULLIGAN BOTTLED WATER<br>PO BOX 35339<br>PANAMA CITY, FL 32412 | | Claim Number: 12472<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $909.00 | | |
| CULLIGAN BOTTLED WATER<br>PO BOX 35339<br>PANAMA CITY, FL 32412 | | Claim Number: 12473<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $861.93 | Scheduled: | $648.13 |
| CULLIGAN BOTTLED WATER<br>PO BOX 35339<br>PANAMA CITY, FL 32412 | | Claim Number: 12474<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $822.50 | Scheduled: | $154.70 |
| CULLIGAN BOTTLED WATER<br>PO BOX 35339<br>PANAMA CITY, FL 32412 | | Claim Number: 12475<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $799.53 | Scheduled: | $32.00 |
| CULLIGAN BOTTLED WATER<br>315 E 15TH ST<br>PANAMA CITY, FL 32405-5408 | | Claim Number: 12476<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $292.65 | Scheduled: | $297.43 |

---

CULLIGAN BOTTLED WATER
315 E 15TH ST
PANAMA CITY, FL 32405-5408

Claim Number: 12477
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7516 (05/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $496.25 | Scheduled: | $584.93 |
|-----------|----------|---------|------------|---------|

CULLIGAN BOTTLED WATER
315 E 15TH STREET
PANAMA CITY, FL 32405

Claim Number: 12478
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,415.16 | Scheduled: | $4,513.76 |
|-----------|----------|-----------|------------|-----------|

CULLIGAN WATER SYSTEMS
2022 POLYMER DRIVE
CHATTANOOGA, TN 37421

Claim Number: 5624
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $722.69 | Scheduled: | $661.50 |
|-----------|----------|---------|------------|---------|

CULPEPPER, BILLY RAY
248 SYBWOOD DR
JONESBORO, LA 71251

Claim Number: 10406
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|-----------|----------|---------------|

CUMMINS NORTHWEST LLC
PO BOX 4800 UNIT 50
PORTLAND, OR 97208-4800

Claim Number: 4104
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $144.86 | Scheduled: | $187.86 |
|-----------|----------|---------|------------|---------|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

| CUPPLES J&J CO., INC.<br>PO BOX 458<br>JACKSON, TN 38302-0458 | Claim Number: 3195<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,078.52 | Scheduled: | $2,198.86 |

| CURBELL INC<br>7 COBHAM DRIVE<br>ORCHARD PARK, NY 14127 | Claim Number: 4519<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $411.04 | Scheduled: | $411.04 |

| CURTIS 1000 INC MINNESOTA<br>DEPT CH 19157<br>PALATINE, IL 60055-9157 | Claim Number: 6342<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $384.45 | Scheduled: | $384.45 |

| CUSTOM ASSEMBLY & MANUFACTURING CORP.<br>P.O. BOX 4286<br>FORT SMITH, AR 72914 | Claim Number: 21<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,597.64 | Scheduled: | $14,483.07 |

| CUSTOM BUSINESS FORMS<br>210 EDGE PLACE NE<br>MINNEAPOLIS, MN 55418 | Claim Number: 4076<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $244.90 | Scheduled: | $244.90 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CUSTOM COFFEE PLAN<br>20333 S NORMANDIE AVENUE<br>TORRANCE, CA 90509 | | Claim Number: 2720<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $502.80 | Scheduled: | $511.16 | | |
| CUSTOM FABERKIN<br>640 FOND DU LAC AVE<br>PO BOX 1065<br>FOND DU LAC, WI 54936-1065 | | Claim Number: 5813<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $380.38 | Scheduled: | $380.38 | | |
| CUSTOM INDUSTRIAL SERVICES, INC<br>P.O. BOX 2734<br>LEWISBURG, TN 37091-1734 | | Claim Number: 11035<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $103,060.51 | Scheduled: | $61,843.25 | | |
| CUSTOM MACHINE WORKS<br>240 SEEBOLD SPUR<br>FENTON, MO 63026 | | Claim Number: 5152<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $471.21 | Scheduled: | $465.00 | | |
| CUSTOM STAFFING, INC<br>C/O PIONEER FUNDING GROUP, LLC<br>GREELEY SQUARE STATION<br>PO BOX 20188<br>NEW YORK, NY 100001 | | Claim Number: 8020<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $78,892.16 | Scheduled: | $70,647.02 | Allowed: | $78,892.16 |

---

CUSTOM THREADING SYSTEMS LLC
1230 GRUBB ROAD
CHILLICOTHE, OH 45601

Claim Number: 8136
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,780.00 | Scheduled: | $14,780.00 | | | |

CW AUSTIN COMPANY INC
PO BOX 224
AUSTELL, GA 30168

Claim Number: 6473
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,741.30 | Scheduled: | $1,741.30 | | | |

CW TRANSPORTATION
4271 SAN VISCAYA CIRCLE
CORONA, CA 92882

Claim Number: 4922
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $41,608.82 | | | | | |

CW&T CORPORATE
PO BOX 336
STORM LAKE, IA 50588

Claim Number: 4606
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $23,273.48 UNLIQ | | | |

CWT INC
3030 TOLL HOUSE ROAD
DRAKES BRANCH, VA 23937

Claim Number: 3988
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $124,385.48 | Scheduled: | $236,391.21 UNLIQ | Allowed: | $124,385.48 | |

CXPRESS TRUCKING, INC.
1608 COMMERCE ROAD
RICHMOND, VA 23224

Claim Number: 1
Claim Date: 01/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $76,102.48 | Scheduled: | $205,702.59 UNLIQ | Allowed: | $76,102.48 |

CYTEC INDUSTRIES INC.
DIANE LEWIS
FIVE GARRET MOUNTAIN PLAZA
WEST PATTERSON, NJ 07424

Claim Number: 1184
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $226,662.90 | Scheduled: | $230,947.48 | |

CYTEC INDUSTRIES INC.
DIANE LEWIS
FIVE GARRET MOUNTAIN PLAZA
WOODLAND PARK, NJ 07424

Claim Number: 13843-01
Claim Date: 02/23/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $136,241.75 | | Allowed: | $136,241.75 |

D & R SALES DBA INTERMOUNTAIN SAFETY
SHOES
15400 WEST 44TH AVENUE
GOLDEN, CO 80403

Claim Number: 11732
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $185.89 | Scheduled: | $1,241.98 | |

D R OFFICE WORKS INC (CERRITOS-PLANT)
9956 BALDWIN PL
500 POINTE DRIVE
EL MONTE, CA 91731

Claim Number: 4835
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,183.17 |

| D&D COMPRESSOR INC<br>258 KINNEY DRIVE<br>SAN JOSE, CA 95112 | | Claim Number: 13880<br>Claim Date: 03/12/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,678.35 | Scheduled: | $4,242.97 | | | |
| D&D DISPOSAL CORP<br>PO BOX 55338<br>VALENCIA, CA 91385 | | Claim Number: 5484<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,656.00 | Scheduled: | $1,650.00 | | | |
| D&G ELECTRIC INC<br>24435 S DOROTHY DRIVE<br>CRETE, IL 60417 | | Claim Number: 4890<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $3,700.42 | Scheduled: | $3,700.42 | | | |
| D&L TRUCKING INCORPORATED<br>PO BOX 1741<br>WILMINGTON, NC 28402 | | Claim Number: 12166<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $10,413.26 | Scheduled: | $10,413.26 | Allowed: | $10,413.26 | |
| D&L VENDING COMPANY<br>1111 BYRD ROAD<br>BROXTON, GA 31519 | | Claim Number: 5170<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $225.00 | Scheduled: | $150.00 | | | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

| | | | | |
|---|---|---|---|---|
| D&M CHIPBOARDS LLC<br>PO BOX 211<br>9011 E VAN HOOK<br>MILAN, TN 38358 | | Claim Number: 4749<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,652.00 | Scheduled: | $1,652.00 |
| D&M DISTRIBUTION SERVICES, INC.<br>P.O. BOX 271150<br>OKLAHOMA CITY, OK 73137 | | Claim Number: 3500<br>Claim Date: 06/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $12,053.06 | Scheduled: | $18,643.20 |
| D&N TRUCKING INC<br>206 FOX ROAD<br>MERSHON, GA 31551 | | Claim Number: 5858<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $86,748.00 | Scheduled: | $86,748.00 |
| D.C. METALS<br>ATTN: KELLY DUROSE<br>6849 28TH ST.<br>NORTH HIGHLANDS, CA 95660 | | Claim Number: 2043<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,922.18 | Scheduled: | $58,432.51 |
| D.O.C. LUBRICATION SPECIALISTS<br>PO BOX 641<br>SPRINGFIELD, MO 65801 | | Claim Number: 12072<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $58.94 | Scheduled: | $58.94 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DABNEY & CROOKS, INC.<br>P.O. BOX 7783<br>FREDERICKSBURG, VA 22404 | | Claim Number: 3968<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,200.00 | Scheduled: | $2,200.00 | | |
| DAHLQUIST TRUCKING<br>4593 COUNTY HWY P<br>RHINELANDER, WI 54501 | | Claim Number: 11007<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | | | |
| UNSECURED | Claimed: | $14,567.59 | | | | |
| DAIL TIMBER HARVESTING INC<br>135 CLARY LANE<br>HENRICO, NC 27842 | | Claim Number: 6493<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $38,902.80 | Scheduled: | $77,805.61 UNLIQ | Allowed: | $38,902.80 |
| DAILEY, CEDRIC<br>696 BURGESSVILLE ROAD<br>LOT 218<br>RUSTON, LA 71270 | | Claim Number: 10345<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |
| DAKEN TECHNOLOGIES, LLC<br>115 W LAKEVIEW DR<br>DE SOTO, MO 63020-3853 | | Claim Number: 13582<br>Claim Date: 11/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,723.79 | Scheduled: | $1,333.79 | | |

| | | | | |
|---|---|---|---|---|
| DALE BOSTON, LLC DBA<br>FIRST COAST SCAFFOLDING<br>ATTN: KATHY MCGRAW<br>4960 STEPP AVENUE<br>JACKSONVILLE, FL 32216 | | Claim Number: 1646<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $9,450.00 | | |
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 629<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| SECURED | Claimed: | $27,349.45   UNLIQ | | |
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 1113<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| SECURED | Claimed: | $27,349.45   UNLIQ | | |
| DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 1401<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 10 (06/11/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| SECURED | Claimed: | $27,349.45   UNLIQ | | |
| UNSECURED | | | Scheduled: | $73,987.92 |
| DAN SIDERIUS CONSTRUCTION INC<br>1764 STEEL BRIDGE ROAD<br>KALISPELL, MT 59901 | | Claim Number: 13118<br>Claim Date: 09/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $55,067.89 | | |
| UNSECURED | Claimed: | $55,067.89 | Scheduled: | $55,067.89  UNLIQ |
| TOTAL | Claimed: | $55,067.89 | | |

| | | | | |
|---|---|---|---|---|
| DANA TRANSPORT<br>8470 ALLISON POINTE BLVD, STE 400<br>INDIANAPOLIS, IN 46250 | | Claim Number: 2792<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,214.71 | Scheduled: | $5,298.71 |
| DANIEL, MICHAEL W<br>P.O. BOX 1455<br>SALUDA, VA 23149 | | Claim Number: 9167<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| DANIEL, MICHAEL W.<br>PO BOX 1455<br>SALUDA, VA 23149 | | Claim Number: 9171<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| DANIELS ENTERPRISES, INC.<br>PO BOX 13268<br>CHESAPEAKE, VA 23325 | | Claim Number: 143<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,635.78 | Scheduled: | $7,635.78  UNLIQ |
| DANIELS, LENTELL<br>1110 MAPLE ST<br>JONESBORO, LA 71251 | | Claim Number: 10407<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| DARCY REVOLUTIONARY SKIN CARE<br>2015 SW 2ND  STREET<br>POMPANO BEACH, FL 33069 | | Claim Number: 4587<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $88.98 | Scheduled: | $88.00 | | |
| DARK, JERRY LAVELLE<br>2816 WALKER RD<br>JONESBORO, LA 71251 | | Claim Number: 10408<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| DARK, JOE CHRIS<br>774 NINE PINES RD<br>JONESBORO, LA 71251 | | Claim Number: 10156<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| DARR EQUIPMENT CO<br>PO BOX 975053<br>DALLAS, TX 75397-5053 | | Claim Number: 6364<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,785.72 | Scheduled: | $1,785.72 | | |
| DART TRANSIT COMPANY<br>800 LONE OAK ROAD<br>SAINT PAUL, MN 55121 | | Claim Number: 157<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $16,592.42 | Scheduled: | $16,611.96 | Allowed: | $16,592.42 |

| | | | | | |
|---|---|---|---|---|---|
| DATA CHEM LABORATORIES<br>960 W LEVOY DRIVE<br>SALT LAKE CITY, UT 84123 | | Claim Number: 4255<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $480.00 | Scheduled: | $480.00 | |
| DAVEY TREE EXPERT CO INC<br>PO BOX 94532<br>CLEVELAND, OH 44101 | | Claim Number: 7015<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,285.94 | Scheduled: | $5,766.88 | |
| DAVID PRICE METAL SERVICES INC<br>360 EASTPARK DRIVE<br>NORWALK, OH 44857 | | Claim Number: 3740<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | | |
| UNSECURED | Claimed: | $2,285.62 | Scheduled: | $2,285.63 UNLIQ | |
| DAVID, CRAIG<br>C/O JAMES J. HIGHAM, JR<br>PELLEGRINI, SEELEY, RYAN & BLAKESLEY<br>1145 MAIN ST., STE 308, PO BOX 30009<br>SPRINGFIELD, MA 01103-0009 | | Claim Number: 7905<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | | |
| UNSECURED | Claimed: | $350,000.00 | Scheduled: | $0.00 UNLIQ | |
| DAVIE ASHLEY SAWMILL<br>12 SAWMILL LANE<br>ELORA, TN 37328 | | Claim Number: 9541<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,531.52 | Scheduled: | $6,531.52 UNLIQ | |

| DAVIS & BROWN, A DIVISION OF<br>NORTH AMERICAN CONSTRUCTION CO., INC.<br>POST OFFICE BOX 15038<br>QUINBY, SC 29506 | Claim Number: 966<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,846.00 | Scheduled: | $4,146.00 | |
| DAVIS AND NEWCOMER ELEVATOR CO INC<br>PO BOX 187<br>ARCADIA, OH 44804-0187 | Claim Number: 5668<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $18,439.00 | Scheduled: | $18,439.00 | Allowed: | $18,439.00 |
| DAVIS LOGGING LLC<br>PO BOX 98<br>BLACKSTONE, VA 23824 | Claim Number: 6841<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $8,708.71 | Scheduled: | $17,417.43  UNLIQ | |
| DAVIS LOGGING OF VA INC<br>26073 COURT ST<br>COURTLAND, VA 23837 | Claim Number: 7712<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $38,726.21 | | | Allowed: | $38,726.21 |
| UNSECURED | | | Scheduled: | $77,452.42 | |
| DAVIS TRANSFER CO INC<br>PO BOX 650<br>CARNESVILLE, GA 30521 | Claim Number: 5935<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,551.75 | Scheduled: | $3,551.75 | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | | |
|---|---|---|---|---|---|
| DAVIS, DAVID LAWRENCE<br>304 N ALLEN AVENUE<br>JONESBORO, LA 71251 | | Claim Number: 10157<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| DAVIS, JAMES P.<br>601 HIGH HAMPTON<br>SAINT LOUIS, MO 63124 | | Claim Number: 11037<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | |
| UNSECURED | Claimed: | $3,089,898.00 | | | |
| DAVIS, JAMES P.<br>601 HIGH HAMPTON<br>SAINT LOUIS, MO 63124 | | Claim Number: 11054<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9033 (04/25/2011) | | | |
| UNSECURED | Claimed: | $3,089,898.00 | | Allowed: | $1,853,938.00 |
| DAVIS, JEFF<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10713<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $3,850.00 | | | |
| DAWN CHEMICAL CORP<br>P.O. BOX 170457<br>MILWAUKEE, WI 53217 | | Claim Number: 2672<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $354.56 | | | |

SMURFIT-STONE CONTAINER CORPORATION    Case 09-10235-BLS    Doc 9663    Filed 07/16/18    Page 798 of 2463
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

Date: 07/03/2018

| | | | | | |
|---|---|---|---|---|---|
| DAWN CHEMICAL CORPORATION<br>PO BOX 170457<br>MILWAUKEE, WI 53217-8036 | | Claim Number: 4506<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $354.56 | |
| DAWSON, JOHN M.<br>294 LORRAINE<br>BAIE D'URFE, QC H9X 2R1<br>CANADA | | Claim Number: 9640<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | | |
| UNSECURED | Claimed: | $775,629.00 | | Allowed: | $2,450.00 |
| DAWSON, JOHN M.<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11970<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,449.78   UNLIQ | | Allowed: | $2,449.78 |
| DAWSON, JOHN MICHAEL<br>294 LORRAINE<br>BAIE D'URFE, QC H9X 2R1<br>CANADA | | Claim Number: 12634<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | | |
| UNSECURED | Claimed: | $775,629.00 | | Allowed: | $2,450.00 |
| DAY INTERNATIONAL<br>LAWRENCE P VONCKX - BAKER & MCKENZIE LLP<br>ONE PRUDENTIAL PLAZA, SUITE 3500<br>130 E. RANDOLPH DRIVE<br>CHICAGO, IL 60601 | | Claim Number: 2119-01<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $4,121.24 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| DAY INTERNATIONAL<br>14909 N. BECK RD<br>PLYMOUTH, MI 48170 | | Claim Number: 11712<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $306,537.79 | Scheduled: | $429,413.66 | Allowed: | $306,537.79 |
| DAY NITE CLEANING SERVICE INC<br>6675 FENTON STREET<br>ARVADA, CO 80003 | | Claim Number: 3884<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,931.96 | Scheduled: | $4,931.96 | | |
| DAY, ROBERT M.<br>17100 CAMINO CABRILLO<br>YORBA LINDA, CA 92886 | | Claim Number: 2583<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8559 (09/17/2010)<br>THIS CLAIM IS PAID | | | | |
| PRIORITY | Claimed: | $12,691.20 | | | | |
| UNSECURED | Claimed: | $12,691.20 | | | | |
| DAY-TIMERS INC<br>PO BOX 27001<br>LEHIGH VALLEY, PA 18002-7013 | | Claim Number: 7692-02<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,693.72 | Scheduled: | $4,662.72 | | |
| DAYCON MAINTENANCE AND HARDWARE SUPPLIES<br>16001 TRADE ZONE AVENUE<br>UPPER MARLBORO, MD 20774 | | Claim Number: 3574<br>Claim Date: 07/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,669.50 | Scheduled: | $2,669.50 | | |

DAYTON POWER & LIGHT CO
PO BOX 740598
CINCINNATI, OH 45274-0598

Claim Number: 5592
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $31,398.09 | Scheduled: | $27,084.12 | Allowed: | $31,398.09 |

DB RENTALS INC
4088 SW MARLINE
LEES SUMMIT, MO 64082

Claim Number: 9451
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,190.00 | Scheduled: | $4,190.00 |

DBA OHS COMPCARE
PO BOX 410615
KANSAS CITY, MO 64141

Claim Number: 6707
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,166.75 | Scheduled: | $970.80 |

DC MACK, INC. DBA PIRTEK POWER INN
4191 POWER INN ROAD
SUITE D
SACRAMENTO, CA 95826

Claim Number: 3492
Claim Date: 06/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $78.53 | Scheduled: | $78.53 |

DC WATERWORKS INC
PO BOX 7374
MISSOULA, MT 59807

Claim Number: 6520
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $500.00 | Scheduled: | $750.00 |

DE LAGE LANDEN FINANCIAL SERVICES, INC
ATTN: PETER OCHROCH
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

Claim Number: 10837
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 7893 (06/07/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | | | | | |
| UNSECURED | Claimed: | $24,027,045.00 UNLIQ | Scheduled: | $16,886.06 | | | |

DEADLINE PRINTING &
1401 BUSSE ROAD
ELK GROVE VILLAGE, IL 60007-5340

Claim Number: 7972
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,298.66 | Scheduled: | $4,298.66 |

DEAN & COMPANY STRATEGY CONSULTANTS, INC
8065 LEESBURG PIKE, 5TH FLOOR
VIENNA, VA 22182

Claim Number: 638
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $359,738.15 | Scheduled: | $359,738.15 | Allowed: | $359,738.15 |

DEAN JOHNSON MACHINE WORKS
699 18TH AVE. W.
BRADENTON, FL 34205

Claim Number: 655
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,175.00 | Scheduled: | $990.00 |

DEAN R ZICKEFOOSE
PO BOX 492
ROOTSTOWN, OH 44272

Claim Number: 6701
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $585.00 | Scheduled: | $585.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DEAN, MARTHA B.<br>C/O JAMES E. SORENSON, ESQ.<br>WILLIAMS, GAUTIER, GWYNN, DELOACH &<br>SORENSON P.A. PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10696<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | | |
| UNSECURED | Claimed: | $9,028.21 | | | | | |
| DEATON INDUSTRIES INC<br>P.O. BOX 771<br>ATTN: LAURIE A. HOEY<br>CHICOPEE, MA 01021-0771 | | Claim Number: 9034<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | | |
| UNSECURED | Claimed: | $8,000.00 | | | | | |
| DEATONS MARKET PLACE<br>2038 SOUTH HIGHWAY 45 BYPASS<br>TRENTON, TN 38382 | | Claim Number: 4198<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $259.27 | Scheduled: | $115.00 | | | |
| DEEP SOUTH CRANE RENTALS INC<br>PO BOX 37159<br>PENSACOLA, FL 32526-0159 | | Claim Number: 1438<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $12,806.10 | Scheduled: | $64,427.50 | Allowed: | $12,806.10 | |
| DEEP SOUTH CRANE RENTALS INC<br>PO BOX 37159<br>PENSACOLA, FL 32526-0159 | | Claim Number: 1439<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $37,352.50 | | | Allowed: | $37,352.50 | |

| | | | | |
|---|---|---|---|---|
| DEEP SOUTH CRANE RENTALS INC<br>PO BOX 37159<br>PENSACOLA, FL 32526-0159 | | Claim Number: 1440<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $11,356.50 | Allowed: | $11,356.50 |
| DEEP SOUTH CRANE RENTALS INC<br>PO BOX 37159<br>PENSACOLA, FL 32526-0159 | | Claim Number: 1441<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,490.60 | | |
| DEEP SOUTH CRANE RENTALS INC<br>PO BOX 37159<br>PENSACOLA, FL 32526-0159 | | Claim Number: 1442<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $800.00 | | |
| DEEP SOUTH CRANE RENTALS INC<br>PO BOX 37159<br>PENSACOLA, FL 32526-0159 | | Claim Number: 1443<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,895.40 | | |
| DEEP SOUTH CRANE RENTALS INC<br>PO BOX 37159<br>PENSACOLA, FL 32526-0159 | | Claim Number: 1444<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,498.60 | | |

DEEP SOUTH CRANE RENTALS INC
PO BOX 37159
PENSACOLA, FL 32526-0159

Claim Number: 1445
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $777.00 | | | | |

DEEP SOUTH CRANE RENTALS INC
PO BOX 37159
PENSACOLA, FL 32526-0159

Claim Number: 1446
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | | | |

DEEP SOUTH CRANE RENTALS INC
PO BOX 37159
PENSACOLA, FL 32526-0159

Claim Number: 2296
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,024.00 | | | | |

DEEP SOUTH EQUIPMENT COMPANY
4201 MICHOUD BLVD
NEW ORLEANS, LA 70189

Claim Number: 11291
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8530 (09/13/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $164,970.96 | Scheduled: | $160,168.29 | Allowed: | $164,970.96 |

DEEP SOUTH INDUSTRIAL SERVICES
PO BOX 312
ROCKMART, GA 30153-3523

Claim Number: 7120
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,670.00 | Scheduled: | $15,000.00 | Allowed: | $14,670.00 |

| | | | | | |
|---|---|---|---|---|---|
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11068<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) | | | |
| UNSECURED | Claimed: | $2,624.13 | Scheduled: | $29,331.10 | |
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11069<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) | | | |
| UNSECURED | Claimed: | $2,099.27 | | | |
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11070<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) | | | |
| UNSECURED | Claimed: | $15,106.57 | | | |
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11072<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) | | | |
| UNSECURED | Claimed: | $4,079.13 | | | |
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11073<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) | | | |
| UNSECURED | Claimed: | $2,392.38 | | | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | |
|---|---|---|
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11074<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
| UNSECURED | Claimed: | $4,709.56 |
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11075<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
| UNSECURED | Claimed: | $8,745.64 |
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11076<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
| UNSECURED | Claimed: | $2,796.92 |
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11077<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
| UNSECURED | Claimed: | $2,384.78 |
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11078<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
| UNSECURED | Claimed: | $6,352.13 |

| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11079<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
|---|---|---|
| UNSECURED | Claimed: | $11,273.60 |
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11080<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
| UNSECURED | Claimed: | $5,338.04 |
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11081<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
| UNSECURED | Claimed: | $5,338.04 |
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11082<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
| UNSECURED | Claimed: | $7,848.00 |
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11083<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
| UNSECURED | Claimed: | $1,605.00 |

| | | |
|---|---|---|
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11084<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
| UNSECURED | Claimed: | $1,002.30 |
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11085<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
| UNSECURED | Claimed: | $1,142.55 |
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11086<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
| UNSECURED | Claimed: | $6,146.70 |
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11087<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
| UNSECURED | Claimed: | $6,585.79 |
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11088<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
| UNSECURED | Claimed: | $4,234.22 |

| | | |
|---|---|---|
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11089<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
| UNSECURED | Claimed: | $7,504.96 |
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11090<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
| UNSECURED | Claimed: | $7,767.03 |
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 11091<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
| UNSECURED | Claimed: | $9,555.31 |
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 12255<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
| UNSECURED | Claimed: | $5,120.23 |
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 12256<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) |
| UNSECURED | Claimed: | $2,000.00 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | | |
|---|---|---|---|---|---|
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 12258<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) | | | |
| UNSECURED | Claimed: | $3,151.15 | | | |
| DEERE CREDIT, INC.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 12263<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8184 (07/01/2010) | | | |
| UNSECURED | Claimed: | $1,673.62 | | | |
| DEERPOINT TIMBER PRODUCTS INC.<br>8223 RESOTA BEACH ROAD<br>SOUTHPORT, FL 32409 | | Claim Number: 7698<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $10,763.83 | Scheduled: | $21,527.66 UNLIQ | |
| DEFENSE COMMISSARY AGENCY<br>ATTN: THOMAS D. RATHGEB<br>1300 E AVENUE<br>FORT LEE, VA 23801-1800 | | Claim Number: 7667<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8883 (01/10/2011) | | | |
| UNSECURED | Claimed: | $28,766.93 | Scheduled: | $12,393.83 | |
| DEFFENBAUGH DISPOSAL SERVICE<br>PO BOX 3220<br>SHAWNEE, KS 66203-0249 | | Claim Number: 5258<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,986.53 | Scheduled: | $3,908.53 | |

DEFOR, DALE R
4826 CLEARWATER CIRCLE
SAVAGE, MN 55378

Claim Number: 9627
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,097.00 | Scheduled: | $11,097.00 | Allowed: | $11,097.00 |

DEKALB COUNTY, GEORGIA
TREASURY & ACCOUNTING DIVISION
ATTN: DEMOTRIA FORD
P.O. BOX 1027
DECATUR, GA 30031

Claim Number: 1560
Claim Date: 03/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,038.71 | Scheduled: | $1,038.71 | |

DEKALB FOREST PRODUCTS INC
2152 COUNTY ROAD 537
CROSSVILLE, AL 35962

Claim Number: 7409
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $46,994.52 UNLIQ | |

DEKALB FOREST PRODUCTS, INC
2152 CO RD 537
CROSSVILLE, AL 35962

Claim Number: 7408
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $23,497.26 | | Allowed: | $23,497.26 |

DELANEY, CLAUDE T.
4310 RISER RD
RUSTON, LA 71270

Claim Number: 10409
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

| | | | | | | |
|---|---|---|---|---|---|---|
| DELAUGHTER, JAMES<br>2342 SILOAM CHURCH ROAD<br>JONESBORO, LA 71251 | | Claim Number: 10341<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| DELAWARE COUNTY TIMES INC<br>500 MILDRED AVE<br>PRIMOS, PA 19018 | | Claim Number: 7988<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $703.10 | Scheduled: | $1,902.85 | | |
| DELILLE OXYGEN COMPANY<br>C/O WILMA STRICKLAND<br>PO BOX 7809<br>COLUMBUS, OH 43207 | | Claim Number: 5730<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,819.55 | Scheduled: | $3,033.71 | | |
| DELMARVA RECYCLING INC<br>909 BOUNDARY STREET<br>SALISBURY, MD 21801 | | Claim Number: 252<br>Claim Date: 02/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,289.71 | Scheduled: | $5,869.00 | | |
| DELTA CONSULTANTS<br>5910 RICE CREEK PARKWAY<br>SUITE 100<br>SAINT PAUL, MN 55126 | | Claim Number: 2231<br>Claim Date: 04/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $17,300.43 | Scheduled: | $19,022.93 | Allowed: | $17,300.43 |

---

| | | | | | |
|---|---|---|---|---|---|
| DEMASI, DOUGLAS P<br>ATTN: JAMES SORENSON, ESQ<br>WILLIAMS GAUTIER GWYNN DELOACH &SORENSON<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10661<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $13,649.47 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| DEMASI, DOUGLAS P.<br>C/O JAMES E. SORENSON, ESQ.<br>WILLIAMS, GAUTIER, GWYNN, DELOACH &<br>SORENSON P.A. PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10689<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $80,679.39 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| DEMPSEY WOOD PRODUCTS<br>PO BOX 38<br>ROWESVILLE, SC 29133 | | Claim Number: 13724<br>Claim Date: 12/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8253 (07/21/2010)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $44,152.81 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| DEMPSEY WOOD PRODUCTS INC<br>PO BOX 38<br>ROWESVILLE, SC 29133 | | Claim Number: 5176<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $44,152.81 | Scheduled: | $88,305.63  UNLIQ | |

---

| | | | | | |
|---|---|---|---|---|---|
| DENARD & MOORE CONSTRUCTION CO., INC OF<br>FLORIDA<br>C/O MAUREEN A. VITUCCI, GRAY ROBINSON PA<br>301 E PINE STREET STE 1400<br>ORLANDO, FL 32801 | | Claim Number: 10760<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | |
| SECURED | Claimed: | $187,986.70  UNLIQ | | | |
| UNSECURED | | | Scheduled: | $238,781.07 | |

---

| | | | | | |
|---|---|---|---|---|---|
| DENARD & MOORE CONSTRUCTION CO., INC OF FLORIDA<br>C/O MAUREEN A. VITUCCI, GRAY ROBINSON PA<br>301 E PINE STREET STE 1400<br>ORLANDO, FL 32801 | | Claim Number: 10761<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | |
| SECURED | Claimed: | $66,998.86   UNLIQ | | | |
| DENNIS OIL COMPANY<br>545 N. NATIONAL<br>SPRINGFIELD, MO 65802 | | Claim Number: 1072<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $60.41 | | | |
| DEPARTMENT OF CORRECTIONS<br>NEW RIVER CORRECTION INSTITUTION<br>7819 NW 228TH ST.<br>RAIFORD, FL 32026 | | Claim Number: 10604<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8279 (07/28/2010) | | | |
| UNSECURED | Claimed: | $24,606.47 | | Allowed: | $12,500.00 |
| DEPARTMENT OF GENERAL SERVICES<br>STATE RECORD CENTER<br>3240 INDUSTRIAL BLVD.<br>WEST SACRAMENTO, CA 95691 | | Claim Number: 3314<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $14,341.80 | Scheduled: | $36,964.18 | |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 581<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | |
| PRIORITY | Claimed: | $2,348,045.16 | | | |
| UNSECURED | Claimed: | $1,910,906.48 | | | |

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 1122
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| PRIORITY | Claimed: | $2,348,045.16 |
| UNSECURED | Claimed: | $1,910,906.48 |

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 2904
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| PRIORITY | Claimed: | $451,338.39 |
| UNSECURED | Claimed: | $193,449.82 |

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 3039
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| PRIORITY | Claimed: | $451,338.39 |
| UNSECURED | Claimed: | $193,449.82 |

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
31 HOPKINS PLAZA, RM 1150
BALTIMORE, MD 21201

Claim Number: 13726
Claim Date: 12/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| ADMINISTRATIVE | Claimed: | $1,556,640.04 |

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 13909
Claim Date: 03/17/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| PRIORITY | Claimed: | $31,302.25 |
| UNSECURED | Claimed: | $10,323.18 |

| | | | | |
|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA, RM 1150<br>BALTIMORE, MD 21201 | | Claim Number: 13990<br>Claim Date: 03/26/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 14029<br>Claim Date: 05/24/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | |
| UNSECURED | Claimed: | $0.00 | | |
| DEPARTMENT OF WATER AND POWER,<br>CITY OF LOS ANGELES<br>ATTN BANKRUPTCY<br>P.O. BOX 5111<br>LOS ANGELES, CA 90051-5700 | | Claim Number: 3523<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,481.63 | | |
| DEPCO PUMP<br>PO BOX 6820<br>CLEARWATER, FL 33758-8130 | | Claim Number: 5417<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,737.50 | Scheduled: | $2,737.50 |
| DEPENDABLE ACME THREADED PRODUCTS,<br>ASSIGNOR<br>C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE<br>& ATTORNEY,19772 MACARTHUR BLVD., STE200<br>IRVINE, CA 92612 | | Claim Number: 9187<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $140.09 | Scheduled: | $140.09 |

| DEPT OF TREASURY, UNCLAIMED PROPERTY<br>P.O. BOX 214<br>TRENTON, NJ 08695-0214 | Claim Number: 11221<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ |

| DERALD PHILLIPS LOGGING CO INC<br>PO BOX 249<br>BOYCE, LA 71409 | Claim Number: 5536<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,628.16 | Scheduled: | $8,628.16  UNLIQ |

| DERRINGER CO DBA COFFEES BY DERRINGER<br>5530 FAIR LANE DRIVE<br>CINCINNATI, OH 45227-3473 | Claim Number: 5370<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $12,673.55 | Scheduled: | $12,911.10 |

| DESIGN PACKAGING INC<br>6479 CHUPP ROAD<br>LITHONIA, GA 30058 | Claim Number: 6065<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $30,174.13 | Scheduled: | $30,374.02 |

| DESKIN SCALE CO INC<br>PO BOX 3272<br>SPRINGFIELD, MO 65808 | Claim Number: 13067<br>Claim Date: 09/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $121.00 | Scheduled: | $121.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DET NORSKE VERITAS CERT INC<br>1400 RAVELLO ROAD<br>KATY, TX 77449 | | Claim Number: 9710<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $29,373.87 | Scheduled: | $31,043.26 | | |
| DETROIT STOKER CO<br>1510 EAST FIRST ST,<br>MONROE, MI 48161 | | Claim Number: 7112<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $92,468.80 | Scheduled: | $92,256.84 | | |
| DEUBLIN COMPANY<br>5136 EAGLE WAY<br>CHICAGO, IL 60678-1051 | | Claim Number: 6390<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,098.33 | Scheduled: | $1,098.33 | | |
| DEVIN LOGGING<br>PO BOX 28<br>WYLLIESBURG, VA 23976 | | Claim Number: 11200<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,840.54 | Scheduled: | $12,605.18  UNLIQ | | |
| DEZURIK CANADA INC<br>385 FRANKLIN BLVD P.O BOX 430<br>CAMBRIDGE, ON NIR SV5<br>CANADA | | Claim Number: 6101<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $13,749.49 | | | Allowed: | $13,749.49 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DHX - DEPENDABLE HAWAIIAN EXPRESS INC<br>19201 SUSANA RD<br>RANCHO DOMINGUEZ, CA 90221 | | Claim Number: 6690<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $463.52 | Scheduled: | $463.52 | | | |
| DI MARE FRESH<br>4050 PELL DRIVE<br>SACRAMENTO, CA 95838 | | Claim Number: 4810<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,671.35 | Scheduled: | $2,031.90 | | | |
| DIAMOND LOCK SERVICE<br>224 SOUTH 15TH AVE<br>HOPEWELL, VA 23860 | | Claim Number: 10597<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $429.75 | Scheduled: | $429.75 | | | |
| DIAMOND QUALITY CLEANING<br>2701 N CAREER AVE APT 116<br>SIOUX FALLS, SD 57107-1347 | | Claim Number: 4740<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,722.28 | Scheduled: | $1,722.28 | | | |
| DIBERT VALVE & FITTING CO., INC.<br>PO BOX 37280<br>RICHMOND, VA 23234 | | Claim Number: 165<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $29,634.43 | Scheduled: | $29,741.38 | Allowed: | $29,634.43 | |

---

DICK LUCIER EXCAVATION
P.O. BOX 2
FRENCHTOWN, MT 59834

Claim Number: 11219
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $63,377.92 | |
| UNSECURED | Claimed: | $63,377.92 | |
| TOTAL | Claimed: | $63,377.92 | |

DICKINSON WRIGHT PLLC
C/O JAMES A. PLEMMONS
500 WOODWARD AVENUE, SUITE 4000
DETROIT, MI 48226

Claim Number: 2355
Claim Date: 04/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,442.55 | Scheduled: | $5,009.06 |

DIECO PRODUCTS LLC
2533 MATTHEWS
MEMPHIS, TN 38108

Claim Number: 4319
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,419.62 | Scheduled: | $9,153.96 |

DIESEL SERVICES UNIT COMPANY
C/O GORDON & REES
JEFFREY BILANKO
701 5TH AVE SUITE 2130
SEATTLE, WA 98104

Claim Number: 10572
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8985 (03/16/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

DIESEL SERVICES UNIT COMPANY
C/O GORDON & REES
JEFFREY BILANKO
701 5TH AVE SUITE 2130
SEATTLE, WA 98104

Claim Number: 11798
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8985 (03/16/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ CONT |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | |
|---|---|---|---|---|
| DIGI-KEY CORPORATION<br>PO BOX 250<br>THIEF RIVER FALLS, MN 56701 | | Claim Number: 3735<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $505.71 | Scheduled: | $477.62 |
| DIGITAL LITHO<br>2980 SIDCO DRIVE<br>NASHVILLE, TN 37204 | | Claim Number: 2147<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $242.48 | Scheduled: | $240.00 |
| DILLARD'S DISTRIBUTION CENTER<br>1315 PEACH ORCHARD ROAD<br>SALISBURY, NC 28146 | | Claim Number: 9069<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,912.00 | | |
| DILLARD'S DISTRIBUTION CENTER<br>800 INDUSTRIAL BLVD.<br>VALDOSTA, GA 31601 | | Claim Number: 9070<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,114.64 | Scheduled: | $5,114.64 |
| DILLARDS<br>4501 N BEECH STREET<br>FORT WORTH, TX 76137 | | Claim Number: 9073<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $27,615.40 |

| DILLARDS<br>4501 N BEECH STREET<br>FORT WORTH, TX 76137 | | Claim Number: 13855<br>Claim Date: 03/01/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,880.60 | | Allowed: | $15,880.60 |
| DILLARDS DISTRIBUTION CENTER<br>700 E 151TH STREET<br>OLATHE, KS 66062 | | Claim Number: 9074<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $5,923.80 | |
| DILLARDS DISTRIBUTION CENTER<br>700 E 151ST STREET<br>OLATHE, KS 66062 | | Claim Number: 13854<br>Claim Date: 03/01/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,560.80 | | | |
| DILLON SUPPLY CO.<br>PO BOX 2979<br>440 CIVIC BLVD<br>RALEIGH, NC 27602 | | Claim Number: 4275-01<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,428.15<br><br>Scheduled: | $8,663.73 | | |
| DILLON SUPPLY CO.<br>PO BOX 2979<br>440 CIVIC BLVD<br>RALEIGH, NC 27602 | | Claim Number: 4275-02<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $7,096.80 | | | |

| | | |
|---|---|---|
| DILLS, RONALD<br>1603 SW 75TH ROAD<br>KINGSVILLE, MO 64061 | | Claim Number: 11656<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | |

| | | |
|---|---|---|
| DINKENS, ENOCH<br>1142 MARBLEHEAD RD.<br>JACKSONVILLE, FL 32218 | | Claim Number: 9076<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8391 (08/16/2010) |

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00   UNDET | | |
| UNSECURED | | | Allowed: | $10,000.00 |

| | | |
|---|---|---|
| DINO TRUCKING, INC.<br>C/O BOBROFF HESSE LINDMARK & MARTONE PC<br>1650 DES PERES ROAD, SUITE 200<br>ST. LOUIS, MO 63131 | | Claim Number: 4572<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $22,555.84 | Scheduled: | $21,065.84 |

| | | |
|---|---|---|
| DINWIDDIE, JOHNNY R. JR.<br>10035 DOUGLAS CT<br>SAINT ANN, MO 63074-1312 | | Claim Number: 9331<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8996 (03/22/2011) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $632.16   UNLIQ |

| | | |
|---|---|---|
| DIRECT WOOD PRODUCTS<br>P.O. BOX 856<br>WEST POINT, VA 23181 | | Claim Number: 363<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,901.44 | Scheduled: | $4,948.56  UNLIQ |

---

| DISCOUNT PALLET<br>PO BOX 240307<br>MILWAUKEE, WI 53224-0913 | | Claim Number: 10922<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $138,706.25 | | | | |
| UNSECURED | | | Scheduled: | $138,706.25 | | |

| DISCOUNT RAMPS.COM LLC- ASSIGNOR<br>C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE<br>& ATTORNEY-IN-FACT<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 9181<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,750.00 | Scheduled: | $9,045.97 | | |

| DISTRIBUTION INC<br>PO BOX 29166<br>LINCOLN, NE 68529 | | Claim Number: 5684<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18,619.05 | Scheduled: | $18,619.05 | | |

| DISTRIBUTION INTERNATIONAL SOUTHWEST<br>PO BOX 840610<br>DALLAS, TX 75284-0610 | | Claim Number: 11226<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,971.75 | Scheduled: | $6,971.75 | | |

| DITECH GROUP<br>YORK STEEL RULE DIES INC.<br>630 LOUCKS MILL ROAD<br>SUITE #8<br>YORK, PA 17403 | | Claim Number: 963<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $16,678.00 | Scheduled: | $23,348.00 | Allowed: | $16,678.00 |

DIVERSIFIED BUILDING MAINTENANCE
1105 TOUSON DR
JANESVILLE, WI 53546

Claim Number: 5524
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,990.75 | Scheduled: | $2,092.21 | | |

DIVERSIFIED ENERGY, INC.
BLANK ROME LLP
MICHAEL D. DEBAECKE
1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801

Claim Number: 3397-01
Claim Date: 06/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,661.57 | Scheduled: | $298,712.44 | | |

DIVERSIFIED RECLAMATION SERVICES, INC.
1615 # A SOUTH 7TH STREET
SAN JOSE, CA 95112

Claim Number: 7
Claim Date: 01/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $63,818.25 | Scheduled: | $147,122.80 UNLIQ | Allowed: | $63,818.25 |

DIVERSIFIED SERVICES INC
PO BOX 412
OSCEOLA, IN 46561

Claim Number: 11185
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,822.98 | Scheduled: | $8,208.98 | | |

DIXIE TIMBER HARVESTING INC
PO BOX 563
ATTALLA, AL 35954

Claim Number: 3911-01
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $61,841.35 | Scheduled: | $123,682.70 UNLIQ | | |

| | | | | | |
|---|---|---|---|---|---|
| DIXIE TIMBER HARVESTING INC<br>PO BOX 563<br>ATTALLA, AL 35954 | | Claim Number: 3911-02<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $61,841.35 | | Allowed: | $61,841.35 |
| DIXON AC&R CORPORATION<br>3983 WEST FOURTH STREET<br>WILLIAMSPORT, PA 17701-9625 | | Claim Number: 4971<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled:  $849.98 | | |
| DIXON, ARNOLD<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10710<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $91,647.40 | | | |
| DK SALES INC<br>P O BOX 287<br>SUSSEX, WI 53089 | | Claim Number: 6851<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,147.12 | Scheduled:  $6,289.50 | | |
| DMH ENTERPRISES<br>P.O. BOX 2595<br>ORLAND PARK, IL 60462 | | Claim Number: 904<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| SECURED<br>UNSECURED | Claimed: | $15,060.00 | Scheduled:  $15,060.00 | | |

| DMI CORP (DECKER MECHANICAL)<br>1002 KCK WAY<br>PO BOX 53<br>CEDAR HILL, TX 75106-0053 | Claim Number: 2295<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $21,896.41 | Scheduled: | $36,858.41 | Allowed: | $21,896.41 |

| DMP CORP<br>400 BRYANT BLVD<br>ROCK HILL, SC 29732 | Claim Number: 4424<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,529.11 | Scheduled: | $1,529.11 |

| DOMINION BOX COMPANY INC<br>PO BOX 37<br>DAYTON, TN 37321 | Claim Number: 4497<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,291.03 | Scheduled: | $5,261.19 |

| DOMINION BOX COMPANY, INC.<br>2161 RAILROAD STREET<br>DAYTON, TN 37321 | Claim Number: 8301-02<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,300.98 | |

| DOMINION CHEMICAL COMPANY- ASSIGNOR<br>C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE<br>& ATTORNEY-IN-FACT<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 9174<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $147.50 | Scheduled: | $426.00 |

DOMINION EAST OHIO GAS
P.O. BOX 26666
ATTN: REVENUE RECOVERY - 10TH FLOOR
RICHMOND, VA 23261

Claim Number: 13680
Claim Date: 12/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $18,798.96 | Scheduled: | $9,737.42 | | |

DOMINION-VIRGINIA POWER
P.O. BOX 26666
ATTN: CUSTOMER CREDIT SERVICES- 10TH FL
RICHMOND, VA 23261

Claim Number: 13679
Claim Date: 12/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6281 (03/26/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,974,946.42 | Scheduled: | $972,324.57 UNLIQ | Allowed: | $1,974,946.42 |

DOMINO BROKERAGE CO
PO BOX 21368
CLEVELAND, OH 44121-0368

Claim Number: 7278
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,194.80 | | | Allowed: | $11,194.80 |

DON SMALL & SONS OIL DIST
PO BOX 626
AUBURN, WA 98071

Claim Number: 10581
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,270.66 | Scheduled: | $111,215.28 | Allowed: | $12,270.66 |

DON THOMAS PETROLEUM INC
PO BOX 10223
PORTLAND, OR 97296

Claim Number: 3834
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $4,586.24 | | | | |

---

DOOR SYSTEMS INC
751 EXPRESSWAY DRIVE
ITASCA, IL 60143

Claim Number: 5095
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,392.93 | Scheduled: | $1,392.93 | | |

DOTY, ALLAN DEAN
1221 MCKINNEY ST # 3425
HOUSTON, TX 77010-2011

Claim Number: 9670
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,500,000.00 | | | | |

DOTY, ALLAN DEAN
C/O RUSSELL L. COOK, JR.
RUSSELL L. COOK, JR. & ASSOC.
1401 MCKINNEY, SUITE 1800
HOUSTON, TX 77010

Claim Number: 9846
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8391 (08/16/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,500,000.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $350,000.00 |

DOUBLE TREE HOTEL
100 MADISON
MISSOULA, MT 59802

Claim Number: 4609
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,600.00 | Scheduled: | $1,600.00 | | |

DOUG SWEET & ASSOCIATES, INC.
2555 WILLOWBROOK CIRCLE
BIRMINGHAM, AL 35242

Claim Number: 699
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,159.99 | Scheduled: | $15,159.99 | | |

DOVER FARMS
PO BOX 1053
STEVENSON, AL 35772

Claim Number: 8
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17,912.47 | Scheduled: | $37,744.13 | | |

DOVER TANK & PLATE CO
5725 CROWN ROAD NORTHWEST
P.O.BOX 70
DOVER, OH 44622

Claim Number: 6020
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,250.00 | Scheduled: | $7,250.00 | | |

DOVEY CORPORATION
ATTN: KATHY WILLIAMS
3220 W 25TH STREET
ANDERSON, IN 46011

Claim Number: 1489-01
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $38,175.06 | Scheduled: | $39,356.70 | Allowed: | $38,175.06 |

DOW CHEMICAL COMPANY, THE
MARTIN J. WEIS, ESQUIRE
DILWORTH PAXSON LLP,
1500 MARKET ST., 3500 E.
PHILADELPHIA, PA 19102

Claim Number: 11506
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $688,976.63 |
| SECURED | Claimed: | $804,656.78 |
| TOTAL | Claimed: | $804,656.78 |

DOWNEY TREES INC.
5055 SHADBURN ROAD
CUMMING, GA 30041

Claim Number: 251
Claim Date: 02/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,227.33 | Scheduled: | $2,734.10 | |

| | | |
|---|---|---|
| DOWNEY, RANDY R.<br>16917 E. 4TH ST. SOUTH<br>INDEPENDENCE, MO 64056 | | Claim Number: 11098<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| SECURED | Claimed: | $2,000,000.00   UNLIQ |
| DR RECYCLING LTD<br>212 EDINBURGH DRIVE<br>MONCTON, NB E1E 2K7<br>CANADA | | Claim Number: 5376<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $118,710.75 |
| DR RECYCLING LTD<br>212 EDINBURGH DRIVE<br>MONCTON, NB E1E 2K7<br>CANADA | | Claim Number: 10639-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $14,716.30                              Scheduled:       $117,495.00 |
| DR RECYCLING LTD<br>212 EDINBURGH DRIVE<br>MONCTON, NB E1E 2K7<br>CANADA | | Claim Number: 10639-02<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $103,994.45 |
| DREHER, CHRIS<br>897 ELM PLACE<br>GLENCOE, IL 60022 | | Claim Number: 1428<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $101,285.00 |

---

DRENNEN FORESTRY CORPORATION
PO BOX 1029
CULLMAN, AL 35056

Claim Number: 5430
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $25,571.98 | Scheduled: | $51,143.97 UNLIQ |
|---|---|---|---|---|

---

DRESSER-RAND COMPANY
ATTN: SHAWN DORVIT
PAUL CLARK DRIVE
OLEAN, NY 14760

Claim Number: 1052
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $41,838.74 | Scheduled: | $28,075.98 |
|---|---|---|---|---|

---

DRISKELL, ERIC
259 MARION AVE APT 3
MANSFIELD, OH 44903-2152

Claim Number: 10449
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 9181 (02/01/2012)

| UNSECURED | Claimed: | $35,000.00 | | |
|---|---|---|---|---|

---

DRIVE AND CONVEYORS, INC- ASSIGNOR
C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE
& ATTORNEY-IN-FACT
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 9153
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $697.10 | Scheduled: | $1,060.28 |
|---|---|---|---|---|

---

DRIVE SYSTEM TECHNOLOGY INC
PO BOX 407
SALEM, WI 53168

Claim Number: 4938-01
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,254.03 | Scheduled: | $11,359.09 |
|---|---|---|---|---|

---

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

DRL INC
PO BOX 1871
CENTER, TX 75935

Claim Number: 5257
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $32,682.05 | Scheduled: | $65,364.11 UNLIQ | Allowed: | $32,682.05 |

---

DRM LLC, ATTN: BEN MARSTON
520 CREWS STREET
LAWRENCEBURG, TN 38464

Claim Number: 6557
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,800.00 | | | | |

---

DRM WASTE MANAGEMENT
PO BOX 659
FORKED RIVER, NJ 08731

Claim Number: 11808
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $11,735.60 | Scheduled: | $9.41 UNLIQ | | |

---

DRUG TRANSPORT INC
1939 FORGE ST
PO BOX 1678
TUCKER, GA 30085

Claim Number: 10070
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $56,273.14 | Scheduled: | $42,240.45 | | |

---

DRUG TRANSPORT INC
1939 FORGE ST
PO BOX 1678
TUCKER, GA 30085

Claim Number: 13649
Claim Date: 12/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $52,744.52 | Scheduled: | $9,338.79 | Allowed: | $52,744.52 |

---

| | | | | |
|---|---|---|---|---|
| DRUG TRANSPORT INC<br>1939 FORGE ST<br>PO BOX 1678<br>TUCKER, GA 30085 | | Claim Number: 13667<br>Claim Date: 12/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $56,273.14 | | |
| DRURY INN & SUITES CREVE COEUR<br>11980 OLIVE BLVD.<br>CREVE COEUR, MO 63141 | | Claim Number: 7675<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,783.49 | Scheduled: | $2,120.88 |
| DRY ICE CLEANING LLC<br>N8146 COUNTY N<br>EAST TROY, WI 53120 | | Claim Number: 7374<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,080.75 | | |
| DRYDEN VII - LEVERAGED LOAN CDO 2004<br>C/O PRUDENTIAL INVESTMENT MGMT., INC.<br>ATTN: TERENCE DUNN<br>P.O. BOX 32339, 2 GATEWAY CENTER<br>NEWARK, NJ 07102 | | Claim Number: 11293<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| SECURED | Claimed: | $929,144.13 | | |
| DRYIT CARPET DRY CLEANING INC<br>3450 N 127TH STREET<br>BROOKFIELD, WI 53005-3107 | | Claim Number: 6323<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $511.53 | Scheduled: | $506.21 |

---

DSI SOLUTIONS, INC.
101 EAST MILL STREET. SUITE J10
QUAKERTOWN, PA 18951

Claim Number: 1871
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,429.17 | Scheduled: | $4,105.03 | | |

DUANE MORRIS LLP
C/O LAUREN LONERGAN TAYLOR, ESQ.
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196

Claim Number: 13341
Claim Date: 09/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5045 (02/16/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $35,442.89 | Scheduled: | $26,317.85 | Allowed: | $35,442.89 |

DUBOIS CHEMICALS
3630 E KEMPER ROAD
SHARONVILLE, OH 45241

Claim Number: 9825
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,088.74 | Scheduled: | $12,143.44 | | |

DUBUC, ALAIN
C/O KOSKIE MINSKY LLP
BARRISTERS & SOLICITORS
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 13018
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $508,611.60 | Scheduled: | $254,777.07 | Allowed: | $349,243.00 |

DUCK, DAVID R.
DAVE DUCK RD
JONESBORO, LA 71251

Claim Number: 10158
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| DUFFY, RAYMOND G<br>240 CARLYLE LAKE DRIVE<br>ST LOUIS, MO 63141 | | Claim Number: 10446<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $139,255.00 | Scheduled: | $109,221.69 | Allowed: | $139,255.00 |
| DUFFY, RAYMOND G<br>240 CARLYLE LAKE DRIVE<br>ST LOUIS, MO 63141 | | Claim Number: 10447<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $208,984.00 | Scheduled: | $160,591.31 | Allowed: | $208,984.00 |
| DUFFY, RAYMOND G<br>240 CARLYLE LAKE DRIVE<br>ST LOUIS, MO 63141 | | Claim Number: 11049<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9033 (04/25/2011) | | | | |
| UNSECURED | Claimed: | $705,326.00 | | | Allowed: | $642,784.00 |
| DUFRESNE, GUY G.<br>C/O KOSKIE & MINSKY LLP<br>BARRISTERS & SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 13017<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | | | |
| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $879,987.18 | Scheduled: | $631,226.52 | Allowed: | $783,411.00 |
| DUGGAN, JAMES<br>ATTN: JAMES SORENSON, ESQ<br>WILLIAMS GAUTIER GWYNN DELOACH &SORENSON<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10660<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | |
| UNSECURED | Claimed: | $48,223.78 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DUGGAN, JAMES R<br>13448 COLLEN ROAD<br>JACKSONVILLE, FL 32218 | | Claim Number: 5515<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | | |
| PRIORITY | Claimed: | $61.25 | | | | | |
| SECURED | Claimed: | $220,750.00 | | | | | |
| TOTAL | Claimed: | $220,750.00 | | | | | |
| DUGGAN, JAMES R.<br>C/O JAMES E. SORENSON, ESQ.<br>WILLIAMS, GAUTIER, GWYNN, DELOACH, &<br>SORENSON P.A. PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10690<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | | |
| UNSECURED | Claimed: | $35,278.34 | | | | | |
| DUKE ENERGY CAROLINAS<br>PO BOX 1006<br>EC03T<br>CHARLOTTE, NC 28201 | | Claim Number: 2008<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $60,301.63 | Scheduled: | $286.75 | Allowed: | $60,301.63 |
| DUKE ENERGY INDIANA<br>1000 E. MAIN STREET<br>PLAINFIELD, IN 46168 | | Claim Number: 2990<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $33,181.88 | Scheduled: | $281.44 | | |
| DUKE ENERGY OHIO<br>139 E. 4TH STREET<br>CINCINNATI, OH 45201 | | Claim Number: 2992<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $116,826.36 | Scheduled: | $9,510.81 | | |

---

DUN & BRADSTREET
C/O RECEIVABLE MANAGEMENT SERVICES
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 1204
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $18,519.97 | | $18,519.97 | | $18,519.97 |

---

DUNCAN DISPOSAL
1212 HARRISON AVE.
ARLINGTON, TX 76011

Claim Number: 5902
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | |
|---|---|---|
| UNSECURED | | $799.54 |

---

DUNCAN DISPOSAL INC
PO BOX 9001854
LOUISVILLE, KY 40290

Claim Number: 5900
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $1,080.93 | | $2,316.56 |

---

DUNCAN, JAMES D
5 RIDGE ROAD
BEAUFORT, SC 29907

Claim Number: 9863
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9033 (04/25/2011)

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| UNSECURED | | $1,655,930.00 | | $1,485,616.00 |

---

DUNCAN, JAMES D
5 RIDGE ROAD
BEAUFORT, SC 29907

Claim Number: 12521
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00   UNDET |

---

DUNDAS FOREST PRODUCTS, INC
7550 LONGVIEW DRIVE
KENBRIDGE, VA 23944

Claim Number: 11445
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,819.19 | Scheduled: | $13,638.38 UNLIQ | | |

DUNEVANT TREE THINNING COMPANY
2870 ROCK MILL ROAD
DILLWYN, VA 23936-2638

Claim Number: 7579
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,415.03 | Scheduled: | $30,830.07 UNLIQ | Allowed: | $15,415.03 |

DUNN, STEVEN
C/O FLORENCE DUNN
5738 W. 85TH ST.
BURBANK, IL 60459

Claim Number: 12284
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $300,000.00 | | | | |

DUNS, BARTLEY GEORGE
C/O KOSKIE & MINSKY LLP
BARRISTER & SOLICITORS
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 13016
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $437,378.38 | Scheduled: | $329,903.64 | Allowed: | $396,658.00 |

DUPONT COMPANY (01)
PO BOX 93244
CHICAGO, IL 60673-3244

Claim Number: 9307-02
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $136.81 | | | | |

---

DUPUIS LOGGING INC.
9566 TURTLE LAKE RD.
POLSON, MT 59860

Claim Number: 319
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $22,049.29 | Scheduled: | $44,098.58 UNLIQ | | |
|---|---|---|---|---|---|---|

DURACO INC
7400 W. INDUSTRIAL DROVE
FOREST PARK, IL 60130

Claim Number: 9728-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $41,098.06 | Scheduled: | $40,275.57 | | |
|---|---|---|---|---|---|---|

DURANE CHISENALL LOGGING
5757 ALABAMA HWY 117
FLAT ROCK, AL 35966

Claim Number: 6564
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,006.89 | Scheduled: | $24,013.78 UNLIQ | | |
|---|---|---|---|---|---|---|

DURBIN TIMBER CO INC
5415 HIGHWAY 155
SALINE, LA 71070

Claim Number: 5136
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,346.66 | Scheduled: | $20,693.32 UNLIQ | Allowed: | $10,346.66 |
|---|---|---|---|---|---|---|

DURBIN, RICKY L.
2411 WAYNE ST
JONESBORO, LA 71251

Claim Number: 10159
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |
|---|---|---|---|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

| DURDEN KNIFE AND SAW INC | Claim Number: 8116 |
| PO BOX 596 | Claim Date: 08/17/2009 |
| DONALSONVILLE, GA 39845-0596 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: |
| | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $37,620.20 | Scheduled: | $37,620.20 |

---

| DUTY, LEXON CREST | Claim Number: 10410 |
| P.O. BOX 946 | Claim Date: 08/26/2009 |
| HODGE, LA 71247 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: WITHDRAWN |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| DUVAL ASPHALT PRODUCTS INC | Claim Number: 4790 |
| 7544 PHILLIPS HIGHWAY | Claim Date: 07/13/2009 |
| JACKSONVILLE, FL 32256 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: |
| | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $16,025.82 | Scheduled: | $15,023.00 |

---

| DYKES, PHILLIP | Claim Number: 10712 |
| JAMES E. SORENSON, ESQ. | Claim Date: 08/26/2009 |
| WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| POST OFFICE BOX 4128 | Comments: EXPUNGED |
| TALLAHASSEE, FL 32315-4128 | DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $3,741.00 |

---

| DYMAX SERVICE, INC. | Claim Number: 1867 |
| 4751 MUSTANG CIRCLE | Claim Date: 03/30/2009 |
| SAINT PAUL, MN 55112 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: DOCKET: 4132 (01/14/2010) |
| | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $49,733.00 | Scheduled: | $49,733.00 |

---

| | | | | |
|---|---|---|---|---|
| DYNAMIC INDUSTRIAL SERVICES INC<br>901 SOUTH 8TH<br>ST JOSEPH, MO 64503 | | Claim Number: 12159<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $514.00 | Scheduled: | $514.00 |
| DYNICS INC<br>4330 VARSITY DRIVE<br>ANN ARBOR, MI 48108 | | Claim Number: 6582<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $580.29 | Scheduled: | $580.29 |
| DYSART CORPORATION<br>60 ELM STREET<br>CANAL WINCHESTER, OH 43110 | | Claim Number: 7868<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,818.70 | Scheduled: | $2,818.00 |
| E AND J TRAILER SALES<br>610 WAYNE PARK DRIVE<br>CINCINNATI, OH 45215 | | Claim Number: 4201<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $548.48 | Scheduled: | $548.48 |
| E C SHAW COMPANY<br>1242 WEST MEHRING WAY<br>CINCINNATI, OH 45203 | | Claim Number: 7486<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $912.36 | Scheduled: | $820.11 |

---

E I DUPONT DE NEMOURS AND CO INC
PO BOX 2285
CAROL STREAM, IL 60132-2285

Claim Number: 9320-01
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,200.00 | | | | | |
| UNSECURED | | | Scheduled: | $16,236.48 | | | |

E I DUPONT DE NEMOURS AND CO INC
PO BOX 2285
CAROL STREAM, IL 60132-2285

Claim Number: 9320-02
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $46,946.21 | Scheduled: | $39,965.55 | | | |

E SMITH BOX INC
P O BOX 1507
CONYERS, GA 30012

Claim Number: 6696
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,178.28 | Scheduled: | $9,901.45 | Allowed: | $10,178.28 |

E W A TRUCKING, INC.
7870 MAIN ST., N.E.
FRIDLEY, MN 55432

Claim Number: 12371
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $21,676.78 | | | | | |

E&C INSULATION
12764 OAK LAKE CT
MIDLOTHIAN, VA 23112-3979

Claim Number: 5378
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,900.00 | Scheduled: | $3,600.00 | | | |

| | | | | |
|---|---|---|---|---|
| E&E ULTIMATE TOUCH CLEANING<br>15 ST. REGIS CIRCLE<br>SALINAS, CA 93905 | | Claim Number: 2589<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,625.00 | Scheduled: | $9,625.00 |
| E.E.U., INC.<br>C/O MICHAEL ROBL<br>1047 CAMBRIDGE AVE<br>DECATUR, GA 30030 | | Claim Number: 12026<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) | | |
| SECURED | Claimed: | $198,000.00   UNLIQ | | |
| UNSECURED | | | Scheduled: | $198,000.00 |
| E.J. CADY & CO.<br>135 SO. WHEELING RD.<br>WHEELING, IL 60090 | | Claim Number: 1672<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,067.62 | Scheduled: | $1,067.62 |
| E.L. SIMETH CO INC<br>403 SOUTH HAWLEY ROAD<br>MILWAUKEE, WI 53214 | | Claim Number: 7090<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $500.75 | Scheduled: | $500.75 |
| E.S. CONSTANT COMPANY<br>17260 N.E. SACRAMENTO<br>PORTLAND, OR 97230 | | Claim Number: 5878<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,555.47 | Scheduled: | $9,555.47 |

| EAGLE CONSTRUCTION AND ENVIRONMENTAL<br>SERVICES, L.P.<br>P.O. BOX 872<br>EASTLAND, TX 76448 | Claim Number: 1823<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $21,836.79 | Scheduled: | $9,830.09 |
|---|---|---|---|---|

| EAGLE SUPPLY & PLASTICS INC<br>PO BOX 1196<br>APPLETON, WI 54912 | Claim Number: 5686<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $847.10 | Scheduled: | $847.10 |
|---|---|---|---|---|

| EAGLE/MARK IV EQUIPMENT INC<br>PO BOX 946<br>MANSFIELD, OH 44901 | Claim Number: 3984<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $5,596.32 | Scheduled: | $5,595.41 |
|---|---|---|---|---|

| EARL HORNE INC<br>PO BOX 2608<br>JACKSONVILLE, FL 32203-2608 | Claim Number: 5215<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $840.00 |
|---|---|---|---|---|

| EARTH CIRCLE RECYCLING<br>PO BOX 3505<br>SAINT LOUIS, MO 63143 | Claim Number: 4447<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $1,122.35 | Scheduled: | $1,122.35  UNLIQ |
|---|---|---|---|---|

---

EAST CAROLINA SUPPLY CO.
EAST U.S. 64
P.O.BOX 667
PLYMOUTH, NC 27962

Claim Number: 7361
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,377.16 | Scheduled: | $4,991.76 | | | |

EAST COAST STEEL INC
317 SALINA
SEWELL, NJ 08080

Claim Number: 3831
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,254.25 | Scheduled: | $2,254.25 | | | |

EASTENN WAREHOUSE & DISTRIBUTION
CONNIE SMITH
2006 HOITT AVENUE
KNOXVILLE, TN 37917

Claim Number: 849
Claim Date: 02/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,077.95 | Scheduled: | $20,577.95 UNLIQ | Allowed: | $13,077.95 |

EASTERN HYD. & POWER TRANSMISSION
PO BOX 552
ROCKY MOUNT, NC 27802-0552

Claim Number: 3820
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $333.24 | Scheduled: | $306.24 | | | |

EASTERN LIFT TRUCK CO, INC
PO BOX 307
MAPLE SHADE, NJ 08052-0307

Claim Number: 11681
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,925.37 | Scheduled: | $4,108.36 | | | |

EASTERN SHEET METAL COMPANY, INC.
PO BOX 1554
MUSKOGEE, OK 74402

Claim Number: 11665
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,999.00 | Scheduled: | $14,999.00 | Allowed: | $14,999.00 |

EASTERN SHORE FOREST PRODUCTS INC
3667 ST LUKES RD
SALISBURY, MD 21804

Claim Number: 7708
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $33,771.38 |

EASTERN SHORE FOREST PRODUCTS, INC
3667 ST. LUKES ROAD
SALISBURY, MD 21804

Claim Number: 7926
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $33,771.38 | Scheduled: | $67,542.77  UNLIQ |

EASTON, SANDERSON AND CO.
300 EAST STATE STREET
JACKSONVILLE, FL 32202

Claim Number: 4365
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6647 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $306,511.15 | Scheduled: | $20,952.14 |

EASYLINK SERVICES INTERNATIONAL CORP.
33 KNIGHTSBRIDGE ROAD
PISCATAWAY, NJ 08854

Claim Number: 1534
Claim Date: 03/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $306.93 | Scheduled: | $65.21 |

| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1899<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $1,418.45 | Scheduled: | $2,499.03 |
|---|---|---|---|---|

| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1900<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $70.15 |
|---|---|---|

| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1901<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $51.91 |
|---|---|---|

| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1902<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $75.53 |
|---|---|---|

| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1903<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $20.37 |
|---|---|---|

| | | |
|---|---|---|
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1904<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $71.17 |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1905<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $387.20 |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1906<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $220.06 |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1907<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $124.37 |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1908<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $99.59 |

| | | |
|---|---|---|
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1909<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $70.66 |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1910<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $70.02 |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1911<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $50.38 |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1912<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $20.22 |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1913<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $20.72 |

| | | |
|---|---|---|
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1914<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $57.37 |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1915<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $71.32 |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1916<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $273.35 |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1917<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $173.84 |
| EASYLINK SERVICES INTERNATIONAL CORP.<br>33 KNIGHTSBRIDGE ROAD<br>PISCATAWAY, NJ 08854 | Claim Number: 1918<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $21.55 |

---

EATON ELECTRICAL  INC
C/O EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114

Claim Number: 10525
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,960.00 | Scheduled: | $1,800.00 |

---

EATON ELECTRICAL INC
C/O EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114

Claim Number: 10527
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $742.98 |

---

EATON HYDRAULIC LLC
C/O EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114

Claim Number: 10526
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $53.69 | Scheduled: | $30,588.25 |

---

ECHENBERG, PAUL S.
C/O KOSKIE MINSKY LLP
BARRISTERS AND SOLICITORS
20 QUEEN ST. WEST SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 13014
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $82,952.65 | Scheduled: | $678,588.93 | Allowed: | $736,748.00 |
| TOTAL | Claimed: | $831,165.10 | | | | $0.00 |

---

ECHEVARRIA, RAUL
2800 EMMAUS AVE
ZION, IL 60099

Claim Number: 8844
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNDET |

---

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

ECHO TAPE USA, INC.
9001 RUE AVON, SUITE 100
MONTREAL, QC H4X 2G8
CANADA

Claim Number: 6793-01
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $29,203.96 | | |
| --- | --- | --- | --- | --- |

ECHO TAPE USA, INC.
9001 RUE AVON, SUITE 100
MONTREAL, QC H4X 2G8
CANADA

Claim Number: 6793-02
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $56,584.13 | Scheduled: | $31,738.00 |
| --- | --- | --- | --- | --- |

ECOLAB INC.
655 LONE OAK DRIVE
BLDG A-1
EAGAN, MN 55121

Claim Number: 3092
Claim Date: 05/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $11,068.47 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | Claimed: | $4,860.17 | Scheduled: | $16,354.55 |

ECONOMY TRANSPORT INC
ATTN: REBECCA C. JOHNSON, ESQ.
12755 E. NINE MILE ROAD
WARREN, MI 48089

Claim Number: 6090
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $106,436.93 | Scheduled: | $85,435.24 |
| --- | --- | --- | --- | --- |

ECONOTECH SERVICES LTD
852 DERWENT WAY
DELTA, BC V3M 5R1
CANADA

Claim Number: 7874
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,116.00 | Scheduled: | $5,116.00 |
| --- | --- | --- | --- | --- |

ED PEW TIMBER CO INC
PO BOX 239
DARLINGTON, SC 29532

Claim Number: 5849
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,215.28 | Scheduled: | $14,430.56 UNLIQ | | |

ED PEW TIMBER CO INC
PO BOX 239
DARLINGTON, SC 29532

Claim Number: 13532
Claim Date: 10/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $7,215.28 |
|---|---|---|
| UNSECURED | Claimed: | $7,215.28 |

ED PEW TIMBER CO INC
PO BOX 239
DARLINGTON, SC 29532

Claim Number: 13652
Claim Date: 12/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7943 (06/09/2010)

| UNSECURED | Claimed: | $7,215.28 | | | Allowed: | $7,215.28 |
|---|---|---|---|---|---|---|

EDELSTEIN DIVERSIFIED SPECIALTIES, LTD
9001 AVON
SUITE 100
MONTREAL, QC H4X 2G8
CANADA

Claim Number: 6792
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $7,008.24 |
|---|---|---|
| UNSECURED | Claimed: | $9,312.90 |

EDGE CONTRUCTION SUPPLY INC
PO BOX 3437
SPOKANE, WA 99220-3437

Claim Number: 4431
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,698.63 | Scheduled: | $5,542.35 |
|---|---|---|---|---|

---

EDNEY ENTERPRISES INC
2111 E CENTRAL COURT
SPRINGFIELD, MO 65802

Claim Number: 13700
Claim Date: 12/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $641.30 | | |
|---|---|---|---|---|

EDWARD MEYER
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10965
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8391 (08/16/2010)

| UNSECURED | Claimed: | $50,000.00 | | |
|---|---|---|---|---|

EDWARD S. BABCOCK & SONS INC.
6100 QUAIL VALLEY COURT
RIVERSIDE, CA 92507

Claim Number: 3541
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $389.00 | Scheduled: | $349.00 |
|---|---|---|---|---|

EDWARD W ENGS II
1210 HILLSIDE ROAD
PASADENA, CA 91105

Claim Number: 4607
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| UNSECURED | Claimed: | $7,035.00 | Scheduled: | $7,035.00 |
|---|---|---|---|---|

EDWARDS ELECTRICAL AND MECHANICAL
ATTN: KAY MAHANEY
2350 NORTH SHADELAND AVE.
INDIANAPOLIS, IN 46219

Claim Number: 4637
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,260.00 | Scheduled: | $1,260.00 |
|---|---|---|---|---|

---

EDWARDS INC
4119 SHEEP PASTURE RD
SPRING HOPE, NC 27882

Claim Number: 5216
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $310.00 | Scheduled: | $310.00 |

EDWARDS, RICKY
1221 DRESSAGE RIDGE NE
CONYERS, GA 30013

Claim Number: 1763
Claim Date: 03/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,000.00 | |

EFP LLC
P.O. BOX 2368
ELKHART, IN 46515

Claim Number: 696
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,241.50 | Scheduled: | $1,241.50 |

EFS NETWORK
5959 W. LAS POSITAS BLVD
PLEASANTON, CA 94588

Claim Number: 2572
Claim Date: 04/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7452 (05/04/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,093.94 | Scheduled: | $984.24 |

EII LIMITED
ATTN: SANDRA MCCRUDDEN
1124 NORTHSIDE ROAD
BURLINGTON, ON L7M 1H4
CANADA

Claim Number: 13189
Claim Date: 08/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $44,289.63 | |

| | | | | | |
|---|---|---|---|---|---|
| EIR<br>PO BOX 844<br>REDMOND, WA 98073 | | Claim Number: 6684<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $110.00 | Scheduled: | $110.00 | |
| EISELEIN LOGGING INC<br>PO BOX 91<br>ROUNDUP, MT 59072 | | Claim Number: 4279<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $6,927.12 | Scheduled: | $13,854.24 UNLIQ | |
| EISENMANN CORPORATION<br>150 E DARTMOOR DR<br>CRYSTAL LAKE, IL 60014 | | Claim Number: 3350<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $7,488.00 | Scheduled: | $5,626.18 | |
| EL PASO DISPOSAL<br>PO BOX 20179<br>EL PASO, TX 79998 | | Claim Number: 4643<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | | |
| UNSECURED | Claimed: | $14,552.93 | Scheduled: | $10,182.17 | |
| EL PASO PHOENIX PUMPS, INC.<br>26 BUTTERFIELD TRAIL BLVD<br>EL PASO, TX 79906 | | Claim Number: 127<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $4,074.40 | Scheduled: | $18,162.14 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| EL PASO PHOENIX PUMPS, INC.<br>26 BUTTERFIELD TRAIL BLVD<br>EL PASO, TX 79906 | | Claim Number: 128<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $10,717.00 | | | Allowed: | $10,717.00 |
| ELDER CREEK RECYCLING<br>8780 ELDER CREEK RD.<br>SACRAMENTO, CA 95828 | | Claim Number: 7057<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,469.08 | Scheduled: | $62,340.42 | | |
| ELECTRIC COMPANY<br>ATTN: KATHY BARTON<br>100 N STANTON<br>EL PASO, TX 79901 | | Claim Number: 10625<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $88,188.77 | Scheduled: | $19,519.85 | | |
| ELECTRIC MOTOR + SERVICE CO.<br>PO BOX 667<br>ZANESVILLE, OH 43702 | | Claim Number: 3478<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $78,348.86 | Scheduled: | $81,585.29 | Allowed: | $78,348.86 |
| ELECTRIC MOTOR CORP<br>3865 N MILWAUKEE AVENUE<br>CHICAGO, IL 60641 | | Claim Number: 4293<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $412.50 | Scheduled: | $412.50 | | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

ELECTRIC MOTOR SALES & SUPPLY
1724 CENTRAL AVE
CHATTANOOGA, TN 37408

Claim Number: 12253
Claim Date: 09/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,639.12 | | |
| UNSECURED | Claimed: | $91,129.79 | | |

ELECTRIC SERVICE AND SALES
PO BOX 21605
GREENSBORO, NC 27420

Claim Number: 3636
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,953.02 | Scheduled: | $2,538.09 |

ELECTRIC SUPPLY CO INC
PO BOX 787
SIOUX FALLS, SD 57101-0787

Claim Number: 7481
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,881.76 | Scheduled: | $1,881.76 |

ELECTRICAL CONSULTING SOLUTIONS
218 OLD STATE ROAD
MENLO, GA 30731

Claim Number: 2766
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,806.50 | Scheduled: | $3,806.50 |

ELECTRICAL SERVICES CO
9835 KITTY LANE
OAKLAND, CA 94603

Claim Number: 5625
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,474.00 | Scheduled: | $7,227.29 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ELECTRO MEC INC<br>PO BOX 601492<br>CHARLOTTE, NC 28260-1492 | | Claim Number: 6091<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,375.00 | Scheduled: | $1,375.00 | | | |
| ELECTRO MECHANICAL HANDLING<br>PO BOX 11348<br>LYNCHBURG, VA 24506 | | Claim Number: 3705<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $307.95 | Scheduled: | $307.95 | | | |
| ELECTRO-MECHANICAL RESOURCES, INC<br>103 W MARTIN<br>ABINGDON, IL 61410 | | Claim Number: 5485<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $1,500.00 | | | |
| ELECTROLAB TRAINING SYSTEMS<br>335 UNIVERSITY AVE<br>P.O. BOX 320<br>BELLEVILLE, ON K8N 5A5<br>CANADA | | Claim Number: 5594<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $7,585.00 | Scheduled: | $7,585.00 | | | |
| ELECTRON MACHINE CORP., THE<br>ATTN: MICHAEL JOHNSON<br>PO BOX 2349<br>UMATILLA, FL 32784-2349 | | Claim Number: 4166<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $22,441.18 | Scheduled: | $22,441.18 | Allowed: | $22,441.18 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ELECTRONIC DRIVE SERVICES, INC<br>P.O. BOX 640<br>PELHAM, AL 35124 | | Claim Number: 886<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,459.00 | Scheduled: | $6,459.00 | | |
| ELEETS TRANSPORTATION<br>3131 ST. JOHNS BLUFF RD. S.<br>JACKSONVILLE, FL 32246 | | Claim Number: 379<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $61,236.44 | Scheduled: | $52,874.12 | | |
| ELGIN RECYCLING, INC.<br>46 E END DR<br>GILBERTS, IL 60136-9731 | | Claim Number: 660<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,808.34 | Scheduled: | $970.00 | | |
| ELLIOT ELECTRIC SUPPLY<br>PO BOX 630610<br>NACOGDOCHES, TX 75963 | | Claim Number: 7568<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,774.09   UNLIQ | Scheduled: | $5,081.41 | | |
| ELLIOTT COMPANY<br>901 N. FOURTH STREET<br>JEANNETTE, PA 15644 | | Claim Number: 13083<br>Claim Date: 09/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $119,852.75 | Scheduled: | $119,852.75 | Allowed: | $119,852.75 |

ELLIOTT ELECTRIC SUPPLY
P.O. BOX 630610
NACOGDOCHES, TX 75963

Claim Number: 7548
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $516.51 | | |

ELM ELECTRICAL INC
68 UNION STREET
WESTFIELD, MA 01085

Claim Number: 11001
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,986.69 | Scheduled: | $30,986.69 |

ELMHULT LIMITED PARTNERSHIP
IKEA SEATTLE
601 W 41ST STREET
RENTON, WA 98057

Claim Number: 656
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $903.25 | | |

EMERALD PAPER GROUP, LLC
PO BOX 191
FAIRVIEW VILLAGE, PA 19409

Claim Number: 3232
Claim Date: 06/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,444.70 | Scheduled: | $30,258.00 |

EMERGENCY EQUIPMENT SERVICE
2718 MIKE PADGETT HWY
AUGUSTA, GA 30906

Claim Number: 3894
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $564.65 | Scheduled: | $559.25 |

EMERGENCY RESPONSE SERVICE
PO BOX 680618
FORT PAYNE, AL 35968

Claim Number: 13696
Claim Date: 12/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $43,600.00 | Scheduled: | $43,600.00 | | |

EMERGENCY RESPONSE SERVICES, INC.
P.O. BOX 680618
FORT PAYNE, AL 35968

Claim Number: 1057
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $43,600.00 | | | Allowed: | $43,600.00 |

EMERSON AND CLEMENTS WOODWARD INC
PO BOX 171
DILLWYN, VA 23936

Claim Number: 7863
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| ADMINISTRATIVE | Claimed: | $104,979.45 | | | | |

EMERSON AND CLEMENTS WOODYARD INC
PO BOX 171
DILLWYN, VA 23936

Claim Number: 4021
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7716 (05/21/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $52,489.72 | | | | |

EMERSON AND CLEMENTS WOODYARD INC
PO BOX 171
DILLWYN, VA 23936

Claim Number: 4022
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $104,979.45 | | | | |

---

EMERSON BOILER INC
PO BOX 249
LITCHFIELD PARK, AZ 85340

Claim Number: 8617
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,699.35 | Scheduled: | $17,073.05 | | |

EMERSON PROCESS MANAGEMENT LLLP
C/O ADELINE ROSEMBER, EMERSON PROCESS
MANAGEMENT LLLP
12001 TECHNOLOGY DRIVE
EDEN PRAIRIE, MN 55344

Claim Number: 2655
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $6,277.00 | | | | |

EMERSON PROCESS MANAGEMENT LLP
C/O ADELINE ROSEMBER, EMERSON PROCESS
MANAGEMENT LLLP
12001 TECHNOLOGY DRIVE
EDEN PRAIRIE, MN 55344

Claim Number: 2656-01
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3195 (12/16/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $34.46 | Scheduled: | $2,295.00 | | |

EMERSON PROCESS MANAGEMENT LLP
C/O ADELINE ROSEMBER, EMERSON PROCESS
MANAGEMENT LLLP
12001 TECHNOLOGY DRIVE
EDEN PRAIRIE, MN 55344

Claim Number: 2656-02
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 3195 (12/16/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,340.00 | | | Allowed: | $2,340.00 |

EMICC INC
PO BOX 551
PERRY, GA 31069

Claim Number: 4139
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,530.34 | Scheduled: | $10,971.34 | Allowed: | $10,530.34 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| EMPIRE CONTAINER CORPORATION<br>1161 EAST WALNUT STREET<br>CARSON, CA 90746 | | Claim Number: 479<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $17,551.89 | Scheduled: | $15,982.79 | Allowed: | $17,551.89 |
| EMPIRE CORRUGATED MACHINERY, INC.<br>120 COCKEYSVILLE RD.<br>SUITE 104<br>HUNT VALLEY, MD 21030 | | Claim Number: 762<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $14,173.50 | Scheduled: | $14,173.50 | | |
| EMPIRE STATE CONTAINER INC<br>151 MIDLER PARK DRIVE<br>SYRACUSE, NY 13206 | | Claim Number: 8184<br>Claim Date: 07/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,215.00 | Scheduled: | $1,215.00 | | |
| EMPIRE TECHNOLOGIES<br>246 INDUSTRIAL WAY W STE 1<br>EATONTOWN, NJ 07724-4241 | | Claim Number: 2066<br>Claim Date: 04/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | | |
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $32,129.64 | Scheduled: | $52,903.16 | | |
| EMPLOYER - LOCAL NO. 375 PENSION PLAN<br>C/O SPEAR WILDERMAN, P.C.<br>230 S. BROAD STREET, SUITE 1400<br>PHILADELPHIA, PA 19102 | | Claim Number: 11004<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $10,655,926.00 | | | Allowed: | $10,655,926.00 |

| | | |
|---|---|---|
| EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001 | | Claim Number: 5903<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| PRIORITY | Claimed: | $6,591.31 |
| UNSECURED | Claimed: | $826.60 |
| EMPLOYMENT DEVELOPMENT DEPARTMENT<br>ATTN: SPECIAL PROCEDURES SECTIONS<br>P.O. BOX 826880, MIC 92E<br>SACRAMENTO, CA 94280-0001 | | Claim Number: 13992<br>Claim Date: 04/12/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| ADMINISTRATIVE | Claimed: | $31,399.61 |
| EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA<br>UNEMPLOYMENT INSURANCE DIVISION<br>POST OFFICE BOX 26504<br>RALEIGH, NC 27611-6504 | | Claim Number: 1145<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| PRIORITY | Claimed: | $1,786.20   UNLIQ |
| EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA<br>UNEMPLOYMENT INSURANCE DIVISION<br>POST OFFICE BOX 26504<br>RALEIGH, NC 27611-6504 | | Claim Number: 1147<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
| UNSECURED | Claimed: | $176.91 |
| EMPLOYMENT SECURITY COMMISSION OF NORTH CAROLINA<br>UNEMPLOYMENT INSURANCE DIVISION<br>POST OFFICE BOX 26504<br>RALEIGH, NC 27611-6504 | | Claim Number: 9463<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| ADMINISTRATIVE | Claimed: | $95,248.73   UNLIQ |

| | | | | | | |
|---|---|---|---|---|---|---|
| EMR LAWN SERVICES INC<br>1821 48TH STREET NORTH<br>WISCONSIN RAPIDS, WI 54494 | | Claim Number: 6344<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,197.71 | Scheduled: | $3,197.71 | | |
| EN GARDE ELECTRIC<br>PO BOX 609<br>FAIRFIELD, CA 94533-0609 | | Claim Number: 5132<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,080.45 | Scheduled: | $3,080.45 | | |
| ENDRESS & HAUSER INC<br>PO BOX 663674<br>INDIANAPOLIS, IN 46266-3674 | | Claim Number: 4292<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,374.54 | Scheduled: | $3,764.00 | | |
| ENERGY PERFORMANCE SPECIALISTS LLC<br>4915 FARWELL STREET<br>MCFARLAND, WI 53558 | | Claim Number: 5191<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $29,179.88 | Scheduled: | $28,799.22 | Allowed: | $29,179.88 |
| ENERGY REPAIR SERVICE INC<br>115 WEST 56TH AVE<br>DENVER, CO 80216 | | Claim Number: 12297<br>Claim Date: 09/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,460.00 | Scheduled: | $1,460.00 | | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

| ENERGYLITE INC<br>1609 HERITAGE COMMERCE COURT<br>WAKE FOREST, NC 27587 | Claim Number: 9204<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $10,648.05 | Scheduled: | $9,919.00 |
|---|---|---|---|---|

| ENERQUIN AIR INC<br>5730 TURCOT<br>MONTREAL, QC H4C 1V8<br>CANADA | Claim Number: 7261<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $4,500.00 | Scheduled: | $3,000.00 |
|---|---|---|---|---|

| ENGINEERED AIR SYSTEMS INC<br>PO BOX 25111<br>GREENVILLE, SC 29616 | Claim Number: 4375<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $7,037.88 | Scheduled: | $7,037.88 |
|---|---|---|---|---|

| ENGINEERED SOLUTIONS OF AMELIA, INC.<br>1927 S 14TH ST #114<br>AMELIA ISLAND, FL 32034-3035 | Claim Number: 8058<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $1,215.00 | Scheduled: | $1,215.01 |
|---|---|---|---|---|

| ENGINEERED SYSTEMS<br>PO BOX 122<br>PLOVER, WI 54467 | Claim Number: 9702<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $14,538.50 | Scheduled: | $18,520.00 |
|---|---|---|---|---|

ENGINEERED SYSTEMS & PRODUCTS
8121 VIRGINIA PINE COURT
RICHMOND, VA 23237

Claim Number: 7272
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $20,869.87 | Scheduled: | $19,734.08 | | |
|---|---|---|---|---|---|---|

ENGINEERING EXCELLENCE
10 KNOLLCREST DRIVE
ATTN: AUDRA YACKS
CINCINNATI, OH 45237

Claim Number: 3135
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $467.75 | Scheduled: | $467.75 | | |
|---|---|---|---|---|---|---|

ENSPIRE ENERGY
COFACE NORTH AMERICA, INC.
PO BOX 2102
CRANBURY, NJ 08512

Claim Number: 2055
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $31,677.48 | | | Allowed: | $31,677.48 |
|---|---|---|---|---|---|---|

ENTERGY LOUISIANA, LLC
MAIL UNIT L JEF 359
P.O. BOX 6008
NEW ORLEANS, LA 70174-6008

Claim Number: 3200
Claim Date: 06/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $42,736.11 | | | Allowed: | $42,736.11 |
|---|---|---|---|---|---|---|

ENTERPRISE TRANSPORTATION COMPANY
1100 LOUISIANA STREET
SUITE 1000
HOUSTON, TX 77002

Claim Number: 9714
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,684.26 | Scheduled: | $5,684.26 | | |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| ENVIROCYCLE INCORPORATED<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | | Claim Number: 11323<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
| UNSECURED | Claimed: | $5,188.91   UNLIQ | Scheduled: | $975.00 |
| ENVIROMED OF BAY COUNTY<br>PO BOX 35594<br>PANAMA CITY, FL 32412 | | Claim Number: 3943<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $114.00 | Scheduled: | $76.00 |
| ENVIROMENTAL COMPLIANCE TECHNOLOGIES<br>PO BOX 532<br>DURHAM, CT 06422 | | Claim Number: 9841<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $925.00 | | |
| ENVIRONMENTAL COMPLIANCE<br>PO BOX 532<br>DURHAM, CT 06422 | | Claim Number: 9839<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 |
| ENVIRONMENTAL COMPLIANCE SERVICE<br>588 SILVER STREET<br>AGAWAM, MA 01001 | | Claim Number: 6481<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,525.00 | Scheduled: | $1,525.00 |

| | | | | |
|---|---|---|---|---|
| ENVIRONMENTAL COMPLIANCE TECH<br>PO BOX 532<br>DURHAM, CT 06422 | | Claim Number: 9840<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $575.00 | | |
| ENVIRONMENTAL PNEUMATICS INC.<br>215 BOWERS RD S<br>OAKLAND, TN 38060 | | Claim Number: 3341<br>Claim Date: 06/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $105.19 | | |
| ENVIRONMENTAL PNEUMATICS INC.<br>215 BOWERS RD S<br>OAKLAND, TN 38060 | | Claim Number: 3342<br>Claim Date: 06/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,312.64 | Scheduled: | $1,668.17 |
| ENVIRONMENTAL SCIENCE<br>PO BOX 569<br>MOUNT JULIET, TN 37121-0569 | | Claim Number: 5518<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $626.50 | | |
| ENVIRONMENTAL WASTE SOLUTIONS<br>C/O BED BATH BEYOND<br>PO BOX 429<br>ESSINGTON, PA 19029 | | Claim Number: 14065<br>Claim Date: 07/16/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | |
| UNSECURED | Claimed: | $402.60 | | |

ENVIROSAFE TECHNOLOGIES, INC.
11201 ST JOHNS INDUSTRIAL PKWY
JACKSONVILLE, FL 32246-7631

Claim Number: 8725
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $416.00 | Scheduled: | $416.00 | | |

ENVIROSERVE
5502 SCHAAF ROAD
INDEPENDENCE, OH 44131

Claim Number: 3982
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,547.83 | Scheduled: | $6,547.83 | | |

ENVIROSERVE
5502 SCHAAF ROAD
INDEPENDENCE, OH 44131

Claim Number: 13849
Claim Date: 02/25/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,073.03 | | | | |

ENVIROVAC HOLDINGS, LLC.
P.O. 1149
SAVANNAH, GA 31402

Claim Number: 502
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,177.75 | | | Allowed: | $10,177.75 |

EPLUS CONTENTS SERVICES INC
13595 DULLES TECHNOLOGY DRIVE
HERNDON, VA 20171

Claim Number: 10511
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17,269.30 | Scheduled: | $60,097.30 | Allowed: | $17,269.30 |

EQUILON ENTERPRISES LLC
ANNA HATHAWAY - SHELL OIL COMPANY
1162 ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TX 77002

Claim Number: 11452
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8879 (01/06/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |

EQUIPCO MANUFACTURING, INC.
JEFFREY S. TANEN, ESQ.
GOLDSTEIN, TANEN & TRENCH, P.A.
2 S. BISCAYNE BLVD., #3700
MIAMI, FL 33131

Claim Number: 2828
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $30,650.00 | Scheduled: | $30,650.00 | |

EQUIPMENT EXPRESS INC
60 WANLESS COURT
AYR, ON N0B 1E0
CANADA

Claim Number: 5618
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $48,650.00 | |

EQUITY TRUST CO FBO DAVID FISHEL IRA
TRANSFEROR: GENERAL SUPPLY & SERVICES
225 BURNS ROAD
ELYRIA, OH 44035

Claim Number: 9206-01
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $383,718.61 | | | | |
| UNSECURED | Claimed: | $280,431.61 | Scheduled: | $84,386.53 | Allowed: | $280,431.61 |

ERCO WORLDWIDE
PO BOX T10024C POSTAL STATION A
TORONTO, ON M5W 2B1
CANADA

Claim Number: 10983
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $96,205.50 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ERCO WORLDWIDE<br>302 THE EAST MALL<br>SUITE 200<br>TORONTO, ON M9B 6C7<br>CANADA | | Claim Number: 10986<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | | |
| UNSECURED | Claimed: | $507,606.42 | Scheduled: | $122,533.52 | | |
| ERCO WORLDWIDE<br>POSTAL STATION A<br>P.O.BOX T100244<br>TORONTO, ON M5W 2B1<br>CANADA | | Claim Number: 10987<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $480,383.19 | | |
| ERCO WORLDWIDE<br>302 THE EAST MALL<br>SUITE 200<br>TORONTO, ON M9B 6C7<br>CANADA | | Claim Number: 10988<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) | | | | |
| UNSECURED | Claimed: | $1,509,037.27 | | | | |
| ERHARDT LEIMER INC<br>350 TUCAPAU ROAD<br>DUNCAN, SC 29334 | | Claim Number: 4919<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $117,423.72 | Scheduled: | $116,661.03 | Allowed: | $117,423.72 |
| ERICKSON, MARY A., NAMED PLAINTIFF IN<br>ERRICKSON, ROY D., ET AL.<br>C/O TOM L. LEWIS: LEWIS, SLOVAK &<br>KOVACICH, PC, P.O. BOX 2325<br>GREAT FALLS, MT 59403 | | Claim Number: 6652<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED | | | | |
| UNSECURED | Claimed: | $200,000.00 | | | | |

| | | | | |
|---|---|---|---|---|
| ERICKSON, ROY D., ET AL.<br>C/O TOM L. LEWIS<br>LEWIS, SLOVAK & KOVACICH, P.C.<br>P.O. BOX 2325<br>GREAT FALLS, MT 59403 | | Claim Number: 6618<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $10,000.00 | | |
| ERICKSON, ROY, NAMED PLAINTIFF IN<br>ERRICKSON, ROY D., ET AL.<br>C/O TOM L. LEWIS: LEWIS, SLOVAK &<br>KOVACICH, PC, P.O. BOX 2325<br>GREAT FALLS, MT 59403 | | Claim Number: 6651<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $1,000,000.00 | | |
| ERIE INDUSTRIAL TRUCKS INC<br>2419 W 15TH STREET<br>ERIE, PA 16505 | | Claim Number: 3866<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $409.00 | Scheduled: | $409.00 |
| ERNST FLOW INDUSTRIES<br>PO BOX 925<br>FARMINGDALE, NJ 07727 | | Claim Number: 12296<br>Claim Date: 09/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $792.16 | Scheduled: | $792.16 |
| ERVIN ENGINEERING CO<br>HUGH GRANGER<br>PO BOX 3<br>FLORENCE, SC 29503 | | Claim Number: 778<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $20,150.00 | Scheduled: | $19,650.00 |

| ESCANABA & LAKE SUPERIOR RAILROAD CO.<br>ATTN: JOHN LARKIN<br>PO BOX 217<br>WELLS, MI 49894 | | Claim Number: 7816<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $723,254.46 | Scheduled: | $410,462.45 | Allowed: | $723,254.46 |
| ESCOBEDO ELECTRIC<br>6720 53RD AVE<br>SACRAMENTO, CA 95828 | | Claim Number: 4171<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $630.00 | Scheduled: | $630.00 | | |
| ESR MOTOR SYSTEMS, LLC<br>BRIAN M. DOUGHERTY - GOLDSTINE,<br>SKRODSKI, RUSSIAN, NEMEE AND HOFF, LTD.<br>835 MCCLINTOCK DRIVE, SECOND FLOOR<br>BURR RIDGE, IL 60527 | | Claim Number: 2946-02<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $19,489.32 | Scheduled: | $31,035.59 | Allowed: | $19,489.32 |
| ESSCO INC.<br>PO BOX 10297<br>GREEN BAY, WI 54307-0297 | | Claim Number: 6240-01<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $2,341.71<br> | <br>Scheduled: | <br>$4,195.95 | | |
| ESSCO INC.<br>PO BOX 10297<br>GREEN BAY, WI 54307-0297 | | Claim Number: 6240-02<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,854.24 | | | | |

ETHAN ALLEN
1063 WHIPPLE ROAD
HAYWARD, CA 94544

Claim Number: 11093
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,094.00 | Scheduled: | $1,094.00 |

ETHEREDGE ELECTRIC CO INC
PO BOX 19570
SHREVEPORT, LA 71149-0570

Claim Number: 7127
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,197.24 | Scheduled: | $25,447.24 |

ETS MULCH AND MORE LLC
410 VIRGINIA LANE
WAVERLY, OH 45690

Claim Number: 14072
Claim Date: 07/26/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,120.86 | Scheduled: | $10,120.86 UNLIQ |

EUCHRE MOUNTAIN LOGGING INC
2125 PROSPECT COURT
BONNER, MT 59823-9607

Claim Number: 7499
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,697.11 | Scheduled: | $23,394.23 UNLIQ |

EULER HERMES UMA INC
600 SOUTH 7TH STREET
P.O.BOX 1672
LOUISVILLE, KY 40201-1672

Claim Number: 9255
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 |

---

EUREKA VAN & STORAGE CO INC
PO BOX 17383
WASHINGTON, DC 20041

Claim Number: 7241
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $212.00 |
|---|---|---|---|---|

EUTECTIC CORPORATION
PO BOX 88893
MILWAUKEE, WI 53288

Claim Number: 6001
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $672.68 | Scheduled: | $425.96 |
|---|---|---|---|---|

EVANS DELIVERY COMPANY
P.O. BOX 268
POTTSVILLE, PA 17901

Claim Number: 3433
Claim Date: 06/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $51,304.60 | Scheduled: | $50,457.00 |
|---|---|---|---|---|

EVANS ELECTRIC MOTOR CENTERS
2001 N 13TH
ROGERS, AR 72756

Claim Number: 7018
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,540.00 | Scheduled: | $4,540.00 |
|---|---|---|---|---|

EVANS ENTERPRISES INC
PO BOX 1316
TULSA, OK 74101

Claim Number: 8359
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLE DUPLICATE OF 9468
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $587.10 | | |
|---|---|---|---|---|

---

EVANS LOGGING
1408 EAST GEORGIA AVENUE
RUSTON, LA 71270

Claim Number: 5737
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,630.81 | | | |
| UNSECURED | Claimed: | $1,630.81 | Scheduled: | $6,630.81 UNLIQ | |
| TOTAL | Claimed: | $1,630.81 | | | |

EVANSVILLE, IN WATERWORKS DEPT
P.O. BOX 19
EVANSVILLE, IN 47740-0019

Claim Number: 7349
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $161.75 |

EVENT CAPTURE SYSTEMS INC
PO BOX 2313
MATTHEWS, NC 28106

Claim Number: 4734
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,000.00 | Scheduled: | $6,000.00 |

EVER-READY PACKAGING & ASSEMBLY SVC CORP
C/O PIONEER FUNDING GROUP, LLC
GREELEY SQUARE STATION, BOX 20188
NEW YORK, NY 10001

Claim Number: 332
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $63,188.60 | Scheduled: | $63,188.60 | Allowed: | $63,188.60 |

EVEREADY EXPRESS
PO BOX 7745
E RUTHERFORD, NJ 07073-0897

Claim Number: 2023
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,104.78 | Scheduled: | $2,104.78 |

---

EVERGREEN PACKAGING INC
12120 PARK AVENUE
CERRITOS, CA 90703

Claim Number: 9222-01
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $204.60 | | | Allowed: | $204.60 |
| UNSECURED | | | Scheduled: | $208.00 | | |

EVERGREEN PACKAGING INC
12120 PARK AVENUE
CERRITOS, CA 90703

Claim Number: 9222-02
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4.40 | Allowed: | $4.40 |

EVERGREEN RECYCLING
5491 ACCURATE DRIVE
LAS VEGAS, NV 89156

Claim Number: 5165
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,223.65 | Scheduled: | $15,672.00 |

EVRAZ, INC. DBA EVRAZ OREGON STEEL
1440 N. RIVERGATE BLVD.
PORTLAND, OR 97203

Claim Number: 10851
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8879 (01/06/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

EVRAZ, INC. N.A.
1440 N. RIVERGATE BLVD.
PORTLAND, OR 97203

Claim Number: 11850
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8879 (01/06/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

EXCEL DOCK, DOOR & LIFT SOLUTIONS, INC.
7575 TYLER BLVD C-42
MENTOR, OH 44060-4894

Claim Number: 605
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $981.15 | Scheduled: | $916.97 | | |
|---|---|---|---|---|---|---|

EXCEL PARTNERSHIP INC
20 CARLSON CJOURT SUITE 100
TORONTO, ON M9W 7K6
CANADA

Claim Number: 5882
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,915.90 | Scheduled: | $3,915.90 | | |
|---|---|---|---|---|---|---|

EXECUTIVE MANAGEMENT SERVICES INC
PO BOX 501818
INDIANAPOLIS, IN 46250

Claim Number: 5997
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,101.00 | Scheduled: | $3,775.52 | | |
|---|---|---|---|---|---|---|

EXELON ENERGY COMPANY
ATTN: LYNN R. ZACK
2301 MARKET STREET, S23-1
PHILADELPHIA, PA 19103

Claim Number: 7551
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $71,105.57 | Scheduled: | $69,994.40 | Allowed: | $71,105.57 |
|---|---|---|---|---|---|---|

EXOTIC PLANT MAINTENANCE
206 E. TRAMMELL
EVERMAN, TX 76140

Claim Number: 8166
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $929.01 | Scheduled: | $900.01 | | |
|---|---|---|---|---|---|---|

---

EXPANCO INC
3005 WICHITA CT
FORTH WORTH, TX 76140

Claim Number: 6469
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $23,583.56 | Scheduled: | $23,583.56 | | | |

---

EXPORT DEVELOPMENT CANADA
151 O'CONNOR
ATTN: JO-ANN KEECH-BARKER
OTTAWA, ON K1A 1K3
CANADA

Claim Number: 1337
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |

---

EXPORT DEVELOPMENT CANADA
151 O'CONNOR
ATTENTION: JOANN KEECH-BARKER
OTTAWA, ON K1A 1K3
CANADA

Claim Number: 2349
Claim Date: 04/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $107,012.60 | Scheduled: | $109,992.60 | Allowed: | $107,012.60 | |

---

EXPORT DEVELOPMENT CANADA
ASSIGNEE OF VENDOR - ALL SOURCE SECURITY
CONTAINERS-C/O HOUSE OF ADJUSTMENTS, INC
715 MAMARONECK AVE., P.O. BOX 780
MAMARONECK, NY 10543

Claim Number: 2847
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,412.60 | Scheduled: | $11,412.60 | Allowed: | $11,412.60 | |

---

EXPORT DEVELOPMENT CANADA
TRANSFEROR: ADVANCED FIBER TECHNOLOGIES
151 O'CONNOR ST.
OTTAWA, ON K1A 1K3
CANADA

Claim Number: 11177
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $43,725.14 | Scheduled: | $43,308.00 | Allowed: | $43,725.14 | |

---

| | | | | |
|---|---|---|---|---|
| EXPRESS 1 INC<br>3968 RELIABLE PARKWAY<br>CHICAGO, IL 60686-0001 | | Claim Number: 5067<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,110.66 | Scheduled: | $3,110.66 |
| EXPRESS COMPACTOR SERVICE LLC<br>12533 MONDRAGON DR<br>TAMPA, FL 33625 | | Claim Number: 8591<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 |
| EXXON MOBIL CORPORATION FOR EXXON MOBIL<br>OIL CORPORATION & SEA RIVER MARITIME<br>FIN. HOLDINGS INC ATTN MARK A. ZUSCHEK<br>3225 GALLOWS RD<br>FAIRFAX, VA 22037 | | Claim Number: 11552<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8985 (03/16/2011) | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| EYE CENTER INC.<br>2003 CORTEZ ROAD WEST<br>BRADENTON, FL 34207 | | Claim Number: 3413<br>Claim Date: 06/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $604.00 | | |
| F.P. FENSEL SUPPLY COMPANY<br>PO BOX 2063<br>WILMINGTON, NC 28402 | | Claim Number: 2552<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,647.70 | Scheduled: | $2,579.48 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FABRICATION DELTA INC<br>300 ALEXIS POIRIER<br>ST-SIMEON, QC G0C 3A0<br>CANADA | | Claim Number: 12188<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | |
| UNSECURED | Claimed: | $29,258.67 | | | | |
| FAIR ENGINEERING SALES, INC.<br>13405 SEYMOUR MYERS BLVD # 9<br>COVINGTON, LA 70433 | | Claim Number: 30<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $19,108.31 | Scheduled: | $17,917.11 | Allowed: | $19,108.31 |
| FAIR HARBOR CAPITAL<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 99018<br>Claim Date: 08/06/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $9,000.00 | | | Allowed: | $9,000.00 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ROTEX GLOBAL, LLC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 35<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,193.00 | Scheduled: | $4,193.00 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PROCLEAN USA<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 76<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $17,746.29 | Scheduled: | $18,002.95 | Allowed: | $17,746.29 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: BUTLER STEEL RULE DIE CO.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 119
Claim Date: 02/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,100.00 | Scheduled: | $1,100.00 | | |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: TRANSPORTATION &
CONSOLIDATION SVC INC.
ANSONIA FINANCE STATION, PO BOX 237037
NEW YORK, NY 10023

Claim Number: 133
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8091 (06/21/2010)

| UNSECURED | Claimed: | $27,528.10 | | | Allowed: | $27,528.10 |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: JORDAN VALVE DIV. OF RICHARD
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 166
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,911.08 | Scheduled: | $1,911.08 | | |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: P&D ENVIRONMENTAL SERVICES
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 203
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,335.16 | Scheduled: | $6,335.16 | | |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: C & H DISTR LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 543
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $14,733.59 | Scheduled: | $9,617.41 | Allowed: | $14,733.59 |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MCKELVEY TRUCKING COMPANY
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 571
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,011.54 | Scheduled: | $8,011.54 |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: BROWN, JAMES KEVIN
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 593
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,638.68 |
|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: BULHELLER ELECTRIC COMPANY,
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 612
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8091 (06/21/2010)

| UNSECURED | Claimed: | $35,545.29 | Scheduled: | $22,047.22 | Allowed: | $35,545.29 |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: FLORIDA MARINE SURPLUS, INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 687
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7432 (05/04/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,049.00 | Scheduled: | $1,048.00 |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: METRO COMMUNICATIONS, LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 692
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,606.50 | Scheduled: | $3,594.50 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: B&F COFFEE SERVICE/FIRST CHO
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 732-01
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $514.05 | Scheduled: | $514.05 | | |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: DIGITAL IMPACT, LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 759
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,995.00 | Scheduled: | $193.00 | | |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: TRI-VENTURE ASSOCIATES, LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 780
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,800.00 | Scheduled: | $4,800.00 | | |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: HAZA MECHANICAL INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 960
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,036.67 | Scheduled: | $10,504.14 | Allowed: | $11,036.67 |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ABC FIRE EXTINGUISHER SALES
& SERVICE INC.; ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 962
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,250.78 | Scheduled: | $1,250.78 | | |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: OX BOX
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1011
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,499.56 | Scheduled: | $5,499.56 | | |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: GARDNER DENVER NASH, LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1030
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,232.86 | Scheduled: | $12,675.56 | Allowed: | $12,232.86 |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: HAMER DOOR & PARTITIONS, INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1033
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,522.70 | Scheduled: | $6,978.91 | | |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: FLUORON, INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1048
Claim Date: 03/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,200.00 | Scheduled: | $2,200.00 | | |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: COASTAL VISION CENTER
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1062
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,495.70 | Scheduled: | $3,511.50 | | |
|---|---|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: AIR COMPRESSOR ENGINEERING C
ANSONIA FINANCE STATION, PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1083
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $17,249.49 | Scheduled: | $22,464.58 | Allowed: | $17,249.49 |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: KELLER FIRE & SAFETY INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1094
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,927.35 | Scheduled: | $1,927.35 | | |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: RMC AND ASSOCIATES, INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1162
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,000.00 | Scheduled: | $4,000.00 | | |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MIHM TRANSPORTATION CO.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1388
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,622.05 | Scheduled: | $1,622.05 | | |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: PAISLEY PRODUCTS OF CANADA
FBO KENNETH B GILMAN
ANSONIA FINANCE STATION PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1430
Claim Date: 03/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $25,014.40 | Scheduled: | $24,824.40 | Allowed: | $25,014.40 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MACHINING & WELDING SERVICES<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 1436<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $12,040.41 | | | Allowed: | $12,040.41 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PREGIS<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 1468<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $76,719.86 | Scheduled: | $72,260.46 | Allowed: | $76,719.86 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: SILICON VALLEY SECURITY &<br>PATROL INC; ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 1519<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,404.00 | Scheduled: | $1,404.00 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: M.A. RAY MACHINE & FABRICATI<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 1582<br>Claim Date: 03/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $15,987.00 | Scheduled: | $15,987.00 | Allowed: | $15,987.00 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: QUAD PLUS INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 1633<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 0<br>DOCKET: 8408 (08/18/2010) | | | | |
| UNSECURED | Claimed: | $7,126.13 | | | | |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: P&H HYDRAULIC SERVICE, INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1647
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,866.08 | Scheduled: | $1,744.00 |
|-----------|----------|-----------|------------|-----------|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MATERIAL CONTROL, INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1656
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,015.92 | Scheduled: | $1,015.92 |
|-----------|----------|-----------|------------|-----------|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: UNITED SOLUTIONS
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1677
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,051.86 | Scheduled: | $6,051.86 |
|-----------|----------|-----------|------------|-----------|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: UNITED WASTE WATER SERVICES
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1678
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,388.83 | Scheduled: | $8,388.83 |
|-----------|----------|-----------|------------|-----------|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MACKE WATER SYSTEMS
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1882
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7432 (05/04/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $906.89 | Scheduled: | $906.89 |
|-----------|----------|---------|------------|----------|

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ARNOLD TRANSPORTATION SERVIC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 1958<br>Claim Date: 04/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8091 (06/21/2010) | | | |
| UNSECURED | Claimed: | $21,151.63 | | Allowed: | $21,151.63 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: GULFCOAST TRANSPORT<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 1984<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8091 (06/21/2010) | | | |
| UNSECURED | Claimed: | $62,302.76 | | Allowed: | $62,302.76 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: INTERCOASTAL CONTRACT SERVIC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 2135<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $9,300.00 | Scheduled: | $9,300.00 | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: SPARKS BELTING COMPANY<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 2311<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,563.46 | Scheduled: | $2,563.46 | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: WRIGHT'S LAND & TIMBER MANAG<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 2347<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,943.70 | Scheduled: | $11,887.41 UNLIQ | |

| | | | | | | |
|---|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MULLEN INDUSTRIAL HANDLING C<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 2365<br>Claim Date: 04/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,753.37 | Scheduled: | $4,753.37 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PROCESS CONTROL SERVICES<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 2421<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $960.00 | Scheduled: | $940.00 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MX ENERGY<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 2491<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8091 (06/16/2010) | | | | |
| UNSECURED | Claimed: | $19,620.48 | | | Allowed: | $19,620.48 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: LEE BROS. FOOD SERVICES, INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 2501<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,085.60 | Scheduled: | $2,085.60 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: EVERETT HOGAN CONSTRUCTION<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 2648<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,040.00 | | | | |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: TRI-CITY REFRIGERATION, INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2723
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,227.07 | Scheduled: | $8,227.07 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: PRINTED SYSTEMS, INC. DBA PS
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2730
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,341.02 | Scheduled: | $1,341.02 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: QUALITY LOGISTICS SYSTEMS, I
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 2773
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,517.90 | |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: PROCHNOW TRANSPORT, INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3047
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,862.65 | Scheduled: | $9,852.33 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: NGI - DIGITAL
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3081
Claim Date: 05/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13793
DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,781.25 | Scheduled: | $16.00 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: DIETZ ELECTRIC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3123
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,767.00 | Scheduled: | $4,068.00 |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: CERTIFIED COURT REPORTERS,
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3128
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $958.29 | Scheduled: | $958.29 |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: NATIONWIDE FIRE PROTECTION
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3192
Claim Date: 06/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,685.00 | Scheduled: | $2,685.00 |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: TOTEM OCEANTRAILER EXPRESS I
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3226
Claim Date: 06/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,080.00 | Scheduled: | $708.00 |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: CITIZENS ENERGY GROUP
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3277
Claim Date: 06/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,567.50 | | Allowed: | $12,567.50 |
|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: TRIMAC TRANSPORTATION INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3322
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,033.49 | Scheduled: | $2,998.49 |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: CAPSTONE LLC DBA CENTRAL
STATES WAREHOUSE;ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3329
Claim Date: 06/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,895.25 | Scheduled: | $27,790.26 UNLIQ |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: BROWN & BIGELOW, INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3349
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,310.29 |
|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: TERMONT MONTREAL INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3431
Claim Date: 06/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,800.00 |
|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: PARSON & SANDERSON, INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3446
Claim Date: 06/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,596.90 | Scheduled: | $3,596.90 |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: BIRMINGHAM WATER WORKS
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3459
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,030.91 | | | | |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: D-Z TRUCKING INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3502
Claim Date: 06/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8091 (06/21/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $27,590.66 | Scheduled: | $27,588.16 | Allowed: | $27,590.66 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: TIDLAND CORPORATION
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3562
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8091 (06/21/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $32,395.53 | Scheduled: | $30,420.33 | Allowed: | $32,395.53 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: PRODUCTOS RECICLADOS SA DE C
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3586
Claim Date: 07/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $48,543.10 | Scheduled: | $52,678.70 | | |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: OMRON ELECTRONICS LLC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 3596
Claim Date: 06/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,199.40 | Scheduled: | $18,103.00 | Allowed: | $14,199.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ERNESTO OLIVARES ELECTRICAL<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3612<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,321.00 | Scheduled: | $1,321.00 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: F&C TRUCK SALES AND SERVICE<br>INC, ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3727<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $12,473.99 | Scheduled: | $12,473.99 | Allowed: | $12,473.99 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MCINTOSH AND MCINTOSH PC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3761<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,400.00 | Scheduled: | $2,400.00 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: KNF CHEMICAL COMPANY<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3808<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,635.11 | Scheduled: | $1,635.11 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: SIERRA PACKAGING INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3812<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,080.00 | Scheduled: | $2,080.00 | | |

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CAPITAL WASTE INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3895<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,133.56 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ANTHONY'S LIMOUSINE<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4108<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,288.60 | Scheduled: | $3,288.60 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: LEWISBURG WATER<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4122<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,529.47 | Scheduled: | $1,474.21 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MBI SYSTEMS INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4214<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,174.56 | Scheduled: | $2,174.56 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: WINTER TRUCK LINES INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4254<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,372.29 | Scheduled: | $1,257.15 |

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: SHERWIN-WILLIAMS CO<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4261<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 14054<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $98.00 | Scheduled: | $32,109.93 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: OVERHEAD DOOR COMPANY OF<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4339<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,862.24 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: METRO SALES INCORPORATED<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4346<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $1,525.97 | Scheduled: | $815.47 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: OLSON PACKAGING SERVICES<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4369<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,094.35 | Scheduled: | $8,170.97 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MJC BY CHEIF JEFF INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4419<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,940.63 | Scheduled: | $1,940.63 |

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ORION ENGINEERING INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4483<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,986.60 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: LLOYD ELECTRIC CO INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4503<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,586.25 | Scheduled: | $1,586.25 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: HISCO<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4608<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,204.48 | Scheduled: | $9,204.48 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MEDICAL SERVICES OF COSHOCTO<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4618<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,870.36 | Scheduled: | $4,870.36 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: OK INDUSTRIAL SUPPLY INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4619<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,304.65 | | |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: HEALTHY ACHIEVERS
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4707
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,038.81 | Scheduled: | $3,038.81 | | |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: PHYSICIANS IMMEDIATE CARE NO
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4824
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,086.00 | Scheduled: | $9,456.00 | Allowed: | $10,086.00 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: SIMTEK SYSTEMS INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4826
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,976.11 | Scheduled: | $3,826.11 | | |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: DIVERSIFIED OPPORTUNITIES IN
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4850
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,721.88 | Scheduled: | $7,824.76 | | |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ALL STAR CORRUGATED
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4877
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,570.57 | Scheduled: | $8,841.75 | | |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: JOHNSON PACKING & IND PROD INC
ANSONIA FINANCE STATION - PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4881
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,434.87 | Scheduled: | $2,348.80 |
|-----------|----------|-----------|------------|-----------|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: SOUTHLAND MANUFACTURING INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4897
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,060.00 | Scheduled: | $4,060.00 |
|-----------|----------|-----------|------------|-----------|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ZEE MEDICAL SERVICE COMPANY
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4910
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $6,377.94 | Scheduled: | $3,975.29 |
|-----------|----------|-----------|------------|-----------|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: TEPE SANITARY SUPPLY INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 4912
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,770.89 | Scheduled: | $1,747.18 |
|-----------|----------|-----------|------------|-----------|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: NEWTON COUNTY MEDICAL ASSOC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5016
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,110.00 | Scheduled: | $1,320.00 |
|-----------|----------|-----------|------------|-----------|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: LUWA BAHNSON INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5051
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,302.40 | Scheduled: | $1,302.40 | | |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: TIM JEN MILLER PAINTING, INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5088
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,895.00 | Scheduled: | $9,895.00 | | |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: INDUSTRIAL MAINTENANCE SPECI
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5098
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,000.00 | Scheduled: | $8,100.00 | | |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: PAL KING INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5166
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,556.80 | Scheduled: | $1,446.80 | | |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: STEAM SYSTEMS INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5259
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $17,250.00 | Scheduled: | $17,793.00 | Allowed: | $17,250.00 |
|---|---|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: STEAM SYSTEMS
FBO KENNETH B GILMAN
ANSONIA FINANCE STATION PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5260
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $5,151.33 | | $5,151.33 |

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF ELECTRICAL SUPPLY &
EQUIPMENT CO
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5266-01
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE | | $2,763.97 | | |
| UNSECURED | | | | $8,003.17 |

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF ELECTRICAL SUPPLY &
EQUIPMENT CO
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5266-02
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | Claimed: | |
|---|---|---|
| UNSECURED | | $5,405.45 |

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF ACE PAPER RECYCLING
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5267-01
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE | | $3,248.85 | | |
| UNSECURED | | | | $3,248.00 |

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF ACE PAPER RECYCLING
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5267-02
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | Claimed: | |
|---|---|---|
| UNSECURED | | $35.15 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF DARIGOLD RAINIER<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 5268<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2534 (10/30/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $2,256.31 | Scheduled: | $2,204.00 | Allowed: | $2,256.31 |
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF GROSSMAN ENVIRONMENTAL<br>RECYCLING, INC<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 5269<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $12,896.11 | Scheduled: | $14,028.00 | Allowed: | $12,896.11 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: RIVERBEND BOILER REPAIR INC<br>FBO KENNETH B GILMAN<br>ANSONIA FINANCE STATION PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 5413<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,958.00 | Scheduled: | $4,958.00 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: OFFICE CITY<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 5530<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,908.58 | Scheduled: | $3,908.58 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: INTERSTATE PLASTICS<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 5560<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,901.13 | Scheduled: | $2,391.13 | | |

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF UE SYSTEMS INC.
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5621-01
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $1,894.00 | | | | | |
|---|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF UE SYSTEMS INC.
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5621-02
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10.00 | Scheduled: | $1,904.00 | | | |
|---|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF TONER SALES INC.
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5622
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2205 (10/09/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $1,246.08 | | | | Allowed: | $1,246.08 |
|---|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,246.08 | | | |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: JD LOGISTICS INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5719
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,369.10 | | | | | |
|---|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: CONCEPT PACKAGING
ANSONIA FINANCE STATION, PO BOX 237037
NEW YORK, NY 10023

Claim Number: 5930
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $33,508.20 | Scheduled: | $33,508.20 | Allowed: | $33,508.20 |
|---|---|---|---|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: TULSA GAMMA RAY INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 5934<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $14,250.00 | | Allowed: | $14,250.00 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ALWAYS SHRED INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 5956<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $957.60 | Scheduled: | $1,039.00 | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: METRO CANADA LOGISTICS<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 6028<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $30,549.34 | | Allowed: | $30,549.34 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: COLONY TIRE<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 6291<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,596.45 | Scheduled: | $914.50 | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: NASHVILLE ELECTRIC SERVICE<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 6330<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $9,752.07 | Scheduled: | $2,008.08 | |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: NICOR GAS
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 6369
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $120,782.17 | Scheduled: | $38,669.81 | Allowed: | $120,782.17 |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: CHATHAM STEEL CORP
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 6397
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,309.86 | Scheduled: | $3,309.86 | | |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: OKLAHOMA SAFETY EQUIPMENT CO
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 6613
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,035.03 | Scheduled: | $1,876.74 | | |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: LIFE SAFETY ASSOCIATES
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 6623
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,553.94 | | | | |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: GARVEY SCHUBERT BARER
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 6633
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $27,476.98 | Scheduled: | $27,412.90 | Allowed: | $27,476.98 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: CHEMSTATION OF EL PASO<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 7065<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,240.00 | Scheduled: | $7,897.50 | |

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: GREYHOUND HAULING EXPRESS IN<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 7140<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7516 (05/07/2010)<br>THIS CLAIM IS PAID | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,255.00 | Scheduled: | $945.00 | |

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF PRODUCTOS RECICLADOS<br>SA DE CV<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 7190-01<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $22,251.10 |

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF PRODUCTOS RECICLADOS<br>SA DE CV<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 7190-02<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $27,789.80 | | Allowed: | $27,789.80 |

| | | |
|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF DM INDUSTRIAL INC<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 7191-01<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $2,908.26 | Scheduled: | $13,342.03 |

| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF DM INDUSTRIAL INC<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 7191-02<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $5,966.45 |
|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF TYNDALE COMPANY INC<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 7192-01<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID |
|---|---|

ADMINISTRATIVE    Claimed:         $2,868.70
UNSECURED                                                     Scheduled:        $5,940.75

| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF TYNDALE COMPANY INC<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 7192-02<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $940.40 |
|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF STUART HOSE & PIPE CO<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 7193-01<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

UNSECURED    Claimed:         $2,444.39        Scheduled:        $4,843.06

| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF STUART HOSE & PIPE CO<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 7193-02<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2205 (10/09/2009)<br>THIS CLAIM IS PAID |
|---|---|

ADMINISTRATIVE    Claimed:         $2,046.62                              Allowed:        $2,046.62

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF TE COMPANY
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 7194
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1866 (09/04/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $1,704.00 | Allowed: | $1,704.00 |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF GRAYMILLS CORPORATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 7195-01
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 14052
DOCKET: 7189 (04/22/2010)

| ADMINISTRATIVE | Claimed: | $2,141.50 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $9,866.09 |

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF GRAYMILLS CORPORATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 7195-02
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 14052
DOCKET: 7189 (04/22/2010)

| UNSECURED | Claimed: | $4,671.29 |
|---|---|---|

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF METAL SUPERMARKETS
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 7196-01
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $734.38 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,753.57 |

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF METAL SUPERMARKETS
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 7196-02
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $967.59 |
|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF MARTOR USA
PO BOX 237037
ANSONIA FINANCE STATION
NEW YORK, NY 10023

Claim Number: 7320-01
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $1,765.98 | | |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF MARTOR USA
PO BOX 237037
ANSONIA FINANCE STATION
NEW YORK, NY 10023

Claim Number: 7320-02
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,272.43 | Scheduled: | $6,296.32 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF ZEE MEDICAL SERVICE
COMPANY
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 7322-01
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $2,155.97 | | |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF ZEE MEDICAL SERVICE
COMPANY
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 7322-02
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,221.97 | | |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF TRI K SUPPLIES & SERVICE
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 7323-01
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,419.17 | Scheduled: | $6,268.24 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF TRI K SUPPLIES & SERVICE
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 7323-02
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1866 (09/04/2009)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,988.90 | | Allowed: | $2,988.90 |

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF CULLUM & BROWN INC
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 7324
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $10,208.45 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MANATEE COUNTY UTILITIES
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 7436
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,872.00 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MAINE CONVEYOR INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 7574
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,506.19 | Scheduled: | $54,534.19 | Allowed: | $14,506.19 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: WASTE PRO OF JACKSONVILLE
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 7732
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,667.31 | Scheduled: | $1,426.00 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: INNOVATIVE PACKAGING INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8091
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,300.00 | Scheduled: | $6,300.00 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: FRANKLIN DIST CO
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8185
Claim Date: 07/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,889.20 | Scheduled: | $1,889.20 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: METRO SALES INCORPORATED
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8274
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,525.97 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ADAMS PEST CONTROL INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8361
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8579 (09/23/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,881.17 | Scheduled: | $6,218.50 |
| TOTAL | Claimed: | $1,554.62 | | |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: HENEK MANUFACTURING INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8525
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $5,762.66 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: TUPELO WATER & LIGHT COMPANY
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8599
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,401.51 | | | | | |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: CLARKE ROAD TRANSPORT INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8896
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLE DUPLICATE OF 8897
DOCKET: 6649 (04/07/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,614.85 | Scheduled: | $1,380.00 | |

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF AUTOMATAN INC
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 9065-01
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,757.70 | | | |

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF AUTOMATAN INC
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 9065-02
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,067.03 | Scheduled: | $14,700.64 | Allowed: | $14,067.03 |

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF WARD OIL COMPANY
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 9066-01
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9,079.80 | Scheduled: | $7,664.85 | |

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF WARD OIL COMPANY<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 9066-02<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2205 (10/09/2009)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $3,148.75 | Allowed: | $3,148.75 |

| | | | |
|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF PREMIER PUMP INC<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 9067-01<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $2,372.60 | |
| UNSECURED | | Scheduled: | $4,244.22 |

| | | | |
|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF PREMIER PUMP INC<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 9067-02<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,871.62 | |

| | | | |
|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF THE A. LOUIS SUPPLY CO<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 9068-01<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $1,717.51 | |
| UNSECURED | | Scheduled: | $4,581.27 |

| | | | |
|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF THE A. LOUIS SUPPLY CO<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 9068-02<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,863.76 | |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: JEFFERSON COUNTY COMMISSION
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 9601
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,540.33 | | | | | |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: SCM CORRUGATING MACHINERY IN
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 9637
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8091 (06/21/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $38,865.55 | Scheduled: | $36,122.27 | Allowed: | $38,865.55 |

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF MOODY PRICE LLC
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 10641-01
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $20,875.35 | | | |
| UNSECURED | | | Scheduled: | $83,961.30 | |

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF MOODY PRICE LLC
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 10641-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $68,113.03 | | Allowed: | $68,113.03 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: UNIFIED PALLETS INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 11018
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,280.00 | Scheduled: | $7,280.00 | |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MACHINING AND WELDING
SERVICES; ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 11647
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $27,643.68 | Scheduled: | $39,567.10 | Allowed: | $27,643.68 |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: SPN CONSULTANTS INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 11708
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8530 (09/13/2010)

| UNSECURED | Claimed: | $6,660.00 | Scheduled: | $6,660.00 | Allowed: | $6,600.00 |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: L.C. HALLS TRUCK LINES INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 12519
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,788.75 | Scheduled: | $1,867.00 | | |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF JML SERVICES
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 12557
Claim Date: 09/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $17,988.80 | Scheduled: | $17,988.80 | Allowed: | $17,988.80 |
|---|---|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: SPN CONSULTANTS INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 13238
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| UNSECURED | Claimed: | $6,660.00 | | | | |
|---|---|---|---|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MONTGOMERY WATER WORKS
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 13539
Claim Date: 11/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,962.28 | Scheduled: | $8,584.92 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MONTGOMERY WATER WORKS
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 13541
Claim Date: 11/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $502.95 |
|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MONTGOMERY WATER WORKS
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 13542
Claim Date: 11/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,029.11 |
|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF TRINITY TRANSPORT INC.
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 13725
Claim Date: 12/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,960.00 |
|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF HOLLAND & HART LLP
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 13779
Claim Date: 01/25/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $19,003.56 | Scheduled: | $27,707.78 | Allowed: | $19,003.56 |
|---|---|---|---|---|---|---|

---

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF HOLLAND & HART LLP
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 13780
Claim Date: 01/25/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,704.22 | | |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: NGI - DIGITAL
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 13793
Claim Date: 02/01/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,781.25 | Scheduled: | $2,014.65 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF PNUE FORCE
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 14007
Claim Date: 04/26/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7718 (05/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,622.47 | Scheduled: | $2,837.99 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF QUAD PLUS INC
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 14008
Claim Date: 04/26/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $7,126.13 | Scheduled: | $7,118.15 |
|---|---|---|---|---|

---

FAIR HARBOR CAPITAL, LLC
AS ASSIGNEE OF JENSSEN SCALES INCORP.
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 14009
Claim Date: 04/26/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7718 (05/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,875.42 | | |
|---|---|---|---|---|

---

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF MOTOR TECHNOLOGY INC<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 14010<br>Claim Date: 04/26/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7718 (05/21/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $4,493.69 | | | |
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF GRAYMILLS CORP<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 14052<br>Claim Date: 06/18/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8535 (09/14/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,094.86 | | | |
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF ADAMS PEST CONTROL INC.<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 14053<br>Claim Date: 06/18/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8579 (09/23/2010)<br>AMENDS CLAIM 8361 | | | |
| UNSECURED | Claimed: | $5,881.17 | | | |
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF SHERWIN WILLIAMS<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 14054<br>Claim Date: 06/18/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $7,253.32 | | Allowed: | $7,253.32 |
| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: HASCO OIL CO., INC.<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | | Claim Number: 29<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $7,948.74 | Scheduled: | $7,798.74 | |

| | | | | |
|---|---|---|---|---|
| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: MONROE PACKAGING<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | | Claim Number: 628<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,180.87 | Scheduled: | $7,610.39 |
| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: COMMERCIAL PUMPING SERVICES<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | | Claim Number: 1415<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,601.00 | Scheduled: | $8,781.00 |
| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: BEARCOM<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | | Claim Number: 2034<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,094.95 | Scheduled: | $7,841.57 |
| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: SWIFT AIR INC.<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | | Claim Number: 3184<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,429.66 | Scheduled: | $3,015.48 |
| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: NICKELSON INDUSTRIAL SERVICE<br>1777 SARATOGA AVE, SUITE 106<br>SAN JOSE, CA 95129 | | Claim Number: 4352<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,800.00 | Scheduled: | $6,800.00 |

| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: GAM GEAR L.L.C.<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | Claim Number: 5033<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $7,893.49 | Scheduled: | $7,893.49 |
|---|---|---|---|---|

| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: JW WINCO INC<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | Claim Number: 5190<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $3,349.36 | Scheduled: | $3,349.36 |
|---|---|---|---|---|

| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: DIVERSITY PACKAGING LLC<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | Claim Number: 7155<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $4,196.80 | Scheduled: | $4,196.80 |
|---|---|---|---|---|

| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: INTERNATIONAL PAPER<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | Claim Number: 7682<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8576 (09/23/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $8,511.02 | Scheduled: | $4,323.00 |
|---|---|---|---|---|

| FAIR LIQUIDITY PARTNERS, LLC<br>TRANSFEROR: HALTON RECYCLING<br>1777 SARATOGA AVE, SUITE #106<br>SAN JOSE, CA 95129 | Claim Number: 8048<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $7,261.98 | Scheduled: | $6,862.00 |
|---|---|---|---|---|

FAIR LIQUIDITY PARTNERS, LLC
TRANSFEROR: HOLIDAY HEATING AND COOLING
1777 SARATOGA AVE, SUITE #106
SAN JOSE, CA 95129

Claim Number: 10450
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,447.00 | Scheduled: | $9,829.00 |

FAIR LIQUIDITY PARTNERS, LLC
TRANSFEROR: INDUSTRIAL TECHNICAL SALES &
1777 SARATOGA AVE, SUITE #106
SAN JOSE, CA 95129

Claim Number: 11727
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,626.39 | Scheduled: | $3,926.89 |

FAIRBANKS SCALES INC
821 LOCUST ST.
KANSAS CITY, MO 64106-1908

Claim Number: 7540
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,806.00 | Scheduled: | $15,806.00 | Allowed: | $15,806.00 |

FAIRBANKS SCALES INC
821 LOCUST
KANSAS CITY, MO 64106

Claim Number: 7541
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7452 (05/06/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $97,911.17 | Scheduled: | $54,716.23 | Allowed: | $97,911.17 |

FAIRCHILD RESOURCES INC
201 BOULDER DRIVE
LAKE IN THE HILLS, IL 60156

Claim Number: 5123
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7651 (05/18/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,407.48 | Scheduled: | $20,407.48 |

FAIRCLOTH MACHINE SHOP, INC.
179 WAUGHTOWN STREET
WINSTON-SALEM, NC 27127

Claim Number: 11515
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,929.83 | Scheduled: | $5,405.27 | | | |

FALLSWAY EQUIPMENT COMPANY, INC.
PO BOX 4537
AKRON, OH 44310

Claim Number: 2825
Claim Date: 05/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $22,805.83 | Scheduled: | $25,597.39 | Allowed: | $22,805.83 |

FAR WEST FIBERS
PO BOX 20669
PORTLAND, OR 97294-0669

Claim Number: 3644
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,107.73 | Scheduled: | $8,533.00 | |

FARLEY FOREST PRODUCTS, INC.
P.O. BOX 71810
TUSCALOOSA, AL 35407

Claim Number: 222
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,348.00 | Scheduled: | $12,696.00 UNLIQ | |

FARM BOY FOOD SERVICE INC
2761 N KENTUCKY ST
P.O.BOX 996
EVANSVILLE, IN 47711

Claim Number: 9844
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8117 (06/22/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,425.02 | Scheduled: | $6,425.02 UNLIQ | |

FARMER'S ELECTRIC COOPERATIVE
PO BOX 680
CHILLICOTHE, MO 64601

Claim Number: 989
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $231.63 | | | | | |
|---|---|---|---|---|---|---|---|

FAST SIGNS INC
11109 KENWOOD RD
BLUE ASH, OH 45242

Claim Number: 4218
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,085.94 | Scheduled: | $1,085.94 | | | |
|---|---|---|---|---|---|---|---|

FASTENAL COMPANY
ATTN: LEGAL
PO BOX 978
WINONA, MN 55987

Claim Number: 7106-02
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $282,176.70 | Scheduled: | $298,039.03 | Allowed: | $282,176.70 |
|---|---|---|---|---|---|---|

FAYETT GROUP LLC
TRANSFEROR: MATTHEWS DIE DIVISION LLC
C/O TROOB CAPITAL MGMT. LLC
777 WESTCHESTER AVENUE, SUITE 203
WHITE PLAINS, NY 10604

Claim Number: 10425-01
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4964 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $90,599.10 | Scheduled: | $147,054.10 | Allowed: | $90,599.10 |
|---|---|---|---|---|---|---|

FAYETT GROUP LLC
TRANSFEROR: MATTHEWS DIE DIVISION LLC
C/O TROOB CAPITAL MGMT. LLC
777 WESTCHESTER AVENUE, SUITE 203
WHITE PLAINS, NY 10604

Claim Number: 10425-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4964 (02/11/2010)

| ADMINISTRATIVE | Claimed: | $51,387.76 | | | Allowed: | $51,387.76 |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FAYETT GROUP LLC ATTN: SHANE WOLFORD<br>TRANSFEROR: GRAPHIC DESIGN SERVICES, INC<br>C/O TROOB CAPITAL MGMT. LLC ATTN<br>777 WESTCHESTER AVENUE, SUITE 203<br>WHITE PLAINS, NY 10604 | | Claim Number: 10426-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $49,445.30 | Scheduled: | $482,534.38 | | | |
| FAYETT GROUP LLC ATTN: SHANE WOLFORD<br>TRANSFEROR: GRAPHIC DESIGN SERVICES, INC<br>C/O TROOB CAPITAL MGMT. LLC ATTN<br>777 WESTCHESTER AVENUE, SUITE 203<br>WHITE PLAINS, NY 10604 | | Claim Number: 10426-02<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $388,865.14 | | | | Allowed: | $388,865.14 |
| FAYETTE FIRE & SAFETY EQUIP CO INC<br>DRAWER 130<br>WA COURT HOUSE, OH 43160 | | Claim Number: 5805<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,991.13 | Scheduled: | $2,991.13 | | | |
| FCX PERFORMANCE, INC.<br>3000 E. 14TH AVE.<br>COLUMBUS, OH 43219 | | Claim Number: 2870<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $24,966.83 | Scheduled: | $25,095.17 | Allowed: | $24,966.83 | |
| FD JOHNSON<br>31200 SOLON ROAD<br>SUITE 18<br>SOLON, OH 44139 | | Claim Number: 1361<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $4,255.85 | Scheduled: | $4,255.85 | | | |

---

FEDERAL INTERNATIONAL, INC.
7935 CLAYTON ROAD
ST. LOUIS, MO 63117

Claim Number: 2682
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8898 (01/20/2011)

| UNSECURED | Claimed: | $0.00 | Scheduled: | $46,237.52 UNLIQ | | |

---

FEDERAL LAND BANK ASSOCIATION OF
PO BOX 669
ATHENS, AL 35612

Claim Number: 6260
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,913.16 | Scheduled: | $19,826.32 | | |

---

FEDERAL LOGISTICS, LLC
C/O JAMES E. KONSKY
VONACHEN, LAWLEES, TRAGER & SLEVIN
456 FULTON STREET, SUITE 425
PEORIA, IL 61602

Claim Number: 3326
Claim Date: 06/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,436.13 | Scheduled: | $8,436.13 | | |

---

FEDEX CUSTOM CRITICAL
C/O RMS BANKRUPTCY RECOVERY SERVICES
PO BOX 5126
TIMONIUM, MD 21094

Claim Number: 13791
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,605.32 | | | | |

---

FEDEX CUSTOMER INFORMATION SERVICE AS
ASSIGNEE OF FEDEX EXPRESS/ FEDEX GROUND
ATTN: REVENUE RECOVERY/ BANKRUPTCY
3965 AIRWAYS BLVD, MODULE G, 3RD FLOOR
MEMPHIS, TN 38116

Claim Number: 10763
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $54,454.34 | Scheduled: | $236,026.83 | Allowed: | $54,454.34 |

---

FELX, RAYMOND
C/O KOSKIE MINSKY LLP
BARRISTERS & SOLICITORS
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 13012
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $913,312.21 | Scheduled: | $663,073.66 | Allowed: | $831,647.00 |

FERGUSON COMPANY
ATTN: JAY COUGHENOUR
12500 JEFFERSON AVE
NEWPORT NEWS, VA 23602

Claim Number: 11302-02
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8151 (06/25/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $332,321.06 | Scheduled: | $297,678.19 | Allowed: | $308,295.67 |

FERGUSON COMPANY
2121 N COLUMBIA BLVD
PORTLAND, OR 97217

Claim Number: 11319
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8151 (06/25/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $471,889.14 | | Allowed: | $444,884.65 |

FERGUSON CONTAINERS
PO BOX 42
PHILLIPSBURG, NJ 08865

Claim Number: 3758
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,432.52 | Scheduled: | $5,467.17 |

FERGUSON ELECTRIC SERVICES CO INC
321 ELLICOTT STREET
4746 MODEL CITY RD
BUFFALO, NY 14203

Claim Number: 10087
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,523.31 | Scheduled: | $2,523.31 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FERGUSON ENTERPRISES, INC.<br>12500 JEFFERSON AVE<br>ATTN: JAY COUGHENOUR<br>NEWPORT NEWS, VA 23602 | | Claim Number: 12524<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8408 (08/18/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $58,043.26 | Scheduled: | $55,904.00 | | |
| FERNANDEZ, HENRY<br>671 LAUREL GROVE RD.<br>MIDDLETOWN, CT 06457 | | Claim Number: 10623<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | |
| UNSECURED | Claimed: | $150,000.00 | | | | |
| FERRELLGAS<br>ONE LIBERTY PLAZA<br>LIBERTY, MO 64068 | | Claim Number: 1375<br>Claim Date: 03/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $111,317.20 | Scheduled: | $123,624.30 | Allowed: | $111,317.20 |
| FESTO CORPORATION<br>P.O. BOX 1355<br>BUFFALO, NY 14240-1355 | | Claim Number: 10582<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,705.12 | Scheduled: | $1,784.50 | | |
| FH GASKINS COMPANY INC<br>PO BOX 1499<br>NORFOLK, VA 23501 | | Claim Number: 5278<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $30,159.00 | Scheduled: | $32,159.00 | Allowed: | $30,159.00 |

| | | | | | |
|---|---|---|---|---|---|
| FIA CARD SERVICES, N.A. A COMPANY OF<br>BANK OF AMERICA, N.A.    CA9-193-24-01<br>ATTN: ERIC SIEKE, ASST. GEN. COUNSEL<br>333 SOUTH HOPE STREET, 24TH FLOOR<br>LOS ANGELES, CA 90071 | | Claim Number: 10902<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,756,435.39 | | Allowed: | $1,756,435.39 |
| FIA CARD SERVICES, N.A. AS SUCCESSOR IN<br>INTEREST TO BANK OF AMERICA NA (USA) &<br>MBNA AME - AMERICAN INFOSOURCE LP<br>PO BOX 248809<br>OKLAHOMA CITY, OK 73124-8809 | | Claim Number: 1838<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED | Claimed: | $1,293,642.83 | | | |
| FIBER INC<br>2130 CORPORATE DR<br>ADDISON, IL 60101 | | Claim Number: 10603<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $55,160.61 | Scheduled: | $54,717.00 | |
| FIBRE TEC PARTITIONS LLC<br>PO BOX 95109<br>PALATINE, IL 60095-0109 | | Claim Number: 4376<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,189.21 | Scheduled: | $5,189.21 | |
| FIBRES INTERNATIONAL, INC<br>2600 94TH ST SW, STE 100<br>EVERETT, WA 98204 | | Claim Number: 10075<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,601.50 | Scheduled: | $2,601.50  UNLIQ | |

---

FIBRES INTERNATIONAL, INC
2600 94TH ST SW SUITE 100
EVERETT, WA 98204

Claim Number: 10076
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,992.23 | Scheduled: | $735.00 |
|---|---|---|---|---|

---

FIDELITY ENGINEERING CORP
25 LOVETON CIRCLE
SPARKS, MD 21152

Claim Number: 4753
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $449.90 | Scheduled: | $1,626.42 |
|---|---|---|---|---|

---

FIEDLER'S PUMPING SPECIALISTS
250 DIVISION STREET N
RICE, MN 56367

Claim Number: 3932
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,272.97 | Scheduled: | $2,272.97 |
|---|---|---|---|---|

---

FIEDLER, LARRY D
35 WISTERIA DRIVE
OXFORD, GA 30054

Claim Number: 5743
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8757 (11/15/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

FIELDS, WILLIAM G
408 IRWIN STREET
GALESBURG, IL 61401

Claim Number: 5815
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $493,726.93   UNLIQ |
|---|---|---|

---

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

FIEN AND RABKIN PARTNERSHIP
C/O ATTWOOD-PHILLIPS, INC.
PO BOX 1208
WINTERPARK, FL 32990-1208

Claim Number: 3556
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,162.18 | Scheduled: | $12,162.18 |
|-----------|----------|------------|------------|------------|

FILE ROOM INC., THE
4101 RIDER TRAIL NORTH
EARTH CITY, MO 63045

Claim Number: 3690
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,863.25 | Scheduled: | $3,863.25 |
|-----------|----------|-----------|------------|-----------|

FILING SOURCE, INC.
PO BOX 551467
JACKSONVILLE, FL 32255

Claim Number: 3488
Claim Date: 06/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $264.15 | | |
|-----------|----------|---------|--|--|

FILING SOURCE, INC.
PO BOX 551467
JACKSONVILLE, FL 32255

Claim Number: 3489
Claim Date: 06/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $557.63 | Scheduled: | $1,085.99 |
|-----------|----------|---------|------------|-----------|

FILING SOURCE, INC.
PO BOX 551467
JACKSONVILLE, FL 32255

Claim Number: 3490
Claim Date: 06/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $264.21 | | |
|-----------|----------|---------|--|--|

---

FILM INC
PO BOX 10853
GREEN BAY, WI 54307-0853

Claim Number: 4146
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,575.19 | Scheduled: | $7,575.19 |

FILTER SALES AND SERVICE INC
15 ADAMS ST
BURLINGTON, MA 01803-4916

Claim Number: 3731
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $491.48 | Scheduled: | $491.48 |

FILTERFRESH-PIEDMONT
1901 MARGARET STREET
WINSTON SALEM, NC 27103

Claim Number: 2644
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $142.61 | Scheduled: | $1,287.51 |

FILTRATION SYSTEMS PRODUCTS, INC.
ATTN: TINA OTTE
P.O. BOX 142489
SAINT LOUIS, MO 63114

Claim Number: 1076
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $432.40 | Scheduled: | $432.40 |

FIMCO STEEL SUPPY
1511 E. TRAFFICWAY
SPRINGFIELD, MO 65802

Claim Number: 6689
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,424.70 | Scheduled: | $2,712.70 |

---

FINNEGAN, PATRICIA
10036 OAKHURST WAY
FT. MYERS, FL 33913

Claim Number: 5835
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $266,868.00 | Scheduled: | $266,868.00 |

---

FINZER ROLLER OF ILLINOIS INC
33462 TREASURY CENTER
CHICAGO, IL 60694-3400

Claim Number: 11511-01
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,880.00 | | |
| UNSECURED | | | Scheduled: | $33,599.92 |

---

FINZER ROLLER OF ILLINOIS INC
33462 TREASURY CENTER
CHICAGO, IL 60694-3400

Claim Number: 11511-02
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $36,028.93 |

---

FIRE PROTECTION, INC.
2480 BARTLETT RD.
MANTUA, OH 44255

Claim Number: 3257
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $384.46 |

---

FIRE X CORPORATION OF VIRGINIA
PO BOX 9757
RICHMOND, VA 23228

Claim Number: 3773
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $900.00 | Scheduled: | $900.00 |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FIREBALL EXPRESS INC<br>2710 N SILVER REEF DRIVE<br>NOGALES, AZ 85621 | | Claim Number: 4144<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $111,000.00 | Scheduled: | $111,000.00 | Allowed: | $111,000.00 |
| FIRST ACCESS MATERIAL HANDLING<br>5050 N RIVER ROAD<br>SCHILLER PARK, IL 60176 | | Claim Number: 9563<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $9,740.48 | | | | |
| FIRST ALARM<br>1111 ESTATES DRIVE<br>APTOS, CA 95003 | | Claim Number: 6161<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $460.38 | Scheduled: | $460.38 | | |
| FIRST CAPITOL COURIER INC<br>3711 MUELLER RD<br>SAINT CHARLES, MO 63301-8043 | | Claim Number: 1389<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $366.20 | Scheduled: | $366.20 | | |
| FIRST COAST FABRICATION INC<br>PO BOX 31023<br>TAMPA, FL 33631-3023 | | Claim Number: 5948-01<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $43,575.10 | Scheduled: | $72,728.35 | | |

| | | | | | |
|---|---|---|---|---|---|
| FIRST COAST FABRICATION INC<br>PO BOX 31023<br>TAMPA, FL 33631-3023 | | Claim Number: 5948-02<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $29,118.00 | | Allowed: | $29,118.00 |
| FIRST COAST RAILROAD, INC.<br>1200-C SCOTTSVILLE ROAD<br>SUITE 200<br>ROCHESTER, NY 14624 | | Claim Number: 2768<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $23,270.00 | | | |
| FIRST COMMUNICATIONS INC<br>1605 MLK BLVD<br>PANAMA CITY, FL 32405 | | Claim Number: 5998<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $785.97 | Scheduled: | $785.97 | |
| FIRST INVESTORS FUND FOR INCOME<br>RARITAN PLAZA I - 8TH FLOOR<br>EDISON, NJ 08837-3620 | | Claim Number: 12529<br>Claim Date: 09/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $108,888.54 | | | |
| FIRST INVESTORS LIFE HIGH YIELD FUND<br>RARITAN PLAZA I - 8TH FLOOR<br>EDISON, NJ 08837-3620 | | Claim Number: 12528<br>Claim Date: 09/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $17,726.04 | | | |

---

FIRST PIEDMONT CORPORATION
ATTN: STEVE WATSON
PO BOX 1069
CHATHAM, VA 24531

Claim Number: 6905
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,442.25 | Scheduled: | $3,418.18 |

FISH WINDOW CLEANING
PO BOX 713
WEST CHESTER, OH 45071

Claim Number: 9686
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $374.00 | Scheduled: | $374.00 |

FISHEL STEEL CO.
760 PALMER LANE
WINSTON SALEM, NC 27107

Claim Number: 345
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,854.13 | Scheduled: | $11,832.05 |

FISHER CONTROLS INTERNATIONAL LLC
CONTRARIAN CAPITAL MANAGEMENT, LLC
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2657
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,181.78 | Scheduled: | $18,728.03 | Allowed: | $13,181.78 |

FISHER SCIENTIFIC
GARY BARNES
REGIONAL CREDIT MANAGER
2000 PARK LANE
PITTSBURGH, PA 15275

Claim Number: 1820
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $28,734.51 | Scheduled: | $41,630.64 | Allowed: | $28,734.51 |

---

| | | | | |
|---|---|---|---|---|
| FITZPATRICK, JAMES E.<br>136 FITZPATRICK RD<br>JONESBORO, LA 71251 | | Claim Number: 10411<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| FITZPATRICK, JAMES EARL<br>P.O. BOX 58<br>HODGE, LA 71247 | | Claim Number: 10160<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | |
|---|---|---|---|---|
| FIVE STARS LANDSCAPE<br>2107 ALFA ROMEO DRIVE<br>JACKSONVILLE, FL 32246 | | Claim Number: 6157<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $11,800.00 | Scheduled: | $11,700.00 |

---

| | | | | |
|---|---|---|---|---|
| FLAGSHIP INDUSTRIES, INC.<br>180 EAST MAIN STREET<br>SMITHTOWN, NY 11787 | | Claim Number: 11794<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5047 (02/16/2010) | | |
| UNSECURED | Claimed: | $735.00 | | |

---

| | | | | |
|---|---|---|---|---|
| FLAHERTY, KENNETH J<br>212 DORSHIRE CT<br>LOUISVILLE, KY 40245-4151 | | Claim Number: 5718<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
| UNSECURED | Claimed: | $3,860.01   UNLIQ CONT | Scheduled: | $3,860.01  UNLIQ |

---

FLAKE INVESTMENTS LLC
1710 W PINE AVE
FRESNO, CA 93728

Claim Number: 3785
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| UNSECURED | Claimed: | $9,199.04 | Scheduled: | $9,199.04 |
|---|---|---|---|---|

FLAMEX, INC.
4365 FEDERAL DR.
GREENSBORO, NC 27410-8116

Claim Number: 1630
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $647.30 | Scheduled: | $624.00 |
|---|---|---|---|---|

FLANAGAN, RICKEY LYNN
402 SWEET HOME RD.
JONESBORO, LA 71251

Claim Number: 10161
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

FLEETWOOD FIBRE PKG & GRAPHICS INC
15250 DON JULIAN RD
CITY OF INDUSTRY, CA 91745

Claim Number: 5103
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $33,300.77 | Scheduled: | $30,421.23 |
|---|---|---|---|---|

FLEETWOOD LOGISTICS, INC.
P.O. BOX 430
DIBOLL, TX 75941

Claim Number: 603
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5.50 |
|---|---|---|

---

| FLEXLINE INC.<br>15405 CORNET AVE<br>SANTA FE SPRINGS, CA 90670 | Claim Number: 3783<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |

| UNSECURED | Claimed: | $1,410.00 | Scheduled: | $1,410.00 | |

| FLEXO MECHANICAL SERVICES INC<br>1884 PROSPECT ROAD<br>NEW LONDON, OH 44851 | Claim Number: 4015<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |

| UNSECURED | Claimed: | $5,188.49 | Scheduled: | $5,188.49 | |

| FLEXPAC, INC.<br>121 NORTH RUSSELL ST.<br>PORTLAND, TN 37148 | Claim Number: 507<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |

| UNSECURED | Claimed: | $4,194.84 | Scheduled: | $3,756.60 | |

| FLIGHTSAFETY INTERNATIONAL<br>MARINE AIR TERMINAL, LAGUARDIA AIRPORT<br>FLUSHING, NY 11371 | Claim Number: 2000<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |

| UNSECURED | Claimed: | $11,445.00 | Scheduled: | $11,445.00 | Allowed: | $11,445.00 |

| FLINT GROUP FLEXOGRAPHIC PRODUCTS<br>LAWRENCE P VONCKX - BAKER & MCKENZIE LLP<br>ONE PRUDENTIAL PLAZA, SUITE 3500<br>130 E. RANDOLPH DRIVE<br>CHICAGO, IL 60601 | Claim Number: 2118<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8684 (10/25/2010) | | | | |

| ADMINISTRATIVE | | | | | Allowed: | $6,394.45 |
| UNSECURED | Claimed: | $7,993.06 | | | | |

---

FLINT GROUP FLEXOGRAPHIC PRODUCTS
ATTN: GERALD K. REBBERT, JR. CPA
2401 WHITEHALL PARK DRIVE, SUITE 100
CHARLOTTE, NC 28273

Claim Number: 11640
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8684 (10/25/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $60,414.06 | Scheduled: | $61,262.06 | Allowed: | $60,414.06 |

FLINT GROUP NORTH AMERICA CORPORATION
LAWRENCE P VONCKX - BAKER & MCKENZIE LLC
ONE PRUDENTIAL PLAZA, SUITE 3500
130 E. RANDOLPH DRIVE
CHICAGO, IL 60601

Claim Number: 2117-02
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8684 (10/25/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $331,788.69 UNLIQ | | | Allowed: | $331,788.69 |
| UNSECURED | | | Scheduled: | $9,541.81 | | |

FLINT GROUP NORTH AMERICA CORPORATION
LAWRENCE P VONCKX - BAKER & MCKENZIE LLC
ONE PRUDENTIAL PLAZA, SUITE 3500
130 E. RANDOLPH DRIVE
CHICAGO, IL 60601

Claim Number: 2117-03
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8684 (10/25/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,928.64 UNLIQ | Allowed: | $2,928.64 |

FLINT GROUP NORTH AMERICA CORPORATION
14909 N. BECK RD
PLYMOUTH, MI 48170

Claim Number: 11711
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8684 (10/25/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $691,717.79 | Allowed: | $545,381.16 |

FLIR SYSTEMS INC
PO BOX 3284
BOSTON, MA 02241-3284

Claim Number: 13084
Claim Date: 09/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $209.71 | Scheduled: | $209.71 |

---

FLN-MAR INC
102 CABOT ST
PO BOX 307
HOLYOKE, MA 01041

Claim Number: 3784
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,289.22 | Scheduled: | $9,983.34 |
|---|---|---|---|---|

FLORENCE COUNTY
OFFICE OF TREASURER
PO BOX 100501
FLORENCE, SC 29501-0501

Claim Number: 4923
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| SECURED | Claimed: | $699,010.98 |
|---|---|---|

FLORENCE COUNTY
OFFICE OF TREASURER
PO BOX 100501
FLORENCE, SC 29501-0501

Claim Number: 4924
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| SECURED | Claimed: | $282,833.91 |
|---|---|---|

FLORENCE COUNTY
OFFICE OF TREASURER
PO BOX 100501
FLORENCE, SC 29501-0501

Claim Number: 4925
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| SECURED | Claimed: | $5,238.67 |
|---|---|---|

FLORENCE DARLINGTON
PO BOX 100548
FLORENCE, SC 29501-0548

Claim Number: 7485
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,850.00 | Scheduled: | $5,850.00 |
|---|---|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | |
|---|---|---|---|---|
| FLORENCE VOCATIONAL REHABILITATION CENTER 1947 W. DARLINGTON STREET FLORENCE, SC 29501 | | Claim Number: 6278 Claim Date: 07/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 6649 (04/07/2010) THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,768.00 | Scheduled: | $2,422.00 |
| FLORIDA BEARINGS INC PO BOX 370690 MIAMI, FL 33137 | | Claim Number: 8114 Claim Date: 08/17/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,721.73 | Scheduled: | $7,721.75 |
| FLORIDA BELTING COMPANY, INC. (01) PO BOX 105774 ATLANTA, GA 30348 | | Claim Number: 7077 Claim Date: 08/03/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7550 (05/10/2010) THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,094.97 | Scheduled: | $4,026.53 |
| FLORIDA EAST COAST RAILWAY CO C/O LEEAN . GREENWALD VP-LITIGATION 7411 FULLERTON STREET, SUITE 300 JACKSONVILLE, FL 32256 | | Claim Number: 7461 Claim Date: 08/10/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $957.28 | Scheduled: | $27,306.02 |
| FLORIDA EAST COAST RAILWAY CO C/O LEEAN M. GREENWALD VP-LITIGATION 7411 FULLERTON STREET, SUITE 300 JACKSONVILLE, FL 32256 | | Claim Number: 7463 Claim Date: 08/10/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,480.15 | | |

| | |
|---|---|
| FLORIDA EAST COAST RAILWAY CO.<br>C/O LEEAN M. GREEWALD, VP-LITIGATION<br>7411 FULLERTON STREET, SUITE 300<br>JACKSONVILLE, FL 32256 | Claim Number: 7564<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $568.55 |
|---|---|---|

| | |
|---|---|
| FLORIDA EAST COAST RAILWAY CO.<br>C/O LEEAN M. GREEWALD, VP-LITIGATION<br>7411 FULLERTON STREET, SUITE 300<br>JACKSONVILLE, FL 32256 | Claim Number: 7566<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $7,643.96 |
|---|---|---|

| | |
|---|---|
| FLORIDA EAST COAST RAILWAY CO.<br>C/O LEEAN M. GREEWALD, VP-LITIGATION<br>7411 FULLERTON STREET, SUITE 300<br>JACKSONVILLE, FL 32256 | Claim Number: 7624<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $3,516.56 |
|---|---|---|

| | |
|---|---|
| FLORIDA EAST COAST RAILWAY CO.<br>C/O LEEAN M. GREEWALD, VP-LITIGATION<br>7411 FULLERTON STREET, SUITE 300<br>JACKSONVILLE, FL 32256 | Claim Number: 7625<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $8,270.62 |
|---|---|---|

| | |
|---|---|
| FLORIDA EAST RAILWAY CO<br>C/O LEEAN M. GREENWALD VP-LITIGATION<br>7411 FULLERTON STREET, SUITE 300<br>JACKSONVILLE, FL 32256 | Claim Number: 7462<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $698.92 |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FLORIDA EYE CARE CLINIC<br>1411 S 14TH ST STE G<br>FERNANDINA BEACH, FL 32034-3092 | | Claim Number: 6958<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,125.00 | Scheduled: | $975.00 | | | |
| FLORIDA HOSE & RUBBER, LLC<br>CHARLES J. BROWN, III<br>ARCHER & GREINER, P.C.<br>300 DELAWARE AVENUE, SUITE 1370<br>WILMINGTON, DE 19801 | | Claim Number: 1610-02<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $17,878.55 | Scheduled: | $21,532.21 | Allowed: | $17,878.55 |
| FLORIDA NATURAL GROWERS<br>20205 US 27 NORTH<br>LAKE WALES, FL 33859 | | Claim Number: 5203<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,988.20 | Scheduled: | $1,913.00 | | | |
| FLORIDA POWER & LIGHT COMPANY<br>P.O. BOX 025209<br>MIAMI, FL 33102-5209 | | Claim Number: 1841<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) | | | | | |
| UNSECURED | Claimed: | $48,101.68 | Scheduled: | $7,274.15  UNLIQ | | | |
| FLORIDA PULP AND PAPER ASSN<br>ENVIRONMENTAL AFFAIRS, INC.<br>2015 AYRSLEY TOWN BLVD., SUITE 202<br>CHARLOTTE, NC 28273 | | Claim Number: 2372<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $40,014.81 | Scheduled: | $36,035.82 | | | |

---

FLORIDA SELF-INSURERS GUARANTY ASSOC INC
ATTN: JAMES SORENSON, ESQ
WILLIAMS GAUTIER GWYNN DELOACH &SORENSON
PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10663
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $5,523,515.00 | | | |

FLORIDA TECHNICAL
1777 SHOAL CREEK CIRCLE
GREEN COVE SPRINGS, FL 32043

Claim Number: 4407
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $602.40 | Scheduled: | $602.40 | |

FLOTECH, INC.
ATTN: TOM GOELZ
P.O. BOX 3824
JACKSONVILLE, FL 32206

Claim Number: 1035
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $142,993.75 | Scheduled: | $151,496.75 | Allowed: | $142,993.75 |

FLOWERS, DONNY W.
114 DALE DRIVE
JONESBORO, LA 71251

Claim Number: 10162
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | |

FLOWERS, GARRY L.
210 TALBOT ST
JONESBORO, LA 71251

Claim Number: 10412
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | |

| | | | | |
|---|---|---|---|---|
| FLR & ASSOCIATES<br>32 NASSAU AVENUE<br>KENNER, LA 70065 | | Claim Number: 9753<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $5,036.67 |
| FLSMIDTH INC (FORMERLY FLSMIDTH MINERALS INC)<br>2040 AVENUE C<br>BETHLEHEM, PA 18017-2188 | | Claim Number: 2874<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,316.41 | Scheduled: | $9,521.96 |
| FLSMIDTH KREBS INC<br>PO BOX 934793<br>ATLANTA, GA 31193-4793 | | Claim Number: 11703<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $297.00 | Scheduled: | $7,793.47 |
| FLSMIDTH MINERALS LTD<br>174 WEST STREET SOUTH<br>ATTN: LISA LAW, CONTROLLER<br>ORILLIA, ON L3V 6L4<br>CANADA | | Claim Number: 12865-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $12,706.30 | Scheduled: | $111,409.82 |
| FLUID CONNECTOR PRODUCTS, INC.<br>C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE<br>& ATTORNEY-IN-FACT<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 9152<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,315.84 | Scheduled: | $3,156.34 |

FLUID DYNAMICS MIDWEST
229 WRIGHTWOOD AVE
ELMHURST, IL 60126

Claim Number: 7977
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,446.53 | Scheduled: | $1,446.53 | |

FLUID ENGINEERING, INC.
2460 RUFFNER COURT
BIRMINGHAM, AL 35210

Claim Number: 506
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,511.87 | Scheduled: | $4,506.70 | |

FLUID POWER COMPONENTS
6730 SUEMAC PLACE
JACKSONVILLE, FL 32254

Claim Number: 4905
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $289.81 | Scheduled: | $39.84 | |

FLUID POWER ENGINEERING CO. (HANOVER PK)
110 GORDON
ELK GROVE VILLAGE, IL 60007

Claim Number: 5984
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $446.11 | Scheduled: | $556.06 | |

FLUID POWER ENGINEERING COMPANY, INC
110 GORDON
ELK GROVE VILLAGE, IL 60007

Claim Number: 5983
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $119.95 | |

---

FLUID POWER SERVICES INC
5217 AUGUSTA HIGHWAY
LEESVILLE, SC 29070

Claim Number: 5822
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,142.40 | Scheduled: | $9,442.40 |
|---|---|---|---|---|

---

FLUID PROCESS CONTROL CORP
15W700 79TH STREET
BURR RIDGE, IL 60527

Claim Number: 5814
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,303.65 | Scheduled: | $1,303.65 |
|---|---|---|---|---|

---

FLUIDS CONTROL CORPORATION
4635 N 124TH STREET
BUTLER, WI 53007

Claim Number: 7365
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,975.00 | Scheduled: | $12,975.00 |
|---|---|---|---|---|

---

FLUITEK
PO BOX 1017
COOKEVILLE, TN 38503

Claim Number: 7471
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $22,487.19 | Scheduled: | $24,016.38 |
|---|---|---|---|---|

---

FLYING J INC
PO BOX 26243
SALT LAKE CITY, UT 84126

Claim Number: 7021
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $212.40 | Scheduled: | $256.11 |
|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION    Case 09-10235-BLS    Doc 9663    Filed 07/16/18    Page 952 of 2463
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

Date: 07/03/2018

| | | | | | | |
|---|---|---|---|---|---|---|
| FOAM PRODUCTS INC<br>PO BOX 4790<br>TYLER, TX 75712 | | Claim Number: 6396-01<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $600.80 | Scheduled: | $7,335.30 | | |
| FOAM PRODUCTS INC<br>PO BOX 4790<br>TYLER, TX 75712 | | Claim Number: 6396-02<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $12,404.89 | | | Allowed: | $12,404.89 |
| FOAM RECOVERY SYSTEMS<br>DBA: FRS RECYCLING<br>P.O. BOX 2316<br>PLACERVILLE, CA 95667 | | Claim Number: 888<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,834.02 | Scheduled: | $32,182.19 | | |
| FOAMCRAFT PACKAGING INC<br>400 ALEXANDER DRIVE<br>OWATONNA, MN 55060 | | Claim Number: 11604<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $7,200.00 | Scheduled: | $7,200.00 | | |
| FOCUSED CONTROL PROCESSES INC<br>3741 QUINBY ISLAND CT<br>SUITE 409<br>JACKSONVILLE, FL 32224 | | Claim Number: 8367<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,332.00 | | | | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | | | |
|---|---|---|---|---|---|---|
| FOGEL, JEFFREY AND CAREN<br>1116 DIXON LANE<br>RYDAL, PA 19046 | | Claim Number: 13109<br>Claim Date: 09/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | |
| UNSECURED | Claimed: | $1,075.00 | | | | |
| FOLEY MATERIAL HANDLING<br>PO BOX 289<br>ASHLAND, VA 23005 | | Claim Number: 2093<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $55,235.64 | Scheduled: | $65,519.56 | Allowed: | $55,235.64 |
| FOLEY TIMBER AND LAND COMPANY<br>3400 FOLEY ROAD<br>PERRY, FL 32348 | | Claim Number: 3652<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,763.65 | Scheduled: | $15,763.65  UNLIQ | | |
| FOLKES ELECTRICAL<br>206 HALEY RD<br>ASHLAND, VA 23005 | | Claim Number: 9205<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $80,439.32 | Scheduled: | $67,632.25 | Allowed: | $80,439.32 |
| FOOTHILLS TIMBER COMPANY INC<br>PO BOX 636<br>HEFLIN, AL 36264 | | Claim Number: 10451<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,965.32 | Scheduled: | $11,930.65  UNLIQ | | |

---

FORBO ADHESIVES LLC
PO BOX 601333
CHARLOTTE, NC 28260-1333

Claim Number: 6178-01
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE | | $5,216.70 | | |
| UNSECURED | | | $51,008.52 | |

---

FORBO ADHESIVES LLC
PO BOX 601333
CHARLOTTE, NC 28260-1333

Claim Number: 6178-02
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | Claimed: | | | Allowed: | |
|---|---|---|---|---|---|
| UNSECURED | | $41,553.50 | | | $41,553.50 |

---

FOREST AND FARM RESOURCES LLC
PO BOX 88
MCMINNVILLE, TN 37111

Claim Number: 5940
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $21,568.98 | $38,009.16 | |

---

FOREST PHARMACEUTICALS, INC.
ATTN: GEORGE ULSES
13600 SHORELINE DR.
EARTH CITY, MO 63045

Claim Number: 3408
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $1,090.80 | $1,771.80 | |

---

FORESTER ROLLER CO INC
PO BOX 2067
LAWRENCEVILLE, GA 30046-2067

Claim Number: 4667
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $660.90 | $660.90 | |

---

| | | | | |
|---|---|---|---|---|
| FORNEY CORPORATION<br>C/O FIREYE INC<br>3 MANCHESTER ROAD<br>DERRY, NH 03038 | | Claim Number: 2244<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13868<br>DOCKET: 9602 (08/25/2017) | | |
| UNSECURED | Claimed: | $11,919.03 | Scheduled: | $25,196.03 |
| FORNEY CORPORATION<br>C/O FIREYE INC<br>3 MANCHESTER ROAD<br>DERRY, NH 03038 | | Claim Number: 13868<br>Claim Date: 03/08/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $11,919.03 | | |
| FORSTER ELECTRICAL SERVICES INC<br>PO BOX 1021<br>COLUMBUS, IN 47202 | | Claim Number: 7814<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,570.12 | Scheduled: | $1,570.12 |
| FORSYTH ROOTER SERVICE INC<br>PO BOX 24248<br>WINSTON SALEM, NC 27114 | | Claim Number: 5061<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $575.00 | Scheduled: | $575.00 |
| FORT SMITH PAPER COMPANY<br>PO BOX 6358<br>FT SMITH, AR 72906 | | Claim Number: 6398<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,581.61 | Scheduled: | $2,640.40 |

FORTY TWO CONTRACTING, INC.
C/O CHRISTOPHER G. HILL, ESQUIRE
600 E. MAIN STREET, 20TH FLOOR
RICHMOND, VA 23219

Claim Number: 1079
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| SECURED | Claimed: | $134,302.50 | | | |
|---|---|---|---|---|---|

FORWARD, INC.
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11329
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $69,876.74  UNLIQ | Scheduled: | $69,876.74 | |
|---|---|---|---|---|---|

FOSS SIGNS
1400 E GALE DR
BELOIT, WI 53511

Claim Number: 7528
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,083.63 | Scheduled: | $2,083.63 | |
|---|---|---|---|---|---|

FOSTERS WOODYARD
6671 CRAFTONS GATE HWY
DRAKES BRANCH, VA 23937

Claim Number: 12214
Claim Date: 09/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,958.99 | Scheduled: | $23,917.99 UNLIQ | Allowed: | $11,958.99 |
|---|---|---|---|---|---|---|

FOURNIER RUBBER & SUPPLY CO.
P.O. BOX 548
COLUMBUS, OH 43216-0548

Claim Number: 540
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,110.00 | Scheduled: | $1,110.00 | |
|---|---|---|---|---|---|

FOWLER, MORTON D.
533 CONWAY VILLAGE DRIVE
ST. LOUIS, MO 63141

Claim Number: 10099
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $198,064.00 | Scheduled: | $152,108.22 | Allowed: | $198,064.00 |
|---|---|---|---|---|---|---|

FOWLER, MORTON D.
533 CONWAY VILLAGE DRIVE
ST. LOUIS, MO 63141

Claim Number: 10100
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $131,983.00 | Scheduled: | $103,292.30 | Allowed: | $131,983.00 |
|---|---|---|---|---|---|---|

FOWLER, THOMAS A.
C/O JAMES E. SORENSON, ESQ.
WILLIAMS, GAUTIER, GWYNN, DELOACH &
SORENSON P.A. PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10695
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $1,925.30 | | | | |
|---|---|---|---|---|---|---|

FOX RUN RECYCLING
PO BOX 446
CALLICOON, NY 12723

Claim Number: 5736
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,899.81 | Scheduled: | $3,266.00 | | |
|---|---|---|---|---|---|---|

FOX TELECOMMUNICATIONS INC
1500 W HAMPDEN AVE UNIT 3 G
SHERIDAN, CO 80110

Claim Number: 4886
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $75.00 | Scheduled: | $75.00 | | |
|---|---|---|---|---|---|---|

---

FOX VALLEY FIRE & SAFETY
2730 PINNACLE DR.
ELGIN, IL 60124

Claim Number: 4660
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $335.75 | Scheduled: | $350.75 |
|-----------|----------|---------|------------|---------|

FOX VALLEY FITTINGS & CONTROLS, INC
2434 INDUSTRIAL DR
NEENAH, WI 54956

Claim Number: 8366
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,865.49 | Scheduled: | $4,855.63 |
|-----------|----------|-----------|------------|-----------|

FOX VALLEY STEEL RULE DIE INC
850 DECLARATION DRIVE
NEENAH, WI 54956

Claim Number: 3900
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,938.00 | Scheduled: | $6,018.00 |
|-----------|----------|-----------|------------|-----------|

FOX, STEVEN HARRIS
PO BOX 1025
HODGE, LA 71247

Claim Number: 10163
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|-----------|----------|---------------|--|--|

FPC FINANCIAL, F.S.B.
ATTN: BERGFELD, RON
PO BOX 6600
JOHNSTON, IA 50131-6600

Claim Number: 5648
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,696.59 | Scheduled: | $11,872.09 |
|-----------|----------|-----------|------------|------------|

| | | | | |
|---|---|---|---|---|
| FPC FINANCIAL, F.S.B.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 12257<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,114.83 | Scheduled: | $14,951.08 |
| FPC FINANCIAL, F.S.B.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 12259<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,203.39 | | |
| FPC FINANCIAL, F.S.B.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 12260<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $14,952.80 | | |
| FPC FINANCIAL, F.S.B.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 12261<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $485.51 | | |
| FPC FINANCIAL, F.S.B.<br>PO BOX 6600<br>JOHNSTON, IA 50131-6600 | | Claim Number: 12262<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $702.08 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| FQS/BEAR EQUIPMENT, INC.<br>235 G DOOLEY ROAD<br>LEXINGTON, SC 29073 | | Claim Number: 3482<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,480.00 | Scheduled: | $2,480.00 | | |
| FRAME LOGGING<br>475 AND ONE-HALF BONE ROAD<br>SOMERS, MT 59932 | | Claim Number: 11188<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $10,064.38  UNLIQ | Scheduled: | $20,128.76  UNLIQ | | |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 94257-0601 | | Claim Number: 9526<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | | |
| PRIORITY | Claimed: | $130,411.43 | | | | |
| UNSECURED | Claimed: | $104,736.46 | | | | |
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 11133<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8844 (12/10/2010)<br>THIS CLAIM IS PAID | | | | |
| PRIORITY | Claimed: | $56,533.76 | | | | |
| UNSECURED | Claimed: | $177,814.13 | | | Allowed: | $177,814.13 |
| FRANCOTYP-POSTILIA MAILING SOLUTIONS<br>140 N MICHELLE CRT STE#200<br>ADDISON, IL 60101 | | Claim Number: 5226<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $131.19 | Scheduled: | $84.41 | | |

| | | | | | |
|---|---|---|---|---|---|
| FRANK H GILL COMPANY<br>PO BOX 703<br>LANSING, IL 60438-0703 | | Claim Number: 9607<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,049.48 | Scheduled: | $2,049.48 | |
| FRANK I ROUNDS COMPANY<br>PO BOX 746<br>RANDOLPH, MA 02368 | | Claim Number: 3649<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $4,519.90 | Scheduled: | $3,711.78 | |
| FRANKLIN COUNTY VETERANS<br>300 WEST BROAD ST<br>COLUMBUS, OH 43215 | | Claim Number: 11651<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $132.00 | Scheduled: | $132.00 | |
| FRANKLIN ELECTROFLUID CO INC<br>PO BOX 18777<br>MEMPHIS, TN 38118 | | Claim Number: 6975<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $719.15 | Scheduled: | $719.15 | |
| FRANKLIN HEATING<br>PO BOX 32362<br>COLUMBUS, OH 43232-0362 | | Claim Number: 5751<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $92.50 | Scheduled: | $92.50 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| FRANKLIN INDUSTRIAL MINERALS<br>PO BOX 440270<br>NASHVILLE, TN 37244 | | Claim Number: 6925<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,626.24 | Scheduled: | $4,626.24 | | |
| FRASER, COLIN<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 13011<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | | | |
| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $46,829.55 | Scheduled: | $44,912.62 | Allowed: | $46,332.00 |
| FRED WEBER INC<br>PO BOX 500816<br>SAINT LOUIS, MO 63150-0816 | | Claim Number: 12170<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $800.10 | Scheduled: | $416.00 | | |
| FREDERICK COWAN AND CO., INC.<br>48 KROEMER AVENUE<br>RIVERHEAD, NY 11901-3108 | | Claim Number: 6998<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,960.00 | Scheduled: | $1,960.00 | | |
| FREEDOM FIRE PROTECTION INC<br>601 CENTRAL PARK DRIVE<br>SANFORD, FL 32771 | | Claim Number: 5110<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $200.00 | Scheduled: | $200.00 | | |

FREEMAN LOGGING LLC
7764 NIXON CHAPEL ROAD
HORTON, AL 35980

Claim Number: 11465
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,783.37 | Scheduled: | $7,064.53 | | |

FREEMAN, DONALD RAY
244 POINT DRIVE
JONESBORO, LA 71251

Claim Number: 10164
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |

FRENCH AND COMPANY, INC.
6510 COLUMBIA PARK DR. - SUITE 101
JACKSONVILLE, FL 32258

Claim Number: 2079
Claim Date: 04/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $55,238.00 | Scheduled: | $55,238.00 | Allowed: | $55,238.00 |

FREUND, JOHN H
BOXWOOD BARN BOX 179
POUND RIDGE, NY 10576-0179

Claim Number: 10422
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9275 (09/26/2012)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,019,141.26 | | | Allowed: | $200,000.00 |

FREY TRANSPORTATION DBA E.F.EXPRESS
1185 NEW TRENTON ROAD, P.O. BOX 327
HIGHLAND, IL 62249

Claim Number: 9675
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,492.02 | Scheduled: | $3,233.76 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| FRIGONS, HENRIETTE, AS SURVIVING SPOUSE<br>OF LOUIS-MARIE DEMERS<br>125, DALHOUSIE APP. 514<br>QUEBEC CITY, QC G1K 4C5<br>CANADA | | Claim Number: 99000<br>Claim Date: 06/17/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED | | | | |
| UNSECURED | Claimed: | $11,432.30 | | | Allowed: | $5,716.00 |
| FRITH CONTRUCTION CO., INC.<br>PO DRAWER 5028<br>MARTINSVILLE, VA 24115 | | Claim Number: 7148<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $8,651.00 | | | | |
| FRITH EQUIPMENT CORPORATION<br>PO BOX 5028<br>MARTINSVILLE, VA 24115-5028 | | Claim Number: 7147<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $21,415.00 | Scheduled: | $30,066.00 | Allowed: | $21,415.00 |
| FROEHLING & ROBERTSON, INC.<br>ATTN: R. GOSWICK<br>3015 DUMBARTON ROAD<br>RICHMOND, VA 23228 | | Claim Number: 515<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,975.00 | Scheduled: | $9,796.31 | | |
| FROEHLING & ROBERTSON, INC.<br>ATTN: R. GOSWICK<br>3015 DUMBARTON ROAD<br>RICHMOND, VA 23228 | | Claim Number: 516<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $591.00 | | | | |

| | | | | |
|---|---|---|---|---|
| FROEHLING & ROBERTSON, INC.<br>ATTN: R. GOSWICK<br>3015 DUMBARTON ROAD<br>RICHMOND, VA 23228 | | Claim Number: 517<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,500.00 | | |
| FROEHLING & ROBERTSON, INC.<br>ATTN: R. GOSWICK<br>3015 DUMBARTON ROAD<br>RICHMOND, VA 23228 | | Claim Number: 518<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,391.75 | | |
| FROEHLING & ROBERTSON, INC.<br>ATTN: R. GOSWICK<br>3015 DUMBARTON ROAD<br>RICHMOND, VA 23228 | | Claim Number: 519<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $656.03 | | |
| FROM DUST TILL DAWN CLEANING<br>PO BOX 2281<br>POWDER SPRINGS, GA 30127 | | Claim Number: 6981<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7432 (05/04/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $319.50 | Scheduled: | $319.50 |
| FRON, EDWARD<br>8820 BERKELEY COURT<br>ORLAND PARK, IL 60462 | | Claim Number: 7825<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9070 (05/20/2011) | | |
| PRIORITY | Claimed: | $2,712.00 | | |

FRONTIER EXPRESS, INC.
PO BOX 271150
OKLAHOMA CITY, OK 73137

Claim Number: 3493
Claim Date: 06/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,395.11 | Scheduled: | $7,312.90 |
|---|---|---|---|---|

FRONTIER SOUTH TRANSPORT CORP
P.O. BOX 906
FAIRBURN, GA 30213

Claim Number: 9129
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13865
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $53,374.52 | Scheduled: | $47,327.12 |
|---|---|---|---|---|

FRONTIER SOUTH TRANSPORT CORP
P.O. BOX 906
FAIRBURN, GA 30213

Claim Number: 13865
Claim Date: 03/05/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $52,033.52 | | |
|---|---|---|---|---|

FRONTIER TRANSPORT SYSTEM CORP
PO BOX 784
INDIANAPOLIS, IN 46206

Claim Number: 5345
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,013.19 | Scheduled: | $16,487.63 |
|---|---|---|---|---|

FROST ELECTRIC SUPPLY CO
PO BOX 66522
ST LOUIS, MO 63166

Claim Number: 5062
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $718.14 | Scheduled: | $1,299.15 |
|---|---|---|---|---|

---

FRYS ELECTRONICS
ATTN: LEGAL DEPARTMENT
600 E. BROCKAW ROAD
SAN JOSE, CA 95112

Claim Number: 11883
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,477.10 | Scheduled: | $5,777.78 |
|---|---|---|---|---|

FT WD PROPERTY LLC
7 BULFINCH PLACE SUITE 500
P.O.BOX 9507
BOSTON, MA 02114

Claim Number: 5350
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

FT-WD PROPERTY LLC
7 BULFINCH PLACE, SUITE 500
P.O. BOX 9507
BOSTON, MA 02114

Claim Number: 12527
Claim Date: 09/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $330,937.47 UNLIQ | Scheduled: | $132,018.67 | Allowed: | $330,937.47 |
|---|---|---|---|---|---|---|

FTS DELIVERY, INC.
8585 PAGE
SAINT LOUIS, MO 63114

Claim Number: 1665
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,010.22 | Scheduled: | $1,010.22 |
|---|---|---|---|---|

FUEL OILS
PO BOX 34370
RICHMOND, VA 23234

Claim Number: 4190
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $83,241.76 | Scheduled: | $72,044.75 |
|---|---|---|---|---|

---

FULCRUM DISTRESS OPPORTUNITIES FUND I LP
TRANSFEROR: HUNTON & WILLIAMS LLP
111 CONGRESS AVENUE
SUITE 2550
AUSTIN, TX 78701

Claim Number: 9458
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $69,888.14 | Scheduled: | $83,629.97 | Allowed: | $69,888.14 |
|-----------|----------|------------|------------|------------|-----------|------------|

FULGHUM FIBRES FLORIDA, INC.
C/O RUFUS T. DORSEY, IV PARKER, HUDSON,
RAINER & DOBBS LLP 1500 MARQUIS TWO TWR
285 PEACHTREE CENTER AVE., N.E.
ATLANTA, GA 30303

Claim Number: 11777
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| UNSECURED | Claimed: | $52,848.90 | Scheduled: | $104,705.98 |
|-----------|----------|------------|------------|-------------|

FULGHUM FIBRES, INC. C/O RUFUS T. DORSEY
PARKER, HUDSON, RAINER & DOBBS LLP
1500 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVE., N.E.
ATLANTA, GA 30303

Claim Number: 11773
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $52,352.12 |
|-----------|----------|------------|

FULGHUM INDUSTIRES, INC.
PO BOX 909
WADLEY, GA 30477

Claim Number: 2496
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $22,393.80 | Scheduled: | $42,178.25 |
|-----------|----------|------------|------------|------------|

FULTON PAPER CO INC
227 SANDY SPRINGS PL NE STE D114
SANDY SPRINGS, GA 30328-5918

Claim Number: 4467
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,769.00 | Scheduled: | $11,220.00 |
|-----------|----------|------------|------------|------------|

| | | | | | |
|---|---|---|---|---|---|
| FULTON PAPER COMPANY<br>227 SANDY SPRINGS PL NE STE D<br>SANDY SPRINGS, GA 30328-3849 | | Claim Number: 4468<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,785.64 | | | |
| FULTON SYSTEMS, INC.<br>5875 PEACHTREET IND. BLVD<br>SUITE 330<br>NORCROSS, GA 30092 | | Claim Number: 3343<br>Claim Date: 06/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $23,330.13 | Scheduled: | $23,338.13 | Allowed: $23,330.13 |
| FUREY FILTER & PUMP INC<br>N117W19237 FULTON DR<br>GERMANTOWN, WI 53022-6304 | | Claim Number: 4392<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $131.18 | Scheduled: | $131.18 | |
| FUTCH, SANDRA<br>156 N MAIN ST<br>EDWARDSVILLE, IL 62025-1972 | | Claim Number: 6224<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ | |
| FUTCH, SANDRA (HERSHEL B SHEFFIELD, DEC)<br>156 N MAIN ST<br>EDWARDSVILLE, IL 62025-1972 | | Claim Number: 6225<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | |
|---|---|---|---|---|
| FUTRELL, CHARLES L.<br>4776 BEECH SPRINGS RD<br>QUITMAN, LA 71268 | | Claim Number: 10165<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| FUTRELL, CLEASY ERNEST<br>391 BROWN RD.<br>QUITMAN, LA 71268 | | Claim Number: 10166<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| G & K SERVICES<br>685 OLIVE STREET<br>SAINT PAUL, MN 55130 | | Claim Number: 923<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $230.93 | | |
| G & K SERVICES, INC. #142<br>3820 DELP ST.<br>MEMPHIS, TN 38118 | | Claim Number: 913<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,615.43 | Scheduled: | $1,814.51 |
| G & P TRUCKING, INC.<br>126 ACCESS ROAD<br>GASTON, SC 29053 | | Claim Number: 249<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,824.55 | Scheduled: | $2,395.07 |

G AND D TRUCKING
3200 NEWTON ROAD
STOCKTON, CA 95205

Claim Number: 7154
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $29,130.30 | Scheduled: | $27,869.20 | Allowed: | $29,130.30 |

G&D INTEGRATED TRANSPORTATION, INC.
ATTN: PATRICK ROESLER
50 COMMERCE DRIVE
MORTON, IL 61550

Claim Number: 3524
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17,676.51 | Scheduled: | $16,328.31 | Allowed: | $17,676.51 |

G&G SALES
PO BOX C
WEST POINT, VA 23181

Claim Number: 9855-01
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $16,817.00 | | |
| UNSECURED | | | Scheduled: | $55,078.00 |

G&G SALES
PO BOX C
WEST POINT, VA 23181

Claim Number: 9855-02
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,629.00 | Allowed: | $24,629.00 |

G&K SERVICES
3735 CORPOREX PARK DRIVE
TAMPA, FL 33619

Claim Number: 523
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,160.66 | Scheduled: | $10,310.11 |

| | | | | | | |
|---|---|---|---|---|---|---|
| G&S EQUIPMENT CO INC<br>PO BOX 680730<br>PRATTVILLE, AL 36068 | | Claim Number: 7422<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,166.47 | Scheduled: | $1,154.06 | | |
| G.T. HIGGINBOTHAM CO., INC.<br>PO BOX 360745<br>BIRMINGHAM, AL 35236-0745 | | Claim Number: 894<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $18,849.00 | Scheduled: | $18,849.00 | | |
| GA WEST AND CO INC<br>PO BOX 441<br>SARALAND, AL 36571 | | Claim Number: 6063<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $100,521.86 | Scheduled: | $4,419.86 | | |
| GAAL, RICHARD A<br>101 HARRISON PLACE<br>PANAMA CITY, FL 32405 | | Claim Number: 5137<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $125,000.00 | | | Allowed: | $125,000.00 |
| GABRIEL ENVIRONMENTAL SERVICES<br>1421 N. ELSTON AVE.<br>CHICAGO, IL 60622 | | Claim Number: 4916<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,832.50 | Scheduled: | $3,832.50 | | |

| | | | | |
|---|---|---|---|---|
| GAFFIN INDUSTRIAL<br>P.O. BOX 1637<br>RIVERVIEW, FL 33568-1637 | | Claim Number: 694<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,120.00 | | |
| GAFFIN INDUSTRIAL<br>P.O. BOX 1637<br>RIVERVIEW, FL 33568-1637 | | Claim Number: 695<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,195.00 | Scheduled: | $2,315.00 |
| GAI TRONICS CORPORATION<br>PO BOX 930269<br>ATLANTA, GA 31193-0269 | | Claim Number: 7340<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $324.83 | Scheduled: | $655.88 |
| GAINES, BILLY G.<br>3260 BEECH SPRINGS RD<br>QUITMAN, LA 71268 | | Claim Number: 10413<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| GAINES, DONALD MARVIN<br>P.O. BOX 1<br>HODGE, LA 71247 | | Claim Number: 10414<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| GAMBLE PARTS DART INC<br>PO BOX 280<br>MOUNT OLIVE, AL 35117 | | Claim Number: 8412<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $997.50 | Scheduled: | $795.00 |
| GARAGE DOOR STORE<br>900 W DIVISION ST<br>WAITE PARK, MN 56387 | | Claim Number: 4773<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $791.36 | Scheduled: | $791.36 |
| GARCIA, VICTOR<br>12331 STRATHMORE DRIVE<br>GARDEN GROVE, CA 92840 | | Claim Number: 11611<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $35,000.00 | | |
| GARD SPECIALISTS COMPANY<br>PO BOX 157<br>EAGLE RIVER, WI 54521 | | Claim Number: 4227<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,615.09 | Scheduled: | $858.39 |
| GARDEN CITY FLORAL<br>2510 SPURGIN ROAD<br>MISSOULA, MT 59804 | | Claim Number: 3923<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $309.99 | Scheduled: | $299.99 |

---

GARDEN SPOT LAWN CARE & LANDSCAPE
7339 STATE ROUTE 14 NORTH
RAVENNA, OH 44266

Claim Number: 5916
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,385.65 | Scheduled: | $19,385.65 | | |

GARDEN STREET PAPER PROD CORP
2998 SOUTH STREET
FORT MYERS, FL 33916

Claim Number: 6797
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,202.63 | Scheduled: | $16,370.00 | | |

GARDNER COMMERCIAL CLEANING INC.
1047 DUXBERRY DR.
RAVENNA, OH 44266

Claim Number: 1679
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,122.50 | Scheduled: | $13,122.50 | Allowed: | $13,122.50 |

GARDNER TRUCKING, INC
PO BOX 747
CHINO, CA 91708-0747

Claim Number: 855
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $233,181.52 | Scheduled: | $415,805.32 UNLIQ | Allowed: | $233,181.52 |

GARDNER, CAROLYN
P.O. BOX 333
HODGE, LA 71247

Claim Number: 10336
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |

GARTEN SERVICES, INC.
PO BOX 7310
SALEM, OR 97303-0088

Claim Number: 3551
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,742.85 | Scheduled: | $4,742.35 | | |
|---|---|---|---|---|---|---|

GARY RAILWAY COMPANY - F/K/A
ELGIN, JOLIET & EASTERN RAILWAY COMPANY
1200 PENN AVENUE
SUITE 300
PITTSBURGH, PA 15222

Claim Number: 9998
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7588 (05/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,929.63 | Scheduled: | $5,235.38 UNLIQ | Allowed: | $15,929.63 |
|---|---|---|---|---|---|---|

GARZA, FAUSTO
1105 BELLVUE
GREEN BAY, WI 54302

Claim Number: 7559
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,000.00 | Scheduled: | $0.00 UNLIQ | | |
|---|---|---|---|---|---|---|

GASBURG LAND AND TIMBER CO INC
6894 CHRISTANNA HWY
GASBURG, VA 23857

Claim Number: 8133
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $70,415.41 | | | | |
|---|---|---|---|---|---|---|

GASBURG LAND AND TIMBER CO INC
6894 CHRISTIANA HWY
GASBURG, VA 23857

Claim Number: 9207-01
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $70,415.41 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $145,819.32 | | |

| | | | | |
|---|---|---|---|---|
| GASBURG LAND AND TIMBER CO INC<br>6894 CHRISTIANA HWY<br>GASBURG, VA 23857 | | Claim Number: 9207-02<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,988.50 | | |
| GASKETS PACKINGS AND SEALS ENTERPRI<br>PO BOX 509<br>PARKERSBURG, WV 26102 | | Claim Number: 6747-01<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $551.60 | | |
| UNSECURED | | | Scheduled: | $5,240.79 |
| GASKETS PACKINGS AND SEALS ENTERPRI<br>PO BOX 509<br>PARKERSBURG, WV 26102 | | Claim Number: 6747-02<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,689.19 | | |
| GATEWAY ENGINEERING INC<br>PO BOX 874<br>SIOUX CITY, IA 51102 | | Claim Number: 4802<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,204.00 | Scheduled: | $6,963.56 |
| GATEWAY ROLLOFF SERVICE<br>2230 DESTINY WAY<br>ODESSA, FL 33556 | | Claim Number: 4827<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $199.50 | Scheduled: | $199.00 |

---

GATEWAY TRAILER REPAIR, INC.
#20 KARYDAN CT.
SAINT CHARLES, MO 63301

Claim Number: 1764
Claim Date: 03/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $529.41 | Scheduled: | $529.41 |
|---|---|---|---|---|

GATEWAY WAREHOUSE
1147 WEDEKING AVE
EVANSVILLE, IN 47711

Claim Number: 3813
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,768.80 | Scheduled: | $2,452.00 |
|---|---|---|---|---|

GATEWAY WAREHOUSE OF GEORGIA INC
10009 OFFICE CENTER AVE SUITE 200
SAINT LOUIS, MO 63128

Claim Number: 5807
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLE DUPLICATE OF 8600
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $2,473.50 | | |
|---|---|---|---|---|

GATHAN BURNS, INC
D/B/A CHEROKEE TIMBER COMPANY
1545 CO RD 31
PIEDMONT, AL 36272

Claim Number: 13395-01
Claim Date: 10/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $40,899.42 | Scheduled: | $81,798.84  UNLIQ |
|---|---|---|---|---|

GATHAN BURNS, INC
D/B/A CHEROKEE TIMBER COMPANY
1545 CO RD 31
PIEDMONT, AL 36272

Claim Number: 13395-02
Claim Date: 10/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2813 (11/18/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $40,899.42 | | Allowed: | $40,899.42 |
|---|---|---|---|---|---|

---

GATX CORPORATION
ATTN: CATHY SPATHIS
222 W. ADAMS STREET
CHICAGO, IL 60606-5314

Claim Number: 7257
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $54,333.58 | Scheduled: | $67,470.00 | Allowed: | $54,333.58 |

GATX CORPORATION
ATTN: CATHY SPATHIS
222 W. ADAMS STREET
CHICAGO, IL 60606-5314

Claim Number: 7259
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $13,133.66 |

GAULDEN, ROBERT L.
523 BROOKS CHAPEL RD.
QUITMAN, LA 71268

Claim Number: 10167
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

GCI
ATTN: BONNIE J. PASKVAN, CORP COUNSEL
2550 DENALIT STREET, SUITE 1000
ANCHORAGE, AK 99503

Claim Number: 7689
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,396.56 | Scheduled: | $1,722.80 |

GDS OF ASHEVILLE
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11324
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,446.17   UNLIQ | Scheduled: | $4,014.11 |

| | | | | | | |
|---|---|---|---|---|---|---|
| GE BETZ INC<br>4636 SOMERTON RD<br>TREVOSE, PA 19053 | | Claim Number: 9081<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,508.90 | Scheduled: | $648.62 | | |
| GE BETZ INC<br>4636 SOMERTON RD<br>TREVOSE, PA 19053 | | Claim Number: 9227-01<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $5,082.76 | Scheduled: | $33,008.04 | | |
| GE CAPITAL RAILCAR SERVICES<br>PO BOX 74699<br>CHICAGO, IL 60675-4699 | | Claim Number: 10647<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8464 (09/01/2010) | | | | |
| UNSECURED | Claimed: | $75,812.95 | Scheduled: | $91,020.93 | Allowed: | $65,000.00 |
| GE ENERGY<br>C/O GLENN M. REISMAN, ESQ.<br>2 CORPORATE DRIVE, SUITE 234<br>SHELTON, CT 06484 | | Claim Number: 9372<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $8,541.50 | Scheduled: | $239,727.03 | | |
| GE WATER & PROCESS TECHNOLOGIES<br>4636 SOMERTON ROAD<br>TREVOSE, PA 19053 | | Claim Number: 9080<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8408 (08/18/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,333.19 | | | | |

| GEIGER PUMP & EQUIPMENT CO<br>8924 YELLOW BRICK RD<br>NW 7668<br>BALTIMORE, MD 21237 | Claim Number: 5832<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $382.00 | Scheduled: | $730.00 |

| GEIL ENTERPRISES, INC<br>CIS SECURITY<br>660 W. LOCUST AVE, SUITE 102<br>FRESNO, CA 93650 | Claim Number: 3308-01<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $32,630.34 | Scheduled: | $32,630.34 |

| GENERAL CHEMICAL PERFORMANCE PRODUCTS,<br>LLC - ATTN: WILLIAM E. REDMOND<br>90 EAST HASLEY ROAD<br>PARSIPPANY, NJ 07054 | Claim Number: 3152<br>Claim Date: 05/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7555 (05/10/2010) | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $431,023.74 | Scheduled: | $196,120.68 | Allowed: | $406,220.81 |

| GENERAL ELECTRIC CANADA<br>C/O LAW OFFICES OF GLENN M. REISMAN<br>2 CORPORATE DRIVE, SUITE 234<br>SHELTON, CT 06484 | Claim Number: 10043<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $7,853.75 |

| GENERAL ELECTRIC CAPITAL CORP.<br>GE COMMERICAL FINANCE<br>299 PARK AVENUE 3RD FLOOR<br>ATTN: DONALD CAVANAGH<br>NEW YORK, NY 10171-0002 | Claim Number: 11390<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8996 (03/22/2011) | |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

GENERAL ELECTRIC CAPITAL CORPORATION
10 RIVERVIEW DRIVE
ATTN: WILLIAM V. WILSON
DANBURY, CT 06810

Claim Number: 11391
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $51,327.77 | | | | Allowed: | $51,327.77 |
|---|---|---|---|---|---|---|---|

GENERAL ELEVATOR SALES & SERVICE, INC.
10801 SATELLITE BLVD
ORLANDO, FL 32837

Claim Number: 201
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $50,733.65 | Scheduled: | $32,884.73 |
|---|---|---|---|---|

GENERAL LOGISTICS INC
PO BOX 8013
DAVENPORT, IA 52809

Claim Number: 11060
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $246,674.22 | Scheduled: | $246,674.22 | | Allowed: | $246,674.22 |
|---|---|---|---|---|---|---|---|

GENERAL PACKAGING SPECIALTIES
PO BOX 3244
TUPELO, MS 38803

Claim Number: 42
Claim Date: 02/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $62,085.98 | Scheduled: | $62,750.43 |
|---|---|---|---|---|

GENERAL PAINTING OF PENNSYLVANIA, INC.
757 GULPH ROAD
WAYNE, PA 19087-1036

Claim Number: 1635
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,555.00 | Scheduled: | $8,555.00 |
|---|---|---|---|---|

GENERAL PETROLEUM
19501 S. SANTA FE AVE
RANCHO DOMINGUEZ, CA 90221

Claim Number: 5520
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,837.45 | Scheduled: | $15,796.78 | Allowed: | $14,837.45 |

GENUINE PARTS COMPANY
PO BOX 102194
ATLANTA, GA 30368-2194

Claim Number: 5408
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,723.24 | Scheduled: | $4,067.91 |

GEORGE A CLANTON CONSTRUCTION CO
2621 LEAH CIRCLE
COLUMBIA, TN 38401

Claim Number: 4787
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,963.00 | Scheduled: | $6,963.00 |

GEORGE P COYLE & SONS INC
PO BOX 2267
JACKSONVILLE, FL 32203

Claim Number: 4903
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,874.00 | Scheduled: | $8,874.00 |

GEORGE P FRUEH COMPANY INC, THE
PO BOX 640
ZANESVILLE, OH 43702-0640

Claim Number: 7000
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,305.00 | Scheduled: | $18,305.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| GEORGETOWN PAPERSTOCK OF ROCKVILLE<br>14820 SOUTHLAWN LANE<br>ROCKVILLE, MD 20850 | | Claim Number: 10645-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,153.50 | Scheduled: | $5,391.80 | | |
| GEORGETOWN PAPERSTOCK OF ROCKVILLE<br>14820 SOUTHLAWN LANE<br>ROCKVILLE, MD 20850 | | Claim Number: 10645-02<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2205 (10/09/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $1,022.75 | | | Allowed: | $1,022.75 |
| GEORGIA NATURAL GAS<br>PO BOX 105445<br>ATLANTA, GA 30348 | | Claim Number: 6108<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,395.95 | Scheduled: | $3,090.78 | | |
| GEORGIA SELF-INSURERS GUARANTY TRUST<br>FUND<br>880 WEST PEACHTREE STREET NW<br>ATLANTA, GA 30309 | | Claim Number: 11176<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $0.00   UNLIQ | | |
| GEORGIA SUBSEQUENT INJURY TRUST FUND<br>PO BOX 100111<br>ATLANTA, GA 30384 | | Claim Number: 12242<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | | | |
| UNSECURED | Claimed: | $0.00 | | | | |

GEORGIA VALVE & FITTING CO., INC.
220 CURIE DRIVE
ALPHARETTA, GA 30005

Claim Number: 11674-02
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,659.57 | Scheduled: | $9,277.52 |
|---|---|---|---|---|

GEORGIA-PACIFIC BREWTON, LLC
C/O DONALD J. HUTCHINSON
MILLER, CANFIELD, PADDOCK AND STONE, PLC
150 W. JEFFERSON AVE., STE. 2500
DETROIT, MI 48226

Claim Number: 11124
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $161,847,597.64 |
|---|---|---|

GEORGIA-PACIFIC BREWTON, LLC
C/O DONALD J. HUTCHINSON
MILLER, CANFIELD, PADDOCK AND STONE, PLC
150 W. JEFFERSON AVE., STE. 2500
DETROIT, MI 48226

Claim Number: 11125-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $47,437.75 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $6,958.70 |

GEORGIA-PACIFIC BREWTON, LLC
C/O DONALD J. HUTCHINSON
MILLER, CANFIELD, PADDOCK AND STONE, PLC
150 W. JEFFERSON AVE., STE. 2500
DETROIT, MI 48226

Claim Number: 11125-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,334,551.17 | Scheduled: | $49,421.02 | Allowed: | $4,334,551.17 |
|---|---|---|---|---|---|---|

GEORGIA-PACIFIC BREWTON, LLC
C/O DONALD J. HUTCHINSON
MILLER, CANFIELD, PADDOCK AND STONE, PLC
150 W. JEFFERSON AVE., STE. 2500
DETROIT, MI 48226

Claim Number: 11127
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $153,715.68 | Scheduled: | $90,687.40 | Allowed: | $153,715.68 |
|---|---|---|---|---|---|---|

---

GEORGIA-PACIFIC BREWTON, LLC
C/O DONALD J. HUTCHINSON
MILLER, CANFIELD, PADDOCK AND STONE, PLC
150 W. JEFFERSON AVE., STE. 2500
DETROIT, MI 48226

Claim Number: 12251
Claim Date: 09/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $161,847,597.64 | | |

---

GEORGIA-PACIFIC BREWTON, LLC
C/O DONALD J. HUTCHINSON
MILLER, CANFIELD, PADDOCK AND STONE, PLC
150 W. JEFFERSON AVE., STE. 2500
DETROIT, MI 48226

Claim Number: 12560
Claim Date: 09/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8884 (01/10/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $174,490,243.85 | Scheduled: | $125,231.01 | Allowed: | $38,000,000.00 |

---

GEORGIA-PACIFIC CORRUGATED I LLC
ATTN: J.N. POULOS,SR. LITIGATION COUNSEL
GEORGIA-PACIFIC LLC - LAW DEPARTMENT
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-5605

Claim Number: 10071
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $1,000,000.00 | | | |
| UNSECURED | | | Scheduled: | $28,344.00 | |

---

GEORGIA-PACIFIC CORRUGATED, LLC
C/O DONALD J. HUTCHINSON
MILLER, CANFIELD, PADDOCK AND STONE, PLC
150 W. JEFFERSON AVE., STE. 2500
DETROIT, MI 48226

Claim Number: 11126-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $407,432.85 | Scheduled: | $53,038.58 | Allowed: | $407,432.85 |

---

GEORGIA-PACIFIC CORRUGATED, LLC
C/O DONALD J. HUTCHINSON
MILLER, CANFIELD, PADDOCK AND STONE, PLC
150 W. JEFFERSON AVE., STE. 2500
DETROIT, MI 48226

Claim Number: 11126-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,854.93 | | | Allowed: | $3,854.93 |
| UNSECURED | | | Scheduled: | $114,192.97 | | |

---

---

| GEOTEK ENGINEERING & TESTING SERVICES<br>909 E. 50TH ST. NORTH<br>SIOUX FALLS, SD 57104 | Claim Number: 3929<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $559.02 | Scheduled: | $494.50 | |

---

| GERDAU AMERISTEEL US INC<br>4278 SOLUTIONS CENTER<br>CHICAGO, IL 60677-4002 | Claim Number: 5474<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $174.28 | Scheduled: | $174.28 | |

---

| GERSTENBERG SCHRODER NA INC<br>2236 G BLUEMOUND ROAD<br>WAUKESHA, WI 53186 | Claim Number: 4955<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $398.60 | |

---

| GEXA ENERGY, LP BY GEXA ENERGY GP, LLC<br>20 GREENWAY PLAZA<br>SUITE 600<br>HOUSTON, TX 77046 | Claim Number: 13611<br>Claim Date: 11/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7845 (06/02/2010) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,180,322.44 | | Allowed: | $1,180,322.44 |

---

| GIANT RESOURCE RECOVERY - ATTALLA, INC.<br>320-D MIDLAND PARKWAY<br>SUMMERVILLE, SC 29485 | Claim Number: 1850<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $542.74 | Scheduled: | $542.74 | |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| GIBSON COUNTY TRUSTEE COURTHOUSE<br>GIBSON COUNTY COURTHOUSE<br>TRENTON, TN 38382 | | Claim Number: 6901<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | | |
| PRIORITY | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $21,688.00 | Scheduled: | $21,694.00 | | |
| GIBSON INDUSTRIAL, INC.<br>2804 WALMSLEY BLVD<br>P.O. BOX 34548<br>RICHMOND, VA 23234 | | Claim Number: 362<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $61,007.00 | Scheduled: | $61,007.00 | Allowed: | $61,007.00 |
| GIBSON, CORRIE<br>7276 COUNTY ROAD 27<br>CASTLEBERRY, AL 36432 | | Claim Number: 12097<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |
| GIDDENS SECURITY CORPORATION<br>528 SOUTH EDGEWOOD AVE., STE 1<br>JACKSONVILLE, FL 32205-5375 | | Claim Number: 1170<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $13,844.07 | Scheduled: | $14,261.47 | | |
| GILBERT, JESSE CHARLES<br>PO BOX 352<br>JONESBORO, LA 71251 | | Claim Number: 10168<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| GILCO INC<br>535 ROCHESTER RD<br>PITTSBURGH, PA 15237 | | Claim Number: 4062<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | | | |
| UNSECURED | Claimed: | $4,677.08 | | | | | |
| GILCO INC<br>535 ROCHESTER RD<br>PITTSBURGH, PA 15237 | | Claim Number: 8217<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $4,677.08 | Scheduled: | $4,677.08 | | | |
| GILES CHEMICAL<br>PO BOX 100946<br>ATLANTA, GA 30384-0946 | | Claim Number: 4855<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $41,279.33 | Scheduled: | $41,279.33 | Allowed: | $41,279.33 | |
| GILL, TERRENCE, NAMED PLAINTIFF IN<br>ERICKSON, ROY D., ET AL.<br>C/O TOM L. LEWIS: LEWIS, SLOVAK &<br>KOVACICH, PC, P.O. BOX 2325<br>GREAT FALLS, MT 59403 | | Claim Number: 6650<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8093 (06/21/2010) | | | | | |
| UNSECURED | Claimed: | $1,000,000.00 | | | | | |
| GINN, ALAN AND LAURIE<br>MATTHEW P. WARD<br>WOMBLE CARLYLE SANDRIDGE & RICE, LLP<br>222 DELAWARE AVENUE, SUITE 1501<br>WILMINGTON, DE 19801 | | Claim Number: 14216<br>Claim Date: 07/20/2012<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | | |
| UNSECURED | Claimed: | $2,500,000.00 | | | Allowed: | $2,500,000.00 | |

| GIW INDUSTRIES, INC.<br>ATTN: CREDIT MANAGER<br>5000 WRIGHTSBORO RD<br>GROVETOWN, GA 30813-2842 | Claim Number: 654<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $416.28 | Scheduled: | $416.28 |
|---|---|---|---|---|

| GKM AUTO PARTS INC<br>123 SOUTH SECOND STREET<br>COSHOCTON, OH 43812 | Claim Number: 11230<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $4,769.89 | Scheduled: | $4,356.97 |
|---|---|---|---|---|

| GLACIER PACKAGING INC<br>PO BOX 2334<br>TACOMA, WA 98401 | Claim Number: 5679<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $11,960.80 | Scheduled: | $11,960.80 |
|---|---|---|---|---|

| GLASS, DEWAYNE<br>551 OLD FOSHEE RD.<br>BREWTON, AL 36426 | Claim Number: 11370<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| GLENN SALYER PLUMBING INC<br>2990 MINNESOTA AVENUE<br>LYNN HAVEN, FL 32444 | Claim Number: 3682<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $158.40 | Scheduled: | $158.40 |
|---|---|---|---|---|

---

GLENN T WARREN & CO INC
PO BOX 309
BLOUNTSTOWN, FL 32424

Claim Number: 14104
Claim Date: 08/13/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8558 (09/17/2010)

| UNSECURED | Claimed: | $11,336.09 | | | Allowed: | $8,000.00 |
|-----------|----------|------------|--|--|----------|-----------|

GLENNCO CONSTRUCTION COMPANY, INC.
P.O. BOX 58
LYNN HAVEN, FL 32444

Claim Number: 1201
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $96,179.04 | Scheduled: | $97,456.64 | Allowed: | $96,179.04 |
|-----------|----------|------------|------------|------------|----------|-----------|

GLENNS RADIATOR SERVICE INC
1652 MONMOUTH BLVD
GALESBURG, IL 61401

Claim Number: 3709
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $120.00 | Scheduled: | $120.00 | | |
|-----------|----------|---------|------------|---------|--|--|

GLIDDEN COMPANY, THE DBA ICI PAINTS
15885 W. SPRAGUE RD. HQW RM#A105
STRONGSVILLE, OH 44136-1772

Claim Number: 2364
Claim Date: 04/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,337.44 | Scheduled: | $9,294.55 | | |
|-----------|----------|-----------|------------|-----------|--|--|

GLIDDEN COMPANY, THE DBA ICI PAINTS
15885 W. SPRAGUE RD. HQW RM#A105
STRONGSVILLE, OH 44136-1772

Claim Number: 2366
Claim Date: 04/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $90.30 | | | | |
|-----------|----------|--------|--|--|--|--|

| | | | | |
|---|---|---|---|---|
| GLIDDEN COMPANY, THE DBA ICI PAINTS<br>15885 W. SPRAGUE RD. HQW RM#A105<br>STRONGSVILLE, OH 44136-1772 | | Claim Number: 2396<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,871.11 | | |
| GLOBAL PTM, INC.<br>5100 WESTHEIMER RD STE 200<br>HOUSTON, TX 77056-5597 | | Claim Number: 881<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $51,395.55 | Scheduled: | $25,950.05 |
| GLOBAL SAFETY NETWORK, INC.<br>2650 32ND AVE S STE K<br>GRAND FORKS, ND 58201 | | Claim Number: 689<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $605.71 | Scheduled: | $588.00 |
| GMA SAFE<br>20 CARLSON COURT<br>TORONTO, ON M9W 7K6<br>CANADA | | Claim Number: 7418<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $495.00 | Scheduled: | $7,370.00 |
| GMF FLEXO PREPRESS INC<br>6447 NORTHAM DRIVE<br>MISSISSAUGA, ON L4V 1J2<br>CANADA | | Claim Number: 8279<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $67,074.80 | Scheduled: | $66,994.00 |

GNN INVESTOR LLC
ATTN: J.N. POULOS,SR. LITIGATION COUNSEL
GEORGIA-PACIFIC LLC - LAW DEPARTMENT
133 PEACHTREE STREET, N.E.
ATLANTA, GA 30303-5605

Claim Number: 10072
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $1,000,000.00 | | |

GODWIN PUMPS OF AMERICA INC
PO BOX 191
BRIDGEPORT, NJ 08014

Claim Number: 4074
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,900.00 | Scheduled: | $2,900.00 |

GOING GREEN LLC
324 WELLHOUSE LOOP
RICHLAND, WA 99352

Claim Number: 1012
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $957.60 | Scheduled: | $957.00 |

GOLD STAR TRANSPORTATION
9424 REEDS ROAD
P.O.BOX 11350
OVERLAND PARK, KS 66207

Claim Number: 7026
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,390.30 | Scheduled: | $17,564.00 |

GOLDEN STATE OVERNIGHT INC
PO BOX 2508
ALAMEDA, CA 94501

Claim Number: 6532
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $218.08 | Scheduled: | $218.08 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | | | |
|---|---|---|---|---|---|---|
| GOLDEN, RICHARD J<br>231 SHERWOOD FOREST DR<br>DELRAY BEACH, FL 33445-3870 | | Claim Number: 11634<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $208,984.00 | Scheduled: | $164,428.84 | Allowed: | $208,984.00 |
| GOLDEN, RICHARD J<br>231 SHERWOOD FOREST DR<br>DELRAY BEACH, FL 33445-3870 | | Claim Number: 11635<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $139,255.00 | Scheduled: | $109,221.69 | Allowed: | $139,255.00 |
| GOLDEN, RICHARD J<br>231 SHERWOOD FOREST DR<br>DELRAY BEACH, FL 33445-3870 | | Claim Number: 11636<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9033 (04/25/2011) | | | | |
| UNSECURED | Claimed: | $885,147.00 | | | Allowed: | $776,642.00 |
| GOLDER ASSOCIATES INC<br>PO BOX 934544<br>ATLANTA, GA 31193-4544 | | Claim Number: 7899<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $14,994.05 | Scheduled: | $14,994.05 | | |
| GOLDMAN AND COMPANY<br>1701 E 14TH STREET<br>LITTLE ROCK, AR 72202 | | Claim Number: 5026<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $247.54 | Scheduled: | $270.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| GOLDSTEIN-SCHWATZ<br>2500 SCHUETZ ROAD<br>MARYLAND HEIGHTS, MO 63043 | | Claim Number: 11638<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $522.28 | Scheduled: | $522.28 | |
| GOLPER SUPPLY CO<br>1810 W EDGEWOOD DR<br>APPLETON, WI 54915 | | Claim Number: 6768<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,023.50 | Scheduled: | $2,023.00 | |
| GONZALEZ PALLETS INC.<br>1261 YARD CT<br>SAN JOSE, CA 95133 | | Claim Number: 459<br>Claim Date: 02/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $74,173.00 | Scheduled: | $74,399.60 | |
| GONZALEZ, ANTONIO<br>C/O JAMES E. SORENSON, ESQ.<br>WILLIAMS, GAUTIER, GWYNN, DELOACH, &<br>SORENSON P.A. PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10688<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $82,476.26 | | | |
| GONZALEZ, MIKE<br>14201 LEM TURNER RD<br>JACKSONVILLE, FL 32218 | | Claim Number: 11462<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $28,000.00 | | Allowed: | $28,000.00 |

GONZALEZ, MIKE
14201 LEM TURNER RD
JACKSONVILLE, FL 32218

Claim Number: 11463
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED

| PRIORITY | Claimed: | $500,000.00 | | | | | |

GOOD HOPE INC
PO BOX 614
NATCHEZ, MS 39121

Claim Number: 6969
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $31,484.56 | Scheduled: | $62,969.12 UNLIQ | | | |

GOODIN COMPANY
PO BOX 9326
MINNEAPOLIS, MN 55440

Claim Number: 3790
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,169.82 | Scheduled: | $10,398.61 | | | |

GOODMAN LUMBER CO INC
PO BOX 112
WILSONS, VA 23894

Claim Number: 7044
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,706.30 | Scheduled: | $23,412.61 UNLIQ | Allowed: | $11,706.30 |

GOODMAN MAINTENANCE SERVICE INTL
PO BOX 882
WALNUT, CA 91788-0882

Claim Number: 7753
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,156.00 | Scheduled: | $7,156.00 | | | |

| GORDON BROS IRON & METAL CO<br>1340 W 43RD ST<br>CHICAGO, IL 60609-3308 | Claim Number: 3623<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,673.91 | Scheduled: | $1,455.49 |

| GORDON F COOPER<br>PO BOX 211<br>MONTROSE, AL 36559-0211 | Claim Number: 4064<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,000.00 | Scheduled: | $1,675.00 |

| GORDON TRUCKING, INC.<br>151 STEWART RD SW<br>PACIFIC, WA 98047 | Claim Number: 3049<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $19,250.62 | Scheduled: | $15,526.78 |

| GORDON, BOBBY<br>PO BOX 1141<br>HARTSVILLE, SC 29551 | Claim Number: 2635<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $13,124.25 | Scheduled: | $13,590.24 |

| GORDON, MELISSA D<br>3006 ASHLEY ROAD<br>MONTGOMERY, AL 36108 | Claim Number: 7524<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,999.99 | | |

GORDON, MICHAEL D
801 GREENWAY TERR
KANSAS CITY, MO 64113

Claim Number: 3890
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,392.20 | Scheduled: | $3,392.20 | | |
|---|---|---|---|---|---|---|

GOSS, CLARENCE LEON
321 ED PEEVY RD.
JONESBORO, LA 71251

Claim Number: 10169
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
|---|---|---|---|---|---|---|

GOULDS PUMPS PA, INC
C/O FRANK W. DICASTRI
FOLEY & LARDNER LLP
777 E. WISCONSIN AVENUE
MILWAUKEE, WI 53202

Claim Number: 9865
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7706 (05/21/2010)

| UNSECURED | Claimed: | $8,248.32 | Scheduled: | $8,911.00 | Allowed: | $8,248.32 |
|---|---|---|---|---|---|---|

GOULDS PUMPS, INC.
C/O FRANK W. DICASTRI
FOLEY & LARDNER LLP
777 E. WISCONSIN AVENUE
MILWAUKEE, WI 53202

Claim Number: 9870
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7706 (05/21/2010)

| UNSECURED | Claimed: | $179,463.69 | Scheduled: | $26,641.27 | Allowed: | $179,463.69 |
|---|---|---|---|---|---|---|

GOULDS PUMPS, INC.
C/O FRANK W. DICASTRI
FOLEY & LARDNER LLP
777 E. WISCONSIN AVENUE
MILWAUKEE, WI 53202

Claim Number: 9872
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7706 (05/21/2010)

| UNSECURED | Claimed: | $2,149.77 | Scheduled: | $191,070.71 | Allowed: | $2,149.77 |
|---|---|---|---|---|---|---|

GOULDS PUMPS, INC. & ITT FLYGT-PEWAUKEE
FOLEY & LARDNER LLP
FRANK W. DICASTRI
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

Claim Number: 2078-01
Claim Date: 04/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7706 (05/21/2010)

| ADMINISTRATIVE | Claimed: | $42,523.58 | | | Allowed: | $42,523.58 |

GOULDS PUMPS, INC. & ITT FLYGT-PEWAUKEE
FOLEY & LARDNER LLP
FRANK W. DICASTRI
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

Claim Number: 2078-02
Claim Date: 04/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7706 (05/21/2010)

| UNSECURED | Claimed: | $454.29 | Scheduled: | $71.81 | Allowed: | $454.29 |

GOURMET COFFEE SERVICE INC
PO BOX 16727
IRVINE, CA 92623-6727

Claim Number: 13629
Claim Date: 11/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $1,038.17 | | | | |

GOURMET TO GO
ATTN CHRISTINE WITT
25 PROGRESS PARKWAY
MARYLAND HEIGHTS, MO 63043

Claim Number: 3481
Claim Date: 06/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8407 (08/18/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $197.99 | | | | |
| UNSECURED | Claimed: | $487.87 | | | | |

GOWEN TIMBER COMPANY
PO BOX 336
FOLKSTON, GA 31537

Claim Number: 4633
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $29,244.24 | Scheduled: | $58,488.49 UNLIQ | | |

GRABUSKY, JERRY J
124 LAUREL ROAD
BOYERTOWN, PA 19512

Claim Number: 7764
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |

GRAHAM ROOFING, INC.
769 WEST TIBBEE ROAD
WEST POINT, MS 39773

Claim Number: 2478
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,699.60 | Scheduled: | $5,699.60 |

GRAND PRAIRIE DISPOSAL
PO BOX 9001854
LOUISVILLE, KY 40290

Claim Number: 5901
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $630.85 | Scheduled: | $845.43 |

GRAND WAREHOUSE & DISTRIBUTION CORP.
4350 WEST OHIO STREET
CHICAGO, IL 60624

Claim Number: 3449
Claim Date: 06/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,907.99 | Scheduled: | $43,594.05  UNLIQ |

GRANITE GROUP WHOLESALERS LLC, THE
6 STORRS STREET
CONCORD, NH 03301

Claim Number: 1549
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,034.87 | Scheduled: | $2,995.58 |

---

GRANZOW INC
2300 CROWN POINT EXECUTIVE DR
CHARLOTTE, NC 28227

Claim Number: 4143
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $419.14 | Scheduled: | $419.14 |
|---|---|---|---|---|

GRAPHIC COMMUNICATIONS UNION
3922 VOLUNTEER DR
CHATTANOOGA, TN 37416-3901

Claim Number: 10925
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

GRAVER TECHNOLOGIES
200 LAKE DRIVE
GLASGOW, DE 19702

Claim Number: 1602
Claim Date: 03/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $4,601.27 |
|---|---|---|

GRAVER TECHNOLOGIES
PO BOX 91494
CHICAGO, IL 60693

Claim Number: 6268
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,601.27 | Scheduled: | $4,601.27 |
|---|---|---|---|---|

GRAVER WATER SYSTEMS, LLC
675 CENTRAL AVE #3
NEW PROVIDENCE, NJ 07974-1560

Claim Number: 783
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,728.81 | Scheduled: | $2,728.81 |
|---|---|---|---|---|

| | | |
|---|---|---|
| GRAY, EDWARD<br>4205 1/2 LEFFINGWELL<br>HOUSTON, TX 77026 | | Claim Number: 6533<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 9115 (08/24/2011) |
| UNSECURED | Claimed: | $26,000.00   UNLIQ |
| GRAY, ELTON L<br>170 BROOKS LOOP<br>CASTOR, LA 71016 | | Claim Number: 10170<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| GRAY, MARGARET ALMA<br>102 HOLLY DR.<br>JONESBORO, LA 71251 | | Claim Number: 10171<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| GRAY, MICHAEL LYNN<br>103 CEDAR ST.<br>JONESBORO, LA 71251 | | Claim Number: 10172<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| GRAY, RICKEY L.<br>114 GOVERNMENT ST.<br>JONESBORO, LA 71251 | | Claim Number: 10173<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $0.00   UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION | Case 09-10235-BLS | Doc 9663 | Filed 07/16/18 | Page 1003 of 2463 | Date: 07/03/2018

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

GRAY, THOMAS HUGH
C/O KOSKIE MINSKY LLP
BARRISTERS & SOLICITORS
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 13008
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $127,619.08 | Scheduled: | $111,056.67 | Allowed: | $122,819.00 |

GRAYLING INDUSTRIES INC
1008 BRANCH DRIVE
ALPHARETTA, GA 30004

Claim Number: 4830
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,771.20 | Scheduled: | $9,542.40 |

GREAT ASSEMBLY
17 HAVEN AVENUE
ABINGDON, MD 21009

Claim Number: 7047
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,668.17 | Scheduled: | $1,650.00 |

GREAT LAKES CONCRETE PRODUCTS, LLC
PATRICIA GILLEN, ESQ.
DUKE HOLZMAN PHOTIADIS & GRESENS LLP
350 MAIN STREET, 1800 MAIN PLACE TOWER
BUFFALO, NY 14202

Claim Number: 11179
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $888.30 |

GREAT LAKES RECYCLING SERVICES, INC.
6081 TULIP LANE
GRANT PARK, IL 60940

Claim Number: 3334
Claim Date: 06/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,826.92 | Scheduled: | $32,870.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| GREAT SOUTH TIMBER AND LUMBER INC<br>PO BOX 2249<br>LAKE CITY, FL 32056-2249 | | Claim Number: 6073<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $87,474.67 | Scheduled: | $174,949.35 UNLIQ | Allowed: | $87,474.67 |
| GREATAMERICA LEASING CORPORATION<br>PO BOX 609<br>CEDAR RAPIDS, IA 52406 | | Claim Number: 285<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8407 (08/18/2010) | | | | |
| UNSECURED | Claimed: | $4,775.44 | Scheduled: | $1,955.30 | | |
| GREEN HUNT WEDLAKE INC., TRUSTEE<br>ATTN: PETER WEDLAKE, FCIRP<br>SUITE 315, TOWER 1<br>7001 MUMFORD ROAD<br>HALIFAX, NS B3L 4N9<br>CANADA | | Claim Number: 14062<br>Claim Date: 07/13/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8886 (01/10/2011) | | | | |
| UNSECURED | Claimed: | $222,647,120.00  UNLIQ | | | | |
| GREEN ISLAND RECYCLING LTD<br>SYDPORT INDUSTRIAL PARK<br>EDWARDSVILLE, NS B2A 4V2<br>CANADA | | Claim Number: 10637<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $14,767.93 | Scheduled: | $14,767.93 | | |
| GREEN LOGGING LLC<br>3311 SR 56<br>TRACY CITY, TN 37387 | | Claim Number: 6033<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $14,328.63 | Scheduled: | $14,328.63 | | |

GREEN RUBBER
PO BOX 7488
SPRECKLES, CA 93962

Claim Number: 13107
Claim Date: 10/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,868.24 | | |
| UNSECURED | Claimed: | $20,663.11 | Scheduled: | $24,531.35 |

GREEN RUBBER INDUSTRIAL
PO BOX 7488
SPRECKLES, CA 93962

Claim Number: 5286-01
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $20,707.80 |

GREEN, BRIAN K
1209 HAZEL DR
ALTON, IL 62002

Claim Number: 8065
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $75,000.00 |

GREEN, HUEY
PO BOX 13
QUITMAN, LA 71268

Claim Number: 10174
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

GREENLEAF COMPACTION
4001 N 3RD ST STE 480
PHOENIX, AZ 85012

Claim Number: 4943
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,330.29 | Scheduled: | $17,005.72 |

---

GREENSTAR NA
MID AMERICA RECYCLING, A GREENSTAR CO.
2742 E. MARKET STREET
DES MOINES, IA 50317

Claim Number: 4893
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $55,238.01 | Scheduled: | $14,068.00 |
|---|---|---|---|---|

---

GREENVILLE TRANSFORMER CO
PO BOX 845
GREENVILLE, TX 75401

Claim Number: 4611
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7516 (05/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,371.00 | Scheduled: | $9,658.80 |
|---|---|---|---|---|

---

GREENWOOD, LYNN K
1803 SHEPHERD CT APT 341
WAUKESHA, WI 53186-1455

Claim Number: 11155
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,500.00   UNLIQ |
|---|---|---|

---

GREGG, HAROLD
4650 HIGHLAND DR.
APT. 304
SALT LAKE CITY, UT 84117

Claim Number: 1474
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $58,611.00 | Scheduled: | $58,611.00 |
|---|---|---|---|---|

---

GREGORY, ROGER HAROLD
4571 GLADWAY RD
JONESBORO, LA 71251

Claim Number: 10415
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| GREIF PACKAGING LLC, SUCCESSOR<br>C/O JESSE COOK-DUBIN, ESQ.<br>VORYS, SATER, SEYMOUR & PEASE LLP<br>52 EAST GAY ST., P.O. BOX 1008<br>COLUMBUS, OH 43216-1008 | Claim Number: 13950<br>Claim Date: 04/05/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $69,432.90 | | | | |
| UNSECURED | Claimed: | $220,066.75 | Scheduled: | $7,234.64 | Allowed: | $220,066.75 |

| GRESHAM SANITARY SERVICES INC<br>PO BOX 1560<br>GRESHAM, OR 97030 | Claim Number: 3786<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $538.85 | Scheduled: | $1,003.83 |

| GRESHAM SR, JAMES L<br>809 W WASHINGTON STREET<br>HIGHLAND SPRINGS, VA 23075 | Claim Number: 9545<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

| GRID INDUSTRIAL HEATING INC<br>PO BOX 950<br>SALEM, OH 44460 | Claim Number: 5869<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,912.78 | Scheduled: | $6,912.78 |

| GRIDLEY, BETTY J.& MICHAEL S.<br>(EDWIN D. GRIDLEY, DEC) C/O LINDA GEORGE<br>LAUDIG GEORGE RUTHERFORD & SIPES<br>151 NORTH STREET, SUITE 1700<br>INDIANAPOLIS, IN 46204 | Claim Number: 11446<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | |

GRIGGS, ROBERT S.
1188 LOUVERA LN.
JONESBORO, LA 71251

Claim Number: 10175
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

GRIZZLY FENCE
7186 INTERSTATE PLACE
MISSOULA, MT 59808

Claim Number: 246
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $720.00 | Scheduled: | $945.00 |
|---|---|---|---|---|

GROSS, ALPHONSO
1361 WALTER GROSS LN
CASTLEBERRY, AL 36432

Claim Number: 9284
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $0.00 UNDET | | |
|---|---|---|---|---|

GROWER SHIPPER ASSOC FOUNDATION
512 PAJARO STREET
SALINAS, CA 93901

Claim Number: 8162
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $700.00 UNLIQ | | |
|---|---|---|---|---|

GROWER SHIPPER ASSOC FOUNDATION
512 PAJARO STREET
SALINAS, CA 93901

Claim Number: 8688
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $700.00 UNLIQ | Scheduled: | $700.00 |
|---|---|---|---|---|

GROWER SHIPPER ASSOCIATION
PO BOX 828
SALINAS, CA 93902

Claim Number: 8689
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $550.00   UNLIQ | Scheduled: | $550.00 |
|---|---|---|---|---|

GROWING GREEN INC
3954 WEST PINE BLVD
SAINT LOUIS, MO 63108

Claim Number: 5181
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $201.00 | Scheduled: | $819.32 |
|---|---|---|---|---|

GS ROOFING PRODUCTS, INC.
ATTN: JOHN PETTIBONE, ESQ.
750 E. SWEDESFORD ROAD
VALLEY FORGE, PA 19482

Claim Number: 11627
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8985 (03/16/2011)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

GTS-WELCO
5275 TILGHMAN STREET
ALLENTOWN, PA 18104

Claim Number: 9058
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $42,030.31 | Scheduled: | $27,304.41 |
|---|---|---|---|---|

GUARANTEE OIL COMPANY
1501 STUBEN STREET
SIOUX CITY, IA 51105-2612

Claim Number: 6544
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,492.01 | Scheduled: | $732.25 |
|---|---|---|---|---|

---

GUERNSEY OFFICE PRODUCTS, INC.- ASSIGNOR
C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE
& ATTORNEY-IN-FACT
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 9176
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,563.03 | Scheduled: | $5,699.47 |
|---|---|---|---|---|

GUILLOTINE INC
587 VIRGINIA AVE NE SUITE ONE
ATLANTA, GA 30306

Claim Number: 10678
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,984.25 | Scheduled: | $2,984.25 |
|---|---|---|---|---|

GUINTHER WELDING, INC.
2815 29TH ST.
SIOUX CITY, IA 51105

Claim Number: 255
Claim Date: 02/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8492 (09/07/2010)

| UNSECURED | Claimed: | $215,587.21 | Scheduled: | $17,017.53 | Allowed: | $150,000.00 |
|---|---|---|---|---|---|---|

GUISTO, ANDREW
245 MACAULEY AVE
WATERBURY, CT 06705-1541

Claim Number: 3921
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $1.00 |
|---|---|---|

GULF COAST AERIAL MAPPING CO INC
4242 HARDING BLVD
BATON ROUGE, LA 70807

Claim Number: 4842
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,850.00 | Scheduled: | $7,700.00 |
|---|---|---|---|---|

---

GULF COAST AERIAL MAPPING CO INC
4242 HARDING BLVD
BATON ROUGE, LA 70807

Claim Number: 4843
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,600.00 | | | | | |
|-----------|----------|-----------|---|---|---|---|---|

GULF COAST ELECTRIC COOP
PO BOX 220
WEWAHITCHKA, FL 32465-0220

Claim Number: 10513
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $117.99 | Scheduled: | $116.66 | | | |
|-----------|----------|---------|------------|---------|---|---|---|

GULF COAST MARINE SUPPLY CO
PO BOX 2088
MOBILE, AL 36652

Claim Number: 4033
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $98,600.40 | Scheduled: | $97,507.14 | Allowed: | $98,600.40 |
|-----------|----------|------------|------------|------------|----------|------------|

GULLY TRANSPORTATION
3820 WISMANN LANE
QUINCY, IL 62305

Claim Number: 884
Claim Date: 02/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $119,391.96 | Scheduled: | $128,102.52 | Allowed: | $119,391.96 |
|-----------|----------|-------------|------------|-------------|----------|-------------|

GUNTHER SALT COMPANY
101 BUCHANAN STREET
SAINT LOUIS, MO 63147

Claim Number: 1364
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $419.77 | Scheduled: | $404.73 | | | |
|-----------|----------|---------|------------|---------|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| GUSTAFSON, EDWARD<br>ATTN: JAMES SORENSON, ESQ<br>WILLIAMS GAUTIER GWYNN DELOACH &SORENSON<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10658<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | |
| UNSECURED | Claimed: | $10,578.60 | | | | |
| GUTTMAN OIL COMPANY<br>200 SPEERS STREET<br>BELLE VERNON, PA 15012 | | Claim Number: 13069<br>Claim Date: 09/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $13,962.69 | | | Allowed: | $13,962.69 |
| GUY M. TURNER, INC.<br>C/O ANDREW S. LASINE, ESQ.<br>PO BOX 2608<br>HIGH POINT, NC 27261 | | Claim Number: 3309<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $54,649.65 | Scheduled: | $20,124.65 | Allowed: | $54,649.65 |
| GUYOTTE, KENNETH A.<br>2462 HWY 4<br>JONESBORO, LA 71251 | | Claim Number: 10176<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| GWINNETT COUNTY TAX COMMISSIONER<br>PO BOX 372<br>LAWRENCEVILLE, GA 30046-0372 | | Claim Number: 9682<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | | | |
| PRIORITY | Claimed: | $729.13 | | | | |

---

GZA GEOENVIRONMENTAL INC.
ONE EDGEWAY DRIVE
NORWOOD, MA 02062

Claim Number: 3555
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $260.00 | Scheduled: | $260.00 |

H & E EQUIPMENT SERVICES, INC
11100 MEAD RD SUITE 200
BATON ROUGE, LA 70816

Claim Number: 916
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,207.20 | Scheduled: | $3,063.62 |

H B TUTEN JR LOGGING INC
3870 US HWY 19 SOUTH
PERRY, FL 32348

Claim Number: 5846
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,044.09 | Scheduled: | $10,088.19  UNLIQ |

H BAR N, INC
PO BOX 1020
FRENCHTOWN, MT 59834

Claim Number: 2967
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,324.24 | Scheduled: | $22,841.06 |

H D CHASEN COMPANY INC
PO BOX 170
SOMERVILLE, MA 02143

Claim Number: 4180
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,751.21 | Scheduled: | $403.79 |

---

H&H CONSTRUCTION & STORM SERVICE INC
3015 CATO ROAD
FLORENCE, SC 29505

Claim Number: 9457
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,444.84 | Scheduled: | $24,889.67 UNLIQ | Allowed: | $12,444.84 |

H&H EXPRESS INC
PO BOX 622
SAINT MARIES, ID 83861

Claim Number: 3826
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $52.00 | Scheduled: | $28.00 |
| TOTAL | Claimed: | $77.50 | | |

H.D. CHASEN COMPANY, INC.
PO BOX 170 - 40 LAKE STREET
SOMERVILLE, MA 02143

Claim Number: 11731
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $442.81 |

H.J. WALKER OIL CO INC
P.O. BOX 268
SOUTH PITTSBURG, TN 37380

Claim Number: 3091
Claim Date: 05/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $72,311.74 | Scheduled: | $121,233.61 | Allowed: | $72,311.74 |

H.O. WOLDING, INC.
P.O. BOX 217
AMHERST, WI 54406

Claim Number: 374
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $641.53 | Scheduled: | $2,531.00 |

---

H2O2U  INC
PO BOX 10031
AUGUSTA, GA 30903-2631

Claim Number: 6946
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $179.36 | Scheduled: | $179.36 |
|---|---|---|---|---|

HACH COMPANY
PO BOX 389
LOVELAND, CO 80538

Claim Number: 11734
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $19,097.50 | Scheduled: | $18,377.88 |
|---|---|---|---|---|

HACKER, RONALD J.
405 OLD STONE CT
MANSFIELD, OH 44904-1705

Claim Number: 12442
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: N/A (05/30/2017)
THE ALLOWED AMOUNT FOR THIS CLAIM WILL BE A COMBINATION OF CASH,

| UNSECURED | Claimed: | $81,000.00 | | | Allowed: | $10,000.00 |
|---|---|---|---|---|---|---|

HAGGLUNDS DRIVES INC
2275 INTERNATIONAL ST
COLUMBUS, OH 43228

Claim Number: 10909
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $35,856.00 | Scheduled: | $35,856.00 |
|---|---|---|---|---|

HAHN PRINTING, INC.
752 N ADAMS ROAD
PO BOX 1869
EAGLE RIVER, WI 54521

Claim Number: 3354
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $591.70   UNLIQ | Scheduled: | $591.70 |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: GEO M MARTIN COMPANY<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | | Claim Number: 8145<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $261,538.14 | Scheduled: | $515,959.82  UNLIQ | Allowed: | $261,538.14 |

| | | | | | |
|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: TEMBEC<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 9852-01<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $29,138.25 | | Allowed: | $29,138.25 |

| | | | | |
|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LLC<br>TRANSFEROR: CAVERT WIRE COMPANY, INC<br>301 ROUTE 17, 7TH FLOOR<br>ATTN: GANNA LIBERCHUK<br>RUTHERFORD, NJ 07070 | | Claim Number: 12172<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $128,955.34 | Scheduled: | $128,936.08 |

| | | | | | |
|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: FURMANITE AMERICA, INC.<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, FLOOR 7<br>RUTHERFORD, NJ 07070 | | Claim Number: 1054<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8788 (11/23/2010) | | | |
| SECURED | Claimed: | $406,502.46 | | Allowed: | $389,449.54 |
| UNSECURED | | | Scheduled: | $383,698.34 | |

| | | | | |
|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: AMERISOUTH RECYCLING AND CON<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 2060<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $136,096.34 | Scheduled: | $127,412.88 |

---

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: BRENNTAG PACIFIC, INC.
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 2140-01
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $35.00 | | | | |
|---|---|---|---|---|---|---|

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: UDC CORPORATION
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 2566
Claim Date: 04/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $104,243.37 | Scheduled: | $104,243.37 | Allowed: | $104,243.37 |
|---|---|---|---|---|---|---|

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: ARC-RITE INDUSTRIAL CONTRACT
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 2746
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $132,188.00 | Scheduled: | $132,188.00 | | |
|---|---|---|---|---|---|---|

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: CITY OF WINONA, TEXAS
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 2918
Claim Date: 05/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,631.81 | Scheduled: | $33,141.22 | | |
|---|---|---|---|---|---|---|

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: JIM'S TANK SERVICE, LLC
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 3378
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $33,970.10 | Scheduled: | $33,970.10 | Allowed: | $33,970.10 |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: BONETTI CANADA INC<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 5604<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $107,451.94 | Scheduled: | $107,451.94 | Allowed: | | $107,451.94 |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: FORTY TWO CONTRACTING, INC.<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 7928<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | | |
| SECURED | Claimed: | $134,302.50 | | | | | |
| UNSECURED | Claimed: | $1,925.00 | Scheduled: | $136,227.50 | | | |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: BRENNTAG SOUTHEAST, INC.<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 8002<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $5,834.40 | | | | | |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: VIRGINIA WASTE SERVICES INC<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 8064<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $146,690.07 | Scheduled: | $131,377.73 | | | |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: CDL PROPERTIES, LLC<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 9301<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3259 (12/17/2009)<br>THIS CLAIM IS PAID | | | | | |
| ADMINISTRATIVE | Claimed: | $62,130.48 | | | Allowed: | | $62,130.48 |

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: BRENNTAG PACIFIC, INC.
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 9523
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,556.76 | Scheduled: | $32,052.81 | Allowed: | $15,556.76 |

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: SOUTHERN FASTENERS AND SUPPL
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 10010-01
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $186,310.30 | Scheduled: | $205,774.90 | Allowed: | $186,310.30 |

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: TENCARVA MACHINERY COMPANY
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 10853-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $105,770.70 | Scheduled: | $113,932.69 | Allowed: | $105,770.70 |

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: MARION WOOD PRODUCTS, INC.
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 13475-01
Claim Date: 10/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $32,486.60 |

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: MARION WOOD PRODUCTS, INC.
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 13475-02
Claim Date: 10/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2813 (11/18/2009)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $32,486.59 | | Allowed: | $32,486.59 |

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: MID-AMERICA DEVELOPMENT COMP
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 13483
Claim Date: 10/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $609,941.10 | | Allowed: | $609,941.10 |
|---|---|---|---|---|---|

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: THRIVENT FINANCIAL FOR LUTHE
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 13534
Claim Date: 10/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8151 (06/25/2010)

| UNSECURED | Claimed: | $644,188.00 | | Allowed: | $615,000.00 |
|---|---|---|---|---|---|

HAIN CAPITAL HOLDINGS, LTD
TRANSFEROR: CITY OF WINONA, TEXAS
ATTN: GANNA LIBERCHUK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 13828
Claim Date: 02/16/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $7,631.81 |
|---|---|---|

HAIN CAPITAL HOLDINGS, LTD.
AS ASSIGNEE FOR DIAMONDBACK SERVICES
301 ROUTE 17 - 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 9334
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $139,842.82 |
|---|---|---|

HAINCO, LLC
TRANSFEROR: VANTAGELINKS, LLC
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 18
Claim Date: 01/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $147,520.00 | Scheduled: | $116,416.00 | Allowed: | $147,520.00 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| HAINCO, LLC<br>TRANSFEROR: ACRUX STAFFING/HIRE QUEST<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 71<br>Claim Date: 02/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $35,799.77 | Scheduled: | $50,121.91 | Allowed: | $35,799.77 |
| HAINCO, LLC<br>TRANSFEROR: MICHELMAN, INC.<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 6TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 2056-01<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5732 (03/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $156,375.98 | Scheduled: | $246,952.20 | | |
| HAINCO, LLC<br>TRANSFEROR: RINGWOOD CO. INC<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 2425<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $158,900.42 | Scheduled: | $161,109.87 | Allowed: | $158,900.42 |
| HAINCO, LLC<br>TRANSFEROR: COLOR RESOLUTIONS INTERNATIO<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 2784-01<br>Claim Date: 05/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,932.01 | Scheduled: | $6,932.01 | | |
| HAINCO, LLC<br>TRANSFEROR: SUFFOLK SALES AND SERVICE CO<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 3356<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $198,121.87 | Scheduled: | $201,843.90 | Allowed: | $198,121.87 |

---

HAINCO, LLC
TRANSFEROR: U.S. SECURITY ASSOCIATES, IN
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 3419
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $75,924.96 | Scheduled: | $78,189.60 | Allowed: | $75,924.96 |
|---|---|---|---|---|---|---|

HAINCO, LLC
TRANSFEROR: WHERTEC INC
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 5596
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $68,380.80 | Scheduled: | $68,380.80 | | |
|---|---|---|---|---|---|---|

HAINCO, LLC
TRANSFEROR: TEMBEC
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 6TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 5717
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $41,581.79 | Scheduled: | $41,581.79 | | |
|---|---|---|---|---|---|---|

HAINCO, LLC
TRANSFEROR: WILLIS CONSTRUCTION CO INC
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 6111
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $203,533.23 | Scheduled: | $190,663.36 | Allowed: | $203,533.23 |
|---|---|---|---|---|---|---|

HAINCO, LLC
TRANSFEROR: INDUSTRIAL PALLET, LLC
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 6TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 6179
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $189,803.00 | Scheduled: | $218,663.80 | Allowed: | $189,803.00 |
|---|---|---|---|---|---|---|

---

HAINCO, LLC
TRANSFEROR: JORDAN OIL RECOVERY
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 6258
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $296,582.40 | | |
|---|---|---|---|---|---|---|

HAINCO, LLC
TRANSFEROR: SPACE SCIENCE SERVICES, INC.
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 6271
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $324,788.78 | Scheduled: | $328,497.98 | Allowed: | $324,788.78 |
|---|---|---|---|---|---|---|

HAINCO, LLC
TRANSFEROR: COPAR CORP
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 6TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 6394-03
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $116,365.44 | Scheduled: | $155,391.87 | Allowed: | $116,365.44 |
|---|---|---|---|---|---|---|

HAINCO, LLC
TRANSFEROR: THE CLINE CO.
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 6749-04
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $109,104.38 | Scheduled: | $131,185.92 | Allowed: | $109,104.38 |
|---|---|---|---|---|---|---|

HAINCO, LLC
TRANSFEROR: YALMER MATTILA INC
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 6TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 7152
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $265,370.46 | Scheduled: | $265,370.46 | Allowed: | $265,370.46 |
|---|---|---|---|---|---|---|

HAINCO, LLC
TRANSFEROR: REINTJES SERVICES INC
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 7164
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $292,320.19 | Scheduled: | $292,377.69 | Allowed: | $292,320.19 |

HAINCO, LLC
TRANSFEROR: FIL MOR EXPRESS INC
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 7TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 7201
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $102,236.00 | Scheduled: | $102,236.00 | Allowed: | $102,236.00 |

HAINCO, LLC
TRANSFEROR: WILMINGTON PAPER CORP
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 6TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 9645
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $192,596.72 | Scheduled: | $188,340.33 | Allowed: | $192,596.72 |

HAINCO, LLC
TRANSFEROR: TEMBEC
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 6TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 9852-02
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2813 (11/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $12,443.54 | | | Allowed: | $12,443.54 |

HAINCO, LLC
TRANSFEROR: CONTAINER GRAPHICS CORPORATI
ATTN: GANNA LIBERCHUCK
301 ROUTE 17, 6TH FLOOR
RUTHERFORD, NJ 07070

Claim Number: 10108-01
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,066,270.83 | Scheduled: | $3,677.49 | Allowed: | $1,066,270.83 |

---

HAINES AND HAINES LLC
PO BOX 501
NAPPANEE, IN 46550

Claim Number: 7326
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| UNSECURED | Claimed: | $33,489.00 | Scheduled: | $33,489.00 | | |
|---|---|---|---|---|---|---|

HAINES MEMORIALS LTD
DBA SNOW CHASERS
1640 ST RT 46 N
JEFFERSON, OH 44047

Claim Number: 3255
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,970.83 | Scheduled: | $5,824.22 | | |
|---|---|---|---|---|---|---|

HAJOCA CORPORATION
PO BOX 7777 W9470
PHILADELPHIA, PA 19175-0001

Claim Number: 9620
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $807.17 | Scheduled: | $807.17 | | |
|---|---|---|---|---|---|---|

HALBROOK, EDDIE, SR.
395 CAPLES RD.
WEST MONROE, LA 71292

Claim Number: 10177
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ | | | Allowed: | $9,000.00 |
|---|---|---|---|---|---|---|

HALL SEPTIC TANK SERVICE
3634 US HWY 231
PANAMA CITY, FL 32404-9231

Claim Number: 6289
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $14,596.71 | Scheduled: | $14,082.31 | | |
|---|---|---|---|---|---|---|

HALL SHEET METAL WORKS INC
11 RIVER STREET - SUITE #1
MIDDLETON, MA 01949

Claim Number: 3634
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,554.00 | Scheduled: | $5,554.00 |
| --- | --- | --- | --- | --- |

HALL, EDWARD W
305 HIGHWAY 1235
DODSON, LA 71422

Claim Number: 5300
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $25,000.00 |
| --- | --- | --- |

HALL, EDWARD WAYNE
305 HWY 1235
DODSON, LA 71422

Claim Number: 10178
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

HALL, MICHAEL WAYNE
624 S MAIN
HOMER, LA 71040

Claim Number: 10179
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

HALL, TRAVIS N.
5515 QUITMAN HWY.
QUITMAN, LA 71268

Claim Number: 10180
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HALLBROOK, EDDIE<br>ETHAN A. HUNT<br>1800 HUDSON LANE, SUITE 300<br>MONROE, LA 71201 | | Claim Number: 1562<br>Claim Date: 03/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | | | | |
| PRIORITY | Claimed: | $10,950.00 | | | | | |
| UNSECURED | Claimed: | $43,619.00 | | | | | |
| HALLMARK<br>P.O. BOX 419535<br>KANSAS CITY, MO 64179-0358 | | Claim Number: 6692<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $11,583.94 | Scheduled: | $21,142.94 | Allowed: | $11,583.94 |
| HAMILTON COUNTY TRUSTEE<br>625 GEORGIA AVENUE, ROOM 210<br>CHATTANOOGA, TN 37402-1494 | | Claim Number: 1453<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | | | |
| SECURED | Claimed: | $26,539.00   UNLIQ | | | | | |
| HAMILTON COUNTY TRUSTEE<br>625 GEORGIA AVENUE, ROOM 210<br>CHATTANOOGA, TN 37402-1494 | | Claim Number: 1454<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 7333 (04/29/2010) | | | | | |
| SECURED | Claimed: | $26,539.00   UNLIQ | | | | | |
| HAMILTON COUNTY TRUSTEE<br>625 GEORGIA AVENUE, ROOM 210<br>CHATTANOOGA, TN 37402-1494 | | Claim Number: 13650<br>Claim Date: 12/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 5527 (03/02/2010) | | | | | |
| SECURED | Claimed: | $30,342.00   UNLIQ | | | | | |

HAMMOND METAL FABRICATORS INC
424 SHELTON ROAD
WEST COLUMBIA, SC 29170

Claim Number: 3619
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,912.20 | Scheduled: | $6,912.20 | |

HAMON RESEARCH COTTRELL INC
PO BOX 822773
PHILADELPHIA, PA 19182-2773

Claim Number: 3946
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,885.01 | Scheduled: | $6,885.01 | |

HAMPSON, GARRETT
C/O JOHN R. RIDDELL
MARSHALL, DENNEHEY, WARNER, COLEMAN
620 FREEDOM BUSINESS CTR, STE 300
KING OF PRUSSIA, PA 19406

Claim Number: 9828
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | Scheduled: | $0.00 | UNLIQ |

HAMWORTHY PEABODY COMBUSTION INC
PO BOX 1213 DEPT 925
NEWARK, NJ 07101-1213

Claim Number: 6136
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $827.58 | Scheduled: | $1,049.08 | |

HAN'S MEDIA, LLC
PO BOX 1503
SAINT CHARLES, MO 63302-1503

Claim Number: 827
Claim Date: 02/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $371.25 | Scheduled: | $371.25 | |

HANDELL, MORIN A.
3407 S OCEAN BLVD
HIGHLAND BEACH, FL 33487

Claim Number: 5840
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,458.52 | Scheduled: | $10,458.52 |
|---|---|---|---|---|

HANES SUPPLY INC
55 JAMES E CASEY DR
BUFFALO, NY 14206

Claim Number: 5432
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $281.88 | Scheduled: | $281.88 |
|---|---|---|---|---|

HANNAH TRUCK REPAIR LTD
23220 CR 621
COSHOCTON, OH 43812

Claim Number: 3860
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,428.54 | Scheduled: | $1,428.54 |
|---|---|---|---|---|

HANSON TRUCKING INC
PO BOX 218
COLUMBIA FALLS, MT 59912

Claim Number: 12124
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,002.48 | Scheduled: | $26,052.45  UNLIQ |
|---|---|---|---|---|

HARBIN SERVICES, INC.
PO BOX 687
ATHENS, TN 37371

Claim Number: 1720
Claim Date: 03/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,950.00 | Scheduled: | $5,335.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| HARBIN SERVICES, INC.<br>PO BOX 687<br>ATHENS, TN 37371 | | Claim Number: 1721<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $1,512.50 |
| HARBIN SERVICES, INC.<br>PO BOX 687<br>ATHENS, TN 37371 | | Claim Number: 1722<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $1,842.50 |
| HARJU, ERNIE<br>1269 COUNTY ROAD FN<br>CHAMPION, MI 49814 | | Claim Number: 6622<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $3,350.00     Scheduled:     $3,350.00 |
| HARJU, ERNIE<br>1269 COUNTY ROAD FN<br>CHAMPION, MI 49814 | | Claim Number: 6636<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $3,350.00 |
| HARKNESS, L. C.<br>2532 DOOLITTLE ST<br>ATTN: DEBRA HARKNESS | | Claim Number: 12346<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HARKNESS, LC<br>2532 DOOLITTLE ST<br>CHATTANOOGA, TN 37406 | | Claim Number: 8410<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| HARLAN CONSTRUCTION CO., INC.<br>P.O. BOX 1605<br>HOPEWELL, VA 23860 | | Claim Number: 3445<br>Claim Date: 06/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,377.00 | Scheduled: | $1,377.00 | | | |
| HARNER PLUMBING CORP.<br>2480 BARTLETT RD<br>MANTUA, OH 44255 | | Claim Number: 3440<br>Claim Date: 06/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $551.80 | Scheduled: | $40,936.26 | | | |
| HARNER PLUMBING INC.<br>2480 BARTLETT ROAD<br>MANTUA, OH 44255 | | Claim Number: 3321<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $167.90 | | | | | |
| HARNUM INDUSTRIES, LTD.<br>PO BOX 339<br>METHUEN, MA 01844 | | Claim Number: 3113<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $14,500.00 | Scheduled: | $29,944.96 | Allowed: | $14,500.00 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | |
|---|---|---|---|---|
| HARNUM INDUSTRIES, LTD.<br>PO BOX 339<br>METHUEN, MA 01844 | | Claim Number: 14002<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,900.26 | | |
| HARNUM INDUSTRIES, LTD.<br>PO BOX 339<br>METHUEN, MA 01844 | | Claim Number: 14003<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,600.00 | | |
| HARNUM INDUSTRIES, LTD.<br>PO BOX 339<br>METHUEN, MA 01844 | | Claim Number: 14004<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,441.34 | | |
| HARNUM INDUSTRIES, LTD.<br>PO BOX 339<br>METHUEN, MA 01844 | | Claim Number: 14005<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,503.36 | | |
| HAROLD BECK & SONS INC<br>2300 TERRY DRIVE<br>NEWTOWN, PA 18940 | | Claim Number: 3741<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,404.05 | Scheduled: | $1,404.05 |

| | | | | |
|---|---|---|---|---|
| HAROLD LEMAY ENTERPRISES<br>DBA: LEMAY TRANSPORTATION SERVICES<br>3869 94TH ST SW<br>LAKEWOOD, WA 98499 | | Claim Number: 27<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,576.17 | Scheduled: | $2,697.00 |
| HAROLD M. PITNAM COMPANY<br>721 UNION BOULEVARD<br>TOTOWA, NJ 07512-0990 | | Claim Number: 4952<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $10,704.64 | Scheduled: | $7,799.96 |
| HARPER, AUSBON SAMUEL<br>PO BOX 106<br>JONESBORO, LA 71251 | | Claim Number: 10181<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| HARRELL, CHARLES<br>624 NORTH POLK<br>JONESBORO, LA 71251 | | Claim Number: 10416<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| HARRELL, LARRY<br>PO BOX 1646<br>HODGE, LA 71247 | | Claim Number: 10182<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| HARRELL, MICHAEL ANTHONY<br>117 DARK ST<br>JONESBORO, LA 71251 | | Claim Number: 10417<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |
| HARRINGTON PLASTICS<br>10151 BUNSEN WAY<br>LOUISVILLE, KY 40299 | | Claim Number: 11438-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $9,570.30 | Scheduled: | $21,222.14 | | |
| HARRINGTON, MICHAEL<br>500 ALOHA ST. #401<br>SEATTLE, WA 98109-3990 | | Claim Number: 10030<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Claim satisifed | | | | |
| SECURED<br>UNSECURED | Claimed: | $245,601.37 | Scheduled: | $0.00 UNLIQ | | |
| HARRINGTON, MICHAEL F<br>500 ALOHA ST.<br>SEATTLE, WA 98109 | | Claim Number: 9974<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9033 (04/25/2011) | | | | |
| UNSECURED | Claimed: | $1,047,733.72 | | | Allowed: | $892,870.00 |
| HARRIS ACE HARDWARE LLP<br>PO BOX 467<br>JANESVILLE, WI 53547-0467 | | Claim Number: 3499<br>Claim Date: 06/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $211.94 | | | | |

---

HARRIS DICK CONTAINER SALES
801 WOODSWETHER ROAD
KANSAS CITY, MO 64105

Claim Number: 9854
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,489.51 | Scheduled: | $14,489.51 | Allowed: | $14,489.51 |

HARRIS GROUP INC.
200 WEST THOMAS, SUITE 200
SEATTLE, WA 98119-4215

Claim Number: 1168
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,209.00 | Scheduled: | $11,209.00 | Allowed: | $11,209.00 |

HARRIS MECHANICAL SERVICES, INC.
P.O. BOX 28271
RICHMOND, VA 23228

Claim Number: 11270
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,959.81 | Scheduled: | $6,892.31 |

HARRIS RANCH BEEF
16277 S MCCALL AVENUE
SELMA, CA 93662

Claim Number: 4347-01
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,342.62 | Scheduled: | $1,959.00 |

HARRIS RANCH BEEF
16277 S MCCALL AVENUE
SELMA, CA 93662

Claim Number: 4347-02
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1866 (09/04/2009)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $462.54 | | Allowed: | $462.54 |

---

HARRIS WASTE MANAGEMENT GROUP
PO BOX 60977
CHARLOTTE, NC 28262

Claim Number: 4793
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $16,706.20 | Scheduled: | $42,969.10 | Allowed: | $16,706.20 |
|---|---|---|---|---|---|---|

HARRISON, JAMES
PO BOX 24
QUITMAN, LA 71268

Claim Number: 10183
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
|---|---|---|---|---|---|---|

HARRY COOPER SUPPLY
605 N. SHERMAN PARKWAY
SPRINGFIELD, MO 65802-3656

Claim Number: 3498
Claim Date: 06/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $15,922.06 | | | | |
|---|---|---|---|---|---|---|

HARRY COOPER SUPPLY
605 N SHERMAN PARKWAY
SPRINGFIELD, MO 65802

Claim Number: 7389
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7651 (05/18/2010)

| SECURED | Claimed: | $15,922.06 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $15,438.69 | | |

HART TRANSPORTATION, INC.
PO BOX 6219
JACKSONVILLE, FL 32236

Claim Number: 1651
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $40,043.85 | Scheduled: | $64,152.80 UNLIQ | | |
|---|---|---|---|---|---|---|

---

| HART, JESSIE JEAN<br>706 MOROCCO ST.<br>JONESBORO, LA 71251 | Claim Number: 10184<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| HARTFORD FINANCIAL SERVICES GROUP, INC.,<br>C/O WILMER CUTLER PICKERING HALE & DORR<br>ATTN: NANCY MANZER<br>1875 PENNSYLVANIA AVE, N.W.<br>WASHINGTON, DC 20006 | Claim Number: 11395<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8996 (03/22/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| HARTZHEIM, EDWARD & JILL<br>TROY D. SISUM, ESQUIRE -<br>NELSON LEVINE DE LUCA & HORST, LLC<br>518 TOWNSHIP LINE ROAD, SUITE 300<br>BLUE BELL, PA 19422 | Claim Number: 7669<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

| HARTZO, JAMES E.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | Claim Number: 11829<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

| HARVEY, CHARLES EDWARD<br>322 3RD STREET<br>JONESBORO, LA 71251 | Claim Number: 10185<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| HARVEY, CHARLES RAY<br>PO BOX 757<br>HODGE, LA 71247 | | Claim Number: 10186<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |
| HARVEY, LYWANDA<br>322 THIRD STREET<br>JONESBORO, LA 71251 | | Claim Number: 10187<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| HARVEY, TERRY MICHAEL<br>391 BEAR KNOLL DRIVE<br>QUITMAN, LA 71268 | | Claim Number: 10188<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| HARVEY, TRAVIS LAVELLE<br>708 ROME RD<br>JONESBORO, LA 71251 | | Claim Number: 10418<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| HASKEW COMPANY, INC.<br>ATTN: RICHARD C. HASKEW<br>13913-200 DUVAL ROAD<br>JACKSONVILLE, FL 32218 | | Claim Number: 7655<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) |
| SECURED | Claimed: | $80,691.75 |

| | | | | |
|---|---|---|---|---|
| HASSAN COMPLETE JANITORIAL<br>13687 QUITO ROAD<br>SARATOGA, CA 95070 | | Claim Number: 5349<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $16,298.00 | | |
| PRIORITY | Claimed: | $2,770.66 | | |
| SECURED | Claimed: | $2,770.66 | | |
| UNSECURED | Claimed: | $16,298.00 | | |
| TOTAL | Claimed: | $16,298.00 | | |
| HASSEN, LARRY D.<br>P.O. BOX 709<br>WINNFIELD, LA 71483 | | Claim Number: 10419<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| HAWKINS, CHARLES<br>HAWKINS LOGGING<br>P.O. BOX 203<br>FLAT ROCK, AL 35966 | | Claim Number: 121<br>Claim Date: 02/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,669.01 | | |
| HAYES PUMP, INC.<br>66 OLD POWDER MILL RD.<br>CONCORD, MA 01742 | | Claim Number: 3169<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,248.25 | Scheduled: | $5,924.03 |
| HAYES, MICHAEL<br>DBA HAYES ENTERPRISE, INC<br>878 S MORRISON<br>BONNER, MT 59823-9511 | | Claim Number: 5473<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $4,219.60  UNLIQ |

---

HAYNES BUILDING SERVICE LLC
PO BOX 511263
LOS ANGELES, CA 90051-7818

Claim Number: 6316
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,164.27 | Scheduled: | $4,164.27 | | |

---

HAZ-MAT TRANSPORTATION & DISPOSAL
PO BOX 37392
CHARLOTTE, NC 28237

Claim Number: 6259
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $3,392.50 | |

---

HCH INC.
PO BOX 4861
MONROE, LA 71211-4861

Claim Number: 5271
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,785.62 |

---

HCH INC.
P.O. BOX 4861
MONROE, LA 71211-4861

Claim Number: 5272
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,455.02 |

---

HCH, INC
PO BOX 4861
MONROE, LA 71211-4861

Claim Number: 465
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18,907.14 | Scheduled: | $18,907.14 | Allowed: | $18,907.14 |

HCS TRANSPORTATION
3333 CHERRY AVE
LONG BEACH, CA 90807

Claim Number: 2215
Claim Date: 04/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,876.15 | Scheduled: | $2,413.80 | | |
|---|---|---|---|---|---|---|

HD SUPPLY
C/O RMS BANKRUPTCY RECOVERY SERVICE
P.O. BOX 5126
TIMONIUM, MD 21094

Claim Number: 9464
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $18,561.15 | Scheduled: | $14,667.84 | | |
|---|---|---|---|---|---|---|

HD SUPPLY WATERWORKS LTD
PO BOX 7498
3209 BREARD STREET
MONROE, LA 71201

Claim Number: 4748
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,603.73 | Scheduled: | $1,603.73 | | |
|---|---|---|---|---|---|---|

HEALTH CONSERVATION, INC
415 FINANCIAL COURT
ROCKFORD, IL 61107

Claim Number: 3569-01
Claim Date: 06/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $51,148.99 | Scheduled: | $38,784.26 | Allowed: | $51,148.99 |
|---|---|---|---|---|---|---|

HEALTH RESOURCES CORP
600 W CUMMINGS PARK
WOBURN, MA 01801-6350

Claim Number: 7492
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,626.68 | Scheduled: | $3,364.51 | | |
|---|---|---|---|---|---|---|

HEARTLAND EXPRESS SERVICES INC
AMY SPICHER
901 N. KANSAS AVE
NORTH LIBERTY, IA 52317

Claim Number: 97
Claim Date: 02/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $108,404.57 | Scheduled: | $97,601.74 | Allowed: | $108,404.57 |
|---|---|---|---|---|---|---|

HEAVENLY HAM
480-1 WILEY PARKER RD
JACKSON, TN 38305

Claim Number: 3730
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,447.81 | Scheduled: | $6,447.81 | | |
|---|---|---|---|---|---|---|

HEAVY MACHINES INC
PO DRAWER 18986
MEMPHIS, TN 38181-0986

Claim Number: 1089
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,216.27 | Scheduled: | $20,331.43 | | |
|---|---|---|---|---|---|---|

HEI TEK AUTOMATION
21602 N 2ND AVE  STE 4
PHOENIX, AZ 85027

Claim Number: 5753
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $201.54 | Scheduled: | $201.54 | | |
|---|---|---|---|---|---|---|

HEIL AVENUE PROPERTIES
1686 FRANKLIN PIKE
LEWISBURG, TN 37091

Claim Number: 4560
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $37,753.11 | Scheduled: | $37,753.11 | Allowed: | $37,753.11 |
|---|---|---|---|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

HELEN OF TROY L.P.
ATTN: JEANETTE BADILLO
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912

Claim Number: 547
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,324.15 | | | | |

---

HELEN OF TROY, LP
ATTN: JEANETTE BADILLO
ONE HELEN OF TROY PLAZA
EL PASO, TX 79912

Claim Number: 5577
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,059.86 | Scheduled: | $11,617.19 | | |

---

HELMSMAN MANAGEMENT SERVICES, LLC
C/O MICHAEL J. JOHNSON, CPCU
175 BERKELEY STREET
BOSTON, MA 02117

Claim Number: 7763
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $66,672.50 | Scheduled: | $66,672.50 | Allowed: | $66,672.50 |

---

HELTON LAWN SERVICE, INC.
8825 QUAIL ROOST CT.
JACKSONVILLE, FL 32220

Claim Number: 1160
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,485.00 | | | | |

---

HELTON LAWN SERVICE, INC.
8825 QUAIL ROOST CT.
JACKSONVILLE, FL 32220

Claim Number: 4908
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,485.00 | Scheduled: | $1,485.00 | | |

---

---

HENDRICKS, HOWARD
C/O JAMES E. SORENSON, ESQ.
WILLIAMS, GAUTIER, GWYNN, DELOACH, &
SORENSON P.A., PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10666
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $20,664.59 |
| --- | --- | --- |

HENKEL CORPORATION
ORDER TO CASH COMPETENCY CENTER
1001 TROUT BROOK CROSSING
ROCKY HILL, CT 06067

Claim Number: 1133-01
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,635.68 |
| --- | --- | --- |

HENKEL CORPORATION
ATTN: B. HYLTON/S.MILLER
1001 TROUT BROOK CROSSING
ROCKY HILL, CT 06067

Claim Number: 9232
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8658 (10/18/2010)

| UNSECURED | Claimed: | $726,535.57 | | Allowed: | $670,017.50 |
| --- | --- | --- | --- | --- | --- |

HENLEY DO IT BEST HARDWARE
PO BOX 708
WEST POINT, VA 23181-0708

Claim Number: 7864
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,068.37 | Scheduled: | $726.94 |
| --- | --- | --- | --- | --- |

HENLINE ADHESIVE EQUIPMENT CO, INC
DBA HAECO
6504 SNIDER RD.
LOVELAND, OH 45140

Claim Number: 2026
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,074.23 | Scheduled: | $6,074.23 |
| --- | --- | --- | --- | --- |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HENNEPIN COUNTY TREASURER<br>300 S 6TH STREET<br>MINNEAPOLIS, MN 55487 | | Claim Number: 5912<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8661 (10/18/2010) | | | | | |
| SECURED | Claimed: | $257,994.56   UNLIQ | | | | | |
| HENRICKS, BERNARD G<br>443 GRANDVIEW<br>LANARK, IL 61046 | | Claim Number: 9718<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $318,407.00 | Scheduled: | $318,407.00 | Allowed: | $318,407.00 | |
| HENRICO COUNTY, VA<br>RHYSA GRIFFITH SOUTH, ASSISTANT COUNTY<br>ATTORNEY<br>P.O. BOX 90775<br>HENRICO, VA 23273-0775 | | Claim Number: 13744<br>Claim Date: 01/12/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5042 (02/16/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $10,059.05 | Scheduled: | $7,173.45 | Allowed: | $10,059.05 | |
| HENRY, MAGGIE MAXINE<br>2234 PINE GROVE ROAD<br>SALINE, LA 71070 | | Claim Number: 10189<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |
| HER MAJESTY THE QUEEN IN RIGHT OF CANADA<br>AS REPRESENTED AS REPRESENTED BY THE<br>MINISTER OF REVENUE C/O DIANE WINTERS<br>DEP. OF JUSTICE CANADA 130 KING ST. W<br>TORONTO, CA M5X 1K6<br>CANADA | | Claim Number: 11544<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) | | | | | |
| UNSECURED | Claimed: | $1,117.00 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| HERBS GATOR SERVICE INC<br>12300 MANOR ROAD<br>GLEN ARM, MD 21057 | | Claim Number: 7993<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,303.00 | Scheduled: | $4,303.00 | | |
| HERC U LIFT<br>PO BOX 69<br>MAPLE PLAIN, MN 55359-0069 | | Claim Number: 4196<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $474.48 | Scheduled: | $474.48 | | |
| HERCULES INCORPORATED<br>REGINALD JACKSON, ESQ.<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 | | Claim Number: 7673-01<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $174,993.58 | Scheduled: | $1,121,919.36  UNLIQ | Allowed: | $174,993.58 |
| HERCULES INCORPORATED<br>REGINALD JACKSON, ESQ.<br>VORYS, SATER, SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 | | Claim Number: 7673-02<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | | | |
| UNSECURED | Claimed: | $899,382.02 | | | Allowed: | $899,382.02 |
| HERITAGE CRYSTAL CLEAN, LLC<br>C/O GARY M. VANEK, ATTORNEY AT LAW<br>1250 LARKIN AVENUE, SUITE 100<br>ELGIN, IL 60123 | | Claim Number: 2436<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,451.88 | Scheduled: | $21,838.89 | | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | |
|---|---|---|---|
| HERITAGE CRYSTAL CLEAN, LLC<br>C/O GARY M. VANEK, ATTORNEY AT LAW<br>1250 LARKIN AVENUE, SUITE 100<br>ELGIN, IL 60123 | | Claim Number: 2872<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9,548.77 | Scheduled: | $17,242.99 | |

| | | | |
|---|---|---|---|
| HERITAGE DOOR COMPANY, INC<br>378 E WILLIAMSBURG RD.<br>SANDSTON, VA 23150 | | Claim Number: 7760<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $235.00 | Scheduled: | $689.00 | |

| | | | |
|---|---|---|---|
| HERITAGE PROPANE<br>786 E. MAIN ST.<br>TUPELO, MS 38804-2824 | | Claim Number: 524<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,078.23 | Scheduled: | $3,078.23 | |

| | | | |
|---|---|---|---|
| HERTY FOUNDATION<br>ATTN:T.COX CONTROLLER<br>110 BRAMPTON ROAD<br>SAVANNAH, GA 31408 | | Claim Number: 4982<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,725.00 | Scheduled: | $1,725.00 | |

| | | | |
|---|---|---|---|
| HESCO<br>DEPT 130<br>PO BOX 150473<br>HARTFORD, CT 06115-0473 | | Claim Number: 7363<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $102.31 |

---

HESS CORPORATION
ATTN: JOSEPH A. DE JIANNE
ONE HESS PLAZA
WOODBRIDGE, NJ 07095

Claim Number: 10796-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $945,943.16 | | | | |
| UNSECURED | | | Scheduled: | $1,948,155.06 UNLIQ | | |

---

HESS CORPORATION
ATTN: JOSEPH A. DE JIANNE
ONE HESS PLAZA
WOODBRIDGE, NJ 07095

Claim Number: 10796-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $79,739.86 | | Allowed: | $79,739.86 |

---

HESTER, GERALD
925 CHERRY HILL LANE
DESOTO, TX 75115

Claim Number: 10342
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

HESTER, JAMES
C/O JAMES E. SORENSON, ESQ.
WILLIAMS, GAUTIER, GWYNN, DELOACH, &
SORENSON P.A. PO BOX 4128
TALLAHASSEE, FL 32315

Claim Number: 10752
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $17,702.54 |

---

HEWLETT-PACKARD COMPANY
MR. KEN HIGMAN, SR. DEFAULT & RECOVERY
ANALYST
2125 E. KATELLA AVENUE, SUITE 400
ANAHEIM, CA 92806

Claim Number: 6270
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74,638.32 | Scheduled: | $69,438.37 |

---

| | | | | |
|---|---|---|---|---|
| HEWLETT-PACKARD COMPANY<br>12610 PARK PLAZA DR #100<br>CERRITOS, CA 90703-9361 | | Claim Number: 14094<br>Claim Date: 08/10/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8898 (01/20/2011) | | |
| ADMINISTRATIVE | Claimed: | $20,923.06 | | |
| HF CONTROLS CORPORATION<br>1624 WEST CROSBY ROAD, # 124<br>CARROLLTON, TX 75006 | | Claim Number: 5623<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,794.12 | Scheduled: | $275.12 |
| HGC MANAGEMENT INC<br>ATTN: H. WAMBACHER, PRESIDENT<br>50 SHAVER ST RR #8<br>BRANTFORD, ON N3T 5M1<br>CANADA | | Claim Number: 12833<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,385.70 | Scheduled: | $1,378.00 |
| HGR COMPRESSOR SERVICE INC<br>1030 BRIMS GROVE RD<br>PINNACLE, NC 27043 | | Claim Number: 3637<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $25,354.96 | Scheduled: | $25,354.96 |
| HGR COMPRESSOR SERVICES, INC<br>1030 BRIMS GROVE RD.<br>PINNACLE, NC 27043 | | Claim Number: 2530<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $25,354.96 | | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

HGR GENERAL CONTRACTORS, LP
13244 CR 285
TYLER, TX 75707

Claim Number: 893
Claim Date: 02/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $32,064.00 | Scheduled: | $32,064.00 | Allowed: | $32,064.00 |

---

HI TECH TESTING
35 FRJ DR
P.O.BOX 12568
LONGVIEW, TX 75607

Claim Number: 4336
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,141.92 |
| UNSECURED | Claimed: | $17,024.00 |
| TOTAL | Claimed: | $17,024.00 |

---

HI-TECH TESTING SERVICE, INC
DUDLEY SHANKLES
PO BOX 12568
LONGVIEW, TX 75607

Claim Number: 4337
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,141.92 |
| UNSECURED | Claimed: | $17,024.00 |
| TOTAL | Claimed: | $17,024.00 |

---

HICKS, HENRY WASHINGTON, JR.
PO BOX 33
CHATHAM, LA 71226

Claim Number: 10190
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

HIGH MOUNTAIN ENTERPRISES INC
PO BOX 143
VICTOR, MT 59875

Claim Number: 5024
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,344.71 | Scheduled: | $12,689.41  UNLIQ |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HIGH TEC INDUSTRIAL INC<br>15 INDUSTRY PARK COURT<br>TIPP CITY, OH 45371 | | Claim Number: 4728<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $5,552.73 | Scheduled: | $4,000.00 | | | |
| HIGH VOLTAGE MAINTENANCE CORPORATION<br>C/O ADELINE ROSEMBER, EMERSON PROCESS<br>MANAGEMENT LLP<br>12001 TECHNOLOGY DRIVE<br>EDEN PRAIRIE, MN 55344 | | Claim Number: 2652<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3195 (12/16/2009)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $4,080.00 | Scheduled: | $4,080.00 | | | |
| HIGHLAND PHYSICIAN LTD<br>PO BOX 181<br>HIGHLAND, IL 62249 | | Claim Number: 5829<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,350.00 | Scheduled: | $1,350.00 | | | |
| HIGHLAND-EXCHANGE SERVICE COOPERATIVE<br>RYAN ZIKA, PETERSON & MYERS, P.A.<br>POST OFFICE BOX 24628<br>LAKELAND, FL 33802 | | Claim Number: 1216<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $46,191.82 | Scheduled: | $47,681.60 | | | |
| HIGHLINE CAPITAL CORP.<br>2930 CENTER GREEN COURT SOUTH<br>BOULDER, CO 80301 | | Claim Number: 10770<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | | | | |
| SECURED | | | Scheduled: | $0.00 UNLIQ | | | |
| UNSECURED | Claimed: | $1,287.46 | Scheduled: | $1,287.46 UNLIQ | Allowed: | $1,287.46 | |

---

HIGHTOWER, RONNIE EUGENE
801 HIGHWAY 146
CHATHAM, LA 71226

Claim Number: 10420
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

HILL COMMUNICATIONS
3009 MOUNTAIN CRESCENT
P O BOX 12438
MONTOURSVILLE, PA 17754

Claim Number: 6301
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $711.23 | Scheduled: | $675.23 |
|---|---|---|---|---|

HILL ENGINEERS
50 DEPOT STREET
DALTON, MA 01226

Claim Number: 14113
Claim Date: 08/12/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8418 (08/19/2010)

| UNSECURED | Claimed: | $4,140.24 | | |
|---|---|---|---|---|

HILL MANUFACTURING CO INC
1500 JONESBORO ROAD SE.
ATLANTA, GA 30315

Claim Number: 5255
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,599.67 | Scheduled: | $11,609.94 | Allowed: | $10,599.67 |
|---|---|---|---|---|---|---|

HILLCREST ENTERPRISES INC
11092 AIR PARK RD.
P.O. BOX 6008
ASHLAND, VA 23005

Claim Number: 2942
Claim Date: 05/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $586.77 | Scheduled: | $586.77 |
|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HILSCHER-CLARKE ELECTRIC COMPANY<br>C/O ROBERT B. PRESTON III<br>220 MARKET AVENUE SOUTH, SUITE 1000<br>CANTON, OH 44702 | | Claim Number: 5331<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $30,029.38 | Scheduled: | $29,636.98 | Allowed: | $30,029.38 | |
| HIMIC COMPANY, THE<br>PO BOX 36424<br>BIRMINGHAM, AL 35236 | | Claim Number: 4789<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,225.95 | Scheduled: | $2,225.95 | | | |
| HINRICHS, CHARLES<br>14221 MANDERLEIGH WOODS DR<br>TOWN AND COUNTRY, MO 63017 | | Claim Number: 9622<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | | | | |
| UNSECURED | Claimed: | $1,151,751.00 | | | | | |
| HINRICHS, CHARLES<br>14221 MANDERLEIGH WOODS DR<br>TOWN AND COUNTRY, MO 63017 | | Claim Number: 12300<br>Claim Date: 09/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | | | | | |
| UNSECURED | Claimed: | $1,437,615.00 | Scheduled: | $1,437,615.00 | | | |
| HINTON, JOHN LEVON, SR.<br>659 EAST ANTIOCH RD<br>QUITMAN, LA 71268 | | Claim Number: 10191<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |

HITE CO., THE
PO BOX 1807
ALTOONA, PA 16603-1807

Claim Number: 3816
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,867.20 | Scheduled: | $1,839.98 | | |

HIWASSEE TIMBER COMPANY, LLC
PO BOX 1489
ATHENS, TN 37371-1489

Claim Number: 782
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $69,505.77 | Scheduled: | $139,011.54 UNLIQ | Allowed: | $69,505.77 |

HMB MFG & SUPPLY CO
2774 BONCHEFF DRIVE
4758 SOUTH 295TH ST W
SAN JOSE, CA 95113

Claim Number: 4837-01
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $14.59 | | | | |

HMB MFG & SUPPLY CO
2774 BONCHEFF DRIVE
4758 SOUTH 295TH ST W
SAN JOSE, CA 95113

Claim Number: 4837-02
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| ADMINISTRATIVE | Claimed: | $350.00 | | | Allowed: | $350.00 |
| UNSECURED | | | Scheduled: | $350.00 | | |

HOAGLAND, FITZGERALD, SMITH & PRANAITIS
401 MARKET STREET
PO BOX 130
ALTON, IL 62002

Claim Number: 3351
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $36,604.01 | Scheduled: | $26,724.01 | Allowed: | $36,604.01 |

| | | | | | |
|---|---|---|---|---|---|
| HOBBY LAWN<br>PO BOX 87386<br>HOUSTON, TX 77287 | | Claim Number: 11184<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,502.17 | Scheduled: | $3,435.39 | |
| HOBSON, DERRY<br>5213 BALMORAL LANE<br>FLOWER MOUND, TX 75028 | | Claim Number: 5294<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| PRIORITY | Claimed: | $8,524.00 | | | |
| HOBSON, MELVIN DALE<br>902 LOCKHART DRIVE<br>QUITMAN, LA 71268 | | Claim Number: 10192<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $0.00　UNLIQ | | | |
| HOERNER BOXES<br>PO BOX 2382<br>TUPELO, MS 38803 | | Claim Number: 5665-01<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,138.48 | Scheduled: | $9,112.30 | |
| HOFFMAN FLORIST<br>428 WEST MAIN STREET<br>P.O.BOX 530645<br>GRAND PRAIRIE, TX 75050 | | Claim Number: 4306<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $413.88 | Scheduled: | $111.50 | |

| | | | | |
|---|---|---|---|---|
| HOFHEIMER GARTLIR & GROSS, LLP COUNSEL FOR DOLLAR TREE STORES, INC. ATTN: SCOTT KIPNIS & RACHEL GREENBERGER & NICHOLAS MALITO, 530 FIFTH AVE NEW YORK, NY 10036 | | Claim Number: 10762 Claim Date: 08/27/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $2,590.00 | | |
| HOGAN, RONNIE G. JAMES E. SORENSON, ESQ. WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA POST OFFICE BOX 4128 TALLAHASSEE, FL 32315-4128 | | Claim Number: 10698 Claim Date: 08/26/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $5,926.55 | | |
| HOGUE PRINTING INC 159 W 1ST AVE MESA, AZ 85210 | | Claim Number: 10077 Claim Date: 08/25/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 9656 (06/15/2018) THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $141,867.59 | Scheduled: | $141,298.84 |
| HOLDER ELECTRIC SUPPLY INC PO BOX 2368 GREENVILLE, SC 29602 | | Claim Number: 4876 Claim Date: 07/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 6649 (04/07/2010) THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $718.35 | Scheduled: | $721.82 |
| HOLDER, TERRY C/O W. DARRELL WHITLEY, ESQ. 23 W. 2ND ST. LEXINGTON, NC 27292 | | Claim Number: 2694 Claim Date: 04/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8535 (09/14/2010) | | |
| UNSECURED | Claimed: | $7,000.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| HOLDER, TERRY<br>C/O DARRELL WHITLEY<br>NACHAMIE & WHITLEY PLLC<br>23 WEST SECOND STREET<br>LEXINGTON, NC 27292 | | Claim Number: 2698<br>Claim Date: 04/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | | |
| UNSECURED | Claimed: | $7,000.00 | | | |
| HOLDER, TERRY<br>C/O DARRELL WHITLEY<br>NACHAMIE & WHITLEY PLLC<br>23 WEST SECOND STREET<br>LEXINGTON, NC 27292 | | Claim Number: 7527<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $7,000.00 | Scheduled: | $0.00 UNLIQ | |
| HOLIAN INSULATION COMPANY, INC.<br>C/O TELLER, LEVIT & SILVERTRUST, PC<br>11 E ADAMS - STE 800<br>CHICAGO, IL 60603 | | Claim Number: 7709<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | | |
| PRIORITY | Claimed: | $29,390.00 | | | |
| SECURED | Claimed: | $29,390.00 | | | |
| UNSECURED | | | Scheduled: | $29,660.00 | |
| TOTAL | Claimed: | $29,390.00 | | | |
| HOLLAND, THOMAS W<br>PO BOX 984<br>HODGE, LA 71247 | | Claim Number: 10193<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | |
| HOLLEY ELECTRIC SITE PRP GROUP<br>C/O KING & SPALDING LLP<br>ATTN: CHARLES H. TISDALE JR<br>1180 PEACHTREE STREET, N.E.<br>ATLANTA, GA 30309-3521 | | Claim Number: 9416<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8445 (08/25/2010) | | | |
| UNSECURED | Claimed: | $0.00 UNDET | Allowed: | $75,000.00 | |

HOLLIDAY SHEET METAL CO
PO BOX 130995
TYLER, TX 75713-0994

Claim Number: 7570
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,123.00 | Scheduled: | $5,188.00 | | |
|---|---|---|---|---|---|---|

HOLLY REFINING & MARKETING COMPANY -
WOODS CROSS
ATTN: JOHN HARRISON
100 CRESCENT COURT, SUITE 1600
DALLAS, TX 75201

Claim Number: 11103
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,332.00 | Scheduled: | $4,802.50 | | |
|---|---|---|---|---|---|---|

HOLLY'S CUSTOM PRINT INC.
P.O. BOX 4454
NEWARK, OH 43058

Claim Number: 1013
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $247.20 | Scheduled: | $247.00 | | |
|---|---|---|---|---|---|---|

HOLMES, NATHAN S
861 EUBANKS COURT
MARCO ISLAND, FL 34145

Claim Number: 10605
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9033 (04/25/2011)

| UNSECURED | Claimed: | $534,620.00 | | | Allowed: | $534,620.00 |
|---|---|---|---|---|---|---|

HOLMING FAN AND FABRICATION LLC
6900 NORTH TEUTONIA AVE
MILWAUKEE, WI 53209

Claim Number: 4386
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $16,459.50 | Scheduled: | $18,499.50 | | |
|---|---|---|---|---|---|---|

---

HOLYOKE VISITING NURSE ASSOCIATION
113 HAMPDEN STREET
HOLYOKE, MA 01040

Claim Number: 5754
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $375.00 | Scheduled: | $375.00 | | |

HOME RUN INN FROZEN FOODS
1300 INTERNATIONAL PARKWAY
WOODRIDGE, IL 60517

Claim Number: 6447
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,550.70 | | | Allowed: | $12,550.70 |

HONEY CELL, INC.
850 UNION AVENUE
BRIDGEPORT, CT 06607

Claim Number: 1649
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $41,262.40 | Scheduled: | $50,557.92 | Allowed: | $41,262.40 |

HONEYCORR, INC.
1206 N. 11TH AVE. E., BOX 6
NEWTON, IA 50208

Claim Number: 1627
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $767.00 | Scheduled: | $767.00 | | |

HOOD RIVER LIONS CLUB, INC.
PO BOX 860
HOOD RIVER, OR 97031

Claim Number: 2815
Claim Date: 05/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,672.00 | Scheduled: | $627.00 | | |

| | | | | |
|---|---|---|---|---|
| HOOSIER DISPOSAL INC<br>6660 SOUTH STATE RD 37<br>BLOOMINGTON, IN 47403 | | Claim Number: 6852<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
| UNSECURED | Claimed: | $51,543.09 | Scheduled: | $57,837.09 |
| HOOSIER PAPER COMPANY<br>3806 E MICHIGAN<br>SHELBYVILLE, IN 46176 | | Claim Number: 4299<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7516 (05/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $993.74 | Scheduled: | $993.00 |
| HOOSLINE, PAT<br>2353 225TH AVE NE<br>EAST BETHEL, MN 55005 | | Claim Number: 10565<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $7,360.00 | Scheduled: | $7,360.00 |
| HOOVER INSTRUMENT SER<br>401 NORTH HOME RD<br>MANSFIELD, OH 44906-2398 | | Claim Number: 3970<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $160.00 | Scheduled: | $160.00 |
| HOOVER PAINT & WALLCOVERING<br>830 MEMORIAL BLVD<br>MURFREESBORO, TN 37129 | | Claim Number: 3850<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $425.26 | Scheduled: | $425.26 |

| | | | | |
|---|---|---|---|---|
| HOPE SERVICES INC<br>30 LAS COLINAS LANE<br>SAN JOSE, CA 95119 | | Claim Number: 5942<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,124.76 | Scheduled: | $1,124.76 |
| HOPEWELL HARDWOOD SALES INC<br>PO BOX 281<br>HOPEWELL, VA 23860 | | Claim Number: 9833<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $1,498.67 | | |
| HOPKINS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 630<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | |
| SECURED | Claimed: | $1,731.96  UNLIQ | | |
| HOPKINS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 1114<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | |
| SECURED | Claimed: | $1,731.96  UNLIQ | | |
| HOPKINS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | | Claim Number: 1311<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | |
| PRIORITY | Claimed: | $0.00  UNLIQ | | |
| SECURED | Claimed: | $1,731.96  UNLIQ | | |

---

HOPKINS COUNTY
ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 13866
Claim Date: 03/08/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | Claimed: | |
|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $865.98 UNLIQ |

---

HOPKINS COUNTY
ELIZABETH WELLER/LAURIE SPINDLER HUFFMAN
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Claim Number: 13964
Claim Date: 04/05/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 12 (06/11/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $792.59 UNLIQ |
| SECURED | Claimed: | $0.00 UNLIQ |

---

HOPKINS, CHARLES L
PO BOX 1033
HODGE, LA 71247

Claim Number: 10194
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

HOPKINS, DANIEL LEE
320 W CHARLOTTE AVENUE
RUSTON, LA 71270

Claim Number: 10195
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

HORIZONS CONSULTING, INC.
ATTN: JOHN H. RUCKER, PRESIDENT
25521 SAINT FRANCIS ROAD
JERSEYVILLE, IL 62052

Claim Number: 50
Claim Date: 02/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $60,662.25 | Scheduled: | $182,259.06 | Allowed: | $60,662.25 |

---

HORIZONS CONSULTING, INC.
ATTN: JOHN H. RUCKER, PRESIDENT
25521 SAINT FRANCIS ROAD
JERSEYVILLE, IL 62052

Claim Number: 125
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $90,399.00 | Allowed: | $90,399.00 |
|---|---|---|---|---|

HORIZONS CONSULTING, INC.
ATTN: JOHN H. RUCKER, PRESIDENT
25521 SAINT FRANCIS ROAD
JERSEYVILLE, IL 62052

Claim Number: 126
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,897.00 | | |
|---|---|---|---|---|

HORIZONS CONSULTING, INC.
ATTN: JOHN H. RUCKER, PRESIDENT
25521 SAINT FRANCIS ROAD
JERSEYVILLE, IL 62052

Claim Number: 2513
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $24,300.81 | Allowed: | $24,300.81 |
|---|---|---|---|---|

HOUSTON, LONNIE E
1203 BAKER STREET
JONESBORO, LA 71251

Claim Number: 10197
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

HOWARD ROOFING COMPANY, INC.
C/O BUXBAUM & CHAKMAK
414 YALE AVENUE
CLAREMONT, CA 91711

Claim Number: 3396
Claim Date: 06/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $77,048.10 | Allowed: | $77,048.10 |
|---|---|---|---|---|

| | | |
|---|---|---|
| HOWARD, EVERETT<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10728<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $23,140.70 |
| HOWARD, EVERETT E JR.<br>4939 WINDWARD PLACE<br>FERNANDINA BCH, FL 32034 | | Claim Number: 10441<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| HOWARD, JOHN J<br>125 MANDEL DRIVE<br>SOUTHINGTON, CT 06489 | | Claim Number: 9641<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $572,818.00   UNDET |
| HOWARD, JOHN J<br>125 MANDEL DRIVE<br>SOUTHINGTON, CT 06489 | | Claim Number: 11272<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) |
| UNSECURED | Claimed: | $0.00   UNDET |
| HOWARD, MICKEY DEAN<br>900 COUNTRY ROAD<br>JONESBORO, LA 71251 | | Claim Number: 10196<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

HOWARD, RANDY LEE
134 G HOWARD ROAD
QUITMAN, LA 71268

Claim Number: 10198
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |

---

HOWDEN BUFFALO INC.
C/O LONGACRE OPPORTUNITY FUND, L.P.
1325 AVE OF THE AMERICAS 28TH FL
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 2482
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $16,486.32 | Scheduled: | $16,486.32 | Allowed: | $16,486.32 |

---

HOWINGTON, JAMES
C/O THOMAS ALBRITTON
ALBRITTON CLIFTON ALVERSON MOODY ET AL
PO BOX 880
ANDALUSIA, AL 36420

Claim Number: 11497
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $100,000.00 | Scheduled: | $0.00  UNLIQ | Allowed: | $9,999.99 |

---

HPD LLC
23563 W. MAIN ST.
PLAINFIELD, IL 60544

Claim Number: 6640
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,178.90 | Scheduled: | $11,178.90 | Allowed: | $11,178.90 |

---

HPE AUTOMATION
PO BOX 8608
DEERFIELD BEACH, FL 33443

Claim Number: 4704-01
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,397.48 | | |
| UNSECURED | | | Scheduled: | $24,279.60 |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| HPE AUTOMATION<br>PO BOX 8608<br>DEERFIELD BEACH, FL 33443 | | Claim Number: 4704-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $22,882.12 | | | Allowed: | $22,882.12 |
| HR DIRECT<br>PO BOX 452019<br>SUNRISE, FL 33345 | | Claim Number: 8803<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $384.54 | Scheduled: | $1,473.05 | | |
| HUB CITY RECYCLING INC<br>200 E THIRD ST<br>CENTRALIA, WA 98531 | | Claim Number: 3827<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | | |
| UNSECURED | Claimed: | $1,811.00 | Scheduled: | $1,811.00 | | |
| HUB GROUP, INC<br>ATTN: WILLIAM KUCAN<br>2000 CLEARWATER DRIVE<br>OAKBROOK, IL 60523 | | Claim Number: 6671<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $402,714.24 | Scheduled: | $103,487.20 | Allowed: | $402,714.24 |
| HUBBELL MECHANICAL SUPPLY<br>PO BOX 3813 G.S.<br>SPRINGFIELD, MO 65808 | | Claim Number: 3125<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $411.46 | Scheduled: | $411.46 | | |

HUCKABY, BOBBY WAYNE
228 MONROE JACKSON DRIVE
QUITMAN, LA 71268

Claim Number: 10199
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | | | |

HUCKABY, CHRISTINE GRAY
5507 QUITMAN HIGHWAY
QUITMAN, LA 71268

Claim Number: 10200
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | | Allowed: | $20,886.08 |

HUCKABY, CRAWFORD
5507 QUITMAN HWY
QUITMAN, LA 71268

Claim Number: 10201
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | | | |

HUDSON AND BONDURANT P.C.
826 MAIN STREET
P.O. BOX 231
WEST POINT, VA 23181

Claim Number: 3153
Claim Date: 05/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $707.00 | Scheduled: | $707.00 | |

HUGHES OIL CO., INC.
PO BOX 268
HOMERVILLE, GA 31634

Claim Number: 7898
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18,021.18 | Scheduled: | $18,021.18 | Allowed: | $18,021.18 |

---

HUGHES PRIMEAU CONTROLS INC
261 ALPHA PARK
CLEVELAND, OH 44143

Claim Number: 3633
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,291.04 | Scheduled: | $10,291.04 | | |

HUGHES, KENNETH ROSS
C/O KOSKIE MINSKY LLP
BARRISTERS AND SOLICITORS
20 QUEEN ST. WEST SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 13006
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $138,020.91 | Scheduled: | $126,571.94 | Allowed: | $133,687.00 |

HULCHER SERVICES INC
PO BOX 7164
SAINT LOUIS, MO 63177

Claim Number: 4584
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,026.34 | |

HUMAN TECHNOLOGIES CORPORATION
2260 DWYER AVENUE
UTICA, NY 13501

Claim Number: 4780
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9,695.80 | Scheduled: | $9,695.80 | |

HUMBOLDT CITY MAYOR
1421 OSBORNE
HUMBOLDT, TN 38343

Claim Number: 9198
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $28,567.98 | | | |
| UNSECURED | | | Scheduled: | $82,107.16 | |

| | | | | | |
|---|---|---|---|---|---|
| HUMBOLDT CITY MAYOR<br>1421 OSBORNE<br>HUMBOLDT, TN 38343 | | Claim Number: 9199<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | |
| PRIORITY | Claimed: | $2,925.50 | | | |
| HUMBOLDT CITY MAYOR<br>1421 OSBORNE<br>HUMBOLDT, TN 38343 | | Claim Number: 9200<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | | |
| PRIORITY | Claimed: | $57,979.89 | | | |
| UNSECURED | | | Scheduled: | $57,527.60 | |
| HUMBOLDT INDUSTRIAL SUPPLY- ASSIGNOR<br>C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE<br>& ATTORNEY-IN-FACT<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 9183-01<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | |
| PRIORITY | Claimed: | $2,240.75 | | | |
| HUMBOLDT INDUSTRIAL SUPPLY- ASSIGNOR<br>C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE<br>& ATTORNEY-IN-FACT<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 9183-02<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2205 (10/09/2009)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $2,240.75 | | Allowed: | $2,240.75 |
| HUMBOLDT SANITATION RECYCLING<br>PO BOX 2812<br>MCKINLEYVILLE, CA 95521 | | Claim Number: 7607<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

| | | | | |
|---|---|---|---|---|
| HUMPHREY MANLIFT CO.<br>PO BOX 385<br>FARIBAULT, MN 55021 | | Claim Number: 4557<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,292.12 | Scheduled: | $2,292.12 |
| HUNT FOREST PRODUCTS INC<br>PO BOX 1263<br>RUSTON, LA 71273 | | Claim Number: 6639-02<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) | | |
| UNSECURED | Claimed: | $6,879.03 | | |
| HURLEY, WILLIAM<br>505 PINEWOOD DRIVE<br>SAINT JOSEPH, MO 64506 | | Claim Number: 4082<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| HURSH CONTAINER<br>1000 BOWMAN ROAD<br>SPRINGFIELD, OH 45505 | | Claim Number: 1448<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $50,655.52 | | |
| HURSH CONTAINER<br>1000 BAIR RD<br>URBANA, OH 43078-9462 | | Claim Number: 11614<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| SECURED<br>UNSECURED | Claimed: | $89,900.00 | Scheduled: | $50,680.28 |

| | | | | | |
|---|---|---|---|---|---|
| HUSKEY, BRYAN K.<br>1140 S. 55<br>KANSAS CITY, KS 66106 | | Claim Number: 9796<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $50,000.00 | | | |
| HUTCHINSON, JERRY GLENN<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | | Claim Number: 11832<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| HW BRYK AND SONS<br>4300 MILITARY ROAD<br>NIAGARA FALLS, NY 14305 | | Claim Number: 5714<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $931.39 | Scheduled: | $931.39 | |
| HY-AIR COMPANY INC.<br>PO BOX 815<br>WEST MONROE, LA 71294 | | Claim Number: 7062<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,393.47 | Scheduled: | $1,393.47 | |
| HYDRA VAC INC<br>35991 HIGHWAY 21 NORTH<br>GURNEE, IL 60031 | | Claim Number: 5253<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $8,309.39 | Scheduled: | $8,194.41 | |

| | | | | |
|---|---|---|---|---|
| HYDRAGEAR, INC.<br>210 FORTSON STREET<br>SHREVEPORT, LA 71107 | | Claim Number: 2274<br>Claim Date: 04/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,470.73 | Scheduled: | $1,426.81 |
| HYDRAULIC AND PNEUMATIC SYSTEMS INC<br>PO BOX 410587<br>CHARLOTTE, NC 28241 | | Claim Number: 6562<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,242.16 | Scheduled: | $1,242.16 |
| HYDRAULIC SERVICE CO INC<br>3215 VICTORY BLVD<br>PORTSMOUTH, VA 23702-1831 | | Claim Number: 5023<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,103.00 | Scheduled: | $3,640.45 |
| HYDRAULIC SPECIALISTS INC<br>5655 GORDY DR<br>PO BOX 500<br>MIDVALE, OH 44653 | | Claim Number: 3639<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,394.87 | Scheduled: | $2,394.87 |
| HYDROMETRICS INC<br>3020 BOZEMAN<br>HELENA, MT 59601 | | Claim Number: 4224<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8944 (02/18/2011) | | |
| UNSECURED | Claimed: | $2,721.63 | Scheduled: | $2,721.63 |

HYDROSPACE RESEARCH
11842 RESEARCH CIRCLE
ALACHUA, FL 32615

Claim Number: 171
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,553.00 | Scheduled: | $1,294.00 |
|---|---|---|---|---|

HYMAN PAPER COMPANY
PO BOX 5388
FLORENCE, SC 29502-5388

Claim Number: 4847
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,894.97 | Scheduled: | $3,721.85 |
|---|---|---|---|---|

HYQUIP INC
1811 DOLPHIN DR
WAUKESHA, WI 53186

Claim Number: 3837
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $148.54 | Scheduled: | $148.54 |
|---|---|---|---|---|

HYQUIP INC
1811 DOLPHIN DR
WAUKESHA, WI 53186

Claim Number: 8278
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $148.54 |
|---|---|---|

HYUNDAI MERCHANT MARINE CO LTD
ONE PIERCE PLACE  SUITE 1325
ITASCA, IL 60143

Claim Number: 5738
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,151.00 | Scheduled: | $64,612.00 |
|---|---|---|---|---|

| HZT INTERNATIONAL INC.<br>BOX 37060<br>REGINA, SK S4S 7K3<br>CANADA | | Claim Number: 1553<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,246.76 | Scheduled: | $9,548.48 | | | |

| I&M INDUSTRIALS INC<br>PO BOX 8775<br>GREENVILLE, SC 29604-8775 | | Claim Number: 5976<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,507.54 | Scheduled: | $2,507.54 | | | |

| I-95 INDUSTRIAL PARK<br>C/O MID-ATLANTIC MANAGEMENT CORPORATION<br>90 S. NEWTOWN SQUARE RD., SUITE 7<br>NEWTOWN SQUARE, PA 19073-4035 | | Claim Number: 6360<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $683.33 | Scheduled: | $4,100.00 | | | |

| I-C CONTRACTORS, INC.<br>228 EAST 34TH STREET<br>PANAMA CITY, FL 32405 | | Claim Number: 2842<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $187,459.22 | Scheduled: | $187,459.22 | Allowed: | $187,459.22 | |

| IBEY SPRINKLERS AND LANDSCAPES<br>6170 BUTLER CREEK ROAD<br>MISSOULA, MT 59808-8671 | | Claim Number: 4241<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010)<br>THIS CLAIM IS PAID | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $63.00 | Scheduled: | $60.00 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IBM CORPORATION<br>B.H. SHIDELER<br>TWO LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181 | | Claim Number: 6897<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $234,518.23 | Scheduled: | $452,508.56 | Allowed: | $234,518.23 |
| IBS OF TALLAHASSEE<br>2543 W TENNESSEE ST<br>TALLAHASSEE, FL 32304 | | Claim Number: 4552<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $3,862.90 | Scheduled: | $2,375.25 | | |
| ICETECH AMERICA INC<br>8050 BECKETT CENTER DRIVE<br>WEST CHESTER, OH 45069 | | Claim Number: 6470<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $3,599.22 | Scheduled: | $3,599.22 | | |
| ICL SUPRESTA INC<br>PO BOX 3247<br>CAROL STREAM, IL 60132-3247 | | Claim Number: 3947<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) | | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $3,377.00 | Scheduled: | $3,377.00 | Allowed: | $3,377.00 |
| IESCO INC<br>5235 B. WEST 65TH ST.<br>BEDFORD PARK, IL 60638 | | Claim Number: 4161<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | | |
| UNSECURED | Claimed: | $2,029.41 | | | | |

SMURFIT-STONE CONTAINER CORPORATION    Case 09-10235-BLS    Doc 9663    Filed 07/16/18    Page 1076 of 2463
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

Date: 07/03/2018

| IF ROOKS & ASSOCIATES INC<br>106 NW DRANE STREET<br>PLANT CITY, FL 33566 | | Claim Number: 4974<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,210.00 | Scheduled: | $11,210.00 | Allowed: | $11,210.00 |

| IFCO SYSTEMS NA, INC<br>C/O MELISSA A. HASELDEN<br>WEYCER, KAPLAN, PULASKI & ZUBER, P.C.<br>11 EAST GREENWAY PLAZA, SUITE 1400<br>HOUSTON, TX 77046 | | Claim Number: 10850<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $273,759.63 | Scheduled: | $653,575.65 UNLIQ | Allowed: | $157,031.36 |

| IFCO SYSTEMS, INC.<br>HUGH M. RAY, III<br>WEYCER, KAPLAN, PULASKI & ZUBER, P.C.<br>ELEVEN GREENWAY PLAZA, SUITE 1400<br>HOUSTON, TX 77046 | | Claim Number: 1037<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8615 (10/12/2010) | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $410,289.58  UNLIQ | | Allowed: | $420,153.62 |

| IFM EFECTOR INC<br>PO BOX 8538 307<br>PHILADELPHIA, PA 19171-0307 | | Claim Number: 7521<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,413.69 | Scheduled: | $1,535.34 |

| IFS INDUSTRIES INC<br>PO BOX 8500 9495<br>PHILADELPHIA, PA 19178-9495 | | Claim Number: 4944-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $37,229.63 | Scheduled: | $55,686.73 |

IGGESUND TOOLS INC
PO BOX 510693
PHILADELPHIA, PA 19175-0693

Claim Number: 4845
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $41,037.27 | Scheduled: | $41,075.25 | Allowed: | $41,037.27 |

IH SERVICES, INC
C/O MICHAEL PUTNAM
PO BOX 5033
GREENVILLE, SC 29606-5033

Claim Number: 3534
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $63,379.96 | Scheduled: | $60,601.34 | Allowed: | $63,379.96 |

ILLINGWORTH CORPORATION
615 S. 89TH STREET
MILWAUKEE, WI 53214

Claim Number: 2717
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18,793.82 | Scheduled: | $16,796.25 | Allowed: | $18,793.82 |

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
PO BOX 64338
CHICAGO, IL 60664-0338

Claim Number: 13062
Claim Date: 09/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $125.07 |
| UNSECURED | Claimed: | $619.31 |

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
PO BOX 64338
CHICAGO, IL 60664-0338

Claim Number: 13063
Claim Date: 09/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $81.00 |

---

ILLINOIS INDUSTRIAL COMMISSION
100 W. RANDOLPH ST, STE 8-200
CHICAGO, IL 60601

Claim Number: 6933
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $200,000.00 | Scheduled: | $0.00  UNLIQ | |

ILLUMINATING COMPANY-CEI, THE
ATTN BANKRUPTCY DEPT
6896 MILLER ROAD RM 204
BRECKSVILLE, OH 44141

Claim Number: 6079
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $34,103.01 | Scheduled: | $4,432.27 | |

IMAGEWAVE CORP
ATTN: STACY PATEK
PO BOX 4504
LAGO VISTA, TX 78645

Claim Number: 8196
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,980.00 |

IMAGINE! PRINT SOLUTIONS, INC.
1000 VALLEY PARK DRIVE
SHAKOPEE, MN 55379

Claim Number: 2175-01
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,812.60 | | Allowed: | $5,812.60 |

IMAGINE! PRINT SOLUTIONS, INC.
1000 VALLEY PARK DRIVE
SHAKOPEE, MN 55379

Claim Number: 2175-02
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $55,669.48 | Scheduled: | $59,051.42 |

IMAGING AND SENSING TECHNOLOGY CORP.
(CORPORATE BILLING FOR IST-QUADTEK INC)
200 IST CENTER
HORSEHEADS, NY 14845

Claim Number: 7596
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,776.10 | Scheduled: | $9,776.10 | | |
|---|---|---|---|---|---|---|

IMC BUILDING SERVICES LLC
PO BOX 626
SIOUX CITY, IA 51102

Claim Number: 6977
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,278.56 | Scheduled: | $2,278.56 | | |
|---|---|---|---|---|---|---|

IMO PUMP
1710 AIRPORT ROAD
MONROE, NC 28110

Claim Number: 8511
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,594.16 | Scheduled: | $4,501.80 | | |
|---|---|---|---|---|---|---|

IMPERIAL INC.
2020 N. MINGO
TULSA, OK 74116

Claim Number: 4996
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $526.95 | | | | |
|---|---|---|---|---|---|---|

IMS ENVIRONMENTAL SERVICES, INC.
A WHOLLY OWNED SUBSIDIARY OF HEPACO, INC
PO BOX 1779
NORFOLK, VA 23501-1779

Claim Number: 601
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $29,578.27 | Scheduled: | $26,048.89 | Allowed: | $29,578.27 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| IN LINE INC<br>PO BOX 1225<br>CUMMING, GA 30028 | | Claim Number: 4702<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $24,036.92 | Scheduled: | $24,036.92 | Allowed: | $24,036.92 |
| INCENTIVE MARKETING INC<br>PO BOX 1035<br>2582 ROUNDHILL DR<br>ALAMO, CA 94507-7035 | | Claim Number: 12559<br>Claim Date: 09/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $2,686.50 | | | | |
| INCO SERVICES, INC<br>ATTN: JOHN T. KING<br>3550 FRANCIS CIRCLE<br>ALPHARETTA, GA 30004 | | Claim Number: 1496<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) | | | | |
| SECURED<br>UNSECURED | Claimed: | $502,883.84 | Scheduled: | $502,883.84 UNLIQ | | |
| INDA, ARNOLD ET AL<br>LEAD PLAINTIFFS - CIVIL ACTION<br>C/O HOWARD Z. ROSEN / POSNER & ROSEN LLP<br>3600 WILSHIRE BOULEVARD, SUITE 1800<br>LOS ANGELES, CA 90010 | | Claim Number: 9445<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $8,750,000.00 | | | Allowed: | $8,750,000.00 |
| INDEPENDENT CORRUGATOR INC<br>1177 AEROWOOD DR<br>MISSISSAUGA, ON L4W 1Y6<br>CANADA | | Claim Number: 6082<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $991.91 | Scheduled: | $223.57 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| INDEPENDENT CORRUGATOR SERVICE<br>1412 WABASH DR.<br>BEL AIR, MD 21015-1326 | | Claim Number: 3155<br>Claim Date: 05/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,040.53 | Scheduled: | $3,049.69 | | |
| INDEPENDENT CORRUGATOR SERVICE<br>1412 WABASH DR.<br>BEL AIR, MD 21015-1326 | | Claim Number: 3156<br>Claim Date: 05/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,626.84 | | | | |
| INDIANA & OHIO RAILWAY COMPANY<br>C/O JAMES M. TILLEY<br>7411 FULLERTON STREET, SUITE 300<br>JACKSONVILLE, FL 32256 | | Claim Number: 7561<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8493 (09/07/2010) | | | | |
| UNSECURED | Claimed: | $48,800.00 | Scheduled: | $7,950.00 | Allowed: | $23,800.00 |
| INDIANAPOLIS POWER & LIGHT COMPANY<br>PO BOX 1595<br>INDIANAPOLIS, IN 46206-1595 | | Claim Number: 2158<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,623.89 | | | | |
| INDOFF, INC.<br>ATTN: PHIL WEBB<br>11816 LOCKLAND RD.<br>ST. LOUIS, MO 63146 | | Claim Number: 7643<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) | | | | |
| SECURED | Claimed: | $39,253.89 | | | | |
| UNSECURED | Claimed: | $7,393.22 | Scheduled: | $45,062.73 | | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

INDOOR BILLBOARD\NW
PO BOX 17555
PORTLAND, OR 97217-0555

Claim Number: 7603
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $441.60 | Scheduled: | $368.00 |

INDUSTRIAL AID CORP
4417 OLEATHA AVE
SAINT LOUIS, MO 63116

Claim Number: 9834
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $45,155.91 | Scheduled: | $45,155.91 |

INDUSTRIAL CHEMICAL SOLUTIONS
2634 SOUTH CHERRY AVENUE
FRESNO, CA 93706

Claim Number: 6176
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $617.79 | Scheduled: | $458.08 |

INDUSTRIAL CLEANING SOLUTIONS, INC
DBA CHEMSTATON OF WISCONSIN
5515 WEST FLORIST AVE
MILWAUKEE, WI 53218

Claim Number: 958
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,106.81 | Scheduled: | $6,046.17 |

INDUSTRIAL COMM OF AZ TAX
800 W WASHINGTON ST
SUITE 303
PHOENIX, AZ 85007

Claim Number: 11655
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6647 (04/07/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ CONT |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| INDUSTRIAL COMMISSION OF ARIZONA<br>800 W. WASHINGTON ST., STE. 301<br>PHOENIX, AZ 85007 | | Claim Number: 11654<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ CONT | | | | | |
| INDUSTRIAL CONSULTING SERVICES<br>95254 DOUGLAS ROAD<br>FERNANDINA BEACH, FL 32034 | | Claim Number: 2333<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $38,432.83 | Scheduled: | $31,429.90 | Allowed: | $38,432.83 |
| INDUSTRIAL CONTROL & ELECTRICAL SERVICES<br>25443 AVE 20 1/2<br>MADERA, CA 93638 | | Claim Number: 169<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $8,398.29 | Scheduled: | $8,153.67 | | |
| INDUSTRIAL DISPOSAL (3077)<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | | Claim Number: 11350<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | | | | |
| UNSECURED | Claimed: | $2,382.49 | Scheduled: | $377.00 | | |
| INDUSTRIAL DISTRIBUTION GROUP<br>TOMMY DICKSON<br>P.O. BOX 1127<br>BELMONT, NC 28012 | | Claim Number: 9695<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $4,927.96 | Scheduled: | $4,789.66 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| INDUSTRIAL DRIVE & CONTROL INC<br>165 HOMER STREET<br>WATERBURY, CT 06704 | | Claim Number: 4625<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $23,272.06 | Scheduled: | $23,975.75 | | | |
| INDUSTRIAL ELECTRIC CO<br>660 TAFT STREET NE<br>MINNEAPOLIS, MN 55413 | | Claim Number: 10529<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $69,856.73 | Scheduled: | $63,821.62 | | | |
| INDUSTRIAL ELECTRONIC<br>PO BOX 9096<br>GREENSBORO, NC 27429-0096 | | Claim Number: 6628<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $773.25 | Scheduled: | $773.25 | | | |
| INDUSTRIAL ENGINEERS INC<br>PO BOX 505<br>UNCASVILLE, CT 06382-0505 | | Claim Number: 4206<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $13,463.84 | Scheduled: | $13,463.84 | Allowed: | $13,463.84 |
| INDUSTRIAL LIFT TRUCK SERVICE<br>FREDDIE HAWKINS ET AL PTRS<br>P.O. BOX 907<br>SODDY DAISY, TN 37384 | | Claim Number: 693<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $4,751.62 | Scheduled: | $4,751.62 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| INDUSTRIAL MAINT SERVICES<br>PO BOX 369<br>WELLS, MI 49894 | | Claim Number: 7909<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | | |
| SECURED | Claimed: | $86,610.37 | | | | |
| UNSECURED | | | Scheduled: | $87,674.13 | | |
| INDUSTRIAL MAINTENANCE<br>1185 LOW VALLEY COURT<br>RURAL HALL, NC 27045 | | Claim Number: 7353<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $128,539.90 | Scheduled: | $128,539.90 | Allowed: | $128,539.90 |
| INDUSTRIAL PACKAGING CORPORATION<br>300 VILLANOVA DRIVE, SW<br>ATLANTA, GA 30336 | | Claim Number: 3423<br>Claim Date: 06/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4964 (02/12/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $785.33 | | | Allowed: | $785.33 |
| UNSECURED | | | Scheduled: | $785.33 | | |
| INDUSTRIAL PAINTING<br>1669 HODNETTS MILL ROAD<br>CHATHAM, VA 24531 | | Claim Number: 861<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $99,815.00 | Scheduled: | $99,815.00 | Allowed: | $99,815.00 |
| INDUSTRIAL PARTS WAREHOUSE INC<br>2830 US HWY 80 WEST<br>STATION M<br>GARDEN CITY, GA 31408 | | Claim Number: 5169<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,724.00 | Scheduled: | $2,876.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| INDUSTRIAL PROCESS EQUIPMENT GROUP<br>2800 LOCUST STREET<br>SAINT LOUIS, MO 63103 | | Claim Number: 493<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,653.00 | Scheduled: | $3,653.00 | | |
| INDUSTRIAL PRODUCTS<br>PT & MATERIALS CONVEYING DIV. INC.<br>PO BOX 1214<br>ALBEMARLE, NC 28002 | | Claim Number: 3537<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $10,854.70 | Scheduled: | $10,899.67 | Allowed: | $10,854.70 |
| INDUSTRIAL PUMP SERVICE OF NC, INC<br>1980 WOOD TREATMENT ROAD<br>LELAND, NC 28451 | | Claim Number: 2353<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $521,236.49 | Scheduled: | $549,356.28  UNLIQ | | |
| INDUSTRIAL RAILWAYS<br>890 SAN PABLO AVE<br>PINOLE, CA 94564-2333 | | Claim Number: 4819<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,200.00 | Scheduled: | $1,400.00 | | |
| INDUSTRIAL REPAIR SERVICE INC<br>2650 BUSINESS DRIVE<br>CUMMINGS, GA 30028 | | Claim Number: 4807<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $13,926.36 | Scheduled: | $13,908.00 | Allowed: | $13,926.36 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| INDUSTRIAL RUBBER AND GASKET<br>PO BOX 6116<br>ALEXANDRIA, LA 71307-6116 | | Claim Number: 7761-02<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $33,632.03 | Scheduled: | $46,649.09 | Allowed: | $33,632.03 |
| INDUSTRIAL RUBBER AND SUPPLY<br>17138 LINCOLN ST NE<br>HAM LAKE, MN 55304 | | Claim Number: 4964<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $6,195.79 | Scheduled: | $6,995.32 | | |
| INDUSTRIAL SERVICES CO<br>PO BOX 749<br>FRENCHTOWN, MT 59834 | | Claim Number: 6143<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $10,293.68 | Scheduled: | $28,159.03 | Allowed: | $10,293.68 |
| INDUSTRIAL SERVICES OF AMERICA<br>PO BOX 32428<br>LOUISVILLE, KY 40232 | | Claim Number: 8135<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $8,915.12 | Scheduled: | $13,087.00 | | |
| INDUSTRIAL SOLUTIONS & SUPPLY, INC.<br>P.O. BOX 1172<br>MARION, SC 29571 | | Claim Number: 2322<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $566.75 | Scheduled: | $308.75 | | |

INDUSTRIAL TIRE BROKERAGE
2233 GRAVOIS AVE
SAINT LOUIS, MO 63104

Claim Number: 5077
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,377.64 | Scheduled: | $3,377.64 | | |

INDUSTRIAL TIRE SERVICE INC
540 S HOLDEN ST
SEATTLE, WA 98108

Claim Number: 3844
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,759.03 | Scheduled: | $6,759.03 | | |

INDUSTRIAL TRACTOR COMPANY
ATTN: DON EBBS
6870 PHILIPS HIGHWAY
JACKSONVILLE, FL 32216

Claim Number: 1750
Claim Date: 03/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,898.00 | Scheduled: | $15,843.00 | Allowed: | $14,898.00 |

INDUSTRIAL TURNAROUND CORPORATION
KAREN HANZLIK
13203 NORTH ENON CHURCH ROAD, SUITE 200
CHESTER, VA 23836

Claim Number: 266
Claim Date: 02/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $41,357.60 | Scheduled: | $27,055.67 | Allowed: | $41,357.60 |

INDUSTRIAL WASTE CONTROL DEPT
NORTH SHORE SANITARY DISTRICT
P.O. BOX 750
WM. KOEPSEL DRIVE
GURNEE, IL 60031

Claim Number: 13584
Claim Date: 11/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4729 (02/04/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,814.65 | Scheduled: | $0.00  UNLIQ DISP | |

| | | | | |
|---|---|---|---|---|
| INDUSTRIAL WOODKRAFT, INC.<br>PO BOX 591<br>BOONVILLE, IN 47601 | | Claim Number: 2375<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,288.95 | Scheduled: | $803.00 |
| INFINITE ENERGY, INC.GA/791263<br>7001 SW 24TH AVE<br>GAINESVILLE, FL 32607 | | Claim Number: 13615<br>Claim Date: 11/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,131,469.08 | | |
| INFRALOGIX<br>PO BOX 444<br>WILLIAMSBURG, VA 23185 | | Claim Number: 7963<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $22,445.00 | Scheduled: | $22,445.00 |
| INGLE COURIER SERVICE<br>PO BOX 578<br>CONYERS, GA 30012 | | Claim Number: 5492<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $562.46 | Scheduled: | $562.46 |
| INGRAM WOODYARDS INC<br>PO BOX 828<br>BISCOE, NC 27209 | | Claim Number: 5722<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $30,524.13 | Scheduled: | $61,048.26  UNLIQ |

---

INGRAM, BILLIE J.
2709 POST OAK DR
RUSTON, LA 71270-2536

Claim Number: 3185
Claim Date: 06/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,046.00 | Scheduled: | $11,046.00 | | |

---

INGREDION INC
ATTN: WALTER H. CURCHACK & DANIEL B.
BESIKOF, LOEB & LOEB LLP
345 PARK AVENUE
NEW YORK, NY 10154

Claim Number: 10781
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET 7945 (06/09/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,866,350.54 | Scheduled: | $4,089,317.74 UNLIQ | Allowed: | $2,866,350.54 |

---

INLAND STAR
PO BOX 2396
FRESNO, CA 93745

Claim Number: 9442
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $79,448.69 | Scheduled: | $149,518.41 UNLIQ | Allowed: | $79,448.69 |

---

INLAND TIMBER CO INC
PO BOX 446
PAMPLICO, SC 29583

Claim Number: 8160-01
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $8,101.89 | | | |
| UNSECURED | | | Scheduled: | $16,203.78 UNLIQ | |

---

INLAND TIMBER CO INC
PO BOX 446
PAMPLICO, SC 29583

Claim Number: 8160-02
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,101.89 | |

---

| | | | | |
|---|---|---|---|---|
| INLAND TRUCK PARTS CO<br>PO BOX 3837<br>MISSOULA, MT 59806 | | Claim Number: 6142<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,370.28 | Scheduled: | $7,370.28 |
| INNOVATIVE DISTRIBUTION SERVICES<br>2015 CONGRESS ST.<br>PORTLAND, ME 04102 | | Claim Number: 580<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,262.00 | Scheduled: | $3,262.00 |
| INNOVATIVE WASTE MANAGEMENT<br>3770 CHINO AVENUE<br>CHINO, CA 91710 | | Claim Number: 2952<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $923.40 | Scheduled: | $923.00 |
| INSIGHT SERVICES INC<br>20338 PROGRESS DRIVE<br>STRONGSVILLE, OH 44149-3220 | | Claim Number: 3766<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $45.00 | Scheduled: | $45.00 |
| INSPIRED RECYCLERS<br>PO BOX 633<br>HENAGAR, AL 35978 | | Claim Number: 13443<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,820.42 | Scheduled: | $4,820.50 |

INSTRUMENT AND VALVE SERVICES COMPANY
CONTRARIAN CAPITAL MANAGEMENT, LLC
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2624
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $62,709.04 | Scheduled: | $48,908.43 | Allowed: | $62,709.04 |

INSTRUMENT AND VALVE SERVICES COMPANY
CONTRARIAN CAPITAL MANAGEMENT, LLC
411 WEST PUTNAM AVENEUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2651
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $49,411.89 | | | Allowed: | $49,411.89 |

INTEGRA INC
3071 MERCANTILE IND DR
SAINT CHARLES, MO 63301

Claim Number: 5573
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,000.00 | Scheduled: | $3,000.00 |

INTEGRATED PACKAGING COMPANY, INC.
ATTENTION: LOUIS F. POWELL
122 QUENTIN AVE.
NEW BRUNSWICK, NJ 08901

Claim Number: 11932
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $28,904.50 | Scheduled: | $968,205.03 UNLIQ |

INTEGRATED PAPER SERVICES INC.
3211 E CAPITOL DRIVE
APPLETON, WI 54911

Claim Number: 3852
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,525.00 | Scheduled: | $4,525.00 |

---

INTERCON CARTAGE
PO BOX 24
BEDFORD PARK, IL 60499

Claim Number: 7710
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $131,887.05 | Scheduled: | $129,311.53 | Allowed: | $131,887.05 |

INTERIOR SYSTEMS CONTRACTING, INC
1545 S. KINGS HIGHWAY BLVD.
SAINT LOUIS, MO 63110

Claim Number: 573
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,472.00 | Scheduled: | $7,472.00 | | |

INTERLINE BRANDS, INC. DBA AMSAN
BANKRUPTCY
801 WEST BAY STREET
JACKSONVILLE, FL 32204

Claim Number: 928
Claim Date: 02/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,527.86 | Scheduled: | $1,291.36 | | |

INTERLUBE CORPORATION
4646 BAKER AVENUE
CINCINNATI, OH 45212

Claim Number: 9600
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $479.23 | Scheduled: | $802.40 | | |

INTERNATIONAL BALER CORPORATION
C/O STEPHEN M. GROSS, SEAN D. MALLOY &
JAYSON B. RUFF - MCDONALD HOPKINS PLC
39533 WOODWARD AVE., SUITE 318
BLOOMFIELD HILLS, MI 48304

Claim Number: 1137-01
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,300.00 | Scheduled: | $68,870.00 | | |

| | | | | |
|---|---|---|---|---|
| INTERNATIONAL CARTON SUPPLIERS<br>11065 NW 59 TERRACE<br>MIAMI, FL 33178 | | Claim Number: 11492<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $523.80 | Scheduled: | $523.80 UNLIQ |
| INTERNATIONAL SAFE TRANSIT ASSOCIATION<br>1400 ABBOT RD., SUITE 160<br>EAST LANSING, MI 48823-1900 | | Claim Number: 1516<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $750.00 | Scheduled: | $803.30 |
| INTERNET MEGA MEETING LLC<br>14900 VENTURA BLVD #310<br>SHERMAN OAKS, CA 91403 | | Claim Number: 1421<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $246.77 | Scheduled: | $471.77 |
| INTERSTATE CARRIER XPRESS<br>3820 WISMANN LN<br>QUINCY, IL 62305 | | Claim Number: 4458<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $350.00 | Scheduled: | $24,934.60 |
| INTERSTATE CARRIER XPRESS<br>3820 WISMANN LANE<br>QUINCY, IL 62305 | | Claim Number: 4459<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $425.00 | | |

---

INTERSTATE CARRIER XPRESS
3820 WISMANN LANE
QUINCY, IL 62301

Claim Number: 9624
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $800.00 | Scheduled: | $720.00 | | |

INTERSTATE CHEMICAL
2720 RELIABLE PARKWAY
CHICAGO, IL 60686

Claim Number: 13552
Claim Date: 11/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,527.17 | Scheduled: | $15,316.22 | | |

INTERSTATE DISTRIBUTOR CO.
11707 21ST AVENUE CT. SOUTH
TACOMA, WA 98444

Claim Number: 13526
Claim Date: 10/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $37,599.48 | Scheduled: | $59,534.84 UNLIQ | Allowed: | $37,599.48 |

INTERSTATE STEEL
925 W HATCHER RD
PHOENIX, AZ 85021

Claim Number: 13830
Claim Date: 02/16/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $773.58 | Scheduled: | $773.58 | | |

INTERSTATE TRANSPORT INC.
C/O BARRY L. THOMPSON
SILVER, VOIT & THOMPSON
4317-A MIDMOST DRIVE
MOBILE, AL 36609-5589

Claim Number: 1149
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $183,863.82 | Scheduled: | $186,315.58 | Allowed: | $183,863.82 |

INVENSYS SYSTEMS CANADA INC
4 LAKE ROAD
DOLALRD-DES-ORMEAUX, QC H9B 3H9
CANADA

Claim Number: 3450-02
Claim Date: 06/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $38,729.63 | | $17,627.12 |

INVENSYS SYSTEMS INC
14526 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

Claim Number: 7493
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $77,512.06 | | $40,508.70 |

INVESTMENT ENTERPRISE, INC
DBA GREAT WESTERN LITHO
8240 HASKELL AVE
VAN NUYS, CA 91406

Claim Number: 1530
Claim Date: 03/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7432 (05/04/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $5,330.00 | | $5,330.00 |

INX INTERNATIONAL INK CO
150 NORTH MARTINGALE ROAD
SUITE 700
SCHAUMBURG, IL 60173

Claim Number: 10533-01
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE | | $79,292.25 | | |
| UNSECURED | | | | $285,999.85 |

INX INTERNATIONAL INK CO
150 NORTH MARTINGALE ROAD
SUITE 700
SCHAUMBURG, IL 60173

Claim Number: 10533-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| UNSECURED | | $172,249.65 | | $172,249.65 |

IOWA P  W INC
PO BOX 383
MASON CITY, IA 50402-0383

Claim Number: 7880
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,494.68 | Scheduled: | $15,657.38 | Allowed: | $12,494.68 |

IPAC
PO BOX 171037
KANSAS CITY, KS 66117

Claim Number: 4389
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8898 (01/20/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | | |

IPS PACKAGING
PO BOX 2009
FOUNTAIN INN, SC 29644

Claim Number: 4761
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,703.94 | Scheduled: | $1,703.94 |

IRON MOUNTAIN INFORMATION MGMT., INC.
R. FREDERICK LINFESTY, ESQ.
745 ATLANTIC AVENUE, 10TH FLOOR
BOSTON, MA 02111

Claim Number: 4401
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18,478.37 | Scheduled: | $10,431.20 | Allowed: | $18,478.37 |

IRON MOUNTAIN INFORMATION MGMT., INC.
R. FREDERICK LINFESTY, ESQ.
745 ATLANTIC AVENUE, 10TH FLOOR
BOSTON, MA 02111

Claim Number: 4402
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8537 (09/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,354.10 | Scheduled: | $12,790.23 |

| ISIMAT<br>12079 WORLD TRADE DR. #4<br>SAN DIEGO, CA 92128 | Claim Number: 2950<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,868.00 | Scheduled: | $1,868.00 | |

| ISLE OF WIGHT FOREST PRODUCTS, INC.<br>21158 LANKFORD LANE<br>SMITHFIELD, VA 23430 | Claim Number: 7807-01<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $37,939.88 | Scheduled: | $75,879.77 | |

| ISLE OF WIGHT FOREST PRODUCTS, INC.<br>21158 LANKFORD LANE<br>SMITHFIELD, VA 23430 | Claim Number: 7807-02<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $37,939.88 | | Allowed: | $37,939.88 |

| ISLEY, LOYD WAYNE<br>29621 NE 152ND ST<br>EXCELSIOR SPRINGS, MO 64024 | Claim Number: 10025<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | | |

| ITALIAN AMERICAN CORP<br>1515 ALVARADO ST<br>SAN LEANDRO, CA 94577 | Claim Number: 6753<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,729.56 | Scheduled: | $1,729.56 | |

---

ITT MONITORING & CONTROLS
C/O FRANK W. DICASTRI
FOLEY & LARDNER LLP
777 E. WISCONSIN AVENUE
MILWAUKEE, WI 53202

Claim Number: 9871
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7706 (05/21/2010)

| UNSECURED | Claimed: | $1,628.56 | Scheduled: | $183.64 | Allowed: | $1,628.56 |
|---|---|---|---|---|---|---|

ITT WATER & WASTEWATER USA, INC.
C/O FRANK W. DICASTRI
FOLEY & LARDNER LLP
777 E. WISCONSIN AVENUE
MILWAUKEE, WI 53202

Claim Number: 9867-01
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,225.87 | | | Allowed: | $1,225.87 |
|---|---|---|---|---|---|---|

ITT WATER & WASTEWATER USA, INC.
C/O FRANK W. DICASTRI
FOLEY & LARDNER LLP
777 E. WISCONSIN AVENUE
MILWAUKEE, WI 53202

Claim Number: 9867-02
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7706 (05/21/2010)

| ADMINISTRATIVE | Claimed: | $50.16 | | | Allowed: | $50.16 |
|---|---|---|---|---|---|---|

J & L FIBER SERVICES
C/O COHANZICK CREDIT OPPORTUNITIES
MASTER FUND, ASSIGNEE
427 BEDFORD ROAD, SUITE 170
PLEASANTVILLE, NY 10570

Claim Number: 9322-03
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $233,414.54 | Scheduled: | $441,769.22 | | |
|---|---|---|---|---|---|---|

J B NASE CO INC
2124 EDISON AVE
JACKSONVILLE, FL 32204

Claim Number: 7403
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,625.20 | Scheduled: | $1,625.20 | | |
|---|---|---|---|---|---|---|

| J COM EDI SERVICES INC<br>PO BOX 31060<br>TUCSON, AZ 85751-1060 | Claim Number: 3679<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,109.00 | Scheduled: | $481.65 |

| J M EQUIPMENT CO INC<br>PO BOX 60000<br>SAN FRANCISCO, CA 94160-3299 | Claim Number: 11424<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $36,631.30 | | |

| J P SMITH LUMBER CO., INC.<br>P.O. BOX 238<br>6255 HWY. 48<br>MENLO, GA 30731 | Claim Number: 486<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $5,317.50 | | |

| J R K LANDSCAPING AND LAWN SERVICE<br>21453 S 80TH AVE<br>FRANKFORT, IL 60423-9184 | Claim Number: 7638<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,697.70 | Scheduled: | $2,334.20 |

| J WALTER CONSTRUCTION CO INC<br>PO BOX 8067<br>FLEMING ISLAND, FL 32006-0006 | Claim Number: 10677<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) | | |
|---|---|---|---|
| UNSECURED | Claimed: | $57,432.79 | Scheduled: | $57,432.79 |

| | | | | |
|---|---|---|---|---|
| J&J SERVICES<br>10 MARYS COURT<br>FLORENCE, KY 41042 | | Claim Number: 8590<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $784.00 | Scheduled: | $784.00 |
| J'S PORTABLE TOILETS<br>ST RT 541 WEST 1180<br>COSHOCTON, OH 43812 | | Claim Number: 7187<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,914.84 | Scheduled: | $2,182.00 |
| J-R ELECTRICAL SUPPLY<br>950-E S KENT<br>LIBERTY, MO 64068 | | Claim Number: 7883<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $12,054.76 | Scheduled: | $12,054.76 |
| J. ARON & COMPANY<br>ATTN: STEVEN M. BUNKIN<br>85 BROAD STREET<br>NEW YORK, NY 10004 | | Claim Number: 12562<br>Claim Date: 09/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2259 (10/14/2009)<br>THIS CLAIM IS PAID | | |
| SECURED | Claimed: | $774,705.35   UNLIQ | | |
| J. RAYL TRANSPORT<br>1016 TRIPLETT BLVD<br>AKRON, OH 44306 | | Claim Number: 1985<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $22,731.39 | Scheduled: | $22,124.12 |

| | | | | | | |
|---|---|---|---|---|---|---|
| J. WILLIAMS CONSTRUCTION OF FLORIDA, INC<br>5174 CYPRESS CREST LANE<br>JACKSONVILLE, FL 32226 | | Claim Number: 834<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $23,375.00 | Scheduled: | $20,965.00 | | |
| J.D. DICKINSON COMPRESSOR COMPANY<br>2557 W OLIVE<br>SPRINGFIELD, MO 65802 | | Claim Number: 3024<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $709.94 | Scheduled: | $370.00 | | |
| J.H. WRIGHT & ASSOCIATES, INC<br>P.O. BOX 1085<br>DAPHNE, AL 36526 | | Claim Number: 1429<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,622.69 | Scheduled: | $7,896.09 | | |
| J.K. MARTIN PULPWOOD CO., INC.<br>186 THOMAS MILL RD.<br>WINNFIELD, LA 71483 | | Claim Number: 820<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $29,317.91 | | | Allowed: | $29,317.91 |
| J.M. FRY COMPANY, THE<br>P.O. BOX 7719<br>RICHMOND, VA 23231-0219 | | Claim Number: 3505<br>Claim Date: 06/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $22,194.74 | Scheduled: | $29,442.92 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| J.M. ROBERTS TIMBER CO.<br>47 HALSTEAD LN<br>CROSSVILLE, TN 38555 | | Claim Number: 3325<br>Claim Date: 06/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,034.30 | Scheduled: | $7,034.30 | | | |
| J.M. ROBERTS TIMBER CO.<br>47 HALSTEAD LN<br>CROSSVILLE, TN 38555 | | Claim Number: 13653<br>Claim Date: 12/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | | | |
| UNSECURED | Claimed: | $2,034.30 | | | | | |
| J.M. ROBERTS TIMBER CO.<br>47 HALSTEAD LN<br>CROSSVILLE, TN 38555 | | Claim Number: 13694<br>Claim Date: 12/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | | | |
| UNSECURED | Claimed: | $2,034.30 | | | | | |
| J.M.F. COMPANY, INC.<br>318 HIGHLAND DRIVE<br>ST. MARIES, ID 83861-2042 | | Claim Number: 1950<br>Claim Date: 04/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,147.54 | | | | | |
| JACKIE HANSON LLC<br>ATTN: HUGH ELKINS<br>18708 GREYTON LANE<br>DAVIDSON, NC 28036 | | Claim Number: 9327<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $38,167.00 | Scheduled: | $38,092.00 | Allowed: | $38,167.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| JACKLIN STEEL SUPPLY CO<br>2410 AERO PARK DR<br>TRAVERSE CITY, MI 49686 | | Claim Number: 4173<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $632.85 | Scheduled: | $581.73 | | |
| JACKSON CORRUGATED CONTAINER CORP.<br>P.O. BOX 210<br>MIDDLETOWN, CT 06457 | | Claim Number: 1088<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,133.96 | Scheduled: | $4,119.75 | | |
| JACKSON COUNTY HEALTHCARE AUTHORITY<br>DBA HIGHLANDS OCCUPATIONAL MEDICINE CTR.<br>380 WOODS COVE RD.<br>SCOTTSBORO, AL 35768 | | Claim Number: 1493<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $12,012.97 | Scheduled: | $9,508.85 | Allowed: | $12,012.97 |
| JACKSON COUNTY TREASURER<br>P.O. BOX 980<br>JACKSON, OH 45640-0980 | | Claim Number: 8168<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | | |
| PRIORITY | Claimed: | $431.74 | Scheduled: | $0.00  UNLIQ | | |
| JACKSON HIRSH INC<br>700 ANTHONY TRAIL<br>NORTHBROOK, IL 60062-2542 | | Claim Number: 9987<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $141.59 | Scheduled: | $141.59 | | |

| | | | | |
|---|---|---|---|---|
| JACKSON PARISH HOSPITAL<br>165 BEACH SPRINGS ROAD<br>JONESBORO, LA 71251 | | Claim Number: 4489<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $0.00 | Scheduled: | $2,606.50 |
| JACKSON, BRADY BEE<br>3601 HWY 155<br>QUITMAN, LA 71268 | | Claim Number: 10202<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| JACKSON, GREGORY C.<br>419 4TH ST<br>JONESBORO, LA 71251 | | Claim Number: 10421<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| JACKSON, HENRY, JR.<br>10546 HWY 501<br>SALINE, LA 71070 | | Claim Number: 10203<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| JACKSON, JOEL L<br>705 MOROCCO STREET<br>JONESBORO, LA 71251 | | Claim Number: 10204<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

JACKSON, JOHN
1123 BEECH SPRINGS ROAD
JONESBORO, LA 71251

Claim Number: 10205
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

---

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

JACKSON, MARCUS EDWARD
PO BOX 41
JONESBORO, LA 71251

Claim Number: 10303
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

---

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

JACKSON, MARY ANN
PO BOX 823
HODGE, LA 71247

Claim Number: 10206
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

---

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

JACOBS ENGINEERING GROUP INC
PO BOX 840388
DALLAS, TX 75284-0388

Claim Number: 6535
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

---

| UNSECURED | Claimed: | $16,209.09 | Scheduled: | $16,209.09 |
|---|---|---|---|---|

JACOBSEN, DEBORAH M.
C/O KOSKIE MINSKY LLP
BARRISTERS AND SOLICITORS
20 QUEEN ST. WEST SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 11963
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $44,096.03   UNLIQ | | Allowed: | $38,584.11 |
|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| JACOBSEN, DEBORAH M.<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 12998<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | | | |
| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $42,457.43 | Scheduled: | $44,096.03 | Allowed: | $44,096.00 |
| JACOBSON DEDICATED<br>ATTN: MARTY R. HOWARD<br>PO BOX 310207<br>DES MOINES, IA 50331-0207 | | Claim Number: 10903<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $89,855.38 | Scheduled: | $270,271.54 | Allowed: | $89,855.38 |
| JACOBSON DISTRIBUTION COMPANY<br>ATTN: MARTY HOWARD<br>3811 DIXON STREET<br>DES MOINES, IA 50313 | | Claim Number: 10904<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $80,884.84 | Scheduled: | $324,870.37 | | |
| JACOBSON TRANSPORTATION COMPANY INC<br>ATTN: MARTY R. HOWARD<br>3811 DIXON STREET<br>DES MOINES, IA 50313 | | Claim Number: 10905<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $14,474.01 | Scheduled: | $4,052.00 | Allowed: | $14,474.01 |
| JAEGER PRODUCTS INC<br>DEPT 1688  17<br>DENVER, CO 80291-1688 | | Claim Number: 6325<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,785.68 | Scheduled: | $2,578.80 | | |

| | | | | |
|---|---|---|---|---|
| JAMAR COMPANY<br>1996 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | | Claim Number: 6927<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $37,941.26 | Scheduled: | $37,941.26 |
| JAMES DIFOGGIO & SONS INC<br>3241 S SHIELDS AVE<br>CHICAGO, IL 60616 | | Claim Number: 4987<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,227.00 | Scheduled: | $5,227.00 |
| JAMES E WATSON AND COMPANY<br>PO BOX P<br>MARIETTA, GA 30061 | | Claim Number: 6216<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $971.64 | Scheduled: | $971.64 |
| JAMES R REED AND ASSOCIATES INC<br>770 PILOT HOUSE DR<br>NEWPORT NEWS, VA 23606 | | Claim Number: 7627<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,630.25 | Scheduled: | $5,949.00 |
| JAMES RIVER EQUIPMENT INC<br>PO BOX 9414<br>RICHMOND, VA 23228 | | Claim Number: 8068<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,233.35 | Scheduled: | $13,698.39 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JAMES ROSS LIMITED<br>4503 ROWSOME RD EAST<br>ELIZABETHTOWN, ON K6T 1A9<br>CANADA | | Claim Number: 6907<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $55,298.55 | Scheduled: | $78,624.48 | | | |
| JAMISON STEEL RULE DIE INC.<br>ATTN: SARAH JAMISON<br>P.O. BOX 447<br>MURFREESBORO, TN 37133 | | Claim Number: 10040-02<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8117 (06/22/2010) | | | | | |
| UNSECURED | Claimed: | $145,192.00 | Scheduled: | $148,011.00 | Allowed: | $121,634.00 | |
| JAMISON STEEL RULE DIE INC.<br>ATTN: SARAH JAMISON<br>P.O. BOX 447<br>MURFREESBORO, TN 37133 | | Claim Number: 10040-03<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8117 (06/22/2010) | | | | | |
| ADMINISTRATIVE | Claimed: | $23,558.00 | | | Allowed: | $8,474.00 | |
| JAMISON STEEL RULE DIE INC.<br>ATTN: MRS. SARAH JAMISON<br>PO BOX 447<br>MURFREESBORO, TN 37133 | | Claim Number: 14039<br>Claim Date: 06/07/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | | | | |
| ADMINISTRATIVE | Claimed: | $23,558.00 | | | | | |
| UNSECURED | Claimed: | $145,192.00 | | | | | |
| TOTAL | Claimed: | $145,192.00 | | | | | |
| JAN PRO CLEANING SYSTEMS<br>15714 SW 72ND AVE<br>PORTLAND, OR 97224-7973 | | Claim Number: 7055<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $600.00 | Scheduled: | $900.00 | | | |

| | | | | |
|---|---|---|---|---|
| JAN PRO CLEANING SYSTEMS INC<br>4801 LAGUNA BLVD STE 105 PMB 102<br>ELK GROVE, CA 95758 | | Claim Number: 6003<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $1,355.00 | | |
| JANI-KING OF TAMPA BAY<br>ATTN: DAWN ENGLETON<br>2469 SUNSET POINT RD., STE 250<br>CLEARWATER, FL 33765 | | Claim Number: 12<br>Claim Date: 01/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,008.17 | Scheduled: | $7,140.56 |
| JAYHAWK BOXES, INC.<br>PO BOX 798<br>FREMONT, NE 68026-0798 | | Claim Number: 2030<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $469.79 | Scheduled: | $469.79 |
| JB EQUIPMENT COMPANY<br>903 S LATSON RD  266<br>HOWELL, MI 48843-7595 | | Claim Number: 4071<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $836.20 | Scheduled: | $836.20 |
| JB MAX<br>5008 58TH ST CT EAST<br>TACOMA, WA 98443 | | Claim Number: 5101-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $60.00 | Scheduled: | $180.00 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | |
|---|---|---|---|
| JB MAX<br>5008 58TH ST CT EAST<br>TACOMA, WA 98443 | | Claim Number: 5101-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009)<br>THIS CLAIM IS PAID | |

| ADMINISTRATIVE | Claimed: | $30.00 | Allowed: | $30.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| JBF PRINT<br>ATTN: MICKEY L. MCCARDLE<br>P.O. BOX 24028<br>JACKSON, MS 39225-4028 | | Claim Number: 6955<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $5,271.05 | Scheduled: | $5,271.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| JC EHRLICH CO. INC<br>P.O. BOX 13848<br>READING, PA 19612 | | Claim Number: 1851<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $5,613.52 | Scheduled: | $21,074.72 |
|---|---|---|---|---|

| | | |
|---|---|---|
| JC FIBERS<br>3718-A GRANDE LIGNE<br>CHAMBLY, QC J3L 4A7<br>CANADA | | Claim Number: 8499<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |

| UNSECURED | Claimed: | $332,774.56 | Scheduled: | $237,990.00 UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| JC FRENCH AND COMPANY INC<br>2815 METROPOLITAN PLACE<br>POMONA, CA 91767 | | Claim Number: 5290<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) |

| UNSECURED | Claimed: | $62,525.00 | Scheduled: | $77,512.22 |
|---|---|---|---|---|

---

JC PENNEY CO
PO BOX 27704
SALT LAKE CITY, UT 84127

Claim Number: 11705
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $257,142.00 | | $257,177.00 | | $257,142.00 |

JDI GROUP, INC., THE
1545 TIMBERWOLF DRIVE
HOLLAND, OH 43528

Claim Number: 1458
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $39,899.80 | | $39,899.80 | | $39,899.80 |

JE HILL CONTRACTOR, INC.
PO BOX 491356
LEESBURG, FL 34749-1356

Claim Number: 139
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | $8,442.00 | | $8,442.00 | | |

JE NEWTON AND BRO
PO BOX 78
DILLWYN, VA 23936

Claim Number: 9610
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | $6,583.50 | | $13,167.00 UNLIQ | | |

JEA
C/O RICHARD R. THAMES, ESQ.
STUTSMAN THAMES & MARKEY, P.A.
50 NORTH LAURA STREET, SUITE 1600
JACKSONVILLE, FL 32202

Claim Number: 3098
Claim Date: 05/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $868,733.08 | | | | $868,733.08 |

---

JEDSON ENGINEERING INC
PARK 50 TECHNECENTER
5300 DUPONT CIRCLE
SUITE B
MILFORD, OH 45150

Claim Number: 77
Claim Date: 02/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $24,676.46 | Scheduled: | $24,676.46 | Allowed: | $24,676.46 |
|---|---|---|---|---|---|---|

JEFF JOHNSON ENTERPRISES, INC.
PO BOX 189
CLEVELAND, AL 35049

Claim Number: 12128
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $19,014.53 | | | | |
|---|---|---|---|---|---|---|

JEFF SPENCER TRUCKING INC.
P.O. BOX 456
LAKE CITY, AR 72437

Claim Number: 3142
Claim Date: 05/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,571.27 | Scheduled: | $2,571.27 | | |
|---|---|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 24
Claim Date: 02/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $143,617.01 | Scheduled: | $143,693.51 | Allowed: | $143,617.01 |
|---|---|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LLP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 58-01
Claim Date: 02/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $63,045.11 | Scheduled: | $63,045.11 | Allowed: | $63,045.11 |
|---|---|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 73
Claim Date: 02/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $13,764.81 | Scheduled: | $15,342.80 | Allowed: | $14,067.09 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O HHLF LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 191
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $29,376.00 | | | Allowed: | $29,376.00 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 223
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $45,890.47 | Scheduled: | $53,082.63 | Allowed: | $45,890.47 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O HHLF LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 225
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $46,460.50 | Scheduled: | $119,782.50 | Allowed: | $46,460.50 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 226
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $72,003.00 | | | Allowed: | $72,003.00 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O PERMAL STONE LION FUND LTD
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 306
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $94,560.00 | Scheduled: | $94,560.00 | Allowed: | $94,560.00 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 472-01
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $69,000.00 | | | Allowed: | $69,000.00 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O PERMAL STONE LION FUND LTD
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 490
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $29,595.00 | Scheduled: | $29,595.00 | Allowed: | $29,595.00 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 496
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $31,924.00 | Scheduled: | $31,924.00 | Allowed: | $31,924.00 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: SOLUTION SERVICES CORP.
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 497
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $4,167.00 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SOLUTION SERVICES CORP.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 498<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $9,757.00 | | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O LLSM LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 602<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $117,770.16 | Scheduled: $117,770.16 | Allowed: | $117,770.16 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O HHLF LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 698<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $28,069.29 | Scheduled: $28,069.29 | Allowed: | $28,069.29 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O LLSM LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 716<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $15,171.67 | Scheduled: $16,001.55 | Allowed: | $15,171.67 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O LLSM LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 1023<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $126,268.67 | Scheduled: $126,268.67 | Allowed: | $126,268.67 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 1056
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $28,370.00 | Scheduled: | $28,370.00 | Allowed: | $28,370.00 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: FLEET 1 BROKERAGE LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 1344
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,060.00 | Scheduled: | $10,060.00 | | |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 1371
Claim Date: 03/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $38,989.56 | Scheduled: | $37,428.50 | Allowed: | $38,989.56 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 1605
Claim Date: 03/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,756.49  UNDET | Scheduled: | $12,756.49 | Allowed: | $12,756.49 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 1612
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $227,207.03 | Scheduled: | $229,819.30 | Allowed: | $227,207.03 |

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 1613
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $86,663.00 | Scheduled: | $86,663.00 | Allowed: | $86,663.00 |
|---|---|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O PERMAL STONE LION FUND LTD
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 1774
Claim Date: 03/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $19,108.75 | Scheduled: | $19,108.75 | Allowed: | $19,108.75 |
|---|---|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 1833
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $59,502.00 | Scheduled: | $13,467.49 | Allowed: | $59,502.00 |
|---|---|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 1869
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $66,035.67 | Scheduled: | $66,035.67 | Allowed: | $66,035.67 |
|---|---|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 1936
Claim Date: 04/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $105,588.73 | Scheduled: | $110,814.76 | Allowed: | $105,588.73 |
|---|---|---|---|---|---|---|

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 2091
Claim Date: 04/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $57,920.91 | Scheduled: | $57,920.91 | Allowed: | $57,920.91 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 2109
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $42,388.44 | Scheduled: | $46,940.44 | Allowed: | $42,388.44 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 2139
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,355.74 | Scheduled: | $12,355.74 | Allowed: | $12,355.74 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 2204
Claim Date: 04/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $39,391.00 | Scheduled: | $39,697.05 | Allowed: | $39,391.00 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 2206
Claim Date: 04/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $111,253.00 | Scheduled: | $111,253.00 | Allowed: | $111,253.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O LLSM LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 2536<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | | |
| UNSECURED | Claimed: | $119,474.00 | Scheduled: | $140,107.25 | Allowed: | $119,474.00 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O LLSM LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 2765<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $12,681.25 | Scheduled: | $12,681.25 | Allowed: | $12,681.25 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O PERMAL STONE LION FUND LTD<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 3023<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $21,240.10 | | | Allowed: | $21,240.10 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O LLSM LP.<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 3044<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | | |
| UNSECURED | Claimed: | $19,186.85 | Scheduled: | $26,704.00 | Allowed: | $19,186.85 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: INSTRUMENT CALIBRATION<br>SERVICES, INC.<br>ONE STATION PLACE, THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 3061<br>Claim Date: 05/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) | | | | |
| UNSECURED | Claimed: | $2,005.00 | | | | |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 3246
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $44,141.84 | Scheduled: | $110,873.51 | Allowed: | $44,141.84 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 3249
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $41,041.29 | Scheduled: | $47,333.79 | Allowed: | $41,041.29 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CST CO
ATTN: BRIAN WOOD, C/O LLSM LP
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 3252
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,579.48 | Scheduled: | $75.00 | Allowed: | $14,579.48 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 3275
Claim Date: 05/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,731.76 | Scheduled: | $12,731.76 | Allowed: | $12,731.76 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 3280
Claim Date: 06/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $32,988.17 | Scheduled: | $33,069.05 | Allowed: | $32,988.17 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: CHENEY LIME & CEMENT COMPANY
C/O LLSM LP, ATTN: CLAUDIA BORG
555 FIFTH AVENUE, 18TH FLOOR
NEW YORK, NY 10017

Claim Number: 3283-01
Claim Date: 06/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8128 (06/23/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,235.96 | | | | |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: EAGLE ENTERPRISES LTD.
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 3477
Claim Date: 06/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8128 (06/23/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $855.44 | | | | |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: MISSOULA MOTOR PARTS CO
ATTN: BRIAN WOOD,C/O SL LIQUIDATION FUND
LP, P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 3712
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6647 (04/08/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $16,905.06 | | | | |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 3797
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,852.00 | Scheduled: | $15,852.00 | Allowed: | $15,852.00 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 3973
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $25,045.30 | Scheduled: | $28,380.85 | Allowed: | $25,045.30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: FINNCHEM USA, INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 4038<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $136,509.25 | | | Allowed: | $136,509.25 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: KEMIRA INDUSTRIES, INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 4040<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $250,632.12 | | | Allowed: | $250,632.12 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O LLSM LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 4084<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | | |
| UNSECURED | Claimed: | $86,529.54 | Scheduled: | $89,708.23 | Allowed: | $86,529.54 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O LLSM LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 4136<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $14,888.32 | Scheduled: | $14,888.32 | Allowed: | $14,888.32 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O SL LIQUIDATION FUND LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 4141<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | | |
| UNSECURED | Claimed: | $18,067.26 | Scheduled: | $18,613.85 | Allowed: | $18,067.26 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O SL LIQUIDATION FUND LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | Claim Number: 4313<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17,467.96 | Scheduled: | $17,467.96 | Allowed: | $17,467.96 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O SL LIQUIDATION FUND LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | Claim Number: 4332-01<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID |
|---|---|

| ADMINISTRATIVE | Claimed: | $7,962.50 | | |
| UNSECURED | | | Scheduled: | $93,144.21 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: PIONEER FUNDING GROUP, LLC<br>C/O SL LIQUIDATION FUND LP, ATTN:<br>BRIAN WOOD,P.O. BOX 4569<br>NEW YORK, NY 10163 | Claim Number: 4332-02<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $83,389.19 | | | Allowed: | $83,389.19 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O SL LIQUIDATION FUND LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | Claim Number: 4573<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $123,864.70 | Scheduled: | $124,009.70 | Allowed: | $123,864.70 |

| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O SL LIQUIDATION FUND LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | Claim Number: 4701<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) |
|---|---|

| UNSECURED | Claimed: | $43,524.05 | Scheduled: | $43,524.05 | Allowed: | $43,524.05 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 4703
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $189,988.03 | Scheduled: | $193,826.93 | Allowed: | $189,988.03 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O HHLF LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 5073
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $73,804.21 | Scheduled: | $73,804.21 | Allowed: | $73,804.21 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 5285
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $23,426.81 | Scheduled: | $24,707.81 | Allowed: | $23,426.81 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 5297
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $30,210.25 | Scheduled: | $30,210.25 | Allowed: | $30,210.25 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: STI CEMS SERVICES
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 5298
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8128 (06/23/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $950.53 |

| | | | | | | |
|---|---|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: BROBST LANDSCAPING INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 5315<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | | |
| UNSECURED | Claimed: | $12,899.35 | Scheduled: | $12,899.35 | Allowed: | $12,899.35 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O LLSM LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 5386-01<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $56,199.46 | | | Allowed: | $56,199.46 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O SL LIQUIDATION FUND LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 5526<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | | |
| UNSECURED | Claimed: | $32,283.99 | Scheduled: | $32,905.21 | Allowed: | $32,283.99 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O CFIP MASTER FUND, LTD.<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 5675-01<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,838.35 | Scheduled: | $41,748.95 | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CELLMARK INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 5675-02<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $25,728.22 | | | | |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 5819
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $21,551.07 | Scheduled: | $21,551.07 | Allowed: | $21,551.07 |
|---|---|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 6112
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $14,303.88 | Scheduled: | $14,303.88 | Allowed: | $14,303.88 |
|---|---|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 6175
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $39,460.00 | Scheduled: | $40,800.00 | Allowed: | $39,460.00 |
|---|---|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 6235
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $13,133.00 | Scheduled: | $13,133.00 | Allowed: | $13,133.00 |
|---|---|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 6445
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $26,910.00 | Scheduled: | $26,910.00 | Allowed: | $26,910.00 |
|---|---|---|---|---|---|---|

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 6859
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $46,188.49 | Scheduled: | $42,595.85 | Allowed: | $46,188.49 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 7167
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,550,704.65 | Scheduled: | $1,335,967.37 UNLIQ | Allowed: | $1,550,704.65 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O HHLF LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 7175
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $913,678.44 | Scheduled: | $905,170.22 UNLIQ | Allowed: | $913,678.44 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 7202
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $28,828.17 | Scheduled: | $30,025.38 | Allowed: | $28,828.17 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 7328
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,517,488.00 UNLIQ | | | Allowed: | $4,517,488.00 |

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O PERMAL STONE LION FUND LTD
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 7399
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $39,221.26 | Scheduled: | $39,221.26 | Allowed: | $39,221.26 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O HHLF LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 7598
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $75,966.50 | Scheduled: | $75,966.50 | Allowed: | $75,966.50 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 7798
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,500.00 | Scheduled: | $19,500.00 | Allowed: | $19,500.00 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: ARKLA TAYLOR, INC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 7908
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $121,156.11 | |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 8148
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $146,912.29 | Scheduled: | $210,817.58 | Allowed: | $146,912.29 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 8149
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18,985.99 | | Allowed: | $18,985.99 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O PERMAL STONE LION FUND LTD
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 8271
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,906.30 | Scheduled: | $15,906.30 | Allowed: | $15,906.30 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 8376
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,575.00 | | Allowed: | $10,575.00 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 8840-01
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $52,866.05 | Scheduled: | $940.58 | Allowed: | $52,866.05 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: LOUIS SCOTT TRUCKING INC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 9091
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $198,517.38 | Scheduled: | $185,324.06 | |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 9105
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $198,064.61 | Scheduled: | $158,609.06 | Allowed: | $198,064.61 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 9120
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,477,987.02 | | Allowed: | $1,477,987.02 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 9195
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $842,176.64 | Scheduled: | $839,249.43  UNLIQ | Allowed: | $842,176.64 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 9196
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $683,114.60 | Scheduled: | $819,623.85  UNLIQ | Allowed: | $683,114.60 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 9227-02
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $35,439.65 | | Allowed: | $35,439.65 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O LLSM LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 9294<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $27,532.50 | Scheduled: | $27,532.50 | Allowed: | $27,532.50 | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O LLSM LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 9296<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | | | |
| UNSECURED | Claimed: | $209,731.62 | Scheduled: | $127,572.18 | Allowed: | $209,731.62 | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: ALLOY CLADDING COMPANY INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 9304-03<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID | | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $3,000.00 | Scheduled: | $498,923.85 | | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O LLSM LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 9304-04<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $456,834.92 | | | Allowed: | $456,834.92 | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O LLSM LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 9324<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | | | |
| UNSECURED | Claimed: | $264,319.36 | Scheduled: | $171,084.99 | Allowed: | $264,319.36 | |

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 9336-01
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $22,956.34 | Scheduled: | $27,842.19 | Allowed: | $22,956.34 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 9373
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $45,889.35 | | | Allowed: | $45,889.35 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 9446
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $29,825.55 | Scheduled: | $34,137.00 | Allowed: | $29,825.55 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 9745
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18,262.95 | Scheduled: | $22,479.79 | Allowed: | $18,262.95 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 9826
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $23,319.72 | Scheduled: | $23,319.72 | Allowed: | $23,319.72 |

| | | | | |
|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O SL LIQUIDATION FUND LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 9955<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | |
| UNSECURED | Claimed: | $693,946.00 | Allowed: | $693,946.00 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: RSW DALLAS LIMITED PARTNERSH<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 9957<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) | | |
| UNSECURED | Claimed: | $693,946.00 | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O SL LIQUIDATION FUND LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 10012<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | |
| UNSECURED | Claimed: | $942,650.16 | Allowed: | $942,650.16 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O SL LIQUIDATION FUND LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 10092<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | |
| UNSECURED | Claimed: | $1,680,767.19 | Allowed: | $1,680,767.19 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: IPS BALERS MFG. INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 10508-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) | | |
| ADMINISTRATIVE | Claimed: | $2,653.00 | | |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O LLSM LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 10508-02<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $52,171.56 | Scheduled: | $50,175.84 | Allowed: | $52,171.56 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: ABUCK, INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 10732<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | | | |
| UNSECURED | Claimed: | $257,939.00 | Scheduled: | $190,690.74 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: ANDRITZ SEPARATION, INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 10926<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) | | | | | |
| UNSECURED | Claimed: | $43,965.99 | Scheduled: | $39,865.46 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: ANDRITZ INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 10927<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) | | | | | |
| UNSECURED | Claimed: | $9,310.76 | Scheduled: | $1,408,367.30 UNLIQ | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O SL LIQUIDATION FUND LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 11014<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | | | |
| UNSECURED | Claimed: | $2,288.00 | Scheduled: | $2,288.00 | Allowed: | $2,288.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O LLSM LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 11173-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $46,654.36 | Scheduled: | $106,121.50 | | Allowed: | $46,654.36 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: INTERNATIONAL CHEMICAL CO<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 11173-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | | | |
| ADMINISTRATIVE | Claimed: | $32,049.89 | | | | Allowed: | $32,049.89 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SUN CHEMICAL CORPORATION<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 11279-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID | | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $428,254.04 | Scheduled: | $122,180.48 | | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O SL LIQUIDATION FUND LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 11279-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $44,875.82 | | | | Allowed: | $44,875.82 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O LLSM LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 11289<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $363,365.04 | Scheduled: | $344,432.90 | | Allowed: | $363,365.04 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O SL LIQUIDATION FUND LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 11560<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $30,830.00   UNDET | Scheduled: | $30,830.00 | | Allowed: | $30,830.00 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: IPS BALERS MFG, INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 11729<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | | |
| UNSECURED | Claimed: | $50,175.84 | | | | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O LLSM LP<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 11851<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | | | |
| UNSECURED | Claimed: | $8,500,000.00 | | | | Allowed: | $8,500,000.00 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: COAL HANDLING SOLUTIONS, INC<br>ATTN: BRIAN WOOD, C/O LLSM LP<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 11852<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) | | | | | |
| UNSECURED | Claimed: | $31,000.80 | Scheduled: | $32,920.80 | | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: WATERBOURNE CONSTRUCTION<br>ADV<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 12209<br>Claim Date: 09/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID | | | | | |
| ADMINISTRATIVE | Claimed: | $319,405.80 | | | | | |
| UNSECURED | | | Scheduled: | $319,405.80 | | | |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 12816
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $95,737.22 | | | | Allowed: | $95,737.22 |
|---|---|---|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O HHLF LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 13081
Claim Date: 09/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $2,606,054.00 | | | | Allowed: | $2,606,054.00 |
|---|---|---|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 13379
Claim Date: 09/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $368,730.90 | Scheduled: | $50,755.18 | Allowed: | $368,730.90 |
|---|---|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 13518-01
Claim Date: 10/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $75,848.45 | | | | Allowed: | $75,848.45 |
|---|---|---|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: KV ASSOCIATES LLC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 13518-02
Claim Date: 10/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| ADMINISTRATIVE | Claimed: | $7,562.50 | | | | Allowed: | $7,562.50 |
|---|---|---|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 13543
Claim Date: 11/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $190,690.74 | | | Allowed: | $190,690.74 |
|---|---|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 13600
Claim Date: 11/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $198,517.38 | | | Allowed: | $198,517.38 |
|---|---|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O SL LIQUIDATION FUND LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 13713
Claim Date: 12/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $437,092.33 | | | Allowed: | $437,092.33 |
|---|---|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 13790
Claim Date: 01/28/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $121,156.11 | Scheduled: | $81,656.11 | Allowed: | $121,156.11 |
|---|---|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 13877
Claim Date: 03/11/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| UNSECURED | Claimed: | $1,314,347.33 | | | Allowed: | $1,314,347.33 |
|---|---|---|---|---|---|---|

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 13878
Claim Date: 03/11/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $43,965.99 | | Allowed: | $43,965.99 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 13879
Claim Date: 03/11/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $387,122.48 | Scheduled: | $422,427.76 | Allowed: | $387,122.48 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
C/O LLSM LP
ATTN: BRIAN WOOD
P.O. BOX 4569
NEW YORK, NY 10163

Claim Number: 13910
Claim Date: 03/17/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $851,305.94 | Scheduled: | $1,344,580.55 UNLIQ | Allowed: | $851,305.94 |

JEFFERSON COUNTY SEWER SERVICE
716 RICHARD ARRINGTON BLVD # 800
BIRMINGHAM, AL 35203

Claim Number: 12287
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $6,027.41 |

JEFFERY ANDERSON TRUCKING, INC
PO BOX 626
ALMA, GA 31510

Claim Number: 3926
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $650.00 | Scheduled: | $650.00 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

JEFFREY ALLEN INC
PO BOX 1520
BRADENTON, FL 34206

Claim Number: 4167
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $738.65 | Scheduled: | $750.00 |
|---|---|---|---|---|

JEFFREY ALLEN, INC.
P.O. BOX 1520
BRADENTON, FL 34206

Claim Number: 729
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $738.65 | | |
|---|---|---|---|---|

JEHU MANAGEMENT, INC
DBA: JMI STAFFING
1900 LAND O'LAKES BLVD. SUITE 107
LUTZ, FL 33549

Claim Number: 1504
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $18,563.01 | | |
|---|---|---|---|---|

JENKINS, KAREN SUE
PO BOX 791
HODGE, LA 71247

Claim Number: 10207
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00  UNLIQ | | |
|---|---|---|---|---|

JENNINGS WOODYARD
PO BOX 1335
PAMPLIN, VA 23958

Claim Number: 6542
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,432.60 | Scheduled: | $6,432.60 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| JERRY D ROSE INC<br>PO BOX 98<br>COURTLAND, VA 23837 | | Claim Number: 7427<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2534 (10/30/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $7,755.83 | Scheduled: | $15,511.65  UNLIQ | Allowed: | $7,755.83 |
| JERRY'S SEPTIC TANK SERVICE<br>18470 NEW KENT HIGHWAY<br>BARHAMSVILLE, VA 23011 | | Claim Number: 680<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $485.00 | Scheduled: | $670.00 | | |
| JET CONTAINER CORP<br>2050 SOUTH HIGH STREET<br>COLUMBUS, OH 43207 | | Claim Number: 4142-01<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $22,646.64 | Scheduled: | $25,107.98 | Allowed: | $22,646.64 |
| JET CONTAINER CORP<br>2050 SOUTH HIGH STREET<br>COLUMBUS, OH 43207 | | Claim Number: 4142-02<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1354 (08/03/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $2,466.34 | | | Allowed: | $2,466.34 |
| JETEX LOGISTICS<br>PO BOX 3587<br>COPPELL, TX 75019-9587 | | Claim Number: 5111<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $192.54 | Scheduled: | $192.54 | | |

| | | | | |
|---|---|---|---|---|
| JG TRUCKING LLC<br>PO BOX 47<br>YANTIC, CT 06389 | | Claim Number: 5509<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4130 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $20,626.72 | Scheduled: | $152,114.11 UNLIQ |
| JG WATER<br>KAREN WYS<br>19051 GOLDEN WEST STREET<br>SUITE 106-217<br>HUNTINGTON BEACH, CA 92648 | | Claim Number: 10437<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $9,262.00 | | |
| JG WATER<br>KAREN WYS<br>19051 GOLDEN WEST STREET<br>SUITE 106-217<br>HUNTINGTON BEACH, CA 92648 | | Claim Number: 11680<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,420.00 | Scheduled: | $8,993.57 |
| JIFFY-JR. PRODUCTS<br>6870 SHINGLE CREEK PARKWAY, SUITE 125<br>MINNEAPOLIS, MN 55430 | | Claim Number: 2417<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $812.88 | Scheduled: | $564.75 |
| JIM WHITEHEAD TIRE SERVICE INC<br>PO BOX 6263<br>AUGUSTA, GA 30906 | | Claim Number: 6657<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,747.44 | Scheduled: | $4,841.07 |

JIMS LEASING INC
15849 SYLVIA DRIVE
DEPT 103
BROOK PARK, OH 44142

Claim Number: 3615
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,200.00 | | | | |
| UNSECURED | Claimed: | $4,000.00 | | | | |

JIT SERVICES, LLC
125 ELECTRONICS BLVD. STE A1
HUNTSVILLE, AL 35824

Claim Number: 7729
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,101.20 | Scheduled: | $2,101.20 |

JK FARMS & TRUCKING
21981 RIVER ROAD N.E.
ST PAUL, OR 97137

Claim Number: 4367
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,771.65 |

JKJ TOOL CO
PO BOX 3065
2102 MARYDALE AVE
WILLIAMSPORT, PA 17701

Claim Number: 6935
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,383.01 | Scheduled: | $5,657.01 |

JKM LOGGING INC
PO BOX 987
WINNFIELD, LA 71483

Claim Number: 3928
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $33,738.23 | Scheduled: | $67,476.46  UNLIQ | Allowed: | $33,738.23 |

JM ELECTRIC CO
C/O NOLAND, HAMERLY, ET AL
PO BOX 2510
SALINAS, CA 93902-2510

Claim Number: 9666
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4729 (02/04/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $61,500.92 | | |
| UNSECURED | Claimed: | $256.20 | Scheduled: | $48,291.41 |

JM ELECTRIC CO
C/O NOLAND, HAMERLY, ET AL
P.O. BOX 2510
SALINAS, CA 93902-2510

Claim Number: 11540
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $61,500.92 | |
| UNSECURED | Claimed: | $256.20 | |

JM GRIMSTAD INC
584 W18887 ENTERPRISE DR
MUSKEGO, WI 53150

Claim Number: 5020
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,419.70 | Scheduled: | $3,419.70 |

JM HYDRAULICS INC
11628 SHELDON STREET
SUN VALLEY, CA 91352

Claim Number: 6515
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $243.71 | Scheduled: | $243.71 |

JMI STAFFING INC
DBA: JMI STAFFING
1900 LAND O'LAKES BLVD. SUITE 107
LUTZ, FL 33549

Claim Number: 1505
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $38,144.41 | Scheduled: | $46,607.74 |

| | | | | |
|---|---|---|---|---|
| JMS SOUTHEAST INC<br>105 TEMPERTURE LANE<br>STATESVILLE, NC 28677-9639 | | Claim Number: 4603<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $147.25 | Scheduled: | $147.25 |
| JMS TRANSPORTATION CO. INC.<br>P.O. BOX 100<br>100 RAILROAD ST. E.<br>NORWAY, IA 52318 | | Claim Number: 626<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $18,856.24 | | |
| JMS TRANSPORTATION INC<br>PO BOX 100<br>NORWAY, IA 52318 | | Claim Number: 7203<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $18,856.24 | Scheduled: | $18,856.24 |
| JMT BROKERAGE INC<br>1274 EAST ST<br>PO BOX 529<br>PITTSFIELD, MA 01201 | | Claim Number: 4718<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,750.00 | | |
| JN ABBOTT DISTRIBUTOR INC<br>PO BOX 1398<br>GILROY, CA 95021 | | Claim Number: 4969<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,674.98 | Scheduled: | $8,674.98 |

JOHN COBLE CONSULTING SERVICES
1377 E GIBTOWN RD
POOLVILLE, TX 76487

Claim Number: 8616
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,475.05 | | | |

JOHN DREW, NASSAU COUNTY TAX COLLECTOR
C/O RICHARD R. THAMES, ESQ.
STUTSMAN THAMES & MARKEY, P.A.
50 NORTH LAURA STREET, SUITE 1600
JACKSONVILLE, FL 32202

Claim Number: 6378
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9051 (05/03/2011)

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $309,574.44 | | Allowed: | $247,669.17 |

JOHN E. MCCAUSLAND, INC.
PO BOX 3202
JACKSONVILLE, FL 32206

Claim Number: 822
Claim Date: 02/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,027.00 | Scheduled: | $2,872.00 | |

JOHN E. MCCAUSLAND, INC.
PO BOX 3202
JACKSONVILLE, FL 32206

Claim Number: 823
Claim Date: 02/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,845.00 | | | |

JOHN H. CARTER COMPANY, INC.
C/O RICKY PASTOR
17630 PERKINS ROAD
BATON ROUGE, LA 70810

Claim Number: 3073-01
Claim Date: 05/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13477
DOCKET: 3195 (12/16/2009)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,889.48 | Scheduled: | $41,751.62 | Allowed: | $13,889.48 |

JOHN H. CARTER COMPANY, INC.
C/O RICKY PASTOR
17630 PERKINS ROAD
BATON ROUGE, LA 70810

Claim Number: 3073-02
Claim Date: 05/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 3195 (12/16/2009)

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $24,684.34 | | Allowed: | $24,684.34 |

JOHN H. CARTER COMPANY, INC.
C/O RICKY PASTOR
17630 PERKINS ROAD
BATON ROUGE, LA 70810

Claim Number: 13477
Claim Date: 10/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $24,684.34 |
| UNSECURED | Claimed: | $13,889.48 |

JOHN HENRY FOSTER CO, INC.
4700 LEBOURGET DR.
ST. LOUIS, MO 63134

Claim Number: 3197
Claim Date: 06/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,401.72 | Scheduled: | $1,189.94 |

JOHN HENRY FOSTER MINNESOTA INC
3103 MIKE COLLINS DRIVE
EAGAN, MN 55121-2298

Claim Number: 4134
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,570.67 | Scheduled: | $5,515.04 |

JOHN R LYMAN CO
60 DEPOT ST
CHICOPEE, MA 01014

Claim Number: 5974
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $422.10 | Scheduled: | $422.10 |

---

JOHN ROCK INC
PO BOX 250
SADSBURYVILLE, PA 19369

Claim Number: 4875
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $52,389.00 | Scheduled: | $53,156.40 | | |

---

JOHNS & CONNER INC.
P.O. BOX 1319
HILLIARD, FL 32046

Claim Number: 1366
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $26,161.22 | Scheduled: | $52,322.44 UNLIQ | Allowed: | $26,161.22 |

---

JOHNS, BILLIE
136 SAND HILL RD.
JONESBORO, LA 71251

Claim Number: 10208
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | |

---

JOHNSON BROTHERS HARDWARE & AUTO SUPPLY
PO BOX 759
YULEE, FL 32041-0759

Claim Number: 1040
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18,225.88 | Scheduled: | $18,225.88 | |

---

JOHNSON EQUIPMENT COMPANY
P.O. BOX 802009
DALLAS, TX 75380-2009

Claim Number: 2615
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18,178.50 | | Allowed: | $18,178.50 |

| | | | | | |
|---|---|---|---|---|---|
| JOHNSON EQUIPMENT COMPANY<br>P.O. BOX 802009<br>DALLAS, TX 75380-2009 | | Claim Number: 2616<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,225.00 | | | |
| JOHNSON EQUIPMENT COMPANY<br>P.O. BOX 802009<br>DALLAS, TX 75380-2009 | | Claim Number: 2617<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $420.00 | | | |
| JOHNSON EQUIPMENT COMPANY<br>P.O. BOX 802009<br>DALLAS, TX 75380-2009 | | Claim Number: 2618<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $14,594.60 | | Allowed: | $14,594.60 |
| JOHNSON EQUIPMENT COMPANY<br>P.O. BOX 802009<br>DALLAS, TX 75380-2009 | | Claim Number: 2619<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,881.18 | Scheduled: | $57,082.70 | |
| JOHNSON EQUIPMENT COMPANY<br>P.O. BOX 802009<br>DALLAS, TX 75380-2009 | | Claim Number: 2620<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,424.72 | | | |

JOHNSON EQUIPMENT COMPANY
P.O. BOX 802009
DALLAS, TX 75380-2009

Claim Number: 2621
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $20,505.30 | | | Allowed: | $20,505.30 |

JOHNSON INDUSTRIAL MACHINERY SERV I
PO BOX 3877
WILSON, NC 27895

Claim Number: 7347
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,936.25 | Scheduled: | $9,193.92 |

JOHNSON JR, J B
1561 GILMORE RD
CENTURY, FL 32535

Claim Number: 8106
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $0.00   UNDET |

JOHNSON POWER LTD
PO BOX 6399
BROADVIEW, IL 60155

Claim Number: 7730
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $11,075.62 | Scheduled: | $11,075.62 |

JOHNSON POWER LTD
P.O. BOX 6399
BROADVIEW, IL 60155

Claim Number: 13418-01
Claim Date: 10/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $8,641.13 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

JOHNSON POWER LTD
P.O. BOX 6399
BROADVIEW, IL 60155

Claim Number: 13418-02
Claim Date: 10/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,434.49 | | |
| --- | --- | --- | --- | --- |

---

JOHNSON PRINTING COMPANY
1416 VALLEY HIGH DR NW
ROCHESTER, MN 55901

Claim Number: 7990
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $553.21 | Scheduled: | $477.89 |
| --- | --- | --- | --- | --- |

---

JOHNSON'S PLUMBING & HEATING COMPANY
1840 OTSEGO AVENUE
COSHOCTON, OH 43812

Claim Number: 1323
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $62,353.16 | Scheduled: | $64,162.82 |
| --- | --- | --- | --- | --- |

---

JOHNSON, HAROLD
C/O BOYD & KENTER
1150 GRAND # 700
KANSAS CITY, MO 64106

Claim Number: 9338
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| --- | --- | --- | --- | --- |

---

JOHNSON, HARVIE
309 MITCHEL ST.
JONESBORO, LA 71251

Claim Number: 10209
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| --- | --- | --- | --- | --- |

---

| | | | | |
|---|---|---|---|---|
| JONES BROTHERS TRUCKING<br>7145 HWY 10 W.<br>MISSOULA, MT 59808 | | Claim Number: 1339<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $30,385.55 | Scheduled: | $29,224.01 |
| JONES LAWN & GARDEN<br>147-1 WESTLEE ST.<br>SHELBY, NC 28150 | | Claim Number: 1972<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,581.00 | Scheduled: | $2,519.85 |
| JONES, CAROLYN M<br>C/O KERNAN AND KERNAN, P.C.<br>258 GENESEE STREET<br>SUITE 600<br>UTICA, NY 13502 | | Claim Number: 3577<br>Claim Date: 07/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $37,500.00   UNLIQ | | |
| JONES, CAROLYN M.<br>U.S. EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION<br>33 WHITEHALL STREET, 5TH FL.<br>NEW YORK, NY 10004 | | Claim Number: 2830<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $330,000.00   UNLIQ | | |
| JONES, DARRELL L.<br>1427 RIDDICK STREET<br>CHESAPEAKE, VA 23321 | | Claim Number: 10506<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| | | |
|---|---|---|
| JONES, DOROTHY J.<br>PO BOX 913<br>HODGE, LA 71247 | | Claim Number: 10210<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| JONES, EUGENE H.<br>225 DANA DR.<br>PINEVILLE, LA 71360 | | Claim Number: 10211<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| JONES, GORDON L<br>23810 BROKEN LANCE LN<br>LIBERTY LAKE, WA 99019-8737 | | Claim Number: 4588<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
| UNSECURED | Claimed: | $0.00  UNDET |
| JONES, JEFFREY TODD<br>PO BOX 1075<br>HODGE, LA 71247 | | Claim Number: 10212<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $0.00  UNLIQ |
| JONES, MITCHELL LANE<br>PO BOX 386<br>QUITMAN, LA 71268 | | Claim Number: 10213<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

JONES, PAUL
STEPHEN THOMPSON, FRIEDERICH & THOMPSON
1120 E. 80TH STREET
SUITE 106
BLOOMINGTON, MN 55420

Claim Number: 4768
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,190.78 | Allowed: | $5,190.78 |

JONES, PAUL
STEPHEN THOMPSON, FRIEDERICH & THOMPSON
1120 E. 80TH STREET
SUITE 106
BLOOMINGTON, MN 55420

Claim Number: 13087
Claim Date: 09/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,709.22 | Allowed: | $4,709.22 |

JONES, ROGER W.
C/O JAMES E. SORENSON, ESQ.
WILLIAMS, GAUTIER, GWYNN, DELOACH, &
SORENSON P.A., PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10664
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $32,819.07 |

JONES, ROGER W.
C/O JAMES E. SORENSON, ESQ.
WILLIAMS, GAUTIER, GWYNN, DELOACH, &
SORENSON P.A. PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10687
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $3,769.40 |

JONES, RONALD F.
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10723
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $7,387.70 |

| | | | | | | |
|---|---|---|---|---|---|---|
| JORDAN OIL RECOVERY- HAZMANT<br>C/O HAINCO, LCC- ASSIGNEE<br>301 ROUTE 17- 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 9321-01<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $180,935.20 | | | Allowed: | $180,935.20 |
| JORDAN, JAMES CROSBY<br>103 GLYNN DRIVE<br>JONESBORO, LA 71251 | | Claim Number: 10214<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| JOSEPH T RYERSON AND SON, INC.<br>ATTN: KING, KYLE<br>7701 LINDSEY RD<br>LITTLE ROCK, AR 72206 | | Claim Number: 3050<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $23,229.96 | Scheduled: | $19,587.54 | Allowed: | $23,229.96 |
| JOYCE ENGINEERING, INC.<br>1604 OWNBY LANE<br>RICHMOND, VA 23220 | | Claim Number: 2437<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,665.63 | Scheduled: | $8,825.63 | | |
| JOYCE, JULIAN RUSSELL<br>60 OAK FOREST RD<br>BASSETT, VA 24055 | | Claim Number: 8124<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |

| | | | | |
|---|---|---|---|---|
| JP MORGAN CHASE BANK, N.A.<br>ATTN: ANN C. KURINSKAS MANAGING DIRECTOR<br>277 PARK AVENUE, FLOOR 8<br>NEW YORK, NY 10172-0003 | | Claim Number: 10772<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| SECURED | Claimed: | $19,410,605.00 | | |
| UNSECURED | | | Scheduled: | $24,949.33 |
| JP SPECIALTIES LLC<br>110 E 17TH STREET<br>COLUMBIA, TN 38401 | | Claim Number: 5745<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $421.00 | Scheduled: | $421.00 |
| JPS EQUIPMENT, LLC<br>PO BOX 75<br>WEST MONROE, LA 71294-0075 | | Claim Number: 2438<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,467.55 | Scheduled: | $7,388.70 |
| JPS INDUSTRIES, INC.<br>PO BOX 500<br>BRISTOL, NH 03222 | | Claim Number: 4204<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $17,010.00 | Scheduled: | $17,010.00 |
| JR TRUCKING<br>3225 LAMPLITER<br>EL PASO, TX 79925 | | Claim Number: 10912<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $18,099.85 | Scheduled: | $16,651.58 |

| | | | | | |
|---|---|---|---|---|---|
| JRS TRUCKING INC<br>575 BARNETT HWY<br>BREWTON, AL 36426 | | Claim Number: 4940<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $7,917.60 | Scheduled: | $7,917.60 | |
| JSI INC<br>PO BOX 160<br>TYRONE, GA 30290 | | Claim Number: 5144<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,853.40 | Scheduled: | $5,084.40 | |
| JUNEAU DAVID, APLC<br>1018 HARDING STREET, SUITE 202<br>LAFAYETTE, LA 70503 | | Claim Number: 3048<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $21,429.07 | | Allowed: | $21,429.07 |
| JURGENS BAUER & ASSOCIATES<br>29 SALTER PLACE<br>MAPLEWOOD, NJ 07040 | | Claim Number: 7901<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,500.00 | Scheduled: | $2,500.00 | |
| JUSTICE FIRE & SAFETY INC<br>PO BOX 903<br>SIOUX FALLS, SD 57101 | | Claim Number: 3604<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7554 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,267.86   UNDET | Scheduled: | $1,267.86 | |

| | | | |
|---|---|---|---|
| JUSTICE, LONNIE<br>KATHERINE D. DAUGHTREY, ESQ.<br>FREKING & BETZ, LLC<br>525 VINE ST., 6TH FLOOR<br>CINCINNATI, OH 45202 | | Claim Number: 10993<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | |

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | |
| UNSECURED | Claimed: | $409,000.00 | |

| | | | |
|---|---|---|---|
| JW JONES LUMBER CO INC<br>1443 NORTHSIDE ROAD<br>ELIZABETH CITY, NC 27909 | | Claim Number: 3868<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $42,849.00 | |
| UNSECURED | | Scheduled: | $89,015.78 UNLIQ |

| | | | |
|---|---|---|---|
| JW MOORE PRINTING CO INC<br>3011 CARRIER<br>MEMPHIS, TN 38116 | | Claim Number: 1003<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $4,619.99 | Scheduled: | $5,684.79 |

| | | | |
|---|---|---|---|
| K & D INDUSTRIAL SERVICES, INC.<br>30105 BEVERLY<br>ROMULUS, MI 48174 | | Claim Number: 1807<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,460.62 | Scheduled: | $2,460.62 |

| | | | |
|---|---|---|---|
| K AND J LAWN CARE<br>807 S 3RD TERRACE<br>SAVANNAH, MO 64485 | | Claim Number: 8615<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,743.75 | Scheduled: | $1,743.75 |

---

K AND R WEIGH SYSTEMS INC
1416 SE 21 AVENUE
CAPE CORAL, FL 33990

Claim Number: 3621
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,230.99 | Scheduled: | $10,209.99 | |

K B REALTY, LLP
C/O NANCY FOLEY
17 OVERLOOK DRIVE
WILBRAHAM, MA 01095

Claim Number: 2097
Claim Date: 04/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $30,307.72 | |

K&B LUMBER
4865 CR 19
MILLERSBURG, OH 44654

Claim Number: 3728
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1329 (07/28/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,482.49 | | | Allowed: | $1,482.49 |
| UNSECURED | | | Scheduled: | $1,482.49 | | |

K&G BOX COMPANY
PO BOX 40104
JACKSONVILLE, FL 32206

Claim Number: 10000
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,516.15 | Scheduled: | $501.50 | |

K&J CONTAINERS, INC.
C/O ROBERT L.COHEN, ESQ.
ALTERNATIVE BANKRUPTCY CONCEPTS, INC.
8081 ORANGETHORPE AVENUE
BUENA PARK, CA 90621

Claim Number: 91
Claim Date: 02/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8759 (11/15/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $58,969.59 | | Allowed: | $58,969.59 |

| | | | | |
|---|---|---|---|---|
| K&J CONTAINERS, INC.<br>8081 ORANGETHORPE AVE<br>BUENA PARK, CA 90621-3801 | | Claim Number: 9643<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
| UNSECURED | Claimed: | $58,969.59 | Scheduled: | $69,329.19 |
| K&J TRUCKING INC<br>PO BOX 1127<br>SIOUX FALLS, SD 57101-1127 | | Claim Number: 3630<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,341.64 | Scheduled: | $3,341.64 |
| KADLEC, CHARLES F<br>29 FAIR DRIVE<br>SOMERSET, MA 02726 | | Claim Number: 9857<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $350,971.00 | | |
| KANAWHA SCALES & SYSTEMS OF OHIO INC.<br>PO BOX 569<br>POCA, WV 25159 | | Claim Number: 3544<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,418.20 | Scheduled: | $2,220.20 |
| KANSAS CITY POWER & LIGHT GMO<br>P.O. BOX 11690<br>KANSAS CITY, MO 64138 | | Claim Number: 13867<br>Claim Date: 03/08/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $6,158.16 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| KANSAS CITY POWER&LIGHT GMO<br>PO BOX 11690<br>KANSAS CITY, MO 64121-9703 | | Claim Number: 5616<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13867<br>DOCKET: 6649 (04/07/2010) | | | | |
| UNSECURED | Claimed: | $6,158.16 | | | | |
| KANSAS CITY SOUTHERN RAILWAY COMPANY,THE<br>PO BOX 219335<br>KANSAS CITY, MO 64121-9335 | | Claim Number: 6853<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5734 (03/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $317,738.83 | Scheduled: | $317,734.20 | Allowed: | $317,738.83 |
| KANSAS GAS SERVICE<br>PO BOX 22158<br>TULSA, OK 74121-2158 | | Claim Number: 6999<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $12,485.62 | Scheduled: | $9,008.51 | Allowed: | $12,485.62 |
| KARL TYLER CHEVROLET<br>PO BOX 16025<br>MISSOULA, MT 59808 | | Claim Number: 5977<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $137.25 | Scheduled: | $149.78 | | |
| KARSTETTER, BARBARA<br>305 W TELEGRAPH ST<br>DOWAGIAC, MI 49047 | | Claim Number: 6144<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | | | |

KASPARIANS PAINT CENTER
4635 N CEDAR
FRESNO, CA 93726

Claim Number: 4630
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $110.45 | Scheduled: | $110.45 |
| --- | --- | --- | --- | --- |

KAW RIVER RAILROAD, INC
C/O CRYSTANNA COX, ESQ
2345 GRAND BLVD, STE 2800
KANSAS CITY, MO 64108

Claim Number: 9662
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,200.00 | | |
| --- | --- | --- | --- | --- |

KAWEAH CONTAINER
PO BOX 279
CUTLER, CA 93615

Claim Number: 12533
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,518.25 | Scheduled: | $8,518.25 |
| --- | --- | --- | --- | --- |

KBC TOOLS & MACHINERY INC
1021 S PLACENTIA AVE
FULLERTON, CA 92831

Claim Number: 4211
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $155.25 | Scheduled: | $155.25 |
| --- | --- | --- | --- | --- |

KBC WEAR COMPONENTS
410 LIGHTHOUSE RD.
HILTON, NY 14468

Claim Number: 61
Claim Date: 02/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $350.50 | | |
| --- | --- | --- | --- | --- |

KC LANDSCAPE & IRRIGATION
W.T. SKIP LEAKE, ATTORNEY & COUNSELOR
2201 N COLLINS ST STE 110
P.O. BOX 201786
ARLINGTON, TX 76006-1786

Claim Number: 3177
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,607.65 | Scheduled: | $10,882.24 | | |
|---|---|---|---|---|---|---|

KC SPOTTING CO INC
P.O. BOX 2026
OPELIKA, AL 36803

Claim Number: 2943
Claim Date: 05/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $29,554.50 | Scheduled: | $28,702.50 | Allowed: | $29,554.50 |
|---|---|---|---|---|---|---|

KCCDD, INC.
2015 WINDISH DRIVE
GALESBURG, IL 61401

Claim Number: 7081
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $19,123.50 | Scheduled: | $19,123.50 | | |
|---|---|---|---|---|---|---|

KCM PACKAGING
1100 INTERNATIONALE PARKWAY
WOODRIDGE, IL 60517

Claim Number: 7581
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $18,802.45 | Scheduled: | $18,802.45 | | |
|---|---|---|---|---|---|---|

KEATON, WALTER
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10703
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $205,000.00 | | | | |
|---|---|---|---|---|---|---|

KEBO TRANSPORTATION
1775 CONTINENTAL WAY
ATLANTA, GA 30316

Claim Number: 1455
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $14,976.60 | | $15,794.10 |

KEEBLER, JERRY H.
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10702
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $287,505.85 |

KEENEY, ROBERT L
22962 S HAINES RD
CANBY, OR 97013

Claim Number: 11615
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8391 (08/16/2010)

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| PRIORITY | | $1,000,000.00 | | |
| UNSECURED | | | | $10,000.00 |

KEHL KOLOR INC
PO BOX 770
ASHLAND, OH 44805

Claim Number: 5512
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $7,329.98 | | $7,329.98 |

KELLEY, DANNY MAX
376 CASTLEWOOD ESTATES RD.
QUITMAN, LA 71268

Claim Number: 10215
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00   UNLIQ |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

KELLEY, JOHN M.
7053 QUITMAN HWY.
QUITMAN, LA 71268

Claim Number: 10216
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

KELLEY, RODNEY
492 PEBBLE DR.
JONESBORO, LA 71251

Claim Number: 10217
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

KELLY SERVICES INC.
999 W BIG BEAVER ROAD
TROY, MI 48084

Claim Number: 1563-01
Claim Date: 03/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $68,440.10 | Scheduled: | $70,375.29 |

---

KELLY, CHARLES O.
BARON & BUDD, P.C.
THE CENTRUM SUITE 1100
3102 OAK LAWN AVE
DALLAS, TX 75219

Claim Number: 11834
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8610 (10/11/2010)

| UNSECURED | Claimed: | $0.00   UNDET |

---

KELLY, EVA MARIE
376 CASTLEWOOD STATE ROAD
QUITMAN, LA 71268

Claim Number: 10337
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

---

KELLY, PHILLIP R.
4872 WALKER RD
JONESBORO, LA 71251

Claim Number: 10304
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

KEMPER INDUSTRIES INC
PO BOX 1172
DAPHNE, AL 36526

Claim Number: 7953
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $352.35 | Scheduled: | $352.35 |
|---|---|---|---|---|

KEN TECHOLOGY INC
618 N. EDGEWOOD AVENUE
WOOD DALE, IL 60191

Claim Number: 10757
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $878.85 | Scheduled: | $878.85 |
|---|---|---|---|---|

KENCO LOGISTICS SVC
650 WAVHATCHIE PIKE
CHATTANOOGA, TN 37419

Claim Number: 2503
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $639.60 | Scheduled: | $406.20 |
|---|---|---|---|---|

KENNEDY, MARK A.
403 GARNER RD
JONESBORO, LA 71251

Claim Number: 10305
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

KENT CARDS & GIFTS, INC
DBA VALE EDGE FLORIST & GIFTS SHOP
247 1/2 S. CHESTNUT STREET
RAVENNA, OH 44266

Claim Number: 7688-02
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $243.01 | | |
|---|---|---|---|---|

KENT SCHOOL DISTRICT
FOOD & NUTRITION SERVICE
BLDG. E
12033 S.E. 256TH
KENT, WA 98030

Claim Number: 1085
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $476.94 | Scheduled: | $966.70 |
|---|---|---|---|---|

KENTUCKY DEPARTMENT OF REVENUE
ATTN: LEANNE WARREN
LEGAL BRANCH-BANKRUPTCY SECTION
PO BOX 5222
FRANKFORT, KY 40602

Claim Number: 6366
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| PRIORITY | Claimed: | $0.00 | UNDET | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET | |

KENTUCKY DEPARTMENT OF REVENUE
ATTN: LEANNE WARREN
LEGAL BRANCH-BANKRUPTCY SECTION
PO BOX 5222
FRANKFORT, KY 40602

Claim Number: 13521
Claim Date: 10/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| PRIORITY | Claimed: | $43,850.46 | | |
|---|---|---|---|---|

KENTUCKY MACHINE & TOOL COMPANY
3107 MILLERS LANE
LOUISVILLE, KY 40216

Claim Number: 987
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $950.00 | Scheduled: | $950.00 |
|---|---|---|---|---|

---

KENTUCKY UTILITIES COMPANY
ONE QUALITY STREET
LEXINGTON, KY 40507

Claim Number: 13851
Claim Date: 02/26/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,211.72 | Scheduled: | $2,379.89 | Allowed: | $11,211.72 |
|---|---|---|---|---|---|---|

KENWORTH SALES MISSOULA
PO BOX 16145
MISSOULA, MT 59808

Claim Number: 3726
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| UNSECURED | Claimed: | $299.99 | Scheduled: | $240.27 | | |
|---|---|---|---|---|---|---|

KERSH DO, FREDRICK W.
PO BOX 130757
TYLER, TX 75713-0757

Claim Number: 8260
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $90.00 | Scheduled: | $90.00 | | |
|---|---|---|---|---|---|---|

KESSLER INDUSTRIES INC
8600 GATEWAY BLVD E
EL PASO, TX 79907-1714

Claim Number: 6909
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $611.61 | | | | |
|---|---|---|---|---|---|---|

KEW WEST METAL IND., INC
13831 S. KOSTNER AVE
CRESTWOOD, IL 60445

Claim Number: 131
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $28,907.00 | Scheduled: | $13,404.00 | Allowed: | $28,907.00 |
|---|---|---|---|---|---|---|

KEY EQUIPMENT FINANCE INC.
C/O SCOTT SCHAFER
1000 SOUTH MCCASLIN BOULEVARD
SUPERIOR, CO 80027

Claim Number: 11288
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8844 (12/10/2010)
THIS CLAIM IS PAID

| SECURED | Claimed: | $100,000.00 UNLIQ | | | | |

KEYSTAR SERVICES INC
3910 WALNUT STREET
HARRISBURG, PA 17109

Claim Number: 4817
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $14,861.65 | Scheduled: | $14,861.65 | Allowed: | $14,861.65 |

KEYSTONE PAPER & BOX CO. INC.
C/O COFACE NORTH AMERICA INC.
50 MILLSTONE ROAD
BUILDING 100, SUITE 360
EAST WINDSOR, NJ 08520-1414

Claim Number: 2249
Claim Date: 04/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $256,221.77 | | | | |

KIM CONTROLS INC
10045 DAVENPORT STREET
MINNEAPOLIS, MN 55434

Claim Number: 4302
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8898 (01/20/2011)

| UNSECURED | Claimed: | $0.00 UNDET | | | | |

KIMBALL MIDWEST
4800 ROBERTS ROAD
COLUMBUS, OH 43228

Claim Number: 200
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $25,485.26 | Scheduled: | $28,436.91 | Allowed: | $25,485.26 |

| | | | | |
|---|---|---|---|---|
| KIMBRO OIL COMPANY<br>2200 CLIFTON AVE<br>NASHVILLE, TN 37203 | | Claim Number: 6414<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,439.19 | Scheduled: | $5,730.59 |
| KIMP, HENRY JAMES<br>PO BOX 1061<br>HODGE, LA 71247 | | Claim Number: 10218<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| KINDER MORGAN<br>ATTN: MELISSA BARNES<br>501 NORTH 3RD STREET<br>FERNANDINA BEACH, FL 32034 | | Claim Number: 13810<br>Claim Date: 02/05/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $58,448.91 | | |
| KING, GAIL<br>3012 WEST HILLS DRIVE<br>MARYVILLE, TN 37803 | | Claim Number: 11625<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
| UNSECURED | Claimed: | $4,262.64 | Scheduled: | $4,262.64 |
| KING, VERNON<br>9 MINNOW LANE<br>COLUMBIA, LA 71418 | | Claim Number: 10338<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

KINGDOM PROJECTS INC
2611 NORTH BLUFF
FULTON, MO 65251

Claim Number: 4513
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $615.90 | Scheduled: | $632.00 | | |
|---|---|---|---|---|---|---|

KINGS BAY HONDA
1999 COMMERCE DR STE C
KINGSLAND, GA 31548-6558

Claim Number: 924
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $342.18 | Scheduled: | $342.18 | | |
|---|---|---|---|---|---|---|

KINGSTREE FOREST PRODUCTS, INC.
POST OFFICE BOX 427
KINGSTREE, SC 29556

Claim Number: 13338
Claim Date: 09/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $33,546.09 | Scheduled: | $67,092.19 UNLIQ | Allowed: | $33,546.09 |
|---|---|---|---|---|---|---|

KINYO ENTREPRISES
290 ENTERPRISE DRIVE
NEWPORT NEWS, VA 23602

Claim Number: 6017
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $89.00 | Scheduled: | $89.00 | | |
|---|---|---|---|---|---|---|

KIRBY RISK ELECTRICAL SUPPLY (COLUMBUS)
PO BOX 664117
INDIANAPOLIS, IN 46266

Claim Number: 12117
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,637.00 | Scheduled: | $4,625.60 | | |
|---|---|---|---|---|---|---|

KIRKLAND, RONALD GLEN
595 CHATHAM LAKE RD
CHATHAM, LA 71226

Claim Number: 10306
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |

KIROVAC, RENE
C/O KOSKIE MINSKY LLP
ATTN: ANDREA MCKINNON
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 12996
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8723 (11/08/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $290,880.17 | Scheduled: | $191,899.40 | Allowed: | $323,490.00 |

KIRST ENGINEERING CO., INC.
P.O. BOX 30796
BILLINGS, MT 59107

Claim Number: 3417
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $33,430.67 | Scheduled: | $33,404.45 | | |

KIRWAN MECHANICAL INC
23840 W INDUSTRIAL DR S
PLAINFIELD, IL 60544

Claim Number: 4984
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,103.00 | Scheduled: | $3,103.00 | | |

KITE TIMBER COMPANY INC
18277 NW 75TH AVE.
STARKE, FL 32091

Claim Number: 7588
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,977.82 | Scheduled: | $17,955.64  UNLIQ | | |

| | | | | | |
|---|---|---|---|---|---|
| KIWIPLAN INC<br>8650 GOVERNOR'S HILL DRIVE<br>SUITE 350<br>CINCINNATI, OH 45249 | | Claim Number: 5339<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) | | | |
| UNSECURED | Claimed: | $564,584.85   UNLIQ | Scheduled: | $561,334.85 | |
| KLAISLE, BONNIE<br>7 CEDAR WAXWING ROAD<br>LAKE WYLIE, SC 29710 | | Claim Number: 10074<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | |
| PRIORITY | Claimed: | $37,041.00   UNLIQ | | | |
| KLAISLE, BONNIE<br>7 CEDAR WAXWING ROAD<br>LAKE WYLIE, SC 29710 | | Claim Number: 12523<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | |
| PRIORITY | Claimed: | $3,284.00 | | | |
| KLAMERUS, RICHARD, NAMED PLAINTIFF IN<br>ERICKSON, ROY D. ET AL.<br>C/O TOM L. LEWIS: LEWIS, SLOVACK &<br>KOVACICH, PC, P.O. BOX 2325<br>GREAT FALLS, MT 59403 | | Claim Number: 6649<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $1,000,000.00 | | | |
| KLATT, FRED W<br>111 SHERRY LN<br>MANDEVILLE, LA 70471 | | Claim Number: 11471<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4177 (01/15/2010) | | | |
| PRIORITY | Claimed: | $201,015.92 | | | |
| UNSECURED | | | | Allowed: | $14,704.92 |

---

KLS HYDRAULICS & MACHINE WORKS LLC
3650 GRANT CREEK ROAD
MISSOULA, MT 59808

Claim Number: 684
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,506.67 | Scheduled: | $10,527.46 | Allowed: | $11,506.67 |
|---|---|---|---|---|---|---|

KMW ENTERPRISES
713 RIVER STREET
ONTONAGON, MI 49953

Claim Number: 6661
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,825.23 | Scheduled: | $15,825.23 | | |
|---|---|---|---|---|---|---|

KNIGHT TRANSPORTATION SERVICES
PO BOX 29897
PHOENIX, AZ 85038-9897

Claim Number: 5354
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $41,688.00 | Scheduled: | $32,773.89 | | |
|---|---|---|---|---|---|---|

KNIGHTS PUMPING AND PORTABLE
PO BOX 41657
BAKERSFIELD, CA 93384

Claim Number: 3684
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $592.89 | Scheduled: | $592.89 | | |
|---|---|---|---|---|---|---|

KNIGHTS PUMPING AND PORTABLE
PO BOX 41657
BAKERSFIELD, CA 93384

Claim Number: 5565
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $592.89 | | | | |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| KNOX COUNTY TREASURER<br>KNOX COUNTY COURTHOUSE<br>200 S CHERRY STREET<br>GALESBURG, IL 61401 | | Claim Number: 6767<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | |
| PRIORITY | | | Scheduled: | $0.00 UNLIQ | |
| SECURED | Claimed: | $41,442.41 | | | |
| KNOXVILLE UTILITIES BOARD<br>PO BOX 59017<br>KNOXVILLE, TN 37950-9017 | | Claim Number: 2687<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $137,919.39 | | Allowed: | $137,919.39 |
| KOBYLUCK SAND & GRAVEL, INC.<br>24 INDUSTRIAL DRIVE<br>WATERFORD, CT 06385 | | Claim Number: 1948<br>Claim Date: 04/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,044.53 | Scheduled: | $2,044.53 | |
| KOCH GLITSCH LP<br>PO BOX 915034<br>DALLAS, TX 75391-5034 | | Claim Number: 9663<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $6,659.20 | Scheduled: | $6,659.20 | |
| KOMBRINK, BETTY<br>156 N MAIN ST<br>EDWARDSVILLE, IL 62025-1972 | | Claim Number: 6223<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ | |

---

KOMBRINK, BETTY (AUGUST B KOMBRINK, DEC)
156 N MAIN ST
EDWARDSVILLE, IL 62025-1972

Claim Number: 6227
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | | |
|---|---|---|---|---|---|

KOMEN, CURTISS M
13402 MASON GROVE LANE
TOWN AND COUNTRY, MO 63131

Claim Number: 11639
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8649 (10/15/2010)

| UNSECURED | Claimed: | $195,103.00 | | Allowed: | $10,000.00 |
|---|---|---|---|---|---|

KONE INC.
3550 GEORGE BUSBEE PKWY
SUITE 360
KENNESAW, GA 30144

Claim Number: 7339
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,972.62 | Scheduled: | $3,972.62 | |
|---|---|---|---|---|---|

KONECRANES, INC.
ATTN: KAREN MOORE
4401 GATEWAY BLVD.
SPRINGFIELD, OH 45502

Claim Number: 9843
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $26,322.01 | Scheduled: | $139,435.69 | Allowed: | $26,322.01 |
|---|---|---|---|---|---|---|

KONZ WOOD PRODUCTS
C/O GILL, PATRICK - ATTORNEY
DIV. OF APPLETON LUMBER CO.
128 N DURKEE STREET
APPLETON, WI 54911

Claim Number: 3051
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $27,718.40 | Scheduled: | $27,718.40 | |
|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| KOORSEN FIRE AND SECURITY<br>2719 N ARLINGTON AVENUE<br>INDIANAPOLIS, IN 46218-3322 | | Claim Number: 4075<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,457.02 | Scheduled: | $4,947.17 | | |
| KOPCO NWC CORP<br>5730 NORTH 6TH ST<br>FORT SMITH, AR 72904 | | Claim Number: 8871-01<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $7,037.41 | | | | |
| KOPCO, INC.<br>5730 NORTH 6TH STREET<br>FORT SMITH, AR 72904 | | Claim Number: 1064<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | | |
| UNSECURED | Claimed: | $7,765.48 | Scheduled: | $7,765.48 | | |
| KORN FERRY INTERNATIONAL<br>NW 5064<br>P.O.BOX 1450<br>MINNEAPOLIS, MN 55485-5064 | | Claim Number: 6783<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $11,403.00 | Scheduled: | $3,308.00 | Allowed: | $11,403.00 |
| KOSKI ENTERPRISES<br>PO BOX F<br>4810 WILLIAMSBURG RD<br>HURLOCK, MD 21643 | | Claim Number: 3421<br>Claim Date: 06/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,450.83 | Scheduled: | $9,500.83 | | |

| | | | | |
|---|---|---|---|---|
| KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>RE: WILLIAM W. BEARDSELL<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11782<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $77,500.04   UNLIQ | Allowed: | $59,288.54 |
| KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>RE: JOSEPH E. SOUCCAR<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11784<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $988,451.03   UNLIQ | Allowed: | $660,803.36 |
| KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>RE: JOAN E. STADELMAN<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11785<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $136,898.47   UNLIQ | Allowed: | $97,686.40 |
| KOSKIE MINSKY LLP<br>C/O BARRISTERS AND SOLICITORS<br>RE: T. OSCAR STANGELAND<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11786<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,391,014.60   UNLIQ | Allowed: | $2,326,376.74 |
| KOSKIE MINSKY LLP<br>C/O BARRISTERS AND SOLICITORS<br>RE: GORDEN MACKERIE DE B. STRATHY<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11787<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $541,458.98   UNLIQ | Allowed: | $358,462.85 |

| | | | | |
|---|---|---|---|---|
| KOSKIE MINSKY LLP<br>C/O BARRISTERS AND SOLICITORS<br>RE: ROBERT W. SWEENEY<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11788<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $14,698.88   UNLIQ | Allowed: | $12,168.12 |
| KOSKIE MINSKY LLP<br>C/O BARRISTERS AND SOLICITORS<br>RE: CAROL TREMBLAY<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11789<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $123,545.52   UNLIQ | Allowed: | $67,545.48 |
| KOSKIE MINSKY LLP<br>C/O BARRISTERS AND SOLICITORS<br>RE: WILLIAM I.M. TURNER<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11790<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,083,489.70   UNLIQ | Allowed: | $1,542,867.83 |
| KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>RE: TONY WONG<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11791<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $244,667.55   UNLIQ | Allowed: | $123,636.78 |
| KOSKIE MINSKY LLP<br>RE: TIMOTHY J. WAGG<br>900-20 QUEEN ST. W.<br>BOX 52<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11792<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $833,432.92   UNLIQ | Allowed: | $559,640.35 |

| | | | | |
|---|---|---|---|---|
| KOSKIE MINSKY LLP<br>RE: GERALD BELLEHUMEUR<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11915<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $41,646.25   UNLIQ | Allowed: | $36,411.23 |
| KOSKIE MINSKY LLP<br>RE: PIERRE BEDARD<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11916<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $50,628.78   UNLIQ | Allowed: | $44,295.68 |
| KOSKIE MINSKY LLP<br>RE: KENNETH ROSS HUGHES<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11917<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $139,659.51   UNLIQ | Allowed: | $106,936.66 |
| KOSKIE MINSKY LLP<br>RE: THOMAS H. GRAY<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11918<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $129,257.68   UNLIQ | Allowed: | $91,385.06 |
| KOSKIE MINSKY LLP<br>RE: COLIN FRASER<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11919<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $48,468.15   UNLIQ | Allowed: | $39,298.06 |

| | | | | |
|---|---|---|---|---|
| KOSKIE MINSKY LLP<br>RE: RAYMOND FELIX<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11920<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $914,950.81   UNLIQ | Allowed: | $595,648.05 |
| KOSKIE MINSKY LLP<br>RE: PAUL S. ECHENBERG<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11921<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $831,165.10   UNLIQ | Allowed: | $544,088.75 |
| KOSKIE MINSKY LLP<br>RE: BARTLEY G. DUNS<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11922<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $439,016.98   UNLIQ | Allowed: | $276,390.13 |
| KOSKIE MINSKY LLP<br>RE: GUY G. DUFRESNE<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11923<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $881,625.78   UNLIQ | Allowed: | $566,717.73 |
| KOSKIE MINSKY LLP<br>RE: ALAIN DUBUC<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11924<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $510,250.20   UNLIQ | Allowed: | $250,688.09 |

KOSKIE MINSKY LLP
RE: JEAN JACQUES CARRIER
BARRISTERS AND SOLICITORS
20 QUEEN ST. WEST SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 11925
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $630,352.21   UNLIQ | Allowed: | $382,023.06 |
|---|---|---|---|---|

KOSKIE MINSKY LLP
RE: PETER CAMPBELL
BARRISTERS AND SOLICITORS
20 QUEEN ST. WEST SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 11926
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $20,414.83   UNLIQ | Allowed: | $17,848.64 |
|---|---|---|---|---|

KOSKIE MINSKY LLP
RE: JEAN M. BLYTH
BARRISTERS AND SOLICITORS
20 QUEEN ST. WEST SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 11927
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,248.90   UNLIQ | Allowed: | $9,064.01 |
|---|---|---|---|---|

KOSKIE MINSKY LLP
RE: MARCEL BLACKBURN
BARRISTERS AND SOLICITORS
20 QUEEN ST. WEST SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 11928
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $116,772.82   UNLIQ | Allowed: | $87,442.84 |
|---|---|---|---|---|

KOSKIE MINSKY LLP
RE: MARY A. SCOTT
BARRISTERS AND SOLICITORS
20 QUEEN ST. WEST SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 11968
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $115,114.10   UNLIQ | Allowed: | $96,258.51 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| KOSKIE MINSKY LLP<br>RE: JOHN D. ANDREW<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11969<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $112,678.32   UNLIQ | | | Allowed: | $88,094.70 |
| KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICTORS<br>RE: RENE KIROUAC<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 13876<br>Claim Date: 03/11/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8651 (10/15/2010) | | | | |
| UNSECURED | Claimed: | $390,579.15   UNLIQ | | | Allowed: | $157,254.31 |
| KOTZ, CARRIE JARRELL<br>PO BOX 174<br>EROS, LA 71238 | | Claim Number: 10219<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| KPA/WITT PLASTICS, INC<br>KLOCKNER PENTAPLAST OF AMERICA INC<br>ATTN: KATE SHOTTS<br>PO BOX 500<br>GORDONSVILLE, VA 22942 | | Claim Number: 1631<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,575.00 | Scheduled: | $462.50 | | |
| KPAX COMMUNICATIONS INC<br>PO BOX 4827<br>MISSOULA, MT 59806 | | Claim Number: 9713<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $14,913.00 | Scheduled: | $9,291.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| KR SMITH WOOD TRANSFER 741 INC<br>1155 E JOHNSON<br>TATUM, TX 75691 | | Claim Number: 6429<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $61,217.88 | Scheduled: | $122,435.76 UNLIQ | Allowed: | $61,217.88 |
| KRAFT POWER CORPORATION<br>199 WILDWOOD AVE<br>WOBURN, MA 01888 | | Claim Number: 2638<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 139<br>DOCKET: 6649 (04/07/2010) | | | | |
| UNSECURED | Claimed: | $22,003.58 | Scheduled: | $22,003.58 | Allowed: | $22,003.58 |
| KRIS CLARK TRUCKING<br>2307 FAIR VIEW AVE<br>MISSOULA, MT 59801 | | Claim Number: 5018<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,178.40 | Scheduled: | $2,356.76 UNLIQ | | |
| KROEKER INC DEMOLITION & RECYCLING<br>4627 S CHESTNUT AVENUE<br>FRESNO, CA 93725 | | Claim Number: 10102<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $848.75 | Scheduled: | $1,051.00 | | |
| KROOT CORPORATION, THE<br>2915 STATE STREET<br>COLUMBUS, IN 47201 | | Claim Number: 1716<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | | |
| UNSECURED | Claimed: | $3,063.08 | | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| KUBIN NICHOLSON CORP<br>8440 NORTH 87TH STREET<br>MILWAUKEE, WI 53224 | | Claim Number: 5380<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $11,880.00 | Scheduled: | $11,880.00 | |

| | | | | | |
|---|---|---|---|---|---|
| KUNDINGER FLUID POWER<br>PO BOX 739<br>NEENAH, WI 54957-0739 | | Claim Number: 6440<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $312.53 | Scheduled: | $312.53 | |

| | | | | | |
|---|---|---|---|---|---|
| KUNDINGER FLUID POWER INC<br>2441 PROGRESS COURT<br>P.O. BOX 739<br>NEENAH, WI 54957-0739 | | Claim Number: 6439<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,642.41 | | | |

| | | | | | |
|---|---|---|---|---|---|
| KUNDINGER FLUID POWER INC<br>PO BOX 739<br>NEENAH, WI 54957-0739 | | Claim Number: 13815<br>Claim Date: 02/09/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $312.53 | | | |

| | | | | | |
|---|---|---|---|---|---|
| KUNDINGER FLUID POWER INC<br>2441 PROGRESS COURT<br>P.O. BOX 739<br>NEENAH, WI 54957-0739 | | Claim Number: 13816<br>Claim Date: 02/09/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $1,642.41 | | | |

KUSTOM SERVICES LLC
3 CARBON WAY
RICHWOOD, KY 41094

Claim Number: 5772
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $79,160.40 | Scheduled: | $79,160.40 |

KV ASSOCIATES
237 WEST PARKWAY
POMPTON PLAINS, NJ 07444

Claim Number: 11013
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $111,875.00 | Scheduled: | $111,615.60 |

L & L BOILER MAINTENANCE
PO BOX 146
116 SOUTH WASHINGTON STREET
MONTOURSVILLE, PA 17754

Claim Number: 7270
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,689.33 | Scheduled: | $15,217.09 |

L & P FINANCIAL SERVICES
P.O. BOX 757
CARTHAGE, MO 64836

Claim Number: 14025
Claim Date: 05/13/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $282,169.88 |
| UNSECURED | Claimed: | $145,489.54 |

L GNOINSKY CONCRETE CONSTRUCTION INC.
100 23RD STREET N
FARGO, ND 58102

Claim Number: 9160
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,460.00 | Scheduled: | $3,460.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| L&R TIMBER CO INC<br>PO BOX 599<br>SAN AUGUSTINE, TX 75972 | | Claim Number: 7319<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $71,234.44 | Scheduled: | $142,468.88 UNLIQ | | | |
| L-MART INTERNATIONAL<br>A DIV. OF HOERBIGER SERVICE<br>6732 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | | Claim Number: 1471<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $203.47 | | | | | |
| L-MART INTERNATIONAL<br>12204 FAIRMONT PKWY<br>LA PORTE, TX 77571 | | Claim Number: 2073<br>Claim Date: 04/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $459.99 | | | | | |
| L.A. COUNTY FIRE DEPARTMENT<br>PO BOX 513148<br>LOS ANGELES, CA 90051-1148 | | Claim Number: 7432<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,246.00 | | | | | |
| L.E. SAUER MACHINE CO.<br>C/O CHERIE MACDONALD, ESQ.<br>GREENSFELDER, HEMKER & GALE, P.C.<br>12 WOLF CREEK DRIVE, SUITE 100<br>BELLEVILLE, IL 62226 | | Claim Number: 1130<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8333 (08/10/2010) | | | | | |
| UNSECURED | Claimed: | $81,481.95 | Scheduled: | $105,345.68 | Allowed: | $81,481.95 | |

| | | | | |
|---|---|---|---|---|
| L.E. SAUER MACHINE CO.<br>MARK T. HURFORD & AYESHA S. CHACKO<br>CAMPBELL & LEVINE, LLC<br>800 NORTH KING STREET, SUITE 300<br>WILMINGTON, DE 19801 | | Claim Number: 1969<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8333 (08/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $24,181.57 | Allowed: | $23,154.81 |
| UNSECURED | | | Allowed: | $1,026.76 |

| | | | | |
|---|---|---|---|---|
| LAB SAFETY SUPPLY<br>PO BOX 1368<br>JANESVILLE, WI 53547-1368 | | Claim Number: 5706<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $81.03 | Scheduled: | $81.03 |

| | | | | |
|---|---|---|---|---|
| LAB SAFETY SUPPLY INC<br>PO BOX 5004<br>JANESVILLE, WI 53547-5004 | | Claim Number: 5704<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,070.01 | Scheduled: | $4,993.95 |

| | | | | |
|---|---|---|---|---|
| LAB SAFETY SUPPLY INC<br>401 S WRIGHT RD<br>JANESVILLE, WI 53546-8729 | | Claim Number: 5705<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $127.53 | Scheduled: | $127.53 |

| | | | | |
|---|---|---|---|---|
| LABEL IT INC<br>PO BOX 1780<br>KING, NC 27021 | | Claim Number: 6357<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $5,955.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LABOR MAX STAFFING<br>2019 S BELT HWY<br>ST. JOSEPH, MO 64503 | | Claim Number: 9784<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | | | |
| PRIORITY | Claimed: | $7,840.41 | | | | | |
| LACLEDE GAS COMPANY<br>720 OLIVE STREET ST.<br>LOUIS, MO 63101 | | Claim Number: 7162<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $40,730.67 | | | | | |
| LACY AND EBELING ENGINEERING INC<br>PO BOX 2464<br>GREAT FALLS, MT 59401 | | Claim Number: 5219<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $13,113.49 | Scheduled: | $27,592.56 | Allowed: | $13,113.49 | |
| LAFARGE BUILDING MATERIALS, INC.<br>C/O PAUL A. WILSON, ESQUIRE<br>LITVAK, BEASLEY & WILSON, LLP<br>226 EAST GOVERNMENT STREET<br>PENSACOLA, FL 32502 | | Claim Number: 3460<br>Claim Date: 06/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $13,221.00   UNLIQ | | | | | |
| LAFARGE BUILDING MATERIALS, INC.<br>C/O PAUL A. WILSON, ESQUIRE<br>LITVAK, BEASLEY & WILSON, LLP<br>226 EAST GOVERNMENT STREET<br>PENSACOLA, FL 32502 | | Claim Number: 13522<br>Claim Date: 10/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | | | |
| UNSECURED | Claimed: | $13,221.00 | Scheduled: | $13,409.00 | | | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | | | |
|---|---|---|---|---|---|---|
| LAFFERTY CHIPPING<br>5075 GUERNSEY ROAD<br>KIMBOLTON, OH 43749 | | Claim Number: 10611<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $8,801.82 | | | | |
| LAKE COUNTY<br>BOARD OF COUNTY COMMISSIONERS<br>COUNTY FINANCE DEPARTMENT<br>PO BOX 7800<br>TAVARES, FL 32778 | | Claim Number: 7205<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $12,211.00 | Scheduled: | $12,211.00 | | |
| LAKE COUNTY HOSE AND EQUIPMENT<br>12726 WEST WADSWORTH<br>BEACH PARK, IL 60087 | | Claim Number: 4933<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,473.43 | Scheduled: | $1,608.25 | | |
| LAKE COUNTY PIPE & SUPPLY CO<br>PO BOX 78<br>WAUKEGAN, IL 60079-0078 | | Claim Number: 4544-01<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $11,767.30 | Scheduled: | $12,235.24 | | |
| LAKE COUNTY PIPE & SUPPLY CO<br>PO BOX 78<br>WAUKEGAN, IL 60079-0078 | | Claim Number: 4544-02<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $467.94 | | | Allowed: | $467.94 |

LAKE SWAMP LAND AND TIMBER LLC
2227 CREEK ROAD
LAKE CITY, SC 29560

Claim Number: 10452
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,938.29 | Scheduled: | $21,876.57  UNLIQ | |

LAKELAND OVERHEAD DOOR CO
425 COYE DRIVE
SUITE C
STEVENS POINT, WI 54481

Claim Number: 6343
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $380.00 | Scheduled: | $380.00 | |

LAKESIDE OIL CO., INC.
P.O. BOX 240500
MILWAUKEE, WI 53224

Claim Number: 878
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $31,729.52 | Scheduled: | $39,239.52 | |

LAKESIDE PACKAGING PLUS INC
1040 BREEZEWOOD LANE
NEENAH, WI 54956

Claim Number: 7691
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,478.84 | Scheduled: | $10,967.61 | |

LAKEVIEW ASSOCIATED PACKAGING INC.
6550 N 40TH ST
MILWAUKEE, WI 53209

Claim Number: 9792
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8513 (09/10/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18,515.14 | | Allowed: | $10,000.00 |

---

| LAMB, JAY D<br>6513 PALOMINO WAY<br>WEST LINN, OR 97068 | Claim Number: 11545<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9033 (04/25/2011) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $876,355.00 | Allowed: | $876,355.00 |

| LAMBERT BROWN SCALES INC<br>PO BOX 3286<br>BROKEN ARROW, OK 74013-3286 | Claim Number: 3873<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |

| LAMBERT, JOSEPH L<br>4146 DAMASCUS ROAD<br>BREWTON, AL 36426 | Claim Number: 12059<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) |
|---|---|
| UNSECURED | Claimed: | $10,080.00 |

| LAMPE & MALPHRUS LBR CO<br>37 PEEDIN RD<br>P.O.BOX 150<br>SMITHFIELD, NC 27577 | Claim Number: 5666<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|
| UNSECURED | Claimed: | $8,530.30 | Scheduled: | $8,530.30 |

| LANDER BINDING & FINISHING<br>1439 STRASSNER DR.<br>SAINT LOUIS, MO 63144 | Claim Number: 1622<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID |
|---|---|
| UNSECURED | Claimed: | $2,737.00 | Scheduled: | $4,765.26 |

LANDSTAR GEMINI
13410 SUTTON PARK DR. S.
JACKSONVILLE, FL 32224

Claim Number: 806
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,091.00 | | | | | | |

LANDSTAR GLOBAL LOGISTICS
13410 SUTTON PARK DRIVE S
JACKSONVILLE, FL 32224

Claim Number: 1467
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $45,359.04 | Scheduled: | $4,708.84 | Allowed: | $45,359.04 | | |

LANDSTAR INWAY
13410 SUTTON PARK DR. S.
JACKSONVILLE, FL 32224

Claim Number: 805
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,729.85 | Scheduled: | $10,729.85 |

LANDSTAR LIGON
13410 SUTTON PARK DR. S.
JACKSONVILLE, FL 32224

Claim Number: 804
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,409.00 | Scheduled: | $9,464.48 |

LANDSTAR LIGON, INC.
13410 SUTTON PARK DRIVE SOUTH
JACKSONVILLE, FL 32224

Claim Number: 2691
Claim Date: 04/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $26,510.10 | Scheduled: | $35,517.17 |

---

LANDSTAR RANGER
13410 SUTTON PARK DR. S.
JACKSONVILLE, FL 32224

Claim Number: 807
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $23,145.63 | Scheduled: | $20,649.18 |
|---|---|---|---|---|

LANG HOLDINGS INC
4642 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Claim Number: 9271
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $17,393.49 | Scheduled: | $16,160.62 |
|---|---|---|---|---|

LANGFORD AND LANGFORD TRUCKING
313 CELINA STREET
LIVINGSTON, TN 38570

Claim Number: 7020
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,183.88 | Scheduled: | $2,367.76  UNLIQ |
|---|---|---|---|---|

LANGHAUSER SHEET METAL CO.
120 MATTER DRIVE
HIGHLAND, IL 62249

Claim Number: 9346
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $390.00 | Scheduled: | $390.00 |
|---|---|---|---|---|

LANGSDALE RECYCLING
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11143
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $66,701.87 | Scheduled: | $75,945.00 |
|---|---|---|---|---|

---

LANGSDALE RECYCLING
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 12270
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $6,950.00 | | |
|---|---|---|---|---|

LANGSDALE RECYCLING
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 12275
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $6,950.00 | | |
|---|---|---|---|---|

LANIER FORD SHAVER & PAYNE PC
PO BOX 2087
HUNTSVILLE, AL 35804-2087

Claim Number: 9347
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,165.50 | Scheduled: | $2,165.50 |
|---|---|---|---|---|

LANK OIL CO INC
PO BOX 100909
FORT LAUDERDALE, FL 33310-1909

Claim Number: 4223-01
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,407.19 | Scheduled: | $8,711.38 |
|---|---|---|---|---|

LANK OIL CO INC
PO BOX 100909
FORT LAUDERDALE, FL 33310-1909

Claim Number: 4223-02
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1354 (08/03/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $2,304.19 | Allowed: | $2,304.19 |
|---|---|---|---|---|

---

LANSDALE WAREHOUSE CO., INC.
PO BOX 892
LANSDALE, PA 19446

Claim Number: 11106
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $36,135.02 | Scheduled: | $96,148.21 | Allowed: | $36,135.02 |

LANTECH INC (01)
11000 BLUEGRASS PARKWAY
LOUISVILLE, KY 40299-2399

Claim Number: 4665
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,004.05 | Scheduled: | $6,064.95 |

LARCKER'S RECYCLING SERVICE, INC.
P.O. BOX 2287
NAPERVILLE, IL 60567

Claim Number: 10510-01
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,271.98 | | |
| UNSECURED | | | Scheduled: | $20,501.00 |

LARCKER'S RECYCLING SERVICE, INC.
P.O. BOX 2287
NAPERVILLE, IL 60567

Claim Number: 10510-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,960.58 |

LARD, NORMAN ROY
605 N. POLK AVENUE
JONESBORO, LA 71251

Claim Number: 10220
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

LARGES METAL FABRICATION INC
PO BOX 144
227 KEARNEY ST EXT
WATSONVILLE, CA 95077

Claim Number: 7357
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,177.35 | Scheduled: | $7,362.64 |
|---|---|---|---|---|

LARRY FUNDERBURK
FUNDERBURK & FUNDERBURK
1000 RIVIANA BLDG.
2777 ALLEN PARKWAY
HOUSTON, TX 77019-2141

Claim Number: 11374
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $307.67 |
|---|---|---|

LARRYS LOCK SAFE &
8005 PLAINFIELD ROAD
CINCINNATI, OH 45236

Claim Number: 4454
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $91.00 | Scheduled: | $114.55 |
|---|---|---|---|---|

LARRYS LOCK SAFE &
8005 PLAINFIELD ROAD
CINCINNATI, OH 45236

Claim Number: 4455
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $23.55 |
|---|---|---|

LARUBBER CO
2915 EWASHINGTON BLVD
LOS ANGELES, CA 90023-0910

Claim Number: 3700
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,994.84 | Scheduled: | $11,994.84 | Allowed: | $11,994.84 |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| LAURENCE, JAMES B<br>170 OLD MILL ROAD<br>BARRINGTON, IL 60010 | | Claim Number: 11613<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8559 (09/17/2010) | | | |
| PRIORITY | Claimed: | $165,382.00 | | | |
| UNSECURED | | | | Allowed: | $7,500.00 |
| LAWN & LABOR<br>5321 COTTAGE CIRCLE<br>BIRMINGHAM, AL 35242 | | Claim Number: 9440<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,600.00 | Scheduled: | $3,600.00 | |
| LAWN & LANDSCAPE PROFESSIONALS INC.<br>PO BOX 112<br>SALLISAW, OK 74955 | | Claim Number: 2045<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,141.00 | Scheduled: | $1,961.00 | |
| LAWN & TURF CORPORATION<br>PO BOX 19039<br>MINNEAPOLIS, MN 55419 | | Claim Number: 6024<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $422.11 | Scheduled: | $409.41 | |
| LAWN PROS INC<br>1000 S LEWIS BLVD<br>SERGEANT BLUFF, IA 51054 | | Claim Number: 11482<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,394.06 | Scheduled: | $3,306.22 | |

| | | | | |
|---|---|---|---|---|
| LAWRENCE FABRIC STRUCTURES, INC.<br>3509 TREE COURT IND BLVD<br>SAINT LOUIS, MO 63122 | | Claim Number: 6630<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $770.00 | Scheduled: | $735.00 |
| LAWRENCE PAPER COMPANY, THE<br>PO BOX 887<br>LAWRENCE, KS 66044 | | Claim Number: 2029<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,792.59 | Scheduled: | $8,725.91 |
| LAWSON PRODUCTS, INC.<br>8770 W BRYN MAWR AVE FL 9<br>CHICAGO, IL 60631-3515 | | Claim Number: 2844<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,272.23 | | |
| LAWSON PRODUCTS, INC.<br>1666 E. TOUHY AVE.<br>DES PLAINES, IL 60018 | | Claim Number: 2845<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,292.95 | | |
| LAWSON PRODUCTS, INC.<br>1666 E. TOUHY AVE.<br>DES PLAINES, IL 60018 | | Claim Number: 2846<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $193.51 | | |

---

LAWSON PRODUCTS, INC.
1666 E. TOUHY AVE.
DES PLAINES, IL 60018

Claim Number: 13105
Claim Date: 09/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $600.76 |
|---|---|---|

---

LAWSON PRODUCTS, INC., GEORGIA
C/O LAWSON PRODUCTS, INC.
1666 E. TOUHY AVE.
DES PLAINES, IL 60018

Claim Number: 2843
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,152.58 | Scheduled: | $10,119.38 |
|---|---|---|---|---|

---

LAYNE CHRISTENSEN COMPANY
1900 SHAWNEE MISSION PARKWAY
MISSION WOODS, KS 66205

Claim Number: 7781
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $91,545.92 | Scheduled: | $91,545.92 | Allowed: | $91,545.92 |
|---|---|---|---|---|---|---|

---

LEASE CORPORATION OF AMERICA
3150 LIVERNOIS STE. 300
TROY, MI 48083

Claim Number: 7489
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,483.41 |
|---|---|---|

---

LEASE CORPORATION OF AMERICA
3150 LIVERNOIS STE. 300
TROY, MI 48083

Claim Number: 7538
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $392.62 | Scheduled: | $392.62 |
|---|---|---|---|---|

---

| LECTRODRYER, LLC  AKA: LECTRODRYER MGMT<br>135 QUALITY DRIVE<br>P.O. BOX 2500<br>RICHMOND, KY 40475 | Claim Number: 1416<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $5,664.65 | Scheduled: | $5,664.65 |

| LEE BUILDERS SUPPLY CO<br>203 EAST MAIN STREET<br>LATTA, SC 29565 | Claim Number: 7502<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $2,043.45 | Scheduled: | $2,043.45 |

| LEE BUILDERS SUPPLY COMPANY OF LATTA<br>203 EAST MAIN STREET<br>LATTA, SC 29565 | Claim Number: 1781<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $2,043.45 |

| LEE COUNTY BOARD OF SUPERVISORS<br>P.O. BOX 1785<br>TUPELO, MS 38802-1785 | Claim Number: 4721<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $1,430.53 |

| LEE COUNTY TAX COLLECTOR<br>ATTN: LESLIE SCOTT<br>PO BOX 271<br>TUPELO, MS 38802 | Claim Number: 8847<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 5659 (03/05/2010) |

| PRIORITY | Claimed: | $243,143.55 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LEE COUNTY TAX COLLECTOR<br>C/O JOHN A. CRAWFORD, JR.<br>PO BOX 6010<br>RIDGELAND, MS 39158-6016 | | Claim Number: 13605<br>Claim Date: 11/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 5659 (03/05/2010) | | | | | |
| PRIORITY | Claimed: | $243,143.55 | | | | | |
| SECURED | Claimed: | $243,143.55 | | | | | |
| TOTAL | Claimed: | $243,143.55 | | | | | |
| LEE IRON & METAL<br>PO BOX 778<br>SANFORD, NC 27331 | | Claim Number: 3677<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,123.23 | Scheduled: | $1,933.00 | | | |
| LEE MATHEWS EQUIPMENT INC<br>DEPT 100<br>P.O.BOX 411832<br>KANSAS CITY, MO 64141-1832 | | Claim Number: 7919<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $17,106.30 | Scheduled: | $16,977.39 | Allowed: | $17,106.30 |
| LEE WAYNE CORPORATION<br>5140 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | | Claim Number: 6601<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,208.48 | Scheduled: | $1,208.48 | | | |
| LEE, CARL E.<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10716<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | | |
| UNSECURED | Claimed: | $20,352.14 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| LEE, ROBERT<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10979<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) | | | | |
| UNSECURED | Claimed: | $50,000.00 | | | | |
| LEE, WALTER<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10964<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | | | |
| UNSECURED | Claimed: | $50,000.00 | | | | |
| LEESVILLE LUMBER CO., INC.<br>P.O. BOX 320<br>LEESVILLE, LA 71496 | | Claim Number: 6<br>Claim Date: 01/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $13,588.74 | Scheduled: | $27,177.49 | Allowed: | $13,588.74 |
| LEEWAY MECHANICAL INC<br>PO BOX 26248<br>JACKSONVILLE, FL 32226-7067 | | Claim Number: 6153<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $11,743.00 | Scheduled: | $5,785.06 | Allowed: | $11,743.00 |
| LEGAULT, MYCHELE<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TOROTO, ON M5H 3R3<br>CANADA | | Claim Number: 11965<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $431,871.05   UNLIQ | | | Allowed: | $191,058.09 |

LEGAULT, MYCHELE
C/O KOSKIE MINSKY LLP
BARRISTERS & SOLICITORS
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 12995
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | | |
| UNSECURED | Claimed: | $430,232.45 | Scheduled: | $213,947.41 | Allowed: | $264,078.00 |

LEHIGH SAFETY SHOES
39 EAST CANAL STREET
NELSONVILLE, OH 45764

Claim Number: 11222
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,399.76 | Scheduled: | $11,866.43 |

LENSCRAFTERS
ATTN: BANK OF AMERICA LOCKBOX SERVICES
14963 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

Claim Number: 11442
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,146.61 | Scheduled: | $2,732.91 |

LEONARD MCSWAIN SEPTIC TANK
3020 RAMSEUR CHURCH ROAD
SHELBY, NC 28150

Claim Number: 4737
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,225.00 | Scheduled: | $1,225.00 |

LEONARD SR., ROOSEVELT
1111 LEON DR
JONESBORO, LA 71251

Claim Number: 10307
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | |

---

LEONE'S BUILDING SERVICE
2040 N. FERRY STREET
ANOKA, MN 55303

Claim Number: 320
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,776.02 | Scheduled: | $1,776.02 | | | |

---

LEPI ENTERPRISES, INC.
C/O CUPPS & GARRISON, LLC
35 E. GAY STREET, SUITE 402
COLUMBUS, OH 43215

Claim Number: 11622
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $162,718.00 | Scheduled: | $167,482.00 | Allowed: | $162,718.00 |

---

LEPPERT MACHINE CO., INC.
650 WAYNE ST.
MANSFIELD, OH 44905

Claim Number: 618
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,084.00 | Scheduled: | $1,084.00 | | | |

---

LES SCHWAB TIRE CENTERS OF MONTANA, INC.
P.O. BOX 5350
BEND, OR 97708

Claim Number: 3026
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $32,221.63 | Scheduled: | $33,059.32 | Allowed: | $32,221.63 |

---

LESLIE EQUIPMENT CO
105 TENNIS CENTER DRIVE
MARIETTA, OH 45750

Claim Number: 6110
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,913.21 | Scheduled: | $1,879.68 | | | |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| LESLIE P. RIGSBY LUMBER CO., LLC<br>378 BUENA VISTA RD.<br>SALUDA, VA 23149 | | Claim Number: 1772<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,158.28 | Scheduled: | $6,158.28 UNLIQ | | |
| LETOURNEAU TECHNOLOGIES AMERICA INC<br>PO BOX 4300<br>PORTLAND, OR 97208 | | Claim Number: 9743<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $17,633.70 | Scheduled: | $41,433.70 | Allowed: | $17,633.70 |
| LETTER LOGIC<br>1209 4TH AVE SOUTH<br>NASHVILLE, TN 37201-2004 | | Claim Number: 4648<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $195.54 | Scheduled: | $194.00 | | |
| LEVEL 3 CAPITAL FUND LP<br>C/O TR CAPITAL MANAGEMENT, LLC<br>265 SUNRISE HIGHWAY, SUITE 42<br>TRANSFEROR: WST PRODUCTS LLC<br>ROCKVILLE CENTRE, NY 11570 | | Claim Number: 10512<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2205 (10/09/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $93,282.87 | | | Allowed: | $93,282.87 |
| LEVI, RAY & SHOUP, INC.<br>ATTN: GENERAL COUNSEL<br>2401 W MONROE STREET<br>SPRINGFIELD, IL 62704 | | Claim Number: 8022<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $119,247.00 | | | Allowed: | $119,247.00 |

---

LEWIS ELECTRIC SUPPLY CO
PO BOX 2237
MUSCLE SHOALS, AL 35662

Claim Number: 3745
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,221.41 | Scheduled: | $1,221.41 | | |

---

LEWIS FIRE PROTECTION INC
PO BOX 176
VILLA RICA, GA 30180

Claim Number: 7960
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $800.00 | Scheduled: | $800.00 | | |

---

LEWIS MOTOR REPAIR INC.
3015 4TH ST. SOUTH
WAITE PARK, MN 56387

Claim Number: 1870
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,171.66 | Scheduled: | $4,164.24 | | |

---

LEWIS SYSTEMS & SERVICE CO.
3702 BOREN DRIVE
GREENSBORO, NC 27407

Claim Number: 5879
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,654.94 | Scheduled: | $11,650.78 | Allowed: | $12,654.94 |

---

LEWIS TIMBER CO. INC.
P.O. BOX 207
STARKE, FL 32091

Claim Number: 2899
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $21,457.54 | Scheduled: | $42,032.00 UNLIQ | | |

---

| | | | | | |
|---|---|---|---|---|---|
| LEWISBURG ELECTRIC<br>PO BOX 2727<br>LEWISBURG, TN 37091-2727 | | Claim Number: 4963<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $30,328.58 | Scheduled: | $30,328.58 | Allowed: | $30,328.58 |

| | | | | | |
|---|---|---|---|---|---|
| LEWISBURG GAS DEPT<br>PO BOX 1069<br>LEWISBURG, TN 37091-1069 | | Claim Number: 5874<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $53,897.55 | Scheduled: | $53,897.55 | Allowed: | $53,897.55 |

| | | | | | |
|---|---|---|---|---|---|
| LEWISBURG INDUSTIRAL & WELDING INC<br>PO BOX 2127<br>LEWISBURG, TN 37091 | | Claim Number: 4109<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,261.58 | Scheduled: | $2,421.49 | |

| | | | | | |
|---|---|---|---|---|---|
| LEWISBURG WATER AND WASTEWATER<br>P.O. BOX 2787<br>LEWISBURG, TN 37091-1787 | | Claim Number: 4123<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $8.55 | | |

| | | | | | |
|---|---|---|---|---|---|
| LEXIS PUBLISHING<br>SANDRA D. REARDON, CREDIT MANAGER<br>1275 BROADWAY<br>ALBANY, NY 12204 | | Claim Number: 2262<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $122.99 | Scheduled: | $120.17 | |

LIBERTY COMPACTORS INC
10022 NORTH CHARLOTTE
KANSAS CITY, MO 64155

Claim Number: 5211
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,061.69 | Scheduled: | $2,061.69 | |

LIBERTY ENGINEERING COMPANY
10567 MAIN STREET
P.O.BOX 470
ROSCOE, IL 61073

Claim Number: 4175-01
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,903.06 | Scheduled: | $13,669.24 | |

LIBERTY ENGINEERING COMPANY
10567 MAIN STREET
P.O.BOX 470
ROSCOE, IL 61073

Claim Number: 4175-02
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,429.20 | | Allowed: | $1,429.20 |

LIBERTY HOSPITAL
2525 GLENN W HENDREN DR
LIBERTY, MO 64068

Claim Number: 7336
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,788.75 |

LIBERTY HOSPITAL
2525 GLENN W HENDREN DR
LIBERTY, MO 64068

Claim Number: 7337
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8117 (06/22/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $600.00 |

---

LIBERTY POWER
1901 W CYPRESS CREEK ROAD
SUITE 600
FT. LAUDERDALE, FL 33309

Claim Number: 2867
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $131,135.44 | | |
|---|---|---|---|---|

---

LIDDLE, LYNN T
4562 HAVENHURST CIRCLE
IRVINE, CA 92604

Claim Number: 10736
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $185,753.00  CONT | Scheduled: | $185,753.00 |
|---|---|---|---|---|

---

LIEBOVICH STEEL & ALUMINUM CO (01)
2116 PRESTON STREET
ROCKFORD, IL 61102

Claim Number: 9357
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $836.03 | Scheduled: | $836.03 |
|---|---|---|---|---|

---

LIFETRACK RESOURCES, INC
709 UNIVERSITY AVE W.
ST. PAUL, MN 55104-4804

Claim Number: 205
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $18,608.72 | Scheduled: | $18,448.72 |
|---|---|---|---|---|

---

LIFT ATLANTA, INC.
2425 PARK CENTRAL BLVD.
DECATUR, GA 30035

Claim Number: 1411
Claim Date: 03/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $16,587.63 | Scheduled: | $16,607.63 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| LIFT ONE<br>PO BOX 75054<br>CHARLOTTE, NC 28275-0054 | | Claim Number: 8875<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $13,578.82 | Scheduled: | $12,851.72 |
| LIFT TEMP LLC<br>LOCKBOX 7671<br>P.O.BOX 8500<br>PHILADELPHIA, PA 19178-7671 | | Claim Number: 6740<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $16,770.53 | Scheduled: | $16,770.53 |
| LIFT TRUCK SERVICE INC<br>25385 S SCHULTE ROAD<br>TRACY, CA 95377 | | Claim Number: 6928<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $46,101.36 | Scheduled: | $46,101.36 |
| LIFT WORKS, INC.<br>1130 CAROLINA DR STE F<br>WEST CHICAGO, IL 60185-5163 | | Claim Number: 1971<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,960.00 | Scheduled: | $2,660.00 |
| LIGHTFOOT FRANKLIN AND WHITE LLC<br>THE CLARK BLDG<br>BIRMINGHAM, AL 35203-3200 | | Claim Number: 8079<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $311.91 | Scheduled: | $311.91 |

| | | | | | |
|---|---|---|---|---|---|
| LILES, TRACY MERL<br>1838 EVERGREEN RD<br>JONESBORO, LA 71251 | | Claim Number: 10308<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| LILY COMPANY<br>DEPT 184<br>P.O.BOX 1000<br>MEMPHIS, TN 38148-0184 | | Claim Number: 5841<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,954.26 | Scheduled: | $3,702.46 | |
| LINCOLN CODERS CORP<br>PO BOX 8009<br>FORT WAYNE, IN 46898-8009 | | Claim Number: 3906<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,226.98 | Scheduled: | $3,226.98 | |
| LINCOLN PRINTING CORPORATION<br>3310 CONGRESSIONAL PARKWAY<br>FT WAYNE, IN 46808 | | Claim Number: 3511-01<br>Claim Date: 06/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 11764<br>DOCKET: 4131 (01/14/2010) | | | |
| UNSECURED | Claimed: | $198.96 | Scheduled: | $47,819.22 | |
| LINCOLN PRINTING CORPORATION<br>3310 CONGRESSIONAL PARKWAY<br>FT WAYNE, IN 46808 | | Claim Number: 3511-02<br>Claim Date: 06/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $3,423.20 | | Allowed: | $3,423.20 |

| | | | |
|---|---|---|---|
| LINCOLN PRINTING CORPORATION<br>3310 CONGRESSIONAL PARKWAY<br>FORT WAYNE, IN 46808 | Claim Number: 11764-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE        Claimed: | $3,574.18 | | |
| LINCOLN PRINTING CORPORATION<br>3310 CONGRESSIONAL PARKWAY<br>FORT WAYNE, IN 46808 | Claim Number: 11764-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED        Claimed: | $47,867.20 | | |
| LINCOLN SEWER CLEANING INC<br>1605 LIBERTY DRIVE<br>MISHAWAKA, IN 46545 | Claim Number: 5001<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED        Claimed: | $575.00 | Scheduled: | $575.00 |
| LINCOLN TRAINING CENTER<br>2643 LOMA AVE.<br>SOUTH EL MONTE, CA 91733 | Claim Number: 2240<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED        Claimed: | $5,616.80 | Scheduled: | $4,067.18 |
| LINCOLN, PAULA<br>13514 W JENSEN AVE<br>KERMAN, CA 93630-9238 | Claim Number: 5967<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) | | |
| PRIORITY        Claimed: | $879.76 | | |

| | | | | |
|---|---|---|---|---|
| LINDE LLC<br>ATTN: ED HYLAND - REV. MGT. 1E<br>575 MOUNTAIN AVE.<br>MURRAY HILL, NJ 07974 | | Claim Number: 3171<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
| UNSECURED | Claimed: | $45,972.79 | Scheduled: | $57,665.40 |
| LINDE LLC<br>ATTN: ED HYLAND - REV. MGT. 1E<br>575 MOUNTAIN AVE.<br>MURRAY HILL, NJ 07974 | | Claim Number: 3173-01<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
| UNSECURED | Claimed: | $998.46 | | |
| LINDSAY HART NEIL & WEIGLER LLP<br>1300 SW 5TH AVE STE 3400<br>PORTLAND, OR 97201-5640 | | Claim Number: 5544<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $715.00 | Scheduled: | $715.00 |
| LINDSAY MACHINE WORKS INC<br>PO BOX 488<br>LIBERTY, MO 64069 | | Claim Number: 3913<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,835.00 | Scheduled: | $4,835.00 |
| LINGLE ELECTRIC REPAIR, INC.<br>600 NORTH MAIN STREET<br>SALISBURY, NC 28144 | | Claim Number: 4723<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,861.08 | Scheduled: | $5,056.29 |

LIPICH JOSEPH
319 SAILBOAT RUN APT 1A
CENTERVILLE, OH 45458

Claim Number: 13205
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $25,000.00   UNLIQ | | |

LIPICH, JOSEPH
319 SAIL BOAT RUN
APT 1A
CENTERVILLE, OH 45458

Claim Number: 13204
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8673 (10/19/2010)

| UNSECURED | Claimed: | $25,000.00   UNLIQ | | |

LIQUID ENVIRONMENTAL SOLUTIONS, LLP
7651 ESTERS BLVD STE 200
IRVING, TX 75063-4034

Claim Number: 82
Claim Date: 02/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,988.08 | Scheduled: | $15,324.48 |

LIQUID HANDLING SPECIALISTS INC
3160 LENORA CHURCH ROAD
SNELLVILLE, GA 30039

Claim Number: 7176
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,167.54 | Scheduled: | $8,167.54 |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF BEST QUALITY CLEANING INC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9747
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8378 (08/16/2010)

| UNSECURED | Claimed: | $20,343.97 | Scheduled: | $26,174.30  UNLIQ |

---

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF ORAM MATERIAL HANDLING
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9748-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,625.68 | Scheduled: | $11,022.61 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF ORAM MATERIAL HANDLING
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9748-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2534 (10/30/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $2,432.02 | | | Allowed: | $2,432.02 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF THE KROOT CORPORATION
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9749-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,685.22 | Scheduled: | $3,063.08 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF THE KROOT CORPORATION
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9749-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2032 (09/24/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $377.86 | | | Allowed: | $377.86 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF HP CADWALLADER INC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9750-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,024.00 | Scheduled: | $16,142.09 | Allowed: | $15,024.00 |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF HP CADWALLADER INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | | Claim Number: 9750-02 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 2534 (10/30/2009) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $1,118.09 | | Allowed: | $1,118.09 |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF TRISTATE COATING AND MACHINE INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | | Claim Number: 9751-01 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 5769 (03/11/2010) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $5,701.00 | | | |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF TRISTATE COATING AND MACHINE INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | | Claim Number: 9751-02 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 5769 (03/11/2010) THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $31,784.32 | | Allowed: | $31,784.32 |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF HAMPTON INDUSTRIAL SERVICES ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | | Claim Number: 9752 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 5768 (03/11/2010) THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $11,800.00 | Scheduled: | $11,800.00 | |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF CONTROL ENGINEERING CORPORATION ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | | Claim Number: 9758 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7653 (03/10/2010) | | | |
| UNSECURED | Claimed: | $25,337.35 | Scheduled: | $25,337.35 UNLIQ | |

---

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF ALABAMA FLUID SYSTEM
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9767-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,075.80 | Scheduled: | $8,622.17 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF ALABAMA FLUID SYSTEM
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9767-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2205 (10/09/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $2,724.29 | | | Allowed: | $2,724.29 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF LORENGO AND SONS LOGGING LLC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9768-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $6,127.20 | | | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF LORENGO AND SONS LOGGING LLC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9768-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| UNSECURED | Claimed: | $6,127.20 | | | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF TRIBCO INC.
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9769-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $3,795.66 | | | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF TRIBCO INC.
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9769-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,193.66 | Scheduled: | $6,989.32 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF INNERPAK INC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9770-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,716.53 | Scheduled: | $15,694.27 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF INNERPAK INC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9770-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2205 (10/09/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $7,528.64 | | | Allowed: | $7,528.64 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF RUBBERTEC INC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9771-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $6,337.46 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $11,503.59 | | |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF RUBBERTEC INC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9771-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,166.13 | | | | |
|---|---|---|---|---|---|---|

---

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF CAROLINA STARCHES LLC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9772-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $30,448.00 | | $196,109.50 | | $30,448.00 |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF CAROLINA STARCHES LLC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9772-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3016 (12/17/2009)
THIS CLAIM IS PAID

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | | $164,077.50 | | | | $164,077.50 |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF STEVEN LANG TIMBER CO INC.
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9773-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | | $1,389.62 |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF STEVEN LANG TIMBER CO INC.
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9773-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $5,000.00 |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF SPECTRA-KOTE CORPORATION
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9774-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE | | $23,820.17 | | |
| UNSECURED | | | | $46,623.07 |

| | | | | | |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF SPECTRA-KOTE CORPORATION ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | | Claim Number: 9774-02 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7188 (04/22/2010) THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $14,309.36 | | Allowed: | $14,309.36 |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF CRAFT INDUSTRIAL INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | | Claim Number: 9775-01 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $80,209.25 | Scheduled: $104,039.25 | Allowed: | $80,209.25 |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF CRAFT INDUSTRIAL INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | | Claim Number: 9775-02 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 2205 (10/09/2009) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $23,830.00 | | Allowed: | $23,830.00 |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF H BERSTEIN SERVICE CO INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | | Claim Number: 9801-01 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7189 (04/22/2010) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $4,943.66 | | | |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF H BERSTEIN SERVICE CO INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | | Claim Number: 9801-02 Claim Date: 08/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 7189 (04/22/2010) THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $114,014.14 | | Allowed: | $114,014.14 |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF ENJ LIFT TRUCK SERVICE INC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9802
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7651 (05/18/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,547.25 | Scheduled: | $14,547.25  UNLIQ | | |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF FORD GELATT ASSOCIATES INC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9803-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $87,063.60 | Scheduled: | $91,066.15 | Allowed: | $87,063.60 |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF FORD GELATT ASSOCIATES INC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9803-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2205 (10/09/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,002.55 | | | Allowed: | $4,002.55 |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF GMF FLEXO PREPRESS INC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9804-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $36,205.05 |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF GMF FLEXO PREPRESS INC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 9804-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $30,889.00 | | Allowed: | $30,889.00 |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF SAMUEL STRAPPING SYSTEMS INC.
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 10670-01
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $327,348.93 | | | Allowed: | $327,348.93 |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF SAMUEL STRAPPING SYSTEMS INC.
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 10670-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3397 (12/23/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $54,852.59 | | | Allowed: | $54,852.59 |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF K K INTEGRATED LOGISTICS
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 11740
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,626.41 | Scheduled: | $11,626.41 | Allowed: | $11,626.41 |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF MEREDITH WEBB INC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 11741
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $53,802.28 | Scheduled: | $53,802.28 | Allowed: | $53,802.28 |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF RIGHT NOW COURIERS
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 11742
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,602.00 | Scheduled: | $1,602.00 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF S AND S PROMOTIONAL GROUP ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | | Claim Number: 11743 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,508.30 | Scheduled: | $2,508.30 | | | |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF STEWART'S MATERIAL HANDLING ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | | Claim Number: 11744 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $6,613.40 | Scheduled: | $5,928.90 | | | |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF UNITED POWER SERVICES INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | | Claim Number: 11745 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $14,030.00 | Scheduled: | $14,030.00 | Allowed: | $14,030.00 | |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF TRANTER INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | | Claim Number: 11746 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,976.06 | Scheduled: | $2,976.06 | | | |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE OF UNIVERSAL LOGISTICS SERVICES INC ONE UNIVERSITY PLAZA, STE 312 HACKENSACK, NJ 07605 | | Claim Number: 11747 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $10,026.00 | Scheduled: | $8,140.25 | | | |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF OVAL STRAPPING
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 11748
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $239,325.28 | Scheduled: | $239,325.28 | Allowed: | $239,325.28 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF FELLON MCCORD AND ASSOCIATES LLC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 11751
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $21,458.06 | Scheduled: | $21,457.06 | Allowed: | $21,458.06 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF COLORADO CONTAINER CORPORATION
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 11752
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,809.72 | Scheduled: | $13,809.72 | Allowed: | $13,809.72 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF BURNS CONTROLS COMPANY
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 11753
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,007.58 | Scheduled: | $1,007.58 |
|---|---|---|---|---|

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF BURCZAK PAVING CO INC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 11754
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,620.00 | Scheduled: | $3,620.00 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE<br>OF AQUA THERM, INC.<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07605 | | Claim Number: 11755<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,119.81 | Scheduled: | $4,909.79 | | |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE<br>OF AMERIZON WIRELESS<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07605 | | Claim Number: 11756<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,132.11 | Scheduled: | $3,124.28 | | |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE<br>OF AMERICAN FOREST & PAPER ASSOCIATION<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07605 | | Claim Number: 11757<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $417,606.39 | Scheduled: | $417,606.39 | Allowed: | $417,606.39 |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE<br>OF HASSAN COMPLETE JANITORIAL<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07605 | | Claim Number: 11758<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $16,538.00 | Scheduled: | $16,298.00 | Allowed: | $16,538.00 |
| LIQUIDITY SOLUTIONS INC, AS ASSIGNEE<br>OF HESS MACHINE INC.<br>ONE UNIVERSITY PLAZA, STE 312<br>HACKENSACK, NJ 07605 | | Claim Number: 11760<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,910.00 | Scheduled: | $6,910.00 | | |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF INSULATION INDUSTRIES INC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 11761
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,010.00 | Scheduled: | $19,010.00 | Allowed: | $19,010.00 |

LIQUIDITY SOLUTIONS INC, AS ASSIGNEE
OF ADVANCED CHEMICAL SYSTEMS INC
ONE UNIVERSITY PLAZA, STE 312
HACKENSACK, NJ 07605

Claim Number: 11763
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,448.47 | Scheduled: | $1,236.85 | | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: DEVINE HYDRAULICS, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 32
Claim Date: 02/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18,585.95 | Scheduled: | $18,585.95 | Allowed: | $18,585.95 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: GENERAL PARTITION COMPANY IN
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 44
Claim Date: 02/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,347.00 | Scheduled: | $4,347.00 | | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: DALY CITY TRANSPORT, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 111
Claim Date: 02/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,684.00 | Scheduled: | $14,224.00 | Allowed: | $11,684.00 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PRECISION METAL INDUSTRIES
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 117
Claim Date: 02/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $20,667.92 | Scheduled: | $20,667.92 | Allowed: | $20,667.92 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: IRON PINE CO. LLC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 135
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,696.33 | Scheduled: | $11,392.67 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: A.R.C.S. DIV PNJ INDUSTRIES
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 137
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,725.00 | Scheduled: | $5,600.00 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: WATSONTOWN TRUCKING CO.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 141
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,132.50 | Scheduled: | $1,132.50 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: MOBILE HEALTH SOLUTIONS INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 197
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $35,466.50 | Scheduled: | $35,466.50 | Allowed: | $35,466.50 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SOUTHEASTERN MECHANICAL SERV
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 217
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $404,908.01 | Scheduled: | $404,320.10 | Allowed: | $404,908.01 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: TOTAL PACKAGING SERVICES
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 239
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,248.20 | Scheduled: | $3,248.20 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ROBERT DIETRICK CO., INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 305
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $23,802.00 | Scheduled: | $23,802.00 | Allowed: | $23,802.00 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: EAGLE LAWN AND LANDSCAPE INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 314
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,980.88 | Scheduled: | $1,980.88 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: W.H. LEARY CO., INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 357-01
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $38,577.77 | Scheduled: | $37,715.11 | Allowed: | $38,577.77 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: GENERAL INDUSTRIAL REPAIR
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 377
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,932.19 | Scheduled: | $5,932.19 | | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PROSPECT FABRICATION, INC.
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 483
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $44,712.93 | Scheduled: | $44,712.93 | Allowed: | $44,712.93 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CONTINENTAL BLDG. MAINT, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 553
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,612.50 | Scheduled: | $3,400.00 | | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LEETE TIRE AND AUTO CENTER,
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 617
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,246.00 | Scheduled: | $5,246.00 | | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: VIKING TREE, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 634
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $26,332.00 | Scheduled: | $28,686.00 | Allowed: | $26,332.00 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: AL RICCI TECHNOLOGIES INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 686
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,815.91 | Scheduled: | $1,815.91 | | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ALTA LIFT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 744
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $16,664.66 | Scheduled: | $17,805.15 | Allowed: | $16,664.66 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: QUINN RENTAL
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 766
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,848.67 | Scheduled: | $14,848.67 | Allowed: | $14,848.67 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SOUTHERN CARTON CO. INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 768
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,235.52 | Scheduled: | $11,055.90 | Allowed: | $11,235.52 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SCHNEIDER NATIONAL INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 769-01
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $290,782.09 | Scheduled: | $279,930.50 | Allowed: | $290,782.09 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR:PIONEER MAINTENANCE & ERECTOR
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 781
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $103,232.77 | Scheduled: | $99,168.86 | Allowed: | $103,232.77 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: JUNG TRUCK SERVICE, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 798
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,647.40 | Scheduled: | $11,330.00 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: COATING SERVICES, INC.
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 839
Claim Date: 02/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $127,739.62 | Scheduled: | $131,413.36 | Allowed: | $127,739.62 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: APPLICATION SERVICES, INC.
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 840
Claim Date: 02/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $18,877.12 | Scheduled: | $18,997.07 | Allowed: | $18,877.12 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: MORAN ENVIRONMENTAL RECOVERY
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 857
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $14,526.80 | Scheduled: | $13,158.80 | Allowed: | $14,526.80 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: WORKWELL MEDICAL GROUP
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 898
Claim Date: 02/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,050.00 | Scheduled: | $3,058.30 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: THERMAL TECH INCORP.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 901
Claim Date: 02/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,702.97 | Scheduled: | $2,702.97 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SPEARTIP TECHNOLOGIES, LLC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 921
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,250.00 | Scheduled: | $15,250.00 | Allowed: | $15,250.00 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SRM, LLC DBA:
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1009
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,295.12 | Scheduled: | $4,867.84 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CORPORATE MEDICAL SERVICES,
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1015
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,578.00 | Scheduled: | $2,578.00 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SEYMOUR EXCAVATING INC.
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1042
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,267.49 | Scheduled: | $13,382.82 | Allowed: | $13,267.49 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: RK COMBUSTION AND CONTROL, I
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1161
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,610.41 | Scheduled: | $3,610.41 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SECURITAS SECURITY SERVICES
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1182-01
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $305,442.81 | Scheduled: | $320,711.31 | Allowed: | $305,442.81 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: C & W FIRE AND SAFETY, INC.
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1357
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,456.98 | Scheduled: | $7,000.06 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BMB ENTERPRISES, INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1367
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,404.40 | Scheduled: | $1,288.19 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: METRO DISPOSAL LLC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1368
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,086.76 | Scheduled: | $2,086.76 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PROFESSIONAL COFFEE SERVICE
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1387
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,173.67 | Scheduled: | $1,173.67 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: HYDROVAC INDUSTRIAL SERVICES
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1391
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $42,029.70 | Scheduled: | $42,029.70 | Allowed: | $42,029.70 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BASIC CHEMICAL SOLUTIONS, L.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1408
Claim Date: 03/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $63,312.75 | Scheduled: | $60,518.50 | Allowed: | $63,312.75 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: JUST YOUR WAY CLEANING INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1431
Claim Date: 03/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,442.65 | Scheduled: | $2,442.65 | | |
|---|---|---|---|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | | | |
|---|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: VOIGT-ABERNATHY SALES CORP.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1463<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $11,860.23 | Scheduled: | $11,860.23 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PROACTIVE RELIABILITY SERVIC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1492<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $57,220.00 | Scheduled: | $58,920.00 | Allowed: | $57,220.00 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: FREMONT CONTRACT CARRIERS, I<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1531<br>Claim Date: 03/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,013.40 | Scheduled: | $11,161.60 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: FORD-GELATT & ASSOCIATES, IN<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1595<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | | |
| UNSECURED | Claimed: | $91,066.15 | | | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: RIEKES EQUIPMENT COMPANY<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1624<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $10,810.97 | Scheduled: | $10,767.40 | | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STATES LOGISTICS SERVICES, I
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1644
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $45,574.05 | Scheduled: | $92,120.01 UNLIQ | Allowed: | $45,574.05 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ADKO INCORPORATED
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1761
Claim Date: 03/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $82,040.05 | Scheduled: | $81,852.00 | Allowed: | $82,040.05 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: NORTHWEST FIRE INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1944
Claim Date: 04/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,743.63 | Scheduled: | $1,743.63 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: DWIGHT W. PROUTY CO., INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 1953
Claim Date: 04/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,555.11 | Scheduled: | $9,567.67 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: HARTLEY OIL COMPANY
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2004
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,325.86 | Scheduled: | $2,071.46 |

| | | | | | |
|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: E&C CHEMICALS, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2025<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 6409<br>DOCKET: 8117 (06/22/2010) | | | |
| UNSECURED | Claimed: | $123,067.41 | | Allowed: | $123,067.41 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: NORTHERN STATES POWER CO.<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2053<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8513 (09/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $246,275.25 | | Allowed: | $246,275.25 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: NOSS COMPANY<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2062<br>Claim Date: 04/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,998.46 | Scheduled: | $3,998.46 | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: NOSS COMPANY<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2063<br>Claim Date: 04/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $4,605.51 | Scheduled: | $10,243.48 | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BECK'S SHOES, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2100<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $4,545.76 | Scheduled: | $5,256.38 | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BECK'S SHOES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2101
Claim Date: 04/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $309.95 | | | | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: DALE BOLTON ENTERPRISES, LLC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2125
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,455.00 | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: MH EQUIPMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2198
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $28,026.12 | Scheduled: | $32,375.42 | Allowed: | $28,026.12 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PIRTEK OVERLAND
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2208
Claim Date: 04/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,141.96 | Scheduled: | $3,099.23 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: YOKOGAWA CORPORATION OF AMER
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2277
Claim Date: 04/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,810.83 | Scheduled: | $14,407.57 | Allowed: | $15,810.83 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: FOCUS IMAGING GROUP
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2358
Claim Date: 04/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $41,751.00 | Scheduled: | $44,041.00 | Allowed: | $41,751.00 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CREATIVE COMMUNICATION SALES
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2487
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,453.64 | Scheduled: | $4,153.00 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANGER INDUSTRIES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2574
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8530 (09/13/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,652.40 | Scheduled: | $156,388.24 | Allowed: | $10,652.40 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANGER INDUSTRIES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2592
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8535 (09/14/2010)
THIS CLAIM IS PAID

| SECURED | Claimed: | $246.15 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $714.28 | | | | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANGER INDUSTRIES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2593
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8535 (09/14/2010)
THIS CLAIM IS PAID

| SECURED | Claimed: | $42,779.82 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $714.29 | | | | |

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC. | | Claim Number: 2594 |
| TRANSFEROR: STANGER INDUSTRIES, INC. | | Claim Date: 04/29/2009 |
| ONE UNIVERSITY PLAZA | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | | Comments: DOCKET: 8535 (09/14/2010) |
| HACKENSACK, NJ 07601 | | THIS CLAIM IS PAID |
| SECURED | Claimed: | $3,099.53 |
| UNSECURED | Claimed: | $714.29 |

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC. | | Claim Number: 2595 |
| TRANSFEROR: STANGER INDUSTRIES, INC. | | Claim Date: 04/29/2009 |
| ONE UNIVERSITY PLAZA | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | | Comments: DOCKET: 8535 (09/14/2010) |
| HACKENSACK, NJ 07601 | | THIS CLAIM IS PAID |
| SECURED | Claimed: | $30,424.12 |
| UNSECURED | Claimed: | $714.29 |

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC. | | Claim Number: 2596 |
| TRANSFEROR: STANGER INDUSTRIES, INC. | | Claim Date: 04/29/2009 |
| ONE UNIVERSITY PLAZA | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | | Comments: DOCKET: 8535 (09/14/2010) |
| HACKENSACK, NJ 07601 | | THIS CLAIM IS PAID |
| SECURED | Claimed: | $438.65 |
| UNSECURED | Claimed: | $714.28 |

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC. | | Claim Number: 2597 |
| TRANSFEROR: STANGER INDUSTRIES, INC. | | Claim Date: 04/29/2009 |
| ONE UNIVERSITY PLAZA | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | | Comments: DOCKET: 8535 (09/14/2010) |
| HACKENSACK, NJ 07601 | | THIS CLAIM IS PAID |
| SECURED | Claimed: | $3,816.37 |
| UNSECURED | Claimed: | $714.29 |

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC. | | Claim Number: 2598 |
| TRANSFEROR: STANGER INDUSTRIES, INC. | | Claim Date: 04/29/2009 |
| ONE UNIVERSITY PLAZA | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | | Comments: DOCKET: 8535 (09/14/2010) |
| HACKENSACK, NJ 07601 | | THIS CLAIM IS PAID |
| SECURED | Claimed: | $931.69 |
| UNSECURED | Claimed: | $714.28 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANGER INDUSTRIES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2599
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8535 (09/14/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| SECURED | Claimed: | $19,222.78 |
| UNSECURED | Claimed: | $714.29 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANGER INDUSTRIES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2600
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8535 (09/14/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| SECURED | Claimed: | $471.82 |
| UNSECURED | Claimed: | $714.28 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANGER INDUSTRIES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2601
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8535 (09/14/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| SECURED | Claimed: | $383.59 |
| UNSECURED | Claimed: | $714.28 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANGER INDUSTRIES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2602
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8535 (09/14/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| SECURED | Claimed: | $827.90 |
| UNSECURED | Claimed: | $714.28 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANGER INDUSTRIES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2603
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8535 (09/14/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| SECURED | Claimed: | $2,259.90 |
| UNSECURED | Claimed: | $714.29 |

---

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC. | | Claim Number: 2604 |
| TRANSFEROR: STANGER INDUSTRIES, INC. | | Claim Date: 04/29/2009 |
| ONE UNIVERSITY PLAZA | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | | Comments: DOCKET: 8535 (09/14/2010) |
| HACKENSACK, NJ 07601 | | THIS CLAIM IS PAID |

| SECURED | Claimed: | $2,185.63 |
|---|---|---|
| UNSECURED | Claimed: | $714.29 |

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC. | | Claim Number: 2605 |
| TRANSFEROR: STANGER INDUSTRIES, INC. | | Claim Date: 04/29/2009 |
| ONE UNIVERSITY PLAZA | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | | Comments: DOCKET: 8535 (09/14/2010) |
| HACKENSACK, NJ 07601 | | THIS CLAIM IS PAID |

| SECURED | Claimed: | $2,673.56 |
|---|---|---|
| UNSECURED | Claimed: | $714.29 |

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC. | | Claim Number: 2606 |
| TRANSFEROR: STANGER INDUSTRIES, INC. | | Claim Date: 04/29/2009 |
| ONE UNIVERSITY PLAZA | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | | Comments: DOCKET: 8535 (09/14/2010) |
| HACKENSACK, NJ 07601 | | THIS CLAIM IS PAID |

| SECURED | Claimed: | $1,360.69 |
|---|---|---|
| UNSECURED | Claimed: | $714.28 |

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC. | | Claim Number: 2607 |
| TRANSFEROR: STANGER INDUSTRIES, INC. | | Claim Date: 04/29/2009 |
| ONE UNIVERSITY PLAZA | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | | Comments: DOCKET: 8535 (09/14/2010) |
| HACKENSACK, NJ 07601 | | THIS CLAIM IS PAID |

| SECURED | Claimed: | $1,552.28 |
|---|---|---|
| UNSECURED | Claimed: | $714.28 |

| | | |
|---|---|---|
| LIQUIDITY SOLUTIONS, INC. | | Claim Number: 2608 |
| TRANSFEROR: STANGER INDUSTRIES, INC. | | Claim Date: 04/29/2009 |
| ONE UNIVERSITY PLAZA | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| SUITE 312 | | Comments: DOCKET: 8535 (09/14/2010) |
| HACKENSACK, NJ 07601 | | THIS CLAIM IS PAID |

| SECURED | Claimed: | $311.99 |
|---|---|---|
| UNSECURED | Claimed: | $714.28 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANGER INDUSTRIES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2609
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8535 (09/14/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| SECURED | Claimed: | $2,356.80 |
| UNSECURED | Claimed: | $714.29 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANGER INDUSTRIES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2610
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8535 (09/14/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| SECURED | Claimed: | $5,148.28 |
| UNSECURED | Claimed: | $714.29 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANGER INDUSTRIES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2611
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8535 (09/14/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| SECURED | Claimed: | $3,611.36 |
| UNSECURED | Claimed: | $714.29 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANGER INDUSTRIES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2612
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8535 (09/14/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| SECURED | Claimed: | $1,825.56 |
| UNSECURED | Claimed: | $714.29 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: TIGER CONTROLS INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 2623
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $93,157.82 | Scheduled: | $87,391.30 | Allowed: | $93,157.82 |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: UNIVERSAL WEARPARTS, INC.<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2629<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $18,710.17 | Scheduled: | $18,710.17 | Allowed: | $18,710.17 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: COOLING TOWER DEPOT, INC.,<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2665<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $34,813.57 | Scheduled: | $34,813.57 | Allowed: | $34,813.57 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PEGASUS SOLUTIONS, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2699<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 5047 (02/16/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $93,920.27 | Scheduled: | $98,250.37 | Allowed: | $93,920.27 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CHAPMAN'S ACE HARDWARE<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2710<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,844.83 | Scheduled: | $1,886.10 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CARPETSPLUS COLORTILE<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2741<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,202.39 | Scheduled: | $1,202.39 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CALIFORNIA GREY BEARS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2779<br>Claim Date: 05/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,050.00 | Scheduled: | $2,644.00 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CENTRAL YORK CORPORATION<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2787<br>Claim Date: 05/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $21,582.00 | Scheduled: | $21,509.77 | Allowed: | $21,582.00 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GREER INDUSTRIES<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2813<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $104,515.25 | Scheduled: | $88,644.66 | Allowed: | $104,515.25 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: TOVAR'S SNOW PLOWING INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 2908<br>Claim Date: 05/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,059.00 | Scheduled: | $4,059.00 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: WALCO ELECTRIC CO.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3068<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $37,496.52 | Scheduled: | $37,495.92 | Allowed: | $37,496.52 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: TRI-LAKES CONTAINER<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3086<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8408 (08/18/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $38,981.42 | Scheduled: | $35,939.82 | Allowed: | $38,981.42 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ACCURATE PAPER RECYCLING, IN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3237-01<br>Claim Date: 06/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,163.13 | | | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: THACKER INDUSTRIAL SERVICE C<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3289<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5734 (03/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $145,085.00 | Scheduled: | $168,079.10 | Allowed: | $145,085.00 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ACCURATE RECYCLING CORP.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3339<br>Claim Date: 06/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $24,041.04 | Scheduled: | $49,723.00 | Allowed: | $24,041.04 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: WESTERN POLYMER CORP<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3345<br>Claim Date: 06/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $44,550.58 | | | Allowed: | $44,550.58 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: MECHANICAL EQUIPMENT COMPANY
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3414
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $30,590.57 | Scheduled: | $30,793.97 | Allowed: | $30,590.57 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PREMIER MAINTENANCE INC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3468
Claim Date: 06/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,821.11 | Scheduled: | $6,270.00 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LABET-IT, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3587
Claim Date: 07/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,799.25 | | | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: RUDCO PRODUCTS INC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3609
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $8,520.00 | Scheduled: | $8,520.00 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: RUDCO PRODUCTS INC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3610
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,520.00 | | | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: DEANGELIS CONSTRUCTION CO
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3613
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,766.00 | Scheduled: | $11,766.00 | Allowed: | $11,766.00 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: JIM'S LEASING INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3616
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,200.00 |
| UNSECURED | Claimed: | $4,000.00 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: JIMS LEASING INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3617
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,200.00 | Scheduled: | $5,200.00 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SERF INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3628
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,089.81 | Scheduled: | $9,474.00 | Allowed: | $10,089.81 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: TRISTATE COATING AND MACHINE
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3642
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34,095.55 | Scheduled: | $34,095.55 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: K&J SUPPLY CO INC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3646
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $66,255.58 | Scheduled: | $66,255.58 | Allowed: | $66,255.58 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: COLUMBIA ANALYTICAL SERVICES
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3648
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $16,766.75 | Scheduled: | $13,951.75 | Allowed: | $16,766.75 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: GALBRAITH LABORATORIES INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3658
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,123.60 | Scheduled: | $11,025.60 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: JERKE CONSTRUCTION
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3759
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,581.98 | Scheduled: | $5,581.98 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: COATER SERVICES/LSI
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3819
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,194.14 | Scheduled: | $1,120.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ACE INDUSTRIAL SERVICES<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3842<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,118.20 | Scheduled: | $5,118.20 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BONDED MESSENGER SERVICE INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3855<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $679.39 | Scheduled: | $1,141.07 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LEXCOM TELEPHONE COMPANY<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3874<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,934.73 | Scheduled: | $4,222.31 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: T&S PRODUCTS INC<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3918<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $21,091.19 | Scheduled: | $21,091.19 | Allowed: | $21,091.19 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HINTZ FIRE EQUIPMENT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 3920<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,261.85 | Scheduled: | $1,261.85 | | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: COUNTRYLINE INC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 3933
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,575.42 | Scheduled: | $3,150.84  UNLIQ | | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: M AND S SECURITY SERVICES
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4011
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,806.08 | Scheduled: | $14,508.25 | Allowed: | $14,806.08 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: HILLSBORO TRANSPORTATION
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4115
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,482.00 | Scheduled: | $10,662.00 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ARCS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4125
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,068.25 | Scheduled: | $2,068.25 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: A.R.C.S. DIV PNJ INDUSTRIES
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4126
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,875.00 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: L & S ELECTRIC INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4138
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $189,956.63 | Scheduled: | $181,712.63 | Allowed: | $189,956.63 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: HIGH PLAINS LOGISTICS CONSUL
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4147
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17,446.33 | Scheduled: | $15,164.68 | Allowed: | $17,446.33 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SHEET METAL SOLUTIONS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4294
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,778.05 | Scheduled: | $4,736.49 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: M2 LOGISTICS INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4310
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,105.21 | Scheduled: | $8,696.83 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SECURITY MANAGEMENT OF
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4351
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,899.63 | Scheduled: | $15,078.73 | Allowed: | $14,899.63 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: TRI CHEM CORPORATION
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4354
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $16,505.89 | Scheduled: | $16,505.89 | Allowed: | $16,505.89 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: KROHNE INC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4372
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $17,244.09 | Scheduled: | $17,244.09 | Allowed: | $17,244.09 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STAFFORD CUTTING DIES INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4425
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7552 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $11,640.57 | | | Allowed: | $11,640.57 |
|---|---|---|---|---|---|---|
| UNSECURED | | | | | Allowed: | $25,333.35 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ORKIN EXTERMINATING CO INC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4473
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7576 (05/11/2010)
THIS CLAIM IS PAID

| PRIORITY | Claimed: | $7,354.47 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $7,354.47 | | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: DREAM TECH CONSULTING
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4479
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,328.18 | Scheduled: | $5,603.68 | | |
|---|---|---|---|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: NEW ENGLAND MECHANICAL INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4547
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,981.00 | Scheduled: | $6,981.00 |
|---|---|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PLANK CORPORATION
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4622
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,293.87 |
|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SPENCER JOHNSTON COMPANY
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4623
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,484.00 | Scheduled: | $2,484.00 |
|---|---|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: YARDE METALS INC.
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4657
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,343.85 | Scheduled: | $2,753.51 |
|---|---|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: TAYLOR INSULATION
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4680
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $780.00 |
|---|---|---|

---

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: TAYLOR INSULATION
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4681
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,475.00 | Scheduled: | $5,475.00 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: GH PACKAGE & PRODUCT TESTING
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4727
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,940.00 | Scheduled: | $3,940.00 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BRIDGE TERMINAL TRANSPORT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4738
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $106,584.44 | Scheduled: | $91,642.07 | Allowed: | $106,584.44 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: INDUSTRIAL MAINTENANCE LTD
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4779
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,086.33 | Scheduled: | $4,086.33 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: DELTA INDUSTRIES INC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4784
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,157.02 | Scheduled: | $9,157.02 | | |
|---|---|---|---|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: NORTHERN INDUSTRIAL FLOORING
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4785
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $34,477.89 | Scheduled: | $34,477.89 | Allowed: | $34,477.89 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: H BERSTEIN SERVICE CO INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4794
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $118,957.80 | Scheduled: | $116,061.89 | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: DIRECT EMPLOYERS ASSOCIATION
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4841
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,013.70 | Scheduled: | $2,013.70 | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: SENTINEL LUBRICANTS CORP
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4849
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,910.48 | Scheduled: | $13,542.37 | Allowed: | $13,910.48 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BELT CORPORATION OF AMERICA
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 4852
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $965.83 | Scheduled: | $1,296.13 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: UNITED SCALE & ENGINEERING<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 4889<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,285.17 | Scheduled: | $1,285.17 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: BOBCAT ENTERPRISES INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 4926<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | | |
| UNSECURED | Claimed: | $10,205.69 | Scheduled: | $2,862.39 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MEYER LABORATORY, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 4928-04<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $38,023.73 | Scheduled: | $50,039.84 | Allowed: | $38,023.73 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: LIQUID HANDLING SYSTEMS INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 4934<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,860.20 | Scheduled: | $3,933.58 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SILICON VALLEY LOCKMASTERS I<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 4937<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,611.59 | Scheduled: | $2,611.59 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: RITE WEIGHT INC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 | | Claim Number: 5029 Claim Date: 07/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,200.00 | Scheduled: | $2,200.00 | | |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: VALLEY PIPE & SUPPLY INC. ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | | Claim Number: 5059 Claim Date: 07/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,934.30 | Scheduled: | $1,916.15 | | |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: INDUSTRIAL CUTTING TOOLS INC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 | | Claim Number: 5078 Claim Date: 07/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $13,647.42 | Scheduled: | $13,647.42 | Allowed: | $13,647.42 |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: ADVANCE MAILING SERVICE ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | | Claim Number: 5084 Claim Date: 07/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,200.00 | Scheduled: | $1,177.00 | | |
| LIQUIDITY SOLUTIONS, INC. TRANSFEROR: TRIANGLE, INC ONE UNIVERSITY PLAZA SUITE 312 HACKENSACK, NJ 07601 | | Claim Number: 5090 Claim Date: 07/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $14,885.00 | Scheduled: | $14,885.00 | Allowed: | $14,885.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ROCKY MOUNTAIN PAVEMENT<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 5127<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $19,656.00 | Scheduled: | $19,656.00 | Allowed: | $19,656.00 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SMC ELECTRIC<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 5149<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,830.19 | Scheduled: | $3,830.19 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: RAAB SALES INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 5241<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,752.59 | Scheduled: | $1,752.59 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: ROGERS CARTAGE CO.<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 5275<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $56,263.14 | Scheduled: | $55,615.39 | Allowed: | $56,263.14 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: CONTINENTAL DISC CORP<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 5279<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,242.58 | Scheduled: | $5,242.58 | | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: OHIO BLOW PIPE COMPANY, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5292
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $76,814.00 | | | | |
| UNSECURED | Claimed: | $25,702.76 | Scheduled: | $108,905.23 | Allowed: | $25,702.76 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: HANNA TRANSFER NORTH INC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5307
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,832.60 | Scheduled: | $1,832.60 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PRINTLINK LTD
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5322
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,490.15 | Scheduled: | $4,490.15 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: E&L ELECTRIC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5438
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,631.80 | Scheduled: | $3,169.20 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BOCK & CLARK CORPORATION
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5449
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,800.00 | Scheduled: | $18,050.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BINGHAM FLEXO SERVICES INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5514
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,858.98 | Scheduled: | $3,858.98 |
|-----------|----------|-----------|------------|-----------|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ELECTRO MECHANICAL SERVICES
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5564
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,055.00 | Scheduled: | $2,055.00 |
|-----------|----------|-----------|------------|-----------|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ED SCOTT EXPRESS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5609
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $1,023.96 |
|-----------|----------|---------------|------------|-----------|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ED SCOTT EXPRESS (01)
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5610
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,023.96 |
|-----------|----------|-----------|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: RELIABLE FIRE EQUIPMENT CO
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 5728
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,913.31 | Scheduled: | $4,429.16 |
|-----------|----------|-----------|------------|-----------|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: HAR ADHESIVE TECHNOLOGIES<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 5732<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $13,682.07 | Scheduled: | $13,684.15 | Allowed: | | $13,682.07 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KNIGHT IND SUPPLIES INC<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 5735<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $11,936.40 | Scheduled: | $11,624.40 | | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: AMERICAN PLUMBING COMP., INC<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 5779<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $53,299.00 | Scheduled: | $78,000.64 | Allowed: | | $53,299.00 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SOLID WASTE AUTH-PROJECT PAP<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 5944<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,499.74 | Scheduled: | $2,505.17 | | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: VALLEY INDUSTRIAL PRODUCTS<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 6173<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $8,028.03 | Scheduled: | $8,028.03 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PALL TRINCOR<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 6236<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $33,057.40 | Scheduled: | $33,258.09 | Allowed: | | $33,057.40 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KADANT JOHNSON INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 6238-02<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010)<br>THIS CLAIM IS PAID | | | | | |
| ADMINISTRATIVE | Claimed: | $39,135.20 | | | | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GA DISPOSAL INC<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 6355<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,730.00 | Scheduled: | $1,884.00 | | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GOVERNOR CONTROL SYSTEMS INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 6375-02<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $21,023.09 | Scheduled: | $34,977.39 | | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GOVERNOR CONTROL SYSTEMS INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 6375-03<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $13,954.30 | | | Allowed: | | $13,954.30 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: COMMUNICATIONS & ELECTRONICS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6393
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,663.60 | Scheduled: | $10,512.88 | | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PERFORMANCE FOOD GROUP CO
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6401
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $31,806.12 | Scheduled: | $26,651.22 | Allowed: | $31,806.12 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: E&C CHEMICALS, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6409-02
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $955.14 | Scheduled: | $171,829.75 | | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: AMERICAN PRODUCTS ENTERPRISE
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6436
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,063.81 | | | | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: FASTENERS FOR RETAIL, INC. (
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6441
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $27,428.34 | Scheduled: | $46,707.43 | Allowed: | $27,428.34 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: IWS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6454
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,509.68 | Scheduled: | $19,458.43 | Allowed: | $11,509.68 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PULMAC INSTRUMENTS INTL.
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6537
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,540.32 | Scheduled: | $3,540.32 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: RADIO TECHNOLOGIES & COMMUNI
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6621
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,835.66 | Scheduled: | $7,197.82 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CENTRAL STATES WIRE PRODUCTS
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6632
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $8,326.20 | Scheduled: | $8,326.20 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: NESTLE WATERS NORTH AMERICA
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6741
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7432 (05/04/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,313.00 | Scheduled: | $2,593.00 |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: FINAL TOUCH CLEANING
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6756
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,850.00 | Scheduled: | $1,850.00 | | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PORTER ROOFING CONTRACTORS,
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6779
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,675.00 | Scheduled: | $3,250.00 | | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: WISCONSIN ELECTRIC POWER COM
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6835
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $235,500.25 | | | | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: KEY CONTROLS, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6937
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7771 (05/27/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $40,435.77 | Scheduled: | $37,010.30 | Allowed: | $40,435.77 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: DALE BOLTON ENTERPRISES, LLC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6953
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,905.00 | Scheduled: | $14,455.00 | Allowed: | $19,905.00 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: AAA-ABC COURIER
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 6957
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,229.00 | Scheduled: | $1,130.00 | | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ADEX INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7038
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $413,909.75 | Scheduled: | $413,909.75 | Allowed: | $413,909.75 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ABLE TECHNOLOGY LLC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7085
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,470.19 | Scheduled: | $49,127.19 | | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ABLE FIELD SERVICES INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7086
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $63,884.00 | Scheduled: | $16,142.00 | Allowed: | $63,884.00 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: FRANKLIN FREIGHT BROKERAGE,
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7122
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $26,920.44 | | | Allowed: | $26,920.44 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: FRANKLIN STORAGE, LP
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7125
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6281 (03/26/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $46,230.27 | | | Allowed: | $46,230.27 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: COT PURITECH INC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7242
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7554 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $26,617.50  UNDET | Scheduled: | $26,617.50 | Allowed: | $26,617.50 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: NYE LUBRICANTS, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7329-04
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8408 (08/18/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $25,823.19 |
|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ADHESIVE COMPOUNDERS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7360
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,635.50 | Scheduled: | $1,635.50 |
|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: WEIDNER PLUMBING & HEATING C
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7599
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,780.35 | Scheduled: | $2,586.40 |
|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: MALONEY GLASS & DOOR INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7605
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,361.12 | Scheduled: | $5,361.12 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CONTROL DYNAMICS, INC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7780
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $23,677.46 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $216,184.63 | | | Allowed: | $216,184.63 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PUBLIC SERVICE COMPANY OF CO
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 7795
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $23,153.97 | Scheduled: | $95,195.38 | Allowed: | $23,153.97 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: NEW ENGLAND CONTROLS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 8082
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,384.41 | Scheduled: | $7,374.41 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: MWP INDUSTRIAL SERVICES INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 8112
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,842.00 | Scheduled: | $7,842.00 | | |
|---|---|---|---|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: TRIMEDIA CONSULTANTS INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 8154
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $40,250.75 | Scheduled: | $38,069.50 | Allowed: | $40,250.75 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: COSHOCTON TOWN & COUNTRY CLU
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 8493
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,099.43 | Scheduled: | $1,099.43 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: COVERALL NORTH AMERICA, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 9042
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $16,095.00 | Scheduled: | $19,910.42 | Allowed: | $16,095.00 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: MSJ TRUCKING INC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 9085
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,990.00 | Scheduled: | $12,990.00 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: HYDROCHEM INDUSTRIAL SERVICE
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 9361
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7746 (05/25/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $72,011.97 | Scheduled: | $49,543.71 | Allowed: | $72,011.97 |
|---|---|---|---|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: HYDROTEX INC (02)
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 9436
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $16,487.20 | Scheduled: | $16,477.09 | Allowed: | $16,487.20 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: MAINLINE INFORMATION SYSTEMS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 9460
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $232,528.03 | Scheduled: | $232,528.03 | Allowed: | $232,528.03 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BUSKE LINES INC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 9593
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $27,565.24 | Scheduled: | $37,944.34 | Allowed: | $27,565.24 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: HERMES LANDSCAPING INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 9621
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,439.48 | Scheduled: | $2,439.48 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: MIDDLESEX LAWN & GARDEN INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 9741
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,663.07 | Scheduled: | $4,885.74 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BRENNER CORPORATION
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 9781
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,323.32 | Scheduled: | $11,323.32 | Allowed: | $11,323.32 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: KONECRANES, INC.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 9843-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $151,526.88 | Scheduled: | $16,725.45 | Allowed: | $151,526.88 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: COPLAND TRUCKING CO INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 9859
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $40,000.00 | Scheduled: | $40,000.00 | Allowed: | $40,000.00 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: HOFFMEYER CORPORATION
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 9986
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,128.55 | Scheduled: | $3,128.55 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: KADANT JOHNSON INC
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 10038
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $94,957.70 | Scheduled: | $132,019.06 | Allowed: | $94,957.70 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KADANT BLACK CLAWSON INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 10039-03<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $26,976.00 | Scheduled: | $286,824.89 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KADANT BLACK CLAWSON INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 10039-04<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $259,463.77 | Scheduled: | $20,684.00 | Allowed: | $259,463.77 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GREGORY SALISBURY & CO INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 10676<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $9,914.00 | Scheduled: | $9,914.00 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: AMERIKEN COMPANIES<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 10756<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,671.97 | Scheduled: | $1,634.37 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SPAETH CLEANING<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 10913<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,500.00 | Scheduled: | $4,500.00 | | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BIOBELT LABORATORIES INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11113
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,100.00 | Scheduled: | $9,225.00 | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BIOBELT LABORATORIES INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11114
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,825.00 | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: KADANT WEB SYSTEMS INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11128-03
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $8,157.02 | | | |
| UNSECURED | | | Scheduled: | $61,372.33 | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: KADANT WEB SYSTEMS INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11128-04
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $54,884.85 | | Allowed: | $54,884.85 |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: KADANT AES
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11129-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $16,348.10 | | | |
| UNSECURED | | | Scheduled: | $86,009.38 | |

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: KADANT AES
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11129-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $71,194.30 | | | Allowed: | $71,194.30 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: CLAYTON INDUSTRIES
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11469
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $29,540.67 | Scheduled: | $29,599.72 | Allowed: | $29,540.67 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: HAMILTON PRESS, LLC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11585
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,361.07 | Scheduled: | $10,044.43 | Allowed: | $10,361.07 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: EDWARDS WOOD PRODUCTS INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11607-01
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,735.46 | Scheduled: | $24,510.66  UNLIQ | Allowed: | $11,735.46 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: EDWARDS WOOD PRODUCTS INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11607-02
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2534 (10/30/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $6,387.60 | | | Allowed: | $6,387.60 |
|---|---|---|---|---|---|---|

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BW JOHNSON MANUFACTURING CO.
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11668
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $70,970.52 | | | Allowed: | $70,970.52 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: LARRY'S TRUCKING & WAREHOUSE
ONE UNIVERSITY PLAZA,
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11678
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,449.43 | Scheduled: | $31,265.09 UNLIQ | Allowed: | $15,449.43 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: STANDARD PLUMBING & HEATING
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11716
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,137.00 | Scheduled: | $5,137.00 | | |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: ARROYO PROCESS EQUIPMENT INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11735
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $19,455.53 | Scheduled: | $19,214.00 | Allowed: | $19,455.53 |
|---|---|---|---|---|---|---|

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: PAMARCO GLOBAL GRAPHICS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11797
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $30,608.56 | Scheduled: | $29,506.00 | Allowed: | $30,608.56 |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: W.D. ROGERS MECHANICAL CONTR<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 11876<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $24,856.00 | Scheduled: | $24,856.00 | Allowed: | $24,856.00 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PIRTEK SOUTH HOLLAND INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 12120<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,965.43 | Scheduled: | $1,418.24 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: WISCONSIN ELECTRIC POWER COM<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 12165<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $235,500.25 | Scheduled: | $108,697.83 | Allowed: | $235,500.25 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SHIPPING UTILITIES, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 12327<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $9,222.08 | Scheduled: | $3,803.06 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: MACHINE TOOL REBUILDERS INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 12388<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $6,046.25 | Scheduled: | $6,046.25 | | |

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PEREIRA INDUSTRIAL CONSTRUCT<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 12443<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3286 (12/18/2009) | | |
| UNSECURED | Claimed: | $5,694.87 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PEREIRA INDUSTRIAL & MAINTEN<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 13201<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 12443<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $5,694.87 | Scheduled: | $5,694.87 |
| LITHTEX<br>6770 NW CENTURY BLVD<br>HILLSBORO, OR 97124 | | Claim Number: 3832<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,083.00 | Scheduled: | $7,083.00 |
| LITIN<br>3003 N PACIFIC STREET<br>MINNEAPOLIS, MN 55411 | | Claim Number: 12155<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,101.00 | Scheduled: | $2,101.00 |
| LITTLE RIVER FORESTRY INC<br>PO BOX 159<br>CEDAR BLUFF, AL 35959 | | Claim Number: 9999-01<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $36,109.32 | | |

| | | | | |
|---|---|---|---|---|
| LITTLE RIVER FORESTRY INC<br>PO BOX 159<br>CEDAR BLUFF, AL 35959 | | Claim Number: 9999-02<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| UNSECURED | Claimed: | $36,109.33 | | |
| LITTLE, KELVIN E<br>1411 DORSEY STREET<br>GREENSBORO, NC 27407 | | Claim Number: 4605<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,000.00 | | |
| LIVINGSTON INTERNATIONAL INC<br>PO BOX 950<br>BUFFALO, NY 14213 | | Claim Number: 7902<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $798.70 | Scheduled: | $507.43 |
| LLOYDS REG QUALITY ASSURANCE INC<br>PO BOX 200168<br>HOUSTON, TX 77216-0168 | | Claim Number: 7286<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,366.76 | Scheduled: | $750.00 |
| LOAN FUNDING V, LLC<br>ATTENTION TERENCE DUNN<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT INC<br>P.O. BOX 32339, 2 GATEWAY CTR.<br>NEWARK, NJ 07102 | | Claim Number: 11299<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| SECURED | Claimed: | $4,828,277.80 | | |

LOBLAWS INC
ATTN: ME NATHALIE TESSIER
400, AVENUE SAINTE-CROIX
SAINT-LAURENT, QC H4N 3L4
CANADA

Claim Number: 13156
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $56,804.87 | | |
|---|---|---|---|---|

LOCAL 6-505M, GCC/ IBT
ATTN: CHICO HUMES, PRESIDENT
105 PROGRESS PARKWAY
MARYLAND HEIGHTS, MO 63034

Claim Number: 9300
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

LOEWY FOODS INC
PO BOX 1362
NORTHBROOK, IL 60065

Claim Number: 6521
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,676.90 | Scheduled: | $2,676.90 |
|---|---|---|---|---|

LOFFTUS, JAMES A. & TILLIE V.
NAMED PLAINTIFF IN ERICKSON, ROY D.,
ET AL., C/O TOM L. LEWIS - LEWIS SLOVAK
& KOVACICH, P.C. - P.O. BOX 2325
GREAT FALLS, MT 59403

Claim Number: 6648
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,000.00 | | |
|---|---|---|---|---|

LOFTIS STEEL & ALUMINUM INC
PO BOX 90473
NASHVILLE, TN 37209

Claim Number: 4179
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $479.00 | Scheduled: | $479.00 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| LOFTON LABEL INC<br>6290 CLAUDE WAY EAST<br>INVER GROVE HEIGHTS, MN 55076 | | Claim Number: 4495<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $7,682.15 | Scheduled: | $9,880.25 | | |
| LOFTON LABEL INC<br>6290 CLAUDE WAY EAST<br>INVER GROVE HEIGHTS, MN 55076 | | Claim Number: 4496<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,800.00 | | | | |
| LOGAN COMPANY LLC<br>PO BOX 38<br>LARSEN, WI 54956 | | Claim Number: 4961<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $13,227.67 | Scheduled: | $13,227.67 | | |
| LOGAN CONTRACTING GROUP INC<br>1417 SADLER ROAD 222<br>FERNANDINA BEACH, FL 32034 | | Claim Number: 11494<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $38,808.00 | | | | |
| UNSECURED | Claimed: | $118,266.00 | Scheduled: | $157,074.00 | | |
| LOGGY BAYOU TIMBER COMPANY INC<br>2560 MILL STREET PO BOX 681<br>RINGGOLD, LA 71068 | | Claim Number: 5682<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $32,360.91 | Scheduled: | $64,721.83 UNLIQ | Allowed: | $32,360.91 |

| | | | | |
|---|---|---|---|---|
| LOGIC SYSTEMS<br>235 ACCACIA DR<br>HIGHLANDVILLE, MO 65669 | | Claim Number: 10911<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,593.66 | Scheduled: | $3,593.66 |
| LOGISTICS SERVICES INC<br>ATTN: DOUG MILLS<br>900 APOLLO ROAD<br>EAGAN, MN 55121 | | Claim Number: 7582<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $24,548.91 | Scheduled: | $24,078.21 |
| LOGISTICS WAREHOUSE, INC.<br>C/O THOMAS E. ROBERTSON, JR., ESQ.<br>P.O. DRAWER 848<br>FORT SMITH, AR 72902 | | Claim Number: 2801<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $23,937.77 | | |
| LONCALA, INCORPORATED<br>25755 NW 130TH AVENUE<br>HIGH SPRINGS, FL 32643 | | Claim Number: 961<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,192.67 | Scheduled: | $14,385.35  UNLIQ |
| LONESTAR TRANSPORTATION INC<br>PO BOX 3257<br>ABILENE, TX 79604 | | Claim Number: 4394<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,110.76 | Scheduled: | $1,110.76 |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: GLOBAL SECURITY MNGMT AGENCY
1325 AVE OF THE AMERICAS 28TH FL
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 104
Claim Date: 02/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $16,504.56 | Scheduled: | $16,961.40 | Allowed: | $16,504.56 |
|---|---|---|---|---|---|---|

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: CSW, INC.
1325 AVE OF THE AMERICAS 28TH FL
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 1319-01
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,285.42 | Scheduled: | $347,632.40 | Allowed: | $11,285.42 |
|---|---|---|---|---|---|---|

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: GLOBAL RISK CONSULTANTS, COR
1325 AVE OF THE AMERICAS 28TH FL
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 1586
Claim Date: 03/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $56,524.00 | Scheduled: | $26,392.41 | Allowed: | $56,524.00 |
|---|---|---|---|---|---|---|

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR:AERATION INDUSTRIES INT'L INC
1325 AVE OF THE AMERICAS 28TH FL
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 2532
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13951
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $20,692.80 | | | Allowed: | $20,692.80 |
|---|---|---|---|---|---|---|

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: CHICAGO ELECTRIC SALES, INC.
1325 AVE OF THE AMERICAS 28TH FL
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 3181
Claim Date: 05/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $35,991.03 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,299.98 | Scheduled: | $117,011.37 | | |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: HERITAGE ENVIRONMENTAL SERVI
1325 AVE OF THE AMERICAS 28TH FL
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 3420
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $69,014.63 | Scheduled: | $67,582.23 | Allowed: | $69,014.63 |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: DANHART INC
1325 AVE OF THE AMERICAS 28TH FL
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 4541
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13989
DOCKET: 6649 (04/07/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17,536.90 | Scheduled: | $17,536.90 | Allowed: | $17,536.90 |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: MAGNETECH INDUSTRIAL
SERVICES, INC; ATTN VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 4575
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 14031
DOCKET: 6649 (04/07/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $66,595.50 | Scheduled: | $69,741.30 | Allowed: | $66,595.50 |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: HENKELS & MCCOY INC
1325 AVE OF THE AMERICAS 28TH FL
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 5463
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $355,411.49 | Scheduled: | $355,411.49 | Allowed: | $355,411.49 |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: CRIGLER ENTERPRISES, INC.
1325 AVE OF THE AMERICAS 28TH FL
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 5486
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $142,859.00 | Scheduled: | $201,950.43 | Allowed: | $142,859.00 |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: ALSTOM POWER INC
1325 AVE OF THE AMERICAS 28TH FL
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 5676
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $88,193.26 | Scheduled: | $4,297.41 | | |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: ALSTOM POWER INC
1325 AVE OF THE AMERICAS 28TH FL
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 5677
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $28,317.33 | Scheduled: | $7,370.00 | Allowed: | $28,317.33 |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: ALSTROM POWER INC.
1325 AVE OF THE AMERICAS 28TH FL
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 5678-02
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $365,031.01 | Scheduled: | $398,403.17 | Allowed: | $365,031.01 |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: BLI
1325 AVE OF THE AMERICAS 28TH FL
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 6996
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $264,815.14 | Scheduled: | $273,753.85 | Allowed: | $264,815.14 |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: BRINEGAR TRUCKING INC
1325 AVE OF THE AMERICAS 28TH FL
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 7620
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $191,374.73 | Scheduled: | $191,154.33 | Allowed: | $191,374.73 |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: FRONTIER WAX, LIMITED
1325 AVE OF THE AMERICAS 28TH FL
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 8138-02
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 14021
DOCKET: 8093 (06/21/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $75,522.81 | Scheduled: | $133,357.52 | Allowed: | $75,522.81 |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: ENVIRO-COATINGS INT'L LTD
1325 AVE OF THE AMERICAS 28TH FL
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 8139
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $23,093.00 | Scheduled: | $23,096.66 | Allowed: | $23,093.00 |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: LOMBARDI LOPER & CONANT LLP
1325 AVE OF THE AMERICAS 28TH FL
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 9203
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $57,818.83 | Scheduled: | $48,092.50 | Allowed: | $57,818.83 |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: CM SERVICES INC
1325 AVE OF THE AMERICAS 28TH FL
ATTN: VLADIMIR JELISAVCIC
NEW YORK, NY 10019

Claim Number: 9298
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,950.00 |
| UNSECURED | Claimed: | $214,587.15 |
| TOTAL | Claimed: | $214,597.15 |

LONGACRE OPPORTUNITY FUND, L.P.
TRANSFEROR: CRIMSON CLEAN JANITORIAL
SERVICE ATTN: VLADIMIR JELISAVCIC
810 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10019

Claim Number: 9487
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $16,585.80 | Scheduled: | $16,534.80 | Allowed: | $16,585.80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: CHICAGO ELECTRIC SALES, INC.<br>1325 AVE OF THE AMERICAS 28TH FL<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | | Claim Number: 9876<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $85,172.42 | | | Allowed: | $85,172.42 |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: CSW, INC<br>1325 AVE OF THE AMERICAS 28TH FL<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | | Claim Number: 10011<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $260,943.98 | | | Allowed: | $260,943.98 |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: ALLTEK INC<br>1325 AVE OF THE AMERICAS 28TH FL<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | | Claim Number: 10738<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $433,804.88 | Scheduled: | $306,665.24 | Allowed: | $433,804.88 |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: CM SERVICES INC<br>1325 AVE OF THE AMERICAS 28TH FL<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | | Claim Number: 11535<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6353 (03/29/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $214,597.15 | Scheduled: | $222,465.32 | Allowed: | $214,597.15 |
| LONGACRE OPPORTUNITY FUND, L.P.<br>TRANSFEROR: SID TOOLS, D/B/A MSC INDUSTR<br>1325 AVE OF THE AMERICAS 28TH FL<br>ATTN: VLADIMIR JELISAVCIC<br>NEW YORK, NY 10019 | | Claim Number: 13863-01<br>Claim Date: 03/05/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $352,258.83 | | | Allowed: | $352,258.83 |

| | | | | | | |
|---|---|---|---|---|---|---|
| LONGACRE OPPORTUNITY FUND, L.P. | | Claim Number: 13951 | | | | |
| TRANSFEROR:AERATION INDUSTRIES INT'L INC | | Claim Date: 04/05/2010 | | | | |
| 1325 AVE OF THE AMERICAS 28TH FL | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | |
| ATTN: VLADIMIR JELISAVCIC | | Comments: EXPUNGED | | | | |
| NEW YORK, NY 10019 | | DOCKET: 8093 (06/21/2010) | | | | |
| UNSECURED | Claimed: | $20,692.80 | Scheduled: | $20,692.80 | | |
| LONGACRE OPPORTUNITY FUND, L.P. | | Claim Number: 13988 | | | | |
| TRANSFEROR: CRAWFORD INLAND COMPRESSOR | | Claim Date: 04/15/2010 | | | | |
| 1325 AVE OF THE AMERICAS 28TH FL | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | |
| ATTN: VLADIMIR JELISAVCIC | | Comments: | | | | |
| NEW YORK, NY 10019 | | THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $19,209.00 | Scheduled: | $19,209.00 | Allowed: | $19,209.00 |
| LONGACRE OPPORTUNITY FUND, L.P. | | Claim Number: 13989 | | | | |
| TRANSFEROR: DANHART INC | | Claim Date: 04/15/2010 | | | | |
| 1325 AVE OF THE AMERICAS 28TH FL | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | |
| ATTN: VLADIMIR JELISAVCIC | | Comments: EXPUNGED | | | | |
| NEW YORK, NY 10019 | | DOCKET: 8093 (06/21/2010) | | | | |
| UNSECURED | Claimed: | $17,536.90 | | | | |
| LONGACRE OPPORTUNITY FUND, L.P. | | Claim Number: 14021 | | | | |
| TRANSFEROR: FRONTIER WAX LTD. | | Claim Date: 05/06/2010 | | | | |
| 1325 AVE OF THE AMERICAS 28TH FL | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | |
| ATTN: VLADIMIR JELISAVCIC | | Comments: EXPUNGED | | | | |
| NEW YORK, NY 10019 | | DOCKET: 8093 (06/21/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $71,130.86 | | | | |
| UNSECURED | Claimed: | $68,965.15 | | | | |
| LONGACRE OPPORTUNITY FUND, L.P. | | Claim Number: 14031 | | | | |
| AS ASSIGNEE OF MAGNATECH INDUSTRIAL | | Claim Date: 05/27/2010 | | | | |
| SERVICES INC., ATTN VLADIMIR JELISAVCIC | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | |
| 810 SEVENTH AVE, FLOOR 33 | | Comments: EXPUNGED | | | | |
| NEW YORK, NY 10019 | | DOCKET: 8408 (08/18/2010) | | | | |
| UNSECURED | Claimed: | $68,541.00 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| LONGACRE OPPORTUNITY OFFSHORE FUND, LTD.<br>TRANSFEROR: AUSTOL INC<br>1325 AVE OF THE AMERICAS 28TH FL<br>NEW YORK, NY 10019 | | Claim Number: 2793<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 139<br>DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $19,800.00 | Scheduled: | $19,800.00 | Allowed: | $19,800.00 |

| | | | | | |
|---|---|---|---|---|---|
| LONGACRE OPPORTUNITY OFFSHORE FUND, LTD.<br>TRANSFEROR: AUSTOL INC<br>1325 AVE OF THE AMERICAS 28TH FL<br>NEW YORK, NY 10019 | | Claim Number: 13966<br>Claim Date: 04/07/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $19,800.00 | | | |

| | | | | | |
|---|---|---|---|---|---|
| LORD & TAYLOR<br>ATTN: JOHN MANOS<br>250 HIGHLAND PARK BLVD.<br>WILKES BARRE, PA 18702 | | Claim Number: 5906<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $6,472.00 | Scheduled: | $6,472.00 | |

| | | | | | |
|---|---|---|---|---|---|
| LORENZO INTERNATIONAL INC<br>314 CENTRAL AVENUE<br>DUNKIRK, NY 14048-0778 | | Claim Number: 3880<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,303.92 | Scheduled: | $1,535.00 | |

| | | | | | |
|---|---|---|---|---|---|
| LORENZO, JOE<br>C/O LAW OFFICES OF CECIL E. RICKS, JR.<br>315 CENTENNIAL WAY<br>TUSTIN, CA 92780 | | Claim Number: 947<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $61,877.55 | | Allowed: | $20,000.00 |

LORI GOETTGE
PO BOX 61
PORT WASHINGTON, OH 43837

Claim Number: 5494
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| PRIORITY | Claimed: | $228.00 | | |
|---|---|---|---|---|

LOTT OIL COMPANY INC
PO BOX 17
NATCHITOCHES, LA 71458-0017

Claim Number: 3748
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,362.22 | Scheduled: | $19,309.62 |
|---|---|---|---|---|

LOUIS A NELSON INC
224 GLENWOOD AVENUE
BLOOMFIELD, NJ 07003

Claim Number: 3791
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,500.00 | Scheduled: | $5,500.00 |
|---|---|---|---|---|

LOUIS PRYOR SUPPLY INC
2487 N JOHN YOUNG PARKWAY
ORLANDO, FL 32804-4194

Claim Number: 4710
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,292.20 | Scheduled: | $789.40 |
|---|---|---|---|---|

LOUISIANA ASSOCIATION OF BUSINESS &
INDUSTRY
3113 VALLEY CREEK DR.
BATON ROUGE, LA 70808

Claim Number: 3438
Claim Date: 06/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,200.00 | Scheduled: | $1,200.00 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| LOUISIANA FORESTRY ASSOCIATION INC<br>PO BOX 5067<br>ALEXANDRIA, LA 71307-5067 | | Claim Number: 4189<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $323.40 | Scheduled: | $545.00 | | |
| LOUISIANA FORESTRY SERVICES INC<br>3079 HIGHWAY 4<br>RINGGOLD, LA 71068-2935 | | Claim Number: 7005<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $13,764.67 | Scheduled: | $27,529.34 UNLIQ | Allowed: | $13,764.67 |
| LOUISIANA SOUTHERN RAILROAD, INC.<br>CRYSTANNA V. COX, ESQ.<br>LATHROP & GAGE LLP<br>2345 GRAND BLVD., STE. 2800<br>KANSAS CITY, MO 64108 | | Claim Number: 9805<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $998,000.00 | | | | |
| LOUISIANA STEAM EQUIPMENT<br>PO BOX 30129<br>NEW ORLEANS, LA 70190-0129 | | Claim Number: 4791<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $32,356.01 | Scheduled: | $32,184.81 | Allowed: | $32,356.01 |
| LOUISVILLE & INDIANA RAILROAD<br>53 W. JACKSON BLVD.<br>SUITE 335<br>CHICAGO, IL 60604 | | Claim Number: 3287<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $24,425.00 | Scheduled: | $24,425.00 | | |

---

LOW COUNTRY FOREST PRODUCTS, INC
1434 HAWKINS STREET
GEORGETOWN, SC 29440

Claim Number: 10027
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $38,609.12 | Scheduled: | $77,212.25 UNLIQ | Allowed: | $38,609.12 |

LOWENBAUM PARTNERSHIP, THE
222 SOUTH CENTRAL AVENUE SUITE 901
SAINT LOUIS, MO 63105

Claim Number: 5362
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8193 (07/06/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $37,625.91 | Scheduled: | $29,934.91 | Allowed: | $37,625.91 |

LOWERY, LARRY
PO BOX 423
JONESBORO, LA 71251

Claim Number: 10221
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

LOWNDES COUNTY TAX COMMISSIONER
300 N. PATTERSON STREET
VALDOSTA, GA 31601

Claim Number: 7629
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,384.34 | Scheduled: | $0.00 UNLIQ | |
| UNSECURED | Claimed: | $1,384.34 | | | |
| TOTAL | Claimed: | $1,384.34 | | | |

LOYD, COMMIDORE JR.
525 LEGACY LN # 525
RUSTON, LA 71270-4778

Claim Number: 10346
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

LOYD, RANDY L.
P.O. BOX 102
RUSTON, LA 71270

Claim Number: 10347
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

LRK FARMS INC
PO BOX 221
STEVENSON, AL 35772

Claim Number: 8008
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,183.28 | Scheduled: | $22,183.28 |

LSU-FETI
6868 NICHOLSON DRIVE
BATON ROUGE, LA 70820

Claim Number: 2422
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,000.00 | Scheduled: | $6,000.00 |

LUBCON TURMO LUBRICATION INC
3839 EAST PARIS SE STE 303
GRAND RAPIDS, MI 49512

Claim Number: 5256
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,195.04 | Scheduled: | $8,189.63 |

LUBE SPECIALISTS INC
PO BOX 220
LAKE CITY, FL 32056

Claim Number: 6616
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,106.41 | Scheduled: | $1,106.41 |

LUBE TECH
PO BOX 1654
MINNEAPOLIS, MN 55480-1654

Claim Number: 7019
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $793.04 | Scheduled: | $793.04 | | | |
|---|---|---|---|---|---|---|---|

LUBRICATION ENGINEERS INC
PO BOX 16447
WICHITA, KS 67216

Claim Number: 4530
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,037.27 | Scheduled: | $1,037.27 | | | |
|---|---|---|---|---|---|---|---|

LUMBER RIVER TBR CO INC
PO BOX 2358
LUMBERTON, NC 28359

Claim Number: 13412
Claim Date: 10/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $22,834.09 | Scheduled: | $45,668.18 UNLIQ | Allowed: | $22,834.09 |
|---|---|---|---|---|---|---|

LUTTRELL ENGRAVING INC
5000 W 128TH PLACE
ALSIP, IL 60803-3230

Claim Number: 5240
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $651.00 | Scheduled: | $651.00 | | | |
|---|---|---|---|---|---|---|---|

LUTTRELL ENGRAVING INC.
5000 WEST 128TH PLACE
ALSIP, IL 60803

Claim Number: 5217
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $988.00 | Scheduled: | $988.00 | | | |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LYDALL TRANSPORT LTD<br>DBA CROSSGLOBE TRANSPORT, LTD<br>11023 WASHINGTON HWY, SUITE 150<br>GLEN ALLEN, VA 23059 | | Claim Number: 3643<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $7,352.22 | Scheduled: | $24,782.84 UNLIQ | | | |
| LYNCH COMPANY INC, THE<br>4706 SE 18TH AVE<br>SDS 12 0730<br>PORTLAND, OR 97202 | | Claim Number: 4453<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $13,550.00 | Scheduled: | $13,550.00 | Allowed: | $13,550.00 | |
| LYNCHES RIVER LAND AND TIMBER INC<br>1922 CARTERSVILLE HIGHWAY<br>TIMMONSVILLE, SC 29161 | | Claim Number: 4270<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | | |
| UNSECURED | Claimed: | $4,686.98 | Scheduled: | $9,686.98 UNLIQ | | | |
| LYNCHES RIVER LAND AND TIMBER INC<br>1922 CARTERSVILLE HIGHWAY<br>TIMMONSVILLE, SC 29161 | | Claim Number: 13738<br>Claim Date: 01/11/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| ADMINISTRATIVE | Claimed: | $4,686.98 | | | | | |
| LYNK COMMUNICATIONS<br>2746 FRONT ST<br>SALEM, OR 97303 | | Claim Number: 5549<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,545.75 | Scheduled: | $1,545.75 | | | |

---

M&C LANDSCAPING ENTERPRISES INC
PO BOX 349
GLEN RIDDLE LIMA, PA 19037

Claim Number: 4840
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $27,821.50 | Scheduled: | $27,821.50 | | |

---

M&J SOLVENTS PRP GROUP
C/O KING & SPALDING LLP
ATTN: CHARLES H. TISDALE JR
1180 PEACHTREE STREET, N.E.
ATLANTA, GA 30309-3521

Claim Number: 9414
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8445 (08/25/2010)

| UNSECURED | Claimed: | $0.00  UNDET | | | Allowed: | $39,000.00 |

---

M&M COPY QUICK
422 PIERCE STREET
SIOUX CITY, IA 51101

Claim Number: 2471
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $536.28 | Scheduled: | $536.28 | | |

---

M&M ENGINEERING ASSOCIATES, INC.
4616 W. HOWARD LANE, BLDG 2, STE 500
AUSTIN, TX 78728

Claim Number: 461
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,869.79 | | | | |

---

M&M ENGINEERING ASSOCIATES, INC.
4616 W. HOWARD LANE, BLDG 2, STE 500
AUSTIN, TX 78728

Claim Number: 462
Claim Date: 02/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,423.45 | Scheduled: | $7,293.24 | | |

---

M&M SERVICES
3N280 MORNINGSIDE AVE.
WEST CHICAGO, IL 60185

Claim Number: 1060
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,266.00 | Scheduled: | $6,178.30 UNLIQ | | |
|---|---|---|---|---|---|---|

M-REAL INTERNATIONAL
8500 52733
PHILADELPHIA, PA 19178-2733

Claim Number: 10538
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $211,393.00 | Scheduled: | $211,393.00 | | |
|---|---|---|---|---|---|---|

M.A. INDUSTRIES, INC.
PO BOX 2322
PEACHTREE CITY, GA 30269

Claim Number: 2562
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $38,536.66 | Scheduled: | $38,536.66 | Allowed: | $38,536.66 |
|---|---|---|---|---|---|---|

M.L. GATEWOOD CO.
6100 N.E. CAMPUS COURT
HILLSBORO, OR 97124

Claim Number: 2719
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,031.54 | Scheduled: | $4,988.42 | | |
|---|---|---|---|---|---|---|

M2T TECHNOLOGIES INC
8 JOHN WALSH BLVD
PEEKSKILL, NY 10566-5330

Claim Number: 6942
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,564.44 | Scheduled: | $1,112.44 | | |
|---|---|---|---|---|---|---|

---

MACALJON/SCL, INC.
C. JAMES MCCALLAR, JR., ATTORNEY
P.O. BOX 9026
SAVANNAH, GA 31412

Claim Number: 7918
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $29,879.37 | | |
| UNSECURED | Claimed: | $11,512.60 | Scheduled: | $22,781.62 |

MACDERMID PRINTING SOLUTIONS, LLC
CORDANI, JOHN
245 FREIGHT ST
WATERBURY, CT 06702

Claim Number: 3896
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8378 (08/16/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $51,525.01 | Scheduled: | $51,521.45 |

MACDONALD, MARK E
POBXO 3022
LK HAVASU CTY, AZ 86405-3022

Claim Number: 11698
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00   UNLIQ |

MACE MECHANICAL CONTRACTORS, INC.
POST OFFICE BOX 733
JOHNSONVILLE, SC 29555

Claim Number: 1521
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $135,878.34 | Scheduled: | $135,878.34 | Allowed: | $135,878.34 |

MACFARLANE, F S
23052 SHADY KNOLL DRIVE
BONITA SPRINGS, FL 34135

Claim Number: 10674
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9033 (04/25/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,954,133.00 | | Allowed: | $3,576,678.00 |

---

| MACK MANUFACTURING,INC.<br>PO BOX 1559<br>THEODORE, AL 36590 | | Claim Number: 84<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,170.50 | Scheduled: | $8,170.50 | | |

| MACK, GEORGE<br>1206 TAYLOR ST.<br>RUSTON, LA 71270 | | Claim Number: 10348<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |

| MACKENZIE DE BOUCHERVILLE STRATHY,GORDON<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 12962<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $539,820.38 | | | Allowed: | $503,252.00 |

| MACNEAL PHYSICIAN GROUP, LLC<br>OCCUPATIONAL MEDICINE<br>6645 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | | Claim Number: 2072<br>Claim Date: 04/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,837.00 | Scheduled: | $3,429.50 | | |

| MACON SUPPLY<br>PO BOX 80250<br>BILLINGS, MT 59108-0250 | | Claim Number: 5045<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $534.24 | Scheduled: | $649.00 | | |

---

MACQUARIE EQUIPMENT FINANCE, LLC
(F/K/A) CIT TECHNOLOGIES CORPORATION
2285 FRANKLIN ROAD
BLOOMFIELD HILLS, MI 48302

Claim Number: 11556
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,342.53 | | | | |

MACROSEAL INC
1005 HERCULES ROAD
HOPEWELL, VA 23860

Claim Number: 8876
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,348.11 | Scheduled: | $778.00 | | |

MACY'S, INC., AFFILIATES, AND SUBS
C/O MACY'S LEGAL DEPARTMENT
170 O'FARRELL ST, - BOX 47
SAN FRANCISCO, CA 94102

Claim Number: 14055
Claim Date: 06/18/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $71,971.17 | Scheduled: | $84,761.06 | Allowed: | $71,971.17 |

MAD DOG CONCRETE INC
PO BOX 411
BON AQUA, TN 37025

Claim Number: 12109
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 | | |

MADCO WELDING SUPPLY
1988 OLD MIDDLEFIELD WAY
MOUNTAIN VIEW, CA 94043

Claim Number: 7523
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $397.75 | Scheduled: | $798.37 | | |

MADDOX AIR CONDITIONING, INC.
125 S. BONNER
TYLER, TX 75702

Claim Number: 3210
Claim Date: 06/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $17,128.48 | Scheduled: | $17,128.48 | | |
|---|---|---|---|---|---|---|

MADISON CORTLAND ARC
701 LENOX AVENUE
ONEIDA, NY 13421

Claim Number: 11213
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,320.02 | Scheduled: | $2,320.02 | | |
|---|---|---|---|---|---|---|

MADISON ELECTRIC SERVICE INC.
PO BOX 465
MEMPHIS, TN 38101-0465

Claim Number: 5933
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $25,412.21 | Scheduled: | $25,729.34 | Allowed: | $25,412.21 |
|---|---|---|---|---|---|---|

MAEDGE TRUCKING
11327 STATE ROUTE 143
HIGHLAND, IL 62249

Claim Number: 5186
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $453.57 | | | | |
|---|---|---|---|---|---|---|

MAERSK INC
9300 ARROWPOINT BLVD.,
3 SOUTH
ATTN: DAVE JOHNSON
CHARLOTTE, NC 28273

Claim Number: 10534
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $34,420.00 | Scheduled: | $34,420.00 | Allowed: | $34,420.00 |
|---|---|---|---|---|---|---|

MAERTENS-BRENNY CONSTRUCTION COMPANY
C/O BEST & FLANAGAN LLP
225 SOUTH SIXTH ST., SUITE 4000
MINNEAPOLIS, MN 55402

Claim Number: 10733
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| SECURED | | $87,938.00 | | |
| UNSECURED | | | $87,938.00 | |

MAG-TRONICS INDUSTRIAL, INC
101 MAIN ST.
PLATTE CITY, MO 64079

Claim Number: 772
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $13,260.87 | | $16,179.50 | | $13,260.87 |

MAGELLAN
14100 MAGELLAN PLAZA
ST. LOUIS, MO 63043

Claim Number: 7282
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $950.00 | | $950.00 |

MAGNOLIA PULPWOOD CO LLC
PO BOX 350
HAYNESVILLE, LA 71038

Claim Number: 3641
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $9,808.16 | | $19,616.32  UNLIQ |

MAGNOLIA STATE DIE
P.O. 338
235 INDUSTRIAL DRIVE
SENATOBIA, MS 38668

Claim Number: 4480
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $31,560.51 | | $32,961.00 |

---

MAHONING VALLEY SUPPLY CO
PO BOX 1830
WARREN, OH 44482

Claim Number: 6005
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $890.01 | | $890.01 |

---

MAID FOR TODAY
2955 JENKINTOWN RD
FIRST FLOOR
GLENSIDE, PA 19038-1741

Claim Number: 373
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $2,116.82 | | $1,911.91 |

---

MAINE CONVEYOR INC.
ATTN: ZIP WEEMAN
20 LONGFELLOW ROAD
GORHAM, ME 04038

Claim Number: 13845
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8117 (06/22/2010)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | | $40,028.00 | | | Allowed: | $27,424.00 |
| UNSECURED | | | | | Allowed: | $12,604.00 |

---

MAINLINE CONVEYOR SYSTEMS INC
10970 N. HOLLAND DRIVE
MOORESVILLE, IN 46158

Claim Number: 3075
Claim Date: 05/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $14,506.86 | | $14,540.40 |

---

MAINTENANCE ENGINEERING LTD
PO BOX 1729
HOUSTON, TX 77251

Claim Number: 4549
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $372.04 | | $372.04 |

---

MAINTENANCE TECHNOLOGIES
121 WEST MAIN STREET
MILFORD, CT 06460

Claim Number: 6745
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,638.40 | Scheduled: | $10,557.24 | | |

MAJESTIC REALTY CO., INDUSTRIAL PARK E
1-A, LLC, & INDUSTRIAL PARK E SUB A, LLC
C/O DAVID REIMANN, THE REIMAN LAW GROUP
1960 EAST GRAND AVENUE, SUITE 1165
EL SEGUNDO, CA 90245

Claim Number: 10740
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8090 (06/21/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $625,000.00 | | | Allowed: | $625,000.00 |

MAJOR LUBRICANT'S CO INC
PO BOX 9009
MONTGOMERY, AL 36108

Claim Number: 3799
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,382.52 | Scheduled: | $900.09 | | |

MAJOR LUBRICANTS COMPANY, INC.
PO BOX 9009
MONTGOMERY, AL 36108

Claim Number: 11602
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,382.52 | | | | |

MALINTECH, INC.
7250 MINNEWASHTA PKWY.
EXCELSIOR, MN 55331

Claim Number: 1726
Claim Date: 03/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $64,550.61 | Scheduled: | $65,529.04 | Allowed: | $64,550.61 |

| | | |
|---|---|---|
| MALLOY, JAMES K.<br>C/O BERNARD W. GERDELMAN, ESQ.<br>PAULE, CAMAZINE & BLUMENTHAL, PC<br>165 N. MERAMEC AVE., 6TH FLOOR<br>SAINT LOUIS, MO 63105-3789 | Claim Number: 9759<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9034 (04/25/2011) | |

| UNSECURED | Claimed: | $1,484,193.19   UNLIQ | Allowed: | $1,094,700.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| MALLOY, JOHN B.<br>C/O BERNARD W. GERDELMAN, ESQ.<br>PAULE, CAMAZINE & BLUMENTHAL, PC<br>165 N. MERAMEC AVE., 6TH FLOOR<br>SAINT LOUIS, MO 63105-3789 | Claim Number: 9760<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9034 (04/25/2011) | |

| UNSECURED | Claimed: | $1,512,359.95   UNLIQ | Allowed: | $1,120,088.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| MALONE, ARGIE RUTH<br>919 SANDHILL ROAD<br>QUITMAN, LA 71268 | Claim Number: 10349<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| MALONE, DON LEVELL<br>1418 HWY 155<br>QUITMAN, LA 71268 | Claim Number: 10350<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| MALONE, KENNYE PATTERI<br>P O BOX 85<br>HODGE, LA 71247 | Claim Number: 8102<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8758 (11/15/2010) | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| MALONE, KENNYE PATTERI<br>P O BOX 85<br>HODGE, LA 71247 | | Claim Number: 10351<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| MALONE, MARY ANN<br>1618 SHADY GROVE RD.<br>SALINE, LA 71070 | | Claim Number: 10352<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| MAMON, CLARENCE L.<br>571 MT. CALM RD<br>SIMSBORO, LA 71275 | | Claim Number: 10309<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| MANAGEMENT CONSULTANT SERVICES, INC.<br>C/O HARRY HARDING<br>PO BOX 234<br>ROANOKE RAPIDS, NC 27870 | | Claim Number: 944<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $20,636.05 | Scheduled: | $20,636.05 | Allowed: | $20,636.05 |
| MANARD, FLAVIA T<br>1050 TWIN LAKES DR.<br>SUMTER, SC 29154 | | Claim Number: 4589<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | |

---

MANNING EXPRESS TRUCKING
PO BOX 1405
COLTON, CA 92324

Claim Number: 7115
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $20,709.00 | Scheduled: | $28,140.00 |
|---|---|---|---|---|

MANSFIELD EXPRESS LLC
PO BOX 2685
MANSFIELD, OH 44906-0685

Claim Number: 9465
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,539.50 | Scheduled: | $13,251.00 |
|---|---|---|---|---|

MANSFIELD MUNICIPAL ELECTRIC DEPARTMENT
C/O LAUREN GALVIN, ESQ.
MURPHY, HESSE, TOOMEY & LEHANE, LLP
300 CROWN COLONY DRIVE, 4TH FLOOR
QUINCY, MA 02169

Claim Number: 2007
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $53,509.60 |
|---|---|---|

MANSFIELD WAREHOUSE AND DIST INC
PO BOX 2698
MANSFIELD, OH 44906-0698

Claim Number: 9466
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,562.00 | Scheduled: | $19,343.02 | Allowed: | $13,562.00 |
|---|---|---|---|---|---|---|

MANUFACTURER SUPPLY CO
1636 OGDEN AVE
DOWNERS GROVE, IL 60515-2732

Claim Number: 3870
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,565.77 | Scheduled: | $1,565.77 |
|---|---|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

MANUFACTURERS AND TRADERS TRUST COMPANY
AS SUCCESSOR FOR THE HOLDERS OF THE
7 3/8% SENIOR NOTES DUE 2014
DEFAULT ADMIN; 285 DELAWARE AVE 3RD FLR
BUFFALO, NY 14202

Claim Number: 9875
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 UNLIQ | | | | |
| UNSECURED | Claimed: | $200,450,694.44 UNLIQ | Scheduled: | $200,450,694.44 | Allowed: | $200,450,694.44 |

MANUFACTURERS WAREHOUSE
PO BOX 28025
FRESNO, CA 93729

Claim Number: 4500
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $158.89 | Scheduled: | $158.89 |

MAO, SAMETH F
4423 CHESTNUT ST.
2ND FLR.
PHILADELPHIA, PA 19104

Claim Number: 4895
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ |

MAPLELEAF DISTRIBUTION SERVICES, INC.
ATTN: MARK A. MARASCO
14 THIRD STREET
BONDSVILLE, MA 01009-1074

Claim Number: 473
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,908.75 | Scheduled: | $13,908.75 | Allowed: | $13,908.75 |

MAR KAN MARKETING INC
3402 W 79TH STREET
INDIANAPOLIS, IN 46268

Claim Number: 4359
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $558.00 | Scheduled: | $558.00 |

| | | | | |
|---|---|---|---|---|
| MARCAL PAPER MILLS, INC.<br>RABINOWITZ, LUBETKIN & TULLY, LLC<br>293 EISENHOWER PKWY, SUITE 100<br>ATTN: JOHN CHOE<br>LIVINGSTON, NJ 07039 | | Claim Number: 3647<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) | | |
| UNSECURED | Claimed: | $78,998.51 | | |
| MARCEAU'S INDUSTRIAL BELT SERVICES<br>269 RUSSELL HILL RD<br>ASHBURNHAM, MA 01430 | | Claim Number: 2250<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,346.46 | Scheduled: | $3,346.46 |
| MARCHANT FORESTRY PRODUCTS<br>PO BOX 17<br>ELM SPRINGS, AR 72728-0017 | | Claim Number: 4906<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,650.00 | Scheduled: | $5,650.00 |
| MARDANT ELECTRICAL<br>8967 PHILLIPS HWY<br>JACKSONVILLE, FL 32256 | | Claim Number: 4686<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,455.96 | Scheduled: | $6,455.96 |
| MAREN ENGINEERING CORPORATION (01)<br>111 WEST TAFT DRIVE<br>SOUTH HOLLAND, IL 60473 | | Claim Number: 5689<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $29,610.05 | Scheduled: | $24,740.04 |

| | | |
|---|---|---|
| MARICOPA COUNTY TREASURER<br>MADELEINE C. WANSLEE<br>GUST ROSENFELD, P.L.C.<br>201 EAST WASHINGTON, SUITE 800<br>PHOENIX, AZ 85003 | | Claim Number: 1718<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| SECURED | Claimed: | $25,233.20 |
| MARICOPA COUNTY TREASURER<br>C/O MADELEINE C. WANSLEE<br>GUST ROSENFELD, P.L.C.<br>201 EAST WASHINGTON, SUITE 800<br>PHOENIX, AZ 85003 | | Claim Number: 13382<br>Claim Date: 10/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) |
| SECURED | Claimed: | $68,253.73 |
| MARIN, THADDEUS<br>P.O. BOX 210<br>HODGE, LA 71247 | | Claim Number: 10339<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| MARINE SALVAGE CONSORTIUM, INC, THE<br>DBA FRED DEVINE DIVING & SALVAGE CO<br>6211 E ENSIGN STREET<br>PORTLAND, OR 97217 | | Claim Number: 11444<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8985 (03/16/2011) |
| UNSECURED | Claimed: | $0.00   UNDET |
| MARINE VACUUM SERVICES, INC.<br>C/O GORDON & REES<br>JEFFREY BILANKO<br>701 5TH AVE SUITE 2130<br>SEATTLE, WA 98104 | | Claim Number: 10573<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8985 (03/16/2011) |
| UNSECURED | Claimed: | $0.00   UNLIQ CONT |

---

MARINE VACUUM SERVICES, INC.
C/O GORDON & REES
JEFFREY BILANKO
701 5TH AVE SUITE 2130
SEATTLE, WA 98104

Claim Number: 11801
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8985 (03/16/2011)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ CONT | | | |

---

MARINKO, JOSEPH M.
1142 W MISSION AVE
VISALIA, CA 93277

Claim Number: 2966
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8559 (09/17/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| PRIORITY | Claimed: | $21,918.08 |
| UNSECURED | Claimed: | $21,918.08 |
| TOTAL | Claimed: | $21,918.08 |

---

MARITECH
1740 SHERMAN AVENUE
PANAMA CITY, FL 32405

Claim Number: 5669
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $62,528.78 | Scheduled: | $62,977.84 | Allowed: | $62,528.78 |

---

MARITECH, LLC
ATTN: LARRY ADDY
100 POWDERMILL ROAD, NO 341
ACTON, MA 01720

Claim Number: 8365
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,790.11 | Scheduled: | $1,790.11 |

---

MARK CERRONE INC
2368 MARYLAND AVENUE
PO BOX 3009
NIAGARA FALLS, NY 14304

Claim Number: 9546
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7651 (05/18/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $44,795.00 | | |
| UNSECURED | | | Scheduled: | $44,795.00 |

---

| | | | | |
|---|---|---|---|---|
| MARKAL FINISHING CO INC<br>400 BOSTWICK AVENUE<br>BRIDGEPORT, CT 06605 | | Claim Number: 5104<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 8667<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $4,007.23 | Scheduled: | $4,007.32 |
| MARKAN MARKETING<br>3402 W. 79TH ST.<br>INDIANAPOLIS, IN 46268 | | Claim Number: 4361<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $148.00 | Scheduled: | $148.00 |
| MARKET BAG COMPANY, INC.<br>1549 ME THOMPSON DR.<br>VALDOSTA, GA 31601 | | Claim Number: 1662<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $10,261.79 | Scheduled: | $10,261.79 |
| MARKETRESEARCH.COM<br>11200 ROCKVILLE PIKE<br>SUITE 504<br>ROCKVILLE, MD 20852 | | Claim Number: 6738<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $20,000.00 | Scheduled: | $20,000.00 |
| MARLIN CO., THE<br>10 RESEARCH PKWY<br>WALLINGFORD, CT 06492-1963 | | Claim Number: 6806<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $590.21 | | |

| | | |
|---|---|---|
| MARLIN CO., THE<br>10 RESEARCH PKWY<br>WALLINGFORD, CT 06492-1963 | Claim Number: 6821<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $639.15 |
|---|---|---|

| | | |
|---|---|---|
| MARLIN COMPANY<br>10 RESEARCH PKWY<br>WALLINGFORD, CT 64921957 | Claim Number: 6807<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $649.57 |
|---|---|---|

| | | |
|---|---|---|
| MARLIN COMPANY, THE<br>10 RESEARCH PKWY<br>WALLINGFORD, CT 06492-1963 | Claim Number: 6805<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $798.59 |
|---|---|---|

| | | |
|---|---|---|
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6802<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $999.90 | Scheduled: | $29,689.19 |
|---|---|---|---|---|

| | | |
|---|---|---|
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | Claim Number: 6803<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $857.98 |
|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | |
|---|---|---|
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6804<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $450.16 |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6808<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $616.77 |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6809<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $558.46 |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6810<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $886.44 |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6811<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $987.39 |

| | | | | |
|---|---|---|---|---|
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6812<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $219.95 | Scheduled: | $966.24 |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6813<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $800.85 | | |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6814<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $330.19 | | |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6822<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $557.31 | | |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6823<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $431.90 | | |

| | | |
|---|---|---|
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6824<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $210.23 |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6825<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $417.67 |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6826<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $1,599.60 |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6827<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $182.12 |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6828<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $414.08 |

| | | |
|---|---|---|
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6829<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $206.56 |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6830<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $199.95 |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6831<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $599.85 |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6832<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $893.58 |
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6833<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $987.39 |

| | | | | |
|---|---|---|---|---|
| MARLIN COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6834<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,356.12 | | |
| MARLINE COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6816<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,805.03 | | |
| MARLINE COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6819<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $716.58 | | |
| MARLINE COMPANY, THE - SAP 451528<br>10 RESEARCH PARKWAY<br>WALLINGFORD, CT 06492 | | Claim Number: 6820<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $797.76 | | |
| MARQUIS GROUP INC<br>14251 VOLENTE RD<br>VOLENTE, TX 78641 | | Claim Number: 4956<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
| UNSECURED | Claimed: | $7,875.00 | Scheduled: | $7,875.00 |

MARRA, JOAN
C/O BERNARD W. GERDELMAN, ESQ.
PAULE, CAMAZINE & BLUMENTHAL, PC
165 N. MERAMEC AVE., 6TH FLOOR
SAINT LOUIS, MO 63105-3789

Claim Number: 9761
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9034 (04/25/2011)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,567,883.57   UNLIQ | | Allowed: | $1,167,081.00 |

MARRLIN TRANSIT INC
PO BOX 645
VAN BUREN, AR 72957

Claim Number: 13073
Claim Date: 09/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7427 (05/04/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $39,670.22 | | Allowed: | $39,670.22 |

MARSDEN BLDG MAINTENANCE LLC
PO BOX 1150
MI 87
MINNEAPOLIS, MN 55480-1150

Claim Number: 4383
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,996.87 | Scheduled: | $2,174.76 |

MARSHALL COUNTY TRUSTEE
1102 COURTHOUSE ANNEX
LEWISBURG, TN 37091

Claim Number: 6731
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $0.00  UNLIQ |
| SECURED | Claimed: | $38,662.00 | | |
| UNSECURED | | | Scheduled: | $67,790.00  UNLIQ |

MARTCO INCORPORATED
3350 YANKEE ROAD
MIDDLETOWN, OH 45044

Claim Number: 4312
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,169.00 | Scheduled: | $2,169.00 |

---

MARTIN COFFEE CO INC
1633 MARSHALL STREET
JACKSONVILLE, FL 32206

Claim Number: 4488
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,389.84 | Scheduled: | $6,639.78 |
|-----------|----------|-----------|------------|-----------|

---

MARTIN COUNTY TAX COLLECTOR
MARTIN CO GOVERNMENTAL CENTER
P.O. BOX 668
WILLIAMSTON, NC 27892

Claim Number: 12107
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8378 (08/16/2010)

| PRIORITY | Claimed: | $1,047.86 | Scheduled: | $0.00 UNLIQ |
|----------|----------|-----------|------------|-------------|

---

MARTIN, CALVIN BERNARD
1024 6TH ST.
JONESBORO, LA 71251

Claim Number: 10353
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00 UNLIQ |
|-----------|----------|-------------|

---

MARTIN, JANICE MARIE
1024 6TH STREET
JONESBORO, LA 71251

Claim Number: 10354
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 UNLIQ |
|-----------|----------|-------------|

---

MARTIN, LEROY
P.O. BOX 1675
HODGE, LA 71247

Claim Number: 10310
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00 UNLIQ |
|-----------|----------|-------------|

---

---

MARTIN, TOMMY
D/B/A MARTIN LEASING INC.
P.O. BOX 624
YULEE, FL 32041-0624

Claim Number: 9237
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $124,289.15 | Scheduled: | $46,676.72 | Allowed: | $124,289.15 |
|---|---|---|---|---|---|---|

MARY KAY COSMETICS
2800 FORBS AVE
HOFFMAN ESTATES, IL 60192

Claim Number: 6486
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $60.95 | Scheduled: | $60.95 UNLIQ | | |
|---|---|---|---|---|---|---|

MASCO CORPORATION
C/O CHERYL PHILLIPS
21001 VAN BORN ROAD
TAYLOR, MI 48180

Claim Number: 10652
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5047 (02/16/2010)

| UNSECURED | Claimed: | $1,801,379.00 | Scheduled: | $1,035.72 UNLIQ | | |
|---|---|---|---|---|---|---|

MASHBURN SPOULS & PACKAGING, INC.
PO BOX 326
JAMESTOWN, NC 27282

Claim Number: 513
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,725.00 | Scheduled: | $3,519.00 | | |
|---|---|---|---|---|---|---|

MASON, LORINZO CERVANTEZ
P.O. BOX 1008
HODGE, LA 71247

Claim Number: 10355
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| MASSEY COAL SALES COMPANY, INC.<br>BIFFERATO GENTILOTTI LLC<br>GARVAN F. MCDANIEL<br>800 N. KING ST., PLAZA LEVEL<br>WILMINGTON, DE 19801 | | Claim Number: 2021<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7847 (06/02/2010) | | |

| ADMINISTRATIVE | Claimed: | $106,067.13 | Allowed: | $106,067.13 |
|---|---|---|---|---|

| | | |
|---|---|---|
| MASSEY COAL SALES COMPANY, INC.<br>DBA MASSEY INDUSTRIAL SALES COMPANY<br>MATTHEW BROOKS, ESQ<br>600 PEACHTREE STREET, NE, SUITE 5200<br>ATLANTA, GA 30308 | | Claim Number: 12049<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7847 (06/02/2010) |

| UNSECURED | Claimed: | $693,187.58 | Scheduled: | $599,544.23 UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| MASSOLO TRUCKING LLC<br>18765 GOULD ROAD<br>SALINAS, CA 93908 | | Claim Number: 7894<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $9,984.92 UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| MASSOLO TRUCKING LLC<br>18765 GOULD ROAD<br>SALINAS, CA 93908 | | Claim Number: 7896<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $94,600.98 | Scheduled: | $103,027.24 |
|---|---|---|---|---|

| | | |
|---|---|---|
| MASTER LOGISTIC<br>4025 85TH AVE N<br>BROOKLYN PARK, MN 55443-1909 | | Claim Number: 5963<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $1,550.00 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| MASTER PROTECTION CORPORATION<br>DBA FIREMASTER<br>13050 METRO PKWY STE 1<br>FORT MYERS, FL 33966 | | Claim Number: 1554<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,515.90 | Scheduled: | $3,922.90 |
| MASTERCRAFT COFFEE<br>507 BUSSE RD<br>ELK GROVE, IL 60007 | | Claim Number: 2547<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $5,232.46 | | |
| MASTERCRAFT COFFEE SERVICE INC<br>507 BUSSE ROAD<br>ELK GROVE VILLAGE, IL 60007 | | Claim Number: 6845<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,232.66 | Scheduled: | $4,804.16 |
| MASTERS, JOHN DURWOOD<br>163 TEMPLETON ROAD<br>JONESBORO, LA 71251 | | Claim Number: 10356<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| MASTHEAD HOSE & SUPPLY<br>LOCKBOX #861777<br>ORLANDO, FL 32886 | | Claim Number: 12171<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,047.03 | Scheduled: | $5,613.23 |

MATANE SANITAIRE INC
74 RUE SAVARD
MATANE, QC G4W 3M9
CANADA

Claim Number: 8137
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| UNSECURED | Claimed: | $24,707.89 | Scheduled: | $25,207.55 |
|---|---|---|---|---|

MATCH FACTORS INC
PO BOX 13259
FLORENCE, SC 29504

Claim Number: 7711
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $25,837.98 | Scheduled: | $43,889.99 UNLIQ |
|---|---|---|---|---|

MATERIALS ENGINEERING INC
47W605 IC TRAIL
VIRGIL, IL 60151

Claim Number: 4315
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,050.00 | Scheduled: | $3,050.00 |
|---|---|---|---|---|

MATERS, HANS W
250 SAWDUST ROAD
LIBERTY, SC 29657

Claim Number: 4413
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

MATHEWS, WILLIAM C.
1515 BEAR CREEK ROAD
QUITMAN, LA 71268

Claim Number: 10311
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

| MATLOCK & SONS INC<br>PO BOX 268<br>HARRISON, AR 72602-0268 | | Claim Number: 6855<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $52,641.00 | Scheduled: | $52,641.00 | Allowed: | $52,641.00 |

| MATRIX ENGINEERING, PLLC<br>112 WALTER JETTON BLVD<br>PADUCAH, KY 42001 | | Claim Number: 1527<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,526.40 | Scheduled: | $19,526.40 |

| MATRIX MACHINE INCORPORATED<br>2901 DANESE ST<br>JACKSONVILLE, FL 32206 | | Claim Number: 4229-01<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1329 (07/28/2009)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $172.50 | Scheduled: | $8,986.50 | Allowed: | $172.50 |

| MATRIX MACHINE INCORPORATED<br>2901 DANESE ST<br>JACKSONVILLE, FL 32206 | | Claim Number: 4229-02<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,814.00 | |

| MATRIX TAPE NORTH AMERICA INC<br>PO BOX 890562<br>CHARLOTTE, NC 28289-0562 | | Claim Number: 5427<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,509.62 | Scheduled: | $1,635.62 |

| | | | | |
|---|---|---|---|---|
| MATSON AMERICA TRANSPORTATION SVCS LLC<br>4040 EMBASSY PKWY # 370<br>AKRON, OH 44333-8326 | Claim Number: 1049<br>Claim Date: 03/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $12,684.34 | Scheduled: | $12,005.00 |
| MATSON INTEGRATED LOGISTICS<br>1815 S MEYERS RD/STE 700<br>OAKBROOK TERRACE, IL 60181 | Claim Number: 1667<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $9,364.32 | Scheduled: | $8,122.87 |
| MATT MARSHALL & CO.<br>P.O. BOX 77357<br>GREENSBORO, NC 27417-7357 | Claim Number: 6605<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,220.00 | | |
| MATT MARSHALL & CO. INC.<br>P.O. BOX 77357<br>GREENSBORO, NC 27417-7357 | Claim Number: 6604<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $500.00 | | |
| MATT MARSHALL AND COMPANY<br>PO BOX 77357<br>GREENSBORO, NC 27417-7357 | Claim Number: 6603<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $8,419.42 | Scheduled: | $10,139.42 |

MATTHEWS, BETTY
807 LAURA LANE
RUSTON, LA 71270

Claim Number: 10343
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

MAVENWIRE LLC
630 FREEDOM BUSINESS CENTER, 3RD FL.
KING OF PRUSSIA, PA 19406

Claim Number: 13589
Claim Date: 11/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $53,977.80 | | |

MAX DAETWYLER CORP.
13420 REESE BLVD WEST
HUNTERSVILLE, NC 28078

Claim Number: 2115
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,115.09 | Scheduled: | $3,115.09 |

MAXIMUM JANITORIAL SERVICE
518 N 112 DR
AVONDALE, AZ 85323

Claim Number: 661
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,647.70 | Scheduled: | $14,469.85 |

MAXON CORPORATION
CATHY COON
201 E. 18TH STREET
MUNCIE, IN 47302-4124

Claim Number: 3472
Claim Date: 06/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,274.07 | Scheduled: | $12,274.07 |

---

MAXWELL, DANNY ROYCE
938 PODA ROAD
JONESBORO, LA 71251

Claim Number: 10357
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

---

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

MAXWELL, GERALD DAVID
5387 QUITMAN HWY
QUITMAN, LA 71268

Claim Number: 10358
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

---

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

MAY TRUCKING
PO BOX 9039
SALEM, OR 97305

Claim Number: 6700
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

---

| UNSECURED | Claimed: | $218.12 | Scheduled: | $1,410.00 |
|---|---|---|---|---|

MAYER ELECTRIC SUPPLY COMPANY INC
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
FRANCIS A. MONACO, THOMAS M. HORAN &
ERICKA JOHNSON-222 DELAWARE AVE,STE 1501
WILMINGTON, DE 19801

Claim Number: 4039-01
Claim Date: 07/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

---

| UNSECURED | Claimed: | $17,622.15 |
|---|---|---|

MAYER, MARK W. / WELSH, LARRY C. AND
YOUNG, BRANDI; ET AL
WILLIAM BERNARDUCI, IZARD NOBEL LLP
29 SO. MAIN ST., SUITE 215
WEST HARTFORD, CT 06107

Claim Number: 9376
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

---

| UNSECURED | Claimed: | $100,000,000.00  UNLIQ |
|---|---|---|

---

MAYER, MARK W., WELSH, LARRY C. AND
YOUNG, BRANDI; ET AL
WILLIAM BERNARDUCI, IZARD NOBEL LLP
29 SO. MAIN ST., SUITE 215
WEST HARTFORD, CT 06107

Claim Number: 9443
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

MAYER, MARK W., WELSH, LARRY C. AND
YOUNG, BRANDI; ET AL
WILLIAM BERNARDUCI, IZARD NOBEL LLP
29 SO. MAIN ST., SUITE 215
WEST HARTFORD, CT 06107

Claim Number: 9454
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

MAYER, MARK W., WELSH, LARRY C. AND
YOUNG, BRANDI; ET AL
WILLIAM BERNARDUCI, IZARD NOBEL LLP
29 SO. MAIN ST., SUITE 215
WEST HARTFORD, CT 06107

Claim Number: 9455
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

---

MAYFRAN INTERNATIONAL
LINDA AVERY
6650 BETA DRIVE
MAYFIELD VILLAGE, OH 44143

Claim Number: 1978
Claim Date: 04/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $267.49 | Scheduled: | $267.49 |
|---|---|---|---|---|

---

MAYLEBEN, RICHARD A
4082 OXFORD MIDDLETOWN RD.
TRENTON, OH 45067

Claim Number: 10069
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,000.00 |
|---|---|---|

---

---

MAYS, MARVIN
111 NORTH FOXCROFT ROAD
RUSTON, LA 71270

Claim Number: 10359
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00  UNLIQ | | | | |
|---|---|---|---|---|---|---|

MB DAVIS ELECTRIC INC
1411 GENERAL ARTS RD
CONYERS, GA 30012

Claim Number: 6483
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6353 (03/29/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $14,813.41 | Scheduled: | $8,728.44 | Allowed: | $14,813.41 |
|---|---|---|---|---|---|---|

MBT, INC.
C/O RMS BANKRUPTCY RECOVERY SERVICES
PO BOX 5126
TIMONIUM, MD 21094

Claim Number: 3591
Claim Date: 06/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,791.89 | Scheduled: | $10,791.89 | | |
|---|---|---|---|---|---|---|

MC MASTER-CARR SUPPLY CO
PO BOX 4355
CHICAGO, IL 60680

Claim Number: 3269
Claim Date: 06/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $590.00 | | | Allowed: | $590.00 |
|---|---|---|---|---|---|---|

MC MASTER-CARR SUPPLY CO
PO BOX 4355
CHICAGO, IL 60680

Claim Number: 3272-01
Claim Date: 06/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $177,219.13 | Scheduled: | $234,043.38 | Allowed: | $177,219.13 |
|---|---|---|---|---|---|---|

---

MCBRIDE, KENNY WAYNE
1370 BROOKS CHAPEL ROAD
QUITMAN, LA 71268

Claim Number: 10360
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

MCBRIDE, LURLENE G.
494 MONTGOMERY CAMP ROAD
GOLDONNA, LA 71031

Claim Number: 10361
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

MCCAIN, RICHARD LEE
P.O. BOX 1663
HODGE, LA 71247

Claim Number: 10362
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

MCCALL WATER SYSTEMS
PO BOX 199
BREWTON, AL 36427

Claim Number: 6329
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $251.80 | Scheduled: | $208.10 |
|---|---|---|---|---|

---

MCCALLUM, EDWARD F
10426 SWAIN
CHAPEL HILL, NC 27517

Claim Number: 10919
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9033 (04/25/2011)

| UNSECURED | Claimed: | $1,952,883.10 | Allowed: | $1,323,346.00 |
|---|---|---|---|---|

---

MCCANN & ASSOCIATES INC
PO BOX 9379
MISSOULA, MT 59807

Claim Number: 6529
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $894.10 | Scheduled: | $894.10 |
|---|---|---|---|---|

MCCLARY, BILLY
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10973
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8391 (08/16/2010)

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

MCCLARY, SHARON
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10970
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8391 (08/16/2010)

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

MCCLUNG, LOGAN
PO BOX 17593
BALTIMORE, MD 21297

Claim Number: 7790
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $298.02 | Scheduled: | $298.02 |
|---|---|---|---|---|

MCCOLLISTER, JOHN C.
26 LAZY EIGHT DRIVE
PORT ORANGE, FL 32128

Claim Number: 2951
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| PRIORITY | Claimed: | $1,306.22 |
|---|---|---|

---

| MCCONATHY, ARLIE EDWIN | Claim Number: 10312 |
| 208 WATSON ST | Claim Date: 08/26/2009 |
| JONESBORO, LA 71251 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| MCCONATHY, ROBERT LOUIS | Claim Number: 10313 |
| P.O. BOX 574 | Claim Date: 08/26/2009 |
| HODGE, LA 71247 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| | Comments: WITHDRAWN |

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| MCCORMICK & COMPANY, INC. | Claim Number: 11802 |
| DANIEL J. CARRIGAN, ESQ. | Claim Date: 08/28/2009 |
| MCKENNA LONG & ALDRIDGE LLP | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 1900 K STREET NW, SUITE 100 | Comments: EXPUNGED |
| WASHINGTON, DC 20036 | DOCKET: 8117 (06/22/2010) |

| SECURED | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |

---

| MCCUSKER & OGBORNE TRANSFER STATION | Claim Number: 11336 |
| FENNEMORE CRAIG, P.C. | Claim Date: 08/28/2009 |
| C/O BRYAN A. ALBUE | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| 3003 N. CENTRAL AVENUE, SUITE 2600 | Comments: EXPUNGED |
| PHOENIX, AZ 85012-2913 | DOCKET: 7650 (05/18/2010) |

| UNSECURED | Claimed: | $18,488.56 | Scheduled: | $16,184.06 |

---

| MCDILL COLUMBUS CORPORATION | Claim Number: 2009 |
| C/O CHERYL THOMPSON, ESQ | Claim Date: 03/30/2009 |
| 201 SOUTH FRANKLIN STREET, SUITE 2200 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| TAMPA, FL 33602 | Comments: |
| | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $88,653.68 |

---

---

MCDONALD ENTERPRISES
3050 LEGGETT RD
SALE CREEK, TN 37373

Claim Number: 2799
Claim Date: 05/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $24,850.00 | Scheduled: | $20,850.00 | Allowed: | $24,850.00 |

MCDONALD, DELIA A.
C/O JAMES E. SORENSON, ESQ.
WILLIAMS, GAUTIER, GWYNN, DELOACH, &
SORENSON P.A. PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10685
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $17,221.04 |

MCFARLANE DOUGLASS COMPANIES
143 TOWER DRIVE
BURR RIDGE, IL 60527

Claim Number: 6762
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,212.10 | Scheduled: | $3,212.10 |

MCFEARIN, CHAD EVERETT
2128 KELLEY ROAD
QUITMAN, LA 71268

Claim Number: 10363
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

MCFEARIN, DALLAS LEVI JR.
5022 BEECH SPRINGS RD.
QUITMAN, LA 71268

Claim Number: 10364
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | | | |
|---|---|---|---|---|
| MCGILVRA ELECTRIC INC<br>1411 HUEBBE PARKWAY<br>BELOIT, WI 53511 | | Claim Number: 8527<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,141.91 | Scheduled: | $3,141.91 |
| MCGINNIS OIL CO<br>PO BOX 9<br>COLLIERVILLE, TN 38027-0009 | | Claim Number: 4913<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $1,277.00 | Scheduled: | $1,689.50 |
| MCGINNIS OIL CO<br>PO BOX 9<br>COLLIERVILLE, TN 38027-0009 | | Claim Number: 4914<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,277.00 | | |
| MCGRATH, TIMOTHY H<br>4860 W CATALPA AVE<br>CHICAGO, IL 60630 | | Claim Number: 6154<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | |
| UNSECURED | Claimed: | $2,641.70 | | |
| MCGUIRE LOCK & SAFE, LLC<br>PO BOX 25373<br>KANSAS CITY, MO 64119-0673 | | Claim Number: 2485<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $338.79 | Scheduled: | $338.79 |

| | | | | |
|---|---|---|---|---|
| MCGUIRE, BOBBIE JEAN<br>609 TOLBOT<br>JONESBORO, LA 71251 | | Claim Number: 10222<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| MCGUIRE, CORBET, JR.<br>609 TALBOT ST.<br>JONESBORO, LA 71251 | | Claim Number: 10223<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| MCGUIRE, DOUGLAS ELWIN<br>506 BARNES ST.<br>JONESBORO, LA 71251 | | Claim Number: 10314<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| MCGUIRE, LEROY<br>PO BOX 105<br>CHATHAM, LA 71226 | | Claim Number: 10224<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| MCINTOSH PROPERTIES<br>20 DOS LOMA VISTA<br>PORTOLA VALLEY, CA 94028 | | Claim Number: 8495<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $11,864.00 | Allowed: | $11,864.00 |

MCJUNKINRED MAN CORP
PO BOX 513
CHARLESTON, WV 25322

Claim Number: 11809
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,262.50 | Scheduled: | $1,262.50 | | |

MCKENNA, TIMOTHY
54 PARKWOOD DRIVE
WAYNE, NJ 07470

Claim Number: 11153
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9033 (04/25/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $630,046.21 | | | Allowed: | $566,442.00 |

MCKESSON MEDICAL-SURGICAL INC.
8741 LANDMARK ROAD
ATTN: ILANA FIGART
RICHMOND, VA 23228

Claim Number: 607
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,180.49 | Scheduled: | $2,080.83 | |

MCKINNEY
8400 E. SLAUSON AVENUE
PICO RIVERA, CA 90660

Claim Number: 8017
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,712.18 | Scheduled: | $3,082.50 | |

MCKINSEY & COMPANY, INC.
133 PEACHTREE STREET, NE
GEORGIA PACIFIC BLDG. SUITE 4600
ATLANTA, GA 30303

Claim Number: 7797
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,463,000.00 | |

| | | | | |
|---|---|---|---|---|
| MCLAIN, ELMER L<br>PO BOX 1101<br>FORT GIBSON, OK 74434 | | Claim Number: 12286<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $500,000.00   UNLIQ | | |
| MCLEAN COUNTY ASPHALT CO INC<br>PO BOX 3547<br>BLOOMINGTON, IL 61702 | | Claim Number: 3821<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,249.00 | Scheduled: | $6,249.00 |
| MCLOUTH, HAROLD E. & HELEN<br>NAMED PLAINTIFF IN ERICKSON, ROY D.,<br>ET AL., C/O TOM L. LEWIS - LEWIS SLOVAK<br>& KOVACICH, P.C. - P.O. BOX 2325<br>GREAT FALLS, MT 59403 | | Claim Number: 6647<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,000.00 | | |
| MCLOZZI DELI AND MARKETPLACE<br>2870 MCNAIR AVENUE<br>SAINT LOUIS, MO 63118 | | Claim Number: 7232<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $547.65 | Scheduled: | $547.65 |
| MCMANUS, DAVID LEO, SR.<br>787 HWY. 146<br>CHATHAM, LA 71226 | | Claim Number: 10225<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MCMURRAY, DARVIS T.<br>247 FOREST DRIVE<br>JONESBORO, LA 71251 | | Claim Number: 10226<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | | | |
| MCNAY TRUCK LINE<br>700 N SECOND STREET<br>QUINCY, IL 62301 | | Claim Number: 4682<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $4,238.50 | Scheduled: | $3,859.50 | | | |
| MCNEAL, ALBERT JOE<br>505 NORTHEAST ST.<br>JONESBORO, LA 71251 | | Claim Number: 10227<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | | | |
| MDM SUPPLY INC<br>PO BOX 6018<br>HELENA, MT 59601 | | Claim Number: 3385<br>Claim Date: 06/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $68,224.73 | Scheduled: | $68,066.70 | Allowed: | $68,224.73 | |
| MDM TOOL SUPPLY<br>PO BOX 1710<br>BROUSSARD, LA 70518 | | Claim Number: 5939<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $10.13 | | | | | |

---

MEANS, CHARLIE
C/O BOHANAN & ASSOCIATES
RALPH BOHANAN, JR.
ONE PERIMETER PARK SOUTH STE 318 N
BIRMINGHAM, AL 35205

Claim Number: 11432
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLE DUPLICATE OF 11433
DOCKET: 9159 (12/19/2011)

| UNSECURED | Claimed: | $10,000.00  UNDET | | |
|---|---|---|---|---|

---

MEANS, CHARLIE
C/O RALPH BOHANAN, JR.
BOHANAN & ASSOCIATES
1 PERIMETER PARK S, STE 318 N
BIRMINGHAM, AL 35205

Claim Number: 11433
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $0.00  UNLIQ |
|---|---|---|---|---|

---

MEASUREMENT & CONTROLS PRODUCT
245 MCLAWS CIRCLE SUITE 120
WILLIAMSBURG, VA 23185

Claim Number: 3771
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,133.49 | Scheduled: | $2,133.49 |
|---|---|---|---|---|

---

MECH ONE, LLC
PO BOX 825
STEVENSON, AL 35772

Claim Number: 196
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,216.00 | Scheduled: | $19,619.36 |
|---|---|---|---|---|

---

MECHANICAL ANALYSIS REPAIR INC
142 N CLIFF AVE
LODI, CA 95240

Claim Number: 5329
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,714.60 | Scheduled: | $7,613.35 |
|---|---|---|---|---|

---

| | | | | | | |
|---|---|---|---|---|---|---|
| MECHANICAL FIRE & ICE INC.<br>334 LAUREL STREET<br>MISHAWAKA, IN 46544 | | Claim Number: 3494<br>Claim Date: 06/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,331.50 | Scheduled: | $2,331.50 | | |
| MECHANICAL INDUSTRIAL CONTRACTORS, INC.<br>11863 SOLZMAN RD.<br>CINCINNATI, OH 45249 | | Claim Number: 1559-02<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8530 (09/13/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $131,303.00 | | | Allowed: | $131,303.00 |
| MECHANICAL INTEGRITY CONSULTING SERVICES<br>POLO PARK BUSINESS CENTER<br>27834 N. IRMA LEE CIRCLE<br>LAKE FOREST, IL 60045 | | Claim Number: 1789<br>Claim Date: 03/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $33,000.00 | | | | |
| MED SAFE<br>PO BOX 1929<br>MARSHALL, TX 75670 | | Claim Number: 4533<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $98.55 | Scheduled: | $98.55 | | |
| MEDARIS, MAUDIE<br>356 DAUGHERTY ST<br>COLUMBUS, IN 47201 | | Claim Number: 738<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $920.00 | Scheduled: | $700.95 | | |

| | | | | |
|---|---|---|---|---|
| MEDCHOICE URGENT CARE<br>DBA LEXMEDICAL<br>PO BOX 1537<br>LEXINGTON, NC 27293-1537 | | Claim Number: 2753<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $15.00 | Scheduled: | $15.00 |
| MEDICAL STAFFING NETWORK, INC<br>901 YAMATO RD SUITE 110<br>BOCA RATON, FL 33431 | | Claim Number: 2273<br>Claim Date: 04/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $15,609.99 | Scheduled: | $15,609.99 |
| MEDICAL STAFFING NETWORK, INC.<br>901 YAMATO RD<br>SUITE 110<br>BOCA RATON, FL 33431 | | Claim Number: 13861<br>Claim Date: 02/24/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $18,599.91 | | |
| MEDINA PAPER RECYCLING INC<br>370 LAKE RD<br>MEDINA, OH 44256 | | Claim Number: 4215<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $56,457.86 | Scheduled: | $44,953.00 |
| MEDLEY, JACQUILINE<br>ATTN: DONALD MARVIN<br>500 W. MADISON STREET, SUITE 2800<br>CHICAGO, IL 60661-2597 | | Claim Number: 11455<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

| | | | | |
|---|---|---|---|---|
| MEE MATERIAL HANDLING LLC<br>11721 W. CARMEN AVENUE<br>MILWAUKEE, WI 53225 | | Claim Number: 5701<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $18,335.71 | Scheduled: | $18,842.44 |
| MEGA FREIGHT LINES-GRAND PRAIRIE SHARES<br>MEGA GULF COAST LINES, INC.<br>C/O S. GARY WERLEY, ESQ.<br>306 W. 7 TH STREET, SUITE 508<br>FORT WORTH, TX 76102 | | Claim Number: 13535<br>Claim Date: 10/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $715,793.54 | | |
| MEL WOODS & SON TRUCKING<br>MELVIN ROBERT WOODS<br>PO BOX 193<br>WILDERVILLE, OR 97543 | | Claim Number: 1039<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| UNSECURED | Claimed: | $6,446.49 | | |
| MEL WOODS & SON TRUCKING<br>MELVIN ROBERT WOODS<br>PO BOX 193<br>WILDERVILLE, OR 97543 | | Claim Number: 4534<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,446.49 | Scheduled: | $12,437.50 |
| MELLON INVESTOR SERVICES LLC<br>BNY MELLON SHAREOWNERS SERVICES<br>ATTN: LEGAL DEPT.<br>480 WASHINGTON BLVD.<br>JERSEY CITY, NJ 07310-1900 | | Claim Number: 3224<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $11,891.89 | Scheduled: | $21,891.89 |

---

MELOTZ TRANSPORT INC
9780 SUMMIT DRIVE
MISSOULA, MT 59806

Claim Number: 11422
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,950.00 | | | | | |
|---|---|---|---|---|---|---|---|

MERCURY PRINTING COMPANY, INC.
4650 SHELBY AIR DRIVE
MEMPHIS, TN 38118

Claim Number: 11766-01
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $139,012.10 | Scheduled: | $138,639.86 | | | |
|---|---|---|---|---|---|---|---|

MERCY BUSINESS HEALTH
3500 SINGING HILLS BLVD., STE 100
SIOUX CITY, IA 51106-5127

Claim Number: 2875
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,690.00 | Scheduled: | $13,308.00 | Allowed: | $13,690.00 |
|---|---|---|---|---|---|---|

MERIDIAN SCALE SERVICE
8702 S 222ND ST
KENT, WA 98031

Claim Number: 6305
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $847.75 | Scheduled: | $847.75 | | | |
|---|---|---|---|---|---|---|---|

MERRICK INDUSTRIES INC
PO BOX 102982
ATLANTA, GA 30368-2982

Claim Number: 5050
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $17,164.17 | Scheduled: | $17,165.17 | | | |
|---|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| MERRILL COMMUNICATIONS<br>ONE MERRILL CIRCLE<br>SAINT PAUL, MN 55108 | | Claim Number: 2136<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $33,679.36 | Scheduled: | $33,679.36 | Allowed: | $33,679.36 |
| MESERVE ASSOCIATES ENGINEERS<br>CARL D. BOLTON<br>835 BLOSSOM HILL RD., SUITE 204<br>SAN JOSE, CA 95123 | | Claim Number: 1332<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | | |
| UNSECURED | Claimed: | $5,193.66 | | | | |
| MESERVE ASSOCIATES ENGINEERS<br>BOLTON, CARL D.<br>835 BLOSSOM HILL RD., SUITE 204<br>SAN JOSE, CA 95123 | | Claim Number: 8060<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | | |
| UNSECURED | Claimed: | $5,193.66 | | | | |
| MESERVE ASSOCIATES ENGINEERS<br>835 BLOSSOM HILL ROAD<br>SAN JOSE, CA 95123 | | Claim Number: 8062<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,193.66 | Scheduled: | $5,193.66 | | |
| METAL SPECIALISTS INC<br>C/O SAM S. KILLINGER, ATTORNEY AT LAW<br>522 4TH STREET, #300<br>SIOUX CITY, IA 51101 | | Claim Number: 7170<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $10,883.35 | Scheduled: | $10,119.89 | | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

METAL-FAB & CONTRACTORS INC
PO BOX 921
JOHNSONVILLE, SC 29555

Claim Number: 6787
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $62,915.00 | Scheduled: | $62,915.00 | | |
|---|---|---|---|---|---|---|

METALMASTER MACHINE SHOP INC.
DBA METALMASTER MANUFACTURING SERVICES
4549 LB MCLEOD RD.
ORLANDO, FL 32811-6405

Claim Number: 1791
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $66,746.56 | Scheduled: | $65,707.86 | Allowed: | $66,746.56 |
|---|---|---|---|---|---|---|

METALS USA/PLATES &
PO BOX 827110
PHILADELPHIA, PA 19182-7110

Claim Number: 9251
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,145.00 | Scheduled: | $2,145.00 | | |
|---|---|---|---|---|---|---|

METRO GROUP, INC., THE
50-23 23RD STREET
LONG ISLAND CITY, NY 11101

Claim Number: 1883
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,524.30 | Scheduled: | $2,487.75 | | |
|---|---|---|---|---|---|---|

METROPOLITAN COMMUNITY COLLEGE
6899 EXECUTIVE DR
KANSAS CITY, MO 64120

Claim Number: 9625
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,021.00 | Scheduled: | $3,365.01 UNLIQ | | |
|---|---|---|---|---|---|---|

METROPOLITAN ST LOUIS SEWER DIST.
2350 MARKET ST.
ST. LOUIS, MO 63103-2555

Claim Number: 3934
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,880.47 | Scheduled: | $820.02 |
|---|---|---|---|---|

METROPOLITAN TRUCKING INC
6675 LOW STREET
BLOOMBURG, PA 17815

Claim Number: 5945
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $20,506.25 | Scheduled: | $18,750.00 |
|---|---|---|---|---|

METROPOLITAN TRUCKING INC
6675 LOW STREET
BLOOMBURG, PA 17815

Claim Number: 5946
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $354.00 | Scheduled: | $354.00 |
|---|---|---|---|---|

METROPOLITAN WATER RECLAMATION DISTRICT
C/O BARRY A. CHATZ
ARNSTEIN & LEHR LLP
120 S. RIVERSIDE PL, # 1200
CHICAGO, IL 60606

Claim Number: 11058
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,619.25 | Scheduled: | $10,060.70 |
|---|---|---|---|---|

MEYER, LYLE L
7328 MELODIA TERRACE
CARLSBAD, CA 92011-4863

Claim Number: 10041
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
Claim Satisfied in full

| UNSECURED | Claimed: | $122,145.47 | | |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| MEYER, LYLE L<br>7328 MELODIA TERRACE<br>CARLSBAD, CA 92011-4863 | | Claim Number: 10045<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9033 (04/25/2011) | | | |
| UNSECURED | Claimed: | $957,274.00 | | Allowed: | $698,472.00 |
| MEYER, PRAPIM G.<br>C/O KOSKIE MINSKY LLP<br>900-20 QUEEN ST W<br>BOX 52<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11966<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $11,432.30   UNLIQ | | Allowed: | $8,039.65 |
| MEYER, PRAPIM G.<br>C/O KOSKIE MINSKY LLP<br>900-20 QUEEN STREET W.<br>BOX 52<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 12970<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | | |
| PRIORITY | Claimed: | $1,638.60 | | | |
| UNSECURED | Claimed: | $9,793.70 | Scheduled: | $11,432.30 | Allowed: | $11,432.00 |
| MF GARDNER OIL CO INC<br>P.O. BOX 218<br>SCOTTSBORO, AL 35768 | | Claim Number: 8497-02<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,180.23 | Scheduled: | $51,251.18 | |
| MICHELMAN, INC.<br>ALAN C. BLAKE - CHIEF FINANCIAL OFFICER<br>9080 SHELL ROAD<br>CINCINNATI, OH 45236-1299 | | Claim Number: 2032-01<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,892.92 | | | |

---

MICHIGAN DEPT OF ENVIRONMENTAL QUALITY
FINANCIAL & BUSINESS SERVICES DIVISION
REVENUE CONTROL
PO BOX 3067
LANSING, MI 48909-8157

Claim Number: 9635
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $24,000.00 | | | | | |

---

MICRO MOTION INC.
CONTRARIAN CAPITAL MANAGEMENT, LLC
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2653
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,917.82 | Scheduled: | $30,383.30 | Allowed: | $19,917.82 |

---

MICRO MOTION INC.
CONTRARIAN CAPITAL MANAGEMENT, LLC
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2654
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,491.60 | | | Allowed: | $11,491.60 |

---

MICRO SHRED
19593 NE 10 AVE BAY A B
NORTH MIAMI BEACH, FL 33179

Claim Number: 4978
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $533.40 | | | | | |

---

MICROBAC LABS INC
3323 GILMORE INDUSTRIAL BLVD
LOUISVILLE, KY 40213

Claim Number: 4602
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $454.20 | Scheduled: | $936.50 | | | |

---

MICROSOFT CORPORATION AND MICROSOFT
LICENSING, GP
C/O RIDDELL WILLIAMS P.S.
1001  4TH AVE STE 4500
SEATTLE, WA 98154-1192

Claim Number: 11168
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $740,908.00  CONT | Scheduled: | $208,238.60 |
|---|---|---|---|---|

MID AMERICA PAPER RECYCLING CO
3865 W 41ST ST
CHICAGO, IL 60632

Claim Number: 6180-01
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $744.40 | Scheduled: | $3,118.00 |
|---|---|---|---|---|

MID AMERICA PAPER RECYCLING CO
3865 W 41ST ST
CHICAGO, IL 60632

Claim Number: 6180-02
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2205 (10/09/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $2,369.96 | | | Allowed: | $2,369.96 |
|---|---|---|---|---|---|---|

MID AMERICAN DEVELOPMEMT COMPANY
ATTN: DAVID B. HAWKINS, PRESIDENT
4700 WESTON PARKWAY, SUITE 303
WEST DES MOINES, IA 50265

Claim Number: 7654
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $394,446.30 |
|---|---|---|

MID AMERICAN ENERGY
PO BOX 8020
DAVENPORT, IA 52808-8020

Claim Number: 4137
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $48,827.80 | Scheduled: | $39,736.75 |
|---|---|---|---|---|

| MID ATLANTIC TREE HARVESTERS<br>100 GLOBE ROAD<br>AYLETT, VA 23009 | | Claim Number: 10016<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $43,367.99 | | | | |
| UNSECURED | Claimed: | $24,134.03 | | | Allowed: | $24,134.03 |
| MID EASTERN ADVERTISING CO<br>6741 WHITE STONE RD<br>BALTIMORE, MD 21207-4103 | | Claim Number: 3974<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,044.59 | Scheduled: | $1,044.59 | | |
| MID SOUTH ROLLER<br>1108 ENTERPRISE PLACE<br>ARLINGTON, TX 76001 | | Claim Number: 3158<br>Claim Date: 05/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $817.82 | | | | |
| MID SOUTH ROLLER<br>1108 ENTERPRISE PLACE<br>ARLINGTON, TX 76001 | | Claim Number: 3159<br>Claim Date: 05/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,294.74 | Scheduled: | $4,112.56 | | |
| MID STATE ASSEMBLY AND PKG INC<br>604 POMEROY AVE<br>MERIDEN, CT 06450 | | Claim Number: 7129<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,946.95 | Scheduled: | $3,946.95 | | |

| MID VALLEY DISPOSAL<br>PO BOX 12385<br>FRESNO, CA 93777 | | Claim Number: 4018<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,061.51 | Scheduled: | $746.00 | | | |
| MID-SOUTH STEAM BOILER & ENG. CO., INC.<br>3805 POINTER TRAIL EAST<br>VAN BUREN, AR 72956 | | Claim Number: 3021<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $4,118.99 | Scheduled: | $4,118.99 | | | |
| MID-STATE MACHINE AND FABRICATING CORP.<br>2730 MINE AND MILL ROAD<br>LAKELAND, FL 33801 | | Claim Number: 12605<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | | | |
| UNSECURED | Claimed: | $36,194.69 | Scheduled: | $35,996.55 | | | |
| MID-STATE MACHINE AND FABRICATING CORP.<br>2730 MINE AND MILL ROAD<br>LAKELAND, FL 33801 | | Claim Number: 12606<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $36,194.69 | | | | Allowed: | $36,194.69 |
| MID-STATE SUPPLY CO<br>PO BOX 5525<br>ALEXANDRIA, LA 71307 | | Claim Number: 4504<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,296.57 | Scheduled: | $1,361.99 | | | |

---

MIDDLETON PRINTING
1220 CORRUGATED WAY
COLUMBUS, OH 43201

Claim Number: 4274
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $69.00 | Scheduled: | $69.00 |
|---|---|---|---|---|

MIDLAND DAVIS CORPORATION
3301 4TH AVENUE
MOLINE, IL 61265

Claim Number: 3424
Claim Date: 06/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $845.01 | | |
|---|---|---|---|---|

MIDWEST AUTOMATIC FIRE SPRINKLER CO
1821-1823 RACCOON ST
DES MOINES, IA 50317

Claim Number: 5746
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $113.90 | Scheduled: | $113.90 |
|---|---|---|---|---|

MIDWEST ENVIORNMENTAL SERVICES, INC.
P.O. BOX 218
BROWNSTOWN, IN 47220

Claim Number: 5160
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,860.45   UNLIQ | Scheduled: | $8,521.97 |
|---|---|---|---|---|

MIDWEST FIBRE SALES CORP.
911 N. WESTGATE
P.O.BOX 825
SPRINGFIELD, MO 65801

Claim Number: 11097-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,607.65 | Scheduled: | $9,793.65 |
|---|---|---|---|---|

---

MIDWEST FIBRE SALES CORP.
911 N. WESTGATE
P.O.BOX 825
SPRINGFIELD, MO 65801

Claim Number: 11097-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2205 (10/09/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $3,184.00 | | Allowed: | $3,184.00 |
|---|---|---|---|---|---|

MIDWEST FLEXIBLE HOSE INC
PO BOX 249
BUTLER, WI 53007

Claim Number: 4733
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,800.86 | Scheduled: | $1,800.86 |
|---|---|---|---|---|

MIDWEST GRAPHICS, INC.
5550 ELMWOOD CT
INDIANAPOLIS, IN 46203

Claim Number: 10428
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| ADMINISTRATIVE | Claimed: | $283,514.56 |
|---|---|---|

MIDWEST GRAPHICS, INC.
5550 ELMWOOD CT
INDIANAPOLIS, IN 46203

Claim Number: 10430
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| ADMINISTRATIVE | Claimed: | $106,115.56 |
|---|---|---|

MIDWEST IMAGING & ROLLER SERVICE
PO BOX 390
MENASHA, WI 54952

Claim Number: 4491
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $310.00 |
|---|---|---|---|---|

---

MIDWEST INDUSTRIAL RUBBER, INC.
10431 MIDWEST INDUSTRIAL DRIVE
SAINT LOUIS, MO 63132

Claim Number: 7892-01
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $48,916.26 | Scheduled: | $45,448.68 | Allowed: | $48,916.26 |

MIDWEST MATERIAL
566 ROCK ROAD
EAST DUNDEE, IL 60118

Claim Number: 5017
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $767.90 | |

MIDWEST OIL COMPANY
615 E 8TH STREET
SIOUX FALLS, SD 57102

Claim Number: 3883
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $625.64 | Scheduled: | $625.64 |

MIDWEST SCRAP SYSTEMS, INC.
10979 REED HARTMAN HWY. SUITE 302
CINCINNATI, OH 45242

Claim Number: 2533
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,975.00 | Scheduled: | $14,975.00 |

MIDWEST SERVICE & ENGINEERING INC
PO BOX 44 919
MIDDLETOWN, OH 45042

Claim Number: 7842
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,545.00 | Scheduled: | $25,545.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| MIDWEST STEEL RULE CUTTING DIE, INC<br>5550 ELMWOOD CT<br>INDIANAPOLIS, IN 46203 | | Claim Number: 10427<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $122,619.25 | | | | |
| MIDWEST STEEL RULE CUTTING DIE, INC<br>5550 ELMWOOD CT<br>INDIANAPOLIS, IN 46203 | | Claim Number: 10429<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $402,651.33 | Scheduled: | $399,441.37 | | |
| MIKE A MAEDGE TRUCKING INC<br>11327 STATE ROUTE 143<br>HIGHLAND, IL 62249 | | Claim Number: 5037<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | | |
| UNSECURED | Claimed: | $453.57 | | | | |
| MIKE A MAEDGE TRUCKING INC<br>11327 STATE ROUTE 143<br>HIGHLAND, IL 62249 | | Claim Number: 5041<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | | |
| UNSECURED | Claimed: | $453.57 | Scheduled: | $453.57 | | |
| MIKE GIBSON & SONS LOGGING, INC.<br>847 SHILO RD.<br>KING & QUEEN COURT HOUSE, VA 23085 | | Claim Number: 598<br>Claim Date: 02/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $36,822.33 | Scheduled: | $73,644.67  UNLIQ | Allowed: | $36,822.33 |

MIKE LUNA FARMS
MIKE LUNA
8445 SMITHVILLE HWY.
SPARTA, TN 38583

Claim Number: 325
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,226.32 | Scheduled: | $7,316.68 UNLIQ | | |

MIKE'S NO. 3 LLC, 2 YS & 1 K LLC AND
S. ANDERSON LLC
C/O CEDAR CREEK BUSINESS CENTER
13400 BISHOPS LANE
BROOKFIELD, WI 53005

Claim Number: 6926
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17,789.63 | Scheduled: | $11,827.76 | | |

MILAM LOGGING INC.
1147 MCMULLEN RD
GURLEY, AL 35748

Claim Number: 8163
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,296.89 | Scheduled: | $14,593.78 UNLIQ | | |

MILJEVICH INCORPORATED
511 PUTNAM ST.
WAKEFIELD, MI 49968

Claim Number: 8842
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,443.62 | Scheduled: | $12,887.23 UNLIQ | | |

MILLER BROTHERS GIANT TIRE
PO BOX 3667
IRMO, SC 29063

Claim Number: 5440
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,357.50 | Scheduled: | $14,873.47 | Allowed: | $15,357.50 |

MILLER ELECTRIC CO
PO BOX 1799
JACKSONVILLE, FL 32201

Claim Number: 4164
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13993
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $265,678.51 | Scheduled: | $522,166.50 UNLIQ | Allowed: | $265,678.51 |

MILLER FORESTRY SERVICES LLC
PO BOX 26
CENTER CROSS, VA 22437

Claim Number: 8009
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $2,108.43 | | | | |
| UNSECURED | | | Scheduled: | $2,108.43 | | |

MILLER LOGGING, INC
ROY A. MILLER, JR.
PO BOX 86
HOLMESVILLE, OH 44633

Claim Number: 7837
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,041.93 | Scheduled: | $30,083.87 UNLIQ | Allowed: | $15,041.93 |

MILLER PAINTING CO., INC
P.O. BOX 23267
SAVANNAH, GA 31403

Claim Number: 1407
Claim Date: 03/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $19,200.00 | Scheduled: | $19,200.00 | | |

MILLER STEPHENSON CHEMICAL CO INC (01)
PO BOX 950
DANBURY, CT 06813-0950

Claim Number: 5601
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $709.59 | Scheduled: | $674.40 | | |

MILLER TRANSPORTERS, INC.
PO BOX 1123
JACKSON, MS 39215-1123

Claim Number: 2114
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,729.31 | Scheduled: | $10,729.31 | Allowed: | $10,729.31 |

MILLER WASTE SYSTEMS
ATTN: STEWART VALENTINE, CORP CREDIT MGR
PO BOX 4080
MARKHAM, ON L3R 9R8
CANADA

Claim Number: 6203
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17,296.80 | Scheduled: | $16,883.25 | Allowed: | $17,296.80 |

MILLER WHITEHEAD HARDWARE COMPANY
PO BOX 1629
VALDOSTA, GA 31603-1629

Claim Number: 4205
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $484.35 | Scheduled: | $484.35 |

MILLER, DONNIE RAY
625 SHALIMAR RD.
QUITMAN, LA 71268

Claim Number: 10228
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

MILLER, HOWARD
71 SKULL CREEK DRIVE
APT. A-301
HILTON HEAD ISLAND, SC 29926-2914

Claim Number: 5207
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| | | | | | | |
|---|---|---|---|---|---|---|
| MILLER, PAT<br>1855 NORTH 180TH STREET<br>SHORELINE, WA 98133 | | Claim Number: 11195<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $323.00 | Scheduled: | $323.00 | | |
| MILLER, ROY A. JR.<br>MILLER LOGGING, INC.<br>PO BOX 86<br>HOLMESVILLE, OH 44633 | | Claim Number: 80<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $15,041.93 | | | Allowed: | $15,041.93 |
| MILLINGTON LOCKWOOD INC<br>470 CAYUGA ROAD<br>BUFFALO, NY 14225 | | Claim Number: 4959<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $675.00 | Scheduled: | $675.00 | | |
| MILLIRON RECYCLING INC<br>2384 STATE RT 39<br>MANSFIELD, OH 44903 | | Claim Number: 3897<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,600.79 | Scheduled: | $9,825.06 | | |
| MILLIRON WASTE MANAGEMENT INC<br>1700 N MAIN ST<br>MANSFIELD, OH 44903 | | Claim Number: 3749<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,198.36 | Scheduled: | $2,198.36 | | |

---

MILLWOOD INC
PO BOX 960
VIENNA, OH 44473-0960

Claim Number: 10776-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $36,319.20 | Scheduled: | $50,886.00 | Allowed: | $36,319.20 |
|---|---|---|---|---|---|---|

MILLWOOD INC
PO BOX 960
VIENNA, OH 44473-0960

Claim Number: 10776-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2813 (11/18/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $14,566.80 | | | Allowed: | $14,566.80 |
|---|---|---|---|---|---|---|

MILODRAGOVICH DALE STEINBRENNER & NYGREN
ATTN: LON J. DALE
P.O. BOX 4947
MISSOULA, MT 59806-4947

Claim Number: 10626
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,000.00   UNDET | | | | |
|---|---|---|---|---|---|---|

MILTON J. WOOD FIRE
PO BOX 26219
JACKSONVILLE, FL 32226

Claim Number: 5489
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $17,022.60 | | | | |
|---|---|---|---|---|---|---|

MILTON J. WOOD FIRE
PO BOX 26219
JACKSONVILLE, FL 32226

Claim Number: 12378
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $89,835.10 | | |
|---|---|---|---|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

MILWAUKEE METROPOLITAN SEWER DISTRICT
260 W. SEEBOTH STREET
MILWAUKEE, WI 53204

Claim Number: 13545
Claim Date: 11/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,044.00 | Scheduled: | $1,003.00  UNLIQ DISP |

MIMS, GERRY W.
PO BOX 1008
HODGE, LA 71247

Claim Number: 10229
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | |

MINE AND PROCESS SERVICE INC
PO BOX 484
KEWANEE, IL 61443

Claim Number: 5816
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $665.57 | Scheduled: | $665.57 |

MINI BRUTE SERVICE CO INC
PO BOX 202088
ANCHORAGE, AK 99520-2088

Claim Number: 5220
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $167.26 | Scheduled: | $167.26 |

MINNEHAHA COUNTY TREASURER
ADMINISTRATION BUILDING, 1ST FLOOR
415 N. DAKOTA AVE.
SIOUX FALLS, SD 57104

Claim Number: 13590
Claim Date: 11/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8378 (08/16/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | | | Scheduled: | $0.00  UNLIQ |
| SECURED | Claimed: | $97,264.17 | | |

---

| | | | | | |
|---|---|---|---|---|---|
| MINNESOTA POWER<br>P O BOX 1001<br>DULUTH, MN 55806-1001 | | Claim Number: 5606<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $56.36 | Scheduled: | $75.67 | |
| MINUTE MAN FARMS INC<br>18262 ALVERE ROAD<br>CULPEPER, VA 22701 | | Claim Number: 7742<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $8,197.88 | Scheduled: | $16,395.77 UNLIQ | |
| MIRAGE PROMOTIONS INC<br>1408 PAMPLICO HWY<br>FLORENCE, SC 29505 | | Claim Number: 7333<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $4,929.59 | Scheduled: | $4,786.01 | |
| MISSEY, JOSHUA<br>716  LAUREL STREET<br>HIGHLAND, IL 62249 | | Claim Number: 6890<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $50,000.00 | | | |
| MISSISSIPPI STATE TAX COMMISSION<br>PO BOX 22808<br>JACKSON, MS 39225-2805 | | Claim Number: 7215<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | |
| PRIORITY | Claimed: | $23,849.67 | | | |
| UNSECURED | Claimed: | $3,518.80 | | | |

---

| MISSISSIPPI STATE TAX COMMISSION<br>BANKRUPTCY SECTION<br>P.O. BOX 22808<br>JACKSON, MS 39225-2808 | Claim Number: 7400<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $23,849.67 |
| UNSECURED | Claimed: | $3,518.80 |

---

| MISSISSIPPI STATE TAX COMMISSION<br>PO BOX 22808<br>BANKRUPTCY SECTION<br>JACKSON, MS 39225-2805 | Claim Number: 11271<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| PRIORITY | Claimed: | $24,167.70 |
| UNSECURED | Claimed: | $3,518.80 |

---

| MISSISSIPPI STATE TAX COMMISSION<br>BANKRUPTCY SECTION<br>P.O. BOX 22808<br>JACKSON, MS 39225-2808 | Claim Number: 14058<br>Claim Date: 06/21/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8535 (09/14/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $1,398.61 |

---

| MISSOULA AREA ECONOMIC DEVELOPMENT CORP.<br>TRANSFEROR: F.H. STOLTZE LAND & LUMBER<br>COMPANY<br>1121 EAST BROADWAY, SUITE 100<br>MISSOULA, MT 59802 | Claim Number: 39<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $2,367.51 | Scheduled: | $7,367.51 |

---

| MISSOULA AREA ECONOMIC DEVELOPMENT CORP.<br>TRANSFEROR: PYRAMID MOUNTAIN LUMBER, INC<br>1121 EAST BROADWAY, SUITE 100<br>MISSOULA, MT 59802 | Claim Number: 2407<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $16,628.32 | Scheduled: | $33,256.65  UNLIQ |

---

MISSOULA AREA ECONOMIC DEVELOPMENT CORP.
C/O JACKSON, MURDO & GRANT P.C.
ATTN: JOHN H GRANT
203 NORTH EWING STREET
HELENA, MT 59601

Claim Number: 7943
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $510,933.55 | | $482,595.42 UNLIQ | | $510,933.55 |

MISSOULA CITY-COUNTY HEALTH DEPT
ATTN: JULIE TOENYES, ACCOUNTANT
301 WEST ALDER
MISSOULA, MT 59802

Claim Number: 5293
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: |
|---|---|---|---|
| UNSECURED | | $2,787.96 | $2,787.96 |

MISSOULA COUNTY TREASURER
200 W BROADWAY
MISSOULA, MT 59802

Claim Number: 4132
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | | Scheduled: | |
|---|---|---|---|
| PRIORITY | | $0.00 UNLIQ | |
| SECURED | Claimed: $1,075,568.50 | | |

MISSOULA ELECTRIC COOPERATIVE
1700 W BROADWAY
MISSOULA, MT 59808

Claim Number: 9106
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: |
|---|---|---|---|
| UNSECURED | | $3,921.95 | $3,078.49 |

MISSOULA LANDFILL
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11107
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| | Claimed: | | Scheduled: |
|---|---|---|---|
| UNSECURED | | $80,552.72 | $80,552.72 |

---

| MISSOULA RAVALLI TMA<br>2820 S HIGGINS AVE<br>MISSOULA, MT 59801-6927 | Claim Number: 4217<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $6,500.00 | Scheduled: | $6,500.00 |
|---|---|---|---|---|

| MISSOULA TRUCK SALES INC<br>PO BOX 16690<br>MISSOULA, MT 59808 | Claim Number: 4477<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $2,251.88 | Scheduled: | $2,251.88 |
|---|---|---|---|---|

| MISSOURI & NORTHERN ARKANSAS RAILROAD<br>C/O LEEAN M. GREENWALD, VP-LITIGATION<br>7411 FULLERTON STREET, SUITE 300<br>JACKSONVILLE, FL 32256 | Claim Number: 7565<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |
|---|---|

| UNSECURED | Claimed: | $1,885.00 |
|---|---|---|

| MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | Claim Number: 53<br>Claim Date: 02/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| UNSECURED | Claimed: | $2,265,362.78 |
|---|---|---|

| MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | Claim Number: 54<br>Claim Date: 02/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $4,448.70 |
|---|---|---|
| UNSECURED | Claimed: | $659.05 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | |
|---|---|---|
| MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | Claim Number: 278<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| UNSECURED        Claimed: | $0.00 | |
| MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | Claim Number: 4355<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |
| PRIORITY         Claimed: | $71.49 | |
| MISSOURI GAS ENERGY<br>PO BOX 219255<br>KANSAS CITY, MO 64121-9255 | Claim Number: 8171<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | |
| UNSECURED        Claimed: | $9,547.16 | |
| MISSOURI GAS ENERGY<br>P.O. BOX 219255<br>KANSAS CITY, MO 64121-9255 | Claim Number: 10046<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED        Claimed: | $9,547.16                    Scheduled: | $7,762.68 |
| MISSOURI PRIVATE SECTOR INDIVIDUAL<br>SELF-INSURERS GUARANTY CORPORATION<br>R. SCOTT MOORE - LEWIS RICE & FINGERSH<br>500 N. BROADWAY, SUITE 2000<br>ST. LOUIS, MO 63102 | Claim Number: 11121<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| UNSECURED        Claimed: | $1,395,384.00   UNLIQ CONT | |

| MISSOURI PRIVATE SECTOR INDIVIDUAL | Claim Number: 11122 |
|---|---|

MISSOURI PRIVATE SECTOR INDIVIDUAL
SELF-INSURERS GUARANTY CORPORATION
R. SCOTT MOORE - LEWIS RICE & FINGERSH
500 N. BROADWAY, SUITE 2000
ST. LOUIS, MO 63102

Claim Number: 11122
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $119,442.00   UNLIQ CONT | | |
|---|---|---|---|---|

MITCHAM FARMS, LLC
1007 WOODS ROAD
RUSTON, LA 71270

Claim Number: 2203
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,168.20 | Scheduled: | $1,168.20 |
|---|---|---|---|---|

MITCHELL INSTRUMENT CO
1570 CHEROKEE ST
SAN MARCOS, CA 92069

Claim Number: 4460
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $649.00 | Scheduled: | $649.00 |
|---|---|---|---|---|

MITCHELL'S STRAPPING SERVICE
2337 FOOTHILL BLVD
PMB #133
LA VERNE, CA 91750

Claim Number: 5276
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,384.74 | Scheduled: | $5,384.74 |
|---|---|---|---|---|

MITCO INC
1601 STEELE AVENUE SW
GRAND RAPIDS, MI 49507

Claim Number: 4887
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,898.45 | Scheduled: | $4,898.45 |
|---|---|---|---|---|

MLT TRUCKING
6646 COUNTY RD 53 S
TORRINGTON, WY 82240-9003

Claim Number: 7163
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,527.26 | Scheduled: | $2,527.56 |
|---|---|---|---|---|

MNC SYSTEMS, LLC
4150 S 87TH STREET
STE A
OMAHA, NE 68127

Claim Number: 3353
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,657.23 | Scheduled: | $5,255.00 |
|---|---|---|---|---|

MOBILE MODULAR MANAGEMENT CORPORATION
5700 LAS POSITAS ROAD
LIVERMORE, CA 94551

Claim Number: 2760
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,638.94 | Scheduled: | $1,638.94 |
|---|---|---|---|---|

MOBILE PAINTS
PO BOX 3859
CAROLINA, PR 00984-3859

Claim Number: 4731
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $45.59 |
|---|---|---|

MOBILE RADIO ENGINEERING INC.
D/B/A CAPITOL 2-WAY COMMUNICATIONS
745 BOONE AVE N.
GOLDEN VALLEY, MN 55427

Claim Number: 3319
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,693.67 | Scheduled: | $1,600.39 |
|---|---|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

MOBILE TOOL REPAIR INC
2136 HWY 2321
SOUTHPORT, FL 32409

Claim Number: 11194
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $642.00 | Scheduled: | $642.00 |
|---|---|---|---|---|

MOBILPAGE INC
812 S 10TH ST.
SAINT JOSEPH, MO 64501

Claim Number: 2405
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 |
|---|---|---|---|---|

MODERN NETWORKS IR
PMB 114
2075 S UNIVERSITY BLVD UNIT D
DENVER, CO 80210-4300

Claim Number: 6046
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $750.00 |
|---|---|---|

MODIS INC
1 INDEPENDENT DRIVE
SUITE 800
ATTN: JOANNA KRAFT
JACKSONVILLE, FL 32202

Claim Number: 1999
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $102,754.30 | Scheduled: | $76,487.83 |
|---|---|---|---|---|

MOFFETT SR., STANLEY W.
929 KELLY ROAD
JONESBORO, LA 71251

Claim Number: 10315
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

MOLINA, JESUS
9312 HUDSON WAY
EL PASO, TX 79907

Claim Number: 3835
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $177.00 | Scheduled: | $177.00 |
|---|---|---|---|---|

MOMAR
P.O. BOX 19567
ATLANTA, GA 30325-0567

Claim Number: 4387
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,600.84 | Scheduled: | $6,527.70 |
|---|---|---|---|---|

MONACO INC
3120 WEST LAKE STREET
MELROSE PARK, IL 60160

Claim Number: 4546
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,715.19 | Scheduled: | $4,715.19 |
|---|---|---|---|---|

MONNOTT, CHARLES
4348 MISSION ROAD # 8
KANSAS CITY, KS 66103

Claim Number: 11457
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

MONROE OPTICAL INC
1751 N MAIN ST
FRANKLIN, IN 46131-2409

Claim Number: 5074
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,245.62 | Scheduled: | $2,245.62 |
|---|---|---|---|---|

---

MONROE WELDING SUPPLY INC.
PO BOX 371
MONROE, LA 71210

Claim Number: 6413
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $22,560.78 | Scheduled: | $21,028.28 | Allowed: | $22,560.78 |

MONROE, DALLAS
DBA FOUR M TRANSPORTATION SERVICE
221 W. LIBERTY ST.
MARION, SC 29571

Claim Number: 1022
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,900.00 | Scheduled: | $8,080.50 |

MONTALVO CORP, THE
50 HUTCHERSON DR
GORHAM, ME 04038

Claim Number: 4767
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,856.53 | Scheduled: | $3,856.53 |

MONTANA DEPARTMENT OF ENVIRONMENTAL
QUALITY
ATTN: KIRSTEN H. BOWERS, ESQ.
PO BOX 200901
HELENA, MT 59620-0901

Claim Number: 11643
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8878 (01/06/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ CONT |
| UNSECURED | Claimed: | $75,000.00 | UNLIQ CONT |

MONTANA DEPARTMENT OF REVENUE
ATTN: KIM DAVIS
P.O. BOX 7701
HELENA, MT 59604-7701

Claim Number: 282
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,200,671.08 | | |
| SECURED | Claimed: | $209,075.00 | | |
| UNSECURED | | | Scheduled: | $50.00  UNLIQ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MONTANA DEPARTMENT OF REVENUE<br>ATTN: KIM DAVIS<br>P.O. BOX 7701<br>HELENA, MT 59604-7701 | | Claim Number: 13759<br>Claim Date: 01/12/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8893 (01/19/2011) | | | | | |
| PRIORITY | Claimed: | $1,220,548.00 | | | | | |
| UNSECURED | Claimed: | $180,937.00 | | | | | |
| MONTANA RAIL LINK<br>ATTN: MARK H. KRAUSE<br>101 INTERNATIONAL WAY<br>MISSOULA, MT 59802 | | Claim Number: 13797<br>Claim Date: 02/03/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $251,504.67 | Scheduled: | $245,056.39 | Allowed: | $251,504.67 |
| MONTANA RAIL LINK<br>WASHINGTON BUSINESS SERVICES<br>ATTN: KARL SWANSON<br>101 INTERNATIONAL WAY<br>MISSOULA, MT 59808 | | Claim Number: 13798<br>Claim Date: 02/03/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | | | |
| UNSECURED | Claimed: | $3,997,000.00 | | | | | |
| MONTANA RAIL LINK<br>KARL SWANSON<br>WASHINGTON BUSINESS SERVICES<br>101 INTERNATIONAL WAY<br>MISSOULA, MT 59808 | | Claim Number: 13835<br>Claim Date: 02/17/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $3,500,000.00 | | | Allowed: | $3,500,000.00 |
| MONTGOMERY INDUSTRIAL GASES INC<br>PO BOX 9364<br>MONTGOMERY, AL 36108 | | Claim Number: 8409<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $532.88 | Scheduled: | $532.88 | | |

MONTGOMERY PAPER CO.
400 EAST FOURTH STREET
DAYTON, OH 45402-2110

Claim Number: 771
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $25,712.50 | Scheduled: | $24,648.00 | Allowed: | $25,712.50 |

MONTGOMERY RUBBER & GASKET CO.
PO BOX 210639
MONTGOMERY, AL 36121-0639

Claim Number: 4891
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,937.51 | Scheduled: | $6,937.51 |

MONTGOMERY WAREHOUSE
PO BOX 1184
GRENADA, MS 38901

Claim Number: 4128
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17,560.00 | Scheduled: | $16,036.13 |

MOORE & ASSOCIATES
8935 RIDGEMONT DR
ATLANTA, GA 30350

Claim Number: 6008
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,750.00 | Scheduled: | $1,750.00 |

MOORE INDUSTRIES INT'L INC.
16650 SCHOENBORN ST.
NORTH HILLS, CA 91343

Claim Number: 1007
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,701.08 | Scheduled: | $1,590.48 |

---

MOORE TRANSPORTATION INC.
2929 BLUE CLAY ROAD
ATTN: CINDY MOORE
CASTLE HAYNE, NC 28429

Claim Number: 115
Claim Date: 02/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,300.00 | Scheduled: | $1,300.00 |
|---|---|---|---|---|

MOORE, ARCHIE LEMON
PO BOX 863
HODGE, LA 71247

Claim Number: 10230
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

MOORE, CHARLES
8981 EAST HWY 25
BELLEVIEW, FL 34420

Claim Number: 1045
Claim Date: 03/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,831.65 | Scheduled: | $2,254.10 |
|---|---|---|---|---|

MOORE, RICHARD W
6721 FOX HUNT CT
WEST CHESTER, OH 45069

Claim Number: 7754
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

MOREY, RONALD D.
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10729
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $19,577.02 |
|---|---|---|

---

MORGAN BROWN AND JOY LLP
200 STATE STREET
BOSTON, MA 02109-2605

Claim Number: 3651
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,842.50 | Scheduled: | $1,680.00 |

MORGAN STANLEY CAPITAL SERVICES INC.
ATTN: ANDREW WILLIAMS & RYAN COMERFORD
1585 BROADWAY
NEW YORK, NY 10036

Claim Number: 9124
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $23,488,072.41 | UNLIQ |

MORGAN'S BOX COMPANY, INC.
11548 NEW KINGS ROAD
JACKSONVILLE, FL 32219

Claim Number: 5371
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,314.91 | Allowed: | $14,314.91 |

MORGAN'S RV REPAIR
3340 RIDGE ROAD
WIMAUMA, FL 33598

Claim Number: 7394
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $56.95 | Scheduled: | $56.95 |

MORRIS AND MORRIS, P.C.
ATTN: PHILIP B. MORRIS
700 EAST MAIN STREET
RICHMOND, VA 23219-2603

Claim Number: 7351
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $38,046.81 | Scheduled: | $38,209.31 |

---

MORRIS KREITZ & SONS INC
220 PARK ROAD NORTH
P.O.BOX 6325
WYOMISSING, PA 19610-0325

Claim Number: 3846
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,700.00 | Scheduled: | $3,700.00 |
|---|---|---|---|---|

MORRIS MATERIAL HANDLING, INC.
315 W. FOREST HILL AVENUE
OAK CREEK, WI 53154

Claim Number: 9838
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,392.05 | Scheduled: | $1,392.05 |
|---|---|---|---|---|

MORRIS TIMBER PRODUCTS INC
PO BOX 1407
LYNN HAVEN, FL 32444

Claim Number: 5971
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,305.85 | Scheduled: | $20,611.69  UNLIQ |
|---|---|---|---|---|

MORRIS, BILLY R.
C/O JAMES E. SORENSON, ESQ.
WILLIAMS, GAUTIER, GWYNN, DELOACH, &
SORENSON P.A. PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10697
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $57,446.43 | | |
|---|---|---|---|---|

MORRIS, DEREK WARNELL
305 TERRACE HILL DRIVE
JONESBORO, LA 71251

Claim Number: 10231
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00  UNLIQ | | |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| MORRIS, GARY DWAYNE<br>750 WALT KORNEGAY<br>DODSON, LA 71422 | | Claim Number: 10232<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |
| MORRIS, GARY W.<br>2906 BEECH SPRINGS ROAD<br>QUITMAN, LA 71268 | | Claim Number: 10233<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |
| MORRIS, RICHARD W.<br>187 FITZPATRICK RD.<br>JONESBORO, LA 71251 | | Claim Number: 10234<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |
| MORRIS, WILLIAM M.<br>C/O J. WILLIAM LEWIS<br>ENVIRONMENTAL LITIGATION GROUP, PC<br>3529 7TH AVE., SOUTH, P.O. BOX 550219<br>BIRMINGHAM, AL 35255 | | Claim Number: 11524<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | |
| UNSECURED | Claimed: | $41,000.00 | |
| MORRIS-THORNTON, PAMELA<br>2116 SIDNEY ST.<br>ST. LOUIS, MO 63104 | | Claim Number: 11229<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8391 (08/16/2010) | |
| PRIORITY | Claimed: | $13,000.00 | |
| UNSECURED | | | Allowed:   $5,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| MORRISETTE PAPER COMPANY (LEXINGTON)<br>PO BOX 651591<br>CHARLOTTE, NC 28265 | | Claim Number: 11140<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,279.12 | Scheduled: | $3,561.84 | |
| MORRISETTE PAPER COMPANY (MARTINSVILLE)<br>PO BOX 651591<br>CHARLOTTE, NC 28265 | | Claim Number: 11141-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $138.30 | | | |
| MORRISON SUPPLY COMPANY<br>PO BOX 70<br>FORT WORTH, TX 76101 | | Claim Number: 2466<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | |
| UNSECURED | Claimed: | $2,719.76 | | | |
| MORRISON SUPPLY COMPANY<br>PO BOX 70<br>FORT WORTH, TX 76101 | | Claim Number: 3037<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,719.76 | Scheduled: | $2,606.10 | |
| MORTON SALT<br>ATTN: JANET LAZEWSKI<br>123 NORTH WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 2014<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $303.24 | Scheduled: | $303.24 | |

| | | |
|---|---|---|
| MORTON, CARL. D.<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10721<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $21,963.83 |
| MOSS JR, CHARLES<br>14600 STAGE ROAD<br>LANEXA, VA 23089 | | Claim Number: 11204<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| MOSS JR, CHARLES E<br>14600 STAGE ROAD<br>LANEXA, VA 23089 | | Claim Number: 11203<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| MOSS, BRENT<br>C/O USA TRUCK, INC<br>3200 INDUSTRIAL PARK RD<br>VAN BUREN, AR 72956 | | Claim Number: 2829<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $259,262.89 |
| MOSS, BRENT<br>C/O USA TRUCK, INC<br>3200 INDUSTRIAL PARK RD<br>VAN BUREN, AR 72956 | | Claim Number: 3032<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $259,262.89 |

| | | |
|---|---|---|
| MOSS, CHARLES<br>14600 STAGE ROAD<br>LANEXA, VA 23089 | | Claim Number: 11205<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| MOST INC<br>50 CHERRY BLOSSOM LANE<br>TROY, MO 63379 | | Claim Number: 9585<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |

| UNSECURED | Claimed: | $559.20 |
|---|---|---|

| | | |
|---|---|---|
| MOST INC<br>50 CHERRY BLOSSOM LANE<br>TROY, MO 63379 | | Claim Number: 13110<br>Claim Date: 09/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |

| UNSECURED | Claimed: | $1,241.20 | Scheduled: | $209.80 |
|---|---|---|---|---|

| | | |
|---|---|---|
| MOST INC<br>50 CHERRY BLOSSOM LANE<br>TROY, MO 63379 | | Claim Number: 13625<br>Claim Date: 11/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $414.60 |
|---|---|---|

| | | |
|---|---|---|
| MOST INC<br>50 CHERRY BLOSSOM LANE<br>TROY, MO 63379 | | Claim Number: 13677<br>Claim Date: 12/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |

| UNSECURED | Claimed: | $566.40 |
|---|---|---|

| | | |
|---|---|---|
| MOST INC<br>50 CHERRY BLOSSOM LANE<br>TROY, MO 63379 | | Claim Number: 13767<br>Claim Date: 01/19/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| UNSECURED | Claimed: | $1,174.21 |
| MOST INC<br>50 CHERRY BLOSSOM LANE<br>TROY, MO 63379 | | Claim Number: 13833<br>Claim Date: 02/16/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) |
| UNSECURED | Claimed: | $715.41 |
| MOST INC<br>50 CHERRY BLOSSOM LANE<br>TROY, MO 63379 | | Claim Number: 13908<br>Claim Date: 03/15/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
| UNSECURED | Claimed: | $1,282.05 |
| MOST INC<br>50 CHERRY BLOSSOM LANE<br>TROY, MO 63379 | | Claim Number: 14001<br>Claim Date: 04/23/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) |
| UNSECURED | Claimed: | $1,705.60 |
| MOST INC<br>50 CHERRY BLOSSOM LANE<br>TROY, MO 63379 | | Claim Number: 14048<br>Claim Date: 06/11/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8407 (08/18/2010) |
| UNSECURED | Claimed: | $815.63 |

| | | |
|---|---|---|
| MOST INC<br>50 CHERRY BLOSSOM LANE<br>TROY, MO 63379 | Claim Number: 14064<br>Claim Date: 07/15/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | |
| UNSECURED | Claimed: | $994.48 |
| MOST INC<br>50 CHERRY BLOSSOM LANE<br>TROY, MO 63379 | Claim Number: 14106<br>Claim Date: 08/13/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) | |
| UNSECURED | Claimed: | $341.50 |
| MOST INC<br>50 CHERRY BLOSSOM LANE<br>TROY, MO 63379 | Claim Number: 14149<br>Claim Date: 10/08/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8844 (12/10/2010) | |
| UNSECURED | Claimed: | $628.65 |
| MOST INC<br>50 CHERRY BLOSSOM LANE<br>TROY, MO 63379 | Claim Number: 14176<br>Claim Date: 11/18/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | |
| UNSECURED | Claimed: | $1,907.68 |
| MOST INC<br>50 CHERRY BLOSSOM LANE<br>TROY, MO 63379 | Claim Number: 14181<br>Claim Date: 12/20/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8952 (02/22/2011) | |
| UNSECURED | Claimed: | $966.55 |

---

MOST, INC
50 CHERRY BLOSSOM WAY
TROY, MO 63379

Claim Number: 3130
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $353.68 |
|---|---|---|

---

MOST, INC
50 CHERRY BLOSSOM WAY
TROY, MO 63379

Claim Number: 5296
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $301.65 |
|---|---|---|

---

MOST, INC.
50 CHERRY BLOSSOM WAY
TROY, MO 63379

Claim Number: 2312
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $140.25 |
|---|---|---|

---

MOTHER LODE REHABILITATION ENTERPRISES,
INC
ATTN: ROBIN CHRONISTER
399 PLACERVILLE DRIVE
PLACERVILLE, CA 95667

Claim Number: 12834
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,605.56 |
|---|---|---|

---

MOTION INDUSTRIES, INC.
KIMBERLY J ROBINSON, JANICE A. ALWIN
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
200 WEST MADISON ST., SUITE 3900
CHICAGO, IL 60606

Claim Number: 1966
Claim Date: 03/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8092 (06/21/2010)

| ADMINISTRATIVE | Claimed: | $685,989.57 | Allowed: | $685,989.57 |
|---|---|---|---|---|

---

---

MOTION MEDICAL, INC.
2148 PELHAM PARKWAY
BUILDING 600
PELHAM, AL 35124

Claim Number: 2641
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $87.20 | | |

---

MOUNTAIN INSPECTION AND LABORATORY
25602 E CENTRAL
NEWMAN LAKE, WA 99025

Claim Number: 6209
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,499.00 | Scheduled: | $2,499.00 |

---

MP MANUFACTURING & DESIGN, INC.
MICHAEL PADULA
895-12 NE DIXIE HWY
JENSEN BEACH, FL 34957

Claim Number: 367
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,416.40 | Scheduled: | $10,416.40 |

---

MPI INC
PO BOX 2599
BAXTER, MN 56425

Claim Number: 9683
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,350.00 | Scheduled: | $7,350.00 |

---

MPW INDUSTRIAL SERVICES
C/O TIFFANY STRELOW COBB, ESQ.
VORYS, SATER, SEYMOUR AND PEASE LLP
52 EAST GAY STREET
COLUMBUS, OH 43215

Claim Number: 1587
Claim Date: 03/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $345,103.42 | Scheduled: | $334,639.62 |

---

MR BOX PLUS
P O BOX 1567
MASNFIELD, OH 44901

Claim Number: 7076-01
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,890.39 | Scheduled: | $7,312.21 | |

MR BOX PLUS
P O BOX 1567
MASNFIELD, OH 44901

Claim Number: 7076-02
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1866 (09/04/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,421.82 | | | Allowed: | $2,421.82 |

MR ROOTER PLUMBING
640 W. WILLOW ST.
P.O. BOX 51
SCOTTSBORO, AL 35768

Claim Number: 1481
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,755.45 | Scheduled: | $16,126.45 | |

MRI MACHINE LTD.
26968 CODY RD.
SIOUX FALLS, SD 57108

Claim Number: 1626
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,245.53 | Scheduled: | $2,245.53 | |

MS ENVIRONMENTAL CONSULTANTS
5618 SUPERIOR DRIVE
BATON ROUGE, LA 70816

Claim Number: 5613
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $23,135.00 | Scheduled: | $23,135.00 | Allowed: | $23,135.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MTR MARTCO LLC<br>3350 YANKEE ROAD<br>MIDDLETOWN, OH 45044 | | Claim Number: 4311<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $44,298.00 | Scheduled: | $57,801.00 | Allowed: | | $44,298.00 |
| MUHLENBERG COUNTY<br>615 OPPORTUNITY WAY<br>GREENVILLE, KY 42345 | | Claim Number: 7107<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7432 (05/04/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,036.00 | Scheduled: | $2,260.90 | | | |
| MULE CREEK PRISON<br>PO BOX 409099<br>IONE, CA 95640 | | Claim Number: 6858<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,756.86 | Scheduled: | $2,756.86 | | | |
| MULLIS LOGGING INC<br>RT 1 BOX 283<br>HOBOKEN, GA 31542 | | Claim Number: 6950<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $29,333.43 | Scheduled: | $58,666.86 UNLIQ | Allowed: | | $29,333.43 |
| MULTI CRAFT CONTRACTORS INC<br>PO BOX 1760<br>SPRINGDALE, AR 72765 | | Claim Number: 6936<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $39,505.25 | Scheduled: | $41,355.36 | | | |

MULTI PACKAGING SOLUTIONS INC.
(FORMERLY INNOVATIVE FOLDING CARTON CO.)
PO BOX 820967
PHILADELPHIA, PA 19182--967

Claim Number: 3622
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $92,162.91 | Scheduled: | $91,428.94 | Allowed: | $92,162.91 |

MULTI WALL PACKAGING CORP
PO BOX 4796
EAST PROVIDENCE, RI 02916

Claim Number: 7415
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,974.20 | Scheduled: | $88,609.27 |

MULTI-PLASTICS INC.
7770 NORTH CENTRAL DR.
LEWIS CENTER, OH 43035

Claim Number: 2288
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,141.05 |

MULTI-PLASTICS INC.
7770 NORTH CENTRAL DR.
LEWIS CENTER, OH 43035

Claim Number: 2289
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $83,579.61 | Scheduled: | $83,617.61 | Allowed: | $83,579.61 |

MULTIWALL PACKAGING
4010 SUBURBAN DR
DANVILLE, VA 24540

Claim Number: 7474
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,346.71 | Scheduled: | $2,022.06 |

| | | | | | |
|---|---|---|---|---|---|
| MULTIWALL PACKAGING<br>PO BOX 33<br>SALISBURY, NC 28145 | | Claim Number: 7516<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $85,819.56 | Scheduled: | $1,797.61 | Allowed: | $85,819.56 |

| | | |
|---|---|---|
| MULTNOMAH COUNTY TAX<br>ASSESSMENT & TAXATION<br>P.O. BOX 2716<br>PORTLAND, OR 97208-2716 | | Claim Number: 2276<br>Claim Date: 04/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| PRIORITY | Claimed: | $0.00 |
| SECURED | Claimed: | $367,889.62 |

| | | |
|---|---|---|
| MULTNOMAH TAX<br>MULTNOMAH COUNTY ASSESSMENT & TAXATION<br>P.O. BOX 2716<br>PORTLAND, OR 97208-2716 | | Claim Number: 5004<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
| SECURED | Claimed: | $73,911.65 |

| | | |
|---|---|---|
| MUNICIPALITY OF ANCHORAGE<br>DEPARTMENT OF LAW<br>P.O. BOX 196650<br>ANCHORAGE, AK 99519-6650 | | Claim Number: 1674<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| SECURED | Claimed: | $4,712.40 |

| | | |
|---|---|---|
| MUNTERS CORPORATION<br>PO BOX 6428<br>FORT MYERS, FL 33911-6428 | | Claim Number: 4405<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) |
| UNSECURED | Claimed: | $4,507.23 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

MUNTERS CORPORATION
PO BOX 6428
FORT MYERS, FL 33911-6428

Claim Number: 7219
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,507.23 | Scheduled: | $4,507.23 |
|---|---|---|---|---|

MURFREESBORO ELECTRIC DEPT.
PO BOX 9
MURFREESBORO, TN 37130

Claim Number: 3806
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,672.10 | Scheduled: | $10,672.10 |
|---|---|---|---|---|

MURFREESBORO WATER & SEWER DEPT.
PO BOX 897
MURFREESBORO, TN 37133

Claim Number: 279
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $40.23 | Scheduled: | $1.19 |
|---|---|---|---|---|

MURFREESBORO WATER & SEWER DEPT.
PO BOX 897
MURFREESBORO, TN 37133

Claim Number: 280
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $32.62 |
|---|---|---|

MURK BRUSH COMPANY
1415 SR 311
CLOVIS, NM 88101-1253

Claim Number: 13948
Claim Date: 04/01/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,141.46 | Scheduled: | $1,141.46 |
|---|---|---|---|---|

---

MURPAC OF NEW MEXICO
PO BOX 826
60 WEST MCLIN
HUMBOLDT, TN 38343

Claim Number: 1920
Claim Date: 03/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 12566
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $11,030.40 | | | Allowed: | $11,030.40 |
|---|---|---|---|---|---|---|

---

MURPAC OF TENNESSEE LLC
60 WEST MACLIN
PO BOX 826
HUMBOLDT, TN 38343

Claim Number: 1919
Claim Date: 03/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 12566
DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $19,863.27 | Scheduled: | $19,680.57 |
|---|---|---|---|---|

---

MURPHY, BOBBY S.
1150 FIREWOOD RD
JONESBORO, LA 71251

Claim Number: 10316
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

MURPHY, CARL
8660 PHEASANT DR
MISSOULA, MT 59808

Claim Number: 8886
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

MURPHY, DAVID A.
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10707
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $12,775.16 |
|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| MURPHY, JEFFREY S.<br>615 HARRISON ST.<br>JONESBORO, LA 71251 | | Claim Number: 10235<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| MURRAY MANUFACTURING CORP<br>349 SAWYER AVE<br>TONAWANDA, NY 14150-7796 | | Claim Number: 9288<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,042.00 | Scheduled: | $4,042.00 |
| MUSKINGUM COUNTY, OHIO<br>RECYCLING & LITTER PREVENTION<br>2215 ADAMSVILLE ROAD<br>ZANESVILLE, OH 43701 | | Claim Number: 5725<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,418.00 | Scheduled: | $7,272.00 |
| MUSKINGUM STARLIGHT IND<br>1304 NEWARK RD<br>ZANESVILLE, OH 43701-2621 | | Claim Number: 5124<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $629.35 | Scheduled: | $391.31  UNLIQ |
| MUSKOGEE COUNTY TREASURER<br>PO BOX 1587<br>MUSKOGEE, OK 74402 | | Claim Number: 3274<br>Claim Date: 05/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| PRIORITY | Claimed: | $32,524.83 | | |

| MUTUAL TRANSPORTATION SERVICES INC<br>627 LYONS LANE STE 403<br>OAKVILLE, ON L6J 5Z7<br>CANADA | Claim Number: 6205<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $40,225.00 | Scheduled: | $40,225.00 | | |
|---|---|---|---|---|---|---|

| MV CUMMINGS ENGINEERS INC<br>6501 ARLINGTON EXPRESSWAY, STE B211<br>JACKSONVILLE, FL 32211 | Claim Number: 3722<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $22,023.52 | Scheduled: | $22,023.52 | Allowed: | $22,023.52 |
|---|---|---|---|---|---|---|

| MWR RECYCLING PROGRAM<br>MAYPORT NAVAL STATION<br>P.O.BOX 280048<br>JACKSONVILLE, FL 32228 | Claim Number: 6995<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $3,883.00 | Scheduled: | $3,883.00 | | |
|---|---|---|---|---|---|---|

| MYERS SELECT MATERIAL HANDLING<br>3044 S. KILSON DR.<br>SANTA ANA, CA 92707 | Claim Number: 6071<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $9,365.60 | Scheduled: | $9,306.18 | | |
|---|---|---|---|---|---|---|

| MYERS TRACTOR SERVICE INC<br>2424 RUSSELL ROAD<br>FERNANDINA BEACH, FL 32034 | Claim Number: 4298<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $57,596.25 | Scheduled: | $57,596.25 | | |
|---|---|---|---|---|---|---|

---

MYERS, RODNEY A
1040 RIVER LAUREL DRIVE
SUWANEE, GA 30024

Claim Number: 11561
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8559 (09/17/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $77,000.00   UNLIQ | | Allowed: | $77,000.00 |

---

N M TRANSFER CO INC
630 MUTTART ROAD
NEENAH, WI 54956-9752

Claim Number: 4942
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $603.61 | Scheduled: | $603.61 |

---

N.G.T. CORP DBA COVERALL SERVICE COMPANY
165 LAWRENCE BELL DR #122
WILLIAMSVILLE, NY 14221

Claim Number: 8316
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,445.41 |

---

N.G.T. CORPORATION D/B/A COVERALL
SERVICE CO.
165 LAWRENCE BELL DR. SUITE 122
BUFFALO, NY 14221

Claim Number: 14041
Claim Date: 06/07/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| UNSECURED | Claimed: | $3,445.41 |

---

NACCO MATERIALS HANDLING GROUP, INC.,
DBA HYSTER COMPANY
ATTN: DIRECTOR OF CREDIT
1400 SULLIVAN DRIVE
GREENVILLE, NC 27834

Claim Number: 6027
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $1,636,040.84 |

---

---

NADCLOGISTICS INC
PO BOX 965
BEDFORD PARK, IL 60499

Claim Number: 8067
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | |
|---|---|---|---|---|---|
| UNSECURED | | $60,814.25 | | $60,814.25 | |

NAGATA BROS FARMS INC
PO BOX 220
SAN LUIS REY, CA 92068

Claim Number: 6569
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | |
|---|---|---|---|---|---|
| UNSECURED | | $1,651.59 | | $3,303.18 UNLIQ | |

NALCO COMPANY
ATTN: CHAD PECHMAN
1601 WEST DIEHL ROAD
NAPERVILLE, IL 60563

Claim Number: 10473-01
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8659 (10/18/2010)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| SECURED | | | Scheduled: | $0.00 UNLIQ | | |
| UNSECURED | | $48,775.19 | Scheduled: | $267,744.99 UNLIQ | Allowed: | $48,775.19 |

NALCO COMPANY
ATTN: CHAD PECHMAN
1601 WEST DIEHL ROAD
NAPERVILLE, IL 60563

Claim Number: 10473-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8659 (10/18/2010)

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | | $1,751.84 | | | Allowed: | $1,751.84 |

NALCO COMPANY
ATTN: CHAD PECHMAN
1601 WEST DIEHL ROAD
NAPERVILLE, IL 60563

Claim Number: 10474
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8659 (10/18/2010)

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $513,764.30 | | | Allowed: | $120,909.70 |
| UNSECURED | Claimed: | $480,282.32 | Scheduled: | $1,442.75 | Allowed: | $482,206.18 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NAPA AUTO PARTS - FB<br>1485 S 8TH ST<br>FERNANDINA BEACH, FL 32034 | | Claim Number: 1043<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,464.27 | Scheduled: | $1,526.88 | | |
| NARANG, ASHOK<br>4285-A ST-HUBERT STREET<br>MONTREAL, QC<br>CANADA | | Claim Number: 99001<br>Claim Date: 06/17/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $545,484.24 | | | Allowed: | $490,946.35 |
| NARDINI FIRE EQUIPMENT CO<br>405 WEST COUNTY ROAD E W<br>ST PAUL, MN 55126 | | Claim Number: 5964<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 8598<br>DOCKET: 5738 (03/10/2010) | | | | |
| UNSECURED | Claimed: | $1,677.30 | Scheduled: | $2,354.92 | | |
| NASSCO INC<br>5365 S MOORLAND ROAD<br>NEW BERLIN, WI 53151 | | Claim Number: 4898<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,817.40 | Scheduled: | $3,900.24 | | |
| NATIONAL BOILER SERVICE, INC.<br>C/O DAVID DUPLISSEY<br>P.O. BOX 279<br>176 NORTH INDUSTRIAL DRIVE<br>TRENTON, GA 30752 | | Claim Number: 9720<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | | | |
| SECURED | Claimed: | $312,872.09   UNLIQ | | | | |
| UNSECURED | | | Scheduled: | $1,357,678.51  UNLIQ | | |

---

NATIONAL BOILER SERVICE, INC.
C/O DAVID DUPLISSEY
P.O. BOX 279
176 NORTH INDUSTRIAL DRIVE
TRENTON, GA 30752

Claim Number: 9721
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| SECURED | Claimed: | $518,636.04   UNLIQ | | | | | |

---

NATIONAL CAR RENTAL, INC.
P.O. BOX 402334
ATLANTA, GA 30384

Claim Number: 3188
Claim Date: 06/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7432 (05/04/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,811.35 | Scheduled: | $1,811.35 | | | |

---

NATIONAL DATA SERVICES OF CHICAGO, INC.
620 STETSON AVE
SAINT CHARLES, IL 60174

Claim Number: 3856
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $345.00 | Scheduled: | $345.00 | | | |

---

NATIONAL ENGINEERING PRODUCTS
5110 RIDGEFIELD ROAD SUITE 411
BETHESDA, MD 20816

Claim Number: 8016-02
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $204.21 | Scheduled: | $390.21 | | | |

---

NATIONAL EQUIPMENT AND SERVICE CORP
3334 E COAST HWY PMB 317
CORONA DEL MAR, CA 92625

Claim Number: 3357
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8407 (08/18/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $32,144.00 | Scheduled: | $26,561.00 | Allowed: | $32,144.00 |

---

NATIONAL FUEL GAS DISTRIBUTION CORP.
LEGAL DEPT.
6363 MAIN STREET
WILLIAMSVILLE, NY 14221

Claim Number: 3079
Claim Date: 05/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,848.23 | Scheduled: | $5,622.89 | | |

NATIONAL GRID
300 ERIE BLVD WEST
SYRACUSE, NY 13202

Claim Number: 2456
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $94,801.90 | Scheduled: | $134,861.58 | Allowed: | $94,801.90 |

NATIONAL GRID
300 ERIE BLVD WEST
SYRACUSE, NY 13202

Claim Number: 13427
Claim Date: 10/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $480.53 |

NATIONAL GRID - WOBURN/4300
P.O. BOX 4300
WOBURN, MA 01888-4300

Claim Number: 11580
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,481.93 |

NATIONAL INDUSTRIAL PARK
908 NIAGARA FALLS BLVD
NORTH TONAWANDA, NY 14120

Claim Number: 5907
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9,769.52 | Scheduled: | $9,869.52 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| NATIONAL PACKAGING SERVICES<br>12492 YORK ROAD<br>SUITE C<br>N. ROYALTON, OH 44133 | | Claim Number: 7172<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $12,937.00 | Scheduled: | $11,614.19 | | |
| NATIONAL ROLL KOTE<br>55 HARBOR VIEW DRIVE<br>NEW CASTLE, DE 19720 | | Claim Number: 2332<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $12,809.00 | Scheduled: | $14,370.00 | Allowed: | $12,809.00 |
| NATIONAL SEMI TRAILER CORP<br>2300 MOMENTUM PLACE<br>CHICAGO, IL 60689 | | Claim Number: 6474<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,371.94 | Scheduled: | $2,291.92 | | |
| NATIONAL SERV-ALL HAULING # 3765<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | | Claim Number: 12272<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | | | |
| UNSECURED | Claimed: | $25,464.25 | | | | |
| NATIONAL SERV-ALL HAULING # 3765<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | | Claim Number: 12285<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | | | |
| UNSECURED | Claimed: | $25,464.25 | | | | |

NATIONAL STARCH LLC
10 FINDERNE AVE
PO BOX 6500
BRIDGEWATER, NJ 08807

Claim Number: 7108-02
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $322,732.45 | Scheduled: | $87,981.21 |
|---|---|---|---|---|

NATIONAL UTILITIES CO.
12040-K W. FEERICK ST.
MILWAUKEE, WI 53222

Claim Number: 2885
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,350.81 | Scheduled: | $1,350.81 |
|---|---|---|---|---|

NATIONAL VISION INC
PO BOX 1919
LAWRENCEVILLE, GA 30046

Claim Number: 5888
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $126.00 | | |
|---|---|---|---|---|

NATIONAL VISION INC
PO BOX 1919
LAWRENCEVILLE, GA 30046

Claim Number: 5889
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $516.00 | Scheduled: | $472.00 |
|---|---|---|---|---|

NATIONAL WOOD PRODUCTS INC., A UTAH CORP
MICELLI GROUP SAC, LLC
11222 SOUTH EAGLEVIEW DRIVE
SANDY, UT 84095

Claim Number: 691
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,491.93 | Scheduled: | $3,000.00 |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| NATURE COAST TIMBER, LLC<br>ATTENTION: JAMES A. BAILEY<br>POST OFFICE BOX 96<br>TRENTON, FL 32693 | | Claim Number: 2798<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $39,163.28 | Scheduled: | $78,326.57 UNLIQ | |
| NATURE'S SECOND CHANCE HAULING, LLC<br>C/O J. THOMAS LONG, ESQ.<br>2410 STATE STREET<br>ALTON, IL 62002 | | Claim Number: 10073<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $16,715.62 UNLIQ | Scheduled: | $13,385.00 | |
| NC MACHINERY<br>PO BOX 58201<br>TUKWILA, WA 98138 | | Claim Number: 5774<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $10,086.59 | Scheduled: | $8,715.23 | |
| NC OWNER LLC<br>C/O JACOB A. BROWN, ESQ.<br>AKERMAN SENTERFITT<br>50 NORTH LAURA STREET, SUITE 2500<br>JACKSONVILLE, FL 32202 | | Claim Number: 3338<br>Claim Date: 06/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $42,309.49 | Scheduled: | $4,265.01 | |
| NCH CORPORATION DBA CERTIFIED LABS,<br>CHEMSEARCH, CHEM-AQUA, ANCO<br>2727 CHEMSEARCH BLVD<br>IRVING, TX 75062 | | Claim Number: 551<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $17,529.76 | Scheduled: | $12,660.23 | Allowed: $17,529.76 |

---

ND SELLERS SEPTIC TANK SERVICE
1627 HIGHWAY 145 S
CHESTERFIELD, SC 29709-8289

Claim Number: 10021
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9,187.50 | Scheduled: | $9,187.50 | | |

NEAGLE'S FLEXO, CORP.
11041 RICHARDSON RD.
ASHLAND, VA 23005

Claim Number: 2704
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | | | | |

NEAGLE'S FLEXO, CORP.
11041 RICHARDSON RD.
ASHLAND, VA 23005

Claim Number: 2707
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,696.61 | | | Allowed: | $13,696.61 |

NEAGLE'S FLEXO. CORP
11041 RICHARDSON RD
ASHLAND, VA 23005

Claim Number: 2724
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $21,339.04 | Scheduled: | $34,906.30 | Allowed: | $21,339.04 |

NECAMP CONSTRUCTION COMPANY
AN OHIO CORPORATION
PO BOX 249
MAINEVILLE, OH 45039

Claim Number: 2584
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $68,443.39 | | | | |

| | | | | |
|---|---|---|---|---|
| NECAMP CONSTRUCTION COMPANY<br>AN OHIO CORPORATION<br>PO BOX 249<br>MAINEVILLE, OH 45039 | | Claim Number: 2711<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| SECURED | Claimed: | $68,443.39 | | |
| UNSECURED | | | Scheduled: | $68,443.39 |
| NEFF RENTAL INC<br>PO BOX 405138<br>ATLANTA, GA 30384-5138 | | Claim Number: 5999<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $19,542.68 | Scheduled: | $16,821.80 |
| NELCO FIRST AID INC<br>ATTN DEB ASP<br>1725 1ST AVE N - STE A<br>FARGO, ND 58102 | | Claim Number: 142<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $405.25 | Scheduled: | $405.25 |
| NELSON AND NELSON, INC.<br>DBA NELSON PERSONNEL<br>2321 S. 3RD ST. W.<br>MISSOULA, MT 59801 | | Claim Number: 90<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,444.48 | Scheduled: | $6,444.48 |
| NELSON ELECTRIC SUPPLY CO.<br>PO BOX 1528<br>RACINE, WI 53401 | | Claim Number: 5566-01<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,498.36 | Scheduled: | $2,137.24 |

| NELSON ELECTRIC SUPPLY CO.<br>PO BOX 1528<br>RACINE, WI 53401 | | Claim Number: 5566-02<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009)<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $667.34 | | Allowed: | $667.34 |

| NELSON, GARLAND W.<br>158 WHITETAIL ROAD<br>SCOTTSBORO, AL 35769 | | Claim Number: 499<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,505.24 | Scheduled: | $4,505.24 |

| NES RENTALS<br>5440 N. CUMBERLAND SUITE 200<br>CHICAGO, IL 60656 | | Claim Number: 6932<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $18,796.42 | Scheduled: | $21,768.30 |

| NETIQ CORPORATION<br>ATTN: CREDIT DEPARTMENT<br>1233 WEST LOOP SOUTH, SUITE 810<br>HOUSTON, TX 77027 | | Claim Number: 1393<br>Claim Date: 03/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,948.78 | Scheduled: | $5,948.78 |

| NEW ENGLAND DRIVES & CONTROLS<br>PO BOX 704<br>SOUTHINGTON, CT 06489 | | Claim Number: 6338<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | |
|---|---|---|---|
| UNSECURED | Claimed: | $201.40 | |

---

NEW ENGLAND WOODEN WARE CORP
205 SCHOOL STREET        SUITE 201
GARDNER, MA 01440

Claim Number: 5319
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,036.74 | Scheduled: | $3,036.74 | | |
|---|---|---|---|---|---|---|

NEW PENN MOTOR EXPRESS
PO BOX 630
LEBANON, PA 17042-0630

Claim Number: 3845
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $419.03 | Scheduled: | $242.09 | | |
|---|---|---|---|---|---|---|

NEW WEST COMMODITIES
P O BOX 8987
ALTA LOMA, CA 91701

Claim Number: 10923
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8832 (12/09/2010)

| UNSECURED | Claimed: | $33,299.69 | | | Allowed: | $30,000.00 |
|---|---|---|---|---|---|---|

NEW YORK STATE
DEPARTMENT OF TAXATION AND FINANCE
BANKRUPTCY UNIT
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 2201
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| UNSECURED | Claimed: | $14,586.26 | | | | |
|---|---|---|---|---|---|---|

NEW YORK STATE
DEPARTMENT OF TAXATION AND FINANCE
BANKRUPTCY UNIT
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 3599
Claim Date: 07/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| PRIORITY | Claimed: | $9,635.48 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,386.00 | | | | |

---

| NEW YORK STATE DEPARTMENT<br>OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 3355<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $4,954.42   UNLIQ |
| UNSECURED | Claimed: | $877.76   UNLIQ |

---

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 3380<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $4,954.42   UNLIQ |
| UNSECURED | Claimed: | $18,972.04   UNLIQ |

---

| NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 13538<br>Claim Date: 11/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 5522 (03/01/2010) |
|---|---|

| UNSECURED | Claimed: | $23,652.85   UNLIQ |

---

| NEW YORK STATE DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOVERNOR W. AVERELL HARRIMAN STATE<br>OFFICE BLDG CAMPUS, BLDG 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 918<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $441.98 |

---

| NEW YORK STATE DEPARTMENT OF TAXATION<br>AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | Claim Number: 2397<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|

| PRIORITY | Claimed: | $4,954.42 |
| UNSECURED | Claimed: | $15,325.50 |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 2936 Claim Date: 05/14/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) | | | | |
| PRIORITY | Claimed: | $4,954.42 | | | | |
| UNSECURED | Claimed: | $10,877.76 | | | | |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | | Claim Number: 3233 Claim Date: 06/03/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7652 (05/18/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $180.23   UNLIQ | | | | |
| NEWARK GROUP, INC., THE ATTN: JESSICA JABLON 20 JACKSON DRIVE CRANFORD, NJ 07016 | | Claim Number: 13673-01 Claim Date: 12/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $41,801.28 | Scheduled: | $30,380.03 | Allowed: | $41,801.28 |
| NEWBOLD SERVICES, LLC P.O. BOX 5033 GREENVILLE, SC 29606-5033 | | Claim Number: 3533 Claim Date: 06/29/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 6649 (04/07/2010) THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $55,282.44 | Scheduled: | $55,282.44 | Allowed: | $55,282.44 |
| NEWPORT 3030 SATURN STREET SUITE 203 BREA, CA 92821 | | Claim Number: 8003 Claim Date: 08/17/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 9602 (08/25/2017) THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $41,402.00 | Scheduled: | $41,402.00  UNLIQ | | |

| | | | | | |
|---|---|---|---|---|---|
| NEWS-LEADER<br>PO BOX 766<br>FERNANDINA BEACH, FL 32035 | | Claim Number: 1854<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $255.00 | Scheduled: | $510.00 | |
| NEWTON COUNTY TAX COMMISSIONER<br>1113 USHER ST<br>SUITE 101<br>COVINGTON, GA 30014 | | Claim Number: 6990<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | | |
| PRIORITY | Claimed: | $263,520.18 | Scheduled: | $0.00 UNLIQ | |
| NEX TRANSPORT<br>13000 US ROUTE 33<br>EAST LIBERTY, OH 43319 | | Claim Number: 6510<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $198.35 | Scheduled: | $198.35 UNLIQ | |
| NH MACHINING INC<br>200 WILMONT DRIVE<br>WAUKESHA, WI 53189 | | Claim Number: 6043<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $340.40 | Scheduled: | $340.40 | |
| NIAGARA FIBERBOARD INC<br>PO BOX 520<br>LOCKPORT, NY 14095-0520 | | Claim Number: 6773<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $551.60 | Scheduled: | $551.60 | |

| | | | | |
|---|---|---|---|---|
| NIAGARA SHEETS<br>7393 SHAWNEE ROAD<br>NORTH TONAWANDA, NY 14120 | | Claim Number: 7900<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,369.47 | Scheduled: | $30,053.82 UNLIQ |
| NIM-COR INC.<br>575 AMHERST STREET<br>NASHUA, NH 03063 | | Claim Number: 2331<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,552.89 | Scheduled: | $2,409.92 |
| NJ DEPT OF LABOR AND WORKFORCE DEV'T<br>DIVISION OF EMPLOYER ACCOUNTS<br>PO BOX 379<br>TRENTON, NJ 08625-0379 | | Claim Number: 6894<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| PRIORITY | Claimed: | $10,425.52 | | |
| NMHG FINACIAL SERVICES, INC.<br>C/O GENERAL ELECTRICAL CAPITAL CORP.<br>10 RIVERVIEW DRIVE<br>ATTN: DENNIS DUFFANY<br>DANBURY, CT 06810 | | Claim Number: 11392<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $1,441,639.57 | | |
| UNSECURED | Claimed: | $544,533.86 | Scheduled: | $617,206.50 UNLIQ |
| NORAMCO ENGINEERING CORPORATION<br>2729 13TH AVENUE EAST<br>HIBBING, MN 55746 | | Claim Number: 5532<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,228.51 | Scheduled: | $5,228.51 |

---

NORCO INC
PO BOX 15299
BOISE, ID 83715

Claim Number: 6248
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,485.09 | Scheduled: | $18,520.01 | Allowed: | $19,485.09 |

NORDEN M A CO INC
PO BOX 190008
MOBILE, AL 36619

Claim Number: 4853
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,919.25 |

NORDSTROM FSB
PO BOX 6566
ENGLEWOOD, CO 80155

Claim Number: 801
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,559.66 | Scheduled: | $3,559.66 |

NORLIFT INCORPORATED
PO BOX 11006
SPOKANE, WA 99211

Claim Number: 4862-01
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,043.32 | Scheduled: | $10,739.94 |

NORLIFT OF OREGON, INC.
PO BOX 68348
PORTLAND, OR 97268

Claim Number: 3645
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,237.81 | Scheduled: | $6,725.97 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | | |
|---|---|---|---|---|---|
| NORM WILSON AND SONS INC<br>3400 EAST SPRING STREET<br>LONG BEACH, CA 90806 | | Claim Number: 11158<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) | | | |
| SECURED | Claimed: | $208,714.01 | | | |
| UNSECURED | | | Scheduled: | $208,714.01 | |
| NORMAN EQUIPMENT CO<br>3209 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | | Claim Number: 4349-01<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $451.14 | Scheduled: | $451.14 | |
| NORMAN LUMBER COMPANY<br>PO BOX 440031<br>ST LOUIS, MO 63144 | | Claim Number: 5951<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $6,720.00 | Scheduled: | $6,720.00 | |
| NORMED INC<br>PO BOX 3644<br>SEATTLE, WA 98124-3644 | | Claim Number: 6326<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $403.19 | Scheduled: | $403.19 | |
| NORRED, CHARLES W.<br>ROUTE 1, BOX 350<br>DODSON, LA 71422 | | Claim Number: 10236<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $0.00    UNLIQ | | | |

---

NORTH ALABAMA ELECTRIC COOP
P.O. BOX 628
STEVENSON, AL 35772

Claim Number: 10086
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,069.66 | Scheduled: | $8,878.55  UNLIQ |
| --- | --- | --- | --- | --- |

NORTH ATLANTIC FIRE & SAF. EQUIP.
3B BUSINESS WAY
HOPEDALE, MA 01747

Claim Number: 9012
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,136.40 | Scheduled: | $3,136.40 |
| --- | --- | --- | --- | --- |

NORTH CAROLINA DEPARTMENT OF LABOR
C/O DANIEL ADDISON
NC DEPARTMENT OF JUSTICE
PO BOX 629
RALEIGH, NC 27602

Claim Number: 10649
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $3,150.00 |
| --- | --- | --- |

NORTH CAROLINA DEPARTMENT OF REVENUE
ANGELA C. FOUNTAIN BANKRUPTCY MANAGER
COLLECTIONS EXAMINATION DIVISION
P.O. BOX 1168
RALEIGH, NC 27602-1168

Claim Number: 3593
Claim Date: 06/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8834 (12/09/2010)

| UNSECURED | Claimed: | $13,760.85 |
| --- | --- | --- |

NORTH COAST ELECTRIC COMPANY INC
625 N THOMPSON
ATTN: RACHEL PATTEN
PORTLAND, OR 97227

Claim Number: 12311
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,325.70 | Scheduled: | $1,314.78 |
| --- | --- | --- | --- | --- |

---

NORTH LINCOLN SANITATION
1726 SE HWY 101
LINCOLN CITY, OR 97367

Claim Number: 4583
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $432.95 | Scheduled: | $432.95 | | |

NORTH MS MEDICAL CLINICS, INC.
450 EAST PRESIDENT STREET
TUPELO, MS 38801

Claim Number: 3213
Claim Date: 06/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,375.00 | Scheduled: | $1,500.00 | | |

NORTH SHORE GAS / PEOPLES GAS
130 E. RANDOLPH DRIVE
CHICAGO, IL 60601

Claim Number: 5630-01
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $95,363.49 | Scheduled: | $87,962.97 | Allowed: | $95,363.49 |

NORTH SHORE PEST CONTROL
7 MACARTHUR ROAD
PEABODY, MA 01960

Claim Number: 11971
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $720.00 | Scheduled: | $720.00 | | |

NORTH STATE BANDAG
1610 KATHLEEN AVE.
SACRAMENTO, CA 95815

Claim Number: 369
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,008.94 | Scheduled: | $13,312.05 | | |

| | | | | |
|---|---|---|---|---|
| NORTHCENTER FOODS<br>P.O. BOX 2628<br>AUGUSTA, ME 04330 | | Claim Number: 7185<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,361.79 | | |
| NORTHEAST MOTORS AND CONTROLS<br>PO BOX 45919<br>PHILADELPHIA, PA 19149 | | Claim Number: 6443<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $18,721.54 | Scheduled: | $18,353.24 |
| NORTHEAST RIGGERS INC<br>PO BOX 146<br>PLAINVILLE, CT 06062 | | Claim Number: 2786<br>Claim Date: 05/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,001.09 | Scheduled: | $69,062.82 |
| NORTHERN CA PAPER RECYCLE<br>1609 WHIPPLE ROAD<br>HAYWARD, CA 94544 | | Claim Number: 3703<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $555.45 | Scheduled: | $555.00 |
| NORTHERN CALIFORNIA PAPER RECYCLERS, INC<br>1609 WHIPPLE ROAD<br>HAYWARD, CA 94544-7928 | | Claim Number: 3713<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $555.45 | | |

NORTHERN ENERGY
3301 W. BROADWAY
MISSOULA, MT 59802

Claim Number: 186
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $101,414.09 | Scheduled: | $100,258.85 | Allowed: | $101,414.09 |

NORTHERN FREIGHT SERVICE INC
8309 GREENWAY BLVD
STE 200
MIDDLETON, WI 53562-3536

Claim Number: 13537
Claim Date: 11/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8121 (06/22/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $52,285.00 | Scheduled: | $42,400.00 | Allowed: | $52,285.00 |

NORTHERN ILLINOIS STEEL SUPPLY CO.
P.O. BOX 2146
JOLIET, IL 60434-2146

Claim Number: 6479
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,075.50 | Scheduled: | $3,827.50 | |

NORTHERN INDIANA PUBLIC SERVICE COMPANY
ATTN: REVENUE ASSURANCE & RECOVERY
801 E. 86TH AVENUE
MERRILLVILLE, IN 46410

Claim Number: 945
Claim Date: 02/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $41,542.92 | Scheduled: | $45,739.41 | Allowed: | $41,542.92 |

NORTHERN LIGHTS INC
PO BOX 269
SAGLE, ID 83860

Claim Number: 5399
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $106.37 | Scheduled: | $345.71 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| NORTHERN LINES RAILWAY<br>53 W. JACKSON BLVD.<br>SUITE 335<br>CHICAGO, IL 60604 | | Claim Number: 3286<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,775.00 | | | | |
| NORTHERN MACHINING & REPAIR INC<br>1701 N 26TH ST<br>ESCANABA, MI 49829 | | Claim Number: 1095<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,882.16 | | | | |
| NORTHERN MACHINING & REPAIR INC<br>1701 N 26TH ST<br>ESCANABA, MI 49829 | | Claim Number: 1096<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $16,000.00 | Scheduled: | $17,882.16 | | |
| NORTHERN MICHIGAN UNIVERSITY<br>1401 PRESQUE ISLE AVENUE<br>MARQUETTE, MI 49855 | | Claim Number: 7641<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $10,854.48 | Scheduled: | $10,854.48 | Allowed: | $10,854.48 |
| NORTHERN OIL 1 INC<br>150 US 41 SOUTH<br>BARAGA, MI 49908 | | Claim Number: 11410<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,693.16 | Scheduled: | $2,693.16 | | |

---

NORTHERN WEATHER HVAC INC
339 ANTHONY TRAIL
NORTHBROOK, IL 60062

Claim Number: 7970
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $321.00 | Scheduled: | $321.00 |
|---|---|---|---|---|

NORTHLAND WILLETTE, INC.
12 HIGH STREET
PLAINVILLE, MA 02762

Claim Number: 11733
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,901.63 | Scheduled: | $2,901.63 |
|---|---|---|---|---|

NORTHSTAR COMMERCIAL CONSTRUCTION INC.
P.O. BOX 73
GLYNDON, MD 21071-0073

Claim Number: 13380
Claim Date: 09/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $20,100.00 | | |
|---|---|---|---|---|

NORTHWEST CASCADE INC DBA HONEY BUCKETS
PO BOX 73399
PUYALLUP, WA 98373

Claim Number: 5173
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $510.33 | Scheduled: | $502.80 |
|---|---|---|---|---|

NORTHWEST CORRECTIONAL FACILIT
RT 1, BOX 660
TIPTONVILLE, TN 38079

Claim Number: 5058-01
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $448.00 | Scheduled: | $789.00 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| NORTHWEST CORRECTIONAL FACILIT<br>RT 1, BOX 660<br>TIPTONVILLE, TN 38079 | | Claim Number: 5058-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $341.10 | | | Allowed: | $341.10 |
| NORTHWEST FORKLIFT<br>838 SENECA AVENUE SOUTHWEST<br>RENTON, WA 98057 | | Claim Number: 9078<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $7,119.72 | Scheduled: | $82,656.21 | | |
| NORTHWEST INDUSTRIAL SUPPLY CO INC<br>PO BOX 30637<br>BILLINGS, MT 59107 | | Claim Number: 3914-01<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,974.66 | Scheduled: | $6,670.88 | | |
| NORTHWEST INDUSTRIAL SUPPLY CO INC<br>PO BOX 30637<br>BILLINGS, MT 59107 | | Claim Number: 3914-02<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1974 (09/18/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $585.24 | | | Allowed: | $585.24 |
| NORTHWEST NATIVES, INC.<br>P.O. BOX 52985<br>BELLEVUE, WA 98015 | | Claim Number: 651<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $7,954.47 | Scheduled: | $8,366.82 | | |

NORTHWEST PIPE COMPANY
5721 SE COLUMBIA WAY, SUITE 200
VANCOUVER, WA 98661

Claim Number: 11900
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8879 (01/06/2011)

| UNSECURED | Claimed: | $5,000,000.00   UNLIQ CONT | | |
|---|---|---|---|---|

NORTHWEST PIPE FITTINGS
PO BOX 1258
BILLINGS, MT 59103

Claim Number: 3814
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $421.25 | Scheduled: | $421.25 |
|---|---|---|---|---|

NORTRAX
4042 PARK OAKS BLVD STE 200
TAMPA, FL 33610-9538

Claim Number: 7036
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,597.81 | Scheduled: | $32,163.19 |
|---|---|---|---|---|

NORVELL, DEBORAH FOR THOMAS BAKER
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10945
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8391 (08/16/2010)

| UNSECURED | Claimed: | $300,000.00 | | |
|---|---|---|---|---|

NOTT ATWATER DIV. OF LTI FLEXIBLE
PRODUCTS
1309 N BRADLEY RD
SPOKANE, WA 99212

Claim Number: 1862
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $128.00 | Scheduled: | $128.00 |
|---|---|---|---|---|

NOVASPECT INC
38389 EAGLE WAY
CHICAGO, IL 60678-1383

Claim Number: 5366
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $57,056.38 | Scheduled: | $1,483.94 |
|---|---|---|---|---|

NOVO 1
PO BOX 78983
MILWAUKEE, WI 53278-0983

Claim Number: 12054
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,521.90 | Scheduled: | $3,521.90 |
|---|---|---|---|---|

NOVO 1 INC
PO BOX 78983
20825 SWENSON DRIVE
MILWAUKEE, WI 53278

Claim Number: 12055
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $1,575.00 | Scheduled: | $1,575.00 |
|---|---|---|---|---|

NP & SON PAVING CONTRACTORS, INC.
3308  21ST ST.
ZION, IL 60099

Claim Number: 534
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| PRIORITY | Claimed: | $1,480.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,480.00 |

NPG NEWSPAPERS INC
PO BOX 219048
KANSAS CITY, MO 64121-9048

Claim Number: 5496
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $193.98 | Scheduled: | $193.98 |
|---|---|---|---|---|

| | | |
|---|---|---|
| NUGENT, DURRELL LYNN<br>359 JOE SHOVAN RD<br>QUITMAN, LA 71268 | | Claim Number: 10317<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN |

| UNSECURED | Claimed: | $0.00  UNLIQ | | | | |
|---|---|---|---|---|---|---|
| NUGENT, ROBERT A.<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST SUITE 900<br>TOROTO, ON M5H 3R3<br>CANADA | | Claim Number: 11967<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $26,020.97  UNLIQ | | | Allowed: | $18,593.63 |
| NUGENT, ROBERT ALFRED<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 12973<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | | | |
| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $24,382.37 | Scheduled: | $21,231.42 | Allowed: | $25,383.00 |
| NUNN, CHARLES L.<br>3434 GLADWELL<br>JONESBORO, LA 71251 | | Claim Number: 10318<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | | |
| NUNN, PAMELA LAMKIN<br>3434 GLADWAY ROAD<br>JONESBORO, LA 71251 | | Claim Number: 10319<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | | |

| | | | | | |
|---|---|---|---|---|---|
| NUNN, SCOTTY DALE<br>7145 NINE PINE ROAD<br>JONESBORO, LA 71251 | | Claim Number: 10237<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9159 (12/19/2011) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| NW NATURAL<br>220 NW SECOND AVENUE<br>PORTLAND, OR 97209 | | Claim Number: 13924<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8879 (01/06/2011) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $27.40 | |
| NW NATURAL<br>220 NW SECOND AVENUE<br>PORTLAND, OR 97209 | | Claim Number: 13985<br>Claim Date: 04/14/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8879 (01/06/2011) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| NWF INC<br>PO BOX 8049<br>COCOA, FL 32924 | | Claim Number: 4153<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $32,000.00 | Scheduled: | $48,633.33 | |
| NYK LINE INC<br>ATTN: LEGAL DEPARTMENT<br>300 LIGHTING WAY<br>SECAUCUS, NJ 07094 | | Claim Number: 11623<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) | | | |
| UNSECURED | Claimed: | $1,235.00 | Scheduled: | $64,678.00 UNLIQ | |

NYK LOGISTICS (AMERICAS) INC
CHRISTINE SCHEINBERG, ATTY.
8295 TOURNAMENT DR. #150
MEMPHIS, TN 38125

Claim Number: 1565
Claim Date: 03/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,160.03 | Scheduled: | $10,017.00 |

O'BRIEN & GERE ENGINEERS, INC.
ATTN: J GERAETS
PO BOX 4873
SYRACUSE, NY 13221-4873

Claim Number: 5860
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,766.89 | Scheduled: | $20,766.89 |

O'NEAL GAS
PO BOX 536
CHOUDRANT, LA 71227

Claim Number: 3662-01
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $29,668.96 | Scheduled: | $24,105.69 | Allowed: | $29,668.96 |

O'NEAL GAS
PO BOX 536
CHOUDRANT, LA 71227

Claim Number: 3662-02
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,034.56 | Allowed: | $2,034.56 |

O'NEAL, INC.
10 FALCON CREST DRIVE
ATTN: MARTY WINDSOR
GREENVILLE, SC 29607-1583

Claim Number: 477
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $67,211.83 | Scheduled: | $67,211.83 |

O'NEILL & BORGES
AMERICAN INTERNATIONAL BUILDING
250 MUNOZ RIVERA AVE
SUITE 800
SAN JUAN, PR 00918-1808

Claim Number: 10568
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $30,371.75 | Scheduled: | $21,402.50 |

O.C.MCDONALD CO., INC.
1150 W. SAN CARLOS STREET
SAN JOSE, CA 95126

Claim Number: 3062
Claim Date: 05/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,383.42 | Scheduled: | $2,326.00 |

OAK HILLS CARTON CO
PO BOX 632601
CINCINNATI, OH 45263

Claim Number: 13617
Claim Date: 11/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $701.55 | Scheduled: | $701.55 |

OAKLEAF INC
800 CONNECTICUT BLVD.
EAST HARTFORD, CT 06108

Claim Number: 4130
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,489.92 | Scheduled: | $25,892.00 |

OAKTREE CAPITAL MANAGEMENT, LP
333 SOUTH GRAND AVENUE, 28TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 10036
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $89,943,000.00 | UNLIQ CONT |

| OASIS DIE CO<br>7518 N 71ST AVE<br>GLENDALE, AZ 85303 | Claim Number: 6068<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9,206.51 | Scheduled: | $9,206.51 | |
| OBERG AND ASSOCIATES<br>16475 DALLAS PARKWAY, SUITE 605<br>ADDISON, TX 75001 | Claim Number: 2389<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $17,500.00 | Scheduled: | $17,500.00 | Allowed: $17,500.00 |
| OBERG FREIGHT CO<br>22153 OLD HIGHWAY 169<br>FORT DODGE, IA 50501-8427 | Claim Number: 5510<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $61,612.80 | Scheduled: | $61,612.80 | |
| OCC MED CONSULTS<br>931 SPRING CREEK RD, STE 200<br>CHATTANOOGA, TN 37412 | Claim Number: 6290<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,084.00 | Scheduled: | $1,198.00 | |
| OCCUPATIONAL DEVELOPMENT CENTER<br>802 N CLINTON ST STE A1<br>BLOOMINGTON, IL 61701-3299 | Claim Number: 4056<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | | |
| UNSECURED | Claimed: | $3,752.55 | | | |

---

OCCUPATIONAL HEALTH SERVICES
3600 LIND AVE SW SUITE #170
RENTON, WA 98057

Claim Number: 1673
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $665.75 | Scheduled: | $665.75 |
|---|---|---|---|---|

OCE IMAGISTICS INC
PO BOX 856193
LOUISVILLE, KY 40285-6193

Claim Number: 11460
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $6,758.81 |
|---|---|---|---|---|

OCE IMAGISTICS INC
7555 E. HAMPDEN AVE. # 200
DENVER, CO 80231

Claim Number: 11461
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $37,258.70 | Scheduled: | $21,685.19 |
|---|---|---|---|---|

OCE' IMAGISTICS INC
7555 E HAMPDEN AVE
SUITE 200
DENVER, CO 80231

Claim Number: 11476
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $5,669.22 | Scheduled: | $5,669.22 |
|---|---|---|---|---|

OCP INC
122 LOCKWOOD DRIVE
LAKE CITY, SC 29560

Claim Number: 5761
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1866 (09/04/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $767.00 | | | Allowed: | $767.00 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $767.00 | | |

| ODOM, JAMES J., JR<br>PO BOX 11244<br>BIRMINGHAM, AL 35202-1244 | | Claim Number: 6504<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,451.60 | Scheduled: | $1,451.60 | | | |
| OEC GRAPHICS, INC.<br>555 W WAUKAU AVE.<br>OSHKOSH, WI 54902 | | Claim Number: 237<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $100,400.54 | Scheduled: | $109,624.84 | Allowed: | $100,400.54 | |
| OFF SITE RECORD MANAGEMENT<br>1959 MONTEREY RD<br>SAN JOSE, CA 95112 | | Claim Number: 5069<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $511.40 | Scheduled: | $7.00 | | | |
| OG+E ELECTRIC SERVICES<br>ATTN: ABBEY CAMBELL, MC M223<br>PO BOX 321<br>OKLAHOMA CITY, OK 73101-0321 | | Claim Number: 1881<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $3,932.19 | Scheduled: | $3,932.19 | | | |
| OHIO BUREAU OF WORKERS' COMPENSATION<br>LEGAL DIVISION BANKRUPTCY UNIT<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567 | | Claim Number: 2160<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 9028 (04/20/2011) | | | | | |
| PRIORITY | Claimed: | $1,699,671.79 | | | | | |

| OHIO BUREAU OF WORKERS' COMPENSATION<br>LEGAL DIVISION BANKRUPTCY UNIT<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567 | Claim Number: 2161<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 9028 (04/20/2011) |
|---|---|
| UNSECURED          Claimed: | $4,348,387.42 |

| OHIO BUREAU OF WORKERS' COMPENSATION<br>LEGAL DIVISION BANKRUPTCY UNIT<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567 | Claim Number: 5581<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|
| PRIORITY          Claimed: | $1,699,671.79 |

| OHIO BUREAU OF WORKERS' COMPENSATION<br>LEGAL DIVISION BANKRUPTCY UNIT<br>PO BOX 15567<br>COLUMBUS, OH 43215-0567 | Claim Number: 5582<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
|---|---|
| UNSECURED          Claimed: | $4,348,387.42 |

| OHIO DEPARTMENT OF TAXATION<br>REBECCA DAUM<br>ATTORNEY-BANKRUPTCY DIVISION<br>PO BOX 530<br>COLUMBUS, OH 43216-0530 | Claim Number: 3301<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4136 (01/14/2010) |
|---|---|
| PRIORITY          Claimed: | $2,784,457.64 |

| OHIO DEPARTMENT OF TAXATION<br>30 EAST BROAD STREET<br>COLUMBUS, OH 43215 | Claim Number: 3426<br>Claim Date: 06/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4136 (01/14/2010) |
|---|---|
| PRIORITY          Claimed: | $58,889.53 |

| | | | | | |
|---|---|---|---|---|---|
| OHIO DEPARTMENT OF TAXATION<br>REBECCA DAUM<br>ATTORNEY-BANKRUPTCY DIVISION<br>PO BOX 530<br>COLUMBUS, OH 43216-0530 | | Claim Number: 14190<br>Claim Date: 04/08/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 9088 (07/21/2011) | | | |
| PRIORITY<br>UNSECURED | Claimed:<br>Claimed: | $160,008.50<br>$21,544.96 | | | |
| OHIO DEPARTMENT OF TAXATION, THE<br>BANKRUPTCY DIVISION<br>PO BOX 530<br>COLUMBUS, OH 43216-0530 | | Claim Number: 14223<br>Claim Date: 06/12/2018<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| PRIORITY | Claimed: | $179,628.40 | | | |
| OHIO EPOXY FLOOR RESURFACING LLC<br>21220 LYMOYNE RD<br>LUCKEY, OH 43443 | | Claim Number: 5517<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $14,318.25 | Scheduled: | $14,318.25 | |
| OHIO FOAM CORPORATION<br>PO BOX 208<br>BUCYRUS, OH 44820 | | Claim Number: 7529<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,315.00 | Scheduled: | $1,315.00 | |
| OHIO TRANSMISSION & PUMP CO<br>PO BOX 73278<br>CLEVELAND, OH 44193 | | Claim Number: 7871<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,203.94 | Scheduled: | $2,203.94 | |

| OHMART/ VEGA CORPORATION<br>4241 ALLENDORF DR<br>CINCINNATI, OH 45209 | | Claim Number: 3664<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,178.85 | Scheduled: | $19,873.85 | Allowed: | $12,178.85 |
| OHMART/ VEGA CORPORATION<br>4241 ALLENDORF DR<br>CINCINNATI, OH 45209 | | Claim Number: 3665<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,437.12 | | | | |
| OK INDUSTRIAL SUPPLY<br>605 ELM STREET<br>ISHPEMING, MI 49849 | | Claim Number: 4621<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $3,007.43 | | |
| OKI PADGETT SYSTEMS<br>2 SIMONS LANE<br>FAIRFIELD, OH 45014 | | Claim Number: 5154<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,029.00 | Scheduled: | $4,029.00 | | |
| OKLAHOMA INTEPAK ENTERPRISE INC<br>PO BOX 1777<br>MUSKOGEE, OK 74402-1777 | | Claim Number: 4946<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $10,063.11 | | |

OKLAHOMA INTEPAK ENTERPRISE INC
PO BOX 1777
MUSKOGEE, OK 74402-1777

Claim Number: 4949
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,416.13 | | Allowed: | $12,416.13 |

OKLAHOMA INTERPAK INC
PO BOX 1777
MUSKOGEE, OK 74401

Claim Number: 4945
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $2,841.42 |

OKLAHOMA INTERPAK INC
PO BOX 1777
MUSKOGEE, OK 74401

Claim Number: 13688
Claim Date: 12/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,416.13 |

OKLAHOMA NATURAL GAS COMPANY
A DIVISION OF ONEOK, INC
PO BOX 871
TULSA, OK 74105-0871

Claim Number: 12154
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,002.94 | Scheduled: | $1,681.59 |

OKLAHOMA TAX COMMISSION
BANKRUPTCY SECTION
GENERAL COUNSEL'S OFFICE
120 N. ROBINSON, SUITE 2000
OKLAHOMA CITY, OK 73102-7471

Claim Number: 1555
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 2880 (11/23/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $15,328.47 |
| UNSECURED | Claimed: | $307.91 |

---

| | | | | | |
|---|---|---|---|---|---|
| OLD DOMINION INSULATION<br>12764 OAK LAKE COURT<br>MIDLOTHIAN, VA 23112 | | Claim Number: 5377<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | |
| SECURED | Claimed: | $46,028.75 | | | |
| UNSECURED | | | Scheduled: | $35,380.20 | |

| | | | | | |
|---|---|---|---|---|---|
| OLD LADDER LITIGATION CO., LLC, AS THE<br>1204 N KING ST<br>WILMINGTON, DE 19801-3218 | | Claim Number: 14132<br>Claim Date: 08/26/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $10,281.57   UNLIQ CONT | | Allowed: | $10,281.57 |

| | | | | | |
|---|---|---|---|---|---|
| OLIN CORP - CHLOR ALKALI<br>C/O HUSCH BLACKWELL SANDERS LLP<br>736 GEORGIA AVENUE, SUITE 300<br>CHATTANOOGA, TN 37402 | | Claim Number: 7942-01<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | | |
| UNSECURED | Claimed: | $245,735.25 | | Allowed: | $245,735.25 |

| | | | | | |
|---|---|---|---|---|---|
| OLIN CORP - CHLOR ALKALI<br>C/O HUSCH BLACKWELL SANDERS LLP<br>736 GEORGIA AVENUE, SUITE 300<br>CHATTANOOGA, TN 37402 | | Claim Number: 7942-02<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) | | | |
| UNSECURED | Claimed: | $19,060.18 | Scheduled: | $266,057.47 | |

| | | | | | |
|---|---|---|---|---|---|
| OLSEN, ROBERT C<br>4770 N. STONE ROAD<br>BETHEL ISLAND, CA 94511-1960 | | Claim Number: 4149<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | | |

---

OLSSON ROOFING CO, INC
740 S. LAKE STREET
AURORA, IL 60507

Claim Number: 8692
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $731.00 | Scheduled: | $731.00 | | |
|---|---|---|---|---|---|---|

OLYMPIC WIRE & EQUIPMENT CO INC
1300 N. BRISTOL STREET STE.#214
PO BOX 3227
NEWPORT BEACH, CA 92659

Claim Number: 6669
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $28,374.24 | Scheduled: | $25,484.16 | Allowed: | $28,374.24 |
|---|---|---|---|---|---|---|

OMAR PARMENTER TIRES & SERVICE INC
772 ELK STREET
BUFFALO, NY 14210

Claim Number: 8261-02
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,917.25 | Scheduled: | $4,048.16 | | |
|---|---|---|---|---|---|---|

ON DEMAND TECHNOLOGY
9291 COPY
OVERLAND PARK, KS 66214

Claim Number: 6522
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $814.94 | Scheduled: | $725.00 | | |
|---|---|---|---|---|---|---|

ONE SON LOGGING
205 CENTRAL AVE
MARTIN CITY, MT 59926-9010

Claim Number: 4069
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $801.00 | Scheduled: | $801.00 | | |
|---|---|---|---|---|---|---|

---

ONEAL STEEL INC
PO BOX 2623
BIRMINGHAM, AL 35202

Claim Number: 7531
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $29,765.06 | Scheduled: | $30,146.88 | Allowed: | $29,765.06 |
|---|---|---|---|---|---|---|

ONESOURCE STAFFING SOLUTIONS
1124 HIGHWAY 315
WILKES BARRE, PA 18702

Claim Number: 5831
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $91.75 | Scheduled: | $91.75 | | |
|---|---|---|---|---|---|---|

ONEY MACHINE CO
PO BOX 193
PLYMOUTH, OH 44865-0193

Claim Number: 7338
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $60,525.69 | Scheduled: | $60,852.52 | | |
|---|---|---|---|---|---|---|

ONTARIO REFRIGERATION INC
635 S MOUNTAIN AVENUE
ONTARIO, CA 91762

Claim Number: 6626
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $438.00 | Scheduled: | $438.00 | | |
|---|---|---|---|---|---|---|

ONTONAGON CTY
725 GREENLAND ROAD
ONTONAGON, MI 49953

Claim Number: 13739
Claim Date: 01/11/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| PRIORITY | Claimed: | $42,603.21 | | | | |
|---|---|---|---|---|---|---|

---

ONTONAGON CTY
725 GREENLAND ROAD
ONTONAGON, MI 49953

Claim Number: 13740
Claim Date: 01/11/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| PRIORITY | Claimed: | $508.30 | | |
|---|---|---|---|---|

---

ONTONAGON HERALD
326 RIVER STREET
ONTONAGON, MI 49953

Claim Number: 6308
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $805.00 | Scheduled: | $805.00 |
|---|---|---|---|---|

---

ONTONAGON WORK PROGRAM
SERAFINI,SUSAN
COPPER COUNTY MENTAL HEALTH
901 W MEMORIAL DRIVE
HOUGHTON, MI 49931

Claim Number: 2324
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,518.69 | Scheduled: | $4,518.69 |
|---|---|---|---|---|

---

OPAC PACKAGING CORPORATION
4004 WHITFORD COURT
BROWNS SUMMIT, NC 27214

Claim Number: 11464
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2205 (10/09/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $2,883.52 | | | Allowed: | $2,883.52 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2,883.52 | | |

---

OPEN TEXT INC.
C/O OPEN TEXT CORPORATION
275 FRANK TOMPA DRIVE
WATERLOO, ON N2L 0A1
CANADA

Claim Number: 2129
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7651 (05/18/2010)

| UNSECURED | Claimed: | $420,010.91 | Scheduled: | $374,146.51 |
|---|---|---|---|---|

---

| | | | | | | |
|---|---|---|---|---|---|---|
| OPERATING INDUSTRIES STEERING COMMITTEE<br>C/O ALLAN ICKOWITZ, ESQ<br>NISSAMAN LLP<br>445 S FIGUEROA STREET, 31ST FLOOR<br>LOS ANGELES, CA 90071 | | Claim Number: 10007<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8880 (01/06/2011) | | | | |
| UNSECURED | Claimed: | $3,634.00   UNLIQ | Scheduled: | $3,634.00 | Allowed: | $800,000.00 |
| OPPORTUNITY DEVELOPMENT CENTERS INC<br>1191 HUNTINGTON AVE<br>WISCONSIN RAPIDS, WI 54494 | | Claim Number: 5859<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $15,879.53 | Scheduled: | $7,323.86 | | |
| ORACLE USA, INC., ET., AL<br>C/O SHAW CHRISTIANSON, ESQ.<br>BUCHALTER NEMER P.C.<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105 | | Claim Number: 10769<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8119 (06/22/2010) | | | | |
| UNSECURED | Claimed: | $4,009.66 | Scheduled: | $4,009.66 | Allowed: | $4,009.66 |
| ORAMAC INC<br>8100 NE ST JOHNS RD<br>P.O.BOX 5398<br>VANCOUVER, WA 98668 | | Claim Number: 5782<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,125.00 | Scheduled: | $4,125.00 | | |
| ORANGE COURIER<br>3731 W WARNER AVE<br>SANTA ANA, CA 92704 | | Claim Number: 4805<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $9,439.81 | Scheduled: | $5,669.63 | | |

ORBIS CORPORATION
1055 CORPORATE CENTER DRIVE
OCONOMOWOC, WI 53066

Claim Number: 7662
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $21,279.94 | Scheduled: | $20,531.70 | Allowed: | $21,279.94 |

ORCON INDUSTRIES CORP
8715 LAKE ROAD
LEROY, NY 14482

Claim Number: 5012
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,201.50 | Scheduled: | $1,201.50 | | |

OREGON CITY GARBAGE CO INC
PO BOX 1840
OREGON CITY, OR 97045

Claim Number: 3708
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $520.50 | Scheduled: | $200.00 | | |

OREGON DEPARTMENT OF FISH AND WILDLIFE
3406 CHERRY AVE NE
SALEM, OR 97303

Claim Number: 5353
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8789 (11/23/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $113,323.99 | | | Allowed: | $2,500.00 |

OREGON INDUSTRIAL REPAIR INC.
PO BOX 1053
SALEM, OR 97308-1053

Claim Number: 5551
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $1,500.00 | | |

OREGON LITHO PRINT INC
PO BOX 299
MCMINNVILLE, OR 97128

Claim Number: 11848
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,148.96 | Scheduled: | $4,672.96 | | |

OREGONIAN PUBLISHING COMPANY, LLC
D.W. PALMER, CONTROLLER
1500 SW 1ST AVENUE, STE 240
PORTLAND, OR 97201

Claim Number: 12140
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $135,379.96 | Scheduled: | $132,786.13 | Allowed: | $135,379.96 |

ORKIN INC
11147 AIRPARK DRIVE SUITE 3
ASHLAND, VA 23005

Claim Number: 11105
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,904.64 | Scheduled: | $50,446.56 | | |

ORLANDO HOSE & FLUID POWER
5627 COMMERCE DRIVE
ORLANDO, FL 32839

Claim Number: 3687
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1866 (09/04/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,681.96 | | | Allowed: | $4,681.96 |
| UNSECURED | | | Scheduled: | $4,859.15 | | |

ORLANDO WASTE PAPER CO INC
2715 STATEN ROAD
ORLANDO, FL 32804

Claim Number: 2434
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7651 (05/18/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9,189.76 | Scheduled: | $9,386.38 | | |

| | | | | | |
|---|---|---|---|---|---|
| OSBORNE JR, MANUEL<br>2765 HWY 155<br>QUITMAN, LA 71268 | | Claim Number: 10238<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | |
| OSBORNE, MOSES C<br>140 SUGAR CREEK ROAD<br>QUITMAN, LA 71268 | | Claim Number: 10239<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | |
| OSBORNE, SANFORD LEE<br>134 OSBORNE ROAD<br>QUITMAN, LA 71268 | | Claim Number: 10240<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | |
| OSLER LOGGING INC<br>2790 NELSON ROAD<br>BOZEMAN, MT 59718 | | Claim Number: 234<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED | Claimed: | $74,762.72 | Scheduled: | $74,762.72  UNLIQ | |
| OSLSOFT INC<br>ATTN: LYNDA HIMES<br>777 DAVIS STREET, STE 250<br>SAN LEANDRO, CA 94577-6950 | | Claim Number: 65<br>Claim Date: 02/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $54,512.86 | Scheduled: | $395,416.65 | |

---

OTIS ELEVATOR COMPANY, ET AL.
ATTN: TREASURY SERVICES-J. PARENT 3RD FL
1 FARM SPRINGS
FARMINGTON, CT 06032

Claim Number: 909
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $921.60 | Scheduled: | $809.83 |
|---|---|---|---|---|

OTT'S FRICTION SUPPLY, INC.
201 N. COLUMBIA BLVD.
PORTLAND, OR 97217

Claim Number: 2886
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $859.52 | Scheduled: | $789.05 |
|---|---|---|---|---|

OTT, ELLEN RENEA
564 NINE PINE ROAD
JONESBORO, LA 71251

Claim Number: 10241
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|

OTTE CONTROLS INC
PO BOX 35711
RICHMOND, VA 23235-0711

Claim Number: 7946-01
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,859.46 | Scheduled: | $2,069.98 |
|---|---|---|---|---|

OTTE CONTROLS INC
PO BOX 35711
RICHMOND, VA 23235-0711

Claim Number: 7946-02
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1911 (09/11/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $219.00 | Allowed: | $219.00 |
|---|---|---|---|---|

OUTSOURCE INVESTIGATIONS INC
PO BOX 1268
CASTLE ROCK, CO 80104-1268

Claim Number: 4514
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,852.08 | Scheduled: | $2,852.08 | | |
|---|---|---|---|---|---|---|

OVERHEAD DOOR CO OF CENTRAL VA
PO BOX 6310
ASHLAND, VA 23005-6310

Claim Number: 3650
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,203.78 | Scheduled: | $9,134.00 | | |
|---|---|---|---|---|---|---|

OVERHEAD DOOR CO OF JACKSONVILLE INC
6884 PHILIPS PARKWAY DR N
JACKSONVILLE, FL 32256-1575

Claim Number: 13848
Claim Date: 02/22/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,949.00 | Scheduled: | $3,299.00 | Allowed: | $13,949.00 |
|---|---|---|---|---|---|---|

OVERHEAD DOOR CO OF SPRINGFIELD
707 NORTH GRANT ST
SPRINGFIELD, MO 65802

Claim Number: 12305
Claim Date: 09/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $413.21 | Scheduled: | $413.21 | | |
|---|---|---|---|---|---|---|

OVERHEAD DOOR CO. OF KC, A DIVISION OF
DH PACE CO.
ATTN: CAROL TURPIN
PO BOX 12517
N KANSAS CITY, MO 64116

Claim Number: 13179-02
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $743.75 | | | | |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| OVERHEAD DOOR COMPANY (03)<br>PO BOX 12517<br>N KANSAS CITY, MO 64116 | | Claim Number: 13180<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | | | |
| UNSECURED | Claimed: | $1,237.58 | | | | | |
| OVERHEAD DOOR COMPANY OF COLUMBIA, INC.<br>313 RABON ROAD<br>COLUMBIA, SC 29223 | | Claim Number: 1063<br>Claim Date: 03/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $4,983.40 | Scheduled: | $4,983.40 | | | |
| OWENS & MANNING<br>PO BOX 787<br>COSHOCTON, OH 43812 | | Claim Number: 4080<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $189.00 | Scheduled: | $189.00 | | | |
| OZARK MOTOR LINES, INC<br>PO BOX 181077<br>MEMPHIS, TN 38181-1077 | | Claim Number: 9536<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $41,222.49 | Scheduled: | $55,398.48 | Allowed: | $41,222.49 | |
| OZARK PACKAGING INC<br>PO BOX 10<br>NIXA, MO 65714 | | Claim Number: 5115<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,747.04 | Scheduled: | $3,698.80 | | | |

| | | | | | |
|---|---|---|---|---|---|
| OZBURN ELECTRICAL CONTRACTORS, INC.<br>8316 HAZELBRAND RD., NE<br>COVINGTON, GA 30014 | | Claim Number: 3504<br>Claim Date: 06/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $1,686.93 | | | |
| OZBURN-HESSEY LOGISTICS<br>187 KOHLMAN ROAD<br>FOND DU LAC, WI 54935 | | Claim Number: 9669<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $11,159.01 | Scheduled: | $8,537.18 | |
| P AND M SERVICES<br>DBA COFFEE COUNTY RECYCLING<br>4478 OLD MANCHESTER HWY<br>TULLAHOMA, TN 37388 | | Claim Number: 10631<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) | | | |
| UNSECURED | Claimed: | $11,683.85 | Scheduled: | $9,795.00 | |
| P AND M SERVICES<br>DBA COFFEE COUNTY RECYCLING<br>4478 OLD MANCHESTER HWY<br>TULLAHOMA, TN 37388 | | Claim Number: 13684<br>Claim Date: 12/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $11,683.85 | | | |
| P&C WOODWORKS, INC<br>900 N EAST AVENUE<br>PANAMA CITY, FL 32401 | | Claim Number: 2907<br>Claim Date: 05/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $21,821.57 | Scheduled: | $34,557.43 | |

P&G MACHINE & SUPPLY CO INC
PO BOX 7176
MOBILE, AL 36607

Claim Number: 5106
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,354.20 | Scheduled: | $14,354.20 |

P&R TRUCKING INC
740 JULIE ANN WAY
OAKLAND, CA 94621

Claim Number: 9634
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,029.87 | Scheduled: | $8,440.00 |

P&R TRUCKING INC
740 JULIE ANN WAY
OAKLAND, CA 94621

Claim Number: 9653
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,029.87 | |

P&S FABRICATORS INC
PO BOX 749
FRENCHTOWN, MT 59834

Claim Number: 5862
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $18,540.00 | | |
| UNSECURED | Claimed: | $1,381.00 | Scheduled: | $212,211.00 |

PACEMAKER STEEL & PIPING CORP
501 MAIN STREET
UTICA, NY 13501

Claim Number: 3670
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $273.64 | Scheduled: | $273.64 |

| | | | | |
|---|---|---|---|---|
| PACIFIC CONCRETE<br>12957 GARVEY AVENUE<br>BALDWIN PARK, CA 91706 | | Claim Number: 7430<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | |
| UNSECURED | Claimed: | $97,290.00 | Scheduled: | $97,290.00 |
| PACIFIC RIM CAPITAL, INC.<br>THOMAS V. ASKOUNIS & DARCY, PC<br>401 NORTH MICHIGAN AVENUE SUITE 550<br>CHICAGO, IL 60611 | | Claim Number: 11874<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $47,123.46 | Scheduled: | $74,511.68 |
| PACIFIC SANITATION, INC.<br>PO BOX 17669<br>SALEM, OR 97305 | | Claim Number: 6324<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,041.63 | Scheduled: | $1,969.00 |
| PACIFIC STEEL & RECYCLING<br>PO BOX 1549<br>GREAT FALLS, MT 59403 | | Claim Number: 3302<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $10,592.09 | Scheduled: | $17,006.41 |
| PACIFIC/HOE SAW & KNIFE CO.<br>PO BOX 82155<br>PORTLAND, OR 97282-0155 | | Claim Number: 4345<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,105.87 | Scheduled: | $6,105.87 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

PACKAGE DESIGN & SUPPLY
1014 NORTHHAMPTON STREET
BUFFALO, NY 14211

Claim Number: 5464
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,064.00 | Scheduled: | $8,064.00 |
|---|---|---|---|---|

PACKAGING ATLANTA CORPORATION
291 NORTH INDUSTRIAL WAY
CANTON, GA 30115

Claim Number: 2314
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,000.00 | Scheduled: | $385.00 |
|---|---|---|---|---|

PACKAGING CONSULTANTS INTERNATIONAL
1101 STATE FAIR BLVD
SYRACUSE, NY 13209-1009

Claim Number: 2827
Claim Date: 05/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,055.38 | Scheduled: | $100.00 |
|---|---|---|---|---|

PACKAGING INC
125 SOUTH 8TH STREET
MILLVILLE, NJ 08332

Claim Number: 4067
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,914.50 | Scheduled: | $9,144.50 |
|---|---|---|---|---|

PACKAGING INNOVATIONS COMPANY INC
PO BOX 1047
WESTERVILLE, OH 43086-7047

Claim Number: 9615
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,885.51 | Scheduled: | $9,885.51 |
|---|---|---|---|---|

PACKAGING RESOURCES
12555 SW TUALATIN SHERWOOD RD
TUALATIN, OR 97062-8051

Claim Number: 3466
Claim Date: 06/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,399.93 | Scheduled: | $2,399.93 | | |

PACKAGING SOLUTIONS INC
PO BOX 464
CONWAY, AR 72033

Claim Number: 1347
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,405.50 | Scheduled: | $7,178.70 | | |

PACKAGING TAPE INCORPORATED
PO BOX 569
WAUSAU, WI 54402-0569

Claim Number: 2680
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,061.79 | Scheduled: | $11,061.79 | Allowed: | $11,061.79 |

PACKER III, EDWIN L
372 CORNING AVE
MILPITAS, CA 95035

Claim Number: 5554
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,528.00 | Scheduled: | $10,528.00 | Allowed: | $10,528.00 |

PACKSTAR GROUP INC
215 JOHN GLENN DRIVE
AMHERST, NY 14228

Claim Number: 11428
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $53,266.47 | Scheduled: | $71,241.39 | Allowed: | $53,266.47 |

PADGETT SWANN MACHINERY
5128 36TH AVE S.
TAMPA, FL 33619

Claim Number: 159
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,863.75 | Scheduled: | $1,863.75 |
|---|---|---|---|---|

PAETEC
ATTN. SHANNON SULLIVAN
P.O. BOX 3177
CEDAR RAPIDS, IA 52406-3177

Claim Number: 1836
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,818.18 | Scheduled: | $4,302.92 |
|---|---|---|---|---|

PALLET BROKERS
PO BOX 6146
DES MOINES, IA 50309

Claim Number: 4717
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,300.00 | Scheduled: | $3,300.00 |
|---|---|---|---|---|

PALLET COMPANY INC, THE
2301 7TH AVE N
PO BOX 1481
FARGO, ND 58102

Claim Number: 5344-01
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $5,847.25 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $15,367.25 |

PALLET COMPANY INC, THE
2301 7TH AVE N
PO BOX 1481
FARGO, ND 58102

Claim Number: 5344-02
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,920.00 | | Allowed: | $11,920.00 |
|---|---|---|---|---|---|

PALLET DIRECT INC.
PO BOX 255
PAW PAW, MI 49079

Claim Number: 7572
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $17,705.60 | | $17,705.60 | | $17,705.60 |

PALLET DOCTOR
PO BOX 976
CORNELIUS, OR 97113

Claim Number: 4873-01
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $20,507.50 | | $28,162.50 | | $20,507.50 |

PALLET DOCTOR
PO BOX 976
CORNELIUS, OR 97113

Claim Number: 4873-02
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1354 (08/03/2009)
THIS CLAIM IS PAID

| | Claimed: | | | | Allowed: | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | | $5,725.00 | | | | $5,725.00 |

PALM COAST DATA, LLC
11 COMMERCE BLVD
PALM COAST, FL 32164

Claim Number: 7061
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $2,961.28 | | $2,961.28  UNLIQ |

PALMER, RONALD
P.O. BOX 812
LYONS, GA 30436

Claim Number: 10432
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8559 (09/17/2010)
THE DISTRIBUTION FOR THIS CLAIM WILL BE A COMBINATION OF CASH, SHARES

| | Claimed: | | | Allowed: | |
|---|---|---|---|---|---|
| PRIORITY | | $5,000.00 | | | |
| SECURED | Claimed: | $156,028.43 | | | |
| UNSECURED | | | | | $50,000.00 |

---

PALMETTO COUNTING SYSTEMS
1416 DREXELL DRIVE
CHARLESTON, SC 29407

Claim Number: 2256
Claim Date: 04/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $450.00 | Scheduled: | $450.00 | |

PALMETTO GLASS INCORPORATED
PO BOX 4010
FLORENCE, SC 29502-4010

Claim Number: 7161
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,929.81 | Scheduled: | $2,053.53 | |

PALMETTO MACHINE & FABRICATION INC
PO BOX 4597
FLORENCE, SC 29502

Claim Number: 7827
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $36,442.00 | Scheduled: | $36,442.00 | |

PALMETTO MACHINE AND
2120 NATIONAL AVENUE
FLORENCE, SC 29501

Claim Number: 7826
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $690.00 | Scheduled: | $690.00 | |

PALMETTO PACKAGING
PO BOX 4740
FLORENCE, SC 29502

Claim Number: 4962
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,970.00 | Scheduled: | $2,840.00 | |

| PANAMA CITY UTILITIES DEPARTMENT<br>PO BOX 2487<br>PANAMA CITY, FL 32402 | | Claim Number: 5015<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $785.38 | Scheduled: | $788.30 | | |
| PANEL PRINTS INC<br>1001 MOOSIC ROAD<br>OLD FORGE, PA 18518 | | Claim Number: 13986<br>Claim Date: 04/14/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8417 (08/19/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $188,479.17 | | | Allowed: | $188,479.17 |
| UNSECURED | Claimed: | $21,164.95 | | | Allowed: | $21,164.95 |
| PANEL PRINTS INC.<br>1001 MOOSIC ROAD<br>OLD FORGE, PA 18518 | | Claim Number: 2924<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | | |
| UNSECURED | Claimed: | $214,282.17 | Scheduled: | $241,222.00 | | |
| PANERA, LLC<br>3630 SOUTH GEYER ROAD, SUITE 100<br>SUNSET HILLS, MO 63127 | | Claim Number: 833<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,047.75 | | | | |
| PANGALLO, JOSEPH<br>C/O KATHERINE DAUGHTREY<br>FREKING & BETZ<br>525 VINE STREET, SIXTH FLOOR<br>CINCINNATI, OH 45202 | | Claim Number: 3276<br>Claim Date: 05/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $35,000.00 | | | | |

---

PANHANDLE FORESTRY SERVICES, INC.
P.O. BOX 935
CHIPLEY, FL 32428

Claim Number: 7844
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,006.62 | Scheduled: | $20,013.25 UNLIQ |
|---|---|---|---|---|

PAPE MACHINERY, INC
ATTN: ROBERT RIECKE
355 GOODPASTURE ISLAND ROAD
EUGENE, OR 97401

Claim Number: 9660
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $54,491.88 | Scheduled: | $55,328.43 |
|---|---|---|---|---|

PAPE MATERIAL HANDLING, INC
ATTN: ROBERT RIECKE
355 GOODPASURE ISLAND ROAD
EUGENE, OR 97401

Claim Number: 9659
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8669 (10/18/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $16,114.36 | Scheduled: | $18,078.32 |
|---|---|---|---|---|

PAPER PROCESSORS INC
2587 MERCANTILE DRIVE
RANCHO CORDOVA, CA 95742-6215

Claim Number: 6477
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,645.00 | Scheduled: | $2,645.00 |
|---|---|---|---|---|

PAPER RECOVERY OF GEORGIA, INC.
615 NORTHWEST AVE,
NORTHLAKE, IL 60164

Claim Number: 7910
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,649.83 | Scheduled: | $13,528.30 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| PAPER RECOVERY OF GEORGIA, INC.<br>615 NORTHWEST AVE,<br>NORTHLAKE, IL 60164 | | Claim Number: 7911<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $11,739.37 | | | Allowed: | $11,739.37 |
| PAPRIMA INDUSTRIES<br>75 GUTHERIE<br>DORVAL, QC H9P 2P1<br>CANADA | | Claim Number: 6116<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $10,928.65 | Scheduled: | $2,416.67 | | |
| PAR-A-GRAPHICS, INC.- ASSIGNOR<br>C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE<br>& ATTORNEY-IN-FACT<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 9180<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $621.00 | Scheduled: | $985.00 | | |
| PARA PLATE<br>PO BOX 4810<br>CERRITOS, CA 90703-4810 | | Claim Number: 5500<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $890.08 | Scheduled: | $711.21 | | |
| PARADIS INC<br>PO BOX 97<br>BROOKS, MN 56715 | | Claim Number: 4885<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $650.00 | Scheduled: | $650.00 | | |

---

PARADISE VALLEY LANDSCAPING INC
2300 CENTRAL AVE SUITE D
DUARTE, CA 91010

Claim Number: 7104
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $392.00 | Scheduled: | $344.00 |
|---|---|---|---|---|

---

PARAGON ATLANTIC INC
2919 INTERSTATE STREET
CHARLOTTE, NC 28208

Claim Number: 7094
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $472.13 |
|---|---|---|

---

PARAGON LABELING SYSTEMS
C/O 9420 MALTBY ROAD
BRIGHTON, MI 48116

Claim Number: 1762
Claim Date: 03/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,186.13 | Scheduled: | $7,386.95 |
|---|---|---|---|---|

---

PARAGON TECHNOLOGIES INC
5775 TEN MILE ROAD
WARREN, MI 48091

Claim Number: 7093
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,077.48 | Scheduled: | $1,918.61 |
|---|---|---|---|---|

---

PARAVATI, KARL, GREEN & DEBELLA
VINCENT M. DEBELLA ESQ.
COUNSEL, NYS TEAM CONFERENCE PENSION &
RETIREMENT FUND  -  12 STEUBEN PARK
UTICA, NY 13501

Claim Number: 7770
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9146 (11/14/2011)

| UNSECURED | Claimed: | $335,109.64 | | | Allowed: | $90,577.52 |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PARDUE BUILDERS (PARDUE & QUARLES)<br>PARDUE BUILDERS SUPPLY<br>705 HUDSON AVE<br>JONESBORO, LA 71251 | | Claim Number: 3536<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $3,665.74 | Scheduled: | $3,678.72 | | | |
| PARDUE, DEWEY R<br>224 PARDUE DRIVE<br>JONESBORO, LA 71251 | | Claim Number: 10242<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |
| PARDUE, MICHAEL JERONE<br>900 JOHN WATTS ROAD<br>JONESBORO, LA 71251 | | Claim Number: 10243<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |
| PARENT PETROLEUM INC<br>37 W 370 RT. 38<br>ST. CHARLES, IL 60175 | | Claim Number: 4896<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $10,369.07 | Scheduled: | $10,369.07 | Allowed: | $10,369.07 | |
| PARKER CONSTRUCTION INC<br>PO BOX 10477<br>PANAMA CITY, FL 32404 | | Claim Number: 7145<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $82,292.53 | Scheduled: | $83,219.74 | | | |

PARKER HANNIFIN CORPORATION
CORPORATE CREDIT DEPARTMENT
6035 PARKLAND BLVD.
CLEVELAND, OH 44124

Claim Number: 3099
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $235.92 | Scheduled: | $235.92 |

PARKER, THOMAS
C/O JAMES E. SORENSON, ESQ.
WILLIAMS, GAUTIER, GWYNN, DELOACH, &
SORENSON P.A. PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10694
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $137,438.88 |

PARKSON CORP
PO BOX 863098
ORLANDO, FL 32886-3098

Claim Number: 4097
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,969.70 | Scheduled: | $2,775.42 |

PARMAN LUBRICANTS DBA PARMAN ENERGY CORP
7101 COCKRILL BEND BLVD.
NASHVILLE, TN 37209

Claim Number: 5645
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $583.47 | Scheduled: | $1,638.59 |

PARSONS ELECTRIC LLC
PO BOX 1450
MINNEAPOLIS, MN 55485-9562

Claim Number: 8158
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $122,740.20 | | |
| UNSECURED | | | Scheduled: | $122,740.20 |

| | | | | |
|---|---|---|---|---|
| PARTIN OIL CO., INC.<br>PO BOX 690<br>HOPEWELL, VA 23860 | | Claim Number: 13588-01<br>Claim Date: 11/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $42,261.62 | Scheduled: | $41,540.80 |
| PASCHALL SERVICES INC<br>PO BOX 1889<br>MURRAY, KY 42071 | | Claim Number: 6775<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $37,548.35 | Scheduled: | $76,546.76 |
| PAT HOOSLINE LANDSCAPING<br>2353 225TH AVE NE<br>EAST BETHEL, MN 55005 | | Claim Number: 10567<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,360.00 | | |
| PATE, AYLON THOMAS<br>PO BOX 391<br>JONESBORO, LA 71251 | | Claim Number: 10244<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| PATHFINDERS TRANSPORTATION INC<br>ATTN: GAIL STONE<br>PO BOX 780<br>JOHNSONVILLE, SC 29555 | | Claim Number: 3077<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $195,265.47 | Scheduled: | $195,265.47 | Allowed: | $195,265.47 |

---

PATRICK LUMBER COMPANY INC
615 E WILLOW ST
SCOTTSBORO, AL 35768-2003

Claim Number: 5388
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $22,717.80 | Scheduled: | $21,935.80 | Allowed: | $22,717.80 |

PATRIOT DISPOSAL CO
2208 PLAINFIELD PIKE
JOHNSTON, RI 02919

Claim Number: 7806
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $424.00 | |

PATRIOT INTERMODAL TRANSPORT
7500 NW 82ND PLACE
MIAMI, FL 33166

Claim Number: 7316
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $33,140.58 |
| UNSECURED | Claimed: | $129,270.43 |

PATRIOT INTERMODAL TRANSPORT
7500 NORTHWEST 82ND PLACE
MIAMI, FL 33166

Claim Number: 10005
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $162,411.01 | Scheduled: | $158,267.00 | Allowed: | $162,411.01 |

PATTERSON TIMBER HARVESTING INC
1028 OLD SHORE DRIVE
BLACKSTONE, VA 23824

Claim Number: 14082
Claim Date: 08/06/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8662 (10/18/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $35,405.11 | Scheduled: | $70,810.22  UNLIQ |

| | | | | | |
|---|---|---|---|---|---|
| PATTERSON, JOHN L<br>180 BROOKS COOP<br>CASTOR, LA 71016 | | Claim Number: 10245<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| PAUL TRANSPORTATION, INC.<br>C/O MIKE BARNTHOUSE<br>P.O. BOX 5006<br>ENID, OK 73702 | | Claim Number: 3513<br>Claim Date: 06/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $310,412.50 | Scheduled: | $190,788.24 | |
| PAULDING TIMBER PRODUCTS INC<br>P.O. BOX 679<br>DALLAS, GA 30132 | | Claim Number: 1979<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $25,718.75 | | | |
| PAXTON COMPANY INC<br>PO BOX 12103<br>NORFOLK, VA 23541-0103 | | Claim Number: 3803-01<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $31.56 | Scheduled: | $557.31 | |
| PAXTON COMPANY INC<br>PO BOX 12103<br>NORFOLK, VA 23541-0103 | | Claim Number: 3803-02<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4161 (01/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $542.47 | | Allowed: | $542.47 |

---

PAYNE & MORRISON FLORISTS INC
7146 N 35TH AVE
PHOENIX, AZ 85051

Claim Number: 5527
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $243.45 | Scheduled: | $243.45 | | |
|---|---|---|---|---|---|---|

PAYNE, INC.
1101 INTERNATIONAL PARKWAY
SUITE 103
FREDERICKSBURG, VA 22406

Claim Number: 2217
Claim Date: 04/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $123,786.74 | | | Allowed: | $123,786.74 |
|---|---|---|---|---|---|---|

PBBS EQUIPMENT
N59 W16500 GREENWAY CIRCLE
MENOMONEE FALLS, WI 53051

Claim Number: 6242
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $22,948.02 | Scheduled: | $24,368.40 | | |
|---|---|---|---|---|---|---|

PBBS EQUIPMENT
N59 W16500 GREENWAY CIRCLE
MENOMONEE FALLS, WI 53051

Claim Number: 6246
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $22,449.59 | | | | |
|---|---|---|---|---|---|---|

PBBS EQUIPMENT CORP
3329 MIKE COLLINS DR
EAGAN, MN 55121

Claim Number: 6243
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,942.34 | | | | |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| PBBS EQUIPMENT CORP<br>N59W16500 GREENWAY CIR<br>MENOMONEE FALLS, WI 53051-5664 | | Claim Number: 6245<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,052.07 | Scheduled: | $39,151.46 | |
| PBBS EQUIPMENT CORP (GERMANTOWN)<br>N59W16500 GREENWAY CIR<br>MENOMONEE FLS, WI 53051-5664 | | Claim Number: 6244<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,407.17 | | | |
| PBBS EQUIPMENT CORP. (ADAMS)<br>N59W16500 GREENWAY CIR<br>MENOMONEE FLS, WI 53051-5664 | | Claim Number: 6247<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $4,087.72 | | | |
| PBS LUMBER MFG LLC<br>PO BOX 1377<br>WINNFIELD, LA 71483 | | Claim Number: 7473-01<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $24,968.32 | Scheduled: | $49,935.44  UNLIQ | |
| PBS LUMBER MFG LLC<br>PO BOX 1377<br>WINNFIELD, LA 71483 | | Claim Number: 7473-02<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | |
| UNSECURED | Claimed: | $24,967.12 | | | |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PCB PIEZOTRONICS INC<br>3425 WALDEN AVENUE<br>DEPEW, NY 14043 | | Claim Number: 5824<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $8,871.12 | Scheduled: | $8,871.12 | | | |
| PCO DIV II, INC.<br>5517 EAST RD<br>BAYTOWN, TX 77521 | | Claim Number: 567-01<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,881.88 | | | | | |
| PCS PHOSPHATE COMPANY, INC.<br>WARD TRANSFORMER REMOVAL ACTION PARTIES<br>DANIEL DARRAGH, ESQ. - COHEN & GRIGSBY<br>625 LIBERTY AVENUE<br>PITTSBURGH, PA 15222-3152 | | Claim Number: 13586<br>Claim Date: 11/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8880 (01/06/2011) | | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $0.00  UNLIQ DISP | Allowed: | | $10,000.00 |
| PDC LABORATORIES, INC.<br>ATTN: KIM DIEGEL<br>PO BOX 9071<br>PEORIA, IL 61612-9071 | | Claim Number: 1591<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $19,609.58 | Scheduled: | $14,787.70 | Allowed: | | $19,609.58 |
| PDSS<br>1208 W TARBORO STREET<br>WILSON, NC 27893 | | Claim Number: 5919<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,566.21 | Scheduled: | $1,140.00 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PEARCEWELLWOOD INC.<br>ATTN: KIM SCOTT<br>240 SUMMMERLEA ROAD<br>BRAMPTON, ON L6T 4E6<br>CANADA | | Claim Number: 13167<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8843 (12/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $8,930.25 | Scheduled: | $37,010.00 | | |
| PEARSON ABATEMENT INC<br>2715 DANFORTH RD<br>ESCANABA, MI 49829 | | Claim Number: 12228<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $16,751.99 | Scheduled: | $16,751.99 | | |
| PEARSON INDUSTRIES INC<br>PO BOX 681360<br>PRATTVILLE, AL 36068-1360 | | Claim Number: 5585<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $11,622.03 | Scheduled: | $11,622.03 | | |
| PECO ENERGY COMPANY<br>ATTN: MICHAEL P. MURPHY, S222-1<br>2301 MARKET STREET<br>PHILADELPHIA, PA 19103 | | Claim Number: 1179<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $91,042.60 | Scheduled: | $91,042.61 | Allowed: | $91,042.60 |
| PECO PALLET INC<br>29 WELLS AVE, 4TH FLOOR<br>YONKERS, NY 10701 | | Claim Number: 6682<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $60,295.32 | Scheduled: | $59,985.72 | | |

---

PEE DEE FOOD SERVICE INC
PO BOX 5874
FLORENCE, SC 29502

Claim Number: 4860
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,666.80 | Scheduled: | $3,721.10 |

---

PEIPER, HENRY C.
NAMED PLAINTIFF IN ERICKSON, ROY D.,
ET AL., C/O TOM L. LEWIS - LEWIS SLOVAK
& KOVACICH, P.C. - P.O. BOX 2325
GREAT FALLS, MT 59403

Claim Number: 6646
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,000,000.00 |

---

PENINSULA SANITARY SERVICE, INC.
339 BONAIR SIDING ROAD
STANFORD, CA 94305

Claim Number: 2013
Claim Date: 03/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,191.70 | Scheduled: | $25,090.68 |

---

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG, PA 17128-0946

Claim Number: 2265
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $9,233.43 |
| UNSECURED | Claimed: | $1,842.75 |

---

PENNSYLVANIA DEPARTMNT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG, PA 17128-0946

Claim Number: 3035
Claim Date: 05/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $9,233.43 |
| UNSECURED | Claimed: | $1,842.75 |

---

| PENSKE TRUCK LEASING<br>RT 10 GREEN HILLS<br>READING, PA 19607 | Claim Number: 1973<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,582.00      Scheduled:      $7,835.62 | |

| PENTALIFT EQUIPMENT CORPORATION<br>PO BOX 1510<br>BUFFALO, NY 14240-1510 | Claim Number: 9712<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2032 (09/24/2009)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $96.60      Allowed: | $96.60 |

| PEOPLE OF THE STATE OF CALIFORNIA<br>C/O MONTEREY COUNTY DISTRICT<br>ATTORNEY'S OFFICE<br>1200 AGUAJITO ROAD ROOM 301<br>MONTEREY, CA 93940 | Claim Number: 4856<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 7515 (05/07/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $0.00    UNDET |

| PEOPLE OF THE STATE OF CALIFORNIA<br>C/O MONTEREY COUNTY DISTRICT<br>ATTORNEY'S OFFICE<br>1200 AGUAJITO ROAD ROOM 301<br>MONTEREY, CA 93940 | Claim Number: 4857<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 7515 (05/07/2010) | |
|---|---|---|
| UNSECURED | Claimed: | $0.00    UNDET |

| PEREIRA INDUSTRIAL CONSTRUCTION<br>15355 W GRANT LINE RD<br>DEPT 867<br>TRACY, CA 95304 | Claim Number: 13138<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |
|---|---|---|
| UNSECURED | Claimed: | $5,694.87 |

---

| PEREZ BROTHERS TRANSPORT<br>PO BOX 907<br>MONTEBELLO, CA 90640 | Claim Number: 9798<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $351,780.18 | Scheduled: | $586,056.79 UNLIQ | Allowed: | $351,780.18 |
|---|---|---|---|---|---|---|

| PERFORMANCE PALLET CORP<br>112 MAINLINE DRIVE<br>SEYMOUR, WI 54165-1174 | Claim Number: 4263<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $2,490.00 | Scheduled: | $2,490.00 | | |
|---|---|---|---|---|---|---|

| PERKINSON CONSTRUCTION LLC<br>PO BOX 609<br>5500 PRINCE GEORGE DRIVE<br>PRINCE GEORGE, VA 23875 | Claim Number: 2088<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $14,068.00 | Scheduled: | $13,770.00 | Allowed: | $14,068.00 |
|---|---|---|---|---|---|---|

| PERRY JOHNSON INC<br>26555 EVERGREEN<br>SOUTHFIELD, MI 48076 | Claim Number: 7519<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $4,633.27 | | | | |
|---|---|---|---|---|---|---|

| PERRY, CHARLIE WILLIAM<br>114 HUGHES ROAD<br>JONESBORO, LA 71251 | Claim Number: 10320<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
|---|---|

| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |
|---|---|---|---|---|---|---|

| PERRY, MATSON<br>2101 S ANDREWS AVE STE 103<br>FORT LAUDERDALE, FL 33316 | | Claim Number: 11026<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $2,281.97 | | |
| UNSECURED | | | Scheduled: | $160.59 |

| PERSON, MITCHELL<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10725<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,929.54 | | |

| PEST CONTROL CENTER, INC<br>3845 MADISON AVENUE<br>NORTH HIGHLANDS, CA 95660-5010 | | Claim Number: 3069<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $74.00 | Scheduled: | $148.00 |

| PETER DEGIRALAMO AND SONS INC<br>77 EAST BELCHER ROAD<br>FOXBORO, MA 02035 | | Claim Number: 7073<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,175.00 | Scheduled: | $3,175.00 |

| PETER J. HICKEY<br>EVERSON, WHITNEY, EVERSON & BREHM, S.C.<br>P.O. BOX 22248<br>GREEN BAY, WI 54305-2248 | | Claim Number: 5688<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,944.27 | | |

PETER LEHMANN INC
PO BOX 298
ANTIOCH, IL 60002

Claim Number: 3409
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $985.00 | Scheduled: | $985.00 |

PETERS, BILLIE JO
5727 HIGHWAY 4
JONESBORO, LA 71251-6458

Claim Number: 10246
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

PETERS, BILLY RAY
5727 HIGHWAY 4
JONESBORO, LA 71251-6458

Claim Number: 10247
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

PETERSON MECHANICAL INC
PO BOX 302
FARGO, ND 58107

Claim Number: 3877
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,422.81 | Scheduled: | $4,054.15 |

PETERSON, LEONARD LEO
400 LEONARD PETERSON ROAD
GOLDONNA, LA 71031

Claim Number: 10248
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

PETRI, DONALD A
10871 MONTEREY FOREST CV
EADS, TN 38028

Claim Number: 7716
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $274,620.00 | Scheduled: | $274,620.00 |

PETROCHEM RECOVERY SERVICE INC
PO BOX 1458
NORFOLK, VA 23501

Claim Number: 3802
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| SECURED | Claimed: | $0.00 |
| UNSECURED | Claimed: | $9,100.00 |

PETROLEUM RESOURCES INC
PO BOX 38284
RICHMOND, VA 23231

Claim Number: 5334
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $170.40 | | |
| UNSECURED | Claimed: | $9,995.30 | Scheduled: | $10,165.70 |

PFS EXPEDITED SERVICES INC
PO BOX 210888
MILWAUKEE, WI 53221-8015

Claim Number: 6597
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $278.97 | Scheduled: | $278.97 |

PHILADELPHIA SKID CO., INC. T/A
PALLETS PLUS, INC.
408 W. CECIL B. MOORE AVENUE
PHILADELPHIA, PA 19122

Claim Number: 777
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $65,941.00 | Scheduled: | $62,342.00 | Allowed: | $65,941.00 |

---

PHILIPP LITHOGRAPHING CO.
C/O AMANDA M. GIBBS, ESQ.
REINHART BOERNER VAN DEUREN S.C.
1000 NORTH WATER STREET, SUITE 1700
MILWAUKEE, WI 53202

Claim Number: 2229-02
Claim Date: 04/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4964 (02/12/2010)

| ADMINISTRATIVE | Claimed: | $199,801.23 | | Allowed: | $199,801.23 |
|---|---|---|---|---|---|

PHILIPP LITHOGRAPHING COMPANY
WILLIAM A. HAZELTINE
SULLIVAN-HAZELTINE-ALLINSON LLC
4 EAST 8TH STREET, SUITE 400
WILMINGTON, DE 19801

Claim Number: 2213
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4964 (02/12/2010)

| ADMINISTRATIVE | Claimed: | $204,763.78 | | | |
|---|---|---|---|---|---|

PHILIPS MEDICAL SYSTEMS
C/O COMMERCIAL COLLECTION CONSULTANTS
16830 VENTURA BLVD, SUITE 620
ENCINO, CA 91436

Claim Number: 3462
Claim Date: 06/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,941.18 | Scheduled: | $5,538.98 | | |
|---|---|---|---|---|---|---|

PHILLIPS ELECTRICAL TECHNOLOGIES LLC
5255 BROOK HOLLOW PARKWAY
NORCROSS, GA 30071-3644

Claim Number: 4968
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| SECURED | Claimed: | $10,732.88 | | | |
|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $10,732.88 | |

PHILLIPS KILN SERVICES LTD.
PO BOX 1108
SIOUX CITY, IA 51102-1108

Claim Number: 3400
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $124,235.28 | Scheduled: | $111,935.28 | Allowed: | $124,235.28 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| PHILLIPS, DEWANNA MARZELL<br>105 BAMBURG STREET<br>JONESBORO, LA 71251 | | Claim Number: 10249<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| PHILLIPS, FRANK W.<br>BARON & BUDD, P.C.<br>THE CENTRUM SUITE 1100<br>3102 OAK LAWN AVE<br>DALLAS, TX 75219 | | Claim Number: 11840<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| PHILPAC<br>1144 MILITARY ROAD<br>BUFFALO, NY 14217 | | Claim Number: 7731<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,457.16 | Scheduled: | $1,952.16 |
| PHOENIX PACKAGING, INC.<br>PO BOX 15091<br>WINSTON SALEM, NC 27113 | | Claim Number: 2586<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $11,722.83 | Scheduled: | $11,216.10 |
| PHOENIX PUMPS INC.<br>ATTN: EVIKE PEET<br>3552 E CORONA AVE<br>PHOENIX, AZ 85040 | | Claim Number: 14063<br>Claim Date: 07/15/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,480.65 | | |

| | | | | |
|---|---|---|---|---|
| PHOTOSCAN NORTHWEST, INC<br>2108 S. RESERVE ST.<br>MISSOULA, MT 59801 | | Claim Number: 7099<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,658.26 | Scheduled: | $1,046.00 |
| PHOTOSCAN NORTHWEST, INC<br>2108 S. RESERVE ST.<br>MISSOULA, MT 59801 | | Claim Number: 7100<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $518.00 | | |
| PHYSICAL THERAPY SPECIALISTS INC<br>219 CLAREMONT AVENUE<br>TAMAQUA, PA 18252 | | Claim Number: 6840<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,322.44 | Scheduled: | $1,782.15 |
| PHYSICIAN MEDICAL CARE<br>PO BOX 330879<br>MURFREESBORO, TN 37133 | | Claim Number: 7029<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,019.00 | Scheduled: | $225.00 |
| PHYSIO-CONTROL, INC.<br>11811 WILLOWS ROAD NE<br>REDMOND, WA 98052 | | Claim Number: 2245<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,300.85 | Scheduled: | $2,600.00 |

---

PICKENS, GILBERT
P.O. BOX 83
QUITMAN, LA 71268

Claim Number: 10340
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |

---

PIEDMONT BELTING CO INC
1271 SOUTH PARK DR
KERNERSVILLE, NC 27284

Claim Number: 7138
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,698.66 | Scheduled: | $9,890.67 | Allowed: | $13,698.66 |

---

PIEDMONT BELTING CO.
PO BOX 105774
ATLANTA, GA 30348

Claim Number: 7131
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,528.90 | Scheduled: | $6,194.58 |

---

PIEDMONT HOIST & CRANE, INC.
8511-A NORCROSS ROAD
COLFAX, NC 27235

Claim Number: 2126
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,751.66 | Scheduled: | $21,927.80 |

---

PIEDMONT NATURAL GAS COMPANY
BANKRUPTCY
4339 S. TRYON STREET
CHARLOTTE, NC 28217-1733

Claim Number: 1131
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,025.25 | Scheduled: | $42,587.95 |

---

| | | | | | |
|---|---|---|---|---|---|
| PIEDMONT NATURAL GAS COMPANY<br>ATTN: CBO/BANKRUPTCY<br>4339 S. TRYON STREET<br>CHARLOTTE, NC 28217-1733 | | Claim Number: 2248-01<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,222.31 | | | |
| PIEDMONT PAPER STOCK<br>3909 RIVERDALE DRIVE<br>GREENSBORO, NC 27406 | | Claim Number: 6132<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,205.00 | Scheduled: | $2,175.00 | |
| PIEDMONT PLASTICS, INC.<br>5010 WEST W.T. HARRIS BLVD.<br>CHARLOTTE, NC 28269 | | Claim Number: 2015<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $484.83 | Scheduled: | $629.33 | |
| PIEDMONT TIMBER LLC<br>PO BOX 98<br>BLACKSTONE, VA 23824 | | Claim Number: 14189<br>Claim Date: 03/11/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9041 (04/28/2011) | | | |
| UNSECURED | Claimed: | $8,585.85 | | Allowed: | $4,292.93 |
| PIERCE TIMBER COMPANY, INC.<br>FREDERICK B. ROSNER/KENNETH L. DORSNEY<br>MESSANA ROSNER & STERN LLP<br>1000 N WEST STREET, SUITE 1200<br>WILMINGTON, DE 19801 | | Claim Number: 6284-01<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $839.72 | | | |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| PIGGLY WIGGLY CAROLINA<br>1125 NEWTON WAY<br>SUMMERVILLE, SC 29483 | | Claim Number: 9231<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) | | | | |
| UNSECURED | Claimed: | $21,834.00 | Scheduled: | $21,834.00 | | |
| PIKEVILLE WATERWORKS & NATURAL<br>PO BOX 225<br>PIKEVILLE, TN 37367 | | Claim Number: 5748<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $61.93 | Scheduled: | $23.18 | | |
| PINECREST TIMBER COMPANY<br>BIFFERATO GENTILOTTI LLC<br>GARVAN F. MCDANIEL<br>800 N. KING ST., PLAZA LEVEL<br>WILMINGTON, DE 19801 | | Claim Number: 2069<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 2760 (11/16/2009) | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $150,184.69 | Scheduled: | $150,184.69 | Allowed: | $150,184.69 |
| PINNACLE SYSTEMS CORPORATION<br>4917 MEREDITH COURT<br>140 WEST 29TH STREET PMB 370<br>MOBILE, AL 36618 | | Claim Number: 11695<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $50,000.00 | Scheduled: | $50,000.00 | Allowed: | $50,000.00 |
| PINOS RECYCLING CO.<br>1601 C ST<br>RIO LINDA, CA 95673-5210 | | Claim Number: 662<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,731.04 | Scheduled: | $31,050.92 | | |

PINTER & COMPANY INCORPORATED
PO BOX 1776
ASHLAND, VA 23005

Claim Number: 5277-01
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE UNSECURED | Claimed: | $10,039.52 | | | |
|---|---|---|---|---|---|
| | | | Scheduled: | $238,140.22 | |

PINTER & COMPANY INCORPORATED
PO BOX 1776
ASHLAND, VA 23005

Claim Number: 5277-02
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $230,041.70 | | | |
|---|---|---|---|---|---|

PIONEER CREDIT OPPORTUNITIES FUND, LP
TRANSFEROR: BUCHANAN PALLET PRODUCTS
ATTN ADAM STEIN-SAPIR GREELEY SQ STATION
P.O. BOX 20188, 39 W. 31ST STREET
NEW YORK, NY 10001

Claim Number: 214
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $24,575.00 | Scheduled: | $24,575.00 | Allowed: | $24,575.00 |
|---|---|---|---|---|---|---|

PIONEER CREDIT OPPORTUNITIES FUND, LP
TRANSFEROR: PLASTIFORM PACKAGING INC
ATTN: ADAM STEIN-SAPIR, GREELEY SQUARE
STATION, PO BOX 20188, 39 W. 31ST STREET
NEW YORK, NY 10001

Claim Number: 838
Claim Date: 02/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4130 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $406,187.96 | Scheduled: | $363,381.18 | Allowed: | $406,187.96 |
|---|---|---|---|---|---|---|

PIONEER CREDIT OPPORTUNITIES FUND, LP
TRANSFEROR: ROYCE ASSOCIATES, ALP
GREELEY SQUARE STATION, P.O. BOX 20188
39 W. 31ST STREET
NEW YORK, NY 10001

Claim Number: 954
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $68,254.40 | Scheduled: | $70,674.20 | Allowed: | $68,254.40 |
|---|---|---|---|---|---|---|

PIONEER CREDIT OPPORTUNITIES FUND, LP
TRANSFEROR: USA TRUCK, INC.
GREELEY SQUARE STATION, P.O. BOX 20188
39 W. 31ST STREET
NEW YORK, NY 10001

Claim Number: 2762
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $259,262.89 | Scheduled: | $416,903.33 | Allowed: | $259,262.89 |
|---|---|---|---|---|---|---|

PIONEER CREDIT OPPORTUNITIES FUND, LP
TRANSFEROR: UFP TECHNOLOGIES, INC.
GREELEY SQUARE STATION, P.O. BOX 20188
39 W. 31ST STREET
NEW YORK, NY 10001

Claim Number: 2838
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $19,033.86 | Scheduled: | $19,033.86 | Allowed: | $19,033.86 |
|---|---|---|---|---|---|---|

PIONEER CREDIT OPPORTUNITIES FUND, LP
TRANSFEROR: EKA CHEMICALS, INC.
GREELEY SQUARE STATION, P.O. BOX 20188
39 W. 31ST STREET
NEW YORK, NY 10001

Claim Number: 6269
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $230,479.50 | Scheduled: | $294,680.50 | Allowed: | $230,479.50 |
|---|---|---|---|---|---|---|

PIONEER CREDIT OPPORTUNITIES FUND, LP
TRANSFEROR: KLAISLE, BONNIE
GREELEY SQUARE STATION, P.O. BOX 20188
39 W. 31ST STREET
NEW YORK, NY 10001

Claim Number: 10082
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $27,471.00  UNLIQ | Scheduled: | $27,471.00 | Allowed: | $27,471.00 |
|---|---|---|---|---|---|---|

PIONEER CREDIT OPPORTUNITIES FUND, LP
TRANSFEROR: ANCHOR BAY PACKAGING CORP.
GREELEY SQUARE STATION, P.O. BOX 20188
39 W. 31ST STREET
NEW YORK, NY 10001

Claim Number: 10786-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $85,803.82 | Scheduled: | $125,567.96 | Allowed: | $85,803.82 |
|---|---|---|---|---|---|---|

---

PIONEER CREDIT OPPORTUNITIES FUND, LP
TRANSFEROR: MCGRIFF INDUSTRIES, INC
GREELEY SQUARE STATION, P.O. BOX 20188
ATTN: ADAM STEIN-SAPIR 39 W. 31ST STREET
NEW YORK, NY 10001

Claim Number: 10787
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $280,061.17 | | $289,603.28 | | $280,061.17 |

PIONEER CREDIT OPPORTUNITIES FUND, LP
TRANSFEROR: KEYSTONE PAPER & BOX COMPANY
GREELEY SQUARE STATION, P.O. BOX 20188
39 W. 31ST STREET
NEW YORK, NY 10001

Claim Number: 10789-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $221,520.77 | | $256,221.77 | | $221,520.77 |

PIONEER CREDIT OPPORTUNITIES FUND, LP
TRANSFEROR: KEYSTONE PAPER & BOX COMPANY
GREELEY SQUARE STATION, P.O. BOX 20188
39 W. 31ST STREET
NEW YORK, NY 10001

Claim Number: 10789-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3259 (12/17/2009)
THIS CLAIM IS PAID

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| ADMINISTRATIVE | | $34,701.00 | | $34,701.00 |

PIONEER CREDIT OPPORTUNITIES FUND, LP
TRANSFEROR: SHAPIRO METALS
GREELEY SQUARE STATION, P.O. BOX 20188
39 W. 31ST STREET
NEW YORK, NY 10001

Claim Number: 10854-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE | | $5,590.00 | | |
| UNSECURED | | | | $32,798.60 |

PIONEER CREDIT OPPORTUNITIES FUND, LP
TRANSFEROR: SHAPIRO METALS
GREELEY SQUARE STATION, P.O. BOX 20188
39 W. 31ST STREET
NEW YORK, NY 10001

Claim Number: 10854-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| UNSECURED | | $29,723.00 | | $29,723.00 |

---

PIONEER CREDIT OPPORTUNITIES FUND, LP
TRANSFEROR: KLENZOID EQUIPMENT COMPANY
GREELEY SQUARE STATION, P.O. BOX 20188
39 W. 31ST STREET
NEW YORK, NY 10001

Claim Number: 10856-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $65,257.79 | Scheduled: | $76,757.79 | Allowed: | $65,257.79 |

---

PIONEER CREDIT OPPORTUNITIES FUND, LP
TRANSFEROR: DICAR INC.
GREELEY SQUARE STATION, P.O. BOX 20188
39 W. 31ST STREET
NEW YORK, NY 10001

Claim Number: 10858-03
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $170,776.59 | Scheduled: | $199,487.60 | Allowed: | $170,776.59 |

---

PIONEER CREDIT OPPORTUNITIES FUND, LP
TRANSFEROR: PRI GROUP, THE
GREELEY SQUARE STATION, P.O. BOX 20188
39 W. 31ST STREET
NEW YORK, NY 10001

Claim Number: 10859-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $41,381.86 | Scheduled: | $84,205.00 | Allowed: | $41,381.86 |

---

PIONEER CREDIT OPPORTUNITIES FUND, LP
TRANSFEROR: MIDWEST PROPERTIES I LLP
GREELEY SQUARE STATION, P.O. BOX 20188
39 W. 31ST STREET
NEW YORK, NY 10001

Claim Number: 12469
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $19,136.00 | Scheduled: | $38,272.00 | Allowed: | $19,136.00 |

---

PIONEER CREDIT OPPORTUNITIES FUND, LP
TRANSFEROR: HYDRITE CHEMICAL CO
GREELEY SQUARE STATION, P.O. BOX 20188
39 W. 31ST STREET
NEW YORK, NY 10001

Claim Number: 13065
Claim Date: 09/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $46,280.78 | Scheduled: | $89,322.99 | Allowed: | $46,280.78 |

---

---

PIONEER CREDIT OPPORTUNITIES FUND, LP
TRANSFEROR: L & P FINANCIAL SERVICES
GREELEY SQUARE STATION, P.O. BOX 20188
39 W. 31ST STREET
NEW YORK, NY 10001

Claim Number: 13978
Claim Date: 04/13/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $282,169.88 | | | | |
| UNSECURED | | $145,489.54 | Scheduled: | $464,709.12 | Allowed: | $145,489.54 |

PIONEER FUNDING GROUP, LLC
TRANSFEROR: VT GRAPHICS, INC.
ATTN: ADAM STEIN-SAPIR
GREELEY SQUARE STATION, P.O. BOX 20188
NEW YORK, NY 10001

Claim Number: 2186
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4732 (02/04/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $37,223.00 | | | | |
| UNSECURED | Claimed: | $61.00 | | | | |

PIONEER FUNDING GROUP, LLC
TRANSFEROR: VT GRAPHICS, INC.
GREELEY SQUARE STATION
PO BOX 20188
NEW YORK, NY 10001

Claim Number: 6844
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7187 (04/22/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $75,627.00 | Scheduled: | $113,564.99 | Allowed: | $75,627.00 |

PIPING & EQUIPMENT INC
PO BOX 644297
PITTSBURGH, PA 15264-4297

Claim Number: 7313-01
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $51,206.19 | | | |
| UNSECURED | | | Scheduled: | $337,136.64 | |

PIPING & EQUIPMENT INC
ATTN: T. CORMAC MCCARTHY
437 JEFFERSON AVENUE
WASHINGTON, PA 15301

Claim Number: 7313-02
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $286,041.18 | Scheduled: | $1,159.23 | Allowed: | $286,041.18 |

---

PITNEY BOWES CREDIT CORP
RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 12567
Claim Date: 09/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,067.08 |
| --- | --- | --- |

PITNEY BOWES CREDIT CORP
RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 12568
Claim Date: 09/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,330.58 |
| --- | --- | --- |

PITNEY BOWES CREDIT CORP
RECOVERY DEPT.
27 WATERVIEW DR
SHELTON, CT 06484-4361

Claim Number: 12572
Claim Date: 09/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,090.87 | Scheduled: | $31,190.46 |
| --- | --- | --- | --- | --- |

PITNEY BOWES CREDIT CORP
RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 12574
Claim Date: 09/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| PRIORITY | Claimed: | $0.00 |
| --- | --- | --- |
| UNSECURED | Claimed: | $5,000.00 |

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 7787
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $1,796.30 |
| --- | --- | --- |

---

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 10047
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| PRIORITY | Claimed: | $0.00 | | |
|----------|----------|-------|----------|---------|
| UNSECURED | Claimed: | $1,796.30 | Scheduled: | $230.00 |

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 13422
Claim Date: 09/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,968.27 |
|-----------|----------|-----------|

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 13423
Claim Date: 09/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,675.02 |
|-----------|----------|-----------|

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 13468
Claim Date: 09/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,091.74 | Scheduled: | $1,425.64 |
|-----------|----------|-----------|------------|-----------|

PITNEY BOWES CREDIT CORPORATION
ATTN: RECOVERY DEPT.
27 WATERVIEW DR.
SHELTON, CT 06484-4361

Claim Number: 13469
Claim Date: 09/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,345.57 | Scheduled: | $27,700.08 |
|-----------|----------|-----------|------------|------------|

| | | | | |
|---|---|---|---|---|
| PITNEY BOWES CREDIT CORPORATION<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DR.<br>SHELTON, CT 06484-4361 | | Claim Number: 13520<br>Claim Date: 10/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $18,824.48 | | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 2840<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,234.13 | Scheduled: | $24,368.03 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 3030<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $815.61 | | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 11258<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,296.00 | | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC, ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 11533<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $171.00 | | |

| | | | | |
|---|---|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | Claim Number: 11536<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $499.50 | Scheduled: | $12,748.84 |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 12208<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,579.50 | | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPARTMENT<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 12268<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,475.00 | | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | Claim Number: 12269<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $144.00 | | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484 | Claim Number: 13846<br>Claim Date: 02/16/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $124.02 | | |

| | | | | |
|---|---|---|---|---|
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>PITNEY BOWES INC.<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 13847<br>Claim Date: 02/16/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,106.19 | | |
| PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN: RECOVERY DEPT.<br>27 WATERVIEW DRIVE<br>SHELTON, CT 06484-4361 | | Claim Number: 14027<br>Claim Date: 05/17/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,607.00 | | |
| PITTS, JOEY T<br>P. O. BOX 2164<br>E. BREWTON, AL 36427 | | Claim Number: 7984<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) | | |
| UNSECURED | Claimed: | $22,185.39 | | |
| PK RECYCLING, INC.<br>501 BLAIRSTONE #4021<br>TALLAHASSEE, FL 32313-0001 | | Claim Number: 41<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $73.17 | Scheduled: | $71.00 |
| PLANTATION PRODUCTS, INC.<br>202 SOUTH WASHINGTON ST.<br>NORTON, MA 02766 | | Claim Number: 3508<br>Claim Date: 06/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $499.00 | Scheduled: | $508.00 |

---

PLASMA COATING INC
5438 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Claim Number: 9238
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $23,847.06 | Scheduled: | $23,847.06 |
|---|---|---|---|---|

PLASMA COATING INC
5438 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Claim Number: 12516
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,785.29 | | |
|---|---|---|---|---|

PLASMA COATINGS INC
5438 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Claim Number: 12218
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $23,847.06 | | |
|---|---|---|---|---|

PLATINUM INDUSTRIAL INC
5004 FREMONT STREET
JACKSONVILLE, FL 32210

Claim Number: 4374
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,379.72 | Scheduled: | $11,198.00 |
|---|---|---|---|---|

PLATINUM PACKAGING INC
36044 RAVELLO COURT
MURRIETA, CA 92562

Claim Number: 3743
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| PRIORITY | Claimed: | $4,054.01 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $4,054.01  UNLIQ |

| | | | | |
|---|---|---|---|---|
| PLATT ELECTRIC SUPPLY<br>10605 SW ALLEN BLVD<br>BEAVERTON, OR 97005 | | Claim Number: 163<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,991.27 | Scheduled: | $3,006.68 |
| PLATTE COUNTY COLLECTOR<br>MERRICK, BAKER & STRAUSS, P.C.<br>400 PECK'S PLAZA<br>1044 MAIN<br>KANSAS CITY, MO 64105 | | Claim Number: 14051<br>Claim Date: 06/16/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8673 (10/19/2010)<br>THIS CLAIM IS PAID | | |
| PRIORITY | Claimed: | $2,947.08 | | |
| PLUM CREEK MARKETING, INC.<br>C/O JOHN R. KNAPP, JR.<br>CAIRNCROSS & HEMPELMANN, P.S.<br>524 SECOND AVENUE, STE 500<br>SEATTLE, WA 98104-2323 | | Claim Number: 9126-01<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
| SECURED | Claimed: | $350,304.52 | | |
| PLUM CREEK MARKETING, INC.<br>C/O JOHN R. KNAPP, JR.<br>CAIRNCROSS & HEMPELMANN, P.S.<br>524 SECOND AVENUE, STE 500<br>SEATTLE, WA 98104-2323 | | Claim Number: 9126-02<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
| ADMINISTRATIVE | Claimed: | $350,304.52 | | |
| PLUM CREEK MARKETING, INC.<br>C/O JOHN R. KNAPP, JR.<br>CAIRNCROSS & HEMPELMANN, P.S.<br>524 SECOND AVENUE, STE 500<br>SEATTLE, WA 98104-2323 | | Claim Number: 9127-01<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
| SECURED | Claimed: | $183,724.20 | | |

---

PLUM CREEK MARKETING, INC.
C/O JOHN R. KNAPP, JR.
CAIRNCROSS & HEMPELMANN, P.S.
524 SECOND AVENUE, STE 500
SEATTLE, WA 98104-2323

Claim Number: 9127-02
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| ADMINISTRATIVE | Claimed: | $183,724.20 | | |
|---|---|---|---|---|

PLUMROSE USA, INC.
P.O. BOX 970
BOONEVILLE, MS 38829

Claim Number: 3064
Claim Date: 05/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $20,186.37 | Scheduled: | $22,999.87 |
|---|---|---|---|---|

PLYMOUTH PACKAGING INC
4075 W COLUMBIA AVE
BATTLE CREEK, MI 49015

Claim Number: 9684
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,746.46 | Scheduled: | $8,746.46 |
|---|---|---|---|---|

PNEUMATIC AND HYDRAULIC CO.
1338 PETROLEUM PKWY.
BROUSSARD, LA 70518

Claim Number: 51
Claim Date: 02/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $142.37 | Scheduled: | $142.37 |
|---|---|---|---|---|

PNEUMATIC SUPPLY INC
12739 59TH WAY N.
CLEARWATER, FL 33760

Claim Number: 346
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,236.04 | Scheduled: | $3,236.04 |
|---|---|---|---|---|

---

PNUCOR LLC
PO BOX 7209
CHARLOTTE, NC 28241

Claim Number: 7071
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,254.04 | Scheduled: | $8,245.04 |
|---|---|---|---|---|

---

POHLIG BROS LLC
8001 GREENPINE ROAD
RICHMOND, VA 23237-2291

Claim Number: 5374
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,139.00 | Scheduled: | $20,046.76 |
|---|---|---|---|---|

---

POLINI'S FORKLIFT REPAIR
3176 KATHLEEN STREET
SAN JOSE, CA 95124

Claim Number: 202
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,935.88 | | | Allowed: | $13,935.88 |
|---|---|---|---|---|---|---|

---

POLINIS FORKLIFT REPAIR
3176 KATHLEEN STREET
SAN JOSE, CA 95124

Claim Number: 5299
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $15,730.14 |
|---|---|---|---|---|

---

POLSINELLI SHUGHART
PO BOX 878681
KANSAS CITY, MO 64187-8681

Claim Number: 7671
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,995.25 | Scheduled: | $7,734.07 |
|---|---|---|---|---|

---

| | | | | | |
|---|---|---|---|---|---|
| POLY FABRICATORS<br>3876 SOUTH EUFAULA AVE<br>EUFAULA, AL 36027 | | Claim Number: 5817<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $40,127.00 | Scheduled: | $40,127.00 | Allowed: | $40,127.00 |

| | | | | |
|---|---|---|---|---|
| POLYTRON, INC.<br>ATTN: A. KEITH LOGUE<br>3423 WEYMOUTH COURT<br>MARIETTA, GA 30062 | | Claim Number: 6854<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) | | |
| SECURED | Claimed: | $89,599.81 | | |
| UNSECURED | | | Scheduled: | $89,599.81 |

| | | | |
|---|---|---|---|
| POMEROY, RICHARD<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10961<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8391 (08/16/2010) | |
| UNSECURED | Claimed: | $50,000.00 | |

| | | | | |
|---|---|---|---|---|
| PONDER'S LIFESAVING SKILLS<br>2204 7TH STREET<br>GALENA PARK, TX 77547 | | Claim Number: 5800<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $75.00 | Scheduled: | $75.00 |

| | | | | |
|---|---|---|---|---|
| POOLE'S SAWMILL SUPPLY, INC.<br>P.O. BOX 78162<br>SHREVEPORT, LA 71137-8162 | | Claim Number: 13391<br>Claim Date: 10/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $31,269.38 | Scheduled: | $33,246.32 |

| | | | | |
|---|---|---|---|---|
| POPE, PAUL<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10699<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $184,513.87 | | |
| POPE, RICKY<br>85817 KIRKLAND ROAD<br>YULEE, FL 32097 | | Claim Number: 9516<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $200,000.00 | | |
| POPE, RICKY L.<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10719<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $105,000.00 | | |
| POPE, VELIOUS<br>ATTN: JAMES SORENSON, ESQ<br>WILLIAMS GAUTIER GWYNN DELOACH &SORENSON<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10659<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $47,926.61 | | |
| PORT FREEPORT<br>200 W SECOND ST 3RD FLOOR<br>FREEPORT, TX 77541 | | Claim Number: 4155<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,318.87 | Scheduled: | $3,546.76 |

---

PORT OF PORTLAND
ATTN: DAVID ASHTON
P.O. BOX 3529
PORTLAND, OR 97208-3529

Claim Number: 11047
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8879 (01/06/2011)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

PORT OF PORTLAND
ATTN: DAVID ASHTON
P.O. BOX 3529
PORTLAND, OR 97208-3529

Claim Number: 13980
Claim Date: 04/13/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8879 (01/06/2011)

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

PORT RICHMOND AUTO PARTS INC.
2860 KING WILLIAM AVENUE
WEST POINT, VA 23181

Claim Number: 614
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $16,788.83 | Scheduled: | $13,162.18 |
|---|---|---|---|---|

PORTABLE SANITATION AND SERVICS INC
2815 POWERS AVENUE
JACKSONVILLE, FL 32207

Claim Number: 4736
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $449.40 | Scheduled: | $449.40 |
|---|---|---|---|---|

PORTAGE COUNTY SOLID WASTE
3588 MOGADORE RD
KENT, OH 44240

Claim Number: 8049
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,485.90 | | |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| PORTAGE COUNTY TREASURER<br>PORTAGE COUNTY ADMIN BLDG<br>449 S MERIDIAN ST., 1ST FLOOR<br>RAVENNA, OH 44266 | | Claim Number: 7755<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | |
| PRIORITY | Claimed: | $33,111.85 | Scheduled: | $0.00  UNLIQ | |
| PORTLAND GENERAL ELECTRIC (PGE)<br>7800 SW MOHAWK ST<br>TUALATIN, OR 97062 | | Claim Number: 6250<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $23,063.55 | | | |
| PORTLAND GENERAL ELECTRIC (PGE)<br>7800 SW MOHAWK ST<br>TUALATIN, OR 97062 | | Claim Number: 6251<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,887.10 | | | |
| PORTLAND GENERAL ELECTRIC CO<br>7800 SW MOHAWK ST<br>TUALATIN, OR 97062 | | Claim Number: 6249<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $223.30 | Scheduled: | $13,304.63 | |
| PORTLAND HARBOR PRP GROUP | | Claim Number: 99024<br>Claim Date: 01/06/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8879 (01/06/2011) | | | |
| UNSECURED | Claimed: | $1,050,000.00 | | Allowed: | $1,050,000.00 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | |
|---|---|---|---|---|
| PORTLAND LUMBER YARD<br>PO BOX 35326<br>PANAMA CITY, FL 32412-5326 | | Claim Number: 3940<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $15,603.98 | Scheduled: | $15,603.98 |
| POSI PACK CORP<br>7180 NORTHLAND CIRCLE NORTH<br>MINNEAPOLIS, MN 55428 | | Claim Number: 6341<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,670.00 | Scheduled: | $3,670.00 |
| POSTAL BOX DELIVERY SERVICE<br>PO BOX 22<br>BIRMINGHAM, AL 35201 | | Claim Number: 4077<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $199.00 | Scheduled: | $199.00 |
| POTLATCH INC<br>PO BOX 57<br>LEWISTON, ID 83501 | | Claim Number: 12185<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | |
| UNSECURED | Claimed: | $19,997.75 | Scheduled: | $21,370.88 |
| POTTS, MICHAEL JEFFERSON<br>5809 HIGHWAY 4<br>JONESBORO, LA 71251 | | Claim Number: 10250<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

POWER & INDUSTRIAL AIR SYSTEMS, INC.
5281 HAMILTON BLVD.
ALLENTOWN, PA 18106

Claim Number: 7839
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,576.80 | Scheduled: | $3,370.00 |

POWER COMPONENTS, INC
1600 N.E. 26TH STREET
FORT LAUDERDALE, FL 33305

Claim Number: 3109
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,398.22 | Scheduled: | $43,780.22 |

POWER CURVE TECHNOLOGIES
723 TRUMAN ROAD
STOUGHTON, WI 53589

Claim Number: 253
Claim Date: 02/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $25,250.00 | Scheduled: | $29,655.00 |

POWER HANDLING
3223 N MARKET ST
SPOKANE, WA 99207-5761

Claim Number: 3916
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $21,041.81 | Scheduled: | $20,703.31 |

POWER SUPPLY INDUSTRIES (02)
201 SUN VALLEY CIRCLE
FENTON, MO 63026

Claim Number: 5662
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,649.42 | Scheduled: | $2,664.37 |

| | | | | |
|---|---|---|---|---|
| POWER TRAIN SERVICES LLC<br>PO BOX 6053<br>DE PERE, WI 54115 | | Claim Number: 12786<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8408 (08/18/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,080.00 | | |
| POWER, RONALD<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10974<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) | | |
| UNSECURED | Claimed: | $50,000.00 | | |
| POWER/MATION DIVISION<br>1310 ENERGY LANE<br>SAINT PAUL, MN 55108 | | Claim Number: 2017-01<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,872.67 | Scheduled: | $2,681.47 |
| POWERS, TALMADGE R., JR.<br>2981 S. HILL ROAD<br>TIMMONSVILLE, SC 29161 | | Claim Number: 10592<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
| UNSECURED | Claimed: | $175,000.00 | | |
| POWERS, THOMAS P. & KAREN M.<br>NAMED PLAINTIFF IN ERICKSON, ROY D.,<br>ET AL., C/O TOM L. LEWIS - LEWIS SLOVAK<br>& KOVACICH, P.C. - P.O. BOX 2325<br>GREAT FALLS, MT 59403 | | Claim Number: 6645<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $10,000.00 | | |

POWERWISE INK PUMPS
2700 WEST 21ST STREET
ERIE, PA 16506

Claim Number: 4273
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,349.30 | Scheduled: | $1,318.48 | | |

PPG INDUSTRIES, INC
JOHN WINTER, ESQ
970 RITTENHOUSE ROAD, SUITE 300
EAGLEVILLE, PA 19403

Claim Number: 10091
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $725,618.42 | | | |
| UNSECURED | Claimed: | $200,244.43 | Scheduled: | $931,786.59 UNLIQ | |

PPG INDUSTRIES, INC.,
THE CHARTWELL LAW OFFICES, LLP
ONE PPG PLACE
PITTSBURGH, PA 15272

Claim Number: 11532
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $725,618.42 | |
| UNSECURED | Claimed: | $200,244.43 | |

PPL ELECTRIC UTILITIES
827 HAUSMAN RD.
ALLENTOWN, PA 18104

Claim Number: 3175
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $43,763.80 | Scheduled: | $22,113.70 | Allowed: | $43,763.80 |

PRAGER, INC.
FALK RENEW PRAGER
181 RIVERBEND BLVD.
SAINT ROSE, LA 70087

Claim Number: 1819
Claim Date: 03/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $26,115.71 | Scheduled: | $24,524.76 | |

---

PRATT INDUSTRIES USA
PO BOX 933900
ATLANTA, GA 31193-3900

Claim Number: 4233-01
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $258.00 | Scheduled: | $2,075.00 | |

PRAXAIR INC
C/O JOE CAMPANA
39 OLD RIDGEBURY ROAD
DANBURY, CT 06810-5113

Claim Number: 6922
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8378 (08/16/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $107,573.12 | Scheduled: | $139,148.55 | |

PRE-PRINT TECHNOLOGY LIMITED
1A JOEL LANE, HYDE
CHESHIRE, SK14 5JY
UNITED KINGDOM

Claim Number: 825
Claim Date: 02/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $42,447.00 | Scheduled: | $39,380.00 | |

PRECISION COMMUNICATIONS INC
508 MULBERRY AVENUE
PANAMA CITY, FL 32401

Claim Number: 3660-01
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,483.25 | Scheduled: | $11,698.75 | |

PRECISION COMMUNICATIONS INC
508 MULBERRY AVENUE
PANAMA CITY, FL 32401

Claim Number: 3660-02
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,040.00 | | Allowed: | $1,040.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PRECISION DESIGN MACHINERY, INC.<br>1509 BETHEL DRIVE<br>HIGH POINT, NC 27260 | | Claim Number: 640<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $832.22 | Scheduled: | $746.04 | | |
| PRECISION ELECTRIC INC<br>PO BOX 451<br>MISHAWAKA, IN 46546-0451 | | Claim Number: 5102<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,683.75 | Scheduled: | $1,683.75 | | |
| PRECISION EMISSIONS, INC<br>3404 LAKE WOODARD DRIVE<br>RALEIGH, NC 27604 | | Claim Number: 13421<br>Claim Date: 10/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $16,015.00 | | | | |
| PRECISION MACHINE PRODUCTS<br>PO BOX 1576<br>GASTONIA, NC 28053 | | Claim Number: 4243<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,593.40 | Scheduled: | $4,740.36 | | |
| PRECISION ROLL GRINDERS INC<br>6356 CHAPMANS ROAD<br>ALLENTOWN, PA 18106 | | Claim Number: 6635<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $42,929.00 | Scheduled: | $30,023.15 | Allowed: | $42,929.00 |

---

PRECISION SCALE CO INC. (01)
3501 GRACE AVENUE
ST. LOUIS, MO 63116-4712

Claim Number: 7583
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,654.02 | Scheduled: | $2,654.02 | | |

PREMIER CHEMICALS LLC
PO BOX 504573
SAINT LOUIS, MO 63150

Claim Number: 13076
Claim Date: 09/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,971.21 | Scheduled: | $13,971.21 | Allowed: | $13,971.21 |

PREMIER LAWN AND LANDSCAPING INC
PO BOX 284
GRAIN VALLEY, MO 64029

Claim Number: 9574
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $750.00 | Scheduled: | $750.00 | | |

PREMIER NATIONAL INC
PO BOX 665
FOREST PARK, GA 30298

Claim Number: 4150
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $22,816.07 | Scheduled: | $21,736.07 | Allowed: | $22,816.07 |

PREMIER TRANSPORTATION
PO BOX 665
FOREST PARK, GA 30298

Claim Number: 4151
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,127.50 | Scheduled: | $2,240.00 | | |

---

PREMIER VOICE & DATA SOLUTIONS INC
8401 73RD AVE N STE 89
MINNEAPOLIS, MN 55428-1508

Claim Number: 12081
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $363.10 | Scheduled: | $363.10 |
|---|---|---|---|---|

PREMIER WASTE & RECYCLING INC.
10823 S. LANGLEY AVE.
CHICAGO, IL 60628

Claim Number: 469
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,960.71 | Scheduled: | $14,409.83 |
|---|---|---|---|---|

PREMIER WASTE & RECYCLING INC.
10823 S. LANGLEY AVE.
CHICAGO, IL 60628

Claim Number: 668
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $600.00 | | |
|---|---|---|---|---|

PRESTIGE COMMERICAL CLEANING INC
1092 GARY DROVE
COLUMBUS, OH 43207

Claim Number: 9756
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,771.00 | Scheduled: | $2,771.00 |
|---|---|---|---|---|

PRESTIGE CONSTRUCTION CO. &
DOCK SERVICE, LLC
PO BOX 3198
INDEPENDENCE, MO 64055

Claim Number: 2128
Claim Date: 04/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,119.06 | Scheduled: | $632.77 |
|---|---|---|---|---|

---

PRICE ON SITE LLC
1175 COTTONWOOD AVE
HARTLAND, WI 53029

Claim Number: 7906
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,574.58 | Scheduled: | $7,574.58 |
|---|---|---|---|---|

---

PRICE, CHARLES E.
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10722
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $3,024.42 |
|---|---|---|

---

PRICE, KENNETH B
679 CARR ROAD
CASTOR, LA 71016

Claim Number: 10251
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

PRIDE JANITORAL SERVICES INC.
12088 VILLAGE WOODS DRIVE
CINCINNATI, OH 45241

Claim Number: 3074
Claim Date: 05/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $18,430.00 |
|---|---|---|

---

PRIDE JANITORIAL SERVICES INC
12088 VILLAGEWOODS DRIVE
CINCINNATI, OH 45241

Claim Number: 9715
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $19,090.08 | Scheduled: | $20,540.00 |
|---|---|---|---|---|

---

---

PRIDGEN TANK CONTRUCTION, INC.
1086 ERNEST PRIDGEN ROAD
WRAY, GA 31798

Claim Number: 2037
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $47,324.00 | Scheduled: | $47,324.00 | | |

PRIME NET MARKETING SERVICES
2100 PALMETTO STREET
CLEARWATER, FL 33755

Claim Number: 7831
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,134.00 | Scheduled: | $1,134.00 | |

PRIME SUPPLY COMPANY
PO BOX 520
IRON MOUNTAIN, MI 49801

Claim Number: 11191
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $24,423.72 | Scheduled: | $24,423.72 | Allowed: | $24,423.72 |

PRIME WOODCRAFT INC.
IJAZ H. SHAH
PO BOX 807
WEST SALEM, OH 44287

Claim Number: 846
Claim Date: 02/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $65,204.00 | Scheduled: | $63,920.00 | |

PRINT MANAGEMENT
6700 S GLACIER ST
TUKWILA, WA 98188

Claim Number: 4535
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $759.00 | Scheduled: | $759.00 | |

PRINTECH
PO BOX 7265
CHARLOTTE, NC 28241

Claim Number: 5597
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,299.00 | Scheduled: | $9,408.00 | | |

PRINTING INC.
344 NORTH ST. FRANCIS
WICHITA, KS 67202

Claim Number: 11765-01
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $41,819.92 | Scheduled: | $55,126.75 | Allowed: | $41,819.92 |

PRINTING INC.
344 NORTH ST. FRANCIS
WICHITA, KS 67202

Claim Number: 11765-02
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2813 (11/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,587.83 | | | Allowed: | $14,587.83 |

PRINTING SPECIALTIES & PAPER PRODUCTS
JOINT EMPLOYER & UNION HEALTH & WELFARE
FUND - C/O THOMAS J. BRADY
1525 FARADAY AVE, SUITE 150
CARLSBAD, CA 92008

Claim Number: 13645
Claim Date: 12/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,935.77 | | | | |

PRINTING SPECIALTIES & PAPER PRODUCTS
FUND, C/O VALENTINA S MINDIRGASOVA
1017 E GRAND AVE
ESCONDIDO, CA 92025-4604

Claim Number: 13943
Claim Date: 03/29/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8996 (03/22/2011)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $23,784.54 | | | Allowed: | $23,784.54 |

---

PRIORITY BUILDING SERVICES, LLC.
521 MERCURY LANE
BREA, CA 92821

Claim Number: 2041
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,322.50 | Scheduled: | $7,000.10 | | |
|---|---|---|---|---|---|---|

PRITCHETT TRUCKING INC
PO BOX 311
LAKE BUTLER, FL 32054

Claim Number: 4720
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $41,577.02 | Scheduled: | $43,371.74 | Allowed: | $41,577.02 |
|---|---|---|---|---|---|---|

PRIVETT, TRAVIS E
216 PLEASANT GROVE ROAD
JONESBORO, LA 71251

Claim Number: 10252
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00  UNLIQ | | | | |
|---|---|---|---|---|---|---|

PRO FLOW, INC.
303 STATE STREET
NORTH HAVEN, CT 06473

Claim Number: 257
Claim Date: 02/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLE DUPLICATE OF 3602
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $2,684.87 | | | | |
|---|---|---|---|---|---|---|

PRO TEC FIRE PROTECTION INC
PO BOX 181
JERSEY, GA 30018

Claim Number: 5937
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,773.80 | Scheduled: | $2,773.80 | | |
|---|---|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION | Case 09-10235-BLS | Doc 9663 | Filed 07/16/18 | Page 1508 of 2463 | Date: 07/03/2018

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | | | |
|---|---|---|---|---|---|---|
| PROCESS AUTOMATION & SIMULATION SVCS,INC<br>P.O. BOX 660238<br>BIRMINGHAM, AL 35266 | | Claim Number: 1509<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $21,967.00 | Scheduled: | $21,967.00 | | |
| PROCESS CONTROL OUTLET INC<br>PO BOX 1922<br>BAYTOWN, TX 77522 | | Claim Number: 3734<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,881.88 | Scheduled: | $2,881.88 | | |
| PROCESS EQUIPMENT INC.<br>2770 WELBORN ST<br>PELHAM, AL 35124 | | Claim Number: 3149<br>Claim Date: 05/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $892,735.94 | Scheduled: | $887,465.24 UNLIQ | Allowed: | $892,735.94 |
| PROCESS MEASUREMENT & CONTROLS INC<br>11 OLD SUGAR HOLLOW ROAD<br>DANBURY, CT 06810 | | Claim Number: 6634<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,916.99 | Scheduled: | $6,916.99 | | |
| PROD DESIGN AND ANALYSIS INC<br>6596 MONTANA AVE STE J<br>EL PASO, TX 79925-2140 | | Claim Number: 6602<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,290.00 | Scheduled: | $2,890.00 | | |
| TOTAL | Claimed: | $2,890.00 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PROFESSIONAL ANILOX ROLL CLEANING<br>1028 N DAVIS AVENUE<br>OTTAWA, KS 66067 | | Claim Number: 5495<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $4,200.00 | Scheduled: | $4,200.00 | |
| PROFESSIONAL ANSWERING SERVICE INC<br>3861 S JEFFERSON<br>SPRINGFIELD, MO 65807 | | Claim Number: 11595<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $328.00 | Scheduled: | $328.00 | |
| PROFESSIONAL COMPRESSED AIR SERVICES INC<br>P.O. BOX 66<br>ANDERSONVILLE, TN 37705 | | Claim Number: 952<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,160.13 | Scheduled: | $14,748.13 | |
| PROFESSIONAL COMPRESSED AIR SERVICES INC<br>P.O. BOX 66<br>ANDERSONVILLE, TN 37705 | | Claim Number: 953<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,622.00 | | | |
| PROFESSIONAL CONTROL CORPORATION<br>N114 W18770 CLINTON DR.<br>GERMANTOWN, WI 53022 | | Claim Number: 7834<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $30.73 | Scheduled: | $30.73 | |

PROFESSIONAL COURIER INC
PO BOX 70052
RICHMOND, VA 23255

Claim Number: 4265
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $388.16 | Scheduled: | $388.16 |

PROFESSIONAL COURIER, INC.
P.O. BOX 70052
RICHMOND, VA 23255

Claim Number: 2394
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $388.16 | |

PROFESSIONAL DRUG SCREENING SERVICES INC
1208 W. TANBORO STREET
WILSON, NC 27893

Claim Number: 2418
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,566.21 | |

PROFESSIONAL GREETING
9313 MANCHESTER ROAD
SAINT LOUIS, MO 63119

Claim Number: 7368
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $856.09 | Scheduled: | $856.09 |

PROFESSIONAL OFFICE ENVIRONMENT INC
2270 BALL DR
ST LOUIS, MO 63146

Claim Number: 11196
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $82,846.94 | Scheduled: | $79,243.25 | Allowed: | $82,846.94 |

| | | | | |
|---|---|---|---|---|
| PROFESSIONAL TIMBERLAND<br>PO BOX 978<br>OLLA, LA 71465-0978 | | Claim Number: 14103<br>Claim Date: 08/13/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8662 (10/18/2010) | | |
| ADMINISTRATIVE | Claimed: | $27,319.32 | | |
| UNSECURED | Claimed: | $27,319.32 | Scheduled: | $54,638.64 UNLIQ |
| PROFLOW INC<br>PO BOX 748<br>NORTH HAVEN, CT 06473-0748 | | Claim Number: 3602<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $2,684.87 | Scheduled: | $2,684.87 |
| PROFLOW INC<br>PO BOX 748<br>NORTH HAVEN, CT 06473-0748 | | Claim Number: 3603<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 3602<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $2,684.87 | | |
| PROFORMA PRINTING CORPORATION<br>1920 E. WARNER AVE. STE. G<br>SANTA ANA, CA 92705 | | Claim Number: 11893<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,379.56 | Scheduled: | $1,379.56 |
| PROGRESS ELECTRIC COMPANY<br>5722 SOUTH CENTRAL AVENUE<br>CHICAGO, IL 60638 | | Claim Number: 5726<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,977.24 | Scheduled: | $2,977.24 |

| PROGRESS ENERGY CAROLINAS INC<br>PO BOX 2041<br>RALEIGH, NC 27602 | | Claim Number: 11618<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13554<br>DOCKET: 8519 (09/13/2010) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,850.28 | Scheduled: | $49,546.05 UNLIQ | |
| PROGRESS ENERGY CAROLINAS, INC.<br>ATTN: BANKRUPTCY DEPT<br>P.O. BOX 1771<br>RALEIGH, NC 27602 | | Claim Number: 14213<br>Claim Date: 07/25/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9159 (12/19/2011)<br>amends claim 11618 | | | |
| UNSECURED | Claimed: | $0.00 | | | |
| PROGRESSIVE PACKAGING INC<br>418 HIGHWAY 11 WEST<br>PO BOX 466<br>FOOTVILLE, WI 53537 | | Claim Number: 8668<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $999.74 | Scheduled: | $999.74 | |
| PROGRESSIVE PIPING<br>P.O. BOX 794<br>367095<br>DAYVILLE, CT 06241 | | Claim Number: 7853<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $22,024.10 | Scheduled: | $27,151.63 | |
| PROGRESSIVE RECOVERY, INC.<br>520 CIDCO ROAD<br>COCOA, FL 32926 | | Claim Number: 11637<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $31,092.00 | Scheduled: | $30,374.00 | Allowed: $31,092.00 |

---

PROPAK CORPORATION
PO BOX 11708
FORT SMITH, AR 72917

Claim Number: 1456
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $22,442.24 | Scheduled: | $22,442.24 | | |
|---|---|---|---|---|---|---|

PROPAK LIMITED
5230 HARVESTER ROAD
BURLINGTON, ON L7L 4X4
CANADA

Claim Number: 5340
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $2,780.43 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,011.26 | Scheduled: | $6,882.00 | | |

PROPERTY MAINTENANCE/JOHN MCPEAK
3671 WHITEHALL LANE
PHILADELPHIA, PA 19114

Claim Number: 2628
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $22,722.00 | Scheduled: | $24,791.00 | Allowed: | $22,722.00 |
|---|---|---|---|---|---|---|

PROSHRED MIAMI FORT LAUDERDALE
1809 POWERLINE ROAD
DEERFIELD BEACH, FL 33442

Claim Number: 8865-01
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $381.05 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $837.00 | | |

PROSHRED MIAMI FORT LAUDERDALE
1809 POWERLINE ROAD
DEERFIELD BEACH, FL 33442

Claim Number: 8865-02
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $457.75 | | | | |
|---|---|---|---|---|---|---|

---

PROTECTION ONE
C/O CREDITORS BANKRUPTCY SERVICE
P.O. BOX 740933
DALLAS, TX 75374

Claim Number: 2986
Claim Date: 05/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $174.47 | Scheduled: | $700.35 |
|-----------|----------|---------|------------|---------|

PROVIDENT GROUP, INC., THE
349 E 36TH ST
PATERSON, NJ 07504

Claim Number: 1590-01
Claim Date: 03/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,580.52 | Scheduled: | $8,580.52 |
|-----------|----------|-----------|------------|-----------|

PRUDENTIAL INSURANCE COMPANY OF AMERICA
C/O PRUDENTIAL INVESTMENT MANAGEMENT INC
ATTENTION: TERENCE DUNN
P.O. BOX 32339, 2 GATEWAY CENTER
NEWARK, NJ 07102

Claim Number: 11296
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| SECURED | Claimed: | $2,497,258.29 |
|---------|----------|---------------|

PRUDENTIAL INSURANCE COMPANY OF AMERICA
C/O PRUDENTIAL INVESTMENT MANAGEMENT INC
ATTN: TERENCE DUNN
P.O. BOX 32339, 2 GATEWAY CENTER
NEWARK, NJ 07102

Claim Number: 11308
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $128,666.67 |
|-----------|----------|-------------|

PRUITT, KELVIN JAMES
571 TALBERT WHITE RD.
SIMSBORO, LA 71275

Claim Number: 10321
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00  UNLIQ |
|-----------|----------|--------------|

PRUMO TRUCKING INC
820 PARK ROW
SUITE 645
SALINAS, CA 93901

Claim Number: 7414
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $73,862.00 | Scheduled: | $75,696.00 | Allowed: | $73,862.00 |

PRY BAR INC
18542 NW FRONTAGE ROAD
JOLIET, IL 60431

Claim Number: 6404
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $63,889.79 | Scheduled: | $64,299.75 | Allowed: | $63,889.79 |

PSI CONVEYING GROUPS INC
PO BOX 1589
LAKE OSWEGO, OR 97035

Claim Number: 3781
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $468.77 | Scheduled: | $468.77 |

PSI REPAIR SERVICES
11878 HUBBARD
LIVONIA, MI 48150

Claim Number: 2941
Claim Date: 05/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,529.00 | Scheduled: | $8,529.00 |

PUBLIC SERVICE COMPANY OF NORTH CAROLINA
INC. (PSNC)
1426 MAIN STREET
BANKRUPTCY MC 130
COLUMBIA, SC 29201

Claim Number: 10601
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,650.87 |

| | | | | | |
|---|---|---|---|---|---|
| PUDGE BROTHERS<br>5236 S LAREDO WAY<br>CENTENNIAL, CO 80015 | | Claim Number: 9501<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $728.00 | | | |
| PUDGE BROTHERS PIZZA<br>5236 S LAREDO WAY<br>CENTENNIAL, CO 80015 | | Claim Number: 9500<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $728.00 | |
| PUGET SOUND COLLECTIONS<br>PO BOX 66995<br>TACOMA, WA 98464-6995 | | Claim Number: 1872<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $200.13 | | | |
| PUGET SOUND ENERGY<br>PO BOX 90868<br>CLOSED ACCTS DEPT., BOT-01G<br>BELLEVUE, WA 98009-0868 | | Claim Number: 2450<br>Claim Date: 04/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $7,136.06 | | | |
| PUGET SOUND METAL FABRICATION<br>4217 S 288TH PL<br>AUBURN, WA 98001 | | Claim Number: 1203<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | |
| UNSECURED | Claimed: | $1,076.92 | | | |

---

PUGET SOUND METAL FABRICATION
4217 S. 288TH PLACE
AUBURN, WA 98001

Claim Number: 7738
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,076.92 | Scheduled: | $1,076.92 | |

---

PUGLIESE PEST SOLUTIONS INC
PO BOX 4669
UTICA, NY 13504-4669

Claim Number: 4833
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,424.28 | Scheduled: | $2,424.98 | |

---

PULLIN, GLORIA FOR ROBERT PULLIN
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10952
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8391 (08/16/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $300,000.00 | |

---

PULP AND PAPER PRODUCTS COUNCIL
1200 MCGILL COLLEGE AVE., SUITE 1000
MONTREAL, QC H3B 4G7
CANADA

Claim Number: 5880
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $990.26 | Scheduled: | $3,427.82 | |

---

PULPMILL SERVICES INC
803 WEST FIRST AVENUE
CROSSETT, AR 71635

Claim Number: 6491
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $288.00 | Scheduled: | $288.00 | |

---

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

PULPWOOD AND LOGGING INCORPORATED
POST OFFICE BOX 599
KEYSVILLE, VA 23947

Claim Number: 14079
Claim Date: 08/04/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8390 (08/16/2010)

| UNSECURED | Claimed: | $51,114.20 | | | Allowed: | $30,668.52 |
|---|---|---|---|---|---|---|

PUMPING SYSTEMS, INC.
1100 VIJAY DRIVE
ATLANTA, GA 30341

Claim Number: 1358
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $686.95 | Scheduled: | $686.95 |
|---|---|---|---|---|

PURITAN CLEANING PROFESSIONALS
PO BOX 4012
MISSOULA, MT 59806

Claim Number: 1951
Claim Date: 04/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,906.00 | Scheduled: | $9,289.00 |
|---|---|---|---|---|

PURPOSE RECYCLING
PO BOX 1753
ISSAQUAH, WA 98027

Claim Number: 7458
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7432 (05/04/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,192.55 | Scheduled: | $3,648.55 |
|---|---|---|---|---|

PURVIS INDUSTRIES
ATTN: JESSE ZUNIGA, ACCOUNTING MANAGER
10500 N. STEMMONS FREEWAY
DALLAS, TX 75220

Claim Number: 2504
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,377.09 | Scheduled: | $22,579.86 |
|---|---|---|---|---|

---

PURVIS INDUSTRIES
ATTN: JESSE ZUNIGA, ACCOUNTING MANAGER
10500 N. STEMMONS FREEWAY
DALLAS, TX 75220

Claim Number: 2507
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,005.44 |
|---|---|---|

PURVIS INDUSTRIES
ATTN: JESSE ZUNIGA, ACCOUNTING MANAGER
10500 N. STEMMONS FREEWAY
DALLAS, TX 75220

Claim Number: 2514
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,168.75 |
|---|---|---|

PVS MINIBULK
5644 PAYSPHERE CIRCLE
CHICAGO, IL 60674-5644

Claim Number: 9209-02
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $180,240.76 | Scheduled: | $231,969.99 | Allowed: | $180,240.76 |
|---|---|---|---|---|---|---|

PYOTT BOONE ELECTRONICS INC
PO BOX 809
TAZEWELL, VA 24651

Claim Number: 4662
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $269.67 |
|---|---|---|

PYRAMID ELECTRICAL CONTRACTORS INC
300 MONTICELLO PLACE
FAIRVIEW HEIGHTS, IL 62208

Claim Number: 4743
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,150.00 | Scheduled: | $3,150.00 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Q R S<br>PO BOX 17166<br>LOUISVILLE, KY 40217 | | Claim Number: 10775<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,922.50 | | |
| QORE PROPERTY SCIENCES<br>399 EXECUTIVE DRIVE<br>HUNTSVILLE, AL 35816 | | Claim Number: 2529<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $18,030.00 | Scheduled: | $18,030.00 |
| QUACKENBUSH CO INC<br>6711 SANDS ROAD<br>CRYSTAL LAKE, IL 60014 | | Claim Number: 4920-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $711.24 | Scheduled: | $628.67 |
| QUAD CITY TESTING LABORATORY<br>21112 SCOTT PARK ROAD<br>DAVENPORT, IA 52807 | | Claim Number: 816<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $372.00 | Scheduled: | $372.00 |
| QUADNA PUMP SYSTEMS<br>2803 E CHAMBERS ST<br>PHOENIX, AZ 85040 | | Claim Number: 4434<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,744.10 | Scheduled: | $2,744.10 |

QUALITY CARRIERS INC
1120 E POINSETT STREET
GREER, SC 29615

Claim Number: 7054
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,273.00 | Scheduled: | $1,273.00 | | |

QUALITY CONTROL SERVICES INC
PO BOX 14831
PORTLAND, OR 97293-0831

Claim Number: 8588
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,797.00 | Scheduled: | $1,797.00 | | |

QUALITY INDUSTRIAL PRODUCTS, LLC
367 VILLAGE PARK DR
POWELL, OH 43065-6668

Claim Number: 4792
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,139.11 | Scheduled: | $13,519.11 | | |

QUALITY PACKAGING
KEN HUFFMAN
3527 S. 759 HWY
ST JOSEPH, MO 64504

Claim Number: 8731
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET 7432 (05/04/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,123.60 | Scheduled: | $13,023.60 | Allowed: | $12,123.60 |

QUALITY PACKAGING INC
851 SULLIVAN DR
PO BOX 1720
FOND DU LAC, WI 54935

Claim Number: 11563
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $96,598.28 | Scheduled: | $121,731.56 | Allowed: | $96,598.28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| QUALITY PACKAGING SPECIALISTS<br>5 COOPER STREET<br>BURLINGTON, NJ 08016 | | Claim Number: 11380<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,290.00 | Scheduled: | $4,290.00 | | |
| QUALITY PLUS SERVICES, INC.<br>ATTN: AARON GAY<br>2829 QUALITY DRIVE<br>PETERSBURG, VA 23805 | | Claim Number: 9953<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8135 (06/23/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,345,752.36 | Scheduled: | $1,524,376.63 UNLIQ | | |
| QUALITY SUPPLIER<br>PO BOX 807<br>KEYSER, WV 26726 | | Claim Number: 3661<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,101.70 | Scheduled: | $880.00 | | |
| QUALITY TRANSPORTATION SERVICES, INC<br>9568 KINGS CHARTER DRIVE, STE 100<br>ASHLAND, VA 23005-7955 | | Claim Number: 2095<br>Claim Date: 04/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $18,884.00 | Scheduled: | $18,884.00 | Allowed: | $18,884.00 |
| QUALLS, ALVIN<br>P.O. BOX 1672<br>HODGE, LA 71247 | | Claim Number: 10253<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |

| | | | | |
|---|---|---|---|---|
| QUALLS, CEOLA<br>P.O. BOX 217<br>JONESBORO, LA 71251 | | Claim Number: 10322<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| QUALLS, GARY JEROME<br>410 NORTH EAST STREET<br>JONESBORO, LA 71251 | | Claim Number: 10323<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |
| QUANTUM CONTROLS INC<br>1643 FALLEN TIMBER TRAIL<br>POWHATAN, VA 23139 | | Claim Number: 5458<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,010.56 | Scheduled: | $5,010.56 |
| QUENCH / DOLPHIN CAPITAL / LEAF<br>P.O. BOX 644006<br>CINCINNATI, OH 45264 | | Claim Number: 301<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $960.00 | | |
| QUENCH / LEAF<br>PO BOX 644006<br>CINCINNATI, OH 45264 | | Claim Number: 299<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $401.64 | | |

| | | | | |
|---|---|---|---|---|
| QUENCH / LEAF DEALER<br>PO BOX 644006<br>CINCINNATI, OH 45264 | | Claim Number: 291<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $178.92 | Scheduled: | $178.92 |
| QUENCH / LEAF DEALER<br>PO BOX 644006<br>CINCINNATI, OH 45264 | | Claim Number: 292<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,200.13 | | |
| QUENCH / LEAF DEALER<br>PO BOX 644006<br>CINCINNATI, OH 45264 | | Claim Number: 297<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,020.00 | | |
| QUERCUS DESIGN LLC<br>915 BROADWAY, SUITE 1001<br>NEW YORK, NY 10010 | | Claim Number: 5727<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | |
| UNSECURED | Claimed: | $7,841.00 | | |
| QUEST 7 INC<br>PO BOX 771<br>ROSCOE, IL 61073 | | Claim Number: 4031-01<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $35,107.56 | Scheduled: | $34,587.35 |

| QUEST ENGINEERING INC (01)<br>PO BOX 46490<br>EDEN PRAIRIE, MN 55344-6490 | | Claim Number: 5791<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $313.32 | Scheduled: | $313.32 | | | |
| QUICK SAND BLASTING LLC<br>107 JEROME ROAD<br>UNCASVILLE, CT 06382 | | Claim Number: 261<br>Claim Date: 02/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $13,910.61 | Scheduled: | $16,813.11 | Allowed: | $13,910.61 |
| QUICK SAND BLASTING LLC<br>107 JEROME ROAD<br>UNCASVILLE, CT 06382 | | Claim Number: 14059<br>Claim Date: 06/24/2010<br>Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | | | | | |
| UNSECURED | Claimed: | $13,910.61 | | | | | |
| QUICK SAND BLASTING, LLC<br>107 JEROME ROAD<br>UNCASVILLE, CT 06382 | | Claim Number: 14000<br>Claim Date: 04/15/2010<br>Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | | | |
| UNSECURED | Claimed: | $13,910.61 | | | | | |
| QUICK SHRED<br>111 NORTH VILLAGE WAY<br>JUPITER, FL 33458 | | Claim Number: 4580<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $277.00 | | | |

---

QUICKFAB, INC.
PO BOX 947
DOVER, FL 33527

Claim Number: 3428
Claim Date: 06/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,933.47 | Scheduled: | $15,933.47 | | |
|---|---|---|---|---|---|---|

QUIKSHRED
ATTN: RON SACCO
11 NORTH VILLAGE BLVD.
JUPITER, FL 33477

Claim Number: 8387
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $277.00 | | | | |
|---|---|---|---|---|---|---|

QUINCY RECYCLE
526 SOUTH SIXTH STREET
QUINCY, IL 62301

Claim Number: 2570
Claim Date: 04/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $839.00 | Scheduled: | $838.00 | | |
|---|---|---|---|---|---|---|

QWEST CORPORATION
ATTN: JANE FREY
1801 CALIFORNIA ST, RM 900
DENVER, CO 80202-2658

Claim Number: 3093
Claim Date: 05/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $75.58 | Scheduled: | $7,477.07 | | |
|---|---|---|---|---|---|---|

QWEST CORPORATION
ATTN: JANE FREY
1801 CALIFORNIA ST, RM 900
DENVER, CO 80202-2658

Claim Number: 3094
Claim Date: 05/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,523.14 | Scheduled: | $13,682.98 | Allowed: | $11,523.14 |
|---|---|---|---|---|---|---|

R & R POWER SERVICES, LLC
4807 HAZEL JONES RD.
BOSSIER CITY, LA 71111

Claim Number: 2882
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $333.31 | Scheduled: | $333.31 | | |

R AND D INCORPORATED
C/O SAM O. SIMMERMAN, ESQ.
P.O. BOX 36963
CANTON, OH 44735-6963

Claim Number: 9757-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2205 (10/09/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,897.33 | | | Allowed: | $14,897.33 |

R AND P INDUSTRIAL CHIMNEY CO, INC
244 INDUSTRY PARKWAY
NICHOLASVILLE, KY 40356

Claim Number: 9560
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $39,300.00 | Scheduled: | $39,300.00 | Allowed: | $39,300.00 |

R AND R SERVICES (JONESBORO)
5304 JEAN DR
JONESBORO, AR 72404

Claim Number: 8019
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $900.00 | Scheduled: | $900.00 | | |

R D HARRISON INC
2249 GREENSBORO RD EXTENSION
LEXINGTON, NC 27295

Claim Number: 4765
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $895.00 | Scheduled: | $895.00 | | |

| R DALE PATCHETT MANAGEMENT INC<br>3069 CARLOW CIRCLE<br>TALLAHASSEE, FL 32309 | Claim Number: 6595<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $13,500.00 | Scheduled: | $13,500.00 |
|---|---|---|---|---|

| R E BARNETT AND SONS<br>PO BOX 16006<br>PHOENIX, AZ 85011 | Claim Number: 5099<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9069 (05/20/2011)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $1,107.36 | Scheduled: | $1,044.00 |
|---|---|---|---|---|

| R MOORE CONSTRUCTION<br>PO BOX 56<br>WALESKA, GA 30183 | Claim Number: 5368<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $4,622.76 | Scheduled: | $9,622.76  UNLIQ |
|---|---|---|---|---|

| R Y TIMBER, INC<br>C/O MICHAEL D. DEBAECKE<br>1201 MARKET STREET, STE 800<br>WILMINGTON, DE 19801 | Claim Number: 7659-01<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $2,713.85 |
|---|---|---|

| R Y TIMBER, INC<br>C/O MICHAEL D. DEBAECKE<br>1201 MARKET STREET, STE 800<br>WILMINGTON, DE 19801 | Claim Number: 7659-02<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $59,362.95 | Scheduled: | $62,076.80 | Allowed: | $59,362.95 |
|---|---|---|---|---|---|---|

R Y TIMBER, INC
C/O MICHAEL D. DEBAECKE
1201 MARKET STREET, STE 800
WILMINGTON, DE 19801

Claim Number: 10031
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $59,362.95 | | | | |
| UNSECURED | Claimed: | $2,713.85 | | | | |

R&B ENTERPRISES
905 BRANDERMILL DR
CANTONMENT, FL 32533-6305

Claim Number: 5456
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $119.42 | Scheduled: | $119.42 | | |

R&B SPLICER SYSTEMS
145 BODWELL STREET
AVON, MA 02322

Claim Number: 23-01
Claim Date: 02/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $153,897.06 | Scheduled: | $151,097.38 | Allowed: | $153,897.06 |

R&J TRANSPORT
608 N. 41ST STREET
MANITOWOC, WI 54220

Claim Number: 5082
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,232.00 | Scheduled: | $7,392.00 | | |

R&M WELDING PRODUCTS, INC.
105 WILLIAMS WAY
WILDER, KY 41076

Claim Number: 3215
Claim Date: 06/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $39,736.93 | Scheduled: | $35,355.09 | Allowed: | $39,736.93 |

R&R CONTRACTING SERVICES INC
P.O. BOX 1803
SAINT PETERS, MO 63376

Claim Number: 2085
Claim Date: 04/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,754.09 | Scheduled: | $4,279.02 | | |
|---|---|---|---|---|---|---|

R&R TIMBER MANAGEMENT INC
PO BOX 694
JONESBORO, LA 71251

Claim Number: 4124
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $33,179.00 | Scheduled: | $66,357.74 UNLIQ | Allowed: | $33,179.00 |
|---|---|---|---|---|---|---|

R&R TRUCK REPAIR INC
PO BOX 434
640 TWIGGS STREET
AUGUSTA, GA 30903

Claim Number: 6673
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,059.39 | Scheduled: | $5,038.87 | | |
|---|---|---|---|---|---|---|

R&R WOOD PRODUCTS INC
PO BOX 65
MAINLAND, PA 19451

Claim Number: 7756
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,024.00 | Scheduled: | $1,024.00 | | |
|---|---|---|---|---|---|---|

R&S SUPPLY INC.
P.O. BOX 1255
BASTROP, LA 71221-1255

Claim Number: 983
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $88,158.72 | Scheduled: | $85,239.76 | | |
|---|---|---|---|---|---|---|

| R&W HYDRAULIC SRV<br>7963 TURNPIKE RD<br>ARCHDALE, NC 27263 | | Claim Number: 3154<br>Claim Date: 05/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | | | | |
| UNSECURED | Claimed: | $2,979.78 | Scheduled: | $2,979.78 | | | |
| R.H. CREAGER INC<br>PO BOX 100<br>KENNER, LA 70063-0100 | | Claim Number: 3944-01<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,734.30 | Scheduled: | $3,863.38 | | | |
| R.H. CREAGER INC<br>PO BOX 100<br>KENNER, LA 70063-0100 | | Claim Number: 3944-02<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | | | | |
| ADMINISTRATIVE | Claimed: | $1,169.88 | | | | Allowed: | $1,169.88 |
| R.I. DIVISION OF TAXATION<br>ONE CAPITOL HILL<br>PROVIDENCE, RI 02908 | | Claim Number: 1816<br>Claim Date: 03/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5042 (02/16/2010) | | | | | |
| PRIORITY | Claimed: | $3,000.00 | | | | | |
| RA GREIG EQUIPMENT COMPANY<br>2974 WEST 17TH STREET<br>ERIE, PA 16505 | | Claim Number: 635<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $4,130.12 | Scheduled: | $2,332.00 | | | |

---

RABB, WILLIE
C/O THOMAS ALBRITTON
ALBRITTON CLIFTON ALVERSON MOODY ET AL
PO BOX 880
ANDALUSIA, AL 36420

Claim Number: 11496
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $100,000.00 | | $0.00 UNLIQ | | $9,999.99 |

RACINE, JEAN-GUY
2805 CHEMIN BELLEVUE
ST-BONIFACE, QC G0X 2L0
CANADA

Claim Number: 99003
Claim Date: 06/17/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)

| | Claimed: | | | Allowed: | |
|---|---|---|---|---|---|
| UNSECURED | | $62,877.67 | | | $31,438.84 |

RACING COMMUNICATIONS, INC.
3860 MOON STATION RD
KENNESAW, GA 30144

Claim Number: 1575
Claim Date: 03/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $1,875.00 | | $5,434.05 |

RACING COMMUNICATIONS, INC.
3860 MOON STATION RD
KENNESAW, GA 30144

Claim Number: 1576
Claim Date: 03/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | Claimed: | |
|---|---|---|
| UNSECURED | | $1,937.00 |

RACING COMMUNICATIONS, INC.
3860 MOON STATION RD
KENNESAW, GA 30144

Claim Number: 1577
Claim Date: 03/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | Claimed: | |
|---|---|---|
| UNSECURED | | $219.95 |

---

RACING COMMUNICATIONS, INC.
3860 MOON STATION RD
KENNESAW, GA 30144

Claim Number: 1578
Claim Date: 03/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $190.80 |
|---|---|---|

---

RACING COMMUNICATIONS, INC.
3860 MOON STATION RD
KENNESAW, GA 30144

Claim Number: 1579
Claim Date: 03/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $263.30 |
|---|---|---|

---

RACING COMMUNICATIONS, INC.
3860 MOON STATION RD
KENNESAW, GA 30144

Claim Number: 1580
Claim Date: 03/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $375.00 |
|---|---|---|

---

RACING COMMUNICATIONS, INC.
3860 MOON STATION RD
KENNESAW, GA 30144

Claim Number: 1581
Claim Date: 03/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $480.00 |
|---|---|---|

---

RAD ASSOCIATES INC
14578 LAGOON DRIVE
JACKSONVILLE, FL 32250

Claim Number: 8088
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,537.00 | Scheduled: | $3,537.00 |
|---|---|---|---|---|

---

---

RADIATOR SOLUTIONS LLC
PO BOX 17614
MISSOULA, MT 59808

Claim Number: 3718
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $755.00 | Scheduled: | $755.00 | | |

RADION COMMUNICATIONS OF VIRGINIA, INC.
1282 MOUNTAIN ROAD
GLEN ALLEN, VA 23060

Claim Number: 3254
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,997.00 | Scheduled: | $1,997.00 | | |

RADNOR HOLDINGS CORPORATION, ET AL.
C/O A-S-K FINANCIAL LLP
2600 EAGAN WOODS DRIVE, SUITE 400
EAGAN, MN 55121

Claim Number: 273
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6647 (04/07/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,980.74 | | | | |

RADNOR HOLDINGS CORPORATION, ET AL.
C/O ASK FINANCIAL LLP
2600 EAGAN WOODS DRIVE, SUITE 400
EAGAN, MN 55121

Claim Number: 277
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9446 (02/19/2014)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $702,746.49 | | | Allowed: | $32,000.00 |

RAGAN PEST CONTROL CORP
7400 N MELVINA AVE
NILES, IL 60714

Claim Number: 4639
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,236.00 | Scheduled: | $1,236.00 | | |

---

RAGANS ACE HARDWARE INC
805 S JEFFERSON ST
PERRY, FL 32347

Claim Number: 5055
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $220.15 | Scheduled: | $220.15 | | |
|---|---|---|---|---|---|---|

RAIL LINK, INC.
1200-C SCOTTSVILLE ROAD
SUITE 200
ROCHESTER, NY 14624

Claim Number: 2770
Claim Date: 05/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $14,426.46 | Scheduled: | $146,709.69 | | |
|---|---|---|---|---|---|---|

RAIL SYSTEMS INC.
PO BOX 201713
HOUSTON, TX 77216-1713

Claim Number: 7954
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $479.64 | Scheduled: | $1,342.50 | | |
|---|---|---|---|---|---|---|

RAINY BAY COMPANY INC.
ATTN: LARRY EDWARDS
PO BOX 665
AUBURN, WA 98071-0665

Claim Number: 7109
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $76,380.37 | | | | |
|---|---|---|---|---|---|---|

RAINY BAY COMPANY, INC
ATTN: LARRY T. EDWARDS
PO BOX 665
AUBURN, WA 98071-0665

Claim Number: 7135
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $76,380.37 | Scheduled: | $106,275.53 UNLIQ | Allowed: | $76,380.37 |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| RALLS, MICHAEL C.<br>NAMED PLAINTIFF IN ERICKSON, ROY D.,<br>ET AL., C/O TOM L. LEWIS - LEWIS SLOVAK<br>& KOVACICH, P.C. - P.O. BOX 2325<br>GREAT FALLS, MT 59403 | | Claim Number: 6644<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,000.00 | | | |
| RAND MCNALLY<br>PO BOX 7600<br>CHICAGO, IL 60680 | | Claim Number: 2520<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,758.49 | Scheduled: | $1,758.49 | |
| RAND-WHITNEY CONTAINER CORP. (02)<br>PO BOX 847459<br>BOSTON, MA 02284-7459 | | Claim Number: 4556<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8408 (08/18/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $9,017.11 | Scheduled: | $9,017.11 | |
| RANDSTAD<br>2015 SOUTH PARK PLACE<br>ATLANTA, GA 30339 | | Claim Number: 13481<br>Claim Date: 10/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $16,651.08 | Scheduled: | $16,651.08 | |
| RANGE TELECOMMUNICATIONS<br>2342 US 41 WEST<br>MARQUETTE, MI 49855 | | Claim Number: 7553<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,255.11 | Scheduled: | $1,419.11 | |

RAPID PALLETS, LP
26 WALTER JONES BLVD, STE. E
EL PASO, TX 79906

Claim Number: 6742
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $41,864.18 | Scheduled: | $54,785.20 |
|---|---|---|---|---|

RAPPAHANNOCK ELECTRIC COOPERATIVE
PO BOX 7388
FREDERICKSBURG, VA 22404-7388

Claim Number: 3666
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $349.92 | Scheduled: | $338.65 |
|---|---|---|---|---|

RASBERRY, JAMES W.
1604 S. HUDSON AVENUE
JONESBORO, LA 71251

Claim Number: 10254
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

RATZBURG CONTROLS INC
W208N16945 N CENTER ST
JACKSON, WI 53037-9623

Claim Number: 6035
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,995.00 | Scheduled: | $1,995.00 |
|---|---|---|---|---|

RAY, DAVID L.
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10706
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $51,277.56 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| RAY, KIRKLAND<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10718<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $5,345.40 | | |
| RAYONIER FOREST RESOURCES LP<br>1901 ISLAND WALKWAY<br>FERNANDINA BEACH, FL 32034 | | Claim Number: 10033<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $52,545.74 | Scheduled: | $57,545.74 |
| RAYONIER FOREST RESOURCES, LP<br>ATTN: SUE RANGER<br>1901 ISLAND WALKWAY<br>FERNANDINA BEACH, FL 32034 | | Claim Number: 10003<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 9016 (04/01/2011) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| RAYONIER PERFORMANCE FIBERS, LLC<br>ATTN: KATHY WOLFLA<br>PO BOX 2002<br>FERNANDINA BEACH, FL 32035-2002 | | Claim Number: 10034<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $602,786.81 | Scheduled: | $602,786.81 UNLIQ |
| RB U'REN EQUIPMENT INC<br>1120 CONNECTING ROAD<br>NIAGARA FALLS, NY 14304 | | Claim Number: 3764<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $876.96 | Scheduled: | $876.96 |

RBX INC
P.O. BOX 2118
SPRINGFIELD, MO 65801

Claim Number: 4864
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,650.83 | Scheduled: | $13,797.58 |

READYONE INDUSTRIES, INC.
1414 ABILITY DRIVE
EL PASO, TX 79936

Claim Number: 2944
Claim Date: 05/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $44,498.12 | Scheduled: | $44,222.42 |

REAL FOODS
2140 POLK STREET
SAN FRANCISCO, CA 94109

Claim Number: 6588
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $99.50 | Scheduled: | $99.50 |

REAL ST JOHN
6416 ROUTE 17
ST QUENTIN, NB E8A 2J2
CANADA

Claim Number: 6796
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,760.43 | Scheduled: | $3,760.43 |

REBUTS SOLIDES CANADA INC
1635 RUE SHERBROOKE OUEST, BUREAU 300
MONTREAL, QC H3H 1E2
CANADA

Claim Number: 6920
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 9524 (12/14/2015)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $86,304.35 | Scheduled: | $16,280.00 |

RECORD CONSTRUCTION
10635 W SOLANO DR
GLENDALE, AZ 85307

Claim Number: 3966
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,800.00 | Scheduled: | $12,800.00 |
|---|---|---|---|---|

RECORD KEEPERS INC
221 SOUTH FRANKLIN AVENUE
SIOUX FALLS, SD 57103

Claim Number: 5952
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $279.84 | Scheduled: | $279.84 |
|---|---|---|---|---|

RECORDS KEEPERS
1614 NW 23 AVE
FORT LAUDERDALE, FL 33311

Claim Number: 3971
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $483.12 | Scheduled: | $750.12 |
|---|---|---|---|---|

RECOVER, INC.
P.O. BOX 27089
GREENVILLE, SC 29616-2089

Claim Number: 510
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,136.84 | Scheduled: | $949.00 |
|---|---|---|---|---|

RECY SOL
5708 COTTONWOOD
SHAWNEE, KS 66216

Claim Number: 7728
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| SECURED | Claimed: | $0.00 |
|---|---|---|
| UNSECURED | Claimed: | $19,709.00 |
| TOTAL | Claimed: | $19,400.00 |

---

RECYCLE SYSTEMS INC
PO BOX 201
KIRKLAND, WA 98083-0201

Claim Number: 3879
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,803.13 | Scheduled: | $1,803.13 |
|---|---|---|---|---|

RECYCLEASE
13427 NE 20TH STREET SUITE 175
BELLEVUE, WA 98009

Claim Number: 5187
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $381.15 | Scheduled: | $381.15 |
|---|---|---|---|---|

RECYCLING EQUIPMENT CORPORATION
831 WEST 5TH STREET
LANSDALE, PA 19446

Claim Number: 312
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $736.33 | Scheduled: | $980.60 |
|---|---|---|---|---|

RECYCLING EQUIPMENT REPAIR INC
1017 EL CAMINO REAL 356
REDWOOD CITY, CA 94063

Claim Number: 5227
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,550.00 | Scheduled: | $1,550.00 |
|---|---|---|---|---|

RECYCLING MANAGEMENT RESOURCES
20 HOOK MOUNTAIN ROAD
PO BOX 689
PINE BROOK, NJ 07058

Claim Number: 9646
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $523.00 |
|---|---|---|

RECYCLING MANAGEMENT RESOURCES
20 HOOK MOUNTAIN ROAD
PO BOX 689
PINE BROOK, NJ 07058

Claim Number: 9647
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $30,649.07 | | | Allowed: | $23,761.57 |

RECYCLING WORKS
PO BOX 1492
ELKHART, IN 46515

Claim Number: 7917
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $22,226.00 | Scheduled: | $22,226.00 | |

RED DIRT ROAD INC
1316 BARKLEY ROAD
STATESVILLE, NC 28625

Claim Number: 7717
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $53,175.35 | Scheduled: | $53,175.35 | Allowed: | $53,175.35 |

RED FEATHER MARKETING GROUP INC
332 MAIN STREET
MADISON, NJ 07940

Claim Number: 4811
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,705.00 | Scheduled: | $4,705.00 | |

RED WING SHOE STORE
750 N. GREEN BAY RD.
WAUKEGAN, IL 60085-2236

Claim Number: 1724
Claim Date: 03/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $402.75 | Scheduled: | $530.25 | |

---

RED WING SHOE STORE
13924 E NOLAND CT.
INDEPENDENCE, MO 64055

Claim Number: 2679
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $949.59 | Scheduled: | $626.70 |
|---|---|---|---|---|

RED WING SHOE STORE
5408 NE ANTIOCH RD
KANSAS CITY, MO 64119

Claim Number: 3889
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $204.14 | Scheduled: | $204.14 |
|---|---|---|---|---|

RED WING SHOE STORE
988 KNOX ABBOT DRIVE
CAYCE, SC 29033-3320

Claim Number: 5788
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $14,617.57 | Scheduled: | $14,995.52 |
|---|---|---|---|---|

RED WING SHOE STORE INC
1423 GADSDEN HWY 109
BIRMINGHAM, AL 35235

Claim Number: 5759
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,213.17 | Scheduled: | $1,113.00 |
|---|---|---|---|---|

RED WING SHOES
1360 S. CLEVEVLAND MASSILLON ROAD
COPLEY, OH 44321

Claim Number: 3070
Claim Date: 05/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $160.81 | Scheduled: | $549.19 |
|---|---|---|---|---|

---

RED WING SHOES
1701 N. LARKIN AVE
STE 605
CREST HILL, IL 60403

Claim Number: 3495
Claim Date: 06/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $150.00 | Scheduled: | $273.89 |

RED WING STORE #124
14048 E MISSISSIPPI AVE
AURORA, CO 80012

Claim Number: 6737
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $684.47 | Scheduled: | $878.13 |

REDDY ICE
903 ELIZABETHTOWN RD
LUMBERTON, NC 28358

Claim Number: 1783
Claim Date: 03/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $459.00 | Scheduled: | $1,787.16 |

REDKOH INDUSTRIES INC
PO BOX 801
BELLE MEAD, NJ 08502

Claim Number: 7552
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,745.42 | Scheduled: | $2,745.42 |

REDWING SHOE STORE #127
8410C WADSWORTH BLVD
ARVADA, CO 80003

Claim Number: 12211
Claim Date: 09/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $146.95 | Scheduled: | $146.95 |

| REDWING SHOE STORE #127<br>8410C WADSWORTH BLVD<br>DENVER, CO 80003 | | Claim Number: 12212<br>Claim Date: 09/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $684.47 | | | | |
| REDWING SHOES<br>1222 BRONSON WAY N STE 120<br>RENTON, WA 98055 | | Claim Number: 6678<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $865.91 | Scheduled: | $865.91 | | |
| REDWING SHOES<br>4375 SOUTHSIDE BLVD., SUITE 8<br>JACKSONVILLE, FL 32216 | | Claim Number: 12158<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $127.49 | Scheduled: | $244.73 | | |
| REEBALS INC<br>PO BOX 2177<br>ASHLAND, VA 23005 | | Claim Number: 5569<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,300.00 | Scheduled: | $2,300.00 | | |
| REECE LOGGING INC<br>REMOVE<br>P.O.BOX 962<br>JASPER, GA 30143 | | Claim Number: 7009<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $28,673.87 | Scheduled: | $57,347.75 UNLIQ | Allowed: | $28,673.87 |

| | | | | |
|---|---|---|---|---|
| REFRA-CHEM LININGS INC.<br>11280A U.S. HWY 31<br>SPANISH FORT, AL 36527 | | Claim Number: 10679<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| SECURED<br>UNSECURED | Claimed: | $391,600.79 | Scheduled: | $452,298.59 |
| REITZ, PAUL E<br>14275 VALLEY VISTA BLVD<br>SHERMAN OAKS, CA 91423 | | Claim Number: 12249<br>Claim Date: 09/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4729 (02/04/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $205,526.09 | Scheduled: | $205,526.09 |
| RELIABLE CONTAINER CORP<br>9206 SANTA FE SPRINGS RD<br>SANTA FE SPRINGS, CA 90670 | | Claim Number: 12195<br>Claim Date: 09/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $25,379.91 | Scheduled: | $30,295.73 |
| RELIABLE MAINTENANCE COMPANY<br>2525 DOUGLAS AVE<br>DES MOINES, IA 50310 | | Claim Number: 7907<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,279.84 | Scheduled: | $1,279.84 |
| RELIABLE RUBBER INC<br>805 FORESTWOOD DR<br>ROMEOVILLE, IL 60446 | | Claim Number: 5006<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $20,598.05 | Scheduled: | $20,598.05 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

RELIABLE TRAILER SERVICE INC
PO BOX 646
KEARNEY, MO 64060

Claim Number: 11233
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,365.63 | Scheduled: | $4,864.52 |

RELIABLE WELDING AND FABRICATORS IN
PO BOX 249
BASSETT, VA 24055

Claim Number: 4983
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $96.00 | Scheduled: | $96.00 |

RELIANT SERVICES INC
PO BOX 1088
KEARNY, NJ 07032

Claim Number: 8872
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $587.75 | Scheduled: | $352.94 |

RENOLD INC.
100 BOURNE STREET
WESTFIELD, NY 14787

Claim Number: 164
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $674.45 | Scheduled: | $674.45 |

RENT-A-JOHN, INC.
119 ELMWOOD DRIVE
WEST MONROE, LA 71291

Claim Number: 2964
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,139.05 | Scheduled: | $3,288.65 |

---

---

RENTAL SERVICE CORPORATION (03)
PO BOX 840514
DALLAS, TX 75284-0514

Claim Number: 12600
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $92,866.43 | Scheduled: | $90,455.15 |
|---|---|---|---|---|

---

RENTZ, RONALD E
ATTN: JAMES SORENSON, ESQ
WILLIAMS GAUTIER GWYNN DELOACH &SORENSON
PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10657
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $48,749.91 |
|---|---|---|

---

REPUBLIC SERVICES OF NJ, LLC
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11346
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $365.76 | Scheduled: | $435.40 |
|---|---|---|---|---|

---

REPUBLIC SERVICES OF SOUTHERN NEVADA
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11322
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $4,258.87   UNLIQ | Scheduled: | $821.00 |
|---|---|---|---|---|

---

REPUBLIC SILVER STATE DISPOSAL, INC. DBA
REPUBLIC SERVICES
FENNEMORE CRAIG, P.C. C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11147
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $199,718.42   UNLIQ |
|---|---|---|

---

| | | | | | | |
|---|---|---|---|---|---|---|
| REPUBLIC WASTE SERVICES - DETROIT<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | | Claim Number: 11334<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | | | |
| UNSECURED | Claimed: | $2,832.16   UNLIQ | | | | |
| RESCUE ROOTER<br>12430 SE CAPPS RD<br>CLACKAMAS, OR 97015 | | Claim Number: 6438<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,470.00 | Scheduled: | $858.00 | | |
| RESCUE ROOTER<br>PO BOX 640845<br>SAN JOSE, CA 95164-0845 | | Claim Number: 7233<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,348.50 | Scheduled: | $4,348.50 | | |
| RESCUE ROOTER (FORT WORTH)<br>PO BOX 7674<br>FT WORTH, TX 76111 | | Claim Number: 6437<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,007.56 | Scheduled: | $4,483.54 | | |
| RESOURCES GLOBAL PROFESSIONALS<br>17101 ARMSTRONG AVENUE<br>IRVINE, CA 92614 | | Claim Number: 4803<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $34,980.00 | Scheduled: | $34,980.00 | Allowed: | $34,980.00 |

---

RESPONSIVE COMMUNICATION SERVICES INC.
1771 VINEYARD DRIVE SUITE 6
ANTIOCH, CA 94509

Claim Number: 563
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $785.35 | Scheduled: | $785.35 | | |

RESTORATION HOLDINGS LTD
TRANSFEROR: ACCURATE AIR ENGINEERING, IN
C/O BOWERY INSTITUTIONAL OPP FUND, LP
US NAT BANK, ATTN: S. SELSER, EP-MN-WS3T
ST. PAUL, MN 55107

Claim Number: 348
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9349 (04/18/2013)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,656.71 | Scheduled: | $14,190.67 | Allowed: | $15,656.71 |

RESTORATION HOLDINGS LTD
TRANSFEROR: HOOSIER TECHNICAL SERVICES,
C/O BOWERY INSTITUTIONAL OPP FUND, LP
US NAT BANK, ATTN: S. SELSER, EP-MN-WS3T
ST. PAUL, MN 55107

Claim Number: 1331
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9349 (04/18/2013)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $79,051.00 | Scheduled: | $102,008.00 | Allowed: | $79,051.00 |

RESTORATION HOLDINGS LTD
TRANSFEROR: CUSTOM SHEET AND METAL FABR.
C/O BOWERY INSTITUTIONAL OPP FUND, LP
US NAT BANK, ATTN: S. SELSER, EP-MN-WS3T
ST. PAUL, MN 55107

Claim Number: 2176
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9349 (04/18/2013)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,031.50 | Scheduled: | $12,031.50 | Allowed: | $12,031.50 |

RESTORATION HOLDINGS LTD
TRANSFEROR: NEW PIG CORP
C/O BOWERY INSTITUTIONAL OPP FUND, LP
US NAT BANK, ATTN: S. SELSER, EP-MN-WS3T
ST. PAUL, MN 55107

Claim Number: 3258
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9349 (04/18/2013)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74,508.25 | Scheduled: | $72,562.63 | Allowed: | $74,508.25 |

---

RESTORATION HOLDINGS LTD
TRANSFEROR: SABEL STEEL SERVICE INC
C/O BOWERY INSTITUTIONAL OPP FUND, LP
US NAT BANK, ATTN: S. SELSER, EP-MN-WS3T
ST. PAUL, MN 55107

Claim Number: 3936
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9349 (04/18/2013)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $145,429.98 | Scheduled: | $153,537.20 | Allowed: | $145,429.98 |

RESTORATION HOLDINGS LTD
TRANSFEROR: HI TECH TESTING
ATTN: PAMELA LAWRENCE
PO BOX 7918
GREENWICH, CT 06836

Claim Number: 4338
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6353 (03/29/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17,024.00 | Scheduled: | $14,624.00 | | |

RESTORATION HOLDINGS LTD
TRANSFEROR: ORANGE COUNTY LOCKSMITH SRV.
ATTN: PAMELA LAWRENCE
PO BOX 7918
GREENWICH, CT 06836

Claim Number: 4758
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,538.29 | Scheduled: | $14,538.29 | | |

RESTORATION HOLDINGS LTD
TRANSFEROR: TOWNSHIP OF LOWER MERION
C/O BOWERY INSTITUTIONAL OPP FUND, LP
US NAT BANK, ATTN: S. SELSER, EP-MN-WS3T
ST. PAUL, MN 55107

Claim Number: 5639
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9349 (04/18/2013)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $95,943.59 | Scheduled: | $95,941.00 | Allowed: | $95,943.59 |

RESTORATION HOLDINGS LTD
TRANSFEROR: JOHNSONVILLE MECHANICAL
C/O BOWERY INSTITUTIONAL OPP FUND, LP
US NAT BANK, ATTN: S. SELSER, EP-MN-WS3T
ST. PAUL, MN 51107

Claim Number: 5659
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $82,042.87 | Scheduled: | $82,042.87 | Allowed: | $82,042.87 |

RESTORATION HOLDINGS LTD
TRANSFEROR: JOHNSON CONTROLS INC.
C/O BOWERY INSTITUTIONAL OPP FUND, LP
US NAT BANK, ATTN: S. SELSER, EP-MN-WS3T
ST. PAUL, MN 55107

Claim Number: 6181
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 7509
DOCKET: 9349 (04/18/2013)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $114,977.10 | Scheduled: | $111,032.08 | Allowed: | $114,977.10 |

RESTORATION HOLDINGS LTD
TRANSFEROR: LIFT TRUCK SPECIALIST INC
C/O BOWERY INSTITUTIONAL OPP FUND, LP
US NAT BANK, ATTN: S. SELSER, EP-MN-WS3T
ST. PAUL, MN 55107

Claim Number: 7105
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9349 (04/18/2013)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $39,662.79 | Scheduled: | $39,400.49 | Allowed: | $39,662.79 |

RESTORATION HOLDINGS LTD
TRANSFEROR: AMERICAN BOILER SERVICES INC
C/O BOWERY INSTITUTIONAL OPP FUND, LP
US NAT BANK, ATTN: S. SELSER, EP-MN-WS3T
ST. PAUL, MN 55107

Claim Number: 7153
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9349 (04/18/2013)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $37,149.31 | Scheduled: | $23,359.55 | Allowed: | $37,149.31 |

RESTORATION HOLDINGS LTD
TRANSFEROR: JOHNSON CONTROLS, INC
ATTN: PAMELA LAWRENCE
PO BOX 7918
GREENWICH, CT 06836

Claim Number: 7509
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,763.75 |

RESTORATION HOLDINGS LTD
TRANSFEROR: STEBBINS ENGR AND MFG CO
C/O BOWERY INSTITUTIONAL OPP FUND, LP
US NAT BANK, ATTN: S. SELSER, EP-MN-WS3T
ST. PAIL, MN 55107

Claim Number: 7677
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9349 (04/18/2013)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $118,227.37 | Scheduled: | $118,227.37 | Allowed: | $118,227.37 |

RESTORATION HOLDINGS LTD
TRANSFEROR: COUGLES RECYCLING
C/O BOWERY INSTITUTIONAL OPP FUND, LP
US NAT BANK, ATTN: S. SELSER, EP-MN-WS3T
ST. PAUL, MN 55107

Claim Number: 8014
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9349 (04/18/2013)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,046.82 | Scheduled: | $18,298.00 | Allowed: | $15,046.82 |

RESTORATION HOLDINGS LTD
TRANSFEROR: WAKEFIELD MUNICIPAL GAS &
C/O BOWERY INSTITUTIONAL OPP FUND, LP
US NAT BANK, ATTN: S. SELSER, EP-MN-WS3T
ST. PAUL, MN 55107

Claim Number: 8054
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9349 (04/18/2013)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $75,587.67 | Scheduled: | $75,587.67 | Allowed: | $75,587.67 |

RESTORATION HOLDINGS LTD
TRANSFEROR: WS PACKAGING GROUP INC
ATTN: PAMELA LAWRENCE
PO BOX 7918
GREENWICH, CT 06836

Claim Number: 9213
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $59,191.50 | Scheduled: | $47,692.83 |

RESTORATION HOLDINGS LTD
TRANSFEROR:AUTOMOTIVE RENTALS INC. (ARI)
C/O BOWERY INSTITUTIONAL OPP FUND, LP
US NAT BANK, ATTN: S. SELSER, EP-MN-WS3T
ST. PAUL, MN 55107

Claim Number: 9305
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9349 (04/18/2013)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $448,460.59 | Scheduled: | $472,590.33 | Allowed: | $448,460.59 |

RESTORATION HOLDINGS LTD
TRANSFEROR: KENNAMETAL TRICON METAL
C/O BOWERY INSTITUTIONAL OPP FUND, LP
US NAT BANK, ATTN: S. SELSER, EP-MN-WS3T
ST. PAUL, MM 55107

Claim Number: 9323-02
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $391,516.80 | Scheduled: | $411,381.98 |

| | | | | | | |
|---|---|---|---|---|---|---|
| RESTORATION HOLDINGS LTD<br>TRANSFEROR: EVONIK DEGUSSA CORPORATION<br>ATTN: PAMELA LAWRENCE<br>PO BOX 7918<br>GREENWICH, CT 06836 | | Claim Number: 9698-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $24,260.21 | Scheduled: | $32,031.01 | | |
| RESTORATION HOLDINGS LTD<br>TRANSFEROR: EVONIK DEGUSSA CORPORATION<br>ATTN: PAMELA LAWRENCE<br>PO BOX 7918<br>GREENWICH, CT 06836 | | Claim Number: 9698-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $970.00 | | | | |
| RESTORATION HOLDINGS LTD<br>TRANSFEROR: FMC WYOMING CORPORATION<br>C/O BOWERY INSTITUTIONAL OPP FUND, LP<br>US NAT BANK, ATTN: S. SELSER, EP-MN-WS3T<br>ST. PAUL, MN 55107 | | Claim Number: 10672<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9349 (04/18/2013)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $277,540.14 | Scheduled: | $191,676.83 | Allowed: | $277,540.14 |
| RESTORATION HOLDINGS LTD<br>TRANSFEROR: ROAD MACHINERY & SUPPLIES CO<br>C/O BOWERY INSTITUTIONAL OPP FUND, LP<br>US NAT BANK, ATTN: S SELSER, EP-MN-WS3T<br>ST PAUL, MN 55107 | | Claim Number: 13531<br>Claim Date: 10/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9349 (04/18/2013)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $11,788.29 | Scheduled: | $12,038.29 | Allowed: | $11,788.29 |
| RESTORATION SPECIAL OPPORTUNITIES MASTER<br>TRANSFEROR: VISIONS<br>325 GREENWICH AVE - 3RD FLOOR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>GREENWICH, CT 06830 | | Claim Number: 972<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $13,300.00 | Scheduled: | $13,300.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| RESTORATION SPECIAL OPPORTUNITIES MASTER<br>TRANSFEROR: SCHAEFFER ELECTRIC CO INC<br>325 GREENWICH AVE - 3RD FLOOR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>GREENWICH, CT 06830 | Claim Number: 4200<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,495.00 | Scheduled: | $1,495.00 | | |
| RESTORATION SPECIAL OPPORTUNITIES MASTER<br>TRANSFEROR: JR MERRITT CONTROLS, INC<br>325 GREENWICH AVE - 3RD FLOOR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>GREENWICH, CT 06830 | Claim Number: 8223<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,040.83 | Scheduled: | $2,040.83 | | |
| RESTORATION SPECIAL OPPORTUNITIES MASTER<br>TRANSFEROR: SASKATCHEWAN MINERALS<br>60 LIVINGSTON AVENUE<br>ATTN: SUSAN SELSER<br>SAINT PAUL, MN 55107 | Claim Number: 9313-01<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $7,985.24 | Scheduled: | $117,540.90 | | |
| RESTORATION SPECIAL OPPORTUNITIES MASTER<br>TRANSFEROR: SASKATCHEWAN MINERALS<br>C/O BOWERY INSTITUTIONAL OPP FUND, LP<br>US NAT BANK, ATTN: S. SELSER, EP-MN-WS3T<br>ST. PAUL, MN 55107 | Claim Number: 9313-02<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $109,254.91 | | | Allowed: | $109,254.91 |
| RESTORATION SPECIAL OPPORTUNITIES MASTER<br>TRANSFEROR: ABM JANITORIAL SERVICES CORP<br>325 GREENWICH AVE - 3RD FLOOR<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>GREENWICH, CT 06830 | Claim Number: 9978<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $5,087.20 | Scheduled: | $5,421.20 | | |

RESTORATION SPECIAL OPPORTUNITIES MASTER
TRANSFEROR: CAROLINAS HOSPITAL SYSTEM
325 GREENWICH AVE - 3RD FLOOR
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
GREENWICH, CT 06830

Claim Number: 12063
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74,888.24 | Scheduled: | $126,396.48 | | |

RESTORATION SPECIAL OPPORTUNITIES MASTER
TRANSFEROR: CAROLINA HOSPITAL SYSTEM
C/O BOWERY INSTITUTIONAL OPP FUND, LP
US NAT BANK, ATTN: S. SELSER, EP-MN-WS3T
ST. PAUL, MN 55107-2292

Claim Number: 13196
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $74,888.24 | Scheduled: | $4,523.48 | Allowed: | $74,888.24 |

RETAIL DECISIONS INC
379 THORNALL ST. 7TH FLOOR
EDISON, NJ 08837

Claim Number: 6915
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,367.74 | Scheduled: | $3,367.74 |

REXEL
C/O COATS ROSE, P.C.
ATTN: BEN ADERHOLT
9 GREENWAY PLAZA, SUITE 1000
HOUSTON, TX 77046

Claim Number: 3284
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8496 (09/08/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $146,021.05 | Allowed: | $113,190.18 |

REXEL CONSOLIDATED INC
C/O COATS ROSE, P.C.
ATTN: BEN ADERHOLT
9 GREENWAY PLAZA, SUITE 1000
HOUSTON, TX 77046

Claim Number: 10048
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8496 (09/08/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $26,703.15 | | |
| SECURED | Claimed: | $93,911.52 | | |
| UNSECURED | | | Allowed: | $67,651.50 |
| TOTAL | Claimed: | $93,911.52 | | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| REYNOLDS CONTAINER CORPORATION<br>PO BOX 1129<br>MARTINSVILLE, VA 24112 | | Claim Number: 7133<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $26,475.97 | Scheduled: | $23,254.11 | Allowed: | $26,475.97 |
| REYNOLDS, CHERYL L.<br>3451 COUNTY ROAD 138<br>SCOTTSBORO, AL 35768 | | Claim Number: 10635<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | | | | |
| RF MACDONALD CO<br>25920 EDEN LANDING ROAD<br>HAYWARD, CA 94545 | | Claim Number: 6450-01<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $127,589.78 | Scheduled: | $150,128.74 | | |
| RF MACDONALD CO<br>25920 EDEN LANDING ROAD<br>HAYWARD, CA 94545 | | Claim Number: 6452<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9115 (08/24/2011)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $9,565.50 | | | | |
| RGA<br>3905 E PROGRESS<br>LITTLE ROCK, AR 72114 | | Claim Number: 3942<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $11,084.98 | | |

RGT LOGISTICS LLC
ATTN: JOHN PAFFEN
P.O. BOX 83
ELWOOD, IN 46036

Claim Number: 6055
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $49,046.61 | Scheduled: | $47,180.16 |
|---|---|---|---|---|

RH PLUMBING INC
PO BOX 417
OKOLONA, MS 38860

Claim Number: 1658
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $992.96 | Scheduled: | $992.96 |
|---|---|---|---|---|

RHINEHART METAL BLDGS
PO BOX 221
FRIENDSHIP, WI 53934

Claim Number: 5758
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,280.50 | Scheduled: | $3,000.00 |
|---|---|---|---|---|

RHITHRON ASSOCIATES INC
29 FORT MISSOULA ROAD
MISSOULA, MT 59804

Claim Number: 9707
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,675.00 | Scheduled: | $2,675.00 |
|---|---|---|---|---|

RHODES, ALBERT H.
16244 HWY. 151
ARCADIA, LA 71001

Claim Number: 10255
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

RICE, ALICE WILLENE M.
925 WALKER ROAD
JONESBORO, LA 71251

Claim Number: 10324
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00  UNLIQ | | |

RICE, MELVIN LESLIE
925 WALKER ROAD
JONESBORO, LA 71251

Claim Number: 10325
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00  UNLIQ | | |

RICH SCHNEIDER CONSULTING
298 FOUR BROOKS ROAD
STAMFORD, CT 06903

Claim Number: 3977
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,401.00 | Scheduled: | $1,401.00 |

RICHMOND RESOURCES LLC
625 N. WAIOLA AVE.
LAGRANGE PARK, IL 60526

Claim Number: 5773
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,253.00 | Scheduled: | $1,253.00 |

RICHTON TIE & TIMBER LLC
PO BOX 606
PETAL, MS 39465

Claim Number: 5443
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $32,511.38 | Scheduled: | $65,022.77  UNLIQ |

| | | | | | | |
|---|---|---|---|---|---|---|
| RICK HAWKINS LUMBER CO<br>13720 US 62<br>KILLBUCK, OH 44637 | | Claim Number: 9789-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $17,076.55 | | | | |
| RICK HAWKINS LUMBER CO<br>13720 US 62<br>KILLBUCK, OH 44637 | | Claim Number: 9789-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | | |
| UNSECURED | Claimed: | $17,076.55 | | | | |
| RICKARD ELECTRIC INC<br>PO BOX 1537<br>1220 41ST STREET NW<br>FARGO, ND 58107 | | Claim Number: 4371<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $12,459.22 | Scheduled: | $12,459.22 | Allowed: | $12,459.22 |
| RIGGERS INC<br>901 HOLLY SPRING AVE<br>RICHMOND, VA 23224-5038 | | Claim Number: 3778<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,226.00 | Scheduled: | $2,226.00 | | |
| RIGHT MANAGEMENT INC.<br>1818 MARKET ST., 33RD FLOOR<br>PHILADELPHIA, PA 19103 | | Claim Number: 2209<br>Claim Date: 04/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $22,596.00 | Scheduled: | $16,900.00 | | |

RING POWER CORPORATION
10421 FERN HILL DRIVE
RIVERVIEW, FL 33578

Claim Number: 2708
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $101,337.72 | Scheduled: | $112,120.33 | | |

RING POWER CORPORATION
10421 FERN HILL DRIVE
RIVERVIEW, FL 33578

Claim Number: 13881
Claim Date: 03/15/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $124,778.41 | Scheduled: | $2,706.44 | Allowed: | $124,778.41 |

RITE HITE CORP
C/O ARBON EQUIP. CORP
8900 N. ARBON DR.
MILWAUKEE, WI 53223

Claim Number: 216
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $317,534.33 | Scheduled: | $247,026.24 | Allowed: | $317,534.33 |

RITMRG
ATTN: CATHY ANGLEHART
CASE POSTALE 1240
CHANDLER, QC G0C 1K0
CANADA

Claim Number: 12842
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,378.49 | Scheduled: | $7,560.86 | | |

RITZ SAFETY LLC
8039 WASHINGTON VILLAGE DRIVE
SUITE 110
DAYTON, OH 45458

Claim Number: 3594
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $33,010.09 | Scheduled: | $25,179.85 | Allowed: | $33,010.09 |

RIVER CITY ENVIRONMENTAL, INC.
PO BOX 30087
PORTLAND, OR 97294

Claim Number: 2318
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,112.93 | | |

RIVER CONTAINER
6301 INDUSTRIAL AVE
RIVERSIDE, CA 92504

Claim Number: 4034
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $38,708.43 | Scheduled: | $207,460.40 |

RIVERBEND EXPRESS
PO BOX 454
PORTLAND, CT 06480

Claim Number: 6492
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,800.00 | Scheduled: | $1,800.00 |

RIVERDALE PACKAGING CORP
PO BOX 60648
SAINT LOUIS, MO 63160

Claim Number: 4693
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,471.71 | Scheduled: | $14,731.18 |

RIVERSIDE LOGISTICS INC
PO BOX 7899
RICHMOND, VA 23231

Claim Number: 10767
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,695.56 | Scheduled: | $449.76 |

RJ SERVICES OF LA INC
1045 PEARK RD 21
CLEBURNE, TX 76033

Claim Number: 3935
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,956.66 | Scheduled: | $3,956.65 | | |

RM HARRISON MECHANICAL CORP
13203 NORTH ENON CHRUCH ROAD
CHESTER, VA 23836

Claim Number: 3631
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $66,801.82 | Scheduled: | $61,956.45 | | |

ROACH & SMITH DISTRIBUTORS, INC.
DBA SUMMIT BEVERAGE
3305 GREAT NORTHERN WAY
MISSOULA, MT 59808

Claim Number: 2810
Claim Date: 05/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $29,900.00 | Scheduled: | $25,823.08 | Allowed: | $29,900.00 |

ROADLINK TRANSPORTATION SOLUTIONS
2619 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Claim Number: 5330
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,047.89 | Scheduled: | $1,456.00 | | |

ROBBINS AND BOHR INC
PO BOX 4046
CHATTANOOGA, TN 37405-0046

Claim Number: 3937
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $186.06 | |

---

ROBBINS PALLETS INC
796 S PEARL ST
GALESBURG, IL 61401

Claim Number: 6174
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $7,540.00 | | |
| --- | --- | --- | --- | --- |

ROBBINS PALLETS INC
796 S PEARL ST
GALESBURG, IL 61401

Claim Number: 6322
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,540.00 | Scheduled: | $7,540.00 |
| --- | --- | --- | --- | --- |

ROBBINS SR, LONNIE RAY
1138 FAWN CT
GRAND MARSH, WI 53936

Claim Number: 9506
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNDET | | |
| --- | --- | --- | --- | --- |

ROBERT BROWN TOWING
5053 GEORGE TAYLOR ROAD
SPENCER, VA 24165

Claim Number: 7622
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,595.54 | Scheduled: | $5,789.85 |
| --- | --- | --- | --- | --- |

ROBERT E CARROLL LOGGING INC
PO BOX 5
EBONY, VA 23845

Claim Number: 14084
Claim Date: 08/09/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8790 (11/23/2010)

| ADMINISTRATIVE | Claimed: | $71,629.24 | | |
| --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $71,629.24  UNLIQ |

| | | | | | | |
|---|---|---|---|---|---|---|
| ROBERT E. CARROLL LOGGING, INC.<br>P.O. BOX 5<br>EBONY, VA 23845 | | Claim Number: 59<br>Claim Date: 02/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 14084<br>DOCKET: 3286 (12/18/2009) | | | | |
| UNSECURED | Claimed: | $35,814.62 | | | Allowed: | $35,814.62 |
| ROBERT G ALLEY INC<br>PO BOX 887<br>WEST POINT, VA 23181 | | Claim Number: 5305<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 | | |
| ROBERT LYNCH<br>2324 TIMBERLAKE DRIVE<br>FLORENCE, SC 29506 | | Claim Number: 99026<br>Claim Date: 09/28/2011<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $67,599.00 | | | Allowed: | $67,599.00 |
| ROBERT SHAW INDUSTRIAL PRODUCTS<br>1602 MUSTANG DRIVE<br>MARYVILLE, TN 37801 | | Claim Number: 2116<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $577.45 | Scheduled: | $577.45 | | |
| ROBERTSON, HOUSTON<br>164 FAIN RD.<br>JONESBORO, LA 71251 | | Claim Number: 10256<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | | |

| | | | | | |
|---|---|---|---|---|---|
| ROBINSON HEALTH AFFILIATES DBA:<br>WORKING PARTNERS<br>6847 N. CHESTNUT ST.<br>RAVENNA, OH 44266 | | Claim Number: 2895<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,755.39 | Scheduled: | $2,140.36 | |
| ROBINSON OFFICE PRODUCTS<br>PO BOX 354<br>HUMBOLDT, TN 38343 | | Claim Number: 5112<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,323.98 | Scheduled: | $3,323.98 | |
| ROBINSON, JERRY L.<br>203 JANS CIRCLE<br>JONESBORO, LA 71251 | | Claim Number: 10257<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| ROBINSON, PAUL F.<br>P.O. BOX 66<br>HODGE, LA 71247 | | Claim Number: 10258<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| ROBINSON, SUE<br>121 WEDGEWOOD ROAD<br>JONESBORO, LA 71251 | | Claim Number: 10259<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ROCHESTER MIDLAND (GP)<br>PO BOX 31515<br>ROCHESTER, NY 14603 | | Claim Number: 4545<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,285.20 | Scheduled: | $10,416.01 | | |
| ROCHLING LERIPA PAPERTECH<br>710 FORD STREET<br>KIMBERLY, WI 54136 | | Claim Number: 2065<br>Claim Date: 04/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,200.00 | Scheduled: | $6,200.00 | | |
| ROCKDALE COUNTY TAX COMMISSIONER<br>P.O. BOX 1497<br>CONYERS, GA 30012 | | Claim Number: 13342<br>Claim Date: 09/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | | |
| PRIORITY | Claimed: | $1,079.40 | Scheduled: | $0.00 UNLIQ | | |
| ROCKMOUNT RESEARCH & ALLOYS INC<br>DEPT 1796<br>DENVER, CO 80291 | | Claim Number: 4228<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $788.51 | Scheduled: | $788.51 | | |
| ROCKWELL TRANSPORTATION SERVICS INC<br>PO BOX 803<br>PERKASIE, PA 18944-0803 | | Claim Number: 5548<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $64,231.57 | Scheduled: | $61,384.90 | Allowed: | $64,231.57 |

| | | | | |
|---|---|---|---|---|
| ROCKY RAIL SERVICES<br>PO BOX 17767<br>MISSOULA, MT 59808 | | Claim Number: 6348<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,325.10 | Scheduled: | $1,325.10 |
| ROGALA, RONALD FRANCIS<br>5439 BEECH SPRINGS RD.<br>QUITMAN, LA 71268 | | Claim Number: 10260<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| ROGERS GROUP INC<br>12808 TOWNEPARK WAY<br>LOUISVILLE, KY 40243 | | Claim Number: 6158<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $386.10 | Scheduled: | $386.10 |
| ROGERS MACHINERY (RENTON)<br>PO BOX 230429<br>PORTLAND, OR 97281-0429 | | Claim Number: 7004<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,962.50 | Scheduled: | $1,962.50 |
| ROGERS WATER UTILITIES<br>P.O. BOX 338<br>ROGERS, AR 72757-0338 | | Claim Number: 8208<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,552.16 | Scheduled: | $1,193.58 |

---

ROGERS, DAVID MICHAEL
1048 HWY. 505
DODSON, LA 71422

Claim Number: 10261
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

---

ROGERS, EVERETT C. & FLORA E.
NAMED PLAINTIFFS IN ERICKSON, ROY D.,
ET AL., C/O TOM L. LEWIS - LEWIS, SLOVAK
& KAVACICH, P.C. - P.O. BOX 2325
GREAT FALLS, MT 59403

Claim Number: 6643
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $1,200,000.00 | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

ROLAND MACHINERY EXCHANGE INC
NW 7899
P.O.BOX 1450
MINNEAPOLIS, MN 55485-7899

Claim Number: 5195
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,662.13 | Scheduled: | $9,550.56 |
|---|---|---|---|---|

---

ROMAN ELECTRIC CO INC
P O BOX 14396
MILWAUKEE, WI 53214-0396

Claim Number: 4057
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $768.05 | Scheduled: | $768.05 |
|---|---|---|---|---|

---

ROMMERSKIRCHEN, EVELYN
156 N MAIN ST
EDWARDSVILLE, IL 62025-1972

Claim Number: 6222
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
|---|---|---|---|---|

---

ROMMERSKIRCHEN, EVELYN (DAVID M.
156 N MAIN ST
EDWARDSVILLE, IL 62025-1972

Claim Number: 6226
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | | | | |

RONAN ENGINEERING COMPANY
28209 AVENUE STANFORD
P.O. BOX 129
CASTAIC, CA 91310

Claim Number: 3285
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,850.34 | Scheduled: | $6,850.34 | | |

ROOMS TO GO
PO BOX 2107
SEFFNER, FL 33583

Claim Number: 7623
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,211.00 | Scheduled: | $12,211.00 | Allowed: | $12,211.00 |

ROSCOE BROWN INC
959 N THOMPSON LANE
MURFREESBORO, TN 37129

Claim Number: 4747
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,359.00 | | | | |

ROSE ASSET MANAGEMENT
TRANSFEROR: SOLTERO TRUCKING INC
C/O KOKINO
330 MADISON AVENUE, 24TH FLOOR
NEW YORK, NY 10017

Claim Number: 10467
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $124,558.09 | Scheduled: | $124,393.09 | Allowed: | $124,558.09 |

---

ROSE CABINETS COMAPNY
13620 IMPERIAL HIGHWAY
SANTA FE SPRINGS, CA 90670

Claim Number: 5914
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,490.10 | Scheduled: | $7,490.10 |
|-----------|----------|-----------|------------|-----------|

ROSE COFFEE CO.
D/B/A MID AMERICA COFFEE SERVICE
618 S BOYLE AVE
SAINT LOUIS, MO 63110

Claim Number: 1592
Claim Date: 03/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,034.71 | Scheduled: | $8,660.88 |
|-----------|----------|-----------|------------|-----------|

ROSEMOUNT ANALYTICAL INC. - UNILOC RAII
C/O ADELINE ROSEMBER, EMERSON PROCESS
MANAGEMENT LLP
12001 TECHNOLOGY DRIVE
EDEN PRAIRIE, MN 55344

Claim Number: 2658-01
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 3195 (12/16/2009)

| ADMINISTRATIVE | Claimed: | $7,085.00 | | | Allowed: | $7,085.00 |
|----------------|----------|-----------|--|--|----------|-----------|

ROSEMOUNT ANALYTICAL INC. - UNILOC RAII
C/O ADELINE ROSEMBER, EMERSON PROCESS
MANAGEMENT LLP
12001 TECHNOLOGY DRIVE
EDEN PRAIRIE, MN 55344

Claim Number: 2658-02
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,657.00 |
|-----------|----------|-----------|

ROSEMOUNT ANALYTICAL INC. - UNILOC RAII
C/O ADELINE ROSEMBER, EMERSON PROCESS
MANAGEMENT LLP
12001 TECHNOLOGY DRIVE
EDEN PRAIRIE, MN 55344

Claim Number: 2658-03
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3195 (12/16/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,926.50 | Scheduled: | $12,680.50 |
|-----------|----------|-----------|------------|------------|

ROSEMOUNT INC.
C/O ADELINE ROSEMBER, EMERSON PROCESS
MANAGEMENT LLP
12001 TECHNOLOGY DRIVE
EDEN PRAIRIE, MN 55344

Claim Number: 2625-03
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $89,157.13 | Scheduled: | $121,308.11 | Allowed: | $89,157.13 |

ROSEMOUNT INC.
CONTRARIAN CAPITAL MANAGEMENT, LLC
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 2650
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $8,029.94 | Scheduled: | $5,007.54 |

ROSSIS COMMERCIAL TIRE
81 N SANBORN RD
SALINAS, CA 93905-2710

Claim Number: 4726
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,484.49 | Scheduled: | $1,096.90 |

ROSTCHILD, BARBARA
C/O THOMAS ALBRITTON
ALBRITTON CLIFTON ALVERSON MOODY ET AL
PO BOX 880
ANDALUSIA, AL 36420

Claim Number: 11498
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $100,000.00 | Scheduled: | $0.00  UNLIQ | Allowed: | $100,000.00 |

ROTO ROOTER # 11
1183 N. KRAEMER PLACE
ANAHEIM, CA 92806

Claim Number: 2301
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $510.00 | Scheduled: | $599.10 |

| | | | | |
|---|---|---|---|---|
| ROTO ROOTER # 12<br>3144 LONGBEACH BLVD<br>LONG BEACH, CA 90807 | | Claim Number: 2302<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $374.00 | Scheduled: | $374.00 |
| ROTO ROOTER # 13<br>8930 CENTER AVE<br>RANCHO CUCAMONGA, CA 91730 | | Claim Number: 2304<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,606.69 | Scheduled: | $9,235.18 |
| ROTO ROOTER # 28<br>1111 SUNLAND PARK DR<br>EL PASO, TX 79922 | | Claim Number: 2303<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,100.16 | Scheduled: | $4,100.16 |
| ROTO ROOTER PLUMBERS<br>1215 BLOUNT AVE<br>GUNTERSVILLE, AL 35976 | | Claim Number: 5238<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $157.00 | Scheduled: | $157.00 |
| ROUNDUP FUNDING, LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA 98111-9221 | | Claim Number: 2459<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $2,690.88 | | |

| ROUNTREE TRANSPORT & RIGGING, INC.<br>TOM RUNCK, JR.<br>2640 N LANE AVENUE<br>JACKSONVILLE, FL 32254 | | Claim Number: 1181<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,250.00 | Scheduled: | $2,250.00 |
| ROWS HAULING LLC<br>C/O ROLAND FARLEY<br>P.O. BOX 63<br>VILLA RIDGE, MO 63089 | | Claim Number: 6677<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,755.01 | Scheduled: | $3,755.01 |
| ROYAL CONTAINERS, LTD<br>ATTN: LINDA MASO<br>80 MIDAIR COURT<br>BRAMPTON, ON L8T 5V1<br>CANADA | | Claim Number: 8197<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,196.03 | Scheduled: | $4,195.00 |
| ROYAL CRANE SERVICE, INC.<br>DONALD J. KINDWALD<br>105 W. MADISON, SUITE 2100<br>CHICAGO, IL 60602 | | Claim Number: 2692<br>Claim Date: 04/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $11,135.00 | Scheduled: | $11,135.00 |
| ROYAL CUP INC<br>PO BOX 170971<br>BIRMINGHAM, AL 35217 | | Claim Number: 5031<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,849.40 | Scheduled: | $2,178.46 |

---

ROYAL LOGISTICS
4001 32ND ST. N
FARGO, ND 58102

Claim Number: 1692
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,493.83 | Scheduled: | $5,483.83 |
|---|---|---|---|---|

ROYAL OAKS CORPORATION
7322 W 90TH ST
BRIDGEVIEW, IL 60455

Claim Number: 9333
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $34,160.00 | Scheduled: | $34,160.00 |
|---|---|---|---|---|

ROYAL PAD PRODUCTS DIV
LOROCO INDUSTRIES, INC.
5000 CREEK ROAD
CINCINNATI, OH 45242

Claim Number: 6252-01
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $72.15 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,467.70 |

ROYAL PAD PRODUCTS DIV
LOROCO INDUSTRIES, INC.
5000 CREEK ROAD
CINCINNATI, OH 45242

Claim Number: 6252-02
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,366.08 | | |
|---|---|---|---|---|

ROYAL PAPER STOCK CO. INC
ATTN: JOHN DALY
1300 NORTON RD
COLUMBUS, OH 43228

Claim Number: 9202
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| SECURED | Claimed: | $19,875.04 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $110,667.77 | Scheduled: | $132,251.00 |

---

ROYALTY PRODUCTS, INC.
P.O. BOX 9404
MOBILE, AL 36691

Claim Number: 2537
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $29,384.30 | Scheduled: | $32,059.18 | Allowed: | $29,384.30 |

ROYALTY TRUCKING INC.
12000 MOSTELLER ROAD
SHARONVILLE, OH 45241

Claim Number: 1543
Claim Date: 03/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8407 (08/18/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $49,711.79 | Scheduled: | $54,678.50 |

RP-C LLC
RICHARD PETER
1808 ROLLINS CT.
BEL AIR, MD 21014-5681

Claim Number: 1799
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $20,707.31 | Scheduled: | $20,707.31 |

RPM ELECTRICAL SERVICES, INC.
4911 DON DRIVE
DALLAS, TX 75247-6513

Claim Number: 3251
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $43,664.73 | Scheduled: | $43,350.89 |

RPS SHENANDOAH INC
211 E 4TH ST
FRONT ROYAL, VA 22630

Claim Number: 3818
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $697.35 | Scheduled: | $697.35 |

---

RREEF AMERICA REIT II CORP. MMMM5 IL.
C/O JOHN F. POLLICK
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601-1815

Claim Number: 11066
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $44,458.68 | Scheduled: | $125,760.73 | Allowed: | $44,458.68 |

RSI CONSULTING SERVICES, INC.
79 DAILY DRIVE # 266
CAMARILLO, CA 93010

Claim Number: 74
Claim Date: 02/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,508.25 |

RSI CONSULTING SERVICES, INC.
79 DAILY DRIVE # 266
CAMARILLO, CA 93010

Claim Number: 75
Claim Date: 02/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $14,884.21 |

RSI CONSULTING SERVICES, INC.
79 DAILY DRIVE # 266
CAMARILLO, CA 93010

Claim Number: 9214
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8580 (09/23/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $16,241.22 | Scheduled: | $2,651.00 | Allowed: | $16,241.22 |

RT 2 RECYCLING INC
4602 OHIO RIVER RD
HUNTINGTON, WV 25702

Claim Number: 5671-01
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,142.71 |

---

RT 2 RECYCLING INC
4602 OHIO RIVER RD
HUNTINGTON, WV 25702

Claim Number: 5671-02
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,057.94 | | | | |
|---|---|---|---|---|---|---|

RT 2 RECYCLING INC.
4602 OHIO RIVER RD
HUNTINGTON, WV 25702

Claim Number: 5670
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,058.65 | Scheduled: | $8,200.65 | | |
|---|---|---|---|---|---|---|

RT VANDERBILT COMPANY INC
PO BOX 79399
CITY OF INDUSTRY, CA 91716-9399

Claim Number: 5568
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1354 (08/03/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE UNSECURED | Claimed: | $723.00 | Scheduled: | $723.00 | Allowed: | $723.00 |
|---|---|---|---|---|---|---|

RUAN TRANSPORT CORPORATION
ATTN: KEN BAIRD
666 GRAND AVENUE, FLOOR 31
DES MOINES, IA 50309

Claim Number: 2172
Claim Date: 04/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $51,284.03 | Scheduled: | $155,284.03  UNLIQ | Allowed: | $51,284.03 |
|---|---|---|---|---|---|---|

RUBACHEM SYSTEMS
PO BOX 5389
ENGLEWOOD, NJ 07631-5389

Claim Number: 83
Claim Date: 02/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,200.00 | Scheduled: | $1,200.00 | | |
|---|---|---|---|---|---|---|

RUBACHEM SYSTEMS
266 UNION STREET
NORTHVALE, NJ 07647

Claim Number: 9348
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,242.04 | |

RUECK COMPANY, THE
C/O JUSTIN D. LEONARD, OSB 033736
BALL JANIK LLP
101 SW MAIN, STE. 1100
PORTLAND, OR 97204

Claim Number: 9336-03
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,841.50 | |

RUECK COMPANY, THE
C/O JUSTIN D. LEONARD, OSB 033736
BALL JANIK LLP
101 SW MAIN, STE. 1100
PORTLAND, OR 97204

Claim Number: 9336-04
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $286.33 | |

RUSH COUNTY TREASURER
RUSH COUNTY COURTHOUSE
101 E SECOND ST., ROOM 213
RUSHVILLE, IN 46173

Claim Number: 13372
Claim Date: 09/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $16,063.29 | Scheduled: | $0.00  UNLIQ |

RUSSELL & RUSSELL OPTPMETRIST
240 W EVANS ST
P.O.BOX 2020
FLORENCE, SC 29503

Claim Number: 3763
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,240.00 | Scheduled: | $1,240.00 |

---

RUTH, DANIEL G
1519 JENY'S STREET
DANIEL ISLAND, SC 29492

Claim Number: 6987
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $58,883.00 | Scheduled: | $58,883.00 |

---

RUTLAND & JANKIEWICZ LLC
PO BOX 125
EUFAULA, AL 36072-0125

Claim Number: 4037
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,500.00 | Scheduled: | $2,500.00 |

---

RV INDUSTRIES INC
584 POPLAR RD
HONEY BROOK, PA 19344

Claim Number: 9358
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $66.70 | Scheduled: | $61.76 |

---

RW CONTRACTORS INC
2511 EAST MAIN ST
CHATTANOOGA, TN 37404

Claim Number: 5179
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,315.47 | Scheduled: | $3,105.30 |

---

RYAN ENTERPRISE (RAY RYAN)
P.O. BOX 28567
RICHMOND, VA 23228

Claim Number: 7271-01
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $645.00 | Scheduled: | $2,945.00 |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| RYAN ENTERPRISE (RAY RYAN)<br>P.O. BOX 28567<br>RICHMOND, VA 23228 | | Claim Number: 7271-02<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $2,300.00 | | | Allowed: | $2,300.00 |
| RYDER TRUCK RENTAL, INC<br>ATTN JENNIFER MORRIS<br>6000 WINDWARD PARKWAY<br>ALPHARETTA, GA 30005 | | Claim Number: 11550<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | | |
| UNSECURED | Claimed: | $92,274.27 | | | | |
| RYERSON<br>125 CARSON ROAD<br>BIRMINGHAM, AL 35215 | | Claim Number: 11541<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,101.00 | Scheduled: | $155.71 | | |
| S  S  TRAILER AND CONTAINER RENTAL<br>PO BOX 102<br>WINTERVILLE, NC 28590 | | Claim Number: 4400<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $214.00 | | | | |
| S & K STEEL, INC.<br>5201 FLORIN - PERKINS ROAD<br>SACRAMENTO, CA 95826 | | Claim Number: 2742<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,744.50 | Scheduled: | $2,744.50 | | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

S & R  ASSOCIATION
32 NASSAU AVENUE
KENNER, LA 70065

Claim Number: 9689
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,560.92 | Scheduled: | $2,325.12 |

S & R CONSTRUCTION INC
505 APPLE LANE
EVANSVILLE, IN 47710

Claim Number: 4515
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,450.00 | Scheduled: | $1,450.00 |

S AND B TRUCK SERVICE INC
PO BOX 59551
RENTON, WA 98055

Claim Number: 8218
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,451.25 | Scheduled: | $2,553.36 |

S B L SYSTEMS
4828 SOUTH BROADWAY
39 S BROAD STREET, STE 7
TYLER, TX 75703

Claim Number: 5117
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,009.80 | Scheduled: | $2,009.80 |

S P X INC
PO BOX 23006
CHAGRIN FALLS, OH 44023-0006

Claim Number: 7043
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,177.00 | Scheduled: | $1,177.00 |

---

S S  TRAILER AND CONTAINER RENTAL
PO BOX 102
WINTERVILLE, NC 28590

Claim Number: 4399
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $214.00 | Scheduled: | $214.00 | | |

S S INDUSTRIAL SUPPLY LLC
9273 HWY 84 W PO BOX 111
WINNFIELD, LA 71483

Claim Number: 7265
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $31,520.96 | | | | |

S S INDUSTRIAL SUPPLY LLC
9273 HWY 84 W PO BOX 111
WINNFIELD, LA 71483

Claim Number: 7266
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $31,520.96 | Scheduled: | $31,332.94 | Allowed: | $31,520.96 |

S&C OPERATING
PO BOX 416
SPRINGHILL, LA 71075

Claim Number: 6385
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $26,726.75 | Scheduled: | $53,453.50  UNLIQ | Allowed: | $26,726.75 |

S&R AIR CONDITIONING & HEATING, INC.
625 S. PALM ST. SUITE H
LA HABRA, CA 90631

Claim Number: 2549
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,685.18 | Scheduled: | $12,217.34 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| S&R SHEETMETAL<br>521 BROAD ST.<br>THOMASVILLE, NC 27360 | | Claim Number: 5499-01<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,520.05 | Scheduled: | $1,568.29 | | |
| S&R SHEETMETAL<br>521 BROAD ST.<br>THOMASVILLE, NC 27360 | | Claim Number: 5499-02<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $48.24 | | | | |
| S&S FIRESTONE INC DBA BESTONE TIRE<br>PO BOX 55046<br>LEXINGTON, KY 40555 | | Claim Number: 2667<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,678.32 | Scheduled: | $2,340.30 | | |
| S&S PALLETS INC<br>32740 CAMPHORA ROAD<br>SOLEDAD, CA 93960 | | Claim Number: 2782<br>Claim Date: 05/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $30,269.60 | Scheduled: | $32,970.58 | Allowed: | $30,269.60 |
| S.C. DEPARTMENT OF REVENUE<br>PO BOX 12265<br>COLUMBIA, SC 29211 | | Claim Number: 7522<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | | |
| PRIORITY | Claimed: | $17,602.38 | | | | |
| UNSECURED | Claimed: | $87.99 | Scheduled: | $17,599.97 | | |

---

S.D. MYERS, INC
180 SOUTH AVE
TALLMADGE, OH 44278

Claim Number: 1614
Claim Date: 03/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,925.00 | Scheduled: | $19,925.00 | Allowed: | $19,925.00 |

SAAR CONTAINER INC
45 SAAR DRIVE
WILLIAMSPORT, PA 17702

Claim Number: 5113
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $658.90 | Scheduled: | $658.90 | |

SAC VAL JANITORIAL SUPPLY CORP
2421 DEL MONTE ST
WEST SACRAMENTO, CA 95691

Claim Number: 3945
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $696.05 | Scheduled: | $696.05 | |

SACRAMENTO BEE
2100 Q STREET
SACRAMENTO, CA 95816

Claim Number: 5497
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $31,911.13 | Scheduled: | $30,595.00 | Allowed: | $31,911.13 |
| TOTAL | Claimed: | $31,911.00 | | | | $0.00 |

SACRAMENTO MUNICIPAL UTILITY DISTRICT
PO BOX 15830, MAIL STOP A253
SACRAMENTO, CA 95852-1830

Claim Number: 1719
Claim Date: 03/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $9,897.97 | |

SACRAMENTO REGIONAL RECYCLING
501 SPECTRUM CIRCLE
OXNARD, CA 93030

Claim Number: 9225
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,343.01 | Scheduled: | $11,394.69 | Allowed: | $11,343.01 |

SAF T FLO  WATER SERVICES INC
4071 E  LA PALMA  AVE  STE  L
ANAHEIM, CA 92807

Claim Number: 4641
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,285.32 | Scheduled: | $2,285.32 | |

SAF-GARD SAFETY SHOE CO
2701 PATTERSON ST.
GREENSBORO, NC 27407

Claim Number: 2956
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,735.09 | Scheduled: | $18,268.26 | |

SAF-GARD SAFETY SHOE CO.
2701 PATTERSON ST.
GREENSBORO, NC 27407

Claim Number: 2957
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $138.76 | |

SAF-GARD SAFETY SHOE CO.
2701 PATTERSON ST.
GREENSBORO, NC 27407

Claim Number: 2958
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,532.90 | |

| | | |
|---|---|---|
| SAF-GARD SAFETY SHOE CO.<br>2701 PATTERSON ST.<br>GREENSBORO, NC 27407 | | Claim Number: 2959<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $4,007.90 |
| SAF-GARD SAFETY SHOE CO.<br>2701 PATTERSON ST.<br>GREENSBORO, NC 27407 | | Claim Number: 2960<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $108.00 |
| SAF-GARD SAFETY SHOE CO.<br>2701 PATTERSON ST.<br>GREENSBORO, NC 27407 | | Claim Number: 2961<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $329.64 |
| SAF-GARD SAFETY SHOE CO.<br>2701 PATTERSON ST.<br>GREENSBORO, NC 27407 | | Claim Number: 2962<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $108.14 |
| SAF-GARD SAFETY SHOE CO.<br>2701 PATTERSON ST.<br>GREENSBORO, NC 27407 | | Claim Number: 2963<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $9,589.59 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SAFE SECURITY<br>PO BOX 5164<br>SAN RAMON, CA 94583 | | Claim Number: 8078<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $423.49 | Scheduled: | $505.64 | | | |
| SAFETY FIRST SERVICES, INC.<br>122 E PEACHTREE ST.<br>SCOTTSBORO, AL 35768 | | Claim Number: 703<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $14,242.75 | Scheduled: | $19,033.75 | Allowed: | $14,242.75 | |
| SAFETY SOLUTIONS, INC<br>6161 SHAMROCK CT.<br>DUBLIN, OH 43016 | | Claim Number: 2673<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,100.90 | Scheduled: | $1,294.58 | | | |
| SAFETY SOURCE INC<br>PO BOX 190637<br>MOBILE, AL 36619 | | Claim Number: 11215<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $3,461.99 | Scheduled: | $3,488.59 | | | |
| SAFETYCAL INC<br>PO BOX 21536<br>EUGENE, OR 97402 | | Claim Number: 5663-01<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,596.27 | Scheduled: | $3,177.03 | | | |

| | | | | | |
|---|---|---|---|---|---|
| SAFETYCAL INC<br>PO BOX 21536<br>EUGENE, OR 97402 | | Claim Number: 5663-02<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $1,580.76 | | Allowed: | $1,580.76 |
| SAFETYVIBE INC<br>424 KINGSFORD ST<br>MONTEREY PARK, CA 91754 | | Claim Number: 4133<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $7,301.93 | Scheduled: | $7,301.93 | |
| SAFWAY SERVICES INC<br>PO BOX 11308<br>RICHMOND, VA 23230 | | Claim Number: 3990<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,320.00 | Scheduled: | $1,320.00 | |
| SALA INDUSTRIAL SALE CORP<br>4876 118 PRINCESS ANNE ROAD PMB 335<br>VIRGINIA BEACH, VA 23462 | | Claim Number: 6763-02<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $263.00 | Scheduled: | $787.00 | |
| SALAZAR, ARMANDO<br>JEFFREY R. WAXMAN, ESQUIRE<br>MORRIS JAMES LLP<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON, DE 19801 | | Claim Number: 11846<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $10,000.00   UNDET | | | |

---

SALEM EQUIPMENT, INC.
PO BOX 1030
SHERWOOD, OR 97140-1030

Claim Number: 871
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $900.94 | Scheduled: | $900.94 |
|---|---|---|---|---|

SALINAS WINDUSTRIAL CO.
CORINNE FONTES
1080 HARKINS ROAD
SALINAS, CA 93901

Claim Number: 8973-01
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,978.60 | Scheduled: | $9,846.53 |
|---|---|---|---|---|

SAM'L BERESFORD PLUMBING CO., INC.
6225 MONTGOMERY RD.
CINCINNATI, OH 45213

Claim Number: 13474
Claim Date: 10/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,884.88 | Scheduled: | $1,650.85 |
|---|---|---|---|---|

SAMMARCO ELECTRIC COMPANY, INC.
1183 N. MCLEAN BLVD.
MEMPHIS, TN 38108

Claim Number: 683
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,682.00 | Scheduled: | $7,682.00 |
|---|---|---|---|---|

SAMS AIR CONDITIONING
PO BOX 5376
ALEXANDRIA, LA 71307

Claim Number: 9266-01
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $47,318.06 | Scheduled: | $55,560.59 | Allowed: | $47,318.06 |
|---|---|---|---|---|---|---|

SAMS AIR CONDITIONING
PO BOX 5376
ALEXANDRIA, LA 71307

Claim Number: 9266-02
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2205 (10/09/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $8,242.53 | | | Allowed: | $8,242.53 |
|---|---|---|---|---|---|---|

SAMUEL STRAPPING SYSTEMS
623 FISHER RD
LONGVIEW, TX 75604

Claim Number: 3304
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $23,707.29 | Scheduled: | $433,748.39 | Allowed: | $23,707.29 |
|---|---|---|---|---|---|---|

SAN JOAQUIN VALLEY RAILROAD
C/O JAMES M. TILLEY
7411 FULLERTON STREET, SUITE 300
JACKSONVILLE, FL 32256

Claim Number: 7460
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $150.00 | Scheduled: | $150.00 | | |
|---|---|---|---|---|---|---|

SAN JOAQUIN VALLEY U. AIR POLLUTION
CONTROL DISTRICT
1990 E. GETTYSBURG
FRESNO, CA 93726

Claim Number: 9688
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,600.00 | | | | |
|---|---|---|---|---|---|---|

SANBELL LIMITED PARTNERSHIP
C/O KIN PROPERTIES, INC.
185 NW SPANISH RIVER BLVD., SUITE 100
BOCA RATON, FL 33431

Claim Number: 1557
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8686 (10/25/2010)

| PRIORITY | Claimed: | $326,144.00 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,114,957.00 | | | Allowed: | $1,100,000.00 |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| SAND MOUNTAIN ELECTRIC<br>PO BOX 277<br>RAINSVILLE, AL 35986-0277 | | Claim Number: 4225<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $118.56 | Scheduled: | $74.88 | | |
| SAND STRINGS HOME<br>15 WEST 2ND STREET<br>SAND SPRINGS, OK 74063 | | Claim Number: 11877<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | | |
| UNSECURED | Claimed: | $12,842.96   UNLIQ | | | | |
| SANDAR INDUSTRIES INC<br>1545 MAIN STREET<br>P.O.BOX 330106<br>ATLANTIC BEACH, FL 32233 | | Claim Number: 4677<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8651 (10/15/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $65,659.42 | Scheduled: | $67,687.96 | Allowed: | $65,659.42 |
| SANDERS, BRENDA SUE<br>P.O. BOX 914<br>HODGE, LA 71247 | | Claim Number: 10262<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| SANDY BRAE LABORATORIES INC<br>119A SANDY DR<br>NEWARK, DE 19713 | | Claim Number: 6118<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | | |
| UNSECURED | Claimed: | $578.65 | | | | |

| | | | | |
|---|---|---|---|---|
| SANDY BRAE LABORATORIES INC<br>119A SANDY DR<br>NEWARK, DE 19713 | | Claim Number: 6120<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $578.65 | Scheduled: | $578.65 |
| SANDY BRAE LABORATORIES, INC.<br>119A SANDY DRIVE<br>NEWARK, DE 19713 | | Claim Number: 6119<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | |
| UNSECURED | Claimed: | $578.65 | | |
| SANI-BLAST LLC<br>6409 GOODRICH AVE.<br>ST. LOUIS PARK, MN 55426 | | Claim Number: 168<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,159.00 | Scheduled: | $7,159.00 |
| SANITARY DISPOSAL<br>PO BOX 316<br>HERMISTON, OR 97838 | | Claim Number: 4558<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,562.80 | Scheduled: | $1,728.00 |
| SANITATION MAINTENANCE<br>PO BOX 460153<br>FORT LAUDERDALE, FL 33346 | | Claim Number: 4950<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,084.15 | Scheduled: | $4,082.60 |

| | | | | |
|---|---|---|---|---|
| SANSON, BILLIE<br>107 CHAPEL RIDGE DR., APT. 201<br>UNION, MO 63084 | | Claim Number: 9553<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8559 (09/17/2010) | | |
| PRIORITY | Claimed: | $24,500.00 | | |
| SANTEE ELECTRIC SUPPLY CO INC<br>PO BOX 8597<br>COLUMBIA, SC 29202-8597 | | Claim Number: 5767<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $413.00 | Scheduled: | $413.00 |
| SANTORELLA, ALEXANDER M<br>20480 VIA BURGOS<br>YORBA LINDA, CA 92687 | | Claim Number: 5141<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| SANTOS, CARLOS<br>37778 GOLDENROD DRIVE<br>NEWARK, CA 94560 | | Claim Number: 5844<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) | | |
| PRIORITY | Claimed: | $7,168.04 | | |
| SECURED | Claimed: | $7,168.04 | | |
| TOTAL | Claimed: | $7,168.04 | | |
| SARDEE INDUSTRIES INC<br>2211 W WASHINGTON STREET<br>ORLANDO, FL 32805 | | Claim Number: 11664<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
| UNSECURED | Claimed: | $147,327.61 | Scheduled: | $91,247.00 |

SARGENTS PRINTING PRESS
1587 LESTER RD.
CONYERS, GA 30012

Claim Number: 3212
Claim Date: 06/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $318.00 | Scheduled: | $318.00 |
|---|---|---|---|---|

SAS INSTITUTE INC
PO BOX 406922
ATLANTA, GA 30384-6922

Claim Number: 7220
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $28,380.00 |
|---|---|---|---|---|

SASOL WAX NORTH AMERICA CORP
21325 B CABOT BLVD
HAYWARD, CA 94545

Claim Number: 7331
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $291,501.88 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,049.81 | Scheduled: | $303,512.86 | Allowed: | $11,049.81 |

SATO AMERICA INC
10350-A NATIONS FORD RD.
CHARLOTTE, NC 28273

Claim Number: 6885
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,836.64 | Scheduled: | $1,836.64 |
|---|---|---|---|---|

SAVAGE LUMBER CO., INC.
P.O. BOX 39
DOYLE, TN 38559

Claim Number: 539
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $129.33 | Scheduled: | $5,129.33  UNLIQ |
|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SAVCOR CONSULTING INC<br># 102-18940 - 94TH AVE<br>SURREY, BC V4N 4X5<br>CANADA | | Claim Number: 6371<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $12,384.35 | Scheduled: | $11,284.35 | | | |
| SAVE MART SUPERMARKETS<br>P.O. BOX 4278<br>MODESTO, CA 95352 | | Claim Number: 6077<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | | | | |
| UNSECURED | Claimed: | $9,807.00 | | | | | |
| SAYBROOKE CHEMICAL MANAGEMENT LLC<br>PO BOX 5<br>SHARON, MA 02067 | | Claim Number: 9858<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $7,068.10 | Scheduled: | $7,068.10 | | | |
| SBC GLOBAL SERVICES, INC.<br>AT&T ATTORNEY: JAMES GRUDUS, ESQ.<br>AT&T INC.<br>ONE AT&T WAY, ROOM 3A218<br>BEDMINSTER, NJ 07921 | | Claim Number: 2921<br>Claim Date: 05/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $209,754.65 | | | Allowed: | $209,754.65 | |
| SC ROWE JOBBER<br>PO BOX 489<br>PANAMA CITY, FL 32402 | | Claim Number: 9325<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $47,779.46 | Scheduled: | $58,055.88 | Allowed: | $47,779.46 | |

SCALE CENTER
2900 W RUSSELL
SIOUX FALLS, SD 57107

Claim Number: 6864
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $996.83 | Scheduled: | $945.08 |
|---|---|---|---|---|

SCANA ENERGY MARKETING, INC.
DBA SCANA ENERGY
1426 MAIN STREET
BANKRUPTCY MC 130
COLUMBIA, SC 29201

Claim Number: 10602
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,706.14 | Scheduled: | $11,920.20  UNLIQ |
|---|---|---|---|---|

SCHAEFFER MANUFACTURING CO
PO BOX 790100
DEPT 3518
ST LOUIS, MO 63179-0100

Claim Number: 5409
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $997.59 | Scheduled: | $986.40 |
|---|---|---|---|---|

SCHAEFFER PRECISION ALIGNMENT, INC.
P.O. BOX 1042
ATLANTA, TX 75551

Claim Number: 2953
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,653.00 | Scheduled: | $12,653.00 |
|---|---|---|---|---|

SCHAWK, INC.
ATTN: MARCIA CASSELL
3116 WEST AVENUE 32
LOS ANGELES, CA 90065-2317

Claim Number: 326
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $90,509.66 | Scheduled: | $91,568.33 |
|---|---|---|---|---|

SCHEETZ MARKETING, INC.
C/O CUPPS & GARRISON, LLC
35 E. GAY STREET, SUITE 402
COLUMBUS, OH 43215

Claim Number: 11130-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $14,060.48 | Scheduled: | $31,266.45 | | |
|---|---|---|---|---|---|---|

SCHEETZ MARKETING, INC.
C/O CUPPS & GARRISON, LLC
35 E. GAY STREET, SUITE 402
COLUMBUS, OH 43215

Claim Number: 11130-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2407 (10/22/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $13,016.83 | | | Allowed: | $13,016.83 |
|---|---|---|---|---|---|---|

SCHENDEL PEST SERVICES CORP
1741 W. UNIVERSITY DRIVE  SUITE 151
TEMPE, AZ 85281

Claim Number: 7635
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $205.19 | Scheduled: | $1,993.95 | | |
|---|---|---|---|---|---|---|

SCHIFFENHAUS CALIFORNIA LLC
TED W. HIGHT, III
40 TECHNOLOGY PARKWAY SOUTH
SUITE 300
NORCROSS, GA 30092

Claim Number: 11810
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7916 (06/08/2010)

| UNSECURED | Claimed: | $56,321.98 | | | Allowed: | $56,321.98 |
|---|---|---|---|---|---|---|

SCHIFFENHAUS CALIFORNIA LLC
TED W. HIGHT, III
40 TECHNOLOGY PARKWAY SOUTH
SUITE 300
NORCROSS, GA 30092

Claim Number: 11812
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7916 (06/08/2010)

| UNSECURED | Claimed: | $41,400.92 | Scheduled: | $413,876.52 | | |
|---|---|---|---|---|---|---|

SCHIFFENHAUS CANADA INC.
JEREMY W. RYAN & LUCIAN B. MURLEY
SAUL EWING LLP
222 DELAWARE AVENUE, SUITE 1200
WILMINGTON, DE 19899

Claim Number: 1320-01
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7916 (06/08/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,413.19 | | | Allowed: | $1,413.19 |

SCHIFFENHAUS CANADA INC.
JEREMY W. RYAN & LUCIAN B. MURLEY
SAUL EWING LLP
222 DELAWARE AVENUE, SUITE 1200
WILMINGTON, DE 19899

Claim Number: 1320-02
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 6036 (03/19/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $172,674.51 | | | Allowed: | $172,674.51 |

SCHIFFENHAUS CANADA INC.
TED W. HIGHT III
THOMPSON O'BRIEN KEMP & NASUTI, P.C.
40 TECHNOLOGY PARKWAY SOUTH, SUITE 300
NORCROSS, GA 30092

Claim Number: 11811-01
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7916 (06/08/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $138,746.62 | Scheduled: | $91,902.08 | Allowed: | $138,746.62 |

SCHILL TRUCKING SERVICE
23824 COUNTY ROAD 7
SAINT CLOUD, MN 56301

Claim Number: 7116
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,983.64 | Scheduled: | $8,983.64 |

SCHIMMEL, MICHAEL DOUGLAS
390 SANDY ARCHERS DR.
QUITMAN, LA 71268

Claim Number: 10263
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

SCHMIDT, ROBERT EDWARD JR.
P.O. BOX 945
HODGE, LA 71247

Claim Number: 10264
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

SCHMIDT, TIM A
EEOC-LOUISVILLE AREA OFFICE
ATTN: JOYCE ANDRIES
600 DR. MLK JR. PL, STE 268
LOUISVILLE, KY 40202

Claim Number: 9556
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

---

| UNSECURED | Claimed: | $3,000.00   UNLIQ |
| --- | --- | --- |

SCHMIDT, TIM A.
5671 CHESTNUT VIEW LN.
MILFORD, OH 45150

Claim Number: 8125
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

---

| UNSECURED | Claimed: | $0.00   UNLIQ |
| --- | --- | --- |

SCHNELL & HAUGEN SHOES
DBA: RED WING SHOES
1360 S. CLEVE./MASS. RD.
COPLEY, OH 44321

Claim Number: 3539
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

---

| UNSECURED | Claimed: | $160.81 |
| --- | --- | --- |

SCHNITZER INVESTMENT CORP.
C/O GREG A. CHRISTIANSON
BINGHAM MCCUTCHEN LLP
355 SOUTH GRAND AVENUE, SUITE 4400
LOS ANGELES, CA 90071

Claim Number: 11383
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THE DISTRIBUTION FOR THIS CLAIM WILL BE A COMBINATION OF CASH, SHARES

---

| UNSECURED | Claimed: | $0.00 | Allowed: | $3,375.00 |
| --- | --- | --- | --- | --- |

| | | | | | |
|---|---|---|---|---|---|
| SCHNITZER STEEL INDUSTRIES, INC.<br>C/O GREG A. CHRISTIANSON<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVENUE, SUITE 4400<br>LOS ANGELES, CA 90071 | | Claim Number: 11384<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THE DISTRIBUTION FOR THIS CLAIM WILL BE A COMBINATION OF CASH, SHARES | | | |
| UNSECURED | Claimed: | $0.00 | | Allowed: | $3,375.00 |
| SCHOCK TRANSFER CO INC<br>801 ARMOURDALE PARKWAY<br>KANSAS CITY, KS 66105 | | Claim Number: 4918<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $6,460.95 | Scheduled: | $6,460.95 | |
| SCHRIMP, THOMAS F<br>117 HILLSIDE DRIVE<br>WILLIAMSPORT, PA 17702 | | Claim Number: 9355<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | | |
| UNSECURED | Claimed: | $8,697.64 | Scheduled: | $8,697.64 UNLIQ | |
| SCHULTE HARDWARE & SUPPLY INC<br>7204 NATURAL BRIDGE<br>NORMANDY, MO 63121 | | Claim Number: 4446<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $801.08 | Scheduled: | $801.08 | |
| SCHULTZ FLUID HANDLING EQUIPMENT, INC.<br>13232 ENTERPRISE AVE.<br>CLEVELAND, OH 44135 | | Claim Number: 3303<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $6,110.76 | Scheduled: | $6,104.46 | |

---

SCHUMANN PACKAGING EQUIP, INC
PO BOX 783
BROOKFIELD, WI 53008-0783

Claim Number: 118
Claim Date: 02/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,673.72 | Scheduled: | $2,673.72 |

SCHUTTE & KOERTING ACQ. COMPANY
2510 METROPOLITAN DRIVE
TREVOSE, PA 19053

Claim Number: 560
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,011.05   UNLIQ | Scheduled: | $16,011.05 |

SCHUYLER RUBBER CO.
16901 WOOD-RED ROAD
WOODINVILLE, WA 98072

Claim Number: 2892
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,573.27 |

SCIENTIFIC & ENVIOR ASSOCIATES INC
325 MADSON AVENUE
CAPE CHARLES, VA 23310

Claim Number: 4284
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,575.00 | | |
| UNSECURED | Claimed: | $10,575.00 | Scheduled: | $10,575.00 |
| TOTAL | Claimed: | $10,575.00 | | |

SCIENTIFIC & ENVIRONMENTAL ASSOCIATES,
INC. (SEA, INC.)
325 MASON AVE
ATTN: GRACE THOMPSON/ANN HAYWARD WALKER
CAPE CHARLES, VA 23310

Claim Number: 12345
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $10,575.00 |

---

SCIENTIFIC CONTROL LABORATORIES
3158 S. KOLIN AVE.
CHICAGO, IL 60623

Claim Number: 12245
Claim Date: 09/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $250.00 | | | |

---

SCOTT EQUIPMENTS COMPANY, LLC
PO BOX 4948
MONROE, LA 71211-4948

Claim Number: 3266
Claim Date: 06/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,082.84 | Scheduled: | $865.09 | |

---

SCOTT PALLETS INC
PO BOX 657
AMELIA, VA 23002

Claim Number: 6729
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,484.40 | Scheduled: | $16,968.80  UNLIQ | |

---

SCOTT'S TRUCKING
PO BOX 15489
FERNANDINA BEACH, FL 32035

Claim Number: 9090
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $198,517.38 | Scheduled: | $13,419.13 | |

---

SCOTT, MARY ARDELLE
C/O KOSKIE MINSKY LLP
BARRISTERS AND SOLICITORS
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 12956
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $113,475.50 | Scheduled: | $113,506.45 | Allowed: | $113,506.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SCOTT, STEVEN L.<br>11362 HWY 501<br>SALINE, LA 71070 | | Claim Number: 10326<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | | |
| SCOTT, SUZANNE<br>C/O CHRISTINE R. ARNOLD, ESQ.<br>HOLLINS SCHECHTER<br>1851 EAST FIRST STREET, 6TH FLOOR<br>SANTA ANA, CA 92705 | | Claim Number: 2074<br>Claim Date: 04/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $16,175.28 | | | | | |
| SCOTTS MOWING & SNOW REMOVAL<br>121 FINCHAM WAY<br>TOWANDA, IL 61776 | | Claim Number: 10918<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $4,979.00 | Scheduled: | $4,979.00 | | | |
| SCOTTSBORO FOREST PRODUCTS INC<br>PO BOX 176<br>SCOTTSBORO, AL 35768 | | Claim Number: 7852<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $13,258.15 | Scheduled: | $28,651.63 UNLIQ | Allowed: | $13,258.15 | |
| SCOTTSDALE DISTRIBUTING<br>2460 SENECA STREET<br>WEST SENECA, NY 14210 | | Claim Number: 3987<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $143.10 | Scheduled: | $143.10 | | | |

---

SCP INVESTMENTS INC
PO BOX 82
CRAB ORCHARD, TN 37723

Claim Number: 5391
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $21,123.77 | Scheduled: | $21,123.77 |

SCRUGGS, GREGORY E
2013 SPRING CREEK ROAD
CULLEN, VA 23934

Claim Number: 6539
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,501.89 | Scheduled: | $8,501.89 UNLIQ |

SCS LANDSCAPE SERVICE, INC.
1000 SINGLEY DR.
LOCUST GROVE, GA 30248

Claim Number: 2047
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,330.50 | Scheduled: | $2,440.00 |

SD MASONRY LLC
W6890 EDWARD DRIVE
MERRILL, WI 54452

Claim Number: 11031
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $33,768.16 | |

SDI/KERKIM INC.
7825 PARHAM LANDING ROAD
WEST POINT, VA 23181

Claim Number: 2890
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,655.72 | Scheduled: | $7,599.56 |

---

SEABOARD ENVELOPE COMPANY INC.
15601 CYPRESS ST
P.O.BOX 2225
IRWINDALE, CA 91706

Claim Number: 8266
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,428.45 | Scheduled: | $4,428.45 | | |
|---|---|---|---|---|---|---|

SEAPORT GROUP LLC
TRANSFEROR: AIRGAS SPECIALTY PRODUCTS, I
ATTN: JONATHAN SILVERMAN, ESQ.
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 599-01
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8127 (06/23/2010)

| UNSECURED | Claimed: | $305.00 | Scheduled: | $117,987.24 | | |
|---|---|---|---|---|---|---|

SEAPORT GROUP LLC
TRANSFEROR: AIRGAS SPECIALTY PRODUCTS, I
ATTN: JONATHAN SILVERMAN, ESQ.
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 599-02
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8127 (06/23/2010)

| ADMINISTRATIVE | Claimed: | $24,501.23 | | | Allowed: | $24,501.23 |
|---|---|---|---|---|---|---|

SEAPORT GROUP LLC
TRANSFEROR:ROOF MASTERS OF NORTH AMERICA
ATTN: JONATHAN SILVERMAN, ESQ.
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 2460
Claim Date: 04/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8127 (06/23/2010)

| UNSECURED | Claimed: | $235,563.07 | Scheduled: | $235,563.07 | Allowed: | $235,563.07 |
|---|---|---|---|---|---|---|

SEAPORT GROUP LLC, THE
TRANSFEROR: CREECH BROTHERS TRUCK
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 4692
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8127 (06/23/2010)

| UNSECURED | Claimed: | $23,550.00 | Scheduled: | $22,950.00 | Allowed: | $23,550.00 |
|---|---|---|---|---|---|---|

---

SEARER BUSINESS TECHNOLOGY
1315 WALNUT STREET
STE 817
PHILADELPHIA, PA 19107

Claim Number: 3352
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,920.55 | Scheduled: | $9,000.00 |

SEATTLE BINDERY
6540 S GLACIER STREET  STE 120
SEATTLE, WA 98188

Claim Number: 5182
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7554 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $355.00  UNDET | Scheduled: | $121.00 |

SEBASTIAN COUNTY TAX COLLECTOR
P. O. BOX 1358
FORT SMITH, AR 72902

Claim Number: 4581
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,291.58 | Scheduled: | $0.00  UNLIQ |

SEBRIGHT PRODUCTS INC
127 NORTH WATER STREET
PO BOX 296
HOPKINS, MI 49328

Claim Number: 9588
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,727.84 | Scheduled: | $152.42 |

SEC ELECTRICAL, INC.
100-H MESSINA DR
BRAINTREE, MA 02184

Claim Number: 3583
Claim Date: 07/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,194.96 | Scheduled: | $6,194.96 |

| | | | | |
|---|---|---|---|---|
| SECURITAS SECURITY SERVICES USA<br>2 CAMPUS DR<br>PARSIPPANY, NJ 07950 | | Claim Number: 13756<br>Claim Date: 01/08/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $325,914.27 | | |
| SECURITAS SECURITY SERVICES USA<br>2 CAMPUS DR<br>PARSIPPANY, NJ 07950 | | Claim Number: 13773<br>Claim Date: 01/22/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $325,914.27 | | |
| SECURITY FORCES, INC.<br>PO BOX 36607<br>CHARLOTTE, NC 28236 | | Claim Number: 3316<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $26,336.03 | Scheduled: | $23,424.28 |
| SECURITY SHREDDING<br>4525 MEADOW LANE<br>REDDING, CA 96001 | | Claim Number: 5138<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $716.00 | Scheduled: | $716.00 |
| SEECO INC<br>920 SALEM GLEN COURT<br>CLEMMONS, NC 27012 | | Claim Number: 4078<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $965.83 | Scheduled: | $2,229.72 |

---

SELECT METALS CORP
PO BOX 1245
ELMHURST, IL 60126

Claim Number: 5201
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,053.20 | Scheduled: | $2,053.20 | | |
|---|---|---|---|---|---|---|

SELECTCOMM INC
14476 DUVAL PLACE WEST
SUITE 111
JACKSONVILLE, FL 32218

Claim Number: 6755
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,347.06 | Scheduled: | $3,347.06 | | |
|---|---|---|---|---|---|---|

SELIG ENTERPRISES, INC.
ATTN: KENNETH J. CLAYMAN, ESQUIRE
GA BAR NO: 129651
1100 SPRING STREET NW, SUITE 550
ATLANTA, GA 30309-2848

Claim Number: 4568
Claim Date: 07/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $323,205.61 | Scheduled: | $53,469.49 | Allowed: | $323,205.61 |
|---|---|---|---|---|---|---|

SELLERS EQUIPMENT INC
PO BOX 1940
SALINA, KS 67402-1940

Claim Number: 4012
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,158.82 | Scheduled: | $5,967.65 | | |
|---|---|---|---|---|---|---|

SEMASYS
PO BOX 201775
HOUSTON, TX 77216

Claim Number: 5555
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $20,232.68 | Scheduled: | $20,633.78 | | |
|---|---|---|---|---|---|---|

---

SEMCO ENERGY, INC.
MILLER CANFIELD PADDOCK & STONE, PLC
MARC N. SWANSON
150 WEST JEFFERSON, SUITE 2500
DETROIT, MI 48226

Claim Number: 2354-01
Claim Date: 04/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $18,886.52 | | | Allowed: | $18,886.52 |
|---|---|---|---|---|---|---|

SEMCO ENERGY, INC.
C/O MILLER CANFIELD PADDOCK & STONE, PLC
MARC N. SWANSON
150 WEST JEFFERSON, SUITE 2500
DETROIT, MI 48226

Claim Number: 3143
Claim Date: 05/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $250,474.35 | Scheduled: | $314,479.49 | Allowed: | $250,474.35 |
|---|---|---|---|---|---|---|

SEMINOLE ENERGY SERVICES LLC
1323 E. 71ST ST STE 300
TULSA, OK 74136

Claim Number: 2099
Claim Date: 04/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $138,134.90 | Scheduled: | $129,906.03 | Allowed: | $138,134.90 |
|---|---|---|---|---|---|---|

SEMINOLE METAL FINISHING INC
967 EXPLORER COVE
ALTAMONTE SPRINGS, FL 32701

Claim Number: 5866
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,834.35 | Scheduled: | $8,314.60 | | |
|---|---|---|---|---|---|---|

SEMMATERIALS, LP
C/O ANDREW R. TURNER
CONNER & WINTERS, LLP
4000 ONE WILLIAMS CENTER
TULSA, OK 74172-0148

Claim Number: 2254
Claim Date: 04/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $289,377.51 | | | | |
|---|---|---|---|---|---|---|

---

SEMMES BOWEN AND SEMMES ATTORNEYS
25 SOUTH CHARLES STREET
BALTIMORE, MD 21201

Claim Number: 3779
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,708.26 | Scheduled: | $2,708.26 |
|---|---|---|---|---|

---

SENECA STEEL ERECTORS, INC
975 E. MAIN ST
LOGAN, OH 43138-1743

Claim Number: 2920
Claim Date: 05/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $218,435.00 | Scheduled: | $220,551.25 |
|---|---|---|---|---|

---

SENSIA HEALTHCARE, INC.
108 W. MAPLEWOOD CT.
MEQUON, WI 53092

Claim Number: 1603
Claim Date: 03/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $17,416.30 | Scheduled: | $16,591.30 | Allowed: | $17,416.30 |
|---|---|---|---|---|---|---|

---

SENSMEIER AND SONS OIL
375 NORTH MAIN STREET
MANSFIELD, OH 44902

Claim Number: 8075
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $819.55 | Scheduled: | $851.50 |
|---|---|---|---|---|

---

SENTRY ENGRAVING OF CEN FLA
1313 28TH STREET
ORLANDO, FL 32805

Claim Number: 5429
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 1354 (08/03/2009)

| ADMINISTRATIVE | Claimed: | $15.00 | | | Allowed: | $15.00 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $67.50 | | |

---

---

SEQUACHEE VALLEY ELECTRIC
PO BOX 31
SOUTH PITTSBURG, TN 37380-0031

Claim Number: 4461
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,330.97 | Scheduled: | $1,350.75 | |

SEQUATCHIE CONCRETE SERVICE
PO BOX 129
SOUTH PITTSBURG, TN 37380-0129

Claim Number: 6328
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $434.94 | Scheduled: | $399.00 | |

SERVICE FIRST
26 COOK STREET
WEST SPRINGFIELD, MA 01089

Claim Number: 5775
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,493.57 | Scheduled: | $3,493.57 | |

SERVICE FIRST, INC.
26 COOK STREET
WEST SPRINGFIELD, MA 01089

Claim Number: 1419
Claim Date: 03/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,493.57 |

SERVICE HOUSE DIV.
JIM HOUSE & ASSOCIATES, INC
PO BOX 320129
BIRMINGHAM, AL 35232

Claim Number: 2207
Claim Date: 04/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,227.00 | Scheduled: | $13,227.00 | Allowed: | $13,227.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SERVICE MACHINE AND WELDING COMPANY, INC<br>PO BOX 2083<br>ASHLAND, VA 23005 | | Claim Number: 5360<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $27,474.00 | Scheduled: | $27,474.00 | Allowed: | $27,474.00 |
| SERVICE MASTER PROFESSIONAL<br>JANITORIAL SERVICES<br>PO BOX 234<br>WATERFORD, CT 06385 | | Claim Number: 1741<br>Claim Date: 03/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $7,661.86 | Scheduled: | $7,661.42 | | |
| SERVICE MOTOR COMPANY, INC.<br>PO BOX 38<br>160 MAIN STREET<br>PAMPLICO, SC 29583 | | Claim Number: 2182<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,683.88 | Scheduled: | $1,027.75 | | |
| SERVICE OIL CO. INC.<br>107 LAKE ST.<br>BAKERSFIELD, CA 93305 | | Claim Number: 5857-01<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $52.77 | Scheduled: | $105.54 | | |
| SERVICE OIL CO. INC.<br>107 LAKE ST.<br>BAKERSFIELD, CA 93305 | | Claim Number: 5857-02<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2032 (09/24/2009)<br>THIS CLAIM IS PAID | | | | | |
| ADMINISTRATIVE | Claimed: | $52.77 | | | Allowed: | $52.70 |

---

SERVICE PAK, INC.
14740 W 101 TER
LENEXA, KS 66215

Claim Number: 2703
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $32,796.74 | Scheduled: | $39,962.69 |
|---|---|---|---|---|

SERVICE PUMPING & DRAIN CO INC
5 HALLBERG PARK
NORTH READING, MA 01864

Claim Number: 3887
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $825.00 | | |
|---|---|---|---|---|

SESSIONS, ROBIN LEE
173 SESSIONS RD.
JONESBORO, LA 71251

Claim Number: 10265
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

SET RITE CORP
PO BOX 988
LEVITTOWN, PA 19058

Claim Number: 12556
Claim Date: 09/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,077.00 | Scheduled: | $1,745.00 |
|---|---|---|---|---|

SETCO
PO BOX 809
IDABEL, OK 74745

Claim Number: 5770
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,565.06 | Scheduled: | $2,565.06 |
|---|---|---|---|---|

SETZERS & CO INC.
7660 PHILIPS HWY. STE. 20
JACKSONVILLE, FL 32256

Claim Number: 2795
Claim Date: 05/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $33.25 | Scheduled: | $33.00 |
|-----------|----------|--------|------------|--------|

SEVEN O'S (DBA RESTERAUNT @ KING RANCH)
PO BOX 614
FRENCHTOWN, MT 59834

Claim Number: 3582
Claim Date: 07/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $475.00 | Scheduled: | $475.00 |
|-----------|----------|---------|------------|---------|

SEVERN TRENT WATER PURFICATION INC.
PO BOX 7777 W2090
PHILADELPHIA, PA 19175-2090

Claim Number: 5314
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $208.51 | Scheduled: | $208.51 |
|-----------|----------|---------|------------|---------|

SEWARD LUMBER CO
PO BOX 398
CLAREMONT, VA 23899

Claim Number: 3772
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $827.82 | Scheduled: | $827.82 |
|-----------|----------|---------|------------|---------|

SEWARD TRUCKING INC
PO BOX 461
CLAREMONT, VA 23899

Claim Number: 5650
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $1,699.68 | Scheduled: | $1,699.68 |
|-----------|----------|-----------|------------|-----------|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SEWARD TRUCKING INC<br>PO BOX 461<br>CLAREMONT, VA 23899 | | Claim Number: 5651<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,699.68 | | | | | |
| SEXTON & PEAKE INC<br>9687 GERWIG LANE<br>COLUMBIA, MD 21046 | | Claim Number: 6272<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $597.68 | Scheduled: | $597.68 | | | |
| SEYMOUR SITE TRUST FUND<br>C/O JOHN M. TERRY<br>HUSCH BLACKWELL LLP<br>190 CARONDELET PLAZA, SUITE 600<br>EAGAN, MN 55121 | | Claim Number: 99032<br>Claim Date: 06/18/2014<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $20,022.53 | | | Allowed: | $20,022.53 | |
| SFI ELECTRONICS INC<br>PO BOX 11275<br>CHARLOTTE, NC 28220 | | Claim Number: 3719<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $534.75 | Scheduled: | $534.75 | | | |
| SG AURORA MASTER FUND L.P.<br>TRANSFEROR: JEFFERIES LEVERAGED CREDIT P<br>ATTN: MICHAEL ROLNICK<br>825 THIRD AVENUE, 34TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 2229-01<br>Claim Date: 04/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7011 (04/15/2010) | | | | | |
| UNSECURED | Claimed: | $636,574.75 | Scheduled: | $836,670.08 UNLIQ | Allowed: | $636,574.75 | |

---

SGW TELEPROMPTER SOLUTIONS INC
844 SOUTH 8TH AVENUE
LAGRANGE, IL 60525-2949

Claim Number: 7628
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $450.00 | Scheduled: | $450.00 |
|---|---|---|---|---|

SHAMROCK HOSE & FITTINGS
1771 IVANHOE RD
CLEVELAND, OH 44112

Claim Number: 4063-01
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,712.92 | Scheduled: | $3,024.05 |
|---|---|---|---|---|

SHAMROCK HOSE & FITTINGS
1771 IVANHOE RD
CLEVELAND, OH 44112

Claim Number: 4063-02
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| ADMINISTRATIVE | Claimed: | $1,341.79 | | | Allowed: | $1,341.79 |
|---|---|---|---|---|---|---|

SHANNON/BAKER & ASSOCIATES, INC.
P.O. BOX 100456
BIRMINGHAM, AL 35210

Claim Number: 1680
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,427.68 |
|---|---|---|

SHAPE PRODUCTS
1127 57TH AVE
OAKLAND, CA 94621

Claim Number: 3133
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $358.55 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| SHAPIRO SUPPLY CO<br>5617 NATURAL BRIDGE AVE<br>SAINT LOUIS, MO 63120 | | Claim Number: 8375<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,140.00 | Scheduled: | $1,140.00 |
| SHARKEY TRANSPORTATION INC<br>P.O. BOX 3156<br>QUINCY, IL 62305-3156 | | Claim Number: 7279<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $304.98 | | |
| SHAW'S WELDING INC<br>PO BOX 1017<br>PERRY, FL 32348 | | Claim Number: 4089<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,606.24 | Scheduled: | $1,606.24 |
| SHELBY COMPANY, THE<br>865 CANTERBURY ROAD<br>WESTLAKE, OH 44145 | | Claim Number: 3654<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $33,898.62 | Scheduled: | $33,570.97 |
| SHELBY COUNTY TRUSTEE<br>P.O. BOX 2751<br>MEMPHIS, TN 38101-2751 | | Claim Number: 925<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| SECURED | Claimed: | $39,587.56   UNLIQ | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| SHELBY COUNTY TRUSTEE<br>P.O. BOX 2751<br>MEMPHIS, TN 38101-2751 | | Claim Number: 926<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | | |
| SECURED | Claimed: | $7,236.85  UNLIQ | | | | |
| SHELBY COUNTY TRUSTEE<br>P.O. BOX 2751<br>MEMPHIS, TN 38101-2751 | | Claim Number: 6868<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | | |
| SECURED | Claimed: | $15,345.08 | | | | |
| SHELBY COUNTY TRUSTEE<br>P.O. BOX 2751<br>MEMPHIS, TN 38101-2751 | | Claim Number: 13936<br>Claim Date: 03/22/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | | |
| SECURED | Claimed: | $432.61 | | | | |
| SHELBY COUNTY TRUSTEE<br>P.O. BOX 2751<br>MEMPHIS, TN 38101-2751 | | Claim Number: 13937<br>Claim Date: 03/22/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | | |
| SECURED | Claimed: | $35,980.80 | | | | |
| SHELBY PACKAGING INC<br>PO BOX 506<br>ARLINGTON, TN 38002-0506 | | Claim Number: 6837<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $11,284.54 | Scheduled: | $39,048.89 UNLIQ | Allowed: | $11,284.54 |

---

SHELL ENERGY NORTH AMERICA (US), L.P.
ATTN: JENNFIER M. GORE, ESQ
909 FANNIN ST., PLAZA LEVEL 1
HOUSTON, TX 77010

Claim Number: 7457
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $248,800.73 | | Allowed: | $197,685.97 |
|---|---|---|---|---|---|

SHELL OIL COMPANY
ANNA HATHAWAY
1162 ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TX 77002

Claim Number: 11449
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8879 (01/06/2011)

| UNSECURED | Claimed: | $0.00 UNDET |
|---|---|---|

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
ATTN: RANDOLPH C. VISSER
333 SOUTH HOPE STREET, 48TH FLOOR
LOS ANGELES, CA 90067

Claim Number: 2968
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,501.04 | Scheduled: | $16,070.04 |
|---|---|---|---|---|

SHERATON LAKESIDE CHALET
ATTN: MARTI DE MAY
900 WEST PORT PLAZA DRIVE
SAINT LOUIS, MO 63146

Claim Number: 1593
Claim Date: 03/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,034.22 | Scheduled: | $10,034.22 |
|---|---|---|---|---|

SHERATON PLAZA TOWER
ATTN: MARTI DEMAY
900 WESTPORT PLAZA DRIVE
SAINT LOUIS, MO 63146

Claim Number: 1417
Claim Date: 03/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,631.76 | Scheduled: | $13,631.56 |
|---|---|---|---|---|

---

SHERM'S THUNDERBIRD MARKETS INC
PO BOX 1400
MEDFORD, OR 97501

Claim Number: 240
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,264.50 | Scheduled: | $6,844.30 |
|-----------|----------|-----------|------------|-----------|

SHERMAN, CHRISTOPHER
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10727
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $56,973.39 |
|-----------|----------|------------|

SHERRARD, FREDDIE
P.O. BOX 196
JONESBORO, LA 71251

Claim Number: 10327
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|-----------|----------|---------------|

SHERWIN WILLIAMS
2246 PROMENADE COURT
GALESBURG, IL 61401

Claim Number: 5790
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $582.34 | Scheduled: | $582.34 |
|-----------|----------|---------|------------|---------|

SHERWIN WILLIAMS (03)
385 PARK ST.
JACKSONVILLE, FL 32204

Claim Number: 7497-02
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,188.53 |
|-----------|----------|-----------|

| | | | | |
|---|---|---|---|---|
| SHERWIN-WILLIAMS CO<br>540 MIDLAND BLDG 101 PROSPECT AVE<br>CLEVELAND, OH 44115 | | Claim Number: 5038<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED | | |
| UNSECURED | Claimed: | $5,598.25 | | |
| SHERWIN-WILLIAMS CO<br>540 MIDLAND BLDG 101 PROSPECT AVE<br>CLEVELAND, OH 44115 | | Claim Number: 5039<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED | | |
| UNSECURED | Claimed: | $1,655.07 | | |
| SHERWIN-WILLIAMS CO<br>540 MIDLAND BLDG 101 PROSPECT AVE<br>CLEVELAND, OH 44115 | | Claim Number: 5247<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,559.44 | | |
| SHETUCKET IRON & METAL CO INC<br>NEW WHARF PO BOX 349<br>NORWICH, CT 06360 | | Claim Number: 5910<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $219.00 | Scheduled: | $219.00 |
| SHIP-PAC INC<br>3000 COVINGTON RD<br>KALAMAZOO, MI 49001 | | Claim Number: 6554<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $400.40 | Scheduled: | $400.40 |

| | | | | |
|---|---|---|---|---|
| SHIPPING UTILITIES, INC.<br>10515 LIBERTY AVE.<br>ST. LOUIS, MO 63132 | | Claim Number: 4449<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $9,381.41 |
| SHIVELY, MARVIN DE<br>P.O. BOX 401<br>JONESBORO, LA 71251 | | Claim Number: 10266<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| SHOETERIA<br>PO BOX 911433<br>LOS ANGELES, CA 90091 | | Claim Number: 1715<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $12,839.71 | Scheduled: | $12,607.36 |
| SHOPKO OPTICAL<br>PO BOX 3016<br>MILWAUKEE, WI 53201-3016 | | Claim Number: 9609<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $225.00 | Scheduled: | $225.00 |
| SHOWS, DON ARCHIE<br>305 MOFFETT RD.<br>DODSON, LA 71422 | | Claim Number: 10267<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | |
|---|---|---|---|---|
| SHOWS, HARRY NELSON<br>PO BOX 93<br>HODGE, LA 71247 | | Claim Number: 10268<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| SHOWS, JIMMIE EARL, JR.<br>909 AYERS LOOP<br>JONESBORO, LA 71251 | | Claim Number: 10269<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| SHRED QUICK<br>8374 MARKET STREET<br>BRADENTON, FL 34202 | | Claim Number: 5877<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,564.00 | Scheduled: | $9,564.00 |
| SHRED-IT FIRST COAST<br>11606 COLUMBIA PARK DRIVE E #1<br>JACKSONVILLE, FL 32258 | | Claim Number: 1695<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,856.50 | Scheduled: | $3,464.00 |
| SHRIEVE CHEMICAL COMPANY<br>JOSEPH P. HERBERT<br>LISKOW & LEWIS, APLC<br>822 HARDING STREET<br>LAFAYETTE, LA 70503 | | Claim Number: 3529-01<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,332.34 | | |

SHRIEVE CHEMICAL COMPANY
JOSEPH P. HERBERT
LISKOW & LEWIS, APLC
822 HARDING STREET
LAFAYETTE, LA 70503

Claim Number: 3529-02
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $209,404.65 | | | Allowed: | $209,404.65 |
|---|---|---|---|---|---|---|

SHRIEVE CHEMICAL COMPANY
C/O KRISTINA MORDAUNT
1755 WOODSTEAD
THE WOODLANDS, TX 77380

Claim Number: 4023
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5732 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $267,135.04 | Scheduled: | $483,869.46 | Allowed: | $267,135.04 |
|---|---|---|---|---|---|---|

SHULL TIMBER CORP
PO BOX 664
CONCORD, VA 24538

Claim Number: 7965
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $22,854.68 | Scheduled: | $45,709.37  UNLIQ | Allowed: | $22,854.68 |
|---|---|---|---|---|---|---|

SHURE GLUE CORP
457 CIRCLE FREEWAY DR
CINCINNATI, OH 45246

Claim Number: 9228
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,985.00 | | | Allowed: | $13,985.00 |
|---|---|---|---|---|---|---|

SID TOOLS, D/B/A MSC INDUSTRIAL SUPPLY
COMPANY
LYNNE B. XERRAS, ESQ., HOLLAND & KNIGHT
LLP., 10 ST. JAMES AVENUE
BOSTON, MA 02116

Claim Number: 13863
Claim Date: 03/05/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $164,979.13 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $594,078.67  UNLIQ | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SIDNEY WAREHOUSING, INC.<br>C/O MICHAEL A. STAUDT<br>FAULKNER, GARMHAUSEN PC<br>100 S MAIN ST,. SUITE 300<br>SIDNEY, OH 45365 | | Claim Number: 4304<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $15,061.00 | Scheduled: | $38,061.02 | Allowed: | $15,061.00 |
| SIEMENS ENERGY & AUTOMATION, INC.<br>ATTN: LEIGH-ANNE BEST<br>1345 RIDGELAND PKWY, STE. 116<br>ALPHARETTA, GA 30004 | | Claim Number: 281<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $24,948.40 | Scheduled: | $28,015.40 | | |
| SIEMENS WATER TECHNOLOGIES CORP.<br>10 TECHNOLOGY DRIVE<br>LOWELL, MA 01851 | | Claim Number: 521<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | | | | |
| UNSECURED | Claimed: | $27,133.21 | | | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: SOUTHWEST STAINLESS, INC.<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 11<br>Claim Date: 01/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13751<br>DOCKET: 5738 (03/10/2010) | | | | | |
| UNSECURED | Claimed: | $4,166.52 | Scheduled: | $4,159.75 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: KBC WEAR COMPONENTS<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 60<br>Claim Date: 02/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | | | |
| UNSECURED | Claimed: | $288.00 | | | | |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: BOILER & STEAM SYSTEMS LLC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 123
Claim Date: 02/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,168.26 | Scheduled: | $9,833.36 | | |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: INDUSTRIAL ELECTRICAL SERVIC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 204
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $38,210.79 | Scheduled: | $39,056.79 | Allowed: | $38,210.79 |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: DAVID CUTLER INDUSTRIES, LTD
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 250-01
Claim Date: 02/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 6647 (04/07/2010)

| ADMINISTRATIVE | Claimed: | $157,865.22 | | | Allowed: | $157,865.22 |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: ASSOCIATED MACHINE DESIGN, I
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 514
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,568.74 | Scheduled: | $7,568.74 | | |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: YOCHUM CONTRACTING, INC.
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 570
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,138.88 | Scheduled: | $8,138.88 | | |

---

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: SHOT NURSE, THE<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 708<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: TREE LINE TRANSPORTATION INC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 848<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,149.28 | Scheduled: | $5,217.90 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: SYNTERRA<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 891<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13785<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $4,134.22 | Scheduled: | $4,134.22 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: SCHRADER ARCHITECTURAL PRODU<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 1526<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,185.92 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: PUMPS, PARTS & SERVICE, INC.<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 1561<br>Claim Date: 03/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | | |
| UNSECURED | Claimed: | $10,571.24 | | |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: DOUBLE E COMPANY, LLC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 2379
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $8,494.50 | | | | | |
|---|---|---|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: DOUBLE E COMPANY, LLC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 2380
Claim Date: 04/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $17,147.33 | Scheduled: | $27,137.88 | | | |
|---|---|---|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: PROCESS MACHINERY, INC.
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 2430
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,173.02 | Scheduled: | $4,173.02 | | | |
|---|---|---|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: RITZ-CARLTON BUCKHEAD
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 2528
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $17,865.61 | Scheduled: | $17,817.61 | Allowed: | $17,865.61 |
|---|---|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: HELWIG CARBON PRODUCTS, INC.
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 2541
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $10,821.99 | | | | | |
|---|---|---|---|---|---|---|---|

---

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: AUTO GLASS & MORE STORE, INC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 2683
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,385.00 | Scheduled: | $1,385.00 | |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: SHOOK & FLETCHER INSULATION
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 3110
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13749
DOCKET: 6649 (04/07/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $935.97 | Scheduled: | $935.97 | |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: SAFETY SHOE DISTRIBUTORS, IN
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 3214
Claim Date: 06/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13752
DOCKET: 7550 (05/10/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,588.09 | Scheduled: | $6,662.64 | |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: WYLER INDUSTRIAL WORKS, INC.
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 3525
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,660.56 | Scheduled: | $3,629.09 | |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: STOKER CONSULTING SERVICE IN
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 3688
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $600.00 | Scheduled: | $600.00 | |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: RUDOLPH'S SHOES
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 3704
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7189 (04/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,938.00 | Scheduled: | $1,938.00 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: JOHNSON FEED INC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 3742
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,032.11 | Scheduled: | $3,725.04 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: ASSOCIATED MARKETING SYSTEMS
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 3746
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,960.00 | Scheduled: | $3,960.00 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: SECURITY SCALE SERVICE INC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 3810
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $625.00 | Scheduled: | $625.00 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: UNIVERSAL ELECTRIC CORP.
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 3865
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,524.69 | Scheduled: | $7,802.92 |
|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: PEERLESS WIPING CLOTH CO.
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 3915
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,085.00 | Scheduled: | $2,462.50 | |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: TJM ENTERPRISES
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 3941
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $850.00 | Scheduled: | $850.00 | |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: SUPERIOR ALLOY STEEL COMPANY
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 3964
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $5,144.00 | | | |
| UNSECURED | Claimed: | $5,144.00 | Scheduled: | $5,144.00 | |
| TOTAL | Claimed: | $5,144.00 | | | |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: UNITED STATES ROOFING CORP
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 3976
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLE DUPLICATE OF 8219
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,758.80 | Scheduled: | $1,758.80 | |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: DALE'S GLASS SHOP INC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 4029
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,155.00 | Scheduled: | $1,155.00 | |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: ASTRO CHEMICALS INC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 4048-01<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,470.00 | Scheduled: | $8,760.00 | |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: ASTRO CHEMICALS INC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 4048-02<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1436 (08/06/2009)<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,290.00 | | Allowed: | $4,290.00 |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: ALL SITE CONSTRUCTION, INC.<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 4059<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,741.31 | Scheduled: | $3,525.00 | |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: IESCO INC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 4161-01<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,788.48 | Scheduled: | $12,788.48 | |

| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: SOLIDBOSS WORLDWIDE INC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 4168<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $945.56 | Scheduled: | $945.56 | |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: ARKANSAS INDUSTRIAL MACHINER
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 4252
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,366.31 | Scheduled: | $3,043.98 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: STATE ELECTRIC COMPANY
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 4257
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $4,499.93 | Scheduled: | $4,499.93 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: FARRAR PUMP & MACHINERY CO.
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 4287
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,366.64 | Scheduled: | $2,366.64 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: WALKER GRAPHICS
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 4288
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7432 (05/04/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,136.07 | Scheduled: | $1,136.07 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: BW JOHNSON MANUFACTURING CO
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 4308-01
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| UNSECURED | Claimed: | $16,153.42 | | |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: COWIN EQUIPMENT COMPANY,INC.
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 4445
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,060.27 | Scheduled: | $4,206.29 | |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: TONEY CO
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 4450
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $885.00 | Scheduled: | $885.00 | |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: VICAS MANUFACTURING CO
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 4475-01
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $590.54 | Scheduled: | $1,126.54 | |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: VICAS MANUFACTURING CO
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 4475-02
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $536.00 | | Allowed: | $536.00 |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: TRINITY CONTROLS LLC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 4848
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,902.67 | Scheduled: | $5,902.67 | |

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: ELSONS CONTAINER SUPPLY<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 4911<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $13,514.99 | Scheduled: | $38,735.66 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: SCALES EXPRESS INC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 4958<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,239.50 | Scheduled: | $3,195.95 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: BAHR BROTHERS MFG. INC.<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 4998<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,207.50 | Scheduled: | $8,207.50 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: DELTA FOREMOST CHEMICAL CORP<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 5010<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,186.95 | Scheduled: | $3,186.95 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: RUSSELL PARTITION COMPANY<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 5118<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,102.26 | Scheduled: | $5,102.26 |

| | | | | | |
|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: SIOUX CITY MUSKETEERS INC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 5444<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,040.00 | Scheduled: | $2,040.00 | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: NORTHERN ELECTRIC CO INC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 5468-01<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,775.00 | Scheduled: | $2,657.63 | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: NORTHERN ELECTRIC CO INC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 5468-02<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $902.63 | | Allowed: | $902.63 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: NORTHWEST PARTS & RIGGING CO<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 5472<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $4,721.75 | | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: GL PACKAGING PRODUCTS INC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 5543<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $7,907.40 | Scheduled: | $7,907.40 | |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: T J SMITH BOX CO INC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 5583
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $999.75 | Scheduled: | $999.75 | | |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: CONNECTICUT METAL INDUSTRIES
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 5595
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,357.00 | Scheduled: | $14,357.00 | Allowed: | $14,357.00 |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: HANCHETT MANUFACTURING INC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 5698
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,049.44 | Scheduled: | $2,049.44 | | |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: REDCO PALLETS
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 6257
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $14,526.50 | Scheduled: | $14,526.50 | Allowed: | $14,526.50 |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: ST. LOUIS SAFETY, INC.
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 6296
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $745.30 | Scheduled: | $745.30 | | |

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: OASIS ALIGNMENT SERVICES, IN<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 6420<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | |
| UNSECURED | Claimed: | $2,572.00 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: OASIS ALIGNMENT SERVICES, IN<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 6421<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | |
| UNSECURED | Claimed: | $8,181.20 | Scheduled: | $18,850.50 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: OASIS ALIGNMENT SERVICES, IN<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 6423<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | |
| UNSECURED | Claimed: | $7,046.00 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: OASIS ALIGNMENT SERVICES, IN<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 6424<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | |
| UNSECURED | Claimed: | $7,914.80 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: OASIS ALIGNMENT SERVICES, IN<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 6425<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | |
| UNSECURED | Claimed: | $8,856.00 | Scheduled: | $5,642.62 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: OASIS ALIGNMENT SERVICES, IN
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 6426
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $2,754.50 |
|-----------|----------|-----------|

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: OASIS ALIGNMENT SERVICES, IN
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 6428
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $2,250.00 |
|-----------|----------|-----------|

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: KNIFE RIVER
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 6528
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1866 (09/04/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE UNSECURED | Claimed: | $1,440.00 | Scheduled: | $1,440.00 | Allowed: | $1,440.00 |
|--------------------------|----------|-----------|------------|-----------|----------|-----------|

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: STONES ELECTRICAL CONTRACTOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 6581
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $29,494.86 | Scheduled: | $29,494.86 | Allowed: | $29,494.86 |
|-----------|----------|------------|------------|------------|----------|------------|

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: VEENSCHOTEN & COMPANY INC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 6944-01
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7189 (04/22/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE UNSECURED | Claimed: | $4,357.00 | Scheduled: | $9,656.00 |
|--------------------------|----------|-----------|------------|-----------|

| | | | | | | |
|---|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: VEENSCHOTEN & COMPANY INC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 6944-02<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,299.00 | | | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: TMC INDUSTRIES INC.<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 6954<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13748<br>DOCKET: 7550 (05/10/2010) | | | | |
| UNSECURED | Claimed: | $5,674.14 | Scheduled: | $5,674.14 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: NORD GEAR CORP<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 7002<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,551.76 | Scheduled: | $1,551.76 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: RENT-ALL EQUIPMENT INC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 7171<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,081.97 | Scheduled: | $4,397.90 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: SHOEMAKER INDUSTRIAL SOLUTIO<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 7212<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $55,280.00 | Scheduled: | $55,280.00 | Allowed: | $55,280.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: ALL SIZE CORRUGATED PRODUCTS<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 7221<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,169.98 | Scheduled: | $3,169.98 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: DOMINO LOGISTICS<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 7260<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $294,723.50 | Scheduled: | $298,819.06 | | |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: CUSTOM CARTS INC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 7277<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $24,318.00 | Scheduled: | $24,318.00 | Allowed: | $24,318.00 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: H.E. WISDOM & SONS INC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 7799-01<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $29,446.20 | Scheduled: | $28,958.96 | Allowed: | $29,446.20 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: TMCI INC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 8063<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,572.38 | Scheduled: | $50,771.97 UNLIQ | | |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: 2 CLEAN BUILDING MAINTENANCE
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 8115
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,466.25 | Scheduled: | $9,466.25 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: SUPERIOR ALLOY COMPANY INC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 8192
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $5,144.00 |
|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: UNITED STATES ROOFING CORP
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 8219
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,758.80 |
|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: SHIEIDS ELECTRONIC SUPPPLY I
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 8593-04
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $104.94 |
|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: SUTHERLIN LOGGING INC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 8974
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,053.41 | Scheduled: | $14,106.82 UNLIQ |
|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: BERESFORD BOX INC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 9125
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,107.34 | Scheduled: | $4,207.34 |
|-----------|----------|-----------|------------|-----------|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: D & B TECHNOLOGIES - ASSIGNO
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 9186
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $514.19 | Scheduled: | $514.19 |
|-----------|----------|---------|------------|---------|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: R SCHEINERT & SON INC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 9350
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,814.21 | Scheduled: | $5,600.00 |
|-----------|----------|-----------|------------|-----------|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: JOHNSONS GIANT FOODS
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 9726
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,807.65 | Scheduled: | $4,806.80 |
|-----------|----------|-----------|------------|-----------|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: FIKE CORPORATION
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 9776
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,386.89 | Scheduled: | $9,348.50 |
|-----------|----------|-----------|------------|-----------|

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: KENCO PAPER LLC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 9862-01
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $18,258.10 | Scheduled: | $27,784.00 | Allowed: | $18,258.10 |
|---|---|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: KENCO PAPER LLC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 9862-02
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2205 (10/09/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $3,901.83 | | | Allowed: | $3,901.83 |
|---|---|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: JAMISON STEEL RULE DIE INC.
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 10040-01
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| ADMINISTRATIVE | Claimed: | $15,084.00 | | | | |
|---|---|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: DAVID CUTLER INDUSTRIES, LTD
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 10673
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $158,028.50 | Scheduled: | $318,443.00 | Allowed: | $158,028.50 |
|---|---|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: NIAGARA MEDICAL MANAGEMENT I
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11006
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $316.12 | Scheduled: | $145.00 | | |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: K&M ELECTRONIC/INDUSTRIAL<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 11549<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $977.00 | Scheduled: | $977.00 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: HACH COMPANY<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 11734-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $2,862.15 | | |
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR PRECISION DESIGN MACHINERY ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 11856<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
| ADMINISTRATIVE | Claimed: | $563.13 | | |
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY IN FACT FOR<br>INTERMOUNTAIN SAFETY SHOES ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 11857<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $176.23 | | |
| UNSECURED | Claimed: | $1,000.00 | | |
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY IN FACT FOR<br>SERVICE CHEMICAL INDUSTRIES, INC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 11858<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7769 (05/27/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,800.64 | Scheduled: | $8,419.84 |

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR PRECISION DESIGN MACHINERY ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 11859<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| ADMINISTRATIVE    Claimed: | $601.62 | |
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR DIANSUPLY, INC. ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 11860<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| ADMINISTRATIVE    Claimed: | $1,293.82 | |
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR PHOENIX PROCESS EQUIPMENT ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 11861<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| ADMINISTRATIVE    Claimed:<br>UNSECURED | $3,998.45      Scheduled: | $3,802.77 |
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR DEATONS MAILING SYSTEMS<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 11862<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| ADMINISTRATIVE    Claimed:<br>UNSECURED | $93.09      Scheduled: | $93.09 |
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR ASHLOCK SIGNS, INC.<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 11863<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| ADMINISTRATIVE    Claimed: | $60.17 | |

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY-IN-FACT<br>FOR IESCO INC. (ASSIGNOR)<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 11865<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |

ADMINISTRATIVE          Claimed:          $1,264.56

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR D & B TECHNOLOGIES, INC. ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 11866<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |

ADMINISTRATIVE          Claimed:          $212.84

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR EQUIPMENT DEPOT OF IL ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 11867<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |

ADMINISTRATIVE          Claimed:          $220.64

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR KBC WEAR COMPONENTS & SALES ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 11868<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |

ADMINISTRATIVE          Claimed:          $288.00

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR ELSONS INT'L. ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 11869<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |

ADMINISTRATIVE          Claimed:          $13,117.78

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR BW JOHNSON MFG ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 11870<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $16,153.42 | | |

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY-IN-FACT<br>FOR RUBBER & ACCESSORIES, INC. ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 11871<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $498.90 | | |

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR GLOBAL PLASTICS, INC.<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 11872<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $456.00 | | |
| UNSECURED | | | Scheduled: | $432.00 |

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY-IN-FACT<br>FOR ALLEN FIELD CO. INC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 11873<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $432.23 | | |

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: GERBER SCIENTIFIC INTERNATIO<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 12160-01<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,454.79 | Scheduled: | $3,396.07 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: INSTRUMENT SPECIALTIES INC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 12237<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,982.80 | Scheduled: | $4,982.80 | | |
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY & ATTORNEY-IN-FACT<br>FOR PRESTO-X LLC - ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 13093<br>Claim Date: 09/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $34,122.28 | Scheduled: | $33,981.73 | Allowed: | $34,122.28 |
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY-IN-FACT FOR<br>VORTEX INDUSTRIES, INC. - ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 13745<br>Claim Date: 01/14/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | | |
| UNSECURED | Claimed: | $2,698.46 | Scheduled: | $4,934.97 | | |
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY-IN-FACT FOR<br>WALKER GRAPHICS - ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 13747<br>Claim Date: 01/14/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | | |
| UNSECURED | Claimed: | $1,136.07 | | | | |
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY-IN-FACT FOR<br>TMC INDUSTRIES, INC. - ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 13748<br>Claim Date: 01/14/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | | |
| UNSECURED | Claimed: | $5,674.14 | | | | |

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>ASSIGNEE & ATTORNEY-IN-FACT FOR<br>SOUTHWEST STAINLESS, INC. - ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 13751<br>Claim Date: 01/14/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |
| UNSECURED          Claimed: | $4,166.52 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &<br>ATTORNEY-IN-FACT FOR AA ELECTRIC SE,<br>INC. ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 1465-02<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | |
| UNSECURED          Claimed: | $26.73 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &<br>ATTORNEY-IN-FACT FOR DRIVES & CONVEYORS,<br>INC. - ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 1638-02<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | |
| UNSECURED          Claimed: | $62.98 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &<br>ATTORNEY-IN-FACT FOR ASHLOCK SIGNS, INC.<br>- ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 1640-02<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | |
| UNSECURED          Claimed: | $34.90 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &<br>ATTORNEY-IN-FACT FOR ALTERNATIVE<br>SOLUTIONS INT'L - ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 1641-02<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | |
| UNSECURED          Claimed: | $624.78 | |

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DIANSUPLY, INC - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 1729-02 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | |
| UNSECURED          Claimed: | $61.56 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR COAST TO COAST HYDRAULICS - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 1730-02 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | |
| UNSECURED          Claimed: | $27.29 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DEPENDABLE ACME THREAD PROD. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 1731-02 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | |
| UNSECURED          Claimed: | $30.64 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ELSONS INT'L, ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 1733 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | |
| ADMINISTRATIVE          Claimed: | $13,117.78 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DEATON'S MAILING SYSTEMS, ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 1734-02 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | |
| UNSECURED          Claimed: | $6.00 | |

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR TITAN ENTERPRISES - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 1736-02 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $560.00 | Scheduled: | $7,125.50 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR FLAGSHIP INDUSTRIES ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 1737 Claim Date: 03/13/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,465.25 | Scheduled: | $735.00 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR D & B TECHNOLOGIES, INC. ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 1930-02 Claim Date: 04/01/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $24.00 | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR EQUIPMENT DEPOT OF IL, ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 1932-02 Claim Date: 04/01/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $19.66 | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR KBC WEAR COMPONENTS & SALES, ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 1933-02 Claim Date: 04/01/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $12.00 | Scheduled: | $638.50 |

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CORPORATE SERVICES GROUP-ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2103-02 Claim Date: 04/09/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $10.00 |
|---|---|---|

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR GLOBAL PLASTICS, INC.-ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2104-02 Claim Date: 04/09/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $24.00 |
|---|---|---|

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ACE-TEX ENTERPRISES INC.-ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2106-02 Claim Date: 04/09/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $8.00 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR FLUID CONNECTOR PRODUCTS - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2220 Claim Date: 04/15/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | |

| ADMINISTRATIVE | Claimed: | $840.50 | Allowed: | $840.50 |
|---|---|---|---|---|

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR BW JOHNSON MFG - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2523-01 Claim Date: 04/27/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | |

| ADMINISTRATIVE | Claimed: | $16,022.00 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR BW JOHNSON MFG -
ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 2523-02
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $131.42 | | | |
|---|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR MCCONNELL SALES &
ENG - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 2524
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $2,435.42 | | Allowed: | $2,435.42 |
|---|---|---|---|---|---|
| UNSECURED | | Scheduled: | $2,435.42 | | |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR EASTERN SHEET METAL
CO., - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 2525
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $1,500.00 | | Allowed: | $1,500.00 |
|---|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR PEERLESS WIPING
CLOTH CO - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 2526
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $367.50 | | Allowed: | $367.50 |
|---|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR ACME JANITOR
EQUIPMENT - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 2527-01
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $545.08 | | | |
|---|---|---|---|---|---|

---

---

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ACME JANITOR EQUIPMENT - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2527-02 Claim Date: 04/27/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | |

| UNSECURED | Claimed: | $6.20 | | |
|---|---|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PROCESS SENSORS CORP - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2850 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: POSSIBLY AMENDED BY 2033 DOCKET: 7550 (05/10/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $3,900.00 | Allowed: | $3,900.00 |
|---|---|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR COTTERMAN COMPANY - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2851-01 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID |
|---|---|

| ADMINISTRATIVE | Claimed: | $1,178.00 | | |
|---|---|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR COTTERMAN COMPANY - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2851-02 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $158.04 | | |
|---|---|---|---|---|

| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CONVEYOR COMPONENTS CO - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2852-01 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID |
|---|---|

| ADMINISTRATIVE | Claimed: | $200.00 | | |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR CONVEYOR COMPONENTS
CO - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 2852-02
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6.67 |
|---|---|---|

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR IPS BALERS MFG,
INC. - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 2853-01
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $9,281.60 |
|---|---|---|

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR IPS BALERS MFG,
INC. - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 2853-02
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $201.40 | Scheduled: | $9,483.00 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR COASTAL LUMBER CO
- ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 2854
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $1,417.00 | | | Allowed: | $1,417.00 |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,417.00 | | |

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR NORTHLAND WILLETTE,
INC. - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 2855
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $1,127.88 | Allowed: | $1,127.88 |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR JAMISON STEEL RULE DIE - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 2856 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $15,084.00 | | Allowed: | $15,084.00 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR BALEMASTER - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 2857-01 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $5,142.18 | | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR BALEMASTER - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 2857-02 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $221.31 | | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PHOENIX PROCESS EQUIPMENT - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 2858-01 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $3,802.77 | | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PHOENIX PROCESS EQUIPMENT - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 2858-02 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $195.68 | | | |

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR COFFEE PERKS - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2859-01 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE        Claimed:              $176.08 | | | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR COFFEE PERKS - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2859-02 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | |
| UNSECURED        Claimed:              $3.50 | | | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR K & J CONTAINERS, INC. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2860 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8537 (09/14/2010) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE        Claimed:              $8,369.16 | | | Allowed: | $8,369.16 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PRECISION DESIGN MACHINERY - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2861-01 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE        Claimed:              $489.52 | | | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PRECISION DESIGN MACHINERY - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2861-02 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | |
| UNSECURED        Claimed:              $112.10 | | | | |

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PRECISION DESIGN MACHINERY - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2862-01 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | |
| ADMINISTRATIVE          Claimed: | $1,823.68 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PRECISION DESIGN MACHINERY - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2862-02 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | |
| UNSECURED          Claimed: | $49.96 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PRECISION DESIGN MACHINERY - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2863-01 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | |
| ADMINISTRATIVE          Claimed: | $489.52 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PRECISION DESIGN MACHINERY - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2863-02 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | |
| UNSECURED          Claimed: | $73.61 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DELTA INSTRUMENT, LLC - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2864-01 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | |
| ADMINISTRATIVE          Claimed: | $4,880.00 | |

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DELTA INSTRUMENT, LLC - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2864-02 Claim Date: 05/11/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $12.53 |
|---|---|---|

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DISCOUNT RAMPS.COM - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 3052-01 Claim Date: 05/20/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID |

| ADMINISTRATIVE | Claimed: | $7,295.97 |
|---|---|---|

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DISCOUNT RAMPS.COM - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 3052-02 Claim Date: 05/20/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $1,750.00 |
|---|---|---|

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CULLUM & BROWN INC. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 3053-01 Claim Date: 05/20/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID |

| ADMINISTRATIVE | Claimed: | $3,694.83 |
|---|---|---|

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CULLUM & BROWN INC. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 3053-02 Claim Date: 05/20/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $217.00 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR GUERNSEY/DISCOUNT OFFICE PRODUCTS - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 3054 Claim Date: 05/20/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $1,305.44 | Allowed: | $1,305.44 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR K S INDUSTRIAL TIRE SALES - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 3055 Claim Date: 05/20/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $1,191.44 | Allowed: | $1,191.44 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DAVID INDUSTRIAL SALES INC. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 3056-01 Claim Date: 05/20/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $2,020.00 | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DAVID INDUSTRIAL SALES INC. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 3056-02 Claim Date: 05/20/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $93.72 | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR WAYNE GARAGE DOOR SALES - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 3160 Claim Date: 05/29/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $1,145.00 | Allowed: | $1,145.00 |

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR HD CHASEN COMPANY ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 3161-01 Claim Date: 05/29/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | |
| ADMINISTRATIVE          Claimed: | $1,308.40 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR HD CHASEN COMPANY ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 3161-02 Claim Date: 05/29/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | |
| UNSECURED               Claimed: | $39.02 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR RUDOLPH'S SHOES ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 3162-01 Claim Date: 05/29/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | |
| ADMINISTRATIVE          Claimed: | $1,601.38 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR RUDOLPH'S SHOES ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 3162-02 Claim Date: 05/29/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | |
| UNSECURED               Claimed: | $0.50 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DOMINION CHEMICAL CO - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 3163-01 Claim Date: 05/29/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | |
| ADMINISTRATIVE          Claimed: | $253.50 | |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR DOMINION CHEMICAL
CO - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 3163-02
Claim Date: 05/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $25.00 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR HACH COMPANY -
ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 3164-01
Claim Date: 05/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $2,183.23 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,603.90 |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR HACH COMPANY -
ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 3164-02
Claim Date: 05/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $678.92 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR AP PALLET, INC. -
ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 3165
Claim Date: 05/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $300.00 | Allowed: | $300.00 |
|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR URPS, INC.
ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 3208
Claim Date: 06/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $13,895.00 | Allowed: | $13,895.00 |
|---|---|---|---|---|

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR APERTAIN CORP. ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 3501-01 Claim Date: 06/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | |
| ADMINISTRATIVE          Claimed: | $3,667.05 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR APERTAIN CORP. ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 3501-02 Claim Date: 06/24/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | |
| UNSECURED          Claimed: | $447.50 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CERAMIC & METAL COATINGS CORPORATION - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 6182-02 Claim Date: 07/23/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8117 (06/22/2010) THIS CLAIM IS PAID | |
| UNSECURED          Claimed: | $26.00 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ALLEN FIELD CO INC ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 6184-02 Claim Date: 07/23/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8117 (06/22/2010) THIS CLAIM IS PAID | |
| UNSECURED          Claimed: | $22.04 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR HOLLAND INDUSTRIAL COMPANY - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 6185-02 Claim Date: 07/23/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8117 (06/22/2010) THIS CLAIM IS PAID | |
| UNSECURED          Claimed: | $62.00 | |

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PERFORMANCE FABRICS INC., DBA HEX ARMOR - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 6187-02 Claim Date: 07/23/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: POSSIBLY AMENDED BY 11997 DOCKET: 8117 (06/22/2010) |

| UNSECURED | Claimed: | $9.70 |
|---|---|---|

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ANTI-SEIZE TECHNOLOGY - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 6188-02 Claim Date: 07/23/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8117 (06/22/2010) THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $32.18 |
|---|---|---|

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR AIR FILTER SERVICE, CO., INC. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 6190-01 Claim Date: 07/23/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8117 (06/22/2010) THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $46.34 |
|---|---|---|

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR IESCO INC. ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 6191-02 Claim Date: 07/23/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8117 (06/22/2010) THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $23.03 |
|---|---|---|

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR SERVICE CHEMICAL INDUSTRIES, INC. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 7544-02 Claim Date: 08/10/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8117 (06/22/2010) THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $80.96 |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR W.E. ROE INDUSTRIES INC., ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 10888 Claim Date: 08/27/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $19,652.55 | Scheduled: | $33,522.45 | Allowed: | | $19,652.55 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CULLUM & BROWN, INC. ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 10889 Claim Date: 08/27/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $6,296.62 | Scheduled: | $12,091.38 | | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ADVANTAGE MECHANICAL II, INC. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 10890 Claim Date: 08/27/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $37,401.76 | Scheduled: | $35,750.28 | Allowed: | | $37,401.76 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR HUMBOLDT INDUSTRIAL SUPPLY, ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 10892 Claim Date: 08/27/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $5,033.41 | Scheduled: | $7,233.46 | | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR W.E. ROE INDUSTRIES INC. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 10894 Claim Date: 08/27/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 2813 (11/18/2009) THIS CLAIM IS PAID | | | | | |
| ADMINISTRATIVE | Claimed: | $13,869.90 | | | Allowed: | | $13,869.90 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CONTINENTAL PUMP COMPANY - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 10895 Claim Date: 08/27/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $16,795.54 | Scheduled: | $16,795.54 | Allowed: | $16,795.54 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PHOENIX PROCESS EQUIPMENT CO. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 10896 Claim Date: 08/27/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $12,873.58 | Scheduled: | $12,873.58 | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR NORTHERN AIR CORP., DBA NAC MECHANICAL & ELECTRICAL 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 11717 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,929.38 | Scheduled: | $3,929.38 | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR UNIVERSAL URETHANE PRODUCTS, ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 11718 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: ALLOWED DOCKET: 3195 (12/16/2009) | | | | |
| ADMINISTRATIVE UNSECURED | Claimed: | $1,189.00 | Scheduled: | $1,189.00 | Allowed: | $1,189.00 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DUNHAM RUBBER & BELTING CORP. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 11719 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 2534 (10/30/2009) THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $883.02 | | | Allowed: | $883.02 |

| | | | | | |
|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DUNHAM RUBBER AND BELTING CORP -ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 11720 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $9,253.66 | Scheduled: | $10,039.40 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR KBC WEAR COMPONENTS AND SALES, INC. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 11721 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) | | | |
| ADMINISTRATIVE | Claimed: | $288.00 | | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR COFFEE PERKS - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 11722 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,342.85 | Scheduled: | $1,545.18 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR BLACK EQUIPMENT COMPANY, INC. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 11723 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,405.47 | Scheduled: | $871.47 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR TONER TECH CARTRIDGE SERVICE, INC - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 11724 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,404.00 | Scheduled: | $2,404.00 | |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
EQUIPMENT DEPOT OF ILLINOIS - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11725
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $35,326.10 | Scheduled: | $30,020.76 | Allowed: | $35,326.10 |
|---|---|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR ALLIED ROOFING &
SHEET METAL CO., INC. - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11726
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $500.00 | | | | |
|---|---|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
K & S INDUSTRIAL TIRE SALES - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11749
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,660.91 | Scheduled: | $4,193.92 | | |
|---|---|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR A.P. PALLET
INC. ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11759
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4729 (02/04/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,528.10 | Scheduled: | $1,828.10 | | |
|---|---|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
STATE ELECTRIC COMPANY - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11902-01
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,060.76 | | | | |
|---|---|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
STATE ELECTRIC COMPANY - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11902-02
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2993 (12/04/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $550.94 | | | Allowed: | $550.94 |
|---|---|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
ALLEN FIELD COMPANY, INC. - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11903
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $678.55 | Scheduled: | $937.70 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
DIANSUPLY, INC. - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11904
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $947.70 | Scheduled: | $2,184.66 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
INDIANA WIPING CLOTH, INC. - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11905
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $808.00 | Scheduled: | $1,616.00 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR HELWIG CARBON
PRODUCTS, INC. - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11906
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5587 (03/03/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $2,391.92 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,430.07 | Scheduled: | $10,776.10 |

SMURFIT-STONE CONTAINER CORPORATION | Case 09-10235-BLS | Doc 9663 | Filed 07/16/18 | Page 1672 of 2463 | Date: 07/03/2018

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
CONVEYOR COMPONENTS - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11907
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $206.31 | Scheduled: | $412.98 |
|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
ELSONS CONTAINER SUPPLY - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11908
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,832.40 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
HOLLAND INDUSTRIAL COMPANY - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11909
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,961.06 | Scheduled: | $7,323.99 |
|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
DAVID INDUSTRIAL SALES, INC. - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11910
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE UNSECURED | Claimed: | $2,113.72 | Scheduled: | $2,113.72 |
|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
US RUBBER ROLLER CO., INC. - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11911
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2205 (10/09/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE UNSECURED | Claimed: | $1,710.43 | Scheduled: | $1,710.43 | Allowed: | $1,710.43 |
|---|---|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
HENDERSON COFFEE CORP. - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11912
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,329.08 | Scheduled: | $964.65 |
|-----------|----------|-----------|------------|---------|

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR RELIANCE TELEPHONE
SYSTEMS, INC.
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11974
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $785.00 | Scheduled: | $1,086.04 |
|-----------|----------|---------|------------|-----------|

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR ACE-TEX ENTERPRISES
INC. - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11975
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $808.00 |
|----------------|----------|---------|

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR ANTI-SEIZE
TECHNOLOGY - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11976
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $827.18 | Scheduled: | $1,486.58 |
|-----------|----------|---------|------------|-----------|

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR ANTI-SEIZE
TECHNOLOGY ( ASSIGNOR)
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11988
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $737.78 |
|----------------|----------|---------|

| | | | |
|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR HOLLAND INDUSTRIAL COMPANY - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 11989 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7550 (05/10/2010) | | |
| ADMINISTRATIVE           Claimed: | $1,362.93 | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR RUBBER & ACCESSORIES, INC. 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 11990 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | |
| UNSECURED           Claimed: | $1,621.33 | Scheduled: | $2,436.14 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PRECISION DESIGN MACHINERY 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 11991 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) | | |
| ADMINISTRATIVE           Claimed: | $1,873.64 | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR AA ELECTRIC SE, INC. ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 11992 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) | | |
| ADMINISTRATIVE           Claimed: | $1,495.13 | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR FLAGSHIP INDUSTRIES INC. ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 11993 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) | | |
| ADMINISTRATIVE           Claimed: | $1,465.25 | | |

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR COTTERMAN COMPANY - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 11994 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) | |

ADMINISTRATIVE  Claimed:                    $1,336.04
UNSECURED                                                      Scheduled:          $1,336.04

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ALTERNATIVE SOLUTIO INT'L - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 11995 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) | |

ADMINISTRATIVE  Claimed:                    $2,699.78

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PROCESS SENSORS CORP - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 11996 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7550 (05/10/2010) | |

ADMINISTRATIVE  Claimed:                    $3,900.00

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PERFORMANCE FABRICS, INC. DBA HEX ARMOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 11997 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7550 (05/10/2010) | |

ADMINISTRATIVE  Claimed:                    $617.42

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CORPORATE SERVICES GROUP - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 11998 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) | |

ADMINISTRATIVE  Claimed:                    $120.20
UNSECURED                                                      Scheduled:          $120.20

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR AIR FILTER SERVICE
CO. - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11999
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $55.13 | | |
|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR MIDWEST SCAPES
ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 12000
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,178.05 | Scheduled: | $3,532.87 |
|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR PIECZONKA UNLIMITED
INC. - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 12002
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $4,915.65 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $4,915.65 |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR AIR FILTER SERVICE
INC. - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 12003
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,446.35 | Scheduled: | $4,501.48 |
|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR IESCO,
INC.  - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 12004
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,024.35 | | |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR GREENE LINE MANUFACTURING - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 12005 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $9,301.52 | Scheduled: | $12,464.41 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CERAMIC & METAL COATINGS CORP - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 12006 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7550 (05/10/2010) | | | |
| ADMINISTRATIVE | Claimed: | $1,941.00 | | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR GREENE LINE MANUFACTURING - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 12007 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7550 (05/10/2010) | | | |
| ADMINISTRATIVE | Claimed: | $1,755.00 | | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR SERVICE CHEMICAL INDUSTRIES, INC. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 12008 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7550 (05/10/2010) | | | |
| ADMINISTRATIVE | Claimed: | $1,700.16 | | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PERFORMANCE FABRICS , INC. DBA HEX ARMOR - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 12009 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,689.71 | Scheduled: | $2,307.13 | |

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CULLUM & BROWN INC. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 12010 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) |

ADMINISTRATIVE          Claimed:               $3,911.83

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ACME JANITOR EQUIPMENT - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 12011 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) |

ADMINISTRATIVE          Claimed:               $551.28

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR COAST TO COAST HYDRAULICS - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 12012 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) |

ADMINISTRATIVE          Claimed:               $557.64

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DISCOUNT RAMPS.COM ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 12013 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) |

ADMINISTRATIVE          Claimed:               $9,045.97

| | |
|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR IPS BALERS MFG., INC. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 12014 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) |

ADMINISTRATIVE          Claimed:               $9,483.00

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DELTA INSTRUMENT, LLC - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 12015 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) | |

| ADMINISTRATIVE | Claimed: | $4,892.53 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $4,892.53 |

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR BALEMASTER ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 12016 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) | |

| ADMINISTRATIVE | Claimed: | $5,363.49 |
|---|---|---|

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR TITAN ENTERPRISES ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 12017 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) | |

| ADMINISTRATIVE | Claimed: | $6,349.50 |
|---|---|---|

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR COFFEE PERKS ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 12018 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) | |

| ADMINISTRATIVE | Claimed: | $179.58 |
|---|---|---|

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DEPENDABLE ACNE THREAD PROD. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 12019 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 2760 (11/16/2009) | |

| ADMINISTRATIVE | Claimed: | $201.64 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR CONVEYOR COMPONENTS
CO., - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 12020
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $206.67 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR ALLIED ROOFING
& SHEET METAL CO. - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 12021
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $500.00 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR DRIVES & CONVEYORS,
INC. - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 12022
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $363.18 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
RELIANCE TELEPHONE SYSTEMS, INC.
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 12028
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $301.04 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR PIEDMONT GARAGE
DOORS - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 13090
Claim Date: 09/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,846.96 | Scheduled: | $4,667.50 |
|---|---|---|---|---|

---

| | | | | | | |
|---|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR SOUTHEAST RUBBER & SAFETY LLC - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 13091 Claim Date: 09/17/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $5,234.65 | | | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PUMPS PARTS & SERVICE INC. -  ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 13092 Claim Date: 09/17/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $10,571.24 | Scheduled: | $10,365.62 | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CUSTOM EQUIPMENT COMPANY, INC., - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 13405 Claim Date: 10/07/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $12,057.30 | Scheduled: | $11,390.30 | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR ATLAS NORTH LLC ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 13406 Claim Date: 10/07/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $39,039.44 | Scheduled: | $37,074.74 | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR DOUBLE E COMPANY LLC - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 13407 Claim Date: 10/07/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: POSSIBLY AMENDED BY 2379 DOCKET: 6248 (03/25/2010) | | | | | |
| UNSECURED | Claimed: | $25,641.83 | | | Allowed: | $25,641.83 |

| | | | | | |
|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR BERESFORD BOX, INC. ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 13547 Claim Date: 11/04/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $4,207.34 | | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR TURBINE GENERATOR MAINTENANCE, INC. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 13548 Claim Date: 11/04/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $57,997.22 | | Allowed: | $57,997.22 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR S&T TRUCK & AUTO SERVICE - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 13689 Claim Date: 12/18/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,518.70 | Scheduled: | $1,422.67 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR THE ROWLAND COMPANY ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 13690 Claim Date: 12/18/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,483.76 | Scheduled: | $1,464.00 | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR INSTRUMENT SPECIALTIES, INC. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 13691 Claim Date: 12/18/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $4,982.80 | | | |

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR WYLER INDUSTRIAL WIORKS - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 13692 Claim Date: 12/18/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $3,660.56 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR FIKE CORPORATION ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 13693 Claim Date: 12/18/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 6649 (04/07/2010) |
| UNSECURED | Claimed: | $9,386.89 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CIMARRON OFFICE FURNITURE SERVICES - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 13746 Claim Date: 01/14/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID |
| ADMINISTRATIVE | Claimed: | $2,000.00 |
| UNSECURED | Claimed: | $1,387.00 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR SHOOK & FLETCHER INSULATION COMPANY - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 13749 Claim Date: 01/14/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $935.97 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR SUPERIOR ALLOY STEEL COMPANY, INC. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 13750 Claim Date: 01/14/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $5,144.00 |

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR SAFETY SHOE DISTRIBUTORS INC. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 13752 Claim Date: 01/14/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $6,588.09 | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR TRANSCAT A/K/A TRANSCAT COMMERCIAL COLLECTION CORP AKA TRANSCAT EIL,19772 MACARTHUR BLVD.STE200 IRVINE, CA 92612 | Claim Number: 13760 Claim Date: 01/18/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $13,491.65 | Scheduled: | $5,582.71 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR K & M ELECTRONIC INDUSTRIAL - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 13761 Claim Date: 01/18/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $977.00 | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR R. SCHEINERT & SONS INC., - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 13762 Claim Date: 01/18/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $7,814.21 | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR TREE LINE TRANSPORTATION, INC., - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 13763 Claim Date: 01/18/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $6,149.28 | | |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR COWIN EQUIPMENT
COMPANY, INC., - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 13764
Claim Date: 01/18/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $5,060.27 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR SCHRADER
ARCHITECTURAL PRODUCTS - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 13765
Claim Date: 01/18/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $2,185.92 | Scheduled: | $500.00 |
|---|---|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR RENT-ALL-EQUIPMENT
ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 13766
Claim Date: 01/18/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $6,081.97 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
YOCHUM CONTRACTING, INC., ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 13781
Claim Date: 01/26/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $8,138.88 |
|---|---|---|

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR
OASIS ALIGNMENT SERVICES, INC., ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 13782
Claim Date: 01/26/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8117 (06/22/2010)

| UNSECURED | Claimed: | $55,077.10 | | Allowed: | $55,077.10 |
|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR PARIS INDUSTRIAL MAINTENANCE, INC., ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 13784 Claim Date: 01/26/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $23,919.74 | Scheduled: | $23,919.74 | Allowed: | $23,919.74 |

| | | | |
|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR SYNTERRA CORPORATION, INC., ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 13785 Claim Date: 01/26/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7550 (05/10/2010) | |
| UNSECURED | Claimed: | $4,134.22 | |

| | | | |
|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR INDUSTRIAL ELECTRICAL SERVICES, INC., ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 13786 Claim Date: 01/26/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7550 (05/10/2010) | |
| UNSECURED | Claimed: | $38,210.79 | |

| | | | |
|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR AUTO GLASS & MORE STORE, INC., ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 13787 Claim Date: 01/26/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7550 (05/10/2010) | |
| UNSECURED | Claimed: | $1,385.00 | |

| | | | |
|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR NORTHWEST PARTS & RIGGINS CO., INC., ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 13788 Claim Date: 01/26/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7550 (05/10/2010) | |
| UNSECURED | Claimed: | $4,721.75 | Scheduled: | $4,721.75 |

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR INTERMOUNTAIN SAFETY SHOES - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 13974 Claim Date: 04/12/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8120 (06/22/2010) | | | |
| ADMINISTRATIVE          Claimed: | $1,176.23 | | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR STONES ELECTRICAL CONTRACTORS, INC. - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 14028 Claim Date: 05/19/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8408 (08/18/2010) | | | |
| UNSECURED          Claimed: | $29,494.86 | | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR CONNECTICUT METAL INDUSTRIES - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 14035 Claim Date: 06/02/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 8408 (08/18/2010) | | | |
| UNSECURED          Claimed: | $14,357.00 | | | |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR HENDERSON COFFEE CORP - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2219 Claim Date: 04/15/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: DOCKET: 7719 (05/21/2010) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE          Claimed: | $135.45 | | Allowed: | $135.45 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR K & J CONTAINERS - ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 2912 Claim Date: 05/12/2009 Debtor: SMURFIT-STONE CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 2760 (11/16/2009) | | | |
| ADMINISTRATIVE          Claimed: | $8,369.16 | | | |

---

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTY-IN-FACT FOR NORTHLAND WILLETTE, INC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 7886
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,127.88 |
| --- | --- | --- |

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTY-IN-FACT FOR IPS BALERS MFG, INC.
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 7887
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $9,483.00 |
| --- | --- | --- |

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTY-IN-FACT FOR WAYNE GARAGE DOOR SALES
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 7888
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $1,145.00 |
| --- | --- | --- |

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTY-IN-FACT FOR CULLUM & BROWN, INC.
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 7889
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $3,911.83 |
| --- | --- | --- |

SIERRA LIQUIDITY FUND,ASSIGNEE &
ATTORNEY-IN-FACT FOR H.E.
WISDOM & SONS, INC. DBA WISDOM ADHESIVES
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 11864
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $12,777.00 |
| --- | --- | --- |

---

SIEVEKING, INC.
KRAMER & FRANK PC
9300 DIELMAN INDUSTRIAL DRIVE
SAINT LOUIS, MO 63132

Claim Number: 7520
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $24,711.53 | Scheduled: | $25,866.12 | Allowed: | $24,711.53 |
|---|---|---|---|---|---|---|

SIEWERT CLASSIC PROCESS LLC
PO BOX 8000
BUFFALO, NY 14267

Claim Number: 4036
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,242.95 | Scheduled: | $6,361.96 | | |
|---|---|---|---|---|---|---|

SIEWERT EQUIPMENT COMPANY INC
PO BOX 8000
BUFFALO, NY 14267

Claim Number: 4035
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $269.87 | | | | |
|---|---|---|---|---|---|---|

SIGN PRO
2621 BROOKS STREET
MISSOULA, MT 59801

Claim Number: 3629
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,004.70 | Scheduled: | $1,073.00 | | |
|---|---|---|---|---|---|---|

SILTRONIC CORP
7200 NW FRONT AVE
PORTLAND, OR 97210

Claim Number: 7890
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $27.78 | Scheduled: | $47.78 | | |
|---|---|---|---|---|---|---|

---

SILVASONS INC
384 MAXHAM ROAD
AUSTELL, GA 30168

Claim Number: 4469
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,279.93 | Scheduled: | $3,279.93 | | |

SIMCOE WOOD PRODUCTS, INC.
3730 HWY 69N
CULLMAN, AL 35058

Claim Number: 984
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9,570.48 | Scheduled: | $14,374.40 UNLIQ | | |

SIMONS, ROBERT R
808 OAK AVE
MT VIEW, AR 72560

Claim Number: 4695
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $120,950.00 |
| SECURED | Claimed: | $120,950.00 |
| TOTAL | Claimed: | $120,950.00 |

SIMPCO, INC
192 COUNTY ROAD 870
COLLINSVILLE, AL 35961

Claim Number: 1834
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18,258.00 | Scheduled: | $18,258.20 | Allowed: | $18,258.00 |

SIMPLE AIR SOLUTIONS, LLC
P.O. BOX 268
FORSYTH, GA 31029-0268

Claim Number: 1502
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,395.92 | Scheduled: | $3,088.42 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SIMPLE AIR SOLUTIONS, LLC<br>P.O. BOX 268<br>FORSYTH, GA 31029-0268 | | Claim Number: 1503<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $692.50 | | | | | |
| SIMPLEXGRINNELL<br>ATTN: BANKRUPTCY<br>50 TECHNOLOGY DRIVE<br>WESTMINSTER, MA 01441 | | Claim Number: 7745-01<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $63,459.08 | Scheduled: | $2,894.08 | Allowed: | $63,459.08 | |
| SIMPSON, ROBERT E.<br>PO BOX 928<br>HODGE, LA 71247 | | Claim Number: 10270<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | | | |
| SIMPSON, RONALD J.<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 11961<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $462,309.68  UNLIQ | | | Allowed: | $298,025.79 | |
| SIMPSON, RONALD J.<br>C/O KOSKIE MINSKY LLP<br>ATTN: ANDREA MCKINNON<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 12957<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | | | | |
| PRIORITY | Claimed: | $1,638.60 | | | | | |
| UNSECURED | Claimed: | $460,671.08 | Scheduled: | $332,353.42 | Allowed: | $415,430.00 | |

| | | | | |
|---|---|---|---|---|
| SIMS METAL MANAGEMENT<br>600 SOUTH 4TH STREET<br>RICHMOND, CA 94804 | | Claim Number: 2553<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,992.95 | Scheduled: | $2,873.51 |
| SIMS RECYCLING SOLUTIONS<br>1600 HARVESTER STREET<br>WEST CHICAGO, IL 60185 | | Claim Number: 13730<br>Claim Date: 01/06/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $12,281.38 | | |
| SIMS, MICHAEL<br>115 PRIMOS AVENUE<br>FOLCROFT, PA 19032 | | Claim Number: 8807<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| SIMS, MICHAEL<br>115 PRIMOS AVE.<br>FOLCROFT, PA 19032 | | Claim Number: 12438<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| SIMS, TODD E<br>P O BOX 1701<br>YULEE, FL 32041 | | Claim Number: 6838<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $150,000.00 | | |

| | | |
|---|---|---|
| SIMS, TODD E.<br>C/O JAMES E. SORENSON, ESQ.<br>WILLIAMS, GAUTIER, GWYNN, DELOACH, &<br>SORENSON P.A. PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10691<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| UNSECURED | Claimed: | $4,129.35 |
|---|---|---|

| | | |
|---|---|---|
| SINCLAIR INTERNATIONAL AKA PSI-SINCLAIR<br>ATTN: DAVID SINCLAIR<br>85 BOULEVARD<br>QUEENSBURY, NY 12804 | Claim Number: 8191-01<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | |

| ADMINISTRATIVE | Claimed: | $146.25 | |
|---|---|---|---|
| UNSECURED | | Scheduled: | $1,160.76 |

| | | |
|---|---|---|
| SINCLAIR INTERNATIONAL AKA PSI-SINCLAIR<br>ATTN: DAVID SINCLAIR<br>85 BOULEVARD<br>QUEENSBURY, NY 12804 | Claim Number: 8191-02<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $1,014.51 |
|---|---|---|

| | | |
|---|---|---|
| SINGLE SOURCE TRANSPORTATION COMPANY<br>ATTN: KEN BAIRD<br>666 GRAND AVENUE, FLOOR 31<br>DES MOINES, IA 50309 | Claim Number: 2170<br>Claim Date: 04/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $52,505.97 | Scheduled: | $145,359.94 UNLIQ |
|---|---|---|---|---|

| | | |
|---|---|---|
| SINGLETON, JESSE RAY<br>303 LOCKHART DRIVE<br>QUITMAN, LA 71268 | Claim Number: 10271<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | |

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

| SINKS MACHINE SHOP<br>444 ANDREW SINK ROAD<br>LEXINGTON, NC 27295 | Claim Number: 5631<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
| --- | --- |

| UNSECURED | Claimed: | $7,009.00 | Scheduled: | $7,009.00 | |
| --- | --- | --- | --- | --- | --- |

| SIOUX FALLS UTILITIES<br>1201 NORTH WESTERN AVENUE<br>SIOUX FALLS, SD 57104 | Claim Number: 5100<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID |
| --- | --- |

| UNSECURED | Claimed: | $2,521.15 | Scheduled: | $271.76 | |
| --- | --- | --- | --- | --- | --- |

| SIOUXLAND HYDRAULIC INC<br>329 W HWY 20<br>SO SIOUX CITY, NE 68776 | Claim Number: 4929-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID |
| --- | --- |

| UNSECURED | Claimed: | $1,051.46 | Scheduled: | $1,976.66 | |
| --- | --- | --- | --- | --- | --- |

| SIOUXLAND HYDRAULIC INC<br>329 W HWY 20<br>SO SIOUX CITY, NE 68776 | Claim Number: 4929-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) |
| --- | --- |

| ADMINISTRATIVE | Claimed: | $925.20 | | | Allowed: | $925.20 |
| --- | --- | --- | --- | --- | --- | --- |

| SISKIN STEEL & SUPPLY CO.<br>C/O SPEARS, MOORE, REBMAN & WILLIAMS, PC<br>ATTN: THOMAS S. KALE, ESQ.<br>P.O. BOX 1749<br>CHATTANOOGA, TN 37401-1749 | Claim Number: 973-01<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID |
| --- | --- |

| UNSECURED | Claimed: | $516.91 | | | |
| --- | --- | --- | --- | --- | --- |

SISKIN STEEL AND SUPPLY CO INC
PO BOX 933517
ATLANTA, GA 31193-3517

Claim Number: 11480
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $22,968.58 | Scheduled: | $59,587.49 | Allowed: | $22,968.58 |
|---|---|---|---|---|---|---|

SK CUSTOM CREATIONS
89 MICHIGAN AVENUE
PATERSON, NJ 07503

Claim Number: 1437
Claim Date: 03/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $68,722.00 | Scheduled: | $160.00 | | |
|---|---|---|---|---|---|---|

SKAGIT RIVER STEEL & RECYCLING, INC.
1265 SO. ANACORTES STREET
PO BOX 376
BURLINGTON, WA 98233-0376

Claim Number: 3427
Claim Date: 06/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,190.92 | Scheduled: | $21,068.00 | | |
|---|---|---|---|---|---|---|

SKARDA EQUIPMENT COMPANY, INC.
COFACE NORTH AMERICA, INC.
PO BOX 2102
CRANBURY, NJ 08512

Claim Number: 2743
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,302.11 | Scheduled: | $818.46 | | |
|---|---|---|---|---|---|---|

SKIDMORE EXCAVATING
889 SPRUCE STREET
JEFFERSON, OH 44047

Claim Number: 6973
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $803.84 | Scheduled: | $803.84 | | |
|---|---|---|---|---|---|---|

---

SLASH PINE ELECTRIC MEMBERSHIP CORP
794 WEST DAME AVENUE
PO BOX 356
HOMERVILLE, GA 31634

Claim Number: 5731
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $136.30 | | Scheduled: | $725.64 |

SLINGSHOT TECHNOLOGY SUPPLIES LLC
570 CASTLE RIDGE DRIVE
BALLWIN, MO 63102

Claim Number: 5387
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET | Scheduled: | $567.05 |

SMALL BUSINESS ADMINISTRATION
DELAWARE DISTRICT OFFICE
ATTN.: ROBERT T. WILLIAMSON
1007 N. ORANGE STREET SUITE 1120
WILMINGTON, DE 19801

Claim Number: 7927
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8537 (09/14/2010)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $438,565.13 | UNLIQ |
| TOTAL | Claimed: | $409,125.81 | UNLIQ |

SMEAD MANUFACTURING
851 SMEAD RD
LOGAN, OH 43138

Claim Number: 10621-01
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,512.85 | | | |
| UNSECURED | | | | Scheduled: | $11,846.00 |

SMEAD MANUFACTURING
851 SMEAD RD
LOGAN, OH 43138

Claim Number: 10621-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,333.15 | |

SMELLEY, CHARLES ORRIN
901 HIGHWAY 796
QUITMAN, LA 71268

Claim Number: 10272
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 | UNLIQ | | |
|---|---|---|---|---|---|

SMG SECURITY SYSTEMS INC
120 KING STREET
ELK GROVE VILLAGE, IL 60007

Claim Number: 7224
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $303.00 | Scheduled: | $537.00 |
|---|---|---|---|---|

SMITH & MYERS
ATTN: THOMAS MYERS
333 SOUTH HOPE STREET, 35TH FLOOR
LOS ANGELES, CA 90071

Claim Number: 4879
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,460.26 | | |
|---|---|---|---|---|

SMITH BARNEY INC
PO BOX 7247-6015
PHILADELPHIA, PA 19170-6015

Claim Number: 5715
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $25,245.22 | Scheduled: | $25,979.03 |
|---|---|---|---|---|

SMITH CHEVROLET INC
605 KENTUCKY AVE
STEVENSON, AL 35772-3111

Claim Number: 4661
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $387.47 | Scheduled: | $387.47 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| SMITH CO. M.U.D. # 1<br>11928 CONSTANTIN AVE.<br>TYLER, TX 75708 | | Claim Number: 12405<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $812.73 | | | | |
| SMITH COUNTY WATER CONTROL<br>11928 CONSTANTIN AVENUE<br>TYLER, TX 75708-3253 | | Claim Number: 8592<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | | | |
| PRIORITY | Claimed: | $812.73 | | | | |
| UNSECURED | | | Scheduled: | $812.73 | | |
| SMITH HUGHES<br>3753 ROUND BOTTOM RD.<br>CINCINNATI, OH 45244 | | Claim Number: 676<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | | |
| UNSECURED | Claimed: | $32,612.70 | | | | |
| SMITH INDUSTRIAL SERVICE<br>CHRIS SMITH<br>2001 W I65 SERVICE ROAD N<br>MOBILE, AL 36618 | | Claim Number: 574<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $79,217.41 | Scheduled: | $8,238.66 | Allowed: | $79,217.41 |
| SMITH INDUSTRIAL SERVICE<br>2001 W I 65 SERVICE ROAD N<br>MOBILE, AL 36618 | | Claim Number: 5600<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | | |
| UNSECURED | Claimed: | $79,217.41 | Scheduled: | $71,707.41 | | |

| | | |
|---|---|---|
| SMITH, CECIL<br>3009 SUSAN DR<br>MONTGOMERY, AL 361163930 | | Claim Number: 6050<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNDET |
| SMITH, DONNIE M.<br>153 CYPRESS LANE<br>DUBACK, LA 71235 | | Claim Number: 10328<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| SMITH, EDNA<br>1214 S. THIRD STREET<br>HODGE, LA 71247 | | Claim Number: 10344<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| SMITH, NATHANIEL DUNCAN<br>6747 HWY. 4<br>JONESBORO, LA 71251 | | Claim Number: 10273<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| SMITH, ROGER M<br>14550 HELLGATE LANE<br>CLINTON, MT 59825 | | Claim Number: 5022<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | | | |
|---|---|---|---|---|
| SMITH, WILLIAM O.<br>275 COLLIN RD.<br>JONESBORO, LA 71251 | | Claim Number: 10274<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| SMITH, WILLIE M.<br>108-23RD ST. CT. E.<br>BRADENTON, FL 34208 | | Claim Number: 3383<br>Claim Date: 06/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
| UNSECURED | Claimed: | $104,000.00 | | |
| SNACKWORKS, INC<br>3109 59TH AVENUE DRIVE EAST<br>BRADENTON, FL 34203 | | Claim Number: 3530<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,339.61 | Scheduled: | $4,509.49 |
| SNAP ON TOOLS<br>PO BOX 252<br>LIBERTY, MO 64068 | | Claim Number: 6456<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,202.34 | Scheduled: | $2,202.34 |
| SNOW, DONALD<br>C/O JAMES T. FINEGAN, ATTORNEY<br>111 WEST FRONT STREET<br>BLOOMINGTON, IL 61701 | | Claim Number: 3323<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $350,000.00 | | |

---

| | | | | | |
|---|---|---|---|---|---|
| SNT TRUCKING INC<br>720 S 12TH AVENUE<br>MARSHALLTOWN, IA 50158 | | Claim Number: 5343<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $9,177.07 | Scheduled: | $19,773.02 UNLIQ | |
| SNYDER MACHINE COMPANY INC.<br>190 WALNUT ST.<br>SAUGUS, MA 01906 | | Claim Number: 3909<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $7,382.21 | Scheduled: | $7,382.21 | |
| SOCIAL VOCATIONAL SERVICES, INC.<br>3555 TORRANCE BLVD.<br>TORRANCE, CA 90504 | | Claim Number: 3496<br>Claim Date: 06/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $180.00 | Scheduled: | $198.90 | |
| SODIUMBLAST<br>9741 MANGO LN<br>FONTANA, CA 92335 | | Claim Number: 950<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $4,681.50 | Scheduled: | $4,681.50 | |
| SOLID SYSTEMS CAD SERVICES INC<br>4801 MILWEE, SUITE 3<br>HOUSTON, TX 77092 | | Claim Number: 1132<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $125,640.38 | Scheduled: | $131,310.38 | |

SOLID WASTE SYSTEMS INC
PO BOX 13040
SPOKANE, WA 99213-3040

Claim Number: 4659
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $305.20 | Scheduled: | $457.80 | | |

SOLVAY CHEMICALS, INC.
C/O SHARON M. BEAUSOLEIL/FULBRIGHT &
JAWORSKI L.L.P. - FULBRIGHT TOWER
1301 MCKINNEY, SUITE 5100
HOUSTON, TX 77010

Claim Number: 9976
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $231,164.49 | | | Allowed: | $51,942.20 |
| UNSECURED | Claimed: | $141,670.86 | Scheduled: | $234,398.48 | Allowed: | $152,706.40 |

SONEPAR DISTRIBUTION INC
PO BOX 8500 54848
PHILADELPHIA, PA 19178-4848

Claim Number: 13085
Claim Date: 09/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,046.52 | Scheduled: | $5,379.39 |

SONOCO PRODUCTS COMPANY
C/O TARA E. NAUFUL, ESQUIRE
HAYNSWORTH SINKLER BOYD, PA
POST OFFICE BOX 11889
COLUMBIA, SC 29211-1889

Claim Number: 2932-02
Claim Date: 05/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,725.00 |

SORLIE EXCAVATING & SEPTIC SERVICE INC.
70 SILCOX LANE
THOMPSON FALLS, MT 59873

Claim Number: 2243
Claim Date: 04/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $255.00 | Scheduled: | $255.00 |

SOS TECHNOLOGIES INC
PO BOX 27857
ST LOUIS, MO 63146

Claim Number: 4981
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $323.18 | Scheduled: | $323.18 | | |

SOS TECHNOLOGIES INC
PO BOX 27857
ST LOUIS, MO 63146

Claim Number: 5093
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $672.21 | | | | |

SOUCCAR, JOSEPH E.
C/O KOSKIE MINSKY LLP
BARRISTERS AND SOLICITORS
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 12960
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $986,812.43 | Scheduled: | $735,750.45 | Allowed: | $899,421.00 |

SOURCE RECYCLING
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11331
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,401.45   UNLIQ | Scheduled: | $4,066.00 | | |

SOUSA OVERHEAD DOOR AND CONSTRUCTION
191 ALFRED LORD BLVD
TAUNTON, MA 02780

Claim Number: 7372
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,725.00 | Scheduled: | $1,897.50 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| SOUTH BAY RECYCLING<br>15001 S SAN PEDRO<br>GARDENA, CA 90248 | | Claim Number: 4960<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $421.00 | Scheduled: | $421.00 | | |
| SOUTH CAROLINA ELECTRIC & GAS COMPANY<br>1426 MAIN STREET<br>BANKRUPTCY MC 130<br>COLUMBIA, SC 29201 | | Claim Number: 10735<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $33,516.84 | Scheduled: | $9,244.54 | | |
| SOUTH CENTRAL RECYCLING<br>PO BOX 4221<br>HUNTSVILLE, AL 35815 | | Claim Number: 7720<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) | | | | |
| UNSECURED | Claimed: | $27,449.63 | Scheduled: | $29,284.00 | | |
| SOUTH DAKOTA ACHIEVE<br>4100 SOUTH WESTERN AVENUE<br>SIOUX FALLS, SD 57105-6699 | | Claim Number: 500<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,638.72 | Scheduled: | $4,638.72 | | |
| SOUTH PAW FOREST PRODUCTS INC<br>PO BOX 117<br>SAINT STEPHENS CHURCH, VA 23148 | | Claim Number: 8090<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1974 (09/18/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $72,162.38 | | | Allowed: | $72,162.38 |

| | | | | |
|---|---|---|---|---|
| SOUTH SIDE MACHINE WORKS INC<br>PO BOX 66911 DEPARTMENT SM<br>ST LOUIS, MO 63166 | | Claim Number: 4476<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,183.00 | Scheduled: | $1,183.00 |
| SOUTH ST JOSEPH INDUS SEWER<br>P O BOX 4401<br>SAINT JOSEPH, MO 64504-0401 | | Claim Number: 7967<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $718.69 | Scheduled: | $679.14 |
| SOUTH, WILLIAM D<br>987 MILL WHARF RD<br>WAKE, VA 23176-2134 | | Claim Number: 9262<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4177 (01/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $115,674.00 | | |
| SOUTHARDS RECYCLING<br>1290 TURNBULL BAY RD<br>NEW SMYRNA BEACH, FL 32169 | | Claim Number: 6009<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $913.00 |
| SOUTHEAST CONTRACTORS OF RICHMOND, INC.<br>CHERRY SEYMOUR HUNDLEY & BARONIAN, P.C.<br>4908 MONUMENT AVENUE, SUITE 200<br>RICHMOND, VA 23230-3613 | | Claim Number: 2788<br>Claim Date: 05/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $20,450.00 | Scheduled: | $22,010.00 |

| | | | | |
|---|---|---|---|---|
| SOUTHEAST FUELS INC<br>604 GREEN VALLEY RD., SUITE 207<br>GREENSBORO, NC 27408 | | Claim Number: 4808<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) | | |
| UNSECURED | Claimed: | $88,308.00 | Scheduled: | $88,308.00 |
| SOUTHEAST TOYOTA DISTRIBUTORS, LLC<br>PORT PROCESSING<br>1751 TALLEYRAND AVENUE<br>JACKSONVILLE, FL 32206 | | Claim Number: 1350<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,170.75 | Scheduled: | $2,811.75 |
| SOUTHEAST TOYOTA DISTRIBUTORS, LLC<br>9985 PRITCHARD ROAD<br>JACKSONVILLE, FL 32219 | | Claim Number: 1351<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $385.40 | | |
| SOUTHEASTERN DEDICATED SERVICES INC<br>P.O.BOX 51<br>MANISTIQUE, MI 49854 | | Claim Number: 5134<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $87,375.96 | Scheduled: | $82,367.91 |
| SOUTHEASTERN DEDICATED SERVICES INC<br>P.O.BOX 51<br>MANISTIQUE, MI 49854 | | Claim Number: 6125<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $87,375.96 | | |

| | | | | | |
|---|---|---|---|---|---|
| SOUTHEASTERN FOREST PRODUCTS INC<br>PO BOX 728<br>ASHVILLE, AL 35953 | | Claim Number: 11594<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | | |
| UNSECURED | Claimed: | $453.75 | Scheduled: | $453.75 | |
| SOUTHEASTERN INDUSTRIAL & FAMLY LLC<br>1600 FOREST AVE<br>MONTGOMERY, AL 36106 | | Claim Number: 7034<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,874.00 | Scheduled: | $1,872.00 | |
| SOUTHEASTERN RENTALS LLC<br>PO BOX 51<br>MANISTIQUE, MI 49854 | | Claim Number: 6126<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $8,824.00 | Scheduled: | $8,824.00 | |
| SOUTHERN ALLOY CORP<br>HIGHWAY 280<br>P.O.BOX 1168<br>SYLACAUGA, AL 35150 | | Claim Number: 4941<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,534.00 | Scheduled: | $5,534.00 | |
| SOUTHERN APPALACHIAN TIMBER, INC.<br>JOSHUA JOHNS<br>651 OLD MILL WHITE RD. EXT.<br>JASPER, GA 30143 | | Claim Number: 2167<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $7,287.12 | Scheduled: | $14,574.24  UNLIQ | |

---

SOUTHERN APPARATUS SERVICES INC
PO BOX 3047
WEST MONROE, LA 71294

Claim Number: 7072
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,347.04 | Scheduled: | $4,347.04 | | |
|---|---|---|---|---|---|---|

SOUTHERN CALIFORNIA GAS COMPANY
MASS MARKETS CREDIT & COLLECTIONS
THE GAS COMPANY
P.O. BOX 30337
LOS ANGELES, CA 90030-0337

Claim Number: 1847
Claim Date: 03/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $58,019.03 | Scheduled: | $350.00 | Allowed: | $58,019.03 |
|---|---|---|---|---|---|---|

SOUTHERN CHARM CLEANING LLC
925 WALKER RD
JONESBORO, LA 71251

Claim Number: 354
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,833.32 | Scheduled: | $17,767.73 | Allowed: | $11,833.32 |
|---|---|---|---|---|---|---|

SOUTHERN CHARM CLEANING LLC
925 WALKER RD
JONESBORO, LA 71251

Claim Number: 1036
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $267.75 | | | | |
|---|---|---|---|---|---|---|

SOUTHERN EARTH SCIENCE, INC.
1438 BALBOA AVENUE
PANAMA CITY, FL 32401

Claim Number: 5697
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: POSSIBLY AMENDED BY 13704
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $396.00 | Scheduled: | $330.00 | | |
|---|---|---|---|---|---|---|

SOUTHERN ELECTRIC SUPPLY CO., INC. ET AL
C/O COATS ROSE, P.C.
ATTN: BEN ADERHOLT
9 GREENWAY PLAZA, SUITE 1000
HOUSTON, TX 77046

Claim Number: 1965-02
Claim Date: 03/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $30,586.64 | Scheduled: | $270,569.50 | Allowed: | $30,586.64 |
|---|---|---|---|---|---|---|

SOUTHERN ENVIRONMENTAL INC
ATTN: MICHAEL R. JOHNSON
6690 WEST NINE MILE RD
PENSACOLA, FL 32526

Claim Number: 3406
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,838.55 | Scheduled: | $1,838.55 | | |
|---|---|---|---|---|---|---|

SOUTHERN ERECTORS, INC.
ATTN: MICHAEL R. JOHNSON
6540 WEST NINE MILE RD.
PENSACOLA, FL 32526

Claim Number: 3407
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $956.00 | Scheduled: | $956.00 | | |
|---|---|---|---|---|---|---|

SOUTHERN FASTENERS AND SUPPLY INC
PO BOX 890507
CHARLOTTE, NC 28289-0507

Claim Number: 10010-04
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,850.94 | | | | |
|---|---|---|---|---|---|---|

SOUTHERN FLUIDPOWER INC
PO BOX 16849
CHATTANOOGA, TN 37416

Claim Number: 9633
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,540.28 | Scheduled: | $10,510.49 | | |
|---|---|---|---|---|---|---|

SOUTHERN GRAPHIC SYSTEMS
ATTN: AMIE GILBERT
626 W. MAIN ST. SUITE 500
LOUISVILLE, KY 40202

Claim Number: 7784
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $14,274.56 | Scheduled: | $14,235.83 | Allowed: | $14,274.56 |
|---|---|---|---|---|---|---|

SOUTHERN GRAPHICS SYSTEMS, INC.
C/O MICHAEL V. BRODARICK
LLOYD & MCDANIEL, PLC
11405 PARK ROAD, STE 200  - PO BOX 23200
LOUISVILLE, KY 40223-0200

Claim Number: 1717-01
Claim Date: 03/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $141.03 | Scheduled: | $105,328.92 | | |
|---|---|---|---|---|---|---|

SOUTHERN HARDWARE & SUPPLY CO
PO BOX 1792
MONROE, LA 71201

Claim Number: 4699-01
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $48,301.16 | Scheduled: | $49,753.83 | | |
|---|---|---|---|---|---|---|

SOUTHERN HARDWARE & SUPPLY CO
PO BOX 1792
MONROE, LA 71201

Claim Number: 4699-02
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| ADMINISTRATIVE | Claimed: | $981.66 | | | Allowed: | $981.66 |
|---|---|---|---|---|---|---|

SOUTHERN IMAGING GROUP, INC.
PO BOX 6437
FLORENCE, SC 29502

Claim Number: 2038
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,951.77 | Scheduled: | $1,787.50 | | |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| SOUTHERN INDUSTRIAL SALES, INC.<br>P.O. BOX 381504<br>BIRMINGHAM, AL 35238 | | Claim Number: 1082<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,565.80 | Scheduled: | $3,565.80 | | |
| SOUTHERN LAND & TIMBER CORP<br>PO BOX 14226<br>FLORENCE, SC 29504 | | Claim Number: 7435<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,527.70 | Scheduled: | $6,527.70 UNLIQ | | |
| SOUTHERN LIME<br>PO BOX 198867<br>ATLANTA, GA 30384-8867 | | Claim Number: 4775<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | |
| UNSECURED | Claimed: | $204,491.46 | Scheduled: | $183,089.21 UNLIQ | | |
| SOUTHERN LIME<br>P.O. BOX 198867<br>ATLANTA, GA 30384-8867 | | Claim Number: 6994-01<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $56,429.76 | | | | |
| SOUTHERN LIME<br>P.O. BOX 198867<br>ATLANTA, GA 30384-8867 | | Claim Number: 6994-02<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $148,061.70 | Scheduled: | $22,273.18 | Allowed: | $148,061.70 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SOUTHERN LOGISTICS<br>1401 OLD BELFAST ROAD<br>FRANKLIN, KY 37091 | | Claim Number: 5810<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $10,667.35 | | | | |
| SOUTHERN LOGISTICS & WAREHOUSING<br>PO BOX 1758<br>LEWISBURG, TN 37091 | | Claim Number: 13935<br>Claim Date: 03/22/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | | |
| UNSECURED | Claimed: | $10,667.35 | | | | |
| SOUTHERN MECHANICAL<br>P.O. BOX 1148<br>SEYMOUR, TN 37865 | | Claim Number: 4724<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,246.03 | Scheduled: | $2,246.03 | | |
| SOUTHERN PAPER GROUP INC<br>PMB#175<br>419 THE PARKWAY<br>GREER, SC 29650 | | Claim Number: 1186<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $49,049.57 | Scheduled: | $57,475.93 | Allowed: | $49,049.57 |
| SOUTHERN PINE ELECTRIC CO OPERATIVE<br>PO BOX 528<br>BREWTON, AL 36427 | | Claim Number: 5122<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,936.05 | Scheduled: | $2,802.36 | | |

---

SOUTHERN PLUG AND MANUFACTURING, INC.
C/O TARA E. NAUFUL, ESQUIRE
HAYNSWORTH SINKLER BOYD, PA
PO BOX 11889
COLUMBIA, SC 29211-1889

Claim Number: 11116
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,962.66 | Scheduled: | $5,077.66 |
|---|---|---|---|---|

---

SOUTHERN PUMP & TANK COMPANY LLC
4800 NORTH GRAHAM STREET
CHARLOTTE, NC 28269

Claim Number: 5089
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $23,624.37 | Scheduled: | $23,579.79 |
|---|---|---|---|---|

---

SOUTHERN SCRAP & RECYCLING
PO BOX 3235
WINCHESTER, VA 22604

Claim Number: 6505
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,213.50 | Scheduled: | $3,413.00 |
|---|---|---|---|---|

---

SOUTHERN SPECIALTY SERVICES, INC.
P.O. BOX 217
STAR CITY, AR 71667-0217

Claim Number: 13818
Claim Date: 02/11/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $293,333.33 | | |
|---|---|---|---|---|

---

SOUTHERN STATES PACKAGING COMPANY
C/O KOGER M. BRADFORD, ESQ.
PO BOX 1897
SPARTANBURG, SC 29304-1897

Claim Number: 11855-01
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $62,451.86 | Scheduled: | $65,620.32 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| SOUTHERN STATES TOYOTALIFT<br>DBA FLORIDA LIFT SYSTEMS<br>ATTN: COREY MCCAFFREY<br>115 S. 78TH ST.<br>TAMPA, FL 33619 | | Claim Number: 7251<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $27,827.88 | Scheduled: | $21,626.30 | Allowed: | $27,827.88 |
| SOUTHERN SUBSTATION, INC<br>3200 LENOX AVENUE # 1<br>JACKSONVILLE, FL 32254 | | Claim Number: 715<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $15,580.00 | Scheduled: | $7,230.00 | Allowed: | $15,580.00 |
| SOUTHERN SWEEPERS AND SCRUBBERS INC<br>6934B INTERSTATE DR<br>HORN LAKE, MS 38637-1445 | | Claim Number: 4481<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,925.00 | | | | |
| SOUTHERN TIRE MART LLC<br>PO BOX 1000<br>MEMPHIS, TN 38148-0143 | | Claim Number: 5049<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $266.00 | Scheduled: | $266.00 | | |
| SOUTHERN VALVE, INC.<br>ATTN: MARC STRICKLAND<br>316 BUSINESS CIRCLE<br>NORTH CHARLESTON, SC 29418 | | Claim Number: 2750<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $17,045.86 | Scheduled: | $17,045.86 | | |

| | | | | |
|---|---|---|---|---|
| SOUTHERN WASTE<br>PO BOX 555<br>CHESTERFIELD, MO 63017 | | Claim Number: 5254<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,922.38 | Scheduled: | $1,154.20 |
| SOUTHERN WIRE<br>P.O. BOX 217<br>STAR CITY, AR 71667 | | Claim Number: 10995<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5047 (02/16/2010) | | |
| UNSECURED | Claimed: | $40,847.04 | | |
| SOUTHERN WIRE INC<br>PO BOX 217<br>STAR CITY, AR 71667 | | Claim Number: 13916<br>Claim Date: 03/19/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | |
| UNSECURED | Claimed: | $229,333.33 | | |
| SOUTHLAND RECYCLING SERVICES, INC.<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | | Claim Number: 11332<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | |
| UNSECURED | Claimed: | $27,076.96   UNLIQ | Scheduled: | $24,568.54 |
| SOUTHLAND TIMBER CO<br>PO BOX 522<br>CUTHBERT, GA 39840 | | Claim Number: 6482<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $11,026.66 | Scheduled: | $22,053.33  UNLIQ |

| SOUTHWEST DELAWARE COUNTY MUNICIPAL AUTH | Claim Number: 10111 | | | | | |
|---|---|---|---|---|---|---|
| ATTN: FRANCIS T. SBANDI, ESQUIRE | Claim Date: 08/24/2009 | | | | | |
| 300 WEST STATE STREET | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | | |
| SUITE 301 | Comments: DOCKET: 7553 (05/10/2010) | | | | | |
| MEDIA, PA 19063-2639 | THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $95,682.78 | Scheduled: | $3,613.55 | Allowed: | $95,682.78 |

| SOUTHWEST ELECTRIC CO | Claim Number: 5441 | | | | | |
|---|---|---|---|---|---|---|
| PO BOX 973110 | Claim Date: 07/16/2009 | | | | | |
| DALLAS, TX 75397-3110 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | | |
| | Comments: | | | | | |
| | THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,686.20 | Scheduled: | $1,686.20 | | |

| SOUTHWEST GAS CORPORATION | Claim Number: 897 | | | | | |
|---|---|---|---|---|---|---|
| ATTN: BANKRUPTCY DESK | Claim Date: 02/27/2009 | | | | | |
| PO BOX 1498 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | | |
| VICTORVILLE, CA 92393-1498 | Comments: DOCKET: 7550 (05/10/2010) | | | | | |
| | THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $40,286.98 | | | Allowed: | $40,286.98 |

| SOUTHWEST PUMPS & FILTERS INC | Claim Number: 10994 | | | | | |
|---|---|---|---|---|---|---|
| 2335 E CHESTNUT EXPRESSWAY STE A-104 | Claim Date: 08/27/2009 | | | | | |
| SPRINGFIELD, MO 65802 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | | |
| | Comments: | | | | | |
| | THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,265.17 | Scheduled: | $1,296.90 | | |

| SOUTHWESTERN CORPORATION INC | Claim Number: 4651 | | | | | |
|---|---|---|---|---|---|---|
| 109 COMMERCE DRIVE | Claim Date: 07/13/2009 | | | | | |
| FORT COLLINS, CO 80524 | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | | |
| | Comments: | | | | | |
| | THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,397.24 | Scheduled: | $1,397.24 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SOUTHWESTERN INDUSTRIAL<br>PO BOX 27166<br>EL PASO, TX 79926 | | Claim Number: 4816<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $9,941.00 | Scheduled: | $9,941.00 | | | |
| SOUTHWESTERN INDUSTRIAL FASTENERS<br>924 TONY LAMA<br>EL PASO, TX 79915 | | Claim Number: 4335<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,015.89 | | | | | |
| SOUTHWESTERN VIRGINIA GAS COMPANY<br>ATTN: JAMES H. JOSEPH<br>SPILMAN THOMAS & BATTLE, PLLC<br>1 OXFORD CENTRE, STE 3440, 301 GRANT ST.<br>PITTSBURGH, PA 15219 | | Claim Number: 9318<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6249 (03/25/2010)<br>THIS CLAIM IS PAID | | | | | |
| ADMINISTRATIVE | Claimed: | $53,915.46 | | | | | |
| UNSECURED | Claimed: | $12,084.26 | Scheduled: | $54,326.71 | Allowed: | $12,084.26 |
| SPACELY SPROCKETS INC<br>18 01 RIVER ROAD<br>FAIR LAWN, NJ 07410 | | Claim Number: 3985<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $717.92 | Scheduled: | $717.92 | | | |
| SPARC ENTERPRISES INC<br>1990 NW WASHINGTON<br>GRANTS PASS, OR 97526 | | Claim Number: 4869<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $20,021.00 | | | Allowed: | $20,021.00 |

SPARC ENTERPRISES, INC.
1990 NW WASHINGTON BLVD.
GRANTS PASS, OR 97526

Claim Number: 4865
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,021.00 | Scheduled: | $4,124.00 |

SPARC ENTERPRISES, INC.
1990 NW WASHINGTON BLVD.
GRANTS PASS, OR 97526

Claim Number: 4866
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,569.45 |

SPARC ENTERPRISES, INC.
1990 NW WASHINGTON BLVD.
GRANTS PASS, OR 97526

Claim Number: 4867
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,898.25 |

SPARC ENTERPRISES, INC.
1990 NW WASHINGTON BLVD.
GRANTS PASS, OR 97526

Claim Number: 4868
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $8,903.25 |

SPARHAWK TRUCKING INC
421 25TH AVENUE NORTH
WISCONSIN RAPIDS, WI 54495

Claim Number: 4409
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $16,677.67 | Scheduled: | $12,002.52 | Allowed: | $16,677.67 |

| SPARTA TOWNSHIP<br>ATTN PAT FYNEWEVER TREASURER<br>SPARTA, MI 49345 | | Claim Number: 7959<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $744.54 UNLIQ | | | | |
| SECURED | Claimed: | $744.54 UNLIQ | | | | |
| UNSECURED | | | Scheduled: | $744.54 | | |
| TOTAL | Claimed: | $744.54 | | | | |

| SPARTAN SUPPLY COMPANY<br>C/O GARVAN F. MCDANIEL<br>BIFFERATO GENTILOTTI LLC<br>800 N. KING STREET - PLAZA LEVEL<br>WILMINGTON, DE 19801 | | Claim Number: 12036-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $100.00 | Scheduled: | $36,590.00 | | |

| SPECIAL RESPONSE CORPORATION<br>10612 BEAVER DAM ROAD<br>HUNT VALLEY, MD 21030 | | Claim Number: 4705<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $64,640.30 | Scheduled: | $63,564.25 | | |

| SPECIAL RESPONSE CORPORATION<br>ATTN: TRISHA LOVE AND MARTIN HERMAN<br>10612 BEAVER DAM RD<br>HUNT VALLEY, MD 21030 | | Claim Number: 8382<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $64,640.30 | | | Allowed: | $64,640.30 |

| SPECIALTY ABATEMENT SERVICES INC<br>5280 ELMORE ROAD<br>MEMPHIS, TN 38134 | | Claim Number: 6782<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,200.00 | Scheduled: | $15,200.00 | Allowed: | $15,200.00 |

---

SPECIALTY ADHESIVES INC (TX)
PO BOX 18445
MEMPHIS, TN 38181-0445

Claim Number: 7818
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $147,710.10 | Scheduled: | $147,710.10 |
|-----------|----------|-------------|------------|-------------|

SPECIALTY AIR CONDITIONING SERVICES, INC
2830 E. PYTHIAN
SPRINGFIELD, MO 65802

Claim Number: 531
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $319.18 | Scheduled: | $319.18 |
|-----------|----------|---------|------------|---------|

SPECIALTY CONTAINER CORPORATION
1608 PLANTATION RD
DALLAS, TX 75235

Claim Number: 9282
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,592.00 | Scheduled: | $3,592.00 |
|-----------|----------|-----------|------------|-----------|

SPECIALTY INDUSTRIES OF ST JOSEPH I
PO BOX 1502
ST JOSEPH, MO 64502

Claim Number: 7144
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $20,033.30 | Scheduled: | $20,033.30 |
|-----------|----------|------------|------------|------------|

SPECIALTY METALS CORP
ATTN: ANNETTE CASE
8300 S 206TH ST.
KENT, WA 98032

Claim Number: 11642
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $594.57 | Scheduled: | $594.57 |
|-----------|----------|---------|------------|---------|

| | | | | | |
|---|---|---|---|---|---|
| SPECIALTY VALVE AND CONTROLS<br>3001 GRIFFITH ST<br>CHARLOTTE, NC 28203 | | Claim Number: 7325<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $23,815.67 | Scheduled: | $23,821.79 | |
| SPECIALTY WOOD PRODUCTS<br>9405 SUTTON PL<br>HAMILTON, OH 45011 | | Claim Number: 5461<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $20,634.40 | Scheduled: | $29,134.80 | |
| SPECTRUM FINANCIAL SYSTEMS INC<br>163 MCKENZIE ROAD<br>MOORESVILLE, NC 28115 | | Claim Number: 6333<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $409.25 | Scheduled: | $409.25 | |
| SPECTRUM PRINTING & GRAPHICS, INC.<br>DBA BOOK CONCERN PRINTERS<br>129 E. FRANKLIN STREET<br>HANCOCK, MI 49930 | | Claim Number: 2626<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,817.15 | | | |
| SPENCE, FRED D.<br>1106 MARTIN LUTHER KING DR.<br>JONESBORO, LA 71251 | | Claim Number: 10275<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |

| | | | | |
|---|---|---|---|---|
| SPENCE, RODNEY L<br>1703 SAMUEL LANE<br>SALISBURY, MD 21801 | | Claim Number: 9287<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $5,000.00 | | |
| SPENCER TURBINE COMPANY, THE<br>ATTN: CREDIT DEPARTMENT<br>600 DAY HILL ROAD<br>WINDSOR, CT 06095 | | Claim Number: 2493<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $81.38 | Scheduled: | $81.38 |
| SPEQTRUM<br>DANIEL K. ASTIN/ANTHONY M. SACCULLO<br>MARY E. AUGUSTINE / CARL D NEFF<br>919 MARKET ST STE 700 - CIARDI CIARDI<br>WILMINGTON, DE 19803 | | Claim Number: 3282-02<br>Claim Date: 06/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $18,371.43   UNLIQ | | |
| SPEQTRUM<br>MICHAEL D. WARNER/DAVID T COHEN<br>WARNER STEVENS, L.L.P.<br>301 COMMERCE STREET, SUITE 1700<br>FORT WORTH, TX 76102 | | Claim Number: 10731<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| ADMINISTRATIVE | Claimed: | $144,691.89 | | |
| UNSECURED | Claimed: | $558,383.23 | | |
| SPEQTRUM<br>1103 STANLEY DR.<br>EULESS, TX 76040 | | Claim Number: 11386<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $558,383.23 | Scheduled: | $695,376.29  UNLIQ |

| | | | | |
|---|---|---|---|---|
| SPINGSTON FIRE EXTINGUISHER SALES<br>PO BOX 1967<br>FAYETTEVILLE, AR 72702 | | Claim Number: 12113<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,440.00 | Scheduled: | $2,440.00 |
| SPIRAC INC<br>75 JACKSON ST STE 300<br>NEWNAN, GA 30263-7507 | | Claim Number: 7142<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,390.00 | Scheduled: | $3,759.00 |
| SPIRAC INC<br>75 JACKSON ST STE 300<br>NEWNAN, GA 30263-7507 | | Claim Number: 7143<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,369.00 | | |
| SPLICER SERVICES SYSTEMS INC<br>35 NEW CASTLE CRESCENT<br>RICHMOND HILL, ON L4S 2C5<br>CANADA | | Claim Number: 6659<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $14,368.78 | Scheduled: | $12,700.78 |
| SPRAYING SYSTEMS CO (02)<br>PO BOX 7900<br>NORTH AVE AT SCHMALE RD<br>WHEATON, IL 60189-7900 | | Claim Number: 4921<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $21,304.76 | Scheduled: | $21,304.76 |

---

SPRINGER EQUIPMENT CO INC
PO BOX 100274
BIRMINGHAM, AL 35215

Claim Number: 7573
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $24,998.53 | Scheduled: | $23,194.57 | Allowed: | $24,998.53 |

SPRINGER LANDSCAPING INC .
PO BOX 86
SANDSTON, VA 23150

Claim Number: 4993
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,459.04 | Scheduled: | $4,459.04 | |

SPRINGFIELD MECHANICAL SERVICES INC
2534 N EISENHOWER AVE
SPRINGFIELD, MO 65803

Claim Number: 7023
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $37,182.50 | Scheduled: | $700.00 | Allowed: | $37,182.50 |

SPRINGFIELD WATER & SEWER COMMISSION
P.O. BOX 3688
SPRINGFIELD, MA 01101

Claim Number: 13408
Claim Date: 10/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,679.02 |

SPRINGFIELD WATER & SEWER COMMISSION
P.O. BOX 3688
SPRINGFIELD, MA 01101

Claim Number: 13409
Claim Date: 10/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $567.26 |

---

SPRINGFIELD, RICHARD R.
190 LAKE TRAIL
JONESBORO, LA 71251

Claim Number: 10276
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

---

| UNSECURED | Claimed: | $0.00 UNLIQ | | | |

SPRINT NEXTEL - CORRESPONDENCE
ATTN: BANKRUPTCY DEPT
P.O. BOX 7949
OVERLAND PARK, KS 66207-0949

Claim Number: 3117
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

---

| UNSECURED | Claimed: | $281,722.38 | Scheduled: | $264,310.27 | Allowed: | $210,000.00 |

SPRINTZ DISTRIBUTION
6205 COCKRILL BEND CIRCLE
NASHVILLE, TN 37209

Claim Number: 4548
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

---

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $771.17 | |

ST JOSEPH'S HOSPITAL
OCCUPATIONAL MEDICINE
1515 MAIN ST
HIGHLAND, IL 62249

Claim Number: 7945
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

---

| UNSECURED | Claimed: | $43.00 | Scheduled: | $43.00 | |

ST LUCIE COUNTY
6120 GLADES CUT OFF ROAD
FORT PIERCE, FL 34981

Claim Number: 5332
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

---

| UNSECURED | Claimed: | $493.25 | Scheduled: | $1,110.25 | |

ST WORTH CONTAINER INC
727 S WANAMAKER AVE
ONTARIO, CA 91761

Claim Number: 5546
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $9,777.15 | | | | |
| UNSECURED | Claimed: | $390.60 | Scheduled: | $9,166.22 | | |

ST. LUCIE COUNTY
COUNTY ATTOURNEY'S OFFICE
2300 VIGINIA AVENUE
FORT PIERCE, FL 34982

Claim Number: 1935
Claim Date: 04/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $493.25 |

ST. MARYS BOX CO. INC.
SOUTH ST. MARYS ROAD
SAINT MARYS, PA 15857

Claim Number: 1650
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,030.00 | Scheduled: | $908.00 |

STADELMAN, JOAN E.
C/O KOSKIE MINSKY LLP
BARRISTERS AND SOLICITORS
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 12959
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $135,259.87 | Scheduled: | $112,689.86 | Allowed: | $126,693.00 |

STADTLANDER, JAMES E.
1102 6TH ST.
JONESBORO, LA 71251

Claim Number: 10277
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

STAGGS, SHIRLEY
11275 SUGARMILL DR.
ALEXANDRIA, KY 41001-7763

Claim Number: 10535
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 UNLIQ | | | | | |

STAN SUAREZ TRUCKING INC
32740 CAMPHORA ROAD
SOLEDAD, CA 93960

Claim Number: 12167
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $64,016.75 | Scheduled: | $119,135.75 UNLIQ | Allowed: | $64,016.75 |

STANDARD ELECTRIC COMPANY
PO BOX 5289
SAGINAW, MI 48603-0289

Claim Number: 4851
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,493.03 | Scheduled: | $4,210.70 |

STANDARD ELECTRIC COMPANY
C/O CREDIT DEPARTMENT
222 N EMMBER LANE
MILWAUKEE, WI 53233

Claim Number: 7792
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $470.59 |

STANDARD ELECTRIC COMPANY (01)
C/O CREDIT DEARTMENT
222 N EMMBER LANE
MILWAUKEE, WI 53233

Claim Number: 7793
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $247.08 |

---

| STANDARD EQUIPMENT & CONTROLS INC<br>PO BOX 330453<br>ATLANTIC BEACH, FL 32233-0453 | Claim Number: 11608<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $584.59 | Scheduled: | $584.59 | | |
|---|---|---|---|---|---|---|

| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: STAFFORD CORRUGATED PRODUCTS<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 227-01<br>Claim Date: 02/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $320,703.24 | Scheduled: | $315,221.72 | Allowed: | $320,703.24 |
|---|---|---|---|---|---|---|

| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: DTE PETCOKE, LLC<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 1877<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $505,517.88 | | | | |
|---|---|---|---|---|---|---|

| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: SIGNODE SERVICE BUSINESS<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 2542-01<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $189,815.90 | Scheduled: | $222,763.44 | Allowed: | $189,815.90 |
|---|---|---|---|---|---|---|

| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: HARPER/LOVE ADHESIVES CORPOR<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | Claim Number: 2660<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4661 (02/03/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $302,230.78 |
|---|---|---|
| UNSECURED | Claimed: | $583,659.39 |

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: SIGNODE INDUSTRY PACKAGING S
STANDARD GENERAL LP ATTN ROBERT LAVAN
650 MADISON AVENUE
NEW YORK, NY 10022

Claim Number: 3335
Claim Date: 06/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $614,092.23 | Scheduled: | $539,190.59 | Allowed: | $614,092.23 |
|---|---|---|---|---|---|---|

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: ITW ANGLEBOARD
STANDARD GENERAL LP ATTN ROBERT LAVAN
650 MADISON AVENUE
NEW YORK, NY 10022

Claim Number: 4135
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $188,902.24 | Scheduled: | $178,320.47 | Allowed: | $188,902.24 |
|---|---|---|---|---|---|---|

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: LACHENMEIER INC
STANDARD GENERAL LP ATTN ROBERT LAVAN
650 MADISON AVENUE
NEW YORK, NY 10022

Claim Number: 5542
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $342.78 | Scheduled: | $329.22 | | |
|---|---|---|---|---|---|---|

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: HAIN CAPITAL HOLDINGS, LTD
ATTN. ROBERT M. LAVAN
650 MADISON AVENUE, 26TH FLOOR
NEW YORK, NY 10022

Claim Number: 7476
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7944 (06/09/2010)

| UNSECURED | Claimed: | $2,587,195.62 | | | Allowed: | $2,587,195.62 |
|---|---|---|---|---|---|---|

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: CESSNA FINANCE CORPORATION
ATTN. DAVID GLAZEK
650 MADISON AVENUE
NEW YORK, NY 10022

Claim Number: 7971
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 5047 (02/16/2010)

| UNSECURED | Claimed: | $1,691,234.33 | | | Allowed: | $1,691,234.33 |
|---|---|---|---|---|---|---|

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: ACME PACKAGING CORP
STANDARD GENERAL LP ATTN ROBERT LAVAN
650 MADISON AVENUE
NEW YORK, NY 10022

Claim Number: 9194
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $31,019.15 | Scheduled: | $37,084.11 | Allowed: | $31,019.15 |
|---|---|---|---|---|---|---|

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: MOTION INDUSTRIES, INC.
C/O STANDARD GENERAL LP
ATTN: DAVID GLAZEK, 650 MADISON AVENUE
NEW YORK, NY 10022

Claim Number: 9314
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8092 (06/21/2010)

| UNSECURED | Claimed: | $1,594,933.39 | Scheduled: | $2,483,068.05 UNLIQ | Allowed: | $1,594,933.39 |
|---|---|---|---|---|---|---|

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: SUN AUTOMATION INC
ROBERT M. LAVAN, STANDARD GENERAL LP
650 MADISON AVENUE
NEW YORK, NY 10022

Claim Number: 10078
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5732 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $496,795.92 | Scheduled: | $1,293,350.04 UNLIQ | Allowed: | $496,795.92 |
|---|---|---|---|---|---|---|

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: METSO PAPER LTD.
ATTN. ROBERT M. LAVAN
650 MADISON AVENUE, 26TH FLOOR
NEW YORK, NY 10022

Claim Number: 10852
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5734 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $297,506.88 | Scheduled: | $491,837.19 | Allowed: | $297,506.88 |
|---|---|---|---|---|---|---|

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: METSO PAPER USA, INC.
ATTN. ROBERT M. LAVAN
650 MADISON AVENUE, 26TH FLOOR
NEW YORK, NY 10022

Claim Number: 10908-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5732 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $829,627.33 | Scheduled: | $1,177,717.81 UNLIQ | Allowed: | $829,627.33 |
|---|---|---|---|---|---|---|

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: METSO AUTOMATION USA, INC
ATTN. ROBERT M. LAVAN
650 MADISON AVENUE, 26TH FLOOR
NEW YORK, NY 10022

Claim Number: 11181-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $42.28 | | | | | |

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: METSO PAPER USA, INC
ATTN. ROBERT M. LAVAN
650 MADISON AVENUE, 26TH FLOOR
NEW YORK, NY 10022

Claim Number: 11182-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,086.00 | | | | | |

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: OMYA INC
ATTN. ROBERT M. LAVAN
650 MADISON AVENUE
NEW YORK, NY 10022

Claim Number: 11241
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $691,275.57 | Scheduled: | $691,275.57 UNLIQ | Allowed: | $691,275.57 |

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: DTE PETCOKE, LLC
ROBERT M. LAVAN, STANDARD GENERAL LP
650 MADISON AVENUE
NEW YORK, NY 10022

Claim Number: 12217
Claim Date: 09/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $505,517.88 | Scheduled: | $505,517.88 UNLIQ | Allowed: | $505,517.88 |

STANDARD GENERAL MASTER FUND LP
TRANSFEROR: SUN AUTOMATION INC.
ROBERT M. LAVAN, STANDARD GENERAL LP
650 MADISON AVENUE
NEW YORK, NY 10022

Claim Number: 13229-03
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $61,126.05 | | | Allowed: | $61,126.05 |

| | | | | | | |
|---|---|---|---|---|---|---|
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: HARPER/LOVE ADHESIVES CORP.<br>ROBERT M. LAVAN, STANDARD GENERAL LP<br>650 MADISON AVENUE<br>NEW YORK, NY 10022 | | Claim Number: 13413<br>Claim Date: 10/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6252 (03/25/2010)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $175,891.92 | | | | |
| UNSECURED | Claimed: | $683,874.99 | Scheduled: | $853,948.83 UNLIQ | Allowed: | $683,874.99 |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: MCKINSEY & COMPANY, INC.<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE<br>NEW YORK, NY 10022 | | Claim Number: 13480<br>Claim Date: 10/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,463,000.00 | Scheduled: | $1,463,000.00 UNLIQ | Allowed: | $1,463,000.00 |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: INTERNATIONAL GROUP, INC., T<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 13655<br>Claim Date: 12/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,034.24 | | | | |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: INTERNATIONAL GROUP, INC., T<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 13656<br>Claim Date: 12/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $282,155.40 | | | Allowed: | $282,155.40 |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: INTERNATIONAL GROUP, INC., T<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 13657<br>Claim Date: 12/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $37,162.40 | | | Allowed: | $37,162.40 |

---

STANDARD GENERAL MASTER FUND, LP
ATTN: ROBERT M. LAVAN
650 MADISON AVENUE, 26TH FLOOR
NEW YORK, NY 10022

Claim Number: 13664
Claim Date: 11/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $335,244.94 | | |

---

STANDLEY, GLENDA FAYE
553 RUSS RD.
JONESBORO, LA 71251

Claim Number: 10278
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

---

STANFORD ELECTRIC SUPPLY INC
PO BOX 3488
TUPELO, MS 38803

Claim Number: 7113-01
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,466.26 | Scheduled: | $3,161.03 |

---

STANFORD ELECTRIC SUPPLY INC
PO BOX 3488
TUPELO, MS 38803

Claim Number: 7113-02
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1866 (09/04/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $702.45 | Allowed: | $702.45 |

---

STANGELAND, T. OSCAR
C/O KOSKIE MINSKY LLP
BARRISTERS AND SOLICITORS
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 12961
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | | |
| UNSECURED | Claimed: | $3,389,376.00 | Scheduled: | $2,542,871.14 | Allowed: | $3,022,797.00 |

| | | |
|---|---|---|
| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9130<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| UNSECURED | Claimed: | $10,652.40 |
| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9131<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| SECURED | Claimed: | $960.43 |
| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9132<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| SECURED | Claimed: | $43,494.11 |
| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9133<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| SECURED | Claimed: | $3,813.82 |
| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9134<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| SECURED | Claimed: | $31,138.41 |

| | | |
|---|---|---|
| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9135<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| SECURED | Claimed: | $1,152.93 |
| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9136<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| SECURED | Claimed: | $4,530.66 |
| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9137<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |
| SECURED | Claimed: | $1,645.97 |
| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9138<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| SECURED | Claimed: | $19,937.07 |
| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9139<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| SECURED | Claimed: | $1,186.10 |

| | | |
|---|---|---|
| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9140<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| SECURED          Claimed: | $1,097.87 | |
| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9141<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| SECURED          Claimed: | $1,542.18 | |
| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9142<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| SECURED          Claimed: | $2,974.19 | |
| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9143<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| SECURED          Claimed: | $2,899.92 | |
| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9144<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| SECURED          Claimed: | $3,387.85 | |

| | | |
|---|---|---|
| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9145<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| SECURED           Claimed: | $2,074.97 | |
| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9146<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| SECURED           Claimed: | $2,266.56 | |
| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9147<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| SECURED           Claimed: | $1,026.27 | |
| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9148<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| SECURED           Claimed: | $3,071.09 | |
| STANGER INDUSTRIES, INC.<br>ATTN: DANIEL R. JONES, ESQ.<br>DEVRIES & ASSOCCIATES, P.C.<br>3145 BROADWAY BLVD<br>KANSAS CITY, MO 64111-2405 | Claim Number: 9149<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| SECURED           Claimed: | $5,862.57 | |

---

STANGER INDUSTRIES, INC.
ATTN: DANIEL R. JONES, ESQ.
DEVRIES & ASSOCCIATES, P.C.
3145 BROADWAY BLVD
KANSAS CITY, MO 64111-2405

Claim Number: 9150
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| SECURED | Claimed: | $4,325.65 |
| --- | --- | --- |

---

STANGER INDUSTRIES, INC.
ATTN: DANIEL R. JONES, ESQ.
DEVRIES & ASSOCCIATES, P.C.
3145 BROADWAY BLVD
KANSAS CITY, MO 64111-2405

Claim Number: 9151
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| SECURED | Claimed: | $2,539.85 |
| --- | --- | --- |

---

STANLEY M PROCTOR CO
PO BOX 446
TWINSBURG, OH 44087

Claim Number: 3547
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $279.97 | Scheduled: | $279.97 |
| --- | --- | --- | --- | --- |

---

STANLEY, CHARLES C.
BARON & BUDD, P.C.
THE CENTRUM SUITE 1100
3102 OAK LAWN AVE.
DALLAS, TX 75219

Claim Number: 11814
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8673 (10/19/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
| --- | --- | --- |

---

STAPLER, ROBERT R.
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10704
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $156,082.78 |
| --- | --- | --- |

---

| | | | | | |
|---|---|---|---|---|---|
| STAR LEASING CO<br>PO BOX L-2738<br>COLUMBUS, OH 43260 | | Claim Number: 4385<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $6,160.75 | Scheduled: | $6,378.85 | |
| STAR LEASING CO. - JAMES H. GORDON, ESQ.<br>GORDON LAW FIRM CO., LPA<br>FIFTH THIRD CENTER<br>21 E. STATE STREET, SUITE 1700<br>COLUMBUS, OH 43215 | | Claim Number: 9977<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $5,944.22 | | | |
| STAR PRINTING & PUBLISHING CO. INC.<br>D/B/A STUDIO B GRAPHICS<br>2520 DAKOTA AVE<br>SOUTH SIOUX CITY, NE 68776 | | Claim Number: 4381<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,861.00 | Scheduled: | $1,861.00 | |
| STAR TRANSPORT INC<br>P.O. BOX 909<br>MORTON, IL 61550 | | Claim Number: 9952<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $156,370.92 | Scheduled: | $28,101.00 UNLIQ | Allowed: $156,370.92 |
| STAR TRANSPORTATION, INC.<br>1116 POLK AVE.<br>NASHVILLE, TN 37210 | | Claim Number: 3699<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | |
| UNSECURED | Claimed: | $74,093.13 | | | |

---

STAT PADS LLC
13897 W. WAINWRIGHT
BOISE, ID 83713

Claim Number: 2739
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $125.00 | Scheduled: | $125.00 | | |

---

STATE DISTRIBUTING CORPORATION
C/O PINCKNEY, HARRIS & WEIDINGER, LLC
ATTN: JOANNE P. PINCKNEY
1220 NORTH MARKET STREET, SUITE 950
WILMINGTON, DE 19801

Claim Number: 12122
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8509 (09/09/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,103.55 | | | Allowed: | $4,103.55 |

---

STATE DISTRUBUTING CORPORATION
C/O RON SCHWARTZ
STATE DISTRIBUTING
3902 BURWELL ROLLINS CIRCLE
RALEIGH, NC 27612

Claim Number: 5707
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $107,984.42 | Scheduled: | $24,774.87 | Allowed: | $107,984.42 |

---

STATE OF ALABAMA, DEPARTMENT OF REVENUE
LEGAL DIVISION
P.O. BOX 320001
MONTGOMERY, AL 36132-0001

Claim Number: 2695
Claim Date: 04/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,222.66 | |

---

STATE OF CALIFORNIA
EMPLOYMENT DEVELOPMENT DEPARTMENT
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

Claim Number: 13997
Claim Date: 04/06/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $6,591.31 | |
| UNSECURED | Claimed: | $826.60 | |

---

STATE OF CALIFORNIA
BANKRUPTCY SECTION MS A340
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO, CA 95812-2952

Claim Number: 14101
Claim Date: 08/12/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN
DOCKET: 8915 (01/31/2011)

| ADMINISTRATIVE | Claimed: | $0.00 UNDET |
| --- | --- | --- |

---

STATE OF CONNECTICUT
1111 COUNTRY CLUB ROAD
MIDDLETOWN, CT 06457-9294

Claim Number: 6462
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $100.00 |
| --- | --- | --- |

---

STATE OF CONNECTICUT, TREASURER
UNCLAIMED PROPERTY DIV
55 ELM STREET, 5TH FLOOR
HARTFORD, CT 06106

Claim Number: 4994
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ |
| --- | --- | --- | --- | --- |

---

STATE OF LOUISIANA
LOUISIANA DEPARTMENT OF REVENUE
P.O. BOX 66658
BATON ROUGE, LA 70896

Claim Number: 1571
Claim Date: 03/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| PRIORITY | Claimed: | $8,097.50 |
| --- | --- | --- |
| UNSECURED | Claimed: | $3,170.42 |

---

STATE OF MISSOURI
DEPARTMENT OF REVENUE
BOX 475
JEFFERSON CITY, MO 65105

Claim Number: 1104
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| UNSECURED | Claimed: | $2,265,362.78 |
| --- | --- | --- |

---

| STATE OF MISSOURI<br>DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | | Claim Number: 1105<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|---|
| PRIORITY | Claimed: | $4,448.70 |
| UNSECURED | Claimed: | $659.05 |
| STATE OF MISSOURI<br>DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | | Claim Number: 1108<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) |
| UNSECURED | Claimed: | $0.00 |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | | Claim Number: 3101<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |
| PRIORITY | Claimed: | $120,152.22 |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | | Claim Number: 14016<br>Claim Date: 04/27/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8661 (10/18/2010) |
| UNSECURED | Claimed: | $165,317.22 |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>COMPLIANCE ACTIVITY<br>PO BOX 245<br>TRENTON, NJ 08646 | | Claim Number: 14093<br>Claim Date: 08/09/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8661 (10/18/2010) |
| PRIORITY | Claimed: | $0.00 |

| | | |
|---|---|---|
| STATE OF NEW YORK<br>DEPARTMENT OF LABOR<br>GOVERNOR W. AVERELL HARRIMAN STATE<br>OFFICE BLDG. 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 4574<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |
| PRIORITY          Claimed: | $59,335.89 | |
| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W AVERELL HARRIMAN OFC BLDG CAMPUS<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 3172<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |
| PRIORITY          Claimed: | $58,293.03 | |
| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W AVERELL HARRIMAN OFFC BLDG CAMPUS<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 13601<br>Claim Date: 11/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| ADMINISTRATIVE          Claimed: | $1,934.10 | |
| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W AVERELL HARRIMAN OFC BLDG CAMPUS<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 13602<br>Claim Date: 11/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | |
| PRIORITY          Claimed: | $59,349.13 | |
| STATE OF NEW YORK DEPT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W AVERELL HARRIMAN STATE OFFICE<br>BLDG CAMPUS, BLDG 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 7217<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |
| PRIORITY          Claimed: | $59,335.89 | |

| | | |
|---|---|---|
| STATE OF NEW YORK DEPT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W AVERELL HARRIMAN STATE OFFICE<br>BLDG CAMPUS, BLDG 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 13334<br>Claim Date: 09/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |

| PRIORITY | Claimed: | $59,349.13 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,287.96 |

| | | |
|---|---|---|
| STATE OF NEW YORK DEPT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W AVERELL HARRIMAN STATE OFFICE<br>BLDG CAMPUS, BLDG 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 13335<br>Claim Date: 09/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |

| ADMINISTRATIVE | Claimed: | $1,934.10 |
|---|---|---|

| | | |
|---|---|---|
| STATE OF NEW YORK DEPT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W AVERELL HARRIMAN STATE OFFICE<br>BLDG CAMPUS, BLDG 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 13626<br>Claim Date: 11/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |

| ADMINISTRATIVE | Claimed: | $2,945.99 |
|---|---|---|

| | | |
|---|---|---|
| STATE OF NEW YORK, DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W AVERELL HARRIMAN OFC BLDG CAMPUS<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 3296<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |

| PRIORITY | Claimed: | $58,293.03 |
|---|---|---|

| | | |
|---|---|---|
| STATE SYSTEMS, INC.<br>3755 CHERRY RD<br>MEMPHIS, TN 38118 | Claim Number: 1512<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $2,772.88 | Scheduled: | $2,743.88 |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| STATELINE ELECTRIC AND<br>PO BOX 303<br>SIOUX CITY, IA 51102 | | Claim Number: 4801<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $8,344.71 | Scheduled: | $8,579.71 | |
| STAY, LEONARD L.<br>C/O JAMES E. SORENSON, ESQ.<br>WILLIAMS, GAUTIER, GWYNN, DELOACH, &<br>SORENSON P.A., PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10665<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $18,671.56 | | | |
| STEAMCON INC<br>PO BOX 508<br>BOCA RATON, FL 33429 | | Claim Number: 6117<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $803.00 | | | |
| STEAMCON INC<br>PO BOX 508<br>BOCA RATON, FL 33429 | | Claim Number: 6233<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $8,603.00 | Scheduled: | $6,324.00 | |
| STEARNS COUNTY TREASURER<br>705 COURTHOUSE SQUARE<br>ROOM 148<br>ST. CLOUD, MN 56303 | | Claim Number: 6788<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | |
| PRIORITY<br>UNSECURED | Claimed: | $2,803.73 | Scheduled: | $0.00  UNLIQ | |

---

STEBBINS ADVERTISING  AND DESIGN INC
5042 W BYRON STREET
CHICAGO, IL 60641

Claim Number: 5965
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,452.00 | Scheduled: | $4,452.00 | | |
|---|---|---|---|---|---|---|

STECH CONSULTING, LLC
484 B WASHINGTON ST., # 401
MONTEREY, CA 93940

Claim Number: 94
Claim Date: 02/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $20,050.00 | Scheduled: | $20,050.00 | Allowed: | $20,050.00 |
|---|---|---|---|---|---|---|

STEED TIMBER CO INC
PO BOX 215
LINCOLN, AL 35096-0215

Claim Number: 12454-01
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8120 (06/22/2010)

| ADMINISTRATIVE | Claimed: | $75,258.98 | | | Allowed: | $75,258.98 |
|---|---|---|---|---|---|---|

STEEL CITY INC
PO BOX 35036
PANAMA CITY, FL 32412

Claim Number: 6054
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $1,683.00 | | |
|---|---|---|---|---|---|---|

STEEL CITY, INC.
P.O. BOX 35036
PANAMA CITY, FL 32412

Claim Number: 1178
Claim Date: 02/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,683.00 | | | | |
|---|---|---|---|---|---|---|

---

STEINS INC
PO BOX 248
MOORHEAD, MN 56562-0248

Claim Number: 6011
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $821.83 | Scheduled: | $821.83 |

STEPHENS, KEEFE
PO BOX 23648
SAINT LOUIS, MO 63112

Claim Number: 10029
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,735,842.20 |

STEPHENS, RICHARD
4324 JAMIESON
SAINT LOUIS, MO 63109

Claim Number: 6888
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $100.00 | Scheduled: | $100.00 |

STERLING COMMERCE, INC
4600 LAKEHURST CT.
DUBLIN, OH 43016

Claim Number: 1166-01
Claim Date: 02/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,476.39 | Scheduled: | $15,287.56 | Allowed: | $15,476.39 |

STERLING MANUFACTURING & DIST
PO BOX 7703
HOUSTON, TX 77270

Claim Number: 4106
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,537.00 | Scheduled: | $14,537.00 |

| STEVENS, DAVID C<br>668 SPYGLASS SUMMIT DRIVE<br>CHESTERFIELD, MO 63017-2144 | | Claim Number: 9732<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Claim out of balance | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $385,922.64 | | | | |
| SECURED | Claimed: | $385,922.64 | | | | |
| TOTAL | Claimed: | $385,922.64 | | | | |
| STEVENS, DAVID C<br>668 SPYGLASS SUMMIT DRIVE<br>CHESTERFIELD, MO 63017-2144 | | Claim Number: 11050<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9033 (04/25/2011) | | | | |
| UNSECURED | Claimed: | $1,506,231.00 | | | Allowed: | $1,319,625.00 |
| STEWART & STEVENSON<br>601 W. 38TH STREET<br>HOUSTON, TX 77018 | | Claim Number: 2534<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $19,921.21 | Scheduled: | $25,742.64 | Allowed: | $19,921.21 |
| STEWART'S MACHINING, INC.<br>960 HOLMAN AVENUE<br>MONROE, OH 45050 | | Claim Number: 485<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $8,601.00 | Scheduled: | $8,996.00 | | |
| STEWART, MATTIE MAE<br>174 SYLVAN MEADOWS<br>WINNFIELD, LA 71483 | | Claim Number: 10279<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| STILLWATER LOGGING CO INC<br>1190 KM RANCH ROAD<br>WHITEFISH, MT 59937 | | Claim Number: 8157<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,920.36 | Scheduled: | $11,840.73  UNLIQ | | |
| STIMSON LUMBER COMPANY<br>700 PACIFICBUILDING, 520 S.W. YAMHILL<br>PORTLAND, OR 97204 | | Claim Number: 7126<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,701.00 | Scheduled: | $13,402.00  UNLIQ | | |
| STOEL RIVES LLP<br>ATTENTION BRANDY A. SARGENT<br>900 SW FIFTH AVENUE SUITE 2600<br>PORTLAND, OR 97204-1268 | | Claim Number: 11489<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | | |
| UNSECURED | Claimed: | $2,690.16 | Scheduled: | $2,516.36 | | |
| STOEL RIVES LLP<br>ATTENTION BRANDY A. SARGENT<br>900 SW FIFTH AVENUE SUITE 2600<br>PORTLAND, OR 97204-1268 | | Claim Number: 11490<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,690.16 | | | | |
| STONE LION PORTFOLIO LP<br>TRANSFEROR: CORRUGATED SYNERGIES INTER.<br>ATTN: BRIAN WOOD, C/O STONE LION CAPITAL<br>PARTNERS LP, P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 9122<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5712 (05/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $7,000,000.00 | | | Allowed: | $7,000,000.00 |

---

STONE TIMBER CO., INC.
TIM A. WOMACK, ATTORNEY
P.O. BOX 683
CAMDEN, AR 71711-0683

Claim Number: 4251
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,200.00 | | |
|---|---|---|---|---|

STONE, CAROL
100 SUNRISE AVE APT PH2
PALM BEACH, FL 33480-3963

Claim Number: 9335
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8559 (09/17/2010)

| UNSECURED | Claimed: | $442,193.38 | Allowed: | $334,359.80 |
|---|---|---|---|---|

STONE, IRA
180 E PEARSON ST APT 5304
CHICAGO, IL 60611-2182

Claim Number: 5250
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8944 (02/18/2011)

| UNSECURED | Claimed: | $133,191.00 | | |
|---|---|---|---|---|

STONE, IRA
180 E. PEARSON ST., APT. 53
CHICAGO, IL 60611-2182

Claim Number: 10747
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8996 (03/22/2011)

| UNSECURED | Claimed: | $332,360.27 | | |
|---|---|---|---|---|

STONE, JEROME H.
C/O ALZHEIMER'S ASSOCIATION
225 N. MICHIGAN AVE
17TH FLOOR
CHICAGO, IL 60601

Claim Number: 7718
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9170 (01/11/2012)

| UNSECURED | Claimed: | $859,363.00 | Allowed: | $50,000.00 |
|---|---|---|---|---|

STONE, ROGER W.
1114 SHERIDAN ROAD
GLENCOE, IL 60022

Claim Number: 2077
Claim Date: 04/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,422,124.00 | Scheduled: | $2,422,124.00 | Allowed: | $2,422,124.00 |
|---|---|---|---|---|---|---|

STONEY LUNA LOGGING
721 HOWELL HILL ROAD
FLINTVILLE, TN 37335

Claim Number: 6869
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,909.11 | Scheduled: | $7,909.11 UNLIQ | | |
|---|---|---|---|---|---|---|

STOREE CONSTRUCTION
C/O BRIAN K. ASBERRY
NEALE & NEWMAN, L.L.P.
P.O. BOX 10327
SPRINGFIELD, MO 65808

Claim Number: 1803
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,791.00 | Scheduled: | $3,791.00 | | |
|---|---|---|---|---|---|---|

STOTT WOOD COMPANY INC
PO BOX 219
OLLA, LA 71465

Claim Number: 7166
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,963.16 | Scheduled: | $31,926.32 UNLIQ | | |
|---|---|---|---|---|---|---|

STOVER, LINDA
6769 COUNTY RD. 146
ROSENDALE, MO 64483

Claim Number: 7885
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| PRIORITY | Claimed: | $5,500.49 | | | | |
|---|---|---|---|---|---|---|

STRACK SCALE SERVICE
7583 HARRISON AVENUE      NUMBER 1
CINCINNATI, OH 45247

Claim Number: 5562
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $288.00 | Scheduled: | $288.00 | |

STRAIGHT SHOT EXPRESS
PO BOX 371
NEENAH, WI 54957

Claim Number: 658
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $782.72 | Scheduled: | $779.82 | |

STRATE WELDING SUPPLY CO., INC
PO BOX 37330
JACKSONVILLE, FL 32236-7330

Claim Number: 3751
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $760.08 | Scheduled: | $543.81 | |

STRATIS CORPORATION
5677 W 73RD STREET
INDIANAPOLIS, IN 46278-1739

Claim Number: 3497
Claim Date: 06/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,037.10 | Scheduled: | $6,037.10 | |

STRATIX CORPORATION
4920 AVALON RIDGE PARKWAY
SUITE 600
NORCROSS, GA 30071

Claim Number: 2406
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18,143.73 | Scheduled: | $18,127.92 | |

---

STRAUB DESIGN COMPANY
2238 FLORIDA AVE SOUTH
MINNEAPOLIS, MN 55426

Claim Number: 4197
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,611.94 | Scheduled: | $2,611.94 |
|---|---|---|---|---|

STRAUDER, HAYWARD
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10717
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $29,731.62 |
|---|---|---|

STRAUDER, HAYWARD M
75120 NEWELL RD
YULEE, FL 32097-1629

Claim Number: 9515
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

STRINGER, REKKEDA Y.
712 JOHNSON ST.
JONESBORO, LA 71251

Claim Number: 10280
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

STRITT & PRIEBE INC
37 CLYDE AVE
BUFFALO, NY 14215

Claim Number: 3817
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,157.18 | Scheduled: | $3,157.18 |
|---|---|---|---|---|

STROUD, ARMON F.
PO 607
HODGE, LA 71247

Claim Number: 10281
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |

STUART C IRBY CO
PO BOX 933645
ATLANTA, GA 31193-3645

Claim Number: 9820
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $24,894.62 | Scheduled: | $25,738.31 | Allowed: | $24,894.62 |

STURDEVANT, TRUMAN L
PO BOX 1089
RIDGEFIELD, WA 98642

Claim Number: 11011
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $29,508.65 | Scheduled: | $29,508.65 | Allowed: | $29,508.65 |

STURDEVANT, TRUMAN L
PO BOX 1089
RIDGEFIELD, WA 98642

Claim Number: 11032
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9033 (04/25/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $516,097.00 | | | Allowed: | $441,712.00 |

STYRENE PRODUCTS INC
5320 FULLER STREET
SCHOFIELD, WI 54476-3199

Claim Number: 6508-01
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $610.60 | | | |
| UNSECURED | | | Scheduled: | $1,391.95 | |

---

STYRENE PRODUCTS INC
5320 FULLER STREET
SCHOFIELD, WI 54476-3199

Claim Number: 6508-02
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $781.35 | | | | | |
|---|---|---|---|---|---|---|---|

SUBURBAN ELECTRICAL CONTRACTOR INC
709 HICKORY FARM LANE
APPLETON, WI 54914-3074

Claim Number: 9685
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,295.45 | Scheduled: | $4,333.61 | | | |
|---|---|---|---|---|---|---|---|

SUBURBAN ELECTRICAL ENGINEERS &
709 HICKORY FARM LANE
APPLETON, WI 54914-3074

Claim Number: 9836
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $275.02 | Scheduled: | $275.02 | | | |
|---|---|---|---|---|---|---|---|

SUBURBAN METAL PRODUCTS INC
1050 TARLTON RD
CIRCLEVILLE, OH 43113-9132

Claim Number: 6619
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7516 (05/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $45,364.79 | Scheduled: | $47,654.79 | Allowed: | $45,364.79 |
|---|---|---|---|---|---|---|

SUBWAY
135 N CHESTNUT ST
JEFFERSON, OH 44047

Claim Number: 3765
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $78.75 | Scheduled: | $78.75 | | | |
|---|---|---|---|---|---|---|---|

---

SUDDEN SERVICE, INC.
ATTN: RICHARD BALLARD
649 SOUTH CHURCH AVENUE
LOUISVILLE, MS 39339

Claim Number: 1688
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,527.85 | Scheduled: | $4,562.29 | | |
|---|---|---|---|---|---|---|

SUGDEN, TERRY
3905 E COUNTY ROAD S
BELOIT, WI 53511-7820

Claim Number: 7969
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,175.00 | Scheduled: | $8,175.00 | | |
|---|---|---|---|---|---|---|

SUITER, JERRY D
3343 MILL VALLEY TRCE
DACULA, GA 30019-5004

Claim Number: 6911
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $89,275.00 | Scheduled: | $89,275.00 | Allowed: | $89,275.00 |
|---|---|---|---|---|---|---|

SULLIVAN, TERRY LYNN
308 OAKLAND DRIVE
SPARTA, TN 38583

Claim Number: 6556
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $339.55 | Scheduled: | $339.55 | | |
|---|---|---|---|---|---|---|

SULZER PROCESS PUMPS (US) INC.
PO BOX 2069
EASLEY, SC 29641

Claim Number: 185
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $71,411.12 | Scheduled: | $53,362.14 | Allowed: | $71,411.12 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| SULZER PUMPS (US) INC.<br>ATTN: KATI BABINEC<br>200 SW MARKET ST., 4TH FLOOR<br>PORTLAND, OR 97201 | | Claim Number: 3000<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $363.75 | Scheduled: | $6,932.30 | | |
| SUMMIT ELECTRICAL CONTRACTORS<br>13790 RANCH ROAD<br>JACKSONVILLE, FL 32218 | | Claim Number: 3147<br>Claim Date: 05/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | | |
| SECURED | Claimed: | $18,575.70 | | | | |
| SUMMIT MEDICAL CENTER<br>5655 FRIST BLVD<br>HERMITAGE, TN 37076 | | Claim Number: 2733<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $303.81 | Scheduled: | $303.81 | | |
| SUN AUTOMATION, INC.<br>FOX ROTHSCHILD LLP<br>919 NORTH MARKET STREET, SUITE 1300<br>WILMINGTON, DE 19801-3046 | | Claim Number: 1318-02<br>Claim Date: 03/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $123,292.03 | | | Allowed: | $123,292.03 |
| SUN BELT INC<br>3603 VENTURA DR W<br>LAKELAND, FL 33811-1294 | | Claim Number: 4697<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $10,690.51 | Scheduled: | $10,690.51 | | |

| | | | | |
|---|---|---|---|---|
| SUN CHEMICAL CORPORATION<br>35 WATERVIEW BLVD<br>PARSIPPANY, NJ 07054 | | Claim Number: 11277<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $6,416.29 | | |
| SUN MACHINERY COMPANY<br>PO BOX 789<br>LEXINGTON, SC 29071-0789 | | Claim Number: 12509<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $203,803.66 | Scheduled: | $203,850.69 |
| SUN-SUPERIOR CHIPPER PARTS INC.<br>ATTENTION CORDELIA SWAFORD<br>POST OFFICE BOX 789<br>LEXINGTON, SC 29071 | | Claim Number: 9039-01<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $106.50 | | |
| UNSECURED | | | Scheduled: | $1,727.06 |
| SUN-SUPERIOR CHIPPER PARTS INC.<br>ATTENTION CORDELIA SWAFORD<br>POST OFFICE BOX 789<br>LEXINGTON, SC 29071 | | Claim Number: 9039-02<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,620.56 | | |
| SUNBELT OPTICS INC<br>PO BOX 8<br>CANTONMENT, FL 32533 | | Claim Number: 9075<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7551 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,662.65 | Scheduled: | $5,662.65 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

SUNBELT SUPPLY COMPANY
710 SOUTH 23RD AVE
PHOENIX, AZ 85009-5802

Claim Number: 11405
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $450.00 | Scheduled: | $450.00 |
|---|---|---|---|---|

SUNBELT TRANSPORT
501 RIVERSIDE AVE.
SUITE 500
JACKSONVILLE, FL 32202

Claim Number: 2721
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $59,237.75 | Scheduled: | $37,791.43 |
|---|---|---|---|---|

SUNBURST PAPERS
PO BOX 190008
MOBILE, AL 36619-0008

Claim Number: 4854
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,932.56 | Scheduled: | $12,386.65 |
|---|---|---|---|---|

SUNDANCE LANDSCAPE INC
875 75TH AVENUE
OAKLAND, CA 94621

Claim Number: 7724
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $465.00 | Scheduled: | $465.00 |
|---|---|---|---|---|

SUNGARD AVAILABILITY SERVICES LP
MAUREEN A. MCGREEVEY, ESQUIRE
680 E. SWEDESFORD ROAD
WAYNE, PA 19087

Claim Number: 6892
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,987.55 | Scheduled: | $4,414.55 |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| SUNSHINE RECYCLING  INC<br>1263 LANDSTREET ROAD<br>ORLANDO, FL 32824 | | Claim Number: 5394<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $74,217.58 | Scheduled: | $71,631.99 | |
| SUNSHINE RECYCLING INC<br>1263 LAND STREET RD<br>ATTN: C. HERB<br>ORLANDO, FL 32824 | | Claim Number: 5397<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $74,217.58 | | | |
| SUNSHINE STATE DAIRY FARMS LLC<br>3304 SYDNEY RD<br>PLANT CITY, FL 33566-1181 | | Claim Number: 6799<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,943.72 | Scheduled: | $2,112.00 | |
| SUNSHINE STATE SHREDDING D/B/A<br>272<br>1121 S MILITARY TRL OFC<br>DEERFIELD BCH, FL 33442-7697 | | Claim Number: 12484<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $838.80 | | | |
| SUNSOURCE<br>11928 W. SILVERSPRING DR<br>UNIT E<br>MILWAUKEE, WI 53225 | | Claim Number: 6162<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,037.27 | Scheduled: | $1,846.79 | |

| | | | | |
|---|---|---|---|---|
| SUNVIEW MARKETING INTL<br>1998 ROAD 152<br>DELANO, CA 93215 | | Claim Number: 5667<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,765.54 | Scheduled: | $2,838.00 |
| SUPERIOR ENERGY SYSTEMS LTD.<br>13660 STATION RD.<br>COLUMBIA STATION, OH 44028 | | Claim Number: 4746<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $925.00 | | |
| SUPERIOR EQUIPMENT CO INC<br>PO BOX 10369<br>NAPA, CA 94581 | | Claim Number: 5013<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,685.66 | | |
| SUPERIOR FIRE<br>397-C ENTERPRISE STREET<br>OCOEE, FL 34761 | | Claim Number: 13994<br>Claim Date: 04/22/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| SUPERIOR HARDWOODS OF OHIO INC<br>PO BOX 606<br>WELLSTON, OH 45692 | | Claim Number: 7237<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $737.41 | Scheduled: | $5,737.41  UNLIQ |

---

SUPERIOR LITHOGRAPHICS, INC.
3055 BANDINI BLVD.
LOS ANGELES, CA 90058

Claim Number: 14178
Claim Date: 12/06/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8900 (01/21/2011)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $22,891.50 | | | Allowed: | $22,891.50 |
|---|---|---|---|---|---|---|

SUPERIOR LOGISTICS SOLUTIONS LLC
PO BOX 13389
HAMILTON, OH 45013

Claim Number: 6458
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $14,165.00 | Scheduled: | $12,390.00 |
|---|---|---|---|---|

SUPERIOR MACHINE CO CAPITAL SOURCE
PO BOX 60846
CHARLOTTE, NC 28260

Claim Number: 4626
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $1,500.00 |
|---|---|---|---|---|

SUPERIOR PKG SOLUTIONS & SERVICES I
505 EAST FAYETTE STREET
SYRACUSE, NY 13202

Claim Number: 6025
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,734.00 | Scheduled: | $1,734.00 |
|---|---|---|---|---|

SUPERIOR SERVICE & SUPPY CO INC
PO BOX 5753
CONCORD, NC 28027

Claim Number: 4249
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $429.95 | Scheduled: | $401.88 |
|---|---|---|---|---|

---

SUPERMARKET SERVICES INC
4100 SW 47TH AVE
FORT LAUDERDALE, FL 33314

Claim Number: 12705
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,846.20 | Scheduled: | $1,809.45 |
|---|---|---|---|---|

SUPREME PERLITE CORP
4600 N SUTTLE RD
PORTLAND, OR 97217-7720

Claim Number: 5153
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,779.00 | Scheduled: | $1,779.00 |
|---|---|---|---|---|

SUREWAY TRANSPORTATION COMPANY
PO BOX 1450
MINNEAPOLIS, MN 55485-7130

Claim Number: 5162
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,148.60 | Scheduled: | $2,148.60 |
|---|---|---|---|---|

SURFACE PREP SUPPLY
PO BOX 1240
DAVENPORT, FL 33836

Claim Number: 4578
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,238.00 | Scheduled: | $2,238.00 |
|---|---|---|---|---|

SUSTAINABLE FOREST MANAGEMENT, INC.
P.O. BOX 49532
ALGOOD, TN 38506

Claim Number: 43
Claim Date: 02/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,831.03 | Scheduled: | $21,662.06 | Allowed: | $10,831.03 |
|---|---|---|---|---|---|---|

---

SUTTON CLARK SUPPLY INC
PO BOX 26367
RICHMOND, VA 23260-6367

Claim Number: 3659
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,940.74 | Scheduled: | $15,924.76 |
|---|---|---|---|---|

SUTTON PACKAGING INC
PO BOX 3159
EUREKA SPRINGS, AR 72631

Claim Number: 3869
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| PRIORITY | Claimed: | $4,582.38 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $4,582.38  UNLIQ |

SUWANNEE LUMBER COMPANY, INC.
P.O. BOX 5090
CROSS CITY, FL 32628

Claim Number: 569
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,746.13 | Scheduled: | $24,965.26  UNLIQ |
|---|---|---|---|---|

SWAMP FOX TIMBER CO INC
PO BOX 88
MARION, SC 29571

Claim Number: 3903-01
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| UNSECURED | Claimed: | $12,788.53 | Scheduled: | $25,577.06  UNLIQ |
|---|---|---|---|---|

SWAMP FOX TIMBER CO INC
PO BOX 88
MARION, SC 29571

Claim Number: 3903-02
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| ADMINISTRATIVE | Claimed: | $12,788.53 | Allowed: | $12,788.53 |
|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SWARD TRUCKING INC<br>PO BOX 8<br>OAKDALE, CA 95361 | | Claim Number: 4395<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $6,142.10 | Scheduled: | $20,796.02 | | | |
| SWARD TRUCKING INC<br>P.O. BOX 8<br>OAKDALE, CA 95361 | | Claim Number: 4396<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,030.80 | | | | | |
| SWARD TRUCKING INC<br>P.O. BOX 8<br>OAKDALE, CA 95361 | | Claim Number: 4397<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $12,049.60 | | | | | |
| SWEENEY, ROBERT WILFRED<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 12963<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | | | | |
| PRIORITY | Claimed: | $1,638.60 | | | | | |
| UNSECURED | Claimed: | $13,060.28 | Scheduled: | $14,698.68 | Allowed: | $14,699.00 | |
| SWEET PEA SEWER & SEPTIC INC<br>9424 FUTURITY DRIVE<br>MISSOULA, MT 59808 | | Claim Number: 5142<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,223.00 | Scheduled: | $2,394.00 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SWIFCO<br>924 TONY LAMA<br>EL PASO, TX 79915 | | Claim Number: 4334<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $1,920.41 | | | |
| SWIFT AIR INC.<br>2717 W. SIXTH STREET<br>SIOUX FALLS, SD 57104 | | Claim Number: 802<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | | | |
| UNSECURED | Claimed: | $2,429.66 | | | | | |
| SWIFT AIR INC.<br>2717 W. SIXTH STREET<br>SIOUX FALLS, SD 57104 | | Claim Number: 1107<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | | | |
| UNSECURED | Claimed: | $2,429.66 | | | | | |
| SWIFT FIRST AID SERVICE<br>PO BOX 6221<br>AKRON, OH 44312 | | Claim Number: 4565<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $171.15 | Scheduled: | $171.15 | | | |
| SWIFT TRANSPORTATION CO INC<br>PO BOX 29243<br>PHOENIX, AZ 85043 | | Claim Number: 10109<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $876,008.19 | Scheduled: | $1,402,953.45  UNLIQ | Allowed: | $876,008.19 | |

---

SWING TRANSPORT INC
1405 NORTH SALISBURY AVENUE
SALISBURY, NC 28144

Claim Number: 3910
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $197,813.88 | Scheduled: | $197,813.88 | Allowed: | $197,813.88 |

---

SWISHER HYGIENE FRANCHISEE TRUST
4725 PIEDMONT ROW DR SUITE 400
CHARLOTTE, NC 28210

Claim Number: 4426
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,145.56 | Scheduled: | $8,297.16 |

---

SWITCH LIBERATE YOUR BRAND
1120 SOUTH SIXTH STREET
SUITE 500
ST. LOUIS, MO 63104

Claim Number: 5660
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,331.81 | Scheduled: | $1,650.00 |

---

SYNERGY
5300 WHEELER ST
FORT SMITH, AR 72901-8396

Claim Number: 487
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,382.34 | Scheduled: | $2,557.50 |

---

SYSTEC CORPORATION
10010 CONVEYOR DRIVE
INDIANAPOLIS, IN 46235

Claim Number: 260-02
Claim Date: 02/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7917 (06/08/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $265,831.64 | Scheduled: | $7,901.41 | Allowed: | $209,785.94 |

---

| | | | | | |
|---|---|---|---|---|---|
| SYSTECH ENVIRONMENTAL CORPORATION<br>ATTN: T. MOORE<br>3085 WOODMAN DR., SUITE 300<br>DAYTON, OH 45420 | | Claim Number: 2735<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,633.06 | Scheduled: | $1,633.06 | |
| SYSTEM COMPONENTS CORP<br>7731 SE 59TH COURT SUITE 100<br>OCALA, FL 34472 | | Claim Number: 7017<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,177.70 | Scheduled: | $1,570.30 | |
| SYSTEM FREIGHT, INC.<br>C/O MORTON R. BRANZBURG, ESQ. - KLEHR,<br>HARRISON, HARVEY, BRANZBURG & ELLERS<br>260 S. BROAD STREET<br>PHILADELPHIA, PA 19102-5003 | | Claim Number: 2971<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13921<br>DOCKET: 4966 (02/12/2010) | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $124,655.43 | | | |
| SYSTEM FREIGHT, INC.<br>C/O MORTON R. BRANZBURG, ESQ. - KLEHR<br>HARRISON HARVEY BRANZBURG LLP<br>1835 MARKET STREET, SUITE 1400<br>PHILADELPHIA, PA 19103 | | Claim Number: 13921<br>Claim Date: 03/23/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8554 (09/17/2010) | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $538,417.43 | | Allowed: | $20,688.10 |
| SYSTEM SCALE CORP.<br>8400 WOLF LAKE DRIVE<br>SUITE 110<br>MEMPHIS, TN 38133 | | Claim Number: 2412<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $300.00 | Scheduled: | $3,910.43 | |

---

T BUCK INC
715 SW BRIM STREET
PER VENDOR USE # 485557
LAKE CITY, FL 32024

Claim Number: 3898
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $10,590.86 | | |

---

T BUCK INC
715 SW BRIM STREET
PER VENDOR USE # 485557
LAKE CITY, FL 32024

Claim Number: 4019
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,590.86 | Scheduled: | $10,590.86 |

---

T R C ENTERPRISES
308 GREEN VALLEY DR
NAPERVILLE, IL 60540

Claim Number: 4245
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,395.94 | | |

---

T RYAN II LLC
2501 W HAMPTON AVENUE
MILWAUKEE, WI 53209

Claim Number: 4010
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,500.00 | | |
| UNSECURED | Claimed: | $19,927.90 | Scheduled: | $24,427.90 |

---

T&C RECYCLING INC
1230 W. JEFFERSON ST
ORLANDO, FL 32805

Claim Number: 645
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,023.70 | Scheduled: | $7,064.25 |

---

---

T&S FIRE & SECURITY INC
3025 RANDLEMAN ROAD
GREENSBORO, NC 27406

Claim Number: 13381
Claim Date: 09/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $30,870.00 | Scheduled: | $31,408.00 | | |
|---|---|---|---|---|---|---|

T. ENVIRONMENTAL CONSULTING (TEC)
FRED G. TROPPE
39 E. MARKET STREET
AKRON, OH 44308

Claim Number: 7697
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,756.00 | Scheduled: | $6,016.55 | | |
|---|---|---|---|---|---|---|

T.W. BYRD'S SONS INC
10203 SE CR 405
BRANFORD, FL 32008

Claim Number: 509
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,818.92 | | | Allowed: | $12,818.92 |
|---|---|---|---|---|---|---|

T.W. BYRD'S SONS INC
10203 SE CR 405
BRANFORD, FL 32008

Claim Number: 512
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,159.80 | | | Allowed: | $15,159.80 |
|---|---|---|---|---|---|---|

TACOMA RUBBER STAMP
PO BOX 1398
TACOMA, WA 98401-1398

Claim Number: 3979
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $620.00 | Scheduled: | $797.11 | | |
|---|---|---|---|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | | |
|---|---|---|---|---|
| TAFT STETTINIUS & HOLLISTER LLP<br>C/O RICHARD L. FERRELL<br>425 WALNUT ST, SUITE 1800<br>CINCINNATI, OH 45202 | | Claim Number: 7137<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,044.55 | Scheduled: | $7,974.21 |
| TAGGART, P R<br>360 ST. EDWARD LANE<br>FLORISSANT, MO 63033 | | Claim Number: 10650<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| TALEM, INC.<br>PO BOX 670<br>FORT WORTH, TX 76101-0670 | | Claim Number: 3348<br>Claim Date: 06/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $452.58 | Scheduled: | $452.58 |
| TALL TIMBERS OF LOUISIANA LLC<br>479 ROCKSHOP ROAD<br>DUBACH, LA 71235 | | Claim Number: 6138<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $19,658.52 | Scheduled: | $39,317.05  UNLIQ |
| TALLAPOOSA RIVER FOREST PRODCTS INC<br>PO BOX 4<br>FRUITHURST, AL 36262 | | Claim Number: 4112<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $26,410.97 | | |

TALLAPOOSA RIVER FOREST PRODCTS INC
PO BOX 4
FRUITHURST, AL 36262

Claim Number: 4113
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,205.48 | Scheduled: | $26,410.97  UNLIQ | | |
|---|---|---|---|---|---|---|

TALX CORPORATION
11432 LACK LAND RD
ST LOUIS, MO 63146

Claim Number: 3182
Claim Date: 06/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,189.34 | Scheduled: | $5,927.58 | | |
|---|---|---|---|---|---|---|

TALX CORPORATION
11432 LACK LAND RD
ST LOUIS, MO 63146

Claim Number: 3183
Claim Date: 06/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,698.00 | | | | |
|---|---|---|---|---|---|---|

TAMPA ARMATURE WORKS, INC.
6312  78TH STREET
RIVERVIEW, FL 33578

Claim Number: 3436
Claim Date: 06/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $125,463.79 | Scheduled: | $126,606.85 | Allowed: | $125,463.79 |
|---|---|---|---|---|---|---|

TANAKA AND COMPANY
81 TANGELO
IRVINE, CA 92618

Claim Number: 6662
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $753.17 | Scheduled: | $753.17 | | |
|---|---|---|---|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

TANNER, BRENDA
JAMES E. SORENSON, ESQ.
WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA
POST OFFICE BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10715
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $12,771.63 | | |
|---|---|---|---|---|

TANTONE INDUSTRIES, INC.
1629 E. STATE HWY 76
BRANSON, MO 65616

Claim Number: 2560
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,592.00 | Scheduled: | $4,168.50 |
|---|---|---|---|---|

TAPE, INC.
8750 EXCHANGE DR., SUITE # 5
ORLANDO, FL 32809

Claim Number: 6036
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $326.88 | | |
|---|---|---|---|---|

TAPESWITCH CORPORATION
100 SCHMITT BLVD
FARMINGDALE, NY 11735

Claim Number: 6347
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $792.60 | Scheduled: | $792.60 |
|---|---|---|---|---|

TARGET CORPORATION
7000 TARGET PARKWAY NORTH
NCB-355
BROOKLYN PARK, MN 55445-4301

Claim Number: 1782
Claim Date: 03/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $21,889.72 | Scheduled: | $30,964.00 |
|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TATMAN MULCH TRANSPORT, INC.<br>16777 CHARLESTON PIKE<br>KINGSTON, OH 45644 | | Claim Number: 11025<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,174.25 | Scheduled: | $5,694.00  UNLIQ | | | |
| TAYLOR & TAYLOR PC<br>2445 HUGUENOT TRAIL<br>POWHATAN, VA 23139 | | Claim Number: 7699<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,344.00 | Scheduled: | $1,344.00 | | | |
| TAYLOR LOGISTICS INC<br>31485 NORTHFIELD BLVD<br>NORTHFIELD, MN 55057 | | Claim Number: 9235<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7480 (05/06/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $5,810.23 | | | | | |
| TAYLOR MADE LABELS INC<br>PO BOX 2189<br>UNIT 22<br>LAKE OSWEGO, OR 97035-0056 | | Claim Number: 6076<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $9,957.01 | Scheduled: | $19,991.17 | | | |
| TAYLOR TRUCK LINE INC<br>31485 NORTHFIELD BLVD<br>NORTHFIELD, MN 55057 | | Claim Number: 9234<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $117,889.89 | Scheduled: | $126,536.49 | Allowed: | $117,889.89 | |

---

| TAYLOR WAREHOUSE CORPORATION<br>2875 EAST SHARON ROAD<br>CINCINNATI, OH 45241 | | Claim Number: 7701<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8116 (06/22/2010)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,912.36 | Scheduled: | $41,472.26 UNLIQ | Allowed: | $19,912.36 |

| TAYLOR, MICHAEL J<br>3317 ATHLONE<br>SIOUX CITY, IA 51105 | | Claim Number: 7003<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | | | |
|---|---|---|---|---|---|---|
| SECURED | Claimed: | $0.00 UNDET | | | | |

| TAYLOR, MICHAEL J.<br>3317 ATHLONE AVE.<br>SIOUX CITY, IA 51105 | | Claim Number: 2516<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | | | |

| TAYLOR, OSCAR<br>ATTN: JAMES SORENSON, ESQ<br>WILLIAMS GAUTIER GWYNN DELOACH &SORENSON<br>PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10662<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,859.00 | | | | |

| TC INC<br>TRUCKING DIVISION<br>P.O.BOX 1329<br>HEMINGWAY, SC 29554 | | Claim Number: 9638<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $29,302.57 | Scheduled: | $29,297.57 | | |

---

TC RIDGEWAY, INC. (TCRI)
1255 MERTON RD.
CHARLESTON, SC 29407

Claim Number: 269
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,626.58 | Scheduled: | $5,950.00 | | |

TEAM AIR EXPRESS
PO BOX 668
WINNSBORO, TX 75494

Claim Number: 1992
Claim Date: 03/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,729.40 | Scheduled: | $1,729.40 | | |

TEAM CARIBOU INC
3740 PEBBLE CREEK DR
CADILLAC, MI 49601

Claim Number: 4145-01
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,355.95 | Scheduled: | $15,911.16 | | |

TEAM INDUSTRIAL SERVICES, INC
ATTN: RANDY ROBINSON
200 HERMANN DRIVE
ALVIN, TX 77511

Claim Number: 2972
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17,418.68 | Scheduled: | $16,726.98 | Allowed: | $17,418.68 |

TEAM LOGISTICS
35 CONTINENTAL DRIVE
WAYNE, NJ 07470

Claim Number: 8083
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $16,947.30 | Scheduled: | $33,394.54 UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| TEAM LOGISTICS<br>35 CONTINENTAL DRIVE<br>WAYNE, NJ 07470 | | Claim Number: 12512<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $34,056.04 | | |
| TEAM POWER FORKLIFTS<br>8111 FRUITRIDGE ROAD<br>SACRAMENTO, CA 95826 | | Claim Number: 4684<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $14,396.89 | Scheduled: | $15,212.81 |
| TEAM WORK JANITORIAL<br>405 ASHWOOD AVENUE<br>LEWISBURG, TN 37091 | | Claim Number: 2531<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,720.00 | Scheduled: | $6,720.00 |
| TEAMSTERS DISTRICT COUNCIL NO. 2<br>C/O CHRISTIAN L. RAISNER<br>WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PARKWAY STE 200<br>ALAMEDA, CA 94501-1091 | | Claim Number: 10809<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8996 (03/22/2011) | | |
| PRIORITY | Claimed: | $4,000,000.00   UNLIQ | | |
| TEAR IT UP LLC<br>PO BOX 40<br>THREE FORKS, MT 59752 | | Claim Number: 6010<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $822.84 | Scheduled: | $822.84 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

| | | | |
|---|---|---|---|
| TEASTER, MARSHALL<br>C/O JAMES E. SORENSON, ESQ.<br>WILLIAMS, GAUTIER, GWYNN, DELOACH &<br>SORENSON P.A., PO BOX 4128<br>TALLAHASSEE, FL 32315-4128 | Claim Number: 10667<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED    Claimed: | $14,785.44 | | |
| TEC COMPOSITES INC<br>10615 NEW KINGS ROAD<br>JACKSONVILLE, FL 32219 | Claim Number: 4231<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | |
| UNSECURED    Claimed: | $7,100.00 | | |
| TECH PACKAGING, INC.<br>13241 BARTRAM PARK BLVD UNIT 601<br>JACKSONVILLE, FL 32258-5214 | Claim Number: 723<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED    Claimed: | $913.75 | Scheduled: | $847.10 |
| TECH PACKAGING, INC.<br>PO BOX 550587<br>JACKSONVILLE, FL 32255-0587 | Claim Number: 724<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED    Claimed: | $759.10 | | |
| TECHNICON ENGINEERING INC<br>ATTN: J. DAVID ROBINSON<br>3365 CYPRESS MILL RD.<br>SUITE 11<br>BRUNSWICK, GA 31520 | Claim Number: 5892<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| UNSECURED    Claimed: | $7,803.00 | Scheduled: | $7,803.00 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

TECHNICON ENGINEERING, INC
3365 CYPRESS MILL ROAD, SUITE 11
BRUNSWICK, GA 31520

Claim Number: 309
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,803.00 | | | | |

TECHNOPLAS INC
1662 WILLIAMS ROAD
COLUMBUS, OH 43207

Claim Number: 4353
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $967.00 | Scheduled: | $966.00 | Allowed: | $967.00 |

TECK AMERICAN INCORPORATED
501 N RIVERPOINT BLVD - STE 300
SPOKANE, WA 99202

Claim Number: 2664
Claim Date: 05/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $143,497.40 | Scheduled: | $143,497.40 | Allowed: | $143,497.40 |

TEDRICK SERVICES INC.
D/B/A ANSWER MIDWEST INC.
307 HENRY STREET, SUITE 207
ALTON, IL 62002-6326

Claim Number: 3318
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,487.36 | Scheduled: | $1,282.69 | | |

TEEL TOOLING & MFG INC
765 KELLY FRITZPATRICK RD
WETUMPKA, AL 36092

Claim Number: 5068-01
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,940.00 | Scheduled: | $4,210.00 | | |

---

TEEM SPRINKLER CO., INC.
ATTN: MICHAEL HOWINGTON
3645 REED STREET
WINSTON SALEM, NC 27107

Claim Number: 2059
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,144.09 | Scheduled: | $4,060.00 |
|---|---|---|---|---|

TELESOURCE SERVICES LLC
1450 HIGHWOOD EAST
PONTIAC, MI 48340

Claim Number: 6358
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $356.20 | Scheduled: | $665.20 |
|---|---|---|---|---|

TEMCO ENGR
1865 CORPORATE DRIVE #220
NORCROSS, GA 30093

Claim Number: 4537
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,435.00 | Scheduled: | $6,435.00 |
|---|---|---|---|---|

TEMPACO INC
PO BOX 547667
ORLANDO, FL 32854-7667

Claim Number: 3676
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $589.65 | Scheduled: | $589.65 |
|---|---|---|---|---|

TENAN MACHINE & FABRICATING INC
6002 STATE RD
BLDG A
ASHTABULA, OH 44004

Claim Number: 11426
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,463.61 | Scheduled: | $7,463.61 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| TENMET INC<br>PO BOX 100746<br>NASHVILLE, TN 37224 | | Claim Number: 4861<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | | |
| UNSECURED | Claimed: | $1,665.17 | Scheduled: | $2,566.15 | | |
| TENNANT SALES AND SERVICE CO.<br>PO BOX 1452<br>MINNEAPOLIS, MN 55440 | | Claim Number: 6878<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $313.38 | Scheduled: | $430.01 | | |
| TENNANT SALES AND SERVICE CO.<br>PO BOX 1452<br>MINNEAPOLIS, MN 55440 | | Claim Number: 6931<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $13,711.57 | Scheduled: | $13,255.33 | Allowed: | $13,711.57 |
| TENNESSEE BELTING CO.<br>PO BOX 105774<br>ATLANTA, GA 30348 | | Claim Number: 7139<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,866.00 | Scheduled: | $4,445.46 | | |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | | Claim Number: 1795<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | | |
| ADMINISTRATIVE | Claimed: | $519,191.35 | | | | |

| | | | | |
|---|---|---|---|---|
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | | Claim Number: 1796<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | |
| PRIORITY | Claimed: | $168,174.62 | | |
| UNSECURED | Claimed: | $11,851.82 | | |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-0207 | | Claim Number: 12266<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| PRIORITY | Claimed: | $117,278.40 | | |
| UNSECURED | Claimed: | $7,517.57 | | |
| TENNESSEE MILLS<br>PO BOX 349<br>CELINA, TN 38551 | | Claim Number: 6976<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,021.44 | Scheduled: | $9,021.44 |
| TENNESSEE-AMERICAN WATER COMPANY<br>C/O KENNETH C. JONES<br>CORPORATE COUNSEL<br>727 CRAIG ROAD<br>ST. LOUIS, MO 63141 | | Claim Number: 7207<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,321.47 | Scheduled: | $664.57 |
| TERMINAL RAILROAD ASOC OF ST. LOUIS<br>PO BOX 14958F<br>SAINT LOUIS, MO 63150 | | Claim Number: 12173<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,401.00 | Scheduled: | $7,290.00 |

---

TERMINAL TRUCKING COMPANY LLC
PO BOX 1623
CONCORD, NC 28026

Claim Number: 1146
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,297.05 | Scheduled: | $304.20 |
|---|---|---|---|---|

TERRELL, TERRY W.
609 MOUNT OLIVE RD.
QUITMAN, LA 71268

Claim Number: 10282
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

TERRY, CHARLES R.
C/O JAMES E. SORENSON, ESQ.
WILLIAMS, GAUTIER, GWYNN, DELOACH &
SORENSON P.A. PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10686
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $22,231.93 | | |
|---|---|---|---|---|

TESLA ELECTRIC ARMATURE & MACHINE INC
ATTN: DONALD A. AMES
735 LANE AVE
JACKSONVILLE, FL 32254

Claim Number: 12463
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $409.00 | Scheduled: | $32,409.00 |
|---|---|---|---|---|

TESTAMERICA LABORATORIES, INC.
ATTN: MARSHA HEMMERICH
4101 SHUFFEL STREET NW
NORTH CANTON, OH 44720

Claim Number: 3554
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,453.00 | Scheduled: | $9,103.00 |
|---|---|---|---|---|

| TESTING MACHINES INC<br>40 MCCULLOUGH DR<br>NEW CASTLE, DE 19720-2066 | | Claim Number: 4091<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,473.48 | | |
| UNSECURED | Claimed: | $5,062.40 | Scheduled: | $6,111.11 |
| TEWS TECHNOLOGIES LLC<br>9190 DOUBLE DIAMOND PARKWAY<br>SUITE 127<br>RENO, NV 89521 | | Claim Number: 2561<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,187.85 | Scheduled: | $1,187.85 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY - COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | | Claim Number: 1395<br>Claim Date: 03/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) | | |
| PRIORITY | Claimed: | $909,066.59 | | |
| UNSECURED | Claimed: | $76,187.59 | | |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY - COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | | Claim Number: 3484<br>Claim Date: 06/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| PRIORITY | Claimed: | $607,466.34 | | |
| TEXAS GAS SERVICE<br>PO BOX 31458<br>EL PASO, TX 79930 | | Claim Number: 5646<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,533.13 | Scheduled: | $2,942.10 |

THATCHER COMPANY OF MONTANA
14377 PULP MILL RD
MISSCULA, MT 598089602

Claim Number: 6625-02
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $82,288.52 | Scheduled: | $120,192.90 | Allowed: | $82,288.52 |

THE HACKETT GROUP
PO BOX 116525
ATLANTA, GA 30368-6525

Claim Number: 13651
Claim Date: 12/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,417.13 | Scheduled: | $2,417.13 | | |

THE NATIONAL UNION FIRE INSURANCE CO.
TRANSFEROR: H. B. FULLER COMPANY
A. ROSEN, C/O SILVERMANACAMPORA LLP
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753

Claim Number: 7922-01
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $28,279.89 | Scheduled: | $40,179.44 | Allowed: | $28,279.89 |

THE NATIONAL UNION FIRE INSURANCE CO.
TRANSFEROR: ALL TRUCK TRANSPORTATION CO.
C/O SILVERMANACAMPORA, LLP
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753

Claim Number: 11714
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $196,059.47 | Scheduled: | $651,968.91 UNLIQ | Allowed: | $196,059.47 |

THE NATIONAL UNION FIRE INSURANCE COMP.
TRANSFEROR: COMPASS ENERGY GAS SERVICES,
A. ROSEN, C/O SILVERMANACAMPORA, LLP
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY 11753

Claim Number: 1714
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $213,987.45 | Scheduled: | $37,579.85 | | |

THE SEAPORT GROUP
TRANSFEROR: AIRGAS SOUTH, INC.
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 600-01
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8127 (06/23/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $316.26 | | | |

THE SEAPORT GROUP
TRANSFEROR: AIRGAS SOUTH, INC.
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 600-02
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8127 (06/23/2010)

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $11,635.28 | | Allowed: | $11,635.28 |

THE SEAPORT GROUP
TRANSFEROR: FAIR HARBOR CAPITAL, LLC
ATTN: JONATHAN SILVERMAN
360 MADISON AVENUE
NEW YORK, NY 10017

Claim Number: 1956
Claim Date: 04/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8127 (06/23/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $27,091.94 | | Allowed: | $27,091.94 |

THE SEAPORT GROUP LLC
TRANSFEROR: RAVEN TRANSPORT
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 231
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8127 (06/23/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $166,614.71 | Scheduled: | $166,614.71 | Allowed: | $166,614.71 |

THE SEAPORT GROUP LLC
TRANSFEROR: NUSSBAUM TRUCKING INC
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 475
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8127 (06/23/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $25,243.21 | Scheduled: | $27,290.57 | Allowed: | $25,243.21 |

---

THE SEAPORT GROUP LLC
TRANSFEROR: SOUTHERN CRANE & ELEVATOR
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 1849
Claim Date: 03/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8127 (06/23/2010)

| UNSECURED | Claimed: | $90,172.36 | Scheduled: | $124,256.47 | Allowed: | $90,172.36 |
|---|---|---|---|---|---|---|

THE SEAPORT GROUP LLC
TRANSFEROR: CORRUGATED REPLACEMENTS, INC
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 2447-01
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8127 (06/23/2010)

| ADMINISTRATIVE | Claimed: | $92,596.34 | | | Allowed: | $88,260.05 |
|---|---|---|---|---|---|---|

THE SEAPORT GROUP LLC
TRANSFEROR: CORRUGATED REPLACEMENTS, INC
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 2447-03
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8127 (06/23/2010)

| UNSECURED | Claimed: | $191,088.20 | Scheduled: | $275,544.24 | Allowed: | $191,088.20 |
|---|---|---|---|---|---|---|

THE SEAPORT GROUP LLC
TRANSFEROR: FAIR HARBOR CAPITAL, LLC
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 6029
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8127 (06/23/2010)

| UNSECURED | Claimed: | $110,577.89 | Scheduled: | $154,370.62 | Allowed: | $110,577.89 |
|---|---|---|---|---|---|---|

THE SEAPORT GROUP LLC
TRANSFEROR: BNSF RAILWAY COMPANY
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 9972
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8127 (06/23/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $671,532.00 | Scheduled: | $93,439.77 | Allowed: | $671,532.00 |
|---|---|---|---|---|---|---|

THE SEAPORT GROUP LLC
TRANSFEROR: BNSF RAILWAY COMPANY
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 10081
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,988.16 | Scheduled: | $125,541.46 | Allowed: | $10,988.16 |

THE SEAPORT GROUP LLC
TRANSFEROR: MOORE WALLACE N AMERICA INC
ATTN: SCOTT FRIEDBERG
360 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10017

Claim Number: 11051
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8127 (06/23/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $292,605.00 | Scheduled: | $37,935.70 | Allowed: | $292,605.00 |

THE SEAPORT GROUP, LLC
TRANSFEROR: FAIR HARBOR CAPITAL, LLC
360 MADISON AVENUE
NEW YORK, NY 10017

Claim Number: 1055
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8127 (06/23/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $49,197.40 | Scheduled: | $51,185.17 | Allowed: | $49,197.40 |

THERMO ENVIRONMNTAL INSTRUMENTS INC
27 FORGE PARKWAY
FRANKLIN, MA 02038-3136

Claim Number: 3683
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,100.00 | | Allowed: | $11,100.00 |

THIELE TECHNOLOGIES, INC.
1949 E MANNING AVE
REEDLEY, CA 93654

Claim Number: 6451
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $676.44 |

| | | | | | | |
|---|---|---|---|---|---|---|
| THOMAS AND BETTS POWER SOLUTIONS<br>PO BOX 98392<br>CHICAGO, IL 60693 | | Claim Number: 7848<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,500.00 | | | | |
| THOMAS J. MCGUIRE AND CATHERINE MCGUIRE<br>TRANSFEROR: PLATEWORKS INC<br>11414 HAZELWOOD LANE N.<br>CHAMPLIN, MN 55316 | | Claim Number: 7453-01<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $31,992.50 | Scheduled: | $35,145.98 | Allowed: | $31,992.50 |
| THOMAS J. MCGUIRE AND CATHERINE MCGUIRE<br>TRANSFEROR: PLATEWORKS INC<br>11104 BLAZINGSTAR COURT<br>CHAMPLIN, MN 55316 | | Claim Number: 7453-02<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLY AMENDED BY 13731<br>DOCKET: 1911 (09/11/2009) | | | | |
| ADMINISTRATIVE | Claimed: | $2,997.00 | | | Allowed: | $2,997.00 |
| THOMAS PIPE AND SUPPLY CO<br>PO BOX 20007<br>PHOENIX, AZ 85036-0007 | | Claim Number: 4433<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,800.51 | Scheduled: | $2,800.51 | | |
| THOMAS, ANTHONY LYNN<br>4904 PINE STREET # 3<br>CINCINNATI, OH 45212 | | Claim Number: 9717<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,000.00 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| THOMPSON APPALACHIAN HARDWOODS INC<br>PO BOX 160<br>HUNTLAND, TN 37345 | | Claim Number: 8129<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $11,004.11 | Scheduled: | $22,008.23  UNLIQ | | |
| THOMPSON EQUIPMENT COMPANY, INC.<br>TODD C. THOMPSON, ESQ.<br>125 INDUSTRIAL AVE.<br>JEFFERSON, LA 70121 | | Claim Number: 154<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,838.96 | Scheduled: | $15,272.89 | | |
| THOMPSON EQUIPMENT COMPANY, INC.<br>TODD C. THOMPSON, ESQ.<br>125 INDUSTRIAL AVE.<br>JEFFERSON, LA 70121 | | Claim Number: 158<br>Claim Date: 02/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $10,433.93 | | | Allowed: | $10,433.93 |
| THOMPSON MANUFACTURING INC<br>1350 ALABAMA HWY 71<br>SECTION, AL 35771-7143 | | Claim Number: 9565-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,546.56<br> |  Scheduled: | $13,004.11 | | |
| THOMPSON MANUFACTURING INC<br>1350 ALABAMA HWY 71<br>SECTION, AL 35771-7143 | | Claim Number: 9565-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $13,024.45 | | | Allowed: | $13,024.45 |

| THOMPSON, EARL<br>1204 VAN BUREN DR.<br>JONESBORO, LA 71251 | | Claim Number: 10283<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |
| THOMPSON, LARRY<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10967<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) | | | | | |
| UNSECURED | Claimed: | $50,000.00 | | | | | |
| THOMPSON, RILEY JAMES<br>PO BOX 73<br>JONESBORO, LA 71251 | | Claim Number: 10284<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |
| THORNTON & COMPANY<br>PO BOX 69<br>EAGLE LAKE, FL 33839-0069 | | Claim Number: 11620<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $45.61 | Scheduled: | $44.24 | | | |
| THORNTON, CHARLES<br>C/O THOMAS ALBRITTON<br>ALBRITTON CLIFTON ALVERSON MOODY ET AL<br>PO BOX 880<br>ANDALUSIA, AL 36420 | | Claim Number: 11495<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $100,000.00 | Scheduled: | $0.00  UNLIQ | Allowed: | $100,000.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| THRACIA, LLC<br>TRANSFEROR: GATEWAY 75, LLC<br>1350 AVE. OF THE AMERICAS, 21ST FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 13368<br>Claim Date: 09/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $839,847.19 | Scheduled: | $95,229.73 | Allowed: | $839,847.19 |
| THYSSENKRUPP ELEVATOR<br>2726 E.KEMPER RD.<br>ATTN: BONNIE KELLER<br>CINCINNATI, OH 45241 | | Claim Number: 3111<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $730.06 | Scheduled: | $1,460.12 | | |
| TIBEN ENTERPRISE<br>PO BOX 370<br>CANBY, OR 97013 | | Claim Number: 5588<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $11,875.00 | | | | |
| TICICH, DAVID P<br>40203 ODESSA DRIVE<br>TEMECULA, CA 92591 | | Claim Number: 7589<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8559 (09/17/2010)<br>THIS CLAIM IS PAID | | | | | |
| PRIORITY | Claimed: | $42,159.00 | | | | |
| TICICH, DAVID P.<br>40203 ODESSA DRIVE<br>TEMECULA, CA 92591 | | Claim Number: 4719<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8758 (11/15/2010) | | | | | |
| PRIORITY | Claimed: | $23,678.32 | | | | |

---

TIDEWATER AIR FILTER FABRICATION CO
228 PENNSYLVANIA AVE
VIRGINIA BEACH, VA 23462

Claim Number: 4451
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $403.81 | Scheduled: | $403.81 |

TIDEWATER LAND & TIMBER
PO BOX 757
KINGSTREE, SC 29556

Claim Number: 13643
Claim Date: 12/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $24,562.28 | | |
| UNSECURED | Claimed: | $49,125.36 | Scheduled: | $49,125.36 UNLIQ |
| TOTAL | Claimed: | $49,125.36 | | |

TIERNEY INDUSTRIAL WAREHOUSE
PO BOX 442
LOGANSPORT, IN 46947

Claim Number: 4957
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $194.00 | Scheduled: | $194.00 |

TIERNEY, MICHAEL E
10 TWIN SPRINGS LANE
ST. LOUIS, MO 63124

Claim Number: 11163
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9033 (04/25/2011)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $663,742.75 | Allowed: | $544,959.00 |

TIETO ENATOR MAJIQ INC
8520 154TH AVENUE N E
REDMOND, WA 98052-3500

Claim Number: 11045
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,439.16 | Scheduled: | $34,281.87 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TIGER LINES INC<br>PO BOX 1120<br>LODI, CA 95241 | | Claim Number: 6074<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | | | | |
| UNSECURED | Claimed: | $320.00 | Scheduled: | $2,900.00 | | | |
| TIGER SERVICES<br>8106 EAST BAILEY WAY<br>ANAHEIM, CA 92808 | | Claim Number: 3146<br>Claim Date: 05/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $8,232.17 | Scheduled: | $58,183.00 | | | |
| TIGERPOLY MFG., INC.<br>ATTN: MARK D. BOBULSKI<br>6231 ENTERPRISE PARKWAY<br>GROVE CITY, OH 43123-9271 | | Claim Number: 13478<br>Claim Date: 09/04/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $9,101.40 | | | | | |
| TILLEY CHEMICAL CO INC<br>501 CHESAPEAKE PARK PLAZA<br>BALTIMORE, MD 21220 | | Claim Number: 896<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,183.66 | Scheduled: | $2,209.10 | | | |
| TILSNER CARTON CO.<br>C/O KURT M. ANDERSON<br>PO BOX 2434<br>MINNEAPOLIS, MN 55402-2434 | | Claim Number: 7744-01<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $21,483.38 | Scheduled: | $41,887.70 | Allowed: | $21,483.38 |

Date: 07/03/2018

| | | | | |
|---|---|---|---|---|
| TILSNER CARTON CO.<br>C/O KURT M. ANDERSON<br>PO BOX 2434<br>MINNEAPOLIS, MN 55402-2434 | | Claim Number: 7744-02<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $24,404.32 | Allowed: | $24,404.32 |
| TIM BORNSTEIN ESQUIRE<br>58 BEAVER POND ROAD<br>LINCOLN, MA 01773 | | Claim Number: 5128<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,250.00 | | |
| TIMBERKING WOOD COMPANY LLC<br>12408 HIGHWAY 507<br>SIMSBORO, LA 71275-2938 | | Claim Number: 28<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $21,403.08 | Scheduled: $42,806.16 UNLIQ | |
| TIMBERLAND CONTAINER LLC<br>PO BOX 266<br>SAREPTA, LA 71071 | | Claim Number: 11553<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,627.50 | Scheduled: $7,627.50 | |
| TIMBERLAND SERVICES INC<br>PO BOX 25<br>TAYLOR, LA 71080 | | Claim Number: 3752-01<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1329 (07/28/2009)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $37,871.21<br>Scheduled: $75,742.43 UNLIQ | Allowed: | $37,871.21 |

| | | | | | |
|---|---|---|---|---|---|
| TIMBERLAND SERVICES INC<br>PO BOX 25<br>TAYLOR, LA 71080 | | Claim Number: 3752-02<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | | |
| UNSECURED | Claimed: | $37,871.22 | | | |
| TIMBERLANDS II, LLC<br>6200 THE CORNERS PARKWAY<br>NORCROSS, GA 30092-3365 | | Claim Number: 8087<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $14,133.46 | | Allowed: | $14,133.46 |
| TIMBERWOLF LOG & LUMBER CO<br>844 COUNTRY ROAD<br>SAXE, VA 23967 | | Claim Number: 5379<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,443.12 | Scheduled: | $10,886.24 UNLIQ | |
| TIMCO INDUSTRIES INC<br>PO BOX 689<br>NEW ALBANY, IN 47151-0689 | | Claim Number: 5027-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4131 (01/14/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $95.62 | Scheduled: | $384.72 | |
| TIMCO INDUSTRIES INC<br>PO BOX 689<br>NEW ALBANY, IN 47151-0689 | | Claim Number: 5027-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | | |
| ADMINISTRATIVE | Claimed: | $289.10 | | Allowed: | $289.10 |

TIRE CENTERS, LLC
PO BOX 218
DUNCAN, SC 29334

Claim Number: 10765
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,945.84 | Scheduled: | $22,476.59 | Allowed: | $14,945.84 |

TISDALE, JAMES R
1855 TROSSACHS BLVD SE #101
SAMMAMISH, WA 98075

Claim Number: 3965
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $36,456.00 | Scheduled: | $36,456.00 |

TITAN DISTRIBUTION SERVICES
5026 PENBROOK DRIVE
FRANKLIN, TN 37069

Claim Number: 6353
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,912.00 | Scheduled: | $3,412.00 |

TITAN ENTERPRISES
180 EAST MAIN
SMITHTOWN, NY 11787

Claim Number: 11853
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $775.50 | |

TITAN LOGISTICS OF OHIO LLC
PO BOX 65
ASHVILLE, OH 43103

Claim Number: 11847
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,507.00 | Scheduled: | $11,142.00 |

| | | | | |
|---|---|---|---|---|
| TITLETOWN EXPRESS INC<br>PO BOX 10507<br>GREEN BAY, WI 54307-0507 | | Claim Number: 6674<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,978.14 | Scheduled: | $5,739.61 |
| TITUS MAINTENANCE & INSTALLATION SERVICE<br>94 RAMONA ROAD<br>DANVILLE, CA 94526 | | Claim Number: 3434<br>Claim Date: 06/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $18,443.04 | Scheduled: | $15,817.04 |
| TJ VIDEO PRODUCTIONS<br>1004 SMITHFIELD AVE<br>HOPEWELL, VA 23860 | | Claim Number: 1880<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,350.00 | Scheduled: | $7,950.00 |
| TM GE AUTOMATION SYSTEMS, LLC<br>C/O MICHAEL R. ENRIGHT<br>ROBINSON & COLE LLP<br>280 TRUMBULL STREET<br>HARTFORD, CT 06103 | | Claim Number: 1450<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6333 (03/29/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $351,354.40 | Scheduled: | $307,782.22 |
| TM GE AUTOMATION SYSTEMS, LLC<br>C/O MICHAEL R. ENRIGHT<br>ROBINSON & COLE LLP<br>280 TRUMBULL STREET<br>HARTFORD, CT 06103 | | Claim Number: 1451<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,208.32 | | |

TN DEPT. OF HUMAN SERVICES
C/O TN ATTY GENERAL, BANKRUPTCY DIV.
(MURFREESBORO TN REHAB CENTER)
PO BOX 20207
NASHVILLE, TN 37202-0207

Claim Number: 3515
Claim Date: 06/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,096.48 | Scheduled: | $13,152.48 | Allowed: | $12,096.48 |

TOC HOLDINGS CO.
2737 WEST COMMODORE WAY
SEATTLE, WA 98199-1233

Claim Number: 11750
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8879 (01/06/2011)

| UNSECURED | Claimed: | $0.00   UNDET |

TOC HOLDINGS CO.
2737 WEST COMMODORE WAY
SEATTLE, WA 98199-1233

Claim Number: 13984
Claim Date: 04/14/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8879 (01/06/2011)

| UNSECURED | Claimed: | $0.00   UNDET |

TOLEDO CAROLINA INC
PO BOX 12366
ATTN:BRET GREER
FLORENCE, SC 29504-2366

Claim Number: 4706
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,621.65 | Scheduled: | $13,621.65 |

TOLERANCE MANUFACTURING
1435 TENTH STREET
WAUKEGAN, IL 60085

Claim Number: 4154
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,440.00 | Scheduled: | $1,440.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TOLLESON LUMBER COMPANY<br>ATTN: GARY BREWER VP FINANCE<br>PO BOX 970<br>PERRY, GA 31069 | | Claim Number: 7966<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $13,781.79 | Scheduled: | $27,563.58 UNLIQ | Allowed: | $13,781.79 |
| TOMBIGBEE ELECTRIC POWER ASSOC-TUPELO<br>P.O. BOX 1789<br>TUPELO, MS 38802 | | Claim Number: 5511<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $38,079.93 | | | Allowed: | $38,079.93 |
| TONY'S TIRE SERVICE INC<br>7200 S 28TH ST<br>FORT SMITH, AR 72908 | | Claim Number: 4716<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,110.06 | Scheduled: | $2,353.83 | | |
| TOPS ENGINEERING CORPORATION<br>275 W CAMPBELL RD SUITE 600<br>RICHARDSON, TX 75080 | | Claim Number: 6959<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $450.00 | Scheduled: | $450.00 | | |
| TOROSIAN TECH SERVICES INC<br>PO BOX 5123<br>PORTSMOUTH, NH 03802-5123 | | Claim Number: 4880<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $37,267.13 | Scheduled: | $47,033.53 | Allowed: | $37,267.13 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

---

TORSPEC INTERNATIONAL INC
650 HARDWICK RD
BOLTON, ON L7E 5R5
CANADA

Claim Number: 8465-02
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $261.14 | Scheduled: | $830.00 |

TOTAL FILTRATION SERVICES
5775 - 12TH AVENUE EAST, SUITE 130
SHAKOPEE, MN 55379

Claim Number: 6624
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $459.72 | Scheduled: | $459.72 |

TOTAL QUALITY LOGISTICS
1701 EDDISON DRIVER
MILFORD, OH 45150

Claim Number: 4899
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,464.00 | Scheduled: | $12,464.00 |

TOUGH GO LOGGING INC
695 LORE LAKE ROAD
KALISPELL, MT 59901

Claim Number: 13471
Claim Date: 10/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $9,996.64 | | |
| UNSECURED | | | Scheduled: | $9,996.64  UNLIQ |

TOUGHSTUFF INDUSTRIAL FLOORS INC
PO BOX 52
BEAVERTON, OR 97075

Claim Number: 5632
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,030.00 | Scheduled: | $6,030.00 |

TOWER PALLET COMPANY, INC.
P.O. BOX 5006
DE PERE, WI 54115

Claim Number: 1501
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $20,196.00 | Scheduled: | $20,196.00 | | |
|---|---|---|---|---|---|---|

TOWERS PERRIN FORSTER & CROSBY, INC.
DBA TOWERS PERRIN
1500 MARKET ST. CENTRE SQUARE EAST
PHILADELPHIA, PA 19102-4790

Claim Number: 11543
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $37,440.49 | Scheduled: | $37,441.33 | Allowed: | $37,440.49 |
|---|---|---|---|---|---|---|

TOWN OF CARTHAGE
PO BOX 26
CARTHAGE, IN 46115

Claim Number: 5159
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $493.83 | Scheduled: | $555.73 | | |
|---|---|---|---|---|---|---|

TOWN OF COLLIERVILLE
500 POPLAR VIEW PKWY
COLLIERVILLE, TN 38017

Claim Number: 788
Claim Date: 02/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $254.79 | Scheduled: | $12,349.70 | | |
|---|---|---|---|---|---|---|

TOWN OF MANCHESTER
ATTN: TIMOTHY P. O'NEIL
41 CENTER STREET
P.O. BOX 191
MANCHESTER, CT 06045-0191

Claim Number: 99033
Claim Date: 01/31/2015
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED

| UNSECURED | Claimed: | $10,000.00 | | | Allowed: | $10,000.00 |
|---|---|---|---|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION | Case 09-10235-BLS | Doc 9663 | Filed 07/16/18 | Page 1803 of 2463 | Date: 07/03/2018

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10236)

**TOWN OF MONTVILLE**
ATTN: THERESA FAFARD, FINANCE DIRECTOR
310 NORWICH NL TNPK
UNCASVILLE, CT 06382

Claim Number: 5928
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $65,861.48 | | | | | |
| SECURED | Claimed: | $65,861.48 | | | | | |
| UNSECURED | | | Scheduled: | $59,407.66 | | | |
| TOTAL | Claimed: | $65,861.48 | | | | | |

**TOWN OF WAKEFIELD WATER DEPT**
1 LAFAYETTE ST
WAKEFIELD, MA 01880

Claim Number: 11689
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $71,013.20 | Scheduled: | $44,775.36 | Allowed: | $71,013.20 |

**TOWNSEND WELDING CO INC**
815 WOBURN STREET
WILMINGTON, MA 01887

Claim Number: 3854
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,280.00 | Scheduled: | $2,280.00 |

**TOYOTA FORKLIFTS OF ATLANTA**
3111 E PONCE DE LEON AVE
SCOTTDALE, GA 30079

Claim Number: 5742
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,366.29 | Scheduled: | $3,366.29 |

**TOYOTA MOTOR CREDIT CORPORATION / TOYOTA**
**FINANCIAL SERVICES / LEXUS FINANCIAL**
**SERVICES**
19001 S. WESTERN AVENUE WF21
TORRANCE, CA 90501

Claim Number: 13737
Claim Date: 12/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | |
| UNSECURED | Claimed: | $11,404.98 | |

| | | | | |
|---|---|---|---|---|
| TOYOTA MOTOR CREDIT CORPORATION/ TOYOTA FINANCIAL SERVICES/ LEXUS FINANCIAL SVCS 19001 S. WESTERN AVENUE, WF21 TORRANCE, CA 90509 | Claim Number: 13792 Claim Date: 01/25/2010 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 7550 (05/10/2010) | | | |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $13,939.42 | | |
| TOYOTA MOTOR CREDIT CORPORATION/TOYOTA FINANCIAL SERVICES / LEXUS FINANCIAL SERVICES 19001 S. WESTERN AVENUE WF21 TORRANCE, CA 90501 | Claim Number: 13736 Claim Date: 12/28/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 5738 (03/10/2010) | | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $12,806.02 | | |
| TPC TRAINING SYSTEMS 750 LAKE-COOK ROAD STE 250 BUFFALO GROVE, IL 60089 | Claim Number: 6370 Claim Date: 07/27/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $32,545.54 | Scheduled: | $32,545.54 |
| TR CAPITAL, LLC TRANSFEROR: PCE PACIFIC INC. ATTN: TERREL ROSS 336 ATLANTIC AVENUE, SUITE 302 EAST ROCKAWAY, NY 11518 | Claim Number: 1775 Claim Date: 03/27/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: DOCKET: 8408 (08/18/2010) THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $29,054.95 | | |
| UNSECURED | Claimed: | $1,262.73 | Scheduled: | $31,200.20 |
| TR CAPITAL, LLC 336 ATLANTIC AVE STE 303 EAST ROCKAWAY, NY 11518-1124 | Claim Number: 8492 Claim Date: 07/16/2009 Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC Comments: EXPUNGED DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED | Claimed: | $6,244.68 | Scheduled: | $6,244.68 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TR CAPITAL, LLC<br>TRANSFEROR: COASTAL TIMBER CO INC<br>ATTN: TERREL ROSS<br>265 SUNRISE HIGHWAY, SUITE 42<br>ROCKVILLE CENTRE, NY 11570 | | Claim Number: 13640-01<br>Claim Date: 12/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | | |
| UNSECURED | Claimed: | $20,408.32 | | | | |
| TR CAPITAL, LLC<br>TRANSFEROR: COASTAL TIMBER CO INC<br>ATTN: TERREL ROSS<br>265 SUNRISE HIGHWAY, SUITE 42<br>ROCKVILLE CENTRE, NY 11570 | | Claim Number: 13640-02<br>Claim Date: 12/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3397 (12/23/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $20,408.32 | | | Allowed: | $20,408.32 |
| TRACHTENBERG, ED<br>C/O ALFRED GORDON<br>PYLE, ROME, LICHTEN, EHRENBERG ET AL<br>PC, 18 TREMONT ST STE 500<br>BOSTON, MA 02108 | | Claim Number: 11704<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8391 (08/16/2010) | | | | |
| UNSECURED | Claimed: | $1,100,000.00 | Scheduled: | $0.00 UNLIQ | Allowed: | $195,000.00 |
| TRACTOR & EQUIPMENT CO., INC.<br>5336 MESSER AIRPORT HWY<br>BIRMINGHAM, AL 35212 | | Claim Number: 663<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,492.09 | Scheduled: | $6,407.62 | | |
| TRACY ALLEN COMBS<br>2466 BOIES STREET<br>SIOUX CITY, IA 51109 | | Claim Number: 6718<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | |
| UNSECURED | Claimed: | $350,000.00 | | | | |

TRADEPAK INTERNACIONAL SA DE CV
AVLAZARO CARDENAS 329-6
GARZA GARCIA, NL 66269
MEXICO

Claim Number: 9092
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $44,384.89 | | Scheduled: | $2,161.44 | | |

TRAGS MARKET
303 BALDWIN AVE
SAN MATEO, CA 94401

Claim Number: 5752
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $367.62 | | Scheduled: | $367.62 UNLIQ | | |

TRAILER FLEET INTERNATIONAL CORP
PO BOX 413
WAYNE, PA 19087

Claim Number: 5487
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $28,534.26 | | Scheduled: | $17,596.08 | Allowed: | $28,534.26 |

TRAINA, WILLIAM C.
116 TRAINA ROAD
JONESBORO, LA 71251

Claim Number: 10285
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | |

TRANE U S INC
3600 PAMMEL CREEK ROAD
LA CROSSE, WI 54601

Claim Number: 4797-01
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| SECURED | Claimed: | $73,512.05 | | | |
| UNSECURED | | | Scheduled: | $33,401.94 | |

TRANE US, INC.
C/O WAGNER, FALCONER & JUDD, LTD.
1700 IDS CENTER
80 SOUTH EIGTH STREET
MINNEAPOLIS, MN 55402

Claim Number: 2162
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7553 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $76,171.14 | | |

TRANS CARRIERS INC
5135 HWY 78
MEMPHIS, TN 38118

Claim Number: 4878
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,951.01 | Scheduled: | $2,699.38 |

TRANS DYNAMICS INC
PO BOX 956968
DULUTH, GA 30095

Claim Number: 5412
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,642.44 | Scheduled: | $5,761.44 |

TRANSERV LLC
95 LEGGETT ST
EAST HARTFORD, CT 06108

Claim Number: 7968
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,440.00 | Scheduled: | $1,440.00 |

TRANSPHASE TECHNOLOGY LTD
578 ARTISAN LANE BOX AL 16
BOWEN ISLAND, BC V0N 1G0
CANADA

Claim Number: 10001
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $22,020.15 | | |

---

TRANSPLACE TEXAS
509 ENTERPRISE DRIVE
LOWELL, AR 72745

Claim Number: 2252
Claim Date: 04/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,459.36 | | | | | |

TRANSPLACE TEXAS
509 ENTERPRISE DR.
LOWELL, AR 72745

Claim Number: 3225
Claim Date: 06/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,533.63 | Scheduled: | $9,178.60 | | | |

TRANSPO SERVICE, LIMITED
D/B/A TRANSPO TRUCKING SERVICES, LTD
11901 CARTWRIGHT AVENUE
ATTN: MIKE HITE
GRANDVIEW, MO 64030

Claim Number: 1307
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,175.00 | | | | | |

TRANSPORT DISTRIBUTION CO
PO BOX 306
JOPLIN, MO 64802

Claim Number: 6107
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $86,013.34 | Scheduled: | $130,643.42 | | | |

TRANSPORT INTERNATIONAL POOL, INC.
GE GLOBAL OP/ATTN: M. WHITEMAN - ONE EHS
901 MAIN AVE, MAIL STOP 801-4065G
THE TOWERS AT MERRITT RIVER
NORWALK, CT 06856

Claim Number: 11156
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,960.39 | Scheduled: | $12,471.75 | Allowed: | $11,960.39 | |

---

TRANSPORT INTERNATIONAL POOL, INC.
GE GLOBAL OP/ATTN: M WHITEMAN - ONE EHS,
THE TOWERS AT MERRITT RIVER
901 MAIN AVE, MAIL STOP 801-4065G
NORWALK, CT 06856

Claim Number: 11169
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8408 (08/18/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,587.80 | | | |
|---|---|---|---|---|---|

---

TRANSPORT INTERNATIONAL POOL, INC.
GE GLOBAL OP/ATTN: M WHITEMAN - ONE EHS
901 MAIN AVE, MAIL STOP 801-4065G
THE TOWERS AT MERRITT RIVER
NORWALK, CT 06856

Claim Number: 11170
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8193 (07/06/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,346.33 | | | |
|---|---|---|---|---|---|

---

TRANSPORT INTERNATIONAL POOL, INC.
GE GLOBAL OP/ATTN: M WHITEMAN - ONE EHS
901 MAIN AVE, MAIL STOP 801-4065G
THE TOWERS AT MERRITT RIVER
NORWALK, CT 06856

Claim Number: 11171
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,220.81 | Scheduled: | $7,510.22 | |
|---|---|---|---|---|---|

---

TRANSPORT INTERNATIONAL POOL, INC.
GE GLOBAL OP/ATTN: M WHITEMAN - ONE EHS
901 MAIN AVE, MAIL STOP 801-4065G
THE TOWERS AT MERRIT RIVER
NORWALK, CT 06856

Claim Number: 11175
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8193 (07/06/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $822.00 | | | |
|---|---|---|---|---|---|

---

TRANSPORT INTERNATIONAL POOL, INC.
STACY LEUTZE
530 E. SWEDESFORD ROAD
WAYNE, PA 19087

Claim Number: 11559
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8396 (08/17/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,624.21 | | Allowed: | $10,624.21 |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| TRANSPORT TERMINAL SERVICES INC.<br>101 CLAIREVILLE DRIVE<br>ETOBICOKE, ON M9W 6K9<br>CANADA | | Claim Number: 6377-01<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,778.05 | Scheduled: | $7,061.06 |
| TRANSPORTATION SOLUTIONS GROUP, LLC<br>400 N NOBLE ST. SUITE 210<br>CHICAGO, IL 60622 | | Claim Number: 1569<br>Claim Date: 03/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $62,899.87 | Scheduled: | $67,843.87 |
| TRANZACT TECHNOLOGIES INC<br>360 W  BUTTERFIELD RD STE 400<br>ELMHURST, IL 60126 | | Claim Number: 4525<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $929.19 | Scheduled: | $929.19 |
| TRANZONIC COMPANIES<br>26301 CURTISS WRIGHT PKWY<br>RICHMOND HTS, OH 44143 | | Claim Number: 9572<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $350.92 | Scheduled: | $331.05 |
| TRAVELERS CASUALTY & SURETY COMPANY OF<br>AMERICA, ET AL.<br>ROBERT L. SCANLON<br>ONE TOWER SQUARE, S202A<br>HARTFORD, CT 06183 | | Claim Number: 889<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| UNSECURED | Claimed: | $8,004,108.00   UNLIQ CONT | | |

---

TRAVER ELECTRIC MOTOR CO INC
151 HOMER ST
WATERBURY, CT 06704

Claim Number: 4624
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,722.00 | Scheduled: | $9,989.15 |
|---|---|---|---|---|

TRAVIS PETERSON ENVIRONMENTAL  INC
329 2ND STREET
FAIRBANKS, AK 99701

Claim Number: 7225
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $800.00 | Scheduled: | $800.00 |
|---|---|---|---|---|

TRC OPTIMUM FUND LLC
TRANSFEROR: SEMMATERIALS, LP
ATTN: TERREL ROSS
336 ATLANTIC AVENUE, SUITE 302
EAST ROCKAWAY, NY 11518

Claim Number: 2253-01
Claim Date: 04/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4131 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $703.20 |
|---|---|---|

TRC OPTIMUM FUND LLC
TRANSFEROR: SEMMATERIALS, LP
ATTN: TERREL ROSS
366 ATLANTIC AVE, SUITE 302
EAST ROCKAWAY, NY 11518

Claim Number: 2253-02
Claim Date: 04/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| ADMINISTRATIVE | Claimed: | $288,674.31 | | | Allowed: | $288,674.31 |
|---|---|---|---|---|---|---|

TRC OPTIMUM FUND LLC
TRANSFEROR: NORTHSTAR PULP & PAPER CO.,
ATTN: TERREL ROSS
265 SUNRISE HIGHWAY, SUITE 42
ROCKVILLE CENTRE, NY 11570

Claim Number: 2659-01
Claim Date: 05/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $950.57   UNLIQ |
|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| TRC OPTIMUM FUND LLC<br>TRANSFEROR: KELLER LUMBER & LOGGING INC<br>ATTN: TERREL ROSS<br>336 ATLANTIC AVENUE, SUITE 302<br>EAST ROCKAWAY, NY 11518 | | Claim Number: 8006<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1974 (09/18/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $85,424.17 | | | Allowed: | $85,424.17 |
| UNSECURED | | | Scheduled: | $171,388.35 UNLIQ | | |
| TREADWAY, EDDIE W.<br>P.O. BOX 454<br>JONESBORO, LA 71251 | | Claim Number: 10286<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |
| TREADWAY, WOODROW LYNN<br>505 FIFTH STREET<br>JONESBORO, LA 71251 | | Claim Number: 10287<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | Allowed: | $250.00 |
| TREASURER MICHELLE DARNER<br>349 MAIN STREET<br>COSHOCTON, OH 43812 | | Claim Number: 9692<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | | |
| PRIORITY | Claimed: | $83,215.58 | | | | |
| UNSECURED | Claimed: | $83,215.58 | Scheduled: | $41,607.79 | | |
| TOTAL | Claimed: | $83,215.58 | | | | |
| TREASURER'S OFFICE, UNCLAIMED PROPERTY<br>DIV<br>341 SOUTH MAIN ST., 5TH FLOOR<br>SALT LAKE CITY, UT 84111 | | Claim Number: 5823<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | | |
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $0.00 UNLIQ | | |

TREMBLAY, CAROL
C/O KOSKIE MINSKY LLP
BARRISTERS AND SOLICITORS
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 12965
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $121,906.92 | Scheduled: | $64,510.86 | Allowed: | $99,617.00 |

TREY MAXWELL TRUCKING LLC
PO BOX 537
SAREPTA, LA 71071-0537

Claim Number: 6553
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,924.64 | Scheduled: | $11,849.28 UNLIQ | |

TRI STATE COMPRESSED AIR SYSTEM INC
1608 EISENHOWER DRIVE SOUTH
GOSHEN, IN 46526

Claim Number: 3689
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,125.29 | Scheduled: | $1,125.29 |

TRI STATE CONTRACTRS OF FLORIDA INC
PO BOX 26308
JACKSONVILLE, FL 32218

Claim Number: 8513
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $17,475.00 | Scheduled: | $17,475.00 |

TRIDENT SUPPLY CO., INC.
1180 N. LANE AVENUE
JACKSONVILLE, FL 32254

Claim Number: 212
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,151.66 | Scheduled: | $1,984.93 |

| TRILOGY LEASING CO LLC<br>PO BOX 574<br>CRANBURY, NJ 08512 | Claim Number: 10563<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8119 (06/22/2010) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $38,361.55   UNDET | Scheduled: | $28,402.28    Allowed: | $38,361.55 |

| TRINITY CONSULTANTS HOLDINGS, INC<br>DBA TRINITY CONSULTANTS, INC<br>12770 MERIT DRIVE, SUITE 900<br>DALLAS, TX 75251 | Claim Number: 1002<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,057.50    Scheduled: | $1,057.50 |

| TRINITY EPISCOPAL CHURCH<br>844 W FOURTH ST<br>WILLIAMSPORT, PA 17701 | Claim Number: 6319<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,043.00    Scheduled: | $1,043.00 |

| TRINITY HEATING & AIR CONDITIONING CO.<br>PO BOX 240785<br>ELECTRIC, AL 36024 | Claim Number: 3927<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,053.58    Scheduled: | $3,053.58 |

| TRIPLE A. CONTAINERS, INC.<br>16069 SHOEMAKER AVENUE<br>CERRITOS, CA 90703 | Claim Number: 3288<br>Claim Date: 06/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $46,431.88    Scheduled: | $46,431.88 |

TRIPLE B TRUCKING
57978 WRIGHT RD
BARNESVILLE, OH 43713

Claim Number: 10610
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,390.03 | Scheduled: | $28,780.05 UNLIQ | |

TRIPLE H SPECIALTY CO INC
PO BOX 818
HAZLEHURST, GA 31539

Claim Number: 5875-01
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $988.08 | | | |
| UNSECURED | | | Scheduled: | $19,815.34 | |

TRIPLE H SPECIALTY CO INC
PO BOX 818
HAZLEHURST, GA 31539

Claim Number: 5875-02
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $18,869.56 | |

TRIPLE J LOGGING
PO BOX 1172
CONDON, MT 59826

Claim Number: 13250
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,936.46 | Scheduled: | $8,936.46 | |

TRIPLE J LOGGING INC
664 JOHN JONES ROAD
SUMMERVILLE, GA 30747

Claim Number: 4456
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,559.69 | Scheduled: | $39,119.38 UNLIQ | Allowed: | $19,559.69 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TRIPLE OAK LAND AND TIMBER INC<br>1634 KILLDEER ROAD<br>ROCHELLE, GA 31079 | | Claim Number: 7590<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,329.50 | Scheduled: | $10,659.00 UNLIQ | | |
| TRIPLE S STEEL<br>PO BOX 21119<br>HOUSTON, TX 77226 | | Claim Number: 6523<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,276.15 | Scheduled: | $1,547.00 | | |
| TRITZ PALLET INC<br>PO BOX 6<br>LE MARS, IA 51031 | | Claim Number: 7475<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | | | |
| UNSECURED | Claimed: | $75,966.50 | | | | |
| TROJAN LABOR<br>1111 LOCHSHYRE WAY<br>LAWRENCEVILLE, GA 30043 | | Claim Number: 1409<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $13,358.70 | | | Allowed: | $13,358.70 |
| TROSCLAIR, ROBERT MATTHEW SR.<br>P.O. BOX 164<br>JONESBORO, LA 71251 | | Claim Number: 10288<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |

TROY RUBBER ENGRAVING CO.
P.O. BOX 556
WEST PATERSON, NJ 07424

Claim Number: 3186
Claim Date: 06/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $300.00 | Scheduled: | $300.00 | | |

TRUCK SERVICE, INC.
3140 W. MORRIS STREET
INDIANAPOLIS, IN 46241

Claim Number: 6706
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $613.70 | Scheduled: | $604.63 | | |

TSRC INC
PO BOX 1810
ASHLAND, VA 23005

Claim Number: 5410
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,178.45 | Scheduled: | $21,300.18 | Allowed: | $19,178.45 |

TUCSON CONTAINER CORPORATION
6601 S. PALO VERDE ROAD
TUCSON, AZ 85756

Claim Number: 2647
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $23,735.77 | Scheduled: | $23,735.77 | Allowed: | $23,735.77 |

TURFCARE AND SPECIALITY PRODUCTS IN
5450 HOLIDAY AVENUE
BILLINGS, MT 59101-6310

Claim Number: 4722
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,479.51 | Scheduled: | $3,505.85 | | |

---

TURNAGE, JAMES
C/O JAMES E. SORENSON, ESQ.
WILLIAMS, GAUTIER, GWYNN, DELOACH &
SORENSON P.A. PO BOX 4128
TALLAHASSEE, FL 32315

Claim Number: 10751
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $87,954.23 | | | | |
|---|---|---|---|---|---|---|

---

TURNER FORESTRY OPERATIONS LLC
891 KENTS MILL ROAD
LOUISA, VA 23093

Claim Number: 14006
Claim Date: 04/26/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $24,537.47 | | | | |
|---|---|---|---|---|---|---|
| TOTAL | Claimed: | $49,074.94 | | | | |

---

TURNER INDUSTRIES GROUP LLC
KIRK A. PATRICK III
P.O. BOX 1629
BATON ROUGE, LA 70821

Claim Number: 7267
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $197,420.81 | Scheduled: | $189,502.13 | Allowed: | $197,420.81 |
|---|---|---|---|---|---|---|

---

TURNER SPECIALTY SERVICES, LLC
KIRK A. PATRICK III
P.O. BOX 1629
BATON ROUGE, LA 70821

Claim Number: 7268
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $145,610.00 | Scheduled: | $134,777.00 | Allowed: | $145,610.00 |
|---|---|---|---|---|---|---|

---

TURNER SUPPLY COMPANY
PO BOX 1428
MOBILE, AL 36633-1428

Claim Number: 5590
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $34,157.73 | Scheduled: | $31,605.67 | Allowed: | $34,157.73 |
|---|---|---|---|---|---|---|

---

| | | | | | | |
|---|---|---|---|---|---|---|
| TURNER, JAMES<br>P.O. BOX 482<br>JONESBORO, LA 71251 | | Claim Number: 10289<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| TURNER, PADGET, GRAHAM & LANEY, P.A.<br>ATTN:  RICHARD HINSON<br>P.O. BOX 5478<br>FLORENCE, SC 29502-5478 | | Claim Number: 4210<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,052.62 | | | | |
| TURNER, WILLIAM IAN MACKENZIE<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 12966<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | | | |
| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $2,081,851.10 | Scheduled: | $1,697,697.21 | Allowed: | $1,937,268.00 |
| TURPINS BUY RITE<br>PO BOX 712<br>JONESBORO, LA 71251 | | Claim Number: 5206<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,352.00 | Scheduled: | $2,350.23 | | |
| TXU ENERGY RETAIL COMPANY LLC<br>CO BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS, TX 75265-0393 | | Claim Number: 1996<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,081.81 | Scheduled: | $2,791.69 | | |

TYCO SIGNS GRAPHICS
2025 D SIGMAN RD
CONYERS, GA 30012

Claim Number: 5094
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $560.00 | Scheduled: | $560.00 |
|---|---|---|---|---|

TYLER INDEPENDENT SCHOOL DISTRICT
TAB BEALL
PERDUE BRANDON FIELDER COLLINS MOTT LLP
PO BOX 2007
TYLER, TX 75710-2007

Claim Number: 3194
Claim Date: 06/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8378 (08/16/2010)

| SECURED | Claimed: | $173.90 |
|---|---|---|

TYLER, CHARLES EGAN
306 HALBROOK ROAD
JONESBORO, LA 71251

Claim Number: 10290
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

TYNER, THOMAS WILLIAM
906 MASTERS WAY
HUMBLE, TX 77339

Claim Number: 9733
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $326.42 | Scheduled: | $326.42 |
|---|---|---|---|---|

U-PAK RECYCLING LIMITED
15 TIDEMORE AVENUE
ETOBICOKE, ON M9W 7E9
CANADA

Claim Number: 3019
Claim Date: 05/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,919.20 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| U.S. BANK N.A. DBA MULTI SERVICE<br>AVIATION<br>8600 W 110TH STREET<br>OVERLAND PARK, KS 66210 | Claim Number: 2132<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $10,527.63 | | | |
| U.S. BANK TRUST NATIONAL ASSOCIATION<br>DANIEL S BLEC,IAN A HAMMEL,CHARLES AZANO<br>MINTZ LEVIN COHN FERRIS GLOVSKY POPEO PC<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111 | Claim Number: 3151<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7517 (05/07/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $17,599,249.23  UNLIQ | | | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS<br>INDENTURE TRUSTEE<br>C/O DANIEL S. BLECK, ESQ MINTZ LEVIN<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111 | Claim Number: 7479<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 7517 (05/07/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ CONT | | | |
| SECURED | Claimed: | $59,839,973.74  UNLIQ CONT | | | |
| UNSECURED | | | Scheduled: | $59,827,953.35 | Allowed: | $75,500,000.00 |
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMM<br>U.S. EEOC - TAMPA FIELD OFFICE<br>501 E. POLK ST., 10TH FLOOR<br>TAMPA, FL 33602 | Claim Number: 3589<br>Claim Date: 06/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | | | |
| UNSECURED | Claimed: | $300,000.00 | | | |
| UGI ENERGY SERVICES, INC.<br>1 MERIDIAN BLVD.<br>SUITE 2CO1<br>WYOMISSING, PA 19610 | Claim Number: 6407<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $22,316.12 | | | |
| UNSECURED | Claimed: | $6,694.83 | | | |

UHY ADVISORS
15 SUNNEN DRIVE
SUITE 100
ST. LOUIS, MO 63143

Claim Number: 6764
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,940.00 | | | | |

ULINE SHIPPING SUPPLIES
2200 S. LAKESIDE DR
WAUKEGAN, IL 60085

Claim Number: 7284-02
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,813.76 | Scheduled: | $14,758.49 | Allowed: | $14,813.76 |

ULTRASHED
PO BOX 49246
JACKSONVILLE, FL 32240

Claim Number: 11231
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18,635.10 | Scheduled: | $13,980.15 | Allowed: | $18,635.10 |

ULYSSES PARTNERS, L.P.
TRANSFEROR:HUSTON PATTERSON PRINTERSCORP
C/O COHANZICK MGMT LLC, DAVID SHERMAN
427 BEDFORD ROAD, SUITE 170
PLEASANTVILLE, NY 10570

Claim Number: 5619-01
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $102,372.84 | Scheduled: | $117,508.10 | Allowed: | $102,372.84 |

ULYSSES PARTNERS, L.P.
TRANSFEROR:HUSTON PATTERSON PRINTERSCORP
C/O COHANZICK MGMT LLC, DAVID SHERMAN
427 BEDFORD ROAD, SUITE 170
PLEASANTVILLE, NY 10570

Claim Number: 5619-02
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,328.04 | | | Allowed: | $6,328.04 |

UMB BANK, N.A.
C/O THOMPSON HINE, LLP
ATTN: ROBERT FOLLAND, ESQ.
3900 KEY CENTER, 127 PUBLIC SQ
CLEVELAND, OH 44114

Claim Number: 7821
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8758 (11/15/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $123,355,251.91 | Scheduled: | $1,995.43 | | | |

UMB BANK, N.A.
C/O THOMPSON HINE, LLP
ATTN: ROBERT FOLLAND, ESQ.
3900 KEY CENTER, 127 PUBLIC SQ
CLEVELAND, OH 44114

Claim Number: 13965
Claim Date: 04/06/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $107,704,749.29 | Scheduled: | $76,955,509.00 | Allowed: | $107,704,749.29 | |

UNDERWOOD INDUSTRIAL CONTRACTORS
3116 N. RITTER AVE.
INDIANAPOLIS, IN 46218

Claim Number: 2402
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $43,114.21 | Scheduled: | $33,644.00 | Allowed: | $43,114.21 | |

UNICO INC
BIN NO 88 403
1213 BAKERS WAY
MILWAUKEE, WI 53288-0403

Claim Number: 9441
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $603.71 | Scheduled: | $603.71 | |

UNICO INC
PO BOX 88 403
MILWAUKEE, WI 53288-0403

Claim Number: 9448-01
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17,184.19 | Scheduled: | $23,773.25 | |

---

| UNIFIRST<br>68 JONSPIN RD<br>WILMINGTON, MA 01887 | Claim Number: 7974<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $18,342.71 | | | Allowed: | $18,342.71 |
|---|---|---|---|---|---|---|

| UNIFIRST CORPORATION<br>317 NE 2ND STREET<br>OCALA, FL 34470-5851 | Claim Number: 4990<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $1,046.32 |
|---|---|---|

| UNIFIRST HOLDINGS, INC.<br>9019 RAILWOOD AVE<br>HOUSTON, TX 77078 | Claim Number: 739<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $1,488.55 |
|---|---|---|

| UNION LEVEL LAND & TIMBER, LLC<br>C/O RICHARD D. SCOTT,<br>LE CLAIR RYAN<br>1800 WACHIVIA TOWER, DRAWER 1200<br>ROANOKE, VA 24006 | Claim Number: 3107-01<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $467.08 | Scheduled: | $60,890.70 |
|---|---|---|---|---|

| UNION PACIFIC RAILROAD COMPANY<br>ATTN: MARY ANN KILGORE<br>1400 DOUGLAS STREET<br>STOP 1580<br>OMAHA, NE 68179 | Claim Number: 9166<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) |
|---|---|

| UNSECURED | Claimed: | $66,257.00 | Scheduled: | $184,778.72 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| UNION PACIFIC RAILROAD COMPANY<br>ATTN: MARY ANN KILGORE<br>1400 DOUGLAS ST., MS 350<br>OMAHA, NE 68179-1001 | | Claim Number: 14037<br>Claim Date: 06/03/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $329,063.98 | | | Allowed: | $329,063.98 |
| UNION ROOFING INCORPORATED<br>2407 MTN SPRINGS CHURCH ROAD<br>MONROE, NC 28112 | | Claim Number: 6444<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $14,461.16 | Scheduled: | $14,461.16 | Allowed: | $14,461.16 |
| UNION SEVENTY CENTER<br>3901 UNION BLVD STE 104A<br>SAINT LOUIS, MO 63115-1130 | | Claim Number: 5196<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $21,508.54 | Scheduled: | $14,724.79 | | |
| UNITECH ENGINEERING SALES CO<br>PO BOX 510<br>PELHAM, AL 35124 | | Claim Number: 4647<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $971.29 | Scheduled: | $971.29 | | |
| UNITED BUIDERS SUPPLY CO INC<br>PO BOX 1728<br>WESTERLY, RI 02891 | | Claim Number: 3996<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $280.96 | Scheduled: | $280.96 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED CONVEYOR CORPORATION<br>23858 NETWORK PLACE<br>CHICAGO, IL 60673 | | Claim Number: 4988<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,477.90 | Scheduled: | $5,477.90 | | |
| UNITED DIVIDERS, INC.<br>108 STEPHENS PLACE<br>ELMIRA, NY 14901-1539 | | Claim Number: 5313<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,129.86 | Scheduled: | $3,129.86 | | |
| UNITED FOREST PRODUCTS INC<br>PO BOX 551<br>INMAN, SC 29349 | | Claim Number: 5419<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $7,409.92 | Scheduled: | $7,563.52 | | |
| UNITED LABORATORIES, INC.<br>320 37TH AVE.<br>SAINT CHARLES, IL 60174 | | Claim Number: 364<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,165.30 | Scheduled: | $2,165.30 | | |
| UNITED LIFT TRUCK L.P.<br>1100 S. 25TH AVENUE<br>BELLWOOD, IL 60104 | | Claim Number: 3327-01<br>Claim Date: 06/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $18,687.11 | Scheduled: | $18,330.11 | Allowed: | $18,687.11 |

UNITED MAINTENANCE INC
3687 MCELROY ROAD
ATLANTA, GA 30340

Claim Number: 5521
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,131.66 | Scheduled: | $1,131.66 | | |

UNITED PUMPING SERVICE, INC.
ATTN: BOB JONAS
14000 E. VALLEY BOULEVARD
CITY OF INDUSTRY, CA 91746

Claim Number: 13219
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $86,180.26 | Scheduled: | $85,237.99 | Allowed: | $86,180.26 |

UNITED RADIO COMM INC
9200 S OKETO AVE
BRIDGEVIEW, IL 60455

Claim Number: 7735
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,535.60 | Scheduled: | $4,269.60 | | |

UNITED RENTALS, INC.
ATTN: PAMELA HARRIS
525 JULIE RIVERS DR., SUITE 200
SUGAR LAND, TX 77478

Claim Number: 13697
Claim Date: 12/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $128,505.39 | Scheduled: | $16,335.07 | Allowed: | $50,000.00 |

UNITED RIGGING INC
351 ZOO PARKWAY
JACKSONVILLE, FL 32226

Claim Number: 5691-01
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,700.90 | Scheduled: | $8,179.40 | | |

---

UNITED RUBBER DIE SERVICE, INC.
784 MISSISSIPPI BLVD.
MEMPHIS, TN 38126

Claim Number: 64
Claim Date: 02/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $76,994.26 | Scheduled: | $67,503.31 | | | |

UNITED RUBBER DIE SERVICE, INC.
784 MISSISSIPPI BLVD.
MEMPHIS, TN 38126

Claim Number: 14018
Claim Date: 05/03/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $76,994.26 | |

UNITED SERVICES, INC.
ATTN: STEVEN K. BOWLING, ESQ
KELLI B. GUINN, ESQ. HOWARD & HOWARD, PC
4820 OLD KINGSTON PIKE
KNOXVILLE, TN 37919

Claim Number: 3657
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,366.37 | Scheduled: | $6,083.76 | Allowed: | $10,366.37 |

UNITED STATES DEBT RECOVERY II, LLC
TRANSFEROR: DOLPHIN CARTAGE, INC.
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 93
Claim Date: 02/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4663 (02/03/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $295,252.75 | Scheduled: | $294,655.66 | Allowed: | $295,252.75 |

UNITED STATES DEBT RECOVERY II, LLC
TRANSFEROR: AMERIPRIDE LINEN AND APPAREL
940 SOUTHWOOD BLVD, SUITE 101
INCLINE VILLAGE, NV 89451

Claim Number: 5712
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,376.37 | Scheduled: | $1,376.38 |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY II, LLC<br>TRANSFEROR: ALLSTAR SERVICES INC<br>940 SOUTHWOOD BLVD, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 7694<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,032.88 | | | | |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY IIA, LLC<br>TRANSFEROR: ST CLOUD REFRIGERATION INC<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 3744<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $833.60 | Scheduled: | $833.60 | | |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY IIA, LLC<br>TRANSFEROR: WESTERN FIRST AID & SAFETY,<br>940 SOUTHWOOD BL, SUITE 101<br>INCLINE VILLAGE, NV 89451 | | Claim Number: 4714-01<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $359.07 | Scheduled: | $547.60 | | |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: APM PROPERTY MAINTENANCE, IN<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 258<br>Claim Date: 02/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,155.00 | Scheduled: | $2,925.00 | | |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: RILEY POWER INC.<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 579<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $85,798.95 | Scheduled: | $85,798.95 | Allowed: | $85,798.95 |

---

| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CELADON LOGISTICS SERVICES,<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | Claim Number: 819<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $66,920.41 | Scheduled: | $47,177.94 | Allowed: | $66,920.41 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: EAGLE WEB PRESS<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | Claim Number: 824<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $10,361.87 | Scheduled: | $14,751.87 | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: AERO FUND FINANCIAL INC.<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | Claim Number: 844<br>Claim Date: 02/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $17,529.00 | Scheduled: | $17,529.00 | Allowed: | $17,529.00 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: BAUM MACHINE INC.<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | Claim Number: 865<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $48,065.00 | Scheduled: | $48,065.00 | Allowed: | $48,065.00 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: COMER S.P.A.<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | Claim Number: 951<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | | |
| SECURED | Claimed: | $0.00 | | | | |
| UNSECURED | Claimed: | $35,376.60 | | | | |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: FACETS PRODUCTIONS, INC.
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 1001
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,100.00 | Scheduled: | $2,100.00 | | |
|---|---|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: C&C ENTERPRISES
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 1090
Claim Date: 03/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,656.64 | Scheduled: | $8,071.00 | | |
|---|---|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: J&V TRAILER REPAIR
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 1343
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $32,051.61 | Scheduled: | $31,799.73 | Allowed: | $32,051.61 |
|---|---|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: EXTREME INDUSTRIAL COATINGS,
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 1484
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4663 (02/03/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $14,757.00 | Scheduled: | $14,757.00 | Allowed: | $14,757.00 |
|---|---|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: ALL CORR SPECIALTIES, INC.
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 1500
Claim Date: 03/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $41,850.00 | Scheduled: | $41,850.00 | Allowed: | $41,850.00 |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: FOGEL, JEFFREY AND CAREN<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 1670<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $6,000.00 | Scheduled: | $6,000.00 | | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: ASSOCIATED WESTERN SALES CO,<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 1798<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $3,755.85 | Scheduled: | $3,755.85 | | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: AMERICAN COMPRESSOR AND IND.<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 2361<br>Claim Date: 04/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $25,388.38 | Scheduled: | $25,388.38 | Allowed: | $25,388.38 | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: BRUNER, COOPER & ZUCK, INC.<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 2393<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $3,500.00 | Scheduled: | $3,500.00 | | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: COVENANT TRANSPORT SOLUTIONS<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 2543<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | | | | |
| UNSECURED | Claimed: | $45,992.71 | | | | | |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: AEROPOWER VAC, INC.
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 2718
Claim Date: 05/04/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $37,914.87 | Scheduled: | $32,541.83 | Allowed: | $37,914.87 |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: DRESSER ROOTS, DRESSER INC.
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 3310
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $77,783.96 | Scheduled: | $8,745.32 | Allowed: | $77,783.96 |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: COLDWATER SEALS, INC
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 3528
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $100,249.00 | Scheduled: | $100,249.00 | Allowed: | $100,249.00 |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: CENTRAL WHOLESALE ELECTRICAL
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 3557
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $920.44 | Scheduled: | $876.76 |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: EXPRESS 60 MINUTES DELIVERY
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 3620
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,336.67 | Scheduled: | $5,115.80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: BUCKEYE LUBRICANTS INC<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 3738<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $796.35 | Scheduled: | $796.35 | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: AMERIPRIDE LINEN<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 3815<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,017.56 | Scheduled: | $3,017.56 | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: ACME ABRASIVE ACME HOLDING C<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 3825<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7516 (05/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,480.77 | Scheduled: | $1,480.77 | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: STAR TRANSPORTATION, INC.<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 3892<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $74,093.13 | Scheduled: | $33,600.48 | Allowed: | $74,093.13 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: AVANGARD ENGINEERING INC<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 4020-01<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $12,185.00 | Scheduled: | $35,381.59 | Allowed: | $12,185.00 |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: CORRTECH INC
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 4096
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17,851.24 | Scheduled: | $17,726.24 | Allowed: | $17,851.24 |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: DIVERSIFIED FLOORING SERVICE
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 4213
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $360.00 | Scheduled: | $1,080.00 |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: PAUL MURRAY OIL INC
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 4406
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $36,696.12 | Scheduled: | $41,658.36 | Allowed: | $36,696.12 |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: BOLLARI-DAVIS CORP.
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 4439
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $957.00 | Scheduled: | $957.00 |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: DATA DISCOUNT CORP
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 4443
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,563.00 | Scheduled: | $2,563.00 |

| UNITED STATES DEBT RECOVERY III LP | | Claim Number: 4508 | | |
| TRANSFEROR: ALLIED CRANE | | Claim Date: 07/10/2009 | | |
| 5575 KIETZKE LANE | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| SUITE A | | Comments: | | |
| RENO, NV 89511 | | THIS CLAIM IS PAID | | |

| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $1,262.30 | Scheduled: | $1,262.30 |

| UNITED STATES DEBT RECOVERY III LP | | Claim Number: 4511 | | |
| TRANSFEROR: AIRTEMP ALASKA LLC | | Claim Date: 07/10/2009 | | |
| 5575 KIETZKE LANE | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| SUITE A | | Comments: | | |
| RENO, NV 89511 | | THIS CLAIM IS PAID | | |

| UNSECURED | Claimed: | $806.25 | Scheduled: | $806.25 |

| UNITED STATES DEBT RECOVERY III LP | | Claim Number: 4669 | | |
| TRANSFEROR: BAXTER MECHANICAL CONTRACTOR | | Claim Date: 07/13/2009 | | |
| 5575 KIETZKE LANE | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| SUITE A | | Comments: | | |
| RENO, NV 89511 | | THIS CLAIM IS PAID | | |

| UNSECURED | Claimed: | $1,399.86 | Scheduled: | $1,399.86 |

| UNITED STATES DEBT RECOVERY III LP | | Claim Number: 4715 | | |
| TRANSFEROR: AMERICAN BEARING SERVICE | | Claim Date: 07/13/2009 | | |
| 5575 KIETZKE LANE | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| SUITE A | | Comments: | | |
| RENO, NV 89511 | | THIS CLAIM IS PAID | | |

| UNSECURED | Claimed: | $1,558.23 | Scheduled: | $1,558.23 |

| UNITED STATES DEBT RECOVERY III LP | | Claim Number: 4859 | | |
| TRANSFEROR: FAYETTE COUNTY MEMORIAL HOSP | | Claim Date: 07/13/2009 | | |
| 5575 KIETZKE LANE | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| SUITE A | | Comments: | | |
| RENO, NV 89511 | | THIS CLAIM IS PAID | | |

| UNSECURED | Claimed: | $856.75 | Scheduled: | $856.75 |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: GTL TRANSPORTATION INC
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 4975
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,285.20 | Scheduled: | $1,285.20 | | |
|---|---|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: GREAT LAKES ENVIRONMENTAL CT
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 5121
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $550.00 | Scheduled: | $550.00 | | |
|---|---|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: CONTROL PRODUCTS INC
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 5189
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,690.84 | Scheduled: | $8,878.99 | Allowed: | $10,690.84 |
|---|---|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: CENTRAL SERVICES INC
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 5333
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $675.00 | Scheduled: | $675.00 | | |
|---|---|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: COLONIAL GRAPHICS
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 5459
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,093.25 | Scheduled: | $1,093.25 | | |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CAMLANE GROUP INC<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 5522<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,000.00 | Scheduled: | $2,000.00 | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: GENE V PIRA<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 5535<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $611.21 | Scheduled: | $542.12 | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: SAFEWARE INC<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 5614<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $299,047.77 | Scheduled: | $285,100.97 | Allowed: | $299,047.77 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: COMER SPA<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 5628<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $39,526.60 | Scheduled: | $43,676.60 | Allowed: | $39,526.60 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: DEARBORN CRANE & ENGINEERING<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 5789<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $8,794.88 | Scheduled: | $8,794.88 | | |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: EAGLE PAPER
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 5808
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $960.60 | Scheduled: | $960.60 | | |
|---|---|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: CHESTERFIELD TRADING CO INC
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 6234
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $17,041.28 | Scheduled: | $17,699.77 | Allowed: | $17,041.28 |
|---|---|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: ALLSOUTH ENVIRONMENTAL
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 6295
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,136.80 | Scheduled: | $3,136.80 | | |
|---|---|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: AIR COMFORT SERVICE INC
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 6417
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,620.35 | Scheduled: | $2,971.77 | | |
|---|---|---|---|---|---|---|

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: DEH TRUCKING INC
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 6551
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $24,622.48 | Scheduled: | $24,622.48 | Allowed: | $24,622.48 |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: NATIONAL FREIGHT INC<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 6746<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $65,664.74 | Scheduled: | $53,339.08 | Allowed: | $65,664.74 | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: TANKSLEY MACHINE & TOOL CO<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 7111<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $31,875.27 | Scheduled: | $31,875.27 | Allowed: | $31,875.27 | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: NORMAN PESTKA CONSTRUCTION I<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 7647<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $259,994.45 | Scheduled: | $255,789.01 | Allowed: | $259,994.45 | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: ACC PLANNED SERVICE INC<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 8023<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $68,930.00 | Scheduled: | $156,016.00 | Allowed: | $68,930.00 | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: BOONE TRUCKING SERVICE LLC<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 9375<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $31,971.20 | Scheduled: | $31,971.20 | Allowed: | $31,971.20 | |

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: R AND D INCORPORATED
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 9757-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $77,668.00 | Scheduled: | $92,383.45 | Allowed: | $77,668.00 |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: R AND D, INCORPORATED
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 9835
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $14,897.33 |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: CARD QUEST INC
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 10095
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,119.48 | Scheduled: | $553.49 |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: UNITED SCAFFOLDING, INC.
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 10555
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $84,928.00   UNLIQ | Scheduled: | $100,300.00 | Allowed: | $84,928.00 |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: BROCK SPECIALTY SERVICES LTD
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 10556
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4663 (02/03/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $262,719.96 | Scheduled: | $269,008.29 | Allowed: | $262,719.96 |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: JOHN CLAES, S.A.
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 10746
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7944 (06/09/2010)

| | Claimed: | | | Allowed: | |
|---|---|---|---|---|---|
| UNSECURED | $771,013.38 | | | | $771,013.38 |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: CONSTELLATION NEWENERGY, INC
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 11251
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8596 (10/01/2010)

| | Claimed: | | | Allowed: | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | $57,106.72 | | | | $37,119.37 |
| UNSECURED | $1,667,962.88 | Scheduled: | $1,611,889.68 UNLIQ | | $1,687,950.23 |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: CONSTELLATION NEWENERGY-GAS
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 11252
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8596 (10/01/2010)

| | Claimed: | | | Allowed: | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | $123,633.48 | | | | $93,260.61 |
| UNSECURED | $215,788.65 | Scheduled: | $197,550.77 | | $246,161.52 |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: CANYON STATE BOX INC
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 11379
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | |
|---|---|---|
| UNSECURED | $1,392.60 | |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: INDUSTRIAL TECH
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 12240
Claim Date: 09/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7186 (04/22/2010)
THIS CLAIM IS PAID

| | Claimed: | | | Allowed: | |
|---|---|---|---|---|---|
| UNSECURED | $61,312.14 | Scheduled: | $72,971.13 | | $61,312.14 |

| | | |
|---|---|---|
| UNITED STATES DEBT RECOVERY III, LP<br>TRANSFEROR: AL THEISEN<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | Claim Number: 5552-03<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,250.00 | | |
| UNSECURED | | | Scheduled: | $4,500.00 |

| | | |
|---|---|---|
| UNITED STATES DEBT RECOVERY III, LP<br>TRANSFEROR: AL THEISEN<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | Claim Number: 5552-04<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,250.00 |

| | | |
|---|---|---|
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: TETER MACHINE PRODUCTS, INC.<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | Claim Number: 15<br>Claim Date: 01/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,888.00 | Scheduled: | $5,203.00 |

| | | |
|---|---|---|
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: TETER MACHINE PRODUCTS, INC.<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | Claim Number: 16<br>Claim Date: 01/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $315.00 |

| | | |
|---|---|---|
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: PRIME SYSTEMS INDUSTRIAL AUT<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | Claim Number: 375<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,550.00 | Scheduled: | $1,550.00 |

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: CURRAN TRANSFER INC.<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 591<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,316.00 | Scheduled: | $1,316.00 |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: TROIKA TRANSPORTATION<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 1342<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,803.20 | Scheduled: | $1,751.60 |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: JOHNNY'S JEWELRY<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 1621<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $667.75 | Scheduled: | $667.75 |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: HOLT SUPPLY COMPANY<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 2048<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,499.86 | Scheduled: | $1,499.86 |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: JAN PRO CLEANING SYSTEMS INC<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 2197<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,335.00 | Scheduled: | $1,335.00 |

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: SM LAWRENCE COMPANY, INC.<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 2509<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,806.26 | Scheduled: | $2,806.26 | |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: R.B.R. TRUCKING, INC<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 2521<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,516.95 | | | |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: GREEN VALLEY INDUSTRIAL<br>SUPPLY<br>5575 KIETZKE LANE,SUITE A<br>RENO, NV 89511 | | Claim Number: 2545<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,412.98 | Scheduled: | $3,419.88 | |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: JOHN G. SHELLEY CO., INC.<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 2894<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $821.86 | Scheduled: | $821.86 | |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: AIR MAC, INC.<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 2914<br>Claim Date: 05/12/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,580.50 | Scheduled: | $3,580.50 | |

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: SOUTHEAST CONTRACTORS OF RIC<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 2982<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $20,450.00 | | Allowed: | $20,450.00 |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: INDUSTRIAL STEEL & SUPPLY<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 3076<br>Claim Date: 05/22/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,323.92 | Scheduled: | $1,323.92 | |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: UNITED SITE SERVICES OF NEVA<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 3124<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $580.00 | Scheduled: | $540.88 | |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: CONCENTRA MEDICAL CENTERS<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 3278<br>Claim Date: 06/02/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $93.50 | Scheduled: | $12,027.96 | |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: GENERAL SERVICES OF VA, INC<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 3535<br>Claim Date: 06/29/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,166.00 | Scheduled: | $3,166.00 | |

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: HUTHER BROTHERS INC (01)
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 3769
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $857.51 | Scheduled: | $857.51 |

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: TURNKEY SOLUTIONS INC
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 3951
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,833.00 | Scheduled: | $2,833.00 |

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: JM TEST SYSTEMS
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 4066
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,452.13 | Scheduled: | $1,428.13 |

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: L&K FIRE PROTECTION INC
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 4182
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $566.00 | Scheduled: | $566.00 |

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: RBR TRUCKING INC
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 4258
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,516.65 | Scheduled: | $2,516.65 |

---

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: INDIAN MOUNTAIN MACHINE SHOP
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 4388
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $900.00 | Scheduled: | $900.00 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: VALLEY SCALE
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 4416
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $623.00 | Scheduled: | $623.00 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: INDUSTRIAL FURNACE COMPANY I
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 4698
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,175.00 | Scheduled: | $4,175.00 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: ZEE MEDICAL
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 5003
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $918.17 | Scheduled: | $918.17 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: CLEANING COMPANY INC, THE
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 5282
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,950.00 | Scheduled: | $1,831.54 |
|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: JOHNSTONE SUPPLY<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 5607-02<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $1,390.65 | | | | | |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: JOHNSTONE SUPPLY<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 5608<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | | | |
| UNSECURED | Claimed: | $1,972.65 | Scheduled: | $1,953.91 | | | |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: JEFFRIES BROTHERS CORP<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 5720<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $971.78 | Scheduled: | $913.21 | | | |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: BOLT & ANCHOR SUPPLY INC<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 5885<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $13,879.30 | Scheduled: | $13,918.08 | Allowed: | $13,879.30 | |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: ROLLERCOAT INDUSTRIES INC<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 6314<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $590.55 | Scheduled: | $590.55 | | | |

---

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: KENNETH C PAIR OD
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 6399
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,049.27 | Scheduled: | $557.53 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: FISTER ELECTRIC INC
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 6527
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,215.23 | Scheduled: | $7,215.23 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: LH BASS AND SONS ELECTRICAL
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 6579
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $523.52 | Scheduled: | $523.52 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: INTEGRITY PKG LLC
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 7058
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $940.80 | Scheduled: | $940.80 |
|---|---|---|---|---|

UNITED STATES DEBT RECOVERY IV, LLC
TRANSFEROR: J LANCASTER ROSE JR OD
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 7955
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $383.11 | Scheduled: | $383.11 |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: L BACON<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 8010<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,026.00 | Scheduled: | $1,026.00 | |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: W H HEARN MECHANICAL OF TALL<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 9496<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 9497<br>DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $805.84 | | | |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: WH HEARN MECHANICAL<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 9497<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $805.84 | Scheduled: | $805.84 | |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: TERDECA CMG GROUP INC<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 10060<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,622.48 | Scheduled: | $2,622.48 | |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: RUTHERFORD PUBLISHING INC<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 11159<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,292.37 | Scheduled: | $1,292.37 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: DICK LUCIER EXCAVATION<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 11214<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $63,377.92 | Scheduled: | $68,237.03 | Allowed: | $63,377.92 |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: PETCO INC<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 11626<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,031.46 | Scheduled: | $997.67 | | |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: KIMERY LAWN SERVICE<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 12470<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $675.00 | Scheduled: | $675.00 | | |
| UNITED STATES DEBT RECOVERY LLC<br>TRANSFEROR: FLSMIDTH DORR-OLIVER EIMCO,<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 2771<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $89,578.56 | Scheduled: | $86,009.91 | Allowed: | $89,578.56 |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: SMALL, NORTON<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 2415<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5047 (02/16/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,024,447.00  UNLIQ | Scheduled: | $1,024,447.00 | | |

---

UNITED STATES DEBT RECOVERY V, LP
TRANSFEROR: ALBANY INTERNATIONAL
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 8150-02
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $1,154,977.93 | | $813,155.27 UNLIQ | | $1,154,977.93 |

UNITED STATES DEBT RECOVERY V, LP
TRANSFEROR: ALBANY INTERNATIONAL CORP
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 8151-01
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE | | $63,895.50 | | |
| UNSECURED | | | | $811,661.22 |

UNITED STATES DEBT RECOVERY V, LP
TRANSFEROR: ALBANY INTERNATIONAL CORP
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 8151-02
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| UNSECURED | | $106,478.44 | | $106,478.44 |

UNITED STATES OF AMERICA
ELLIOT ROCKLER
US DEPT OF JUSTICE,ENRD/EES
PO BOX 7611
WASHINGTON, DC 20044-7611

Claim Number: 11431
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8880 (01/06/2011)
THIS CLAIM IS PAID

| | Claimed: | |
|---|---|---|
| UNSECURED | | $0.00  UNDET |

UNITED STATES OF AMERICA
U.S. DEPT. OF JUSTICE/ENRD/EES
ELLIOT ROCKLER
PO BOX 7611
WASHINGTON, DC 20044-7611

Claim Number: 13789
Claim Date: 01/27/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8880 (01/06/2011)

| | Claimed: | | Allowed: | |
|---|---|---|---|---|
| UNSECURED | | $1,000,000,000.00  UNLIQ | | $15,358,174.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UNITED STATES POSTAL SERVICE<br>ERIC MULCH, ESQ, USPS<br>475 L'ENFANT PLAZA SW<br>WASHINGTON, DC 20260-1127 | | Claim Number: 10453<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN<br>DOCKET: 8512 (09/10/2010) | | | | |
| UNSECURED | Claimed: | $13,421.85 | Scheduled: | $1,973.33 | | |
| UNITED WASTE SERVICE<br>FENNEMORE CRAIG, P.C.<br>C/O BRYAN A. ALBUE<br>3003 N. CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | | Claim Number: 11145<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | | | |
| UNSECURED | Claimed: | $7,417.07 | Scheduled: | $7,401.01 | | |
| UNITED WAY OF ASHTABULA<br>2801 COURT<br>ASHTABULA, OH 44004 | | Claim Number: 4744<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $438.18 | | |
| UNITHERM INC<br>PO BOX 60670<br>CHARLOTTE, NC 28260 | | Claim Number: 4800<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $72,075.50 | Scheduled: | $66,199.26 | Allowed: | $72,075.50 |
| UNIVAR (FORMERLY VOPAK)<br>C/O MERRILEE MACLEAN<br>KARR TUTTLE CAMPBELL<br>1201 THIRD AVENUE, SUITE 2900<br>SEATTLE, WA 98101 | | Claim Number: 10835-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $190,102.24 | Scheduled: | $404,900.15 | Allowed: | $190,102.24 |

UNIVERSAL AM-CAN LTD
ATTN: REBECCA C. JOHNSON, ESQ
12755 E. NINE MILE ROAD
WARREN, MI 48089

Claim Number: 6232
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,053.82 | Scheduled: | $27,482.38 |
|---|---|---|---|---|

UNIVERSAL FOREST PRODUCTS INC.
2801 E. BELTLINE NE
GRAND RAPIDS, MI 49525

Claim Number: 1207
Claim Date: 03/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $377.10 | Scheduled: | $377.10 |
|---|---|---|---|---|

UNIVERSAL MACHINE COMPANY
PO BOX 501
835 HIGHWAY #275
DALLAS, NC 28034

Claim Number: 6419
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,498.60 | Scheduled: | $3,299.36 |
|---|---|---|---|---|

UNIVERSAL MACHINE SHOP
10190 HAZELBRAND RD
COVINGTON, GA 30014-1508

Claim Number: 6774
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,678.14 | Scheduled: | $9,678.14 |
|---|---|---|---|---|

UNIVERSAL METRICS INC
PO BOX 889
N60 W16590 KOHLER LANE
MENOMONEE FALLS, WI 53051

Claim Number: 8098
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $227.16 | Scheduled: | $227.16 |
|---|---|---|---|---|

---

UNIVERSAL PACKAGING, INC.
16 STENERSEN LANE, SUITE 4B
HUNT VALLEY, MD 21030

Claim Number: 793
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,545.00 | Scheduled: | $11,127.24 | | |

UNIVERSAL SILENCER, LLC
1925 HWY 51/138 PO BOX 411
STOUGHTON, WI 53589

Claim Number: 1975
Claim Date: 04/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $647.24 | Scheduled: | $647.24 | | |

UPPER PENNINSULA POWER COMPANY
GRETA G. WEATHERSBY, ESQUIRE
INTEGRYS BUSINESS SUPPORT, LLC
130 E. RANDOLPH DRIVE
CHICAGO, IL 60601

Claim Number: 13827
Claim Date: 02/12/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9050 (05/02/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,957,670.00 | | | Allowed: | $825,000.00 |

UPPER PENNINSULA POWER COMPANY - UPPCO
ATTN: JODI PINEAU
PO BOX 19001
GREEN BAY, WI 54307-9001

Claim Number: 8730
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $192,297.95 | Scheduled: | $180,137.40 | Allowed: | $192,297.95 |

UPS GROUND FREIGHT
DBA UPS FREIGHT TRUCKLOAD
ATTN: LAUREN NACHINSON
300 N LASALLE STREET, SUITE 4000
CHICAGO, IL 60654

Claim Number: 10792
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8757 (11/15/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,892,367.16   UNLIQ | Scheduled: | $4,247.04 | | |

---

| | | | | |
|---|---|---|---|---|
| UPS GROUND FREIGHT, INC.<br>ATTN: LAUREN N. NACHINSON<br>QUARLES & BRADY LLP<br>300 N. LASALLE STREET, STE 4000<br>CHICAGO, IL 60654 | | Claim Number: 13982<br>Claim Date: 04/07/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9048 (05/02/2011) | | |
| ADMINISTRATIVE | Claimed: | $313,613.17 | | |
| UPS SMALL PACKAGE, A DIVISION OF<br>UNITED PARCEL SERVICES, INC., OHIO<br>ATTN: LAUREN NACHINSON, ESQ<br>300 N LASALLE STREET, SUITE 4000<br>CHICAGO, IL 60654 | | Claim Number: 10791<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) | | |
| UNSECURED | Claimed: | $8,060.09   UNLIQ | | |
| URBAN FORESTRY<br>306 MADISON STREET<br>THOMPSON FALLS, MT 59873 | | Claim Number: 4248<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,663.79 | Scheduled: | $9,663.79  UNLIQ |
| URBEN AND SON CONSTRUCTION<br>8123 S CARR CT<br>LITTLETON, CO 80128 | | Claim Number: 7645<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,210.00 | Scheduled: | $1,210.00 |
| URIE & BLANTON WELDING SUPPLIES<br>138 KEYSTONE ROAD<br>CHESTER, PA 19014 | | Claim Number: 12164<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| UNSECURED | | | Scheduled: | $1,721.24 |

URPS, INC.- ASSIGNOR
C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE
& ATTORNEY-IN-FACT
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 9177
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,092.58 | Scheduled: | $23,947.58 | | |

URRUTIA, ANGEL AND ALICIA
C/O WILLIAMS, BECK & FORBES
ATTN: BRUCE WILLIAMS, ESQ.
670 S. LAFAYETTE PARK PLACE
LOS ANGELES, CA 90057

Claim Number: 99031
Claim Date: 12/09/2013
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 9427 (12/09/2013)

| UNSECURED | Claimed: | $600,000.00 | | | Allowed: | $600,000.00 |

URS CORPORATION
PO BOX 121028 DEPT 1028
DALLAS, TX 75312-1028

Claim Number: 10089
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,381.59 | Scheduled: | $10,381.59 | | |

US BEARINGS & DRIVE
P.O. BOX 489
BILLING, MT 59103-0489

Claim Number: 4554
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,582.12 | Scheduled: | $3,403.88 | | |

US BLADES
2205 ENTERPRISE DR, SUITE A
FLORENCE, SC 29501

Claim Number: 2094
Claim Date: 04/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,283.90 | | | | |

US BLADES
600 GRANTHAM AVE.
WEST MONROE, LA 71292

Claim Number: 2282
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $24,860.72 | | | | |

US BLADES LLC
2205 ENTERPRISE DRIVE, SUITE A
FLORENCE, SC 29501

Claim Number: 1990
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $22,553.01 | Scheduled: | $47,268.36 | | |

US CUSTOM AND BORDER PROTECTION
ATTN: REVENUE DIVISION, BANKRUPTCY TEAM
6650 TELECOM DR., SUITE 100
INDIANAPOLIS, IN 46278

Claim Number: 6253
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8996 (03/22/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | UNLIQ CONT | | | |
| UNSECURED | | | | | Allowed: | $341.56 |

US ENCON SYSTEMS, INC. D/B/A
LAW & COMPANY
100 ARNOLD MILL WAY, SUITE A
WOODSTOCK, GA 30188

Claim Number: 2785
Claim Date: 05/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,260.00 | Scheduled: | $4,770.00 | | |

US LAWNS OF SOUTH
207 RIVER HILLS DR STE 105
NASHVILLE, TN 37210

Claim Number: 4976
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,104.80 | Scheduled: | $1,104.80 | | |

US SPECIAL DELIVERY INC
PO BOX 207
IRON MOUNTAIN, MI 49801

Claim Number: 5135
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,661.02 | Scheduled: | $2,474.34 |
|---|---|---|---|---|

US WASTE INC
PO BOX 2326
WALTERBORO, SC 29488

Claim Number: 7285
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,029.00 | Scheduled: | $14,699.00 |
|---|---|---|---|---|

USA BLUE BOOK
PO BOX 9004
GURNEE, IL 60031-9004

Claim Number: 4540
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,347.61 | Scheduled: | $1,327.94 |
|---|---|---|---|---|

USA ENVIRONMENT, LP
P.O. BOX 4986
HOUSTON, TX 77210

Claim Number: 854
Claim Date: 02/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $28,822.50 |
|---|---|---|

USA MGMT SYSTEMS INC
PO BOX 2772
LODI, CA 95241-1772

Claim Number: 6075
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,405.99 | Scheduled: | $13,769.00 | Allowed: | $13,405.99 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| USA MOBILITY WIRELESS INC<br>USE  475718<br>3000 TECHNOLOGY DRIVE, SUITE 400<br>PLANO, TX 75074 | | Claim Number: 9423<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $19.26 | | | | |
| USA MOBILITY WIRELESS, INC.<br>USE 475718<br>3000 TECHNOLOGY DRIVE, SUITE 400<br>PLANO, TX 75074 | | Claim Number: 9424<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $412.72 | Scheduled: | $1,807.03 | | |
| USF GLEN MOORE INC<br>C/O CONTRARIAN CAPITAL MANAGEMENT, LLC<br>411 WEST PUTNAM AVENUE, SUITE 425<br>GREENWICH, CT 06830 | | Claim Number: 856<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8554 (09/17/2010) | | | | |
| UNSECURED | Claimed: | $240,758.13 | Scheduled: | $176,737.59 | Allowed: | $145,000.00 |
| USW 286 PENSION FUND<br>C/O SPEAR WILDERMAN, P.C.<br>230 S. BROAD STREET, SUITE 1400<br>PHILADELPHIA, PA 19102 | | Claim Number: 11003<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $360,113.77 | | | Allowed: | $360,113.77 |
| UTILITY BILLING SERVICES-AR<br>P.O. BOX 8100<br>LITTLE ROCK, AR 72203-8100 | | Claim Number: 6863<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $357.61 | | | | |

---

UTILITY TRAILER SALES TN INC
PO BOX 400
LEBANON, TN 37088

Claim Number: 6769
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,243.00 | Scheduled: | $1,243.00 |
|---|---|---|---|---|

UWHARRIE ENVIRONMENT
FENNEMORE CRAIG, P.C.
C/O BRYAN A. ALBUE
3003 N. CENTRAL AVENUE, SUITE 2600
PHOENIX, AZ 85012-2913

Claim Number: 11328
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| UNSECURED | Claimed: | $5,391.20  UNLIQ | Scheduled: | $5,406.00 |
|---|---|---|---|---|

VA / JAMES A HALEY VETERANS HOSPITAL
13000 BRUCE B DOWNS BOULEVARD
TAMPA, FL 33612

Claim Number: 10651
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $872.00 | Scheduled: | $845.00 |
|---|---|---|---|---|

VAIL, JEFFIE JR.
405 KEPPLER CREEK ROAD
QUITMAN, LA 71268

Claim Number: 10291
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

VALCO CINCINNATI, INC
1244 SOLUTIONS CENTER
CHICAGO, IL 60677-1002

Claim Number: 9201-01
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $122,970.58 | Scheduled: | $144,994.34 | Allowed: | $122,970.58 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| VALENTIN, CARLOS R<br>2680 W. HIDDEN GLENN<br>WAUKEGAN, IL 60085 | | Claim Number: 5833<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |
| VALENTINE LANDSCAPING SERVICE<br>1046 PISGAH VIEW DR.<br>KERNERSVILLE, NC 27284 | | Claim Number: 6963<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,890.25 | Scheduled: | $2,890.25 |
| VALLEY FIRE PROTECTION<br>101 N RADDANT RD<br>BATAVIA, IL 60510 | | Claim Number: 5325<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7651 (05/18/2010) | | |
| UNSECURED | Claimed: | $46,904.00 | Scheduled: | $46,904.00 |
| VALLEY GRINDING SERVICE & SUPPLY, INC.<br>PO BOX 246<br>LITTLE CHUTE, WI 54140 | | Claim Number: 6547<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $10,837.94 | Scheduled: | $10,837.94 |
| VALLEY MACHINE AND WELDING INC<br>4500 FAGAN STREET<br>CHATTANOOGA, TN 37410 | | Claim Number: 9247<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $980.00 | Scheduled: | $980.00 |

| | | | | | |
|---|---|---|---|---|---|
| VALLEY NATIONAL GASES LLC<br>PO BOX 6628<br>WHEELING, WV 26003 | | Claim Number: 2157<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $6,740.18 | Scheduled: | $4,427.48 | |
| VALLEY ROLLER CO INC<br>N257 STONEY BROOK ROAD<br>APPLETON, WI 54915-9444 | | Claim Number: 3838<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,026.00 | Scheduled: | $2,026.00 | |
| VALLEY RUBBER & GASKET CO., INC.<br>10182 CROYDON WAY<br>SACRAMENTO, CA 95828 | | Claim Number: 3201<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $582.45 | Scheduled: | $582.45 | |
| VALLEY TIMBER INC<br>PO BOX 680896<br>FORT PAYNE, AL 35968-1609 | | Claim Number: 7385<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,893.00 | Scheduled: | $7,893.00 UNLIQ | |
| VALLEY WOOD INC<br>PO BOX 12004<br>COLUMBUS, GA 31917 | | Claim Number: 4194<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $887.52 | Scheduled: | $5,887.52 | |

---

VALLEYCREST LANDSCAPE MAINTENANCE
ASHLEY WILSON, ESQ.
24151 VENTURA BOULEVARD
CALABASAS, CA 91302

Claim Number: 1742
Claim Date: 03/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,510.00 | Scheduled: | $2,535.00 |
|---|---|---|---|---|

VALS PLUMBING AND HEATING
413 FRONT STREET
SALINAS, CA 93901

Claim Number: 6298
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2343 (10/20/2009)

| UNSECURED | Claimed: | $644.84 |
|---|---|---|

VALS PLUMBING AND HEATING
413 FRONT STREET
SALINAS, CA 93901

Claim Number: 6612
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $644.84 | Scheduled: | $644.84 |
|---|---|---|---|---|

VAN, ANDA J.
C/O JAMES E. SORENSON, ESQ.
WILLIAMS, GAUTIER, GWYNN, DELOACH, &
SORENSON P.A. PO BOX 4128
TALLAHASSEE, FL 32315-4128

Claim Number: 10683
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $73,953.10 |
|---|---|---|

VANAERNAM TIMBER MANAGEMENT, INC.
PO BOX 2189
CROSS CITY, FL 32628

Claim Number: 3263
Claim Date: 06/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,873.63 | | | Allowed: | $12,873.63 |
|---|---|---|---|---|---|---|

---

VANDALIA DISTRIBUTION WAREHOUSE INC
PO BOX 9
VANDALIA, IL 62471

Claim Number: 6379
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,902.00 | Scheduled: | $2,902.00 |
|---|---|---|---|---|

VANDERLOOP'S SHOES, INC
PO BOX 346
400 MOASIS DR
LITTLE CHUTE, WI 54140

Claim Number: 967
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,377.89 | | |
|---|---|---|---|---|

VANDERLOOP'S SHOES, INC
PO BOX 346
400 MOASIS DR
LITTLE CHUTE, WI 54140

Claim Number: 968
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,911.00 | | |
|---|---|---|---|---|

VANDERLOOP'S SHOES, INC
PO BOX 346
400 MOASIS DR
LITTLE CHUTE, WI 54140

Claim Number: 969
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $557.55 | | |
|---|---|---|---|---|

VANDERLOOP'S SHOES, INC
PO BOX 346
400 MOASIS DR
LITTLE CHUTE, WI 54140

Claim Number: 970
Claim Date: 03/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,554.04 | Scheduled: | $7,522.48 |
|---|---|---|---|---|

---

VANE LINE BUNKERING INC
PO BOX 630476
BALTIMORE, MD 21263-0476

Claim Number: 6266
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| UNSECURED | Claimed: | $155,309.00 | Scheduled: | $157,718.75 | | |
|---|---|---|---|---|---|---|

VANSCO PRECISION ADHESIVE PLACEMENT
2652 LASHBROOK AVENUE
SOUTH EL MONTE, CA 91733

Claim Number: 9273
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,009.90  UNDET | Scheduled: | $1,009.90 | | |
|---|---|---|---|---|---|---|

VARN TRADING COMPANY
PO BOX 40965
JACKSONVILLE, FL 32203

Claim Number: 2328
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $23,437.76 | Scheduled: | $46,875.51  UNLIQ | Allowed: | $23,437.76 |
|---|---|---|---|---|---|---|

VARN WOOD PRODUCTS, LLC
P.O. BOX 128
HOBOKEN, GA 31542

Claim Number: 2316
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $38,838.84 | Scheduled: | $77,677.69  UNLIQ | Allowed: | $38,838.84 |
|---|---|---|---|---|---|---|

VARN, INC.
P.O. BOX 10
HOBOKEN, GA 31542

Claim Number: 2329
Claim Date: 04/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,819.62 | Scheduled: | $21,639.22  UNLIQ | | |
|---|---|---|---|---|---|---|

---

VATEX AMERICA INC
2395 HERMITAGE
RICHMOND, VA 23220

Claim Number: 5236
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $799.00 | Scheduled: | $799.00 |

VAUGHN BELTING CO
2251 S. PINE ST.
PO BOX 5505
SPARTANBURG, SC 29304

Claim Number: 4307
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,126.42 | Scheduled: | $9,126.42 |

VECTREN ENERGY DELIVERY
ATTENTION BANKRUPTCY
P.O. BOX 209
EVANSVILLE, IN 47702

Claim Number: 11483
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $12.79 | |

VECTREN ENERGY DELIVERY
PO BOX 6250
INDIANAPOLIS, IN 46206-6250

Claim Number: 11484
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,445.93 | Scheduled: | $5,170.34 |

VECTREN ENERGY DELIVERY
ATTENTION BANKRUPTCY
P.O. BOX 209
EVANSVILLE, IN 47702

Claim Number: 11485
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,136.67 | |

| | | |
|---|---|---|
| VECTREN ENERGY DELIVERY/NORTH 6248<br>P.O. BOX 6248<br>INDIANAPOLIS, IN 46206-6248 | Claim Number: 11488<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $4,028.24 |
| VECTREN ENERGY DELIVERY/OHIO 6262<br>P.O. BOX 6262<br>INDIANAPOLIS, IN 46206-6262 | Claim Number: 11487<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $5,222.60 |
| VECTREN ENERGY DELIVERY/SOUTH 6250<br>P.O. BOX 6250<br>INDIANAPOLIS, IN 46206-6250 | Claim Number: 11486<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $23.27 |
| VEENSCHOTEN & COMPANY, INC.- ASSIGNOR<br>C/O SIERRA LIQUIDITY FUND, LLC, ASSIGNEE<br>& ATTORNEY-IN-FACT<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 9182<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | |
| ADMINISTRATIVE | Claimed: | $4,406.00 |
| PRIORITY | Claimed: | $4,406.00 |
| TOTAL | Claimed: | $4,406.00 |
| VEENSHCOTEN & COMPANY, INC.- ASSIGNOR<br>C/O SIERRA LIQUIDITY FUND, LLC- ASSIGNEE<br>& ATTORNEY<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | Claim Number: 9185<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $5,250.00 |

VEND A MATIC INC
PO BOX 949
SOCIAL CIRCLE, GA 30025

Claim Number: 5477
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $527.60 | Scheduled: | $583.22 | | |

VENTILATION POWER CLEANING INC
3914 LEARY WAY NORTHWEST
SEATTLE, WA 98107-5042

Claim Number: 6695
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $738.42 | Scheduled: | $667.63 | | |

VENTO INC.
1310 CONSHOHOCKEN RD.
CONSHOHOCKEN, PA 19428

Claim Number: 3002
Claim Date: 05/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $13,686.46 | | | | |

VENTO, INC.
1310 CONSHOHOCKEN ROAD
CONSHOHOCKEN, PA 19428

Claim Number: 13774
Claim Date: 01/14/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,057.08 | Scheduled: | $10,912.00 | Allowed: | $15,057.08 |

VENTURA COUNTY TAX COLLECTOR
ATTN: BANKRUPTCY
800 S. VICTORIA AVE
VENTURA, CA 93009-1290

Claim Number: 12184
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7650 (05/18/2010)

| PRIORITY | Claimed: | $770.69 | Scheduled: | $0.00  UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| VEOLIA ES TECHNICAL SOLUTIONS L.L.C.<br>1275 MINERAL SPRINGS DR<br>PORT WASHINGTON, WI 53074 | | Claim Number: 1740<br>Claim Date: 03/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,754.93 | Scheduled: | $1,238.00 |
| VERDUGO, EULAGIO T.<br>741 W HUGHES ST<br>NOGALES, AZ 85621-1869 | | Claim Number: 4909<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,000.00 | Scheduled: | $1,000.00 |
| VERIZON WIRELESS<br>P.O. BOX 3397<br>BLOOMINGTON, IL 61702 | | Claim Number: 14012<br>Claim Date: 04/23/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8530 (09/13/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $80,590.30 | Scheduled: | $89,137.28 |
| VERMEYS, PAMELA<br>C/O JAY E. DENNE, ATTORNEY AT LAW<br>PO BOX 912<br>SIOUX CITY, IA 51102 | | Claim Number: 927<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,000.00 | | |
| VERMEYS, PAMELA<br>C/O JAY E. DENNE, ATTORNEY AT LAW<br>PO BOX 912<br>SIOUX CITY, IA 51102 | | Claim Number: 7788<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $250,000.00 | | |

| | | | | |
|---|---|---|---|---|
| VERN'S PLUMBING<br>3505 W ASHLAN AVE<br>FRESNO, CA 93722 | | Claim Number: 8423<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,346.60 | Scheduled: | $2,280.89 |
| VERNON COMPANY, THE<br>ONE PROMOTIONAL PLACE<br>NEWTON, IA 50208 | | Claim Number: 948<br>Claim Date: 02/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,819.59 | Scheduled: | $1,152.89 |
| VERST GROUP LOGISTICS<br>VERST GROUP LOGISTICS, INC.<br>300 SHORLAND DRIVE<br>WALTON, KY 41094 | | Claim Number: 5246<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $11,320.64 | Scheduled: | $29,738.26  UNLIQ |
| VERTIS, INC.<br>ATTN: JERRY HUNT<br>250 W. PRATT STREET<br>BALTIMORE, MD 21201 | | Claim Number: 11605-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $27,804.93 | Scheduled: | $37,569.72 |
| VES COMPANY INC<br>PO BOX 60157<br>SEATTLE, WA 98160 | | Claim Number: 6294<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $920.00 | Scheduled: | $920.00 |

---

VESPER PALLET CO INC
6584 CAMERON AVE
PO BOXX 126
VESPER, WI 54489

Claim Number: 2476
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,333.74 | Scheduled: | $13,333.74 | | |

---

VETERAN'S TRUCKING
7222 W CERMAK RD, STE 220
RIVERSIDE, IL 60546-1423

Claim Number: 5818
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7551 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,781.25 | Scheduled: | $12,031.25 | Allowed: | $13,781.25 |

---

VGM PROPERTIES LLC
560 PLANTATION ROAD
MARTINSVILLE, VA 24112

Claim Number: 4894
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| UNSECURED | Claimed: | $11,483.08 | Scheduled: | $11,483.08 | | |

---

VICK COMPANIES, INC.
ATTN: W. WAYNE VICK
T/A INFRALOGIX
POST OFFICE BOX 444
WILLIAMSBURG, VA 23185

Claim Number: 12651
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $22,445.00 | | | | |

---

VIDEO INDUSTRIAL SERVICE INC
113 SHERIDAN ROAD
BIRMINGHAM, AL 35214

Claim Number: 7119
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $214,836.51 | Scheduled: | $170,135.46 | Allowed: | $214,836.51 |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VIDEO SECURITY SOLUTIONS<br>231 E CHARLOTTE AVENUE<br>ANAHEIM, CA 92805 | | Claim Number: 6231<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | | | |
| ADMINISTRATIVE | Claimed: | $1,276.00 | | | | | |
| UNSECURED | Claimed: | $862.00 | | | | | |
| VIKING FIRE PROTECTION INC<br>PO BOX 527<br>HIGH POINT, NC 27261 | | Claim Number: 4158<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $52,096.62 | Scheduled: | $57,036.62 | Allowed: | $52,096.62 |
| VIKING INDUSTRIES, INC.<br>P.O. BOX 249<br>89 S. OHIOVILLE RD.<br>NEW PALTZ, NY 12561 | | Claim Number: 1981<br>Claim Date: 04/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $12,639.23 | Scheduled: | $12,437.63 | | |
| VILLAGE OF NEW LENOX, IL<br>1 VETERANS PARKWAY<br>NEW LENOX, IL 60451 | | Claim Number: 4642<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $4,193.45 | Scheduled: | $200.00 | | |
| VINSON, DORA B.<br>C/O SCOTT P. HOLWITT, ESQ.<br>5017 WASHINGTON PLACE - 3RD FLOOR<br>SAINT LOUIS, MO 63108 | | Claim Number: 1193<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | | |
| UNSECURED | Claimed: | $250,000.00 | | | | | |

---

VIPER PROTECTION SERVICES, INC.
PO BOX 327
ETNA, OH 43018-0327

Claim Number: 11162
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,323.34 | Scheduled: | $2,323.34 |
|---|---|---|---|---|

---

VIRGINIA CAROLINA BELTING INC
PO BOX 114
ROANOKE, VA 24002-0114

Claim Number: 3848
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $32,580.56 | Scheduled: | $24,946.72 |
|---|---|---|---|---|

---

VIRGINIA CAROLINA FOREST PRODUCTS I
PO BOX 668
LAWRENCEVILLE, VA 23868

Claim Number: 9861
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $14,387.08 |
|---|---|---|

---

VIRGINIA CAROLINA FOREST PRODUCTS, INC.
ATTN: OWEN STRICKLER
P.O. BOX 668
LAWRENCEVILLE, VA 23868

Claim Number: 9860
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 2205 (10/09/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $14,387.08 | Allowed: | $14,387.08 |
|---|---|---|---|---|

---

VIRGINIA CAROLINA TIMBER INC
P.O. BOX 668
LAWRENCEVILLE, VA 23868

Claim Number: 9869
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| ADMINISTRATIVE | Claimed: | $74,477.74 |
|---|---|---|

---

| VIRGINIA CAROLINA TIMBER, INC.<br>ATTN: TERRY GRECH<br>P.O. 668<br>LAWRENCEVILLE, VA 23868 | | Claim Number: 9868<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8528 (09/13/2010)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $57,089.88 | | | | |
| UNSECURED | Claimed: | $17,387.86 | | | Allowed: | $17,387.86 |
| VIRGINIA CARTRIDGE RECYCLERS<br>PO BOX 2476<br>CHESTER, VA 23831 | | Claim Number: 3989-01<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $372.30 | Scheduled: | $1,779.00 | | |
| VIRGINIA CARTRIDGE RECYCLERS<br>PO BOX 2476<br>CHESTER, VA 23831 | | Claim Number: 3989-02<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1974 (09/18/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $1,032.24 | | | Allowed: | $1,032.24 |
| VIRGINIA DEPT OF ENVIRONMENTAL QUALITY<br>ATTN: MELANIE D. DAVENPORT<br>629 E. MAIN STREET<br>RICHMOND, VA 23210 | | Claim Number: 99020<br>Claim Date: 08/25/2010<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8445 (08/25/2010) | | | | |
| UNSECURED | Claimed: | $10,000.00 | | | Allowed: | $10,000.00 |
| VIRGINIA DIVERSIFIED<br>PO BOX 7<br>SKIPPERS, VA 23879 | | Claim Number: 12295<br>Claim Date: 09/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,500.00 | Scheduled: | $5,500.00 | | |

| | | | | |
|---|---|---|---|---|
| VIRGINIA ELEVATOR CO INC<br>2110 TOMLYNN ST<br>RICHMOND, VA 23230 | | Claim Number: 9437<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $14,817.89 | Scheduled: | $16,691.16 |
| VIRGINIA ELEVATOR CO INC<br>2110 TOMLYNN ST<br>RICHMOND, VA 23230 | | Claim Number: 9439<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $14,817.89 | | |
| VIRGINIA FIRE PROTECTION<br>10343 B KINGS ACRES ROAD<br>ASHLAND, VA 23005 | | Claim Number: 6131<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,171.00 | Scheduled: | $4,171.00 |
| VIRGINIA LAB SUPPLY CORP<br>PO BOX 9870<br>RICHMOND, VA 23228 | | Claim Number: 13419<br>Claim Date: 10/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,890.72 | Scheduled: | $5,550.37 |
| VIRGINIA SPRINKLER COMPANY, INC.<br>C/O MICHAEL P. FALZONE, ESQ.<br>HIRSCHLER FLEISCHER, P.C.<br>P.O. BOX 500<br>RICHMOND, VA 23218-0500 | | Claim Number: 6681-01<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4964 (02/12/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $62,806.01 | Scheduled: | $126,916.77 |

VIRGINIA SPRINKLER COMPANY, INC.
C/O MICHAEL P. FALZONE, ESQ.
HIRSCHLER FLEISCHER, P.C.
P.O. BOX 500
RICHMOND, VA 23218-0500

Claim Number: 6681-02
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4964 (02/12/2010)

| ADMINISTRATIVE | Claimed: | $64,821.80 | | | | Allowed: | $64,821.80 |
|---|---|---|---|---|---|---|---|

VIRGINIA-AMERICAN WATER COMPANY
C/O KENNETH C. JONES
CORPORATE COUNSEL
727 CRAIG ROAD
ST. LOUIS, MO 63141

Claim Number: 7208
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $195,868.92 | Scheduled: | $195,868.92 | Allowed: | $195,868.92 |
|---|---|---|---|---|---|---|

VISION INTEGRATED GRAPHICS LLC
208 S JEFFERSON STREET  3RD FLOOR
CHICAGO, IL 60661

Claim Number: 6264
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,307.62 | Scheduled: | $13,670.61 |
|---|---|---|---|---|

VISUAL COMMUNICATIONS CO INC
PO BOX 7757
ROANOKE, VA 24019

Claim Number: 3843
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,168.35 | Scheduled: | $1,168.35 |
|---|---|---|---|---|

VITEC INC
24755 HIGHPOINT ROAD
CLEVELAND, OH 44122-6050

Claim Number: 7804
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,604.86 | Scheduled: | $2,604.86 |
|---|---|---|---|---|

VLAHOVLJAK, MIRSAD
4002 BATES STREET
SAINT LOUIS, MO 63116

Claim Number: 7897
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,000,000.00 | | | | |

VLASATY LAW FIRM LLC, THE
7711 BONHOMME AVE STE 740
SAINT LOUIS, MO 63105-1974

Claim Number: 8013
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,415.00 | Scheduled: | $1,415.00 | | |

VOCATIONAL SERVICES, INC.
935 KENT STREET
LIBERTY, MO 64068

Claim Number: 1059
Claim Date: 03/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17,208.88 | Scheduled: | $18,683.72 | Allowed: | $17,208.88 |

VOCATIONAL TRAINING CENTER
424 9TH AVE S
FARGO, ND 58102

Claim Number: 610
Claim Date: 02/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,280.20 | Scheduled: | $3,234.80 | | |

VOICE OF GOD
PO BOX 950
JEFFERSONVILLE, IN 47131

Claim Number: 12302
Claim Date: 09/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,955.83 | Scheduled: | $1,747.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| VOITH PAPER FABRICS US SALES INC<br>ATTN: STEPHANIE VINCENT<br>2200 N. ROEMER ROAD<br>APPLETON, WI 54911 | | Claim Number: 11042-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 6350 (03/29/2010) | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $718,482.89<br>Scheduled: | $30,435.33 | Allowed: | $718,482.89 |
| VOITH PAPER FABRICS WAYCROSS, INC.<br>ATTN: STEPHANIE VINCENT<br>2200 N. ROEMER ROAD<br>APPLETON, WI 54911 | | Claim Number: 11038-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 6350 (03/29/2010) | | | |
| ADMINISTRATIVE | Claimed: | $2,317.10 | | Allowed: | $2,317.10 |
| VOITH PAPER INC<br>ATTN: STEPHANIE VINCENT<br>2200 N. ROEMER ROAD<br>APPLETON, WI 54911 | | Claim Number: 11041<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 6350 (03/29/2010) | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $112,863.00<br>Scheduled: | $150,319.59 | Allowed: | $112,863.00 |
| VOITH PAPER ROLLS SOUTH INC<br>ATTN: STEPHANIE VINCENT<br>2200 N. ROEMER ROAD<br>APPLETON, WI 54911 | | Claim Number: 11039-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 6350 (03/29/2010) | | | |
| ADMINISTRATIVE | Claimed: | $65,823.12 | | Allowed: | $65,823.12 |
| VOITH PAPER ROLLS WEST INC<br>ATTN: STEPHANIE VINCENT<br>2200 N. ROEMER ROAD<br>APPLETON, WI 54911 | | Claim Number: 11040-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 6350 (03/29/2010) | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $307.00<br>Scheduled: | $824.10 | Allowed: | $307.00 |

| | | | | | |
|---|---|---|---|---|---|
| VOLLAND, R K<br>139 DUBONNET ROAD<br>TAVERNIER, FL 33070 | | Claim Number: 11546<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9395 (12/19/2012) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $50,178.00 | | Allowed: | $11,500.00 |
| VOLLAND, R K<br>139 DUBONNET ROAD<br>TAVERNIER, FL 33070 | | Claim Number: 11547<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9033 (04/25/2011) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $1,059,200.00 | | Allowed: | $964,011.00 |
| VOLLAND, R K<br>139 DUBONNET ROAD<br>TAVERNIER, FL 33070 | | Claim Number: 11548<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9295 (12/19/2012) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $46,915.00 | | Allowed: | $10,500.00 |
| VOLUCK, ALLAN<br>901 EAST CAMINO REAL<br>BOCA RATON, FL 33432 | | Claim Number: 13701<br>Claim Date: 12/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| PRIORITY | Claimed: | $5,530.05 | | | |
| UNSECURED | | | Scheduled: | $5,530.05  UNLIQ | |
| VOLUNTEER MACHINE AND TOOL LLC<br>PO BOX 366<br>HUMBOLDT, TN 38343 | | Claim Number: 4812<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $10,069.00 | Scheduled: | $8,919.00 | |

---

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: TIMCO PRODUCTS INC
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 3701
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $33,993.41 | Scheduled: | $33,993.41 | Allowed: | $33,993.41 |
|---|---|---|---|---|---|---|

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: PFS WASTE CONTROL SERVICES
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 3925
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $26,942.16 | Scheduled: | $28,509.00 | | |
|---|---|---|---|---|---|---|

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: OREGON PALLET
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 4436
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $18,081.50 | Scheduled: | $17,997.50 | | |
|---|---|---|---|---|---|---|

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: ARKANSAS OKLAHOMA GAS ASOC
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 4520
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,361.61 | Scheduled: | $15,361.61 | Allowed: | $15,361.61 |
|---|---|---|---|---|---|---|

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: W&W FARMS
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 5870-01
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $23,436.00 | Scheduled: | $25,776.00 | Allowed: | $23,436.00 |
|---|---|---|---|---|---|---|

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: W&W FARMS
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 5870-02
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1866 (09/04/2009)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,340.00 | | Allowed: | $2,340.00 |

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: CW TRANSPORTATION
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 6229
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $41,608.82 | Scheduled: | $42,958.82 | |

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: CALUMET MACHINE
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 6337
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $20,360.00 | Scheduled: | $20,360.00 | Allowed: | $20,360.00 |

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: CITY OF SHELBY UTILITIES
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 7079
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $43,473.11 | Scheduled: | $42,873.11 | Allowed: | $43,473.11 |

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: PALMETTO SPLICE SERVICE INC
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 7080-01
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $45,861.24 | Scheduled: | $47,990.47 | |

---

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: PALMETTO SPLICE SERVICE INC
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 7080-02
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1866 (09/04/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $1,897.20 | | Allowed: | $1,897.20 |
|---|---|---|---|---|---|

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: MITSUBISHI HEAVY INDUSTRIES
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 7412
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $491,303.67 | Scheduled: | $38,943.15 |
|---|---|---|---|---|

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: WESTERN STATES EQUIPMENT
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 7417
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8408 (08/18/2010)
THIS CLAIM IS PAID

| SECURED | Claimed: | $128,500.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $50,548.62 | Scheduled: | $186,029.87 |

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: FLEXOPLATE INC
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 7665
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $24,745.73 | Scheduled: | $24,669.31 |
|---|---|---|---|---|

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: SERVICE ROOFING CO INC
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 7713
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $18,569.00 | Scheduled: | $18,569.00 |
|---|---|---|---|---|

---

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: SERVICE ONE PROFESSIONAL GRO
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 7803
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $126,368.04 | Scheduled: | $126,368.04 | Allowed: | $126,368.04 |
|---|---|---|---|---|---|---|

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: YOH SERVICES, LLC
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 9808
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $136,058.00 | Scheduled: | $136,058.00 | Allowed: | $136,058.00 |
|---|---|---|---|---|---|---|

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: PRISM SYSTEMS INC
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 10097
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $46,898.50 | Scheduled: | $42,344.50 | Allowed: | $46,898.50 |
|---|---|---|---|---|---|---|

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: HISCO PUMP INCORPORATED
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 10749
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7450 (05/06/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,671.07 | | | | |
|---|---|---|---|---|---|---|

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: HISCO PUMP INCORPORATED
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 10750
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7450 (05/06/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $37,932.57 | Scheduled: | $40,776.03 | | |
|---|---|---|---|---|---|---|

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: ATLANTA GEAR WORKS INC
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 10764
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $89,384.00 | Scheduled: | $89,384.00 |
|---|---|---|---|---|

VORNE INDUSTRIES INC
1445 INDUSTRIAL DR
ITASCA, IL 60143-1849

Claim Number: 4518
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,498.24 | Scheduled: | $3,498.24 |
|---|---|---|---|---|

VOSS EQUIPMENT
PO BOX 757
BEDFORD PARK, IL 60499-0757

Claim Number: 6874
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,951.70 | Scheduled: | $5,951.70 |
|---|---|---|---|---|

VSP TECHNOLOGIES
JEFFREY R. WAXMAN
MORRIS JAMES LLP
500 DELAWARE AVENUE, SUITE 1500
WILMINGTON, DE 19801

Claim Number: 1606-01
Claim Date: 03/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,614.25 | | |
|---|---|---|---|---|

VULCAN CONSTRUCTION MATERIALS LP
DRAWER 0344
P.O.BOX 11407
BIRMINGHAM, AL 35246-0344

Claim Number: 4655
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,839.78 | Scheduled: | $6,365.35 |
|---|---|---|---|---|

---

VULCAN HEATING & AIR CON SRV INC
255 RIVERCHASE PKWY E
BIRMINGHAM, AL 35244

Claim Number: 7904
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,606.23 | Scheduled: | $7,606.23 | | |
|---|---|---|---|---|---|---|

VULCAN SPRING AND MANUFACTURING CO
501 SCHOOLHOUSE ROAD
TELFORD, PA 18969

Claim Number: 3747
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $19,157.57 | Scheduled: | $19,175.57 | Allowed: | $19,157.57 |
|---|---|---|---|---|---|---|

VWR INTERNATIONAL
1775 THE EXCHANGE, STE 310
ATLANTA, GA 30339

Claim Number: 6392
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,303.62 | Scheduled: | $10,086.67 | | |
|---|---|---|---|---|---|---|

W C TIMBER
5 WOODCLIFFE DR N E
ROME, GA 30161

Claim Number: 5125
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,211.56 | Scheduled: | $24,423.12  UNLIQ | Allowed: | $12,211.56 |
|---|---|---|---|---|---|---|

W R MARTIN COMPANY
1204 W MAIN STREET
LOUISVILLE, KY 40203

Claim Number: 4528
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $16,368.04 | Scheduled: | $16,368.04 | | |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| W&W FARMS<br>PO BOX 195<br>NETTLETON, MS 38858 | | Claim Number: 5868<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | | | |
| UNSECURED | Claimed: | $592.79 | | | | |
| W. HERBERT WILSON INC.<br>656 PINE GROVE RD<br>SAINT MARYS, WV 26170-7155 | | Claim Number: 12784<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | |
| UNSECURED | Claimed: | $18,856.75 | Scheduled: | $18,975.13 | | |
| W. HERBERT WILSON INC.<br>ATTN: LISA WILSON LAMP<br>656 PINE GROVE ROAD<br>SAINT MARYS, WV 26170 | | Claim Number: 12785<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $18,856.75 | | | Allowed: | $18,856.75 |
| W.B. THOMPSON COMPANY, INC.<br>P.O. BOX 709<br>IRON MOUNTAIN, MI 49801 | | Claim Number: 12239<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $143.68 | | | | |
| W.C.&D. ENTERPRISES D/B/A WALTER KNOLL<br>FLORIST OR HAROLD'S WHOLESALE<br>2765 LASALLE STREET<br>SAINT LOUIS, MO 63104-1917 | | Claim Number: 3572<br>Claim Date: 06/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $82.42 | Scheduled: | $82.42 | | |

---

W.G. YATES & SONS CONSTRUCTION CO.
P.O. BOX 456
PHILADELPHIA, MS 39350

Claim Number: 6856
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $591,535.08 | | |
| UNSECURED | Claimed: | $44,105.91 | Scheduled: | $480,097.89 |
| TOTAL | Claimed: | $635,641.79 | | |

---

W.J. RAPP COMPANY, INC.
C/O ADAM R. NELSON, ESQ.
THOMPSONMCMULLAN, PC
100 SHOCKOE SLIP
RICHMOND, VA 23219

Claim Number: 6754
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $15,004.28 | | |
| UNSECURED | | | Scheduled: | $14,867.64 |

---

W.J. SAPP & SON, INC.
370 US HIGHWAY 90, WEST
BALDWIN, FL 32234

Claim Number: 9118
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $46,818.00 | Scheduled: | $65,748.00 |

---

W.S. OSHEA CO INC
490 LONG POINT RD.
MT PLEASANT, SC 29464

Claim Number: 7501
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $194.43 |

---

W.W. GRAINGER, INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K. HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 7288
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $921,225.49 | Scheduled: | $15,353.81 |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13367-01<br>Claim Date: 09/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8117 (06/22/2010) | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $372,250.25  UNLIQ | Scheduled: | $85.52 | Allowed: | $125,150.22 |
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13367-02<br>Claim Date: 09/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 8595 (10/01/2010) | | | | |
| UNSECURED | Claimed: | $796,075.27  UNLIQ | Scheduled: | $76.52 | Allowed: | $700,000.00 |
| WABASH IRON & METAL<br>1908 TROOST AVE.<br>KANSAS CITY, MO 64108 | | Claim Number: 6899<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $21,287.26 | Scheduled: | $21,182.00 | Allowed: | $21,287.26 |
| WACCAMAW LUMBER COMPANY<br>PO BOX 37<br>TABOR CITY, NC 28463 | | Claim Number: 6945<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 1866 (09/04/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $14,978.04 | Scheduled: | $29,956.08  UNLIQ | Allowed: | $14,978.04 |
| WACOSA<br>PO BOX 757<br>WAITE PARK, MN 56387 | | Claim Number: 2218<br>Claim Date: 04/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $24,688.10 | Scheduled: | $25,961.50 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WADDLE, ROBERT D.<br>P.O. BOX 499<br>CAMPTI, LA 71411 | | Claim Number: 10329<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |
| WAGG, TIMOTHY J.<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS AND SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 12967<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>THIS CLAIM IS PAID | | | | | |
| PRIORITY | Claimed: | $1,638.60 | | | | | |
| UNSECURED | Claimed: | $831,794.32 | Scheduled: | $626,326.96 | Allowed: | $758,658.00 |
| WAGNER DIE SUPPLY, INC.<br>2041 ELM CT.<br>ONTARIO, CA 91761 | | Claim Number: 757<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $12,040.34 | Scheduled: | $8,878.39 | | |
| WALDEN SECURITY<br>C/O BRUCE C. BAILEY, ESQ.<br>CHAMBLISS BAHNER & STOPHEL PC<br>TWO UNION SQ., 1000 TALLAN BLDG.<br>CHATTANOOGA, TN 37402 | | Claim Number: 775<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $71,458.90 | Scheduled: | $71,458.90 | Allowed: | $71,458.90 |
| WALDINGER CORPORATION, THE<br>PO BOX 1612<br>DES MOINES, IA 50306 | | Claim Number: 4804<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $48,224.85 | Scheduled: | $48,224.85 | Allowed: | $48,224.85 |

---

| WALKER INDUSTRIAL PRODUCTS INC. | | Claim Number: 2587 | | |
|---|---|---|---|---|
| DBA EMO OPTIMA | | Claim Date: 04/29/2009 | | |
| 117 MT. PLEASANT ROAD | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| PO BOX 499 | | Comments: DOCKET: 7553 (05/10/2010) | | |
| NEWTOWN, CT 06470 | | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $765.12 | Scheduled: | $765.12 |

---

| WALKER TOWEL AND UNIFORM | | Claim Number: 935 | | |
|---|---|---|---|---|
| 2601 E. TRUMAN RD. | | Claim Date: 02/24/2009 | | |
| KANSAS CITY, MO 64127 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| | | Comments: DOCKET: 6649 (04/07/2010) | | |
| | | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,763.22 | | |

---

| WALKER TOWEL AND UNIFORM | | Claim Number: 7027 | | |
|---|---|---|---|---|
| 2601 TRUMAN ROAD | | Claim Date: 08/03/2009 | | |
| KANSAS CITY, MO 64127 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| | | Comments: | | |
| | | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $223.45 | Scheduled: | $4,909.32 |

---

| WALKER, BRENDA | | Claim Number: 11166 | | |
|---|---|---|---|---|
| C/O DOUGLAS M. LAMB | | Claim Date: 08/27/2009 | | |
| P.O. BOX 34275 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| LOUISVILLE, KY 40232 | | Comments: EXPUNGED | | |
| | | DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $15,000.00   UNLIQ | | |

---

| WALKER, BRENDA | | Claim Number: 11167 | | |
|---|---|---|---|---|
| C/O DOUGLAS M. LAMB | | Claim Date: 08/27/2009 | | |
| P.O. BOX 34275 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| LOUISVILLE, KY 40232 | | Comments: EXPUNGED | | |
| | | DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $15,000.00   UNLIQ | | |

---

WALKER, GARY DEAN
130 HARVEY ROAD
QUITMAN, LA 71268

Claim Number: 10292
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|

WALKER, JAMES ROYCE, SR.
P.O. BOX 123
QUITMAN, LA 71268

Claim Number: 10293
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|

WALKER, MARTIN LEE
1091 HWY 505
JONESBORO, LA 71251

Claim Number: 10365
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|

WALKER, RANDY LEE
PO BOX 183
JONESBORO, LA 71251

Claim Number: 10366
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|

WALKER, RICKY LYNN
3384 BEECH SPRINGS RD.
QUITMAN, LA 71268

Claim Number: 10367
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|

WALL TIMBER PRODUCTS INC
PO BOX 1050
FAIRFAX, SC 29827

Claim Number: 10982
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $274,277.58 | Scheduled: | $315,898.49 UNLIQ | Allowed: | $274,277.58 |
|---|---|---|---|---|---|---|

WALL, DONALD
6819 DONNAHA RD
TOBACCOVILLE, NC 27050

Claim Number: 8169
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,260.00 | Scheduled: | $2,520.00 | | |
|---|---|---|---|---|---|---|

WALLA WALLA ENVIRONMENTAL INC
PO BOX 1298
WALLA WALLA, WA 99362

Claim Number: 11260-01
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $21,674.69 | Scheduled: | $59,212.48 | Allowed: | $21,674.69 |
|---|---|---|---|---|---|---|

WALLA WALLA ENVIRONMENTAL INC
PO BOX 1298
WALLA WALLA, WA 99362

Claim Number: 11263
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 | | |
|---|---|---|---|---|---|---|

WALLA WALLA ENVIRONMENTAL, INC.
4 WEST REES AVENUE
WALLA WALLA, WA 99362

Claim Number: 11259
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $27,180.78 | | | | |
|---|---|---|---|---|---|---|

---

WALLA WALLA ENVIRONMENTAL, INC.
4 WEST REES AVENUE
WALLA WALLA, WA 99362

Claim Number: 13942
Claim Date: 03/29/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $21,738.11 | | | | |
| UNSECURED | Claimed: | $5,442.67 | | | | |

WALLY'S FIRE & SAFETY EQUIPMENT CO
P.O. BOX 1023
MULLINS, SC 29574

Claim Number: 4030
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,496.78 | Scheduled: | $5,496.78 | |

WALPOLE'S TIRE SERVICE
PO BOX 398
RUSTON, LA 71273-0398

Claim Number: 4674
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9,263.22 | Scheduled: | $7,700.91 | |

WALSH CARGO, INC.
N2791 COUNTY RD N
LYNDON STATION, WI 53944

Claim Number: 1960
Claim Date: 04/02/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $21,319.56 | Scheduled: | $20,585.64 | Allowed: | $21,319.56 |

WALSWORTH, GARLAND
BOX 745
HODGE, LA 71247

Claim Number: 10330
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

WALSWORTH, SHELBY EVIT
1233 FIREWOOD RD.
JONESBORO, LA 71251

Claim Number: 10368
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

WALTER A WOOD SUPPLY
PO BOX 72847
CHATTANOOGA, TN 37407

Claim Number: 9592
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,222.05 | Scheduled: | $3,098.87 |
|---|---|---|---|---|

WALTERS WAREHOUSING INC
PO BOX 1021
NEENAH, WI 54957

Claim Number: 5927
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $45,858.60 | Scheduled: | $45,858.60 |
|---|---|---|---|---|

WALTON, CHARLES F
26402 VERACRUZ LANE
MISSION VIEJO, CA 92691

Claim Number: 7758
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| UNSECURED | Claimed: | $921,523.20 | | |
|---|---|---|---|---|

WALTON, JEFFREY
DBA A & J RECYCLING & DISPOSAL
6361 MARKLEY WAY
CARMICHAEL, CA 95603

Claim Number: 349
Claim Date: 02/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,739.66 | Scheduled: | $13,289.00 |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| WANDMACHER, WILLIAM N<br>4634 CARLTON DUNES DR<br>FERNANDINA BEACH, FL 32034 | | Claim Number: 9476<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET: 9033 (04/25/2011) | | | |
| UNSECURED | Claimed: | $4,097,999.00 | | Allowed: | $3,898,425.00 |
| WANDMACHER, WILLIAM N.<br>4634 CARLTON DUNES DR., UNIT 9<br>FERNANDINA BEACH, FL 32034 | | Claim Number: 8074<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>Amends claim 1600 | | | |
| SECURED | Claimed: | $505,813.02 | | | |
| WARREN PUMP INC<br>PO BOX 502944<br>SAINT LOUIS, MO 63150 | | Claim Number: 5303<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,456.80 | Scheduled: | $3,449.37 | |
| WARREN, DONNIE PAUL<br>544 FIREWOOD RD.<br>JONESBORO, LA 71251 | | Claim Number: 10369<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| WARREN, TONY L<br>2154 TULLIS DRIVE<br>MONTGOMERY, AL 36111 | | Claim Number: 5699<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

WARRIOR AUTO WORKS LLC
8171 MULLAN ROAD
MISSOULA, MT 59808

Claim Number: 4239
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $298.00 | Scheduled: | $149.00 | | |

WASHINGTON GAS ENERGY SERVICES INC
13865 SUNRISE VALLEY DR STE 200
HERNDON, VA 20171-4661

Claim Number: 5644
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $37,887.99 | Scheduled: | $37,887.99 | Allowed: | $37,887.99 |

WASHINGTON III, LUKE
P O BOX 140
SHACKLEFORDS, VA 23156

Claim Number: 9734
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |

WASTE PROCESSING EQUIPMENT INC
PO BOX 1047
RAINSVILLE, AL 35986

Claim Number: 5820
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17,970.00 | Scheduled: | $17,970.00 | Allowed: | $17,970.00 |

WATER GUARD INC
PO BOX 2226
WILSON, NC 27894

Claim Number: 6292
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,483.50 | Scheduled: | $7,458.50 | | |

---

WATER MAN, THE
115 SOUTH EUCLID ST
LA HABRA, CA 90631

Claim Number: 4291
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $791.96 | Scheduled: | $2,383.23 |
|---|---|---|---|---|

WATER SPIGOT, THE
5806 E HWY 22
PANAMA CITY, FL 32404

Claim Number: 7006
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,380.00 | Scheduled: | $6,380.00 |
|---|---|---|---|---|

WATER TREATMENT & CONTROLS CO
9900A NORTH PALAFOX STREET
PENSACOLA, FL 32534-1227

Claim Number: 2411
Claim Date: 04/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,734.51 | Scheduled: | $1,734.51 |
|---|---|---|---|---|

WATERS, ERIC MONTEZ
119 N BRUCE ST.
JONESBORO, LA 71251

Claim Number: 10370
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

WATERTOWN BOX CORP
PO BOX 6
WATERTOWN, SD 57201

Claim Number: 11009-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $21,604.70 | Scheduled: | $21,604.70 | Allowed: | $21,604.70 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| WATERTOWN BOX CORP<br>PO BOX 6<br>WATERTOWN, SD 57201 | | Claim Number: 11009-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2407 (10/22/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $4,008.75 | | | Allowed: | $4,008.75 |
| WATKINS, BOBBY JOE<br>234 FLETCHER RD.<br>JONESBORO, LA 71251 | | Claim Number: 10373<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |
| WATSON ELECTRICAL CONSTRUCTION CO. LLC<br>P.O. BOX 3105<br>WILSON, NC 27895-3105 | | Claim Number: 3005<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $15,140.06 | Scheduled: | $15,140.06 | | |
| WATSON SECURITY CORP<br>151 RAINIER AVE SOUTH<br>RENTON, WA 98055 | | Claim Number: 3962<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $808.42 | Scheduled: | $808.42 | | |
| WATSON, JIM<br>C/O PAUL M. ANDERSON<br>ANDERSON & ASSOCIATES<br>1584 METROPOLITAN BLVD.<br>TALLAHASSEE, FL 32308 | | Claim Number: 5406<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | | | |
| UNSECURED | Claimed: | $100,000.00 | Scheduled: | $0.00 UNLIQ | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WATTS COPY SYSTEMS INC<br>2860 STANTON AVE<br>SPRINGFIELD, IL 62703 | | Claim Number: 4999<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | | | |
| UNSECURED | Claimed: | $239.70 | Scheduled: | $239.70 | | | |
| WATTS COPY SYSTEMS, INC.<br>2860 STANTON<br>SPRINGFIELD, IL 62703 | | Claim Number: 5289<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $239.70 | | | | | |
| WAX TRANS INC<br>820 PARK ROW, STE 645<br>SALINAS, CA 93901 | | Claim Number: 7413<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $20,940.68 | Scheduled: | $20,165.43 | Allowed: | $20,940.68 | |
| WAXIE SANITARY SUPPLY<br>PO BOX 81006<br>SAN DIEGO, CA 92138-1006 | | Claim Number: 3917<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $6,877.75 | Scheduled: | $6,356.79 | | | |
| WAY, SEAN<br>JAMES E. SORENSON, ESQ.<br>WILLIAMS GAUTIER GWYNN DELOACH ET AL, PA<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL 32315-4128 | | Claim Number: 10711<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | | |
| UNSECURED | Claimed: | $2,544.01 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| WAYNE GARAGE DOOR SALES & SERVICE<br>PO BOX 98<br>DOVER, OH 44622 | | Claim Number: 11795<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $832.50 | Scheduled: | $3,402.20 | |
| WAYNE GARRETT LOGGING INC<br>2022 SUNKEN MEADOW RD<br>SPRING GROVE, VA 23881 | | Claim Number: 11244<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $10,373.52 | Scheduled: | $20,295.29 UNLIQ | |
| WBES LLC<br>P.O. BOX 6920<br>SHREVEPORT, LA 71136 | | Claim Number: 3331<br>Claim Date: 06/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $6,104.00 | Scheduled: | $6,104.00 | |
| WCA WASTE CORPORATION<br>24461 OAK GROVE LN<br>SEDALIA, MO 65301-9513 | | Claim Number: 3196<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $497.26 | Scheduled: | $500.00 | |
| WE CARE RECYCLING<br>RICHARD E. LOUNSBURY, PRES, BD OF DIR.<br>P.O. BOX 133<br>CARLINVILLE, IL 62626 | | Claim Number: 3102<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $12,153.00 | Scheduled: | $976.20 | |

WE CARLSON CORPORATION
1128 PAGNI DRIVE
ELK GROVE, IL 60007-6685

Claim Number: 3999
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $7,723.07 | | | | | |
| UNSECURED | | | Scheduled: | $7,473.78 | | | |

WEARTEK
PO BOX 665
PELL CITY, AL 35125

Claim Number: 6965
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $35,079.43 | Scheduled: | $35,079.43 | |

WEIR SLURRY GROUP, INC
ATTN: LINDA WOOLDRIDGE
PO BOX 7610
MADISON, WI 53707

Claim Number: 1875
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $37,823.70 | Scheduled: | $37,823.70 | Allowed: | $37,823.70 |

WEIR VALVES AND CONTROLS INC
PO BOX 13557
NEWARK, NJ 07188-0557

Claim Number: 6114
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9,100.97 | Scheduled: | $9,100.97 | |

WEIS MARKETS, INC.
ATTN: THOMAS FREDERICK
1000 S. SECOND ST.
P.O. BOX 471
SUNBURY, PA 17801-0471

Claim Number: 879
Claim Date: 02/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $104,776.81 | Scheduled: | $96,383.00 | |

---

WEISHEIMERS SALES AND SERVICE INC
235 NORTH 4TH ST
COLUMBUS, OH 43215

Claim Number: 3862
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $280.74 | Scheduled: | $280.74 | | |

WEK INC
PO BOX 21018
FORT LAUDERDALE, FL 33335

Claim Number: 6921
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,024.00 | Scheduled: | $11,024.00 | Allowed: | $11,024.00 |

WELD TECH LLP
670 SWANSON LANE
BONNER, MT 59823

Claim Number: 4065
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,889.41 | Scheduled: | $14,165.41 | | |

WELDCO MECHANICAL SERVICES
6735 HIGHWAY 2311
PANAMA CITY, FL 32404

Claim Number: 9252
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $218,560.22 | Scheduled: | $216,159.97 | Allowed: | $218,560.22 |

WELDEX SALES CORPORATION
PO BOX 1
THAXTON, VA 24174

Claim Number: 4344
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $900.00 | Scheduled: | $950.00 | | |

| | | | | |
|---|---|---|---|---|
| WELDING TECHNOLOGIES, INC.<br>2330 CENTENNIAL DR<br>GAINESVILLE, GA 30504 | | Claim Number: 776<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $16,939.01 | | |
| WELLERS PLUMBING & HEATING<br>429 S WASHINGTON ST<br>GREENFIELD, OH 45123 | | Claim Number: 9791<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,654.54 | Scheduled: | $8,654.54 |
| WELLINGTON ELECTRIC INC<br>5425 N FRY RD UNIT 4<br>KATY, TX 77449-5783 | | Claim Number: 3694<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $480.00 | Scheduled: | $480.00 |
| WELLS FARGO BUSINESS CREDIT<br>(ASIGNEE FOR GENERAL SECURITY SERVICES<br>CORPORATION)<br>2010 CORPORATE RIDGE, SUITE 900<br>MC LEAN, VA 22102 | | Claim Number: 5768<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $10,734.20 | Scheduled: | $15,952.88 |
| WELLS FARGO EQUIPMENT FINANCE, INC<br>C/O LAWRENCE JONES<br>1540 W FOUNTAINHEAD PARKWAY<br>TEMPE, AZ 85282 | | Claim Number: 11439<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8407 (08/18/2010) | | |
| UNSECURED | Claimed: | $6,974.30 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| WELLS FARGO FINANCIAL LEASING INC<br>MAC F4031-050<br>800 WALNUT STREET<br>DES MOINES, IA 50309 | | Claim Number: 72<br>Claim Date: 02/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,919.75 | Scheduled: | $7,107.77 | | |
| WELLS FARGO VENDOR FINANCIAL SERVICES<br>P.O. BOX 931093<br>ATLANTA, GA 31193-1093 | | Claim Number: 803<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET 7555 (05/10/2010) | | | | |
| UNSECURED | Claimed: | $89,739.01 | Scheduled: | $82,557.15 | Allowed: | $89,739.01 |
| WELLS FARGO VENDOR FINANCIAL SERVICES<br>ACCOUNTS RECEIVABLE CENTER<br>ATTN: BANKRUPTCY TEAM<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | | Claim Number: 1751<br>Claim Date: 03/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET 7432 (05/04/2010) | | | | |
| UNSECURED | Claimed: | $209,740.79 | Scheduled: | $197,228.88 | Allowed: | $209,740.79 |
| WELLS FARGO VENDOR FINANCIAL SERVICES<br>ACCOUNTS RECEIVABLE CENTER<br>ATTN: BANKRUPTCY TEAM<br>3920 ARKWRIGHT RD. - SUITE 400<br>MACON, GA 31210 | | Claim Number: 13708<br>Claim Date: 12/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: ALLOWED<br>DOCKET 7432 (05/04/2010) | | | | |
| UNSECURED | Claimed: | $11,349.49 | | | Allowed: | $11,349.49 |
| WELSH, TERRY P<br>1400 K ST<br>ANCHORAGE, AK 99501 | | Claim Number: 3978<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | | | |
| UNSECURED | Claimed: | $625.00 | Scheduled: | $625.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| WERNER ELECTRIC SUPPLY<br>P.O. BOX 1170<br>MILWAUKEE, WI 53201 | | Claim Number: 12112<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | | | |
| UNSECURED | Claimed: | $43,203.33 | | | | |
| WERNER ELECTRIC SUPPLY CO<br>240 33RD AVE SW<br>CEDAR RAPIDS, IA 52404-4646 | | Claim Number: 11562<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,063.33 | Scheduled: | $47,786.51 | | |
| WERNER ENTERPRISES INC.<br>14507 FRONTIER ROAD<br>OMAHA, NE 68138 | | Claim Number: 2166<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $218,168.80 | Scheduled: | $201,711.97 | Allowed: | $218,168.80 |
| WESCO CHEMICALS<br>PO BOX 2506<br>WAXAHACHIE, TX 75168 | | Claim Number: 4418<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,012.27 | Scheduled: | $2,007.60 | | |
| WESCO DIST. (CONSOLIDATED DIVS: WESCO.<br>ENGLEWOOD, CCA, MURCO, BROWN WHOLESALE<br>BRANCH)<br>100 BRANCH ROAD<br>WEST COLUMBIA, SC 29170 | | Claim Number: 2806<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8407 (08/18/2010)<br>THIS CLAIM IS PAID | | | | |
| SECURED | Claimed: | $65,220.51 | | | | |
| UNSECURED | Claimed: | $196,524.72 | Scheduled: | $288,570.97 | | |

| | | | | |
|---|---|---|---|---|
| WESCO MACHINE CO<br>5753 WESTWOOD DRIVE<br>ST CHARLES, MO 63304 | | Claim Number: 7197<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $27,917.90 | Scheduled: | $27,917.90 |
| WESKAY LLC<br>PO BOX 13797<br>FLORENCE, SC 29504 | | Claim Number: 4331<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $45,201.73 | Scheduled: | $94,409.23 UNLIQ |
| WESSELMAN'S NATURE SOCIETY<br>551 NORTH BOEKE RD<br>EVANSVILLE, IN 47711 | | Claim Number: 10443<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $589.00 | Scheduled: | $589.00 |
| WEST FLORIDA ELECTRIC CORP<br>PO BOX 127<br>GRACEVILLE, FL 32440-0127 | | Claim Number: 4577<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $501.16 | Scheduled: | $246.90 |
| WEST FLORIDA WIRE ROPE<br>1901 EAST AVENUE<br>PANAMA CITY, FL 32405 | | Claim Number: 6151<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $48.72 | Scheduled: | $46.62 |

**WEST FRASER INC**
PO BOX 934303
ATLANTA, GA 31193-4303

Claim Number: 7354
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 1911 (09/11/2009)
THIS CLAIM IS PAID

| | Claimed: | | | Allowed: | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | | $3,411.03 | | | $3,411.03 |

**WEST FRASER INC**
PO BOX 934303
ATLANTA, GA 31193-4303

Claim Number: 13385-01
Claim Date: 10/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| ADMINISTRATIVE | | $24,559.41 | | |
| UNSECURED | | | $27,970.44 | |

**WEST FRASER INC**
PO BOX 934303
ATLANTA, GA 31193-4303

Claim Number: 13385-02
Claim Date: 10/01/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | | $3,411.03 |

**WEST POINT CHIPS INC**
PO BOX 536
MONTICELLO, AR 71657-0536

Claim Number: 10423
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $55,456.21 | $110,912.42 | |

**WEST POINT GLASS**
PO BOX 524
WEST POINT, VA 23181

Claim Number: 6129
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | |
|---|---|---|---|---|
| UNSECURED | | $587.95 | $662.95 | |

---

WEST SALEM MACHINERY CO
PO BOX 5288
SALEM, OR 97304

Claim Number: 3930
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,473.39 | Scheduled: | $2,473.39 | | |

WEST SIDE TRACTOR SALES CO
1400 WEST OGDEN AVE
NAPERVILLE, IL 60563

Claim Number: 481
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $6,888.52 | Scheduled: | $7,701.61 | | |

WEST SIDE TRANSPORT, INC.
4201 16TH AVENUE SW
CEDAR RAPIDS, IA 52404

Claim Number: 132
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $90,451.04 | Scheduled: | $84,463.93 | Allowed: | $90,451.04 |

WEST TENNESSEE RAILROAD, LLC
11 E CHURCH STREET
SEA BRIGHT, NJ 07760

Claim Number: 2563
Claim Date: 04/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,807.50 | Scheduled: | $690.00 | | |

WEST TEXAS CONTAINER
12345 ROJAS DRIVE
EL PASO, TX 79928

Claim Number: 2646
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $45,911.08 | Scheduled: | $47,675.96 | Allowed: | $45,911.08 |

| | | | | | | |
|---|---|---|---|---|---|---|
| WEST VIRGINIA CASHIN RECYCLABLES, INC.<br>P.O. BOX 336<br>NITRO, WV 25143 | | Claim Number: 3206<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,810.70 | Scheduled: | $4,018.00 | | |
| WEST VIRGINIA STATE TAX DEPARTMENT<br>BANKRUPTCY DIVISION<br>P.O. BOX 766<br>CHARLESTON, WV 25323-0766 | | Claim Number: 1826<br>Claim Date: 03/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | | |
| UNSECURED | Claimed: | $290.40 | | | | |
| WEST, GARY<br>16174 WILSON MANOR DRIVE<br>CHESTERFIELD, MO 63005 | | Claim Number: 9562<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | | |
| UNSECURED | Claimed: | $49,000.03 | Scheduled: | $0.00 UNLIQ | | |
| WEST, GARY L<br>16174 WILSON MANOR DRIVE<br>CHESTERFIELD, MO 63005 | | Claim Number: 11416<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7555 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $649,459.06 | Scheduled: | $649,459.06 | Allowed: | $649,459.06 |
| WESTBROOK SERVICE CORPORATION<br>C/O SHANE CRAIN, TREASURER<br>1411 S ORANGE BLOSSOM TRAIL<br>ORLANDO, FL 32805 | | Claim Number: 2278<br>Claim Date: 04/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,030.00 | Scheduled: | $1,355.00 | | |

---

WESTERN BUSINESS EQUIP INC
1245 WEST BROADWAY
MISSOULA, MT 59802

Claim Number: 4090
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $801.58 | Scheduled: | $801.58 |
|---|---|---|---|---|

WESTERN MASS CLIMATE CONTROL
269 PONDERS HOLLOW ROAD
WESTFIELD, MA 01085

Claim Number: 7182
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,584.05 | Scheduled: | $4,545.52 |
|---|---|---|---|---|

WESTERN MASSACHUSETTS ELECTRIC COMPANY
NORTHERN UTILITIES - CCC
PO BOX 2899
HARTFORD, CT 06101-8307

Claim Number: 3390
Claim Date: 06/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $22,584.00 | Scheduled: | $22,020.89 |
|---|---|---|---|---|

WESTERN MEDICAL GROUP
21081 S WESTERN AVE STE 150
TORRANCE, CA 90501-1800

Claim Number: 3733
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $65.00 | Scheduled: | $65.00 |
|---|---|---|---|---|

WESTERN OILFIELDS SUPPLY CO. INC.
DBA RAIN FOR RENT
ATTN: KATHARINE L. MAYER, ESQ.
405 N KING ST, 8TH FLOOR
WILMINGTON, DE 19801

Claim Number: 13776
Claim Date: 01/25/2010
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 8536 (09/14/2010)

| SECURED | Claimed: | $156,460.19 | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $33,933.21 | Allowed: | $138,277.89 |

---

WESTERN PROCESS COMPUTERS, INC.
2033 W NORTH LN # 14
PHOENIX, AZ 85021-1900

Claim Number: 1858
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,083.89 | Scheduled: | $4,083.89 | | |

---

WESTERN RECYCLING
C/O RICK GILLIHAN
1990 NORTH COLE ROAD
BOISE, ID 83709

Claim Number: 3299
Claim Date: 06/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $28,881.18 | Scheduled: | $45,130.00 | Allowed: | $28,881.18 |

---

WESTERN REFING WHOLESALE
1250 W WASHINGTON STREET #101
TEMPE, AZ 85281

Claim Number: 3347
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7554 (05/10/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $290.90 | |

---

WESTERN RESERVE FARM CO OP
161 E JEFFERSON ST
JEFFERSON, OH 44047

Claim Number: 5028
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $40.26 | Scheduled: | $40.26 | |

---

WESTERN SOLID WASTE
PO BOX 254
FRIANT, CA 93626

Claim Number: 5943
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7651 (05/18/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,272.95 | Scheduled: | $2,181.00 | |

---

WESTERN WEED & TREE CARE LTD.
P.O. BOX 91575
WEST VANCOUVER, BC V7V 3P3
CANADA

Claim Number: 2901
Claim Date: 05/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7552 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,785.00 |
|---|---|---|

WEXXAR CORPORATION
10101 NORDEL COURT
DELTA, BC V4G 1J8
CANADA

Claim Number: 1384
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,614.54 |
|---|---|---|

WEXXAR PACKAGING INCORPORATED
10101 NORDEL COURT
DELTA, BC V4G 1J8
CANADA

Claim Number: 1383
Claim Date: 03/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9602 (08/25/2017)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,823.66 | Scheduled: | $9,731.25 |
|---|---|---|---|---|

WEYERHAEUSER COMPANY
33633 WEYERHAEUSER WAY S.
FEDERAL WAY, WA 98003

Claim Number: 7702-01
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,681.55 | Scheduled: | $141,288.13 |
|---|---|---|---|---|

WGC INC./WHITE GLOVE BUILDING SERVICES
PO BOX 83651
PORTLAND, OR 97283

Claim Number: 3017
Claim Date: 05/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,519.32 | Scheduled: | $7,354.75 |
|---|---|---|---|---|

WGM GROUP
ATTN: BRENT A. CAMPBELL
1111 EAST BROADWAY
MISSOULA, MT 59802

Claim Number: 10013
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $18,094.60 | | $20,754.68 | | $18,094.60 |

WH BRISTOW INC
309 NORTH MAIN STREET
DARLINGTON, SC 29532

Claim Number: 5119
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $59,294.29 | | $59,294.29 | | $59,294.29 |

WHALEY COMPANY, THE
(AKA GILPIN'S IMPACT, INC.)
1015 ATLANTIC BLVD 258
ATLANTIC BEACH, FL 32233

Claim Number: 7594
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 9656 (06/15/2018)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $15,012.00 | | $15,012.00 | | |

WHEELER TECHNOLOGIES INC
ATTN: DONALD WHEELER
8213 CLAY STREET
MERRILLVILLE, TN 46410

Claim Number: 9191-01
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | | $25.00 | | | | |
| UNSECURED | | | | $18,631.87 | | |

WHEELER TECHNOLOGIES INC
ATTN: DONALD WHEELER
8213 CLAY STREET
MERRILLVILLE, TN 46410

Claim Number: 9191-02
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8116 (06/22/2010)
THIS CLAIM IS PAID

| | Claimed: | | Scheduled: | | Allowed: | |
|---|---|---|---|---|---|---|
| UNSECURED | | $11,119.00 | | | | $11,119.00 |

| | | | | | |
|---|---|---|---|---|---|
| WHEELER, GARY L.<br>NAMED PLAINTIFF IN ERICKSON, ROY D.,<br>ET AL., C/O TOM L. LEWIS - LEWIS SLOVAK<br>& KOVACICH, P.C. - P.O. BOX 2325<br>GREAT FALLS, MT 59403 | | Claim Number: 6642<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,000.00 | | | |
| WHEELS INTERNATIONAL FREIGHT<br>5090 ORBITOR DRIVE STE 1<br>MISSISSAUGA, ON L4W 5B5<br>CANADA | | Claim Number: 6800<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $463.55 | Scheduled: | $463.55 | |
| WHELAN SECURITY<br>1750 SOUTH HANLEY ROAD<br>SAINT LOUIS, MO 63144 | | Claim Number: 2187<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $4,080.00 | Scheduled: | $80,818.74 | |
| WHELAN SECURITY<br>1750 SOUTH HANLEY ROAD<br>SAINT LOUIS, MO 63144 | | Claim Number: 2188<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,752.00 | | | |
| WHELAN SECURITY<br>1750 SOUTH HANLEY ROAD<br>SAINT LOUIS, MO 63144 | | Claim Number: 2189<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $6,193.92 | | | |

| | | | | | |
|---|---|---|---|---|---|
| WHELAN SECURITY<br>1750 SOUTH HANLEY ROAD<br>SAINT LOUIS, MO 63144 | | Claim Number: 2190<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $4,572.48 | | | |
| WHIPPIT JANITORIAL SERVICE CORP<br>PO BOX 431<br>BLOOMINGTON, IL 61701 | | Claim Number: 4119<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,016.61 | Scheduled: | $2,006.61 | |
| WHITAKER FORESTRY SERVICES LLC<br>4134 HIDEAWAY DRIVE<br>GUNTERSVILLE, AL 35976 | | Claim Number: 13399<br>Claim Date: 10/05/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 2813 (11/18/2009)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $19,066.15 | | Allowed: | $19,066.15 |
| WHITE GLOVE JANITORIAL & BLDG. MAINT.,<br>INC.<br>PO BOX 3643<br>JOLIET, IL 60434 | | Claim Number: 1380<br>Claim Date: 03/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,974.24 | | | |
| WHITE GLOVE JANITORIAL & BLDG. MAINT.,<br>INC.<br>PO BOX 3643<br>JOLIET, IL 60434 | | Claim Number: 2330<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,462.26 | Scheduled: | $5,436.50 | |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WHITE OAK LOGISTICS<br>2205 HWY 20 WEST<br>DECATUR, AL 35601 | | Claim Number: 6467<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $29,552.39 | Scheduled: | $29,552.39 | Allowed: | $29,552.39 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WHITE OAK TRANSPORTATION<br>PO BOX 876<br>2205 HWY 20 WEST<br>DECATUR, AL 35602 | | Claim Number: 6468<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $176,830.00 | Scheduled: | $176,830.00 | Allowed: | $176,830.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WHITE OAK TRANSPORTATION INC<br>2205 HWY 20 WEST<br>DECATUR, AL 35601 | | Claim Number: 6387<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $449,414.40 | Scheduled: | $451,442.68 | Allowed: | $449,414.40 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WHITE, CHARLIE L.<br>1207 LEON DRIVE<br>JONESBORO, LA 71251 | | Claim Number: 10372<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WHITE, GEORGE, JR.<br>240 MT. CALM ROAD<br>SIMSBORO, LA 71275 | | Claim Number: 10374<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | | |

---

WHITE, STELLA
681 TALBERT WHITE RD.
SIMSBORO, LA 71275

Claim Number: 10375
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

WHITE, TEMEKO CARDELL
PO BOX 536
SIMSBORO, LA 71275

Claim Number: 10376
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

WHITE, WILLIE LEE, JR.
681 TALBERT WHITE ROAD
SIMSBORO, LA 71275

Claim Number: 10377
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00 UNLIQ | | |
|---|---|---|---|---|

WHITEHALL PRINTING COMPANY
4244 CORPORATE SQUARE
NAPLES, FL 34104

Claim Number: 558
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,364.70 | Scheduled: | $10,362.00 |
|---|---|---|---|---|

WHITEWOOD INC.
ATTN: RANDY L. WHITE
POST OFFICE BOX 380
WALTERBORO, SC 29488

Claim Number: 8422
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,425.12 | Scheduled: | $20,850.24 UNLIQ |
|---|---|---|---|---|

---

WHITFIELD TIMBER CO INC
PO BOX 674
WEWAHITCHKA, FL 32465

Claim Number: 3680
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,268.98 | Scheduled: | $8,198.50 UNLIQ |
|---|---|---|---|---|

---

WHITLEY, FRANK H., III
T/A GRIDWORKS
PO BOX 247
SANDSTON, VA 23150

Claim Number: 149
Claim Date: 02/09/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,151.00 | Scheduled: | $8,151.00 |
|---|---|---|---|---|

---

WHITMAN, ALBERT B., SR.
695 LOUVERA LANE
JONESBORO, LA 71251

Claim Number: 10378
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

WHITMAN, JOHN K.
PO BOX 733
HODGE, LA 71247

Claim Number: 10379
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| UNSECURED | Claimed: | $0.00 UNLIQ |
|---|---|---|

---

WHITMORE CHEVROLET
PO BOX 192
WEST POINT, VA 23181

Claim Number: 6786
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,827.91 | Scheduled: | $146.96 |
|---|---|---|---|---|

---

| | | | | | |
|---|---|---|---|---|---|
| WHYTE HIRSCHBOECK DUDEK S.C<br>DANIEL J. MCGARRY, ESQ<br>COUNSEL FOR CR MEYER AND SONS COMPANY<br>33 E. MAIN STREET, SUITE 300<br>MADISON, WI 53703-7138 | | Claim Number: 7256<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 5731 (03/10/2010) | | | |
| SECURED | Claimed: | $1,198,459.75 | | | |
| UNSECURED | | | Scheduled: | $1,202,768.95 UNLIQ | |
| WIGINTON FIRE SYSTEMS<br>699 AERO LANE<br>SANFORD, FL 32771 | | Claim Number: 1092<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,253.20 | Scheduled: | $91.00 | |
| WIL-KIL PEST CONTROL<br>2803 CAPITOL DR.<br>STE 3<br>SUN PRAIRIE, WI 53590 | | Claim Number: 3487<br>Claim Date: 06/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,626.00 | Scheduled: | $4,528.05 | |
| WILCOXON RESEARCH LOCKBOX<br>PO BOX 100720<br>ATLANTA, GA 30384-0720 | | Claim Number: 7949<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,275.70 | Scheduled: | $1,275.70 | |
| WILEY, WILL E.<br>101 MOFFETT DR.<br>JONESBORO, LA 71251 | | Claim Number: 10371<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | |

| | | | |
|---|---|---|---|
| WILHELM BAHMAULLER GMBH<br>POSTLACH 280<br>PLUDENHAUSEN 11, 73652<br>GERMANY | | Claim Number: 7802<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $15,648.82 | |
| WILHITE LANDSCAPING & LAWN CARE, LTD<br>PO BOX 1409<br>TYLER, TX 75710-1409 | | Claim Number: 5922<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $4,081.89 | Scheduled: $3,933.80 |
| WILKEN, STEPHANIE D.<br>310 REID AVE<br>APT A<br>TROY, IL 62294-2177 | | Claim Number: 3441<br>Claim Date: 06/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $10,000.00 | |
| WILKS, MARY<br>156 N MAIN ST<br>EDWARDSVILLE, IL 62025-1972 | | Claim Number: 6220<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: $0.00  UNLIQ |
| WILKS, MARY (FRANK L. WILKS, DECEASED)<br>156 N MAIN ST<br>EDWARDSVILLE, IL 62025-1972 | | Claim Number: 6221<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | |
| UNSECURED | Claimed: | $0.00   UNDET | |

---

WILLARD LIMBACH COMPANY LLC
175 TITUS AVENUE
WARRINGTON, PA 18976

Claim Number: 6744
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $38,223.00 | Scheduled: | $38,223.00 |
|---|---|---|---|---|

WILLIAM EDWARDS INC
PO BOX 938
VERONA, VA 24482

Claim Number: 5197
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $29,527.45 | Scheduled: | $26,876.75 |
|---|---|---|---|---|

WILLIAM KENYON & SONS INC
90 ETHEL ROAD WEST
PISCATAWAY, NJ 08854

Claim Number: 9411
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $131,698.17 | Scheduled: | $138,499.24 |
|---|---|---|---|---|

WILLIAM KENYON INC
585 CABANA
GRANDBY, QC J2G 1P8
CANADA

Claim Number: 9410
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,605.00 |
|---|---|---|

WILLIAMS JR., LOVIE
6069 QUITMAN HWY.
QUITMAN, LA 71268

Claim Number: 10381
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| WILLIAMS SCOTSMAN, INC.<br>8211 TOWN CENTER DR<br>BALTIMORE, MD 21236 | | Claim Number: 910<br>Claim Date: 02/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $295.73 | Scheduled: | $2,436.36 | |
| WILLIAMS SUPPLY, INC<br>PO BOX 2766<br>ROANOKE, VA 24001-2766 | | Claim Number: 8369<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $7,497.87 | Scheduled: | $7,477.16 | |
| WILLIAMS TURBINE SERVICES INC<br>PO BOX 1363<br>MONROE, GA 30655 | | Claim Number: 3828<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED | Claimed: | $372.76 | Scheduled: | $372.76 | |
| WILLIAMS, CHARLES E.<br>P.O. BOX 182<br>JONESBORO, LA 71251 | | Claim Number: 10331<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | |
| WILLIAMS, EDDIE L.<br>P.O. BOX 988<br>HODGE, LA 71247 | | Claim Number: 10380<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | |

| | | | | |
|---|---|---|---|---|
| WILLIAMS, JAMES J.<br>PO BOX 3456<br>SPOKANE, WA 99220 | | Claim Number: 7087<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $11,904.73 | Scheduled: | $11,904.74 |
| WILLIAMS, MARY L<br>348 E DEER CREEK LANE<br>FRESNO, CA 93720 | | Claim Number: 7601<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8673 (10/19/2010) | | |
| PRIORITY | Claimed: | $1,057.69 | | |
| WILLIAMS, QUIRIDA B.<br>P.O. BOX 584<br>HODGE, LA 71247 | | Claim Number: 10382<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| WILLIAMS, REGGIE<br>2812 HWY 1228<br>WINNFIELD, LA 71483 | | Claim Number: 10332<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| WILLIAMS, ROGER DALE<br>6244 QUITMAN HWY<br>QUITMAN, LA 71268 | | Claim Number: 10383<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| | | | | | |
|---|---|---|---|---|---|
| WILLIAMS, STEPHEN M.<br>267 SEYMORE RD<br>JONESBORO, LA 71251 | | Claim Number: 10384<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| WILLIAMSBURG POTTERY<br>P.O. BOX 123<br>ROUTE 60 WEST<br>LIGHTFOOT, VA 23090 | | Claim Number: 12091<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,413.00 | Scheduled: | $461.00 | |
| WILLIS, INC. DBA THE SCALE CENTER<br>2900 W. RUSSELL ST.<br>SIOUX FALLS, SD 57107 | | Claim Number: 3046<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: POSSIBLE DUPLICATE OF 6864<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $996.83 | | | |
| WILLIS, VICTOR DARRELL<br>6287 QUITMAN HWY.<br>QUITMAN, LA 71268 | | Claim Number: 10385<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| WILLS CATTLE CO<br>26255 MT HIGHWAY 200<br>BONNER, MT 59823 | | Claim Number: 6067<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $740.22 | Scheduled: | $5,740.22  UNLIQ | |

---

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9900
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 5686 (03/08/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | | | | |
| UNSECURED | Claimed: | $675,000,000.00 UNLIQ | Scheduled: | $694,650,000.00 | Allowed: | $675,000,000.00 |

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9925
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 5686 (03/08/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | | | | |
| UNSECURED | Claimed: | $400,000,000.00 UNLIQ | Scheduled: | $402,326,388.88 | Allowed: | $400,000,000.00 |

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9950
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 5686 (03/08/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | | | | |
| UNSECURED | Claimed: | $300,000,000.00 UNLIQ | Scheduled: | $303,437,500.00 | Allowed: | $300,000,000.00 |

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 10872
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 5686 (03/08/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | | | | |
| UNSECURED | Claimed: | $700,000,000.00 UNLIQ | Scheduled: | $718,447,916.67 | Allowed: | $700,000,000.00 |

WILSON COUNTY TAX DEPARTMENT
P.O. BOX 1162
WILSON, NC 27894

Claim Number: 3847
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $108,145.38 | Scheduled: | $0.00 UNLIQ |
| SECURED | Claimed: | $0.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| WILSON MACHINE SHOP<br>7780 WEST COUNTY ROAD 800 N<br>ELIZABETHTOWN, IN 47232 | | Claim Number: 4685<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,867.15 | Scheduled: | $2,867.15 | | |
| WILSON, JOHN<br>279 SANDHILL RD<br>QUITMAN, LA 71268 | | Claim Number: 10386<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |
| WILSON, WILLIAM C<br>5715 W SWEET DR<br>VISALIA, CA 93291 | | Claim Number: 3725<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | |
| PRIORITY | Claimed: | $35,445.00 | | | | |
| WINDWARD PETROLEUM, INC.<br>P.O. BOX 5568<br>JACKSON, MS 39288-5568 | | Claim Number: 2374<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $16,611.49 | Scheduled: | $22,803.23 | | |
| WINNEBAGO COLOR PRESS<br>1233 MIDWAY ROAD<br>PO BOX 528<br>MENASHA, WI 54952 | | Claim Number: 4806<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $22,449.15 | Scheduled: | $22,038.95 | Allowed: | $22,449.15 |

| WINONA O R C INDUSTRIES INC<br>1053 EAST MARK STREET<br>WINONA, MN 55987 | Claim Number: 9979<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $53,299.00 | Scheduled: | $115,955.55 | |
| WINSTON & STRAWN<br>ATTN: JOSEPH A. WALSH, JR.<br>35 W WACKER DRIVE<br>CHICAGO, IL 60601 | Claim Number: 9210<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $61,749.00 | | Allowed: | $61,749.00 |
| WINSTON, JOHNNIE TYRONE<br>P.O. BOX 418<br>HODGE, LA 71247 | Claim Number: 10387<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: WITHDRAWN | | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | |
| WINSTON-SALEM INVESTORS, LLC<br>C/O PIONEER FUNDING GROUP, LLC<br>GREELEY SQUARE STATION, BOX 20188<br>NEW YORK, NY 10001 | Claim Number: 10640<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $375,720.21  UNLIQ | | Allowed: | $375,720.21 |
| WIREGRASS WOOD INC<br>PO BOX 366<br>COLUMBIA, AL 36319 | Claim Number: 11518<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,002.87 | Scheduled: | $12,005.74  UNLIQ | |

| | | | | | |
|---|---|---|---|---|---|
| WISCO SUPPLY INC<br>PO BOX 214<br>EL PASO, TX 79942 | | Claim Number: 8512<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,405.00 | Scheduled: | $3,405.00 | |
| WISCONSIN COMPRESSED AIR CORP<br>12855 W. SILVER SPRING DR.<br>BUTLER, WI 53007 | | Claim Number: 5567<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,753.19 | Scheduled: | $579.52 | |
| WISCONSIN LIFT TRUCK CORP.<br>ATTN: ALISSA CAREY<br>3125 INTERTECH DR.<br>BROOKFIELD, WI 53045 | | Claim Number: 1556<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4136 (01/14/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $9,415.13 | Scheduled: | $9,757.83 | |
| WISER LUMBER COMPANY LLC<br>270 PROSPECT ROAD<br>FAYETTEVILLE, TN 37334 | | Claim Number: 4083<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $933.83 | Scheduled: | $5,933.83  UNLIQ | |
| WISHTISCHIN, ROBERT F<br>3812 JUNGLE PLUM DRIVE EAST<br>NAPLES, FL 34114 | | Claim Number: 4234<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

WJ MALONE ASSOCIATES INC
780 NORTH RIVERVIEW DRIVE
TOTOWA, NJ 07512-1700

Claim Number: 3986
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,428.90 | Scheduled: | $2,428.90 | | |

WOLLENWEBER'S
1954 HALETHORPE FARMS ROAD
BALTIMORE, MD 21227

Claim Number: 5968
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $28,327.25 | Scheduled: | $28,327.25 | Allowed: | $28,327.25 |

WOLYNIEC CONSTRUCTION, INC.
294 FREEDOM ROAD
WILLIAMSPORT, PA 17701

Claim Number: 13707
Claim Date: 12/18/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $27,132.50 | | | | |

WOMACK, JASON
151 HIGHWAY 6
NATCHITOCHES, LA 71457-7379

Claim Number: 10388
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |

WONG, TONY
C/O KOSKIE MINSKY LLP
ATTN: ANDREA MCKINNON
20 QUEEN ST. WEST, SUITE 900
TORONTO, ON M5H 3R3
CANADA

Claim Number: 12968
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $1,638.60 | | | | |
| UNSECURED | Claimed: | $243,028.95 | Scheduled: | $120,039.20 | Allowed: | $178,525.00 |

---

WOOD BROKERS CO INC
4001 HERITAGE DRIVE
CHESTER, VA 23831

Claim Number: 13681
Claim Date: 12/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,872.22  UNDET | Scheduled: | $17,744.43  UNLIQ | | |
|---|---|---|---|---|---|---|

WOOD REEVE INDUSTRIES
310 CONCORD RD.
BETHEL, OH 45106

Claim Number: 673
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,519.04 | Scheduled: | $15,519.04 | Allowed: | $15,519.04 |
|---|---|---|---|---|---|---|

WOOD, FRANK CRAIG
439 JOHN WATTS ROAD
JONESBORO, LA 71251

Claim Number: 10333
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC

| UNSECURED | Claimed: | $0.00  UNLIQ | | | | |
|---|---|---|---|---|---|---|

WOODBURY COUNTY TREASURER
WOODBURY COUNTY COURTHOUSE
620 DOUGLAS ST, ROOM 102
SIOUX CITY, IA 51101

Claim Number: 9778
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 7652 (05/18/2010)

| PRIORITY | Claimed: | $229,416.00 | Scheduled: | $0.00  UNLIQ | | |
|---|---|---|---|---|---|---|

WOODLAND TRUCK LINE INC
PO BOX 1808
WOODLAND, WA 98674

Claim Number: 4522
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $222.39 | | | | |
|---|---|---|---|---|---|---|
| TOTAL | Claimed: | $222.36 | | | | |

---

WOODLANDS ENTERPRISES INC
650 HENDERSON DRIVE, #306
CARTERSVILLE, GA 30120

Claim Number: 5126-01
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $9,539.21 | Scheduled: | $19,078.42 UNLIQ | | |

---

WOODLANDS ENTERPRISES INC
PO BOX 3093
CARTERSVILLE, GA 30120-3093

Claim Number: 5126-02
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 4131 (01/14/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $9,539.21 | | | Allowed: | $9,539.21 |

---

WOODS, LESTER
11450 HWY 501
SALINE, LA 71070

Claim Number: 10389
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | |

---

WORKCARE RESOURCES INC
49 OLD HICKORY BLVD
JACKSON, TN 38305

Claim Number: 5733
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $343.00 | Scheduled: | $343.00 |

---

WORKFLOWONE
220 E MONUMENT AVE
DAYTON, OH 45402

Claim Number: 2044
Claim Date: 04/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,889.50 | Scheduled: | $1,599.25 |

---

WORLD COURIER GROUND, INC.
ATTN: NANCY EGITA, COLLECTIONS MANAGER
125 WHIPPLE STREET 2ND FL
PROVIDENCE, RI 02908

Claim Number: 2983
Claim Date: 05/07/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $26,028.86 | Scheduled: | $20,988.68 | Allowed: | $26,028.86 |

WRIGHT ECONOMICS
2398 BITTERROOT LANE
GOLDEN, CO 80401

Claim Number: 3736
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $375.00 | Scheduled: | $375.00 |

WRIGHTS TRUCKING & LOGGING INC
159 POPLAR GROVE CIRCLE
AMHERST, VA 24521

Claim Number: 5249
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3286 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,694.07 | Scheduled: | $21,388.14  UNLIQ |

WS OSHEA CO INC
490 LONG POINT ROAD
MOUNT PLEASANT, SC 29464

Claim Number: 4430
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $264.58 | Scheduled: | $118.30 |

WUNDERLICH DOORS, INC.
300 W. ALLEN ST.
JOLIET, IL 60436

Claim Number: 1754
Claim Date: 03/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 4966 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,059.50 | Scheduled: | $12,059.50 |

WYANDOTTE COUNTY TREASURER
710 N SEVENTH STREET
SUITE 240
KANSAS CITY, KS 66101

Claim Number: 4774
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $15,686.77 | Scheduled: | $0.00 UNLIQ | |
| UNSECURED | Claimed: | $15,686.77 | | | |
| TOTAL | Claimed: | $15,686.77 | | | |

WYNHAUSEN WATER CONDITIONING INC
16176 BEAVER ROAD
ADELANTO, CA 92301

Claim Number: 4760
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,233.06 | Scheduled: | $15,233.06 | Allowed: | $15,233.06 |

WYSINGER JR., CLINTON H.
867 DANVILLE RD
JONESBORO, LA 71251

Claim Number: 10390
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: WITHDRAWN

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNLIQ | |

X-ERGON
P.O. BOX 152102
IRVING, TX 75015-2102

Claim Number: 1598
Claim Date: 03/19/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 5047 (02/16/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,585.84 | Scheduled: | $6,841.25 |

XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
1301 RIDGEVIEW DRIVE-450
LEWISVILLE, TX 75057

Claim Number: 2268-01
Claim Date: 04/13/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,964.57 | Scheduled: | $15,120.85 |

| | | | | |
|---|---|---|---|---|
| XTRA LEASE LLC<br>JOSEPH J. TRAD<br>LEWIS, RICE & FINGERSH, L.C.<br>500 N. BROADWAY, SUITE 2000<br>SAINT LOUIS, MO 63102-2147 | | Claim Number: 13614<br>Claim Date: 11/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9602 (08/25/2017)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $17,055.50 | Scheduled: | $20,064.69 |
| YANKEE GAS<br>NORTHEAST UTILITIES - CCC<br>PO BOX 2899<br>HARTFORD, CT 06101-8307 | | Claim Number: 3386<br>Claim Date: 06/09/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $961.84 | Scheduled: | $691.00 |
| YARBROUGH'S MACHINE SHOP<br>514 N FREMONT AVE<br>SPRINGFIELD, MO 65802 | | Claim Number: 2938<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $365.00 | Scheduled: | $365.00 |
| YATES ELECTRIC CO., INC.<br>1401 BURLINGTON<br>NORTH KANSAS CITY, MO 64116 | | Claim Number: 3209<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $13,655.02 | Scheduled: | $13,940.34 |
| YELLOW TRANSPORTATION<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 5649<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8190 (07/06/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,362.12 | | |

---

YESCO SCAFFOLDING, LLC
2500 MINNESOTA AVE, STE A
LYNN HAVEN, FL 32444

Claim Number: 2075
Claim Date: 04/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,867.36 | Scheduled: | $10,777.84 |
|---|---|---|---|---|

YESCO SCAFFOLDING, LLC
2500 MINNESOTA AVE, STE A
LYNN HAVEN, FL 32444

Claim Number: 2076
Claim Date: 04/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,830.30 | | |
|---|---|---|---|---|

YNOT RECYCLE, LLC
PO BOX 1445
RANCHO CORDOVA, CA 95742

Claim Number: 1857
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $388.20 | Scheduled: | $748.20 |
|---|---|---|---|---|

YODER LUMBER CO., INC
4515 TR 367
MILLERSBURG, OH 44654

Claim Number: 10515
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $12,131.96 | Scheduled: | $24,263.92 UNLIQ | Allowed: | $12,131.96 |
|---|---|---|---|---|---|---|

YORK RIVER NDE INC
3780 BRIARWOOD LANE
WEST POINT, VA 23181

Claim Number: 3627
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 6353 (03/29/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $36,019.56 | Scheduled: | $49,095.96 |
|---|---|---|---|---|

---

YORK RIVER NDE, INC.
3780 BRIARWOOD LANE
WEST POINT, VA 23181-9384

Claim Number: 265
Claim Date: 02/11/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | | | |
| UNSECURED | Claimed: | $2,973.57 | | | | | |

---

YORK RIVER NDE, INC.
3780 BRIARWOOD LANE
WEST POINT, VA 23181-9384

Claim Number: 478
Claim Date: 02/17/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $10,950.00 | | | | | |
| UNSECURED | Claimed: | $25,069.56 | | | | | |

---

YOUR ENVIRONMENTAL SOLUTION LLC
3144 COPPERTREE DR
BLOOMINGTON, IN 47401

Claim Number: 3141
Claim Date: 05/27/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SECURED | Claimed: | $180.00 | | | | | |
| UNSECURED | | | Scheduled: | $720.00 | | | |

---

YRC INC., FKA ROADWAY EXPRESS, INC.
C/O FRANTZ WARD LLP
ATTN: JOHN F. KOSTELNIK, ESQ.
2500 KEY CENTER, 127 PUBLIC SQUARE
CLEVELAND, OH 44114

Claim Number: 1980
Claim Date: 04/03/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8408 (08/18/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,775.15 | | | | | |

---

YRC INC., SUCCESSOR-IN-INTEREST TO
YELLOW TRANSPORTATION, INC., C/O FRANTZ
WARD LLP, ATTN: JOHNF. KOSTELNIK, ESQ.
2500 KEY CENTER, 127 PUBLIC SQUARE
CLEVELAND, OH 44114

Claim Number: 2823
Claim Date: 05/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: DOCKET: 8190 (07/06/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,822.54 | Scheduled: | $1,111.06 | Allowed: | $15,822.54 | |

---

| | | | | |
|---|---|---|---|---|
| ZEE MEDICAL<br>PO BOX 45761<br>OMAHA, NE 68145-0761 | | Claim Number: 4755<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,142.87 | Scheduled: | $1,142.87 |
| ZEE MEDICAL INC<br>19700 E. BUSINESS PKWY<br>INDUSTRY, CA 91789 | | Claim Number: 1779<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $722.54 | Scheduled: | $5,927.94 |
| ZEE MEDICAL INC<br>PO BOX 781553<br>INDIANAPOLIS, IN 46278-8553 | | Claim Number: 4281<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $155.89 | Scheduled: | $85.93 |
| ZEE MEDICAL INC<br>PO BOX 781523<br>INDIANAPOLIS, IN 46278-8523 | | Claim Number: 6400<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,263.50 | | |
| ZEE MEDICAL INC<br>PO BOX 781523<br>INDIANAPOLIS, IN 46278-8523 | | Claim Number: 6476<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $675.10 | | |

| | | | | |
|---|---|---|---|---|
| ZEE MEDICAL SERVICE COMPANY<br>4221 W SIERRA MADRE 104<br>FRESNO, CA 93722-3978 | | Claim Number: 12205<br>Claim Date: 09/01/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $100.36 | Scheduled: | $100.36 |
| ZEESE, HOLLY<br>4632 PLEASANT COLONY LN<br>HAYES, VA 23072 | | Claim Number: 5653<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| ZELCORR<br>PO BOX 1266<br>DOWNEY, CA 90241-0266 | | Claim Number: 13102<br>Claim Date: 09/18/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,784.24 | Scheduled: | $7,784.24 |
| ZELLER TECHNOLOGIES, INC.<br>4250 HOFFMEISTER AVE.<br>SAINT LOUIS, MO 63125 | | Claim Number: 755<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,034.31 | Scheduled: | $7,034.31 |
| ZEP MANUFACTURING COMPANY<br>ATTN: JONATHAN E. RAULSTON<br>ENGEL, HAIRSTON & JOHANSON, P.C.<br>P.O. BOX 11405<br>BIRMINGHAM, AL 35202 | | Claim Number: 2266<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC<br>Comments: DOCKET: 9656 (06/15/2018)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $11,032.36 | Scheduled: | $37,987.59 |

| | | | | |
|---|---|---|---|---|
| ZUCKERMAN COMPANY | | Claim Number: 7587 | | |
| PO BOX 3275 | | Claim Date: 08/10/2009 | | |
| WINCHESTER, VA 22604 | | Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC | | |
| | | Comments: | | |
| | | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,271.20 | Scheduled: | $3,596.00 |

## Summary Page

Total Number of Filed Claims:          7945

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $49,496,678.27 | $7,749,291.59 |
| Priority: | $28,795,160.80 | $0.00 |
| Secured: | $134,933,549.37 | $637,118.71 |
| Unsecured: | $5,239,164,568.72 | $2,806,292,984.23 |
| Total: | $5,452,389,957.16 | $2,814,679,394.53 |

| | | | | |
|---|---|---|---|---|
| ACCOUNTEMPS<br>DIV. OF ROBERT HALF INTERNATIONAL<br>ATTN: KAREN LIMA<br>5720 STONERIDGE DRIVE, SUITE THREE<br>PLEASANTON, CA 94588 | | Claim Number: 2835<br>Claim Date: 05/04/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,302.38 | Scheduled: | $1,302.38 |
| ACCOUNTEMPS DIV. OF ROBERT HALF<br>INTERNATIONAL<br>ATTN: MARY GONZALEZ<br>PO BOX 5024<br>SAN RAMON, CA 94583-9128 | | Claim Number: 14131<br>Claim Date: 08/24/2010<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 8662 (10/18/2010) | | |
| UNSECURED | Claimed: | $1,302.38 | | |
| ADP SCREENING & SELECTION SVCS (TUPELO)<br>36307 TREASURY CENTER<br>CHICAGO, IL 60694 | | Claim Number: 8141<br>Claim Date: 08/18/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $205.79 | Scheduled: | $205.79 |
| AIG CASUALTY COMPANY, ET. AL.<br>C/O MICHELLE LEVITT<br>CHARTIS US<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | | Claim Number: 10783<br>Claim Date: 08/27/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: WITHDRAWN<br>DOCKET: 9022 (04/07/2011) | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | | |
| SECURED | Claimed: | $4,337,261.40 UNLIQ | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |
| AIR CONVEYING CORPORATION<br>2196 E. PERSON AVE<br>MEMPHIS, TN 38114 | | Claim Number: 720<br>Claim Date: 02/23/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 4132 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $857.85 | Scheduled: | $857.85 |

---

ALLIED ELECTRIC MOTOR SERVICE
4690 E JENSEN AVENUE
FRESNO, CA 93725

Claim Number: 7423
Claim Date: 08/10/2009
Debtor: CALPINE CORRUGATED, LLC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,113.12 | Scheduled: | $8,338.86 | | | |

ANDERSON & VREELAND, INC.
PO BOX 1246
WEST CALDWELL, NJ 07007

Claim Number: 9654-02
Claim Date: 08/24/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: EXPUNGED
DOCKET: 8834 (12/09/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $14,155.35 | | | | | |

ARAMARK UNIFORM & CAREER APPAREL, LLC
FKA ARAMARK UNIFORM & CAREER APPAREL INC
C/O SHEILA R. SHWAGER - HAWLEY TROXELL
PO BOX 1617
BOISE, ID 83701

Claim Number: 11183
Claim Date: 08/27/2009
Debtor: CALPINE CORRUGATED, LLC
Comments:
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,842.98 | Scheduled: | $18,693.82 | | | |

ASM BLUE, LLC
TRANSFEROR: EAM-MOSCA CORP.
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 2790-02
Claim Date: 05/07/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: ALLOWED
DOCKET: 8897 (01/20/2011)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,666.62 | | | | Allowed: | $2,666.62 |

ASM BLUE, LLC
TRANSFEROR: ALLIANCE MACHINE SYSTEMS INT
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3506-02
Claim Date: 06/24/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $15,164.60 | Scheduled: | $9,665.23 | | | |

---

| ASM BLUE, LLC<br>TRANSFEROR: PROFERO SYSTEMS INC<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | Claim Number: 7341<br>Claim Date: 08/07/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $854.39 | Scheduled: | $854.39 |
|---|---|---|---|---|

---

| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13559<br>Claim Date: 11/06/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 8555 (09/17/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: FLEXO CONCEPTS<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 733<br>Claim Date: 02/23/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $2,626.97 | Scheduled: | $2,626.97 |
|---|---|---|---|---|

---

| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: SIERRA LOCK & GLASS<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | Claim Number: 3552<br>Claim Date: 06/29/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 1306 (07/24/2009)<br>THIS CLAIM IS PAID |
|---|---|

| ADMINISTRATIVE<br>UNSECURED | Claimed: | $169.20 | Scheduled: | $169.20 | Allowed: | $169.20 |
|---|---|---|---|---|---|---|

---

| BROADSPIRE SERVICES, INC. (2)<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JEFFREY CHANG<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 10832<br>Claim Date: 08/27/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 9303 (01/29/2013) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
|---|---|---|
| SECURED | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $0.00  UNLIQ |

---

| CAL POLY CORPORATION<br>BUILDING 15<br>SAN LUIS OBISPO, CA 93407-0707 | | Claim Number: 6408<br>Claim Date: 07/27/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | | | |
|---|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $935.64 | | | | | |
| UNSECURED | Claimed: | $364.36 | | | | | |
| CAL POLY CORPORATION<br>ADMINISTRATION BUILDING NO 15<br>SAN LUIS OBISPO, CA 93407 | | Claim Number: 10053<br>Claim Date: 08/25/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | | | |
| PRIORITY | Claimed: | $935.64 | | | | | |
| UNSECURED | Claimed: | $364.36 | | | | | |
| CAL POLY CORPORATION<br>BUILDING 15<br>SAN LUIS OBISPO, CA 93407-0707 | | Claim Number: 10054<br>Claim Date: 08/25/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| PRIORITY | Claimed: | $935.64 | | | | | |
| UNSECURED | Claimed: | $364.36 | Scheduled: | $1,300.00 | | | |
| CALPINE CONTAINERS, INC.<br>ATTN: KEN SOMMERS<br>9499 N FORT WASHINGTON, SUITE 103<br>FRESNO, CA 93730 | | Claim Number: 10910-02<br>Claim Date: 08/27/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 3259 (12/17/2009)<br>THIS CLAIM IS PAID | | | | | |
| ADMINISTRATIVE | Claimed: | $67,606.28 | | | Allowed: | | $67,606.28 |
| CAPS POWDER COATING<br>4460 S CHESTNUT AVE<br>FRESNO, CA 93725 | | Claim Number: 4117<br>Claim Date: 07/09/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $985.00 | Scheduled: | $985.00 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| CENTRAL CALIFORNIA SILAGE COVERING<br>4695 MCSWAIN ROAD<br>MERCED, CA 95341 | | Claim Number: 7849<br>Claim Date: 08/14/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,985.36 | Scheduled: | $5,985.36 | | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | | Claim Number: 9379<br>Claim Date: 08/21/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | | | | |
| UNSECURED | Claimed: | $3,632,243.95   CONT | | | | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | | Claim Number: 9434<br>Claim Date: 08/21/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | | | | |
| UNSECURED | Claimed: | $1,569,422.14 | | | | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | | Claim Number: 13905<br>Claim Date: 03/15/2010<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | | | | |
| UNSECURED | Claimed: | $1,679,317.34 | | | | |
| CLAIMS RECOVERY GROUP LLC<br>TRANSFEROR: MR ROOTER PLUMBING<br>C/O CRG FINANCIAL LLC<br>100 UNION AVENUE, SUITE 240<br>CRESSKILL, NJ 07626 | | Claim Number: 5839<br>Claim Date: 07/20/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,396.80 | Scheduled: | $6,391.80 | | |

| | | | | | |
|---|---|---|---|---|---|
| CONCENTRA MEDICAL CENTERS<br>P.O. BOX 3700<br>RANCHO CUCAMONGA, CA 91729 | | Claim Number: 3279<br>Claim Date: 06/02/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $46.50 | | | |
| CONSTELLATION NEWENERGY-GAS DIVISION LLC<br>C/O HEATHER M. FORREST<br>JACKSON WALKER L.L.P.<br>901 MAIN STREET, SUITE 6000<br>DALLAS, TX 75202 | | Claim Number: 11254<br>Claim Date: 08/27/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | |
| ADMINISTRATIVE | Claimed: | $13,669.02 | | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: SOLTERO TRUCKING INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 10468<br>Claim Date: 08/26/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,114.48 | Scheduled: | $1,114.48 | |
| CORRUGATED SYNERGIES INTERNATIONAL, LLC<br>1100 SW 27TH STREET<br>RENTON, WA 98055 | | Claim Number: 9121<br>Claim Date: 08/19/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 7512 (05/07/2010) | | | |
| UNSECURED | Claimed: | $24,148,568.00 | | | |
| CREDITOR LIQUIDITY, L.P.<br>TRANSFEROR: ALL VALLEY ENVIRONMENTAL<br>200 BUSINESS PARK DRIVE, STE 200<br>ARMONK, NY 10504 | | Claim Number: 3958<br>Claim Date: 07/08/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 7551 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $7,492.00 | Scheduled: | $7,492.00 | |

---

CREDITOR LIQUIDITY, L.P.
TRANSFEROR: ADVANCED CHEMICAL TRANSPORT
200 BUSINESS PARK DRIVE, STE 200
ARMONK, NY 10504

Claim Number: 9250
Claim Date: 08/20/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: DOCKET: 8188 (07/02/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,290.23 | Scheduled: | $6,231.50 |

---

DE LAGE LANDEN FINANCIAL SERVICES, INC
ATTN: PETER OCHROCH
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

Claim Number: 10838
Claim Date: 08/27/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: WITHDRAWN
DOCKET 7893 (06/07/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $24,027,045.00 | UNLIQ |

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 582
Claim Date: 02/18/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,425.54 |

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 1123
Claim Date: 03/06/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $5,425.54 |

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 3566
Claim Date: 06/29/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $584.74 |
| UNSECURED | Claimed: | $11,579.79 |

---

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10237)

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 13976<br>Claim Date: 04/12/2010<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $347.23 |
| UNSECURED | Claimed: | $11,660.06 |

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA, RM 1150<br>BALTIMORE, MD 21201 | | Claim Number: 14033<br>Claim Date: 06/01/2010<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 |

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 14034<br>Claim Date: 06/01/2010<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |

| | | |
|---|---|---|
| PRIORITY | Claimed: | $341.72 |
| UNSECURED | Claimed: | $80.27 |

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 14083<br>Claim Date: 08/02/2010<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 8661 (10/18/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 |

| | | |
|---|---|---|
| DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>31 HOPKINS PLAZA, RM 1150<br>BALTIMORE, MD 21201 | | Claim Number: 13717<br>Claim Date: 12/28/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $9,999.70 |

| | | | | |
|---|---|---|---|---|
| DOVEY CORPORATION<br>ATTN: KATHY WILLIAMS<br>3220 W 25TH STREET<br>ANDERSON, IN 46011 | | Claim Number: 1489-02<br>Claim Date: 03/16/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,042.13 | Scheduled: | $7,042.13 |
| EDELSTEIN DIVERSIFIED SPECIALTIES, LTD<br>P. O. BOX 2095<br>CHAMPLAIN, NY 12919 | | Claim Number: 6790<br>Claim Date: 07/30/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,816.75 | Scheduled: | $198,407.57 |
| EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001 | | Claim Number: 5904<br>Claim Date: 07/20/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | | |
| PRIORITY | Claimed: | $29,763.59 | | |
| UNSECURED | Claimed: | $8,744.02 | Scheduled: | $1,567.04 |
| EMPLOYMENT DEVELOPMENT DEPARTMENT<br>ATTN: SPECIAL PROCEDURES SECTIONS<br>P.O. BOX 826880, MIC 92E<br>SACRAMENTO, CA 94280-0001 | | Claim Number: 13991<br>Claim Date: 04/12/2010<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| ADMINISTRATIVE | Claimed: | $6,125.71 | | |
| ERHARDT LEIMER INC<br>350 TUCAPAU RD<br>DUNCAN, SC 29334-9223 | | Claim Number: 3841<br>Claim Date: 07/06/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,420.01 | Scheduled: | $4,420.01 |

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ACCESS ELECTRIC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 144<br>Claim Date: 02/09/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $9,773.20 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: SEQUOIA SPRINGS BOTTLED WATE<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3136<br>Claim Date: 05/26/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,007.99 | Scheduled: | $1,007.99 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ODIN INTERNATIONAL INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3836<br>Claim Date: 07/06/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 4131 (01/14/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,785.77 | Scheduled: | $1,785.77 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ACCESS ELECTRIC INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4493<br>Claim Date: 07/10/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 6353 (03/29/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,773.20 | Scheduled: | $9,773.20 |
| FRESNO COUNTY TAX COLLECTOR<br>ATTN: LORI POINDEXTER<br>P.O. BOX 1192<br>FRESNO, CA 93715-1192 | | Claim Number: 6513<br>Claim Date: 07/27/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| SECURED | Claimed: | $483.78 | | |

| | | | | | |
|---|---|---|---|---|---|
| FRESNO ENVELOPE<br>947 R STREET<br>FRESNO, CA 93721-1311 | | Claim Number: 5958<br>Claim Date: 07/20/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $102.58 | Scheduled: | $102.58 | |
| GEIL ENTERPRISES, INC<br>CIS SECURITY<br>660 W. LOCUST AVE, SUITE 102<br>FRESNO, CA 93650 | | Claim Number: 3308-02<br>Claim Date: 06/08/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $9,318.75 | Scheduled: | $9,318.75 | |
| GEORGIA-PACIFIC CORRUGATED LLC<br>C/O DONALD J. HUTCHINSON<br>MILLER, CANFIELD, PADDOCK AND STONE PLC<br>150 W. JEFFERSON AVE., STE. 2500<br>DETROIT, MI 48227 | | Claim Number: 11396<br>Claim Date: 08/28/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: WITHDRAWN<br>DOCKET: 7188 (04/22/2010) | | | |
| UNSECURED | Claimed: | $7,697.77 | Scheduled: | $9,876.06 | |
| HAINCO, LLC<br>TRANSFEROR: COLOR RESOLUTIONS INTERNATIO<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 2784-02<br>Claim Date: 05/06/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $276,323.94 | Scheduled: | $276,323.94 | |
| HEALTH METRICS INC<br>4705 N SONORA STE 116<br>FRESNO, CA 93722-3947 | | Claim Number: 3899<br>Claim Date: 07/07/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $30.00 | Scheduled: | $30.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| HORIZONS CONSULTING, INC.<br>ATTN: JOHN H. RUCKER, PRESIDENT<br>25521 SAINT FRANCIS ROAD<br>JERSEYVILLE, IL 62052 | | Claim Number: 48<br>Claim Date: 02/02/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | | |
| UNSECURED | Claimed: | $6,897.00 | | | | |
| INDUSTRIAL ELECTRICAL CO<br>PO BOX 3806<br>MODESTO, CA 95352 | | Claim Number: 5198<br>Claim Date: 07/14/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,996.44 | Scheduled: | $4,014.81 | | |
| INGREDION INC<br>ATTN: WALTER H. CURCHACK & DANIEL B.<br>BESIKOF, LOEB & LOEB LLP<br>345 PARK AVENUE<br>NEW YORK, NY 10154 | | Claim Number: 10742<br>Claim Date: 08/27/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: ALLOWED<br>DOCKET: 7945 (06/09/2010) | | | | |
| UNSECURED | Claimed: | $34,000.00 | Scheduled: | $73,124.35 | Allowed: | $34,000.00 |
| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | | Claim Number: 11931<br>Claim Date: 08/28/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | | |
| UNSECURED | Claimed: | $28,904.50 | | | | |
| ISOWA AMERICA INC<br>2445 WEST 12TH ST STE 1<br>TEMPE, AZ 85281 | | Claim Number: 8132<br>Claim Date: 08/18/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $58,368.96 | Scheduled: | $54,318.39 | | |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: PRINTRON STEEL RULE DIE, INC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 8146
Claim Date: 08/18/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $49,475.39 | | | Allowed: | $49,475.39 |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: PRINTRON ENGRAVERS, INC.
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 8147
Claim Date: 08/18/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $392,906.00 | Scheduled: | $496,399.04 | |

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: PRINTRON ENGRAVERS, INC.
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 13698
Claim Date: 12/21/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: ALLOWED
DOCKET: 8128 (06/23/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $381,831.00 | | | Allowed: | $381,831.00 |

KASPARIANS PAINT CENTER
4635 N CEDAR
FRESNO, CA 93726

Claim Number: 5145
Claim Date: 07/13/2009
Debtor: CALPINE CORRUGATED, LLC
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $65.17 | Scheduled: | $65.17 | |

KEN SOMMERS - VP, CFO
CALPINE CONTAINERS, INC
9499 N FORT WASHINGTON, SUITE 103
FRESNO, CA 93730

Claim Number: 10910-01
Claim Date: 08/27/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: EXPUNGED
DOCKET: 8378 (08/16/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $104,254.87 |

---

| KROEKER INC DEMOLITION & RECYCLING<br>4627 S CHESTNUT AVENUE<br>FRESNO, CA 93725 | Claim Number: 10103<br>Claim Date: 08/25/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 3286 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $440.93 | | |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SCHNEIDER NATIONAL INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 769-02<br>Claim Date: 02/23/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $1,988.00 | | |
|---|---|---|---|---|

---

| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KADANT JOHNSON INC<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | Claim Number: 10037<br>Claim Date: 08/25/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $699.48 | Scheduled: | $699.48 |
|---|---|---|---|---|

---

| MANUFACTURER'S WAREHOUSE<br>PO BOX 28025<br>FRESNO, CA 93729 | Claim Number: 4499<br>Claim Date: 07/10/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $518.67 | Scheduled: | $508.64 |
|---|---|---|---|---|

---

| MARSH USA INC.<br>ATTN: CRAIG PADOVER<br>121 RIVER STREET, 11TH FLOOR<br>HOBOKEN, NJ 07030 | Claim Number: 9299<br>Claim Date: 08/21/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 7551 (05/10/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $12,352.00 | Scheduled: | $12,352.00 |
|---|---|---|---|---|

---

---

MASSOLO TRUCKING LLC
18765 GOULD ROAD
SALINAS, CA 93908

Claim Number: 7895
Claim Date: 08/17/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $432.90   UNLIQ | Scheduled: | $432.90 |
|-----------|----------|-----------------|------------|---------|

MATTHEWS DIE DIVISION LLC
DBA US STEEL RULE DIES
13030 ALONDRA BLVD. #101
CERRITOS, CA 90703

Claim Number: 463
Claim Date: 02/16/2009
Debtor: CALPINE CORRUGATED, LLC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,601.62 | Scheduled: | $8,601.62 |
|-----------|----------|-----------|------------|-----------|

MATTHEWS INTERNATIONAL CORP
TWO NORTHSHORE CENTER
PITTSBURGH, PA 15212-5851

Claim Number: 7188
Claim Date: 08/05/2009
Debtor: CALPINE CORRUGATED, LLC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,886.87 | Scheduled: | $3,886.87 |
|-----------|----------|-----------|------------|-----------|

MC MASTER-CARR SUPPLY CO
PO BOX 4355
CHICAGO, IL 60680

Claim Number: 3267
Claim Date: 06/05/2009
Debtor: CALPINE CORRUGATED, LLC
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $697.95 | Scheduled: | $697.95 |
|-----------|----------|---------|------------|---------|

MILLER STEPHENSON CHEMICAL CO INC
PO BOX 950
DANBURY, CT 06813-0950

Claim Number: 5602
Claim Date: 07/17/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,627.02 | Scheduled: | $1,627.02 |
|-----------|----------|-----------|------------|-----------|

| | | | | |
|---|---|---|---|---|
| MRM FRESNO, LLC<br>C/O WILLIAMSON & LACOMBE PLLC<br>3927 LAKE WASHINGTON BLVD NE<br>KIRKLAND, WA 98033-7812 | | Claim Number: 7327<br>Claim Date: 08/07/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
| OLYMPIC WIRE & EQUIPMENT CO INC<br>1300 N. BRISTOL STREET STE.#214<br>PO BOX 3227<br>NEWPORT BEACH, CA 92659 | | Claim Number: 6312<br>Claim Date: 07/24/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $16,055.91 | Scheduled: | $15,031.26 |
| ORR SAFETY CORPORATION<br>11601 INTERCHANGE DR<br>LOUISVILLE, KY 40229 | | Claim Number: 3553<br>Claim Date: 06/29/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 7553 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,777.39 | Scheduled: | $3,726.80 |
| PAPE MATERIAL HANDLING<br>ROBERT RIECKE, VP & GENERAL COUNSEL<br>355 GOODPASTURE ISLAND ROAD<br>EUGENE, OR 97401 | | Claim Number: 10002<br>Claim Date: 08/25/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 8669 (10/18/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $306,621.00 | Scheduled: | $3,269.12 |
| PARAVATI, KARL, GREEN & DEBELLA<br>VINCENT M. DEBELLA ESQ.<br>COUNSEL, NYS TEAM CONFERENCE PENSION &<br>RETIREMENT FUND - 12 STEUBEN PARK<br>UTICA, NY 13501 | | Claim Number: 7766<br>Claim Date: 08/13/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: WITHDRAWN<br>DOCKET: 9146 (11/14/2011) | | |
| UNSECURED | Claimed: | $335,109.64 | | |

| | | | | |
|---|---|---|---|---|
| PRINTRON ENGRAVERS, INC. & PRINTRON STEEL RULE DIE, INC. - CARL N. KUNZ, III DOUGLAS N. CANDEUB - MORRIS JAMES LLP 500 DELAWARE AVE, STE 1500 - PO BOX 2306 WILMINGTON, DE 19899-2306 | Claim Number: 1968-01 Claim Date: 03/30/2009 Debtor: CALPINE CORRUGATED, LLC Comments: DOCKET: 8093 (06/21/2010) THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,141.56 | | |
| PROVIDENT GROUP, INC., THE 349 E 36TH ST PATERSON, NJ 07504 | Claim Number: 1590-02 Claim Date: 03/19/2009 Debtor: CALPINE CORRUGATED, LLC Comments: DOCKET: 6649 (04/07/2010) THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $17,965.61 | Scheduled: | $15,965.61 |
| QUALITY CARPETS DESIGN CENTER, LP 297 SHAW CLOVIS, CA 93612 | Claim Number: 1551 Claim Date: 03/09/2009 Debtor: CALPINE CORRUGATED, LLC Comments: THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,360.00 | Scheduled: | $2,360.00 |
| RF MACDONALD CO 25920 EDEN LANDING ROAD HAYWARD, CA 94545 | Claim Number: 6450-02 Claim Date: 07/27/2009 Debtor: CALPINE CORRUGATED, LLC Comments: DOCKET: 6649 (04/07/2010) THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $19,193.48 | Scheduled: | $19,193.48 |
| SIERRA LIQUIDITY FUND, LLC TRANSFEROR: OASIS ALIGNMENT SERVICES, IN 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 6422 Claim Date: 07/27/2009 Debtor: CALPINE CORRUGATED, LLC Comments: DOCKET: 4132 (01/14/2010) THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $13,750.00 | Scheduled: | $13,750.00 |

| | | |
|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR OASIS ALIGNMENT SERVICES, INC., ASSIGNOR 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | | Claim Number: 13783 Claim Date: 01/26/2010 Debtor: CALPINE CORRUGATED, LLC Comments: EXPUNGED DOCKET: 7550 (05/10/2010) |

| UNSECURED | Claimed: | $13,750.00 | | |
|---|---|---|---|---|

| SIMPLEXGRINNELL ATTN BANKRUPTCY 50 TECHNOLOGY DRIVE WESTMINSTER, MA 01441 | | Claim Number: 3601 Claim Date: 06/26/2009 Debtor: CALPINE CORRUGATED, LLC Comments: EXPUNGED DOCKET: 7553 (05/10/2010) |
|---|---|---|

| UNSECURED | Claimed: | $951.88 | | |
|---|---|---|---|---|

| SLIGER MACHING INC 2748 E JENSEN AVENUE FRESNO, CA 93706 | | Claim Number: 9450 Claim Date: 08/21/2009 Debtor: CALPINE CORRUGATED, LLC Comments: DOCKET: 7552 (05/10/2010) THIS CLAIM IS PAID |
|---|---|---|

| UNSECURED | Claimed: | $6,122.65   UNDET | Scheduled: | $6,122.65 |
|---|---|---|---|---|

| STANDARD GENERAL MASTER FUND LP TRANSFEROR: STAFFORD CORRUGATED PRODUCTS ATTN. ROBERT M. LAVAN 650 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | | Claim Number: 227-02 Claim Date: 02/10/2009 Debtor: CALPINE CORRUGATED, LLC Comments: DOCKET: 5738 (03/10/2010) THIS CLAIM IS PAID |
|---|---|---|

| UNSECURED | Claimed: | $9,473.21 | Scheduled: | $9,473.21 |
|---|---|---|---|---|

| STANDARD GENERAL MASTER FUND LP TRANSFEROR: SIGNODE SERVICE BUSINESS ATTN. ROBERT M. LAVAN 650 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | | Claim Number: 2542-02 Claim Date: 04/27/2009 Debtor: CALPINE CORRUGATED, LLC Comments: DOCKET: 5738 (03/10/2010) THIS CLAIM IS PAID |
|---|---|---|

| UNSECURED | Claimed: | $1,222.87 | Scheduled: | $1,222.87 |
|---|---|---|---|---|

| STANDARD GENERAL MASTER FUND LP | Claim Number: 5528 |
| TRANSFEROR: LACHENMEIER | Claim Date: 07/17/2009 |
| STANDARD GENERAL LP ATTN ROBERT LAVAN | Debtor: CALPINE CORRUGATED, LLC |
| 650 MADISON AVENUE | Comments: |
| NEW YORK, NY 10022 | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $29,168.10 | Scheduled: | $29,168.10 |

| STARKWEATHER PAINTING INC | Claim Number: 6610 |
| PO BOX 1398 | Claim Date: 07/27/2009 |
| HOLLISTER, CA 95024-1398 | Debtor: CALPINE CORRUGATED, LLC |
| | Comments: |
| | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $5,950.00 | Scheduled: | $5,950.00 |

| STATE BOARD OF EQUALIZATION | Claim Number: 12274 |
| SPECIAL OPERATIONS BRANCH, MIC:55 | Claim Date: 08/28/2009 |
| PO BOX 942879 | Debtor: CALPINE CORRUGATED, LLC |
| SACRAMENTO, CA 94279-0055 | Comments: EXPUNGED |
| | DOCKET: 8834 (12/09/2010) |

| PRIORITY | Claimed: | $421,632.61   CONT |

| STATE OF CALIFORNIA | Claim Number: 1839 |
| FRANCHISE TAX BOARD | Claim Date: 03/24/2009 |
| SPECIAL PROCEDURES | Debtor: CALPINE CORRUGATED, LLC |
| P.O. BOX 2952 | Comments: EXPUNGED |
| SACRAMENTO, CA 95812-2952 | DOCKET: 4132 (01/14/2010) |

| PRIORITY | Claimed: | $0.01 |

| STATE OF CALIFORNIA | Claim Number: 11104 |
| FRANCHISE TAX BOARD | Claim Date: 08/27/2009 |
| BANKRUPTCY SECTION MS A340 | Debtor: CALPINE CORRUGATED, LLC |
| P.O. BOX 2952 | Comments: DOCKET: 8535 (09/14/2010) |
| SACRAMENTO, CA 95812-2952 | THIS CLAIM IS PAID |

| PRIORITY | Claimed: | $5,790.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 13977<br>Claim Date: 04/13/2010<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | | | |
| PRIORITY | Claimed: | $5,066.82 | | | | |
| UNSECURED | Claimed: | $384.35 | | | | |
| STATE OF CALIFORNIA<br>EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>P.O. BOX 826880<br>SACRAMENTO, CA 94280-0001 | | Claim Number: 13998<br>Claim Date: 04/06/2010<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 8535 (09/14/2010)<br>THIS CLAIM IS PAID | | | | |
| PRIORITY | Claimed: | $5,541.09 | | | | |
| STATE OF CALIFORNIA, STATE BOARD OF<br>EQUALIZATION, SPECIAL OPERATIONS BRANCH<br>450 N STREET, MIC: 55<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0055 | | Claim Number: 14090<br>Claim Date: 08/10/2010<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 8661 (10/18/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $2,502.26 | | | | |
| SUSQUEHANNA COMMERCIAL FI<br>1566 MEDICAL DR STE 201<br>POTTSTOWN, PA 19464-3229 | | Claim Number: 4129<br>Claim Date: 07/09/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 6647 (04/07/2010) | | | | |
| UNSECURED | Claimed: | $40,431.93 | Scheduled: | $5,386.65 | | |
| SYSTEC CORPORATION<br>10010 CONVEYOR DRIVE<br>INDIANAPOLIS, IN 46235 | | Claim Number: 260-01<br>Claim Date: 02/11/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: ALLOWED<br>DOCKET: 7917 (06/08/2010) | | | | |
| UNSECURED | Claimed: | $675,969.86 | Scheduled: | $47,593.58 | Allowed: | $675,969.86 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TESTING MACHINES INC<br>40 MCCULLOUGH DR<br>NEW CASTLE, DE 19720-2066 | | Claim Number: 4238<br>Claim Date: 07/09/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,662.32 | Scheduled: | $3,662.32 | | |
| TRANE US, INC<br>3600 PAMMEL CREEK RD.<br>LA CROSSE, WI 54601 | | Claim Number: 3543<br>Claim Date: 06/29/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,390.33 | Scheduled: | $2,390.33 | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CONSTELLATION NEWENERGY-GAS<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 11253-01<br>Claim Date: 08/27/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $26,001.29 | Scheduled: | $44,190.10 | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CONSTELLATION NEWENERGY-GAS<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 11253-02<br>Claim Date: 08/27/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: ALLOWED<br>DOCKET: 2401 (10/22/2009) | | | | |
| ADMINISTRATIVE | Claimed: | $13,669.02 | | | Allowed: | $13,669.02 |
| VALLEY RUBBER & GASKET CO., INC.<br>10182 CROYDON WAY<br>SACRAMENTO, CA 95827 | | Claim Number: 3202<br>Claim Date: 06/01/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,642.79 | Scheduled: | $1,642.79 | | |

| | | | | |
|---|---|---|---|---|
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 7289<br>Claim Date: 08/07/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $921,225.49 | | |
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13350<br>Claim Date: 09/25/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $372,250.25 UNLIQ | | |
| UNSECURED | Claimed: | $548,975.24 UNLIQ | | |
| WAGNER PROCESS EQUIPMENT INC<br>PO BOX 634277<br>CINCINNATI, OH 45263 | | Claim Number: 5540<br>Claim Date: 07/17/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,500.00 | Scheduled: | $1,153.41 |
| WALLA WALLA ENVIRONMENTAL - NATL<br>PO BOX 1298<br>WALLA WALLA, WA 99362 | | Claim Number: 11262<br>Claim Date: 08/20/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 3286 (12/18/2009)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $12,127.22 | Scheduled: | $12,127.22 |
| WENDEL, KARRY<br>DBA CLEAN CUT LANDSCAPE<br>8406 N. ARMSTRONG AVE.<br>CLOVIS, CA 93619 | | Claim Number: 1945<br>Claim Date: 04/01/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments: DOCKET: 8116 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,023.75 | Scheduled: | $6,023.75 |

WESTERN OILFIELDS SUPPLY CO. INC.
DBA RAIN FOR RENT
PO BOX 2248
BAKERSFIELD, CA 93303-2248

Claim Number: 3381
Claim Date: 04/18/2009
Debtor: CALPINE CORRUGATED, LLC
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,199.08 | Scheduled: | $14,942.73 |

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9899
Claim Date: 08/25/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 | UNLIQ |

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9924
Claim Date: 08/25/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9949
Claim Date: 08/25/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 10871
Claim Date: 08/25/2009
Debtor: CALPINE CORRUGATED, LLC
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 | UNLIQ |

| | | | | | |
|---|---|---|---|---|---|
| ZEE MEDICAL SERVICE COMPANY<br>4221 W SIERRA MADRE 104<br>FRESNO, CA 93722-3978 | | Claim Number: 12204<br>Claim Date: 09/01/2009<br>Debtor: CALPINE CORRUGATED, LLC<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $201.86 | Scheduled: | $201.86 | |

## Summary Page

Total Number of Filed Claims:          116

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $485,991.44 | $81,444.50 |
| Priority: | $482,725.81 | $0.00 |
| Secured: | $4,337,745.18 | $0.00 |
| Unsecured: | $2,134,643,542.12 | $1,143,942.87 |
| Total: | $2,139,950,004.55 | $1,225,387.37 |

| ACTION PLASTICS INC<br>424 SOUTH COUNTY LINE ROAD<br>BENSENVILLE, IL 60106 | | Claim Number: 5400-01<br>Claim Date: 07/16/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 4131 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12.17 | Scheduled: | $442.00 | | |

| ACTION PLASTICS INC<br>424 SOUTH COUNTY LINE ROAD<br>BENSENVILLE, IL 60106 | | Claim Number: 5400-02<br>Claim Date: 07/16/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 4131 (01/14/2010) | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $442.00 | | | Allowed: | $442.00 |

| AIG CASUALTY COMPANY, ET. AL.<br>C/O MICHELLE LEVITT<br>CHARTIS US<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | | Claim Number: 10782<br>Claim Date: 08/27/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9022 (04/07/2011) | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ | | | |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ | | | |
| UNSECURED | Claimed: | $0.00 | UNLIQ | | | |

| ALLIED WASTE SERVICE (710)<br>C/O BRYAN ALBUE<br>FENNEMORE CRAIG, PC<br>3003 N CENTRAL AVENUE, SUITE 2600<br>PHOENIX, AZ 85012-2913 | | Claim Number: 11434<br>Claim Date: 08/28/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7650 (05/18/2010) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $19,014.06 | | | | |

| AMBER SOLVENT RECYCLING<br>200 LAURA DRIVE<br>ADDISON, IL 60101 | | Claim Number: 3702<br>Claim Date: 07/06/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,458.80 | Scheduled: | $2,458.80 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| AMERIGAS PROPANE<br>P.O. BOX 965<br>VALLEY FORGE, PA 19482 | | Claim Number: 5351-02<br>Claim Date: 07/16/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 6647 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,062.27 | | | | |
| ANDERSON & VREELAND, INC.<br>PO BOX 1246<br>WEST CALDWELL, NJ 07007 | | Claim Number: 9654-03<br>Claim Date: 08/24/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8834 (12/09/2010) | | | | |
| UNSECURED | Claimed: | $2,527.02 | | | | |
| ASM BLUE, LLC<br>TRANSFEROR: EAM-MOSCA CORP.<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 2790-03<br>Claim Date: 05/07/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8897 (01/20/2011) | | | | |
| UNSECURED | Claimed: | $2,241.60 | | Allowed: | | $2,241.60 |
| ASM BLUE, LLC<br>TRANSFEROR: ALLIANCE MACHINE SYSTEMS INT<br>C/O ASM CAPITAL<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 3506-03<br>Claim Date: 06/24/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $7,324.80 | Scheduled: | $3,372.13 | | |
| AVAYA INC.<br>C/O RMS BANKRUPTCY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | | Claim Number: 1026<br>Claim Date: 03/02/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,743.88 | Scheduled: | $2,023.38 | | |

| | | | | | |
|---|---|---|---|---|---|
| B&S PALLETS<br>550 W ROOT STREET<br>CHICAGO, IL 60609 | | Claim Number: 4690<br>Claim Date: 07/13/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $51,631.73 | Scheduled: | $51,631.73 | |
| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | | Claim Number: 13560<br>Claim Date: 11/06/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 8555 (09/17/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| BONGARDE HOLDINGS INC<br>PO BOX 428<br>OROVILLE, WA 98844-0428 | | Claim Number: 5575<br>Claim Date: 07/17/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,568.00 | Scheduled: | $1,568.00 | |
| BROADSPIRE SERVICES, INC. (2)<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JEFFREY CHANG<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 10831<br>Claim Date: 08/27/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9303 (01/29/2013) | | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | | |
| SECURED | Claimed: | $0.00   UNLIQ | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| BUTLER'S SNOW PLOWING<br>18202 RAVISLOE TERRACE<br>COUNTRY CLUB HILLS, IL 60478 | | Claim Number: 5507<br>Claim Date: 07/17/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,010.00 | Scheduled: | $4,640.00 | |

---

| C H ROBINSON CO<br>14701 CHARLSON ROAD<br>EDEN PRAIRIE, MN 55347 | | Claim Number: 9211-02<br>Claim Date: 08/20/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $350.00 | Scheduled: | $350.00 |

| CATCORP LOGISTICS<br>PO BOX 683<br>LEMONT, IL 60439 | | Claim Number: 11218<br>Claim Date: 08/27/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,232.00 | Scheduled: | $8,232.00 |

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | | Claim Number: 9378<br>Claim Date: 08/21/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|---|
| UNSECURED | Claimed: | $3,632,243.95    CONT |

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | | Claim Number: 9433<br>Claim Date: 08/21/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|---|
| UNSECURED | Claimed: | $1,569,422.14 |

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | | Claim Number: 13904<br>Claim Date: 03/15/2010<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|---|
| UNSECURED | Claimed: | $1,679,317.34 |

---

CHICAGO GLUE MACHINE & SUPPLY (01)
750 NORTH BAKER DRIVE
ITASCA, IL 60143

Claim Number: 9249
Claim Date: 08/20/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $138.65 | Scheduled: | $130.00 |

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE ST - ROOM 107A
CHICAGO, IL 60602

Claim Number: 1684
Claim Date: 03/23/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $4,621.07 |
| UNSECURED | Claimed: | $99.70 |

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE ST - ROOM 107A
CHICAGO, IL 60602

Claim Number: 1686
Claim Date: 03/23/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4966 (02/12/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,677.76 |

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE ST - ROOM 107A
CHICAGO, IL 60602

Claim Number: 1689
Claim Date: 03/23/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $8,804.63 |
| UNSECURED | Claimed: | $797.60 |

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE ST - ROOM 107A
CHICAGO, IL 60602

Claim Number: 1690
Claim Date: 03/23/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $2,087.85 |
| UNSECURED | Claimed: | $99.05 |

---

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE ST - ROOM 107A
CHICAGO, IL 60602

Claim Number: 2284
Claim Date: 04/20/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments:
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $50.00 | |

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE ST - ROOM 107A
CHICAGO, IL 60602

Claim Number: 2286
Claim Date: 04/20/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $9,790.64 | |
| UNSECURED | Claimed: | $877.20 | |

---

CITY OF CHICAGO
DEPARTMENT OF REVENUE
BUSINESS BANKRUPTCY UNIT
121 N. LASALLE ST - ROOM 107A
CHICAGO, IL 60602

Claim Number: 2287
Claim Date: 04/20/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments:
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,995.00 | |

---

CLAIMS RECOVERY GROUP LLC
TRANSFEROR: A-L-L EQUIPMENT
C/O CRG FINANCIAL LLC
100 UNION AVENUE, SUITE 240
CRESSKILL, NJ 07626

Claim Number: 1486-02
Claim Date: 03/16/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,307.41 | Scheduled: | $1,307.41 |

---

COMED
ATTN: BANKRUPTCY SECTION/REVENUE MGMT.
2100 SWIFT DRIVE
OAK BROOK, IL 60523

Claim Number: 1206-02
Claim Date: 03/03/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $7,200.15 | |

---

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MARK TRECE, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 68-02
Claim Date: 02/04/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $650.00 | Scheduled: | $650.00 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BLUE HERON MICRO OPPORTUNITI
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 232
Claim Date: 02/09/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 4132 (01/14/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $195.00 | Scheduled: | $195.00 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:BLUE HERON MICRO OPPRTNTS FND
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 4524
Claim Date: 07/10/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $189.92 | Scheduled: | $189.92 |
|---|---|---|---|---|

---

CORRUGATED CHEMICALS INC
5410 HOMBERG DRIVE
SUITE 20
KNOXVILLE, TN 37919

Claim Number: 7491-01
Claim Date: 08/10/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $1,450.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $1,609.66 |

---

CORRUGATED CHEMICALS INC
5410 HOMBERG DRIVE
SUITE 20
KNOXVILLE, TN 37919

Claim Number: 7491-02
Claim Date: 08/10/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $159.66 | | |
|---|---|---|---|---|

---

| | | | | | |
|---|---|---|---|---|---|
| CORRUGATED GEAR SERVICES, INC. | | Claim Number: 2997-02 | | | |
| JOSEPH J. BURTON, JR., ESQUIRE | | Claim Date: 05/12/2009 | | | |
| BURTON & ARMSTRONG, LLP | | Debtor: CAMEO CONTAINER CORPORATION | | | |
| 2 RAVINIA DRIVE, SUITE 1750 | | Comments: DOCKET: 6647 (04/07/2010) | | | |
| ATLANTA, GA 30346 | | THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,625.52 | Scheduled: | $3,625.52 | |

| | | | | | |
|---|---|---|---|---|---|
| COVCO S&A ENTERPRISES INC | | Claim Number: 3780 | | | |
| 9621 PHILADELPHIA ROAD | | Claim Date: 07/06/2009 | | | |
| BALTIMORE, MD 21237 | | Debtor: CAMEO CONTAINER CORPORATION | | | |
| | | Comments: | | | |
| | | THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $604.00 | Scheduled: | $604.00 | |

| | | | | | |
|---|---|---|---|---|---|
| CREDITOR LIQUIDITY, L.P. | | Claim Number: 5369 | | | |
| TRANSFEROR: ASSURANCE HEATING AND AIR | | Claim Date: 07/16/2009 | | | |
| 200 BUSINESS PARK DRIVE, STE 200 | | Debtor: CAMEO CONTAINER CORPORATION | | | |
| ARMONK, NY 10504 | | Comments: POSSIBLY AMENDED BY 0 | | | |
| | | DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $8,010.00 | Scheduled: | $9,924.00 | |

| | | | | | |
|---|---|---|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC | | Claim Number: 10839 | | | |
| ATTN: PETER OCHROCH | | Claim Date: 08/27/2009 | | | |
| 1111 OLD EAGLE SCHOOL ROAD | | Debtor: CAMEO CONTAINER CORPORATION | | | |
| WAYNE, PA 19087 | | Comments: WITHDRAWN | | | |
| | | DOCKET: 7893 (06/07/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | | |
| UNSECURED | Claimed: | $24,027,045.00   UNLIQ | | | |

| | | | | | |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY - IRS | | Claim Number: 339 | | | |
| INTERNAL REVENUE SERVICE | | Claim Date: 02/13/2009 | | | |
| P.O. BOX 21126 | | Debtor: CAMEO CONTAINER CORPORATION | | | |
| PHILADELPHIA, PA 19114 | | Comments: EXPUNGED | | | |
| | | DOCKET: 2760 (11/16/2009) | | | |
| PRIORITY | Claimed: | $58,683.71 | | | |
| UNSECURED | Claimed: | $2,395.28 | | | |

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 342
Claim Date: 02/13/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $58,683.71 | | |
| UNSECURED | Claimed: | $2,395.28 | | |

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 1126
Claim Date: 03/06/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $58,683.71 | | |
| UNSECURED | Claimed: | $2,395.28 | | |

---

DEPARTMENT OF THE TREASURY - IRS
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA 19114

Claim Number: 13841
Claim Date: 02/22/2010
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8661 (10/18/2010)

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5.99 | | |
| UNSECURED | Claimed: | $65.85 | | |

---

DURACO INC
7400 W. INDUSTRIAL DROVE
FOREST PARK, IL 60130

Claim Number: 9728-02
Claim Date: 08/24/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,486.80 | Scheduled: | $1,486.80 |

---

E I DUPONT DE NEMOURS AND CO INC
PO BOX 2285
CAROL STREAM, IL 60132-2285

Claim Number: 9308-01
Claim Date: 08/21/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,880.68 | Scheduled: | $16,880.68 |

---

---

E I DUPONT DE NEMOURS AND CO INC
PO BOX 2285
CAROL STREAM, IL 60132-2285

Claim Number: 9308-02
Claim Date: 08/21/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 3259 (12/17/2009)
THIS CLAIM IS PAID

| | Claimed: | | | Allowed: | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | | $40,086.19 | | | $40,086.19 |
| UNSECURED | | | Scheduled: | $40,086.19 | |

ED GARVEY + COMPANY
7400 N LEHIGH AVE
NILES, IL 60714

Claim Number: 14026
Claim Date: 05/19/2010
Debtor: CAMEO CONTAINER CORPORATION
Comments: ALLOWED
DOCKET: 8614 (10/12/2010)

| | Claimed: | | | Allowed: | |
|---|---|---|---|---|---|
| UNSECURED | | $37,570.00 | | | $18,785.00 |

EQUITY TRUST CO FBO DAVID FISHEL IRA
TRANSFEROR: GENERAL SUPPLY & SERVICES
225 BURNS ROAD
ELYRIA, OH 44035

Claim Number: 9206-02
Claim Date: 08/20/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | Claimed: | | | | |
|---|---|---|---|---|---|
| UNSECURED | | $56.00 | Scheduled: | $56.00 | |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: OEC GRAPHICS, INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 236
Claim Date: 02/10/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments:
THIS CLAIM IS PAID

| | Claimed: | | | | |
|---|---|---|---|---|---|
| UNSECURED | | $1,283.00 | Scheduled: | $1,283.00 | |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: B&F COFFEE SERVICE/FIRST SRV
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 732-02
Claim Date: 02/23/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | Claimed: | | | | |
|---|---|---|---|---|---|
| UNSECURED | | $630.21 | Scheduled: | $583.21 | |

---

FINZER ROLLER OF ILLINOIS INC
33462 TREASURY CENTER
CHICAGO, IL 60694-3400

Claim Number: 11512
Claim Date: 08/28/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,625.00 | Scheduled: | $3,525.00 |
|---|---|---|---|---|

FORMS ETC
9205 S KEATING
OAKLAWN, IL 60453

Claim Number: 4636
Claim Date: 07/13/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $713.30 | Scheduled: | $713.30 |
|---|---|---|---|---|

FORT WORTH INDEPENDENT SCHOOL DISTRICT
ELIZABETH BANDA
PERDUE BRANDON FIELDER COLLINS MOTT LLP
P.O. BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 914
Claim Date: 02/23/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| SECURED | Claimed: | $130,929.12 |
|---|---|---|

FORT WORTH INDEPENDENT SCHOOL DISTRICT
ELIZABETH BANDA
PERDUE BRANDON FIELDER COLLINS MOTT LLP
P.O. BOX 13430
ARLINGTON, TX 76094-0430

Claim Number: 1110
Claim Date: 03/06/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 8378 (08/16/2010)

| SECURED | Claimed: | $130,929.12 |
|---|---|---|

FRON, EDWARD
8829 BERKELEY COURT
ORLAND PARK, IL 60462

Claim Number: 7824
Claim Date: 08/14/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments:
THIS CLAIM IS PAID

| PRIORITY | Claimed: | $90,146.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $90,146.00 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10238)

| | | | | |
|---|---|---|---|---|
| GARFIELD RIDGE CONTRACTORS INC<br>8916 W OGDEN AVE<br>BROOKFIELD, IL 60513 | | Claim Number: 7028<br>Claim Date: 08/03/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,880.00 | Scheduled: | $1,880.00 |
| HAINCO, LLC<br>TRANSFEROR: WELD-RITE SERVICES INC<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 2423<br>Claim Date: 04/24/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $51,719.00 | Scheduled: | $64,639.00 |
| HAROLD M. PITNAM COMPANY<br>721 UNION BOULEVARD<br>TOTOWA, NJ 07512-0990 | | Claim Number: 4951<br>Claim Date: 07/13/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| SECURED | | | Scheduled: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $10,199.11 | Scheduled: | $9,531.80 UNLIQ |
| HYDRA VAC INC.<br>35991 HIGHWAY 21 NORTH<br>GURNEE, IL 60031 | | Claim Number: 5252<br>Claim Date: 07/14/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $498.91 | Scheduled: | $478.80 |
| ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>JAMES R. THOMPSON CENTER<br>100 W. RANDOLPH # 7-400<br>CHICAGO, IL 60601 | | Claim Number: 6962<br>Claim Date: 08/03/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| PRIORITY | Claimed: | $673.00 | | |
| UNSECURED | Claimed: | $101.00 | | |

| INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION, N-240 100 N. SENATE AVE INDIANAPOLIS, IN 46204-2253 | Claim Number: 7562 Claim Date: 08/10/2009 Debtor: CAMEO CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 3287 (12/18/2009) |
|---|---|

| PRIORITY | Claimed: | $311.23 |
| SECURED | Claimed: | $23,583.35 |
| UNSECURED | Claimed: | $29.51 |

| INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION, N-240 100 NORTH SENATE AVENUE INDIANAPOLIS, IN 46204 | Claim Number: 13386 Claim Date: 10/02/2009 Debtor: CAMEO CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 4966 (02/12/2010) |
|---|---|

| PRIORITY | Claimed: | $893.76 |
| SECURED | Claimed: | $740.93 |
| UNSECURED | Claimed: | $79.51 |

| INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION N-240 100 N. SENATE AVE INDIANAPOLIS, IN 46204-2253 | Claim Number: 13686 Claim Date: 12/17/2009 Debtor: CAMEO CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 7652 (05/18/2010) |
|---|---|

| PRIORITY | Claimed: | $695.06 |
| UNSECURED | Claimed: | $58.95 |

| INDIANA DEPARTMENT OF STATE REVENUE CAROL LUSHELL, BANKRUPTCY SECTION 100 N. SENATE AVE, ROOM N203 INDIANAPOLIS, IN 46204-2253 | Claim Number: 7563 Claim Date: 08/10/2009 Debtor: CAMEO CONTAINER CORPORATION Comments: EXPUNGED DOCKET: 4132 (01/14/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $2,040.22 |

| INGREDION INC 5 WESTBROOK CORPORATE CENTER WESTCHESTER, IL 60154 | Claim Number: 10744 Claim Date: 08/27/2009 Debtor: CAMEO CONTAINER CORPORATION Comments: ALLOWED DOCKET: 7944 (06/09/2010) |
|---|---|

| UNSECURED | Claimed: | $22,000.00 UNDET | Scheduled: | $38,947.02 | Allowed: | $22,000.00 |

---

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | | Claim Number: 11933<br>Claim Date: 08/28/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | | | |
| UNSECURED | Claimed: | $28,904.50 | | | | | |
| INX INTERNATIONAL INK CO<br>150 NORTH MARTINGALE ROAD<br>SUITE 700<br>SCHAUMBURG, IL 60173 | | Claim Number: 10532-01<br>Claim Date: 08/26/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $30,968.61 | Scheduled: | $47,870.33 | | | |
| INX INTERNATIONAL INK CO<br>150 NORTH MARTINGALE ROAD<br>SUITE 700<br>SCHAUMBURG, IL 60173 | | Claim Number: 10532-02<br>Claim Date: 08/26/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $39,014.86 | | | | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: HARRIS TECHNOLOGIES, INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 5386-02<br>Claim Date: 07/16/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) | | | | | |
| UNSECURED | Claimed: | $1,507.25 | | | | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: STANDARD CARTAGE COMPANY INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 7506<br>Claim Date: 08/10/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8128 (06/23/2010) | | | | | |
| UNSECURED | Claimed: | $11,695.00 | Scheduled: | $11,695.00 | Allowed: | $11,695.00 | |

SMURFIT-STONE CONTAINER CORPORATION
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10238)

---

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: TH RYAN CARTAGE CO INC
ONE STATION PLACE
THREE NORTH
STAMFORD, CT 06902

Claim Number: 9724
Claim Date: 08/24/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 8128 (06/23/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $76,845.51 | Scheduled: | $75,957.81 |

KODIAK CONTAINER CORP
4320 SOUTH KNOX AVE
CHICAGO, IL 60632

Claim Number: 6498
Claim Date: 07/27/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,559.33 | Scheduled: | $1,559.33 |

LIBERTY CREATIVE SOLUTIONS INC
18625 WEST CREEK DRIVE
TINLEY PARK, IL 60477

Claim Number: 4635
Claim Date: 07/13/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,392.50 | Scheduled: | $2,392.50 |

LITTLE VILLAGE
PO BOX 243
RIVERSIDE, IL 60546

Claim Number: 6374
Claim Date: 07/27/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,737.64 | Scheduled: | $3,737.64 |

LOEWY FOODS INC
PO BOX 1362
NORTHBROOK, IL 60065

Claim Number: 6530
Claim Date: 07/27/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,822.10 | Scheduled: | $2,822.10 |

| | | | | |
|---|---|---|---|---|
| MC MASTER-CARR SUPPLY CO<br>PO BOX 4355<br>CHICAGO, IL 60680 | | Claim Number: 3272-02<br>Claim Date: 06/05/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,562.06 | Scheduled: | $4,035.01 |
| METCHEM INC<br>766 WHITE OAKS LANE<br>HIGHLAND PARK, IL 60035 | | Claim Number: 3686<br>Claim Date: 07/06/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
| UNSECURED | Claimed: | $1,410.94 | | |
| METCHEM, INC.<br>766 WHITE OAKS DR.<br>HIGHLAND PARK, IL 60035 | | Claim Number: 2046<br>Claim Date: 04/06/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,254.31 | Scheduled: | $1,410.94 |
| MID TOWN PETROLEUM INC<br>9707 S 76TH AVENUE<br>BRIDGEVIEW, IL 60455-2380 | | Claim Number: 4160<br>Claim Date: 07/09/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,634.43 | Scheduled: | $4,235.97 |
| MID-TOWN PETROLEUM INC<br>9707 S 76TH AVE<br>BRIDGEVIEW, IL 60455 | | Claim Number: 1619<br>Claim Date: 03/20/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: POSSIBLE DUPLICATE OF 4160<br>DOCKET: 6649 (04/07/2010) | | |
| UNSECURED | Claimed: | $5,634.43 | | |

| | | | | | |
|---|---|---|---|---|---|
| MIDWEST INDUSTRIAL RUBBER, INC.<br>10431 MIDWEST INDUSTRIAL DRIVE<br>SAINT LOUIS, MO 63132 | | Claim Number: 7892-02<br>Claim Date: 08/17/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $875.16 | Scheduled: | $1,543.16 | |
| MOTION INDUSTRIES, INC.<br>C/O KIMBERLY J ROBINSON<br>BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG<br>200 WEST MADISON ST., SUITE 3900<br>CHICAGO, IL 60606 | | Claim Number: 9315<br>Claim Date: 08/21/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: ALLOWED<br>DOCKET: 8092 (06/21/2010) | | | |
| UNSECURED | Claimed: | $2,261.82 | Scheduled: | $4,548.77 | Allowed: $2,261.82 |
| MULTISWATCH CORPORATION<br>2600 S. 25TH AVE. SUITE Y<br>BROADVIEW, IL 60155 | | Claim Number: 7314-01<br>Claim Date: 08/07/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $91,411.54 | Scheduled: | $131,974.45 | |
| MULTISWATCH CORPORATION<br>2600 S. 25TH AVE. SUITE Y<br>BROADVIEW, IL 60155 | | Claim Number: 7314-02<br>Claim Date: 08/07/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $34,495.29 | | | |
| MURPHY PACKAGING, INC.<br>150 NORTH FAIRWAY DRIVE, STE 160<br>VERNON HILLS, IL 60061 | | Claim Number: 874<br>Claim Date: 02/26/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,432.00 | Scheduled: | $3,515.08 | |

---

NEW YORK STATE DEPARTMENT OF LABOR
UNEMPLOYMENT INSURANCE DIVISION
GOVERNOR W. AVERELL HARRIMAN STATE
OFFICE BLDG CAMPUS, BLDG 12, ROOM 256
ALBANY, NY 12240

Claim Number: 919
Claim Date: 02/23/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

NEW YORK STATE DEPARTMENT OF LABOR
UNEMPLOYMENT INSURANCE DIVISION
DEBBIE ANZIANO - STATE OFFICE BUILDING
BUILDING # 12, ROOM # 256
ALBANY, NY 12240

Claim Number: 1111
Claim Date: 03/06/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| PRIORITY | Claimed: | $441.98 |
|---|---|---|

---

NEW YORK STATE DEPARTMENT OF LABOR
UNEMPLOYMENT INSURANCE DIVISION
GOVERNOR W. AVERELL HARRIMAN STATE
OFFICE BLDG CAMPUS, BLDG 12, ROOM 256
ALBANY, NY 12240

Claim Number: 3384
Claim Date: 06/05/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 2760 (11/16/2009)

| PRIORITY | Claimed: | $476.65 |
|---|---|---|

---

NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

Claim Number: 5842
Claim Date: 07/20/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 4136 (01/14/2010)

| UNSECURED | Claimed: | $1,000.00 |
|---|---|---|

---

NORMAN EQUIPMENT CO
3209 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Claim Number: 4349-02
Claim Date: 07/10/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $91.30 | Scheduled: | $91.30 |
|---|---|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| NORTH SHORE GAS / PEOPLES GAS<br>130 E. RANDOLPH DRIVE<br>CHICAGO, IL 60601 | | Claim Number: 5630-02<br>Claim Date: 07/17/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $41,749.41 | | |
| PARAVATI, KARL, GREEN & DEBELLA<br>VINCENT M. DEBELLA ESQ.<br>COUNSEL, NYS TEAM CONFERENCE PENSION &<br>RETIREMENT FUND  -  12 STEUBEN PARK<br>UTICA, NY 13501 | | Claim Number: 7767<br>Claim Date: 08/13/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9146 (11/14/2011) | | |
| UNSECURED | Claimed: | $335,109.64 | | |
| PHILIPP LITHOGRAPHING CO.<br>C/O AMANDA M. GIBBS, ESQ.<br>REINHART BOERNER VAN DEUREN S.C.<br>1000 NORTH WATER STREET, SUITE 1700<br>MILWAUKEE, WI 53202 | | Claim Number: 2230<br>Claim Date: 04/16/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,436.20 | Scheduled: | $10,587.20 |
| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: HYDRITE CHEMICAL CO<br>GREELEY SQUARE STATION, P.O. BOX 20188<br>39 W. 31ST STREET<br>NEW YORK, NY 10001 | | Claim Number: 13064<br>Claim Date: 09/14/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,509.64 | Scheduled: | $5,650.56 |
| PITNEY BOWES CREDIT CORP<br>RECOVERY DEPT<br>27 WATERVIEW DR<br>SHELTON, CT 06484-4361 | | Claim Number: 12573<br>Claim Date: 09/08/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | |
| PRIORITY | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $1,162.61 | Scheduled: | $1,221.23 |

POWER/MATION DIVISION
1310 ENERGY LANE
SAINT PAUL, MN 55108

Claim Number: 2017-02
Claim Date: 04/06/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,083.56 | Scheduled: | $2,083.56 |
|---|---|---|---|---|

RICMAR INDUSTRIES
889 N. LARCH AVE
ELMHURST, IL 60126

Claim Number: 2235
Claim Date: 04/16/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,313.45 | Scheduled: | $4,880.00 |
|---|---|---|---|---|

RYAN TRUCK LEASING CO
PO BOX 279
MAYWOOD, IL 60153

Claim Number: 9722
Claim Date: 08/24/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,194.90 | Scheduled: | $4,194.90 |
|---|---|---|---|---|

SHERWIN-WILLIAMS CO
540 MIDLAND BLDG 101 PROSPECT AVE
CLEVELAND, OH 44115

Claim Number: 4822
Claim Date: 07/13/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,922.70 | Scheduled: | $3,922.70 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: RAYNER DIE SUPPLY
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 669
Claim Date: 02/20/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,231.07 | Scheduled: | $4,216.96 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: IESCO INC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 4162<br>Claim Date: 07/09/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $1,303.60 | Scheduled: | $1,303.60 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: ECONO PRODUCTS INC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 4300<br>Claim Date: 07/10/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,588.85 | Scheduled: | $2,588.85 |
| SIERRA LIQUIDITY FUND, LLC<br>TRANSFEROR: H.E. WISDOM & SONS INC<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 7799-02<br>Claim Date: 08/14/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $19,196.85 | Scheduled: | $31,658.60 |
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &<br>ATTORNEY-IN-FACT FOR IESCO, INC.<br>ASSIGNOR<br>19772 MACARTHUR BLVD., SUITE 200<br>IRVINE, CA 92612 | | Claim Number: 11977<br>Claim Date: 08/28/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,303.60 | | |
| SLEEPECK PRINTING COMPANY<br>C/O MARK THOMANN<br>DEVELOPMENT SPECIALISTS, INC.<br>70 WEST MADISON STREET, SUITE 2300<br>CHICAGO, IL 60602 | | Claim Number: 706<br>Claim Date: 02/23/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,935.00 | Scheduled: | $3,935.00 |

| | | | | |
|---|---|---|---|---|
| SOUTHERN IMPERIAL, INC.<br>COFACE NORTH AMERICA, INC.<br>50 MILLSTONE ROAD<br>BLDG 100  STE 360<br>EAST WINDSOR, NJ 08520 | | Claim Number: 10857-01<br>Claim Date: 08/27/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $1,040.40 | | |
| UNSECURED | | | Scheduled: | $2,689.68 |
| SOUTHERN IMPERIAL, INC.<br>COFACE NORTH AMERICA, INC.<br>50 MILLSTONE ROAD<br>BLDG 100  STE 360<br>EAST WINDSOR, NJ 08520 | | Claim Number: 10857-02<br>Claim Date: 08/27/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $153.28 | | |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: STAFFORD CORRUGATED PRODUCTS<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 227-03<br>Claim Date: 02/10/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $473.71 | | |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: SIGNODE SERVICE BUSINESS<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 2542-03<br>Claim Date: 04/27/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,106.92 | Scheduled: | $2,253.30 |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: SUN AUTOMATION GROUP INC<br>ROBERT M. LAVAN, STANDARD GENERAL LP<br>650 MADISON AVENUE<br>NEW YORK, NY 10022 | | Claim Number: 10080<br>Claim Date: 08/25/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $26,626.00 | Scheduled: | $29,824.19 |

| | | |
|---|---|---|
| STATE OF ILLINOIS<br>DEPARTMENT OF REVENUE<br>100 W RANDOLPH<br>LEVEL 7-425<br>CHICAGO, IL 60601 | Claim Number: 13676<br>Claim Date: 12/14/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | |

| ADMINISTRATIVE | Claimed: | $5,180.93 |
|---|---|---|

| | | |
|---|---|---|
| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 12571<br>Claim Date: 09/04/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |

| PRIORITY | Claimed: | $102.19 |
|---|---|---|

| | | |
|---|---|---|
| STATE OF NEW YORK DEPARTMENT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W AVERELL HARRIMAN OFC BLDG CAMPUS<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 13392<br>Claim Date: 09/10/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |

| PRIORITY | Claimed: | $102.19 |
|---|---|---|

| | | |
|---|---|---|
| STATE OF NEW YORK DEPT OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV W AVERELL HARRIMAN STATE OFFICE<br>BLDG CAMPUS, BLDG 12, ROOM 256<br>ALBANY, NY 12240 | Claim Number: 7216<br>Claim Date: 08/04/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |

| PRIORITY | Claimed: | $476.65 |
|---|---|---|

| | | |
|---|---|---|
| SUBCO, INC.<br>8124 W. 188TH STREET<br>MOKENA, IL 60448 | Claim Number: 2031<br>Claim Date: 04/06/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $5,901.18 | Scheduled: | $11,250.19 |
|---|---|---|---|---|

---

SUPERIOR INDUSTRIAL SUPPLY CO INC  
7300 OAK PARK AVE  
NILES, IL 60714

Claim Number: 7245  
Claim Date: 08/06/2009  
Debtor: CAMEO CONTAINER CORPORATION  
Comments:  
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,212.32 | Scheduled: | $5,186.52 |

TETER MACHINE PRODUCTS, INC.  
PO BOX 523  
EDWARDSBURG, MI 49112

Claim Number: 14  
Claim Date: 01/30/2009  
Debtor: CAMEO CONTAINER CORPORATION  
Comments:  
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $980.00 | Scheduled: | $980.00 |

THARPE COMPANY INC, THE  
P.O. BOX 1719  
STATESVILLE, NC 28687

Claim Number: 11770  
Claim Date: 08/28/2009  
Debtor: CAMEO CONTAINER CORPORATION  
Comments:  
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,932.30 | Scheduled: | $2,932.30 |

TRC ENTERPRISES  
308 S. GREEN VALLEY DR  
NAPERVILLE, IL 60540

Claim Number: 2148  
Claim Date: 04/13/2009  
Debtor: CAMEO CONTAINER CORPORATION  
Comments: EXPUNGED  
DOCKET: 5738 (03/10/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $2,395.94 | |

TRIANGLE DIES AND SUPPLIES INC.  
1436 LOUIS BORK DRIVE  
BATAVIA, IL 60510

Claim Number: 852  
Claim Date: 02/26/2009  
Debtor: CAMEO CONTAINER CORPORATION  
Comments:  
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $82,814.04 | Scheduled: | $76,894.85 |

| | | | | |
|---|---|---|---|---|
| UNITED LIFT TRUCK L.P.<br>1100 S. 25TH AVENUE<br>BELLWOOD, IL 60104 | | Claim Number: 3327-02<br>Claim Date: 06/09/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,668.81 | | |
| UNITED STATES DEBT RECOVERY V, LP<br>TRANSFEROR: ALBANY INTERNATIONAL CORP<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 8152<br>Claim Date: 08/18/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,126.88 | Scheduled: | $2,126.88 |
| UPS GROUND FREIGHT, INC.<br>ATTN: LAUREN N. NACHINSON<br>QUARLES & BRADY LLP<br>300 N. LASALLE STREET, STE 4000<br>CHICAGO, IL 60654 | | Claim Number: 13981<br>Claim Date: 04/07/2010<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8997 (03/22/2011) | | |
| ADMINISTRATIVE | Claimed: | $2,885.32 | | |
| UPS GROUND FREIGHT, INC. D/B/A UPS<br>FREIGHT TRUCKLOAD, ATTN: LAUREN N.<br>NACHINSON, ESQ., QUARLES & BRADY LLP<br>300 N. LASALLE STREET, STE 4000<br>CHICAGO, IL 60654 | | Claim Number: 10794<br>Claim Date: 08/27/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $1,892,367.16   UNLIQ | | |
| VALCO CINCINNATI, INC<br>1244 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1002 | | Claim Number: 9201-02<br>Claim Date: 08/20/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,145.44 | Scheduled: | $5,745.44 |

---

| | | | | |
|---|---|---|---|---|
| VISION INTEGRATED GRAPHICS LLC<br>208 S JEFFERSON STREET  3RD FLOOR<br>CHICAGO, IL 60661 | | Claim Number: 6265<br>Claim Date: 07/24/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,265.00 | Scheduled: | $1,265.00 |

| | | | | |
|---|---|---|---|---|
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 7290<br>Claim Date: 08/07/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | |
| UNSECURED | Claimed: | $921,225.49 | | |

| | | | | |
|---|---|---|---|---|
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13349<br>Claim Date: 09/25/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | |
| ADMINISTRATIVE | Claimed: | $372,250.25   UNLIQ | | |
| UNSECURED | Claimed: | $548,975.24   UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| WALLA WALLA ENVIRONMENTAL INC<br>PO BOX 1298<br>WALLA WALLA, WA 99362 | | Claim Number: 11261<br>Claim Date: 08/20/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $688.80 | Scheduled: | $688.80 |

| | | | | |
|---|---|---|---|---|
| WATCH OVER ME SECURITY<br>9932 SOUTH MAPLE AVE<br>OAKLAWN, IL 60453 | | Claim Number: 4634<br>Claim Date: 07/13/2009<br>Debtor: CAMEO CONTAINER CORPORATION<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $800.00 | Scheduled: | $800.00 |

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9898
Claim Date: 08/25/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 | UNLIQ |

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9923
Claim Date: 08/25/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9948
Claim Date: 08/25/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 10870
Claim Date: 08/25/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 | UNLIQ |

XEROX CAPITAL SERVICES LLC
ATTN: VANESSA ADAMS
1301 RIDGEVIEW DRIVE-450
LEWISVILLE, TX 75057

Claim Number: 2268-02
Claim Date: 04/13/2009
Debtor: CAMEO CONTAINER CORPORATION
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $961.92 |

## Summary Page

Total Number of Filed Claims:           135

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $547,755.46 | $40,528.19 |
| Priority: | $297,357.78 | $0.00 |
| Secured: | $4,623,443.92 | $0.00 |
| Unsecured: | $2,110,362,258.23 | $56,983.42 |
| Total: | $2,115,830,815.39 | $97,511.61 |

| | | |
|---|---|---|
| AIG CASUALTY COMPANY ET. AL.<br>C/O CHARTIS U.S.<br>ATTN: MICHELLE A. LEVITT, AUTHORIZED REP<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | | Claim Number: 10931<br>Claim Date: 08/27/2009<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9022 (04/07/2011) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $4,337,261.40   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | | Claim Number: 13561<br>Claim Date: 11/06/2009<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: DOCKET: 8555 (09/17/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| BROADSPIRE SERVICES, INC. (2)<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JEFFREY CHANG<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 10830<br>Claim Date: 08/27/2009<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 9303 (01/29/2013) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | | Claim Number: 9377<br>Claim Date: 08/21/2009<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,632,243.95   CONT |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | | Claim Number: 9432<br>Claim Date: 08/21/2009<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,569,422.14 |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | | Claim Number: 13903<br>Claim Date: 03/15/2010<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9233 (04/20/2012) |
| UNSECURED | Claimed: | $1,679,317.34 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC<br>ATTN: PETER OCHROCH<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | | Claim Number: 10840<br>Claim Date: 08/27/2009<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 7893 (06/07/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $24,027,045.00   UNLIQ |
| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | | Claim Number: 11934<br>Claim Date: 08/28/2009<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $28,904.50 |
| PARAVATI, KARL, GREEN & DEBELLA<br>VINCENT M. DEBELLA ESQ.<br>COUNSEL, NYS TEAM CONFERENCE PENSION &<br>RETIREMENT FUND  -  12 STEUBEN PARK<br>UTICA, NY 13501 | | Claim Number: 7768<br>Claim Date: 08/13/2009<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9146 (11/14/2011) |
| UNSECURED | Claimed: | $335,109.64 |
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 7291<br>Claim Date: 08/07/2009<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $921,225.49 |

| | | | |
|---|---|---|---|
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13345<br>Claim Date: 09/25/2009<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| ADMINISTRATIVE | Claimed: | $372,250.25 | UNLIQ |
| UNSECURED | Claimed: | $548,975.24 | UNLIQ |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9897<br>Claim Date: 08/25/2009<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 | UNLIQ |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9922<br>Claim Date: 08/25/2009<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9947<br>Claim Date: 08/25/2009<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 10869<br>Claim Date: 08/25/2009<br>Debtor: LOT 24D REDEVELOPMENT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 | UNLIQ |

## Summary Page

Total Number of Filed Claims:            15

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $372,250.25 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $4,337,261.40 | $0.00 |
| Unsecured: | $2,107,742,243.30 | $0.00 |
| Total: | $2,112,451,754.95 | $0.00 |

| | | |
|---|---|---|
| AIG CASUALTY COMPANY ET. AL.<br>C/O CHARTIS U.S.<br>ATTN: MICHELLE A. LEVITT, AUTHORIZED REP<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | Claim Number: 10932<br>Claim Date: 08/27/2009<br>Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9022 (04/07/2011) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $4,337,261.40   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13562<br>Claim Date: 11/06/2009<br>Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY<br>Comments: DOCKET: 8555 (09/17/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| BROADSPIRE SERVICES, INC. (2)<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JEFFREY CHANG<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 10829<br>Claim Date: 08/27/2009<br>Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY<br>Comments: EXPUNGED<br>DOCKET: 9303 (01/29/2013) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9388<br>Claim Date: 08/21/2009<br>Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,632,243.95   CONT |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9431<br>Claim Date: 08/21/2009<br>Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,569,422.14 |

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13902<br>Claim Date: 03/15/2010<br>Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
|---|---|

| UNSECURED | Claimed: | $1,679,317.34 |
|---|---|---|

| DE LAGE LANDEN FINANCIAL SERVICES, INC<br>ATTN: PETER OCHROCH<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | Claim Number: 10841<br>Claim Date: 08/27/2009<br>Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 7893 (06/07/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $24,027,045.00 | UNLIQ |

| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | Claim Number: 11938<br>Claim Date: 08/28/2009<br>Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
|---|---|

| UNSECURED | Claimed: | $28,904.50 |
|---|---|---|

| PARAVATI, KARL, GREEN & DEBELLA<br>VINCENT M. DEBELLA ESQ.<br>COUNSEL, NYS TEAM CONFERENCE PENSION &<br>RETIREMENT FUND  -  12 STEUBEN PARK<br>UTICA, NY 13501 | Claim Number: 7769<br>Claim Date: 08/13/2009<br>Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9146 (11/14/2011) |
|---|---|

| UNSECURED | Claimed: | $335,109.64 |
|---|---|---|

| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7292<br>Claim Date: 08/07/2009<br>Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
|---|---|

| UNSECURED | Claimed: | $921,225.49 |
|---|---|---|

| | | |
|---|---|---|
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13344<br>Claim Date: 09/25/2009<br>Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| ADMINISTRATIVE | Claimed: | $372,250.25   UNLIQ |
| UNSECURED | Claimed: | $548,975.24   UNLIQ |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9896<br>Claim Date: 08/25/2009<br>Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00   UNLIQ |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9921<br>Claim Date: 08/25/2009<br>Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00   UNLIQ |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9946<br>Claim Date: 08/25/2009<br>Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00   UNLIQ |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 10868<br>Claim Date: 08/25/2009<br>Debtor: ATLANTA & SAINT ANDREWS BAY RAILWAY COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00   UNLIQ |

## Summary Page

Total Number of Filed Claims:          15

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $372,250.25 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $4,337,261.40 | $0.00 |
| Unsecured: | $2,107,742,243.30 | $0.00 |
| Total: | $2,112,451,754.95 | $0.00 |

| | | |
|---|---|---|
| AIG CASUALTY COMPANY ET. AL. | Claim Number: 10933 | |
| C/O CHARTIS U.S. | Claim Date: 08/27/2009 | |
| ATTN: MICHELLE A. LEVITT, AUTHORIZED REP | Debtor: STONE INTERNATIONAL SERVICES CORPORATION | |
| 175 WATER STREET, 18TH FLOOR | Comments: WITHDRAWN | |
| NEW YORK, NY 10038 | DOCKET: 9022 (04/07/2011) | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | | UNLIQ |
| UNSECURED | Claimed: | | $0.00 | UNLIQ |

| | | |
|---|---|---|
| BKK JOINT DEFENSE GROUP | Claim Number: 13563 | |
| C/O JAMES J. DRAGNA | Claim Date: 11/06/2009 | |
| BINGHAM MCCUTCHEN LLP | Debtor: STONE INTERNATIONAL SERVICES CORPORATION | |
| 355 SOUTH GRAND AVE., STE. 4400 | Comments: DOCKET: 8555 (09/17/2010) | |
| LOS ANGELES, CA 90071 | | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

| | | |
|---|---|---|
| BROADSPIRE SERVICES, INC. (2) | Claim Number: 10828 | |
| WILDMAN HARROLD ALLEN & DIXON, LLP | Claim Date: 08/27/2009 | |
| C/O JEFFREY CHANG | Debtor: STONE INTERNATIONAL SERVICES CORPORATION | |
| 225 WEST WACKER DRIVE | Comments: EXPUNGED | |
| CHICAGO, IL 60606 | DOCKET: 9303 (01/29/2013) | |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST | Claim Number: 9387 | |
| AREAS PENSION FUND | Claim Date: 08/21/2009 | |
| ATTN: PETER PRIEDE | Debtor: STONE INTERNATIONAL SERVICES CORPORATION | |
| 9377 WEST HIGGINS ROAD | Comments: WITHDRAWN | |
| ROSEMONT, IL 60018 | DOCKET: 9223 (04/20/2012) | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,632,243.95 | CONT |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST | Claim Number: 9430 | |
| AREAS PENSION FUND | Claim Date: 08/21/2009 | |
| ATTN: PETER PRIEDE | Debtor: STONE INTERNATIONAL SERVICES CORPORATION | |
| 9377 WEST HIGGINS ROAD | Comments: WITHDRAWN | |
| ROSEMONT, IL 60018 | DOCKET: 9223 (04/20/2012) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,569,422.14 |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | | Claim Number: 13901 Claim Date: 03/15/2010 Debtor: STONE INTERNATIONAL SERVICES CORPORATION Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
| UNSECURED | Claimed: | $1,679,317.34 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC ATTN: PETER OCHROCH 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA 19087 | | Claim Number: 10842 Claim Date: 08/27/2009 Debtor: STONE INTERNATIONAL SERVICES CORPORATION Comments: WITHDRAWN DOCKET: 7893 (06/07/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $24,027,045.00   UNLIQ |
| DEPARTMENT OF THE TREASURY - IRS INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | | Claim Number: 3297 Claim Date: 06/08/2009 Debtor: STONE INTERNATIONAL SERVICES CORPORATION Comments: EXPUNGED DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $9,022.44 |
| DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | | Claim Number: 13844 Claim Date: 02/23/2010 Debtor: STONE INTERNATIONAL SERVICES CORPORATION Comments: EXPUNGED DOCKET: 7652 (05/18/2010) |
| UNSECURED | Claimed: | $0.00 |
| INTEGRATED PACKAGING COMPANY, INC. ATTENTION: LOUIS F. POWELL 122 QUENTIN AVE. NEW BRUNSWICK, NJ 08901 | | Claim Number: 11937 Claim Date: 08/28/2009 Debtor: STONE INTERNATIONAL SERVICES CORPORATION Comments: EXPUNGED DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $28,904.50 |

---

PARAVATI, KARL, GREEN & DEBELLA
VINCENT M. DEBELLA ESQ.
COUNSEL, NYS TEAM CONFERENCE PENSION &
RETIREMENT FUND  -  12 STEUBEN PARK
UTICA, NY 13501

Claim Number: 7771
Claim Date: 08/13/2009
Debtor: STONE INTERNATIONAL SERVICES CORPORATION
Comments: WITHDRAWN
DOCKET: 9146 (11/14/2011)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $335,109.64 |

---

W.W. GRAINGER, INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K. HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 7295
Claim Date: 08/07/2009
Debtor: STONE INTERNATIONAL SERVICES CORPORATION
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $921,225.49 |

---

W.W. GRAINGER, INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K. HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13366
Claim Date: 09/25/2009
Debtor: STONE INTERNATIONAL SERVICES CORPORATION
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $372,250.25 | UNLIQ |
| UNSECURED | Claimed: | $548,975.24 | UNLIQ |

---

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9895
Claim Date: 08/25/2009
Debtor: STONE INTERNATIONAL SERVICES CORPORATION
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 | UNLIQ |

---

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9920
Claim Date: 08/25/2009
Debtor: STONE INTERNATIONAL SERVICES CORPORATION
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

---

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY | | Claim Number: 9945 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | | Debtor: STONE INTERNATIONAL SERVICES CORPORATION |
| 1100 NORTH MARKET STREET | | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY | | Claim Number: 10867 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | | Debtor: STONE INTERNATIONAL SERVICES CORPORATION |
| 1100 NORTH MARKET STREET | | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 | UNLIQ |

## Summary Page

Total Number of Filed Claims:          17

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $372,250.25 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $4,337,261.40 | $0.00 |
| Unsecured: | $2,107,751,265.74 | $0.00 |
| Total: | $2,112,460,777.39 | $0.00 |

| AIG CASUALTY COMPANY ET. AL. | Claim Number: 10934 |
| C/O CHARTIS U.S. | Claim Date: 08/27/2009 |
| ATTN: MICHELLE A. LEVITT, AUTHORIZED REP | Debtor: STONE GLOBAL, INC. |
| 175 WATER STREET, 18TH FLOOR | Comments: WITHDRAWN |
| NEW YORK, NY 10038 | DOCKET: 9022 (04/07/2011) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| BKK JOINT DEFENSE GROUP | Claim Number: 13564 |
| C/O JAMES J. DRAGNA | Claim Date: 11/06/2009 |
| BINGHAM MCCUTCHEN LLP | Debtor: STONE GLOBAL, INC. |
| 355 SOUTH GRAND AVE., STE. 4400 | Comments: DOCKET: 8555 (09/17/2010) |
| LOS ANGELES, CA 90071 | |

| UNSECURED | Claimed: | $0.00 | UNDET |

| BROADSPIRE SERVICES, INC. (2) | Claim Number: 10826 |
| WILDMAN HARROLD ALLEN & DIXON, LLP | Claim Date: 08/27/2009 |
| C/O JEFFREY CHANG | Debtor: STONE GLOBAL, INC. |
| 225 WEST WACKER DRIVE | Comments: EXPUNGED |
| CHICAGO, IL 60606 | DOCKET: 9303 (01/29/2013) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST | Claim Number: 9386 |
| AREAS PENSION FUND | Claim Date: 08/21/2009 |
| ATTN: PETER PRIEDE | Debtor: STONE GLOBAL, INC. |
| 9377 WEST HIGGINS ROAD | Comments: WITHDRAWN |
| ROSEMONT, IL 60018 | DOCKET: 9223 (04/20/2012) |

| UNSECURED | Claimed: | $3,632,243.95 | CONT |

| CENTRAL STATES, SOUTHEAST AND SOUTHWEST | Claim Number: 9429 |
| AREAS PENSION FUND | Claim Date: 08/21/2009 |
| ATTN: PETER PRIEDE | Debtor: STONE GLOBAL, INC. |
| 9377 WEST HIGGINS ROAD | Comments: WITHDRAWN |
| ROSEMONT, IL 60018 | DOCKET: 9223 (04/20/2012) |

| UNSECURED | Claimed: | $1,569,422.14 |

---

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | | Claim Number: 13900 Claim Date: 03/15/2010 Debtor: STONE GLOBAL, INC. Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
| UNSECURED | Claimed: | $1,679,317.34 |

---

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC ATTN: PETER OCHROCH 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA 19087 | | Claim Number: 10843 Claim Date: 08/27/2009 Debtor: STONE GLOBAL, INC. Comments: WITHDRAWN DOCKET: 7893 (06/07/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $24,027,045.00   UNLIQ |

---

| | | |
|---|---|---|
| INTEGRATED PACKAGING COMPANY, INC. ATTENTION: LOUIS F. POWELL 122 QUENTIN AVE. NEW BRUNSWICK, NJ 08901 | | Claim Number: 11936 Claim Date: 08/28/2009 Debtor: STONE GLOBAL, INC. Comments: EXPUNGED DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $28,904.50 |

---

| | | |
|---|---|---|
| PARAVATI, KARL, GREEN & DEBELLA VINCENT M. DEBELLA ESQ. COUNSEL, NYS TEAM CONFERENCE PENSION & RETIREMENT FUND  -  12 STEUBEN PARK UTICA, NY 13501 | | Claim Number: 7772 Claim Date: 08/13/2009 Debtor: STONE GLOBAL, INC. Comments: WITHDRAWN DOCKET: 9146 (11/14/2011) |
| UNSECURED | Claimed: | $335,109.64 |

---

| | | |
|---|---|---|
| W.W. GRAINGER, INC. MCDERMOTT WILL & EMERY LLP ATTN: NATHAN F. COCO, EMILY K. HARRING 227 W. MONROE STREET CHICAGO, IL 60606 | | Claim Number: 7296 Claim Date: 08/07/2009 Debtor: STONE GLOBAL, INC. Comments: EXPUNGED DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $921,225.49 |

---

| | | | |
|---|---|---|---|
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13357<br>Claim Date: 09/25/2009<br>Debtor: STONE GLOBAL, INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| ADMINISTRATIVE | Claimed: | $372,250.25 | UNLIQ |
| UNSECURED | Claimed: | $548,975.24 | UNLIQ |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9894<br>Claim Date: 08/25/2009<br>Debtor: STONE GLOBAL, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 | UNLIQ |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9919<br>Claim Date: 08/25/2009<br>Debtor: STONE GLOBAL, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9944<br>Claim Date: 08/25/2009<br>Debtor: STONE GLOBAL, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 10866<br>Claim Date: 08/25/2009<br>Debtor: STONE GLOBAL, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 | UNLIQ |

## Summary Page

Total Number of Filed Claims:          15

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $372,250.25 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $4,337,261.40 | $0.00 |
| Unsecured: | $2,107,742,243.30 | $0.00 |
| Total: | $2,112,451,754.95 | $0.00 |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10935
Claim Date: 08/27/2009
Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BKK JOINT DEFENSE GROUP
C/O JAMES J. DRAGNA
BINGHAM MCCUTCHEN LLP
355 SOUTH GRAND AVE., STE. 4400
LOS ANGELES, CA 90071

Claim Number: 13565
Claim Date: 11/06/2009
Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.
Comments: DOCKET: 8555 (09/17/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10827
Claim Date: 08/27/2009
Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.
Comments: EXPUNGED
DOCKET: 9303 (01/29/2013)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

CENTRAL STATES, SOUTHEAST AND SOUTHWEST
AREAS PENSION FUND
ATTN: PETER PRIEDE
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018

Claim Number: 9385
Claim Date: 08/21/2009
Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.
Comments: WITHDRAWN
DOCKET: 9223 (04/20/2012)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,632,243.95 | CONT |

---

CENTRAL STATES, SOUTHEAST AND SOUTHWEST
AREAS PENSION FUND
ATTN: PETER PRIEDE
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018

Claim Number: 9428
Claim Date: 08/21/2009
Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.
Comments: WITHDRAWN
DOCKET: 9223 (04/20/2012)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,569,422.14 | |

---

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | | Claim Number: 13899 Claim Date: 03/15/2010 Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC. Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
| UNSECURED | Claimed: | $1,679,317.34 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC ATTN: PETER OCHROCH 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA 19087 | | Claim Number: 10844 Claim Date: 08/27/2009 Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC. Comments: WITHDRAWN DOCKET: 7893 (06/07/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $24,027,045.00   UNLIQ |
| INTEGRATED PACKAGING COMPANY, INC. ATTENTION: LOUIS F. POWELL 122 QUENTIN AVE. NEW BRUNSWICK, NJ 08901 | | Claim Number: 11935 Claim Date: 08/28/2009 Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC. Comments: EXPUNGED DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $28,904.50 |
| PARAVATI, KARL, GREEN & DEBELLA VINCENT M. DEBELLA ESQ. COUNSEL, NYS TEAM CONFERENCE PENSION & RETIREMENT FUND - 12 STEUBEN PARK UTICA, NY 13501 | | Claim Number: 7773 Claim Date: 08/13/2009 Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC. Comments: WITHDRAWN DOCKET: 9146 (11/14/2011) |
| UNSECURED | Claimed: | $335,109.64 |
| QUICK SAND BLASTING LLC 107 JEROME ROAD UNCASVILLE, CT 06382 | | Claim Number: 14059 Claim Date: 06/24/2010 Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC. Comments: EXPUNGED DOCKET: 8408 (08/18/2010) |
| UNSECURED | Claimed: | $13,910.61 |

QUICK SAND BLASTING, LLC
107 JEROME ROAD
UNCASVILLE, CT 06382

Claim Number: 14000
Claim Date: 04/15/2010
Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $13,910.61 |

W.W. GRAINGER, INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K. HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 7297
Claim Date: 08/07/2009
Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $921,225.49 |

W.W. GRAINGER, INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K. HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13364
Claim Date: 09/25/2009
Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $372,250.25 | UNLIQ |
| UNSECURED | Claimed: | $548,975.24 | UNLIQ |

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9893
Claim Date: 08/25/2009
Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 | UNLIQ |

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9918
Claim Date: 08/25/2009
Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC.
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

| WILMINGTON TRUST COMPANY | Claim Number: 9943 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC. |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

| WILMINGTON TRUST COMPANY | Claim Number: 10865 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: STONE CONNECTICUT PAPERBOARD PROPERTIES, INC. |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 | UNLIQ |

## Summary Page

Total Number of Filed Claims:    17

| | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $372,250.25 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $4,337,261.40 | $0.00 |
| Unsecured: | $2,107,770,064.52 | $0.00 |
| Total: | $2,112,479,576.17 | $0.00 |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10936
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ | |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ | |
| UNSECURED | Claimed: | $0.00 | UNLIQ | |

---

ASM BLUE, LLC
TRANSFEROR: ALLIANCE MACHINE SYSTEMS INT
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3506-04
Claim Date: 06/24/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $408.43 | Scheduled: | $319.40 |

---

ASM BLUE, LLC
TRANSFEROR: PROFERO SYSTEMS INC
C/O ASM CAPITAL
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 7342
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,678.00 | Scheduled: | $2,678.00 |

---

BARRY-WEHMILLER COMPANIES, INC /
MARQUIP WARD UNITED
8020 FORSYTH BLVD.
C/O BILL STABLER
SAINT LOUIS, MO 63105

Claim Number: 7273
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,767.66 | Scheduled: | $3,535.33 UNLIQ |

---

BKK JOINT DEFENSE GROUP
C/O JAMES J. DRAGNA
BINGHAM MCCUTCHEN LLP
355 SOUTH GRAND AVE., STE. 4400
LOS ANGELES, CA 90071

Claim Number: 13566
Claim Date: 11/06/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: DOCKET: 8555 (09/17/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET | |

---

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: SANTURCE JANITORIAL SUPPLY C
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 4967
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,016.98 | Scheduled: | $1,016.98 |

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10825
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: EXPUNGED
DOCKET: 9303 (01/29/2013)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

CARIBE INDUSTRIAL SYSTEMS
PO BOX 60-980
BAYAMON, PR 00960

Claim Number: 10598-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $849.58 | Scheduled: | $1,388.48 |

---

CARIBE RECYCLING CORP
PMB 20 HC 01 BOX 29030
CAGUAS, PR 00725-8900

Claim Number: 7149
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,935.28 | Scheduled: | $5,935.28 |

---

CARRIER CREDIT SERVICES INC
4758 W COMMERCIAL BLVD
ATTN: FRANK GOMEZ, CCS COLLECTION MNGR
FORT LAUDERDALE, FL 33319-2877

Claim Number: 9259
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,350.00 | Scheduled: | $1,650.00 |

---

| | | | | |
|---|---|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | | Claim Number: 9384 Claim Date: 08/21/2009 Debtor: SMURFIT-STONE PUERTO RICO, INC. Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) | | |
| UNSECURED | Claimed: | $3,632,243.95   CONT | | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | | Claim Number: 9427 Claim Date: 08/21/2009 Debtor: SMURFIT-STONE PUERTO RICO, INC. Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) | | |
| UNSECURED | Claimed: | $1,569,422.14 | | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | | Claim Number: 13898 Claim Date: 03/15/2010 Debtor: SMURFIT-STONE PUERTO RICO, INC. Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) | | |
| UNSECURED | Claimed: | $1,679,317.34 | | |
| CLAIMS RECOVERY GROUP LLC TRANSFEROR: MORE STEEL C/O CRG FINANCIAL LLC 100 UNION AVENUE, SUITE 240 CRESSKILL, NJ 07626 | | Claim Number: 10596 Claim Date: 08/26/2009 Debtor: SMURFIT-STONE PUERTO RICO, INC. Comments: THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,244.42 | Scheduled: | $2,153.70 |
| CONTRARIAN FUNDS, LLC TRANSFEROR: CONNEY SAFETY LLC ATTN: ALISA MUMOLA 411 WEST PUTNAM AVENUE, SUITE 425 GREENWICH, CT 06830 | | Claim Number: 4350-04 Claim Date: 07/10/2009 Debtor: SMURFIT-STONE PUERTO RICO, INC. Comments: DOCKET: 7550 (05/10/2010) THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $512.24 | Scheduled: | $512.24 |

| | | |
|---|---|---|
| CROWLEY LINER SERVICES INC.<br>ATTN: COLLECTIONS DEPT<br>9487 REGENCY SQUARE BLVD.<br>JACKSONVILLE, FL 32225 | Claim Number: 7811<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | |

| UNSECURED | Claimed: | $1,925.00 |
|---|---|---|

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC<br>ATTN: PETER OCHROCH<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | Claim Number: 10845<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: WITHDRAWN<br>DOCKET: 7893 (06/07/2010) | |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $24,027,045.00 UNLIQ |

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 337<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |

| PRIORITY | Claimed: | $646.70 |
|---|---|---|
| UNSECURED | Claimed: | $2,589.54 |

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 340<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |

| PRIORITY | Claimed: | $646.70 |
|---|---|---|
| UNSECURED | Claimed: | $2,589.54 |

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | Claim Number: 1124<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | |

| PRIORITY | Claimed: | $646.70 |
|---|---|---|
| UNSECURED | Claimed: | $2,589.54 |

| | | | | | |
|---|---|---|---|---|---|
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 2181<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) | | | |
| PRIORITY | Claimed: | $146.70 | | | |
| UNSECURED | Claimed: | $4,701.36 | | | |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 3036<br>Claim Date: 05/19/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | | | |
| PRIORITY | Claimed: | $146.70 | | | |
| UNSECURED | Claimed: | $4,701.36 | | | |
| DEPARTMENT OF THE TREASURY - IRS<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 13837<br>Claim Date: 02/19/2010<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) | | | |
| UNSECURED | Claimed: | $4,701.36 | | | |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 14169<br>Claim Date: 11/01/2010<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 8900 (01/21/2011) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| ECHO TAPE<br>9001 AVON<br>SUITE 100<br>MONTREAL, QC H4X 2G8<br>CANADA | | Claim Number: 6791<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,123.20 | Scheduled: | $1,872.00 | |

| | | | | |
|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PETROWEST INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 2259<br>Claim Date: 04/08/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $38,360.37 | Scheduled: | $38,360.37 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: STEEL AND PIPES, INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3461<br>Claim Date: 06/15/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,251.00 | Scheduled: | $3,251.00 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: KAPCO INDUSTRIES INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3720<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,681.12 | Scheduled: | $1,681.12 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MONTEQUIN DISTRIBUTORS INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4536<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,965.00 | Scheduled: | $2,965.00 |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: GRAYMILLS CORP.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 7534<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,854.50 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: NEW LINE BOX CORP<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 8072<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,184.15 | Scheduled: | $3,183.44 | | |
| HAINCO, LLC<br>TRANSFEROR: CONTAINER GRAPHICS CORPORATI<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 6TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 10108-02<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET: 3287 (12/18/2009)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,750.00 | Scheduled: | $2,146.10 | | |
| HEALTH CONSERVATION, INC<br>415 FINANCIAL COURT<br>ROCKFORD, IL 61107 | | Claim Number: 3569-02<br>Claim Date: 06/30/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,034.63 | Scheduled: | $469.76 | | |
| HORACIO LOPEZ<br>PO BOX 5745<br>BARRIO RIO LAJAS<br>TOA ALTA, PR 00953 | | Claim Number: 11429<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,399.03 | Scheduled: | $1,885.04 | | |
| INGREDION INC<br>5 WESTBROOK CORPORATE CENTER<br>WESTCHESTER, IL 60154 | | Claim Number: 10743<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: ALLOWED<br>DOCKET: 7945 (06/09/2010) | | | | |
| UNSECURED | Claimed: | $39,021.12   UNDET | Scheduled: | $39,021.12 | Allowed: | $39,021.12 |

| | | | | | |
|---|---|---|---|---|---|
| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | | Claim Number: 11783<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | |
| UNSECURED | Claimed: | $28,904.50 | | | |
| INTER-STRAP PACKAGING SYSTEMS<br>PO BOX 12367<br>LOIZA STREET STATION<br>SANTURCE, PR 00914 | | Claim Number: 7317<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET: 7552 (05/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $9,888.83 | Scheduled: | $9,888.83 | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: HARRIS TECHNOLOGIES, INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 5386-03<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $911.52 | | | |
| KELLY SERVICES INC.<br>999 W BIG BEAVER ROAD<br>TROY, MI 48084 | | Claim Number: 1563-02<br>Claim Date: 03/10/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $41,443.07 | Scheduled: | $41,443.07 | |
| LANCO MANUFACTURING CORP.<br>URB APONTE #5<br>SAN LORENZO, PR 00754 | | Claim Number: 2130<br>Claim Date: 04/10/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,960.25 | Scheduled: | $3,960.25 | |

---

LIQUIDITY SOLUTIONS, INC.
TRANSFEROR: BIOBELT LABORATORIES INC
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601

Claim Number: 11115
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $225.00 | Scheduled: | $225.00 | | |

---

MARTINEZ TORRES, FABIAN AND
CRUET GONZALEZ, BRUNILDA S.
R. FIGUEROA-CARRASQUILLO LAW OFFICE PSC
PO BOX 186
CAGUAS, PR 00726

Claim Number: 3457
Claim Date: 06/12/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,530,000.00 | | | | |

---

MC MASTER-CARR SUPPLY CO
PO BOX 4355
CHICAGO, IL 60680

Claim Number: 3273
Claim Date: 06/05/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,746.76 | Scheduled: | $1,746.76 | | |

---

MOTION INDUSTRIES, INC.
C/O KIMBERLY J ROBINSON
BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
200 WEST MADISON ST., SUITE 3900
CHICAGO, IL 60606

Claim Number: 9316
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: ALLOWED
DOCKET: 7555 (05/10/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,279.18 | Scheduled: | $5,392.60 | Allowed: | $4,279.18 |

---

NALCO COMPANY
1601 DIEHL ROAD
NAPIERVILLE, IL 60563

Claim Number: 10472
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: ALLOWED
DOCKET: 8659 (10/18/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $483.83 | Scheduled: | $483.83 | Allowed: | $483.83 |

---

SMURFIT-STONE CONTAINER CORPORATION | Case 09-10235-BLS | Doc 9663 | Filed 07/16/18 | Page 2027 of 2463 | Date: 07/03/2018

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10244)

| | | | | |
|---|---|---|---|---|
| OFFICE DEPOT<br>6600 N. MILITARY TRAIL - S413G<br>BOCA RATON, FL 33496 | | Claim Number: 52<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| UNSECURED | Claimed: | $2,697.92 | | |
| PALETERAS UNIDAS, INC.<br>PMB 461 HC 01<br>P.O. BOX 29030<br>CAGUAS, PR 00725 | | Claim Number: 7156<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $22,735.30 | Scheduled: | $22,735.30 |
| PARAVATI, KARL, GREEN & DEBELLA<br>VINCENT M. DEBELLA ESQ.<br>COUNSEL, NYS TEAM CONFERENCE PENSION &<br>RETIREMENT FUND - 12 STEUBEN PARK<br>UTICA, NY 13501 | | Claim Number: 7774<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9146 (11/14/2011) | | |
| UNSECURED | Claimed: | $335,109.64 | | |
| PIONEER CREDIT OPPORTUNITIES FUND, LP<br>TRANSFEROR: DICAR INC.<br>GREELEY SQUARE STATION, P.O. BOX 20188<br>39 W. 31ST STREET<br>NEW YORK, NY 10001 | | Claim Number: 10858-04<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,514.40 | Scheduled: | $4,514.40 |
| PREMSCO INC.<br>PO BOX 195117<br>SAN JUAN, PR 00919-5117 | | Claim Number: 3100<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,631.00 | Scheduled: | $5,631.02 |

RIVERA, BRENDA
C/O CELINA ROMANY
WESTERNBANK PLAZA, SUITE 1500
268 AVENIDA MUNOZ RIVERA
SAN JUAN, PR 00918

Claim Number: 9532
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $30,000.00 | Scheduled: | $0.00  UNLIQ | |

SABANA LUMBER YARD
CALLE JUANCHO LOPEZ #59 SABANA
CATANO, PR 00962

Claim Number: 5941
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $294.80 | Scheduled: | $294.80 |

SEA STAR LINES LLC
10550 DEERWOOD PARK BOULEVARD,
SUITE 509
JACKSONVILLE, FL 32256

Claim Number: 268
Claim Date: 02/12/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $103,200.00 | Scheduled: | $127,280.00 |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: MARK TRECE DE PR INC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 1190
Claim Date: 02/27/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: DOCKET: 4136 (01/14/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $6,935.00 | |

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR MARK TRECE DE PR,
INC. - ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 10893
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE PUERTO RICO, INC.
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,935.00 | Scheduled: | $12,032.65 |

| | | | |
|---|---|---|---|
| SIERRA LIQUIDITY FUND, LLC - ASSIGNEE & ATTORNEY-IN-FACT FOR MARK TRECE DE PUERTO RICO, INC. 19772 MACARTHUR BLVD., SUITE 200 IRVINE, CA 92612 | Claim Number: 12001 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE PUERTO RICO, INC. Comments: EXPUNGED DOCKET: 7550 (05/10/2010) | | |
| ADMINISTRATIVE        Claimed: | $5,392.65 | | |
| STANDARD GENERAL MASTER FUND LP TRANSFEROR: STAFFORD CORRUGATED PRODUCTS ATTN. ROBERT M. LAVAN 650 MADISON AVENUE, 26TH FLOOR NEW YORK, NY 10022 | Claim Number: 227-04 Claim Date: 02/10/2009 Debtor: SMURFIT-STONE PUERTO RICO, INC. Comments: DOCKET: 5738 (03/10/2010) THIS CLAIM IS PAID | | |
| UNSECURED        Claimed: | $1,665.40 | | |
| TALLER EL PROGRESO MACHINE SHOP CALLE FENIX 61 LA MARINA CAROLINA, PR 00979 | Claim Number: 5853 Claim Date: 07/20/2009 Debtor: SMURFIT-STONE PUERTO RICO, INC. Comments: DOCKET: 7552 (05/10/2010) THIS CLAIM IS PAID | | |
| UNSECURED        Claimed: | $9,670.00 | Scheduled: | $12,074.10 |
| TECHNICAL BOILERS CORPORATION URB. EL VALLE 197 CALLE POMARROSAS CAGUAS, PR 00727-3215 | Claim Number: 1000 Claim Date: 03/02/2009 Debtor: SMURFIT-STONE PUERTO RICO, INC. Comments: DOCKET: 3287 (12/18/2009) THIS CLAIM IS PAID | | |
| UNSECURED        Claimed: | $4,000.00 | Scheduled: | $4,000.00 |
| W.W. GRAINGER, INC. MCDERMOTT WILL & EMERY LLP ATTN: NATHAN F. COCO, EMILY K. HARRING 227 W. MONROE STREET CHICAGO, IL 60606 | Claim Number: 7294 Claim Date: 08/07/2009 Debtor: SMURFIT-STONE PUERTO RICO, INC. Comments: EXPUNGED DOCKET: 3287 (12/18/2009) | | |
| UNSECURED        Claimed: | $921,225.49 | | |

| | | | |
|---|---|---|---|
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13365<br>Claim Date: 09/25/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| ADMINISTRATIVE | Claimed: | $372,250.25  UNLIQ | |
| UNSECURED | Claimed: | $548,975.24  UNLIQ | |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9892<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $675,000,000.00  UNLIQ | |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9917<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $400,000,000.00  UNLIQ | |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9942<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $300,000,000.00  UNLIQ | |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 10864<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | |
| UNSECURED | Claimed: | $700,000,000.00  UNLIQ | |

| | | | | |
|---|---|---|---|---|
| XEROX CAPITAL SERVICES LLC<br>ATTN: VANESSA ADAMS<br>1301 RIDGEVIEW DRIVE-450<br>LEWISVILLE, TX 75057 | | Claim Number: 2268-03<br>Claim Date: 04/13/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,144.33 | Scheduled: | $1,144.33 |
| ZENCAR INC<br>PO BOX 9265<br>SANTURCE, PR 00907-9265 | | Claim Number: 9680<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,480.00 | Scheduled: | $3,946.20 |
| ZENCAR, INC.<br>P.O. BOX 9265<br>SAN JUAN, PR 00908-9265 | | Claim Number: 2706<br>Claim Date: 04/08/2009<br>Debtor: SMURFIT-STONE PUERTO RICO, INC.<br>Comments: EXPUNGED<br>DOCKET: 2343 (10/20/2009) | | |
| UNSECURED | Claimed: | $3,480.00 | | |

## Summary Page

Total Number of Filed Claims:          68

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $377,642.90 | $0.00 |
| Priority: | $2,233.50 | $0.00 |
| Secured: | $4,337,261.40 | $0.00 |
| Unsecured: | $2,110,683,749.30 | $43,784.13 |
| Total: | $2,115,400,887.10 | $43,784.13 |

| AIG CASUALTY COMPANY, ET. AL. | | Claim Number: 10937 |
|---|---|---|
| C/O CHARTIS U.S. | | Claim Date: 08/27/2009 |
| ATTN: MICHELLE A. LEVITT, AUTHORIZED REP | | Debtor: SMURFIT NEWSPRINT CORPORATION |
| 175 WATER STREET, 18TH FLOOR | | Comments: WITHDRAWN |
| NEW YORK, NY 10038 | | DOCKET: 9022 (04/07/2011) |
| | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $4,337,261.40   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| ALLEN, ISRAEL E | | Claim Number: 7800 |
|---|---|---|
| 111 E. 8TH | | Claim Date: 08/14/2009 |
| NEWBERG, OR 97132 | | Debtor: SMURFIT NEWSPRINT CORPORATION |
| | | Comments: EXPUNGED |
| | | DOCKET: 8996 (03/22/2011) |
| | | |
| UNSECURED | Claimed: | $5,000.00 |

| ALLEN, ISRAEL E | | Claim Number: 7801 |
|---|---|---|
| 111 E. 8TH | | Claim Date: 08/14/2009 |
| NEWBERG, OR 97132 | | Debtor: SMURFIT NEWSPRINT CORPORATION |
| | | Comments: EXPUNGED |
| | | DOCKET: 8833 (12/09/2010) |
| | | |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| ANDREWS, PAUL | | Claim Number: 10960 |
|---|---|---|
| C/O BRAYTON PURCELL | | Claim Date: 08/27/2009 |
| 222 RUSH LANDING RD | | Debtor: SMURFIT NEWSPRINT CORPORATION |
| NOVATO, CA 94948-6169 | | Comments: EXPUNGED |
| | | DOCKET: 8535 (09/14/2010) |
| | | |
| UNSECURED | Claimed: | $150,000.00 |

| ASSOCIATION OF WESTERN PULP & PAPER | | Claim Number: 11666 |
|---|---|---|
| WORKERS - C/O THOMAS K. DOYLE | | Claim Date: 08/28/2009 |
| BENNETT, HARTMAN, MORRIS & KAPLAN | | Debtor: SMURFIT-STONE CONTAINER CORPORATION |
| 111 SW 5TH AVE., STE. 1650 | | Comments: EXPUNGED |
| PORTLAND, OR 97204 | | DOCKET: 2760 (11/16/2009) |
| | | |
| PRIORITY | Claimed: | $10,000,000.00   UNLIQ |

---

BEARDEN, ROSA FOR PRESTON BEARDEN
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10954
Claim Date: 08/27/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $150,000.00 |
|---|---|---|

---

BECK, DIANE
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10977
Claim Date: 08/27/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

---

BKK JOINT DEFENSE GROUP
C/O JAMES J. DRAGNA
BINGHAM MCCUTCHEN LLP
355 SOUTH GRAND AVE., STE. 4400
LOS ANGELES, CA 90071

Claim Number: 13567
Claim Date: 11/06/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: DOCKET: 8555 (09/17/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

BOEHLE, AGNES FOR GEORGE BOEHLE
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10955
Claim Date: 08/27/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

---

BORICCHIO, MARGARET FOR ALFRED BORICCHIO
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10949
Claim Date: 08/27/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

---

---

BREWER, TOMMY
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10975
Claim Date: 08/27/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10824
Claim Date: 08/27/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: EXPUNGED
DOCKET: 9303 (01/29/2013)

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

BROOKS, GARY L
4805 NE HIGHWAY 20
CORVALLIS, OR 97330

Claim Number: 5876
Claim Date: 07/20/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|

CATHEY, BOB
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10972
Claim Date: 08/27/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: WITHDRAWN
DOCKET: 8391 (08/16/2010)

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

CENTRAL STATES, SOUTHEAST AND SOUTHWEST
AREAS PENSION FUND
ATTN: PETER PRIEDE
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018

Claim Number: 9363
Claim Date: 08/21/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: WITHDRAWN
DOCKET: 9223 (04/20/2012)

| UNSECURED | Claimed: | $1,569,422.14 |
|---|---|---|

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | | Claim Number: 9383<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED | Claimed: | $3,632,243.95   CONT |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | | Claim Number: 13897<br>Claim Date: 03/15/2010<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED | Claimed: | $1,679,317.34 |
| COSSEY, COY<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10943<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $50,000.00 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC<br>ATTN: PETER OCHROCH<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | | Claim Number: 10846<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 7893 (06/07/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $24,027,045.00   UNLIQ |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 338<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| PRIORITY | Claimed: | $51,593.82 |
| UNSECURED | Claimed: | $20,427.65 |

| | | |
|---|---|---|
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 341<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 2760 (11/16/2009) |
| PRIORITY | Claimed: | $51,593.82 |
| UNSECURED | Claimed: | $20,427.65 |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 1125<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $20,427.65 |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 13742<br>Claim Date: 01/12/2010<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) |
| PRIORITY | Claimed: | $8,067.85 |
| UNSECURED | Claimed: | $12,081.99 |
| DEPARTMENT OF THE TREASURY - IRS<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | Claim Number: 14038<br>Claim Date: 06/04/2010<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8944 (02/18/2011) |
| PRIORITY | Claimed: | $8,067.85 |
| UNSECURED | Claimed: | $4,014.14 |
| DIXSON, AUGUSTA J<br>1930 SW 27TH STREET<br>REDMOND, OR 97756 | | Claim Number: 5921<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $145,085.00 |

| | | |
|---|---|---|
| DODGE, H E<br>324 PEACOCK COURT<br>NEWBERG, OR 97132-1014 | | Claim Number: 7425<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| ESPOSITO, LISA FOR GEORGE ROGERS<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10951<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $50,000.00 |
| GIBBONS, WILLIAM<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10966<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $50,000.00 |
| GRAVES, CAROL FOR HAROLD DENNIS<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10957<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) |
| UNSECURED | Claimed: | $300,000.00 |
| GRAY, CONSTANCE A<br>8980 N.E. ST PAUL HWY<br>NEWBERG, OR 97132 | | Claim Number: 7370<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| HARDWICK, KENNETH<br>645 SKYRAIDER DRIVE<br>INDEPENDENCE, OR 97351 | | Claim Number: 11667<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| PRIORITY | Claimed: | $20,000.00 |
| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | | Claim Number: 11984<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $28,904.50 |
| JEFFERS, WILLIAM<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10959<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $50,000.00 |
| KEENEY, ROBERT L.<br>22962 S HAINES RD<br>CANBY, OR 97013 | | Claim Number: 13987<br>Claim Date: 04/14/2010<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8391 (08/16/2010) |
| PRIORITY | Claimed: | $1,000,000.00 |
| KIRSCH, KENNETH W<br>PO BOX 447<br>ST. PAUL, OR 97137 | | Claim Number: 7480<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| KURRLE, JACK T<br>440 PATRICIA DR<br>GLADSTONE, OR 97027 | | Claim Number: 5553<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $564,558.00   UNLIQ |
| LEGGETT, RONALD W<br>2080 SW TAMARACK STREET<br>MCMINNVILLE, OR 97128 | | Claim Number: 6032<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| MASSIMINO, COSMAS<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10962<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $300,000.00 |
| MEIDINGER, RUTH D<br>18819 SOUTH ROUND TREE DRIVE<br>OREGON CITY, OR 97045 | | Claim Number: 6887<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| NATHAN, GARY F<br>5270 SW WICHITA<br>TUALATIN, OR 97062 | | Claim Number: 7736<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $477.09 |

---

NORRIS, RAYMOND E
1501 SW BAKER ST UNIT 60
MCMINNVILLE, OR 97128-6600

Claim Number: 7741
Claim Date: 08/13/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

O'SHEA, JOSEPH
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10963
Claim Date: 08/27/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

---

PARAVATI, KARL, GREEN & DEBELLA
VINCENT M. DEBELLA ESQ.
COUNSEL, NYS TEAM CONFERENCE PENSION &
RETIREMENT FUND - 12 STEUBEN PARK
UTICA, NY 13501

Claim Number: 7775
Claim Date: 08/13/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: WITHDRAWN
DOCKET: 9146 (11/14/2011)

| UNSECURED | Claimed: | $335,109.64 |
|---|---|---|

---

PARIS, DELOIS FOR ALPHONSO PARIS SR.
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10950
Claim Date: 08/27/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

---

PARKER, GENEVA FOR ZACHERY PARKER
C/O BRAYTON PURCELL
222 RUSH LANDING RD
NOVATO, CA 94948-6169

Claim Number: 10958
Claim Date: 08/27/2009
Debtor: SMURFIT NEWSPRINT CORPORATION
Comments: EXPUNGED
DOCKET: 8535 (09/14/2010)

| UNSECURED | Claimed: | $300,000.00 |
|---|---|---|

---

| | | |
|---|---|---|
| PAUL BLACKWOOD<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10968<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $50,000.00 |
| PURCELL, NANCY FOR JOHN PURCELL<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10956<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $300,000.00 |
| RAFTER, KATHLEEN FOR JAMES BUTLER<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10944<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $300,000.00 |
| RANDALL, EVELYNANN<br>904 E 13TH ST.<br>NEWBERG, OR 97132 | | Claim Number: 7069<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| RASMUSSEN, ALAN C<br>32590 S MORCUM ST<br>WOODBURN, OR 97071 | | Claim Number: 7726<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| REDGRAVE, RICHARD<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10942<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $50,000.00 |
| REEVES, DENNIS<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10939<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $50,000.00 |
| SCHMALL, RODNEY A<br>C/O CONRAD L. ZUBEL, ESQ.<br>PARSONS FARNELL & GREIN, LLP<br>1030 SW MORRISON STREET<br>PORTLAND, OR 97205 | | Claim Number: 9985<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNDET |
| SEIFERT, JERRY W<br>30505 S FRAP LANE<br>MOLALLA, OR 97038 | | Claim Number: 6886<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| SMITH, SIDNEY<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10971<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $50,000.00 |

| | | |
|---|---|---|
| SORENSEN, MARY FOR RICHARD SORENSEN<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | Claim Number: 10953<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) | |
| UNSECURED | Claimed: | $50,000.00 |
| TEGLAND, DESSIE<br>980 SE OAK ST<br>DUNDEE, OR 97115 | Claim Number: 6599<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| UKEN, HAROLD L<br>9600 HARMONY RD.<br>SHERIDAN, OR 97378-9563 | Claim Number: 6352<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UPS GROUND FREIGHT, INC. D/B/A UPS<br>FREIGHT TRUCKLOAD, ATTN: LAUREN N.<br>NACHINSON, ESQ., QUARLES & BRADY LLP<br>300 N. LASALLE STREET, STE 4000<br>CHICAGO, IL 60654 | Claim Number: 10795<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5044 (02/16/2010) | |
| UNSECURED | Claimed: | $1,892,367.16   UNLIQ |
| VALDIVIA, EMILIO<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | Claim Number: 10976<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | |
| UNSECURED | Claimed: | $50,000.00 |

| | | |
|---|---|---|
| VANCE, HAROLD C. FOR HAROLD LEVOY VANCE<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10948<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: WITHDRAWN<br>DOCKET: 8391 (08/16/2010) |
| UNSECURED | Claimed: | $300,000.00 |
| VITEZNIK, S F<br>2765 S.W. GLENHAVEN<br>LAKE OSWEGO, OR 97034 | | Claim Number: 6287<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
| UNSECURED | Claimed: | $10,000.00 |
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 7293<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) |
| UNSECURED | Claimed: | $921,225.49 |
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13362<br>Claim Date: 09/25/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| ADMINISTRATIVE | Claimed: | $372,250.25   UNLIQ |
| UNSECURED | Claimed: | $548,975.24   UNLIQ |
| WILKINSON, GEORGE<br>C/O BRAYTON PURCELL<br>222 RUSH LANDING RD<br>NOVATO, CA 94948-6169 | | Claim Number: 10940<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT NEWSPRINT CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
| UNSECURED | Claimed: | $50,000.00 |

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY | | Claim Number: 9891 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | | Debtor: SMURFIT NEWSPRINT CORPORATION |
| 1100 NORTH MARKET STREET | | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 UNLIQ |

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY | | Claim Number: 9916 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | | Debtor: SMURFIT NEWSPRINT CORPORATION |
| 1100 NORTH MARKET STREET | | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 UNLIQ |

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY | | Claim Number: 9941 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | | Debtor: SMURFIT NEWSPRINT CORPORATION |
| 1100 NORTH MARKET STREET | | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 UNLIQ |

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY | | Claim Number: 10863 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | | Debtor: SMURFIT NEWSPRINT CORPORATION |
| 1100 NORTH MARKET STREET | | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 UNLIQ |

| | | |
|---|---|---|
| YOUNG, JEREMIAH | | Claim Number: 10941 |
| C/O BRAYTON PURCELL | | Claim Date: 08/27/2009 |
| 222 RUSH LANDING RD | | Debtor: SMURFIT NEWSPRINT CORPORATION |
| NOVATO, CA 94948-6169 | | Comments: EXPUNGED |
| | | DOCKET: 8535 (09/14/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $50,000.00 |

| | | |
|---|---|---|
| YOUNG, SYLVIA FOR CARLSON YOUNG | Claim Number: 10946 | |
| C/O BRAYTON PURCELL | Claim Date: 08/27/2009 | |
| 222 RUSH LANDING RD | Debtor: SMURFIT NEWSPRINT CORPORATION | |
| NOVATO, CA 94948-6169 | Comments: EXPUNGED | |
| | DOCKET: 8535 (09/14/2010) | |

| UNSECURED | Claimed: | $150,000.00 |
|---|---|---|

## Summary Page

Total Number of Filed Claims:        71

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $372,250.25 | $0.00 |
| Priority: | $11,703,881.34 | $0.00 |
| Secured: | $4,337,261.40 | $0.00 |
| Unsecured: | $2,113,072,551.63 | $0.00 |
| Total: | $2,129,485,944.62 | $0.00 |

| | | |
|---|---|---|
| AIG CASUALTY COMPANY ET. AL. | | Claim Number: 10928 |
| C/O CHARTIS U.S. | | Claim Date: 08/27/2009 |
| ATTN: MICHELLE A. LEVITT, AUTHORIZED REP | | Debtor: SLP FINANCE I, INC. |
| 175 WATER STREET, 18TH FLOOR | | Comments: WITHDRAWN |
| NEW YORK, NY 10038 | | DOCKET: 9022 (04/07/2011) |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| | | |
|---|---|---|
| BKK JOINT DEFENSE GROUP | | Claim Number: 13568 |
| C/O JAMES J. DRAGNA | | Claim Date: 11/06/2009 |
| BINGHAM MCCUTCHEN LLP | | Debtor: SLP FINANCE I, INC. |
| 355 SOUTH GRAND AVE., STE. 4400 | | Comments: DOCKET: 8555 (09/17/2010) |
| LOS ANGELES, CA 90071 | | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

| | | |
|---|---|---|
| BROADSPIRE SERVICES, INC. (2) | | Claim Number: 10823 |
| WILDMAN HARROLD ALLEN & DIXON, LLP | | Claim Date: 08/27/2009 |
| C/O JEFFREY CHANG | | Debtor: SLP FINANCE I, INC. |
| 225 WEST WACKER DRIVE | | Comments: EXPUNGED |
| CHICAGO, IL 60606 | | DOCKET: 9303 (01/29/2013) |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST | | Claim Number: 9364 |
| AREAS PENSION FUND | | Claim Date: 08/21/2009 |
| ATTN: PETER PRIEDE | | Debtor: SLP FINANCE I, INC. |
| 9377 WEST HIGGINS ROAD | | Comments: WITHDRAWN |
| ROSEMONT, IL 60018 | | DOCKET: 9223 (04/20/2012) |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,569,422.14 | |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST | | Claim Number: 9382 |
| AREAS PENSION FUND | | Claim Date: 08/21/2009 |
| ATTN: PETER PRIEDE | | Debtor: SLP FINANCE I, INC. |
| 9377 WEST HIGGINS ROAD | | Comments: WITHDRAWN |
| ROSEMONT, IL 60018 | | DOCKET: 9223 (04/20/2012) |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,632,243.95 | CONT |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13896<br>Claim Date: 03/15/2010<br>Debtor: SLP FINANCE I, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |
| UNSECURED          Claimed: | $1,679,317.34 | |
| DE LAGE LANDEN FINANCIAL SERVICES, INC<br>ATTN: PETER OCHROCH<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | Claim Number: 10847<br>Claim Date: 08/27/2009<br>Debtor: SLP FINANCE I, INC.<br>Comments: WITHDRAWN<br>DOCKET: 7893 (06/07/2010) | |
| ADMINISTRATIVE      Claimed:<br>UNSECURED          Claimed: | $0.00   UNLIQ<br>$24,027,045.00   UNLIQ | |
| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | Claim Number: 11985<br>Claim Date: 08/28/2009<br>Debtor: SLP FINANCE I, INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| UNSECURED          Claimed: | $28,904.50 | |
| PARAVATI, KARL, GREEN & DEBELLA<br>VINCENT M. DEBELLA ESQ.<br>COUNSEL, NYS TEAM CONFERENCE PENSION &<br>RETIREMENT FUND - 12 STEUBEN PARK<br>UTICA, NY 13501 | Claim Number: 7776<br>Claim Date: 08/13/2009<br>Debtor: SLP FINANCE I, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9146 (11/14/2011) | |
| UNSECURED          Claimed: | $335,109.64 | |
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7304<br>Claim Date: 08/07/2009<br>Debtor: SLP FINANCE I, INC.<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | |
| UNSECURED          Claimed: | $921,225.49 | |

| | | |
|---|---|---|
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 13363<br>Claim Date: 09/25/2009<br>Debtor: SLP FINANCE I, INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $372,250.25   UNLIQ |
| UNSECURED | Claimed: | $548,975.24   UNLIQ |

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9890<br>Claim Date: 08/25/2009<br>Debtor: SLP FINANCE I, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00   UNLIQ |

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9915<br>Claim Date: 08/25/2009<br>Debtor: SLP FINANCE I, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00   UNLIQ |

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9940<br>Claim Date: 08/25/2009<br>Debtor: SLP FINANCE I, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00   UNLIQ |

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 10862<br>Claim Date: 08/25/2009<br>Debtor: SLP FINANCE I, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00   UNLIQ |

## Summary Page

Total Number of Filed Claims:                    15

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $372,250.25 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $4,337,261.40 | $0.00 |
| Unsecured: | $2,107,742,243.30 | $0.00 |
| Total: | $2,112,451,754.95 | $0.00 |

| | | |
|---|---|---|
| AIG CASUALTY COMPANY ET. AL.<br>C/O CHARTIS U.S.<br>ATTN: MICHELLE A. LEVITT, AUTHORIZED REP<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | Claim Number: 10929<br>Claim Date: 08/27/2009<br>Debtor: SLP FINANCE II, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9022 (04/07/2011) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $4,337,261.40   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13569<br>Claim Date: 11/06/2009<br>Debtor: SLP FINANCE II, INC.<br>Comments: DOCKET: 8555 (09/17/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| BROADSPIRE SERVICES, INC. (2)<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JEFFREY CHANG<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 10822<br>Claim Date: 08/27/2009<br>Debtor: SLP FINANCE II, INC.<br>Comments: EXPUNGED<br>DOCKET: 9303 (01/29/2013) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9365<br>Claim Date: 08/21/2009<br>Debtor: SLP FINANCE II, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,569,422.14 |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9407<br>Claim Date: 08/21/2009<br>Debtor: SLP FINANCE II, INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $3,632,243.95   CONT |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 13895 Claim Date: 03/15/2010 Debtor: SLP FINANCE II, INC. Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) | |

| UNSECURED | Claimed: | $1,679,317.34 |
|---|---|---|

| | | |
|---|---|---|
| DE LAGE LANDEN FINANCIAL SERVICES, INC ATTN: PETER OCHROCH 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA 19087 | Claim Number: 10848 Claim Date: 08/27/2009 Debtor: SLP FINANCE II, INC. Comments: WITHDRAWN DOCKET: 7893 (06/07/2010) | |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
|---|---|---|
| UNSECURED | Claimed: | $24,027,045.00 UNLIQ |

| | | |
|---|---|---|
| INTEGRATED PACKAGING COMPANY, INC. ATTENTION: LOUIS F. POWELL 122 QUENTIN AVE. NEW BRUNSWICK, NJ 08901 | Claim Number: 11983 Claim Date: 08/28/2009 Debtor: SLP FINANCE II, INC. Comments: EXPUNGED DOCKET: 4132 (01/14/2010) | |

| UNSECURED | Claimed: | $28,904.50 |
|---|---|---|

| | | |
|---|---|---|
| PARAVATI, KARL, GREEN & DEBELLA VINCENT M. DEBELLA ESQ. COUNSEL, NYS TEAM CONFERENCE PENSION & RETIREMENT FUND - 12 STEUBEN PARK UTICA, NY 13501 | Claim Number: 7777 Claim Date: 08/13/2009 Debtor: SLP FINANCE II, INC. Comments: WITHDRAWN DOCKET: 9146 (11/14/2011) | |

| UNSECURED | Claimed: | $335,109.64 |
|---|---|---|

| | | |
|---|---|---|
| W.W. GRAINGER, INC. MCDERMOTT WILL & EMERY LLP ATTN: NATHAN F. COCO, EMILY K. HARRING 227 W. MONROE STREET CHICAGO, IL 60606 | Claim Number: 7303 Claim Date: 08/07/2009 Debtor: SLP FINANCE II, INC. Comments: EXPUNGED DOCKET: 3287 (12/18/2009) | |

| UNSECURED | Claimed: | $921,225.49 |
|---|---|---|

| | | |
|---|---|---|
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13358<br>Claim Date: 09/25/2009<br>Debtor: SLP FINANCE II, INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| ADMINISTRATIVE | Claimed: | $372,250.25  UNLIQ |
| UNSECURED | Claimed: | $548,975.24  UNLIQ |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9889<br>Claim Date: 08/25/2009<br>Debtor: SLP FINANCE II, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00  UNLIQ |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9914<br>Claim Date: 08/25/2009<br>Debtor: SLP FINANCE II, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00  UNLIQ |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9939<br>Claim Date: 08/25/2009<br>Debtor: SLP FINANCE II, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00  UNLIQ |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 10861<br>Claim Date: 08/25/2009<br>Debtor: SLP FINANCE II, INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00  UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION   Case 09-10235-BLS   Doc 9663   Filed 07/16/18   Page 2056 of 2463
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10247)

Date: 07/03/2018

## Summary Page

Total Number of Filed Claims:          15

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $372,250.25 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $4,337,261.40 | $0.00 |
| Unsecured: | $2,107,742,243.30 | $0.00 |
| Total: | $2,112,451,754.95 | $0.00 |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10930
Claim Date: 08/27/2009
Debtor: SMBI INC.
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BKK JOINT DEFENSE GROUP
C/O JAMES J. DRAGNA
BINGHAM MCCUTCHEN LLP
355 SOUTH GRAND AVE., STE. 4400
LOS ANGELES, CA 90071

Claim Number: 13571
Claim Date: 11/06/2009
Debtor: SMBI INC.
Comments: DOCKET: 8555 (09/17/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10821
Claim Date: 08/27/2009
Debtor: SMBI INC.
Comments: EXPUNGED
DOCKET: 9303 (01/29/2013)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

CENTRAL STATES, SOUTHEAST AND SOUTHWEST
AREAS PENSION FUND
ATTN: PETER PRIEDE
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018

Claim Number: 9366
Claim Date: 08/21/2009
Debtor: SMBI INC.
Comments: WITHDRAWN
DOCKET: 9223 (04/20/2012)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,569,422.14 |

---

CENTRAL STATES, SOUTHEAST AND SOUTHWEST
AREAS PENSION FUND
ATTN: PETER PRIEDE
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018

Claim Number: 9406
Claim Date: 08/21/2009
Debtor: SMBI INC.
Comments: WITHDRAWN
DOCKET: 9223 (04/20/2012)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,632,243.95 | CONT |

---

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | | Claim Number: 13894 Claim Date: 03/15/2010 Debtor: SMBI INC. Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
| UNSECURED | Claimed: | $1,679,317.34 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC ATTN: PETER OCHROCH 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA 19087 | | Claim Number: 10849 Claim Date: 08/27/2009 Debtor: SMBI INC. Comments: WITHDRAWN DOCKET: 7893 (06/07/2010) |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $24,027,045.00   UNLIQ |
| INTEGRATED PACKAGING COMPANY, INC. ATTENTION: LOUIS F. POWELL 122 QUENTIN AVE. NEW BRUNSWICK, NJ 08901 | | Claim Number: 11982 Claim Date: 08/28/2009 Debtor: SMBI INC. Comments: EXPUNGED DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $28,904.50 |
| PARAVATI, KARL, GREEN & DEBELLA VINCENT M. DEBELLA ESQ. COUNSEL, NYS TEAM CONFERENCE PENSION & RETIREMENT FUND - 12 STEUBEN PARK UTICA, NY 13501 | | Claim Number: 7778 Claim Date: 08/13/2009 Debtor: SMBI INC. Comments: WITHDRAWN DOCKET: 9146 (11/14/2011) |
| UNSECURED | Claimed: | $335,109.64 |
| STATE OF CALIFORNIA FRANCHISE TAX BOARD BANKRUPTCY SECTION MS A340 P.O. BOX 2952 SACRAMENTO, CA 95812-2952 | | Claim Number: 12048 Claim Date: 08/20/2009 Debtor: SMBI INC. Comments: EXPUNGED DOCKET: 4132 (01/14/2010) |
| PRIORITY | Claimed: | $800.00 |

| | | |
|---|---|---|
| STATE OF CALIFORNIA<br>BANKRUPTCY SECTION MS A340<br>FRANCHISE TAX BOARD<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | | Claim Number: 14134<br>Claim Date: 08/26/2010<br>Debtor: SMBI INC.<br>Comments: WITHDRAWN<br>DOCKET: 8915 (01/31/2011) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 7298<br>Claim Date: 08/07/2009<br>Debtor: SMBI INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $921,225.49   UNLIQ |

| | | |
|---|---|---|
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13361<br>Claim Date: 09/25/2009<br>Debtor: SMBI INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $372,250.25   UNLIQ |
| UNSECURED | Claimed: | $548,975.24   UNLIQ |

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9888<br>Claim Date: 08/25/2009<br>Debtor: SMBI INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00   UNLIQ |

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9913<br>Claim Date: 08/25/2009<br>Debtor: SMBI INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00   UNLIQ |

| | | | |
|---|---|---|---|
| WILMINGTON TRUST COMPANY | | Claim Number: 9938 | |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 | |
| RODNEY SQUARE NORTH | | Debtor: SMBI INC. | |
| 1100 NORTH MARKET STREET | | Comments: WITHDRAWN | |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) | |
| | | | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |
| WILMINGTON TRUST COMPANY | | Claim Number: 10878 | |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 | |
| RODNEY SQUARE NORTH | | Debtor: SMBI INC. | |
| 1100 NORTH MARKET STREET | | Comments: WITHDRAWN | |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) | |
| | | | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 | UNLIQ |

## Summary Page

Total Number of Filed Claims:          17

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $372,250.25 | $0.00 |
| Priority: | $800.00 | $0.00 |
| Secured: | $4,337,261.40 | $0.00 |
| Unsecured: | $2,107,742,243.30 | $0.00 |
| Total: | $2,112,452,554.95 | $0.00 |

2984920 CANADA INC
30 CHEMIN RIUE DU YOLF
ATTN: SERGE DIAMOND
GRAND-MERO, QC G9T-5K4
CANADA

Claim Number: 9051
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,721.66 | Scheduled: | $5,785.71 |

3458024 CANADA INC.
ATTN: CECIL BOISVERT
100 CH. DUBBOIS FRANC
MANSFIELD, QC J0X 1V0
CANADA

Claim Number: 12637
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,795.71 | | |

4179-8892 GROUP CVC
1454 DAGENAIS OUEST
ATTN: J.F. ARBOUR
LAVAL, QB H7L 5C7
CANADA

Claim Number: 13060
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,308.78 | | |

9056-5110 QUEBEC INC
RICHARD GAUTHIER
1080 DES MELEZES
P.O. BOX 842
LA TUQUE, QC G9X 3P6
CANADA

Claim Number: 8934
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $12,606.61 | Scheduled: | $12,721.56 |

9072-8569 QUEBEC INC
ATTN: NICOLAS POTVIN
752 RUE ST ANTOINE
LA TUQUE, QC G9X 2Z4
CANADA

Claim Number: 12869
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $37,556.06 | Scheduled: | $39,972.78 |

| | | | | | |
|---|---|---|---|---|---|
| 9182-8822 QUEBEC INC.<br>216 COURTEMANCHE<br>ATTN: MARCO GAGNE<br>MATANE, QC G4W 1E8<br>CANADA | | Claim Number: 12932<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,206.70 | Scheduled: | $1,206.70 | |
| 9190-7642 QUEBEC INC.<br>216 COURTEMANCHE<br>MATANE, QC G4W 1E8<br>CANADA | | Claim Number: 12933<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,561.68 | Scheduled: | $2,568.96 | |
| A & S STEEL GROUP, LTD<br>ATTN: STEPHEN ALEXANDER<br>1701 BRENNAN AVE<br>FORT WORTH, TX 76106 | | Claim Number: 12803<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 3287 (12/18/2009) | | | |
| UNSECURED | Claimed: | $64,754.77 | | | |
| A.P. PALLET, INC.<br>ATTN: DIANE PARKS<br>P.O. BOX 7576<br>SPRECKELS, CA 93962 | | Claim Number: 8380<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $1,828.10 | | | |
| A.S. ISOLATION ENR<br>AURELE SAVOIE<br>682, RANG BEAUMONT<br>LA CROCHE, QC G0X 1R0<br>CANADA | | Claim Number: 8966<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $11,307.27 | Scheduled: | $11,303.27 | |

A1 PLUS
ROBERT GROUNX
P.O. BOX 151
MONTREAL-NORD, QC H1H 5L2
CANADA

Claim Number: 8961
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,671.53 | Scheduled: | $9,671.53 |
|---|---|---|---|---|

ACIER BOUFFARD INC
ATTN: DOMINIC BOUFFARD
75 RUE SAVARD CP 114
MATANE, QC G4W 3M9
CANADA

Claim Number: 9004
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $869.52 | Scheduled: | $876.02 |
|---|---|---|---|---|

ACIER VANGUARD LTEE
2205 DE L'AVIATION
DORVAL, QC H9P 2X6
CANADA

Claim Number: 12419
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $541.57 | Scheduled: | $459.89 |
|---|---|---|---|---|

ACKLANDS-GRAINGER INC
C/O MCDERMOTT WILL & EMERY LLP
ATTN: COCO, NATHAN. HARRING, EMILY
227 W.MONROE STREET
CHICAGO, IL 60606

Claim Number: 7941
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $48,394.46   UNLIQ |
|---|---|---|

ACKLANDS-GRAINGER INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F COCO, EMILY K HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13512-03
Claim Date: 10/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $1,575.83   UNLIQ | | | Allowed: | $1,575.83 |
|---|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| ACKLANDS-GRAINGER INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F COCO, EMILY K HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13512-05<br>Claim Date: 10/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8240 (07/19/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $3,469.41 | Scheduled: | $3,469.41 | | |
| ACKLANDS-GRAINGER INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13516<br>Claim Date: 10/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $21,296.33   UNLIQ | | | | |
| UNSECURED | Claimed: | $27,098.13   UNLIQ | | | | |
| ACROWOOD CORP<br>PO BOX 1028<br>EVERETT, WA 98206 | | Claim Number: 12395-01<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $2,863.58 | | | | |
| ADDENDA CAPITAL INC.<br>800 RENE LEVESQUE WEST, SUITE 2750<br>SUITE 1900<br>MONTREAL, QC H3B 1X9<br>CANADA | | Claim Number: 99010<br>Claim Date: 06/30/2010<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | | | |
| UNSECURED | Claimed: | $17,650.97 | | | Allowed: | $17,650.97 |
| ADELARD GOYETTE & FILS LTEE<br>179 MONTEE DU MOULIN<br>LAVAL, QC H7N 3Y8<br>CANADA | | Claim Number: 12576<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $5,254.72 | | |

---

ADELARD GOYETTE ET FILS, LTEE
890 RUE PRINCIPALE
RIVIERE-A-PIERRE, QC G0A 3A0
CANADA

Claim Number: 12577-01
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $2,658.66 |
| --- | --- | --- |

---

ADELARD GOYETTE ET FILS, LTEE
890 RUE PRINCIPALE
RIVIERE-A-PIERRE, QC G0A 3A0
CANADA

Claim Number: 12577-02
Claim Date: 07/06/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 5768 (03/11/2010)
Claim is out of balance.

| UNSECURED | Claimed: | $2,658.66 |
| --- | --- | --- |

---

ADHESIVES RESEARCH INC
PO BOX 1823
YORK, PA 17405-1823

Claim Number: 4070
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $919.06 | Scheduled: | $919.06 |
| --- | --- | --- | --- | --- |

---

AEC RECYCLING SOLUTIONS
ATTN: ROBERT SZANYIC
3 GOLD MINE ROAD
FLANDERS, NJ 07836

Claim Number: 8406
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $3,260.78 |
| --- | --- | --- |

---

AERC RECYCLING SOLUTIONS INC
3 GOLD MINE ROAD
SUITE 106
ATTN: ROBERT SZANYI
FLANDERS, NJ 07836

Claim Number: 12334
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $3,260.78 |
| --- | --- | --- |

---

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10803
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| SECURED | Claimed: | $4,337,261.40 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |

---

AKINS, WESLEY ADAM
ADAM AKINS OVERHEAD DOOR
PO BOX 568
LEBANON, TN 37088

Claim Number: 13302
Claim Date: 08/29/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $12,065.00 |

---

ALBANY INTERNATIONAL CANADA CORP.
300 WESTMOUNT
COWANSVILLE, QC J2K 1S9
CANADA

Claim Number: 12718
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,255.82 | Scheduled: | $14,088.32 |

---

ALBARRIE LTEE
CP 564 PLACE D'ARMES
MONTREAL, QC H2Y 3E9
CANADA

Claim Number: 5992
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,517.04 | Scheduled: | $1,228.28 |

---

ALBERTA FINANCE & ENTERPRISE
TAX & REVENUE ADMINISTRATION
9811 109TH STREET
EDMONTON, AB T5K 2L5
CANADA

Claim Number: 13007
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET |

---

| | | | | |
|---|---|---|---|---|
| ALBERTA FINANCE AND ENTERPRISE<br>TAX AND REVENUE ADMINISTRATION<br>9811 109TH STREET<br>EDMONTON, AB T5K 2L5<br>CANADA | Claim Number: 12822<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $428,442.00 | | |
| ALGONQUIN FORESTRY AUTHORITY<br>ATTN: TIM DOYLE<br>222 MAIN STREET WEST<br>HUNTSVILLE, ON P1H 1Y1<br>CANADA | Claim Number: 12447<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $19,395.48 | | |
| ALIS TECHNOLOGIES INC<br>75 QUEEN 4400<br>MONTREAL, QC H3C 2N6<br>CANADA | Claim Number: 6442<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $12,962.25 | Scheduled: | $88.33 |
| ALIS TECHOLOGIES INC.<br>75, QUEEN STREET<br>SUITE 4400<br>MONTREAL, QC H3C 2N6<br>CANADA | Claim Number: 8687<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $476.42 | | |
| ALL WASTE, INC.<br>PO BOX 2472<br>ATTN: JOHN PEREIRA<br>HARTFORD, CT 06146 | Claim Number: 12349<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $4,771.51 | | |

| ALLIANCES SERVICES GROUP INC<br>522 US HWY 9 NORTH STE 285<br>PO BOX 07726<br>MANALAPAN, NJ 07726 | Claim Number: 12407<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|
| **PRIORITY**    Claimed: | $23,423.22 |

| ALSTOM CANADA INC.<br>1430 BLAIR PLACE, SUITE 600<br>OTTAWA, ON K1J 9N2<br>CANADA | Claim Number: 12252<br>Claim Date: 09/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|
| **UNSECURED**    Claimed: | $0.00   UNLIQ     Scheduled:     $101,092.48 |

| AMBROSE, WALTER<br>289 BLUE WATER PARKWAY<br>RR #1<br>SELKIRK, ON N0A 7P0<br>CANADA | Claim Number: 12719<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|
| **UNSECURED**    Claimed: | $0.00   UNLIQ |

| AMMERAAL BELTECH INC<br>290 BRITANNIA RO EAST<br>MISSISSACUT, ON L4Z 1S6<br>CANADA | Claim Number: 8640<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|
| **UNSECURED**    Claimed: | $4,143.84 |

| ANA-LAB CORPORATION<br>PO BOX 9000<br>KILGORE, TX 75663-9000 | Claim Number: 8596<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) |
|---|---|
| **UNSECURED**    Claimed: | $4,105.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ANACHEMIA SCIENCE<br>255 NORMAN STREET<br>LACHINE, QC H8R 1A3<br>CANADA | | Claim Number: 5454<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>3,124.37 CANADIAN | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $2,647.29 | | |
| ANACHEMIA SCIENCE<br>225 RUE NORMAN<br>LACHINE, QC H8R 1A3<br>CANADA | | Claim Number: 8509<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,559.79 | | | | |
| ANDRITZ LTD.<br>C/O ANDRITZ (USA) INC.<br>ATTN: DEBORAH B. ZINK<br>1115 NORTHMEADOW PKWY<br>ROSWELL, GA 30076 | | Claim Number: 12875<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 8136 (06/23/2010) | | | | |
| UNSECURED | Claimed: | $10,104.66 | Scheduled: | $10,029.55 | Allowed: | $10,104.66 |
| APPLE CORRUGATED PACKAGING INC.<br>ATTN: B. GLASGON<br>1346 N. MAIN<br>DUNCANVILLE, TX 75116 | | Claim Number: 12609<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | |
| UNSECURED | Claimed: | $49,697.94 | | | | |
| ARBITRAGE MARCEL MORIN INC<br>366 BOUL. TACHE OUEST<br>MONTMAGNY, QC G5V 3R8<br>CANADA | | Claim Number: 12765<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,610.17   UNLIQ | Scheduled: | $5,646.05 | | |
| TOTAL | Claimed: | $980.10   UNLIQ | | | | |

---

ARC SURVEYING & MAPPING
ATTN: JOHN F SAWYER, VP
5202 SAN JUAN AVENUE
JACKSONVILLE, FL 32210

Claim Number: 12835
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,804.50 | | |

---

ARCHER DANIELS MIDLAND COMPANY
68 ANNEX
P.O. BOX 102007
ATLANTA, GA 30368

Claim Number: 13923-02
Claim Date: 03/24/2010
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 7553 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $178,316.41 | | |
| UNSECURED | Claimed: | $107,312.09 | Scheduled: | $276,136.15 |

---

ARGO PARTNERS
TRANSFEROR: TRANSPORT PAPINEAU INTERNATI
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 2576-02
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $71,154.67 | Scheduled: | $130,750.76 |

---

ARGO PARTNERS
TRANSFEROR: TRANSPORT PAPINEAU INTERNATI
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 2614
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $77,980.71 |

---

ARGO PARTNERS
TRANSFEROR: GANECA TRANSPORT DIV. TFI 11
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 2970
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8530 (09/13/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $98,914.81 | Scheduled: | $80,037.89 |

---

ARGO PARTNERS
TRANSFEROR: GHL TRANSPORT
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3137
Claim Date: 05/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $90,300.23 | Scheduled: | $74,531.10 |
| --- | --- | --- | --- | --- |

ARGO PARTNERS
TRANSFEROR: TRANSPORT GREGOIRE TFI 15 SE
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3231
Claim Date: 06/02/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
Claim for 8973.90 Canadian Dollars

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| --- | --- | --- | --- | --- |

ARGO PARTNERS
TRANSFEROR: TRANSPORT TFI6 (LANDRY)
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3234
Claim Date: 06/03/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $105.51 | Scheduled: | $892.00 |
| --- | --- | --- | --- | --- |

ARGO PARTNERS
TRANSFEROR: TRANSPORT TFI2 (BESNER)
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3236
Claim Date: 06/03/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,579.33 | Scheduled: | $3,098.04 |
| --- | --- | --- | --- | --- |

ARGO PARTNERS
TRANSFEROR: TRANSPORT THIBODEAU INC.
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3238
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $19,937.56 | Scheduled: | $15,401.83 |
| --- | --- | --- | --- | --- |

ARGO PARTNERS
TRANSFEROR: TRANSPORT THIBODEAU INC.
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3239
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,843.49 | Scheduled: | $191.39 |
|---|---|---|---|---|

ARGO PARTNERS
TRANSFEROR: S.G.T. 2000 INC.
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3240
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $168,733.96 |
|---|---|---|---|---|

ARGO PARTNERS
TRANSFEROR: TRANSPORT TFI 1, S.E.C.
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 3244
Claim Date: 06/04/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $0.00  UNLIQ |
|---|---|---|

ARGO PARTNERS
TRANSFEROR: UNIPEX SOLUTIONS CANADA INC
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 5284
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $146,992.69 | Scheduled: | $147,312.80 |
|---|---|---|---|---|

ARGO PARTNERS
TRANSFEROR: ENTR BRIAN STANTON LTEE
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 5335
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8909 (01/25/2011)

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $86,460.76 |
|---|---|---|---|---|

ARGO PARTNERS
TRANSFEROR: JOHN BROOKS COMPANY LTD
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 6099-01
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $15,240.88 | | |

ARGO PARTNERS
TRANSFEROR: JOHN BROOKS COMPANY LTD
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 6099-02
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $58,813.11 | Scheduled: | $56,973.27 |

ARGO PARTNERS
TRANSFEROR: KINGSWAY TRANSPORT
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 8240-01
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8535 (09/14/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $20,875.25 | Scheduled: | $18,228.48 |

ARGO PARTNERS
TRANSFEROR: TRANSPORT GREGOIRE TFI 15 SE
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 8356
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,352.32 | Scheduled: | $7,380.46 |

ARGO PARTNERS
TRANSFEROR: VENTES CENTECH INC
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 8468-01
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,232.76 | Scheduled: | $6,232.76 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ARGO PARTNERS<br>TRANSFEROR: GL V CANADA INC<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | | Claim Number: 11033-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8117 (06/22/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $169,631.12  UNLIQ | Scheduled: | $218,972.89 | | |
| ARGO PARTNERS<br>TRANSFEROR: ENTREPRISES LARRY INC<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | | Claim Number: 13059<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $140,627.94 | Scheduled: | $142,769.02 | | |
| ARONSON & JOHNSON & ORTIZ, LP<br>230 SOUTH BROAD ST<br>TWENTIETH FLOOR<br>ATTN: JOSEPH F. DIETRICK<br>PHILADELPHIA, PA 19102 | | Claim Number: 12485<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | | | |
| UNSECURED | Claimed: | $16,141.12 | | | Allowed: | $16,141.12 |
| ARPENTAGES FRENETTE SURVEYS INC<br>ATTN: ROBERT FRENETTE<br>531 ASPEN STREET<br>NORTH TETABOUCHE, NB E2A 4Z1<br>CANADA | | Claim Number: 12793<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | | |
| UNSECURED | Claimed: | $7,406.47 | Scheduled: | $7,319.25 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: THE NATIONAL UNION FIRE<br>INSURANCE COMPANY<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 7924-02<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8530 (09/13/2010)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $3,253.81 | Scheduled: | $2,967.40 | Allowed: | $3,253.81 |

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: FORESCO GTH INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 8656-03<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $5,756.94 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: FORESCO GTH INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 8656-04<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7188 (04/22/2010) | | |
| UNSECURED | Claimed: | $9,128.40 | Scheduled: | $18,041.77 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: 630 RENE-LEVESQUE WEST PROPE<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 8931-03<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5460 (02/26/2010) | | |
| UNSECURED | Claimed: | $19,707.68 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: BOGAR-PATERSON LTD.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 10057<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,897.30 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: LE GROUPE ROTALEC INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 12450<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,409.09 | Scheduled: | $7,451.04 |

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: PERKAN INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 12601<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,063.17 | Scheduled: | $7,968.21 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: KENNY'S TRUCKING LTD.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 12659<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,813.58 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: KENNY'S TRUCKING LIMITED<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 12660<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $11,978.00 | Scheduled: | $8,135.67 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: VISION INSTRUMENTATION INC.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 12847-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $12,683.44 | Scheduled: | $10,796.77 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: SERRURE OUTAOUAIS INC<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 12905<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: POSSIBLE DUPLICATE OF 12139<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,456.42 | | |

ASM CAPITAL III, L.P.
TRANSFEROR: SERRURE OUTAOUAIS INC
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 12906
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8909 (01/25/2011)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,456.42 | | |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: CONSULAIR GASTON BOULANGER I
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 2669
Claim Date: 05/01/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $14,039.24 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: UNIGEAR INDUSTRIES INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 5446
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $25,566.19 | Scheduled: | $20,699.70 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: TRANSPORT MORNEAU INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 8355
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $18,407.49 | Scheduled: | $18,313.59 |
|---|---|---|---|---|

ASM CAPITAL, L.P.
TRANSFEROR: GROUPE CONSEIL UDA INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 8678
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,139.30 | Scheduled: | $9,408.86 |
|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: OASIS ALIGNMENT SERVICES, LT<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 8771<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $9,211.78 | Scheduled: | $9,103.30 | | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ENVIR-EAU, WESA<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 12365<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 8758 (11/15/2010) | | | | | |
| UNSECURED | Claimed: | $7,640.52 | Scheduled: | $6,349.08 | Allowed: | $7,640.52 | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: INSPECT-CONTROL INC<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 12821<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | | | |
| UNSECURED | Claimed: | $6,114.68 | Scheduled: | $7,051.50 | | | |
| ASSPPQ-ASSIFQ<br>ATTN: FRANCE HUOT<br>1175, AVENUE LAVIGERIE, BUREAU 210<br>QUEBEC, QC G1V 4P1<br>CANADA | | Claim Number: 8560<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $7,023.70 | | | | | |
| ASTENJOHNSON<br>4399 CORPORATE ROAD<br>ATTN: DON FLETCHER<br>CHARLESTON, SC 29405 | | Claim Number: 13055<br>Claim Date: 08/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $16,373.87 | Scheduled: | $16,406.99 | | | |

| | | | | |
|---|---|---|---|---|
| ATELIER MECANIQUE INDUSTRIELLE LA TUQUE INC.<br>999 BOUL. DUCHARME<br>ATTN: KARL LACHANCE<br>LA TUQUE, QC G9X 3C3<br>CANADA | | Claim Number: 12874<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $117,223.44 | Scheduled: | $112,282.21 |
| AYALA, CARLOS A<br>3211 SETTLERS TRAIL LANE<br>SAINT CLOUD, FL 34772-8840 | | Claim Number: 10056<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| PRIORITY | Claimed: | $21,432.00 | | |
| AYALA, CARLOS A.<br>3211 SETTLORS TRAIL LANE<br>ATTN: MIRIAM AYALA<br>SAINT CLOUD, FL 34772-8840 | | Claim Number: 12522<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $21,432.00 | | |
| AZTEC HYDRAULICS<br>7045B TOMKEN RD<br>MISSISSAUGA, ON L5S 1R7<br>CANADA | | Claim Number: 8839<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $677.46 | | |
| B & B LANDSCAPE & CARTAGE, INC.<br>ATTN: GORD BRAGG<br>66 2ND STREET<br>WEST ST. PAUL, MB R2P 0G5<br>CANADA | | Claim Number: 13663<br>Claim Date: 11/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $1,677.52 | | |

---

| BANUELOS, MICHELLE R<br>836 E CLINTON AVE<br>FRESNO, CA 93704 | | Claim Number: 13187<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

---

| BARRETTE-CHAPAIS LTEE<br>ATTN: ANNIE GAUDREAUTT<br>KM 346, ROUTE 113, CP 248<br>CHAPAIS, QC G0W 1H0<br>CANADA | | Claim Number: 12872<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,464.24 | | |

---

| BAY BROKERAGE INC.<br>P.O. BOX 472<br>STITTSVILLE, ON K2S 1A6<br>CANADA | | Claim Number: 1029<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $5,879.63 | | |
| UNSECURED | | | Scheduled: | $2,367.48 |

---

| BCF S.E.N.C.R.L.<br>1100 BOULEVARD RENE-LEVESQUE OUEST<br>25 E ETAGE<br>ATTN: ME HUBERT SIBRE<br>MONTREAL, QC H5B 5C9<br>CANADA | | Claim Number: 8654<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,400.38 | | |

---

| BECAR INC<br>ATTN: H. ERIC BOUCHARD<br>1053 BOULEVARD DUCHARME<br>LA TUQUE, QC G9X 3P3<br>CANADA | | Claim Number: 12792<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,623.30 | Scheduled: | $11,469.87 |

---

| BELL MOBILITY | | | | |
|---|---|---|---|---|
| INSOLVENCY GROUP | | Claim Number: 12575 | | |
| 200 BOUCHARD BOULEVARD | | Claim Date: 07/03/2009 | | |
| 3RD FLOOR | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| DORVAL, QC H9S 5X5 | | Comments: | | |
| CANADA | | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $73,982.75 | | |

| BENSON, PAULINE | | | | |
|---|---|---|---|---|
| PH4-880 DUNDAS STREET WEST | | Claim Number: 8940 | | |
| MISSISSAUGA, ON L5C 4H3 | | Claim Date: 08/07/2009 | | |
| CANADA | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $40,965.00 | | |

| BERGERON, PAULINE | | | | |
|---|---|---|---|---|
| 2475 RUE D ALGER APP 5 | | Claim Number: 8964 | | |
| QUEBEC, QC G1P 3K1 | | Claim Date: 08/10/2009 | | |
| CANADA | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| | | Comments: | | |
| | | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $342.91 | Scheduled: | $342.91 |

| BERGIN, MICHAEL | | | | |
|---|---|---|---|---|
| 425 MAYHEW STREET | | Claim Number: 13437 | | |
| RENFREW, ON K7V4L4 | | Claim Date: 08/27/2009 | | |
| CANADA | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| | | Comments: | | |
| | | THIS CLAIM IS PAID | | |
| PRIORITY | Claimed: | $71,726.43   UNLIQ | | |
| UNSECURED | Claimed: | $71,726.43   UNLIQ | | |
| TOTAL | Claimed: | $71,726.44   UNLIQ | | |

| BERTHE BLANCHARD ENVIRONNEMENT | | | | |
|---|---|---|---|---|
| ATTN: BERTHE BLANCHARD | | Claim Number: 13033 | | |
| 227 14TH AVENUE | | Claim Date: 08/28/2009 | | |
| DEUX MONTAGNES, QC J7R 3W1 | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| CANADA | | Comments: | | |
| | | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,159.99 | Scheduled: | $3,184.22 |

| | | | | |
|---|---|---|---|---|
| BEWLEY, JACQUELINE J<br>4521 KNOWLEDGE DR.<br>FT WORTH, TX 76117 | | Claim Number: 8701<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $2,256.00   UNLIQ | | |
| BFI CANADA INC<br>ATTN: SYLVIE BLAIS<br>4141, GRANDE ALLEE<br>BOISBRIAND, QC J7H 1M7<br>CANADA | | Claim Number: 8969<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $10,289.76 | | |
| BFI CANADA INC<br>ATTN: SYLVIE BLAIS<br>4141, GRANDE ALLEE<br>BOISBRIAND, QC J7H 1M7<br>CANADA | | Claim Number: 8995<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $1,949.88 | Scheduled: | $1,304.67 |
| BHS CORRUGATED NORTH AMERICA, INC. ET AL<br>C/O GREG WOLF, PRESIDENT AND CEO<br>9103 N. YELLOW BRICK ROAD<br>BALTIMORE, MD 21237 | | Claim Number: 13273<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 7653 (03/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $5,548,868.81 | | |
| PRIORITY | Claimed: | $5,548,868.81 | | |
| SECURED | Claimed: | $5,548,868.81 | | |
| TOTAL | Claimed: | $5,548,868.81 | | |
| BIOGENIE S.R.D.C. INC.<br>4495, WILFRID-HAMEL BLVD<br>SUITE 200<br>QUEBEC CITY, QC G1P 2J7<br>CANADA | | Claim Number: 7704<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $65,843.41 | Scheduled: | $66,379.22 |

---

| | | | | |
|---|---|---|---|---|
| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | | Claim Number: 13572<br>Claim Date: 11/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: WITHDRAWN<br>DOCKET: 8421 (08/20/2010) | | |

---

| UNSECURED | Claimed: | $0.00   UNDET | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| BLANCHARD, EDWARD<br>570 GOSNELL<br>BATHURST, NB E2A 2A5<br>CANADA | | Claim Number: 8963<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>Claimed Amount is $576.59/month | | |

---

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| BLANCHETTE, LOUIS<br>116, GRANDE-ALLEE,CP #5<br>FIELD, ON P0H 1M0<br>CANADA | | Claim Number: 8947<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>Claim for 507.35/month Canadian. ($415.67) | | |

---

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: WINTRONICS, INC.<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>5315 NORTH KINGS HIGHWAY<br>MYRTLE BEACH, SC 29577 | | Claim Number: 1400<br>Claim Date: 03/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |

---

| UNSECURED | Claimed: | $7,220.00 | Scheduled: | $7,220.00 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| BLUE HERON MICRO OPPORTUNITIES FUND LLP<br>TRANSFEROR: XACT SUPPLY CO., INC<br>ATTN: CLAIMS PROCESSING DEPARTMENT<br>P.O. BOX 14610<br>SURFSIDE BEACH, SC 29587 | | Claim Number: 8389<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |

---

| UNSECURED | Claimed: | $1,246.43 | | |
|---|---|---|---|---|

---

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: CDI INDUSTRIAL & MECHANICAL
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 8408-01
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $277.63 | | |
|---|---|---|---|---|

BLUE HERON MICRO OPPORTUNITIES FUND LLP
TRANSFEROR: MERLO PLUMBING CO., INC.
ATTN: CLAIMS PROCESSING DEPARTMENT
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 8728
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| PRIORITY | Claimed: | $262.78 | | |
|---|---|---|---|---|

BLUE OPPORTUNITIES FUND, LP
TRANSFEROR: SECURO VISION
ATTN: CLAIMS PROCESSING DEPT.
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 6052
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $324.78 | Scheduled: | $262.92 |
|---|---|---|---|---|

BLUE OPPORTUNITIES FUND, LP
TRANSFEROR: COWAN DYNAMICS INC.
ATTN: CLAIMS PROCESSING DEPT.
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 12626
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $135.17 | Scheduled: | $133.58 |
|---|---|---|---|---|

BOB CLEANING SERVICE
517 THURMAN DR
LEXINGTON, KY 40505-1536

Claim Number: 13440
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $2,390.00 | | |
|---|---|---|---|---|

BOISACO INC
648 CHEMIN DE MOULIN
C.P. 250
SACRE-COEUR, QC G0T 1Y0
CANADA

Claim Number: 8632
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $25,032.82 | | |
|---|---|---|---|---|

BOISACO INC
CP 250 CHEMIN DU MOULIN
SACRE-COEUR, QC G0T 1Y0
CANADA

Claim Number: 12415
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $32,854.23 |
|---|---|---|---|---|

BOUCHER, RICHARD EDWARD
671 HILLCROFT ST.
OSHAWA, ON L1G 2S5
CANADA

Claim Number: 8936
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| PRIORITY | Claimed: | $81,107.51 | | |
|---|---|---|---|---|

BOUCHER, ROGER
55 MELANSON ST
BATHURST, NB E2A 1L2
CANADA

Claim Number: 9018
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $94,022.39 | Scheduled: | $104,302.38 |
|---|---|---|---|---|

BOUCHER, ROGER
55 MELANSON ST
BATHURST, NB E2A 1L2
CANADA

Claim Number: 12825
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| BOUFFARD SANITAIRE INC<br>ATTN: DOMINIC BOUFFARD<br>75 RUE SAVARD CP 114<br>MONTANE, QC G4W 3M9<br>CANADA | | Claim Number: 8994<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $23,364.72 | | |
| BOUWMAN CONTRACTING LTD.<br>ATTN: TALBOT (TOM) WILLIAM BOUWMAN<br>20-7TH CONCESSION EAST<br>RR #1<br>MILGROVE, ON L0R 1V0<br>CANADA | | Claim Number: 12656<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| SECURED | Claimed: | $20,345.27 | | |
| BR LOGISTIQUE INC<br>ATTN: CHANTAL LAVIGNE<br>675 BOUL LEMIRE OUEST<br>DRUMMONDVILLE, QC J2B 8A9<br>CANADA | | Claim Number: 8988<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $11,799.50 | Scheduled: | $7,807.41 |
| BRAMBLES CANADA INC<br>PO BOX 8060, STATION A<br>TORONTO, ON M5W 3W5<br>CANADA | | Claim Number: 13037<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,993.32 | Scheduled: | $2,438.57 |
| BRANCH, WESLEY<br>3193 ROUTE 430<br>BIG RIVER, NB E2A 6T1<br>CANADA | | Claim Number: 13030<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| BRANDYWINE GLOBAL INVESTMENT MANAGEMENT<br>2929 ARCH STREET<br>8TH FLOOR<br>PHILADELPHIA, PA 19104 | Claim Number: 99011<br>Claim Date: 06/30/2010<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED | | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $13,881.44 | | |

| | | | | |
|---|---|---|---|---|
| BRENNTAG CANADA INC.<br>43 JUTLAND RD.<br>ETOBICOKE, ON M8Z 2G6<br>CANADA | Claim Number: 13432<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $23,429.71 | | |
| UNSECURED | Claimed: | $115,321.01 | | |
| TOTAL | Claimed: | $115,321.01 | | |

| | | | | |
|---|---|---|---|---|
| BRIGADE DE FEU VOLONAIRE INC<br>559 BEAUME C.P. 339<br>PONIAC, QC J0X 1V0<br>CANADA | Claim Number: 6772<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $276.00 | Scheduled: | $461.15 |

| | | | | |
|---|---|---|---|---|
| BROADSPIRE SERVICES, INC. (2)<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JEFFREY CHANG<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 10820<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 9303 (01/29/2013) | | | |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | | |
| SECURED | Claimed: | $0.00  UNLIQ | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| BUREAU DE NORMALISATION DU QUEBEC<br>ATTN: JOANNE PELLETIER<br>333, RUE FRANQUET<br>QUEBEC, QC G1P 4C7<br>CANADA | Claim Number: 8548<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,136.25 | Scheduled: | $2,111.09 |

| | | | | |
|---|---|---|---|---|
| BURNETT'S LANDSCAPING<br>406 NEW LONDON ROAD<br>SALEM, CT 06420 | | Claim Number: 9504<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $2,542.00 | | |
| BURNETT'S LANDSCAPING<br>406 NEW LONDON ROAD<br>ATTN: MARY RICHARDSON<br>SALEM, CT 06420 | | Claim Number: 12517<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $2,542.00 | | |
| C GIGNAC CHEVROLET OLDSMOBILE<br>1070 BOULEVARD DUCHARME<br>LA TUQUE, QC G9X 3C4<br>CANADA | | Claim Number: 12321<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $5,978.73 | Scheduled: | $5,926.26 |
| C. GIGNAC AUTOMOBILES (2007) INC.<br>1070 BOULEVARD DUCHARME<br>LA TUQUE, QC G9X 3C4<br>CANADA | | Claim Number: 8245<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,978.73 | | |
| C.A.T.<br>ATTN: SOPHIE LONGTIN<br>4, DU TRANSPORT<br>COTEAU-DU-/AC, QC J0P 1B0<br>CANADA | | Claim Number: 13027<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $48,995.33 | Scheduled: | $43,673.44 |

---

C.L. FETTS AND CO., INC.
4721 LINE ROAD
ATTN: CHRISTOPHER FETTS
WHITEFORD, MD 21160

Claim Number: 12358
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $3,892.21 |
|-----------|----------|-----------|

---

CABLE, WALTER S
4736 SPRINGBROOK ROAD
KNOXVILLE, TN 37921

Claim Number: 9005
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $4,980.00 |
|-----------|----------|-----------|

---

CABLE, WALTER S.
4736 SPRINGBROOK RD.
KNOXVILLE, TN 37921

Claim Number: 12406
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $4,980.00 |
|-----------|----------|-----------|

---

CABLE, WALTER S.
4736 SPRINGBROOK RD.
KNOXVILLE, TN 37921

Claim Number: 13122
Claim Date: 06/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| UNSECURED | Claimed: | $4,980.00 |
|-----------|----------|-----------|

---

CAMPBELL, AUSTIN T
ATTN: THERESA CARON
23 EVELYN STREET
HAMILTON, ON L8E 3K3
CANADA

Claim Number: 8989
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|-----------|----------|-----------|

---

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10249)

| | | | | |
|---|---|---|---|---|
| CANADA REVENUE AGENCY<br>P.O. BOX 1655<br>WINDSOR, ON N9A 7G7<br>CANADA | | Claim Number: 8634<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $593.16 | | |
| CANADIAN NATIONAL RAILWAY COMPANY<br>935 DE LA GAUCHETIERE STREET WEST<br>FLOOR 4<br>ATTNA: MARTIN CYR<br>MONTREAL, QC H3B 2M9<br>CANADA | | Claim Number: 13053<br>Claim Date: 08/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $969,044.87 | | |
| CANADIAN PACIFIC RAILWAY COMPANY<br>PO BOX 6502<br>WINNIPEG, MB R3C 4N6<br>CANADA | | Claim Number: 11630<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| CANMEC LA BAIE<br>3453 CHEMIN DES CHUTE CP36<br>LA BAIE, QC G7B 3P9<br>CANADA | | Claim Number: 8631<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,228.96 | Scheduled: | $4,637.05 |
| CARDINAL RECYCLING CO<br>2600 BEYER ROAD<br>ATTN: MIKE REINERT<br>MORRIS, IL 60450 | | Claim Number: 10550-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $3,300.07 | | |

CARL R. GEARY TRUCKING
334 LITTELL LAKE RD
TRACY CITY, TN 37387

Claim Number: 12518
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $23,058.37 |
| UNSECURED | Claimed: | $9,175.90 |
| TOTAL | Claimed: | $9,175.90 |

CARMICHAEL, JOHN
991 BONAVISTA PL.
VICTORIA, BC V9C 4K5
CANADA

Claim Number: 8952
Claim Date: 08/10/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
$1000.85 per year

| | | |
|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ |

CAROLINA TRACTOR & EQUIPMENT COMPANY DBA
LIFTONE
PO BOX 1095
ATTN: JAMES NHAN - CREDIT DEPT
CHARLOTTE, NC 28201

Claim Number: 12355
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $13,578.82 |

CARTER, TRAVIS JAMES
1927 S 14TH ST
FERNANDINA BEACH, FL 32034-3035

Claim Number: 12511
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,215.00 |

CARVER PUMP COMPANY
2415 PARK AVE
ATTN: BUAD ULF16
MUSCATINE, IA 52761

Claim Number: 12367
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,762.18 |

CASCO INC
C/O CORN PRODUCTS INTERNATIONAL, INC.
5 WESTBROOK CORPORATE CENTER
ATTN: RICHARD A. DUDA, ESQ.
WESTCHESTER, IL 60154

Claim Number: 13054
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $70,179.88 | Scheduled: | $160,006.29 | | |

CATERPILLAR FINANCIAL SERVICES LIMITED
ATTN: MICHAEL SEGATTI
600-5575 NORTH SERVICE ROAD
BURLINGTON, ON L7L 6M1
CANADA

Claim Number: 13026
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8378 (08/16/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $513,353.16 | Scheduled: | $10,677.84 | | |

CBSC CAPITAL INC.
1235 NORTH SERVICE ROAD
SUITE 100
ATTN: JACQUELINE PERRON
OAKVILLE, ON L6M 2W2
CANADA

Claim Number: 12931
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $731.97 | Scheduled: | $311.76 | Allowed: | $315.47 |

CDL RECYCLE, LLC
ATTN: SALLY EBLE
7201 E. MARGINAL WAY S.
SEATTLE, WA 78108

Claim Number: 8394
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $247.00 | | | | |

CENTRA GAS MANITOBA INC
MANITOBA HYDRO PLACE
PO BOX 815, STATION MAIN
CREDIT & RECOVERY SVCS/ ARLIE PELLETIER
WINNIPEG, MB R3C-3P2
CANADA

Claim Number: 8790
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $111,887.04 | | | | |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 9367 Claim Date: 08/21/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) | |
| UNSECURED | Claimed: | $1,569,422.14 |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 9405 Claim Date: 08/21/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) | |
| UNSECURED | Claimed: | $3,632,243.95   CONT |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 12730 Claim Date: 08/21/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. Comments: EXPUNGED DOCKET: 9223 (04/20/2012) | |
| UNSECURED | Claimed: | $1,569,422.14 |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 12751 Claim Date: 08/21/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) | |
| UNSECURED | Claimed: | $3,632,243.95   CONT |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 13893 Claim Date: 03/15/2010 Debtor: SMURFIT-STONE CONTAINER CANADA INC. Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) | |
| UNSECURED | Claimed: | $1,679,317.34 |

CENTRE DE RENOVATION LA TUQUE INC
ATTN: JOCELYN TRAHAN
295 RUE BOSTONNAIS
LA TUQUE, QC G9X 2G2
CANADA

Claim Number: 12871
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,686.19 | Scheduled: | $5,626.28 |

CENTRO, INC.
ATTN: LINDA DEWITT
PO BOX 27161
MEMPHIS, TN 38167-0161

Claim Number: 8391
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,367.36 |
| UNSECURED | Claimed: | $25,034.93 |
| TOTAL | Claimed: | $25,034.93 |

CHAINE ET ELINGUE ST-PIERRE CANADA LTEE
7690 RUE JARRY EST
ANJOU, QC H1J-2M3
CANADA

Claim Number: 8257
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,754.76 | Scheduled: | $1,809.78 |

CHALLENGER MOTOR FREIGHT INC
50 GROH AVENUE
CAMBRIDGE, ON N3E 1B7
CANADA

Claim Number: 5382
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $34,806.86 |

CHAMPAGNE, MICHELE L.
87 BECKLER
LA TUQUE, QC 69X 3G4
CANADA

Claim Number: 8799
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $614.48 | Scheduled: | $607.24 |

| | | | | |
|---|---|---|---|---|
| CHAUSSURES GEO GAGNON INC<br>ATTN: RICHARD SARENT<br>570 ST-ANTOINE<br>LA TUQUE, QC G9X 2Y7<br>CANADA | | Claim Number: 12593<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: POSSIBLE DUPLICATE OF 12592<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,516.60 | | |
| CHAUSSURES GEO GAGNON INC.<br>570 ST-ANTOINE<br>LA TUQUE, QC G9X 2Y7<br>CANADA | | Claim Number: 12592<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $8,516.60 | Scheduled: | $8,516.60 |
| CHAVIS, MARION<br>346 CRY BABY RD<br>BAMBERG, SC 29003 | | Claim Number: 8830<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| SECURED | Claimed: | $30,000.00   UNLIQ | | |
| CHEM CHECK, CO INC.<br>ATTN: LORI BAUSKE<br>1701 N, GREENVILLE AVE<br>STE 102<br>RICHARDSON, TX 75081 | | Claim Number: 12439<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $1,100.00 | | |
| CHRISTIE & WALTHER COMMUNICATIONS INC.<br>570 INDUSTRIAL AVE.<br>OTTAWA, ON K1G 0Y9<br>CANADA | | Claim Number: 12635<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,731.63 | Scheduled: | $1,137.28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CHRISTIE AND WALTHER<br>1179 RUE SAINT LOUIS<br>GATINEAU, QC J8T 2L7<br>CANADA | | Claim Number: 7920<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $1,644.68 | | |
| CINTAS CORPORATION<br>C/O JASON V. STITT<br>KEATING MUETHING & KLEKAMP PLL<br>ONE EAST 4TH ST., 14TH FLOOR<br>CINCINNATI, OH 45202 | | Claim Number: 11677-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7844 (06/02/2010) | | | | |
| UNSECURED | Claimed: | $22,063.78 | | | Allowed: | $22,063.78 |
| CITY OF FRESNO<br>ATTN: CARMEN H.<br>PO BOX 2069<br>FRESNO, CA 93718-2069 | | Claim Number: 8393<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 4966 (02/12/2010) | | | | |
| PRIORITY | Claimed: | $375.16 | | | | |
| UNSECURED | | | Scheduled: | $141.53 | | |
| CLARKE ROAD TRANSPORT INC<br>68 CHAIN LAKE DRIVE<br>HALIFAX, NS B3S 1A2<br>CANADA | | Claim Number: 8894<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | | |
| UNSECURED | Claimed: | $7,309.84 | Scheduled: | $7,309.84 | | |
| COAST TO COAST COMPUTER PRODUCTS INC<br>4277 VALLEY FAIR STREET<br>ATTN: CARLA WORTHY<br>SIMI VALLEY, CA 93063 | | Claim Number: 12356<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | |
| UNSECURED | Claimed: | $1,714.50 | | | | |

---

COLAVECCHIO, FRANCO
6540 NOLAN AVE
BURNABY, BC V5H 4B6
CANADA

Claim Number: 8425
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $53,066.06 | | | | | |
|---|---|---|---|---|---|---|---|

COLE PARMER CANADA INC
210 5101 RUE BUCHAN
MONTREAL, QC H4P 2R9
CANADA

Claim Number: 5080
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $4,500.63 | | | |
|---|---|---|---|---|---|---|---|

COLLINS, RUTH N.
895 M.L. KING DRIVE
BREWTON, AL 36426

Claim Number: 13460
Claim Date: 09/10/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5732 (03/10/2010)

| PRIORITY | Claimed: | $50,000.00 | | | | | |
|---|---|---|---|---|---|---|---|

COLORTECH INC
ATTN: JOHN LORIA
8027 DIXIE ROAD
BRAMPTON, ON L6T 3V1
CANADA

Claim Number: 12764
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $66,217.71 | Scheduled: | $78,695.76 | Allowed: | $66,217.71 |
|---|---|---|---|---|---|---|

COMITE DE GESTION DE LA ROUTE
FORESTIERE 25 INC.
ATTN: ERIC BERNIER
1053, BOULEVARD DUCHARME
LA TUQUE, QC G9X 3C3
CANADA

Claim Number: 12591
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $10,543.75 | Scheduled: | $10,419.58 | | | |
|---|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| COMMISSION SCOLAIRE DEL ENERGIE<br>42072, RUE GICNAC, CP<br>SHAWINIGAN, QC G9N 6V7<br>CANADA | | Claim Number: 8479<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $8,827.00 | | |
| COMMISSION SCOLAIRE DU PAYS-DE-BLEUETS<br>ATTN: RENALD COTE<br>1950 BOUL. WALLBERG<br>DOLBEAU-MISTASSINI, QC G8L 2R3<br>CANADA | | Claim Number: 13024<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| SECURED | Claimed: | $30,526.80 | | |
| COMMISSION SCOLAIRE RENE LEVESQUE<br>471 A BOULEVARD PERRON<br>ATTN: ANDREA LEBZANC<br>MARIA, QC G0C 1Y0<br>CANADA | | Claim Number: 12930<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| PRIORITY | Claimed: | $181,684.57 | | |
| COMMUNICATIONS, ENERGY AND PAPERWORKERS<br>UNION OF CANADA<br>ATTN: DAVE COLES<br>301 LAURIER AVENUE WEST<br>OTTAWA, ON K1P 6M6<br>CANADA | | Claim Number: 13301<br>Claim Date: 08/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| COMOX PACIFIC EXPRESS, LTD<br>P.O. BOX 2129<br>WINNIPEG, MB R3C 3R4<br>CANADA | | Claim Number: 12385<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $291.31 | Scheduled: | $190.28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| COMPAGNIE DE LOCATION D' EQUIPEMENT CLE<br>LTEE CREANCIER<br>2200, RUE DE LA SIDBEC SUD<br>BUREAU 202<br>TROIS-RIVIERES, QC G8Z 4H1<br>CANADA | | Claim Number: 12448<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | | |
| UNSECURED | Claimed: | $15,635.50 | | | | |
| COMPUCOM SYSTEMS INC<br>ATTN: MINNIE MORRISON<br>7171 FOREST LANE, 4TH FLOOR<br>DALLAS, TX 75230 | | Claim Number: 7805<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $726.75 | | | Allowed: | $726.75 |
| UNSECURED | Claimed: | $175,786.21 | Scheduled: | $149,004.40 | Allowed: | $175,786.21 |
| CONCEPTION ET FABRICATION N. POTVIN INC<br>ATTN: NICOLAS POTVIN<br>752 RUE ST-ANTOINE<br>LA TUQUE, QC G9X 2Z4<br>CANADA | | Claim Number: 12870<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $97,967.98 | Scheduled: | $99,571.46 | | |
| CONNER, LANNA M.<br>5624 ALVINA AVENUE<br>CINCINNATTI, OH 45212 | | Claim Number: 8612<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | | | |
| CONSTRUCTION BERTHIN CLOUTIER 2005 INC.<br>999 BOUL DUCHARME<br>ATTN: KARL LACHANCE<br>LA TUQUE, QC G9X 3C3<br>CANADA | | Claim Number: 12867<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $34,479.20 | Scheduled: | $34,093.78 | | |

CONTRARIAN FUNDS, LLC
TRANSFEROR: 630 RENE-LEVESQUE WEST
PROPERTY CO; ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 8931
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 6647 (04/07/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $84,904.04 | Scheduled: | $21,235.12 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: VOITH CANADA INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13233-03
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 6350 (03/29/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $165,517.14 | Scheduled: | $78,999.22 | Allowed: | $81,650.88 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: VOITH PAPER FABRICS APPLETON
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13234
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 6350 (03/29/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $163,668.76 | | | Allowed: | $163,668.76 |
| UNSECURED | Claimed: | $330,159.39 | Scheduled: | $330,159.39 | Allowed: | $166,490.63 |
| TOTAL | Claimed: | $330,159.39 | | | | $0.00 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: TOLKO MARKETING & SALES LTD
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13800
Claim Date: 02/03/2010
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
Amends Claims 2433, 4452, and 8276.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $62,744.26 | Scheduled: | $62,688.01 |

CONTROLE LAURENTIDE LTEE
ATTN: DEAN WHITELAW
18000 TRANS CANADA HWY
KIRKLAND, QC H9J 4A1
CANADA

Claim Number: 13021
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $15,519.02 |

---

CONTROLE LAURENTIDE LTEE
ATTN: DEAN WHITELAW
18000 TRANS CANADA HWY
KIRKLAND, QC H9J 4A1
CANADA

Claim Number: 13022
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $17,866.23 | Scheduled: | $17,866.23 |
|---|---|---|---|---|

---

CONTROLE LAURENTIDE LTEE
ATTN: DEAN WHITELAW
18000 TRANS CANADA HWY
KIRKLAND, QC H9J 4A1
CANADA

Claim Number: 13023
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $30,121.00 | Scheduled: | $42,663.83 |
|---|---|---|---|---|

---

CONVERTING SOLUTIONS, LP
105 COMMERCE DRIVE
ASTON, PA 19022

Claim Number: 12389
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| UNSECURED | Claimed: | $3,788.33 |
|---|---|---|

---

COOP DE SOLIDARITE FRAN. LAC
ATTN: VICTOR DESGAGNE
541 PRINCIPALE
ST. FRS-DE-SALES, QC G0W 1M0
CANADA

Claim Number: 12791-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $53,752.51 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $108,801.65 |

---

COOP DE SOLIDARITE FRAN. LAC
ATTN: VICTOR DESGAGNE
541 PRINCIPALE
ST. FRS-DE-SALES, QC G0W 1M0
CANADA

Claim Number: 12791-02
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 7188 (04/22/2010)

| PRIORITY | Claimed: | $55,049.14 |
|---|---|---|

---

CORPORATION DE GESTION DU RESERVOIR
GOUIN
687, RUE CASTELNEAU
LA TUQUE, QC G9X 2P4
CANADA

Claim Number: 99013
Claim Date: 06/30/2010
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,359.57 | | Allowed: | $1,359.57 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: FORMATION PREVENTION SECOURS
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 741
Claim Date: 02/23/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,661.00 | Scheduled: | $4,547.50 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GOMEZ PALLETS
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 2163
Claim Date: 04/06/2010
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 6649 (04/07/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $57,136.00 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: JOLI DISTRIBUTION F. HENDEL
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 2582
Claim Date: 04/29/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,491.65 | Scheduled: | $1,207.72 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: HYDRAUNAV INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 3011
Claim Date: 05/18/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,207.64 | Scheduled: | $1,298.53 |

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: COMPRESSEURS QUEBEC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3580<br>Claim Date: 07/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $1,522.59 | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CLOVIS SEPTIC TANK T<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 5652<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $3,442.43 | Scheduled: | $2,787.17 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: FLEX-PRESSION LTEE<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 7500<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,464.17 | Scheduled: | $1,234.97 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: SYNDICAT DES PRODUCTEURS DE<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 7687<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $718.41 | Scheduled: | $709.96 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR:LES SPECIALITES FERNAND DAIGL<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8244-01<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $445.00 | Scheduled: | $732.94 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:LES SPECIALITES FERNAND DAIGL
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8244-02
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $296.68 | | |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: VIDEO ELECTRONIQUE C.G. INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8290
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,422.76 | Scheduled: | $4,518.21 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: PNEUMAC AUTOMATION INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8294
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $196.41 | Scheduled: | $196.98 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: EQUIPEMENTS BELZILE INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8333
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,888.75 | Scheduled: | $1,844.38 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:ATELIER DE SOUDURE RIV-DU-LOO
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8426
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $887.79 | Scheduled: | $1,023.81 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: ADECCO SERVICES DE RH LTEE
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8480
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,929.91 | Scheduled: | $1,907.19 | |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: LES ENCRES MULTI-FLEX INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8628
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,498.57 | Scheduled: | $1,498.57 | |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CHEM ACTION
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8635-01
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,745.69 | Scheduled: | $2,713.35 | |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CHEM ACTION
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8635-02
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 2032 (09/24/2009)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,745.69 | | Allowed: | $2,432.50 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: REGIE DE GESTION DES MATIERE
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8723
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,048.14 | Scheduled: | $1,051.63 | |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: ALLIAGES ANIK INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8724
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $919.24 | Scheduled: | $935.38 |
|-----------|----------|---------|------------|---------|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: ACCES COMMUNICATIONS
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8776
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,795.78 |
|-----------|----------|-----------|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: MGM GROUPE CONSEIL
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8798
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 2534 (10/30/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $2,714.38 | | | Allowed: | $2,714.38 |
|----------------|----------|-----------|------------|-----------|----------|-----------|
| UNSECURED | Claimed: | $2,714.38 | Scheduled: | $2,156.93 | | |
| TOTAL | Claimed: | $2,714.38 | | | | $0.00 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: SPS LTD
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8800-01
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $2,075.40 | Scheduled: | $1,484.78 |
|-----------|----------|-----------|------------|-----------|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: SPS QUEBEC LTEE
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8800-02
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 2205 (10/09/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $2,865.16 | Allowed: | $2,865.16 |
|----------------|----------|-----------|----------|-----------|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: UNI-VERT TECH INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8852
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,450.30 | Scheduled: | $2,717.31 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: MOTEURS ELECTRIQUES B.V. INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8941
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| PRIORITY | Claimed: | $110.59 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $109.29 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: MCCORDICK GLOVE AND SAFETY I
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8996
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $50,260.91 | Scheduled: | $38,274.28 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: 9115-5754 QUEBEC INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 9049
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| PRIORITY | Claimed: | $3,439.77 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $4,052.37 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: UNITED AUTO PARTS INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 9470
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $229.77 | Scheduled: | $247.44 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: PINNACLE SALES, INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12329<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED          Claimed: | $6,856.03 | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: LES ENTREPRISES DES MCGUIRE<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12399<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED          Claimed: | $1,803.33   UNLIQ | Scheduled: | $1,782.09 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: KRISKA<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12534<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED          Claimed: | $10,180.14 | Scheduled: | $10,155.22 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: DESJARDINS, MARIO<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12542<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED          Claimed: | $3,412.20 | Scheduled: | $3,704.20 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CPE ELECTRIQUE INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12584<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED          Claimed: | $3,696.58 | Scheduled: | $3,673.70 |

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: SYNDICAT DES PRODUCTEURS DE
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12614
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,782.91 | Scheduled: | $1,761.91 |
| --- | --- | --- | --- | --- |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: SIB SERVICES INDUSTRIELS BOU
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12769
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $17,583.11 | Scheduled: | $18,074.47 |
| --- | --- | --- | --- | --- |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: FERBLANTERIE DE MATANE INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12789
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,311.97 | | |
| --- | --- | --- | --- | --- |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: FERBLANTERIE DE MATANE INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12790
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $2,284.74 |
| --- | --- | --- | --- | --- |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: BOURGET-JOLY INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12873
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,188.80 | Scheduled: | $1,174.78 |
| --- | --- | --- | --- | --- |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: FABRICATION DELTA INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12925
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $56,592.72 | Scheduled: | $54,055.85 |
|-----------|----------|------------|------------|------------|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR:CRISTINI AMERIQUE DU NORD INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12929
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $39,926.73 | Scheduled: | $39,926.73 |
|-----------|----------|------------|------------|------------|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CENTRE INTEGRE EN PATE ET PA
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 13025
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,726.89 | Scheduled: | $3,086.30 |
|-----------|----------|-----------|------------|-----------|

COSHOCTON COUNTRY CLUB
925 CAMBRIDGE RD
COSHOCTON, OH 43812

Claim Number: 12374
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $1,099.43 |
|-----------|----------|-----------|

COWPER INC
677 7TH AVE
LACHINE, QC H8S 3A1
CANADA

Claim Number: 12717
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $386.22 | Scheduled: | $383.70 |
|-----------|----------|---------|------------|---------|

---

CRANEMASTERS INC
3001 WILLIAMSBURG ROAD
RICHMOND, VA 23231

Claim Number: 11888
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $616.06 | | |
|---|---|---|---|---|

---

CREWS, VERNA RUTH B.
134 NORTH BOULEVARD W
MACCLENNY, FL 32063-2041

Claim Number: 13258
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
$49.70 per month.

| UNSECURED | Claimed: | $0.00   UNLIQ | | |
|---|---|---|---|---|

---

CUMMINS EASTERN CANADA LP
ATTN: ELIZABETH MCCARTHY
7175 PACIFIC CIRCLE
MISSISSAUGA, ON L5T 2A5
CANADA

Claim Number: 8565
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,235.35 | Scheduled: | $2,280.01 |
|---|---|---|---|---|

---

DAMPER, ELIJAH
9259 NORTH RANCHO PARK CIRCLE
RANCHO CUCAMONGA, CA 91730

Claim Number: 11250
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8407 (08/18/2010)

| ADMINISTRATIVE | Claimed: | $5,000.00 | | |
|---|---|---|---|---|

---

DAWSON, JOHN M.
294 LORRAINE
BAIE D'URFE, QC
CANADA

Claim Number: 9639
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,449.78 | Scheduled: | $2,449.78 |
|---|---|---|---|---|

---

| | | | | | |
|---|---|---|---|---|---|
| DAWSON, JOHN MICHAEL<br>C/O KOSKIE MINSKY LLP<br>BARRISTERS & SOLICITORS<br>20 QUEEN ST. WEST, SUITE 900<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 13019<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| PRIORITY | Claimed: | $1,638.60 | | | |
| UNSECURED | Claimed: | $811.18 | | | |
| DAY & ROSS INC.<br>398 MAIN STREET<br>HARTLAND, NB E7P 1C6<br>CANADA | | Claim Number: 13499<br>Claim Date: 09/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $565.26 | Scheduled: | $558.61 | |
| DE LAGE LANDEN FINANCIAL SERVICES CANADA<br>INC.<br>1235 NORTH SERVICE RD W # 100<br>ATTN: JACQUELINE PERRON<br>OAKVILLE, ON L6M 2W2<br>CANADA | | Claim Number: 12928<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) | | | |
| UNSECURED | Claimed: | $24,335.81 | Scheduled: | $39,950.96 | |
| DEAN, MARTHA B.<br>8785 SONNYBOY LN.<br>PENSACOLA, FL 32514 | | Claim Number: 12496<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |
| DECHANT, THOMAS H.<br>22369 BARTLETT DR.<br>ROCKY RIVER, OH 44116 | | Claim Number: 11895<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $19,735.00 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| DELUXE PAPER PRODUCT, INC.<br>200 AVE MARIEN<br>MONTREAL, QC H1B 4V2<br>CANADA | | Claim Number: 13529<br>Claim Date: 10/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $172,303.69 | Scheduled: | $171,505.27 | |

| | | | | | |
|---|---|---|---|---|---|
| DEPARTMENT OF JUSTICE CANADA<br>ATTN: DIANE WINTERS AND CHRISTOPHER LEE<br>130 KING STREET WEST, SUITE 3400<br>TORONTO, ON M5X 1K9<br>CANADA | | Claim Number: 13015<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $1.00   UNLIQ | | | |

| | | | | | |
|---|---|---|---|---|---|
| DEUBLIN COMPANY<br>PO BOX 43<br>MONTREAL, QC H2Y 3E9<br>CANADA | | Claim Number: 6391<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,503.49 | Scheduled: | $1,276.74 | |

| | | | | | |
|---|---|---|---|---|---|
| DEVDEN<br>20 DE L'ATLANTIQUE<br>BROMONT, QC J2L 2R3<br>CANADA | | Claim Number: 6875<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $21,318.00 | Scheduled: | $20,116.58 | |

| | | | | | |
|---|---|---|---|---|---|
| DIAMOND CANAPOWER<br>PO BOX 19030, STATION A<br>TORONTO, ON M5W 2W8<br>CANADA | | Claim Number: 14173<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8909 (01/25/2011)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,820.98 | Scheduled: | $2,906.10 | |

| DICOM EXPRESS INC<br>10315 COTE DE LIESSE<br>DORVAL, QC H9P 1A6<br>CANADA | Claim Number: 873<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8408 (08/18/2010)<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,796.80 | Scheduled: | $419.75 |

| DIMASSIMO, GEMMA<br>126 MOUNT BATTEN DRIVE<br>HAMILTON, ON L9C 3V5<br>CANADA | Claim Number: 8853<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $35,865.68 | | |

| DINDWIDDLE, JOHN MARTIN<br>10210 KLONDIKE RD<br>NIANGUA, MO 65713 | Claim Number: 12502<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

| DIRECT GENERAL PARTNER CORPORATION<br>ON BEHALF OF DIRECT LIMITED PARTNERSHIP<br>DIRECT INTEGRATED TRANSPORTATION ULC<br>25 ROTHWELL ROAD<br>WINNIPEG, MB R3P 2M5<br>CANADA | Claim Number: 12830<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $150,279.15 | | |

| DISTINCTIVE PACKAGING LTD.<br>ATTN: LARRY LEVESQUE<br>354 ELGIN STREET<br>BRANTFORD, ON N3S 7P6<br>CANADA | Claim Number: 13296<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,874.95 | Allowed: | $1,874.95 |

| DLS OCCUPATIONAL HEALTH & SAFETY SERVICES INC. P.O. BOX 7937 SASKATOON, SK S7L 1S8 CANADA | Claim Number: 8585 Claim Date: 07/20/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. Comments: EXPUNGED DOCKET: 8530 (09/13/2010) |
|---|---|

| PRIORITY | Claimed: | $1,385.94 |
| UNSECURED | Claimed: | $1,385.94 |
| TOTAL | Claimed: | $1,385.94 |

| DOCU DEPOT CP 3304 SUCC LAPIERRE LASALLE, QC H8N 3H4 CANADA | Claim Number: 5447 Claim Date: 07/16/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $1,512.93  UNLIQ |

| DOCUMENT DISINTEGRATION, INC. ATTN: TONY SCHAFFER 572 W. 184TH STREET GARDENA, CA 90248 | Claim Number: 12638 Claim Date: 08/18/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. Comments: EXPUNGED DOCKET: 5738 (03/10/2010) |
|---|---|

| UNSECURED | Claimed: | $2,500.00 |

| DOE SHAN AUTOMATION INC. ATTN: GERRY ROSS, PRESIDENT 5385 RUE PARE, SUITE 206 MONTREAL, QB H4P-1P7 CANADA | Claim Number: 13241 Claim Date: 08/26/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. Comments: EXPUNGED DOCKET: 8909 (01/25/2011) |
|---|---|

| UNSECURED | Claimed: | $0.00  UNDET |

| DOUGLAS BARWICK INC ATTN: NANCY RACE 23 SMITH ST., PO BOX 730 ST. CATHERINES, ON L2R 6Y6 CANADA | Claim Number: 8471-01 Claim Date: 07/15/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. Comments: THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $9,485.72 | Scheduled: | $10,192.24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DOUGLAS BARWICK INC<br>ATTN: NANCY RACE<br>23 SMITH ST., PO BOX 730<br>ST. CATHERINES, ON L2R 6Y6<br>CANADA | | Claim Number: 8471-02<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 2032 (09/24/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $1,869.18 | | | Allowed: | $1,869.18 |
| DOVEY CORPORATION<br>ATTN: KATHY WILLIAMS<br>3220 W 25TH STREET<br>ANDERSON, IN 46011 | | Claim Number: 1489-03<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $463.05 | Scheduled: | $437.50 | | |
| DRN INDUSTRIEL INC<br>3460 AVENUE FRANCIS-HUSHES<br>LAVAL, QC H7L 5A9<br>CANADA | | Claim Number: 8630<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $9,694.22 | | | | |
| DRN INDUSTRIEL INC<br>3460 AVENUE FRANCIS-HUSHES<br>LAVAL, QC H7L 5A9<br>CANADA | | Claim Number: 8636<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $33,636.74 | Scheduled: | $43,330.96 | | |
| DRYDEN VII - LEVERAGED LOAN CDO 2004<br>C/O PRUDENTIAL INVESTMENT MGMT., INC.<br>ATTN: TERENCE DUNN<br>P.O. BOX 32339, 2 GATEWAY CENTER<br>NEWARK, NJ 07102 | | Claim Number: 11295<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | | |
| SECURED | Claimed: | $929,144.13 | | | | |

| | | | | |
|---|---|---|---|---|
| DUBOIS PROPANE GAZ ET SERVICE (74) INC<br>DUBOIS PROPANE INC<br>ATTN: CLAUDDE POTVIN<br>1040 BOUL. DUCHARME<br>LA TUQUE, QC G9X 3C4<br>CANADA | | Claim Number: 12824<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,494.25 | Scheduled: | $4,448.82 |
| DUCOVA INC.<br>ATTN: NATHALIE BRULOTTE<br>433 RUE DES MONTEREGIENNES<br>QUEBEC, QC G1C 7J7<br>CANADA | | Claim Number: 12866<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $869.30 | Scheduled: | $901.01 |
| DUGGAN, JAMES<br>13448 COLLEN RD<br>JACKSONVILLE, FL 32218 | | Claim Number: 8518-01<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $220,750.00 | | |
| DUGGAN, JAMES<br>13448 COLLEN RD<br>JACKSONVILLE, FL 32218 | | Claim Number: 8518-02<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| EAST COAST SURVEYS<br>334 DOVER STREET<br>ATTN: RENEE LEBRETON<br>CAMPBELLTON, NB E3N 3M6<br>CANADA | | Claim Number: 8767<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $16,548.84 | Scheduled: | $8,805.97 |

---

| EAST COAST SURVEYS | | Claim Number: 8768 |
|---|---|---|
| 334 DOVER STREET | | Claim Date: 07/28/2009 |
| ATTN: RENEE LEBRETON | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
| CAMPBELLTON, NB E3N 3M6 | | Comments: |
| CANADA | | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $18,284.72 |
|---|---|---|

---

| ECHEVARRIA, RAUL | | Claim Number: 12464 |
|---|---|---|
| C/O DWORKIN & MACIAVIELLO | | Claim Date: 08/03/2009 |
| ATTN: JOHN S. ELIASIK | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
| 134 N. LASALLE, STE 1515 | | |
| CHICAGO, IL 60602 | | |

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

| ECONOTECH SERVICES LTD | | Claim Number: 12624 |
|---|---|---|
| ATTN: JOANNE STEWART | | Claim Date: 08/13/2009 |
| 852 DERWENT WAY | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
| DELTA, BC V3M 5R1 | | Comments: |
| CANADA | | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $2,210.88 | Scheduled: | $2,217.16 |
|---|---|---|---|---|

---

| EDMONDS, ROBERT PAUL | | Claim Number: 12366 |
|---|---|---|
| 744 SAINT JAMES AVE APT 8 | | Claim Date: 07/15/2009 |
| SPRINGFIELD, MA 01104-2815 | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $75,000.00 |
|---|---|---|

---

| EDMONDS, ROBERT PAUL | | Claim Number: 13479 |
|---|---|---|
| 78 FENWICK ST. | | Claim Date: 10/07/2009 |
| SPRINGFIELD, MA 01109 | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
| | | Comments: EXPUNGED |
| | | DOCKET: 8833 (12/09/2010) |

| PRIORITY | Claimed: | $75,000.00 |
|---|---|---|

---

| ELLIOTT TURBOMACHINERY CAN INC<br>PO BOX 9543<br>TORONTO, ON M5W 2K3<br>CANADA | Claim Number: 12622<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $303.87 | Scheduled: | $303.87 |

| ELLIOTT TURBOMACHINERY CANADA INC.<br>ATTN: RALPH DICKIE<br>955 MAPLE AVENUE<br>BURLINGTON, ON L7S 2J4<br>CANADA | Claim Number: 12623<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: POSSIBLE DUPLICATE OF 12622<br>THIS CLAIM IS PAID |
|---|---|
| UNSECURED | Claimed: | $303.87 |

| EMPIRE STATE CONTAINER INC.<br>151 MIDLER PARK DRIVE<br>ATTN: JAMES TROMBINO<br>SYRACUSE, NY 13206 | Claim Number: 9054<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 9081 (06/14/2011) |
|---|---|
| UNSECURED | Claimed: | $1,215.00 |

| ENERQUIN AIR INC<br>5730 TURCOT<br>MONTREAL, QC H4C 1V8<br>CANADA | Claim Number: 7262<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|
| PRIORITY | Claimed: | $128.75 |
| UNSECURED | Claimed: | $1,000.00 | Scheduled: | $958.52 |

| ENERSOL INC.<br>1655 DE L'INDUSTRIE<br>BELOEIL, QC J3G 4S5<br>CANADA | Claim Number: 8834<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|
| PRIORITY | Claimed: | $4,963.08 |
| UNSECURED | | | Scheduled: | $4,975.18 |

---

ENGRENAGE PROVINCIAL INC.
960, RAOUL-JOBIN
QUEBEC, G1N 1S9
CANADA

Claim Number: 8629
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,611.42 | Scheduled: | $9,697.06 |
|---|---|---|---|---|

ENT. MARTIN AUDET MAITRE ELECTRICIEN INC
451, RANG 2
ATTN: MARTIN AUDET
MARIA, QC G0C 1Y0
CANADA

Claim Number: 12926
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $41,999.80 | Scheduled: | $39,754.38 |
|---|---|---|---|---|

ENTERPRISE SERVICE R.L. INC.
ATTN: RAPHAEL LAFONTAINE
981, RUE PIERRE
HEROUXVILLE, QC G0X 1J0
CANADA

Claim Number: 12589
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $71,166.37 | | |
|---|---|---|---|---|

ENTREPRISE SERVICE R.L. INC.
981, RUE PIERRE
ATTN: RAPHAEL LAFONTAINE, PRESIDENT
HEROUXVILLE, QC G0X 1J0
CANADA

Claim Number: 8874
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $71,166.37 | | |
|---|---|---|---|---|

ENVIROCAN WASTEWATER TREATMENT EQUIP. CO
ATTN: BARBARA KARPOWICZ
2 MARCONI CT UNIT 15
BOLTON, ON L7E 1E5
CANADA

Claim Number: 8201
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,364.33 | Scheduled: | $15,924.76 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| ENVIROCAN WASTEWATER TREATMENT EQUIPMENT CO. LTD. 2 MARCONI CT. UNIT 15 BOLTON, ON L7E 1E5 CANADA | | Claim Number: 2363 Claim Date: 04/22/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $18,753.00 | | |
| ENVIRONMENTAL DESIGN LANDSCAPE CONTRACTORS LTD PO BOX 51 ATTN: TONY TORENULIET, DIRECTOR CARLISE, ON L0R 1H0 CANADA | | Claim Number: 8861 Claim Date: 08/04/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. Comments: THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,803.00 | | |
| ENVIROSAFE TECHNOLOGIES, INC ATTN: ELIZABETH SINGLEY 11201 SAINT JOHNS INDUSTRIAL PARKWAY W JACKSONVILLE, FL 32246 | | Claim Number: 12432 Claim Date: 07/27/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. Comments: EXPUNGED DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $416.00 | | |
| EQUIPEMENT CONRO VALVE INC 9610B RUE IGNACE BROSSARD, QC J4Y 2R4 CANADA | | Claim Number: 5280-02 Claim Date: 07/14/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. Comments: DOCKET: 8758 (11/15/2010) THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $88,082.80 | Scheduled: | $75,452.76 |
| EQUIPEMENT LDL INC ATTN: DANIELLE THIFFAULT 2725 RUE GIRARD TROIS-RIVIERES, QC G8Z 2M4 CANADA | | Claim Number: 8209 Claim Date: 07/07/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. Comments: DOCKET: 5768 (03/11/2010) | | |
| UNSECURED | Claimed: | $434.56 | | |

EQUIPEMENT LDL INC
ATTN: DANIELLE THIFFAULT
2725 RUE GIRARD
TROIS-RIVIERES, QC G8Z 2M4
CANADA

Claim Number: 8210
Claim Date: 07/07/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: POSSIBLE DUPLICATE OF 8209
DOCKET: 8117 (06/22/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $434.56 | Scheduled: | $435.79 | |

EQUISTAR CHEMICALS, LP
ATTN: DON HAMILTON
1221 MCKINNEY AVENUE, SUITE 1300
HOUSTON, TX 77010

Claim Number: 10656-01
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,770,385.02 | Scheduled: | $1,999,352.25 UNLIQ | |

EQUISTAR CHEMICALS, LP
ATTN: DON HAMILTON
1221 MCKINNEY AVENUE, SUITE 1300
HOUSTON, TX 77010

Claim Number: 10656-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 3259 (12/17/2009)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $414,763.99 | | Allowed: | $414,763.99 |

EQUISTAR CHEMICALS, LP
ATTN: DON HAMILTON
1221 MCKINNEY AVENUE, SUITE 1300
HOUSTON, TX 77010

Claim Number: 13216
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| | |
|---|---|
| ADMINISTRATIVE | Claimed: | $414,763.99 |
| UNSECURED | Claimed: | $2,185,149.01 |
| TOTAL | Claimed: | $2,185,149.01 |

ERCO WORLDWIDE
PO BOX 3536
TORONTO, ON M5L 1K1
CANADA

Claim Number: 10985
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $121,204.91 | |

---

ERCO WORLDWIDE
PO BOX T10024C POSTAL STATION A
TORONTO, ON M5W 2B1
CANADA

Claim Number: 10989
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5731 (03/10/2010)

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $1,391,317.96 UNLIQ |
|---|---|---|---|---|

---

ERCO WORLDWIDE
ATTN: TRACY DEWAR
200-302 THE EAST MALL
TORONTO, ON M9B 6C7
CANADA

Claim Number: 13275
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| ADMINISTRATIVE | Claimed: | $232,552.48 |
|---|---|---|
| UNSECURED | Claimed: | $1,509,037.27 |
| TOTAL | Claimed: | $1,509,037.27 |

---

EVANS ENTERPRISES
ATTN: LAURYN RATCLIFF
2002 SOUTHWEST BOULEVARD
TULSA, OK 74107

Claim Number: 9468
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $587.10 |
|---|---|---|

---

EVEREST AUTOMATION
227 BOUL. BRUNSWICK
POINTE-CLAIRE, QC H9R 4X5
CANADA

Claim Number: 13114
Claim Date: 09/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $26,418.46 | Scheduled: | $28,296.65 |
|---|---|---|---|---|

---

EVONIK DEGUSSA CANADA, INC.
ATTN: GARY MITCHELL
3380 SOUTH SERVICE ROAD
P.O. BOX 5057
BURLINGTON, ON LTN 3J5
CANADA

Claim Number: 8547-01
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $155,515.24 | Scheduled: | $159,519.98 |
|---|---|---|---|---|

---

---

EVONIK DEGUSSA CANADA, INC.
ATTN: GARY MITCHELL
3380 SOUTH SERVICE ROAD
P.O. BOX 5057
BURLINGTON, ON LTN 3J5
CANADA

Claim Number: 8547-02
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 2534 (10/30/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $37,914.46 | | | Allowed: | $37,914.46 |
|---|---|---|---|---|---|---|

EXPORT DEVELOPMENT CANADA
TRANSFEROR: TECHNOLOGIES AVANCEES DE
ATTN: JO-ANN KEECH-BARKER
151 O'CONNOR ST.
OTTAWA, ON K1A 1K3
CANADA

Claim Number: 11178
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $37,080.18 | Scheduled: | $37,038.85 |
|---|---|---|---|---|

EXPORT DEVELOPMENT CANADA
ATTN: JO-ANN KEECH-BARKER
151 O'CONNOR
OTTAWA, ON K1A 1K3
CANADA

Claim Number: 13127
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $44,289.63 | Scheduled: | $59,980.75 |
|---|---|---|---|---|

FAICHUK, JOHN
538 3RD ST NW
MEDICINE HAT, AB T1A 6L5
CANADA

Claim Number: 12715
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| PRIORITY | Claimed: | $7,621.45 | | |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: S.D. COMBUSTION SPECIALIST (
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 1873
Claim Date: 03/30/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $1,023.56 |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: IMPRIMERIE PONIAC LTEE<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 5321<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $2,943.51 |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: BONETTI CANADA INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 5603<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $4,818.05 | Scheduled: | $4,818.05 |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PRO-DIRECT INDUSTRIEL<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8214<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $3,329.23 |
|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: HOWARD MARTEN COMPANY LIMITE<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8558-02<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $637.75 | Scheduled: | $1,316.69 |
|---|---|---|---|---|

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: AGENCE PETROLIERE<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 8633<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $2,027.91 | Scheduled: | $2,101.89 |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: PORTES DE GARAGE DOMAC INC.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8795
Claim Date: 07/29/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,768.65 | Scheduled: | $2,039.63 |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MTS ALLSTREAM
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8818
Claim Date: 07/30/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $12,264.80 |
|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: CLARKE ROAD TRANSPORT
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8897
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $4,614.85 |
|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: C.C. AIR INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8915
Claim Date: 08/05/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,333.65 |
|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ESSIAMBRE, LISE
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8990
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| PRIORITY | Claimed: | $2,947.33 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $2,305.38 |

---

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ESSIAMBRE, LISE D.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8991
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: POSSIBLE DUPLICATE OF 8990
THIS CLAIM IS PAID

| PRIORITY | Claimed: | $2,947.33 | | |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ATLANTIC EQUIPMENT
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8992
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,529.64   UNLIQ | Scheduled: | $1,744.26 |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: CFER OUTAOUAIS
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 11234
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,679.57 | Scheduled: | $1,543.94 |
|---|---|---|---|---|

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: ADAM'S PEST CONTROL, INC.
ANSONIA STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 12333
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $5,881.17 | | |
|---|---|---|---|---|
| TOTAL | Claimed: | $1,554.62 | | |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MCLEISH CONTAINERS
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 6383
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CORPORATION
Comments: EXPUNGED
DOCKET: 7555 (05/10/2010)

| UNSECURED | Claimed: | $1,869.33 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| FAIRLEY, DAN O SR., & BETTY J.<br>6156 SALEM ROAD<br>MC LAIN, MS 39456 | | Claim Number: 9035<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $41,500.00 |

| | | |
|---|---|---|
| FAYETTE COUNTY TREASURER<br>SUSAN DUNN<br>133 S. MAIN STREET<br>WASHINGTON COURT HOUSE, OH 43160 | | Claim Number: 8726<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) |

| | | |
|---|---|---|
| SECURED | Claimed: | $48,715.34 |

| | | |
|---|---|---|
| FERGUSON ENTERPRISES, INC.<br>ATTN: SHAUN PAPPERMAN<br>12490 JEFFERSON AVE.<br>NEWPORT NEWS, VA 23602 | | Claim Number: 12526<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $49,351.00 |
| UNSECURED | Claimed: | $471,889.14 |
| TOTAL | Claimed: | $471,889.14 |

| | | |
|---|---|---|
| FERGUSON ENTERPRISES, INC.<br>ATTN: SHAUN PAPPERMAN<br>12490 JEFFERSON AVENUE<br>NEWPORT NEWS, VA 23602 | | Claim Number: 13253<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $74,480.62 |

| | | |
|---|---|---|
| FERGUSON ENTERPRISES, INC.<br>ATTN: SHAUN PAPPERMAN<br>12490 JEFFERSON AVENUE<br>NEWPORT NEWS, VA 23602 | | Claim Number: 13255<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $49,351.00 |
| UNSECURED | Claimed: | $471,889.14 |
| TOTAL | Claimed: | $471,889.14 |

FERGUSON ENTERPRISES, INC.
ATTN: SHAUN PAPPERMAN
12490 JEFFERSON AVENUE
NEWPORT NEWS, VA 23602

Claim Number: 13257
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $115,872.87 | | |
| UNSECURED | Claimed: | $383,349.46 | | |
| TOTAL | Claimed: | $383,349.46 | | |

FIDELE TREMBLAY INC.
71 DES ERABLES
SAINTE-LUCE, QC G0K 1P0
CANADA

Claim Number: 8239
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,706.68 | Scheduled: | $12,307.11 |

FIDELITY INVESTMENTS CANADA ULC
483 BAY STREET NORTH TOWER
SUITE 300
ATTN: STACEY LONG, LEGAL COUNSEL
TORONTO, ON M5G 2N7
CANADA

Claim Number: 13051
Claim Date: 08/29/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,622.57 | Scheduled: | $5,613.37 |

FIDELITY INVESTMENTS CANADA ULC
483 BAY STREET NORTH TOWER
SUITE 300
ATTN: STACEY LONG, LEGAL COUNSEL
TORONTO, ON M5G 2N7
CANADA

Claim Number: 13052
Claim Date: 08/29/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $10,622.57 | | |

FIDUCIE DESJARDINS INC.
1, COMPLEXE DESJARDINS
C.P. 34, SUCCURSALE DESJARDINS
ATTN: MICHEL DREFONTAINE
MONTREAL, QC H5B 1E4
CANADA

Claim Number: 12924
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $56,470.21 | Scheduled: | $761.40 |

---

FILION, CHRISTIAN
12 RUE BOURGEOYS
LA TUQUE, PQ G9X 4H8
CANADA

Claim Number: 8993
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $20,399.64 |
|---|---|---|

---

FILTRAMAX INC.
ATTN: ANDY MYSZAKOWSKI
5789 COOPERS AVENUE
MISSISSAUGA, ON L4Z 3S6
CANADA

Claim Number: 8563-01
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,083.91 | Scheduled: | $2,157.13 |
|---|---|---|---|---|

---

FILTRAMAX INC.
ATTN: ANDY MYSZAKOWSKI
5789 COOPERS AVENUE
MISSISSAUGA, ON L4Z 3S6
CANADA

Claim Number: 8563-02
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 2032 (09/24/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $629.48 | | | Allowed: | $629.48 |
|---|---|---|---|---|---|---|

---

FISHER SCIENTIFIC
PO BOX 9200 TERMINAL
ATTN: ROSE PIGEON
OTTAWA, ON K1G 4A9
CANADA

Claim Number: 12320
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,456.84 | Scheduled: | $7,678.79 |
|---|---|---|---|---|

---

FLSMIDTH MINERALS LTD
174 WEST STREET SOUTH
ATTN: LISA LAW, CONTROLLER
ORILLIA, ON L3V 6L4
CANADA

Claim Number: 12865-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $111,788.82 |
|---|---|---|

---

| | | | | | |
|---|---|---|---|---|---|
| FOUCHER ELECTRIQUE INC<br>ALAIN FOUCHER<br>293 DE NORMANDIE MONTREAL<br>MONTREAL, QC H1B 3C6<br>CANADA | | Claim Number: 8732<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,288.86 | | | |
| FOUCHER ELECTRIQUE INC<br>293 DE NORMANDIE<br>POINTE AUX TREMBLES, QC H1B 3C6<br>CANADA | | Claim Number: 12430<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $5,236.01 | |
| FPINNOVATIONS<br>SIMON-LUC DALLAIRE<br>BORDEN LADNER GERBAIS S.R.L.,S.E.N.C.R.L<br>1000, RUE DE LA GAUCHETIERE OUEST # 900<br>MONTREAL, QC H3B 5H4<br>CANADA | | Claim Number: 8945<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $17,174.26 | Scheduled: | $14,020.01 | |
| FRANKLIN EMPIRE INC<br>8421 CHEMIN DARNLEY<br>ATTN: D. CIARALLO - DIRECTEUR DU CREDIT<br>VILLE MONT ROYAL, QC H4T 2B2<br>CANADA | | Claim Number: 8677-01<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $94.43 | Scheduled: | $93.32 | |
| FRY'S ELECTRONICS, INC.<br>ATTN: LEGAL DEPARTMENT<br>600 E. BROKAW ROAD<br>SAN JOSE, CA 95112 | | Claim Number: 11884<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | |
| UNSECURED | Claimed: | $5,477.10 | | | |

FUGITT, LENORA V.
11523 HARLAN DRIVE
JACKSONVILLE, FL 32218-4051

Claim Number: 13458
Claim Date: 09/09/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $85,000.00 | | | | | |

G&K SERVICES, CANADA INC.
ATTN: GEORGE GUTHRIE
6299 AIRPORT ROAD, SUITE 101
MISSISSAUGA, ON L4V 1N3
CANADA

Claim Number: 12762
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $599.52 | Scheduled: | $1,695.80 | Allowed: | $599.52 |

G.A. WEST & CO., INC.
P.O. BOX 441
SARALAND, AL 36571

Claim Number: 8608-01
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 7189 (04/22/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $126.72 | | | | | |

G.A. WEST & CO., INC.
P.O. BOX 441
SARALAND, AL 36571

Claim Number: 8608-02
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $98,640.14 | | | | | |

G.E. SECURITY CANADA
625 6TH ST. E.
OWEN SOUND, ON N4K 5P8
CANADA

Claim Number: 8286
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $3,675.59 | | | | | |

| | | |
|---|---|---|
| GAMBLE PARTS DART, INC.<br>PO BOX 280<br>MT. OLIVE RD<br>ATTN: LINDA MILLS<br>MOUNT OLIVE, AL 35117 | | Claim Number: 12348<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $997.50 |
| GANDY, ORLANDO<br>276 REN ROAD<br>CASTLEBERRY, AL 36432 | | Claim Number: 9495<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
| UNSECURED | Claimed: | $7,700.00 |
| GANDY, ORLANDO<br>276 REN ROAD<br>CASTLEBERRY, AL 36432 | | Claim Number: 12515<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5732 (03/10/2010) |
| UNSECURED | Claimed: | $7,700.00 |
| GATEWAY WAREHOUSE OF GEORGIA INC<br>10009 OFFICE CENTER AVE SUITE 200<br>SAINT LOUIS, MO 63128 | | Claim Number: 8600<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $2,473.50 |
| GAUTHIER & FRERE LA TUQUE INC.<br>RICHARD GAUTHIER<br>1080 DES MELEZES<br>P.O. BOX 842<br>LA TUQUE, QC G9X 3P6<br>CANADA | | Claim Number: 8935<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $18,526.92 |

---

GAUTHIER & FRERE(LA TUQUE) INC
1080 DES MELEZES
P.O.BOX 842
LA TUQUE, QC G9X 3P6
CANADA

Claim Number: 12483
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

---

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $18,809.41 |
|---|---|---|---|---|

GAUTHIER, CLAUDE
1700, 11E AVENUE
GRAND-M+RE, QC G9T 5Y1
CANADA

Claim Number: 99012
Claim Date: 06/30/2010
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

---

| UNSECURED | Claimed: | $12,606.61 | | Allowed: | $12,606.61 |
|---|---|---|---|---|---|

GAZ METRO INC.
1717 RUE DE HAVRE
MONTREAL, QC H2K 2X3
CANADA

Claim Number: 12583
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

---

| UNSECURED | Claimed: | $176,880.85 | Scheduled: | $174,793.96 |
|---|---|---|---|---|

GDX BUREAUTIQUE INC
3030 COTE RICHELIEU
TROIS RIVIERES-OUEST, QC G8Z 3Z1
CANADA

Claim Number: 12416
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

---

| UNSECURED | Claimed: | $2,238.24 | Scheduled: | $2,311.38 |
|---|---|---|---|---|

GDX BUREAUTIQUE INC.
3030 COTE RICHELIEU
ATTN: DINA GUARRASI
TROIS RIVIERES, QC G8Z 3Z1
CANADA

Claim Number: 8657
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: POSSIBLE DUPLICATE OF 12416
THIS CLAIM IS PAID

---

| UNSECURED | Claimed: | $2,238.24 |
|---|---|---|

---

GENERAL ELECTRIC CANADA
C/O GLENN M. REISMAN, ESQ.
2 CORPORATE DRIVE, SUITE 234
SHELTON, CT 06484

Claim Number: 9447
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $2,474.66 | | | Allowed: | $2,474.66 |
|---|---|---|---|---|---|---|

GENERAL ELECTRIC CANADA
C/O LAW OFFICES OF GLENN M. REISMAN
2 CORPORATE DRIVE, SUITE 234
SHELTON, CT 06484

Claim Number: 10042
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8535 (09/14/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $3,514.18 |
|---|---|---|

GENERAL ELECTRIC CANADA INTERNATIONAL
INC. - C/O GLENN M. REISMAN
2 CORPORATE DRIVE, SUITE 234
SHELTON, CT 06484

Claim Number: 9374
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $30,752.79 | Scheduled: | $25,531.74 |
|---|---|---|---|---|

GENERAL MONITORS
26776 SIMPATICA CIRCLE
LAKE FOREST, CA 92630

Claim Number: 3416
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,290.05 | Scheduled: | $1,935.82 |
|---|---|---|---|---|

GENIVAR
5355 BOUL. DES GRADINS
QUEBEC, QC G2J 1C8
CANADA

Claim Number: 12860
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $28,680.44 | Scheduled: | $28,487.71 |
|---|---|---|---|---|

GENIVAR
ATTN: MANON MAGUIRE
5355 BOUL. DES GRADINS
QUEBEC, QC G2J 1C8
CANADA

Claim Number: 12864
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $28,680.44 | | |

GENTRE VISUEL HATUQUE ENR.
JOSEE DANIEL O.D.
290 RUE ST-JOSEPH
HAUTUQUE, QC G9X 3Z8
CANADA

Claim Number: 8946
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $7,829.03 | Scheduled: | $8,208.76 |

GERARD CRETE & FILS INC
380 ROUTE 159
ST SEVERIN PROUXVIL, QC G0X 2B0
CANADA

Claim Number: 13661
Claim Date: 11/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

GERARD CRETE ET FILS
C/O KRUGER INC.
ATTN: PAUL A. PEPPER
3285 CHEMIN BEDFORD
MONTREAL, QC H3S 1G5
CANADA

Claim Number: 13660
Claim Date: 11/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $45,233.52 |

GERRITY CORRUGATED PAPER PRODUCTS LTD
ATTN: TAMMI CHALK
75 DONEY CRESCENT
CONCORD, ON L4K 1P6
CANADA

Claim Number: 12796-01
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $30,316.10 |

| | | | | | |
|---|---|---|---|---|---|
| GERRITY CORRUGATED PAPER PRODUCTS LTD<br>ATTN: TAMMI CHALK<br>75 DONEY CRESCENT<br>CONCORD, ON L4K 1P6<br>CANADA | | Claim Number: 12796-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 2813 (11/18/2009)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $15,935.62 | | Allowed: | $15,935.62 |
| GERRITY CORRUGATED PAPER PRODUCTS LTD<br>ATTN: TAMMI CHALK<br>75 DONEY CRESCENT<br>CONCORD, ON L4K 1P6<br>CANADA | | Claim Number: 12797-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $32,476.10 | | | |
| GERRITY CORRUGATED PAPER PRODUCTS LTD<br>ATTN: TAMMI CHALK<br>75 DONEY CRESCENT<br>CONCORD, ON L4K 1P6<br>CANADA | | Claim Number: 12797-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $40,342.82 | | | |
| GERVAIS, ANNE<br>ATTN: ANNE GERVAIS<br>129 RUE DES MANOIRS<br>GATINEAU, QC J9J 2N2<br>CANADA | | Claim Number: 8462<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $4,100.95 | Scheduled: | $4,052.66 | |
| GESTION DIOVAL INC.<br>ATTN: PIERRE DIONNE<br>2233 DES ELODEES<br>TERRE BONNE, QC J6X 4T9<br>CANADA | | Claim Number: 8546<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,759.27 | Scheduled: | $2,732.75 | |

GFG-CAMINT INC
1173 BOUL CHAREST OUEST BUREAU 300-7
QUEBEC, QC G1N 2C9
CANADA

Claim Number: 12862
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $30,196.39 | Scheduled: | $29,840.77 UNLIQ | |

GFG-CAMINT INC.
ATTN: FRANCOIS GRIMARD
1173 BOUL. CHAREST OUEST
OFFICE 300-7
QUEBEC, QC G1N 2C9
CANADA

Claim Number: 12861
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: POSSIBLE DUPLICATE OF 12862
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $30,196.39 |

GIRARDI BEARING CO.
HELEN M. GIRARDI
P.O. BOX 2156
SALINAS, CA 93902

Claim Number: 8758
Claim Date: 06/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $16.31 |

GK SERVICES
4590 CANADA WAY
BURNABY, BC V5G 1J6
CANADA

Claim Number: 99014
Claim Date: 06/30/2010
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,859.35 | | Allowed: | $8,859.35 |

GL V CANADA INC
215 BOUL ST MAURICE
TROIS RIVIERES, QC G9A 6M6
CANADA

Claim Number: 11033-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $19,176.00 |

GLENCO PRODUCTS INC.
20-2140 WINSTON PARK DRIVE
OAKVILLE, ON L6H 5V5
CANADA

Claim Number: 2948
Claim Date: 05/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $17,311.80 | Scheduled: | $14,935.01 | | |

GOULDS PUMPS PA, INC
C/O FRANK W. DICASTRI
FOLEY & LARDNER LLP
777 E. WISCONSIN AVENUE
MILWAUKEE, WI 53202

Claim Number: 9866
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7706 (05/21/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,710.71  UNLIQ | | | Allowed: | $2,710.71 |

GOULDS PUMPS, INC.
C/O FRANK W. DICASTRI
FOLEY & LARDNER LLP
777 E. WISCONSIN AVENUE
MILWAUKEE, WI 53202

Claim Number: 9864
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7706 (05/21/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,282.01  UNLIQ | | | Allowed: | $2,282.01 |

GOULDS PUMPS, INC. & ITT FLYGT-PEWAUKEE
FOLEY & LARDNER LLP
FRANK W. DICASTRI
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

Claim Number: 2078-01
Claim Date: 04/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7706 (05/21/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $42,523.58 | | | Allowed: | $42,523.58 |

GOULDS PUMPS, INC. & ITT FLYGT-PEWAUKEE
FOLEY & LARDNER LLP
FRANK W. DICASTRI
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202

Claim Number: 2078-02
Claim Date: 04/08/2009
Debtor: SMURFIT-STONE CONTAINER ENTERPRISES, INC
Comments: ALLOWED
DOCKET: 7706 (05/21/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $454.29 | Scheduled: | $71.81 | Allowed: | $454.29 |

| | | | | |
|---|---|---|---|---|
| GOWEN, BRUCE LOREN<br>ATTN: BRUCE GOWEN<br>2317 STANTON AVE<br>DES MOINES, IA 50321 | | Claim Number: 8434<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| GRADY, MONICA<br>9733 W HAMPTON AVE # 9<br>MILWAUKEE, WI 53225 | | Claim Number: 12808<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
| UNSECURED | Claimed: | $15,000.00 | | |
| GRAPPLE MARKETING INC<br>O/A KWIK KOPY PRINTING<br>ATTN: HAROLD GRODINSKY<br>130 MELFORD DR<br>SCARBOROUGH, ON M1B 2X4<br>CANADA | | Claim Number: 12708<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 2534 (10/30/2009) | | |
| ADMINISTRATIVE | Claimed: | $1,414.93 | Allowed: | $1,414.93 |
| UNSECURED | Claimed: | $1,414.93 | | |
| TOTAL | Claimed: | $1,414.93 | | $0.00 |
| GRAY ELECTRIC SUPPLIES INC.<br>3539 BOUL. THIMENS<br>ST-LAURENT, QC H4R 1V5<br>CANADA | | Claim Number: 8256<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,501.36 | Scheduled: | $8,816.17 |
| GRAZIOTTO, GENE<br>59 WAVERLY DRIVE<br>GUELPH, ON N1E 1G7<br>CANADA | | Claim Number: 8415<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,136.60 | | |

| GREEN BELTING INDUSTRIES LIMITED<br>5690 TIMBERLEA BLVD<br>MISSISSAUGA, ON L4W 4M6<br>CANADA | Claim Number: 8889<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| UNSECURED | Claimed: | $3,864.00 | Scheduled: | $1,552.88 |

| GREEN BELTING INDUSTRIES LIMITED<br>5690 TIMBERLEA BLVD.<br>ATTN: DIANE GWILLIAMS, ACC. RECEIVABLE<br>MISSISSAUGA, ON L4W 4M6<br>CANADA | Claim Number: 12494<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: POSSIBLE DUPLICATE OF 8889<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $3,864.00 |

| GROUPE SAVOIE INC<br>ATTN: GILLES BOUCHER<br>251 ROUTE 180<br>SAINT QUENTIN, NB E8A 2K9<br>CANADA | Claim Number: 12823<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $28,640.80 |

| GROUPE SYSTEME FORET<br>ATTENTION GABY DUBUE<br>255 ROUTE DE PORT #200<br>SAINT NICOLAS, QC G7A 2U1<br>CANADA | Claim Number: 9032<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $291.31 | Scheduled: | $287.88 |

| GROVES, WILLIAM C.<br>PO BOX 325<br>BEECH BOTTOM, WV 26030 | Claim Number: 8735<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNDET |

| | | | | |
|---|---|---|---|---|
| GUAY INC<br>ATTN: PIERRE GINGRAS<br>1160 BOUVIER<br>QUEBEC, QC G2K 1L9<br>CANADA | | Claim Number: 8463<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,800.00 | Scheduled: | $8,838.26 |
| H&R ELECTRIQUE (2006) INC<br>ATTN: PATRICE DUCHESNE<br>1437, BOUL. DUCHARME<br>LA TUQUE, QC G9X 4R7<br>CANADA | | Claim Number: 8997-01<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $94.06 | | |
| H&R ELECTRIQUE (2006) INC<br>ATTN: PATRICE DUCHESNE<br>1437, BOUL. DUCHARME<br>LA TUQUE, QC G9X 4R7<br>CANADA | | Claim Number: 8997-02<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,860.06 | Scheduled: | $7,860.46 |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: BRENNTAG CANADA INC.<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 12437-01<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $91,891.30 | Scheduled: | $113,962.87 |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: BRENNTAG CANADA INC.<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 12437-02<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 2534 (10/30/2009)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $23,429.71 | Allowed: | $23,429.71 |

| | | | | |
|---|---|---|---|---|
| HAMMOND METAL FABRICATORS INC<br>424 SHELTON ROAD<br>WEST COLUMBIA, SC 29170 | | Claim Number: 12372<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $6,912.20 | | |
| HARJU, ERNEST<br>1269 COUNTY ROAD FN<br>CHAMPION, MI 49814 | | Claim Number: 8804<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| SECURED | Claimed: | $3,350.00 | | |
| UNSECURED | Claimed: | $3,350.00 | | |
| TOTAL | Claimed: | $3,350.00 | | |
| HARRY WILLIAMSON PROF. CORP.<br>SUITE 304 - 270 DOUGLAS AVE<br>BATHURST, NB E2A 1T8<br>CANADA | | Claim Number: 12662<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $41,156.71 | Scheduled: | $15,771.68 |
| HEALTH CONSERVATION, INC<br>415 FINANCIAL COURT<br>ROCKFORD, IL 61107 | | Claim Number: 3569-03<br>Claim Date: 06/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $469.76 | Scheduled: | $9,892.83 |
| HEBERT, PAULE<br>1910 RUE ADONCOUR APT 123<br>LONGUEUR, QC J4N IT3<br>CANADA | | Claim Number: 9016<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |

---

| HELICOPTERES PANORAMA LTEE<br>360 CHEMIN DE L'AEROPORT<br>ALMA<br>QUEBEC, QC G8B 5V2<br>CANADA | Claim Number: 8659<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $17,557.57 | Scheduled: | $17,255.20 |

---

| HEMUS, BETTY JEAN<br>540 - 48 AVE. S.W.<br>ATTN: BETTY HEMUS<br>CALGARY, AB T2S 1E5<br>CANADA | Claim Number: 8658<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|

| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| HENSLEY, BRIAN K.<br>2070 BEECHMONT<br>FT WAYNE, IN 46825 | Claim Number: 11245<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| PRIORITY | Claimed: | $0.00   UNDET |

---

| HERCULES CANADA, INC<br>C/O REGINALD W. JACKSON, ESQ.<br>VORYS SATER SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 | Claim Number: 8972-01<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID |
|---|---|

| ADMINISTRATIVE | Claimed: | $535,098.96 |
| UNSECURED | | | Scheduled: | $715,039.24  UNLIQ |

---

| HERCULES CANADA, INC<br>C/O REGINALD W. JACKSON, ESQ.<br>VORYS SATER SEYMOUR AND PEASE LLP<br>52 EAST GAY STREET<br>COLUMBUS, OH 43215 | Claim Number: 8972-02<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $196,805.84 |

| | | | | |
|---|---|---|---|---|
| HEWITT EQUIPEMENT LTEE<br>5001 ROUTE TRANSCANADIENNE<br>ATTN: JEAN CLAUDE JOLY<br>POINTE-CLAIRE, QC H9R 1B8<br>CANADA | | Claim Number: 8660<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $34,485.24 | Scheduled: | $29,617.08 |
| HEWLETT PACKARD CANADA CO.<br>KEN HIGMAN ATTN LEGAL DEPT<br>5150 SPECTRUM WAY H - 72<br>MISSISSAUGA, ON L4W 5G1<br>CANADA | | Claim Number: 8925<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $12,598.73 | | |
| HILL, BROCK DOUGLAS<br>ATTN: JOYCE DEPEW<br>18 SHECO COURT<br>COURTICE, ON L1E 2X2<br>CANADA | | Claim Number: 9013<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| HILL, ROBERT K.<br>30 MACEY LANE<br>TOWNSEND, DE 19734 | | Claim Number: 13445<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| HORIZON LUBRICANTS<br>PO BOX 97385<br>DALLAS, TX 75397 | | Claim Number: 5837<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,531.96 | Scheduled: | $4,531.96 |

| | | | | |
|---|---|---|---|---|
| HOWDEN BUFFALO INC.<br>ATTN: MORRIS FAILA, CREDIT ANALYST<br>2029 WEST DEKALB STREET<br>CAMDEN, SC 29020 | | Claim Number: 2508<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $7,622.62 |
| HOWLE, ANDREW JACKSON<br>773 AIRPORT STREET<br>MOBILE, AL 36604 | | Claim Number: 8824<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| HUNTER STEEL SALES<br>ATTN: PAUL MACKINNON<br>107 ARROW ROAD<br>GUELPH, ON N1I 1S8<br>CANADA | | Claim Number: 8454<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $4,375.39 | | |
| HURRICANE PUMP DISTRIBUTION INC<br>ATTN: ANTONETTE PERTA<br>134 ROMINA DRIVE, UNIT 2<br>CONCORD, ON L4K 4Z7<br>CANADA | | Claim Number: 8557<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,261.41 | Scheduled: | $4,416.85 |
| HYDRALOGIE INC<br>ATTN: MANON BOULANGER<br>4005 RUE LAVOISIER<br>BOISBRIAND, QC J7H 1N1<br>CANADA | | Claim Number: 12863<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,751.53 | Scheduled: | $7,913.11 |

| | | | | | | |
|---|---|---|---|---|---|---|
| HYDRAULIC SERVICE CO INC<br>ATTN: JOHN M. SHORT<br>3215 VICTORY BLVD<br>PORTSMOUTH, VA 23702-1831 | | Claim Number: 8385<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | | |
| UNSECURED | Claimed: | $1,103.00 | | | | |
| HYDRO-QUEBEC<br>140 CREMAGCE QUEST 1 ETAGE<br>MONTREAL, QC H4N 2Z7<br>CANADA | | Claim Number: 12716<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | | | |
| UNSECURED | Claimed: | $1,383,157.81 | Scheduled: | $1,237,045.65  UNLIQ | Allowed: | $1,383,157.81 |
| ICHIKAWA NORTH AMERICAN CORP<br>11097 HOUZE ROAD STE 200<br>ROSWELL, GA 30076 | | Claim Number: 11165<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | |
| UNSECURED | Claimed: | $140,373.61 | Scheduled: | $140,373.61 | | |
| ICHIKAWA NORTH AMERICAN CORP<br>11097 HOUZE ROAD STE 200<br>ATTN: YOSHIAKI MATSUBARA<br>ROSWELL, GA 30076 | | Claim Number: 12923-01<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | | |
| UNSECURED | Claimed: | $140,373.61 | | | | |
| ICHIKAWA NORTH AMERICAN CORP<br>11097 HOUZE ROAD STE 200<br>ATTN: YOSHIAKI MATSUBARA<br>ROSWELL, GA 30076 | | Claim Number: 12923-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $140,373.61 | | | Allowed: | $140,373.61 |

| | | | | |
|---|---|---|---|---|
| ICHIKAWA NORTH AMERICAN CORP.<br>11097 HOUZE ROAD<br>SUITE 200<br>ROSWELL, GA 30076 | | Claim Number: 13251<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $140,373.61 | | |
| IFS INDUSTRIES INC.<br>ATTN: SANDRA KRAMER<br>P.O. BOX 1053<br>READING, PA 19603 | | Claim Number: 8404<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| ADMINISTRATIVE | Claimed: | $55,666.73 | | |
| PRIORITY | Claimed: | $55,666.73 | | |
| TOTAL | Claimed: | $55,666.73 | | |
| IMAGING AND SENSING TECHNOLOGY CORP.<br>(CORPORATE BILLING FOR IST-QUADTEK INC)<br>200 IST CENTER<br>HORSEHEADS, NY 14845 | | Claim Number: 2745<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,155.44 | Scheduled: | $8,155.44 |
| IMPRIMERIE COMMERCIALE LA TUQUE INC<br>568 COMMERCIALE<br>ATTN: PHILIP VALOIS / CAROLINE NADEAU<br>LA TUQUE, QC G9X 3A9<br>CANADA | | Claim Number: 8661<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,489.54 | Scheduled: | $8,945.57 |
| INDEPENDENT PAPER WORKERS OF CANADA<br>UNION ON BEHALF OF JOSEPH PARENT<br>C/O KOSKIE MINSKY LLP<br>20 QUEEN ST. W., SUITE 900, BOX 52<br>TORONTO, ON M5H 3R3<br>CANADA | | Claim Number: 13000<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| PRIORITY | Claimed: | $1,638.60 | | |
| UNSECURED | Claimed: | $91,646.24 | | |

| | | | |
|---|---|---|---|
| INDEPENDENT PAPER WORKERS OF CANADA UNION ON BEHALF OF JAYSON HEWSON C/O KOSKIE MINSKY LLP 20 QUEEN ST. W., SUITE 900, BOX 52 TORONTO, ON M5H 3R3 CANADA | | Claim Number: 13001 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. | |
| PRIORITY | Claimed: | $1,638.60 | |
| UNSECURED | Claimed: | $80,910.14 | |
| INDEPENDENT PAPER WORKERS OF CANADA UNION ON BEHALF OF DAVID WHITTLE C/O KOSKIE MINSKY LLP 20 QUEEN ST. W., SUITE 900, BOX 52 TORONTO, ON M5H 3R3 CANADA | | Claim Number: 13002 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. | |
| PRIORITY | Claimed: | $1,638.60 | |
| UNSECURED | Claimed: | $25,029.62 | |
| INDEPENDENT PAPER WORKERS OF CANADA UNION ON BEHALF OF PAULINE SMITH C/O KOSKIE MINSKY LLP 20 QUEEN ST. W., SUITE 900, BOX 52 TORONTO, ON M5H 3R3 CANADA | | Claim Number: 13003 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. Comments: THIS CLAIM IS PAID | |
| PRIORITY | Claimed: | $1,638.60 | |
| UNSECURED | Claimed: | $39,326.40 | |
| INDEPENDENT PAPER WORKERS OF CANADA UNION C/O KOSKIE MINSKY LLP 20 QUEEN ST. W., SUITE 900, BOX 52 TORONTO, ON M5H 3R3 CANADA | | Claim Number: 13004 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. | |
| PRIORITY | Claimed: | $0.00 | UNDET |
| SECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |
| INDEPENDENT PAPER WORKERS OF CANADA UNION C/O KOSKIE MINSKY LLP 20 QUEEN ST. W., SUITE 900, BOX 52 TORONTO, ON M5H 3R3 CANADA | | Claim Number: 13005 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. Comments: WITHDRAWN DOCKET: 8913 (01/31/2011) | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNDET |
| PRIORITY | Claimed: | $0.00 | UNDET |
| SECURED | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |

| INDEPENDENT PAPERWORKERS OF CANADA UNION | Claim Number: 12999 | | |
|---|---|---|---|
| ON BEHALF OF JUAN PAREDES | Claim Date: 08/28/2009 | | |
| C/O KOSKIE MINSKY LLP. | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| 20 QUEEN ST. W, SUITE 900, BOX 52 | | | |
| TORONTO, ON M5H 3R3 | | | |
| CANADA | | | |
| PRIORITY | Claimed: | $1,638.60 | |
| UNSECURED | Claimed: | $77,910.84 | |

| INDUSTRIAL SAFETY EQUIPMENT CO LTD | Claim Number: 13436 | | |
|---|---|---|---|
| 415 THOMPSON DRIVE | Claim Date: 08/24/2009 | | |
| CAMBRIDGE, ON N1T 2K7 | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| CANADA | Comments: | | |
| | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $17,069.69 | Scheduled: | $474.26 |

| INDUSTRIE L.D. INC. | Claim Number: 12859 | | |
|---|---|---|---|
| ATTN: NANCY LANGLAIS | Claim Date: 08/26/2009 | | |
| 2370, RUE BAUMAN | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| SAGUENAY, QC G7S 4S4 | Comments: DOCKET: 8758 (11/15/2010) | | |
| CANADA | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,953.55 | Scheduled: | $4,422.48 |

| INDUSTRIES JOHN LEWIS LTEE | Claim Number: 12788 | | |
|---|---|---|---|
| ATTN: M. ERIC BOUCHARD | Claim Date: 08/24/2009 | | |
| 1101 BOULEVARD DUCHARME, CP 336 | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| LA TUQUE, QC G9X 3P3 | Comments: | | |
| CANADA | THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $94,456.01 | Scheduled: | $93,343.68 |

| INGRAM WOODYARDS INC | Claim Number: 8595 | | |
|---|---|---|---|
| PO BOX 828 | Claim Date: 07/20/2009 | | |
| BISCOE, NC 27209 | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| | Comments: EXPUNGED | | |
| | DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $61,048.26 | |

---

INSPECT-CONTROL INC.
ATTN: MARCEL LACROIX, JOE H. BEAUPARLANT
1745 RANG RUISSEAU DES ANGES SUD
ST-ROCH DE L'ACHIGAN, QB J0K 3H0
CANADA

Claim Number: 12820
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: POSSIBLE DUPLICATE OF 12821
THIS CLAIM IS PAID

| | | |
|---|---|---|
| PRIORITY | Claimed: | $6,114.68 |

---

INTECHRA, LLC
P.O BOX 3226
ATTN: BILLY ADDISON
RIDGELAND, MS 39158-3226

Claim Number: 12340
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8120 (06/22/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,126.10 |

---

INTEGRATED PACKAGING COMPANY, INC.
ATTENTION: LOUIS F. POWELL
122 QUENTIN AVE.
NEW BRUNSWICK, NJ 08901

Claim Number: 11981
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $28,904.50 |

---

INVENSYS SYSTEMS CANADA INC
4 LAKE ROAD
DOLALRD-DES-ORMEAUX, QC H9B 3H9
CANADA

Claim Number: 3450-01
Claim Date: 06/19/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $15,456.93 |

---

INVESCO INC.
201 BROSSARD ST.
ATTN: PIERRE CAISSY
DELSON, QC J5B 1W9
CANADA

Claim Number: 12922
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $27,743.54 | Scheduled: | $27,822.29 |

---

| | | | | |
|---|---|---|---|---|
| IPI, LLC<br>1375 PLANE SITE BLVD<br>DE PERE, WI 54115 | | Claim Number: 758<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $39,190.00 | Scheduled: | $45,510.00 |
| ITS CANADA LTD<br>CALEB BRETT DIVISION<br>ATTN: CARLOS LOPEZ<br>2561 GEORGES V AVENUE<br>MONTREAL, QC H1L 6S4<br>CANADA | | Claim Number: 12633<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,773.39 | Scheduled: | $3,100.31 |
| J & L FIBER SERVICES<br>C/O COHANZICK CREDIT OPPORTUNITIES<br>MASTER FUND, ASSIGNEE<br>427 BEDFORD ROAD, SUITE 170<br>PLEASANTVILLE, NY 10570 | | Claim Number: 9322-04<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $48,927.88 | Scheduled: | $76,176.88 |
| J.M. TREMBLAY & FILS INC<br>1095, DU PHARE OUEST<br>MATANE, QC G4W 3M6<br>CANADA | | Claim Number: 8292<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,379.45 | Scheduled: | $1,530.62 |
| J.P. SAVOIE CONSULTANT INC<br>ATTN: JEAN-PAUL SAVOIE, ING<br>1091 RUE DESLILAS<br>LA TUQUE, QC G9X 4M1<br>CANADA | | Claim Number: 8566<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,734.90 | Scheduled: | $4,679.16 |

| | | | | |
|---|---|---|---|---|
| J.P. SAVOIE CONSULTANT INC<br>ATTN: JEAN-PAUL SAVOUE, ING<br>1091 RUE DESLILAS<br>LA TUQUE, QC G9X 4M1<br>CANADA | Claim Number: 8567<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |

| UNSECURED | Claimed: | $4,734.90 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| JACQUES WHITFORD STANTEC LIMITED<br>8170 MONTVIEW ROAD,<br>MONT-ROYAL, QC H4P 2L7<br>CANADA | Claim Number: 1583<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8997 (03/22/2011) | | | |

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $25,504.43 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| JACQUES WHITFORD STANTEC LIMITED<br>100 ALEXIS-NIHON BOULEVARD SUITE 110<br>ATTN: PAUL TESSIER<br>SAINT LAURENT, QB H4M 2N6<br>CANADA | Claim Number: 13050<br>Claim Date: 08/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8909 (01/25/2011)<br>THIS CLAIM IS PAID | | | |

| UNSECURED | Claimed: | $14,040.56 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| JACQUES WHITORD STANTEC LIMITED<br>ATTN: PAUL TESSIER<br>100 BOULEVARD ALEXIS-NIHON BUREAU 100<br>SAINT LAURENT, QC H4M 2N6<br>CANADA | Claim Number: 12819<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |

| UNSECURED | Claimed: | $15,249.70 | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| JAMES ROSS LIMITED<br>4503 ROWSOME RD EAST<br>ELIZABETHTOWN, ON K6T 1A9<br>CANADA | Claim Number: 6906<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |

| UNSECURED | Claimed: | $7,834.05 | | |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| JAMES ROSS LIMITED<br>4503 ROWSOME ROAD EAST<br>ELIZABETHTOWN, ON K6T 1A9<br>CANADA | Claim Number: 8794<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED          Claimed: | $7,834.05 | | |
| JAMES ROSS LIMITED<br>ATTN: DEBORAH BUTZER<br>4503 ROWSOME ROAD EAST<br>ELIZABETHTOWN, ON K6T 1A9<br>CANADA | Claim Number: 12440<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
| UNSECURED          Claimed: | $6,652.56 | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: CAPP INC.<br>C/O LLSM LP, ATTN: CLAUDIA BORG<br>555 FIFTH AVENUE, 18TH FLOOR<br>NEW YORK, NY 10017 | Claim Number: 58-02<br>Claim Date: 02/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) | | |
| UNSECURED          Claimed: | $768.00 | Scheduled: | $648.91 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: KEMIRA CHEMICALS CANADA INC<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 12814<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED          Claimed: | $95,289.54 | Scheduled: | $237,687.01 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: KEMIRA CHEMICALS CANADA INC.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | Claim Number: 12997<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) | | |
| UNSECURED          Claimed: | $19,401.99 | | |

---

| | | | | | | |
|---|---|---|---|---|---|---|
| JMF GRUES & PALANS<br>C/O PETRIE RAYMOND INC., TRUSTEE<br>255 CREMAZIE BLVD. EAST, SUITE 1000<br>MONTREAL, QC H2M 1M2<br>CANADA | | Claim Number: 12817<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | | | |

| UNSECURED | Claimed: | $4,284.87 | Scheduled: | $4,241.40 | Allowed: | $4,284.87 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| JOH CLOUTH GMBH  CO<br>JOHANN CLOUTH STRABE 1 5<br>HUCKESWAGEN, 42499<br>GERMANY | | Claim Number: 13498<br>Claim Date: 09/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $3,420.90 |
|---|---|---|

| | | |
|---|---|---|
| JOH CLOUTH GMBH & CO. KG<br>JOHANN-CLOUTH STR. 1-5<br>HACKESWAGEN, D-42499<br>GERMANY | | Claim Number: 13497<br>Claim Date: 09/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $2,802.74 | Scheduled: | $6,205.76 |
|---|---|---|---|---|

| | | |
|---|---|---|
| JOHN MEUNIER INC<br>4105 SARTELON<br>SAINT LAURENT, QC H4S 2B3<br>CANADA | | Claim Number: 13622<br>Claim Date: 11/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $236.16 |
|---|---|---|

| | | |
|---|---|---|
| JOHNSON, BARBARA MAE<br>25 W. 68TH ST.<br>CINCINNATI, OH 45216 | | Claim Number: 8299<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| JOHNSON, BARBARA MAE<br>25 W. 68TH ST.<br>CINCINNATI, OH 45216 | | Claim Number: 12326<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
|---|---|---|
| UNSECURED | Claimed: | $0.00    UNLIQ |
| JOHNSON, SHIRLEY J.<br>3797 BERKSHIRE STREET<br>EUGENE, OR 97401 | | Claim Number: 8848<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
| UNSECURED | Claimed: | $27,600.00 |
| JOHNSON, SHIRLEY J.<br>3797 BERKSHIRE STREET<br>EUGENE, OR 97401 | | Claim Number: 13145<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
| UNSECURED | Claimed: | $27,600.00 |
| JONES, BOBBY D.<br>PO BOX 773<br>RUSTON, LA 71273 | | Claim Number: 8399<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
| UNSECURED | Claimed: | $0.00    UNDET |
| JORDAN, VALERIE<br>47 SOMERSIDE MANOR S.W.<br>CALGARY, AB T2Y 3GA<br>CANADA | | Claim Number: 12858<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $139,281.00 |

| | | | | |
|---|---|---|---|---|
| JPMORGAN CHASE BANK, N.A.<br>ATTN: ANN C. KURINSKAS,MANAGING DIRECTOR<br>277 PARK AVENUE, FLOOR 08<br>NEW YORK, NY 10172-0003 | | Claim Number: 12921<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | |
| SECURED | Claimed: | $19,410,605.00 | | |
| JR NORMAND INC<br>ATTN: JEAN-PIERRE NORMAND<br>752 CHEMIN OLIVIER<br>ST. NICOLAS, QC G7A 2N2<br>CANADA | | Claim Number: 12451<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $555.87 | Scheduled: | $576.15 |
| KENNARD, CHERYL A.<br>49 VIA AMANTI<br>NEWPORT COAST, CA 92657 | | Claim Number: 10540<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| KERR, WESLEY<br>1495 KEITH AVE.<br>BATHURST, NB E2A 1M2<br>CANADA | | Claim Number: 9046<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| KINECOR LP<br>ATTN: BARRY TREMBLAY<br>2200 52ND AVENUE<br>LACHINE, QC H8T 2Y3<br>CANADA | | Claim Number: 12857<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $13,336.91 | Scheduled: | $4,073.98 |

| | | | |
|---|---|---|---|
| KING, DAVID<br>6 - 3730 DISHER ST. SS1<br>RIDGEWAY, ON L0S 1N0<br>CANADA | | Claim Number: 8473<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $491,580.00 | |
| KLENZOID SPECIALISTE DES EAUX<br>6500 TRANSCANADIENNE    BUREAU 110<br>MONTREAL, QC H4T 1X4<br>CANADA | | Claim Number: 7452<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $7,377.00 | Scheduled: $6,194.41 |
| KNIGHTS PUMPING & PORTABLE SERVICES INC<br>PO BOX 41657<br>BAKERSFIELD, CA 93384 | | Claim Number: 8519<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $592.89 | |
| KOBOLD INSTRUMENT CANADA INC<br>9A DE L'AVIATION<br>POINTE CLAIRE, QC H9R 4Z2<br>CANADA | | Claim Number: 5265<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>The claim amount is 1659.26 Canadian | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: $1,343.43 |
| KOBOLD INSTRUMENTS CANADA INC<br>9A AVIATION AVENUE<br>POINTE-CLAIRE, QC H9R 4Z2<br>CANADA | | Claim Number: 2796<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: POSSIBLE DUPLICATE OF 5265<br>THIS CLAIM IS PAID | |
| SECURED | Claimed: | $0.00  UNLIQ | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10249)

---

KONECRANES CANADA INC
1040 SUTTON DRIVE
BURLINGTON, ON L7L 6B8
CANADA

Claim Number: 8644
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $40,799.37 | Scheduled: | $44,577.62 | Allowed: | $40,799.37 |

---

KRUGER INC SCIERIE PARENT
ATTN: PAUL A. PEPPER
3285 CHEMIN BEDFORD
MONTREAL, QC H35 1G5
CANADA

Claim Number: 13658
Claim Date: 11/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: WITHDRAWN
DOCKET: 8859 (12/21/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,110,359.88 |

---

KRUGER SCIERIE PARENT
380 ROUTE 159
ST-SEVERIN, QC G0X 2B0
CANADA

Claim Number: 13659
Claim Date: 11/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $1,073,654.88  UNLIQ |

---

L.G. RENOVATION INC.
1621 COMTOIS
TROIS RIVIERES, QC G8Z 2E6
CANADA

Claim Number: 13266
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $11,832.63 | Scheduled: | $7,495.21 | Allowed: | $11,832.63 |

---

L.G. RENOVATION INC.
1621 COMTOIS
TROIS RIVIERES, QC G8Z 2E6
CANADA

Claim Number: 13267
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 7432 (05/04/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $7,584.17 |

---

L.G. RENOVATION INC.
ATTN: NICOLE PICHE
1621 COMTOIS
TROIS RIVIERES, QC G8Z 2E6
CANADA

Claim Number: 13268
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: POSSIBLE DUPLICATE OF 13267
DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $7,584.17 | | |
|---|---|---|---|---|

L.G. RENOVATION INC.
ATTN: NICOLE PICHE
1621 COMTOIS
TROIS RIVIERES, QC G8Z 2E6
CANADA

Claim Number: 13269
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $11,832.63 | | |
|---|---|---|---|---|

LA COMPAGNIE COMMONWEALTH PLYWOOD LTEE
ATTN: BRIGITTE PARENT
CP 90
STE THERESE, QB J7E 4H9
CANADA

Claim Number: 12908
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $159,045.00 | Scheduled: | $149,309.83 |
|---|---|---|---|---|

LA COOP FEDEREE, DIV. SONIC
9001 BOUL. DE L'ACADIE BUR. 200
MONTREAL, QC H4N 3H7
CANADA

Claim Number: 13494
Claim Date: 09/02/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $449.87 | Scheduled: | $444.56 |
|---|---|---|---|---|

LA SOCIETE CANADIENNE DEL SEL LIMITEE
755 BOUL ST-JEAN
SUITE 700
POINTE CLAIRE, QC H9R 5M9
CANADA

Claim Number: 13502
Claim Date: 09/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,346.25 | | |
|---|---|---|---|---|

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10249)

| | | | | |
|---|---|---|---|---|
| LA TUQUE ELECTRIQUE INC.<br>355 GOUIN<br>ATTN: FORTIN FRANCOIS<br>LA TUQUE, PQ G9X 1G5<br>CANADA | | Claim Number: 9045<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $813.50 | Scheduled: | $843.17 |
| LABTECH<br>1011 AUTOROUTE 13<br>LAVAL, QC H7W 4V3<br>CANADA | | Claim Number: 13108<br>Claim Date: 09/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $233.88 |
| LAIDLAW CARRIERS VAN  LP<br>DIANNE FINE<br>45 KERR CRESCENT<br>RR # 3<br>GUELPH, ON N1H 6H9<br>CANADA | | Claim Number: 8980<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $302.32 | Scheduled: | $298.76 |
| LANIER FIRE EXTINGUISHER<br>PO BOX 1082<br>2945 WINCHESTER DRIVE<br>ATTN: THOMAS A ROSE<br>CUMMING, GA 30028 | | Claim Number: 12491<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | |
| PRIORITY | Claimed: | $75.00 | | |
| LATELIER ROULE VELA ENR<br>368 ST FRANCOIS<br>LATUQUE, PQ G9X 1S7<br>CANADA | | Claim Number: 13446<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $1,842.41 | | |
| PRIORITY | Claimed: | $1,842.41 | | |
| UNSECURED | | | Scheduled: | $1,909.61 |
| TOTAL | Claimed: | $1,842.41 | | |

| | | | | |
|---|---|---|---|---|
| LE SYNDICATE DES PRODUCTEURS DE BOIS<br>DE LA GASPESIE<br>ATTN: JEAN-PIERRE RIVIERE<br>172 BOULEVARD PERRON EST<br>NEW RICHMOND, QC G0C 2B0<br>CANADA | | Claim Number: 13143<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $718.41 | | |
| LEA ATELIERS LATUQUOIS<br>ATTN: GASTON HAMEL<br>648, JOFFRE<br>LA TUQUE, QC G9X 2N3<br>CANADA | | Claim Number: 12586<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $219.73 | Scheduled: | $217.14 |
| LEE COUNTY TAX COLLECTOR<br>ATTN: LESLIE SCOTT<br>PO BOX 271<br>TUPELO, MS 38802 | | Claim Number: 9006<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: WITHDRAWN<br>DOCKET: 5659 (03/05/2010) | | |
| PRIORITY | Claimed: | $243,143.55 | | |
| LEE COUNTY TAX COLLECTOR<br>ATTN: LESLIE SCOTT<br>PO BOX 271<br>TUPELO, MS 38802 | | Claim Number: 12466<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: WITHDRAWN<br>DOCKET: 5659 (03/05/2010) | | |
| PRIORITY | Claimed: | $243,143.55 | | |
| LEE COUNTY TAX COLLECTOR<br>ATTN: LESLIE SCOTT<br>PO BOX 271<br>TUPELO, MS 38802 | | Claim Number: 13141<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: WITHDRAWN<br>DOCKET: 5659 (03/05/2010) | | |
| PRIORITY | Claimed: | $243,143.55 | | |

---

| | | | | |
|---|---|---|---|---|
| LES AGREGATS DANY MORISSETTE INC.<br>2100 CHEMIN DES PIONNIERS<br>LA TUQUE, QC G9X 3N6<br>CANADA | | Claim Number: 13489<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,062.72 | Scheduled: | $7,268.12 |
| LES AUBAINES GROY INC<br>ATTN: PIERRE THIFFAULT<br>542 ST. ANTOINE<br>LA TOQUE, G9X 2Y4<br>CANADA | | Claim Number: 12653<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,881.13 | Scheduled: | $9,881.13 |
| LES CHANTIERS CHIBOUGAMAU LTE<br>ATTN: CHRISTOPHE AUGLEHART<br>521 CHEMIN MERRILL<br>CP216<br>CHIBOUGAMAU, QC G8P 2K7<br>CANADA | | Claim Number: 12636<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $90,600.56 | Scheduled: | $115,560.79 |
| LES CONTROLES PROVAN ASSOCIES INC<br>2315 RUE HALPERN<br>ST-LAURENT, QC H4S 1S3<br>CANADA | | Claim Number: 6585<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $43,076.06 |
| LES CONTROLES PROVAN ASSOCIES INC<br>2315 RUE HALPERN<br>ST- LAUREN, QS H4S 1S3<br>CANADA | | Claim Number: 8721<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $7,068.65 |

| | | | | |
|---|---|---|---|---|
| LES ENTERPRISES PAUL DUFFEY INC<br>181 WRIGHT EST<br>CHATEAUGAY, QC J6J L37<br>CANADA | | Claim Number: 2713<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,354.27 | Scheduled: | $6,073.58 |
| LES EQUIPEMENTS INDUSTRIELS ROFLEX INC<br>ROLLAND LELIEVRE<br>6800 ROULE 132<br>VILLE STE CATHERINE, BC J5C 1B6<br>CANADA | | Claim Number: 8939<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,766.92 | | |
| LES EQUIPMENTS MARSHALL LTEE<br>ATTN: BEVERLY ROBB<br>10161 COTE DE LIESSE<br>DORVAL, QC H9P 1A3<br>CANADA | | Claim Number: 12815<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $799.01 | Scheduled: | $828.16 |
| LES FORESTIERS REBEC INC.<br>ATTN: M. ERIC BOUCHARD<br>1053 BOULEVARD DUCHARME<br>LA TUQUE, QC G9X 3C3<br>CANADA | | Claim Number: 12767<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $225,917.79 | | |
| LES FORESTIERS REBEC INC.<br>ATTN: M. ERIC BOUCHARD<br>1053 BOULEVARD DUCHARME<br>LA TUQUE, QC G9X 3C3<br>CANADA | | Claim Number: 12768<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $462,912.26 | | |

| | | | | | |
|---|---|---|---|---|---|
| LES INSTALLATIONS SOUDINS (1990) INC<br>ATTN: DANNY LACROIX<br>62 CH. LAROCHELLE<br>WINDSOR, QC J1S 2L5<br>CANADA | | Claim Number: 12663<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,548.71 | Scheduled: | $5,483.37 | |
| LES INSTRUMENTS LABTECH INC<br>1011 AUTOROUTE 13<br>LAVAL, QC H7W 4V3<br>CANADA | | Claim Number: 13106<br>Claim Date: 09/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $2,870.77 | |
| LES MESSAGERIES GNB INC.<br>ATTN: JOCELYNE LAGACE<br>354, ST-ZEPHIRIN<br>LA TUQUE, QC G9X 1X4<br>CANADA | | Claim Number: 12595<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $540.53 | | | |
| LES PLACEMENTS JONADAGI<br>ATTN: GINETTE RAYMOND<br>1600 TRANSCANADIENNE, SUITE 202<br>DORVAL, QC H9P 1H7<br>CANADA | | Claim Number: 12698<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $14,428.08 | | | |
| LES PUBLICATIONS DU QUBEC<br>1000 ROUTE DE L EGLISE BUREAU500<br>QUEBEC, QC G1V 3V9<br>CANADA | | Claim Number: 13836<br>Claim Date: 02/18/2010<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $74.85 | Scheduled: | $400.29 | |

| | | | | | |
|---|---|---|---|---|---|
| LES STRUCTURES D'ACIER MARTHY INC.<br>ATTN: GUYLAINE FISET<br>105 RADNOR<br>TROIS-RIVIERES, QC G8T 2E6<br>CANADA | | Claim Number: 13146<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $39,635.37 | Scheduled: | $44,865.94 | |
| LINDE<br>SOPHIE LESIEUR<br>5555 BOUL. DES GRANDES-PRAIRIES<br>MONTREAL, QB H1R 1B4<br>CANADA | | Claim Number: 13703<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,898.60 | Scheduled: | $4,877.09 | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: GMF FLEXO PREPRESS INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 12579<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $67,074.80 | | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KADANT BLACK CLAWSON INC<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 12809-01<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8909 (01/25/2011)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $9,176.31 | Scheduled: | $9,176.31 | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KADANT CANADA CORP.<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 12920<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| PRIORITY | Claimed: | $8,688.90 | | | |
| UNSECURED | Claimed: | $33,128.66 | Scheduled: | $42,407.78 | |

---

LOAN FUNDING V, LLC
ATTENTION TERENCE DUNN
C/O PRUDENTIAL INVESTMENT MANAGEMENT INC
P.O. BOX 32339, 2 GATEWAY CTR.
NEWARK, NJ 07102

Claim Number: 11301
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $4,828,277.80 | | |

LORENTZEN & WETTRE CANADA INC.
ATTN: DANNY O'DONOGHUE
4709 LOUIS-B-MAYER
LAVAL, QC H7P-6G5
CANADA

Claim Number: 12425
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,147.04 | Scheduled: | $6,162.66 |

LUMBER RIVER TIMBER CO INC
PO BOX 2358
LUMBERTON, NC 28359

Claim Number: 13528
Claim Date: 10/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $45,668.18 |
| UNSECURED | Claimed: | $45,688.18 |
| TOTAL | Claimed: | $45,688.18 |

LUMEN DIV. DE SONEPAR CDA INC.
ATTN: LYETTE CHARTRAND
117, BOUL. HYMUS
POINTE-CLAIRE, QC H9R 1E5
CANADA

Claim Number: 13492
Claim Date: 09/02/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $205,076.46 | Scheduled: | $218,178.89 |

LUZENAC AMERICA, INC
C/O THOMAS C. BELL, ESQ.
DAVIS GRAHAM & STUBBS LLP
1550 SEVENTEENTH STREET, SUITE 500
DENVER, CO 80202

Claim Number: 11660
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8535 (09/14/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $149,030.53 | Scheduled: | $160,582.29 |

| | | | | |
|---|---|---|---|---|
| M. LEMIEUX (LA TUQUE) INC.<br>ATTENTION SYLVIE LANGLAIS<br>1330 BOUL. DUCHARME<br>LA TUQUE, QC G9X 3C4<br>CANADA | | Claim Number: 9014<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |

| UNSECURED | Claimed: | $9,489.44 | Scheduled: | $6,983.96 |
|---|---|---|---|---|

| | | |
|---|---|---|
| MACCALLUM, DAVID CARSON<br>15-32925 MACLURE ROAD<br>ABBOTSFORD, BC V2S 7V8<br>CANADA | | Claim Number: 12670<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| MACDERMID PRINTING SOLUTIONS, LLC<br>ATTN: JOHN CORDANI<br>245 FREIGHT STREET<br>WATERBURY, CT 06702 | | Claim Number: 8215<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |

| UNSECURED | Claimed: | $129,887.37 |
|---|---|---|

| | | |
|---|---|---|
| MACDERMID PRINTING SOLUTIONS, LLC<br>ATTN: JOHN CORDANI<br>245 FREIGHT STREET<br>WATERBURY, CT 06702 | | Claim Number: 8221<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) |

| UNSECURED | Claimed: | $129,887.37 |
|---|---|---|

| | | |
|---|---|---|
| MACHINE TOOL REBUILDERS INC.<br>ATTN: MARK COLEMAN<br>2042 LEONARD AVENUE<br>COLUMBUS, OH 43219 | | Claim Number: 8526<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $6,046.25 |
|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| MAHEU & MAHEU INC.<br>ATTN:PATRICK TURMEL<br>710, BOUVIER, SUITE 195<br>QUEBEC, QC G2J 1C2<br>CANADA | | Claim Number: 8562<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,520.21 | Scheduled: | $2,844.33 | | |
| MANITOBA HYDRO<br>MANITOBA HYDRO PLACE<br>PO BOX B15 STN MAIN<br>CREDIT & RECOVERY SVCS/ ARLIE PELLETIER<br>WINNIPEG, MB R3C 2P4<br>CANADA | | Claim Number: 8791<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $36,340.99 | | | | |
| MAPLE LEAF<br>95 ST. CLAIR STREET W.<br>TORONTO, ON M4V 1P6<br>CANADA | | Claim Number: 99015<br>Claim Date: 06/30/2010<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | | | |
| UNSECURED | Claimed: | $491.23 | | | Allowed: | $491.23 |
| MARC COSSETTE INC<br>1450 5E AVENUE<br>SHAWINIGAN-SUD, QC G9P 4E8<br>CANADA | | Claim Number: 7431<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>Claim out of balance | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $4,313.33 | | |
| MARKETWIRE<br>48 YONGE STREET<br>TORONTO, ON M5E 1G6<br>CANADA | | Claim Number: 8797<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | | |
| UNSECURED | Claimed: | $264.25 | Scheduled: | $224.39 | | |

| | | |
|---|---|---|
| MARKETWIRE L.P.<br>48 YONGE STREET<br>8TH FLOOR<br>ATTN: MUSTAAZ RAHMAN<br>TORONTO, ON M5E 1G6<br>CANADA | | Claim Number: 8796<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $216.50 |

| | | |
|---|---|---|
| MARLIN COMPANY, THE<br>10 RESEARCH PARKWAY<br>ATTN: LAURA MIDDLEBROOK<br>WALLINGFORD, CT 06492 | | Claim Number: 8775<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $949.53 |

| | | |
|---|---|---|
| MARLIN COMPANY, THE<br>10 RESEARCH PARKWAY<br>ATTN: LAURA MIDDLEBROOK<br>WALLINGFORD, CT 06492 | | Claim Number: 8816<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $440.41 |

| | | | | |
|---|---|---|---|---|
| MARTEL, JEAN<br>1125 CARRE DES CHENES<br>LA TUQUE, QC G9X 4L1<br>CANADA | | Claim Number: 12607<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>Claim is out of balance. Claim out of balance | | |
| PRIORITY | Claimed: | $489.07 | | |
| UNSECURED | Claimed: | $489.07 | Scheduled: | $489.07 |
| TOTAL | Claimed: | $489.07 | | |

| | | |
|---|---|---|
| MASONLIFT LTD<br>ATTN: KEN COLLINS<br>1605 CLIVEDEN AVENUE<br>BELTA, BC V3M 6P7<br>CANADA | | Claim Number: 8452-01<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID |
| ADMINISTRATIVE | Claimed: | $998.63 |

| MASTER LIFT TRUCK SERVICE INC<br>ATTN: CATHY COMMON<br>2899 PLYMOUTH DRIVE<br>OAKVILLE, ON L6H 6G7<br>CANADA | | Claim Number: 8716<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $48,039.96 | |
| SECURED | Claimed: | $47,851.55 | |
| UNSECURED | Claimed: | $188.41 | |
| TOTAL | Claimed: | $48,039.96 | |
| MASTERCRAFT COFFEE SERVICE<br>507 BUSSE ROAD<br>ATTN: EDWARD LANNAN<br>ELK GROVE VILLAGE, IL 60007 | | Claim Number: 8826<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $5,232.46 | |
| MATTE, JACQUES<br>40 RUE HOUIS HEBERT<br>LA TUQUE, PQ G9X 4A6<br>CANADA | | Claim Number: 12805<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7189 (04/22/2010) | |
| UNSECURED | Claimed: | $3,000.00 | |
| MATZA, PATRICIA<br>5230 N 29TH STREET<br>MILWAUKEE, WI 53209 | | Claim Number: 12894<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| PRIORITY | Claimed: | $0.00   UNDET | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| MAURECON INC.<br>ATTN: JEAN-SEBASTIEN DURETTE<br>825 RUE HOUSSART<br>TROIS-RIVIERES, QC G8T 9C1<br>CANADA | | Claim Number: 13144<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $4,191.12 | Scheduled: $4,191.12 |

| | | | | | |
|---|---|---|---|---|---|
| MAX CONTROL SYSTEMS INC<br>PO BOX 75110<br>CHARLOTTE, NC 28275-0110 | | Claim Number: 7841<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $9,719.13 | Scheduled: | $9,719.13 | |
| MAXXAM ANALYTICS INC<br>ATTN: FARAH DOWLUT<br>7070 MISSISSAUGA RD<br>STE 240<br>MISSISSAUGA, ON L5N 7G2<br>CANADA | | Claim Number: 8470-01<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $29,881.39 | Scheduled: | $40,003.18 | |
| MAXXAM ANALYTICS INC<br>ATTN: FARAH DOWLUT<br>7070 MISSISSAUGA RD<br>STE 240<br>MISSISSAUGA, ON L5N 7G2<br>CANADA | | Claim Number: 8470-02<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $12,423.31 | | | |
| MBB POWER SERVICES INC.<br>ATTN: GARY LOUNSBURY<br>2 KEEFER RD.<br>ST. CATHARINES, ON L2M 7N9<br>CANADA | | Claim Number: 13137<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,915.13 | Scheduled: | $3,915.13 | |
| MC MASTER-CARR SUPPLY CO<br>PO BOX 4355<br>CHICAGO, IL 60680 | | Claim Number: 3268<br>Claim Date: 06/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| PRIORITY | Claimed: | $6,732.83 | | | |
| UNSECURED | Claimed: | $34,389.47 | Scheduled: | $4,204.35 | |
| TOTAL | Claimed: | $34,389.74 | | | |

MCGINNIS OIL COMPANY LLC
ATTN: BILL COX
98 MAIN STREET
COLLIERVILLE, TN 38017

Claim Number: 8377
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,277.00 | |

MCLAREN, MARSHA LEA
ATTN: BRUCE MCLAREN
164 PUSEY BLVD
BRANTFORD, ON N3L 6L3
CANADA

Claim Number: 12672
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
Claim out of balance

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $4,855.82 | |
| UNSECURED | Claimed: | $4,855.82 | |
| TOTAL | Claimed: | $4,855.82 | |

MCLEAN BUDDEN LTD
145 KING STREET WEST
STE 2525
TORONTO, ON M5H 1J8
CANADA

Claim Number: 12733
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| PRIORITY | Claimed: | $13,697.48 | |

MECANIQUE INDUSTRIELLE
1165 RUE VALET
ANCIENNE LORETTE, QC G2E 5T5
CANADA

Claim Number: 8417
Claim Date: 07/14/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,681.03 | Scheduled: | $9,681.03 |

MEDICAL WASTE SYSTEMS INC
ATTN: JOE EDICK
PO BOX 12318
FLORENCE, SC 29504

Claim Number: 12461
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8117 (06/22/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $520.00 | |

| | | | | |
|---|---|---|---|---|
| MEEKS, DAVID<br>7385 HWY 150<br>SEQUATCHIE, TN 37374 | | Claim Number: 12486<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| MEEKS, DAVID<br>7385 HWY 150<br>SEQUATCHIE, TN 37374 | | Claim Number: 12617<br>Claim Date: 08/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| MEEKS, DAVID<br>7385 HWY 150<br>SEQUATCHIE, TN 37374 | | Claim Number: 12649<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| MEGABURO INC.<br>545, RUE ST. ANTOINE<br>ATTN: MANON GOBEIL<br>LA TUQUE, QC G9X 2Y5<br>CANADA | | Claim Number: 8662<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $19,536.64 | Scheduled: | $11,352.26 |
| MEJIA, JACOB<br>600 MONROE AVE<br>ELIZABETH, NJ 07201 | | Claim Number: 13203<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>Claimant asserts 164.43 per month | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| MIDWEST PROPERTIES I LLP<br>W 6483 DESIGN DRIVE, UNIT A<br>GREENVILLE, WI 54942 | | Claim Number: 8849<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $19,136.00 | | |
| MINI EXCAVATION M. PERRY INC<br>ATTN:MARCO PERRY<br>184, BOUL. PERRON EST<br>NEW RICHMOND, QC G0C 2B0<br>CANADA | | Claim Number: 8998<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| PRIORITY | Claimed: | $4,111.10 | | |
| UNSECURED | | | Scheduled: | $4,122.77 |
| MINISTERE DES RESSOURCES NATURALLES ET<br>FAUNE<br>880 CHEMIN STE-FOY<br>10IEME ETAGE<br>QUEBEC, QC G1SB4X4<br>CANADA | | Claim Number: 12532<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $504.05 | Scheduled: | $4,190.75 |
| MINISTERE DES RESSOURCES NATURALLES ET<br>FAUNE<br>ATTN: RITA OUELLET<br>880 CHEMIN STE-FOY, 10IEME ETAGE<br>QUEBEC, QC G1S 4X4<br>CANADA | | Claim Number: 13148<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: POSSIBLE DUPLICATE OF 12532<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $504.05 | Scheduled: | $41,766.52 |
| MINISTRY OF REVENUE<br>REVENUE COLLECTIONS BRANCH<br>INSOLVENCY UNIT, ATTN CHANTALE BOURRE<br>33 KING ST W, PO BOX 627<br>OSHAWA, ON L1H 8H8<br>CANADA | | Claim Number: 8681<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $1,125,404.64 | | |

| | | |
|---|---|---|
| MINISTRY OF REVENUE<br>REVENUE COLLECTIONS BRANCH<br>INSOLVENCY UNIT ATTN: CHANTALE BOURRE<br>33 KING ST W. PO BOX 627<br>OSHAWA, ON L1H 8H8<br>CANADA | | Claim Number: 9479<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>amends 8782 |
| UNSECURED | Claimed: | $4,626,420.86 |
| MINISTRY OF REVENUE<br>REVENUE COLLECTIONS BRANCH<br>INSOLVENCY UNIT, ATT: SANDRA COURVOISIER<br>33 KING ST W, PO BOX 627<br>OSHAWA, ON L1H 8H5<br>CANADA | | Claim Number: 13291<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
| UNSECURED | Claimed: | $1.00   UNLIQ |
| MINISTRY OF REVENUE<br>REVENUE COLLECTIONS BRANCH<br>INSOLVENCY UNIT<br>33 KING ST W, PO BOX 627<br>OSHAWA, ON L1H 8H5<br>CANADA | | Claim Number: 14145<br>Claim Date: 09/30/2010<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8952 (02/22/2011) |
| UNSECURED | Claimed: | $375,810.08 |
| MINISTRY OF REVENUE<br>REVENUE COLLECTIONS BRANCH<br>INSOLVENCY UNIT<br>33 KING ST W, PO BOX 627<br>OSHAWA, ON L1H 8H5<br>CANADA | | Claim Number: 14146<br>Claim Date: 09/30/2010<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8952 (02/22/2011) |
| UNSECURED | Claimed: | $5,785,380.43 |
| MINISTRY OF REVENUE<br>REVENUE COLLECTIONS BRANCH<br>INSOLVENCY UNIT<br>33 KING ST W, PO BOX 627<br>OSHAWA, ON L1H 8H8<br>CANADA | | Claim Number: 14171<br>Claim Date: 11/03/2010<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $330,724.94 |

| | | | | | |
|---|---|---|---|---|---|
| MJM DIVISION RECOUVREMENT<br>275 DES BRACONNIERS<br>ST ETIENNE DES GRES, QC G0X 2P0<br>CANADA | | Claim Number: 8332<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $3,221.47 | Scheduled: | $3,221.47 | |
| MJS AMERITRANS LOGISTICS INC<br>8562 RUE PIE-IX SUITE 210<br>MONTREAL, QC H1Z 4G2<br>CANADA | | Claim Number: 13491<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $431.35 | Scheduled: | $431.35 | |
| MODERN NIAGARA HVAC SERVICES<br>85 DENZIL DOYLE COURT<br>KANATA, ON K2M 2G8<br>CANADA | | Claim Number: 13496<br>Claim Date: 09/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $60,481.89 | Scheduled: | $26,671.34 | |
| MODERN RAILINGS & METALCRAFT LTD.<br>114 ENGELHARD DRIVE<br>AURORA, ON L4G 3V2<br>CANADA | | Claim Number: 13503<br>Claim Date: 09/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| ADMINISTRATIVE | Claimed: | $51,429.18 | | | |
| SECURED | Claimed: | $51,429.18 | | | |
| TOTAL | Claimed: | $51,429.18 | | | |
| MONDRIAN CANADA INC.<br>498 HARGRAVE ST.<br>WINNIPEG, MB R3A 0X7<br>CANADA | | Claim Number: 12778<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $180.97 | Scheduled: | $332.57 | |

| | | |
|---|---|---|
| MONGRAIN, YVON<br>8 HOGAN RD<br>CANTLEY, QB J8V 3C4<br>CANADA | | Claim Number: 12909<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $0.00   UNLIQ |
| MONGRAIN, YVON<br>8 HOGAN RD<br>CANTLEY, QB J8V 3C4<br>CANADA | | Claim Number: 12910<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| UNSECURED | Claimed: | $1,403.60 |
| MONITORING TECHNOLOGY CORP.<br>12701 FAIR LAKES CIRCLE, SUITE 320<br>FAIRFAX, VA 22033 | | Claim Number: 2557<br>Claim Date: 04/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $5,600.00      Scheduled:      $5,600.00 |
| MORENO, ROBERT L.<br>765 N. TULARE WAY<br>UPLAND, CA 91786 | | Claim Number: 12787<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
| UNSECURED | Claimed: | $9,500.00 |
| MORRIS, WILLIAM A.<br>891 VFW DRIVE<br>STONE MOUNTAIN, GA 30083 | | Claim Number: 13456<br>Claim Date: 09/08/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) |
| UNSECURED | Claimed: | $9,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MOTEURS ELECTRIQUES LAVAL LTEE<br>SERGES MARCHAND<br>550 MONTEE DE LIESSE<br>MONTREAL, QC H4T 1N8<br>CANADA | | Claim Number: 8930<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $40,245.92 | Scheduled: | $39,454.44 | | | |
| MOTION INDUSTRIES (CANADA) INC.<br>ATTN: ROBERT BENEDET<br>1520 55E AVE<br>LACHINE, QC H8T 3J5<br>CANADA | | Claim Number: 8416<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $4,918.34 | Scheduled: | $5,083.27 | | | |
| MULTI SCIAGE ENR<br>475 RUE SCOTT<br>LA TUQUE, QC G9X 3T9<br>CANADA | | Claim Number: 12972<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $13,982.84 | | | |
| MURPHY, CARL D.<br>8660 PLEASANT<br>MISSOULA, MT 59802 | | Claim Number: 12497<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | | | |
| NALCO CANADA CO. #M2140<br>PO BOX 11522<br>MONTREAL, QC H3C 5N7<br>CANADA | | Claim Number: 10471-01<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 8659 (10/18/2010) | | | | | |
| UNSECURED | Claimed: | $44,817.78 | Scheduled: | $29,475.81 | Allowed: | $44,817.78 | |

NALCO CANADA CO. #M2140
PO BOX 11522
MONTREAL, QC H3C 5N7
CANADA

Claim Number: 10471-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 8659 (10/18/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $18,855.32 | Allowed: | $18,855.32 |

NALCO CANADA COMPANY
ATTN: CHAD PECHMAN
1601 WEST DIEHL RD
NAPERVILLE, IL 60563-1198

Claim Number: 12848
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $18,855.32 |
| UNSECURED | Claimed: | $63,673.10 |
| TOTAL | Claimed: | $63,673.10 |

NARDINI FIRE EQUIPMENT CO
405 WEST COUNTY ROAD E
ST PAUL, MN 55126

Claim Number: 8598
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $1,677.30 |

NATIONAL LEASING GROUP INC.
1558 WILLSON PLACE
WINNIPEG, MB R3T 0Y4
CANADA

Claim Number: 13150
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $72,002.28 | Scheduled: | $62,144.22 |

NATIONAL STARCH, LLC
CHRIS RANKIN
10 FINDERNE AVE
P.O. BOX 6500
BRIDGEWATER, NJ 08807

Claim Number: 8975
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $393,864.09 | Scheduled: | $351,964.55 |

---

NEAL TRAFFIC SERVICES LIMITED
JOHN LOKKER, CEO
UNIT 3 139 DEVON ROAD
BRAMPTON, ON L6T 5L8
CANADA

Claim Number: 13858
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $18,511.27 | |
| UNSECURED | Claimed: | $18,511.27 | |
| TOTAL | Claimed: | $18,511.27 | |

---

NELSON, EDWARD A. &
NELSON, SHIRLEY ANNE - SPOUSE
11443 ROYAL CRESCENT
SURREY, BC V3V 6V5
CANADA

Claim Number: 12849
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

NEPW LOGISTICS, INC.
P.O. BOX 459
SOUTH PARIS, ME 042810459

Claim Number: 8854
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $16,577.61 | Scheduled: | $16,577.61 |

---

NEW BRUNSWICK POWER DISTRIBUTION AND
CUSTOMER SERVICE CORPORATION
ISABELLE ROCKK, COLLECTION SERVICES
P.O. BOX 2000
FREDERICTON, NB E3B 4X1
CANADA

Claim Number: 13654
Claim Date: 04/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $111,830.69 | Scheduled: | $90,035.38 |

---

NISHIMOTO, TODD
124 PLEASANT AVENUE
DUNDAS, ON L9H3V1
CANADA

Claim Number: 12645
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | |
|---|---|---|
| PRIORITY | Claimed: | $15,001.75   UNLIQ |

---

| | | |
|---|---|---|
| NORDBEC INC<br>ATTN: GILBERT GUAY<br>3685 BERNE STREET<br>BROSSARD, QC J4Z 2P3<br>CANADA | | Claim Number: 8461-01<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID |

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $4,224.39 | | |
| UNSECURED | | | Scheduled: | $10,142.40 |

| | | |
|---|---|---|
| NORDBEC INC<br>ATTN: GILBERT GUAY<br>3685 BERNE STREET<br>BROSSARD, QC J4Z 2P3<br>CANADA | | Claim Number: 8461-02<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $6,038.88 |

| | | |
|---|---|---|
| NORMAND, CHAREST<br>323 ST LAURENT<br>LA TUQUE, QC G9X 3S4<br>CANADA | | Claim Number: 12776<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNDET |

| | | |
|---|---|---|
| NORTHERN WEATHERMAKERS HVAC INC.<br>ATTENTION LARRY HILLS<br>339 ANTHONY TRAIL<br>NORTHBROOK, IL 60062 | | Claim Number: 9043<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $321.00 |

| | | |
|---|---|---|
| NY STATE TEAMSTERS CONFERENCE PENSION &<br>RETIREMENT FUND<br>ATTN: VINCENT M. DEBELLA<br>PO BOX 4928<br>SYRACUSE, NY 13321-4928 | | Claim Number: 12554<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: WITHDRAWN<br>DOCKET: 9146 (11/14/2011) |
| UNSECURED | Claimed: | $335,109.64 |

---

O'BRIEN MATERIAL HANDLING
DEBORAH MACKINNON
30 PRINCIPALE STREET
MEMRAMCOOK, NB E4K 1A6
CANADA

Claim Number: 8981
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $525.77 | Scheduled: | $544.95 |
|---|---|---|---|---|

OCCUPATIONAL DEVELOPMENT CENTER
802 N CLINTON ST STE A1
BLOOMINGTON, IL 61701-3299

Claim Number: 12386
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $3,752.55 |
|---|---|---|

OGILVY RENAULT
ATTN: SUZANNE RAICHE
1 PLACE VILLE MARIE, BUREAU 2500
MONTREAL, QC H3B 1R1
CANADA

Claim Number: 12806
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $52,029.44 | Scheduled: | $53,558.86 |
|---|---|---|---|---|

OKLAHOMA INTERPAK ENTERPRISE, INC.
P.O. BOX 1777
MUSKOGEE, OK 74402

Claim Number: 8524
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $12,416.13 |
|---|---|---|

OLSSON ROOFING CO., INC.
ATTN: DEANNA STADTLER
740 S. LAKE ST.
PO BOX 1450
AURORA, IL 60507

Claim Number: 13132
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $731.00 |
|---|---|---|

---

OMAR'S TIRE SERVICE, INC.
772 ELK ST
ATTN: WILLIAM ORLANDO
BUFFALO, NY 14210

Claim Number: 12324
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $1,405.34 |
| UNSECURED | Claimed: | $4,218.49 |
| TOTAL | Claimed: | $4,218.49 |

ONTARIO MINISTRY OF REVENUE
COLLECTIONS BRANCH INSOLVENCY UNIT
33 KING ST W, PO BOX 627
OSHAWA, ON L1H-8H8
CANADA

Claim Number: 8779
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $718,768.72 |
|---|---|---|

ONTARIO MINISTRY OF REVENUE
COLLECTIONS BRANCH INSOLVENCY UNIT
33 KING ST W, PO BOX 627
OSHAWA, ON L1H-8H8
CANADA

Claim Number: 8780
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $654,848.56 |
|---|---|---|

ONTARIO MINISTRY OF REVENUE
COLLECTIONS BRANCH INSOLVENCY UNIT
6-33 KING ST W POBOX 627
OSHAWA, ON L1H-8H8
CANADA

Claim Number: 8782
Claim Date: 06/29/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $5,646,797.09 |
|---|---|---|

OPERATION TRONCO INC
ATTN: M. ERIC BOUCHARD
1053 BOULEVARD DUCHARME
LA TUQUE, QB 59X 3C3
CANADA

Claim Number: 12807
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $88,940.21 | Scheduled: | $164,878.93 | Allowed: | $88,940.21 |
|---|---|---|---|---|---|---|

---

OSLER, HOSKIN & HARCOURT LLP
BOX 50, 1 FIRST CANADIAN PLACE
TORONTO, ON M5X 1B8
CANADA

Claim Number: 3405
Claim Date: 06/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,435.69 | Scheduled: | $2,822.85 | | |
|---|---|---|---|---|---|---|

OSTAPOVICH, AVEN
21005 CROOK AVE.
MAPLE RIDGE, BC V2X 7P7
CANADA

Claim Number: 13154
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
Claimant asserts 240.96 per month

| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |
|---|---|---|---|---|---|---|

OTIS ELEVATOR COMPANY, ET AL.
ATTN: TREASURY SERVICES-J. PARENT 3RD FL
1 FARM SPRINGS
FARMINGTON, CT 06032

Claim Number: 908
Claim Date: 02/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $6,421.72 | Scheduled: | $17,298.44 | Allowed: | $6,421.72 |
|---|---|---|---|---|---|---|

OTTAWA VALLEY OXYGEN LTD
ATTN: DEAN KENOPIC OR LISA SKEBO-LINDE
PO BOX 515 1050 B HWY 132
RENFREW, ON K7V 4R1
CANADA

Claim Number: 13277
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $3,403.19 | Scheduled: | $2,836.75 | | |
|---|---|---|---|---|---|---|

OTTAWA VALLEY OXYGEN LTD.
ATTN: DEAN KENOPIC OR LISA SKEBO-LINDE
PO BOX 515 1050 B HWY 132
RENFREW, ON K7V 4B1
CANADA

Claim Number: 13276
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,788.23 | | | | |
|---|---|---|---|---|---|---|

---

OVERHEAD DOOR CO. OF KC, A DIVISION OF
DH PACE CO.
ATTN: CAROL TURPIN
PO BOX 12517
N KANSAS CITY, MO 64116

Claim Number: 13179-01
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 7189 (04/22/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $493.83 |
|---|---|---|

---

OYO GEO SPACE CANADA INC.
ATTN: DAVID GRINDELL
2735 37TH AVE., N.E.
CALGARY, AB T1Y 5R8
CANADA

Claim Number: 12974-01
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $30,618.00 |
|---|---|---|

OYO GEO SPACE CANADA INC.
ATTN: DAVID GRINDELL
2735 37TH AVE., N.E.
CALGARY, AB T1Y 5R8
CANADA

Claim Number: 12974-02
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $58,174.20 |
|---|---|---|

---

P.R. REFRIGERATION INC
999 BWL DUCHARME
ATTN: RENE PHILIBERT
LA TUQUE, PQ G9X 3C3
CANADA

Claim Number: 8769-01
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $17,580.63 |
|---|---|---|

---

P.R. REFRIGERATION INC
999 BWL DUCHARME
ATTN: RENE PHILIBERT
LA TUQUE, PQ G9X 3C3
CANADA

Claim Number: 8769-02
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 2813 (11/18/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $11,680.97 | Allowed: | $11,680.97 |
|---|---|---|---|---|

PACWILL ENVIRONMENTAL
P.O. BOX 463
4961 KING ST. E UNIT T1
BEAMSVILLE, ON L0R 1B0
CANADA

Claim Number: 1669
Claim Date: 03/23/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,606.48 | Scheduled: | $7,892.93 |
|---|---|---|---|---|

PANNEX AUTOMATION CONTROL INC.
ATTN: SYLVAIN BOIVIN
31 RUE BECANCOUR UN. 3
GATINEAU, QC J8P 7X5
CANADA

Claim Number: 12975
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,107.43 |
|---|---|---|

PAPETERIE DENIS INC
ATTN: FRANCINE BILODEAU
586 COMMERCIALE
LATUQUE, QC G9X 3A9
CANADA

Claim Number: 13155
Claim Date: 08/14/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,515.54 | Scheduled: | $1,689.42 |
|---|---|---|---|---|

PAPETERIES OLYMPIQUE
2175 PLACE COTE
DUBERGER, QC G1N 4J1
CANADA

Claim Number: 12338
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,688.08 | Scheduled: | $1,589.81 |
|---|---|---|---|---|

PARENT, PRISCILLE BLOUCHARD
ATTN: DIANE PARENT
662 - 3E AVE
VERDUN, QC H4G 2X6
CANADA

Claim Number: 8568
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $0.00  UNDET |
|---|---|---|

| | | |
|---|---|---|
| PATSAROS, STEPHEN A.<br>3411 ORKWOOD AVE<br>ALTON, IL 62002 | | Claim Number: 8378<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $37,000.00 |
| PAXAR CANADA, INC.<br>C/O JEREMY M. CAMPANA, ESQ.<br>THOMPSON HINE LLP<br>3900 KEY CENTER, 127 PUBLIC SQUARE<br>CLEVELAND, OH 44114-1291 | | Claim Number: 12025<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $955.00 |
| PC GRAPHIQUES<br>ATTENTION JACQUES COSSETTE<br>21 DOMAINE MORENCY<br>LA TUQUE, QC G9X 3N7<br>CANADA | | Claim Number: 9022<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $1,868.07          Scheduled:          $3,498.67 |
| PCI CHEMICALS CANADA<br>OLIN CORPORATION<br>PO BOX 248<br>1186 LOWER RIVER ROAD<br>CHARLESTON, TN 37310 | | Claim Number: 12911<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $1,371,052.39 |
| PCO DIV II, INC.<br>5517 EAST RD<br>BAYTOWN, TX 77521 | | Claim Number: 567-02<br>Claim Date: 02/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7550 (05/10/2010) |
| UNSECURED | Claimed: | $20,135.56 |

PDC LABORATORIES, INC.
ATTN: KIM DIEGEL
PO BOX 9071
PEORIA, IL 61612-9071

Claim Number: 1589
Claim Date: 03/19/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,001.00 | Scheduled: | $2,001.00 |
|---|---|---|---|---|

PEACOCK A DIV OF KINECOR LP
ATTN: BARRY TREMBLAY
2200 52ND AVENUE
LACHINE, QC H8T 2Y3
CANADA

Claim Number: 13231
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $17,209.16 | Scheduled: | $21,630.84 |
|---|---|---|---|---|

PERFORMANCE FOOD SERVICE/ROMA NORTH CTR
ATTN: KIM CLIFTON
PO BOX 2628
20 DANTON RD
AUGUSTA, ME 04338-2628

Claim Number: 8442
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,361.79 |
|---|---|---|

PERFORMANCE FOODSERVICE/ROMA NORTH CTR
ATTN: KIM CLIFTON
PO BOX 2628
20 DALTON RD
AUGUSTA, ME 04338-2628

Claim Number: 12056
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| UNSECURED | Claimed: | $1,361.79 |
|---|---|---|

PETROLES R.L. INC.
460 RACINE EST
C.P. 623
CHICOUTIMI, QC G75 5C8
CANADA

Claim Number: 8682
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $391.63 | Scheduled: | $97.96 |
|---|---|---|---|---|

PHARMACIE R. FILION ET F. LA FLAMME
RICHARD FILION
C.P. 760, 174 RUE VICTORIA
SHAWVILLE, QC J0X 2Y0
CANADA

Claim Number: 8948
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,329.43 | Scheduled: | $1,744.21 |

PIECES D'AUTOS LA TUQUE INC.
ATTN: M. SERGE FLUET
585 RUE ST-LOUIS
LA TUQUE, QC G9X 2X6
CANADA

Claim Number: 8550
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,756.72 | Scheduled: | $14,627.15 |

PIERRE NAUD INC
ATTN: MARC-ANDRE LEBEL
400 12 IEME AVENUE CP 336
SHAWINIGAN-SUD, QC G9N 6V1
CANADA

Claim Number: 9002
Claim Date: 08/12/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $805.23 | Scheduled: | $21.46 |

PINO SYSTEMES
ATTN: NATHALIE BRULOTTE
433, RUDE DES MONTEREGIENNES
QUEBEC, QC G1C 7J7
CANADA

Claim Number: 13230
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $24,865.07 | Scheduled: | $24,721.65 |

PLASMA COATINGS OF TN A DIV OF AMERICAN
ROLLER CO LLC
PO BOX 10006
WATERBURY, CT 06725

Claim Number: 12397
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $23,847.06 | |

---

PLOMBERIE G.D. GAUTHIER INC.
51 RUE BRILLANT C.P. 218
MATANE, QC G4W 3NI
CANADA

Claim Number: 8904
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $11,436.59 | Scheduled: | $11,578.99 |

---

PNEUS DU PARC 9114-6415 QUEBEC INC.
ATTN: JEAN-PIERRE FORTIN
74, RUE DU PARC INDUSTRIEL, CP. 701
MATANE, QC G4W 3P6
CANADA

Claim Number: 12646
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $9,252.06 | Scheduled: | $9,143.32 |

---

PNEUTECH ROUSSEAU INC.
1475 32ND AVENUE
LACHINE, QC H8T 3J1
CANADA

Claim Number: 2640
Claim Date: 04/30/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,259.25 | Scheduled: | $1,986.13 |

---

PNEUTECH ROUSSEAU INC.
1475-32ND AVENUE
LACHINE, QC H8T 3JT
CANADA

Claim Number: 13838
Claim Date: 02/22/2010
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,851.00 |

---

PNEUTECH ROUSSEAU INC.
1475-32ND AVENUE
LACHINE, QC H8T 3J1
CANADA

Claim Number: 13839
Claim Date: 02/22/2010
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $420.46 |

---

---

PNR RAILWORKS INC.
C/O MARTIN SHEPPARD FRASER LLP
GARY H ENSKAT
PO BOX 900, 4701 ST CLAIR AVE 2ND FL
NIAGARA FALLS, ON L2E 6O7
CANADA

Claim Number: 12675
Claim Date: 08/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $17,986.26 | | |
|---|---|---|---|---|

---

POMPACTION INC
ATTN: MARIO MILHAUD
119 HYMUS
POINTE-CLAIRE, QC H9R 1E5
CANADA

Claim Number: 13280
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,878.98 | Scheduled: | $7,881.81 |
|---|---|---|---|---|

---

POMPACTION INC.
ATTN: MARIO MICHAUD
119 HYMUS BLVD.
POINTE-CLAIRE, QC H9R 1E5
CANADA

Claim Number: 13246
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $7,625.16 | | |
|---|---|---|---|---|

---

POWER FUNDING, LTD.
C/O SCOTT RITCHESON
RITCHESON, LAUFFER, VINCENT & DUKES
821 ESE LOOP 323
TYLER, TX 75701

Claim Number: 1793
Claim Date: 03/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| UNSECURED | Claimed: | $14,526.50 | | |
|---|---|---|---|---|

---

POWER HANDLING, INC.
ATTN: CINDY WILLIAMS
3223 NORTH MARKET STREET
SPOKANE, WA 99207

Claim Number: 8398
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $22,693.62 | | |
|---|---|---|---|---|

---

PPG CANADA, INC, PPG INDUSTRIES, INC
ATTN: JONI PATTOCK
ONE PPG PLACE
PITTSBURG, PA 15272

Claim Number: 12802
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $61,365.57 | Scheduled: | $3,367.15 | | |
|---|---|---|---|---|---|---|

PPG INDUSTRIES INC./ PPG CANADA INC.
ONE PPG PLACE
PITTSBURGH, PA 15272

Claim Number: 11889
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $61,365.57 | | | | |
|---|---|---|---|---|---|---|

PR REFRIGERATION INC
999 BOUL DUCHARME
LA TUQUE, QC G9X 3C3
CANADA

Claim Number: 8770
Claim Date: 07/23/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $17,795.23 | Scheduled: | $17,596.11 | Allowed: | $17,795.23 |
|---|---|---|---|---|---|---|

PRAXAIR CANADA INC
ATTN: TONY LAMANTIA
1 CITY CENTRE DRIVE
SUITE 1200
MISSISSAUGA, ON L5B 1M2
CANADA

Claim Number: 13147
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $34,953.07 | Scheduled: | $71,892.48 | Allowed: | $34,953.07 |
|---|---|---|---|---|---|---|

PREMIER CHEMICALS LLC
PO BOX 504573
SAINT LOUIS, MO 63150

Claim Number: 13077
Claim Date: 09/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,538.32 | Scheduled: | $15,538.32 | | |
|---|---|---|---|---|---|---|

| PREMIER CHEMICALS LLC<br>300 BARR HARBOR DRIVE  SUITE 250<br>WEST CONSHOHOCKEN, PA 19428 | Claim Number: 13078<br>Claim Date: 09/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $674.00 | Scheduled: | $674.00 |

| PRESTON PHIPPS INC<br>6400 RUE VANDEN ABEELE<br>ST-LAURENT, QC H4S 1R9<br>CANADA | Claim Number: 12384<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
|---|---|---|---|
| UNSECURED | Claimed: | $18,114.89 | Scheduled: | $14,689.54 |

| PRESTON PHIPPS INC.<br>ATTN: RINO FORGIONE<br>6400 RUE VANDEN ABELLE<br>DST. LAURENT, QC H4S 1R9<br>CANADA | Claim Number: 8544<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $14,841.53 | | |

| PRIMUS TELECOMMUNICATIONS CANADA INC<br>COMMERCIAL CREDIT & COLLECTIONS DEPT<br>5343 DUNDAS STREET WEST, STE 400<br>TORONTO, ON M9B 6K5<br>CANADA | Claim Number: 8181<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $496.62 | Scheduled: | $409.31 |

| PRO-MEC ELITE INC.<br>1330 BOUL DUCHARME<br>ATTN: SYLVIE LANGLAIS<br>LA TUQUE, QC G9X 3C4<br>CANADA | Claim Number: 9023<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|
| UNSECURED | Claimed: | $14,925.94 | Scheduled: | $15,140.27 |

| | | |
|---|---|---|
| PROCESS CONTROLS INTL INC<br>DBA AUTOMATION SERVICE<br>13871 PARKS STEED DR<br>EARTH CITY, MO 63045 | | Claim Number: 13466<br>Claim Date: 09/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) |
| UNSECURED | Claimed: | $25,636.46 |
| PROCOR ALBERTA INC<br>ATTN: STEVEN SARAPHANIAN<br>2001 SPEERS ROAD<br>OAKVILLE, ON L6J 5E1<br>CANADA | | Claim Number: 13173<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $14,255.82 |
| PROCOR LIMITED<br>ATTN: STEVEN SARAPHANIAN<br>2001 SPEERS ROAD<br>OAKVILLE, ON L6J 5E1<br>CANADA | | Claim Number: 12676<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $1,351.85        Scheduled:        $14,901.71 |
| PRODEN ONTARIO INC<br>ATTN: SINH NGUYEN<br>50 GALAXY BLVD, UNIT 7<br>TORONTO, ON M9W 4Y5<br>CANADA | | Claim Number: 12812-01<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID |
| ADMINISTRATIVE | Claimed: | $42,593.75   UNLIQ |
| PRODEN ONTARIO INC<br>ATTN: SINH NGUYEN<br>50 GALAXY BLVD, UNIT 7<br>TORONTO, ON M9W 4Y5<br>CANADA | | Claim Number: 12812-02<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7188 (04/22/2010) |
| UNSECURED | Claimed: | $222,195.54   UNLIQ |

---

PRODUITS FORESTIER PETIT PARIS INC
ATTN: ANDRE FORTIN
75 CHEMIN CHUTE DES PASSES
ST LUDGER DE MILOT, QC G0W 2B0
CANADA

Claim Number: 12777
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $190,751.08 | | Scheduled: | $245,359.47 |
|---|---|---|---|---|---|

---

PRODUITS FORESTIERS SAGUENAY INC.
4910 BOUL TALBOT
LATERRIERE, QC G7N 1A3
CANADA

Claim Number: 12734
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $0.00 | UNDET | Scheduled: | $41,340.41 |
|---|---|---|---|---|---|

---

PROGRESSIVE PACKAGING INC.
ATTN: BRIAN LACOURSE
106 COMMERCIAL DRIVE
P.O. BOX 466
FOOTVILLE, WI 53537

Claim Number: 9477
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $999.74 |
|---|---|---|

---

PROTECTION INCENDIE ROBERTS LTEE
2470 ROUTE TRANSCANADIENNE
ATTN: GAETAN PARE, GENERAL DIRECTOR
POINTE-CLAIRE, QC H9R 1B1
CANADA

Claim Number: 9021
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 5768 (03/11/2010)

| UNSECURED | Claimed: | $1,842.16 |
|---|---|---|

---

PROTECTION INCENDIE ROBERTS LTEE
ATTN: GAETAN PARE
2470 ROUTE TRANSCANADIENNE
POINTE-CLAIRE, QC H9R 1B1
CANADA

Claim Number: 12537
Claim Date: 08/06/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| ADMINISTRATIVE | Claimed: | $1,842.16 |
|---|---|---|
| UNSECURED | Claimed: | $1,842.16 |
| TOTAL | Claimed: | $1,842.16 |

---

| | | | | | |
|---|---|---|---|---|---|
| PROVIRO INSTRUMENTATION INC<br>5990 VANDEN ABEELE<br>ST LAURENT, QC H4S 1R9<br>CANADA | | Claim Number: 5690<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>11126.00 CANADIAN | | | |
| UNSECURED | Claimed: | $10,167.99 | Scheduled: | $10,167.99 | |
| PROVIRO INSTRUMENTATION INC<br>3484 VALIQUETTE<br>ST LAURENT, QC H4S 1X8<br>CANADA | | Claim Number: 8551<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: POSSIBLE DUPLICATE OF 5690<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $10,167.99 | | | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>C/O PRUDENTIAL INVESTMENT MANAGEMENT INC<br>ATTENTION: TERENCE DUNN<br>P.O. BOX 32339, 2 GATEWAY CENTER<br>NEWARK, NJ 07102 | | Claim Number: 11298<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | |
| SECURED | Claimed: | $2,497,258.29 | | | |
| PSB CHALEURS INC<br>152-B AVE GRAND-PRE<br>BONNAVENTURE, QC G0C 1E0<br>CANADA | | Claim Number: 8638<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $259.14 | Scheduled: | $230.27 | |
| PUMPSPLUS LIMITED<br>48 HATHEWAY CRESCENT<br>UNIT 5B<br>SAINT JOHN, NB E2M 5V3<br>CANADA | | Claim Number: 8901<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: POSSIBLE DUPLICATE OF 12422<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,412.37 | | | |

| | | | | |
|---|---|---|---|---|
| PUMPSPLUS LIMITED<br>1250 MINES ROAD PO BOX 938<br>BATHURST, NB E2A 4H7<br>CANADA | | Claim Number: 12422<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $1,412.37 | Scheduled: | $1,412.37 |
| PUROLATOR COURIER LTD<br>ATTN: ORTIE MESCI<br>5995 AVEBURY ROAD<br>STE 300<br>MISSISAUGA, ON L5R 3J8<br>CANADA | | Claim Number: 8207<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,882.91 | Scheduled: | $5,484.01 |
| PUROLITE CO., THE - BROTECH CORP<br>150 MONUMENT ROAD, STE 202<br>BALA CYNWYD, PA 19004 | | Claim Number: 685<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,691.38 | Scheduled: | $7,691.38 |
| PYROSER INC<br>A/S JEAN-MARC DUBE<br>2625 DOLBEAU<br>JONQUIERE, QC G7S 1R3<br>CANADA | | Claim Number: 1475<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $17,173.89 |
| QIP EQUIPMENT<br>193 BRUNSWICK BLVD.<br>POINTE-CLAIRE, QC H9R-5N2<br>CANADA | | Claim Number: 8285-01<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $36,590.06 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| QIP EQUIPMENT<br>193 BRUNSWICK BLVD.<br>POINTE-CLAIRE, QC H9R-5N2<br>CANADA | | Claim Number: 8285-02<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 2407 (10/22/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $1,690.51 | | | Allowed: | $1,690.51 |
| QIP EQUIPMENT LTD.<br>193 BRANSWICK BLVD,<br>POINTE CLAIRE, QC H9R 5N2<br>CANADA | | Claim Number: 3509<br>Claim Date: 06/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | | |
| UNSECURED | Claimed: | $44,660.15 | Scheduled: | $37,463.26 | | |
| RADIOPROTECTION INC<br>MICHEL DESCHAMPS<br>2081 LEONARD DE VINCI<br>STE-JULIE, QC J3E 1Z2<br>CANADA | | Claim Number: 8765<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $665.85 | Scheduled: | $658.01 | | |
| RANDSTAD INTERIM INC<br>3333 BOUL. COTE VERTU<br>SUITE 600<br>ST-LAURENT, QC H4R 2N1<br>CANADA | | Claim Number: 8258<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $17,341.19 | Scheduled: | $17,209.16 | | |
| RAYON-X INDUSTRIEL INC<br>1163 BARON<br>FLEURIMONT, QC J1E 1C9<br>CANADA | | Claim Number: 6211<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | | |
| UNSECURED | Claimed: | $3,383.70 | Scheduled: | $3,774.40 | | |

---

| | | | | |
|---|---|---|---|---|
| REJEAN PRONOVOST<br>1794 SAINT-FRANCOIS-XAVIER<br>TROIS-RIVRERES, PQ G9A 1S7<br>CANADA | | Claim Number: 8663<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $19,375.76 | | |
| RELIABLE TRANSPORTATION LINK<br>DIVISION OF LV ROE INT LTD<br>CONCORD, ON L4K 1Z6<br>CANADA | | Claim Number: 12353<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,226.54 | Scheduled: | $2,226.54 |
| RELIANT SERVICES, INC.<br>PO BOX 1088<br>38 JOHNSTON AVE<br>ATTN: JOE SEROZA JR<br>KEARNY, NJ 07032 | | Claim Number: 12488<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $587.75 | | |
| REMATECH BREMO INC<br>ATTN: ANDRE MORIN<br>214, RTE 138<br>ST-AUGUSTIN, QC G3A 2X9<br>CANADA | | Claim Number: 8351<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,918.79 | Scheduled: | $1,979.31 |
| RESTAURANT SCARPINO INC<br>ATTN: RENEE DICAIRE<br>350 RUE ST JOSEPH<br>LA TUQUE, QC G9X 3R2<br>CANADA | | Claim Number: 12840<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $718.84 | | |

---

| | | | | | |
|---|---|---|---|---|---|
| RESTAURANT SCARPINO INC<br>350 RUE ST-JOSEPH<br>LA TUQUE, QC G9X 3R2<br>CANADA | | Claim Number: 12841<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $710.38 | |

| | | | | | |
|---|---|---|---|---|---|
| RETIREMENT PLAN FOR EMPLOYEES OF SMURFIT<br>STONE CONTAINER CANADA INC (RRQ # 31658)<br>ATTN: YVES ROUVES<br>BUREAU A, 1035, HODGE<br>SAINT-LAURENT, QC H4N-2B4<br>CANADA | | Claim Number: 12903<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| SECURED | Claimed: | $84,837,860.00  UNLIQ | | | |

| | | | | | |
|---|---|---|---|---|---|
| RETIREMENT PLAN FOR UNIONIZED EMPLOYEES<br>OF SMURFIT-STONE CONTAINER CANADA INC<br>ATTN: YVES ROUVES<br>BUREAU A, 1035, HODGE<br>SAINT -LAURENT, QC H4N-2B4<br>CANADA | | Claim Number: 12904<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| SECURED | Claimed: | $72,198,355.00  UNLIQ | | | |

| | | | | | |
|---|---|---|---|---|---|
| REVENU QUEBEC<br>ATTN: JACQUES JAMMES<br>1600, BOULEVARD RENE-LEVESQUE OUEST,<br>3E ETAGE, SECTEUR R23CPF<br>MONTREAL, QC H3H 2V2<br>CANADA | | Claim Number: 13206<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8530 (09/13/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $147.32 | | | |

| | | | | | |
|---|---|---|---|---|---|
| REVENU QUEBEC<br>ATTN: JACQUES JAMMES<br>1600, BOULEVARD RENE-LEVESQUE OUEST<br>3E ETAGE, SECTEUR R23CPF<br>MONTREAL, QC H3H 2V2<br>CANADA | | Claim Number: 13247<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $21,833,019.14 | Scheduled: | $1,165.57 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RIDEAU BULK TERMINALS<br>6960 FOURTH LINE ROAD<br>PO BOX 460<br>NORTH GOWER, ON K0A 2T0<br>CANADA | | Claim Number: 586<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $15,857.13 | Scheduled: | $12,838.74 | | | |
| RL DISTRIBUTEUR ENR<br>DIVISION DE 2731-1992 QUEBEC INC<br>235 127E RUE, C P 25<br>ATTN: JACQUES LEMOINE<br>SHAWINIGAN-SUD, QC G9N GT8<br>CANADA | | Claim Number: 9003<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,281.86 | Scheduled: | $1,706.56 | | | |
| ROBCO<br>7200, ST-PATRICK<br>VILLE LASALLE, QC H8N 2W7<br>CANADA | | Claim Number: 12392<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $8,658.58 | Scheduled: | $8,760.38 | | | |
| ROBCO INC.<br>ATTN: LINA VADACCHINO<br>7200 S. PATRICK ST.<br>LASALLE, QC H8N 2W7<br>CANADA | | Claim Number: 8564<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) | | | | | |
| UNSECURED | Claimed: | $8,658.58 | | | | | |
| ROHM & HAAS CANADA LP<br>MARTIN J. WEIS, ESQUIRE<br>DILWORTH PAXSON LLP<br>1500 MARKET ST., 3500 E<br>PHILADELPHIA, PA 19102 | | Claim Number: 11507<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7050 (04/16/2010) | | | | | |
| ADMINISTRATIVE | Claimed: | $40,395.34 | | | | Allowed: | $40,395.34 |
| UNSECURED | Claimed: | $164,665.87 | Scheduled: | $203,624.83 | | Allowed: | $164,665.87 |

---

ROHM AND HAAS CANADA, LP
ATTN: DAVID BERADONE
PO BOX 4598, POSTAL STATION A
TORONTO, ON M5M 4Y3
CANADA

Claim Number: 12951-01
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: WITHDRAWN
DOCKET: 7199 (04/23/2010)

| UNSECURED | Claimed: | $164,665.87 |
|---|---|---|

---

ROHM AND HAAS CANADA, LP
ATTN: DAVID BERADONE
PO BOX 4598, POSTAL STATION A
TORONTO, ON M5M 4Y3
CANADA

Claim Number: 12951-02
Claim Date: 08/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: WITHDRAWN
DOCKET: 7199 (04/23/2010)

| ADMINISTRATIVE | Claimed: | $40,395.34 |
|---|---|---|

---

ROMAN, SARA E
ATTN: SARAH (BETH) ROMAN
2643 S WADSWORTH CIR
LAKEWOOD, CO 80227

Claim Number: 13194
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $34,239.00 |
|---|---|---|

---

ROMANOFSKY, RALPH, FAMILY TRUST
ATTN: ROBERTA ROMANOFSKY
3820 W. JARLATH STREET
LINCOLNWOOD, IL 60712

Claim Number: 13262
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $180.15 |
|---|---|---|

---

ROMBERG, DAVID
6376 W. DONALD DR.
GLENDALE, AZ 85310

Claim Number: 8225
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| ROY CONSULTANTS GROUP LTD.<br>ATTN: PAUL ARSENEAU<br>548 KING AVENUE<br>BATHURST, NB E2A 1P7<br>CANADA | | Claim Number: 13168<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $65,848.85 | Scheduled: | $29,627.20 |
| ROY'S TRUCKING & LANDSCAPING LTD<br>ATTN: DANIEL ROY<br>P.O. BOX 6506<br>NIGADOO, NB E8K 3Y5<br>CANADA | | Claim Number: 12838<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $632,475.54 | | |
| RTL-RELIABLE TRANSPORTATION LINK<br>DIV. OF L.V. ROSE<br>ATTN: MCCHESNOY, MARISRE<br>8301 KEELE STREET<br>CONCORD, ON L4K 1Z6<br>CANADA | | Claim Number: 8424<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: POSSIBLE DUPLICATE OF 12353<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,226.54 | | |
| RUSSEL METALS INC<br>167 ROTTERDAM<br>ST. AUGUSTIN, QC G3A 2K2<br>CANADA | | Claim Number: 2257<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010) | | |
| UNSECURED | Claimed: | $19,616.33 | | |
| RUSSEL METALS, INC<br>ATTN: GUYANNE MARCIOUX<br>1331 GRAHAM BELL<br>BOUCHERVILLE, QC J4B6A1<br>CANADA | | Claim Number: 8198<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $16,071.66 | Scheduled: | $15,882.40 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10249)

---

RYERSON CANADA INC
C/O COLLETTE SYLVIESTRE
3399 FRANCIS HUGHES
LAVAL, QC H7L 5A5
CANADA

Claim Number: 12952
Claim Date: 07/28/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,921.42 | Scheduled: | $2,944.69 |

SAINT LOUIS ART MUSEUM
ATTN: CAROLYN SCHMIDT
ONE FINE ARTS DRIVE
SAINT LOUIS, MO 63110

Claim Number: 12465
Claim Date: 08/03/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $150,000.00 |

SAMUEL-ACME-STRAPPING SYSTEMS
2370 DIXIE ROAD
MISSISSAUGA, ON L4Y 1Z4
CANADA

Claim Number: 8341
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $73,925.27 | Scheduled: | $76,400.95 |

SANDAR INDUSTRIES
ATTN: KIMBERLY BRIESMEISTER
1545 MAIN STREET
ATLANTIC BEACH, FL 32233

Claim Number: 8483
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 9081 (06/14/2011)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $13,160.23 |

SANDER, PAUL
2585 BELLWOOD DRIVE
NEWCASTLE, ON L1B 1L9
CANADA

Claim Number: 8722
Claim Date: 07/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | |
|---|---|---|
| PRIORITY | Claimed: | $147,707.00 |

---

| SANFORD C. BERNSTEIN & CO. LLC | | Claim Number: 99016 | | |
| | | Claim Date: 06/30/2010 | | |
| | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| | | Comments: ALLOWED | | |
| | | DOCKET: 7432 (05/04/2010) | | |
| UNSECURED | Claimed: | $16,859.03 | Allowed: | $16,859.03 |

---

| SANSON, BILLIE GENE | | Claim Number: 12783 | | |
| 107 CHAPEL RIDGE DR., APT. 201 | | Claim Date: 08/24/2009 | | |
| UNION, MO 63084 | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| | | Comments: WITHDRAWN | | |
| | | DOCKET: 8559 (09/17/2010) | | |
| PRIORITY | Claimed: | $24,500.00 | | |

---

| SANTEE ELECTRIC SUPPLY CO. INC | | Claim Number: 8605 | | |
| C/O SHEALY ELECTRICAL WHOLESALERS, INC. | | Claim Date: 07/20/2009 | | |
| 906 W. DARLINGTON ST | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| ATTN: LAURIE LIETKA | | Comments: EXPUNGED | | |
| FLORENCE, SC 29501 | | DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $413.00 | | |

---

| SCHERLE, CHARLES | | Claim Number: 12902 | | |
| 18 PIONEER DRIVE | | Claim Date: 08/27/2009 | | |
| MISSISSAUGA, ON L5M 1G9 | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| CANADA | | Comments: EXPUNGED | | |
| | | DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $4,275.11 | | |

---

| SCHULZE, FRANK R. | | Claim Number: 9037 | | |
| 135 RICK ROAD | | Claim Date: 08/17/2009 | | |
| ATTN: DORIS SCHULZE | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| MILFORD, NJ 08848 | | Comments: EXPUNGED | | |
| | | DOCKET: 8833 (12/09/2010) | | |
| SECURED | Claimed: | $0.00   UNLIQ | | |

---

| | | | | | |
|---|---|---|---|---|---|
| SCIERIE GAUTHIER LTEE<br>ATTN: DANIEL GAUTHIER<br>7700 CHEMIN DE LA BATTURE<br>LA BAIE, QC G7B 3P6<br>CANADA | | Claim Number: 13172<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $48,738.77 | Scheduled: | $46,980.03 | |
| SCLAFANI, SAM<br>14868 SPRINGFORD DRIVE<br>LA MIRADA, CA 90638 | | Claim Number: 13264<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| SECURED | Claimed: | $329,344.22 | | | |
| SCRUGGS, GREGORY ELDER<br>2013 SPRING CREEK RD<br>CULLEN, VA 23934 | | Claim Number: 8737<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | |
| UNSECURED | Claimed: | $8,501.89 | | | |
| SEAGER, ROBERT W<br>339 HWY # 8<br>APT 107<br>STONEY CREEK, ON L8G 1E7<br>CANADA | | Claim Number: 12804<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| PRIORITY | Claimed: | $1,841.13 | | | |
| SEBRING, PAUL H.<br>ATTN: JEANETTE SEBRING<br>1406 EAST BLVD.<br>ALPHA, NJ 08865 | | Claim Number: 12702<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| SECURED | Claimed: | $148.11   UNLIQ | | | |

SMURFIT-STONE CONTAINER CORPORATION | Case 09-10235-BLS | Doc 9663 | Filed 07/16/18 | Page 2209 of 2463 | Date: 07/03/2018

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10249)

---

SERRURE OUTAOUAIS INC
355 BOUL GREBER
GATINEAU, QC J8T 6H8
CANADA

Claim Number: 12139
Claim Date: 08/31/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,456.42 | Scheduled: | $6,056.88 |

---

SERVICE D'IMPARTITION INDUSTRIEL INC.
ATTN: DENISE ST-PIERRE
2300, RUE JULES VACHON
TROIS-RIVIERES, QC G9A 5E1
CANADA

Claim Number: 12588
Claim Date: 07/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $1,967.56 | | |
| UNSECURED | Claimed: | $1,967.56 | Scheduled: | $1,179.64 |
| TOTAL | Claimed: | $1,967.56 | | |

---

SERVICE DE CAFE VAN HOUTTE SEC
ATTN: MARCO COTE
8215 17 IEME AVENUE
MONTREAL, QC H1Z 4J9
CANADA

Claim Number: 8458
Claim Date: 07/15/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $233.70 | Scheduled: | $230.95 |

---

SERVICE DE NETTOYAGE INDL
9017-7247 QUEBEC INC
31 ROBERVAL
LA TUQUE, QC G9X 1A6
CANADA

Claim Number: 8627
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $87,657.34 | Scheduled: | $87,657.34 |

---

SERVICE DE PNEUS LA TUQUE INC.
ATTN: M. ERIC BOUCHARD
1000 BOULEVARD DUCHARME
LA TUQUE, QC G9X 3C4
CANADA

Claim Number: 13217
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,233.84 | Scheduled: | $5,508.90 |

---

| | | | | |
|---|---|---|---|---|
| SERVICE FREIGHT SYSTEMS INC.<br>2201 BRANT STREET, UNITS 111 & 112<br>BURLINGTON, ON L7P 3N8<br>CANADA | | Claim Number: 3618<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $416.84 | Scheduled: | $403.81 |
| SERVICE MULTI PRO JET ENR<br>ATTN: NATHALIE OR ERIC LEBLANC<br>561 RUE BOURASSA<br>LA TUQUE, QC G9X 0A1<br>CANADA | | Claim Number: 12907<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $10,021.93 | Scheduled: | $12,307.57 |
| SERVICE RL<br>981 ST PIERRE<br>HEROUXVILLE, QC G0X 1J0<br>CANADA | | Claim Number: 8873<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $71,166.37 |
| SERVICES SANITAIRES D. BLANCHETTE ENR<br>ATTN: FRANCINE BEAULIEU<br>388 RUE KITCHENER<br>LA TUQUE, QC G9X 2K6<br>CANADA | | Claim Number: 8466<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $3,105.74 | | |
| SERVICES SEL PRO<br>CASE POSTALE 11321<br>MONTREAL, QC H3C 5H1<br>CANADA | | Claim Number: 13501<br>Claim Date: 09/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,346.25 | Scheduled: | $7,367.10 |

| | | | | | |
|---|---|---|---|---|---|
| SERVICES TECHNIQUES PROSS<br>C P 3075 SUCC LAPIERRE<br>LA SALLE, QC H8N 3H2<br>CANADA | | Claim Number: 9096<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| PRIORITY | Claimed: | | $0.00   UNLIQ | | |
| UNSECURED | | | | Scheduled: | $1,669.45 |
| SFK PATE S.E.N.C.<br>ATTN: EMMANUELLE LAMARRE-CLICHE<br>4000 CHEMIN ST-EUSEBE<br>SAINT-FELICIEN, QC G8K 2R6<br>CANADA | | Claim Number: 12958<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $48,737.52 | | Scheduled: | $48,220.35 |
| SGS CANADA INC<br>6490 VIPOND DRIVE<br>MISSISSAUGA, ON L5T 1W8<br>CANADA | | Claim Number: 8357<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $13,730.25 | | Scheduled: | $14,231.07 |
| SHAPIRO SALVAGE & SUPPLY COMPANY<br>5617 NATURAL BRIDGE AVENUE<br>ATTN: BILL TENNENBAUM<br>SAINT LOUIS, MO 63120 | | Claim Number: 12344<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | |
| PRIORITY | Claimed: | $1,140.00 | | | |
| SHELL CANADA PRODUCTS<br>ATTN: JOHN MCKEOWN<br>BOX 2522, STATION M<br>CALGARY, AB T2P 4G9<br>CANADA | | Claim Number: 13213<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $674,873.05 | | Scheduled: | $666,334.26  UNLIQ |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: PROCESS CONTROL OUTLET INC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 4253
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8997 (03/22/2011)

| UNSECURED | Claimed: | $4,434.83 | Scheduled: | $4,434.83 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: PROCESS CONTROL OUTLET INC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 4283
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8997 (03/22/2011)

| UNSECURED | Claimed: | $15,700.73 | Scheduled: | $15,700.73 |
|---|---|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: PROCESS CONTROL OUTLET, INC.
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 8304-02
Claim Date: 07/10/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8530 (09/13/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,040.73 |
|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: INTERNATIONAL CONTAINER SYST
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 8386
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $13,514.99 |
|---|---|---|

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: SHIEIDS ELECTRONIC SUPPPLY I
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 8593-03
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 7189 (04/22/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $2,240.00 |
|---|---|---|

---

SILVASONS MACHINE INC.
384 MAXHAM RD
ANSTELL, GA 30168

Claim Number: 8610
Claim Date: 07/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $3,279.93 |
|---|---|---|

---

SILVERIUS JAMES MCCARRON
C/O FRANK MCCARRON
108 MORRISON ROAD
KITCHENER, ON N2A 2T5
CANADA

Claim Number: 8838
Claim Date: 08/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| UNSECURED | Claimed: | $0.00  UNDET |
|---|---|---|

SIMONEX INC.
1115 BOUL INDUSTRIEL
GRANBY, QC J2J 2B8
CANADA

Claim Number: 9408
Claim Date: 08/21/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $3,488.76 | Scheduled: | $3,935.95 |
|---|---|---|---|---|

SMITH, JOHN T
1380 14TH ST
GRAND MERE, QC G9T 3Z2
CANADA

Claim Number: 8352
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| PRIORITY | Claimed: | $13,036.20 |
|---|---|---|

SMITH, JOHN T.
1380 - 14TH STREET
GRAND-MERE, QC G9T 3Z2
CANADA

Claim Number: 12845
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| PRIORITY | Claimed: | $117,589.42 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $117,589.42 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SMITH, PATRICIA K.<br>145 S 8TH ST.<br>COPLAY, PA 18037 | | Claim Number: 12369<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |
| SMITHSON, MARY<br>C/O EVELYN WHEELER, SOLICITOR<br>38 MILL ST.<br>PO BOX 1540<br>ALMONTE, ON K0A 1A0<br>CANADA | | Claim Number: 8664<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | | |
| SOCIETE D'EXPLOITATION DES<br>RESSOURCES DES MONTS INC.<br>834 DU PHARE EST<br>ATTN: DIANE DUFRESNE<br>MATANE, QC G4W 1B1<br>CANADA | | Claim Number: 9019<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,861.13 | Scheduled: | $1,839.21 | | |
| SOCIETE DE PROTECTION DES FORETS CONTRE<br>LES INSECTES ET MALADIES (SOPFIM)<br>ATTN: ANDRE MALTAIS<br>1780 RUE SEMPLE<br>QUEBEC, QC G1N 4B8<br>CANADA | | Claim Number: 8457<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | | |
| UNSECURED | Claimed: | $1,198.70 | | | | |
| SOCIETE EN COMMANDITE SCIERIE OPITCIWAN<br>ATTN: STEPHANE SAVARD CA<br>KILOMETRE 163, ROUTE D'OBEDJIWAN<br>C.P. 270<br>OBEDJIWAN, QC G0W 3B0<br>CANADA | | Claim Number: 12844<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | | | |
| UNSECURED | Claimed: | $76,458.00 | Scheduled: | $75,221.55 | Allowed: | $35.37 |

---

SOLUS SECURITE INC
2545 RUE SIDBEE
TROIS-RIVIERES, QC G8Z 4M6
CANADA

Claim Number: 8337
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,812.16 | Scheduled: | $10,558.12 |
|---|---|---|---|---|

SOLUTIONS LOGISTIQUES PHILIPS INC.
3400 BOUL. GENE-H-KRUGER
TROIS-RIVIERES, QC G9A 4M3
CANADA

Claim Number: 8234
Claim Date: 07/08/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,003.58 | Scheduled: | $7,868.34 |
|---|---|---|---|---|

SOLVAY SOLEXIS, INC.
C/O SHARON M. BEAUSOLEIL
FULBRIGHT & JAWORSKI LLP
FULBRIGHT TOWER, 1301 MCKINNEY, STE 5100
HOUSTON, TX 77010

Claim Number: 10758-01
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $94,500.00 | Scheduled: | $337,500.00 |
|---|---|---|---|---|

SOLVAY SOLEXIS, INC.
C/O SHARON M. BEAUSOLEIL
FULBRIGHT & JAWORSKI LLP
FULBRIGHT TOWER, 1301 MCKINNEY, STE 5100
HOUSTON, TX 77010

Claim Number: 10758-02
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 3259 (12/17/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $243,000.00 | | | Allowed: | $243,000.00 |
|---|---|---|---|---|---|---|

SONOCO CANADA, CORP.
C/O TARA E. NAUFUL, ESQUIRE
HAYNSWORTH SINKLER BOYD, PA
PO BOX 11889
COLUMBIA, SC 29211-1889

Claim Number: 11118
Claim Date: 08/27/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,033.39 | Scheduled: | $14,138.16 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| SOUTHERN RAILWAY OF BRITISH COLUMBIA LTD<br>2102 RIVER DRIVE<br>ATTN: JOANNE CUMBRIDGE<br>NEW WESTMINSTER, BC V3M 6S3<br>CANADA | Claim Number: 12343<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $611.63 | | |
| SP RECYCLING CORPORATION<br>ATTN: RANDY TOOMBS, CONTROLLER<br>709 PAPERMILL RD<br>EAST DUBLIN, GA 31027 | Claim Number: 13281<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | |
| UNSECURED | Claimed: | $5,444.25 | | |
| SP RECYCLING CORPORATION<br>ATTN: RANDY TOOMBS, CONTROLLER<br>139 INDUSTRIAL BLVD<br>LA VERGNE, TN 37086 | Claim Number: 13283<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8117 (06/22/2010) | | | |
| UNSECURED | Claimed: | $11,830.50 | | |
| SPAIN, ANTONIO<br>ATTN: PIERRE SPAIN<br>52 RUE LAVAL<br>LA TUQUE, QC G9X 3L1<br>CANADA | Claim Number: 13174<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| SPN CONSULTANTS INC<br>2 PLACE DU COMMERCE<br>ILE DES SOEURS, QC H3E 1A1<br>CANADA | Claim Number: 13235<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | | |
| UNSECURED | Claimed: | $24,509.72 | Scheduled: | $14,093.10 |

| | | | | | |
|---|---|---|---|---|---|
| SPN CONSULTANTS INC.<br>CAROLE BEAULAC<br>2 PLACE DU COMMERCE<br>ILE DES SOEURS, QC H3E 1A1<br>CANADA | | Claim Number: 13239<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 8530 (09/13/2010) | | | |
| UNSECURED | Claimed: | $16,608.47 | | Allowed: | $16,608.47 |
| SPX PROCESS EQUIPMENT CANADA<br>2315 HALPERN<br>ST-LAURENT, QC H4S 1S3<br>CANADA | | Claim Number: 6156<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $8,304.40 | Scheduled: | $5,881.73 | |
| ST-PIERRE, JEAN-YVES<br>ATTN: MICHEL PERREAULT<br>8040, CHEMINSTE-MARGUERITE<br>TROIS-RIVIERES, QC G9A 5C9<br>CANADA | | Claim Number: 12964<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | | |
| ST. DAVID'S HYDROPONICS<br>822 CONCESSION 7<br>RR 4<br>NIAGARA ON THE LAKE, ON L0S 1J0<br>CANADA | | Claim Number: 99017<br>Claim Date: 06/30/2010<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | | |
| UNSECURED | Claimed: | $16,575.45 | | Allowed: | $16,575.45 |
| ST. JOHNS UNITED CHURCH OF CHRIST<br>1288 S. INDIANA AVE<br>CROWN POINT, IN 46307 | | Claim Number: 12370<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $772.60 | | | |

| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: HONEYWELL INC<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE<br>NEW YORK, NY 10022 | | Claim Number: 1031<br>Claim Date: 03/03/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | | | |
|---|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $968,123.01 | Scheduled: | $15,425.18 | Allowed: | | $968,123.01 |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: METSO PAPER USA, INC.<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE, 26TH FLOOR<br>NEW YORK, NY 10022 | | Claim Number: 10908-02<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5732 (03/10/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $212,952.97 | | | | | |
| STANDARD GENERAL MASTER FUND LP<br>TRANSFEROR: OMYA INC<br>ATTN. ROBERT M. LAVAN<br>650 MADISON AVENUE<br>NEW YORK, NY 10022 | | Claim Number: 11242<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $194,259.84 | Scheduled: | $194,259.84 | | | |
| STANLEY & STANFORD<br>520 KINGDALE AVE. #101<br>KINGSTON, ON K7M 9B6<br>CANADA | | Claim Number: 12597<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 7554 (05/10/2010) | | | | | |
| UNSECURED | Claimed: | $116.60 | | | | | |
| STEED TIMBER CO. INC.<br>ATTN: SKIP STEED<br>PO BOX 215<br>LINCOLN, AL 35096 | | Claim Number: 12453<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | | | | |
| ADMINISTRATIVE | Claimed: | $79,850.37 | | | | | |

| | | |
|---|---|---|
| STEVENS, HERBERT ERNEST<br>31 EDWARD STREET<br>HAMILTON, ON L8L-2V2<br>CANADA | | Claim Number: 8778<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $282,900.00 |
|---|---|---|

| | | |
|---|---|---|
| STOKES, GLORIA<br>2133 PERRAN DRIVE<br>MISSISSAUGA, ON L5K 1L9<br>CANADA | | Claim Number: 12770<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| SUBER, JAMES WILLIE, SR.<br>3284 COLLEGE STREET<br>NEWBERRY, SC 29108 | | Claim Number: 13485<br>Claim Date: 10/19/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | |
|---|---|---|
| SULZER PUMPS (CANADA) INC.<br>ATTN: KATI BABINEC<br>4129 LOZELLS AVE<br>BURNABY, BC V5A 2Z5<br>CANADA | | Claim Number: 12669<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $4,924.48 | Scheduled: | $4,866.48 |
|---|---|---|---|---|

| | | |
|---|---|---|
| SUN-SUPERIOR CHIPPER PARTS<br>ATTENTION CORDELIA SWAFORD<br>POST OFFICE BOX 789<br>LEXINGTON, SC 29071 | | Claim Number: 12508<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) |

| ADMINISTRATIVE | Claimed: | $114.42 |
|---|---|---|
| UNSECURED | Claimed: | $1,727.06 |
| TOTAL | Claimed: | $1,727.06 |

| | | | | |
|---|---|---|---|---|
| SUNBELT CHEMICALS CORP<br>FRED BARONE OR MATT MILLER<br>71 HARFROVE GRADE<br>PALM COAST, FL 32137 | | Claim Number: 12901<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | |
| UNSECURED | Claimed: | $7,936.00 | | |
| SUPERIEUR PROPANE INC<br>CP 2875 SUCCURSALE M<br>CALGARY, AB T2P 5G1<br>CANADA | | Claim Number: 12684<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $11,082.76 | Scheduled: | $62,979.29 |
| SUPERINTENDENT OF FIN SERV AS ADMIN OF<br>THE PENSION BENEFITS GUARANTEE FUND<br>FINANCIAL SERVICES COMMISSION OF ONTARIO<br>5160 YONGE ST. ATTN: MARK BAILEY<br>TORONTO, ON M2N 6L9<br>CANADA | | Claim Number: 12950<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| SECURED | Claimed: | $24,130,023.60 | | |
| SUPERIOR PROPANE INC<br>C.P. 2875 SUCCURSALE M<br>CALGARY, AB T2P 5G1<br>CANADA | | Claim Number: 12668<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $7,045.86 | Scheduled: | $1,827.56 |
| SYNDICAT CANADIEN DES COMMUNICATIONS DE<br>L'ENERGIE ET DU PAPIER, SECTION LOCALE<br>530<br>545, BOUL. CREMAZIE EST, BUREAU 1101<br>MONTREAL, QC H2M 2V1<br>CANADA | | Claim Number: 12839<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| PRIORITY | Claimed: | $0.00   UNDET | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |

| SYNDICAT CANADIEN DES COMMUNICATIONS DE L'ENERGIE ET DU PAPIER, SECTION LOCALE 27Q 545, BOUL. CREMAZIE EST, BUREAU 1101 MONTREAL, QC H2M 2V1 CANADA | Claim Number: 12843 Claim Date: 08/26/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNDET |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

| SYNDICAT DES EMPLOYEES PROFESSIONNELS-LES ET DE BUREAU QUEBEC, SEC. LOCAL 447 ATTN: SIMON BERLIN 1200 AVEUE PAPINEAU, BUREAU 250 MONTREAL, QC H2K 4R5 CANADA | Claim Number: 12953 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNDET |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

| SYNDICAT DES EMPLOYEES PROFESSIONNELS-LES ET DE BUREAU QUEBEC, SEC. LOCAL 447 ATTN: SIMON BERLIN 1200 AVEUE PAPINEAU, BUREAU 250 MONTREAL, QC H2K 4R5 CANADA | Claim Number: 12954 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNDET |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

| SYNDICAT DES EMPLOYEES PROFESSIONNELS-LES ET DE BUREAU QUEBEC, SEC. LOCAL 447 ATTN: SIMON BERLIN 1200 AVEUE PAPINEAU, BUREAU 250 MONTREAL, QC H2K 4R5 CANADA | Claim Number: 12955 Claim Date: 08/28/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. |
|---|---|

| PRIORITY | Claimed: | $0.00 | UNDET |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

| SYSTEMES B.C.B.F INC ATTN: PATRICK DESFORGES 1960, RUE LE CHATELIER LAVAL, QC H7L 5B4 CANADA | Claim Number: 12846 Claim Date: 08/26/2009 Debtor: SMURFIT-STONE CONTAINER CANADA INC. Comments: DOCKET: 8758 (11/15/2010) THIS CLAIM IS PAID |
|---|---|

| UNSECURED | Claimed: | $3,158.60 |
|---|---|---|

SMURFIT-STONE CONTAINER CORPORATION   Case 09-10235-BLS   Doc 9663   Filed 07/16/18   Page 2222 of 2463
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10249)

Date: 07/03/2018

TELEBEC S.E.C.
625 AVENUE GODEFROY
BECANCOUR, QC G9H 1S3
CANADA

Claim Number: 13133
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,560.60 | | Scheduled: | $781.48 |

TELECOMMUNICATIONS DE L'EST
143 BOUL. DION
ATTN: CHRISTIEN BOVEHAID
MANTANE, QC G4W 3L8
CANADA

Claim Number: 9478
Claim Date: 07/22/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 UNDET | | Scheduled: | $8,800.31 |

TELUS- QUEBEC
CP 2070
DEPARTMENT R0712
RIMOUSKI, QC G5L 7E4
CANADA

Claim Number: 8703
Claim Date: 07/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1,252.90 | |

TEREXCAVATION GRANT INC.
170, ROUTE 132
MATANE, QC G4W 7C4
CANADA

Claim Number: 12771
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $16,192.80 | | Scheduled: | $16,054.01 |

THARPE COMPANY INC, THE
P.O. BOX 1719
ATTN: KATHY TROUTMAN
STATESVILLE, NC 28687

Claim Number: 12868
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $13,918.21 | | Scheduled: | $7,523.75 |

| | | | | |
|---|---|---|---|---|
| THYSSEN KRUPP<br>ATTN: DIANE LAUZON<br>4700 BOIS FRANC<br>ST-LAURENT, QC H4S 1A7<br>CANADA | | Claim Number: 13128<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,489.36 | Scheduled: | $1,676.15 |
| TIDEWATER AIR FILTER FABRICATION CO.<br>ATTN: VIKKI MILAM<br>228 PENNSYLVANIA AVE<br>VIRGINIA BEACH, VA 23462 | | Claim Number: 8371<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $403.81 | | |
| TIETO ENATOR MAJIQ INC<br>8520 154TH AVENUE N E<br>REDMOND, WA 98052-3500 | | Claim Number: 11046<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $13,197.00 | Scheduled: | $12,160.00 |
| TOWERS PERRIN, INC.<br>ATTN: MARYBETH PIO<br>PO BOX 4615<br>POSTAL STATION A<br>TORONTO, ON M5W 5A2<br>CANADA | | Claim Number: 13261<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $30,755.90 | | |
| TR CAPITAL, LLC<br>TRANSFEROR: BOCKS BOARD PACKAGING<br>ATTN: TERREL ROSS<br>265 SUNRISE HIGHWAY, SUITE 42<br>ROCKVILLE CENTRE, NY 11570 | | Claim Number: 9471-01<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $6,244.68 | | |

---

TR CAPITAL, LLC
TRANSFEROR: BOCKS BOARD PACKAGING
ATTN: TERREL ROSS
265 SUNRISE HIGHWAY, SUITE 42
ROCKVILLE CENTRE, NY 11570

Claim Number: 9471-02
Claim Date: 07/16/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 2032 (09/24/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $6,244.68 | | | Allowed: | $6,244.68 |
|---|---|---|---|---|---|---|

TRAC-PRO INC
ATTN: JEAN-ROCK VEILLETTE
3 BOURGEOIS
LA TUQUE, QC G9X 4H5
CANADA

Claim Number: 8243
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $4,671.65 | Scheduled: | $229,496.65 | Allowed: | $4,671.65 |
|---|---|---|---|---|---|---|

TRANE U S INC
3600 PAMMEL CREEK ROAD
LA CROSSE, WI 54601

Claim Number: 4797-02
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,866.11 | Scheduled: | $7,116.56 | | |
|---|---|---|---|---|---|---|

TRANSFOBEC MAURICIE 9141-2189 QUEBEC INC
752 RUE SAINT ANTOINE
LA TUQUE, QC G9X 2Z4
CANADA

Claim Number: 12772
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $7,659.59 | Scheduled: | $7,659.59 | | |
|---|---|---|---|---|---|---|

TRANSFOBEC MAURICIE 9141-2189 QUEBEC INC
ATTN: NICOLAS POTVIN
752 RUE SAINT ANTOINE
LA TUQUE, QC G9X 2Z4
CANADA

Claim Number: 12773
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| UNSECURED | Claimed: | $7,659.59 | | | | |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| TRANSP. GUY-PAUL DUROCHER<br>ATTN: JEAN-YVES DUROCHER<br>125 RANG SUD<br>PROULXVILLE, QC G0X 2B0<br>CANADA | | Claim Number: 8522<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $63,566.00 | Scheduled: | $53,345.51 |
| TRANSPORT BAIE-COMEAU INC<br>ATTN: JEAN-PIERRE FOURNIER<br>62 WILLIAM-DOBELL<br>BAIE-COMEAU, QC G4Z 1T7<br>CANADA | | Claim Number: 8482<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| UNSECURED | Claimed: | $9,049.96 | | |
| TRANSPORT BERNIERES INC.<br>1721 A.R. DECARY<br>ATTN: KARL MCLELLAN<br>QUEBEC, QC G1N 3Z7<br>CANADA | | Claim Number: 8652<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $18,609.91 | Scheduled: | $2,867.94 |
| TRANSPORT ET ENT. PARADIS INC<br>1300, AVENUE LE NEUF<br>BECANCOUR, QC G9H 2E4<br>CANADA | | Claim Number: 8296<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $124,718.71 | Scheduled: | $123,197.32 |
| TRANSPORT GUILBAULT ATLANTIC INC<br>435 FARADAY<br>QUEBEC, QC G1N 4G6<br>CANADA | | Claim Number: 8297<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,235.08 | | |

| | | | | |
|---|---|---|---|---|
| TRANSPORT GUILBAULT INC<br>435 RUE FARADAY<br>QUEBEC, QC G1N 4G6<br>CANADA | | Claim Number: 8295<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,612.87 | Scheduled: | $12,083.91 |
| TRANSPORT J.M. GIGNAC INC<br>1437 A BOUL. DUCHARME<br>LA TUQUE, QC G9X 4R7<br>CANADA | | Claim Number: 2923<br>Claim Date: 05/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $58,456.31 |
| TRANSPORT ROUTIER JEAN FRANCOIS<br>1596 RUE LUC<br>ST MICHEL, QC J0L 2J0<br>CANADA | | Claim Number: 8933<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $43,461.02 | Scheduled: | $43,778.98 |
| TRANSPORT SERVITANK INC<br>3450 BOUL GENE H KRUGER<br>TROIS RIVIERES, QC G9A 5G1<br>CANADA | | Claim Number: 6857<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $338,729.52 | Scheduled: | $338,729.52 |
| TRANSPORT SYLVESTER & FORGET INC.<br>320 ROUTE 201<br>ST-STANISVAS-DE- KOSTKA, QC J0S 1W0<br>CANADA | | Claim Number: 8913<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $39,144.52 | Scheduled: | $50,758.91 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TRANSPORT TERMINAL SERVICES INC.<br>101 CLAIREVILLE DRIVE<br>ETOBICOKE, ON M9W 6K9<br>CANADA | | Claim Number: 6377-02<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,088.53 | Scheduled: | $6,039.47 | | |
| TRINOVA, INC.<br>PO BOX 2806<br>MOBILE, AL 36601 | | Claim Number: 13493<br>Claim Date: 09/02/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $6,665.77 | | | | |
| UNSECURED | Claimed: | $6,665.77 | | | | |
| TOTAL | Claimed: | $6,665.77 | | | | |
| TRIPLE J LOGGING, INC.<br>ATTN: JAMES WEBB<br>PO BOX 1172<br>CONDON, MT 59826 | | Claim Number: 13249<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | |
| PRIORITY | Claimed: | $3,936.46 | | | | |
| UNSECURED | Claimed: | $3,936.46 | | | | |
| TOTAL | Claimed: | $3,936.46 | | | | |
| TRUELINE VALVE CORP.<br>ATTN: EILEEN WILLS<br>20201 CLARK GRAHAM<br>COIE D'URFE, QC H9X 3I5<br>CANADA | | Claim Number: 12647-01<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,351.30 | Scheduled: | $7,772.43 | | |
| TRUELINE VALVE CORP.<br>ATTN: EILEEN WILLS<br>20201 CLARK GRAHAM<br>COIE D'URFE, QC H9X 3I5<br>CANADA | | Claim Number: 12647-02<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: DOCKET: 2813 (11/18/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $1,421.13 | | | Allowed: | $1,421.13 |

| TURNBULL SPECIALTIES LTD. | | Claim Number: 13490 | | |
|---|---|---|---|---|
| PO BOX 303 | | Claim Date: 08/31/2009 | | |
| COWANSVILLE, QC J2K 3S7 | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| CANADA | | Comments: EXPUNGED | | |
| | | DOCKET: 5738 (03/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $5,984.16 | | |
| UNSECURED | Claimed: | $5,984.16 | Scheduled: | $6,675.08 |
| TOTAL | Claimed: | $5,984.16 | | |

| TUYAU MEC INC | | Claim Number: 12418 | | |
|---|---|---|---|---|
| 2360 RUE BAUMAN | | Claim Date: 07/23/2009 | | |
| JONQUIERE, QC G7S 4S4 | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | |
| CANADA | | | | |
| SECURED | Claimed: | $15,445.97 | | |
| UNSECURED | | | Scheduled: | $12,513.94 |

| TUYAU-MEC INC. | | Claim Number: 8685 | |
|---|---|---|---|
| 2360, RUE BAUMAN | | Claim Date: 07/23/2009 | |
| JOHNQUIERE, QC G7S 4S4 | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | |
| CANADA | | Comments: | |
| | | THIS CLAIM IS PAID | |
| SECURED | Claimed: | $12,654.88 | |

| TYLER, LEONARD | | Claim Number: 8397 | |
|---|---|---|---|
| PO BOX 30416 | | Claim Date: 07/13/2009 | |
| COLUMBIA, SC 29230 | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | |
| | | Comments: DOCKET: 8093 (06/21/2010) | |
| UNSECURED | Claimed: | $0.00   UNDET | |

| UNITED STATES DEBT RECOVERY II, LLC | | Claim Number: 9491 | |
|---|---|---|---|
| TRANSFEROR: ALLSTAR SERVICES, INC. | | Claim Date: 08/13/2009 | |
| 940 SOUTHWOOD BLVD, SUITE 101 | | Debtor: SMURFIT-STONE CONTAINER CANADA INC. | |
| INCLINE VILLAGE, NV 89451 | | Comments: EXPUNGED | |
| | | DOCKET: 5738 (03/10/2010) | |
| UNSECURED | Claimed: | $3,032.88 | |

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: DELOM SERVICES INC<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 8288<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $81,612.70 | Scheduled: | $54,990.02 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: ABB INC<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 8559<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $134,968.79 | | |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: BETONNIERE LA TUQUE INC.<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 8653<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $107,956.71 | Scheduled: | $88,349.98 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CONSTRUCTION REGIONALE LA TU<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 8655<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $118,773.21 | Scheduled: | $121,022.74 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, L.<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 8903<br>Claim Date: 05/07/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $167,279.56 | Scheduled: | $166,188.64 |

| | | | | |
|---|---|---|---|---|
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, L.<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 9050<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| PRIORITY | Claimed: | $189,542.57 | | |
| UNSECURED | | | Scheduled: | $189,651.41 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: CORRE OPPORTUNITIES FUND, L.<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 12927<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| PRIORITY | Claimed: | $55,891.41 | | |
| UNSECURED | | | Scheduled: | $55,891.41 |
| UNITED STATES DEBT RECOVERY III LP<br>TRANSFEROR: DOMTAR INC.<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 13020<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $71,979.43 | Scheduled: | $71,642.69 |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: ROY METIVIER ROBERGE INC.<br>190 WEST HUFFAKER LANE, SUITE 408<br>RENO, NV 89511 | | Claim Number: 8684<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $288,415.18 | Scheduled: | $225,920.34 |
| UNITED STATES DEBT RECOVERY IV, LLC<br>TRANSFEROR: KIMERY LAWN SERVICE<br>5575 KIETZKE LANE<br>SUITE A<br>RENO, NV 89511 | | Claim Number: 8910<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| PRIORITY | Claimed: | $675.00 | | |

---

UNIVAR CANADA LTEE
ATTN: MICHELE COSSETTE
2200 CHEMIN ST-FRANCOIS
DORVAL, QC H9P 1K2
CANADA

Claim Number: 13139
Claim Date: 07/31/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $40,494.53 | Scheduled: | $40,494.53 |
|---|---|---|---|---|

---

URBACON DESIGN BUILD CORP.
ATTN: HARVEY G. CHAITON
750 LAKE SHORE BOULEVARD EAST
TORONTO, ON M4M 3M3
CANADA

Claim Number: 13212
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 7653 (03/10/2010)

| SECURED | Claimed: | $956,046.64 |
|---|---|---|

---

VANDEYAR, GUY TERRANCE
67 LAMBERT LODGE AVE
TORONTO, ON M6G 3Z1
CANADA

Claim Number: 9097
Claim Date: 08/19/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| PRIORITY | Claimed: | $57,560.58 |
|---|---|---|

---

VANDEYAR, GUY TERRANCE
580 CHRISTIE STREET
SUITE 580
TORONTO, ON M6G 3E3
CANADA

Claim Number: 12648
Claim Date: 08/18/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: POSSIBLE DUPLICATE OF 9097
DOCKET: 5769 (03/11/2010)

| UNSECURED | Claimed: | $57,560.58 |
|---|---|---|

---

VENTES PESCO LTEE
ATTN: DAVID FROST
3260 SARTELON
MONTREAL, QC H4R 1E3
CANADA

Claim Number: 8986-01
Claim Date: 08/11/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: POSSIBLE DUPLICATE OF 7664
DOCKET: 5769 (03/11/2010)

| ADMINISTRATIVE | Claimed: | $1,805.19 |
|---|---|---|

---

| | | | | | |
|---|---|---|---|---|---|
| VENTES PESCO LTEE<br>ATTN: DAVID FROST<br>3260 SARTELON<br>MONTREAL, QC H4R 1E3<br>CANADA | | Claim Number: 8986-02<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: POSSIBLE DUPLICATE OF 7664<br>DOCKET: 5769 (03/11/2010) | | | |
| UNSECURED | Claimed: | $680.36 | | | |
| VENTES PESCO LTEE (LES)<br>3260 RUE SARTELON<br>MONTREAL, QC H4R 1E3<br>CANADA | | Claim Number: 7664<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $2,485.55 | Scheduled: | $854.19 | |
| VERN'S PLUMBING<br>3505 W ASHLAN AVE<br>ATTN: RICHARD ADOMITZ<br>FRESNO, CA 93722 | | Claim Number: 12352<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $1,346.60 | | | |
| VESUVIUS CANADA INC.<br>C/O VESUVIUS USA CORPORATION<br>ATTN: STEVEN DEL COTTO<br>250 PARK WEST DRIVE<br>PITTSBURGH, PA 15275 | | Claim Number: 13270<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $51,787.95 | Scheduled: | $51,178.04 | |
| VILLA, EMIL L<br>708 BIGLER STREET<br>PHILADELPHIA, PA 19148 | | Claim Number: 8370<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| PRIORITY | Claimed: | $0.00   UNLIQ | | | |

VILLE DE LA TUQUE
375, RUE SAINT-JOSEPH
ATTN: PIERRE BOUCHARD
LA TUQUE, QC G9X 1L5
CANADA

Claim Number: 9047
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.

| | | | | |
|---|---|---|---|---|
| SECURED | Claimed: | $29,539.04 | | |

VILLE DE LA TUQUE
375, RUE SAINT-JOSEPH
ATTN: PIERRE BOUCHARD
LA TUQUE, QC G9X 1L5
CANADA

Claim Number: 9048
Claim Date: 08/17/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $286.97 | | |

VISION INSTRUMENTATION INC.
ATTN: ANDRE VOIZARD
358, MCARTHUR
ST-LAURENT, QC H4T 1X8
CANADA

Claim Number: 12847-02
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 2534 (10/30/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $307.38 | Allowed: | $307.38 |

VOITH CANADA INC.
ATTN: STEPHANIE VINCENT
2200 N. ROEMER ROAD
APPLETON, WI 54911

Claim Number: 13233
Claim Date: 08/26/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: ALLOWED
DOCKET: 6350 (03/29/2010)

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $41,933.13 | | Allowed: | $41,933.13 |
| UNSECURED | | | Scheduled: | $43,153.43 | |

VULCAN MATERIALS
ATTN: TIM DUNLEAVY
PO BOX 385016
BIRMINGHAM, AL 35238-5016

Claim Number: 8390
Claim Date: 07/13/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,839.78 | | |

W.W. GRAINGER, INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K. HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 7299
Claim Date: 08/07/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $921,225.49   UNLIQ | | |

W.W. GRAINGER, INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K. HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13359
Claim Date: 09/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $372,250.25   UNLIQ | | |
| UNSECURED | Claimed: | $548,975.24   UNLIQ | | |

WAINBEE LTD
ATTN: ANDY MYSZAKOWSKI
5789 COOPERS AVE
MISSISSAUGA, ON L4Z 3S6
CANADA

Claim Number: 8561-01
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $278.24 | Scheduled: | $276.20 |

WAINBEE LTD
ATTN: ANDY MYSZAKOWSKI
5789 COOPERS AVE
MISSISSAUGA, ON L4Z 3S6
CANADA

Claim Number: 8561-02
Claim Date: 07/20/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 2032 (09/24/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $193.32 | Allowed: | $193.32 |

WAJAX INDUSTRIES
1100 NORMAN
LACHINE, QC H8S 1A6
CANADA

Claim Number: 8242-01
Claim Date: 07/09/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: DOCKET: 8759 (11/15/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $133,530.71 | | |
| UNSECURED | Claimed: | $4,321.87 | Scheduled: | $136,293.82 |

| | | | | | | |
|---|---|---|---|---|---|---|
| WASTELESS ENVIRONMENTAL SERVICES INC.<br>ATTN: KIMBERLEY BARRETT<br>4925 109 STREET<br>SUITE 604<br>EDMONTON, AB T5K 2J8<br>CANADA | | Claim Number: 13162<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $9,335.49 | | | | |
| WAYNE GARRETT LOGGING<br>2022 SUNKEN MEADOW ROAD<br>ATTN: WAYNE GARRETT<br>SPRING GROVE, VA 23881 | | Claim Number: 11243<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | | |
| UNSECURED | Claimed: | $10,373.52 | | | | |
| WEIGH- TRONIX CANADA<br>ATTENTION JOSIANE MOLLIEX<br>217 BRUNSWICK BOULEVARD<br>POINTE-CLAIRE, QC H9R 4R7<br>CANADA | | Claim Number: 9028<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $189.35 | Scheduled: | $189.89 | | |
| WESTBURNE, DIVISION DE REXEL CANADA<br>ELECTRIQUE, INC.<br>ATTN: MARIO MARTELLINO<br>505, RUE LOCKE - BUREAU 200<br>ST-LAURENT, QC H4T 1X7<br>CANADA | | Claim Number: 8571<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: ALLOWED<br>DOCKET: 8496 (09/08/2010) | | | | |
| UNSECURED | Claimed: | $4,426.10 | Scheduled: | $4,570.20 | Allowed: | $4,426.10 |
| WESTECH INDUSTRIAL LTD<br>5636 BURBANK CRESCENT SE<br>CALGARY, AB T2H 1Z6<br>CANADA | | Claim Number: 8481<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $971.02 | Scheduled: | $959.59 | | |

| | | |
|---|---|---|
| WESTERN OILFIELDS SUPPLY CO.<br>DBA RAIN FOR RENT<br>P.O. BOX 2248<br>BAKERSFIELD, CA 93303-2248 | Claim Number: 2216<br>Claim Date: 04/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |

| UNSECURED | Claimed: | $156,460.19 |
|---|---|---|

| | | |
|---|---|---|
| WESTERN OILFIELDS SUPPLY CO. INC.<br>DBA RAIN FOR RENT<br>PO BOX 2248<br>BAKERSFIELD, CA 93303-2248 | Claim Number: 2461<br>Claim Date: 04/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |

| UNSECURED | Claimed: | $156,460.19 |
|---|---|---|

| | | |
|---|---|---|
| WILLIAM KENYON INC<br>585 CABANA<br>GRANBY, QC J2G 1P8<br>CANADA | Claim Number: 9409<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | |

| UNSECURED | Claimed: | $2,052.05 | Scheduled: | $2,138.80 |
|---|---|---|---|---|

| | | |
|---|---|---|
| WILLIAMSON, ZENA HARDY, JR<br>3201 ANDRADE AVENUE<br>RICHMOND, CA 94804 | Claim Number: 13465<br>Claim Date: 09/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |

| PRIORITY | Claimed: | $43,666.00 |
|---|---|---|

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9887<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $675,000,000.00 | UNLIQ |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10249)

---

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9912
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

---

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9937
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

---

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 10877
Claim Date: 08/25/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 | UNLIQ |

---

WILSON MACHINE CO LTD
2299 LAPIERRE
LASALLE, QC H8N 1B7
CANADA

Claim Number: 7168
Claim Date: 08/04/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $47,220.12 | Scheduled: | $38,234.25 |

---

WISHART, G. EVERETT
ATTN: JOANNE BONAZZA
#116, 114 FAIRFAX DRIVE
HALIFAX, NS B3S 1J5
CANADA

Claim Number: 12775
Claim Date: 08/24/2009
Debtor: SMURFIT-STONE CONTAINER CANADA INC.
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10249)

| | | | | | |
|---|---|---|---|---|---|
| WOLSELEY CANADA<br>ATTN: ANTONIO CIAMBRONE<br>4200 RUE HICKMORE<br>VILLE ST LAURENT, PQ H4T 1K2<br>CANADA | | Claim Number: 12774<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $25,149.08 | Scheduled: | $38,577.97 | |
| WOLSELEY INDUSTRIAL PRODUCTS GROUP INC<br>O/A MERIDIA<br>ATTN: MIKE BELAIRE<br>3780-98 STREET<br>EDMONTON, AB T6E 6B4<br>CANADA | | Claim Number: 8459<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC. | | | |
| UNSECURED | Claimed: | $5,700.79 | | | |
| XEROX CANADA LTEE<br>ATTN: MELISSA COTE<br>3400 DE MAISONNEUVE OEUST<br>SUITE 900<br>MONTREAL, QC H3Z 3G1<br>CANADA | | Claim Number: 12969<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $7,870.38 | Scheduled: | $11,729.72 | |
| YOUNG, KATHERINE A.<br>215 OUACHITA ROAD 164<br>CAMDEN, AR 71701 | | Claim Number: 12746<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-STONE CONTAINER CANADA INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $15,720.00 | | | |

## Summary Page

Total Number of Filed Claims:    884

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $9,571,033.90 | $1,221,813.53 |
| Priority: | $7,882,826.00 | $0.00 |
| Secured: | $220,293,051.03 | $0.00 |
| Unsecured: | $2,162,604,711.82 | $3,422,742.49 |
| Total: | $2,400,351,622.75 | $4,644,556.02 |

---

| | | | |
|---|---|---|---|
| ACKLANDS-GRAINGER INC.<br>C/O MCDERMOTT WILL & EMERY LLP<br>ATTN: COCO, NATHAN. HARRING, EMILY<br>227 W.MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 7940<br>Claim Date: 08/17/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: POSSIBLY AMENDED BY 13515 | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $48,394.46   UNLIQ | |

---

| | | | |
|---|---|---|---|
| ACKLANDS-GRAINGER INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13515<br>Claim Date: 10/21/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $21,296.33   UNLIQ |
| UNSECURED | Claimed: | $27,098.13   UNLIQ |

---

| | | | |
|---|---|---|---|
| AIG CASUALTY COMPANY ET. AL.<br>C/O CHARTIS U.S.<br>ATTN: MICHELLE A. LEVITT, AUTHORIZED REP<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | | Claim Number: 10802<br>Claim Date: 08/27/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: WITHDRAWN<br>DOCKET: 9022 (04/07/2011) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $4,337,261.40   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | | | |
|---|---|---|---|
| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | | Claim Number: 13573<br>Claim Date: 11/06/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: WITHDRAWN<br>DOCKET: 8421 (08/20/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

---

| | | | |
|---|---|---|---|
| BROADSPIRE SERVICES, INC. (2)<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JEFFREY CHANG<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 10819<br>Claim Date: 08/27/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: EXPUNGED<br>DOCKET: 9303 (01/29/2013) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| SECURED | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $0.00   UNLIQ |

---

| | |
|---|---|
| CANADA REVENUE AGENCY<br>ATTN: DIANE WINTERS/CHRISTOPHER LEE<br>C/O DEPARTMENT OF JUSTICE CANADA<br>130 KING STREET WEST, SUITE 3400<br>TORONTO, ON M5X 1K6<br>CANADA | Claim Number: 12981<br>Claim Date: 08/28/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II |
| UNSECURED          Claimed: | $1.00   UNLIQ |
| CANADA REVENUE AGENCY<br>NORTHERN ONTARIO REGIONAL<br>ATTN: J. THOMPKINS (1210)<br>333 LAURIER AVE. W.<br>OTTAWA, ON K1A 0L9<br>CANADA | Claim Number: 13131<br>Claim Date: 07/21/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II |
| UNSECURED          Claimed: | $359,546.89 |
| CANADA REVENUE AGENCY - NORTHERN ONTARIO<br>REGIONAL COLLECTIONS/COMPLIANCE CENTRE<br>ATTN: J. TOMPKINS (1210)<br>333 LAURIER AVE. W.<br>OTTAWA, ON K1A 0L9<br>CANADA | Claim Number: 12596<br>Claim Date: 07/21/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II |
| UNSECURED          Claimed: | $359,546.89 |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9368<br>Claim Date: 08/21/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED          Claimed: | $1,569,422.14 |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9404<br>Claim Date: 08/21/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED          Claimed: | $3,632,243.95   CONT |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | | Claim Number: 12722 Claim Date: 08/21/2009 Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
| UNSECURED | Claimed: | $1,569,422.14 |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | | Claim Number: 12757 Claim Date: 08/21/2009 Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
| UNSECURED | Claimed: | $3,632,243.95   CONT |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | | Claim Number: 13892 Claim Date: 03/15/2010 Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
| UNSECURED | Claimed: | $1,679,317.34 |
| INTEGRATED PACKAGING COMPANY, INC. ATTENTION: LOUIS F. POWELL 122 QUENTIN AVE. NEW BRUNSWICK, NJ 08901 | | Claim Number: 11980 Claim Date: 08/28/2009 Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II Comments: EXPUNGED DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $28,904.50 |
| MANUFACTURERS AND TRADERS TRUST COMPANY AS SUCCESSOR FOR THE HOLDERS OF THE 7 3/8% SENIOR NOTES DUE 2014 DEFAULT ADMIN; 285 DELAWARE AVE, 3RD FRO BUFFALO, NY 14202 | | Claim Number: 9873 Claim Date: 08/25/2009 Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $200,450,694.44   UNLIQ |

| | | | |
|---|---|---|---|
| MATZA, PATRICIA<br>5230 N 29TH STREET<br>MILWAUKEE, WI 53209 | | Claim Number: 12896<br>Claim Date: 08/27/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| PRIORITY | Claimed: | $0.00   UNDET | |
| UNSECURED | Claimed: | $0.00   UNDET | |
| NY STATE TEAMSTERS CONFERENCE PENSION &<br>RETIREMENT FUND<br>ATTN: VINCENT M. DEBELLA<br>PO BOX 4928<br>SYRACUSE, NY 13321-4928 | | Claim Number: 12547<br>Claim Date: 08/18/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: WITHDRAWN<br>DOCKET: 9146 (11/14/2011) | |
| UNSECURED | Claimed: | $335,109.64 | |
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 7300<br>Claim Date: 08/07/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| UNSECURED | Claimed: | $921,225.49   UNLIQ | |
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13355<br>Claim Date: 09/25/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| ADMINISTRATIVE | Claimed: | $372,250.25   UNLIQ | |
| UNSECURED | Claimed: | $548,975.24   UNLIQ | |
| WASHINGTON GAS ENERGY SERVICES, INC.<br>1 TEXAS STATION COURT<br>SUITE 230<br>TIMONIUM, MD 21093 | | Claim Number: 2685<br>Claim Date: 04/27/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| UNSECURED | Claimed: | $37,887.99 | |

| | |
|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9886<br>Claim Date: 08/25/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 UNLIQ |

| | |
|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9911<br>Claim Date: 08/25/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 UNLIQ |

| | |
|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9936<br>Claim Date: 08/25/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 UNLIQ |

| | |
|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 10876<br>Claim Date: 08/25/2009<br>Debtor: STONE CONTAINER FINANCE COMPANY OF CANADA II<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 UNLIQ |

SMURFIT-STONE CONTAINER CORPORATION     Case 09-10235-BLS     Doc 9663     Filed 07/16/18     Page 2245 of 2463
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10250)

Date: 07/03/2018

## Summary Page

Total Number of Filed Claims:          24

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $393,546.58 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $4,337,261.40 | $0.00 |
| Unsecured: | $2,290,200,034.19 | $0.00 |
| Total: | $2,294,930,842.17 | $0.00 |

---

ACKLANDS-GRAINGER INC
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K. HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13514
Claim Date: 10/21/2009
Debtor: 3083527 NOVA SCOTIA COMPANY
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $21,296.33 | UNLIQ |
| UNSECURED | Claimed: | $27,098.13 | UNLIQ |

---

ACKLANDS-GRAINGER INC.
C/O MCDERMOTT WILL & EMERY LLP
ATTN: COCO, NATHAN. HARRING, EMILY
227 W.MONROE STREET
CHICAGO, IL 60606

Claim Number: 7939
Claim Date: 08/17/2009
Debtor: 3083527 NOVA SCOTIA COMPANY
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $48,394.46 | UNLIQ |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10801
Claim Date: 08/27/2009
Debtor: 3083527 NOVA SCOTIA COMPANY
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BKK JOINT DEFENSE GROUP
C/O JAMES J. DRAGNA
BINGHAM MCCUTCHEN LLP
355 SOUTH GRAND AVE., STE. 4400
LOS ANGELES, CA 90071

Claim Number: 13574
Claim Date: 11/06/2009
Debtor: 3083527 NOVA SCOTIA COMPANY
Comments: WITHDRAWN
DOCKET: 8421 (08/20/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10818
Claim Date: 08/27/2009
Debtor: 3083527 NOVA SCOTIA COMPANY
Comments: EXPUNGED
DOCKET: 9303 (01/29/2013)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| | | |
|---|---|---|
| CANADA REVENUE AGENCY<br>ATTN: DIANE WINTERS/CHRISTOPHER LEE<br>C/O DEPARTMENT OF JUSTICE CANADA<br>130 KING STREET WEST, SUITE 3400<br>TORONTO, ON M5X 1K6<br>CANADA | Claim Number: 12984<br>Claim Date: 08/28/2009<br>Debtor: 3083527 NOVA SCOTIA COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | |
| UNSECURED | Claimed: | $1.00   UNLIQ |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9369<br>Claim Date: 08/21/2009<br>Debtor: 3083527 NOVA SCOTIA COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |
| UNSECURED | Claimed: | $1,569,422.14 |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9403<br>Claim Date: 08/21/2009<br>Debtor: 3083527 NOVA SCOTIA COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |
| UNSECURED | Claimed: | $3,632,243.95   CONT |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12729<br>Claim Date: 08/21/2009<br>Debtor: 3083527 NOVA SCOTIA COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |
| UNSECURED | Claimed: | $1,569,422.14 |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12749<br>Claim Date: 08/21/2009<br>Debtor: 3083527 NOVA SCOTIA COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |
| UNSECURED | Claimed: | $3,632,243.95   CONT |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | | Claim Number: 13891 Claim Date: 03/15/2010 Debtor: 3083527 NOVA SCOTIA COMPANY Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
| UNSECURED | Claimed: | $1,679,317.34 |
| INTEGRATED PACKAGING COMPANY, INC. ATTENTION: LOUIS F. POWELL 122 QUENTIN AVE. NEW BRUNSWICK, NJ 08901 | | Claim Number: 11979 Claim Date: 08/28/2009 Debtor: 3083527 NOVA SCOTIA COMPANY Comments: EXPUNGED DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $28,904.50 |
| MATZA, PATRICIA 5230 N 29TH STREET MILWAUKEE, WI 53209 | | Claim Number: 12893 Claim Date: 08/27/2009 Debtor: 3083527 NOVA SCOTIA COMPANY Comments: EXPUNGED DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |
| NY STATE TEAMSTERS CONFERENCE PENSION & RETIREMENT FUND ATTN: VINCENT M. DEBELLA PO BOX 4928 SYRACUSE, NY 13321-4928 | | Claim Number: 12555 Claim Date: 08/18/2009 Debtor: 3083527 NOVA SCOTIA COMPANY Comments: WITHDRAWN DOCKET: 9146 (11/14/2011) |
| UNSECURED | Claimed: | $335,109.64 |
| OYO GEO SPACE CANADA INC. ATTN: DAVID GRINDELL 2735 37TH AVE., N.E. CALGARY, AB T1Y 5R8 CANADA | | Claim Number: 12979 Claim Date: 08/28/2009 Debtor: 3083527 NOVA SCOTIA COMPANY Comments: EXPUNGED DOCKET: 8530 (09/13/2010) |
| ADMINISTRATIVE | Claimed: | $39,803.40 |
| UNSECURED | Claimed: | $88,792.20 |
| TOTAL | Claimed: | $88,792.20 |

| | | |
|---|---|---|
| REVENU QUEBEC<br>ATTN: JACQUES JAMMES<br>1600, BOULEVARD RENE-LEVESQUE OUEST,<br>3E ETAGE, SECTEUR R23CPF<br>MONTREAL, QC H3H 2V2<br>CANADA | Claim Number: 13278<br>Claim Date: 08/28/2009<br>Debtor: 3083527 NOVA SCOTIA COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8758 (11/15/2010) | |
| UNSECURED | Claimed: | $45,781.39 |
| REVENU QUEBEC<br>ATTN: JACQUES JAMMES<br>1600, BOULEVARD RENE-LEVESQUE OUEST,<br>3E ETAGE, SECTEUR R23CPF<br>MONTREAL, QC H3H 2V2<br>CANADA | Claim Number: 13821<br>Claim Date: 10/23/2009<br>Debtor: 3083527 NOVA SCOTIA COMPANY | |
| UNSECURED | Claimed: | $90,993.73 |
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7301<br>Claim Date: 08/07/2009<br>Debtor: 3083527 NOVA SCOTIA COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| UNSECURED | Claimed: | $921,225.49   UNLIQ |
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 13354<br>Claim Date: 09/25/2009<br>Debtor: 3083527 NOVA SCOTIA COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| ADMINISTRATIVE | Claimed: | $372,250.25   UNLIQ |
| UNSECURED | Claimed: | $548,975.24   UNLIQ |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9885<br>Claim Date: 08/25/2009<br>Debtor: 3083527 NOVA SCOTIA COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00   UNLIQ |

| WILMINGTON TRUST COMPANY | Claim Number: 9910 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: 3083527 NOVA SCOTIA COMPANY |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 UNLIQ |

| WILMINGTON TRUST COMPANY | Claim Number: 9935 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: 3083527 NOVA SCOTIA COMPANY |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 UNLIQ |

| WILMINGTON TRUST COMPANY | Claim Number: 10875 |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | Claim Date: 08/25/2009 |
| RODNEY SQUARE NORTH | Debtor: 3083527 NOVA SCOTIA COMPANY |
| 1100 NORTH MARKET STREET | Comments: WITHDRAWN |
| WILMINGTON, DE 19890 | DOCKET: 5686 (03/08/2010) |

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 UNLIQ |

## Summary Page

Total Number of Filed Claims:          23

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $433,349.98 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $4,337,261.40 | $0.00 |
| Unsecured: | $2,089,217,925.30 | $0.00 |
| Total: | $2,093,988,536.68 | $0.00 |

| ACKLANDS-GRAINGER INC.<br>C/O MCDERMOTT WILL & EMERY LLP<br>ATTN: COCO, NATHAN.  HARRING, EMILY<br>227 W.MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7938<br>Claim Date: 08/17/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |

| UNSECURED | Claimed: | $48,394.46 | UNLIQ |

| ACKLANDS-GRAINGER INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 13513<br>Claim Date: 10/21/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) |

| ADMINISTRATIVE | Claimed: | $21,296.33 | UNLIQ |
| UNSECURED | Claimed: | $27,098.13 | UNLIQ |

| AIG CASUALTY COMPANY ET. AL.<br>C/O CHARTIS U.S.<br>ATTN: MICHELLE A. LEVITT, AUTHORIZED REP<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | Claim Number: 10800<br>Claim Date: 08/27/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: WITHDRAWN<br>DOCKET: 9022 (04/07/2011) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | Claim Number: 13575<br>Claim Date: 11/06/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: WITHDRAWN<br>DOCKET: 8421 (08/20/2010) |

| UNSECURED | Claimed: | $0.00 | UNDET |

| BROADSPIRE SERVICES, INC. (2)<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JEFFREY CHANG<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | Claim Number: 10817<br>Claim Date: 08/27/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: EXPUNGED<br>DOCKET: 9303 (01/29/2013) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| | | |
|---|---|---|
| CANADA REVENUE AGENCY<br>ATTN: DIANE WINTERS/CHRISTOPHER LEE<br>C/O DEPARTMENT OF JUSTICE CANADA<br>130 KING STREET WEST, SUITE 3400<br>TORONTO, ON M5X 1K6<br>CANADA | Claim Number: 12986<br>Claim Date: 08/28/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | |
| UNSECURED          Claimed: | $1.00   UNLIQ | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9371<br>Claim Date: 08/21/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |
| UNSECURED          Claimed: | $1,569,422.14 | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9402<br>Claim Date: 08/21/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |
| UNSECURED          Claimed: | $3,632,243.95   CONT | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12728<br>Claim Date: 08/21/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |
| UNSECURED          Claimed: | $1,569,422.14 | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12750<br>Claim Date: 08/21/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |
| UNSECURED          Claimed: | $3,632,243.95   CONT | |

| | | | | |
|---|---|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | | Claim Number: 13890 Claim Date: 03/15/2010 Debtor: MBI LIMITED/LIMITEE Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) | | |
| UNSECURED | Claimed: | $1,679,317.34 | | |
| HYDRO-QUEBEC ATTN: LINE DUCHARME 140 CREMAZIE OUEST, 1 ETAGE MONTREAL, QC H2P 1C3 CANADA | | Claim Number: 13224 Claim Date: 08/26/2009 Debtor: MBI LIMITED/LIMITEE Comments: ALLOWED DOCKET: 7432 (05/04/2010) | | |
| UNSECURED | Claimed: | $70,465.33 | Allowed: | $70,465.33 |
| INTEGRATED PACKAGING COMPANY, INC. ATTENTION: LOUIS F. POWELL 122 QUENTIN AVE. NEW BRUNSWICK, NJ 08901 | | Claim Number: 11978 Claim Date: 08/28/2009 Debtor: MBI LIMITED/LIMITEE Comments: EXPUNGED DOCKET: 4132 (01/14/2010) | | |
| UNSECURED | Claimed: | $28,904.50 | | |
| MATZA, PATRICIA 5230 N 29TH STREET MILWAUKEE, WI 53209 | | Claim Number: 12892 Claim Date: 08/27/2009 Debtor: MBI LIMITED/LIMITEE Comments: EXPUNGED DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $0.00 UNDET | | |
| UNSECURED | Claimed: | $0.00 UNDET | | |
| NY STATE TEAMSTERS CONFERENCE PENSION & RETIREMENT FUND ATTN: VINCENT M. DEBELLA PO BOX 4928 SYRACUSE, NY 13321-4928 | | Claim Number: 12553 Claim Date: 08/18/2009 Debtor: MBI LIMITED/LIMITEE Comments: WITHDRAWN DOCKET: 9146 (11/14/2011) | | |
| UNSECURED | Claimed: | $335,109.64 | | |

| | | | |
|---|---|---|---|
| OYO GEO SPACE CANADA INC.<br>ATTN: DAVID GRINDELL<br>2735 37TH AVE., N.E.<br>CALGARY, AB T1Y 5R8<br>CANADA | | Claim Number: 12988<br>Claim Date: 08/28/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | |
| ADMINISTRATIVE | Claimed: | $39,803.40 | |
| UNSECURED | Claimed: | $88,792.20 | |
| TOTAL | Claimed: | $88,792.20 | |
| PNR RAILWORKS INC.<br>C/O MARTIN SHEPPARD FRASER LLP<br>BARRISTERS AND SOLICITORS<br>PO BOX 900, 4701 ST CLAIR AVE 2ND FL<br>NIAGARA FALLS, ON L2E 6O7<br>CANADA | | Claim Number: 12679<br>Claim Date: 08/20/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | |
| UNSECURED | Claimed: | $17,986.26 | |
| POON, LORETTA<br>21 COVETTE BAY NE<br>CALGARY, AB T3K 4S9<br>CANADA | | Claim Number: 12914<br>Claim Date: 08/27/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| SECURED | Claimed: | $0.00   UNLIQ | |
| PREFERRED POLYMER COATINGS LTD.<br>3134 LENWORTH DRIVE<br>MISSISSAUGA, ON L4X 2G1<br>CANADA | | Claim Number: 12394<br>Claim Date: 07/20/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | |
| SECURED | Claimed: | $48,610.66   UNLIQ | |
| REVENU QUEBEC<br>ATTN: JACQUES JAMMES<br>1600, BOULEVARD RENE-LEVESQUE OUEST<br>3E ETAGE, SECTEUR R23CPF<br>MONTREAL, QC H3H 2V2<br>CANADA | | Claim Number: 13248<br>Claim Date: 08/27/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $134.49 | |

| | | |
|---|---|---|
| TORBRAM ELECTRIC SUPPLY CORPORATION<br>C/O FLUXGOLD IZSAK JAEGER LLP<br>ATTN: BRUCE R. JAEGER<br>100 YORK BLVD., SUITE 220<br>RICHMOND HILL, ON L4B 1J8<br>CANADA | Claim Number: 8833<br>Claim Date: 07/31/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | |
| SECURED          Claimed: | $15,840.62 | |
| URBACON DESIGN BUILD CORP.<br>ATTN: HARVEY G. CHAITON<br>750 LAKE SHORE BOULEVARD EAST<br>TORONTO, ON M4M 3M3<br>CANADA | Claim Number: 13210<br>Claim Date: 08/25/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| SECURED          Claimed: | $956,046.64 | |
| VILLE DE MONTREAL<br>ATTN: DIEUVY SYLFRARD<br>155 EST NOTRE-DAME<br>BUR: 121<br>MONTREAL, QC H2Y 1B5<br>CANADA | Claim Number: 13153<br>Claim Date: 08/12/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: EXPUNGED<br>DOCKET: 8757 (11/15/2010) | |
| SECURED          Claimed: | $5,847.20 | |
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7302<br>Claim Date: 08/07/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |
| UNSECURED          Claimed: | $921,225.49   UNLIQ | |
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 13353<br>Claim Date: 09/25/2009<br>Debtor: MBI LIMITED/LIMITEE<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |
| ADMINISTRATIVE          Claimed:<br>UNSECURED          Claimed: | $372,250.25   UNLIQ<br>$548,975.24   UNLIQ | |

---

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9884
Claim Date: 08/25/2009
Debtor: MBI LIMITED/LIMITEE
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00   UNLIQ |

---

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9909
Claim Date: 08/25/2009
Debtor: MBI LIMITED/LIMITEE
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00   UNLIQ |

---

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9934
Claim Date: 08/25/2009
Debtor: MBI LIMITED/LIMITEE
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00   UNLIQ |

---

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 10874
Claim Date: 08/25/2009
Debtor: MBI LIMITED/LIMITEE
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | Claimed: | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00   UNLIQ |

---

WOLFDALE ELECTRIC LTD
C/O SPEIGEL NICHOLS FOX LLP
BARRISTERS & SOLICITORS
30 EGLINTON AVE. WEST, SUITE 400
MISSISSAUGA, ON L5R 3E7
CANADA

Claim Number: 13448
Claim Date: 09/01/2009
Debtor: MBI LIMITED/LIMITEE
Comments: EXPUNGED
DOCKET: 8758 (11/15/2010)

| | Claimed: | |
|---|---|---|
| UNSECURED | Claimed: | $15,566.70 |

---

## Summary Page

Total Number of Filed Claims:    30

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $433,349.98 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $5,363,606.52 | $0.00 |
| Unsecured: | $2,089,185,302.96 | $70,465.33 |
| Total: | $2,094,982,259.46 | $70,465.33 |

| | | | | | |
|---|---|---|---|---|---|
| 1636822 ONTARIO LTD<br>O/A ALLCRAFT PRINT & GRAPHICS<br>335 ADMIRAL BLVD<br>UNIT 1 AND 2<br>MISSISSAUGA, ON L5T 2N2<br>CANADA | Claim Number: 12714<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $728.56 | Scheduled: | $728.56 | |
| 2154015 ONTARIO INC. O/A HOLLAND LUMBER<br>1277 WILSON ROAD, NORTH<br>OSHAWA, ON L1K 2B3<br>CANADA | Claim Number: 14172<br>Claim Date: 10/29/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8909 (01/25/2011)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $5,026.42 | Scheduled: | $1,986.90 | |
| 2162113 ONTARIO LTD. O/A C & S PACKAGING<br>ATTENTION NICK STADNIK<br>688 FOXWOOD TRAIL<br>PICKERING, ON LIV 3X8<br>CANADA | Claim Number: 9017-01<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $45,816.56 | | | |
| 2162113 ONTARIO LTD. O/A C & S PACKAGING<br>ATTENTION NICK STADNIK<br>688 FOXWOOD TRAIL<br>PICKERING, ON LIV 3X8<br>CANADA | Claim Number: 9017-02<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 2534 (10/30/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $17,696.00 | | Allowed: | $17,696.00 |
| 3289419 CANADA INC.<br>ATTN: ROBERT MCCALLUM<br>444, AVE. DE LASALLE<br>MONTREAL, QC H1V 2J1<br>CANADA | Claim Number: 8538<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $476.61 | | | |

| | | | | |
|---|---|---|---|---|
| 4 REFUEL CANADA, LTD<br>ATTN: DEBRA CURRIE<br>215-9440-202 STREET<br>LANGLEY, BC V1M 4A6<br>CANADA | | Claim Number: 8224-01<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 3949<br>DOCKET: 5768 (03/11/2010) | | |
| ADMINISTRATIVE | Claimed: | $13,487.60 | | |
| 4 REFUEL CANADA, LTD<br>ATTN: DEBRA CURRIE<br>215-9440-202 STREET<br>LANGLEY, BC V1M 4A6<br>CANADA | | Claim Number: 8224-02<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 3949<br>DOCKET: 5768 (03/11/2010) | | |
| UNSECURED | Claimed: | $26,869.00 | | |
| 4REFUEL<br>215 9440 202 STREET<br>LANGLEY, BC V1M 4A6<br>CANADA | | Claim Number: 3949<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $40,356.60 | Scheduled: | $40,174.56 |
| 575157 ALBERTA INC.<br>ATTN: KAREN HUNTER<br>235068 WRANGLER LINK<br>ROCKY VIEW, AB T1X OK3<br>CANADA | | Claim Number: 8534<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $765.31 | Scheduled: | $765.31 |
| 9054-3174 QC INC.<br>ATTN: GUY GAGNON<br>371 DU BOSQUET<br>ROSEMERE, QC J7A 4J2<br>CANADA | | Claim Number: 13324<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,982.13 | Scheduled: | $3,980.24 |

SMURFIT-STONE CONTAINER CORPORATION   Case 09-10235-BLS   Doc 9663   Filed 07/16/18   Page 2261 of 2463
Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10253)

Date: 07/03/2018

9109-5463 QUEBEC INC/ PALETTE RONIC
ATTN: ERIC DUMOULIN
CP 52062 SUCC. FABREVILLE
LAVAL, QC H7P 5S1
CANADA

Claim Number: 12794
Claim Date: 08/24/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $74,907.57 | Scheduled: | $59,956.25 |
|---|---|---|---|---|

9179-8892 GROUPE CVC
1454 DAGENAIS OUEST
ATTN: J.F. ARBOUR
LAVAL, QB H76 5C7
CANADA

Claim Number: 13049
Claim Date: 08/28/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $23,785.01 |
|---|---|---|

A I M SERVICES NETWORK INC
UNIT 6 8207 SWENSON WAY
DELTA, BC V4G 1J5
CANADA

Claim Number: 13430
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $672.91 |
|---|---|---|---|---|

A.G. STACKER, INC.
ATTN: HELEN ALLEN
PO BOX 237
WEYERS CAVE, VA 24486

Claim Number: 12876
Claim Date: 08/26/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,685.44 | Scheduled: | $10,589.44 |
|---|---|---|---|---|

A.I.M. SERVICES NETWORKS INC.
#6-8207 SWENSON WAY
DELTA, BC V4G 1J5
CANADA

Claim Number: 12585
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $672.91 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| AARON MACHINE SHOP LTD<br>BAY C, 7008-5TH ST SE<br>ATTN: MOHAMMED KOUDMANI<br>CALGARY, AB T2H 2G3<br>CANADA | | Claim Number: 8671<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $13,537.57 | Scheduled: | $13,601.15 | |
| ABOUT SIGNS, 884 ONTARIO INC.<br>1200 SPEERS RD.<br>UNIT 23<br>ATTN: H. TERI ERGUN<br>OAKVILLE, ON L6L 2X4<br>CANADA | | Claim Number: 8650<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $955.57 | Scheduled: | $145.68 | |
| ACCU ELECTRIC MOTORS INC<br>ATTN: MANJIT BAJWA<br>2900 PORTLAND DRIVE<br>OAKVILLE, ON L6H 5W8<br>CANADA | | Claim Number: 8343<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $15,487.18 | Scheduled: | $14,394.30 | |
| ACIER RIVE-NORD INC.<br>480 BOUL. INDUSTRIEL<br>ATTN: NATHALIE GUERETTE<br>ST. EUSTACHE, QC J7R 5V3<br>CANADA | | Claim Number: 12934<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,096.82 | Scheduled: | $3,185.43 | |
| ACKLANDS-GRAINGER INC.<br>C/O MCDERMOTT WILL & EMERY LLP<br>ATTN: COCO, NATHAN. HARRING, EMILY<br>227 W.MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 7937<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLY AMENDED BY 13512 | | | |
| UNSECURED | Claimed: | $48,394.46   UNLIQ | | | |

| | | | | | |
|---|---|---|---|---|---|
| ACKLANDS-GRAINGER INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F COCO, EMILY K HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13512-04<br>Claim Date: 10/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 8117 (06/22/2010) | | | |

| | | | | Allowed: | $15,872.25 |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $15,872.25  UNLIQ | | | |

| | | | | | |
|---|---|---|---|---|---|
| ACKLANDS-GRAINGER INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F COCO, EMILY K HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13512-06<br>Claim Date: 10/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8407 (08/18/2010)<br>THIS CLAIM IS PAID | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $18,732.09 | Scheduled: | $35,822.69 | |

| | | | | | |
|---|---|---|---|---|---|
| AIB INTERNATIONAL-CANADA<br>1213 BAKERS WAY<br>P.O.BOX 3999<br>MANHATTAN, KS 66505-3999 | | Claim Number: 4930<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ | | | |

| | | | | | |
|---|---|---|---|---|---|
| AIG CASUALTY COMPANY ET. AL.<br>C/O CHARTIS U.S.<br>ATTN: MICHELLE A. LEVITT, AUTHORIZED REP<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | | Claim Number: 10799<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: WITHDRAWN<br>DOCKET: 9022 (04/07/2011) | | | |

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | | | |
| SECURED | Claimed: | $4,337,261.40  UNLIQ | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | |

| | | | | | |
|---|---|---|---|---|---|
| AIR LIQUIDE CANADA INC.<br>ATTENTION CHRIS VINCENT<br>23231 FRASERWOOD WAY<br>RICHMOND, BC V6V 3B3<br>CANADA | | Claim Number: 8705<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | | |

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,964.83 | Scheduled: | $1,788.85 | |

| ALBA LANGUAGE SERVICES<br>202-8680 LANSDOWNE ROAD<br>RICHMOND, BC V6X 1B9<br>CANADA | | Claim Number: 8836<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $72.87 | Scheduled: | $72.87 |
| ALBERTA ASSOCIATION OF OPTOMETRISTS<br>#100, 8407 ARGYLL ROAD NW<br>EDMONTON, AB T6C 4B2<br>CANADA | | Claim Number: 3429<br>Claim Date: 06/17/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $447.24 | Scheduled: | $240.21 |
| ALBERTA PALLET CO. LTD<br>PO BOX 3610<br>AIRDRIE, AB T4B 2B8<br>CANADA | | Claim Number: 2891<br>Claim Date: 05/11/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| ALDRED, HAROLD, ET AL.<br>ATTN: YVES ROUVES<br>BUREAU A<br>1035, HODGE<br>SAINT-LAURENT, QC H4N 2B4<br>CANADA | | Claim Number: 12978<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| SECURED | Claimed: | $1,600,339.00   UNLIQ | | |
| ALL CONNECT LOGISTICAL SERVICES<br>2139 WYECROFT ROAD<br>OAKVILLE, ON L6L 5L7<br>CANADA | | Claim Number: 3516<br>Claim Date: 06/26/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $36,562.99 | | |
| UNSECURED | Claimed: | $88,106.59 | | |

| | | | | |
|---|---|---|---|---|
| ALL-CONNECT LOGISTICAL SERVICES INC.<br>2139 WYECROFT ROAD<br>OAKVILLE, ON L6L 5L7<br>CANADA | | Claim Number: 8270<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLY AMENDED BY 9104<br>DOCKET: 5768 (03/11/2010) | | |
| UNSECURED | Claimed: | $102,414.79 | | |
| ALL-CONNECT LOGISTICAL SERVICES INC.<br>2139 WYECROFT ROAD<br>OAKVILLE, ON L6L 5L7<br>CANADA | | Claim Number: 9104<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $102,141.79 | Scheduled: | $99,749.59 |
| ALLIANCE ROOFING & SHEET METAL, LTD.<br>25 COPE COURT<br>GUELPH, ON N1K 0A4<br>CANADA | | Claim Number: 2744<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,186.07 | Scheduled: | $2,579.61 |
| ALLIANCES SERVICE GROUP INC<br>522 US HWY 9 NORTH STE 285<br>P.O.BOX 07726<br>MANALAPAN, NJ 07726 | | Claim Number: 9354<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI | | |
| PRIORITY | Claimed: | $23,423.22 | | |
| UNSECURED | | | Scheduled: | $19,890.72 |
| ALLIED BLOWER & SHEET METAL LTD<br>12224 - 103A AVENUE<br>SURREY, BC V3V 3G9<br>CANADA | | Claim Number: 5054<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $1,672.21 |

---

| ALPHAIR VENTILATING SYSTEMS INC.<br>1221 SHERWIN ROAD<br>WINNIPEG, MB R3H 0V1<br>CANADA | Claim Number: 5589<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $1,702.41 | Scheduled: | $1,702.41 |

---

| AMENG ENGINEERING LTD<br>PO BOX 87036<br>AJAX, ON L1S 7K5<br>CANADA | Claim Number: 6728<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $11,996.40 |

---

| ANG, CHARLES<br>4668 DRAKESTONE CRESCENT<br>MISSISSAUGA, ON L5R 1K6<br>CANADA | Claim Number: 12760<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET 8833 (12/09/2010) |

| PRIORITY | Claimed: | $9,282.29 |

---

| ANNAN & BIRD LITHOGRAPHERS, LTD.<br>ATTN: STEVE DOOREY<br>1060 TRISTAR DR<br>MISSISSAUGA, ON L5T 1H9<br>CANADA | Claim Number: 13299<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET 8495 (09/08/2010) |

| ADMINISTRATIVE | Claimed: | $271,960.97 | | | Allowed: | $206,559.83 |
| UNSECURED | Claimed: | $333,800.24 | Scheduled: | $807,394.35 UNLIQ | Allowed: | $127,240.41 |
| TOTAL | Claimed: | $333,800.24 | | | | $0.00 |

---

| APOLLO PROPANE INC.<br>4020-118 AVENUE<br>EDMONTON, AB T5W 1A1<br>CANADA | Claim Number: 5806<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010) |

| UNSECURED | Claimed: | $230.90 | Scheduled: | $185.02 |

| | | | | |
|---|---|---|---|---|
| ARGO PARTNERS<br>TRANSFEROR: ONE SOURCE INDUSTRIAL SUPPLI<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | | Claim Number: 304<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $13,201.74 | Scheduled: | $10,932.18 |
| ARGO PARTNERS<br>TRANSFEROR: SERVICES SODEC INC.<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | | Claim Number: 883<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $22,861.37 | | |
| ARGO PARTNERS<br>TRANSFEROR: DIAL ONE WOLFEDALE ELECTRIC<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | | Claim Number: 1926<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $61,847.77 |
| ARGO PARTNERS<br>TRANSFEROR: SERVICES DE PERSONNEL UNIQUE<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | | Claim Number: 2917<br>Claim Date: 05/12/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| ARGO PARTNERS<br>TRANSFEROR: CENTRAL DIE SUPPLIES INC<br>12 WEST 37TH ST, 9TH FLOOR<br>NEW YORK, NY 10018 | | Claim Number: 8021<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $84,165.23 |

---

ARGO PARTNERS
TRANSFEROR: KINGSWAY TRANSPORT
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 8240-02
Claim Date: 07/08/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8535 (09/14/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $208.29 | | |

ARGO PARTNERS
TRANSFEROR: CORRPAR INDUSTRIES LTD
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 8762-01
Claim Date: 07/28/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $34,229.86 | | |

ARGO PARTNERS
TRANSFEROR: CORRPAR INDUSTRIES LTD
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 8762-02
Claim Date: 07/28/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 2534 (10/30/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $12,920.21 | Allowed: | $12,920.21 |

ARGO PARTNERS
TRANSFEROR: DIAL ONE WOLFEDALE ELECTRIC
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 8837
Claim Date: 07/31/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLE DUPLICATE OF 1926
Claim amount is $79,492.57 CDN

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

ARGO PARTNERS
TRANSFEROR: L.V. LOMAS LIMITED
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 8982
Claim Date: 08/11/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $72,041.91 | | |

ARGO PARTNERS
TRANSFEROR: NEWALTA CORPORATION
12 WEST 37TH ST, 9TH FLOOR
NEW YORK, NY 10018

Claim Number: 13327
Claim Date: 08/04/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $65,939.48 | Scheduled: | $68,067.65 | | |

ARODAL SERVICES (ONTARIO) LTD.
UNIT # 8, 6150 KENNEDY ROAD
ATTN: SANDY SNEDDON, CFO
MISSISSAUGA, ON L5T 2J4
CANADA

Claim Number: 8864
Claim Date: 08/04/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,669.03 | Scheduled: | $4,614.05 | | |

ARPAC STORAGE SYSTEMS CORPORATION
ATTN: JIM KNECHTEL
7663 PROGRESS WAY
DELTA, BC V4G 1A2
CANADA

Claim Number: 8537
Claim Date: 07/17/2009
Debtor: SMURFIT-MBI
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $1,912.24 | Scheduled: | $9,243.41 | Allowed: | $1,912.24 |

ASM CAPITAL III, L.P.
TRANSFEROR: ALLIANCE MACHINE SYSTEMS INT
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 3506-05
Claim Date: 06/24/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 3287 (12/18/2009)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $16,400.29 | Scheduled: | $73,684.50 | | |

ASM CAPITAL III, L.P.
TRANSFEROR: PROMOTIONAL ALLIANCE GROUP I
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

Claim Number: 7819-03
Claim Date: 08/14/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $12,035.64 | | | | |
| UNSECURED | | | Scheduled: | $30,939.39 | | |

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL III, L.P.<br>TRANSFEROR: PROMOTIONAL ALLIANCE GROUP I<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 7819-04<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $25,924.06 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: THE NATIONAL UNION FIRE<br>INSURANCE COMPANY<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 7924-01<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8530 (09/13/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $10,179.74 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: BOGAR-PATERSON LTD.<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 10058<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,888.71 | Scheduled: | $6,419.38 |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: THE NATIONAL UNION FIRE<br>INSURANCE COMPANY<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 12640<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | |
| ADMINISTRATIVE | Claimed: | $3,253.81 | | |
| UNSECURED | Claimed: | $13,433.55 | | |
| TOTAL | Claimed: | $13,433.55 | | |
| ASM CAPITAL III, L.P.<br>TRANSFEROR: THE NATIONAL UNION FIRE<br>INSURANCE COMPANY<br>7600 JERICHO TURNPIKE SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 13157<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | |
| ADMINISTRATIVE | Claimed: | $78,493.47 | | |
| UNSECURED | Claimed: | $603,786.61 | | |

| | | | | | |
|---|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: CONDITION AND ENERGY MONITOR<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 589-02<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $8,000.00 | | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: DOUBLE E COMPANY, LLC<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 2378<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $6,788.34 | Scheduled: | $6,788.34 | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: DARYL-EVANS SERVICES<br>MECHANICAL LTD<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 5213<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $5,379.49 | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: CORR A BOX PACKAGING LTD<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6380<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: CORR-A-BOX PACKAGING LTD.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6382<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $40,306.93 | |

| | | | | |
|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: SCOTTS PRESSURE WASH<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 6668<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,312.86 | Scheduled: | $5,312.86 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: FIRSTLINE FILTRATION<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 7348<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $14,074.44 | Scheduled: | $14,074.44 |
| ASM CAPITAL, L.P.<br>TRANSFEROR: KISSNER MILLING CO LTD<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 8647<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,216.56 | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: UBA INC<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 8673<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,922.35 | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: OASIS ALIGNMENT SERVICES, LT<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 8772<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $16,532.55 | Scheduled: | $30,491.32 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: OASIS ALIGNMENT SERVICES, LT<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 8773<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,030.29 | | | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: OASIS ALIGNMENT SERVICES, LT<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 8774<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $13,872.48 | | | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: MINIMAX EXPRESS TRANSPORTAIO<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 8792<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $6,263.66 | Scheduled: | $6,242.43 | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: KISSNER MILLING CO LTD<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 8860-01<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-MBI | | | | |
| UNSECURED | Claimed: | $8,980.82 | Scheduled: | $11,978.77 | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: KISSNER MILLING CO LTD<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 8860-02<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 2032 (09/24/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $1,713.65 | | | Allowed: | $1,713.65 |

---

ASM CAPITAL, L.P.
TRANSFEROR: FIRSTLINE FILTRATION INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 8942-01
Claim Date: 08/07/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $2,757.40 |
| --- | --- | --- |

ASM CAPITAL, L.P.
TRANSFEROR: FIRSTLINE FILTRATION INC.
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 8942-02
Claim Date: 08/07/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,004.08 |
| --- | --- | --- |

ASM CAPITAL, L.P.
TRANSFEROR: UBA INC
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 9508
Claim Date: 07/27/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,064.17 | Scheduled: | $16,668.16 |
| --- | --- | --- | --- | --- |

ASM CAPITAL, L.P.
TRANSFEROR: DOE-SHAN AUTOMATION
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 9700
Claim Date: 08/24/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $13,187.54 | Scheduled: | $12,363.93 |
| --- | --- | --- | --- | --- |

ASM CAPITAL, L.P.
TRANSFEROR: TUBOQUIP INC
ATTN: ADAM MOSKOWITZ
7600 JERICHO TURNPIKE, SUITE 302
WOODBURY, NY 11797

Claim Number: 12677
Claim Date: 07/20/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 2205 (10/09/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | | | Allowed: | $992.95 |
| --- | --- | --- | --- | --- | --- | --- |
| UNSECURED | | | Scheduled: | $5,751.06 | | |

| | | | | | |
|---|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: ONTARIO FRUIT AND VEGETABLE<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 12696<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $9,749.51 | Scheduled: | $13,375.93 | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: GROUPE CADEC LTEE<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 12713<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $8,154.27 | Scheduled: | $8,058.24 | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: MANPOWER<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 12853<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $137,495.46 | Scheduled: | $137,495.46 UNLIQ | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: EAM-MOSCA (CANADA) LTD<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 12884<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $63,892.66 | Scheduled: | $64,533.81 | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: GARDA CANADA SECURITY CORPOR<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 13048<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $12,989.97 | Scheduled: | $12,888.05 | |

| | | | | | |
|---|---|---|---|---|---|
| ASM CAPITAL, L.P.<br>TRANSFEROR: MEEHAN'S INDUSTRIAL<br>MAINTENACE LTD<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 13130<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $558,543.87 | Scheduled: | $533,966.12  UNLIQ | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: DOE-SHAN AUTOMATION<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 13240<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 9700<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $13,187.54 | | | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: STRAPCO INC.<br>ATTN: ADAM MOSKOWITZ<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 13265<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $15,238.75 | Scheduled: | $15,498.61 | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ACN COURIER<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 13292<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $14,363.86 | Scheduled: | $14,363.86 | |
| ASM CAPITAL, L.P.<br>TRANSFEROR: ACN COURIER<br>7600 JERICHO TURNPIKE, SUITE 302<br>WOODBURY, NY 11797 | | Claim Number: 13293<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 13292<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $14,363.86 | | | |

---

ASSORTED METALS
BAY A 7008 5 STREET SE
CALGARY, AB T2H 2G3
CANADA

Claim Number: 12351
Claim Date: 07/14/2009
Debtor: SMURFIT-MBI
Comments:
Claim amount of 153.51 CND

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $130.36 |

---

ASSORTED METALS SUPERSTORE LTD.
ATTN: JOSEPH
BAY A 7008 5TH STREET
S.E. CALGARY, AB T2Z 4S4
CANADA

Claim Number: 8421
Claim Date: 07/14/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $125.77 |

---

ASSPPQ - ASSIFQ
1175, AVENUE LAVIGERIE, BUREAU 210
ATTN: FRANCE HUOT
QUEBEC, QC G1V 1P1
CANADA

Claim Number: 8282
Claim Date: 07/10/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,403.17 | Scheduled: | $3,863.48 |

---

AUTOMATION DCO, INC.
ATTN: DENIS COTE
4681 CROISSANT DE ILES
LAVAL, QC H7W 5J2
CANADA

Claim Number: 13165
Claim Date: 08/18/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $14,075.75 | Scheduled: | $14,526.29 |

---

AVENUE INDUSTRIAL SUPPLY CO LTD.
ATTN: BOB SETNYK
331 ALDEN ROAD
UNIT 2
MARKHAM, ON L3R 3L4
CANADA

Claim Number: 13136
Claim Date: 07/29/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,397.46 | Scheduled: | $2,369.23 |

---

| | | | | | |
|---|---|---|---|---|---|
| AZTEC HYDRAULICS INC<br>7045B TOMKEN ROAD<br>MISSISSAUGA, ON L5S 1R7<br>CANADA | | Claim Number: 12312<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $677.46 | Scheduled: | $673.89 | |
| B AND B LANDSCAPING AND CARTAGE INC<br>66 2ND STREET<br>WEST ST. PAUL, MB R2P 0G5<br>CANADA | | Claim Number: 13662<br>Claim Date: 11/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| PRIORITY | Claimed: | $0.00 | | | |
| B&B DYNAMO & ARMATURE LTD<br>ATTN: LESLEY LISCHKA<br>542 MCTAVISH STREET<br>WINNIPEG, MB R2J 2W5<br>CANADA | | Claim Number: 13166<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $8,063.09 | Scheduled: | $8,023.61 | |
| B.C. HYDRO<br>C/O CREDIT ADMINISTRATION<br>C01-6911 SOUTHPOINT DRIVE<br>BURNABY, BC V3N 4X8<br>CANADA | | Claim Number: 12444<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $42,936.35 | | | |
| BARCODE GRAPHICS INC<br>5-25 BRODIE DR<br>ATTN: ANITA WONG<br>RICHMOND HILL, ON L4B 3K7<br>CANADA | | Claim Number: 8674<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,819.57 | Scheduled: | $3,779.63 | |

| | | | | | |
|---|---|---|---|---|---|
| BARRY-WEHMILLER COMPANIES, INC /<br>MARQUIP WARD UNITED<br>8020 FORSYTH BLVD.<br>C/O BILL STABLER<br>SAINT LOUIS, MO 63105 | | Claim Number: 7274<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $79,323.80 | Scheduled: | $172,879.47 UNLIQ | |
| BATTERY MAN, THE<br>1390 ST JAMES STREET<br>WINNIPEG, MB R3H 0L1<br>CANADA | | Claim Number: 8180<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $89.59 | | | |
| BATTLEFIELD EQUIPMENT RENTALS<br>A DIVISION OF TOROMONT INDUSTRIES LTD.<br>P.O. BOX 9340 LCD #4<br>HAMILTON, ON L8H 7S8<br>CANADA | | Claim Number: 8255<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $7,303.82 | Scheduled: | $7,294.21 | |
| BAY BROKERAGE INC.<br>P.O. BOX 472<br>STITTSVILLE, ON K2S 1A6<br>CANADA | | Claim Number: 1027<br>Claim Date: 03/02/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8537 (09/14/2010) | | | |
| PRIORITY | Claimed: | $297.65 | | | |
| UNSECURED | Claimed: | $1,100.00 | Scheduled: | $45,628.76 | |
| BAYSHORE ELECTRIC LTD,<br>976 CORONA CRESCENT<br>COQUITLAM, BC V3J 6Y9<br>CANADA | | Claim Number: 3198<br>Claim Date: 06/01/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | | |

| | | | | |
|---|---|---|---|---|
| BC BEARING ENGINEERING LTD<br>8985 FRASERWOOD COURT<br>BURNABY, BC V5J 5E8<br>CANADA | | Claim Number: 8320<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,492.24 | | |
| BC SAFETY AUTHORITY<br>505 - 6TH STREET, SUITE 200<br>ATTN: AMINA GIBBS<br>NEW WESTMINSTER, BC V3L 0E1<br>CANADA | | Claim Number: 13042<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $250.70 | | |
| BDI CANADA INC.<br>6235 TOMKEN ROAD<br>ATTN: TED CHISHOLM<br>MISSISSAUGA, ON L5T 1K2<br>CANADA | | Claim Number: 13057<br>Claim Date: 08/30/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $692,810.00 | Scheduled: | $388,729.67 |
| BEARING & TRANSMISSION<br>JANE COSTEN<br>143 WHEELER STREET<br>SASKATOON, SK S7P 0A4<br>CANADA | | Claim Number: 8741<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $812.31 | Scheduled: | $812.31 |
| BEARING & TRANSMISSION<br>JANE COSTEN<br>143 WHEELER STREET<br>SASKATOON, SK S7P 0A4<br>CANADA | | Claim Number: 8742<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,366.88 | Scheduled: | $2,366.88 |

| | | | | | |
|---|---|---|---|---|---|
| BELT MASTER<br>130 MATHESON BLVD E<br>MISSISSAUGA, ON L4Z 1Y6<br>CANADA | | Claim Number: 12493<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $14,023.59 | Scheduled: | $14,581.77 | |
| BELTERRA CORPORATION<br># 20 - 700 - 58TH AVENUE S.E.<br>ATTN: BRIAN FRIESEN<br>CALGARY, AB T2H 2E2<br>CANADA | | Claim Number: 13041<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $15,818.43 | Scheduled: | $17,799.43 | |
| BELTERRA CORPORATION<br>ATTN: BRIAN FRIESEN<br>1638 FOSTERS WAY<br>DELTA, BC V3M 6S6<br>CANADA | | Claim Number: 13297<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,818.25 | | | |
| BELTERRA CORPORATION<br>BRIAN FRIESEN<br>1525 DUBLIN AVE<br>WINNIPEG, MB R3E 3N2<br>CANADA | | Claim Number: 13298<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $914.93 | | | |
| BELVEDERE INTERNATIONAL INC.<br>5675 KEATON CRESCENT<br>MISSISSAUGA, ON L5R 3G3<br>CANADA | | Claim Number: 13435<br>Claim Date: 08/22/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $20,396.87 | Scheduled: | $4,456.35 | |

---

BENSON, PAULINE
PH4-880 DUNDAS STREET WEST
MISSISSAUGA, ON L5C 4H3
CANADA

Claim Number: 8943
Claim Date: 08/07/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $40,965.00 |
|---|---|---|

BENSON, PAULINE
PH4-880 DUNDAS STREET WEST
MISSISSAUGA, ON L5C 4H3
CANADA

Claim Number: 8944
Claim Date: 08/07/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $50,000.00 |
|---|---|---|

BEVERAGE BREAKS
#10 8005 ALEXANDER RD
DELTA, BC V4G 1C6
CANADA

Claim Number: 8626
Claim Date: 07/21/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $22.24 |
|---|---|---|

BFI CANADA INC
ATTN: SYLVIE BLAIS
4141, GRANDE ALLEE
BOISBRIAND, QC J7H 1M7
CANADA

Claim Number: 8987
Claim Date: 08/11/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $8,793.06 | Scheduled: | $8,423.02 |
|---|---|---|---|---|

BKK JOINT DEFENSE GROUP
C/O JAMES J. DRAGNA
BINGHAM MCCUTCHEN LLP
355 SOUTH GRAND AVE., STE. 4400
LOS ANGELES, CA 90071

Claim Number: 13576
Claim Date: 11/06/2009
Debtor: SMURFIT-MBI
Comments: WITHDRAWN
DOCKET: 8421 (08/20/2010)

| UNSECURED | Claimed: | $0.00   UNDET |
|---|---|---|

---

BLUE OPPORTUNITIES FUND, LP
TRANSFEROR: DAFCO FILTRATION GROUP
ATTN: CLAIMS PROCESSING DEPT.
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 5364
Claim Date: 07/16/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $148.58 | Scheduled: | $148.58 |
|---|---|---|---|---|

BLUE OPPORTUNITIES FUND, LP
TRANSFEROR: KEEN-EDGE SHARPENING
ATTN: CLAIMS PROCESSING DEPT.
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 6499
Claim Date: 07/27/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $276.07 | Scheduled: | $276.07 |
|---|---|---|---|---|

BLUE OPPORTUNITIES FUND, LP
TRANSFEROR: ANCHOR CONSTRUCTION INDUSTRI
ATTN: CLAIMS PROCESSING DEPT.
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 7052
Claim Date: 08/03/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $310.90 | Scheduled: | $255.44 |
|---|---|---|---|---|

BLUE OPPORTUNITIES FUND, LP
TRANSFEROR: LE GROUPE ROTALEC INC
P.O. BOX 14610
ATTN: CLAIMS PROCESSING DEPT.
SURFSIDE BEACH, SC 29587

Claim Number: 12449
Claim Date: 07/30/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $412.59 | Scheduled: | $427.64 |
|---|---|---|---|---|

BLUE OPPORTUNITIES FUND, LP
TRANSFEROR: VAN HOUTTE COFFEE
ATTN: CLAIMS PROCESSING DEPT.
P.O. BOX 14610
SURFSIDE BEACH, SC 29587

Claim Number: 12489
Claim Date: 08/07/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $185.30 | Scheduled: | $185.30 |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| BOWMANVILLE WOOD PRODUCTS INC.<br>261 BASELINE RD EAST<br>BOWMANVILLE, ON L1C 4B5<br>CANADA | | Claim Number: 12339<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>Claim amount of 3,223.71 CDN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $2,623.68 |
| BRENDAN MOORE & ASSOCIATES LTD.<br>2060 WINSTON PARK DRIVE<br>SUITE 400<br>ATTN: ANNA BARKHOUSE<br>OAKVILLE, ON L6H 5R7<br>CANADA | | Claim Number: 12936<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,022.30 | | |
| BRETCO ELECTRIC INC.<br>ATTN: KATHY PATTERSON<br>8193 ESQUESING LINE<br>MILTON, ON L9T 2X9<br>CANADA | | Claim Number: 13244<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 13245<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $17,260.93 | | |
| BRETCO ELECTRIC INC.<br>251 NIPISSING ROAD<br>MILTON, ON L9T 4Z5<br>CANADA | | Claim Number: 13245<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $17,260.93 | Scheduled: | $17,269.04 |
| BREWER'S DISTRIBUTOR LTD<br>ATTENTION MASSIMO ANTONACCI<br>5900 EXPLORER DRIVE<br>MISSISSAUGA, ON L4W 5L2<br>CANADA | | Claim Number: 9015<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $13,291.09 | Scheduled: | $23,154.68 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BREWERS RETAIL INC<br>5900 EXPLORER DRIVE<br>ATTN: DIANA KROLO<br>MISSISSAUGA, ON L4W 5L2<br>CANADA | | Claim Number: 13040-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 7555 (05/10/2010) | | | | |
| UNSECURED | Claimed: | $22,298.07 | Scheduled: | $199,122.55 | | |
| BREWERS RETAIL INC<br>5900 EXPLORER DRIVE<br>ATTN: DIANA KROLO<br>MISSISSAUGA, ON L4W 5L2<br>CANADA | | Claim Number: 13040-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 2813 (11/18/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $22,298.07 | | | Allowed: | $22,298.07 |
| BRIDGEVEYOR OVERHEAT SYSTEMS LTD<br>160 DON PARK RD UNIT 2<br>MARKHAM, ON L3R 1C3<br>CANADA | | Claim Number: 12136<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,751.00 | Scheduled: | $2,260.29 | | |
| BRITCO LEASING LTD<br>ATT: ALEX PODULSKY<br>PO BOX 298<br>MILNER, BC V0X 1T0<br>CANADA | | Claim Number: 8472<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $282.58 | | | | |
| BROADSPIRE SERVICES, INC. (2)<br>WILDMAN HARROLD ALLEN & DIXON, LLP<br>C/O JEFFREY CHANG<br>225 WEST WACKER DRIVE<br>CHICAGO, IL 60606 | | Claim Number: 10816<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 9303 (01/29/2013) | | | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | | | |
| SECURED | Claimed: | $0.00   UNLIQ | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | | |

| BRUCE R. SMITH LIMITED<br>ATTN: FRISTEN DICKSON<br>RR #2<br>SIMCOE, ON N3Y 4K1<br>CANADA | | Claim Number: 8401<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
|---|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00 | | | |
| SECURED | Claimed: | $0.00 | | | |
| UNSECURED | Claimed: | $15,274.30 | | | |
| BRUCE R. SMITH LTD<br>R.R. 2<br>SIMCOE, ON N3Y 4K1<br>CANADA | | Claim Number: 4592<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>18,648.00 CANADIAN | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $15,274.30 | |
| BRUNO MACHINE SHOP LTD<br>46 SIX POINT ROAD<br>TORONTO, ON M8Z 2X2<br>CANADA | | Claim Number: 12066<br>Claim Date: 08/31/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $267.50 | Scheduled: | $216.58 | |
| BST TRADING INC<br>2042 CASE CRT<br>ATTN: MILOS JESKO<br>LONDON, ON N6G 5G1<br>CANADA | | Claim Number: 12937<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,693.65 | | | |
| BUI, KHANH<br>33 MAXIMILLIAN ST<br>VAUGHAN, ON L4H 2S6<br>CANADA | | Claim Number: 13330<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

| | | | | |
|---|---|---|---|---|
| BURLINGTON HYDRO INC.<br>ATTN: HELENA HAMMOND<br>1340 BRANT STREET<br>BURLINGTON, ON L7R 3Z7<br>CANADA | | Claim Number: 8427<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $69,298.43 | | |
| C & S PACKAGING<br>688 FOXWOOD TRAIL<br>PICKERING, ON L1V 3X8<br>CANADA | | Claim Number: 12505<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $63,813.09 | Scheduled: | $63,512.56 |
| C H ROBINSON CO<br>14701 CHARLSON ROAD<br>EDEN PRAIRIE, MN 55347 | | Claim Number: 9211-03<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $85,618.78 | | |
| CANADA COLORS & CHEMICALS LIMITED<br>ATTN: JOANNE THOMAS<br>175 BLOOR ST. E., SUITE 1300<br>NORTH TOWER<br>TORONTO, ON M4W 3R8<br>CANADA | | Claim Number: 13149<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,734.98 | Scheduled: | $8,423.35 |
| CANADA REVENUE AGENCY<br>P.O. BOX 1655<br>WINDSOR, ON N9A 7G7<br>CANADA | | Claim Number: 8639<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $219.20 | | |

---

CANADA STEEL SERVICE CENTRE INC.
25 CUDDY BLVD
LONDON, ONT., N5V 3Y3
CANADA

Claim Number: 5445
Claim Date: 07/16/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,062.71 | Scheduled: | $890.73 |
|-----------|----------|-----------|------------|---------|

---

CANADIAN CRYSTAL COMPANY
80 ALICE STREET
GUELPH, ON N1E 2Z8
CANADA

Claim Number: 5994
Claim Date: 07/20/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,680.85 | | |
|-----------|----------|-----------|--|--|

---

CANADIAN INDUSTRIAL DISTRIBITORS INC
175 SUN PAC BLVE, UNIT 2A
BRAMPTON, ON L6X 5Z6
CANADA

Claim Number: 8174
Claim Date: 03/20/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $44.47 | Scheduled: | $36.01 |
|-----------|----------|--------|------------|--------|

---

CANADIAN NATIONAL RAILWAY COMPANY
ATTN: MARTIN CYR
935 DE LA GAUCHETIERE STREET WEST
FLOOR 4
MONTREAL, QC H3B 2M9
CANADA

Claim Number: 13243
Claim Date: 08/26/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $194,488.88 | | |
|-----------|----------|-------------|--|--|

---

CANADIAN PACIFIC RAILWAY COMPANY
PO BOX 6502
WINNIPEG, MB R3C 4N6
CANADA

Claim Number: 11631-01
Claim Date: 08/28/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $48,193.35 | Scheduled: | $1,597.38 |
|-----------|----------|------------|------------|-----------|

| | | | | |
|---|---|---|---|---|
| CANADIAN PACIFIC RAILWAY COMPANY<br>PO BOX 6502<br>WINNIPEG, MB R3C 4N6<br>CANADA | | Claim Number: 11631-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| CANAMEX TRANSITAIRE INTERNATIONAL INC<br>1939 BOWL LIONEL-BERTRAND<br>BOISBRIAND, QC J7H 1N8<br>CANADA | | Claim Number: 8916<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,122.11 | Scheduled: | $1,558.21 |
| CANON CANADA INC.<br>PO BOX 77271<br>MISSISSAUGA, ON L5T 0A9<br>CANADA | | Claim Number: 7749<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| PRIORITY | Claimed: | $1,054.71 | | |
| UNSECURED | | | Scheduled: | $2,204.17 |
| CANPACO INC.<br>256 AVIVA PARK DRIVE<br>ATTN: MARC COHEN<br>WOODBRIDGE, ON L4L 9C7<br>CANADA | | Claim Number: 8819<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $13,106.92 | | |
| CANTEST LTD.<br>4606 CANADA WAY<br>BURNABY, BC V5G 1K5<br>CANADA | | Claim Number: 8233<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $74.84 | | |

| | | | | |
|---|---|---|---|---|
| CANTOL LIMITED<br>199 STEELCASE ROAD WEST<br>MARKHAM, ON L3R 2M4<br>CANADA | | Claim Number: 8312<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $666.50 | | |
| CAPITOL CONVERTING EQUIPMENT INC<br>520 BUSSE HIGHWAY<br>PARK RIDGE, IL 60068 | | Claim Number: 4055<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,372.46 | Scheduled: | $1,372.46 |
| CARD QUEST INC<br>PO BOX 1915<br>ELFERS, FL 34680-1915 | | Claim Number: 10096<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $197.20 | Scheduled: | $197.20 |
| CARLYLE PRINTERS<br>1555 DUBLIN AVE, UNIT 4<br>WINNIPEG, MB R3E 3M8<br>CANADA | | Claim Number: 7513<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,010.80 | Scheduled: | $5,170.78 |
| CARTON UNIPACK INC.<br>1375 RUE BROUILLETTE<br>C.P. 134<br>ST. HYACINTHE, QC J2S 7BA<br>CANADA | | Claim Number: 8253<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $29,094.59 | | |

CASCO INC
C/O CORN PRODUCTS INTERNATIONAL, INC.
5 WESTBROOK CORPORATE CENTER
ATTN: RICHARD A. DUDA, ESQ.
WESTCHESTER, IL 60154

Claim Number: 13043
Claim Date: 08/28/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $644,385.20 | Scheduled: | $941,957.78 | UNLIQ |

CDS CONSTRUCTION & DESIGN SERVICES LTD.
ATTN: H. MACNEIL
501 BROCK ST. SOUTH
WHITBY, ON L1N 4K8
CANADA

Claim Number: 12657
Claim Date: 08/19/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $4,273.14 | | |
| UNSECURED | | | Scheduled: | $4,273.14 |

CELPLAST PACKAGING
67 COMMANDER BOULEVARD UNIT # 4
ATTN: JULIE RAMHARAKH
TORONTO, ON M1S 3M7
CANADA

Claim Number: 13044
Claim Date: 08/28/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| PRIORITY | Claimed: | $45,922.48 |

CENTRAL CLEANING CONTRACTORS LIMITED
315 POLSON AVENUE
ATTN: DAVID JOHNSON OR PETRA JOHNSON
WINNIPEG, MB R2W 0N2
CANADA

Claim Number: 12507
Claim Date: 08/14/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $9,865.25 |

CENTRAL CLEANING CONTRACTORS LTD
315 POLSON AVENUE
WINNIPEG, MB R2W 0N2
CANADA

Claim Number: 9031
Claim Date: 08/14/2009
Debtor: SMURFIT-MBI

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $8,822.75 | | |
| UNSECURED | Claimed: | $1,042.50 | Scheduled: | $9,865.25 |

| | | |
|---|---|---|
| CENTRAL CLEANING CONTRACTORS LTD.<br>315 POLSON AVENUE<br>WINNIPEG, MB R2W 0N2<br>CANADA | Claim Number: 12625<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | |
| PRIORITY | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $0.00 UNLIQ |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9370<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |
| UNSECURED | Claimed: | $1,569,422.14 |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9401<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |
| UNSECURED | Claimed: | $3,632,243.95 CONT |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12721<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |
| UNSECURED | Claimed: | $1,569,422.14 |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12758<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |
| UNSECURED | Claimed: | $3,632,243.95 CONT |

| | | | | |
|---|---|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | | Claim Number: 13889<br>Claim Date: 03/15/2010<br>Debtor: SMURFIT-MBI<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | | |
| UNSECURED | Claimed: | $1,679,317.34 | | |
| CHEMFAX PRODUCTS LTD<br>11444 42 STREET SE<br>CALGARY, AB T2C 5C4<br>CANADA | | Claim Number: 12706<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>The claim amount is 2201.40 CAN. | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $1,808.58 |
| CHEMFAX PRODUCTS LTD<br>ATTN: LAURIE PFEIFER<br>11444-42 STREET SE<br>CALGARY, AB T2C 5C4<br>CANADA | | Claim Number: 12707<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,000.00 | | |
| CHESSMAN TIRE LTD.<br>PO BOX 72024<br>OTTEWELL RPO<br>EDMONTON, AB T6B 3A7<br>CANADA | | Claim Number: 2205<br>Claim Date: 04/14/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,525.60 | | |
| CHOTECH HYDRAULIQUE LTEE<br>2865 RUE DE MINIAC<br>VILLE ST-LAURENT, QC H4S 1L8<br>CANADA | | Claim Number: 8251<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $828.12 | Scheduled: | $830.47 |

| CINTAS CORPORATION<br>C/O JASON V. STITT<br>KEATING MUETHING & KLEKAMP PLL<br>ONE EAST 4TH ST., 14TH FLOOR<br>CINCINNATI, OH 45202 | Claim Number: 11677-03<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 7844 (06/02/2010) | | |
|---|---|---|---|
| UNSECURED          Claimed: | $6,611.72 | Allowed: | $6,611.72 |
| CIT FINANCIAL LTD<br>ATTN: ISOBEL FRASER<br>5035 SOUTH SERVICE ROAD<br>BURLINGTON, ON L7R 348<br>CANADA | Claim Number: 5375<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| SECURED          Claimed: | $23,183.54 | | |
| CLARIANT (CANADA) INC<br>ATTN: GARY MULHHERIN<br>C/O 4000 MONROE RD.<br>CHARLOTTE, NC 28205 | Claim Number: 13164<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED          Claimed: | $137.12 | | |
| CLARKE TRANSPORT, INC<br>751 BOWES RD. W, UNITA, BOX 32<br>CONCORD, ON L4K 1B2<br>CANADA | Claim Number: 8229<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED          Claimed: | $741.66 | | |
| COMMERCIAL SOLUTIONS INC<br>4203-95 STREET<br>EDMONTON, AB T6E 5R6<br>CANADA | Claim Number: 8331<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED          Claimed: | $973.90 | Scheduled: | $1,005.92 |

| | | | |
|---|---|---|---|
| COMMISSION DE LA SANTE ET DE LA SECURITE DU TRAVAIL ATTN: MELISANDE BLAIS., 1 COMPLEXE DESJARDINS., TOUR DU SUD, 30E ETAGE MONTREAL, QC H5B 1H1 CANADA | Claim Number: 13826 Claim Date: 02/11/2010 Debtor: SMURFIT-MBI Comments: DOCKET: 8758 (11/15/2010) THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,658.99 | |
| COMMUNICATIONS, ENERGY AND PAPERWORKERS UNION OF CANADA, LOCAL 1118 ATTN: RICK KLIMCHUK 202, 9940-106 STREET EDMONTON, AB T5K 2N2 CANADA | Claim Number: 12877 Claim Date: 08/26/2009 Debtor: SMURFIT-MBI | | |
| PRIORITY | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |
| COMMUNICATIONS, ENERGY AND PAPERWORKERS OF CANADA, LOCAL 539 ATTN: RICK KLIMCHUK 202, 9940-106 STREET EDMONTON, AB T5K 2N2 CANADA | Claim Number: 12878 Claim Date: 08/26/2009 Debtor: SMURFIT-MBI | | |
| PRIORITY | Claimed: | $0.00 | UNDET |
| UNSECURED | Claimed: | $0.00 | UNDET |
| COMMUNICATIONS, ENERGY AND PAPERWORKERS UNION OF CANADA, LOCAL 878 ATTN: RHODA COSSAR CEP, REGINA OFFICE- 2365 13TH AVENUE REGINA, SK S4P 0V8 CANADA | Claim Number: 12879 Claim Date: 08/26/2009 Debtor: SMURFIT-MBI | | |
| PRIORITY | Claimed: | $2,000.00 | |
| UNSECURED | Claimed: | $6,571.84 | |
| COMMUNICATIONS, ENERGY AND PAPERWORKERS UNION OF CANADA, LOCAL 878 ATTN: RHODA COSSAR CEP, REGINA OFFICE- 2365 13TH AVENUE REGINA, SK S4P 0V8 CANADA | Claim Number: 12880 Claim Date: 08/26/2009 Debtor: SMURFIT-MBI | | |
| PRIORITY | Claimed: | $2,000.00 | |
| UNSECURED | Claimed: | $11,847.00 | |

| | | |
|---|---|---|
| COMMUNICATIONS, ENERGY AND PAPERWORKERS UNION OF CANADA, LOCAL 878 ATTN: RHODA COSSAR CEP, REGINA OFFICE- 2365 13TH AVENUE REGINA, SK S4P 0V8 CANADA | Claim Number: 12881 Claim Date: 08/26/2009 Debtor: SMURFIT-MBI | |
| UNSECURED        Claimed: | $19,179.81 | |
| COMMUNICATIONS, ENERGY AND PAPERWORKERS UNION OF CANADA, LOCAL 878 ATTN: RHODA COSSAR CEP, REGINA OFFICE - 2365 13TH AVENUE REGINA, SK S4P 0V8 CANADA | Claim Number: 12882 Claim Date: 08/26/2009 Debtor: SMURFIT-MBI Comments: THIS CLAIM IS PAID | |
| UNSECURED        Claimed: | $24,579.00 | |
| COMMUNICATIONS, ENERGY AND PAPERWORKERS UNION OF CANADA ATTN: DAVE COLES 301 LAURIER AVENUE WEST OTTAWA, ON K1P 6M6 CANADA | Claim Number: 13300 Claim Date: 08/29/2009 Debtor: SMURFIT-MBI | |
| UNSECURED        Claimed: | $0.00    UNDET | |
| COMPAIR CANADA INC 871 CRANBERRY COURT OAKVILLE, ON L6L 6J7 CANADA | Claim Number: 13527 Claim Date: 10/09/2009 Debtor: SMURFIT-MBI Comments: DOCKET: 8758 (11/15/2010) THIS CLAIM IS PAID | |
| UNSECURED        Claimed: | $0.00    UNLIQ | |
| COMPRESSORS AIR US 225 TRADERS BLVD UNIT 4 MISSISSAUGA, ON L4Z 3L8 CANADA | Claim Number: 6686 Claim Date: 07/28/2009 Debtor: SMURFIT-MBI Comments: THIS CLAIM IS PAID | |
| UNSECURED        Claimed:        $0.00    UNLIQ        Scheduled: | | $9,573.30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CONRAY ENGINEERED PRODUCTS INC<br>PO BOX 331<br>KING CITY, ON L7B 1A6<br>CANADA | | Claim Number: 13197-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | | | |
| UNSECURED | Claimed: | $51,119.71 | Scheduled: | $69,803.52 | | |
| CONRAY ENGINEERED PRODUCTS INC<br>PO BOX 331<br>KING CITY, ON L7B 1A6<br>CANADA | | Claim Number: 13197-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 2813 (11/18/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $16,981.38 | | | Allowed: | $16,981.36 |
| CONRAY ENGINEERED PRODUCTS INC<br>ATTN: BETH WALKER<br>PO BOX 331<br>KING CITY, ON L7B 1A6<br>CANADA | | Claim Number: 13198<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 13197<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $16,981.38 | | | | |
| UNSECURED | Claimed: | $68,101.09 | | | | |
| TOTAL | Claimed: | $68,101.09 | | | | |
| CONTAINER GRAPHICS LIMITED<br>459 FENMAR DR<br>WESTON, ON M9L 2R6<br>CANADA | | Claim Number: 7124<br>Claim Date: 08/03/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLY AMENDED BY 10028 | | | | |
| UNSECURED | Claimed: | $103,549.50 | Scheduled: | $89,408.05 | | |
| CONTAINER GRAPHICS LIMITED<br>459 FENMAR DRIVE<br>WESTON, ON M9L 2R6<br>CANADA | | Claim Number: 10028<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $129,434.82 | | | | |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 427
Claim Date: 02/16/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,735.70 |
| --- | --- | --- |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 457
Claim Date: 02/16/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $606.09 |
| --- | --- | --- |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: RECUBEC INC
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 8488
Claim Date: 07/16/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $20,349.83 | Scheduled: | $18,326.28 |
| --- | --- | --- | --- | --- |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: MAGNUM LTL
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 9490
Claim Date: 08/17/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLY AMENDED BY 13719
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $2,323.16 |
| --- | --- | --- | --- | --- |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: POLYCHEM CORPORATION
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 10044-04
Claim Date: 08/25/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLY AMENDED BY 13869
DOCKET: 8093 (06/21/2010)

| UNSECURED | Claimed: | $47,475.36 |
| --- | --- | --- |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: FLINT PACKAGING PRODUCTS LTD
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 10860-01
Claim Date: 08/27/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $4,403.84 | | |
| UNSECURED | | | Scheduled: | $42,361.37 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: FLINT PACKAGING PRODUCTS LTD
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 10860-02
Claim Date: 08/27/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $37,296.58 | | |

CONTRARIAN FUNDS, LLC
TRANSFEROR: ESKO GRAPHICS, INC.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 11793-04
Claim Date: 08/28/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 7555 (05/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $391,918.67 | Scheduled: | $391,871.89 |

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13714
Claim Date: 12/28/2009
Debtor: SMURFIT-MBI
Comments:
Amends claim 457.

| UNSECURED | Claimed: | $606.09 | | |

CONTRARIAN FUNDS, LLC
TRANSFEROR: HARPER MACHINERY CORP.
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13716
Claim Date: 12/28/2009
Debtor: SMURFIT-MBI
Comments:
Amends claim 42700

| UNSECURED | Claimed: | $1,735.70 | Scheduled: | $2,341.79 |

---

CONTRARIAN FUNDS, LLC
TRANSFEROR: POLYCHEM CORPORATION
ATTN: ALISA MUMOLA
411 WEST PUTNAM AVENUE, SUITE 425
GREENWICH, CT 06830

Claim Number: 13870
Claim Date: 03/09/2010
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $47,475.36 | | |

CONTROLLED PARKING
#15 1050 BRITANNIA ROAD EAST
MISSISSAUGA, ON L4W 4N9
CANADA

Claim Number: 2500
Claim Date: 04/27/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

COOKE & DENISON LTD.
RONIKA CORBETT
242 SPEEDVALE AVE. W.
GUELPH, ON N1H 1C4
CANADA

Claim Number: 8959
Claim Date: 08/10/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,583.36 | Scheduled: | $6,577.36 |

COOKSON MOTORS LTD
1150 GORDON DRIVE
KELOWNA, BC V1Y 3E4
CANADA

Claim Number: 8491
Claim Date: 07/16/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $886.69 | Scheduled: | $659.48 |

COQUITLAM SIGNS (1988) LTD
1321 CORNELL AVE
COQUITLAM, BC V3J 2Z8
CANADA

Claim Number: 2082
Claim Date: 04/08/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

| | | | | |
|---|---|---|---|---|
| CORCORAN, GARY PAUL<br>14 TWIN WILLOW CRES<br>BRAMPTON, ON L7A 1O9<br>CANADA | | Claim Number: 12883<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $200,000.00 | | |
| CORPORATE CLEANING SERVICES LTD.<br>402-20285 STEWART CRESCENT<br>MAPLE RIDGE, BC V2X 8G1<br>CANADA | | Claim Number: 8625<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $3,789.68 | Scheduled: | $4,256.41 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: FRIDAY PROFESSIONAL GROUP IN<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 753<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>4,402.82 CAD | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: RG SPEED CONTROL DEVICES LTD<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 754<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,167.31 | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: L AN D MOWING LTD<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 763<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $11,970.02 | Scheduled: | $10,731.27 |

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: JCM EXPRESS<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 885<br>Claim Date: 02/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $559.07 | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: DIRECT DATA PRODUCTS LTD.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 1601<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $4,464.27 | Scheduled: | $3,819.27 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: MCPOOLEY PALLETS<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2024<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $9,484.89 | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: TUNDRA BOILER & INSTRUMENTAT<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2294<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,646.16 | Scheduled: | $3,670.70 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: SAFETECH CONSULTING GROUP LT<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2591<br>Claim Date: 04/29/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | | |
| PRIORITY | Claimed: | $5,180.18 | | |

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: INDEPENDENT LIFT TRUCK SERVI<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2671<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 12429 | | | |
| UNSECURED | Claimed: | $5,001.71 | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: THOMSON METALS & DISPOSAL LP<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2821<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,169.72 | Scheduled: | $1,764.31 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: MATERIALS TRANSPORTATION CAN<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 2975<br>Claim Date: 05/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,573.63 | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: WAVOR WIRE LTD.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 3058<br>Claim Date: 05/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,849.36 | Scheduled: | $2,849.36 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: JOHNSTON INDUSTRIAL PLASTICS<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 4610<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $409.88 | Scheduled: | $409.88 |

| | | | | | |
|---|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: NEUTRON ELECTRONICS LTD<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 4614<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $125.83 | Scheduled: | $125.83 | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: RUBENSTEIN<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 4762<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $378.58 | Scheduled: | $378.58 | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: BURLINGTON GEAR & SPROCKET<br>MFRS LTD; ATTN: CLAIMS PROCESSING (BKR.)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 5525<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $527.08 | Scheduled: | $527.08 | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: SERVICEMASTER OF ETOBICOKE<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 5850<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7432 (05/04/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,154.74   UNLIQ | Scheduled: | $2,166.96 | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: SAFETECH CONSULTING GROUP LT<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 6013<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>Amends claim 2591 | | | |
| UNSECURED | Claimed: | $5,180.18 | Scheduled: | $4,194.14 | |

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: SECURO-VISION<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 6051<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $4,864.60 | Scheduled: | $4,038.54 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: RED DRAGON HYDRAULICS LTD<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 6275<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $3,088.43 | Scheduled: | $3,073.78 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: PROFERO SYSTEMS INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 7344<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $90,403.44 | Scheduled: | $90,403.44 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: TASCO ENTERPRISES LTD<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8183<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $540.96 | Scheduled: | $444.47 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CB ENGINEERING, LTD<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8212<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $387.12 | Scheduled: | $446.43 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: SONOMAS HEARING HEALTHCARE
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8227
Claim Date: 07/08/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $138.71 | Scheduled: | $159.96 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: REXDALE CONTAINER CORPORATIO
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8235
Claim Date: 07/08/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,214.33 | Scheduled: | $4,368.05 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GREEN LINE HOSE & FITTINGS
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8236
Claim Date: 07/08/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $601.10 | Scheduled: | $606.03 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: TOPAC ENTERPRISES INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8249
Claim Date: 07/09/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $437.50 | Scheduled: | $212.48 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: L AN D MOWING LTD
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8283
Claim Date: 07/10/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLE DUPLICATE OF 763
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,970.02 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: TENAQUIP LTD<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 8326<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $19,747.49 | Scheduled: | $18,740.80 | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: RONA L'ENTREPOT ST-LAURENT<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 8327<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,921.98 | Scheduled: | $1,782.72 | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: TC INDUSTRIAL TIRE LTD<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 8403<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,346.14 | | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: FRIDAY PROFESSIONAL GROUP IN<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 8420<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,599.15 | Scheduled: | $3,564.78 | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CALGARY AIR FILTERS<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | | Claim Number: 8430<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $468.36 | Scheduled: | $469.69 | |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CRI ENVIRONNEMENT, INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8433
Claim Date: 07/14/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,627.95 | Scheduled: | $1,687.33 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: OUTIL-PAC INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8478
Claim Date: 07/16/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,061.04 | Scheduled: | $2,076.89 |
| TOTAL | Claimed: | $2,061.84 | | |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: ICEBERG DRY ICE INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8545
Claim Date: 07/17/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,146.45 | Scheduled: | $1,132.95 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: GROUPE ROBERT INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8580
Claim Date: 07/20/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $82,307.18 | Scheduled: | $777,691.45 UNLIQ |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CHEM ACTION
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 8641-01
Claim Date: 07/21/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8093 (06/21/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $476.27 | Scheduled: | $470.66 |

| | | | | | |
|---|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CHEM ACTION<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8641-02<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 2205 (10/09/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE      Claimed: | $476.27 | | | Allowed: | $476.27 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: RIEPERT SALT & SUPPLIES INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8711<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED      Claimed: | $1,098.38 | Scheduled: | $1,101.50 | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: METAUX PROFUSION<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8747<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 12428<br>THIS CLAIM IS PAID | | | | |
| UNSECURED      Claimed: | $4,521.56 | | | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: COMPLETE MECHANICAL SERVICES<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8789<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED      Claimed: | $6,228.99 | Scheduled: | $6,208.15 | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: O'BRIEN INSTALLATIONS LTD.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8808<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED      Claimed: | $3,745.60 | Scheduled: | $3,717.00 | | |

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: GROUPE YELLOW INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8809<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $887.07 | Scheduled: | $883.78 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: LUBRICATION SPECIALTIES INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8907<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,064.67 | Scheduled: | $3,227.04 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CARPENTER'S SERVICE LTD.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8960<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $4,813.75 | Scheduled: | $3,897.86 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: MCCORDICK GLOVE AND SAFETY<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 8985<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $104,225.32 | Scheduled: | $112,536.73 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ROBERTS FIRE PROTECTION LTD<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 9020<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $2,248.46 | Scheduled: | $1,835.22 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CARDINAL MAINTENANCE & SHIPP
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 9053
Claim Date: 08/18/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $4,210.88 | | |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: VTL GROUP
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 9114
Claim Date: 08/19/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,305.37 | Scheduled: | $561.09 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: DONALD OLYNYK ACOUSTICAL ENG
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12331
Claim Date: 07/10/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $510.08 | Scheduled: | $510.08 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: METAUX PROFUSION INC
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12428
Claim Date: 07/27/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $4,521.56 | Scheduled: | $4,570.20 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: INDEPENDENT LIFT TRUCK SERVI
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12429
Claim Date: 07/27/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $5,001.71 | Scheduled: | $4,107.17 |
|---|---|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: ACCES COMMUNICATIONS<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12434<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI | | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,795.78 | Scheduled: | $3,940.34 |

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: TLM MACH. & EQUIP LTEE<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12459<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,448.86 |

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: PACE TECHNOLOGIES INC.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12581<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID | | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,871.63 | Scheduled: | $3,882.18 |

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: EUROPEAN CLEANING<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12621<br>Claim Date: 08/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,826.00 | Scheduled: | $571.80 |

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CAFETERIA 1035 ENR.<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12632<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,713.15 |

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: E CONCEPTS<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12658<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $976.33 | Scheduled: | $976.33 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: LAURIN LAMINATING SERVICES I<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12700<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $9,017.30 | Scheduled: | $9,001.40 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: KWIK KOPY PRINTING<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12709<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,414.93 | Scheduled: | $1,398.27 |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: TRIO PAC INC<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12850<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,749.33 | | |
| CORRE OPPORTUNITIES FUND, L.P.<br>TRANSFEROR: CRISTINI AMERIQUE DU NORD IN<br>ATTN: CLAIMS PROCESSING (BANKRUPTCY)<br>1370 AVENUE OF THE AMERICAS, 29TH FLOOR<br>NEW YORK, NY 10019 | Claim Number: 12938<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $52,639.20 | Scheduled: | $28,730.39 |

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: MARTENS ENVIRONMENTAL SYSTEM
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 13312
Claim Date: 08/21/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $645.20 | Scheduled: | $668.73 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: KIRK'S TIRE CALGARY LTD
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 13313
Claim Date: 08/25/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,816.85 | Scheduled: | $2,989.48 |
|---|---|---|---|---|

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: PLATTERS CATERING AND EVENTS
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 13333
Claim Date: 08/19/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $519.71 | Scheduled: | $519.71 |
|---|---|---|---|---|

CORRPAR INDUSTRIES LIMITED
17775 LESLIE STREET
NEWMARKET, ON L3Y 3E3
CANADA

Claim Number: 8763
Claim Date: 07/28/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $41,779.39 | Scheduled: | $35,249.75 |
|---|---|---|---|---|

CORRUGATED GEAR SERVICES, INC.
C/O JOSEPH BURTON, JR, ESQ
BURTON & ARMSTRONG, LLP- STE 1750
2 RAVZNIA DRIVE
ATLANTA, GA 30346

Claim Number: 9008
Claim Date: 08/13/2009
Debtor: SMURFIT-MBI
Comments: ALLOWED
DOCKET: 6647 (04/07/2010)

| UNSECURED | Claimed: | $15,089.13 | Scheduled: | $15,089.13 | Allowed: | $15,089.13 |
|---|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| COTTON CANDY VANCOUVER INC.<br>UNIT 130, 13160 VANIER PLACE<br>VANCOUVER, BC V6V 2J2<br>CANADA | | Claim Number: 727<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,795.93 | Scheduled: | $1,454.08 | |
| CRANE SUPPLY DIV OF CRANE CANADA CO.<br>335- 6TH AVENUE E<br>REGINA, SK S4N 6A6<br>CANADA | | Claim Number: 8490<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $406.34 | Scheduled: | $333.86 | |
| CUSTOM ENERGIZED AIR LTD<br>1055 - 78 AVENUE<br>EDMONTON, AB T6P 1L8<br>CANADA | | Claim Number: 5460<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $445.67 | |
| CUSTOM PROTECT EAR INC.<br>#681-7789 134TH STREET<br>ATTN: BRENDA MCWILLIAMS<br>SURREY, BC V3W 9E9<br>CANADA | | Claim Number: 8777<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,755.37 | Scheduled: | $2,024.31 | |
| D. SHEARER HOLDINGS LTD.<br>ATTN: PETER VERWER<br>1055 HENDERSON LAKE BLVD. S.<br>LETHBRIDGE, AB T1K 3B4<br>CANADA | | Claim Number: 8543<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $13,051.88 | Scheduled: | $13,174.22 | |

DASHER COURIER
47 GOMEZ STREET
WINNIPEG, MB R3B 0G4
CANADA

Claim Number: 12826
Claim Date: 08/25/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $11.93 |
|---|---|---|---|---|

DAVIS CONTROLS LTD
2200 BRISTOL CIRCLE
OAKVILLE, ON L6H 5R3
CANADA

Claim Number: 8645
Claim Date: 07/22/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $490.75 | Scheduled: | $484.97 |
|---|---|---|---|---|

DAVIS TRAINING INC.
410 ORMONT DRIVE
TORONTO, ON M9L 1N9
CANADA

Claim Number: 12761
Claim Date: 08/21/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $860.26 |
|---|---|---|

DAY & ROSS INC.
398 MAIN STREET
HARTLAND, NB E7P 1C6
CANADA

Claim Number: 13462
Claim Date: 09/14/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,058.99 |
|---|---|---|

DE LAGE LANDEN FINANCIAL SERVICES CANADA
INC.
1235 NORTH SERVICE RD W # 100
ATTN: JACQUELINE PERRON
OAKVILLE, ON L6M 2W2
CANADA

Claim Number: 12939
Claim Date: 08/27/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8537 (09/14/2010)

| SECURED | Claimed: | $42,941.32 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $40,755.40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DELOM SERVICES INC<br>13 065 JEAN GROU<br>MONTREAL, QC H1A 3N6<br>CANADA | | Claim Number: 8318<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $213.62 | Scheduled: | $211.11 | | |
| DEVTRA INC.<br>2441 LAKESHORE RD W<br>P.O.BOX 70024<br>OAKVILLE, ON L6L 6M9<br>CANADA | | Claim Number: 8542<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 2205 (10/09/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | | | Allowed: | $591.86 |
| DEVTRA INC.<br>2441 LAKESHORE RD W<br>PO BOX 70024<br>OAKVILLE, ON L6L 6M9<br>CANADA | | Claim Number: 8957<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 8542<br>Claimant asserts claim amount of 722.40 CDN | | | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | | | | |
| DHB RESSOURCES INC<br>12850 RUE JEAN GROU<br>MONTREAL, QC H1A 3N5<br>CANADA | | Claim Number: 5063<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 4131 (01/14/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $565.72 | | |
| DIRECT EXPRESS<br>25 ROTHWELL ROAD<br>WINNIPEG, MB R3P 2M5<br>CANADA | | Claim Number: 12827<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $486.65 | | |

DIRECT TRANSPORT
C/O CANADA CARTAGE
1115 CARDIFF BLVD.
MISSISSAUGA, ON L5S 1L8
CANADA

Claim Number: 12828
Claim Date: 08/25/2009
Debtor: SMURFIT-MBI

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $119,677.53 | Scheduled: | $97,970.41 | |

DIRECT TRANSPORT
C/O CANADA CARTAGE
1115 CARDIFF BLVD.
MISSISSAUGA, ON L5S 1L8
CANADA

Claim Number: 12829
Claim Date: 08/25/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $51,424.59 | |

DISTRIBUTION 6MGB INC.
3355 GRIFFITH
VILLE ST-LAURENT, QB H4T 1W5
CANADA

Claim Number: 3402
Claim Date: 06/15/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $87.73 | |

DIVICELL INC.
ATTN: MICHEL LEVEILLE
742 RENAUD
DORVAL, QC H9P 1H5
CANADA

Claim Number: 8553-01
Claim Date: 07/17/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $4,412.42 | Scheduled: | $4,450.01 | |

DIVICELL INC.
ATTN: MICHEL LEVEILLE
742 RENAUD
DORVAL, QC H9P 1H5
CANADA

Claim Number: 8553-02
Claim Date: 07/17/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 2032 (09/23/2009)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,241.19 | | Allowed: | $2,241.19 |

| | | | | | |
|---|---|---|---|---|---|
| DOLPHIN DELIVERY LTD<br>4201 LOZELLS AVENUE<br>BURNABY, BC V5A 2Z4<br>CANADA | | Claim Number: 2905<br>Claim Date: 05/12/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $117,906.79 | |
| DORFIN INC<br>ATTN: TERRY DAGOSTINO<br>5757 THIMENS BLVD.<br>ST LAURENT, QC H4R 2H6<br>CANADA | | Claim Number: 8455-01<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $313.55 | | | |
| DORFIN INC<br>ATTN: TERRY DAGOSTINO<br>5757 THIMENS BLVD.<br>ST LAURENT, QC H4R 2H6<br>CANADA | | Claim Number: 8455-02<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5768 (03/11/2010)<br>Claim out of balance | | | |
| UNSECURED | Claimed: | $2,149.37 | | | |
| DORFIN INC<br>ATTN: TERRY DAGOSTINO<br>5757 THIMENS BLVD.<br>ST LAURENT, QC H4R 2H6<br>CANADA | | Claim Number: 8469<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $215.66 | | | |
| DOUG NEWTON AGENCIES LTD.<br>C/O STANDARD PAINT & WALLPAPER<br>ATTN: JIM NEWTON/PAT GARRETT<br>2279 FAIRVIEW STREET<br>BURLINGTON, ON LTR 2E3<br>CANADA | | Claim Number: 13310<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $636.01 | Scheduled: | $462.73 | |

---

DOVEY CORPORATION
ATTN: KATHY WILLIAMS
3220 W 25TH STREET
ANDERSON, IN 46011

Claim Number: 1489-04
Claim Date: 03/16/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 6649 (04/07/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,443.39 | Scheduled: | $7,170.00 |
|---|---|---|---|---|

---

E B PEERLESS LTD
UNIT 130
RICHMOND, BC V7C 5C2
CANADA

Claim Number: 10737
Claim Date: 08/26/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,391.42 | | |
|---|---|---|---|---|

---

EAST END TAXI (1980) 438113 ONTARIO INC
1436 KINGSTON RD.
SCARBOROUGH, ON M1N 1R3
CANADA

Claim Number: 8228
Claim Date: 07/08/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $48.83 | Scheduled: | $48.25 |
|---|---|---|---|---|

---

ECONO PRODUCTS, INC.
PO BOX 10458
ATTN: PETER MAY
ROCHESTER, NY 14610

Claim Number: 12310
Claim Date: 07/07/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $10,874.00 | | |
|---|---|---|---|---|

---

EDELSTEIN DIVERSIFIED CO. LTD.
9001 AVON
SUITE 100
ATTN: MALCOLM MATTHEW
MONTREAL, QC H4X-2G8
CANADA

Claim Number: 8783-01
Claim Date: 07/29/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 4964 (02/12/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $52,794.37 | Scheduled: | $29,006.60 |
|---|---|---|---|---|

---

| | | | | |
|---|---|---|---|---|
| EDELSTEIN DIVERSIFIED CO. LTD.<br>9001 AVON<br>SUITE 100<br>ATTN: MALCOLM MATTHEW<br>MONTREAL, QC H4X-2G8<br>CANADA | | Claim Number: 8783-02<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 4964 (02/12/2010) | | |
| ADMINISTRATIVE | Claimed: | $9,563.40 | Allowed: | $9,563.40 |
| ELECTROLAB TRAINING SYSTEMS<br>335 UNIVERSITY AVE<br>P.O. BOX 320<br>BELLEVILLE, ON K8N 5A5<br>CANADA | | Claim Number: 5593<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00   UNLIQ      Scheduled: | $450.96 | |
| EMSLIE, ROBERT IAN<br>63 KINDALE WAY<br>THORNHILL, ON L3T 4Z2<br>CANADA | | Claim Number: 12711<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,579.98 | | |
| ENGRENAGE INDUSTRIEL<br>4140 DE COURTRAI<br>MONTREAL, QC H3S 1C2<br>CANADA | | Claim Number: 8159<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,093.04      Scheduled: | $9,093.04 | |
| ENTERPRISE INSTRUMENTATION INC<br>P.V. LONG<br>206 HAWKSIDE MEWS N.W.<br>CALGARY, AL T3G 3K9<br>CANADA | | Claim Number: 8764<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 12435<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $682.87 | | |

| | | | | | |
|---|---|---|---|---|---|
| ENTERPRISE INSTRUMENTATION INC<br>206 HAWKSIDE MEWS NW<br>CALGARY, AB T3G 3K9<br>CANADA | | Claim Number: 12435<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $682.87 | Scheduled: | $674.83 | |
| ENTREPRISES PRODEN INC<br>ATTN: SINH NGUYEN<br>2665 RUE MARCEL<br>SAINT LAURENT, QB H4R 1AG<br>CANADA | | Claim Number: 12813-01<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $15,158.04   UNLIQ | | | |
| ENTREPRISES PRODEN INC<br>ATTN: SINH NGUYEN<br>2665 RUE MARCEL<br>SAINT LAURENT, QB H4R 1AG<br>CANADA | | Claim Number: 12813-02<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7189 (04/22/2010) | | | |
| UNSECURED | Claimed: | $69,508.94   UNLIQ | | | |
| ENVIRO-COATINGS CANADA LTD<br>ATTN: GEORGE ANDERSON<br>10-2359 ROYAL WINDSOR DR<br>MISSISSAUGA, ON L5J 4S9<br>CANADA | | Claim Number: 12712<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,558.35 | Scheduled: | $2,565.61 | |
| ENVIRONMENTAL DESIGN<br>PO BOX 29<br>CARLISLE, ON L0R 1H0<br>CANADA | | Claim Number: 6913<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>5786.80 canadian | | | |
| UNSECURED | Claimed: | $4,803.00 | Scheduled: | $4,399.24 | |

| | | | |
|---|---|---|---|
| EXALTA TRANSPORT<br>C/O REBECCA MATER<br>P.O. BOX 759<br>MEDICINE HAT, AB T1A 7G7<br>CANADA | Claim Number: 14122<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8661 (10/18/2010) | | |
| UNSECURED          Claimed: | $8,194.34 | | |
| EXPORT DEVELOPMENT CANADA<br>EXPORTATION ET DEVELOPPEMENT CANADA<br>ATTN: JOANN KEECH-BARKER<br>151 O'CONNOR<br>OTTAWA, ON K1A 1K3<br>CANADA | Claim Number: 13429<br>Claim Date: 04/23/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED          Claimed: | $41,273.20 | Scheduled: | $42,549.18 |
| FAB USI<br>3455 REDPATH  CP 711 SUCCURSALE H<br>MONTREAL, QC H3G 2M6<br>CANADA | Claim Number: 13046<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED          Claimed: | $2,471.38 | Scheduled: | $2,240.32 |
| FAB-USI<br>C.P. 711 SUCC H<br>ATTN: STEPHAN MONETTE<br>MONTREAL, QC H3G 2M6<br>CANADA | Claim Number: 13045<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 13046<br>THIS CLAIM IS PAID | | |
| UNSECURED          Claimed: | $2,471.38 | | |
| FAB-USI<br>ATTN: STEPHAN MONETTE<br>C.P. 711, SUCCURSALE H<br>PO BOX 711 STATION H<br>MONTREAL, QC H3G 2M6<br>CANADA | Claim Number: 13271<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED          Claimed: | $0.00   UNDET | | |

| | | | | |
|---|---|---|---|---|
| FAB-USI<br>3455 RUE REDPATH #200<br>C.P. 711 SUCCURSALE H<br>MONTREAL, QC H3G 2M6<br>CANADA | | Claim Number: 13272<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 13046 | | |
| UNSECURED | Claimed: | $2,471.38 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ACCURATE INSTALLATION &<br>SERVICE; ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 595<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,685.27 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: LACIE CANADA TIRE INC<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 784<br>Claim Date: 02/23/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8900 (01/21/2011)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,108.94 | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PROCESS COMBUSTION SYSTEMS<br>(2000) INC.<br>ANSONIA FINANCE STATION, PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 2747<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: COMET TRANSPORT<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 3010<br>Claim Date: 05/18/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7550 (05/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,351.74 | Scheduled: | $1,924.32 |

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PRO-DIRECT-INDUSTRIEL<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 4408<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $3,329.23 | Scheduled: | $3,450.66 | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: MVP CONTRACTING LTD.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 5611<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $0.00  UNDET | Scheduled: | $4,465.36 | |
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PACIFIC RISK MANAGEMENT CORP<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 7312<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,180.28 | Scheduled: | $1,180.28 | |
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF MARTOR USA<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 7321-01<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $261.75 | | | |
| UNSECURED | | | Scheduled: | $543.72 | |
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF MARTOR USA<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 7321-02<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $878.22 | | | |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: MTS ALLSTREAM INC FKA MTS CO
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8178
Claim Date: 04/14/2009
Debtor: SMURFIT-MBI
Comments:
1008.37 canadian

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,008.37 | | |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: AVION SERVICES CORP.
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8254
Claim Date: 07/09/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,311.74 | Scheduled: | $1,302.45 |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: PRO-DIRECT INDUSTRIEL
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8280
Claim Date: 07/10/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLE DUPLICATE OF 4408
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,329.23 | | |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: BARNES DISTRIBUTION
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8313-02
Claim Date: 07/10/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $3,460.59 | | |

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: EAGLE POWER & ENGINEERING (1
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

Claim Number: 8432
Claim Date: 07/14/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,849.57 | Scheduled: | $1,827.79 |

---

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: BRENNAN & ASSOCIATES<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 8710<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,003.64 | Scheduled: | $1,137.69 | |

---

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: WESTERN BELTING & HOSE(1986)<br>LTD.; ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 8784<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,563.59 | | | |

---

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ADHECO LTD<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 9030<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $1,937.12 | Scheduled: | $1,591.58 | |

---

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: ENTREPOT IDEAL INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 9044<br>Claim Date: 08/17/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $4,304.93 | Scheduled: | $4,305.26 | |

---

| | | | | | |
|---|---|---|---|---|---|
| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF LA CIE CANADA TIRE INC<br>EQUIPMENT CO<br>PO BOX 237037<br>NEW YORK, NY 10023 | | Claim Number: 11881-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | | |

---

---

| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF LA CIE CANADA TIRE INC<br>EQUIPMENT CO<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 11881-02<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8408 (08/18/2010) | | | | |

| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | Allowed: | $1,536.35 |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PINNACLE DISTRIBUTION INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 13318-01<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI | | | | |

| PRIORITY | Claimed: | $934.28 | | | |

| FAIR HARBOR CAPITAL, LLC<br>TRANSFEROR: PINNACLE DISTRIBUTION INC.<br>ANSONIA FINANCE STATION<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 13318-02<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 2813 (11/18/2009)<br>THIS CLAIM IS PAID | | | | |

| ADMINISTRATIVE | Claimed: | $763.92 | | Allowed: | $763.90 |

| FAIR HARBOR CAPITAL, LLC<br>AS ASSIGNEE OF LA CIE CANADA TIRE<br>PO BOX 237037<br>NEW YORK, NY 10023 | Claim Number: 13630<br>Claim Date: 11/23/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8239 (07/19/2010) | | | | |

| UNSECURED | Claimed: | $3,116.67 | Scheduled: | $3,122.34 | |

| FASTENAL CANADA, LTD<br>ATTN: LEGAL<br>2001 THEURER BLVD.<br>P.O. BOX 978<br>WINONA, MN 55987 | Claim Number: 8962-02<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | | |

| ADMINISTRATIVE | Claimed: | $528.47 | | Allowed: | $528.47 |

| | | | | | |
|---|---|---|---|---|---|
| FELDTS SERVICES INC<br>6720 TERRACE WAY<br>HARRISBURG, PA 17111 | | Claim Number: 4088<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $778.34 | Scheduled: | $778.34 | |
| FELDTS SERVICES, INC.<br>6720 TERRACE WAY<br>HARRISBURG, PA 17111 | | Claim Number: 2326<br>Claim Date: 04/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 4088 | | | |
| UNSECURED | Claimed: | $778.34 | | | |
| FELDTS SERVICES, INC.<br>6720 TERRACE WAY<br>HARRISBURG, PA 17111 | | Claim Number: 8199<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 4088<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $778.34 | | | |
| FELDTS SERVICES, INC.<br>6720 TERRACE WAY<br>HARRISBURG, PA 17111 | | Claim Number: 12309<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 4088 | | | |
| UNSECURED | Claimed: | $778.34 | | | |
| FESTO INC.<br>5300 EXPLORER DRIVE<br>MISSISSAUGA, ON L4W 5G4<br>CANADA | | Claim Number: 12401<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | | |
| UNSECURED | Claimed: | $244.34 | Scheduled: | $200.76 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FINANCIAL SERVICES COMMISSION OF ONTARIO<br>LEGAL SERVICES BRANCH<br>5160 YONGE ST.<br>TORONTO, ON M2N 6L9<br>CANADA | | Claim Number: 12990<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI | | | | | |
| SECURED | Claimed: | $39,667,228.80 | | | | | |
| FIRST CHOICE COURIER & MESSENGER LTD.<br>704 WATT STREET<br>WPG, MB R2K-2S7<br>CANADA | | Claim Number: 8912<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | Scheduled: | $478.19 | | |
| FLINT GROUP FLEXOGRAPHIC PRODUCTS<br>ATTN: GERALD REBBERT, CPA<br>2401 WHITEHALL PARK DRIVE, SUITE 100<br>CHARLOTTE, NC 28273 | | Claim Number: 11447<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 8684 (10/25/2010) | | | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | | | | Allowed: | $1,919.77 |
| FLINT GROUP NORTH AMERICA CORPORATION<br>14909 N. BECK RD<br>PLYMOUTH, MI 48170 | | Claim Number: 11710-01<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 8684 (10/25/2010) | | | | | |
| UNSECURED | Claimed: | $3,575.41  UNLIQ | | Scheduled: | $8,614.38 | Allowed: | $3,575.41 |
| FLINT PACKAGING PRODUCTS LTD<br>311 CALDARI RD<br>ATTN: DON ARCHIBALD/BHARTI PATEL<br>VAUGHAN, ON L4K 4S9<br>CANADA | | Claim Number: 12941<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | | | | |
| ADMINISTRATIVE | Claimed: | $12,578.19 | | | | | |
| UNSECURED | Claimed: | $41,700.42 | | | | | |
| TOTAL | Claimed: | $41,700.42 | | | | | |

FOR U SERVICES LTD
PO BOX 548
ATTN: ROSS MCCULLOCH
TURNER VALLEY, AB T0L 2A0
CANADA

Claim Number: 8811
Claim Date: 07/30/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $41,998.84 | Scheduled: | $41,795.72 |

FORBO ADHESIVES (CANADA) LTD
POSTAL STATION A PO BOX 46092
TORONTO, ON M5W 4K9
CANADA

Claim Number: 6177-01
Claim Date: 07/23/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $26,858.05 | | |
| UNSECURED | | | Scheduled: | $105,497.66 |

FORBO ADHESIVES (CANADA) LTD
POSTAL STATION A PO BOX 46092
TORONTO, ON M5W 4K9
CANADA

Claim Number: 6177-02
Claim Date: 07/23/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $102,580.13 |

FORTRESS FORWARDERS
101 30799 SIMPSON ROAD
ABBOTSFORD, BC V2T 6X4
CANADA

Claim Number: 12402
Claim Date: 07/20/2009
Debtor: SMURFIT-MBI

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET |

FORTRESS VENTURES INC
#101 30799 SIMPSON ROAD
ATTN: DAVID HEITSMAN PRES.
ABBOTSFORD, BC V2T 6X4
CANADA

Claim Number: 8584
Claim Date: 07/20/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $5,634.71 | Scheduled: | $4,896.81 |

| | | | | |
|---|---|---|---|---|
| FOUR JEWEL INSULATION LTD.<br>1073 BRITANNIA ROAD EAST<br>ATTN: JANICE MCLAREN<br>MISSISSAUGA, ON L4W 3X1<br>CANADA | | Claim Number: 8810<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $29,347.50 | | |
| FOUR JEWEL INSULATION LTD.<br>1073 BRITANNIA ROAD EAST<br>MISSISSAUGA, ON L4W 3X1<br>CANADA | | Claim Number: 12457<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $29,347.50 | Scheduled: | $3,230.51 |
| FOUR SEASONS CONTROLLED CLIMATES LTD<br>ATTENTION KATHY PISERCHIA<br>107 TYCOS DR.<br>UNIT 4<br>TORONTO, ON M6B 1W3<br>CANADA | | Claim Number: 8707<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,330.86 | | |
| FOUR SEASONS PALLETS INC.<br>488 WYECROFT ROAD<br>OAKVILLE, ON L6K 2G7<br>CANADA | | Claim Number: 8177<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $7,371.00 | | |
| FRANKLAND HAULAGE LTD.<br>708 CLARENCE DRIVE<br>WHITBY, ON L1N 1E5<br>CANADA | | Claim Number: 2729<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,426.80 | | |

| | | | | |
|---|---|---|---|---|
| FRANKLIN EMPIRE INC<br>8421 CHEMIN DARNLEY<br>ATTN: D. CIARALLO - DIRECTEUR DU CREDIT<br>VILLE MONT ROYAL, QC H4T 2B2<br>CANADA | | Claim Number: 8677-02<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,136.33 | | |
| FRASER VALLEY FIRE PROTECTION LTD.<br>ATTN: HAROLD LOLAND<br>#9, 2345 WINDSOR STREET<br>ABBOTSFORD, BC V2T 6M1<br>CANADA | | Claim Number: 8583<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,131.65 | Scheduled: | $1,134.86 |
| FUJI FILM CANADA INC<br>ATTN: DON YOUNG<br>600 SUFFOLK COURT<br>MISSISSAUGA, ON L5R 4G4<br>CANADA | | Claim Number: 8581<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,898.54 | Scheduled: | $2,955.71 |
| FULGHUM FIBRES, INC. C/O RUFUS T. DORSEY<br>PARKER, HUDSON, RAINER & DOBBS LLP<br>1500 MARQUIS TWO TOWER<br>285 PEACHTREE CENTER AVE., N.E.<br>ATLANTA, GA 30303 | | Claim Number: 11772<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | |
| UNSECURED | Claimed: | $9,670.82 | | |
| GARDA SECURITY<br>800 - 363 BROADWAY AVE<br>WINNIPEG, MB R3C 3N9<br>CANADA | | Claim Number: 2435<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $10,962.11 | | |

| | | | | |
|---|---|---|---|---|
| GARDEWINE GROUP<br>60 EAGLE DRIVE<br>WINNIPEG, MB R2R 1V5<br>CANADA | | Claim Number: 8293<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $102,470.01 | Scheduled: | $102,584.72 |
| GAZ METRO INC<br>1717 RUE DU HAVRE<br>MONTREAL, QC H2K 2X3<br>CANADA | | Claim Number: 8339<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $25,321.29 | Scheduled: | $25,023.08 |
| GE BETZ CANADA - 2720<br>3451 ERINDALE STATION ROAD<br>P.O.BOX 3060<br>MISSISSAUGA, ON L5A 3T5<br>CANADA | | Claim Number: 9084-01<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $1,655.59 | | |
| UNSECURED | | | Scheduled: | $10,233.44 |
| GE BETZ CANADA - 2720<br>3451 ERINDALE STATION ROAD<br>P.O.BOX 3060<br>MISSISSAUGA, ON L5A 3T5<br>CANADA | | Claim Number: 9084-02<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,447.03 | | |
| GE BETZ CANADA, INC<br>ATTN: JOE HALSTEAD<br>4636 SOMERTON ROAD<br>TREVOSE, PA 19053 | | Claim Number: 9077<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,328.81 | Scheduled: | $2,335.42 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10253)

| | | | | | |
|---|---|---|---|---|---|
| GE BETZ CANADA, INC<br>ATTN: JOE HALSTEAD<br>4636 SOMERTON ROAD<br>TREVOSE, PA 19053 | | Claim Number: 9079-01<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $5,129.41 | Scheduled: | $6,324.76 | |
| GE BETZ CANADA, INC<br>ATTN: JOE HALSTEAD<br>4636 SOMERTON ROAD<br>TREVOSE, PA 19053 | | Claim Number: 9079-02<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010) | | | |
| UNSECURED | Claimed: | $1,260.75 | | | |
| GE BETZ CANADA, INC<br>ATTN: JOE HALSTEAD<br>4636 SOMERTON ROAD<br>TREVOSE, PA 19053 | | Claim Number: 9082<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $4,008.02 | | | |
| GEM EXPRESS LTD.<br>ATTN: NEIL TALBOT<br>112 EDGEVIEW ROAD NW<br>CALGARY, AB T3A 4V1<br>CANADA | | Claim Number: 13242<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $14,944.96 | Scheduled: | $14,885.35 | |
| GERRITY CORRUGATED PAPER PRODUCTS LTD<br>ATTN: TAMMI CHALK<br>75 DONEY CRESCENT<br>CONCORD, ON L4K 1P6<br>CANADA | | Claim Number: 12795-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $3,252.28 | | | |

GERRITY CORRUGATED PAPER PRODUCTS LTD
ATTN: TAMMI CHALK
75 DONEY CRESCENT
CONCORD, ON L4K 1P6
CANADA

Claim Number: 12795-02
Claim Date: 08/24/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,147.08 | | |
|---|---|---|---|---|

GERRITY CORRUGATED PAPER PRODUCTS LTD
ATTN: TAMMI CHALK
75 DONEY CRESCENT
CONCORD, ON L4K 1P6
CANADA

Claim Number: 12798-01
Claim Date: 08/24/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $196,071.92 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $685,695.84 UNLIQ |

GERRITY CORRUGATED PAPER PRODUCTS LTD
ATTN: TAMMI CHALK
75 DONEY CRESCENT
CONCORD, ON L4K 1P6
CANADA

Claim Number: 12798-02
Claim Date: 08/24/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $390,794.50 |
|---|---|---|

GILES, JEFFREY G.
23 RAPELTE STREET
ST. THOMAS, ON N5R 4L9
CANADA

Claim Number: 8541
Claim Date: 07/17/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8833 (12/09/2010)

| SECURED | Claimed: | $0.00   UNDET |
|---|---|---|

GLACIER PRECISION MACHINING, INC.
18 BRAM COURT, UNIT 3
BRAMPTON, ON L6W 3R6
CANADA

Claim Number: 678
Claim Date: 02/23/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $0.00   UNLIQ |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| GLENN RICHARDSON PLUMBING & HEATING<br>2413 INDUSTRIAL STREET<br>BURLINGTON, ON L7P 1A6<br>CANADA | | Claim Number: 10114<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $10,982.98 | Scheduled: | $10,982.98 | |
| GRAPHIC ROLLER TECHNOLOGIES<br>1226 CARDIFF BLVD<br>MISSISSAUGA, ON L5S 1P6<br>CANADA | | Claim Number: 5993<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $4,323.90 | Scheduled: | $3,622.07 | |
| GRAY ELECTRIC SUPPLIES INC.<br>3539 BOUL. THIMENS<br>ST-LAURENT, QC H4R 1V5<br>CANADA | | Claim Number: 8264<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $787.36 | | | |
| GREAT LAKES CUSTOMS BROKERAGE<br>PO BOX 70<br>FORT ERIE, ON L2A 5M6<br>CANADA | | Claim Number: 9848<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| PRIORITY | Claimed: | $165.80 | | | |
| UNSECURED | | | Scheduled: | $3,672.24 | |
| GREAT PEOPLE PERSONNEL LTD<br>ATTENTION MARLENE CVITKOVICH<br>#502 5945 KATHLEEN AVE<br>BURNABY, BC V5H 4J7<br>CANADA | | Claim Number: 8706<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,961.47 | Scheduled: | $2,394.08 | |

GREAT WEST DISTRIBUTION LTD
201 EDSON STREET
ATTN: JOANNA LANGILLE
SASKATOON, SK S7J 4C8
CANADA

Claim Number: 8812
Claim Date: 07/30/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $6,987.13 | Scheduled: | $7,084.05 |

GREGG DISTRIBUTORS CO. LTD.
ATTN: G. CARR
16215 - 118 AVENUE
EDMONTON, AB T5V 1C7
CANADA

Claim Number: 8579
Claim Date: 07/20/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $282.71 | Scheduled: | $281.76 |

GROUND FORCE LANDSCAPING & DESIGN INC
3643 RAINPARK COURT
ATTN: GUSTAVO BOTI
MISSISSAUGA, ON L5M 6X7
CANADA

Claim Number: 8781
Claim Date: 07/29/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,238.78 |

GUELPH TWINES LTD.
50 CRIMEA ST
GUELPH, ON N1H 6J6
CANADA

Claim Number: 5523
Claim Date: 07/17/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $340.44 | Scheduled: | $340.44 |

GUILLEVEN INTERNATIONAL CO.
ATTN: TOM DEFILIPPO
4220 A BLACKFOOT TRAL SE
CALGARY, AB T2G 4E6
CANADA

Claim Number: 8319-01
Claim Date: 07/10/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,184.47 | Scheduled: | $2,173.87 |

| | | | | | | |
|---|---|---|---|---|---|---|
| GUILLEVEN INTERNATIONAL CO.<br>ATTN: TOM DEFILIPPO<br>4220 A BLACKFOOT TRAL SE<br>CALGARY, AB T2G 4E6<br>CANADA | | Claim Number: 8319-02<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 2205 (10/09/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $1,294.95 | | | Allowed: | $1,294.95 |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: BRENNTAG CANADA INC.<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 12436-01<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $4,348.82 | Scheduled: | $7,408.27 | | |
| HAIN CAPITAL HOLDINGS, LTD<br>TRANSFEROR: BRENNTAG CANADA INC.<br>ATTN: GANNA LIBERCHUK<br>301 ROUTE 17, 7TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 12436-02<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 2534 (10/30/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $3,101.91 | | | Allowed: | $3,101.91 |
| HAINCO, LLC<br>TRANSFEROR: MICHELMAN, INC.<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 6TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 2056-02<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5732 (03/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,668.69 | Scheduled: | $8,018.55 | | |
| HAINCO, LLC<br>TRANSFEROR: COPAR CORP<br>ATTN: GANNA LIBERCHUCK<br>301 ROUTE 17, 6TH FLOOR<br>RUTHERFORD, NJ 07070 | | Claim Number: 6394-04<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $2,666.22 | | | | |

| | | | | |
|---|---|---|---|---|
| HARRISSON, LEO<br>7563 AV. DES ERABLES<br>MTL, QC H2E 2R8<br>CANADA | | Claim Number: 8250<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| SECURED | Claimed: | $35,267.00 | | |
| HAWKEYE HOLDINGS LTD<br>3396 SEXSMITH RD<br>KELOWNA, BC V1X 7S5<br>CANADA | | Claim Number: 1941<br>Claim Date: 04/01/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 7652 (05/18/2010) | | |
| UNSECURED | Claimed: | $8,624.43 | Scheduled: | $6,982.78 |
| HEIDELBERG CANADA GRAPHIC EQUIPMENT LTD.<br>ATTN: CATHERINE KAPPOS-GUERREIRO<br>6265 KENWAY DRIVE<br>MISSISSAUGA, ON L5T 2L3<br>CANADA | | Claim Number: 13323<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $33,161.31 | Scheduled: | $34,692.97 |
| HENKEL CANADA CORP.<br>1001 TROUT BROOK CROSSING<br>ROCKY HILL, CT 06067 | | Claim Number: 12744<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8535 (09/14/2010)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $7,151.47 | | |
| UNSECURED | Claimed: | $54,130.23 | Scheduled: | $25,936.05 |
| HENLINE ADHESIVE EQUIPMENT CO, INC<br>DBA HAECO<br>6504 SNIDER RD.<br>LOVELAND, OH 45140 | | Claim Number: 2027<br>Claim Date: 04/06/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,662.20 | Scheduled: | $3,662.20 |

| | | | | |
|---|---|---|---|---|
| HEPBURN ENTERPRISES INC.<br>1481 CHARLESWOOD ROAD<br>WINNIPEG, MB R3S 1B9<br>CANADA | | Claim Number: 302<br>Claim Date: 02/12/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,329.48 | | |
| HER MAJESTY THE QUEEN IN RIGHT OF CANADA<br>AS REP'D BY THE MINISTER OF NAT'L REV<br>C/O DEPT OF JUSTICE CANADA<br>130 KING STREET WEST SUITE 3400<br>TORONTO, ON M5X 1K6<br>CANADA | | Claim Number: 13047<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>Attn: Diane Winters, General Counsel and Christopher Lee, Counsel | | |
| UNSECURED | Claimed: | $1.00   UNLIQ | | |
| HEWLETT PACKARD (CANADA) CO.<br>5150 SPECTRUM WAY H-72<br>MISSISSAUGA, ON L4W 5G1<br>CANADA | | Claim Number: 8917<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $13,550.36 | Scheduled: | $18,352.60 |
| HEWLETT PACKARD (CANADA) CO.<br>ATTN: KEN HIGMAN<br>5150 SPECTRUM WAY H-72<br>MISSISSAUGA, ON L42 5G1<br>CANADA | | Claim Number: 12471<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 8917<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $13,550.36 | | |
| HIGGOTT, VANESSA<br>118 DAVIS TRAIL<br>THORNTON, ON L0L 2N0<br>CANADA | | Claim Number: 8976<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $475,194.00 | | |

| | | | | |
|---|---|---|---|---|
| HLF (DIVERSIFED) INC<br>3912 HIGHWAY #1<br>UNIONVILLE, ON L3R 1L3<br>CANADA | | Claim Number: 8623<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $384.69 | | |
| HLF DIVERSIFIED INC<br>3912 HWY 7<br>MARKHAM, ON L3R 1L3<br>CANADA | | Claim Number: 8624<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8909 (01/25/2011) | | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | | |
| UNSECURED | | | Scheduled: | $341.11 |
| HMB MFG & SUPPLY CO<br>2774 BONCHEFF DRIVE<br>4758 SOUTH 295TH ST W<br>SAN JOSE, CA 95113 | | Claim Number: 4836<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $849.49 | Scheduled: | $849.49 |
| HOUSE OF ELECTRICAL<br>880 MILNER AVE.<br>SCARBOROUGH, ON M1B 5N7<br>CANADA | | Claim Number: 8310<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,388.70 | Scheduled: | $2,218.48 |
| HUNTER STEEL SALES<br>107 ARROW ROAD<br>GUELPH, ON N1K 1S8<br>CANADA | | Claim Number: 12362-01<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,766.01 | Scheduled: | $4,457.75 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10253)

| | | | | | | |
|---|---|---|---|---|---|---|
| HUNTER STEEL SALES<br>107 ARROW ROAD<br>GUELPH, ON N1K 1S8<br>CANADA | | Claim Number: 12362-02<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 2205 (10/09/2009)<br>THIS CLAIM IS PAID | | | | |
| ADMINISTRATIVE | Claimed: | $609.38 | | | Allowed: | $609.38 |
| HYPOWER SYSTEMS<br>JANE COSTEN<br>143 WHEELER STREET<br>SASKATOON, SK S7 P 0AL<br>CANADA | | Claim Number: 8743<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $737.99 | Scheduled: | $737.99 | | |
| HYPOWER SYSTEMS<br>JANE COSTEN<br>143 WHEELER STREET<br>SASKATOON, SK S7 P 0AL<br>CANADA | | Claim Number: 8744<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $214.68 | Scheduled: | $214.68 | | |
| IMPERIAL OIL<br>ATTN: NATALIE LEBLANC<br>12 MILENNIUM BLVD.<br>MONCTON, NB E1C 0M2<br>CANADA | | Claim Number: 8905<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $8,472.55 | | | | |
| INDEPENDENT CORRUGATOR INC<br>1177 AEROWOOD DRIVE<br>MISSISSAUGA, ON L4W 1Y6<br>CANADA | | Claim Number: 6083<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $61,819.02 | | |

| | | | | |
|---|---|---|---|---|
| INDEPENDENT LIFT TRUCK SERVICE LIMITED<br>DOREEN BUTTERFIELD<br>320 LONGMAN CRESCENT<br>REGINA, SK S4N 6J4<br>CANADA | | Claim Number: 8745-01<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $137.27 | | |
| INDEPENDENT LIFT TRUCK SERVICE LIMITED<br>DOREEN BUTTERFIELD<br>320 LONGMAN CRESCENT<br>REGINA, SK S4N 6J4<br>CANADA | | Claim Number: 8745-02<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,969.90 | | |
| INDUSTRIAL WATER TREATMENT SERVICES LTD<br>80 AMBASSADOR ROW<br>WINNIPEG, MB R2V 3L8<br>CANADA | | Claim Number: 8906<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,036.60 | Scheduled: | $1,044.02 |
| INDUSTRIAL WEIGHING SYSTEMS<br>9 RICHMOND ST<br>ATTN: JON KEITEL<br>PICTON, ON K0K 2T0<br>CANADA | | Claim Number: 8648<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,711.33 | Scheduled: | $342.15 |
| INNERACTIVE SECURITY SERVICES INC<br>1121 KING ST. EAST.<br>KITCHENER, ON N2G 2N3<br>CANADA | | Claim Number: 1786<br>Claim Date: 03/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,880.80 | | |

INNOVATIVE CONTROL SOLUTIONS
3115 4TH AVE UNITE 8 AND 9
MARKHAM, ON L3R 0H1
CANADA

Claim Number: 12323
Claim Date: 07/09/2009
Debtor: SMURFIT-MBI

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $180.15 | Scheduled: | $4,820.17 | |

INNOVATIVE CONTROL SOLUTIONS INC.
3115, 14TH AVENUE
UNIT 8 & 9
MARKHAM, ON L3R 0H1
CANADA

Claim Number: 8247
Claim Date: 07/09/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLE DUPLICATE OF 12323
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $180.15 |

INSTACHANGE DISPLAYS LIMITED
ATTN: JULIE LEWIS
230 EDWARD ST.
AURORA, ON L4G 3S8
CANADA

Claim Number: 12610-01
Claim Date: 08/03/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,683.36 |

INSTACHANGE DISPLAYS LIMITED
ATTN: JULIE LEWIS
230 EDWARD ST.
AURORA, ON L4G 3S8
CANADA

Claim Number: 12610-02
Claim Date: 08/03/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 2534 (10/30/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $2,466.30 | Allowed: | $2,466.30 |

INTEGRATED PACKAGING COMPANY, INC.
ATTENTION: LOUIS F. POWELL
122 QUENTIN AVE.
NEW BRUNSWICK, NJ 08901

Claim Number: 11986
Claim Date: 08/28/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 3287 (12/18/2009)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $28,904.50 |

---

INTEGRYS ENERGY SERVICES OF CANADA
GREG GEBHARDT
500 W. MADISON SUITE 3300
CHICAGO, IL 60661

Claim Number: 8929
Claim Date: 08/06/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $175,079.43 | Scheduled: | $138,827.58 |
|-----------|----------|-------------|------------|-------------|

INTELLIMOTION SYSTEMS LTD.
JORGE GRUSZKA
19 NORCROSS RD.
TORONTO, ON M3H 2R3
CANADA

Claim Number: 8979
Claim Date: 08/11/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,150.66 | Scheduled: | $2,192.94 |
|-----------|----------|-----------|------------|-----------|

INTERNATIONAL GROUP, INC., THE
50 SALOME DRIVE
TORONTO, ON M1S 2A8
CANADA

Claim Number: 1759
Claim Date: 03/26/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $0.00   UNLIQ |
|-----------|----------|---------------|

IOS FINANCIAL SERVICES
2300 MEADOWVALE BLVD
ATTN: DARLENE MILLIGAN
MISSISSAUGA, ON L5N 5P9
CANADA

Claim Number: 13061
Claim Date: 08/31/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,717.38 | Scheduled: | $6,498.00 |
|-----------|----------|-----------|------------|-----------|

ISOWA AMERICA INC
2445 WEST 12TH ST STE 1
TEMPE, AZ 85281

Claim Number: 8131
Claim Date: 08/18/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,164.99 | Scheduled: | $5,834.65 |
|-----------|----------|-----------|------------|-----------|

| | | | | |
|---|---|---|---|---|
| J.C. MCLAREN BELTING INC.<br>8116 MONTVIEW<br>VILLE MONT-ROYAL, QC H4P 2L7<br>CANADA | | Claim Number: 12743-01<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $890.96 | | |
| UNSECURED | | | Scheduled: | $10,798.08 |
| J.C. MCLAREN BELTING INC.<br>8116 MONTVIEW<br>VILLE MONT-ROYAL, QC H4P 2L7<br>CANADA | | Claim Number: 12743-02<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,880.50 | | |
| J.C.B. INDUSTRIAL INC.<br>PO BOX 279<br>ATTN: SEAN BOGAERTS<br>COCHRANE, AB T4C 1A5<br>CANADA | | Claim Number: 8822<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $106,655.46 | Scheduled: | $97,267.45 |
| JACQUES WHITFORD STANTEC LIMITED<br>8170 MONTVIEW ROAD<br>MONT-ROYAL, QC H4P 2L7<br>CANADA | | Claim Number: 1585<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>812.71 CAD | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $667.74 |
| JACQUES WHITFORD STANTEC LIMITED<br>ATTN: PAUL TESSIER<br>100 ALEXIS-NIHON BUREAU 100<br>SAINT LAURENT, QC H4M 2N6<br>CANADA | | Claim Number: 13322<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $665.85 | | |

JAMES ELECTRIC MOTOR SERVICES
4020 8TH STREET SE
CALGARY, AB T2G 3A7
CANADA

Claim Number: 12642
Claim Date: 08/18/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $3,714.07 | Scheduled: | $3,698.55 |
|---|---|---|---|---|

JAMES ELECTRIC MOTOR SERVICES LTD.
ATTN: NICOLE FLEURY OR GORD JAMES
4020 8TH STREET SE
CALGARY, AB T2G 3A7
CANADA

Claim Number: 12643
Claim Date: 08/18/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLE DUPLICATE OF 12642
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,714.07 |
|---|---|---|

JANITORIAL SYSTEMS INC.
#130, 4808 87TH ST
EDOMTON, AB T6E 5W3
CANADA

Claim Number: 3332
Claim Date: 06/10/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,954.77 | Scheduled: | $3,228.20 |
|---|---|---|---|---|

JAY'S MOVING & STORAGE LTD
BOX 4560
REGINA, SK S4P 3Y3
CANADA

Claim Number: 8202
Claim Date: 07/07/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $11,001.15 | Scheduled: | $10,710.98 |
|---|---|---|---|---|

JBN MEDICAL DIAGNOSTIC SERVICES, INC.
ATTN: MARG DUBOIS
2951 WALKER LINE, SUITE H301
BURLINGTON, ON L7M 4Y1
CANADA

Claim Number: 8402
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,236.69 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: GROUNDSTAR EXPRESS LTD.<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 8651<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8128 (06/23/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $9,274.13 | Scheduled: | $11,278.93 | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: STICKLE STEAM SPECIALTIES CO<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 8840-02<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) | | | |
| UNSECURED | Claimed: | $245.70 | | | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>TRANSFEROR: SUN CHEMICAL CORPORATION<br>ONE STATION PLACE<br>THREE NORTH<br>STAMFORD, CT 06902 | | Claim Number: 11280<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8128 (06/23/2010) | | | |
| ADMINISTRATIVE | Claimed: | $123,009.90 | | | |
| UNSECURED | Claimed: | $84,859.53 | Scheduled: | $18,915.14 | |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC<br>C/O PERMAL STONE LION FUND LTD<br>ATTN: BRIAN WOOD<br>P.O. BOX 4569<br>NEW YORK, NY 10163 | | Claim Number: 11281<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,798,257.10 | Scheduled: | $2,922.50 | |
| JESSWOOD PACKAGING INC.<br>ATTN: RAYMOND JESSOME<br>84H - BRUNSWICK<br>DOLLARD-DES-ORMEAUX, QC H9B 2C5<br>CANADA | | Claim Number: 12994<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,260.98 | Scheduled: | $1,749.53 | |

| | | | | | |
|---|---|---|---|---|---|
| JH RYDER MACHINERIE LTEE<br>ATTN: JACQUES BEAUCHAMP<br>3430 GRIFFITH<br>ST LAURENT, QC H4T 1A7<br>CANADA | | Claim Number: 8330<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,035.89 | Scheduled: | $5,062.38 | |
| JONAS, MARK<br>75 BERMUDA PLACE NW<br>CALGARY, AB T3K 1H4<br>CANADA | | Claim Number: 12782<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| UNSECURED | Claimed: | $26,219.58 | | | |
| KELLY SERVICES INC<br>999 W BIG BEAVER RD<br>TROY, MI 48084 | | Claim Number: 12445<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $8,085.66 | Scheduled: | $6,088.52 | |
| KENT COMMUNICATIONS INC.<br>98 HADRIAN DRIVE<br>ATTN: MALCOLM KENT, GENERAL MANAGER<br>TORONTO, ON M9W 1V4<br>CANADA | | Claim Number: 8669<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,247.24 | Scheduled: | $1,211.02 | |
| KEVIN BAXTER/EVAN LUCAS<br>K AND L LAWNCARE<br>25-7140 132ND STREET<br>SURREY, BC V3W 1J5<br>CANADA | | Claim Number: 2565<br>Claim Date: 04/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $11,075.00 | | | |

| KINDERSLEY TRANSPORT<br>P.O. BOX 7290<br>SASKATOON, SK 57K 4J2<br>CANADA | | Claim Number: 3148<br>Claim Date: 05/27/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $35,411.98 | Scheduled: | $26,878.12 | | |

| KONECRANES CANADA<br>ATTN: OKIN MAENG<br>1040 SUTTON DRIVE<br>BURLINGTON, ON L7L 6B8<br>CANADA | | Claim Number: 8419<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $920.16 | Scheduled: | $909.33 | | |

| KRISTOFIC, DRAGA<br>32 BROCK ST.<br>ST. THOMAS, ON N5P 2B2<br>CANADA | | Claim Number: 12993<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | | |
|---|---|---|---|---|---|---|
| PRIORITY | Claimed: | $3,326.77 | | | | |

| KWIK KOPY PRINTING<br>27 WYNDHAM ST N<br>GUELPH, ON NIH 4E4<br>CANADA | | Claim Number: 8308<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,523.67 | Scheduled: | $2,523.67 | | |

| L.E. SAUER MACHINE CO.<br>C/O CHERIE MACDONALD, ESQ.<br>GREENSFELDER, HEMKER & GALE, P.C.<br>12 WOLF CREEK DRIVE, SUITE 100<br>BELLEVILLE (SWANSEA), IL 62226 | | Claim Number: 1348<br>Claim Date: 03/09/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 8333 (08/10/2010) | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $7,327.46 | | | Allowed: | $7,327.46 |

| | | | | |
|---|---|---|---|---|
| LAB SAFETY SUPPLY<br>401 S WRIGHT RD<br>JANESVILLE, WI 53546 | | Claim Number: 8614<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $227.58 | Scheduled: | $235.88 |
| LABEL DEPOT<br>3275 FRANCIS HUGHES<br>LAVAL, QC H7L 5A5<br>CANADA | | Claim Number: 5009<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $2,167.18 |
| LANDMARK CARTAGE - DIVISION OF 634187<br>B.C. LTD<br>ATTN:WOLFGANG BEHRENBRUCH<br>#200-13042 84TH AVENUE<br>SURREY, BC V3W 1L2<br>CANADA | | Claim Number: 8431<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $34,151.98 | Scheduled: | $33,860.52 |
| LEAVITT MACHINERY GENERAL PARTNERSHIP<br>KELLY TUNTEN<br>24389 FRASER HWY<br>LANGLEY, BC V2Z 2L3<br>CANADA | | Claim Number: 8746<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,615.08 | Scheduled: | $1,496.66 |
| LECO INDUSTRIES INC.<br>3235 SARTELON ST<br>VILLE SAINT LAURENT, QC H4R 1E9<br>CANADA | | Claim Number: 14174<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8909 (01/25/2011)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,648.72 | Scheduled: | $2,745.33 |

LEE WEST PACKAGING LTD.
621 WADDINGTON DRIVE
ATTN: SHELLY ROZANKOSKI
VERNON, BC VIT 8TS
CANADA

Claim Number: 8821
Claim Date: 07/30/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,974.65 | Scheduled: | $1,974.65 |
|---|---|---|---|---|

LES PLACEMENTS JONADAGI INC.
ATTN: GINETTE RAYMOND
1600 TRANSCANADIENNE, SUITE 202
DORVAL, QC H9P 1H7
CANADA

Claim Number: 13307
Claim Date: 08/20/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLE DUPLICATE OF 12698
DOCKET: 8758 (11/15/2010)

| UNSECURED | Claimed: | $14,428.08 |
|---|---|---|

LES POMPES DIASPEC INC
6913 JARRY EST
MONTREAL, QC H1P 1W7
CANADA

Claim Number: 14060
Claim Date: 07/01/2010
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8408 (08/18/2010)

| UNSECURED | Claimed: | $6,143.43 |
|---|---|---|

LES POMPES DIASPEC INC
6913 JARRY EST
MONTREAL, QC H1P 1W7
CANADA

Claim Number: 14086
Claim Date: 08/09/2010
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8661 (10/18/2010)

| UNSECURED | Claimed: | $6,143.43 | Scheduled: | $5,110.33 |
|---|---|---|---|---|

LIFTOW LIMITED
3150 AMERICAN DRIVE
MISSISSAUGA, ON L4V 1B4
CANADA

Claim Number: 3474
Claim Date: 06/22/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $21,205.18 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: W.H. LEARY CO., INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 357-02<br>Claim Date: 02/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,667.23 | Scheduled: | $3,070.05 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: SECURITAS SECURITY SERVICES<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1182-02<br>Claim Date: 02/26/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $20,471.46 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: PAMARCO GLOBAL GRAPHICS CANA<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 1886<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $1,724.55 |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: NYE LUBRICANTS<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 5327<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $33,003.77 | | |
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: NYE LUBRICANTS, INC.<br>ONE UNIVERSITY PLAZA<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 7329-03<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $7,180.58 | Scheduled: | $32,042.74 |

| | | | | |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS, INC.<br>TRANSFEROR: KADANT CANADA CORP.<br>ONE UNIVERSITY PLAZA,<br>SUITE 312<br>HACKENSACK, NJ 07601 | | Claim Number: 13321<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| PRIORITY | Claimed: | $28.09 | | |
| UNSECURED | Claimed: | $1,899.52 | Scheduled: | $1,970.01 |
| LITTLE BOW TRANSPORT 2000 LTD.<br>4747A 54 AVENUE SE<br>CALGARY, AB T2C 2M1<br>CANADA | | Claim Number: 1884<br>Claim Date: 03/30/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $18,842.61 | Scheduled: | $17,178.07 |
| LIVINGSTON INTL, INC<br>ATTENTION ANDES GONZALES<br>6725 AIRPORT ROAD<br>SUITE 500<br>MISSISSAUGA, ON L4V 1V2<br>CANADA | | Claim Number: 9027<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,174.58 | | |
| LONESTAR LUMBER<br>12815 168TH STREET NW<br>EDMONTON, AB T5V 1P4<br>CANADA | | Claim Number: 1539<br>Claim Date: 03/17/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,795.50 | | |
| LORNE'S LITHO LIMITIED<br>1681 CHURCH AVE<br>WINNIPEG, MB R2X 2Y7<br>CANADA | | Claim Number: 13332<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $848.96 | Scheduled: | $838.95 |

---

| | | | | |
|---|---|---|---|---|
| LUMEN DIV. DE SONEPAR CDA INC.<br>117, BOUL. HYMUS<br>POINTE-CLAIRE, QC H9R 1E5<br>CANADA | | Claim Number: 13433<br>Claim Date: 08/02/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $19,883.55 | Scheduled: | $20,665.09 |

| | | | | |
|---|---|---|---|---|
| M. FOLEY INC.<br>4170 LOUIS-PAYETTE<br>LAVAL, QC H7T 1Z1<br>CANADA | | Claim Number: 9444<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $8,606.72 | Scheduled: | $7,112.37 |

| | | | |
|---|---|---|---|
| MACDOUGAL, THOMAS<br>3590 ROUND BOTTOM RD<br>CINCINNATI, OH 45244-3026 | | Claim Number: 12943<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | |
| PRIORITY | Claimed: | $0.00   UNLIQ | |

| | | |
|---|---|---|
| MACKINNON, JOHN<br>377 SMITH ST.<br>BRIGHTON, ON K0K 1H0<br>CANADA | | Claim Number: 12613<br>Claim Date: 08/06/2009<br>Debtor: SMURFIT-MBI |
| PRIORITY | Claimed: | $41,263.91 |

| | | |
|---|---|---|
| MACOGE AV CHROME DE MONTREAL INC<br>6850 PLACE PASCAL-GAGNON<br>MONTREAL-NORD, QC H1P 1A1<br>CANADA | | Claim Number: 8329-02<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $7,768.19 |

| | | | | | |
|---|---|---|---|---|---|
| MACROMOTION HYDRAULICS INC.<br>4450 CORPORATE DR, UNIT 8<br>BURLINGTON, ON L7L 5R3<br>CANADA | | Claim Number: 8238<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $11,026.65 | Scheduled: | $10,978.32 | |
| MANITOBA HYDRO<br>PO BOX 7900<br>WINNIPEG, MB R3C 5R1<br>CANADA | | Claim Number: 6405<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $44,356.15 | Scheduled: | $93,167.77 | |
| MANPOWER SERVICES (ALBERTA) LTD<br>ATTN: WENDY KENDALL<br>120 731 7TH AVEN SW<br>CALGARY, AB T2P 3P8<br>CANADA | | Claim Number: 12852<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $137,495.46 | | | |
| MAR KAN MARKETING<br>3402 W 79TH ST<br>INDIANAPOLIS, IN 46268 | | Claim Number: 4360<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $159.50 | | | |
| MAR KAN MARKETING INC<br>3402 W 79TH STREET<br>INDIANAPOLIS, IN 46268 | | Claim Number: 4358<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $737.50 | Scheduled: | $737.50 | |

| | | |
|---|---|---|
| MARMARA, STEVEN G.<br>126 SPRUCEWOOD CRESCENT<br>BOWMANVILLE, ON L1C SH4<br>CANADA | | Claim Number: 8914<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $23,875.00 |
| MASONLIFT LTD<br>ATTN: KEN COLLINS<br>1605 CLIVEDEN AVENUE<br>BELTA, BC V3M 6P7<br>CANADA | | Claim Number: 8452-02<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $18,140.83 |
| MASTER LIFT TRUCK SERVICE INC<br>ATTN: CATHY COMMON<br>2899 PLYMOUTH DRIVE<br>OAKVILLE, ON L6H 6G7<br>CANADA | | Claim Number: 8715-01<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID |
| ADMINISTRATIVE | Claimed: | $2,231.90 |
| MASTER LIFT TRUCK SERVICE INC<br>ATTN: CATHY COMMON<br>2899 PLYMOUTH DRIVE<br>OAKVILLE, ON L6H 6G7<br>CANADA | | Claim Number: 8715-02<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $45,808.06 |
| MASTER, BELT<br>KARENANNE DIFILIPPO<br>130 MATHESON BLVD # 7<br>MISSISSAUGA, ON L4Z 1Y6<br>CANADA | | Claim Number: 8953<br>Claim Date: 08/10/2009<br>Debtor: SMURFIT-MBI |
| UNSECURED | Claimed: | $14,023.59 |

| MATZA, PATRICIA<br>5230 N 29TH STREET<br>MILWAUKEE, WI 53209 | | Claim Number: 12837<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00  UNDET | | |
| UNSECURED | Claimed: | $0.00  UNDET | | |
| MAXXAM ANALYTICS INC<br>ATTN: FARAH DOWLUT<br>7070 MISSISSAUGA RD<br>STE 240<br>MISSISSAUGA, ON L5N 7G2<br>CANADA | | Claim Number: 8470-02<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $12,423.31 | | |
| MCAP LEASING<br>5575 NORTH SERVICE RAOD<br>BURLINGTON, ON L7L 6M1<br>CANADA | | Claim Number: 7666<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | |
| SECURED | Claimed: | $5,823.88 | | |
| MCAP LEASING INC.<br>5575 NORTH SERVICE RD<br>#300<br>BURLINGTON, ON L7L 6M1<br>CANADA | | Claim Number: 8891<br>Claim Date: 08/12/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8408 (08/18/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,824.48 | Scheduled: | $715.37 |
| MCMILLAN TRANSPORT LTD.<br>1452 BRIER PARK ROAD N.W.<br>MEDICINE HAT, AB T1C 1V2<br>CANADA | | Claim Number: 1469<br>Claim Date: 03/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $23,783.44 | Scheduled: | $17,991.64 |

| MECANIQUE INDUSTRIELLE AMNC<br>ATTN: PIERRETTE PAUZE<br>560 LAVOISER<br>REPENTIGNY, QC J6A 7P1<br>CANADA | | Claim Number: 8474<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $23,220.83 | Scheduled: | $23,220.83 |

| MEDINA SUPPLY INC.<br>876 CEDAR BAY ROAD<br>ATTN: EARL RUSTON<br>PORT COLBORNE, ON L3K 5V3<br>CANADA | | Claim Number: 8649<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,289.94 | Scheduled: | $1,293.42 |

| MENU FOODS LIMITED<br>8 FALCONER DRIVE<br>ATTN: VITO VESCIO<br>STREETSVILLE, ON L5N 1B1<br>CANADA | | Claim Number: 8785<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7189 (04/22/2010)<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $7,345.29 | | |
| UNSECURED | | | Scheduled: | $25,634.77 |

| MERCER ELECTRIC MOTOR SERVICE<br>111 - 2544 DOUGLAS ROAD<br>BURNABY, BC V5C 5W7<br>CANADA | | Claim Number: 5502<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,557.51 | Scheduled: | $4,531.91 |

| MERCER ELECTRIC MOTOR SERVICE LTD<br>ATTN: MARIA ALVES<br>111-2544 DOUGLAS ROAD<br>BURNABY, BC V5C 5W7<br>CANADA | | Claim Number: 8186<br>Claim Date: 07/06/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 5502 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,557.51 | | |

MERCER ELECTRIC MOTOR SERVICE LTD
111-2544 DOUGLAS ROAD
BURNABY, BC V5C 5W7
CANADA

Claim Number: 12308
Claim Date: 07/06/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $4,557.51 | | |

METALS PLUS LTD.
1610 MCEWEN DRIVE, UNITS 1-3
WHITBY, ON L1N 8V6
CANADA

Claim Number: 8231
Claim Date: 07/08/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,079.52 | Scheduled: | $3,071.74 |

METALWORKS OF MONTANA, INC.
P.O. BOX 10
MISSOULA, MT 59806

Claim Number: 8496
Claim Date: 07/16/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,844.00 | | |

MEYERS TRANSPORT LTD
DAVID JOYCE, VP FINANCE
PO BOX 1540
BELLEVILLE, ON K8N 5J2
CANADA

Claim Number: 9582
Claim Date: 07/06/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,686.48 | Scheduled: | $2,311.72 |

MID-CANADA BEARING INC.
1040 COULTER AVE
WINNIPEG, MB R3F 0X8
CANADA

Claim Number: 8835
Claim Date: 07/31/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $1,209.19 | | |

| | | | | |
|---|---|---|---|---|
| MIDLAND TRANSPORT<br>ATTN: PEGGY KELLY<br>100 MIDLAND DRIVE<br>DIEPPE, NB E1A 6X4<br>CANADA | | Claim Number: 8577<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $4,883.71   UNLIQ | Scheduled: | $5,203.63 |
| MIKKELSEN-COWARD + CO. LTD.<br>2070 NOTRE DAME AVE<br>WINNIPEG, MB R3W 0J8<br>CANADA | | Claim Number: 3476<br>Claim Date: 06/22/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,358.02 | Scheduled: | $4,396.69 |
| MILLENNIUM FLUID POWER<br>2832 NESS AVE.<br>WINNIPEG, MB R3J 1A8<br>CANADA | | Claim Number: 594<br>Claim Date: 02/18/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>6,533.53 IN CANADIAN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| MILLENNIUM FLUID POWER<br>2832 NESS AVENUE<br>ATTN: KEITH BOLLAND<br>WINNIPEG, MB R3J 1A8<br>CANADA | | Claim Number: 8670<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,024.78 | Scheduled: | $5,018.21 |
| MILTON HYDRO DISTRIBUTION INC.<br>55 THOMPSON RD S.<br>ATTN: MARY JO CORKUM<br>MILTON, ON L9T 6P7<br>CANADA | | Claim Number: 8820<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $110,133.87 | | |

| | | | | |
|---|---|---|---|---|
| MILTON MACHINE SHOP LIMITED<br>ATTN: HENRY BRINKE<br>203 MILL STREET<br>MILTON, ON<br>CANADA | | Claim Number: 8578<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $12,975.37 | Scheduled: | $13,380.57 |
| MJM ELECTRIC LIMITED<br>ATTN: DONALD STEPHEN SMITH<br>5826 WELLINGTON RD 86<br>RR #1<br>ARISS, ON N0B 1B0<br>CANADA | | Claim Number: 13326<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $25,144.46 | Scheduled: | $25,091.84 |
| MODERN RAILINGS & METALCRAFT LTD.<br>114 ENGELHARD DRIVE<br>AURORA, ON L4G 3V2<br>CANADA | | Claim Number: 13464<br>Claim Date: 09/18/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8535 (09/14/2010) | | |
| ADMINISTRATIVE | Claimed: | $51,429.18 | | |
| MODULAR CONCEPTS INC<br>11933 12TH AVE SOUTH<br>BURNSVILLE, MN 55337 | | Claim Number: 1510<br>Claim Date: 03/16/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,037.00 | Scheduled: | $1,037.00 |
| MONARCH BUILDING SERVICES<br>THOMAS P. TAYLOR JR<br>PO BOX 26952<br>EL PASO, TX 79926 | | Claim Number: 8759<br>Claim Date: 06/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8093 (06/21/2010) | | |
| UNSECURED | Claimed: | $8,447.95 | | |

| | | | | |
|---|---|---|---|---|
| MONTGOMERY, ONEKE<br>238 LAKE AVENUE<br>KELOWNA, BC V1Y 5W5<br>CANADA | | Claim Number: 8793<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $91,760.78 | | |
| MORGAN BRAKE & CLUTCH COMPANY<br>1700 SAVAGE ROAD<br>RICHMOND, BC V6V 3A9<br>CANADA | | Claim Number: 12337<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $924.78 | Scheduled: | $913.89 |
| MORGAN HOLDINGS<br>6239 65 STREET<br>TABER, AB T1G 0A5<br>CANADA | | Claim Number: 6434<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $15,593.02 |
| MORGAN INDUSTRIAL SUPPLY LTD<br>DBA MORGAN BRAKE & CLUTCH<br>ATTN: MARIA GEDAN<br>1700 SAVAGE ROAD<br>RICHMOND, BC V6V 3A9<br>CANADA | | Claim Number: 8328<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 12337 | | |
| UNSECURED | Claimed: | $924.78 | | |
| MOTION INDUSTRIES (CANADA) INC.<br>ATTN: ROBERT D. BENEDET<br>1520  55E AVE<br>LACHINE, QC H8T 3J5<br>CANADA | | Claim Number: 8418<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,624.77 | Scheduled: | $5,541.60 |

MOTIVA
GUY BERUCHAMP - PRES.
2379 RUE DE LA FANFARE QUE.
ST. LAZARE, QC J7T 3E7
CANADA

Claim Number: 8858
Claim Date: 08/04/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $87.85 | Scheduled: | $91.06 |
|---|---|---|---|---|

MUSKOKA TRANSPORT LTD
ATTN: TRACY MARTIN
456 ECCLESTONE DR, BOX 1336
BRACEBRIDGE, ON P1L 1V4
CANADA

Claim Number: 13329
Claim Date: 08/11/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,871.77 | Scheduled: | $11,930.02 |
|---|---|---|---|---|

MUTUAL TRANSPORTATION SERVICES INC.
627 LYONS LANE SUITE 403
OAKVILLE, ON L6J 527
CANADA

Claim Number: 8646
Claim Date: 07/22/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $3,527.09 | Scheduled: | $3,511.34 |
|---|---|---|---|---|

NALCO CANADA CO.
ATT: CHAD PECHMAN
1601 WEST DIEHL RD
NAPERVILLE, IL 60563-1198

Claim Number: 13319
Claim Date: 08/25/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 7550 (05/10/2010)

| ADMINISTRATIVE | Claimed: | $3,818.09 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,960.38 | | |

NALCO CANADA CO. #T8082
PO BOX 8082
TORONTO, ON M5W 3W5
CANADA

Claim Number: 10470-01
Claim Date: 08/26/2009
Debtor: SMURFIT-MBI
Comments: ALLOWED
DOCKET: 8659 (10/18/2010)

| UNSECURED | Claimed: | $8,960.38 | Scheduled: | $20,944.35 | Allowed: | $8,960.38 |
|---|---|---|---|---|---|---|

NALCO CANADA CO. #T8082
PO BOX 8082
TORONTO, ON M5W 3W5
CANADA

Claim Number: 10470-02
Claim Date: 08/26/2009
Debtor: SMURFIT-MBI
Comments: ALLOWED
DOCKET: 8659 (10/18/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $3,818.09 | Allowed: | $3,818.09 |

NATIONAL CORRUGATED MACHINE INC
ATTN: BILL BUTTNER
10919 MCCORMICK RD
HUNT VALLEY, MD 21031

Claim Number: 13470
Claim Date: 10/08/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,266.78 |

NATIONAL FAST FREIGHT
391 CREDITSTONE ROAD
CONCORD, ON L4K 1N8
CANADA

Claim Number: 12363
Claim Date: 07/15/2009
Debtor: SMURFIT-MBI

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $15,801.62 | Scheduled: | $11,622.10 |

NATIONAL STARTER
1506-D ROSS AVENUE EAST
REGINA, SK S4N 7A3
CANADA

Claim Number: 5538
Claim Date: 07/17/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $0.00  UNLIQ |

NEAL TRAFFIC SERVICES LTD
ATTN: JOHN LOKKER
UNIT 3 139 DEVON ROAD
BRAMPTON, ON L6T 5L8
CANADA

Claim Number: 8484
Claim Date: 07/16/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8530 (09/13/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $18,511.27 | | |
| UNSECURED | Claimed: | $18,511.27 | Scheduled: | $15,833.22 |
| TOTAL | Claimed: | $18,511.27 | | |

---

| NEDCO. | | Claim Number: 8334 | | |
| 5600 KEATON CRES. | | Claim Date: 07/13/2009 | | |
| MISSISSAUGA, ON L5R 3G3 | | Debtor: SMURFIT-MBI | | |
| CANADA | | Comments: | | |
| | | THIS CLAIM IS PAID | | |

| UNSECURED | Claimed: | $485.71 | Scheduled: | $487.48 |

---

| NELCO INC | | Claim Number: 8477 | | |
| ATTN: JOSE DESROCHERS | | Claim Date: 07/16/2009 | | |
| 5510 ST. JACQUES | | Debtor: SMURFIT-MBI | | |
| MONTREAL, ON H4A 2E2 | | Comments: | | |
| CANADA | | THIS CLAIM IS PAID | | |

| UNSECURED | Claimed: | $4,666.56 | Scheduled: | $4,816.13 |

---

| NICLAND FILTER SERVICE LTD. | | Claim Number: 700 | | |
| 1C - 30321 FRASER HWY. | | Claim Date: 02/23/2009 | | |
| ABBOTSFORD, BC V4X 1T3 | | Debtor: SMURFIT-MBI | | |
| CANADA | | Comments: | | |
| | | THIS CLAIM IS PAID | | |

| UNSECURED | Claimed: | $4,413.94 | Scheduled: | $3,626.61 |

---

| NOBLE LOCKSMITH LTD. | | Claim Number: 5232 | | |
| 249 NOTRE DAME AVENUE | | Claim Date: 07/14/2009 | | |
| WINNIPEG, MB R3B 1N8 | | Debtor: SMURFIT-MBI | | |
| CANADA | | Comments: | | |
| | | THIS CLAIM IS PAID | | |

| UNSECURED | Claimed: | $612.36 | Scheduled: | $88.30 |

---

| NOCO LUBRICANTS | | Claim Number: 8204 | | |
| ATTN: DAN | | Claim Date: 07/07/2009 | | |
| 5468 DUNDAS STREET WEST, STE 401 | | Debtor: SMURFIT-MBI | | |
| ETOBICOKE, ON M9B 6E3 | | Comments: DOCKET: 8758 (11/15/2010) | | |
| CANADA | | THIS CLAIM IS PAID | | |

| UNSECURED | Claimed: | $259.08 | | |

---

| | | | |
|---|---|---|---|
| NORCAN FLUID POWER LTD<br>ATTN: MAKO CUI<br>8985 FRASERWOOD COURT<br>BURNABY, BC V5J 5E8<br>CANADA | | Claim Number: 8476<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $2,117.92 | |
| NORTHLAND CHEMICAL INC.<br>ATTN:GEORGE KAMPF<br>2460 ANSON DRIVE UNIT #9<br>MISSISSAUGA, ON L5S 1G7<br>CANADA | | Claim Number: 8572<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $10,542.55 | Scheduled: $10,632.20 |
| NORWES CONSULTANTS INC<br>30 DARBY RD.<br>BILL FISCHER<br>GUELPH, ON N1K-1R4<br>CANADA | | Claim Number: 8787<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $22,287.54 | Scheduled: $22,287.54 |
| NOVA EXPRESS MILLENNIUM INC.<br>WILLIS WOO<br># 2 - 3331 VIKING WAY<br>RICHMOND, BC V6V 1X7<br>CANADA | | Claim Number: 8740<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $1,193.43 | Scheduled: $2,828.39 |
| NQP STARCH & CHEMICALS<br>PO BOX 240972<br>ST. PAUL, MN 55124 | | Claim Number: 5346-01<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $16,280.79 | Scheduled: $45,560.98 |

---

NQP STARCH & CHEMICALS
PO BOX 240972
ST. PAUL, MN 55124

Claim Number: 5346-02
Claim Date: 07/16/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 1866 (09/04/2009)
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $6,500.00 | | Allowed: | $6,500.00 |

NY STATE TEAMSTERS CONFERENCE PENSION &
RETIREMENT FUND
ATTN: VINCENT M. DEBELLA
PO BOX 4928
SYRACUSE, NY 13321-4928

Claim Number: 12546
Claim Date: 08/18/2009
Debtor: SMURFIT-MBI
Comments: WITHDRAWN
DOCKET: 9146 (11/14/2011)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $335,109.64 | |

OCCUPATIONAL HEALTH AND SAFETY
PO BOX 7937
SASKATOON, SK S7K 4R6
CANADA

Claim Number: 12403
Claim Date: 07/20/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| PRIORITY | Claimed: | $0.00   UNLIQ | | |
| UNSECURED | | | Scheduled: | $1,385.94 |

OFFICETEAM
DIV. OF ROBERT HALF INTERNATIONAL
ATTN: RECOVERY
PO BOX 5024
SAN RAMON, CA 94583-9128

Claim Number: 2702
Claim Date: 04/29/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLY AMENDED BY 14130
DOCKET: 8530 (09/13/2010)

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,949.22 | Scheduled: | $3,829.97 |

OLYMPE INC
928, BOULD. SAGUENAY EST CP 473
CHICOUTIMI, QC G7H 5C8
CANADA

Claim Number: 8324
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,225.94 | Scheduled: | $1,024.11 |

| | | | | |
|---|---|---|---|---|
| ONTARIO FRUIT AND VEGETABLE GROWERS' ASSOCIATION, THE<br>ATTN: ART SMITH, CEO<br>105-355 ELMIRA ROAD SOUTH<br>GUELPH, ON N1K 1S5<br>CANADA | | Claim Number: 12697<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 12696<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,741.51 | | |
| TOTAL | Claimed: | $9,749.51 | | |
| ONTOR LIMITED<br>ATTN: BARRY ELDER<br>12 LESWYN RAOD<br>TORONTO, ON M6A 1R3<br>CANADA | | Claim Number: 8429<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $240.78 | Scheduled: | $396.98 |
| ORACLE CORPORATION CANADA INC.<br>ATTN: JEFFREY ROSS<br>PO BOX 4598 POSTAL STATION A<br>TORONTO, ON M5W 4Y3<br>CANADA | | Claim Number: 12991<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,448.03 | Scheduled: | $1,009.74 |
| ORBIS ENGINEERING FIELD SERVICES LTD<br>ATTN: CODY ZAITSOFF<br>#300 9404 41 AVENUE<br>EDMONTON, AB T6E 6G8<br>CANADA | | Claim Number: 13317<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $5,036.85 | | |
| OWEN BIRD LAW CORPORATION<br>PO BOX 49130<br>THREE BENTALL CENTRE<br>2900-595 BURRAD STREET<br>VANCOUVER, BC V7X 1J5<br>CANADA | | Claim Number: 8642<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,275.87 | | |

| | | | | |
|---|---|---|---|---|
| OYO GEO SPACE CANADA INC<br>ATTN: DAVID GRINDELL, PRESIDENT<br>2735 37TH AVENUE NE<br>CALGARY, AB T1Y SR8<br>CANADA | | Claim Number: 12992<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | |
| ADMINISTRATIVE | Claimed: | $39,803.40 | | |
| UNSECURED | Claimed: | $88,792.20 | Scheduled: | $61,236.00 |
| TOTAL | Claimed: | $88,792.20 | | |
| OYO GEO SPACE CANADA, INC.<br>2735 37TH AVE., N.E.<br>CALGARY, AB T1Y 5R8<br>CANADA | | Claim Number: 12738<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLY AMENDED BY 12992 | | |
| UNSECURED | Claimed: | $27,556.20 | Scheduled: | $24,532.46 |
| OYO GEO SPACE CANADA, INC.<br>2735 37TH AVE., N.E.<br>CALGARY, AB T1Y 5R8<br>CANADA | | Claim Number: 12740<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLY AMENDED BY 12992 | | |
| UNSECURED | Claimed: | $61,236.00 | | |
| PALERO, INC.<br>PO BOX 6<br>ATTN: ANTERO GOMES<br>CAMPBELLVILLE, ON L0P-1B0<br>CANADA | | Claim Number: 8786<br>Claim Date: 07/29/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,677.30 | Scheduled: | $7,474.78 |
| PALLET KING (2008) LTD<br>ATTN: NENDELL LEES<br>BOX 35 SITE 9 RR6<br>CALGARY, AB T2M 4L5<br>CANADA | | Claim Number: 8529-01<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $18,315.04 | | |

---

PALLET KING (2008) LTD
ATTN: NENDELL LEES
BOX 35 SITE 9 RR6
CALGARY, AB T2M 4L5
CANADA

Claim Number: 8529-02
Claim Date: 07/17/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 2032 (09/24/2009)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $5,196.00 | | | Allowed: | $5,196.00 |
|---|---|---|---|---|---|---|

PALLET KING 2008 LTD
BAY H   7803  35 STREET SE
CALGARY, AB T2C 1V3
CANADA

Claim Number: 9472
Claim Date: 07/17/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $22,354.50 | Scheduled: | $18,379.37 |
|---|---|---|---|---|

PANDA ENVIRONMENTAL SERVICES INC.
ATTN: TOM ANDERSON
70 COBBLEHILL ROAD
ACTON, ON I7J 1N9
CANADA

Claim Number: 12541
Claim Date: 08/07/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,577.44 | Scheduled: | $2,691.43 |
|---|---|---|---|---|

PARAMOUNT PALLET INC
1330 MARTIN GROVE ROAD
TORONTO, ON M9W 4X3
CANADA

Claim Number: 6484-01
Claim Date: 07/27/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $25,900.64 |
|---|---|---|

PARAMOUNT PALLET INC
1330 MARTIN GROVE ROAD
TORONTO, ON M9W 4X3
CANADA

Claim Number: 6484-02
Claim Date: 07/27/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 7188 (04/22/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $15,153.60 |
|---|---|---|

| | | |
|---|---|---|
| PBB<br>670 YOUNG STREET<br>TONAWANDA, NY 14150 | | Claim Number: 9847-01<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8530 (09/13/2010)<br>THIS CLAIM IS PAID |
| PRIORITY | Claimed: | $3,681.00 |
| PBB<br>670 YOUNG STREET<br>TONAWANDA, NY 14150 | | Claim Number: 9847-02<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8530 (09/13/2010)<br>THIS CLAIM IS PAID |
| PRIORITY | Claimed: | $0.00   UNLIQ |
| PEARCEWELLWOOD INC<br>KIM SCOTT<br>240 SUMMER LEA ROAD<br>BRAMPTON, ON L6T 4E6<br>CANADA | | Claim Number: 14170<br>Claim Date: 08/20/2010<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8843 (12/10/2010)<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $36,279.06 |
| PELOFFY, JEAN<br>8525 AVENUE OREGON<br>BROSCARD, QC J4Y 2R5<br>CANADA | | Claim Number: 12919<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $186,363.00 |
| PENSION PLAN FOR DESIGNATED EXECUTIVE<br>EMPLOYEES OF SMURFIT-MVI (FSCO #0983015)<br>ATTN: YVES ROUVES<br>BUREAU A, 1035, HODGE<br>SAINT-LAURENT, QC H4N 2B4<br>CANADA | | Claim Number: 12915<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>plus $7,924 + interest per month |
| SECURED | Claimed: | $1,042,489.00   UNLIQ |

| | | | | |
|---|---|---|---|---|
| PENSION PLAN FOR NON-UNIONIZED EMPLOYEES OF SMURFIT-MBI FSCO # 0981324 ATTN: YVES ROUVES BUREAR A, 1035, HODGE SAINT LAURENT, QC H4N 2B4 CANADA | | Claim Number: 12916 Claim Date: 08/27/2009 Debtor: SMURFIT-MBI | | |
| SECURED | Claimed: | $27,988,107.00   UNLIQ | | |
| PENSION PLAN FOR UNIONIZED EMPLOYEES OF SMURFIT-MBI (FSCO # 0902312) ATTN: YVES ROUVES BUREAU A, 1035, HODGE SAINT-LAURENT, QC H4N 2B4 CANADA | | Claim Number: 12917 Claim Date: 08/27/2009 Debtor: SMURFIT-MBI | | |
| SECURED | Claimed: | $43,662,955.00   UNLIQ | | |
| PERIMETER INDUSTRIES LTD ATTN: RICHARD DEFEHR 2262 SPRINGFIELD ROAD WINNIPEG, MB R2C 2Z2 CANADA | | Claim Number: 12855-01 Claim Date: 08/26/2009 Debtor: SMURFIT-MBI Comments: DOCKET: 7188 (04/22/2010) THIS CLAIM IS PAID | | |
| ADMINISTRATIVE | Claimed: | $21,042.25 | | |
| UNSECURED | | | Scheduled: | $140,177.51 |
| PERIMETER INDUSTRIES LTD ATTN: RICHARD DEFEHR 2262 SPRINGFIELD ROAD WINNIPEG, MB R2C 2Z2 CANADA | | Claim Number: 12855-02 Claim Date: 08/26/2009 Debtor: SMURFIT-MBI Comments: DOCKET: 7188 (04/22/2010) THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $119,632.97 | | |
| PERSISTA POLYURETHANE DIV. OF CLARKE ROLLER & RUBBER LTD. ROBYN DAVENPORT 6225 KENNEDY ROAD MISSISSAUGA, ON L5T 2S8 CANADA | | Claim Number: 8755 Claim Date: 06/27/2009 Debtor: SMURFIT-MBI Comments: THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $723.93 | Scheduled: | $738.15 |

| | | | | |
|---|---|---|---|---|
| PERSISTA POLYURETHANE PRODUCTS<br>DIV. OF CLARKE ROLLER & RUBBER LTD.<br>ATTN: ROBYN DAVENPORT<br>6225 KENNEDY ROAAD<br>MISSISSAUGA, ON L5T 2S8<br>CANADA | | Claim Number: 6715<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $723.93 | | |
| PHH VEHICLE MANAGEMENT SERVICES<br>ATTN: CHUCK GRIFFIN<br>2233 ARGENTIA ROAD, SUITE 400<br>MISSISSAUGA, ON L5N 2X7<br>CANADA | | Claim Number: 13274<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| PRIORITY | Claimed: | $64,965.19 | | |
| SECURED | Claimed: | $9,545.60 | | |
| UNSECURED | Claimed: | $945,248.73 | Scheduled: | $376,352.13 |
| PINNACLE DISTRIBUTION INC.<br>108, 3442-118 AVENUE SE<br>CALGARY, AB T2Z 3X1<br>CANADA | | Claim Number: 2237<br>Claim Date: 04/17/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $1,718.35 |
| PLYMOUTH PACKAGING, INC.<br>ATTN: DEBORAH SNOW<br>4075 W. COLUMBIA AVE<br>BATTLE CREEK, MI 49015 | | Claim Number: 13331<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,385.00 | Scheduled: | $6,385.00 |
| PNEUMATIQUE LTEE<br>4175 POIRIER<br>ATTN: JOHN SANTOS<br>ST LAURENT, QC H4R 2G9<br>CANADA | | Claim Number: 8813<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,247.37 | | |

| | | | | |
|---|---|---|---|---|
| PNEUMATIQUE LTEE<br>4175 BOUL. POIRIER<br>SAINT LAURENT, QC H4R 2G9<br>CANADA | | Claim Number: 8814<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>2,743.04 IN CDN | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $2,223.35 |
| PNEUTECH ROUSSEAU INC.<br>1475 32ND AVENUE<br>LACHINE, QC H8T 3J1<br>CANADA | | Claim Number: 2639<br>Claim Date: 04/30/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $513.19 | | |
| POLAR BEAR RUBBER LTD<br>ATTN: JO-ANN PADDOCK<br>1663 BURROWS AVE<br>WINNIPEG, MB R2X 3B5<br>CANADA | | Claim Number: 13306<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $434.25 | Scheduled: | $433.19 |
| POON, LORETTA<br>21 COVETTE BAY NE<br>CALGARY, AB T3K 4S9<br>CANADA | | Claim Number: 12918<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| SECURED | Claimed: | $0.00   UNLIQ | | |
| PORTAVE TOOL & DIE INC.<br>ATTN: VITOR FERREIRA<br>61 ADVANCE RD, UNIT #8<br>ETOBICOKE, ON H82 2S6<br>CANADA | | Claim Number: 8549<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,533.48 | Scheduled: | $2,526.55 |

POWER HANDLING
3223 N MARKET
SPOKANE, WA 99207

Claim Number: 5072
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $22,693.62 | Scheduled: | $22,438.01 |
|---|---|---|---|---|

PRAIRIE PALLET INC
2655 HOWELL DRIVE
REGINA, SK S4N 6G1
CANADA

Claim Number: 8345-01
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $4,403.48 | | |
| UNSECURED | | | Scheduled: | $38,664.31 |

PRAIRIE PALLET INC
2655 HOWELL DRIVE
REGINA, SK S4N 6G1
CANADA

Claim Number: 8345-02
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $33,695.08 | | |
|---|---|---|---|---|

PREFERRED POLYMER COATINGS LTD.
ATTN: MARK MCLEOD
3134 LENWORTH DRIVE
MISSISSAUGA, ON L4X 2G1
CANADA

Claim Number: 12590
Claim Date: 07/17/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| SECURED | Claimed: | $48,610.66 | | |
|---|---|---|---|---|

PRESTON PHIPPS INC
6400 RUE VANDEN ABEELE
ST-LAURENT, QC H4S 1R9
CANADA

Claim Number: 8531
Claim Date: 07/17/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $3,390.79 | Scheduled: | $2,759.04 |
|---|---|---|---|---|

---

PRO PAVING LTD
21078 TWP 534
ARDROSSAN, AB T8G 2C1
CANADA

Claim Number: 5563
Claim Date: 07/17/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,333.88 | Scheduled: | $4,333.88 |

PRO PAVING LTD
ATTN: MARVIN WEIGELT
21078 TWP 534
ARDROSSAN, AB T8G 2C1
CANADA

Claim Number: 8540
Claim Date: 07/17/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLE DUPLICATE OF 5563
DOCKET: 5769 (03/11/2010)

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,333.88 |

PROFINEX
17739 THIVIERGE STREET
MONTREAL, QC H9J 3R7
CANADA

Claim Number: 12364
Claim Date: 07/15/2009
Debtor: SMURFIT-MBI

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $502.19 | Scheduled: | $502.19 |

PROFINEX LTEE
ATTN: BARTHELEMY ONTSOUKA
17739 THIVIERGE STREET
PIERREFONDS
MONTREAL, QC H9J 3R7
CANADA

Claim Number: 8447
Claim Date: 07/15/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $502.19 |

PROFINEX LTEE
ATTN: BARTHELEMY ONTSOUKA
17739 THIVIERGE STREET
PIERREFONDS
MONTREAL, QC H9J 3R7
CANADA

Claim Number: 8448
Claim Date: 07/15/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,778.06 | Scheduled: | $8,711.43 |

| | | | | |
|---|---|---|---|---|
| PROLIFIC GRAPHICS INC.<br>150 WYATT ROAD<br>WINNIPEG, MB R2X 2X6<br>CANADA | | Claim Number: 14175<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $29,863.39 | Scheduled: | $29,982.39 |
| PROTECTION INCENDIE VIKING INC<br>ATTN: FRANCE LIRZIN<br>1935 BOUL. LIONEL-BERTRAND<br>BOISBRIAND, QC J7H 1N8<br>CANADA | | Claim Number: 12441<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,303.83 | Scheduled: | $796.52 |
| PUMP TECH HYDRAULICS INC<br>200 STEELCASE ROAD EAST, UNIT 6<br>MARKHAM, ON L3R 1G2<br>CANADA | | Claim Number: 1949<br>Claim Date: 04/02/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| PUROLATOR COURIER LTD<br>ATTN: ORTIE MESCI<br>5995 AVEBURY ROAD<br>STE 300<br>MISSISAUGA, ON L5R 3J8<br>CANADA | | Claim Number: 8213<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $15,890.40 | Scheduled: | $18,246.82 |
| QUALITY MANAGEMENT INSTITUTE<br>20 CARLSON COURT SUITE 100<br>TORONTO, ON M9W 7K6<br>CANADA | | Claim Number: 5883<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $183.63 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10253)

| | | | | | |
|---|---|---|---|---|---|
| QUEST 7 INC<br>PO BOX 771<br>ROSCOE, IL 61073 | | Claim Number: 4031-02<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $380.09 | | | |
| QUEST 7 INC<br>PO BOX 771<br>ROSCOE, IL 61073 | | Claim Number: 4032<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $327.77 | Scheduled: | $322.77 | |
| QUEST 7, INC<br>ATTN: TIM BURNS<br>PO BOX 771<br>ROSCOE, IL 61073 | | Claim Number: 8222<br>Claim Date: 07/08/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 6649 (04/07/2010) | | | |
| UNSECURED | Claimed: | $322.77 | | | |
| QUINTEX SERVICES LTD.<br>332 NASSAU STREET N<br>WINNIPEG, MB R3L 0R8<br>CANADA | | Claim Number: 13316<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $1,291.90 | |
| R&B SPLICER SYSTEMS<br>145 BODWELL STREET<br>AVON, MA 02322 | | Claim Number: 23-02<br>Claim Date: 02/02/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $7,573.31 | Scheduled: | $6,162.11 | |

---

| REGIONAL HOSE GUELPH LTD | Claim Number: 13308 |
| ATTN: ROBERT MENAGE | Claim Date: 08/21/2009 |
| 14-930 WOODLAWN ROAD | Debtor: SMURFIT-MBI |
| GUELPH, ON N1K 1T2 | Comments: |
| CANADA | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $1,049.88 | Scheduled: | $5,675.84 |

---

| REIMER EXPRESS LINES | Claim Number: 8533 |
| ATTN:NANCY LOBB | Claim Date: 07/17/2009 |
| 1400 INKSTER BLVD | Debtor: SMURFIT-MBI |
| WINNIPEG, MB R2X 1R1 | Comments: DOCKET: 8758 (11/15/2010) |
| CANADA | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $872.84 |

---

| RELIABLE EQUIPMENT RENTALS | Claim Number: 12699 |
| ATTN: JOHN BOISVERT | Claim Date: 07/20/2009 |
| 20499 WESTMINSTER HWY | Debtor: SMURFIT-MBI |
| RICHMOND, BC V6V 1B3 | |
| CANADA | |

| UNSECURED | Claimed: | $0.00   UNDET |

---

| RELIANT SAFETY EQUIPMENT INC. | Claim Number: 8536 |
| ATTN: JUDY FOWIER | Claim Date: 07/17/2009 |
| 1708 ST. JAMES STREET | Debtor: SMURFIT-MBI |
| WINNIPEG, MB R3H 0L3 | Comments: DOCKET: 8758 (11/15/2010) |
| CANADA | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $1,368.51 |

---

| RESTORATION SPECIAL OPPORTUNITIES MASTER | Claim Number: 5228 |
| TRANSFEROR: INSTA SPACE STORAGE | Claim Date: 07/14/2009 |
| 325 GREENWICH AVE - 3RD FLOOR | Debtor: SMURFIT-MBI |
| ATTN: CLAIMS PROCESSING (BANKRUPTCY) | Comments: |
| GREENWICH, CT 06830 | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $877.93 | Scheduled: | $351.35 |

---

| | | | |
|---|---|---|---|
| REVENU QUEBEC<br>ATTN: JACQUES JAMMES<br>1600, BOULEVARD RENE-LEVESQUE OUEST,<br>3E ETAGE, SECTEUR R23CPF<br>MONTREAL, QC H3H 2V2<br>CANADA | | Claim Number: 13320<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI | |
| UNSECURED | Claimed: | $2.00 | |
| RIDSDALE TRANSPORT<br>PO BOX 7739<br>SASKATOON, SK S7K 4R5<br>CANADA | | Claim Number: 1597<br>Claim Date: 03/19/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $8,724.67 | |
| RINGWOOD CO. INC<br>6715 W 73RD<br>BEDFORD PARK, IL 60638 | | Claim Number: 2424<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $4,877.70 | Scheduled: $4,887.70 |
| RITE WAY MECHANICAL LTD<br>ATTENTION GREG TONEGUZZO<br>33 HAYES AVENUE<br>GUELPH, ON N1E 5V6<br>CANADA | | Claim Number: 9026<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $14,635.01 | Scheduled: $5,659.49 |
| RIVERSTAR FIRE PROTECTION<br>4126- 8TH STREET SE<br>CALGARY, AB T2G 3A7<br>CANADA | | Claim Number: 3336<br>Claim Date: 06/11/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: $1,991.92 |

---

ROBERTS FIRE PROTECTION LTD
2470 ROUTE TRANSCANADIENNE
POINTE-CLAIRE, QC H9R 1B1
CANADA

Claim Number: 12580
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLE DUPLICATE OF 9020
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,248.46 | | |

ROCHESTER MIDLAND LIMITED
ATTN: KERRI SMITH
851 PROGRESS COURT
P.O. BOX 486
OAKVILLE, ON L6J 5A8
CANADA

Claim Number: 8556
Claim Date: 07/17/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5769 (03/11/2010)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $2,223.33 | Scheduled: | $3,567.73 |

ROFLEX, LES EQUIPEMENTS
6800, ROUTE 132
STE-CATHERINE, QC J5C 1B6
CANADA

Claim Number: 12490
Claim Date: 08/07/2009
Debtor: SMURFIT-MBI

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $8,766.92 | Scheduled: | $8,930.69 |

RONA ONTARIO INC
1170 MARTIN GROVE ROAD
TORONTO, ON M9W 4X1
CANADA

Claim Number: 4585
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $1,456.84 | Scheduled: | $1,147.45 |

RONA/LOYOLA SCHMIDT LTEE
ATTN: SONIA GIRARDIN
220 CHEMINDE TREMBLAY
CP1009 SUCC. BUREAU CHEF.
BOUCHERVILLE, QC J4B 8H7
CANADA

Claim Number: 8535
Claim Date: 07/17/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $276.18 |

| | | | | |
|---|---|---|---|---|
| ROSENAU TRANSPORT LTD<br>5805 98TH STREET<br>EDMONTON, AB T6E 3L2<br>CANADA | | Claim Number: 5673<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $753.63 | Scheduled: | $619.20 |
| ROYAL STAR VENDING INC.<br>ATTN: RICK KOWALSKI<br>1039 ROYAL AVENUE<br>CALGARY, AB T2T 0L8<br>CANADA | | Claim Number: 12781<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,234.51 | Scheduled: | $812.71 |
| RTS INCORPORATED<br>ATTN: STAN TAMPEI<br>5195 BRADCO BLVD<br>MISSISSAUGA, ON L4W 2A6<br>CANADA | | Claim Number: 8576<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $679.21 | Scheduled: | $681.15 |
| RUBBERLINE PRODUCTS LTD<br>ATTENTION BOB LUELLO<br>P.O. BOX 336<br>KITCHENER, ON N2G 3Y9<br>CANADA | | Claim Number: 8712<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $136.50 | | |
| RUNNYMEDE DEVELOPMENT CORPORATION LTD<br>ATTN: STEVEN CROUTCH<br>1051 TAPSCOTT ROAD<br>TORONTO, ON M1X 1A1<br>CANADA | | Claim Number: 13199<br>Claim Date: 08/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8120 (06/22/2010) | | |
| PRIORITY | Claimed: | $87,978.20 | | |
| UNSECURED | | | Scheduled: | $80,240.61 |

| | | | | |
|---|---|---|---|---|
| RUSSEL METALS INC.<br>ATTN: JUDY BESENSKI<br>445 1ST AVENUE EAST<br>REGINA, SK S4N 4Z3<br>CANADA | | Claim Number: 8532<br>Claim Date: 07/17/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $661.81 | | |
| S A S TECHNICAL SERVICES LTD<br>4151 MORRIS DR<br>BURLINGTON, ON L7L 5L5<br>CANADA | | Claim Number: 13808<br>Claim Date: 02/05/2010<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $20,737.50 | Scheduled: | $16,790.14 |
| SAFETECH CONSULTING GROUP LTD<br>12126 90TH STREET<br>EDMONTON, AB T5B 3Z3<br>CANADA | | Claim Number: 8575<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $3,436.26 | | |
| TOTAL | Claimed: | $4,244.12 | | |
| SAMUEL-ACME-STRAPPING SYSTEMS<br>2370 DIXIE ROAD<br>MISSISSAUGA, ON L4Y 1Z4<br>CANADA | | Claim Number: 8336<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $58,481.20 | Scheduled: | $58,710.65 |
| SASKATCHEWAN POWER CORPORATION<br>SPECIAL COLLECTIONS<br>2025 VICTORIA AVENUE<br>REGINA, SK S4P 0S1<br>CANADA | | Claim Number: 12536<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $20,310.14 | Scheduled: | $14,920.48 |

SASKATOON PALLET LTD
SITE 412 BOX 284 RR4
SASKATOON, SK S7K 3J7
CANADA

Claim Number: 12742
Claim Date: 08/21/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $19,182.59 | Scheduled: | $19,182.59 |
| --- | --- | --- | --- | --- |

SCHAWK CANADA INC.
1620 TECH AVENUE
MISSISSAUGA, ON L4W 5P4
CANADA

Claim Number: 8643
Claim Date: 07/22/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5768 (03/11/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,203.82 | Scheduled: | $4,794.39 |
| --- | --- | --- | --- | --- |

SCHIFFENHAUS CANADA INC.
TED W. HIGHT III
THOMPSON O'BRIEN KEMP & NASUTI, P.C.
40 TECHNOLOGY PARKWAY SOUTH, SUITE 300
NORCROSS, GA 30092

Claim Number: 11811-02
Claim Date: 08/28/2009
Debtor: SMURFIT-MBI
Comments: ALLOWED
DOCKET: 7916 (06/08/2010)

| UNSECURED | Claimed: | $151,496.04 | Scheduled: | $151,496.04 | Allowed: | $151,496.04 |
| --- | --- | --- | --- | --- | --- | --- |

SEAWAY EXPRESS INC.
605 BOUNDARY ROAD
CORNWALL, ON K6H 6K8
CANADA

Claim Number: 8307
Claim Date: 07/10/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $5,315.58 | Scheduled: | $5,308.80 |
| --- | --- | --- | --- | --- |

SERVICES INDUSTRIES RENFORT INC.
11465 4TH AVE.
MONTREAL, QC H1E 2Y8
CANADA

Claim Number: 12741
Claim Date: 08/21/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $439.97 |
| --- | --- | --- |

SEYMOUR SMITH ELECTRIC
4380 HARVESTER ROAD
BURLINGTON, ON L7L 4X2
CANADA

Claim Number: 8898
Claim Date: 08/18/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $848.98 | |

SHELLEY AUTOMATION
41 COLDWATER ROAD
TORONTO, ON M3B 1Y8
CANADA

Claim Number: 13461
Claim Date: 09/14/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,518.62 |

SHIPPERS SUPPLY INC
5219 - 47 ST. N.W.
EDMONTON, AB T6B 3N4
CANADA

Claim Number: 8248
Claim Date: 07/09/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $4,225.23 |

SHRED-IT
18603 111TH AVENUE
EDMONTON, AB T5S 2X4
CANADA

Claim Number: 2317
Claim Date: 04/20/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $215.88 |

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: ECONO PRODUCTS INC
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 8205
Claim Date: 07/07/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $15,848.80 | | |
| UNSECURED | | | Scheduled: | $26,722.80 |
| TOTAL | Claimed: | $10,874.00 | | |

---

SIERRA LIQUIDITY FUND, LLC
TRANSFEROR: GERBER SCIENTIFIC INTERNATIO
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 12160-02
Claim Date: 08/31/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 7550 (05/10/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $5,920.91 | Scheduled: | $3,243.99 | | |

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR ECONO PRODUCTS, INC
- ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 3166
Claim Date: 05/29/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $15,848.80 | | | Allowed: | $15,848.80 |

SIERRA LIQUIDITY FUND, LLC - ASSIGNEE &
ATTORNEY-IN-FACT FOR ECONO PRODUCTS INC.
-ASSIGNOR
19772 MACARTHUR BLVD., SUITE 200
IRVINE, CA 92612

Claim Number: 10891
Claim Date: 08/27/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8093 (06/21/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,874.00 | | | | |

SIMPLEXGRINNELL
ATTN: BANKRUPTCY
50 TECHNOLOGY DRIVE
WESTMINSTER, MA 01441

Claim Number: 7745-02
Claim Date: 08/13/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8407 (08/18/2010)
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $12,298.58 | Scheduled: | $146,653.76 | | |

SIMRAN CANADA - WATER TREATMENT CO.
SUITE # 309
1104-7360, 137 ST
ATTN: RAV DHANOA
SURREY, BC V3W 1A3
CANADA

Claim Number: 8815
Claim Date: 07/30/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | | | |
|---|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,615.21 | Scheduled: | $2,622.63 | | |

| | | | | |
|---|---|---|---|---|
| SJM LOGISTICS<br>(CLARK PACKAGING PRODUCTS DIV.)<br>8 TRACEY BLVD.<br>BRAMPTON, ON L6T 5R9<br>CANADA | | Claim Number: 1435<br>Claim Date: 03/12/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $33,075.01 | | |
| SLEEMAN, SCOTT<br>127 NEIL MCGREGOR RD.<br>GRAFTON, ON K0K 2G0<br>CANADA | | Claim Number: 8983<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | |
| PRIORITY | Claimed: | $61,298.99 | | |
| SMITS TANK MAINTENANCE INC<br>2329 ROYAL WINDSOR DRIVE<br>OAKVILLE, ON L6J 7X7<br>CANADA | | Claim Number: 4262<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,862.72 | | |
| SMURFIT-MBI ON BEHALF OF PERSONS LISTED<br>IN APPENDIX "A" AND OTHER PERSONS WHO<br>MAY HAVE SIMILAR CLAIMS<br>BUREAU A, 1035, HODGE<br>SAINT-LAURENT, QC H4N 2B4<br>CANADA | | Claim Number: 12912<br>Claim Date: 08/27/2009<br>Debtor: SMURFIT-MBI | | |
| SECURED | Claimed: | $0.00 | | |
| UNSECURED | Claimed: | $1,600,339.00 | | |
| SOLUS SECURITE INC<br>2545 RUE SIDBEE<br>TROIS-RIVIERES, QC G8Z 4M6<br>CANADA | | Claim Number: 8338<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $105.43 | Scheduled: | $105.73 |

SOLUS SECURITE INC
2545 RUE SIDBEE
TROIS-RIVIERES, QC G8Z 4M6
CANADA

Claim Number: 8342
Claim Date: 07/13/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLE DUPLICATE OF 8338
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $105.43 | | |
|---|---|---|---|---|

SORT PRODUCTION PRODUCTS LTD.
2266 DREW ROAD UNIT 8
MISSISSAUGA, ON L5S 1B1
CANADA

Claim Number: 12480
Claim Date: 08/05/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $926.36 | Scheduled: | $757.34 |
|---|---|---|---|---|

SOUTHERN GRAPHIC SYSTEMS CANADA
626 WEST MAIN STREET
SUITE 500
LOUISVILLE, KY 40202

Claim Number: 13434
Claim Date: 08/17/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $25,899.68 | | |
|---|---|---|---|---|

SPHERION
#400 - 116 ALBERT ST.
OTTAWA, ON K1P 5G3
CANADA

Claim Number: 8637
Claim Date: 07/21/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 5738 (03/10/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $27,562.50 | Scheduled: | $27,562.50 |
|---|---|---|---|---|

SPLICER SERVICES SYSTEMS INC
35 NEWCASTLE CRESCENT
RICHMOND HILL, ON L4S 2C5
CANADA

Claim Number: 12421
Claim Date: 07/24/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $1,408.90 | Scheduled: | $1,392.31 |
|---|---|---|---|---|

---

| SPLICER SERVICES SYSTEMS INC. | Claim Number: 8713 |
|---|---|
| ATTENTION DEMETRIOU IKAROS & ANDREA | Claim Date: 07/24/2009 |
| 35 NEWCASTLE CRESCENT | Debtor: SMURFIT-MBI |
| RICHMOND HILL, ON L4S 2C5 | Comments: POSSIBLE DUPLICATE OF 12421 |
| CANADA | THIS CLAIM IS PAID |

| PRIORITY | Claimed: | $1,408.90 |
|---|---|---|
| UNSECURED | Claimed: | $1,408.90 |
| TOTAL | Claimed: | $1,408.90 |

---

| STANDARD GENERAL MASTER FUND LP | Claim Number: 227-05 |
|---|---|
| TRANSFEROR: STAFFORD CORRUGATED PRODUCTS | Claim Date: 02/10/2009 |
| ATTN. ROBERT M. LAVAN | Debtor: SMURFIT-MBI |
| 650 MADISON AVENUE, 26TH FLOOR | Comments: DOCKET: 8758 (11/15/2010) |
| NEW YORK, NY 10022 | |

| UNSECURED | Claimed: | $2,929.38 |
|---|---|---|

---

| STANDARD GENERAL MASTER FUND LP | Claim Number: 2661 |
|---|---|
| TRANSFEROR: HARPER/LOVE ADHESIVES CORPOR | Claim Date: 05/01/2009 |
| ROBERT M. LAVAN, STANDARD GENERAL LP | Debtor: SMURFIT-MBI |
| 650 MADISON AVENUE | Comments: DOCKET: 3287 (12/18/2009) |
| NEW YORK, NY 10022 | THIS CLAIM IS PAID |

| ADMINISTRATIVE | Claimed: | $12,039.30 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $64,702.22 | Scheduled: | $75,727.91 |

---

| STANDARD GENERAL MASTER FUND LP | Claim Number: 10079 |
|---|---|
| TRANSFEROR: SUN AUTOMATION GROUP INC | Claim Date: 08/25/2009 |
| ROBERT M. LAVAN, STANDARD GENERAL LP | Debtor: SMURFIT-MBI |
| 650 MADISON AVENUE | Comments: EXPUNGED |
| NEW YORK, NY 10022 | DOCKET: 5738 (03/10/2010) |

| UNSECURED | Claimed: | $334,100.91 | Scheduled: | $269,216.20 |
|---|---|---|---|---|

---

| STANDARD GENERAL MASTER FUND LP | Claim Number: 13229-04 |
|---|---|
| TRANSFEROR: SUN AUTOMATION INC. | Claim Date: 08/26/2009 |
| ROBERT M. LAVAN, STANDARD GENERAL LP | Debtor: SMURFIT-MBI |
| 650 MADISON AVENUE | Comments: DOCKET: 6647 (04/07/2010) |
| NEW YORK, NY 10022 | THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $272,974.86 |
|---|---|---|

---

| | | | | | |
|---|---|---|---|---|---|
| STARPOINT HEALTH CORP<br>3716 61 AVENUE SE BAY202<br>CALGARY, AB T2C 1Z4<br>CANADA | | Claim Number: 9488<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | | |
| ADMINISTRATIVE | Claimed: | $1,342.00 | | | |
| UNSECURED | Claimed: | $483.50 | Scheduled: | $1,490.96 | |
| STARPOINT HEALTH CORP.<br>ATTN: SHAMEER DADA<br>202, 3716-61 AVENUE S.E.<br>CALGARY, AB T2C 1Z4<br>CANADA | | Claim Number: 8451<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5768 (03/11/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,495.63 | | | |
| STARPOINT HEALTH CORP.<br>3716 61 AVENUE SE BAY 202<br>CALGARY, AB T2C 1Z4<br>CANADA | | Claim Number: 12354<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | | |
| ADMINISTRATIVE | Claimed: | $1,342.00 | | | |
| UNSECURED | Claimed: | $483.50 | | | |
| STAX PACKAGING SERVICES INC<br>ATTN: DONNA HODGINS<br>575 INDUSTRIAL ROAD<br>LONDON, ON N5V 1V2<br>CANADA | | Claim Number: 12854<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $46,757.12 | Scheduled: | $94,212.28  UNLIQ | |
| STELLAR INDUSTRIAL SALES<br>3800 TRANSCANADA HIGHWAY<br>POINTE CLAIRE, QC H9R 1B1<br>CANADA | | Claim Number: 12377<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>1,478.08 IN CAD | | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $1,467.01 | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10253)

---

STERLING COMMERCE, INC
4600 LAKEHURST CT.
DUBLIN, OH 43016

Claim Number: 1166-02
Claim Date: 02/18/2009
Debtor: SMURFIT-MBI
Comments: ALLOWED
DOCKET: 7432 (05/04/2010)

| UNSECURED | Claimed: | $1,872.14 | | | Allowed: | $1,872.14 |
|---|---|---|---|---|---|---|

STEVENS RESOURCE GROUP INC.
496 ADELAIDE ST
WOODSTOCK, ON N4S 4B4
CANADA

Claim Number: 13200
Claim Date: 08/24/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $13,918.34 |
|---|---|---|

STONCOR GROUP, RPM CANADA
95 SUNRAY STREET
WHITBY, ON L1N 9C9
CANADA

Claim Number: 8237
Claim Date: 07/08/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $6,596.51 | Scheduled: | $6,750.35 |
|---|---|---|---|---|

STRATHCONA COUNTY
TAX DEPARTMENT
2001 SHERWOOD DRIVE
SHERWOOD PARK, AB T8A 3W7
CANADA

Claim Number: 2362
Claim Date: 04/22/2009
Debtor: SMURFIT-MBI

| PRIORITY | | | Scheduled: | $0.00 UNLIQ | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $2,181.29 | Scheduled: | $1,766.08 UNLIQ | |

STRATHCONA COUNTY
TAX DEPARTMENT
2001 SHERWOOD DRIVE
SHERWOOD PARK, AB T8A 3W7
CANADA

Claim Number: 8203
Claim Date: 07/07/2009
Debtor: SMURFIT-MBI
Comments: POSSIBLE DUPLICATE OF 2362
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $2,181.29 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| SUMMIT ELECTRICAL CONTRACTORS<br>13790 RANCH ROAD<br>JACKSONVILLE, FL 32218 | | Claim Number: 3131<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | | |
| SECURED | Claimed: | $8,719.00   UNLIQ | | | |
| UNSECURED | | | Scheduled: | $18,072.93 | |
| SUN CHEMICAL CORPORATION<br>35 WATERVIEW BLVD.<br>PARSIPPANY, NJ 07054 | | Claim Number: 11276<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 7550 (05/10/2010) | | | |
| ADMINISTRATIVE | Claimed: | $123,009.90 | | | |
| SUPER AIR CONDITIONING & HEATING CO. LTD<br>MARK ENGLAND<br>27 FISHERMAN DRIVE UNIT # 1<br>BRAMPTON, ON L7A 1E2<br>CANADA | | Claim Number: 8967<br>Claim Date: 08/11/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,742.15 | | | |
| SUPERIEUR PROPANE INC<br>CP 2875 SUCCURSALE M<br>CALGARY, AB T2P 5G1<br>CANADA | | Claim Number: 12680<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $7,624.95 | | | |
| SUPERIOR PROPANE<br>STATION M<br>P.O.BOX 2875<br>CALGARY, AB T2P 5G1<br>CANADA | | Claim Number: 12685<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI | | | |
| UNSECURED | Claimed: | $4,686.97 | Scheduled: | $7,028.25 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SUPERIOR PROPANE<br>PO BOX 2875 STATION M<br>CALGARY, AB T2P 5G1<br>CANADA | | Claim Number: 12690<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI | | | | | |
| UNSECURED | Claimed: | $2,858.73 | Scheduled: | $614.46 | | | |
| SUPERIOR PROPANE INC<br>PO BOX 2875, STN M<br>CALGARY, AB T2P 5G1<br>CANADA | | Claim Number: 12682<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI | | | | | |
| UNSECURED | Claimed: | $7,435.83 | | | | | |
| SUPERIOR PROPANE INC<br>C.P. 2875 SUCCURSALE M<br>CALGARY, AB T2P 5G1<br>CANADA | | Claim Number: 12692<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI | | | | | |
| UNSECURED | Claimed: | $3,134.37 | | | | | |
| SUPERIOR PROPANE INC<br>PO BOX 2875,STN M<br>CALGARY, AB T2P 5G1<br>CANADA | | Claim Number: 12694<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI | | | | | |
| UNSECURED | Claimed: | $9,255.50 | Scheduled: | $62,085.98 | | | |
| SWAN DUST CONTROL LIMITED<br>35 UNIVERSITY AVENUE EAST<br>WATERLOO, ON N2J 2V9<br>CANADA | | Claim Number: 4591<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | | | | |
| UNSECURED | Claimed: | $95.40 | Scheduled: | $95.40 | Allowed: | $95.40 |

SWISH MAINTENANCE LIMITED
ATTN: WENDY COLP
PO BOX 3000
2060 FISHER DRIVE
PETERBOROUGH, ON K9J 8N4
CANADA

Claim Number: 12989
Claim Date: 08/28/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $583.11 | Scheduled: | $428.58 | |

SYLVITE TRANSPORTATION GROUP LTD.
ATTN: BRUCE SMITH
3221 NORTH SERVICE ROAD
SUITE 200
BURLINGTON, ON L7N 3G2
CANADA

Claim Number: 13211
Claim Date: 08/25/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $10,395.44 | Scheduled: | $10,360.93 | |

SYSTEMES APM INC
806 ROUTE HARWOOD
VAUDREUIL-DORION, QC J7V 8P2
CANADA

Claim Number: 13794
Claim Date: 02/01/2010
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $455.63 | Scheduled: | $386.92 | |

T.A. NETWORKS INC.
6750 DAVAND DRIVE, UNIT 9
MISSISSAUGA, ON L5T 2L8
CANADA

Claim Number: 1921
Claim Date: 03/31/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $8,299.03 | |

T.A. NETWORKS INC.
6750 DAVAND DRIVE, UNIT 9
MISSISSAUGA, ON L5T 2L8
CANADA

Claim Number: 1922
Claim Date: 03/31/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $8,109.85 | Scheduled: | $8,469.86 | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10253)

| | | | | |
|---|---|---|---|---|
| T.A. NETWORKS INC.<br>6750 DAVAND DRIVE, UNIT 9<br>MISSISSAUGA, ON L5T 2L8<br>CANADA | | Claim Number: 1923<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,158.07 | | |
| T.A. NETWORKS INC.<br>6750 DAVAND DRIVE, UNIT 9<br>MISSISSAUGA, ON L5T 2L8<br>CANADA | | Claim Number: 1924<br>Claim Date: 03/31/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $858.78 | | |
| T.A. NETWORKS INC.<br>6750 DAVAND DRIVE, UNIT 9<br>MISSISSAUGA, ON L5T 2L8<br>CANADA | | Claim Number: 2663<br>Claim Date: 05/01/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $141.25 | | |
| TC INDUSTRIAL TIRE LTD<br>6112 30 STREET SE<br>CALGARY, AB T2C 2A6<br>CANADA | | Claim Number: 4915<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $1,643.04 | Scheduled: | $1,341.43 |
| TEAM CARIBOU INC<br>3740 PEBBLE CREEK DR<br>CADILLAC, MI 49601 | | Claim Number: 4145-02<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 6649 (04/07/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,916.81 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TEAM CARIBOU INC<br>3740 PEBBLE CREEK DR<br>CADILLAC, MI 49601 | | Claim Number: 6145<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-MBI | | | | | |
| UNSECURED | Claimed: | $2,361.60 | Scheduled: | $2,361.60 | | | |
| TECHNEAULOGIC<br>10 9675 PAPINEAU<br>MONTREAL, QC H2B 3C8<br>CANADA | | Claim Number: 6210<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $801.13 | Scheduled: | $801.13 | | | |
| TECHNO CONTACT INC<br>2291 GUENETTE<br>ST LAURENT, QC H4R 2E9<br>CANADA | | Claim Number: 5070<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $2,987.56 | Scheduled: | $2,453.06 | | | |
| TELUS COMMUNICATIONS COMPANY<br>INSOLVENCY DESK<br>ATTN: SHARON CUSICK<br>PO BOX 2099 STN T<br>VANCOUVER, BC V6B 5H5<br>CANADA | | Claim Number: 12701<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | | | | |
| UNSECURED | Claimed: | $15,246.45 | Scheduled: | $10,408.80 | Allowed: | $15,246.45 | |
| TEN PENNY COMPANY LTD., THE<br>BOX 35029, SCARCEE RPO<br>CALGARY, AB T3E 7C7<br>CANADA | | Claim Number: 13463<br>Claim Date: 09/15/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $109.69 | Scheduled: | $110.00 | | | |

| | | | | |
|---|---|---|---|---|
| TENOLD TRANSPORTATION INC<br>19470 94 AVENUE<br>SURREY, BC V4N 4E5<br>CANADA | | Claim Number: 5221<br>Claim Date: 07/14/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |
| TERASEN GAS<br>PO BOX 48230 BENTALL CENTRE<br>VANCOUVER, BC V7X-1N8<br>CANADA | | Claim Number: 8788<br>Claim Date: 07/28/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8093 (06/21/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $21,148.23 | Scheduled: | $12,905.79 |
| TERASEN GAS INC.<br>ATTN: DAN LUM<br>16705 FRASER HIGHWAY<br>3RD FLOOR<br>SURREY, BC V4N 0E8<br>CANADA | | Claim Number: 13160<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $9,775.68 | | |
| THARPE COMPANY INC, THE<br>ATTN: KATHY TROUTMAN<br>P.O. BOX 1719<br>STATESVILLE, NC 28687 | | Claim Number: 13228<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $5,120.23 | Scheduled: | $11,955.63 |
| THE SEAPORT GROUP LLC<br>TRANSFEROR: CORRUGATED REPLACEMENTS, INC<br>ATTN: SCOTT FRIEDBERG<br>360 MADISON AVENUE, 22ND FLOOR<br>NEW YORK, NY 10017 | | Claim Number: 2447-04<br>Claim Date: 04/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 8127 (06/23/2010) | | |
| UNSECURED | Claimed: | $10,775.10 | | |

| | | | | |
|---|---|---|---|---|
| THOMAS, ASWIN<br>1225 AVONLEA ROAD<br>CAMBRIDGE, ON N3H 4Z7<br>CANADA | | Claim Number: 13126<br>Claim Date: 07/07/2009<br>Debtor: SMURFIT-MBI | | |
| UNSECURED | Claimed: | $0.00   UNDET | | |
| THOMSON GORDON LTD<br>3225 MAINWAY<br>BURLINGTON, ON L7M 1A6<br>CANADA | | Claim Number: 8321<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,437.95 | | |
| TI GROUP INC<br>115 THORNCLIFFE PARK DRIVE<br>TORONTO, ON M4H 1M1<br>CANADA | | Claim Number: 8259<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $91,501.87 | Scheduled: | $90,424.27 |
| TORBRAM ELECTRIC SUPPLY CORPORATION<br>C/O FLUXGOLD IZSAK JAEGER LLP<br>ATTN: BRUCE R. JAEGER<br>100 YORK BLVD., SUITE 220<br>RICHMOND HILL, ON L4B 1J8<br>CANADA | | Claim Number: 8832<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| SECURED | Claimed: | $15,840.62 | | |
| TORONTO HYDRO<br>PO BOX 4490<br>TORONTO, ON M5W 4H3<br>CANADA | | Claim Number: 4590<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $72,824.56 | | |

| | | | | |
|---|---|---|---|---|
| TOSBEC INC<br>12 885B RUE JEAN GROU<br>MONTREAL, QC H1A 3N6<br>CANADA | | Claim Number: 8322<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $767.55 | Scheduled: | $767.55 |
| TRANS-ANALYSTE INC.<br>3925 GERMAIN<br>TERREBONNE, QC J6X-2N3<br>CANADA | | Claim Number: 12745<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $68,417.39 | Scheduled: | $45,234.21 |
| TRANSPORT DES SAULTS INC<br>485 RUE PRINCIPALE<br>STE - BRIGITTE - DES - SAULTS<br>ATTN: DENIS DESROSIENS<br>QUEBEC, QC J0C 1E0<br>CANADA | | Claim Number: 8676<br>Claim Date: 07/23/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| PRIORITY | Claimed: | $15,215.56 | | |
| UNSECURED | | | Scheduled: | $15,028.84 |
| TRANSPORT GUILBAULT INC<br>435 FARADAY<br>QUEBEC, QC G1N 4G6<br>CANADA | | Claim Number: 8306<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $467.62 | Scheduled: | $408.31 |
| TRANSPORT IDEAL INC<br>ATTN: SOPHIE COTE<br>277 RUE ST-PAUL<br>QUEBEC CITY, QC G1K 3W6<br>CANADA | | Claim Number: 13140<br>Claim Date: 07/31/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,196.02 | | |

| | | |
|---|---|---|
| TRANSPORT RICHARD CHAREST INC<br>3339 RUE DANDURAND<br>ATTN: REJEAN BOUCHARD<br>MONTREAL, QC H1X 1M7<br>CANADA | | Claim Number: 8665<br>Claim Date: 07/22/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $125,401.62 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| TRANSX LTD<br>PO BX 36 GRP 200 RR2<br>WINNIPEG, MB R3C 2E6<br>CANADA | | Claim Number: 12455<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI |

| UNSECURED | Claimed: | $0.00 UNDET | Scheduled: | $2,706.03 |
|---|---|---|---|---|

| | | |
|---|---|---|
| TRANSX LTD.<br>2595 INKSTER BLVD<br>ATTN: LEIGH ANN LESAGE<br>WINNIPEG, MB R3C 2E6<br>CANADA | | Claim Number: 8817<br>Claim Date: 07/30/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $7,119.15 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| TRIAD ELECTRIC LTD<br>ATTN: GLENN CARUK OR ELEANOR MCALLISTER<br>15371 - 117 AVE<br>EDMONTON, AB T5M 3X4<br>CANADA | | Claim Number: 13182<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010) |

| UNSECURED | Claimed: | $18,512.73 | | |
|---|---|---|---|---|

| | | |
|---|---|---|
| TRIAD ELECTRIC LTD<br>15371  117 AVENUE<br>EDMONTON, AB T5M 3X4<br>CANADA | | Claim Number: 13183<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID |

| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $18,294.75 |
|---|---|---|---|---|

TRIAD ELECTRIC LTD.
15371 - 117 AVENUE
EDMONTON, AB T5M 3X4
CANADA

Claim Number: 13185
Claim Date: 08/21/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
747.60 CDN

| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $599.04 |
|---|---|---|---|---|

TRS FIELDBUS SYSTEMS INC
PO BOX 4210
TROY, MI 48099

Claim Number: 12423
Claim Date: 07/27/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $871.80 | Scheduled: | $871.80 |
|---|---|---|---|---|

TRS FIELDBUS SYSTEMS INC.
666 BALDWIN CT
BIRMINGHAM, MI 48009

Claim Number: 8714
Claim Date: 07/27/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $846.00 | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $871.80 | | |
| TOTAL | Claimed: | $871.80 | | |

UAP INC
7025 ONTARIO STREET EAST
MONTREAL, QC H1N 2B3
CANADA

Claim Number: 8486
Claim Date: 07/16/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $184.97 | Scheduled: | $173.94 |
|---|---|---|---|---|

ULTRAMAR LTEE
2200 AVENUE MC GILL COLLEGE
MONTREAL, QC H3A 3L3
CANADA

Claim Number: 8487
Claim Date: 07/16/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $67,657.74 | Scheduled: | $67,337.49 |
|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| UNICO INC<br>PO BOX 88 403<br>MILWAUKEE, WI 53288-0403 | | Claim Number: 9448-02<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $1,465.62 | | | | |
| UNIFIRST CANADA LTD.<br>2290 DUNWIN DRIVE<br>MISSISSAUGA, ON L5L 1C7<br>CANADA | | Claim Number: 6376<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI | | | | |
| UNSECURED | Claimed: | $22,096.52 | Scheduled: | $802.99 | | |
| UNION GAS LIMITED<br>ATTN: LUCIAN BRATU<br>PO BOX 2001<br>50 KEIL DRIVE NORTH<br>CHATHAM, ON N7M 5M1<br>CANADA | | Claim Number: 12811<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $160,751.37 | Scheduled: | $19,715.55 | | |
| UNION LEVEL LAND & TIMBER, LLC<br>C/O RICHARD D. SCOTT,<br>LE CLAIR RYAN<br>1800 WACHIVIA TOWER, DRAWER 1200<br>ROANOKE, VA 24006 | | Claim Number: 3107-02<br>Claim Date: 05/26/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 3195 (12/16/2009) | | | | |
| ADMINISTRATIVE | Claimed: | $60,423.62 | | | Allowed: | $60,423.62 |
| UNITEC YORK INC<br>61 VILLARBOIT CRESCENT<br>CONCORD, ON L4K 4R2<br>CANADA | | Claim Number: 6058<br>Claim Date: 07/21/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $237.15 | Scheduled: | $196.08 | | |

---

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: CORRE OPPORTUNITIES FUND, L.
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 10675
Claim Date: 08/26/2009
Debtor: SMURFIT-MBI

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $82,520.95 | Scheduled: | $86,249.87 |

UNITED STATES DEBT RECOVERY III LP
TRANSFEROR: DECOUPAGE M.P.S. INC.
190 WEST HUFFAKER LANE, SUITE 408
RENO, NV 89511

Claim Number: 12940
Claim Date: 08/27/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $131,705.09 | Scheduled: | $127,629.71 |

UNITED STATES DEBT RECOVERY V, LP
TRANSFEROR: ALBANY INTERNATIONAL CORP
5575 KIETZKE LANE
SUITE A
RENO, NV 89511

Claim Number: 12710
Claim Date: 08/20/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $207.28 | Scheduled: | $207.28 |

UNITED STEELWORKERS LOCAL 1-830
ATTENTION PAULA TURTLE, CANADIAN COUNSEL
234 EGLINTON AVE EAST, SUITE 800
TORONTO, ON M4P 1K7
CANADA

Claim Number: 13178
Claim Date: 08/20/2009
Debtor: SMURFIT-MBI

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $10,000.00 | |

UNITED STEELWORKERS-INDUSTRIAL WOOD &
ALLIED WORKERS LOCAL 1-500
ATTN: PAULA TURTLE
234 EGLINTON AVE. EAST, SUITE 800
TORONTO, ON M4P 1K7
CANADA

Claim Number: 13170
Claim Date: 08/20/2009
Debtor: SMURFIT-MBI

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $128,500.00 | |

| | | | | | |
|---|---|---|---|---|---|
| UNIVAR CANADA LTD<br>ATTN: ROBERT POLLACK (CREDIT MANAGER)<br>4220 78TH AVE SE<br>CALGARY, AB T2C 2Z5<br>CANADA | | Claim Number: 12810<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $12,056.04 | Scheduled: | $13,523.36 | |
| UNIVEYOR B C LTD<br>JOANNE DANCER<br>2252 ALPHA AVENUE<br>BURNABY, BC V5C 5L6<br>CANADA | | Claim Number: 8937-01<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $329.14 | Scheduled: | $406.03 | |
| UNIVEYOR B C LTD<br>JOANNE DANCER<br>2252 ALPHA AVENUE<br>BURNABY, BC V5C 5L6<br>CANADA | | Claim Number: 8937-02<br>Claim Date: 08/07/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $134.18 | | | |
| URBAN JUNGLE MANITOBA INC.<br>39 MORNING GLORY CRESCENT<br>WINNIPEG, MB R2J 3Y7<br>CANADA | | Claim Number: 1629<br>Claim Date: 03/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $746.06 | Scheduled: | $607.08 | |
| V-TECH HEATING & AIR CONDITIONING SERV.<br>ATTN: ELIZABETH BOGDANSKI<br>608 BEVINGTON PLACE NW<br>EDMONTON, AB T5T 6G5<br>CANADA | | Claim Number: 13159<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,052.60 | Scheduled: | $3,061.26 | |

| | | | | | |
|---|---|---|---|---|---|
| VALCO CINCINNATI, INC<br>1244 SOLUTIONS CENTER<br>CHICAGO, IL 60677-1002 | | Claim Number: 9201-03<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $15,070.56 | | | |
| VAN HOUTLE COFFEE SERVICES<br>265 FROBISHER DR<br>UNIT 3<br>WATERLOO, ON N2V 2G4<br>CANADA | | Claim Number: 8485<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,830.01 | Scheduled: | $7,512.18 | |
| VANFAX SPEEDY<br>8288 PIE-IX BLVD.<br>MONTREAL, QC H1Z 3T6<br>CANADA | | Claim Number: 12578<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $333.17 | | | |
| VAPOR POWER INTERNATIONAL, LLC<br>9 ROYAL CREST ROAD, UNIT 6 AND 7<br>REXDALE, ON M9V 2L6<br>CANADA | | Claim Number: 12735-01<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE<br>UNSECURED | Claimed: | $1,207.07 | Scheduled: | $1,281.92 | |
| VAPOR POWER INTERNATIONAL, LLC<br>9 ROYAL CREST ROAD, UNIT 6 AND 7<br>REXDALE, ON M9V 2L6<br>CANADA | | Claim Number: 12735-02<br>Claim Date: 08/21/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 7188 (04/22/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $90.13 | | | |

SMURFIT-STONE CONTAINER CORPORATION | Case 09-10235-BLS | Doc 9663 | Filed 07/16/18 | Page 2408 of 2463 | Date: 07/03/2018

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10253)

| | | | | |
|---|---|---|---|---|
| VARIOUS PAINTING AND DECORATION<br># 304 - 7060 ELWELL STR.<br>BARNABY P.C., BC V5E 1KC<br>CANADA | | Claim Number: 1080<br>Claim Date: 03/06/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8530 (09/13/2010)<br>THIS CLAIM IS PAID | | |
| PRIORITY | Claimed: | $1,981.00 | | |
| UNSECURED | | | Scheduled: | $1,680.76 |
| VENETOR EQUIPMENT RENTAL INC.<br>45 ORIOLE AVENUE<br>STONEY CREEK, ON L8E 5E4<br>CANADA | | Claim Number: 8305<br>Claim Date: 07/10/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,090.82 | | |
| VES COMPANY INC<br>PO BOX 60157<br>SEATTLE, WA 98160 | | Claim Number: 12427<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $2,400.00 | Scheduled: | $2,400.00 |
| VES COMPANY, INC.<br>P.O. BOX 60157<br>SEATTLE, WA 98160 | | Claim Number: 8749<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,400.00 | | |
| VILLAGE OPTICAL<br>1079 ST. MARY'S ROAD<br>WINNIPEG, MB R2M 3T2<br>CANADA | | Claim Number: 12226<br>Claim Date: 09/03/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $1,611.00 | | |

| | | | | |
|---|---|---|---|---|
| VILLE DE MONTREAL<br>ATTN: DIEVVY SYLFRARD<br>155 EST NOTRE DAME BUR 121<br>MONTREAL, QC H2Y 1B5<br>CANADA | Claim Number: 12678<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $5,878.25 | | |
| VISUAL PLANNING CORP.<br>6805 DECARIE BLVD.<br>ATTN: SAMI AOUN (ACCOUNTANT)<br>MONTREAL, QC H3W 3E4<br>CANADA | Claim Number: 2822<br>Claim Date: 05/08/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $1,081.34 | | |
| VONWIN CAPITAL MANAGEMENT, L.P.<br>TRANSFEROR: BULLET TRANSPORTATION<br>ROGER VON SPIEGEL, MANAGING DIRECTOR<br>261 FIFTH AVENUE, 22ND FLOOR<br>NEW YORK, NY 10016 | Claim Number: 6261<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>Claimant asserts 27,026.73 CDN. Amends claim 1537. | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | Scheduled: | $22,172.72 |
| VONWIN CAPITAL MANAGEMENT, L.P.<br>TRANSFEROR: BULLET TRANSPORTATION COMPAN<br>ROGER VON SPIEGEL, MANAGING DIRECTOR<br>261 FIFTH AVENUE, 22ND FLOOR<br>NEW YORK, NY 10016 | Claim Number: 6262<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 6261<br>CLAIM AMOUNT IS 27,026.73 CANADIAN | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |
| VONWIN CAPITAL MANAGEMENT, L.P.<br>TRANSFEROR: BULLET TRANSPORTATION CO INC<br>ROGER VON SPIEGEL, MANAGING DIRECTOR<br>261 FIFTH AVENUE, 22ND FLOOR<br>NEW YORK, NY 10016 | Claim Number: 6263<br>Claim Date: 07/24/2009<br>Debtor: SMURFIT-MBI<br>Comments: POSSIBLE DUPLICATE OF 6261<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $0.00 UNLIQ | | |

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: GENESIS SECURITY GROUP
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 8187
Claim Date: 07/06/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8758 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $8,628.55 | | |
|---|---|---|---|---|

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: CANADA WAX CORP.
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 12631
Claim Date: 08/18/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $9,849.59 | Scheduled: | $10,276.64 |
|---|---|---|---|---|

VONWIN CAPITAL MANAGEMENT, L.P.
TRANSFEROR: PAZAZZ IMPRIMERIE
ROGER VON SPIEGEL, MANAGING DIRECTOR
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Claim Number: 13414
Claim Date: 10/08/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $33,095.70 | Scheduled: | $27,675.60 |
|---|---|---|---|---|

VRIEZEN CONSTRUCTION LTD
6075 154A STREET
SURREY, BC V3S 7H6
CANADA

Claim Number: 13151
Claim Date: 08/11/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $64,209.26 |
|---|---|---|---|---|

VRIEZEN CONTRUCTION LTD.
ATTN: TERRY VRIEZEN
6075 - 154A STREET
SURREY, BC V3S 7H6
CANADA

Claim Number: 13152
Claim Date: 08/11/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $64,974.47 | | |
|---|---|---|---|---|

W.W. GRAINGER, INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K. HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 7305
Claim Date: 08/07/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 5738 (03/10/2010)

| UNSECURED | Claimed: | $921,225.49 | UNLIQ |
|---|---|---|---|

W.W. GRAINGER, INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K. HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13352
Claim Date: 09/25/2009
Debtor: SMURFIT-MBI
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| ADMINISTRATIVE | Claimed: | $372,250.25 | UNLIQ |
|---|---|---|---|
| UNSECURED | Claimed: | $548,975.24 | UNLIQ |

WAINBEE LTD
ATTN:ANDY MYSZAKOWSKI
5789 COOPERS AVE
MISSISSAGUA, ON L4Z 3S6
CANADA

Claim Number: 8574
Claim Date: 07/20/2009
Debtor: SMURFIT-MBI

| UNSECURED | Claimed: | $859.47 | Scheduled: | $849.35 |
|---|---|---|---|---|

WAINBEE LTD
ATTN: ANDY MYSZAKOWSKI
5789 COOPERS AVE
MISSISSAGUA, ON L4Z 3S6
CANADA

Claim Number: 9473
Claim Date: 07/20/2009
Debtor: SMURFIT-MBI
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $919.58 |
|---|---|---|

WAJAX INDUSTRIES
1100 NORMAN
LACHINE, QC H8S 1A6
CANADA

Claim Number: 8242-02
Claim Date: 07/09/2009
Debtor: SMURFIT-MBI
Comments: DOCKET: 8759 (11/15/2010)
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $148.71 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| WALLA WALLA ENVIRONMENTAL INC<br>PO BOX 1298<br>WALLA WALLA, WA 99362 | | Claim Number: 11260-02<br>Claim Date: 08/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 5738 (03/10/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $350.00 | | | |
| WASTELESS ENVIRONMENTAL SERVICES INC.<br>9925 - 109 STREET<br>SUITE 604<br>EDMONTON, AB T5K 2J8<br>CANADA | | Claim Number: 13161<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $55,070.87 | | | |
| WASTELESS ENVIRONMENTAL SERVICES INC.<br>ATTN: KIMBERLEY BARRETT<br>9925 109 STREET<br>SUITE 604<br>EDMONTON, AB T5K 2J8<br>CANADA | | Claim Number: 13163<br>Claim Date: 08/18/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 7432 (05/04/2010) | | | |
| UNSECURED | Claimed: | $32,268.92 | | Allowed: | $32,268.92 |
| WEBER SUPPLY CO.<br>PO BOX 1418<br>KITCHENER, ON N2G 4H6<br>CANADA | | Claim Number: 8909<br>Claim Date: 08/05/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $6,761.73 | | | |
| WEE HAUL DELIVERY<br>PO BOX 27008<br>REGINA, SK S4R 8R8<br>CANADA | | Claim Number: 4051<br>Claim Date: 07/09/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 4966 (02/12/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $154.88 | Scheduled: | $125.41 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WEIGH-TRONIX CANADA<br>217 BRUNSWICK BOULEVARD<br>POINTE-CLAIRE, QC H9R 4R7<br>CANADA | | Claim Number: 12543<br>Claim Date: 08/14/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $256.91 | | | | | |
| WELLSERVE INC<br>ATTN: KATHERINE ANN MILLMAN<br>110 WOOLWICH ST<br>GUELPH, ON N7H 3V2<br>CANADA | | Claim Number: 12654<br>Claim Date: 08/19/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $32.77 | | | | | |
| WEST PENETONE INC<br>10900 SECANT<br>ANJOU, QC H1J 1S5<br>CANADA | | Claim Number: 5359<br>Claim Date: 07/16/2009<br>Debtor: SMURFIT-MBI | | | | | |
| UNSECURED | Claimed: | $4,872.70 | Scheduled: | $4,872.70 | | | |
| WEST PENETONE INC<br>ATTN: ANTOINE ALONZO<br>10900 SECANT<br>MONTREAL, QC H1J 1S5<br>CANADA | | Claim Number: 8344<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | | | |
| UNSECURED | Claimed: | $4,872.70 | | | | | |
| WESTBURNE ELECTRIC SUPPLY<br>ATTN: MOHAMMED KHAN<br>3724 8TH ST SE<br>CALGARY, AB T2G 3A7<br>CANADA | | Claim Number: 8573<br>Claim Date: 07/20/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 8496 (09/08/2010) | | | | | |
| UNSECURED | Claimed: | $27,750.08 | Scheduled: | $27,802.18 | Allowed: | $27,750.08 | |

| | | | | | |
|---|---|---|---|---|---|
| WESTBURNE ELECTRIC SUPPLY (MIDWEST)<br>DIVISION OF REXEL CANADA ELECTRIC INC<br>ATTN: ROBERT T. BALINGER<br>UNIT 1 - 1650 NOTRE DAME AVE.<br>WINNIPEG, MB R3H 0Y7<br>CANADA | | Claim Number: 13129-01<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 8496 (09/08/2010) | | | |
| UNSECURED | Claimed: | $4,951.01 | | Allowed: | $4,110.29 |
| WESTBURNE ELECTRIC SUPPLY (MIDWEST)<br>DIVISION OF REXEL CANADA ELECTRIC INC<br>ATTN: ROBERT T. BALINGER<br>UNIT 1 - 1650 NOTRE DAME AVE.<br>WINNIPEG, MB R3H 0Y7<br>CANADA | | Claim Number: 13129-02<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 2534 (10/30/2009)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $840.72 | | Allowed: | $840.72 |
| WESTBURNE/ RUDDY<br>ATTNL YVON BESSELLE<br>5600 KEATON CRES<br>MISSISSAUGA, ON L5R 3G3<br>CANADA | | Claim Number: 8347<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: ALLOWED<br>DOCKET: 8496 (09/08/2010) | | | |
| UNSECURED | Claimed: | $20,159.04 | Scheduled: $20,930.97 | Allowed: | $20,159.04 |
| WESTERN CANADA FIRE & FIRST AID<br>9519 - 58 AVE. N.W.<br>EDMONTON, AB T6E 0B8<br>CANADA | | Claim Number: 2777<br>Claim Date: 05/05/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $2,425.50 | Scheduled: $1,841.89 | | |
| WHITBY HYDRO ELECTRIC CORP<br>ATTN: AVRIL WHYTE<br>100 TAUNTON RD. E<br>PO BOX 59<br>WHITBY, ON L1N 5R8<br>CANADA | | Claim Number: 8450<br>Claim Date: 07/15/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $14,076.38 | | | |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10253)

| | | | | | |
|---|---|---|---|---|---|
| WILLIAM NISKER CO<br>2951 WALKERS LINE<br>BURLINGTON, ON L7M 4Y1<br>CANADA | | Claim Number: 4593<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>2,730 CANADIAN | | | |
| UNSECURED | Claimed: | $0.00  UNLIQ | Scheduled: | $345.10 | |
| WILLIAMSON PRINTING MATERIALS LIMITED<br>269 SOUTH SERVICE ROAD WEST<br>ATTN: HEATHER BROWN<br>ACCOUNTS RECEIVABLE COORDINATOR<br>GRIMSBY, ON L3M 1Y6<br>CANADA | | Claim Number: 8855<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $3,166.49 | Scheduled: | $6,079.85 | |
| WILLIAMSON PRINTING MATERIALS LIMITED<br>269 SOUTH SERVICE ROAD WEST<br>ATTN: HEATHER BROWN<br>ACCOUNTS RECEIVABLE COORDINATOR<br>GRIMSBY, ON L3M 1Y6<br>CANADA | | Claim Number: 8856<br>Claim Date: 08/04/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $459.15 | | | |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9883<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | | | |
| UNSECURED | Claimed: | $675,000,000.00  UNLIQ | | | |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9908<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | | | |
| ADMINISTRATIVE | Claimed: | $0.00  UNLIQ | | | |
| UNSECURED | Claimed: | $400,000,000.00  UNLIQ | | | |

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9933<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |
|---|---|---|
| ADMINISTRATIVE      Claimed: | $0.00   UNLIQ | |
| UNSECURED      Claimed: | $300,000,000.00   UNLIQ | |

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 10885<br>Claim Date: 08/25/2009<br>Debtor: SMURFIT-MBI<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |
|---|---|---|
| ADMINISTRATIVE      Claimed: | $0.00   UNLIQ | |
| UNSECURED      Claimed: | $700,000,000.00   UNLIQ | |

| WOLFDALE ELECTRIC LTD<br>C/O SPEIGEL NICHOLS FOX LLP<br>BARRISTERS & SOLICITORS<br>30 EGLINTON AVE. WEST, SUITE 400<br>MISSISSAUGA, ON L5R 3E7<br>CANADA | Claim Number: 13450<br>Claim Date: 09/01/2009<br>Debtor: SMURFIT-MBI | |
|---|---|---|
| UNSECURED      Claimed: | $15,566.70 | |

| WORKERS' COMPENSATION BOARD OF BRITISH<br>COLUMBIA<br>ATTN: COLLECTIONS<br>6951 WESTMINSTER HIGHWAY<br>RICHMOND, BC V7C 1C6<br>CANADA | Claim Number: 8175<br>Claim Date: 03/24/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>1808.12 canadian | |
|---|---|---|
| UNSECURED      Claimed: | $1,808.12 | |

| WORKPLACE SAFETY AND INSURANCE BOARD<br>ATTN: ERIC KUPKA<br>200 FRONT STREET WEST, 22ND FLOOR<br>TORONTO, ON M5V 3J1<br>CANADA | Claim Number: 12976<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI | |
|---|---|---|
| UNSECURED      Claimed: | $23,333.61      Scheduled: | $80,780.62 |

| | | | | |
|---|---|---|---|---|
| X-TREME PACKAGING SERVICES INC.<br>ATTN: DARREN EXNER<br>7910 - 51ST STREET S.E.<br>CALGARY, AB T2C 4R2<br>CANADA | | Claim Number: 12851<br>Claim Date: 08/26/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $84,509.14 | | |
| XEROX CANADA LTEE<br>ATTN: MELISSA COTE<br>3400 DE MAISONNEUVE OUEST<br>SUITE 900<br>MONTREAL, QC H3Z 3G1<br>CANADA | | Claim Number: 12977<br>Claim Date: 08/28/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $10,734.83 | Scheduled: | $7,902.15 |
| YORK DISPOSAL SERVICE LTD<br>E. MARTINHO<br>650 CREDITSTONE ROAD<br>CONCORD, ON L4K 5C8<br>CANADA | | Claim Number: 8748<br>Claim Date: 07/27/2009<br>Debtor: SMURFIT-MBI<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $15,654.99 | Scheduled: | $15,684.76 |
| ZEP MANUFACTURING COMPANY OF CANADA<br>11627 178 ST<br>EDMONTON, AB T5S 1N6<br>CANADA | | Claim Number: 8325<br>Claim Date: 07/13/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $6,432.01 | | |
| ZIMCO GAUGE & VALVES LTD<br>5631 BURBANK ROAD S.E.<br>CALGARY, AB T2H 1Z5<br>CANADA | | Claim Number: 2757<br>Claim Date: 05/04/2009<br>Debtor: SMURFIT-MBI<br>Comments: DOCKET: 8758 (11/15/2010)<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | | |

## Summary Page

Total Number of Filed Claims:      795

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $1,736,095.31 | $410,835.53 |
| Priority: | $507,485.18 | $0.00 |
| Secured: | $118,488,311.82 | $0.00 |
| Unsecured: | $2,107,144,367.32 | $425,634.88 |
| Total: | $2,227,876,259.63 | $836,470.41 |

---

ACKLANDS-GRAINGER INC.
C/O MCDERMOTT WILL & EMERY LLP
ATTN: COCO, NATHAN. HARRING, EMILY.
227 W.MONROE STREET
CHICAGO, IL 60606

Claim Number: 7936
Claim Date: 08/17/2009
Debtor: 639647 BRITISH COLUMBIA LTD.
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $48,394.46 | UNLIQ |

---

ACKLANDS-GRAINGER INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K. HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13511
Claim Date: 10/21/2009
Debtor: 639647 BRITISH COLUMBIA LTD.
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $21,296.33 | UNLIQ |
| UNSECURED | Claimed: | $27,098.13 | UNLIQ |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10798
Claim Date: 08/27/2009
Debtor: 639647 BRITISH COLUMBIA LTD.
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BKK JOINT DEFENSE GROUP
C/O JAMES J. DRAGNA
BINGHAM MCCUTCHEN LLP
355 SOUTH GRAND AVE., STE. 4400
LOS ANGELES, CA 90071

Claim Number: 13577
Claim Date: 11/06/2009
Debtor: 639647 BRITISH COLUMBIA LTD.
Comments: WITHDRAWN
DOCKET: 8421 (08/20/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10815
Claim Date: 08/27/2009
Debtor: 639647 BRITISH COLUMBIA LTD.
Comments: EXPUNGED
DOCKET: 9303 (01/29/2013)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| | | |
|---|---|---|
| CANADA REVENUE AGENCY<br>ATTN: DIANE WINTERS/CHRISTOPHER LEE<br>C/O DEPARTMENT OF JUSTICE CANADA<br>130 KING STREET WEST, SUITE 3400<br>TORONTO, ON M5X 1K6<br>CANADA | Claim Number: 12987<br>Claim Date: 08/28/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | |
| UNSECURED          Claimed: | $1.00   UNLIQ | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9394<br>Claim Date: 08/21/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |
| UNSECURED          Claimed: | $1,569,422.14 | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9400<br>Claim Date: 08/21/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |
| UNSECURED          Claimed: | $3,632,243.95   CONT | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12727<br>Claim Date: 08/21/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |
| UNSECURED          Claimed: | $1,569,422.14 | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12753<br>Claim Date: 08/21/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |
| UNSECURED          Claimed: | $3,632,243.95   CONT | |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | | Claim Number: 13888 Claim Date: 03/15/2010 Debtor: 639647 BRITISH COLUMBIA LTD. Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
| UNSECURED | Claimed: | $1,679,317.34 |
| DAVIS LLP ATTN: LEANNE JENSEN, CREDIT MANAGER 2800 PARK PACE 666 BURRARD STREET VANCOUVER, BC V6C 2Z7 CANADA | | Claim Number: 13304 Claim Date: 08/29/2009 Debtor: 639647 BRITISH COLUMBIA LTD. Comments: THIS CLAIM IS PAID |
| UNSECURED | Claimed: | $660.67 |
| INTEGRATED PACKAGING COMPANY, INC. ATTENTION: LOUIS F. POWELL 122 QUENTIN AVE. NEW BRUNSWICK, NJ 08901 | | Claim Number: 11939 Claim Date: 08/28/2009 Debtor: 639647 BRITISH COLUMBIA LTD. Comments: EXPUNGED DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $28,904.50 |
| MATZA, PATRICIA 5230 N 29TH STREET MILWAUKEE, WI 53209 | | Claim Number: 12891 Claim Date: 08/27/2009 Debtor: 639647 BRITISH COLUMBIA LTD. Comments: EXPUNGED DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |
| NY STATE TEAMSTERS CONFERENCE PENSION & RETIREMENT FUND ATTN: VINCENT M. DEBELLA PO BOX 4928 SYRACUSE, NY 13321-4928 | | Claim Number: 12552 Claim Date: 08/18/2009 Debtor: 639647 BRITISH COLUMBIA LTD. Comments: WITHDRAWN DOCKET: 9146 (11/14/2011) |
| UNSECURED | Claimed: | $335,109.64 |

| | | |
|---|---|---|
| VONWIN CAPITAL MANAGEMENT, L.P.<br>TRANSFEROR: BULLET TRANSPORTATION CO INC<br>ROGER VON SPIEGEL, MANAGING DIRECTOR<br>261 FIFTH AVENUE, 22ND FLOOR<br>NEW YORK, NY 10016 | Claim Number: 1537<br>Claim Date: 03/17/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: EXPUNGED<br>DOCKET: 8758 (11/15/2010) | |

UNSECURED          Claimed:                    $0.00   UNLIQ

| | | |
|---|---|---|
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7307<br>Claim Date: 08/07/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |

UNSECURED          Claimed:              $921,225.49   UNLIQ

| | | |
|---|---|---|
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 13360<br>Claim Date: 09/25/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |

ADMINISTRATIVE      Claimed:              $372,250.25   UNLIQ
UNSECURED          Claimed:              $548,975.24   UNLIQ

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9882<br>Claim Date: 08/25/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |

ADMINISTRATIVE      Claimed:                    $0.00   UNLIQ
UNSECURED          Claimed:          $675,000,000.00   UNLIQ

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9907<br>Claim Date: 08/25/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |

ADMINISTRATIVE      Claimed:                    $0.00   UNLIQ
UNSECURED          Claimed:          $400,000,000.00   UNLIQ

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9932<br>Claim Date: 08/25/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 UNLIQ |

| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 10884<br>Claim Date: 08/25/2009<br>Debtor: 639647 BRITISH COLUMBIA LTD.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) |
|---|---|

| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 UNLIQ |

## Summary Page

Total Number of Filed Claims:                22

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $393,546.58 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $4,337,261.40 | $0.00 |
| Unsecured: | $2,088,993,018.65 | $0.00 |
| Total: | $2,093,723,826.63 | $0.00 |

---

ACKLANDS-GRAINGER INC
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K. HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13510
Claim Date: 10/21/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $21,296.33 | UNLIQ |
| UNSECURED | Claimed: | $27,098.13 | UNLIQ |

---

ACKLANDS-GRAINGER INC.
C/O MCDERMOTT WILL & EMERY LLP
ATTN: COCO, NATHAN.  HARRING, EMILY
227 W.MONROE STREET
CHICAGO, IL 60606

Claim Number: 7935
Claim Date: 08/17/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: POSSIBLY AMENDED BY 13510

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $48,394.46 | UNLIQ |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10805
Claim Date: 08/27/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

ALL CUSTOM LUMBER & PALLET MFG. INC.
P.O. BOX 32095
101-8850 WALNUT DR.
LANGLEY, BC V1M 2M3
CANADA

Claim Number: 12736-01
Claim Date: 08/21/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments:
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| UNSECURED | Claimed: | $4,645.44 | Scheduled: | $6,512.02 |

---

ALL CUSTOM LUMBER & PALLET MFG. INC.
P.O. BOX 32095
101-8850 WALNUT DR.
LANGLEY, BC V1M 2M3
CANADA

Claim Number: 12736-02
Claim Date: 08/21/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: DOCKET: 2813 (11/18/2009)
THIS CLAIM IS PAID

| | | | | |
|---|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $5,729.36 | Allowed: | $5,729.36 |

---

| | | | | | |
|---|---|---|---|---|---|
| ANNAN & BIRD LITHOGRAPHERS, LTD.<br>ATTN: STEVE DOOREY<br>1060 TRISTAR DR<br>MISSISSAUGA, ON L5T 1H9<br>CANADA | | Claim Number: 13294-01<br>Claim Date: 08/28/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD. | | | |
| UNSECURED | Claimed: | $5,742.43 | | | |
| ANNAN & BIRD LITHOGRAPHERS, LTD.<br>ATTN: STEVE DOOREY<br>1060 TRISTAR DR<br>MISSISSAUGA, ON L5T 1H9<br>CANADA | | Claim Number: 13294-02<br>Claim Date: 08/28/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: DOCKET: 3259 (12/17/2009)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $5,742.43 | | Allowed: | $5,742.43 |
| B.C. HYDRO<br>C/O CREDIT ADMINISTRATION<br>C01-6911 SOUTHPOINT DRIVE<br>BURNABY, BC V3N 4X8<br>CANADA | | Claim Number: 12452<br>Claim Date: 07/30/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $6,907.47 | | | |
| BEVERAGE BREAKS<br>10 - 8005 ALEXANDER ROAD<br>DELTA, BC V4G 1C6<br>CANADA | | Claim Number: 12414<br>Claim Date: 07/21/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: POSSIBLE DUPLICATE OF 8626 | | | |
| UNSECURED | Claimed: | $22.24 | Scheduled: | $21.75 | |
| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | | Claim Number: 13578<br>Claim Date: 11/06/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: WITHDRAWN<br>DOCKET: 8421 (08/20/2010) | | | |
| UNSECURED | Claimed: | $0.00   UNDET | | | |

| | | | |
|---|---|---|---|
| BROADSPIRE SERVICES, INC. (2) | | Claim Number: 10814 | |
| WILDMAN HARROLD ALLEN & DIXON, LLP | | Claim Date: 08/27/2009 | |
| C/O JEFFREY CHANG | | Debtor: B.C. SHIPPER SUPPLIES LTD. | |
| 225 WEST WACKER DRIVE | | Comments: EXPUNGED | |
| CHICAGO, IL 60606 | | DOCKET: 9303 (01/29/2013) | |
| | | | |
| ADMINISTRATIVE | Claimed: | $0.00 UNLIQ | |
| SECURED | Claimed: | $0.00 UNLIQ | |
| UNSECURED | Claimed: | $0.00 UNLIQ | |
| CANADA REVENUE AGENCY | | Claim Number: 8289 | |
| P.O. BOX 1655 | | Claim Date: 07/10/2009 | |
| WINDSOR, ON N9A 7G7 | | Debtor: B.C. SHIPPER SUPPLIES LTD. | |
| CANADA | | Comments: | |
| | | THIS CLAIM IS PAID | |
| | | | |
| UNSECURED | Claimed: | $804.69 | |
| CANADA REVENUE AGENCY | | Claim Number: 12985 | |
| ATTN: DIANE WINTERS/CHRISTOPHER LEE | | Claim Date: 08/28/2009 | |
| C/O DEPARTMENT OF JUSTICE CANADA | | Debtor: B.C. SHIPPER SUPPLIES LTD. | |
| 130 KING STREET WEST, SUITE 3400 | | | |
| TORONTO, ON M5X 1K6 | | | |
| CANADA | | | |
| UNSECURED | Claimed: | $1.00 UNLIQ | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST | | Claim Number: 9395 | |
| AREAS PENSION FUND | | Claim Date: 08/21/2009 | |
| ATTN: PETER PRIEDE | | Debtor: B.C. SHIPPER SUPPLIES LTD. | |
| 9377 WEST HIGGINS ROAD | | Comments: WITHDRAWN | |
| ROSEMONT, IL 60018 | | DOCKET: 9223 (04/20/2012) | |
| | | | |
| UNSECURED | Claimed: | $1,569,422.14 | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST | | Claim Number: 9399 | |
| AREAS PENSION FUND | | Claim Date: 08/21/2009 | |
| ATTN: PETER PRIEDE | | Debtor: B.C. SHIPPER SUPPLIES LTD. | |
| 9377 WEST HIGGINS ROAD | | Comments: WITHDRAWN | |
| ROSEMONT, IL 60018 | | DOCKET: 9223 (04/20/2012) | |
| | | | |
| UNSECURED | Claimed: | $3,632,243.95 CONT | |

---

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 12726 Claim Date: 08/21/2009 Debtor: B.C. SHIPPER SUPPLIES LTD. Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) | |

| UNSECURED | Claimed: | $1,569,422.14 |
|---|---|---|

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 12752 Claim Date: 08/21/2009 Debtor: B.C. SHIPPER SUPPLIES LTD. Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) | |

| UNSECURED | Claimed: | $3,632,243.95   CONT |
|---|---|---|

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 13887 Claim Date: 03/15/2010 Debtor: B.C. SHIPPER SUPPLIES LTD. Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) | |

| UNSECURED | Claimed: | $1,679,317.34 |
|---|---|---|

| | | |
|---|---|---|
| CLEARLY THE BEST 203-1133 FERGUSON RD DELTA, BC V4L 1X3 CANADA | Claim Number: 13834 Claim Date: 02/17/2010 Debtor: B.C. SHIPPER SUPPLIES LTD. Comments: EXPUNGED DOCKET: 8758 (11/15/2010) | |

| UNSECURED | Claimed: | $588.00 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| CORRE OPPORTUNITIES FUND, L.P. TRANSFEROR: GREEN LINE HOSE & FITTINGS ATTN: CLAIMS PROCESSING (BANKRUPTCY) 1370 AVENUE OF THE AMERICAS, 29TH FLOOR NEW YORK, NY 10019 | Claim Number: 8241 Claim Date: 07/08/2009 Debtor: B.C. SHIPPER SUPPLIES LTD. Comments: THIS CLAIM IS PAID | | | |

| UNSECURED | Claimed: | $963.26 | Scheduled: | $942.08 |
|---|---|---|---|---|

---

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: SIDHUKAMBO, GURPREET
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

Claim Number: 12779
Claim Date: 08/24/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $755.80 |
|---|---|---|

---

DAVIS LLP
ATTN: LEANNE JENSEN, CREDIT MANAGER
2800 PARK PACE
666 BURRARD STREET
VANCOUVER, BC V6C 2Z7
CANADA

Claim Number: 13303
Claim Date: 08/29/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $308.55 |
|---|---|---|

---

EXPRESS IT DELIVERY SERVICES (2002) INC.
ATTN: JAS BADESHA
6659-122A ST.
SURREY, BC V3W 0W1
CANADA

Claim Number: 12603
Claim Date: 07/29/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $301.32 | Scheduled: | $177.84 |
|---|---|---|---|---|

---

FLINT GROUP NORTH AMERICA CORPORATION
14909 N. BECK RD
PLYMOUTH, MI 48170

Claim Number: 11710-02
Claim Date: 08/28/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: ALLOWED
DOCKET: 8684 (10/25/2010)

| UNSECURED | Claimed: | $2,565.70   UNLIQ | | Allowed: | $2,565.70 |
|---|---|---|---|---|---|

---

FORTRESS FORWARDERS
#101 - 30799 SIMPSON ROAD
ABBOTSFORD, BC V2T 6X4
CANADA

Claim Number: 12400
Claim Date: 07/20/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.

| UNSECURED | Claimed: | $0.00   UNDET | Scheduled: | $9,801.68 |
|---|---|---|---|---|

---

| | | | | | | |
|---|---|---|---|---|---|---|
| FORTRESS VENTURES INC<br>ATTN: DAVID HEITSMAN, PRES.<br>#101 30799 SIMPSON RD<br>ABBOTSFORD, BC V2T 6X4<br>CANADA | | Claim Number: 8570<br>Claim Date: 07/20/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments:<br>THIS CLAIM IS PAID | | | | |
| UNSECURED | Claimed: | $9,801.68 | | | | |
| GENERAL FASTENERS LTD.<br>2270 PORTLAND ST SE<br>CALGARY, AB T2G 4M6<br>CANADA | | Claim Number: 9509-01<br>Claim Date: 07/23/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | | | |
| UNSECURED | Claimed: | $3,055.77 | Scheduled: | $2,035.72 | | |
| GENERAL FASTENERS LTD.<br>2270 PORTLAND ST SE<br>CALGARY, AB T2G 4M6<br>CANADA | | Claim Number: 9509-02<br>Claim Date: 07/23/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | | | | |
| ADMINISTRATIVE | Claimed: | $965.66 | | | Allowed: | $965.66 |
| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | | Claim Number: 11942<br>Claim Date: 08/28/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | | | | |
| UNSECURED | Claimed: | $28,904.50 | | | | |
| K&H DISPATCH CO. LTD.<br>165 - 6260 GRAYBAR ROAD<br>RICHMOND, BC V6W 1H6<br>CANADA | | Claim Number: 12361<br>Claim Date: 07/15/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD. | | | | |
| PRIORITY | Claimed: | $125.90 | | | | |
| UNSECURED | | | Scheduled: | $43.25 | | |

| | | | | | |
|---|---|---|---|---|---|
| LIVINGSTON INTL, INC.<br>ATTENTION ANDES GONZALES<br>6725 AIRPORT ROAD<br>SUITE 500<br>MISSISSAUGA, ON L4V 1V2<br>CANADA | | Claim Number: 9024<br>Claim Date: 08/14/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments:<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $101.10 | | | |
| MASONLIFT LTD<br>ATTN: KEN COLLIND<br>1605 CLIVEDEN AVENUE<br>BELTA, BC V3M 6P7<br>CANADA | | Claim Number: 8453-01<br>Claim Date: 07/15/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $60.29 | | | |
| UNSECURED | | | Scheduled: | $570.51 | |
| MASONLIFT LTD<br>ATTN: KEN COLLIND<br>1605 CLIVEDEN AVENUE<br>BELTA, BC V3M 6P7<br>CANADA | | Claim Number: 8453-02<br>Claim Date: 07/15/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: DOCKET: 5769 (03/11/2010)<br>THIS CLAIM IS PAID | | | |
| UNSECURED | Claimed: | $915.38 | | | |
| MATZA, PATRICIA<br>5230 N 29TH STREET<br>MILWAUKEE, WI 53209 | | Claim Number: 12890<br>Claim Date: 08/27/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) | | | |
| PRIORITY | Claimed: | $0.00  UNDET | | | |
| UNSECURED | Claimed: | $0.00  UNDET | | | |
| MYSTIC SHEETS INC<br>301 SW 27TH STREET<br>RENTON, WA 98057 | | Claim Number: 9517<br>Claim Date: 08/24/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: DOCKET: 2813 (11/18/2009)<br>THIS CLAIM IS PAID | | | |
| ADMINISTRATIVE | Claimed: | $12,541.87 | | Allowed: | $12,541.87 |

---

NORDSON CANADA LIMITED
ATTN: KATHERINE TOFFAN
1211 DENISON STREET
MARKHAM, ON L3R 4B3
CANADA

Claim Number: 8569
Claim Date: 07/20/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments:
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $108.51 | Scheduled: | $106.12 |
|---|---|---|---|---|

NY STATE TEAMSTERS CONFERENCE PENSION &
RETIREMENT FUND
ATTN: VINCENT M. DEBELLA
PO BOX 4928
SYRACUSE, NY 13321-4928

Claim Number: 12551
Claim Date: 08/18/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: WITHDRAWN
DOCKET: 9146 (11/14/2011)

| UNSECURED | Claimed: | $335,109.64 |
|---|---|---|

PUROLATOR COURIER LTD
ATTN: ORTIE MESCI
5995 AVEBURY ROAD
STE 300
MISSISAUGA, ON L5R 3J8
CANADA

Claim Number: 8200
Claim Date: 07/07/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.

| UNSECURED | Claimed: | $71.20 |
|---|---|---|

PUROLATOR COURIER LTD
ATTN: ORTIE MESCI
5995 AVEBURY ROAD
STE 300
MISSISAUGA, ON L5R 3J8
CANADA

Claim Number: 8206
Claim Date: 07/07/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: POSSIBLE DUPLICATE OF 8200
THIS CLAIM IS PAID

| UNSECURED | Claimed: | $71.20 |
|---|---|---|

SASOL WAX NORTH AMERICA CORP.
ATTENTION JOHANNES LE R DE VILLIERS
21325-B CABOT BLVD.
HAYWARD, CA 94545

Claim Number: 9025
Claim Date: 08/10/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: DOCKET: 8117 (06/22/2010)
THIS CLAIM IS PAID

| ADMINISTRATIVE | Claimed: | $3,050.00 | | |
|---|---|---|---|---|
| UNSECURED | | | Scheduled: | $858.17 |

| | | | | |
|---|---|---|---|---|
| SASOL WAX NORTH AMERICA CORP.<br>ATTENTION: JOHANNES LE R DE VILLIERS<br>21325-B CABOT BLVD.<br>HAYWARD, CA 94545 | | Claim Number: 9481<br>Claim Date: 08/10/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: EXPUNGED<br>DOCKET: 7553 (05/10/2010) | | |
| ADMINISTRATIVE | Claimed: | $3,050.00 | | |
| SEASIDE PAPER PRODUCTS LTD<br>9999 RIVER WAY<br>DELTA, BC V4G 1M8<br>CANADA | | Claim Number: 8354<br>Claim Date: 07/13/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $103.23 | Scheduled: | $100.96 |
| SHEETS UNLIMITED<br>C/O MYSTIC, LTD.<br>ATTN: TONY BUISEN<br>301 S.W. 27TH STREET<br>RENTON, WA 98057 | | Claim Number: 13169<br>Claim Date: 08/20/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | |
| ADMINISTRATIVE | Claimed: | $12,541.87 | | |
| UNSECURED | Claimed: | $12,541.87 | | |
| TOTAL | Claimed: | $12,541.87 | | |
| SHEETS UNLIMITED (US CURRENCY)<br>301 S. W. 27TH STREET<br>RENTON, WA 98057 | | Claim Number: 9518<br>Claim Date: 08/24/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | | |
| ADMINISTRATIVE | Claimed: | $12,541.87 | | |
| UNSECURED | | | Scheduled: | $12,662.46 |
| SIDHUKAMBO, GURPREET<br>12169-76A AVENUE<br>SURREY, BC V3W 2W4<br>CANADA | | Claim Number: 12780<br>Claim Date: 08/24/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments:<br>Claimed amount is CDN $922.50. | | |
| UNSECURED | Claimed: | $0.00   UNLIQ | Scheduled: | $739.18 |

| | | | | |
|---|---|---|---|---|
| SMITHRITE DISPOSAL LTD<br>1650 HARTELY AVENUE<br>COQUITLAM, BC V3K 7A1<br>CANADA | | Claim Number: 13190<br>Claim Date: 08/24/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $2,861.75 | Scheduled: | $1,268.04 |
| TERASEN GAS<br>PO BOX 48230<br>BENTALL CENTRE<br>VANCOUVER, BC V7X-1N8<br>CANADA | | Claim Number: 12458<br>Claim Date: 07/30/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD. | | |
| UNSECURED | Claimed: | $16,682.77 | Scheduled: | $10,096.81 |
| TREEN GLOVES & SAFETY PRODUCTS LTD.<br>704 ALEXANDER STREET<br>VANCOUVER, BC U6A 1E3<br>CANADA | | Claim Number: 12582<br>Claim Date: 07/13/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $138.90 | Scheduled: | $127.56 |
| VANCOUVER FIRE-SECURITY<br>22131 FRASERWOOD WAY<br>RICHMOND, BC V6W 1J5<br>CANADA | | Claim Number: 8353<br>Claim Date: 07/13/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments:<br>THIS CLAIM IS PAID | | |
| UNSECURED | Claimed: | $254.73 | Scheduled: | $249.13 |
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 7306<br>Claim Date: 08/07/2009<br>Debtor: B.C. SHIPPER SUPPLIES LTD.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | | |
| UNSECURED | Claimed: | $921,225.49   UNLIQ | | |

---

W.W. GRAINGER, INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K. HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13351
Claim Date: 09/25/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $372,250.25 | UNLIQ |
| UNSECURED | Claimed: | $548,975.24 | UNLIQ |

---

WESTCHEM MFG. LTD.
UNIT #16
31550 SOUTH FRASER WAY
CLEARBROOK, BC V2T 4C6
CANADA

Claim Number: 13431
Claim Date: 07/27/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments:
THIS CLAIM IS PAID

| | | | | | |
|---|---|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNLIQ | Scheduled: | $1,310.27 |

---

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9881
Claim Date: 08/25/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 | UNLIQ |

---

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9906
Claim Date: 08/25/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

---

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9931
Claim Date: 08/25/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

---

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 10883
Claim Date: 08/25/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 | UNLIQ |

WORKERS' COMPENSATION BOARD OF BRITISH
COLUMBIA
ATTN: COLLECTIONS
6951 WESTMINSTER HIGHWAY
RICHMOND, BC V7C 1C6
CANADA

Claim Number: 8173
Claim Date: 02/25/2009
Debtor: B.C. SHIPPER SUPPLIES LTD.
Comments:
THIS CLAIM IS PAID

| | | |
|---|---|---|
| UNSECURED | Claimed: | $2,018.15 |

## Summary Page

Total Number of Filed Claims:          57

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $449,769.93 | $24,979.32 |
| Priority: | $125.90 | $0.00 |
| Secured: | $4,337,261.40 | $0.00 |
| Unsecured: | $2,089,064,689.12 | $2,565.70 |
| Total: | $2,093,851,846.35 | $27,545.02 |

| | | | |
|---|---|---|---|
| ACKLANDS-GRAINGER INC.<br>C/O MCDERMOTT WILL & EMERY LLP<br>ATTN: COCO, NATHAN.  HARRING, EMILY<br>227 W.MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 7934<br>Claim Date: 08/17/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | |
| UNSECURED | Claimed: | $48,394.46   UNLIQ | |
| ACKLANDS-GRAINGER INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 13509<br>Claim Date: 10/21/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: EXPUNGED<br>DOCKET: 8530 (09/13/2010) | |
| ADMINISTRATIVE | Claimed: | $21,296.33   UNLIQ | |
| UNSECURED | Claimed: | $27,098.13   UNLIQ | |
| AIG CASUALTY COMPANY ET. AL.<br>C/O CHARTIS U.S.<br>ATTN: MICHELLE A. LEVITT, AUTHORIZED REP<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | | Claim Number: 10806<br>Claim Date: 08/27/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: WITHDRAWN<br>DOCKET: 9022 (04/07/2011) | |
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ | |
| SECURED | Claimed: | $4,337,261.40   UNLIQ | |
| UNSECURED | Claimed: | $0.00   UNLIQ | |
| BARAMY INVESTMENTS LTD<br>C/O WRITTEN LLP, BARRISTERS & SOLICITORS<br>ATTN: ANDREW FRASER<br>#2500, 10303 JASPERS AVENUE<br>EDMONTON, AB T5J 3N1<br>CANADA | | Claim Number: 12913<br>Claim Date: 08/27/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: EXPUNGED<br>DOCKET: 8378 (08/16/2010) | |
| UNSECURED | Claimed: | $6,227.73 | |
| BKK JOINT DEFENSE GROUP<br>C/O JAMES J. DRAGNA<br>BINGHAM MCCUTCHEN LLP<br>355 SOUTH GRAND AVE., STE. 4400<br>LOS ANGELES, CA 90071 | | Claim Number: 13579<br>Claim Date: 11/06/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: WITHDRAWN<br>DOCKET: 8421 (08/20/2010) | |
| UNSECURED | Claimed: | $0.00   UNDET | |

| | | |
|---|---|---|
| BROADSPIRE SERVICES, INC. (2) | | Claim Number: 10813 |
| WILDMAN HARROLD ALLEN & DIXON, LLP | | Claim Date: 08/27/2009 |
| C/O JEFFREY CHANG | | Debtor: SPECIALTY CONTAINERS INC. |
| 225 WEST WACKER DRIVE | | Comments: EXPUNGED |
| CHICAGO, IL 60606 | | DOCKET: 9303 (01/29/2013) |

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

| | | |
|---|---|---|
| CANADA REVENUE AGENCY | | Claim Number: 12982 |
| ATTN: DIANE WINTERS/CHRISTOPHER LEE | | Claim Date: 08/28/2009 |
| C/O DEPARTMENT OF JUSTICE CANADA | | Debtor: SPECIALTY CONTAINERS INC. |
| 130 KING STREET WEST, SUITE 3400 | | Comments: EXPUNGED |
| TORONTO, ON M5X 1K6 | | DOCKET: 8759 (11/15/2010) |
| CANADA | | |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $1.00 | UNLIQ |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST | | Claim Number: 9392 |
| AREAS PENSION FUND | | Claim Date: 08/21/2009 |
| ATTN: PETER PRIEDE | | Debtor: SPECIALTY CONTAINERS INC. |
| 9377 WEST HIGGINS ROAD | | Comments: WITHDRAWN |
| ROSEMONT, IL 60018 | | DOCKET: 9223 (04/20/2012) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,569,422.14 |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST | | Claim Number: 9398 |
| AREAS PENSION FUND | | Claim Date: 08/21/2009 |
| ATTN: PETER PRIEDE | | Debtor: SPECIALTY CONTAINERS INC. |
| 9377 WEST HIGGINS ROAD | | Comments: WITHDRAWN |
| ROSEMONT, IL 60018 | | DOCKET: 9223 (04/20/2012) |

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $3,632,243.95 | CONT |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST | | Claim Number: 12725 |
| AREAS PENSION FUND | | Claim Date: 08/21/2009 |
| ATTN: PETER PRIEDE | | Debtor: SPECIALTY CONTAINERS INC. |
| 9377 WEST HIGGINS ROAD | | Comments: WITHDRAWN |
| ROSEMONT, IL 60018 | | DOCKET: 9223 (04/20/2012) |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $1,569,422.14 |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 12754 Claim Date: 08/21/2009 Debtor: SPECIALTY CONTAINERS INC. Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) | |
| UNSECURED | Claimed: | $3,632,243.95  CONT |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | Claim Number: 13886 Claim Date: 03/15/2010 Debtor: SPECIALTY CONTAINERS INC. Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) | |
| UNSECURED | Claimed: | $1,679,317.34 |
| ENVIRONMENTAL PNEUMATICS INC. 215 BOWERS RD S OAKLAND, TN 38060 | Claim Number: 3340 Claim Date: 06/11/2009 Debtor: SPECIALTY CONTAINERS INC. Comments: EXPUNGED DOCKET: 6647 (04/07/2010) | |
| UNSECURED | Claimed: | $5,618.50 |
| INTEGRATED PACKAGING COMPANY, INC. ATTENTION: LOUIS F. POWELL 122 QUENTIN AVE. NEW BRUNSWICK, NJ 08901 | Claim Number: 11987 Claim Date: 08/28/2009 Debtor: SPECIALTY CONTAINERS INC. Comments: EXPUNGED DOCKET: 4132 (01/14/2010) | |
| UNSECURED | Claimed: | $28,904.50 |
| MATZA, PATRICIA 5230 N 29TH STREET MILWAUKEE, WI 53209 | Claim Number: 12889 Claim Date: 08/27/2009 Debtor: SPECIALTY CONTAINERS INC. Comments: EXPUNGED DOCKET: 8833 (12/09/2010) | |
| PRIORITY | Claimed: | $0.00  UNDET |
| UNSECURED | Claimed: | $0.00  UNDET |

| | | |
|---|---|---|
| NY STATE TEAMSTERS CONFERENCE PENSION & RETIREMENT FUND<br>ATTN: VINCENT M. DEBELLA<br>PO BOX 4928<br>SYRACUSE, NY 13321-4928 | Claim Number: 12550<br>Claim Date: 08/18/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: WITHDRAWN<br>DOCKET: 9146 (11/14/2011) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $335,109.64 |

| | | |
|---|---|---|
| TRIAD ELECTRIC LTD<br>ATTN: GLENN CARUK OR ELEANOR MCALLISTER<br>15371 - 117 AVE<br>EDMONTON, AB T5M 3X4<br>CANADA | Claim Number: 13186<br>Claim Date: 08/21/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: EXPUNGED<br>DOCKET: 8758 (11/15/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $612.50 |

| | | |
|---|---|---|
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 7308<br>Claim Date: 08/07/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) | |

| | | |
|---|---|---|
| UNSECURED | Claimed: | $921,225.49   UNLIQ |

| | | |
|---|---|---|
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | Claim Number: 13348<br>Claim Date: 09/25/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $372,250.25   UNLIQ |
| UNSECURED | Claimed: | $548,975.24   UNLIQ |

| | | |
|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | Claim Number: 9880<br>Claim Date: 08/25/2009<br>Debtor: SPECIALTY CONTAINERS INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |

| | | |
|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00   UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00   UNLIQ |

| | | | |
|---|---|---|---|
| WILMINGTON TRUST COMPANY | | Claim Number: 9905 | |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 | |
| RODNEY SQUARE NORTH | | Debtor: SPECIALTY CONTAINERS INC. | |
| 1100 NORTH MARKET STREET | | Comments: WITHDRAWN | |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) | |
| | | | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

| | | | |
|---|---|---|---|
| WILMINGTON TRUST COMPANY | | Claim Number: 9930 | |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 | |
| RODNEY SQUARE NORTH | | Debtor: SPECIALTY CONTAINERS INC. | |
| 1100 NORTH MARKET STREET | | Comments: WITHDRAWN | |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) | |
| | | | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

| | | | |
|---|---|---|---|
| WILMINGTON TRUST COMPANY | | Claim Number: 10882 | |
| ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY | | Claim Date: 08/25/2009 | |
| RODNEY SQUARE NORTH | | Debtor: SPECIALTY CONTAINERS INC. | |
| 1100 NORTH MARKET STREET | | Comments: WITHDRAWN | |
| WILMINGTON, DE 19890 | | DOCKET: 5686 (03/08/2010) | |
| | | | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 | UNLIQ |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION (09-10256)

## Summary Page

Total Number of Filed Claims:          23

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $393,546.58 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $4,337,261.40 | $0.00 |
| Unsecured: | $2,089,004,816.71 | $0.00 |
| Total: | $2,093,735,624.69 | $0.00 |

---

ACKLANDS-GRAINGER INC.
C/O MCDERMOTT WILL & EMERY LLP
ATTN: COCO, NATHAN. HARRING, EMILY
227 W.MONROE STREET
CHICAGO, IL 60606

Claim Number: 7933
Claim Date: 08/17/2009
Debtor: SLP FINANCE GENERAL PARTNERSHIP
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| | Claimed: | | |
|---|---|---|---|
| UNSECURED | | $48,394.46 | UNLIQ |

---

ACKLANDS-GRAINGER INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K. HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13508
Claim Date: 10/21/2009
Debtor: SLP FINANCE GENERAL PARTNERSHIP
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | Claimed: | | |
|---|---|---|---|
| ADMINISTRATIVE | | $21,296.33 | UNLIQ |
| UNSECURED | | $27,098.13 | UNLIQ |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10807
Claim Date: 08/27/2009
Debtor: SLP FINANCE GENERAL PARTNERSHIP
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | Claimed: | | |
|---|---|---|---|
| ADMINISTRATIVE | | $0.00 | UNLIQ |
| SECURED | | $4,337,261.40 | UNLIQ |
| UNSECURED | | $0.00 | UNLIQ |

---

BKK JOINT DEFENSE GROUP
C/O JAMES J. DRAGNA
BINGHAM MCCUTCHEN LLP
355 SOUTH GRAND AVE., STE. 4400
LOS ANGELES, CA 90071

Claim Number: 13580
Claim Date: 11/06/2009
Debtor: SLP FINANCE GENERAL PARTNERSHIP
Comments: WITHDRAWN
DOCKET: 8421 (08/20/2010)

| | Claimed: | | |
|---|---|---|---|
| UNSECURED | | $0.00 | UNDET |

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10812
Claim Date: 08/27/2009
Debtor: SLP FINANCE GENERAL PARTNERSHIP
Comments: EXPUNGED
DOCKET: 9303 (01/29/2013)

| | Claimed: | | |
|---|---|---|---|
| ADMINISTRATIVE | | $0.00 | UNLIQ |
| SECURED | | $0.00 | UNLIQ |
| UNSECURED | | $0.00 | UNLIQ |

---

| | |
|---|---|
| CANADA REVENUE AGENCY<br>ATTN: DIANE WINTERS/CHRISTOPHER LEE<br>C/O DEPARTMENT OF JUSTICE CANADA<br>130 KING STREET WEST, SUITE 3400<br>TORONTO, ON M5X 1K6<br>CANADA | Claim Number: 12980<br>Claim Date: 08/28/2009<br>Debtor: SLP FINANCE GENERAL PARTNERSHIP<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |

UNSECURED          Claimed:                    $1.00   UNLIQ

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9393<br>Claim Date: 08/21/2009<br>Debtor: SLP FINANCE GENERAL PARTNERSHIP<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |

UNSECURED          Claimed:              $1,569,422.14

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9397<br>Claim Date: 08/21/2009<br>Debtor: SLP FINANCE GENERAL PARTNERSHIP<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |

UNSECURED          Claimed:              $3,632,243.95   CONT

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12720<br>Claim Date: 08/21/2009<br>Debtor: SLP FINANCE GENERAL PARTNERSHIP<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |

UNSECURED          Claimed:              $1,569,422.14

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12759<br>Claim Date: 08/21/2009<br>Debtor: SLP FINANCE GENERAL PARTNERSHIP<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |

UNSECURED          Claimed:              $3,632,243.95   CONT

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ATTN: PETER PRIEDE 9377 WEST HIGGINS ROAD ROSEMONT, IL 60018 | | Claim Number: 13885 Claim Date: 03/15/2010 Debtor: SLP FINANCE GENERAL PARTNERSHIP Comments: WITHDRAWN DOCKET: 9223 (04/20/2012) |
| UNSECURED | Claimed: | $1,679,317.34 |
| INTEGRATED PACKAGING COMPANY, INC. ATTENTION: LOUIS F. POWELL 122 QUENTIN AVE. NEW BRUNSWICK, NJ 08901 | | Claim Number: 11941 Claim Date: 08/28/2009 Debtor: SLP FINANCE GENERAL PARTNERSHIP Comments: EXPUNGED DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $28,904.50 |
| MATZA, PATRICIA 5230 N 29TH STREET MILWAUKEE, WI 53209 | | Claim Number: 12895 Claim Date: 08/27/2009 Debtor: SLP FINANCE GENERAL PARTNERSHIP Comments: EXPUNGED DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |
| NY STATE TEAMSTERS CONFERENCE PENSION & RETIREMENT FUND ATTN: VINCENT M. DEBELLA PO BOX 4928 SYRACUSE, NY 13321-4928 | | Claim Number: 12545 Claim Date: 08/18/2009 Debtor: SLP FINANCE GENERAL PARTNERSHIP Comments: WITHDRAWN DOCKET: 9146 (11/14/2011) |
| UNSECURED | Claimed: | $335,109.64 |
| W.W. GRAINGER, INC. MCDERMOTT WILL & EMERY LLP ATTN: NATHAN F. COCO, EMILY K. HARRING 227 W. MONROE STREET CHICAGO, IL 60606 | | Claim Number: 7309 Claim Date: 08/07/2009 Debtor: SLP FINANCE GENERAL PARTNERSHIP Comments: EXPUNGED DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $921,225.49   UNLIQ |

---

W.W. GRAINGER, INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K. HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13347
Claim Date: 09/25/2009
Debtor: SLP FINANCE GENERAL PARTNERSHIP
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $372,250.25 | UNLIQ |
| UNSECURED | Claimed: | $548,975.24 | UNLIQ |

---

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9879
Claim Date: 08/25/2009
Debtor: SLP FINANCE GENERAL PARTNERSHIP
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 | UNLIQ |

---

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9904
Claim Date: 08/25/2009
Debtor: SLP FINANCE GENERAL PARTNERSHIP
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

---

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9929
Claim Date: 08/25/2009
Debtor: SLP FINANCE GENERAL PARTNERSHIP
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

---

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 10881
Claim Date: 08/25/2009
Debtor: SLP FINANCE GENERAL PARTNERSHIP
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 | UNLIQ |

---

## Summary Page

Total Number of Filed Claims:          20

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $393,546.58 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $4,337,261.40 | $0.00 |
| Unsecured: | $2,088,992,357.98 | $0.00 |
| Total: | $2,093,723,165.96 | $0.00 |

---

| ACKLANDS-GRAINGER INC. | Claim Number: 7932 |
| C/O MCDERMOTT WILL & EMERY LLP | Claim Date: 08/17/2009 |
| ATTN: COCO, NATHAN. HARRING, EMILY | Debtor: FRANCOBEC COMPANY |
| 227 W.MONROE STREET | Comments: EXPUNGED |
| CHICAGO, IL 60606 | DOCKET: 8759 (11/15/2010) |

| UNSECURED | Claimed: | $48,394.46 | UNLIQ |

---

| ACKLANDS-GRAINGER, INC. | Claim Number: 13507 |
| MCDERMOTT WILL & EMERY LLP | Claim Date: 10/21/2009 |
| ATTN: NATHAN F COCO EMILY K HARRING | Debtor: FRANCOBEC COMPANY |
| 227 W MONROE STREET | Comments: EXPUNGED |
| CHICAGO, IL 60606 | DOCKET: 8530 (09/13/2010) |

| ADMINISTRATIVE | Claimed: | $21,296.33 | UNLIQ |
| UNSECURED | Claimed: | $27,098.13 | UNLIQ |

---

| AIG CASUALTY COMPANY ET. AL. | Claim Number: 10808 |
| C/O CHARTIS U.S. | Claim Date: 08/27/2009 |
| ATTN: MICHELLE A. LEVITT, AUTHORIZED REP | Debtor: FRANCOBEC COMPANY |
| 175 WATER STREET, 18TH FLOOR | Comments: WITHDRAWN |
| NEW YORK, NY 10038 | DOCKET: 9022 (04/07/2011) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| BKK JOINT DEFENSE GROUP | Claim Number: 13570 |
| C/O JAMES J. DRAGNA | Claim Date: 11/06/2009 |
| BINGHAM MCCUTCHEN LLP | Debtor: FRANCOBEC COMPANY |
| 355 SOUTH GRAND AVE., STE. 4400 | Comments: WITHDRAWN |
| LOS ANGELES, CA 90071 | DOCKET: 8421 (08/20/2010) |

| UNSECURED | Claimed: | $0.00 | UNDET |

---

| BROADSPIRE SERVICES, INC. (2) | Claim Number: 10811 |
| WILDMAN HARROLD ALLEN & DIXON, LLP | Claim Date: 08/27/2009 |
| C/O JEFFREY CHANG | Debtor: FRANCOBEC COMPANY |
| 225 WEST WACKER DRIVE | Comments: EXPUNGED |
| CHICAGO, IL 60606 | DOCKET: 9303 (01/29/2013) |

| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9390<br>Claim Date: 08/21/2009<br>Debtor: FRANCOBEC COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |

| UNSECURED | Claimed: | $1,569,422.14 |
|---|---|---|

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9396<br>Claim Date: 08/21/2009<br>Debtor: FRANCOBEC COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |

| UNSECURED | Claimed: | $3,632,243.95   CONT |
|---|---|---|

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12723<br>Claim Date: 08/21/2009<br>Debtor: FRANCOBEC COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |

| UNSECURED | Claimed: | $1,569,422.14 |
|---|---|---|

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12756<br>Claim Date: 08/21/2009<br>Debtor: FRANCOBEC COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |

| UNSECURED | Claimed: | $3,632,243.95   CONT |
|---|---|---|

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 13884<br>Claim Date: 03/15/2010<br>Debtor: FRANCOBEC COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |

| UNSECURED | Claimed: | $1,679,317.34 |
|---|---|---|

| | | |
|---|---|---|
| HER MAJESTY THE QUEEN IN RIGHT OF CANADA<br>AS REPRESENTED BY MINISTER OF NAT'L REV.<br>C/O DEPARTMENT OF JUSTICE CANADA<br>130 KING STREET WEST, SUITE 3400<br>TORONTO, ON M5X 1K6<br>CANADA | | Claim Number: 13295<br>Claim Date: 08/28/2009<br>Debtor: FRANCOBEC COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) |
| UNSECURED | Claimed: | $1.00   UNLIQ |
| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | | Claim Number: 11940<br>Claim Date: 08/28/2009<br>Debtor: FRANCOBEC COMPANY<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $28,904.50 |
| MATZA, PATRICIA<br>5230 N 29TH STREET<br>MILWAUKEE, WI 53209 | | Claim Number: 12887<br>Claim Date: 08/27/2009<br>Debtor: FRANCOBEC COMPANY<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |
| NY STATE TEAMSTERS CONFERENCE PENSION &<br>RETIREMENT FUND<br>ATTN: VINCENT M. DEBELLA<br>PO BOX 4928<br>SYRACUSE, NY 13321-4928 | | Claim Number: 12548<br>Claim Date: 08/18/2009<br>Debtor: FRANCOBEC COMPANY<br>Comments: WITHDRAWN<br>DOCKET: 9146 (11/14/2011) |
| UNSECURED | Claimed: | $335,109.64 |
| W.W. GRAINGER, INC.<br>MCDERMOTT WILL & EMERY LLP<br>ATTN: NATHAN F. COCO, EMILY K. HARRING<br>227 W. MONROE STREET<br>CHICAGO, IL 60606 | | Claim Number: 7310<br>Claim Date: 08/07/2009<br>Debtor: FRANCOBEC COMPANY<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $921,225.49   UNLIQ |

---

W.W. GRAINGER, INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO, EMILY K. HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13346
Claim Date: 09/25/2009
Debtor: FRANCOBEC COMPANY
Comments: EXPUNGED
DOCKET: 4132 (01/14/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $372,250.25 | UNLIQ |
| UNSECURED | Claimed: | $548,975.24 | UNLIQ |

---

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9878
Claim Date: 08/25/2009
Debtor: FRANCOBEC COMPANY
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $675,000,000.00 | UNLIQ |

---

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9903
Claim Date: 08/25/2009
Debtor: FRANCOBEC COMPANY
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |

---

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 9928
Claim Date: 08/25/2009
Debtor: FRANCOBEC COMPANY
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |

---

WILMINGTON TRUST COMPANY
ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

Claim Number: 10880
Claim Date: 08/25/2009
Debtor: FRANCOBEC COMPANY
Comments: WITHDRAWN
DOCKET: 5686 (03/08/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 | UNLIQ |

---

## Summary Page

Total Number of Filed Claims:          20

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $393,546.58 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $4,337,261.40 | $0.00 |
| Unsecured: | $2,088,992,357.98 | $0.00 |
| Total: | $2,093,723,165.96 | $0.00 |

---

ACKLANDS-GRAINGER INC
C/O MCDERMOTT WILL & EMERY LLP
ATTN: COCO, NATHAN. HARRING, EMILY
227 W.MONROE STREET
CHICAGO, IL 60606

Claim Number: 7931
Claim Date: 08/17/2009
Debtor: 605681 N.B. INC.
Comments: EXPUNGED
DOCKET: 8759 (11/15/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $48,394.46 | UNLIQ |

---

ACKLANDS-GRAINGER INC.
MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F COCO, EMILY L HARRING
227 W. MONROE STREET
CHICAGO, IL 60606

Claim Number: 13506
Claim Date: 10/21/2009
Debtor: 605681 N.B. INC.
Comments: EXPUNGED
DOCKET: 8530 (09/13/2010)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $21,296.33 | UNLIQ |
| UNSECURED | Claimed: | $27,098.13 | UNLIQ |

---

AIG CASUALTY COMPANY ET. AL.
C/O CHARTIS U.S.
ATTN: MICHELLE A. LEVITT, AUTHORIZED REP
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

Claim Number: 10804
Claim Date: 08/27/2009
Debtor: 605681 N.B. INC.
Comments: WITHDRAWN
DOCKET: 9022 (04/07/2011)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $4,337,261.40 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

BKK JOINT DEFENSE GROUP
C/O JAMES J. DRAGNA
BINGHAM MCCUTCHEN LLP
355 SOUTH GRAND AVE., STE. 4400
LOS ANGELES, CA 90071

Claim Number: 13581
Claim Date: 11/06/2009
Debtor: 605681 N.B. INC.
Comments: WITHDRAWN
DOCKET: 8421 (08/20/2010)

| | | | |
|---|---|---|---|
| UNSECURED | Claimed: | $0.00 | UNDET |

---

BROADSPIRE SERVICES, INC. (2)
WILDMAN HARROLD ALLEN & DIXON, LLP
C/O JEFFREY CHANG
225 WEST WACKER DRIVE
CHICAGO, IL 60606

Claim Number: 10810
Claim Date: 08/27/2009
Debtor: 605681 N.B. INC.
Comments: EXPUNGED
DOCKET: 9303 (01/29/2013)

| | | | |
|---|---|---|---|
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| SECURED | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $0.00 | UNLIQ |

---

| | | |
|---|---|---|
| CANADA REVENUE AGENCY<br>ATTN: DIANE WINTERS/CHRISTOPHER LEE<br>C/O DEPARTMENT OF JUSTICE CANADA<br>130 KING STREET WEST, SUITE 3400<br>TORONTO, ON M5X 1K6<br>CANADA | Claim Number: 12983<br>Claim Date: 08/28/2009<br>Debtor: 605681 N.B. INC.<br>Comments: EXPUNGED<br>DOCKET: 8759 (11/15/2010) | |
| UNSECURED           Claimed: | $1.00   UNLIQ | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9391<br>Claim Date: 08/21/2009<br>Debtor: 605681 N.B. INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |
| UNSECURED           Claimed: | $1,569,422.14 | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 9456<br>Claim Date: 08/21/2009<br>Debtor: 605681 N.B. INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |
| UNSECURED           Claimed: | $3,632,243.95   CONT | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12724<br>Claim Date: 08/21/2009<br>Debtor: 605681 N.B. INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |
| UNSECURED           Claimed: | $1,569,422.14 | |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | Claim Number: 12755<br>Claim Date: 08/21/2009<br>Debtor: 605681 N.B. INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) | |
| UNSECURED           Claimed: | $3,632,243.95   CONT | |

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST<br>AREAS PENSION FUND<br>ATTN: PETER PRIEDE<br>9377 WEST HIGGINS ROAD<br>ROSEMONT, IL 60018 | | Claim Number: 13883<br>Claim Date: 03/15/2010<br>Debtor: 605681 N.B. INC.<br>Comments: WITHDRAWN<br>DOCKET: 9223 (04/20/2012) |
| UNSECURED | Claimed: | $1,679,317.34 |
| INTEGRATED PACKAGING COMPANY, INC.<br>ATTENTION: LOUIS F. POWELL<br>122 QUENTIN AVE.<br>NEW BRUNSWICK, NJ 08901 | | Claim Number: 11929<br>Claim Date: 08/28/2009<br>Debtor: 605681 N.B. INC.<br>Comments: EXPUNGED<br>DOCKET: 4132 (01/14/2010) |
| UNSECURED | Claimed: | $28,904.50 |
| MATZA, PATRICIA<br>5230 N 29TH STREET<br>MILWAUKEE, WI 53209 | | Claim Number: 12888<br>Claim Date: 08/27/2009<br>Debtor: 605681 N.B. INC.<br>Comments: EXPUNGED<br>DOCKET: 8833 (12/09/2010) |
| PRIORITY | Claimed: | $0.00   UNDET |
| UNSECURED | Claimed: | $0.00   UNDET |
| MINISTRY OF REVENUE<br>REVENUE COLLECTIONS BRANCH<br>INSOLVENCY UNIT, ATTN: CHANTALE BOURRE<br>33 KING ST W, PO BOX 627<br>OSHAWA, ON L1H 8H5<br>CANADA | | Claim Number: 13822<br>Claim Date: 01/08/2010<br>Debtor: 605681 N.B. INC. |
| UNSECURED | Claimed: | $6,845,375.05 |
| MULTISWATCH CORPORATION<br>2600 S. 25TH AVE. SUITE Y<br>BROADVIEW, IL 60155 | | Claim Number: 3571<br>Claim Date: 06/30/2009<br>Debtor: SMURFIT-STONE CONTAINER CORPORATION<br>Comments: EXPUNGED<br>DOCKET: 5738 (03/10/2010) |
| UNSECURED | Claimed: | $125,741.83 |

| | | |
|---|---|---|
| NY STATE TEAMSTERS CONFERENCE PENSION & RETIREMENT FUND ATTN: VINCENT M. DEBELLA PO BOX 4928 SYRACUSE, NY 13321-4928 | Claim Number: 12549 Claim Date: 08/18/2009 Debtor: 605681 N.B. INC. Comments: WITHDRAWN DOCKET: 9146 (11/14/2011) | |
| UNSECURED          Claimed: | $335,109.64 | |
| REVENU QUEBEC ATTN: JACQUES JAMMES 1600, BOULEVARD RENE-LEVESQUE OUEST, 3E ETAGE, SECTEUR R23CPF MONTREAL, QC H3H 2V2 CANADA | Claim Number: 13279 Claim Date: 08/28/2009 Debtor: 605681 N.B. INC. Comments: EXPUNGED DOCKET: 8759 (11/15/2010) | |
| UNSECURED          Claimed: | $2,052,919.88 | |
| W.W. GRAINGER, INC. MCDERMOTT WILL & EMERY LLP ATTN: NATHAN F. COCO, EMILY K. HARRING 227 W. MONROE STREET CHICAGO, IL 60606 | Claim Number: 7311 Claim Date: 08/07/2009 Debtor: 605681 N.B. INC. Comments: EXPUNGED DOCKET: 5738 (03/10/2010) | |
| UNSECURED          Claimed: | $921,225.49   UNLIQ | |
| W.W. GRAINGER, INC. MCDERMOTT WILL & EMERY LLP ATTN: NATHAN F. COCO, EMILY K. HARRING 227 W. MONROE STREET CHICAGO, IL 60606 | Claim Number: 13356 Claim Date: 09/25/2009 Debtor: 605681 N.B. INC. Comments: EXPUNGED DOCKET: 4132 (01/14/2010) | |
| ADMINISTRATIVE          Claimed: UNSECURED          Claimed: | $372,250.25   UNLIQ $548,975.24   UNLIQ | |
| WILMINGTON TRUST COMPANY ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON, DE 19890 | Claim Number: 9877 Claim Date: 08/25/2009 Debtor: 605681 N.B. INC. Comments: WITHDRAWN DOCKET: 5686 (03/08/2010) | |
| ADMINISTRATIVE          Claimed: UNSECURED          Claimed: | $0.00   UNLIQ $675,000,000.00   UNLIQ | |

| | | | |
|---|---|---|---|
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9902<br>Claim Date: 08/25/2009<br>Debtor: 605681 N.B. INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $400,000,000.00 | UNLIQ |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 9927<br>Claim Date: 08/25/2009<br>Debtor: 605681 N.B. INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| PRIORITY | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $300,000,000.00 | UNLIQ |
| WILMINGTON TRUST COMPANY<br>ATTN: S. MACDONALD,CORP TRUST/BANKRUPTCY<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890 | | Claim Number: 10879<br>Claim Date: 08/25/2009<br>Debtor: 605681 N.B. INC.<br>Comments: WITHDRAWN<br>DOCKET: 5686 (03/08/2010) | |
| ADMINISTRATIVE | Claimed: | $0.00 | UNLIQ |
| UNSECURED | Claimed: | $700,000,000.00 | UNLIQ |

## Summary Page

Total Number of Filed Claims:   23

|  | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $393,546.58 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $4,337,261.40 | $0.00 |
| Unsecured: | $2,098,016,394.74 | $0.00 |
| Total: | $2,102,747,202.72 | $0.00 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION
(UNKNOWN)

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 2976 |
|---|---|
| | Claim Date:  /  / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 5183 |
|---|---|
| | Claim Date:  /  / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 5637 |
|---|---|
| | Claim Date:  /  / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 5640 |
|---|---|
| | Claim Date:  /  / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 5643 |
|---|---|
| | Claim Date:  /  / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |
|---|---|---|

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 8070 |
| | Claim Date:  /  / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 11537 |
| | Claim Date:  /  / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 11538 |
| | Claim Date:  /  / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 11539 |
| | Claim Date:  /  / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 13856 |
| | Claim Date:  /  / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |

Alphabetical Claims Register for SMURFIT-STONE CONTAINER CORPORATION
(UNKNOWN)

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 13996 |
| | Claim Date:  /  / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 14080 |
| | Claim Date:  /  / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 14126 |
| | Claim Date:  /  / |
| | Debtor: DEBTOR NOT FOUND |

| TOTAL | Claimed: | $0.00 |

| ****CLAIM NUMBER VOIDED BY AGENT**** | Claim Number: 14221 |
| | Claim Date:  /  / |
| | Debtor: DEBTOR NOT FOUND |
| | Comments: EXPUNGED |

| TOTAL | Claimed: | $0.00 |

## Summary Page

Total Number of Filed Claims:          14

| | Claimed Amount | Allowed Amount |
|---|---|---|
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Secured: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| Total: | $0.00 | $0.00 |